# Al Rajhi Bank
# Ex. 22



نظام مراقبة البنوك

# BANKING CONTROL LAW

| | |
|---|---|
| NO. M / 5 | الرقم م/٥ |
| Date: 22.2.1386H | التاريخ ١٣٨٦/٢/٢٢ هـ |
| ( 11.6.1966) | (١٩٦٦/٦/١١م) |

With the help of God Almighty,

We, Faysal Ibn Abdul Aziz Al Saud

King of the Kingdom of Saudi Arabia,

بعونه تعالى:

نحن فيصل بن عبد العزيز آل سعود

ملك المملكة العربية السعودية

In view of Article (19) of the Council of Ministers' Charter issued by Royal Decree No. (38) dated 22.10.1377H.

بعد الاطلاع على المادة (١٩) من نظام مجلس الوزراء الصادر بالمرسوم الملكي رقم (٣٨) وتاريخ ١٣٧٧/١٠/٢٢هـ

And having reviewed Council of Ministers' Decision No.(179) dated 5.2.1386H,

وبعد الاطلاع على قرار مجلس الوزراء رقم (١٧٩) وتاريخ ١٣٨٦/٢/٥هـ،

Ordain the following:

نرسم بما هو آت:

**First:** Approving Banking Control Law in the Attached text.

أولاً – الموافقة على نظام مراقبة البنوك بالصيغة المرافقة لهذا.

**Second:** The Deputy Premier and the Minister of Finance and National Economy shall execute our present Decree.

ثانياً – على نائب رئيس مجلس الوزراء ووزير المالية والاقتصاد الوطني تنفيذ مرسومنا هذا.

Faysal Ibn Abdul Aziz Al Saud

فيصل بن عبد العزيز آل سعود

2

Banking Control Law

نظام مراقبة البنوك

## BANKING CONTROL LAW

نظام مراقبة البنوك

### Article 1

### المادة الأولى

The following terms, whenever mentioned in this Law, shall have the meanings specified in this Article:

يقصد بالاصطلاحات الآتية في خصوص هذا النظام المعاني المحددة لها في هذه المادة:

a. Bank: any natural or juristic person practicing basically any of the banking business in the Kingdom.

أ) بنك: أي شخص طبيعي أو اعتباري يزاول في المملكة أي عمل من الأعمال المصرفية بصفة أساسية.

b. Banking Business: the business of receiving money on current or fixed deposit account, opening of current accounts, opening of letters of credit, issuance of letters of guarantee, payment and collection of cheques, payment orders, promissory notes and similar other papers of value, discounting of bills, bills of exchange and other commercial papers, foreign exchange transactions and other banking business.

ب) الأعمال المصرفية: أعمال تسلم النقود كودائع جارية أو ثابتة، وفتح الحسابات الجارية وفتح الاعتمادات وإصدار خطابات الضمان ودفع وتحصيل الشيكات أو أذونات الصرف وغيرها من الأوراق ذات القيمة، وخصم السندات والكمبيالات وغيرها من الأوراق التجارية، وأعمال الصرف الأجنبي، وغير ذلك من أعمال البنوك.

c. National bank: a bank the head office and branches of which are situated in the Kingdom.

ج) البنك الوطني: البنك الذي يكون مركزه الرئيسي في المملكة وماله من فروع فيها.

d. Foreign Bank: a bank whose head office is located outside the Kingdom, whilst the branches thereof are located inside the Kingdom.

د) البنك الاجنبي: البنك الذي يكون مركزه الرئيسي خارج المملكة وماله من فروع فيها.

e. SAMA: the Saudi Arabian Monetary Authority

هـ) المؤسسة: مؤسسة النقد العربي السعودي.

f. Invested Capital: the capital assigned by a foreign bank for the capital use of its branches in the Kingdom.

و) رأس المال المستثمر: رأس المال الذي يخصصه بنك أجنبي لاستعمال فروعه في المملكة.

## Article 2

No person, natural or juristic, unlicensed in accordance with the provisions of this Law, shall carry on basically any of the banking business. However,

    a. Juristic persons licensed in accordance with another law or special decree to carry on banking business may practice such business within the limits of their intended purposes.

    b. Licensed moneychangers may practice basically exchange of currency in the form of notes and coins, but no other banking business.

