# Al Rajhi Bank
# Ex. 23

Al Rajhi Exhibit
ARB 41
9/28/23 Carrie Campbell, RDR

| |
|---|
| **SEAL**: |
| Ministry of [*Illegible*] |
| Supreme Court in Tabuk |
| No. 1843 |
| Date: 28/02/1420 AH (June 12, 1999 AD) |
| Attachments: ---- |

23/02/1420 AH (June 07, 1999 AD)
220

General Department for District Services
Development and Coordination

**His Eminence Sheikh Abdel Aziz bin Mohamed Al ash-Sheikh**
**Deputy Minister of Islamic Affairs and General Supervisor of Al-Haramain Islamic Foundation**

May the peace, mercy, and blessings of Allah be upon you.

This is with reference to your letter No. 55/2/1, dated 09/02/1420 AH (May 24, 1999 AD), about the Da'wah and relief efforts made by Al-Haramain Islamic Foundation inside the Saudi Kingdom and abroad, indicating that the Foundation receives donations from donors, and that it intends to open a branch in Tabuk to be supervised by His Eminence Sheikh Ahmed bin Hafir al Hafir, who is a judge at the Supreme Court in Tabuk.

Please note that we approve this, and that the agencies concerned were alerted to facilitate all procedures that would enable the Foundation to perform its humanitarian mission. We ask Allah the almighty to guide all. Greetings.

[*Handwritten Signature*]

[**SEAL**: *Kingdom of Saudi Arabia – Tabuk District – Administrative Communication Center – General Outgoing*]

                          Prince of Tabuk
                          Fahd bin Sultan Abdel Aziz

✓ Copy to: His Eminence President of Tabuk Courts – to do what is required about notifying Sheikh Ahmed al Hafir, facilitating all procedures, and coordinating with agencies concerned about this matter;
Copy to: Development and Coordination Department, with the original;
Copy to: Outgoing Division

[**Handwriting**: *His Eminence Sheikh Ahmed al Hafir*]

29/02/1420 AH (June 13, 1999 AD)
289
[*Illegible Seal*]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038699



الادارة العامة لخدمات المنطقة

التنمية والتنسيق

## فضيلة الشيخ عبد العزيز بن محمد آل الشيخ
### نائب وزير الشئون الإسلامية والمشرف العام على مؤسسة الحرمين الخيرية

السلام عليكم ورحمة الله وبركاته .

إشارة إلى خطابكم رقم ٥٥/٢/١ وتاريخ ٩/٢/١٤٢٠هـ بشأن ما تقوم به مؤسسة الحرمين الخيرية من جهود دعوية وإغاثية داخل المملكة وخارجها وأنها تستقبل التبرعات من أهل الخير واعتزام المؤسسة افتتاح فرع لها في تبوك يشرف عليه فضيلة الشيخ أحمد بن حفير الحفير القاضي بالمحكمة الكبرى في تبوك .

نشعركم أنه لا مانع لدينا من ذلك وقد تم الإيعاز للجهات المعنية بتسهيل جميع الإجراءات التي تمكن هذه المؤسسة من أداء رسالتها الإنسانية سائلين المولى عز وجل للجميع التوفيق والسداد ولكم تحياتنا .

ص/ لفضيلة رئيس محاكم منطقة تبوك لاتخاذ اللازم حيال ابلاغ الشيخ احمد الحفير وتسهيل كافة الاجراءات والتنسيق مع الجهات المعنية فيما يتطلب الامر
ص/ للتنمية والتنسيق مع الاساس
ص/ الصادر

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038699



# TRANSLATION CERTIFICATION STATEMENT

**Project**: 202210241TO

**Language**: Arabic

**Documents**:

| | |
|---|---|
| ARB-00037961 | ARB-00038611 |
| ARB-00038149 | ARB-00038612 |
| ARB-00038200 | ARB-00038613 |
| ARB-00038201 | ARB-00038699 |
| ARB-00038321 | ARB-00038741 |
| ARB-00038386 | ARB-00038772 |
| ARB-00038403 | ARB-00038773 |
| ARB-00038418 | ARB-00038774 |
| ARB-00038436 | ARB-00038775 |
| ARB-00038439 | ARB-00038776 |
| ARB-00038573 | ARB-00038778 |
| ARB-00038585 | ARB-00039505 |
| ARB-00038586 | June 17, 1999 Al-Jazirah article |
| ARB-00038590 | |

## TRANSLATOR STATEMENT

I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**: Farah Alshekhli

**Qualifications**: BA in Translation and Interpretation Studies, 16 years of experience, certified in Medical Terminology

**Signed**: *Farah Alshekhli*

**Date**: Oct 25, 2022