# Al Rajhi Bank
# Ex. 24

Al Rajhi Exhibit
ARB 30
9/28/23 Carrie Campbell, RDR

[**Handwriting**: *6*]
[*Bilingual Text*]
**AL RAJHI BANKING & INVESTMENT CORP.**



**CONFIDENTIAL AND IMPORTANT**

Date: 12/11/1424 AH – corresponding to January 04, 2003 AD
His Eminence the Governor of the Saudi Arabian Monetary Authority SAMA [Currently: *Saudi Central Bank*], may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.
SUBJECT: BANKING DEALING WITH SOME CHARITY AGENCIES OFFICIALLY OPERATING IN THE KINGDOM OF SAUDI ARABIA

This is with reference to the above subject. I would like to inform you that the company has opened current bank accounts for some charity agencies based on the license mentioned below for each agency, of which a copy is enclosed herewith, namely:

1. The Muslim World League is licensed according to an implicit approval by His Royal Highness Deputy Prime Minister, No. 7334, dated 30/02/1399 AH (January 28, 1979 AD);
2. The International Islamic Relief Organization is licensed according to the directive of His Majesty the King No. 200/494/M./K., by naming it as the International Islamic Relief Organization in the Kingdom of Saudi Arabia. The certificate issued by the Ministry of Foreign Affairs states that the Organization is recognized by the government of the Kingdom of Saudi Arabia;
3. The World Assembly of Muslim Youth is licensed according to the approval of His Majesty the Prime Minister No. 7743, dated 21/03/1399 AH (February 18, 1979 AD);
4. The Saudi Joint Committee for the Relief of the Muslims of Bosnia and Herzegovina and Somalia is licensed according to the royal decree No. 17419, dated 02/12/1412 AH (June 03, 1992 AD);
5. The Saudi Joint Committee for the Relief of the Muslims of Kosovo and Chechnya is licensed according to the royal decree No. 7/B/1863, dated 03/02/1420 AH and the royal order No. 7/B./12089, dated 01/08/1420 AH (November 09, 1999 AD);
6. The Al-Haramain Islamic Foundation is licensed according to His Highness the Minister of Interior's letter No. 29/2195/2SH., dated 18/09/1416 AH (February 07, 1996 AD).

We hope that Your Eminence may inform us on whether we should continue to deal with these agencies based on the documents stating their establishment enclosed herewith for each agency, or stop dealing with the mentioned agencies? Until we receive your Eminence's directives, we will continue to deal with the said agencies so that we will not confuse their work.
May Allah bless you.
[*Handwritten Signature*]

                                                    Abdullah bin Soliman al Rajhi
                                                    Director General
                                                    [*Handwritten Signature*]

[**Handwriting**: *Attachments: 12 pages*]
[**Handwriting**: *The original letters were received with an attachment of 12 pages – 13/11/1424 AH – corresponding to January 05, 2003 AD*]

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00014545

AL RAJHI BANKING & INVESTMENT CORP.  شركة الراجحي المصرفية للإستثمار

سري وهام

التاريخ : ١٢/١/١٤٢١هـ ــ الموافق ٥/١/٢٠٠٠م

معالي محافظ مؤسسة النقد العربي السعودي     رعاه الله

السلام عليكم ورحمة الله وبركاته ،،، وبعد ،،،،

الموضوع : التعامل مصرفيا مع بعض الجهات الخيرية العاملة رسميا في المملكة العربية السعودية

فأشير إلى الموضوع أعلاه وأفيدكم بأن الشركة قد قامت بفتح حسابات مصرفية جارية لبعض الجهات الخيرية بناءا على التراخيص المذكور أدناه قرين كل جهة والمرفق صورة منه وهي :-

١- رابطة العالم الإسلامي مرخص لها بموجب موافقة ضمنية صادرة من صاحب السمو الملكي نائب رئيس مجلس الوزراء ذات الرقم ٧٣٣٤ والتاريخ ١٣٩٩/٢/٣٠هـ .

٢- هيئة الإغاثة الإسلامية العالمية : مرخص لها بموجب توجيه المقام السامي ذي الرقم ٢٠٠/٤/٩٤ م/ب بتسمية هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية والشهادة الصادرة من وزارة الخارجية بأن الهيئة معترف بها من قبل حكومة المملكة العربية السعودية .

٣- الندوة العالمية للشباب الإسلامي : بموجب موافقة جلالة رئيس مجلس الوزراء ذات الرقم ٧٧٤٣ والتاريخ ١٣٩٩/٣/٢١هـ .

٤- اللجنة السعودية المشتركة لإغاثة مسلمي البوسنة والهرسك والصومال : المرخص لها بموجب الأمر السامي الكريم ذي الرقم ١٧٤١٦ والتاريخ ١٤١٢/١٢/٢هـ .

٥- اللجنة السعودية المشتركة لإغاثة مسلمي كوسوفا والشيشان : المرخص لها بموجب الأمر السامي الكريم ذي الرقم ٧/ب/٦٣١٨ والتاريخ ١٤٢٠/٢/٣هـ والأمر السامي الكريم ذي الرقم ٧/ب/١٢٠٨٩ والتاريخ ١٤٢٠/٨/١هـ .

٦- مؤسسة الحرمين الخيرية : المرخص لها بموجب كتاب سمو وزير الداخلية ذي الرقم ٢٦/٢١٩٥/٢ش والتاريخ ١٤١٦/٩/١٨هـ .

فنرجو من معاليكم التكرم بإفادتنا هل نستمر في التعامل مع هذه الجهات بناءا على مسوغات إنشائها المرفقة والمذكورة قرين كل منها أم نتوقف عن التعامل مع الجهات المذكورة ؟ وحتى يصلنا توجيه معاليكم فسنستمر في التعامل مع الجهات المذكورة حتى لا نربك عمل هذه الجهات .

والله يحفظكم ويرعاكم ،،،

عبد الله بن سليمان الراجحي
المدير العام

المرفقات : اثنتى عشرة صورة

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014545



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20230811VGC

**Language:** Arabic > English

**Document title:** ARB 14545

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:** Farah Alshekhli

**Qualifications:** BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed:** *Farah Alshekhli*    **Date:** 09/25/2023