# Al Rajhi Bank
# Ex. 25



Al Rajhi Exhibit
ARB 29
9/28/23 Carrie Campbell, RDR

[**Handwriting**: *7*]
[*Bilingual Text*]
AL RAJHI BANKING & INVESTMENT CORP.



**CONFIDENTIAL AND IMPORTANT**

No. 252/S.Q./2004
Date: 04/12/1424 AH – corresponding to January 26, 2004 AD
His Eminence the Governor of the Saudi Arabian Monetary Authority SAMA [Currently: *Saudi Central Bank*], may Allah bless him
May the peace, mercy, and blessings of Allah be upon you.

<u>SUBJECT: CONTINUATION OF BANKING DEALING WITH THE AL-HARAMAIN ISLAMIC FOUNDATION</u>

This is further to our letter to you, dated 12/11/1424 AH (corresponding to January 04, 2003 AD), about requesting directives on the legality of the accounts of some charity associations opened with this company in terms of the documents enclosed herewith. The media has recently published about the closure of four charity offices belonging to the Al-Haramain Islamic Foundation abroad and the suspension of dealing with it under a decision issued by the Saudi and American governments.

We kindly ask Your Eminence to promptly urge the competent section at SAMA to guide us regarding our previous inquiry, which is in particular: Shall we continue to deal with the Al-Haramain Islamic Foundation inside the Saudi Kingdom in light of this recently published news?

Until we receive your Eminence's directives, we will continue to deal with the said agency's accounts.
May Allah bless you.
[*Handwritten Signature*]

                                                Abdullah bin Soliman al Rajhi
                                                Director General
                                                [*Handwritten Signature*]

CC of our previous letter to Your Eminence

[*Bilingual Text*]
Head Office: P.O. Box 28 Riyadh 11411 Kingdom of Saudi Arabia – Tel. 4601000 – Ext. 1440/1432 – Fax: 4601000 Ext. 1456

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014546



AL RAJHI BANKING & INVESTMENT CORP.

سري وهام

الرقم: ٥٥٢/س/ص/٢٠٠٢
التاريخ: ٤/١٢/١٤٢٣هـ الموافق ٢٠٠٣/١/٤م

معالي محافظ مؤسسة النقد العربي السعودي ..................... (يحفظه الله)

السلام عليكم ورحمة الله وبركاته ،،،،، وبعد ،،،،

الموضوع: استمرار التعامل مصرفياً مع مؤسسة الحرمين الخيرية

فعطفاً على كتابنا لكم بتاريخ ٢/١١/١٤٢٤هـ الموافق ٢٠٠٣/١/٤م بخصوص طلب التوجيه في نظامية حسابات بعض الجمعيات الخيرية المفتوحة في هذه الشركة على ضوء المسوغات المرافقة وحيث نشر أخيراً في وسائل الإعلام عن غلق أربعة مكاتب خيرية تابعة لمؤسسة الحرمين الخيرية في الخارج وايقاف التعامل معها بقرار من الحكومتين السعودية والأمريكية.

فنرجوا من معاليكم التكرم بسرعة حث جهة الاختصاص بالمؤسسة على سرعة توجيهنا بخصوص استفسارنا السابق وعلى وجه الخصوص هل نستمر في التعامل مع مؤسسة الحرمين في الداخل على ضوء هذه الأخبار المنشورة أخيراً.

وحتى يصلنا توجيه معاليكم فنستمر في التعامل القائم حالياً في حسابات المؤسسة المذكورة.

والله يحفظكم ويرعاكم ،،،،

عبد الله بن سليمان الراجحي
المدير العام

▪ صورة من خطابنا السابق لمعاليكم.

المركز الرئيسي: ص. ب ٢٨ - الرياض ١١٤١١- المملكة العربية السعودية - هاتف ٤٦٠١٠٠٠ تحويلة ١٤٤٠/١٤٣٢ - فاكس ٤٦٠١٠٠٠ تحويلة ١٤٥٦
Head Office: P. O. Box 28 - Riyadh 11411, Kingdom of Saudi Arabia - Tel. 4601000 Ext. 1440/1432 - Fax. 4601000 Ext. 1456

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00014546



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 20230811VGC

**Language:** Arabic > English

**Document title:** ARB 14546

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:** Farah Alshekhli

**Qualifications:** BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed:** *Farah Alshekhli*      **Date:** 09/25/2023