# Al Rajhi Bank
# Ex. 26



In the name of Allah, the Gracious, the Merciful

| | | |
|---|---|---|
| Kingdom of Saudi Arabia<br>Ministry of Islamic Affairs,<br>Endowments, Da'wah, and<br>Guidance<br>Minister's Office | <br>[**Logo**: *Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance*] | No. 1/2/161S<br>Date: 22/01/1425 AH<br>    (March 13, 2004 AD)<br>Attachments: None |

**Very Urgent Telegram**

**His Excellency Director General of Al Rajhi Banking & Investment Corp., may Allah bless him**
    May the peace, mercy, and blessings of Allah be upon you.

    This is with reference to your letter No. 633/SH.Q./2004, dated 05/01/1425 AH (February 25, 2004 AD), about opening an account for Al-Haramain Islamic Foundation.
    Please note that Al-Haramain Islamic Foundation is authorized to practice charity work. It is fine to open an account for it with the company according to the regulations and instructions of the Saudi Arabian Monetary Authority [**Currently**: *Saudi Central Bank*].
    May the peace, mercy, and blessings of Allah be upon you.
[*Handwritten Signature*]

**Minister of Islamic Affairs, Endowments, Da'wah, and Guidance**
[*Handwritten Signature*]
**Saleh bin Abdel Aziz bin Mohamed Al ash-Sheikh**

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039505





الرقم: ١/ع/١٦١/٢
التاريخ: ٢٢/١/١٤٢٥هـ
المشفوعات: —

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
مكتب الوزير

# برقية عاجلة جداً

سعادة المدير العام لشركة الراجحي المصرفية للاستثمار      سلمه الله

سلام عليكم ورحمة الله وبركاته . أما بعد :

فــأشــيــر إلى كـتــابكم ذي الرقم ٦٣٣/ش ق/٢٠٠٤ المؤرخ في ١٤٢٥/١/٥هـ بشأن فتح حساب لمؤسسة الحرمين الخيرية .

وأخبركم بأن مؤسسة الحرمين الخيرية مأذون لها بممارسة العمل الخيري ولامانع من فتح حساب لها في الشركة وفق تنظيمات وتعليمات مؤسسة النقد العربي السعودي .

والسلام عليكم ورحمة الله وبركاته .

وزير الشؤون الإسلامية والأوقاف
والدعوة والإرشاد

صالح بن عبدالعزيز بن محمد آل الشيخ

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039505



# TRANSLATION CERTIFICATION STATEMENT

**Project:** 202210241TO

**Language:** Arabic

**Documents:**

| | |
|---|---|
| ARB-00037961 | ARB-00038611 |
| ARB-00038149 | ARB-00038612 |
| ARB-00038200 | ARB-00038613 |
| ARB-00038201 | ARB-00038699 |
| ARB-00038321 | ARB-00038741 |
| ARB-00038386 | ARB-00038772 |
| ARB-00038403 | ARB-00038773 |
| ARB-00038418 | ARB-00038774 |
| ARB-00038436 | ARB-00038775 |
| ARB-00038439 | ARB-00038776 |
| ARB-00038573 | ARB-00038778 |
| ARB-00038585 | ARB-00039505 |
| ARB-00038586 | June 17, 1999 Al-Jazirah article |
| ARB-00038590 | |

**TRANSLATOR STATEMENT**

I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:** Farah Alshekhli

**Qualifications:** BA in Translation and Interpretation Studies, 16 years of experience, certified in Medical Terminology

**Signed:** *Farah Alshekhli*

**Date:** Oct 25, 2022