# Al Rajhi Bank
# Ex. 27

الرقم : ٧٨/س/ص
التاريخ : ٢٠/١/١٤٢٥هـ
المرفقات :

المملكة العربية السعودية
وزارة العدل
مكتب الوزير

I, the Minister of Justice of the Kingdom of Saudi Arabia, confirm that the Saudi Joint Relief Committee is an agency of the Kingdom of Saudi Arabia, created by High Order of the President of the Council of Ministers, the Custodian of the Two Holy Mosques, King Fahad Ben Abdul Aziz Al-Saud, No.7/B/1863 dated 3/2/1420 H.(19/5/1999). In the High order creating the Saudi Joint Relief Committee, it was given discretion to donate funds on behalf of the Kingdom for charitable relief efforts. As an agency of the Kingdom, the Saudi Joint Relief Committee operates in accordance with the laws and regulations of the Kingdom.

IN WITNESS WHEROF, in my capacity as Minister of Justice, the foregoing has been executed in Riyadh on this 30 / 1 /1425H.(21/ 3 /2004)
Minister of Justice, the Kingdom of Saudi Arabia
Name : Abdullah Mohammed Ibrahim Al Sheikh
Signature
21/3/2004
Stamp

أنا وزير العدل بالمملكة العربية السعودية أؤكد أن اللجنة السعودية المشتركة للإغاثة جهاز من أجهزة الدولة السعودية كونت بالأمر السامي رقم ٧/ب/١٨٦٣ وتاريخ ١٤٢٠/٢/٣ هـ.( الموافق ١٩٩٩/٥/١٩م) من رئيس مجلس الوزراء وخادم الحرمين الشريفين الملك فهد بن عبد العزيز آل سعود. وفي الأمر السامي نص على تكوينها أعطيت اللجنة السعودية المشتركة للإغاثة السلطة التقديرية لتقديم العون باسم المملكة لأعمال الإغاثة. وكجهاز من أجهزة الدولة السعودية. فإن اللجنة السعودية المشتركة للإغاثة تعمل وفقا للقوانين والأنظمة السعودية.
إشهادا بذلك ، فإني بصفتي وزيرا للعدل ،
تم التوقيع على هذا في الرياض في يوم ٣٠ /١/ ١٤٢٥هـ. الموافق ٢١/٣/٢٠٠٤م
وزير العدل بالمملكة العربية السعودية
الاسم : عبدالله بن محمد آل الشيخ
التوقيع :
١٤٢٥/١/٣٠
الختم : ١٧/٢/٤٠٠

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039409



الرقم : ٧٤ /س/ص
التاريخ : ٢٠/١/١٤٢٥ هـ
المرفقات :

المملكة العربية السعودية
وزارة العدل
مكتب الوزير

I, the Minister of Justice of the Kingdom of Saudi Arabia confirm that, the following organizations are legally established in the Saudi Arabia and are permitted to operate under its laws and regulations;
  A. Muslim World League
  B. World Assembly of Muslim Youth
  C. Al-Haramain Islamic Foundation
  D. International Islamic Relief Organization; and

IN WITNESS WHEROF, in my capacity as Minister of Justice, the foregoing has been executed in Riyadh on this 30/1/1425H.(21/3/2004)

Minister of Justice of the Kingdom of Saudi Arabia

Name : Abdullah Mohammed Ibrahim Al Sheikh

Signature
Stamp    21/3/2004

أنا وزير العدل بالمملكة العربية السعودية أؤكد أن الهيئات المذكورة أدناه مؤسسة نظاميا في المملكة ولها أن تعمل فيها حسب الأنظمة واللوائح.

أ- رابطة العالم الإسلامي
ب- الندوة العالمية للشباب الإسلامي
ج- مؤسسة الحرمين الإسلامية
د- هيئة الإغاثة الإسلامية

إشهادا بذلك ، فإني بصفتي وزيرا للعدل ،
تم التوقيع على هذا في الرياض في
يوم ٣٠/١/١٤٢٥هـ. الموافق ٢١/٣/٢٠٠٤م

وزير العدل بالمملكة العربية السعودية

الاسم :
التوقيع :
الختم :

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00039410