## Article 3

All applications, for the grant of licenses to carry on banking business in the Kingdom, shall be addressed to SAMA which will study the applications after obtaining all the necessary information and submit its recommendations to the Minister of Finance and National Economy. The license for a National Bank shall stipulate the following:

1)     It shall be a Saudi Joint Stock Company.

2)     The paid-up capital shall not be less than SAR 2.5 million and all subscriptions towards share capital shall be payable in cash.

3)     The founders and members of the board of directors shall be persons of good reputation.

المادة الثانية

يحظر على أي شخص طبيعي أو اعتباري غير مرخص له طبقاً لأحكام هذا النظام أن يزاول في المملكة أي عمل من الأعمال المصرفية بصفة أساسية. ومع ذلك:

أ) يجوز للأشخاص الاعتبارية المرخص لها بموجب نظام آخر أو مرسوم خاص بمزاولة الأعمال المصرفية، أن تزاول هذه الأعمال في حدود أغراضها.

ب) يجوز للصيارفة المرخص لهم أن يزاولوا بصفة أساسية أعمال تبديل العملة نقوداً معدنية أو أوراقاً نقدية دون سائر الأعمال المصرفية.

المادة الثالثة

يقدم طلب منح الترخيص لمزاولة الأعمال المصرفية في المملكة إلى المؤسسة التي تقوم بعد حصولها على كافة البيانات الضرورية بدراسة الطلب وتقديم توصياتها بشأنه لوزير المالية والاقتصاد الوطني ويشترط في الترخيص لبنك وطني:

١) أن يكون شركة مساهمة سعودية.

٢) ألا يقل رأس مالها المدفوع عن مليونين ونصف مليون ريال سعودي وأن تدفع جميع اكتتابات رأس المال نقداً.

٣) أن يكون مؤسسوها وأعضاء مجلس إدارتها حسني السمعة.

| | |
|---|---|
| 4) The memorandum and articles of association shall be approved by the Minister of Finance and National Economy. In the case of a Foreign Bank wishing to set up a branch or branches in the Kingdom, the grant of a license shall be subject to such conditions as the Council of Ministers may stipulate upon the recommendation of the Minister of Finance and National Economy. The license shall in all cases be issued by the Minister of Finance and National Economy after the approval of the Council of Ministers. | ٤) أن يوافق وزير المالية والاقتصاد الوطني على عقد تأسيسها ونظامها. ويشترط للترخيص لبنك أجنبي بتأسيس فرع أو فروع له في المملكة أن تُستوفى الشروط التي يحددها مجلس الوزراء بناء على اقتراح وزير المالية والاقتصاد الوطني، ويصدر الترخيص في جميع الأحوال من وزير المالية والاقتصاد الوطني بعد موافقة مجلس الوزراء. |

### Article 4

As an exception to the provisions of the previous Article, the licenses or authorizations previously issued to the persons carrying on banking business in the Kingdom and are effective at the time of promulgation of this Law shall continue to be recognized.

SAMA may, however, request such documents and information from these persons, as it may deem necessary. SAMA with the approval of the Council of Ministers may call upon them to comply with all or any of the provisions of Article 3 of this Law within such period as it may fix.

### المادة الرابعة

استثناء من أحكام المادة السابقة، يعمل بالتراخيص والتصاريح الصادرة للأشخاص الذين يزاولون الأعمال المصرفية في المملكة والسارية المفعول في تاريخ نفاذ هذا النظام.

و مع ذلك يجوز للمؤسسة أن تطلب من هؤلاء الأشخاص أية مستندات أو بيانات تراها ضرورية، وأن تطلب منهم بعد موافقة مجلس الوزراء مراعاة كل أو بعض أحكام المادة الثالثة من هذا النظام في خلال المدة التي تحددها.

### Article 5

Any person not authorized basically to carry on banking business in the Kingdom is not allowed to use the word "Bank", or its synonyms, or any similar term in any language on his papers or printed matter, or in his commercial address, or his name or in his advertisements.

### المادة الخامسة

يحظر على أي شخص غير مرخص له بمزاولة الأعمال المصرفية في المملكة بصفة أساسية أن يستعمل كلمة (بنك) ومرادفاتها أو أي تعبير يماثلها في أي لغة سواء في أوراقه، أو مطبوعاته، أو عنوانه التجاري أو اسمه أو في دعايته.

### Article 6

The deposit liabilities of a bank shall not exceed fifteen times its reserves and paid-up or invested capital. If the deposit liabilities exceed this limit, the bank must within one month of the date of submission of the statement referred to in paragraph 1 of Article 15, either increase its capital and reserves to the prescribed limit or deposit fifty percent of the excess with SAMA.

### Article 7

Every bank shall maintain with SAMA at all times a statutory deposit of a sum not less than fifteen percent of its deposit liabilities. SAMA may, if it deems it to be in the public interest, vary the aforesaid percentage provided that it shall not be less than 10 percent nor more than 17.5 percent. SAMA may, however, exceed these two limits with the approval of the Minister of Finance and National Economy.

In addition to the statutory deposit provided for in the previous paragraph, every bank shall maintain a liquidity reserve of not less than 15 percent of its deposit liabilities. Such reserve shall be in cash, gold or assets, which can be converted into cash within a period not exceeding 30 days. SAMA may, if deemed necessary, increase the aforesaid percentage up to twenty percent.

### Article 8

No bank shall grant a loan or extend a credit facility, or give a financial guarantee with respect to any natural or juristic person for amounts aggregating more than 25 percent of the Bank's reserves and paid-up or invested capital. SAMA may, in the public interest, and subject to such

6

**Banking Control Law**

conditions as it may impose, increase this percentage up to 50 percent.

The provisions of the above paragraph do not apply to transactions between banks or between head offices and their branches or between these branches.

### Article 9

**No bank shall undertake the following transactions:**

1) Granting a loan or extending credit facilities, or issuing a guarantee or incurring any other financial liability on the security of its own shares.

2) Granting, without security, a loan or credit facilities, or issuing a guarantee or incurring any other financial liability in respect of:

    a. Member of its Board of Directors or its Auditors.

    b. Establishments not taking the form of joint-stock companies in which any member of its Board or Auditor is a partner or a manager or has a direct financial interest.

    c. Persons or establishments not taking the form of joint stock companies in cases where any of the Bank's directors or Auditors is a Guarantor.

3) Granting, without security, a loan or a credit facility or giving a guarantee or incurring any other financial liability in favor of any of its officials or employees for amounts exceeding a four month salary of any such concerned person.

Any member of a bank Board or auditor or manager who contravenes paras 2 and 3 of this Article, shall be considered as having resigned his position.

## Article 10

**No bank shall undertake any of the following activities:**

1) To engage, whether for its own account or on a commission basis, in the wholesale or retail trade including the import or export trade.

2) To have any direct interest, whether as a stock-holder, partner, owner, or otherwise, in any commercial, industrial, agricultural or other undertaking unless within the limits referred to in paragraph 4 of this Article, except when such interest results from the satisfaction of debts due to the bank, provided that all such interests shall be disposed of within a period of two years or within any such longer period as may be determined in consultation with SAMA.

3) To purchase, without the approval of SAMA, stocks and shares of any bank conducting its business in the Kingdom.

4) To own stocks of any other joint-stock company incorporated in the Kingdom, in excess of ten percent of the paid up capital of such a company provided that the nominal value of these shares shall not exceed twenty percent of the bank's paid-up capital and reserves; **the above limits may, when necessary, be increased by SAMA.**

5) To acquire or lease real estate except in so far as may be necessary for the purpose of conducting its banking business, housing of its employees or for their recreation or in satisfaction of debts due to the Bank.

8

**Banking Control Law**

In cases where a bank acquires real estate in satisfaction of debts due to it and such real estate is not necessary for the Bank's own banking business or housing of its employees or for their recreation, it shall liquidate such real estate within three years of its acquisition or within the period or periods approved by SAMA and under the conditions as it may determine where exceptional circumstances are justified.

If, prior to this Law becoming effective, a bank acquired real estate in a way contrary to the provisions of this paragraph, it shall gradually liquidate such real estate within seven years or within the period or periods approved by SAMA and under the conditions as it may determine where exceptional circumstances are justified.

As an exception to the provisions of paragraph 5 of this Article, the bank may, in special and justifiable circumstances and with the approval of SAMA, acquire real estate, the value of which shall not exceed 20 percent of its paid-up capital and reserves.

### Article 11

Banks are precluded from undertaking any of the following operations except after obtaining a written approval from SAMA and according to the conditions it prescribes:

   a. Altering the composition of their paid-up or invested capital.

   b. Entering into any scheme of amalgamation or participation in the business of another bank or another establishment carrying on banking business.

   c. Acquiring shares in a company established outside the Kingdom.

وإذا امتلك البنك عقاراً وفاء لدين له قبل الغير ولم يكن هذا العقار لازماً لإدارة أعماله أو سكنى موظفيه أو الترفيه عنهم، وجب عليه تصفيته في خلال ثلاث سنوات من تاريخ أيلولة العقار إليه، أو إذا وجدت ظروف استثنائية لها ما يبررها في خلال المدة أو المدد التي توافق عليها المؤسسة وبالشروط التي تحددها.

فإذا تملك البنك قبل تاريخ نفاذ هذا النظام عقارات على خلاف أحكام هذه الفقرة فيجب عليه أن يقوم بتصفيتها تدريجياً في خلال سبع سنوات أو إذا وجدت ظروف استثنائية لها ما يبررها في خلال المدة أو المدد التي توافق عليها المؤسسة وبالشروط التي تحددها.

واستثناء من أحكام الفقرة (٥) من هذه المادة يجوز للبنك ـ إذا وجدت ظروف خاصة لها ما يبررها وبشرط موافقة المؤسسة على ذلك ـ أن يتملك عقاراً لا تزيد قيمته على (٢٠%) عشرين في المئة من رأس ماله المدفوع واحتياطياته.

### المادة الحادية عشرة

يحظر على أي بنك أن يقوم بأي عمل من الأعمال الآتية إلا بعد الحصول على ترخيص كتابي مسبق من المؤسسة وبالشروط التي تحددها:

أ) تعديل تكوين رأس ماله المدفوع أو المستثمر.

ب) الاتفاق على الاندماج أو المشاركة في نشاط بنك آخر أو أية منشأة أخرى تزاول الأعمال المصرفية.

ج) امتلاك أسهم أية شركة مؤسسة في خارج المملكة.

| | |
|---|---|
| د) التوقف عن مزاولة الأعمال المصرفية، وفي هذه الحالة يجب على المؤسسة قبل الموافقة على هذا التوقف أن تتحقق من قيام البنك بعمل الترتيبات اللازمة للمحافظة على حقوق المودعين. | d. Ceasing to carry on banking business. In such a case, SAMA must, before agreeing to this cessation, ascertain that the Bank has made necessary arrangements to safeguard the rights of the depositors. |
| هـ) فتح فروع أو مكاتب أخرى في المملكة، وكذلك فتح فروع أو مكاتب أخرى للبنوك الوطنية في خارج المملكة، وعلى المؤسسة قبل أن تمنح الترخيص الكتابي في الحالات المنصوص عليها في هذه الفقرة أن تحصل على موافقة وزير المالية والاقتصاد الوطني عليه. | e. Opening branches or other offices in the Kingdom and also opening of branches or other offices by national banks outside the Kingdom. Before granting the written license provided for under this paragraph, SAMA should obtain the approval of the Minister of Finance and National Economy. |

### Article 12

المادة الثانية عشرة

No person shall be a member of the Board of more than one bank. No person in the following cases shall be elected as a director or shall become a manager of any bank without prior written approval of SAMA:

لا يجوز أن يكون الشخص عضواً في مجلس إدارة أكثر من بنك واحد. ولا يجوز إلا بموافقة كتابية مسبقة من المؤسسة أن يختار عضواً في مجلس إدارة أي بنك أو أن يتولى وظيفة مدير فيه:

| | |
|---|---|
| أ) من كان يشغل مثل هذا المركز أو الوظيفة في منشأة مصرفية صفيت - ولو تمت التصفية قبل تاريخ نفاذ هذا النظام - ولا تصدر موافقة المؤسسة إلا إذا تبيّن عدم مسئولية هذا الشخص عن هذه التصفية. | a. If he occupied a similar position in a banking concern that was wound up, even if the liquidation had been made before the promulgation of this Law. Such approval shall not be given by SAMA until it becomes clear that the person concerned was not responsible for that liquidation. |
| ب) من عزل من مثل هذا المركز أو الوظيفة في مؤسسة مصرفية ولو كان العزل سابقاً على تاريخ نفاذ هذا النظام. ويجب أن تبنى موافقة المؤسسة في هذه الحالة على أسباب مقبولة. | b. If he was removed from a similar post in any banking establishment, even if such removal was before the promulgation of this Law. The approval of SAMA shall in this case be based on acceptable reasons. |

| | |
|---|---|
| Any member of a bank Board or manager of a bank, who is adjudicated bankrupt or convicted of a moral offense, shall be considered as having resigned his post. | ويعتبر مستقيلاً كل عضو مجلس إدارة بنك أو مدير صدر حكم بإشهار إفلاسه أو حكم عليه في جريمة مخلة بالشرف. |

### Article 13

### المادة الثالثة عشرة

Every bank shall, before declaring distribution of any profits, transfer a sum equal to not less than 25 percent of its net profits, to the statutory reserve, until the amount of that reserve equals as a minimum of the paid-up capital.

يجب على كل بنك قبل الإعلان عن توزيع أية أرباح أن يرحل إلى الاحتياطي النظامي مبلغاً لا يقل عن ٢٥ % خمسة وعشرين في المئة من أرباحه السنوية الصافية إلى أن يصبح الاحتياطي المذكور مساوياً على الأقل لرأس مال البنك المدفوع.

No bank shall pay dividends or remit any part of its profits abroad, until its capital expenditures including aggregate foundation expenditures and losses incurred have been completely written off.

ويحظر على أي بنك أن يدفع أرباحاً أو أن يحول أي جزء من أرباحه إلى الخارج إلا بعد أن يستهلك جميع المصروفات الرأسمالية بما في ذلك مصروفات التأسيس وأي خسارة يتكبدها.

Any action taken to declare or pay dividends in contravention to the provisions of this Article shall be considered null and void.

ويقع باطلاً كل إعلان عن توزيع أرباح أو دفع أرباح خلاف أحكام هذه المادة.

### Article 14

### المادة الرابعة عشرة

Every bank shall annually appoint two auditors from amongst the approved list of auditors registered with the Ministry of Commerce and Industry. The Auditors shall submit a report on the Balance sheet and profit and loss account. This report shall include whether in the auditor's opinion the Bank's balance sheet duly and correctly represents its financial position and the extent of their satisfaction with any explanations or information they may have requested from the bank's managers or other staff.

يجب على كل بنك أن يعين سنوياً مراقبين اثنين للحسابات من القائمة المسجلة بوزارة التجارة والصناعة، وعلى مراقبي الحسابات تقديم تقرير عن الميزانية السنوية وحساب الأرباح والخسائر، ويجب أن يتضمن هذا التقرير رأي مراقبي الحسابات في مدى تمثيل الميزانية للمركز المالي للبنك، ومدى اقتناعهما بأية إيضاحات أو معلومات يكونان قد طلباها من مديري البنك أو غيرهم من موظفيه.

With regards to banks taking the form of a company, the report referred to in the above paragraph shall be read together with the annual

وبالنسبة للبنوك المتخذة شكل شركة يجب أن يتلى التقرير المشار إليه في الفقرة السابقة مع التقرير السنوي لإدارة

**11**

Banking Control Law

نظام مراقبة البنوك

report of the Bank management in the General Meeting, which must be held within the six months following the end of the bank's financial year. The bank management should send copies of these two reports to SAMA.

The provisions of the first paragraph of this Article shall apply to foreign banks in respect of their branches operating in the Kingdom. They should send a copy of the Auditor's report to SAMA.

### Article 15

Every bank shall furnish SAMA by the end of the following month with a consolidated monthly statement of its financial position relating to the previous month, which shall be true and correct, and be in the form prescribed by SAMA. Every bank shall also furnish SAMA within six months of the close of its financial year with a copy of its annual balance sheet and profit and loss accounts certified by its auditors in the form prescribed by SAMA.

### Article 16

SAMA may, with the approval of the Minister of Finance and National economy, issue general rules to regulate the following matters:

1) The maximum limits of total loans that can be extended by a bank or banks.

2) The prohibition or limitation of specified categories of loans or other transactions.

3) Fixing the terms and conditions, which banks, should take into consideration when carrying out certain types of transactions for their customers.

4) The cash margins to be obtained by banks against specified categories of credits or guarantees.

البنك في اجتماع الشركاء الذي يجب أن يتم في خلال الأشهر الستة التالية لانقضاء السنة المالية للبنك على الأكثر، ويجب على إدارة البنك إرسال صورة من هذين التقريرين إلى المؤسسة.

ويسري حكم الفقرة الأولى من هذه المادة على البنوك الأجنبية بالنسبة لفروعها في المملكة ويجب عليها أن ترسل إلى المؤسسة صورة من تقرير مراقبي الحسابات.

### المادة الخامسة عشرة

يجب على كل بنك أن يرسل إلى المؤسسة بياناً موحداً شهرياً عن مركزه المالي، وذلك في نهاية الشهر التالي، ويجب أن يكون هذا البيان حقيقياً وصحيحاً وبالشكل الذي تحدده المؤسسة، كما يجب عليه أن يرسل إلى المؤسسة في خلال الأشهر الستة من انقضاء سنته المالية صورة من ميزانيته السنوية وحساب أرباحه وخسائره مصدقاً عليها من مراقبي حساباته وذلك بالشكل الذي تحدده المؤسسة.

### المادة السادسة عشرة

يجوز لمؤسسة النقد بعد موافقة وزير المالية والاقتصاد الوطني أن تضع قواعد عامة لتنظيم المسائل الآتية:

١) الحد الأعلى لمجموع القروض التي يجوز لبنك أو أكثر تقديمها.

٢) منع أو تحديد أنواع معينة من القروض أو المعاملات الأخرى.

٣) تحديد الأوضاع و الشروط التي يجب على البنك مراعاتها عند تعامله في أنواع معينة من الأعمال مع عملائه.

٤) التأمينات النقدية التي يجب أن يحتفظ بها البنك مقابل أنواع معينة من الاعتمادات أو الكفالات.

| | |
|---|---|
| 5) | The minimum ratio to be observed between the limits for loans and the collateral for such loans. |
| 6) | Fixing the assets to be maintained by each bank within the Kingdom. Such assets should not fall below a certain percentage of the Bank's deposit liabilities, which shall be fixed by SAMA from time to time. |

**SAMA may, from time to time, issue decisions concerning the following:**

1) Definition of the term "deposit liabilities" referred to in this Law.

2) Determination of bank holidays and bank business hours.

### Article 17

SAMA may, at any time, request any bank to supply it, within a time limit it will specify and in the manner it will prescribe, with any information that it deems necessary for ensuring the realization of the purposes of this Law.

### Article 18

SAMA may, with the approval of the "Minister of Finance and National Economy, conduct an inspection of the books and accounts of any bank, either by SAMA 's own staff or by outside auditors assigned by it. The examination of the bank's books and accounts should take place in the bank's premises. In such a case the bank staff must produce all the required books and records of accounts and other documents in their custody or within their authority and must furnish any information they have relating to the bank.

13

**Banking Control Law**

نظام مراقبة البنوك

٥) الحد الأدنى لنسب الضمان التي يجب مراعاتها في أنواع معينة من القروض بين مبالغ القرض والأصول المقدمة ضماناً لها.

٦) تحديد الموجودات التي يجب على كل بنك الاحتفاظ بها داخل المملكة، والتي لا يجوز أن تقل قيمتها عن نسبة مئوية من التزامات الودائع تحددها المؤسسة من وقت لآخر.

ويجوز للمؤسسة بقرارات تصدرها من وقت لآخر:

١) تحديد المقصود في هذا النظام باصطلاح (التزامات الودائع).

٢) تحديد أيام عطلات البنوك وساعات العمل فيها.

المادة السابعة عشرة

يجوز للمؤسسة أن تطلب في أي وقت من أي بنك أن يقدم إليها في الوقت وبالشكل اللذين تحددهما أية بيانات تراها ضرورية لتحقيق أغراض هذا النظام.

المادة الثامنة عشرة

للمؤسسة بعد موافقة وزير المالية والاقتصاد الوطني أن تجري تفتيشاً على سجلات وحسابات أي بنك، سواءٌ بمعرفة موظفيها أو بمعرفة مراجعين تعيّنهم، على أن يتم فحص الدفاتر و حسابات البنك في مقره، وفي هذه الحالة يجب على موظفي البنك أن يقدموا ما يطلب منهم من سجلات وحسابات وغير ذلك من الوثائق التي في حوزتهم أو تحت سلطتهم، وأن يدلوا بما لديهم من معلومات تتعلق بالبنك.

### Article 19

Any person who comes into possession of information during the performance of his duties in the implementation of this Law, shall not disclose such information or to make use of it in any manner.

### Article 20

SAMA shall periodically publish combined statements of the principal data contained in the returns mentioned in Article 15.

### Article 21

The Minister of Finance and National Economy, in exceptional circumstances, and with the prior approval of the Council of Ministers, may exempt any bank from any provision of this Law or from the regulations issued in execution thereof for a limited period and subject to such other conditions as may be laid down in each case.

### Article 22

If SAMA finds that a bank has failed to comply with the provisions of this Law, or with the provisions of any regulations issued under this Law, or if a Bank adopts a policy that might seriously affect its solvency or liquidity, it may, with the approval of the Minister of Finance and National Economy, take one or more of the following measures:

    a. Appoint one or more advisers to advise the bank in the conduct of its business.

    b. Order the suspension or removal of any director or officer of the bank.

المادة التاسعة عشرة

يحظر على أي شخص يحصل على أية معلومة أثناء أو بمناسبة قيامه بأي عمل يتعلق بتطبيق أحكام هذا النظام إفشاؤها أو الإفادة منها بأية طريقة.

المادة العشرون

على المؤسسة أن تنشر دورياً بيانات موحدة عن المعلومات الرئيسية التي تحتوي عليها البيانات المشار إليها في المادة الخامسة عشرة.

المادة الحادية والعشرون

يجوز لوزير المالية والاقتصاد الوطني في أحوال استثنائية وبعد موافقة مجلس الوزراء أن يعفي أي بنك من بعض أحكام هذا النظام أو القرارات أو القواعد الصادرة تنفيذاً له، وذلك لمدة محدودة وبالشروط التي تحدد في كل حالة على حدة.

المادة الثانية والعشرون

يجوز للمؤسسة إذا تبينت أن بنكاً خالف أحكام هذا النظام أو القرارات والقواعد الصادرة تنفيذاً له أو اتبع سياسة من شأنها التأثير بصورة خطيرة على قدرته على الوفاء بالتزاماته أو على سيولة الأموال لديه، أن تتخذ بعد موافقة وزير المالية والاقتصاد الوطني إجراءً أو أكثر من الإجراءات الآتية:

أ) تعيين مستشار أو أكثر لتقديم المشورة للبنك في إدارة أعماله.

ب) إيقاف أو عزل أي عضو من أعضاء مجلس إدارة البنك أو أي من موظفيه.

    c. Limit or suspend the granting of credits or the acceptance of deposits.

    d. Require the bank to take such other steps, as it may consider necessary.

If SAMA finds that a bank persistently contravenes the provisions of this Law or the decisions or regulations made thereunder, it may call upon such a bank to submit its reasons for the contravention, accompanied by its proposals to rectify the position within a stated period. If SAMA is of the opinion that such proposals are not sufficient for their purpose or if the bank fails to implement an agreed or prescribed course of action within the stated period, the Minister of Finance and National Economy may, subject to the approval of the Council of Ministers, revoke the license of the said bank.

### Article 23

1) Any person who contravenes the provisions of paragraph 1 of Article 2, Article 5 and items a, b and c of paragraph 1 of Article 11, Article 12 and Article 18, shall be liable to imprisonment for a term not exceeding two years and to a fine not exceeding SAR 5,000 for every day the offense continues or to either of these penalties.

2) Any person who contravenes the provisions of Article 19 shall be liable to imprisonment for a term not exceeding two years and to a fine not exceeding SAR 20,000 or to either of these penalties.

15

**Banking Control Law**

| | | |
|---|---|---|
| 3) | Any person who contravenes the provisions of Articles 8, 9 and 10 shall be liable to imprisonment for a term not exceeding six months and to a fine not exceeding SAR 10,000 or to either of these penalties. | ٣) يعاقب بالسجن مدة لا تزيد على ستة أشهر وبغرامة لا تزيد على عشرة آلاف ريال سعودي، أو بإحدى هاتين العقوبتين، كلُّ من خالف أحكام المواد الثامنة والتاسعة والعاشرة. |
| 4) | Any person who contravenes the provisions of articles 7, 14 and 15 shall be liable to a fine not exceeding SAR 500 for every day the contravention continues. | ٤) يعاقب بغرامة لا تزيد على خمس مئة ريال سعودي عن كل يوم تستمر فيه المخالفة، كلُّ من خالف أحكام المواد السابعة والرابعة عشرة والخامسة عشرة. |
| 5) | Any person who contravenes any other provision of this Law or the regulations and decisions issued in execution thereof shall be liable to a fine not exceeding SAR 5,000. | ٥) يعاقب بغرامة لا تزيد على خمسة آلاف ريال سعودي، كلُّ من خالف أي حكم آخر من أحكام هذا النظام أو القرارات والقواعد الصادرة تنفيذاً له. |
| 6) | In the event that offenses punishable according to paragraphs 2,3 and 5 of this Article are committed by the same person for one purpose and provided that such offenses are inter-related as to object and timing, they are to be considered as one offense punishable by one penalty. | ٦) في تطبيق أحكام العقوبات المنصوص عليها في الفقرات (٢،٣،٥) من هذه المادة ـ إذا كانت ـ الأفعال المخالفة الصادرة عن الشخص ذاته تحقق غرضاً واحداً وكانت وثيقة الاتصال من حيث القصد والوقت الذي تمت فيه، فإنها تعتبر جريمة واحدة وتوقع عليها عقوبة واحدة. |
| 7) | In imposing the penalties contained in this Article it is to be observed that should an offense be punishable by more than one penalty, the offender shall be subjected to the severest. | وفي تطبيق أحكام العقوبات المنصوص عليها في هذه المادة ـ إذا وقع الفعل المخالف تحت أحكام أكثر من عقوبة تطبق على الشخص المخالف العقوبة الأشد. |

## Article 24

The Chairman, the Managing Director, the members of the Board of Directors, head office Manager and Branch manager shall be responsible, each within his own jurisdiction, for any contravention of this Law or the decisions and rules issued for its execution.

المادة الرابعة والعشرون

يكون كل من رئيس مجلس إدارة البنك وعضو مجلس الإدارة المنتدب وأعضاء مجلس الإدارة ومدير المركز الرئيسي ومدير الفرع مسئولين - كلٌ في حدود اختصاصه - عن مخالفة البنك لأحكام هذا النظام أو القرارات والقواعد الصادرة تنفيذاً له.

### Article 25

The Minister of Finance and National Economy shall appoint a committee of three persons from outside SAMA and specify the conditions and measures to be observed in adjudging contraventions punishable under this Law at the request of SAMA.

### Article 26

The Deputy Premier and the Minister of Finance shall put this Law into effect and it shall come into force from the date of its publication.

املادة الخامسة والعشرون

يعين وزير املالية والاقتصاد الوطني لجنة من ثلاثة أشخاص من خارج املؤسسة، للفصل في املخالفات املعاقب عليها بمقتضى هذا النظام ويحدد الأوضاع والإجراءات التي تلتزمها في عملها وذلك بناء على طلب املؤسسة.

املادة السادسة والعشرون

على نائب رئيس مجلس الوزراء و وزير املالية والاقتصاد الوطني تنفيذ هذا النظام ويعمل به من تاريخ نشره.