# Al Rajhi Bank
# Ex. 28

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF NEW YORK

3

4    In re:  Terrorist Attacks

5    on September 11, 2001

6                        03 MDL 1570 (GBD)(SN) ECF Case

7    _____/

8              C O N F I D E N T I A L

9    The Above-Captioned Video-Recorded Deposition of

10                 JONATHAN M. WINER

11                9:28 a.m. - 3:35 p.m.

12                 January 12, 2024

13

14

15

16

17

18

19

20

21

22

23   REPORTED BY:

24   STEVEN POULAKOS, RPR

25   JOB NO:  J10746455



1

2

3

4

5

6

7

8          The above-captioned video-recorded

9   deposition of JONATHAN M. WINER was held on Friday,

10  January 12, 2024, 2024, commencing at 9:28 a.m., at the

11  Law Offices of Cozen O'Connor, 1200 19th Street, N.W.,

12  Washington, D.C.  20036, before Steven Poulakos, Notary

13  Public.

14

15

16

17

18

19

20  REPORTED BY:  Steven Poulakos, RPR

21

22

23

24

25



```
 1   APPEARANCES:

 2       ON BEHALF OF THE PLAINTIFFS:

 3       SEAN CARTER, ESQUIRE

 4           Cozen O'Connor

 5           1650 Market Street

 6           Suite 2800

 7           Philadelphia, Pennsylvania  19103

 8           Telephone:  215.665.2000

 9           Email:  scarter@cozen.com

10               and

11       SCOTT J. TARBUTTON, ESQUIRE

12           Cozen O'Connor

13           1200 19th Street, N.W.

14           3rd Floor

15           Washington, D.C.  20036

16           Telephone:  202.912.4800

17           Email:  starbutton@cozen.com

18

19

20

21

22

23

24

25
```



JONATHAN M. WINER  Confidential
In re: Terrorist Attacks on September 11, 2001

January 12, 2024
4

```
 1  │ APPEARANCES (Continued):
 2  │     ON BEHALF OF AL-RAJHI BANK.:
 3  │     NICOLE E. ERB, ESQUIRE
 4  │     NICOLLE KOWNACKI, ESQUIRE
 5  │     MICHAEL MAHAFFEY, ESQUIRE
 6  │     NWOR AKROUK, ESQUIRE
 7  │     REUBEN J. SEQUEIRA, ESQUIRE
 8  │     NICOLLE KOWNACKI, ESQUIRE
 9  │         White & Case LLP
10  │         701 Thirteenth Street, N.W.
11  │         Washington, D.C.  20005
12  │         Telephone:  202.626.3694
13  │         Email:  nerb@whitecase.com
14  │
15  │     ON BEHALF OF THE DUBAI ISLAMIC BANK:
16  │     JUSTIN D. RATTEY, ESQUIRE
17  │         Jones Day
18  │         51 Louisiana Avenue, N.W.
19  │         Washington, D.C.  20001
20  │         Telephone:  202.879.3722
21  │         Email:  jrattey@jonesday.com
22  │
23  │
24  │
25  │
```



```
 1   APPEARANCES (Continued):

 2       ON BEHALF OF THE CHARTER OAK PLAINTIFFS:

 3       ROBERT C. SHEPS, ESQUIRE  (via zoom)

 4           Sheps Law Group P.C.

 5           25 High Street

 6           Huntington, New York  11743

 7           Telephone:  631.249.5606

 8           Email:  rsheps@shepslaw.com

 9

10       ON BEHALF OF THE MUSLIM WORLD LEAGUE, THE

11       INTERNATIONAL ISLAMIC RELIEF ORGANIZATION, AND

12       VARIOUS CHARITY OFFICIALS:

13       AISHA BEMBRY, ESQUIRE  (via zoom)

14       SUMAYYA KATIB, ESQUIRE  (via zoom)

15       JON GRYSKIEWICZ, ESQUIRE  (via zoom)

16           Lewis Baach Kaufmann Middlemiss PLLC

17           1050 K Street, N.W.

18           Suite 400

19           Washington, D.C.  20001

20           Telephone:  202.833.8900

21           Email:  jon.gryskiewicz@lbkmlaw.com

22

23

24

25
```



```
 1   APPEARANCES (Continued):

 2        ON BEHALF OF THE WORLD ASSEMBLY OF MUSLIM YOUTH:

 3        MUSTAPHA NDANUSA, ESQUIRE  (via zoom)

 4            Omar Mohammedi LLC

 5            233 Broadway

 6            Suite 820

 7            New York, New York  10279

 8            Telephone:  212.725.3846

 9            Email:  mndanusa@otmlaw.com

10

11   ALSO PRESENT: ABDULRHMAN AL and KIM JOHNSON - VIDEO

12   OPERATOR

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                              INDEX

 2              Deposition of JONATHAN M. WINER

 3                      January 12, 2024

 4   Examination by:                               Page

 5   Ms. Erb                                         10

 6

 7   Exhibit No.                                   Marked

 8   Exhibit JW1   Expert report                     16

 9   Exhibit JW2   CIA report                        22

10   Exhibit JW3   Account statement for Osama bin   52

11                 Laden

12   Exhibit JW4   Remarks by Treasury Secretary Paul 65

13                 O'Neill

14   Exhibit JW5   A report with a redaction key      76

15   Exhibit JW6   A translation                      83

16   Exhibit JW7   A spreadsheet with a translation   89

17   Exhibit JW8   FATF                               93

18   Exhibit JW9   From the FATF website              99

19   Exhibit JW10  FATF website for Saudi Arabia     103

20   Exhibit JW11  FATF website                      111

21   Exhibit JW12  An intelligence assessment        161

22   Exhibit JW13  A translation of a document       173

23   Exhibit JW14  Not entered                       191

24

25
```



```
 1                    P R O C E E D I N G S

 2                            - - -

 3              THE VIDEOGRAPHER:  Here begins the video

 4   recorded deposition of Jonathan Winer taken in the

 5   matter in re terrorist attacks on September 11th, 2001,

 6   in the U.S. District Court, Southern District of New

 7   York.  Today's date is January 12th, 2024.  The time is

 8   9:28.  This deposition is being held at 1200 19th

 9   Street, Northwest, Washington, D.C.  The court reporter

10   is Steve Poulakos.  The video camera operator is Kim

11   Johnson both on behalf of Esquire.

12              Will counsel please introduce yourselves

13   and state whom you represent.

14              MS. ERB:  This is Nicole Erb with White &

15   Case on behalf of Al-Rajhi Bank.

16              MS. KOWNACKI:  Nicolle Kownacki, White &

17   Case on behalf of Al-Rajhi Bank.

18              MR. SEQUEIRA:  Reuben Sequeira for Al-Rajhi

19   Bank.

20              MR. MAHAFFEY:  Mike Mahaffey for Al-Rajhi

21   Bank.

22              MR. AKROUK:  Nwor Akrouk for Al-Rajhi Bank.

23              MR. RATTEY:  Justin Rattey, Jones Day on

24   behalf of the Dubai Islamic Bank.

25              MR. CARTER:  Sean Carter from Cozen
```



 1  O'Connor along with my colleague, Scott Tarbutton.

 2  We're here for the plaintiffs and the witness.

 3              THE VIDEOGRAPHER:  And on Zoom?  Anyone?

 4              Will the court reporter please swear in the

 5  witness.

 6  Whereupon,

 7              JONATHAN M. WINER,

 8  called as a witness, having been first duly sworn to

 9  tell the truth, the whole truth, and nothing but the

10  truth, was examined and testified as follows:

11              MR. MAHAFFEY:  Sean, can you hang on a

12  second?  I think we do have some people on the line.

13              MR. CARTER:  Yeah, we clearly do.

14              MR. MAHAFFEY:  Yeah.  And I'll say for our

15  client, Al-Rajhi Bank, we have Abdulrhman Almussaed

16  from the legal department.

17              MR. CARTER:  If there's anyone else on the

18  line, please introduce yourself and make yourself

19  known.

20              THE VIDEOGRAPHER:  Could the people on Zoom

21  identify yourselves?

22              MS. BEMBRY:  Yes.  This is Aisha Bembry

23  from Lewis Baach.  Also on Zoom, my colleague, Jon

24  Gryskiewicz.  We're from Lewis Baach and we represent

25  MWL, IIRO and certain charity officials.



```
 1                    MR. GOETZ:  Frederick Goetz for the World
 2       Association of Muslim Youth or Assembly of Muslim
 3       Youth.
 4                    MS. ERB:  Okay.  Witness has been sworn.
 5                    EXAMINATION BY MS. ERB
 6       Q       Good morning.
 7                    MS. ERB:  Just one last housekeeping
 8       matter.  I expect that this deposition will elicit
 9       confidential information of Al-Rajhi Bank and perhaps
10       its customers.  Therefore, I provisionally designate
11       the deposition as confidential in accordance with the
12       NBL protective order and I would ask that if anybody is
13       on the line that is not subject to that protective
14       order if they could identify themselves.  Okay.  Good
15       morning.
16                    MR. CARTER:  Nicole, just -- for the record
17       just for classification, I think this is already
18       well-known, but we're reserving our right with regard
19       to the confidentiality designations.
20                    MS. ERB:  Thanks.  That's fine.
21       BY MS. ERB:
22       Q       Good morning.
23       A       Good morning.
24       Q       Can you please state your name for the
25       record?
```



1        A      My name is Jonathan M. Winer.

2        Q      And, Mr. Winer, before we begin and get --

3    and begin discussing the subjects of our -- our -- the

4    topics today --

5               MS. ERB:  Did somebody just join?  Do we

6    need to identify --

7               MR. SHEPS:  Yes.  Robert -- Robert Sheps.

8    BY MS. ERB:

9        Q      Okay.  before we get started on the

10   substance of the deposition, I wanted to just be clear

11   on a few terms that I know we'll be using today and

12   just make sure that we understand those terms.

13              MS. ERB:  Should we pause and address the

14   people who are joining?  Who just joined?

15              PATRICK:  I apologize.  This is Patrick

16   with Esquire confirming that our exhibit tech is

17   connected.  I see Baily is connected.  I'll disconnect

18   at this point.

19              BAILY:  Yes, sir.  Thank you.

20              MR. CARTER:  And while we're addressing

21   this, is there -- do we know why we're still getting an

22   alert when everyone joins?  Is there any way to mute

23   that?

24              THE VIDEOGRAPHER:  I was waiting for them

25   to make me host, so I could do that.



```
 1                Baily, can you mute the incoming sound?
 2                BAILY:  Currently Patrick is host.  If he
 3     gives it -- passes it over, I can turn that off for
 4     you.
 5                THE VIDEOGRAPHER:  Thank you.
 6                PATRICK:  Okay.  Baily is host.  Thank you.
 7     And I just removed the sound, so that should not occur
 8     anymore.
 9                THE VIDEOGRAPHER:  Thank you very much.  I
10     think we're good now.
11                MS. ERB:  Okay.  Thank you very much.
12     BY MS. ERB:
13        Q     Mr. Winer, apologies.  So before we get
14     started on the substance of our discussion today, I
15     just wanted to make sure we're on the same page when we
16     make references to certain terms, right?  So we are
17     referring to charities today.  When I refer to
18     charities, I am referring to the charities that you
19     discuss in your report, al-Heramain Islamic Foundation
20     or al-Heramain, IIRO, Muslim World League, the
21     International Islamic Relief Organization, IIRO, and
22     the World Assembly of Muslim Youth, WAMY.
23                And when I -- I might refer to those as the
24     charities, the subject charities, the relevant
25     charities.  So when you hear me say charities, that's
```



1   what I'm referring to unless I specify otherwise and if

2   we can agree on that terminology, I would appreciate

3   that.  Is that fine for you?

4        A      I understand that's the terminology that

5   you'll be using in your questions of me.

6        Q      Thank you.  And when I --

7             MS. BEMBRY:  Counsel, this is -- counsel,

8   this is Aisha Bembry from Lewis Baach and we represent,

9   MWL and IIRO.  I would just caution about using

10  charities generally to include all charities and not

11  specify.  I mean, I'll make a specific objection, but I

12  have -- I do have a bit of concern about you indicating

13  that all charities -- that depends on the question.

14  I'll just make a preliminary objection to using the

15  term charities to include all charities without

16  specifying which charity you are referring to

17  specifically.

18             MS. ERB:  That's no problem.  Understood.

19  BY MS. ERB:

20       Q      When I refer to the bank or Al-Rajhi

21  Bank -- when I refer to the bank, I'm referring to

22  Al-Rajhi Bank.  So Al-Rajhi Bank is the defendant here

23  and I represent Al-Rajhi Bank, but I'm not going to say

24  Al-Rajhi Bank every time.  Sometimes we'll see Al-Rajhi

25  Bank referred to Al-Rajhi Banking and Investment



 1   Corporation.  I'm going to refer to Al-Rajhi Bank or

 2   the bank.  Unless I specify otherwise, that's the bank

 3   I'm referring to.  Is that fine for you?

 4        A     I understand.

 5        Q     Okay.  And of course when I refer to 9/11,

 6   I'm referring to the attacks of -- against the United

 7   States on 9/11/2001, September 11th, 2001.  So we may

 8   have shorthand.  I want to be clear that that's what

 9   I'm referring to.

10        MR. GOETZ:  For the record, WAMY joins Ms.

11   Bembry's objection as to lack of specificity using the

12   phrase charities.

13   BY MS. ERB:

14        Q     If there's anything during the course of

15   the deposition that is unclear either with terminology

16   or a question, please let me know.  I'm happy to

17   expand.

18        And I also want to get one other

19   housekeeping point which is in your -- in your expert

20   report, sir, are you aware that under rule 26 of the

21   federal rules of civil procedure an expert witness is

22   required to provide a complete statement of all

23   opinions the witness will express and the basis and

24   reasons for them?

25        A     Yes.



 1      Q      Okay.  And I -- and you're comfortable that
 2   your expert report satisfies the obligations on experts
 3   under rule 26?
 4      A      Yes.
 5      Q      Very good.  And you have a -- you have a
 6   background in -- as a lawyer, so you would understand
 7   those obligations fully?
 8              MR. CARTER:  Objection.
 9              MS. BEMBRY:  One other housekeeping matter,
10   counsel, if I may.
11              MS. ERB:  Of course.
12              MS. BEMBRY:  Again, this is Aisha Bembry on
13   behalf of MWL, IIRO and certain charity officials.  I'd
14   just like to note for the record that expert discovery
15   with respect to the defendants that I represent, again,
16   MWL, IIRO and the charity officials, closed in 2021.
17   Mr. Winer did submit reports against those defendants
18   which reports have never been supplemented.  The period
19   of expert discovery for my clients was fully litigated
20   and closed in 2021.
21              Accordingly MWL, IIRO and charity officials
22   reserve all rights with respect to the testimony
23   offered today by Mr. Winer and the testimony that is
24   the subject of his expert report being discussed today.
25   Thank you.



```
 1    BY MS. ERB:

 2        Q      If we can --

 3               MR. GOETZ:  Frederick Goetz on behalf of --

 4    excuse me.  Frederick Goetz on behalf of World Assembly

 5    of Muslim Youth.  We join in that position separately

 6    as to WAMY.

 7               MS. ERB:  If we can please pull up tab 1,

 8    which is Mr. Winer's expert report, and we will be

 9    entering that as the first exhibit.

10               (Winer Exhibit JW1 was marked for purposes

11    of identification.)

12    BY MS. ERB:

13        Q      So -- so, Mr. Winer, we have a physical

14    copy of your report which as a courtesy we're happy to

15    provide for you if you don't --

16        A      Please.

17        Q      Okay.

18               MR. CARTER:  Counsel, what is the naming

19    structure we're using for today's exhibits?

20               MS. ERB:  I'm looking at my -- JW1, so same

21    as yesterday.

22               MR. CARTER:  Okay.

23    BY MS. ERB:

24        Q      Mr. Winer, can you please confirm that

25    what's in front of you is a copy of your expert report
```



1  dated October 4th, 2023?

2      A      I'm looking through it right now in order

3  to ensure that it is.

4              MR. CARTER:  There's -- there was at least

5  one instance of some highlighting.  I don't know that

6  that's from the original report.  There's another

7  instance of highlighting, another --

8              THE WITNESS:  I don't recognize the

9  highlighting.  So it looks like a report that's been

10  annotated by someone.

11  BY MS. ERB:

12      Q      Okay.  Well, do you have a separate -- your

13  own copy of the report that you would prefer to use?

14      A      I have one, but it's not -- it doesn't

15  include my lectures, presentations and that material.

16      Q      Okay.  We can give you that.

17      A      So I think it would be good to have this

18  version.  This looks like the correct version, but

19  without the annotations.

20      Q      Yeah, that's no problem.  My team will take

21  care of that.  This is a courtesy copy.  We have got

22  the exhibit copy online, but --

23      A      Okay.

24      Q      Yeah.  So we just wanted to -- I think it's

25  going to be easier for you today if you have a physical



1  copy in front of you.

2      A      I agree with you.

3      Q      So do we want to go off the record while

4  we -- while we take care of this or -- okay.  We can --

5  do you want to -- okay.

6              MR. CARTER:  Let's go off the record just

7  for a second.

8              THE VIDEOGRAPHER:  Off the record at 9:40.

9              (Deposition recessed at 9:40 a.m.)

10             (Deposition resumed at 9:55 a.m.)

11             THE VIDEOGRAPHER:  We're back on the record

12  at 9:55.

13  BY MS. ERB:

14     Q      Thank you, Mr. Winer.

15             I'd like to just turn to appendix one of

16  your report which I understand is at page 218 of the

17  PDF.  And I just want to confirm, sir, that these are

18  the materials that you relied on or considered in

19  preparing your report in addition to those that are

20  cited in the report, correct?

21     A      (Reviewing document.)

22             They should be.

23     Q      If we could --

24     A      I believe they are.  Let's go to the next

25  page, please.



1      Q       These are the documents that are included

2   as appendix one of the report?

3      A       Right.  It looks right to me.

4      Q       If we can turn to appendix 2 which I

5   understand is at page 228 of the PDF.

6      A       That's right.

7      Q       And this is a copy of your CV, correct?

8      A       Yes.

9      Q       And from your CV, I see that you've worked

10  extensively in both the public sector and in private

11  practice, correct?

12     A       That's correct.

13     Q       And when you were in the public sector, you

14  did not hold a position at the U.S. Department of the

15  Treasury; is that right?

16     A       That's correct.  I was at the State

17  Department.

18     Q       And in your time in government, you did not

19  work as a bank regulator at any point, did you?

20     A       My work was not as a bank regulator, that's

21  correct.

22     Q       And when you were in private practice, you

23  did not work as a financial accountant; is that right?

24     A       I was practicing law in private practice,

25  not accountancy.



```
 1        Q       And you never sat for the CPA exam,
 2   correct?
 3        A       I'm not a CPA.
 4        Q       And you were never employed by a bank; is
 5   that correct?
 6        A       I represented banks, provided advice and
 7   counsel to banks, a number of banks and clients at
 8   different times.
 9        Q       But you were never employed at a bank?  You
10   were never an employee at a bank?
11        A       I was not a bank employee, that's correct.
12        Q       And you would not consider yourself a
13   banker?
14        A       I'm not a banker.
15        Q       In your report, you state that you relied
16   on many different types of material in preparation of
17   your report, correct?
18        A       Yes.
19        Q       And among the materials that you rely
20   heavily on in your report are CIA reports, correct?
21               MR. CARTER:  Objection to form.
22               THE WITNESS:  I included CIA reports as
23   among the materials that I relied on, that's correct.
24   BY MS. ERB:
25        Q       And would you agree that CIA reports
```



 1 | generally do not reveal their sources, correct?

 2 |      A      In the report, I provide an extended

 3 | discussion of the construction of CIA reports and their

 4 | uses.  And I state that they're evidence based and they

 5 | also intentionally for when they're released to the

 6 | public do not include sources.  When they're released

 7 | to people inside the government, the sourcing is

 8 | provided.  And I've read many CIA reports in which the

 9 | sourcing has been provided and I'm familiar with the

10 | structure of CIA reports and the extent to which they

11 | provide sourcing.

12 |           The sourcing typically is still somewhat

13 | anonymized.  So it will refer to whether it is a

14 | documentary source typically or a human source.  If

15 | it's a human source, it may indicate the degree to

16 | which the source is reliable.  There are a variety of

17 | formulations that the CIA uses in discussing sources,

18 | but they don't reveal the individual particular source

19 | when it's a human source.

20 |      Q      And when -- when CIA reports are made

21 | available to the public or declassified, the sources

22 | are often redacted, correct?

23 |      A      Yes.

24 |      Q      And in your report, you identify some

25 | redactions in the CIA reports that you cite and rely



1  on, correct?

2      A      I did.

3      Q      And you acknowledge that these redactions

4  were in part to protect the report sources and methods?

5      A      That's correct.

6      Q      And when you were preparing your report,

7  did you ever try to determine the sources of the

8  intelligence in the CIA reports that you rely on?

9      A      No.

10     Q      And while you were working at the

11 Department of State from 1994 to 1999, I believe, did

12 you receive copies -- in your official capacity, did

13 you receive copies of any of the CIA reports you rely

14 on in your expert report?

15     A      Not to my recollection, no.  Most of them

16 were post the time that I was there.

17     Q      And in addition to unknown sources,

18 sometimes the sources used to gather intelligence are

19 otherwise unreliable, correct?

20     A      That's an incomplete statement.  So it's

21 not completely correct.

22             (Winer Exhibit JW2 was marked for purposes

23 of identification.)

24     Q      Okay.  Let's -- let's bring up if we can

25 tab 30.  And, Mr. Winer, just for your ease of



1    reference, I see that they've brought you a physical

2    copy.  And for your reference, this tab 30 is a CIA

3    report from August 2002 and is cited at paragraph 2.93

4    of your report which is on page 20, I believe.

5              Have you seen this document before?

6        A    My report?

7        Q    No.  Tab 30, the CIA report from

8    August 2002.

9        A    Yes.

10       Q    Okay.  And on page 2 of the CIA report

11   which is at CIA 00307, the report says, quote, most

12   detainees are employing counter interrogation

13   techniques and appear to be hiding detailed financial

14   information.  Do you see that?

15       A    Yes.

16       Q    And on page 3 of the report at 00308, the

17   report states detainees have provided information on

18   Al-Qaeda linked donors, fund raisers and facilitators,

19   although the information is incomplete and some almost

20   certainly is false.  Do you see that?

21       A    No, I don't actually.  Where, please?

22            MR. CARTER:  The tech did not change the

23   page on the screen.

24            MS. ERB:  Okay.  So for the technician, it

25   is 00307 and it should be on the next page.  And that's



 1    the first quote I was referring to.  It's at the -- I'm

 2    sorry.  It's the second quote I'm referring to.  It

 3    should be in the -- under the heading donors, fund

 4    raisers and facilitators on the right-hand column.

 5                    THE WITNESS:  Yes.  I read that.

 6    BY MS. ERB:

 7        Q       Okay.  And I take it you would agree that

 8    any data points provided by these sources in this CIA

 9    report would not be reliable absent corroboration,

10    correct?

11        A       It depends.  You have to look at the total

12    context of any particular source and the CIA routinely

13    does that.  So when you see a full CIA report, the full

14    report will provide you whether it's an established

15    source, whether it's a reliable source or source whose

16    reporting has previously been found to be reliable.

17    They'll provide context.

18                    So the context provided here says that the

19    detainees which are a particular type of source in a

20    particular setting -- I assume from this this is

21    Guantanamo.  I'd have to go back and look at the

22    document to be clear on that.  It refers to captured

23    and arrested Al-Qaeda operatives.  So they're under

24    custody, have provided information on donors, fund

25    raisers, facilitators.  Some is incomplete and some



```
 1   almost certainly is false.

 2            So there you go to appendices A, B and C

 3   for more details and look at the sourcing there.  So it

 4   depends very much on the context and the other

 5   information that the CIA has available to it as to how

 6   they weigh it and what they weight.

 7      Q     And did you take any steps to corroborate

 8   the statements in this report before you included it in

 9   your expert report?

10      A     Yes.

11      Q     Can you tell us what you did to corroborate

12   these statements?

13      A     Yes.  What I did was I looked at the CIA

14   reports and I looked at ARB's own documents and all the

15   other information available to me.  And I weighed the

16   various elements of the evidence and looked to see

17   whether some of the -- whether the statements that I

18   was looking at from the CIA received any corroboration

19   from the documents provided in the discovery.

20            And I found various types of documents in

21   the discovery some of which were other reports from

22   other government agencies, some of which were reports

23   from other governments, some of which were in

24   designation materials, some of which were in ARB's own

25   documents, some of which were in the navsi luke (ph)
```



 1    documents, some of which were in discovery provided by

 2    others in connection with the litigation and looked at

 3    that all together.

 4              So I tried to do an all source analysis

 5    rather than merely relying on a sentence or two

 6    sentences or three sentence from any particular report.

 7    The reason why my report goes on at the length that it

 8    does is I was seeking to put down as many data points

 9    as possible on which I based my opinions.

10        Q      In footnote 35 on page 20 of your report,

11    you cite the CIA report we've been just discussing, but

12    I don't see that you have flagged for the Court or the

13    reader of your expert report the concerns raised in the

14    CIA report itself about the incomplete and almost

15    certainly false data points that were included; is that

16    correct?

17        A      It's correct that I did not include every

18    sentence from every CIA report and for every government

19    report that I read in my already 200-page report.

20        Q      Excuse me, Mr. Winer.  That's not -- that

21    was not the question.

22        A      I'm sorry.  It is the question.

23        Q      The question I had was:  Did you identify

24    in your footnote for the Court that information in the

25    2002 CIA report you cited according to the CIA was



 1    incomplete and some almost certainly false?

 2                    MR. CARTER:  Do you mean aside from

 3    footnoting the report itself?

 4                    MS. ERB:  Yes.  Is he expecting that the

 5    Court is going to go through each of the CIA reports

 6    and determine which information the CIA itself is

 7    calling almost certainly false and incomplete?

 8                    THE WITNESS:  Pardon me, ma'am.  I think

 9    you're mischaracterizing my work and I think you're

10    mischaracterizing the report itself.  You have to look

11    at the totality of the report and pulling out one

12    footnote from the report does not look at the totality

13    of the report.  I'm happy to go through the totality of

14    that report with you, but to cherrypick a particular

15    footnote which imposes a standard kind of limitation

16    that the CIA puts on material when it's evaluating

17    material is I think incorrect and wrong and a

18    misapplication of how one goes about looking at U.S.

19    government's intelligence reports.  I just think it's

20    not correct.

21    BY MS. ERB:

22         Q      If you can turn, sir, to section 6.82 of

23    your report which is at page 54.  And if you could look

24    at the last sentence of 6.82 where you say finished

25    intelligence is then distributed to the government



1    consumers when they ask questions about it, seek

2    further information or analysis, raise queries about

3    the particular sourcing that went into the document

4    and/or use the finished intelligence as a foundation

5    for policy decisions.  Do you see that sentence?

6         A     Yes, ma'am.

7         Q     Okay.  And would you agree that where

8    statements in CIA reports are not corroborated for

9    this -- by this type of questioning by government

10   consumers or others that those uncorroborated

11   statements are less reliable than the corroborated

12   statements?

13        A     There are a number of assumptions that

14   you've put into that sentence which makes it a very

15   complicated sentence.  You have to look at the material

16   in the CIA report and evaluate it against all other

17   information known to you.  Certainly the only process

18   for evaluating a CIA report is not a process of

19   government consumers asking questions about it.

20             I have reviewed probably certainly hundreds

21   and probably thousands of CIA reports in the many years

22   in which I held a clearance.  And the reports that I

23   read and absorbed and had no reason to question, the

24   reports that I read and absorbed had lots of questions

25   about who provided further taskings.  Both can be true



```
 1    and this can be true in a situation even when a report
 2    is -- lists that some of the information in the report
 3    sourcing is of uncertain -- uncertain completeness or
 4    may involve a source which could not be completely
 5    trusted.
 6              You have to then look and see whether other
 7    material in the report in turn provides further
 8    corroboration, whether this other information outside
 9    the report that provides corroboration and you would
10    talk to the analyst about it if you had those
11    questions.  So it very much depends on what's in the
12    entire report and the context.
13        Q    Would you agree that an uncorroborated data
14    point is less reliable than a corroborated data point?
15              MR. CARTER:  Objection to form.
16              THE WITNESS:  I would want to know whether
17    a data point was corroborated or not and by what.
18    BY MS. ERB:
19        Q    Sir, if you can turn to section 7.3.14 on
20    page 90 of your report.
21        A    What's the section again, please?
22        Q    7.3.14 on page 90.
23        A    Yes.
24        Q    So there you refer to you say SAAR,
25    S-A-A-R, personally was one of the 128 members of IIRO
```



1    prior to 9/11, correct?

2        A    Yes.

3        Q    Okay.  And before we go into discussing

4    this particular data point, I just want to get clear on

5    use of terminology here.  So you use SAAR to refer to

6    an individual Sulaiman Abdulaziz Al-Rajhi, correct?

7        A    Yes.

8        Q    And you also define the Sulaiman Abdulaziz

9    Al-Rajhi Charitable Foundation as SAAR Foundation,

10    S-A-A-R Foundation, correct?

11        A    No.

12        Q    Not in this particular paragraph.  If

13    you -- I'm talking -- I'm backing away now just to get

14    terminology because this paragraph uses the term SAAR.

15    So I want to be clear on how you're using SAAR

16    throughout your report.  So for an example, if you want

17    to look at 1.2.7 of your report, you'll see use of the

18    word SAAR Foundation which I understand there you're

19    referring to the Sulaiman Abdulaziz Al-Rajhi Charitable

20    Foundation.

21        A    No.

22        Q    Let's go to 1.2.7 of your report.  This is

23    on page 3.

24        A    That was a question that I was asked and

25    the definition given to me.  But the reason why I say



1    no there is because the charitable foundation as I

2    discuss elsewhere in the report was not created in a

3    formal sense until 2000 -- until 2000 and yet it

4    carried out transactions before it existed, before it

5    actually had a certification and was according to

6    corporate documents founded.  So --

7        Q      So let me just -- let me just interrupt you

8    for a second because are you referring now to the SAAR

9    Foundation in Virginia or the SAAR Found -- the

10   Al-Rajhi Charitable Foundation in Saudi Arabia?

11       A      It's a complex question unfortunately

12   because of the complex facts.  I'm happy to answer the

13   com -- provide you the context in which I'm using it

14   which is not a simple definition unfortunately for

15   reasons that are not my fault, but inherent in how the

16   charity operated.

17       Q      Which charity, sir?

18       A      The SAAR Foundation.

19       Q      In which country, sir?

20       A      In both the United States and Saudi Arabia.

21       Q      Are you aware that they are separate

22   entities?

23       A      I think that's an interesting and

24   complicated question.

25       Q      Can you turn to section 9.57.1 of your



```
 1  report and that is on page 162 of your report?  In that
 2  paragraph, sir, you cite to a website relating to the
 3  SAAR Charitable Foundation in Saudi Arabia, but you
 4  characterize it as -- in a reference to the SAAR
 5  Foundation in the United States; do you not?
 6            MR. CARTER:  Objection.
 7            THE WITNESS:  I don't understand the
 8  question.
 9  BY MS. ERB:
10      Q     So let's look at this paragraph.  A
11  statement by entities associated with and under the
12  apparent control of the Al-Rajhi family not provided in
13  discovery but available online shows that the SAAR
14  Foundation did not come into existence until mid 2000.
15  The online statement is set forth in the website
16  maintained by the Sulaiman Al-Rajhi Holding Company
17  regarding the Sulaiman Al-Rajhi Charitable Foundation
18  and states the following regarding the SAAR Foundation.
19  It was founded through a joint committee, et cetera, et
20  cetera, and then at the end, the philanthropic
21  institution turned to Sulaiman Abdulaziz Al-Rajhi
22  Charitable Foundation.
23            Now, when you go to the website, it's very
24  clear that this is referring to the charitable
25  foundation formed in Saudi Arabia, but when you're
```



1  referring to SAAR Foundation here, my understanding is

2  you're referring to the SAAR Foundation in the United

3  States?

4              MR. CARTER:  Objection, misstates the

5  report.

6              THE WITNESS:  Again, it's a complicated

7  answer.  It's not a simple answer because the practices

8  weren't simple.  The SAAR Foundation, whatever the SAAR

9  Foundation was structurally as near as I can tell, it

10 may have been a committee prior to 2000 in Saudi Arabia

11 is interacting with the SAAR Foundation in the United

12 States and directing it to make payments as if it were

13 being made by the SAAR Foundation in the United States

14 which in turn is owned by or held by after a certain

15 point an entity called Humana, I believe, in the Isle

16 of Man which in turn is getting instruction from or

17 relating to the activities of the SAAR Foundation

18 committee in Saudi Arabia from an entity that doesn't

19 exist at that time, but which is using ARB.  So it's

20 very difficult to differentiate between these entities

21 given the sequence of the structuring of the entities.

22 BY MS. ERB:

23    Q    When you're referring to the SAAR

24 Foundation in your report then, is it fair to say that

25 you're referring to one or the other or both without



1  distinction?

2      A      No.  I'm trying to refer to them in the

3  ways in which they functioned at particular times given

4  the changing legal status and the changing activities

5  of these foundations over time.  The SAAR Foundation in

6  the United States phased out more or less at exactly

7  the same time that the SAAR Foundation which previously

8  as near as I can tell didn't exist legally was being

9  given legal existence in Saudi Arabia.

10          So I think that it's difficult to give a

11  lot of credence given the common management in the

12  organization of these entities to the differentiation.

13  And it would be not appropriate to fully differentiate

14  their activities because they're all mixed together as

15  is set forth in some detail, for example, in the

16  affidavit of David Kim that was filed in the SAAR

17  investigation in the -- criminal investigation in the

18  United States association -- associated with operation

19  of Green Quest.

20      Q      So for purposes of your report, the acronym

21  SAAR you're using to refer to the individual SAAR

22  Foundation, you're using it sounds like as a reference

23  to one or the other of the charitable foundations

24  depending on the context.  Don't you agree that for

25  purposes of the Court reviewing portions of your report



```
 1   that the conflation of SAAR, SAAR Foundation when

 2   you -- when there are different entities involved in an

 3   individual is incredibly confusing if not misleading?

 4              MR. CARTER:  Objection to form.

 5              THE WITNESS:  I believe that the extent

 6   that it is confusing or misleading is the result of the

 7   activities of the people involved in the SAAR

 8   Foundation and the -- and in SAAR's charitable

 9   activities, not misleading by the expert who's trying

10   to look at the materials in front of them as evidence

11   and organize it and make sense of it.

12   BY MS. ERB:

13         Q     Sir --

14         A     So to the extent that it is misleading or

15   confusing, that's inherent in the actions undertaken by

16   the founder or co-founder of ARB and the head of the

17   SAAR Charitable Committee Foundation in Saudi Arabia,

18   foundation in the United States, the person who put it

19   all together and those assisting him, not the expert

20   who is trying to organize it, understand it and

21   communicate it.

22         Q     Sir, you agree that you chose the acronym

23   SAAR to refer to the individual, correct, for purposes

24   of your report?

25         A     He's referred to that in a variety of
```



1    places.

2         Q       I think the SAAR Foundation is referred to

3    in a variety of places.  I'm not sure that the

4    individual himself when parties are referring to the

5    individual that he's referred to as SAAR.  That is an

6    acronym that you adopted for purposes of your report,

7    correct?

8         A       It's an acronym that I used within my

9    report, that's correct.

10        Q       Okay.  For purposes of this deposition when

11   I am referring to the individual and I would ask when

12   you're referring to the individual if we can refer to

13   Sulaiman Al-Rajhi shorthand.  Do you agree with that?

14        A       We'll see on the context.  I can't agree

15   across the board.  I don't think it's appropriate.

16        Q       If we can turn back now to the paragraph we

17   were looking at before which was 7.3.14 on page 90 of

18   your report.  And this is again 7.3.14.  There's a

19   reference to Sulaiman Al-Rajhi personally being one of

20   the 128 permanent members of IIRO prior to 9/11,

21   correct?

22        A       Correct.

23        Q       And if we can look now at section .11.4 on

24   page 70 of your report.  Here you cite a February 2002

25   CIA report.  Do you see that?



 1        A        I don't know which paragraph you're

 2   referring to.

 3        Q        6.11.4 --

 4        A        Okay.

 5        Q        -- on page 70 --

 6        A        Yes.

 7        Q        -- of your report.  And it begins the

 8   February 27th, 2002, CIA report.  Do you see that?

 9        A        Yes.

10        Q        And this report is called identifying

11   Al-Qaeda donors and fund raisers?

12        A        Yes.

13        Q        In this paragraph, you point out that in

14   the key find -- in the key finding in this report, the

15   intelligence reporting is described as fragmentary and

16   mostly anecdotal and old.  Do you see that?

17        A        Yes.

18        Q        A bit further down in your report at

19   6.11.4.5 at page 71 -- do you see that?

20        A        Yes.

21        Q        You quote the report as stating that as of

22   2000, Sulaiman Al-Rajhi was also one of the 128

23   permanent members of IIRO, correct?

24        A        Yes.

25        Q        And as it happens, this CIA intelligence on



 1    Sulaiman Al-Rajhi, this particular data point is not

 2    reliable, correct?

 3              MR. CARTER:  Objection.

 4              THE WITNESS:  It's incomplete.

 5    BY MS. ERB:

 6        Q    Well, if you can look at your footnote 191

 7    at page 71.  Just take a minute and read that footnote.

 8        A    Yes, I remember the foot -- I remember the

 9    footnote.

10        Q    Okay.

11        A    I remember the documents.

12        Q    And you reviewed those documents?

13        A    Yes.

14        Q    Okay.  And for the record, we're describing

15    the documents produced by Al-Rajhi Bank and the way you

16    say it in your footnote documented efforts by Sulaiman

17    Al-Rajhi to resign from his position, this position

18    being the position at IIRO, due to his having

19    insufficient time to devote to it.

20        A    Yes.

21        Q    And in this footnote, you say that you

22    therefore don't rely on this data point from the CIA

23    profile of the Al-Rajhi family's involvement with IIRO,

24    correct?

25        A    That's correct.



```
 1        Q      But you say you include the statement in
 2   the report for the sake of completeness, correct?
 3        A      Yes.
 4        Q      In your footnote and by your own statement,
 5   you say that the CIA was unaware of the fact that
 6   Mr. Al-Rajhi, that Sulaiman Al-Rajhi had resigned from
 7   the IIRO, correct?  This is further down in footnote
 8   191.
 9        A      I don't think that's an accurate
10   characterization of what I said.
11        Q      Okay.  Well, you say it's a fact apparently
12   not known to the CIA.
13        A      (Reviewing document.)
14               I do say that.
15        Q      Can you explain, sir, why you include
16   this -- what the CIA is calling fragmentary, anecdotal
17   and old intelligence in your expert report especially
18   when you're aware that data points in that report have
19   been shown to be unreliable?
20               MR. CARTER:  Objection.
21               THE WITNESS:  Sure.  I'm trying to as much
22   as I can take all the evidence available to me and
23   provide an accurate summary of all of the evidence and
24   make findings based on my conclusions based on all of
25   the information.  And so I'm trying to include things
```



1  regardless of what the -- what the implications might

2  be that I find to be overall correct assessment or

3  analysis of the information.  Now, I didn't --

4  BY MS. ERB:

5        Q       Here --

6        A       Please don't interrupt me.  I'm not done.

7  Thank you.

8                In this particular case, my understanding

9  is that Sulaiman Al-Rajhi who I refer to as SAAR here

10 was affiliated with or owned, a shareholder in a

11 related entity which is Sanabel which is providing

12 funding to IIRO which raised the question for me and

13 still does raise the question for me whether the

14 meetings were unnecessary for him to attend, not worth

15 his time because he already had other windows or

16 insight into IIRO.  This, in fact, is not contained in

17 the CIA reporting.  I didn't get to that fact in this

18 footnote, but it's relevant to my thinking overall.

19       Q       So in this particular CIA report, the CIA

20 references that the intelligence is fragmenty and --

21 fragmentary, anecdotal and old.  And you, yourself,

22 acknowledge in your report that the data point relating

23 to Sulaiman Al-Rajhi and the IIRO board membership is

24 unreliable.  And you did not rely on it for purposes of

25 your report?



```
 1         A       Excuse me.  That's not the same thing.
 2    It's not to say it's unreliable.  It's saying there's
 3    additional context and that I didn't rely on it because
 4    they did not have the additional context in the
 5    unclassified version of the report.  It's different
 6    between a statement to say something is not relied on
 7    from saying something is unreliable.  This is not the
 8    same thing.
 9         Q       So my question is:  When looking -- looking
10    at the entire report here which is where the CIA is
11    calling the evidence or the data points -- excuse me --
12    fragmentary, anecdotal and old and you have confirmed
13    that, in fact, there's a fact in this report that is
14    unreliable for purposes of your report?
15         A       That's a mis -- ma'am, that's a
16    mischaracterization of what I just said.
17         Q       Okay.  The data point that you are not
18    crediting in your report.  You say as much in your --
19    in your footnote?
20         A       I'm saying that I did not rely on it.  I'm
21    not saying --
22         Q       Right.
23         A       I'm not saying that I was unaware of it or
24    that it is unreliable.
25         Q       I didn't say that either.
```



1      A      You said that I found that it was

2   unreliable and that is not accurate.

3      Q      Okay.  You did not rely on it.  My question

4   is:  Why did you include this report?  Are you

5   expecting the Court to go through data point by data

6   point of this fragmentary, anecdotal and old

7   information when you've confirmed that a fact in this

8   report has not -- is something you are choosing not to

9   rely on?  What are you expecting the Court to do with

10  this 2002 CIA report?

11             MR. CARTER:  Objection to form.

12             THE WITNESS:  It's really up to the Court

13  to decide how to handle each expert and each expert

14  report, and that's not for me to judge.  What's for me

15  to do is to provide as complete an account as I can the

16  basis for which I'm finding -- making my opinions and

17  to cite that.  And here I believe I would be criticized

18  if I failed to include this information, criticized if

19  I do include the information.  It's kind of a no win

20  the way in which you're framing it.

21             Why are these -- why is this information

22  about fragmentary nature and old in this report?  It's

23  because I'm providing the Court as well as opposing

24  counsel as accurate and complete information as I can,

25  but what are the information on which I based my



1  opinions.  That was my goal.  That's why this report is

2  the length that it is.  And it's a very lengthy report.

3  It took me a lot of time to do.  I had to review a

4  tremendous amount of material.

5          So that's what was in my head.  That's what

6  I'm trying to do.  And how the -- how the Court chooses

7  to deal with it is really going to be up to the Court

8  and the lawyers and the rulings there.  I'm not

9  involved in that.

10  BY MS. ERB:

11      Q     Sir, you used the term evidence over 200

12  times in your report.  When you're using the term

13  evidence, are you including the data points from CIA

14  reports that you rely on and cite in your report?

15      A     Yes, when they're evidence based which most

16  of them are.

17      Q     Would you consider the data point we just

18  discussed relating to Sulaiman Al-Rajhi's membership on

19  the board of IIRO evidence?

20      A     Yes.  He was a member of the board.

21      Q     In 2000?

22      A     He resigned, but they were continuing to

23  send him things.  So he was still a member as far as

24  they were concerned and that was for him and them to

25  work out.  You want the entire context which you are



1  provided the entire context.

2       Q       Do you agree that --

3       A       Not quite the entire context because I

4  didn't get into the Sanabel business because that

5  wasn't in the CIA report.  So that seemed to me to be

6  outside the scope of that particular data point as I

7  was writing the report.  I'm happy to supplement if

8  that would be helpful.

9       Q       Sir, do you -- do you agree that CIA

10 reports use caveats?

11      A       Yes.

12      Q       And you agree that when a CIA report uses

13 caveated language, it means that the CIA lacks

14 sufficient information to provide a conclusive

15 statement on a particular data point?

16      A       It depends on what the caveat is.  It's

17 contextual.  It may mean that.  It could mean other

18 things.

19      Q       Do you agree that when caveats are used,

20 the data points being referred to are less reliable?

21              MR. CARTER:  Objection.

22              THE WITNESS:  It depends on the context.  I

23 can't make a general statement about it.  I'd have to

24 look at a particular statement, the particular caveat

25 and evaluate it in the context of the entire report,



 1   the date, subsequent reports, a variety of other

 2   things.  It's all contextual.

 3   BY MS. ERB:

 4        Q        Can you turn to paragraph 6.8.3 of your

 5   report where you actually discuss caveats in CIA

 6   reports?  There you cite examples of caveats.  For

 7   example, possible would be a caveat, apparently or

 8   probably?

 9        A        Yes.

10        Q        Would you agree that may or may have would

11   also be a type of a caveat if used in a CIA report?

12        A        Yes.

13        Q        And would it surprise you to learn that in

14   the CIA reports you cite, the CIA uses caveated

15   language at least 230 times?

16        A        I didn't count it, but that's normal.

17        Q        And are you aware that some of the caveats

18   in the CIA reports you cite concern Al-Rajhi Bank and

19   members of the Al-Rajhi family?

20        A        Yes.  I believe I cite some.

21        Q        Let's turn to 6.10.3.11 which is page --

22   excuse me -- 66 of your report.  Did you find that

23   paragraph?

24        A        Yes.

25        Q        It's referring to a CIA report from 1997.



1  Do you see that?

2       A       Right.

3       Q       And about two-thirds of the way down of the

4  paragraph on page 66, I recognize it continues on the

5  next page, but just on this page about two-thirds of

6  the way down, fourth line from the bottom, it says

7  Al-Rajhi financial times to Islamists is inconclusive.

8  Do you see that?

9       A       Yes.

10       Q       And when you say that is inconclusive, that

11  is a type of caveat or characterization of a data point

12  that is less reliable or not fully reliable shall we

13  say, right, inconclusive?

14               MR. CARTER:  Objection.

15               THE WITNESS:  I don't agree with your

16  characterization on reliability.  Let me explain if I

17  may respond.  This is as of November 20, 1997.  It's

18  facts that were available to the agency.  That is how

19  it's characterized.  In my memory of this report is

20  that the report itself is undated.  It refers to that

21  as the information available to the CIA for the purpose

22  of this report as of that time.

23               It then says in the end following again a

24  large redacted section I can't evaluate because it's

25  two-and-a-half inches of redacted materials, Al-Rajhi



1  financial ties to Islamists is inconclusive.  It

2  doesn't say the information that they have is

3  unreliable.  It's making a qualitative evaluation that

4  the totality of the information is insufficient at that

5  point for them to reach a conclusion.

6          It doesn't say we have information, lots

7  and lots of information, hundreds of pages, thousands

8  of pages, 2,000 sources, two sources, one source, one

9  data point.  It doesn't say any of that.  What it says

10 is that as of this time, their evaluation is that it's

11 inconclusive.  So it's not about the reliability of the

12 information.

13         It may be about reliability.  That's

14 possible, although it doesn't say that.  It could be

15 about the quantity of the information, the amount or

16 number of sourcing on the information.  It's a variety

17 of things as of that time.

18 BY MS. ERB:

19    Q     But it would not be -- it would not be safe

20 to conclude that Al-Rajhi -- that there were financial

21 ties, that Al-Rajhi had financial ties to Islamists

22 based on all of that.  Based on where the CIA came out

23 at the time was that those ties, Al-Rajhi financial

24 ties to Islamists is inconclusive, correct?

25         MR. CARTER:  Objection.



```
 1               THE WITNESS:  As of the time of
 2    November 20th, 1997, the information available to the
 3    CIA that they used in preparing this finished
 4    intelligence report was insufficient to allow them to
 5    conclude that Al-Rajhi had financial ties to Islamists.
 6    BY MS. ERB:
 7         Q       Can you look at footnote 170 of your
 8    report?
 9         A       Yes.
10         Q       Here in this footnote, you note that this
11    particular CIA report is carefully -- has -- contains
12    carefully caveated assessments.  Do you see that?
13         A       Yes.
14         Q       Okay.  And further in your footnote here,
15    you say later as described further in this expert
16    report, the CIA concluded that, quote, senior Al-Rajhi
17    family members have long supported Islamic extremists
18    and probably know that terrorists use their bank.  Do
19    you see that?
20         A       Yes.
21         Q       Okay.  Again, the word probably is another
22    caveat, correct?
23         A       Yes.  It means more likely than not.
24         Q       And this later statement that you're
25    quoting comes from a 2003 CIA report?
```



```
 1        A       Yes.  May 2003, I believe.
 2        Q       So from 1997 to 2003 and all the
 3   investigations that occurred in between, the CIA is
 4   still using a caveat when referencing Al-Ra -- the
 5   Al-Rajhi family's knowledge of or ties to Islamists and
 6   knowledge of whether terrorists are using the bank,
 7   correct?
 8               MR. CARTER:  Objection to form.
 9               THE WITNESS:  No, I don't think that's
10   correct.  I think that that goes beyond what's stated
11   in my footnote.  What's stated in my footnotes is that
12   later on in this 2003 report, the CIA concluded senior
13   Al-Rajhi family members have long supported Islamic
14   extremists.  The first sentence is not caveated.
15   Senior Al-Rajhi family members have long supported
16   Islamic extremists.  That's not caveated at all.  And
17   then it says and probably know that terrorists use
18   their banks which is more likely than not.
19               It then says Sulaiman and several Al-Rajhis
20   have given money to suspicious organizations and
21   organization -- individuals and organizations worldwide
22   moreover.  Sulaiman's tight control of Arabic which I
23   believe is a reference to Al-Rajhi Bank activities
24   suggests he is willing that his bank is attractive to
25   extremists.  So that's the conclusion that they reach
```



 1   in May of 2003.

 2   BY MS. ERB:

 3       Q      So in use of the word probably know that

 4   terrorists use their bank, you agree that is a caveat

 5   that is used in 2003 following -- coming six years

 6   later from the 1997 CIA report, right?

 7       A      I read the sentence as I just did.

 8       Q      Okay.

 9       A      And what it is is it's a statement of not

10   with absolute doubt, not beyond all reasonable doubt.

11   It's more likely than not.  That's what prob -- the

12   word probably means.  It means more likely than not.

13   It doesn't mean beyond all reasonable doubt, the

14   standard in a criminal case.

15       Q      And when see references to Islamists or

16   extremists, are you equating those terms with

17   terrorists?

18       A      You have to look at the context in which

19   the words are being used.  It depends.  I look at the

20   total context of a particular report or a particular

21   document and try to assess its meaning because it's not

22   always used in the same way.  It depends.

23       Q      And do you -- do you think that the term

24   Islamists in 1997 was referring to terrorists?

25       A      We'd have to go back and look at the



1  context of that report in order to be able to assess it

2  in its context.  I'm not prepared to make a generic

3  statement about it.

4      Q    And when you see that in the same report

5  they say that the senior Al-Rajhi family members

6  probably know that terrorists use their bank, but then

7  later they say that suggest -- in the sentence you were

8  reading at the end that Sulaiman suggest -- tight

9  control of the bank's activities suggest he is saying

10  that his bank is attractive to extremists, do you view

11  extremist to mean terrorists there?

12      A    Probably, but I -- again, we would have to

13  go through that report for me to assess that word

14  difference with consideration.  I don't recollect in my

15  report getting into the distinctions between Islamists,

16  extremists and terrorists in a definitive way and

17  analyzing U.S. government reports.  And so we'd have to

18  go look at the underlying documents and assess them

19  line-by-line.

20      Q    Sir, in your report, you say that Osama bin

21  Laden held accounts at Al-Rajhi Bank, correct?

22      A    I do and I believe that's accurate.

23      Q    And you suggest that or you state that

24  Al-Rajhi Bank was the bank that bin Laden, quote, had

25  personally chosen to open his own account in 1991; is



```
 1   that correct?

 2        A    Yes.

 3        Q    Did you review the statements of account

 4   for the bin Laden account that were produced?

 5        A    Yes.  I reviewed the information that was

 6   available to me.

 7        Q    Okay.  And --

 8        A    It wasn't complete to the best of my

 9   knowledge.  It was partial.  It was a few pages of

10   documents.  So I don't know what else the bank may or

11   may not have on that.  I just don't know.

12        Q    If we can turn to tab 20.  This should be

13   coming up on your screen.  Let's see when it's coming

14   up.

15             MR. CARTER:  I'm sorry.  Are we marking

16   this as JW3?

17             MS. ERB:  Yes.  We are.

18             (Winer Exhibit JW3 was marked for purposes

19   of identification.)

20   BY MS. ERB:

21        Q    If we could turn to ARB-843 in the lower

22   hand corner.  And do you have an English -- can you go

23   to PDF page 4?  There.  Okay.

24             Can you see that, sir?

25        A    Yes.
```



1  Q    Do you recall reviewing this document in
2  connection with the preparation of your expert report?
3  A    Not specifically.  If it's cited in my
4  report, then I did.
5  Q    This is an account statement for Osama bin
6  Laden with the account last four digits 9054?
7  A    Right.
8  Q    And this account statement covers all
9  activity in the account from 19 -- January 1998 through
10  December 2002 which is the relevant period for purposes
11  of this litigation.  Do you see that in the upper left,
12  the date range?
13        MR. CARTER:  Objection to form.
14        THE WITNESS:  I see the date range.  My
15  understanding is that the relevant period you've just
16  raised goes to what was allowed for discovery.
17  Certainly my report is based on events necessarily and
18  activities that predate the period of discovery.
19  BY MS. ERB:
20  Q    And do you see that this account statement
21  shows no activity during that time period 1998 to 2002?
22  A    I wouldn't expect it to.  Yes, it shows no
23  activity and I wouldn't expect to it.
24  Q    And you see no withdrawals or deposits,
25  correct?



```
 1        A      Of course not.

 2        Q      Why do you say of course not?

 3        A      Because bin Laden's accounts had been

 4   frozen at some time earlier.  The Saudi government had

 5   basically shut down his direct ability to move money in

 6   his own name is my understanding.

 7        Q      And so --

 8        A      He was a notorious terrorist at that point.

 9   Absolutely notorious already.

10        Q      So from 1998 to 2002, you are not surprised

11   that there is no activity by Osama bin Laden through

12   his accounts at Al-Rajhi Bank, correct?

13        A      At any bank in the world.  At any bank in

14   the world.

15        Q      So if I was to show you the other Osama bin

16   Laden accounts that were held at Al-Rajhi Bank and they

17   similarly reflect zero activity during this period,

18   that would not surprise you?

19        A      No.

20        Q      Then I will spare you a review of each and

21   every one of those documents, but I represent to you

22   that each and every one shows zero activity in his

23   accounts and it sounds like you would agree that that

24   is as it should be?

25        A      It would be astonishing to me if any bank
```



1    in the world show transactions with Osama bin Laden in

2    this -- in that period.

3         Q     Your report also discusses the charities,

4    the IIRO, al-Heramain Muslim World League and WAMY

5    charities at some length, correct?

6         A     The report speaks for itself on that, but,

7    yes, they're referenced.

8         Q     And these -- these particular charities are

9    headquartered in Saudi Arabia, correct?

10        A     Yes.

11        Q     And they have -- some of them have branches

12   outside of Saudi Arabia, correct?

13        A     Yes.

14        Q     None of these charities listed, IIRO,

15   al-Heramain Muslim World League and WAMY, were

16   designated by the United States or the United Nations

17   before 9/11, correct?

18        A     Charities generally were not designated

19   prior to 9/11.  I would have to think whether I'm aware

20   of any charity anywhere being designated prior to 9/11.

21   I can't recollect any at this time.

22        Q     When you were preparing your report, did

23   you review account statements produced by the bank for

24   certain of these charities?

25        A     I did.  They're referenced in my report.



1     Q      And do you recall that none of the bank

2     statements you reviewed or that the bank produced were

3     for any non-Saudi branches of these charities, correct?

4     A      That's an incomplete statement and I think

5     is not -- it's more complicated than that unfortunately

6     because the al-Heramain documents which are the ones I

7     looked at at greatest length in particular show that

8     monies being provided to al-Heramain and for

9     al-Heramain for particular accounts with different

10    geographic areas to go to those geographic areas.  And

11    so ARB is facilitating activity to -- through those

12    activities outside the kingdom of Saudi Arabia.  And

13    the mechanics of that are not visible in the bank

14    documents that I reviewed.

15    Q      My question, sir, is whether you recall

16    seeing any account statement to suggest that any

17    charity branch outside of Saudi Arabia held an account

18    at Al-Rajhi Bank?

19    A      You can't tell from the documents provided

20    what the char -- which elements of the charities were

21    doing what.

22    Q      That's not my question, sir.  Let me try

23    the question again.

24    A      Sure.

25    Q      Do you recall seeing any account statement



```
 1   in the name of a charity branch located outside Saudi

 2   Arabia?

 3        A      No.

 4        Q      Are you aware, sir, that none of the

 5   branches of the charities that I've listed were

 6   designated before 9/11?

 7        A      I believe that question was already asked

 8   and answered, but I'm happy to answer it again.  To the

 9   best of my knowledge, there were no charities of any

10   kind that I recollect that had been designated prior to

11   9/11 because terrorist designations were originally

12   limited to terrorist organizations.

13        Q      So you --

14        A      Were originally limited in the time that I

15   was in the Clinton administration at the State

16   Department were limited to terrorist organizations

17   primarily.  There may have been some other narrow

18   exceptions, but at that point, the designation process

19   for terrorist sanctioning was in its infancy.  It had

20   been done first to drug trafficking organizations and

21   to do it at all for terrorism was late in the Clinton

22   administration.  And I don't believe that any charities

23   were designated during the time that I was inside the

24   Clinton administration.  I believe it all happened

25   after 9/11.
```



 1      Q      So it sounds like we can agree and we don't

 2   need to review one-by-one that to the extent any

 3   branches of IIRO, al-Heramain Muslim World League and

 4   WAMY to the extent any of their branches outside of

 5   Saudi Arabia were designated.  They were designated

 6   after 9/11, correct?

 7              MR. CARTER:  Objection to form.

 8              THE WITNESS:  As I've just said, I don't

 9   believe there were designations of any charities prior

10   to 9/11.  There were other actions undertaken in

11   relationship to charities including discussions with

12   other governments including Saudi Arabia, but there

13   were no designations.

14   BY MS. ERB:

15      Q      And your report does not identify any

16   financial transfer from the Saudi headquarters of any

17   charity discussed in the report to Osama bin Laden,

18   correct?

19      A      That's correct.  From the bank records?

20      Q      Yeah.  From the documents you reviewed.  So

21   here we're -- the documents you reviewed in connection

22   with the report, you don't recall seeing a financial

23   transfer from the Saudi headquarters, the customers of

24   Al-Rajhi Bank of any charity at issue to Osama bin

25   Laden, correct?



1        A        That would be from bank records or bank

2    documents, no, not from the documents produced in

3    discovery relating to the five-year period from

4    January 1998 to the end of 2002.

5        Q        And your report does not identify any

6    financial transfer from the Saudi headquarters of any

7    of these charities to any of the 9/11 hijackers; is

8    that correct?

9        A        I don't believe that's covered in my

10   report.

11       Q        And your report does not identify any

12   financial transfer from the Saudi headquarters of any

13   of the charities at issue to any individual or entity

14   that at the time of the transfer was designated by the

15   United States or the United Nations, correct?

16       A        Please repeat the question.  I want to make

17   sure that I absorb it.

18       Q        Your report does not identify any financial

19   transfer from the Saudi headquarters of any of the

20   charities at issue, so here again, IIRO, al-Heramain,

21   WAMY and the Muslim World League, to any individual or

22   entity that at the time of the financial transaction

23   the financial transfer was designated by the United

24   States or the United Nations?

25       A        I think that's correct.  I don't recollect



1    any.

2        Q       And your report does not identify any

3    financial transfer from the Saudi headquarters of any

4    of the charity customers at Al-Rajhi Bank to any

5    charity branch that at the time of the transfer was

6    designated by the United States or the United Nations?

7        A       No, but with a caveat.  That's an important

8    caveat.  The documents that I reviewed -- and there

9    were thousands of pages that I reviewed.  I can't say

10   how many more than thousands, but at least thousands

11   produced in connection with this litigation by ARB

12   generally lack identification of where the funds are

13   going with any specificity, to whom they're going,

14   where they're going.

15            So the lack of identifying information on

16   transactions pretty much across the board in terms of

17   their purposes, their uses, to whom -- who's receiving

18   them, how a charity like al-Heramain is actually moving

19   funds overseas, you can't tell that from the documents

20   produced by the bank in discovery.

21            This goes to the KYC issues that I identify

22   in my report which is when -- which is when you don't

23   create evidence that a bank would ordinarily have to

24   create in order to meet its KYC obligations.  And

25   there's no detail on a report of a banking transaction.



1    It becomes impossible to determine what happened with a

2    transaction.

3              So if one were to show me, for example -- I

4    am answering -- trying to answer your question as best

5    as I can -- a thousand or 10,000 or 50,000 pages that

6    were blank and contained purely 30,000 riyals of

7    transfer, that's all it said, you wouldn't know what

8    happened to those 30,000 riyals because it just said

9    transfer.  There were any number of documents that I

10   reviewed that had that kind of limited information

11   where I couldn't tell where the funds were going.

12             So with that caveat and all of this is in

13   the context of that caveat that I can answer your

14   question, the documents do not show those transfers,

15   but the documents don't show where the transfers are

16   more or less across the board.

17        Q     We'll come to some of the issues you just

18   raised, but just to be clear that your report does not

19   identify any tran -- financial transfer from the

20   headquarter customer -- charity headquarter customers

21   to a designate -- at the time of the transfer a

22   designated branch of the charity?  Just that simple yes

23   or no.

24        A     Yes, with -- yes, with the caveat that I

25   just made.



1    Q      That you just made.  And your report

2    doesn't identify any financial transfer from any

3    official of the Saudi headquarters of any of these

4    charities that I've listed to Osama bin Laden, correct?

5    A      That would be with a huge additional caveat

6    which is that someone like Aqeel Al-Aqeel, there are

7    findings about what he was actually doing on behalf of

8    Al-Qaeda.  And of course the Saudi government itself

9    states that al-Heramain was notoriously involved with

10   Al-Qaeda and bin Laden.  To state that the Saudi

11   government had a notorious -- notorious involvement as

12   articulated by the Saudi government was based on all

13   the evidence that they had, the Saudi government, about

14   what al-Heramain was actually doing.

15           That's not reflected in the records that I

16   saw in terms of what Aqeel Al-Aqeel was doing because

17   the bank records are largely blank.  They show very

18   little about what Aqeel Al-Aqeel is doing with all the

19   funds that he's moving through ARB.

20   Q      Do you know when Aqeel Al-Aqeel was

21   designated?

22   A      Yes.  It was after 9/11.

23   Q      I believe in 2004.  And do you know when

24   the Saudi headquarters of al-Heramain was designated?

25   A      2006 or '8.  I can't remember.



```
 1        Q        It was 2008.  Your report does not identify
 2   any financial transfer from any official of the Saudi
 3   headquarters of any of the charities at issue to any of
 4   the 9/11 hijackers, correct?
 5        A        Please repeat the question.
 6        Q        Your report does not identify any financial
 7   transfer from any official of the Saudi headquarters of
 8   any of the charities we were discussing to any of the
 9   9/11 hijackers, correct?
10        A        Correct.
11        Q        And your report does not identify any
12   financial transfer from any official of the Saudi
13   headquarters of any of the charities at issue to any
14   individual or entity that at the time of the transfer
15   was designated by the United States or the United
16   Nations?
17        A        With the caveat that a massive number of
18   the transactions that I reviewed did not contain
19   sufficient identifying information to determine where
20   the funds were being sent period.
21        Q        But you saw nothing to suggest that they
22   were going to a person that was designated at the time
23   of the transfer?
24        A        If the information wasn't recorded, I
25   didn't see it.
```



1    Q      And you -- your report does not identify

2    any financial transfer from any official of the Saudi

3    headquarters of any of the charities at issue to any

4    charity branch that at the time of the transfer was

5    designated as a supporter of terrorism, correct?

6    A      Yes, with the same caveat.

7    Q      Sir, in your report, you do not identify

8    any evidence that the non-Saudi branches of the

9    charities at issue were reporting or exchanging

10   information of any improper activity to the Saudi

11   headquarters, correct?

12   A      That information is not covered in the

13   questions that were asked to me for this report.

14   Q      Do you dispute --

15   A      I would like to add to that.  I was not --

16   I believe that I was not provided documents that

17   addressed that issue.

18   Q      Do you dispute, sir, that the charities and

19   here I'm referring to the entire organization of these

20   charities, the headquarters and branches included and

21   referring to all of the charities that we've listed, do

22   you dispute that these charities were conducting

23   legitimate humanitarian work?

24   A      I address that issue in my report and

25   precisely -- as precisely accurate as I could.  I'm



 1 | happy to go into that further if you would like.
 2 |     Q     And are you aware that when the United
 3 | States designated the Somali and Bosnia branches of
 4 | al-Heramain in 2002, treasury secretary Paul O'Neill
 5 | made clear that the Saudi headquarters of al-Heramain
 6 | was still conducting legitimate humanitarian work and
 7 | that it was the activities of the branches that had
 8 | engaged in -- the branches that had engaged in support
 9 | of terrorist activities?
10 |           MR. CARTER:  Objection to form, misstates
11 | the statement.
12 |           THE WITNESS:  What I was about to say and
13 | will now say is I think it's preferable to look at the
14 | document as to what it actually says to be able to
15 | address the full context of that joint designation
16 | decision that was made at that time of the two
17 | branches.  I would emphasize that it was a joint
18 | designation and that's an important part of the context
19 | of that document.
20 | BY MS. ERB:
21 |     Q     So let's -- if the technician could turn to
22 | tab 6 and if we can enter this as -- this is tab 6.
23 |           (Winer Exhibit JW4 was marked for purposes
24 | of identification.)
25 | BY MS. ERB:



1    Q      Sir, if you can turn to the sentence

2    beginning with while.  It's the second sentence I

3    believe in the first paragraph.  While the Saudi

4    headquarters for this private charitable entity is

5    dedicated to promoting Islamic teachings, we and our

6    Saudi Arabian allies have determined that the Somalia

7    and Bosnia branches of al-Heramain have been engaged in

8    supporting terrorist activities and terrorist

9    organizations such as Al-Qaeda.  Do you see that?

10   A      Yes.

11   Q      So from that statement, would you agree

12   that the United States was designating only the

13   overseas non-Saudi branches to branches of al-Heramain?

14   A      That's a legal fact.

15   Q      And would you agree that Secretary O'Neill

16   recognizes in his statement that the Saudi headquarters

17   of the charitable entity was dedicated to promoting

18   Islamic teachings?

19   A      He states that in the course of a longer

20   statement and that's what I meant by context.  As I've

21   stated already in the course of the deposition today,

22   even the Saudi government ultimately concluded that the

23   entirety of al-Heramain was a corrupt charity

24   throughout the world and that it was notoriously was

25   the word that the Saudi government uses involved in



1   providing support to Al-Qaeda and to bin Laden.

2                    The United States began raising the issue

3   of al-Heramain with the Saudi government in the 1990s

4   and did not make progress on that.  What was really

5   important about this event and I remember paying

6   enormous attention to it at that time March 11, 2002,

7   is that the United States had been trying to nudge the

8   Saudi government along into beginning to take action in

9   what was a huge current national security threat for

10  the United States, a huge current threat, not just a

11  past threat, but a current threat and potentially a

12  future threat.

13                   And so it began this process of designation

14  with the Saudis on board.  And since the Saudis had

15  been resisting and resisting and resisting and

16  resistance continued in a number of areas until the

17  Riyadh bombings of May 2003, this was a huge

18  achievement to get the Saudis on.  So I see this as a

19  continued recognition that in addition to whatever else

20  they were doing, these charities were engaged in

21  humanitarian activities.

22                   And back when I was at the State Department

23  in the 1990s, one of the difficulties we discussed in

24  addressing the whole Saudi issue is that the charities

25  had intermingled particularly in conflict zones.  The



 1  provision of humanitarian support with the provision of

 2  support for violent Jihad, political Islam that was

 3  directed initially at conflicts between Muslims and

 4  Christians or Muslims and Jewish government in the case

 5  of Israel and then had been moving towards western

 6  targets as evidenced in Mogadishu in 2001, as evidenced

 7  in embassy bombings in 2008, the original World Trade

 8  Center bombing in -- I said 2001.  I should have said

 9  1991.  That's an error.  Please correct it.  The '91 --

10  '90 Jacob plot in '96, the terrorist bombings in '98.

11              So this is this ongoing terrorist threat in

12  which the charities were seen to be a significant part

13  of the problem because in addition to doing

14  humanitarian activity, they were doing the

15  nonhumanitarian activity in support of violent Jihad,

16  militant Jihad combat or conflict Jihad and then

17  terrorism.

18              So the important context here that's

19  critical is this is the United States government and

20  the Saudi government moving together in the same path

21  to begin to counter the threat and that's the

22  importance of the context of that statement.

23       Q      And in that joint action in March 2002,

24  only the overseas non-Saudi branches of al-Heramain

25  were designated and the Saudi headquarters was not



 1  designated; is that correct?

 2      A      That's correct.

 3      Q      And your report does not identify any

 4  instances of any of the non-Saudi we'll call them

 5  overseas branch offices of the Saudi headquarters

 6  requesting assistance from the headquarters for

 7  terrorist or other nefarious purposes, correct?

 8              MR. CARTER:  Objection to form.

 9              THE WITNESS:  I did not review documents

10  between the branches and the headquarters of any of the

11  Dawah organizations in connection with my -- with this

12  expert report that I recollect.  I don't think there

13  were any provided to me.

14  BY MS. ERB:

15      Q      If we can turn, sir -- and at any point

16  that you want to take a break, you'll let us know.  If

17  we can turn, sir, to section 7.15.1 of your report.

18  And this is on page 99.  In 7.15.1, you are referencing

19  the so-called Golden Chain list, correct?

20      A      Yes.

21      Q      And you characterize the Golden Chain as a

22  group of, quote, wealthy individuals from the gulf

23  region who provided bin Laden and Al-Qaeda with money

24  on a regular basis, correct?

25              MR. CARTER:  Objection to form.



1              THE WITNESS:  Can you show me what you're

2      reading from, please, which sentence?

3      BY MS. ERB:

4          Q       It is the sentence where you're quoting the

5      source saying the Golden Chain consisted -- it's the

6      second sentence of 7.15.1.  According to the source,

7      the Golden Chain consisted of wealthy individuals.  Do

8      you see that?

9          A       Yeah.  I think this comes from the report

10     rather than my words.

11         Q       Okay.  And do you know when the Golden

12     Chain document was written?

13         A       I don't.

14         Q       Do you know --

15         A       Not offhand.  I don't remember.

16         Q       You don't remember?

17         A       No.

18         Q       Do you know who wrote it?

19         A       No, I don't know who wrote it.

20         Q       Do you know the purpose for which the

21     Golden Chain document was written?

22         A       One would have to make assumptions about

23     that.  It was found in connection with a raid of a

24     group of people associated with Al-Qaeda.  And so it's

25     an underlying document.  So because it came from a raid



 1   on that facility, it essentially has been treated as an

 2   Al-Qaeda document and a characterization of who

 3   Al-Qaeda was raising money from.

 4        Q      Do you consider the Golden Chain to be a

 5   reliable data point?

 6        A      I don't -- generally speaking, I look at

 7   data points in connection with other activity.  It's a

 8   data point.  I wouldn't call it reliable or unreliable.

 9   It's a data point.  What makes the data point useful

10   and gives it some credence is the manner of its

11   discovery and the information on it is pretty specific

12   about Al-Qaeda funders.  I know there have been

13   different interpretations of the document.

14        Q      Do you know whether the document identifies

15   that it is, in fact, a list of Al-Qaeda funders?  Does

16   it say that anywhere?

17        A      We can go to the document.  It would be

18   best to go to the document itself to talk through what

19   it says.

20        Q      Okay.  We may come back to that.  According

21   to the source in your -- in your statement in the

22   CIA -- excuse me.  In your expert report, you say

23   according to the source, the Golden Chain consisted of

24   wealthy individuals who provided bin Laden and Al-Qaeda

25   with money on a regular basis.



```
 1        A       That's right.
 2        Q       And you don't -- you don't recall ever
 3   corroborating that fact, do you?
 4        A       The CIA describes various people as the
 5   major donors for Al-Qaeda and they include in a number
 6   of reports members of the Al-Rajhi family and sometimes
 7   they include Sulaiman AA -- A Al-Rajhi as -- in
 8   particular as a donor to bin Laden earlier of the
 9   Afghan moves early and to Al-Qaeda.  So that is for me
10   corroborating information because it means that they
11   took the totality on the data points they had seriously
12   and reached those conclusions and reached them with
13   greater certainty over time.
14        Q       So do you consider the Golden Chain list to
15   be a credible or useful document?
16        A       It's a data point in the context of all the
17   other data points.  Beyond that, one would have to go
18   back and do a very detailed study of it, read the
19   document, interview people and so on.  What I'm relying
20   on here is the totality of the information that -- in
21   front of me that I was able to review which included
22   the summary from al-Fadha listing Al-Rajhi.  Now,
23   al-Fadha said what he was.  He said it to the FBI.
24   That's not something I came up with.  That's a fact and
25   he said this.
```



```
 1        Q       Okay.  I want to switch gears.  So do you
 2   want to keep going or do you need a break?
 3        A       We need a break apparently.
 4                MS. ERB:  Sorry.  Apologies.
 5                THE VIDEOGRAPHER:  Off the record at 11:16.
 6                (Deposition recessed at 11:16 a.m.)
 7                (Deposition resumed at 11:29 a.m.)
 8                THE VIDEOGRAPHER:  Back on the record at
 9   11:29.
10   BY MS. ERB:
11        Q       Mr. Winer, if I could direct your
12   attention, please, to section 7.17 of your report which
13   begins on page 100 and we'll be looking at 7.17 through
14   about 7.24.
15                In this section of your report, you discuss
16   Omar al-Bayoumi and Fahad al-Thumairy and their alleged
17   activities in the United States before 9/11.  Do you
18   see this discussion?
19        A       Yes.
20        Q       And in section 7.17, you characterize
21   al-Bayoumi as, quote, an individual who assisted two
22   terrorists hijackers in the United States ahead of
23   their participation in the 9/11 attacks, correct?
24        A       Correct.
25        Q       And in the same section, you rely on
```



1  documents that describe al-Bayoumi's purported role and

2  relationship to the 9/11 attacks.  Do you see that

3  statement?  It's in the second sentence.

4       A    Yes.

5       Q    And you -- and you refer to the 9/11

6  commission report and the FBI inspector general,

7  correct?

8       A    Is there a question?

9       Q    Yes.  Just asking you to confirm that you

10  see those sources referred.

11       A    Yes.

12       Q    And in 7.18, you refer to a memo written by

13  the staff of the 9/11 commission in 2003 and released

14  in 2014 as a source for your discussion of al-Bayoumi,

15  correct --

16       A    Yes.

17       Q    -- and its possible involvement in the 9/11

18  attacks?  And in that same section, you state that

19  while the 9/11 commission did not find evidence

20  providing al-Bayoumi to be a Saudi intelligence asset,

21  the FBI did find evidence allegedly it says proving

22  al-Bayoumi to be a Saudi intelligence asset at the time

23  he was providing assistance to two of the 9/11

24  hijackers.  Do you see this?

25       A    Yes.



1       Q       And in the same section, you state that a

2   June 27th -- excuse me -- June 2017 FBI document

3   described Fahad al-Thumairy as quote another individual

4   identified within the support network of the 9/11

5   hijackers, correct?

6       A       Yes.

7       Q       And in this series of paragraphs and

8   discussion, the latest FBI report that you appear to

9   rely on in your report with respect to al-Bayoumi and

10  Thumairy is from 2017; is that right?

11      A       I don't see a later reference offhand.  If

12  there is one, I'm sure you can point it out.  If there

13  isn't, there isn't.

14      Q       Do you recall relying on any FBI report

15  after the 2017 report that you cite?

16      A       Well, I'm aware that -- I'm aware that

17  there's another report of some kind which they

18  basically give up the government in the investigation

19  of al-Bayoumi.

20      Q       Did you cite that later report in your

21  expert report?

22      A       No.

23      Q       Let's -- let's turn to that report.

24      A       Sure.

25      Q       It's at tab 53 which we should mark as



```
 1   Exhibit 5.
 2              (Winer Exhibit JW5 was marked for purposes
 3   of identification.)
 4   BY MS. ERB:
 5       Q      Did you consult this later report in
 6   preparing your expert report?
 7       A      I'm aware of it.
 8       Q      Do you recall reviewing it when you were
 9   preparing your report?
10       A      I don't recall one way or the other at this
11   the point.  It would be best to look at the report
12   itself.
13       Q      I think they're pulling it up.  So report
14   is now on the screen.  I would like to direct your
15   attention to page 10 of the report which is also marked
16   EO14040 number 10.  And I'm looking at the last
17   paragraph on that page 10 beginning after the redacted
18   block based on the totality.  Do you see that
19   paragraph, sir?
20       A      I see a paragraph that begins material
21   support to terrorism.  Is that what you want me to be
22   looking at?
23       Q      So if you go under -- so the last paragraph
24   on the page in that section begins with based on the
25   totality.
```



1      A      Based on the totality of these

2    investigative efforts in coordination with the

3    assistant U.S. attorneys of the Southern District of

4    New York, it was jointly determined that insufficient

5    evidence existed to prosecute al-Bayoumi and al-Jarrah

6    for conspiring to assist the hijackers in furtherance

7    of the 9/11 attack, right.

8      Q      And do you recall reviewing this part of

9    this 2001 FBI report in preparing your expert report?

10     A      As I said to you, I don't recollect one way

11   or the other.  I'm not sure.

12     Q      Okay.  I don't believe we saw this report

13   listed in your materials relied on.

14     A      If it's not listed, then I didn't rely on

15   it.

16     Q      Okay.  And do you think that this report

17   and this data point from this report is relevant to the

18   prior data points in the intelligence leading up to

19   this 2021 report?

20     A      No.

21     Q      Can you explain that?

22     A      Sure.  The data points that I cite are all

23   particular data points and there's nothing in here that

24   addresses the question whether al-Bayoumi is working as

25   an intelligence asset for the Saudi government which is



1    the -- one of the main points made here or that he

2    provided assistance to the 9/11 hijackers.

3            What it says is insufficient --

4    insufficient existed to prosecute these people for

5    wittingly conspiring to assist them in furtherance of

6    the attack.  That's a judgment made by the FBI and U.S.

7    attorneys in connection with a criminal case which has

8    a particular standard of proof which is different from

9    civil cases.

10           I can't tell you what's in the back of

11   their decision because the information of what caused

12   them ultimately to make the decision is not available

13   to me, statute of limitations, evidentiary issues,

14   witness issues, ability to extradite out of Saudi

15   Arabia key people.

16           My understanding, for example, of Thumairy,

17   I believe it's Thumairy, he couldn't get back to the

18   United States because of terrorist concerns.  He was

19   prevented from reentering the United States.  And I

20   believed Bayoumi ultimately left the west and moved

21   back to Saudi Arabia and went underground.

22           So all of those would be considerations.  I

23   know that in cases in which -- involving very, very

24   significant crimes that the U.S. government has

25   investigated, they can't always bring criminal cases



1  against everybody involved in significant crimes.  I

2  know that firsthand.  And not just in private sector

3  side, but from the government side.  So it's comparing

4  apples to oranges for me.

5       Q     Are you aware that any of the individuals,

6  Bayoumi, Thumairy, are you aware that they've never

7  been designated by the United States?

8       A     Yes.  So?

9       Q     And do you consider that the decision by

10  the FBI and United States not to prosecute these

11  individuals, do you think that that's not relevant for

12  the Court here as -- even as a footnote in your report?

13            MR. CARTER:  Objection.

14            THE WITNESS:  I really can't assess that.

15  There are lots of things about al-Bayoumi and about

16  Thumairy and about al-Jarrah who I don't recollect

17  writing about in my report.  If I did, it was in

18  passing, but I just don't -- he's in passing.  He's in

19  passing.  He is --

20  BY MS. ERB:

21       Q     You do reference --

22       A     I do reference him.  I had forgotten.

23  There's a whole section 7.1.  He's the Islamic affairs

24  guy.  Now I placed him.  He's the person who was

25  working -- running various people on behalf of Ministry



1  of Islamic Affairs out of the embassy which is a unit

2  that was then shut down completely because of its -- in

3  my -- it appears to me because of its unsound

4  connections and activities in any case.

5           It was a 220-page report.  It wasn't a

6  400-page report.  And surely there's lots more that I

7  could say on all of these topics if one wanted to

8  instead of write a hundred thousand words, if one put

9  in 200,000 words.

10          So there's inevitably a selection process.

11  There's also time constraints.  So I could have added

12  in what I've just told you now and I'm sure you can

13  alert the Court to what I just said.  It's here in the

14  deposition.  So we've been able to cover it, I think.

15      Q      So just to be clear, the report in 2021

16  determined that there was insufficient evidence and --

17      A      To prosecute at that time.

18      Q      Prosecute at that time --

19      A      Yes.

20      Q      -- in 2021?  And you did not cite even in a

21  footnote this report for the benefit of the Court,

22  correct?

23          MR. CARTER:  Objection to form.  I think it

24  misstates the report.

25          THE WITNESS:  There are probably a thousand



JONATHAN M. WINER  Confidential                          January 12, 2024
In re: Terrorist Attacks on September 11, 2001                          81

```
 1   facts.  I don't know how many facts that I didn't cite
 2   that I could have added to this report.  The question
 3   of what's happened in particular criminal cases and
 4   it's relevance to a civil case was not a question that
 5   I was asked.  I responded to the questions that I was
 6   asked.
 7   BY MS. ERB:
 8        Q     If we can turn to 7.24 of your report and
 9   this is on page 104.
10             MR. CARTER:  I'm sorry.  Nicole, where were
11   you?
12             MS. ERB:  I'm sorry.  It's paragraph 7.24
13   on page 104.
14   BY MS. ERB:
15        Q     And this paragraph, sir, concerns an
16   individual by the name of Towayan al-Towayan who
17   according to your report was linked to Mr. al-Bayoumi
18   who we just discussed.
19        A     Right.
20        Q     And you're relying on an FBI document dated
21   September 27th, 2001?
22        A     Right.
23        Q     And you say that this document describes
24   certain connections allegedly between Mr. Towayan and
25   Mr. al-Bayoumi, correct?
```



```
 1        A      Yes.

 2        Q      Your report also states that al-Towayan was

 3   employed by Al-Rajhi Bank; is that correct?  This is

 4   still within 7.24.

 5        A      I don't state that.  I quote a document

 6   that states that.

 7        Q      Fair.  That's fine.  And are you aware that

 8   Al-Rajhi Bank produced an HR file in connection with

 9   Mr. Towayan in this litigation?

10        A      No.

11        Q      Do you recall reviewing any HR file

12   relating to Mr. Towayan in connection with this

13   litigation?

14        A      I don't.  I may have, but I don't recollect

15   it.  I would note that on the pages that you're showing

16   me, more black marks or redacted material which is odd

17   since in my report, there are no such redactions.  I

18   don't know what to make of these redactions on page

19   103, page 104 and maybe some elsewhere, but I'm saying

20   no and I really can't address that.

21        Q      Sir, these redactions relate to FBI

22   protected information and we are working -- because we

23   are in the setting that we are in, we are not referring

24   to the elements of the report that include material

25   subject to an FBI protective order.  If needed at a
```



 1   certain point, we can, you know, exit the room and have

 2   people -- you can review this, but I'd like to continue

 3   with my questions and then if you feel the need that we

 4   need to go back --

 5        A     Because it's right above the material you

 6   just asked me and there's a footnote below it that's

 7   redacted as well.  So I can't address that.

 8        Q     So what I -- if we can, I'd like to

 9   continue with my questioning.

10        A     Sure.

11        Q     And we can come back and we can determine

12   whether we want to do that.  So in your reviewed

13   materials, it appears that the document I'm referring

14   to that was produced by Al-Rajhi Bank was included in a

15   range.  So it does appear that you at least reviewed it

16   in some form, but I suggest that we pull it up on the

17   screen --

18        A     Sure.

19        Q     -- so that we can look at it.  And this is

20   tab 93 which is now JW6.

21             (Winer Exhibit JW6 was marked for purposes

22   of identification.)

23             MS. ERB:  And this is 403 -- ARB-40369 if

24   that helps the technician.

25             BAILY:  Counsel, say that one more time,



 1   please.

 2                  MS. ERB:  This is tab 93.

 3                  BAILY:  Okay.

 4                  MS. ERB:  And the page is the second --

 5   probably the second page of the PDF is the English

 6   translation of ARB-40369 as the Bates number.

 7                  BAILY:  I'm sorry, counsel.  Can I have the

 8   Bates number one more time?  I think the one I have is

 9   slightly different.

10                  MS. ERB:  So it is ARB-00040369.  This

11   is --

12                  BAILY:  The note I have as 1093 is at

13   ARB-00000836 and ends on 840.

14                  MS. ERB:  Give us one moment.

15                  (A discussion was held off the record.)

16   BY MS. ERB:

17       Q     Mr. Winer, as a courtesy, I'm providing you

18   a hard copy --

19       A     Thank you.

20       Q     -- for your review.

21                  BAILY:  I see.  There was two -- two

22   different tab 93s.

23   BY MS. ERB:

24       Q     Okay.  It's now on the screen as well, Mr.

25   Winer, if that's easier.  Do you recall seeing this



JONATHAN M. WINER  Confidential                                    January 12, 2024
In re: Terrorist Attacks on September 11, 2001                                 85

```
 1   document?

 2        A     Yes, I do.

 3        Q     Okay.  In your report, sir, in 7.24 --

 4        A     Right.

 5        Q     -- you are quoting the FBI document as

 6   stating that al-Towayan was employed by Al-Rajhi, an

 7   investment firm located in Saudi Arabia working in its

 8   compliance section and that ARB was paying his costs

 9   while he was in the United States to study English at

10   the request of Al-Rajhi Finance Company.

11              Do you see that language in 7.24?

12        A     Yes.

13        Q     Looking at the document that is on the

14   screen, do you see that in the second line, the author

15   of the document which is the director of the Sharia

16   oversight office, he says I would like to convey the

17   application of the lead overseer of the Sharia

18   oversight branch, Mr. Towayan, bin Abdullah Towayan in

19   whom -- in which he requests a study leave in order to

20   study English for six months.  Do you see that

21   language?

22        A     Yes.

23        Q     So this document is saying that it was

24   Mr. Towayan's request to take study leave, correct?

25        A     Right.
```



```
 1        Q       Do you also see a handwritten note in the
 2   English translation, it's in bold in the lower right of
 3   the translation, beginning no objection?
 4        A       Yes.
 5        Q       And in this handwritten note, it says no
 6   objection provided that all expenses including travel
 7   accommodation, board and studies are at his own
 8   expense.  The company shall not bear any of said
 9   expenses.
10                Do you see that?
11        A       Yes.
12        Q       So based on this document, the statement
13   that Al-Rajhi Bank -- the statement in the FBI report
14   that you quote that Al-Rajhi Bank was paying his costs
15   while he was in the United States to study is
16   inaccurate, correct?
17                MR. CARTER:  Objection.
18                THE WITNESS:  It might be.  It might not
19   be.
20   BY MS. ERB:
21        Q       Based on this document, it does not appear
22   that the bank had approved the study leave and agreed
23   to pay Mr. Towayan's cost while he was studying
24   English?
25        A       That's what this document says.  The FBI
```



1   document says something different.  One would want to

2   look at his payments and the record of his payments to

3   know more.

4        Q      And do you -- have you seen anything in the

5   record to suggest that Al-Rajhi Bank was making

6   payments apart from this FBI data point?

7        A      No.

8        Q      Do you agree that according to this letter,

9   the bank said that it shall not pay -- bear any of said

10  expenses, correct?

11       A      Yes.  It seems -- it all seems very odd to

12  me.  It's hard to understand what's going on.

13       Q      Well, I think for our purposes, he made a

14  request.  The request was conveyed.  He made the

15  request to study English.  The request was conveyed.

16  The request was not objected to for leave so long as he

17  covered his own expenses.  Do you agree with that

18  interpretation of what's on the page?

19              MR. CARTER:  Objection.

20              THE WITNESS:  (Reviewing document.)

21              Here's the problem.  Yes, that summarizes

22  what's on the page, but there's a problem here.  And

23  the problem is is that we now know that Bayoumi was a

24  Saudi intelligence asset.  He was working for the Saudi

25  government and he's working with Towayan in part.  So



 1  you would have to be able to decode what was actually

 2  happening.

 3          You'd want to be looking in order to be

 4  able to ultimately assess the implications of all of

 5  this in detail -- this is one of many, many, many data

 6  points in my report of course, not the only one -- what

 7  was really going on which requires an awful lot of

 8  investigation.  We could go back to all the information

 9  in the FBI report which I've just excerpted one section

10  and try to evaluate it overall.

11          But I can't tell you from this piece of

12  paper whether Al-Rajhi was or wasn't providing him

13  support in this period.  I know he had bank accounts

14  with ARB.  So it's difficult to evaluate.  Your

15  interpretation is a plausible interpretation based on

16  what's written on this page.  It may be a correct

17  interpretation based on this page, but you would then

18  want to look at other documents to make an ultimate

19  assessment about his relationship to Al-Rajhi during

20  the period of time he was in the United States.

21      Q      Mr. Winer, if we can now switch gears again

22  and turn to page 38 section 4.10.9 of your report and

23  this is on page 38.

24      A      Um-hmm.  Yes.

25      Q      And this is a paragraph of your report in



 1   which you state that Julaidan and your -- was one of

 2   bin Laden and Al-Qaeda's principal terrorist

 3   financiers.

 4            Do you see that sentence?

 5       A    Yes.

 6       Q    It's about three -- halfway down the

 7   paragraph.  And you also state that -- at the last

 8   sentence that Julaidan himself had accounts at Al-Rajhi

 9   Bank.

10       A    Yes.

11       Q    Do you know when Mr. Julaidan was

12   designated?

13       A    After 9/11.

14       Q    September 6th, 2002.  And do you -- if you

15   look at tab 68 which if we can mark as an exhibit.

16            (Winer Exhibit JW7 was marked for purposes

17   of identification.)

18   BY MS. ERB:

19       Q    And this is ARB-39558, and you'll want to

20   go to the second page of the PDF.  And if we can scroll

21   down to the English translation which looks like it's

22   the fourth page of the PDF, yeah.  So this is a

23   document produced by Al-Rajhi Bank.

24            Did you review this document, do you

25   recall?



1      A      Yes.  This relates to the response to

2   SAMA -- SAMA's listing requirements when they were made

3   which was in response to UN designations.  And

4   monitoring was undertaken when SAMA reached out to the

5   banks and asked them to the address the kinds of people

6   who had been sanctioned by the UN.  That's my memory of

7   it.

8      Q      And if you look on the chart, if you go

9   down, you'll see -- one, two, three, four, five, six

10  rows down, you'll see a reference to Mr. Julaidan.  And

11  then if you scroll to the status column at the far

12  right, you'll see that the status is listed as blocked.

13     A      Sure.

14     Q      And if you go down further to number 56 in

15  the rows, but it's actually more like the 13th line

16  down, again, you'll see his name and you see the status

17  of his account as well.

18     A      I actually can't read anything on this

19  because it's too small.  So if I'm supposed to review

20  something, it would need to be made bigger.  Thank you.

21     Q      I feel your pain, Mr. Winer.

22     A      Let us continue and you'll feel it more.

23     Q      So in your report, you mention -- well, let

24  me just confirm.  You see that in the row listed 56 all

25  the way to the right, it's also -- the word blocked is



1    included there, correct?

2         A      I can't quite see it because it's -- the

3    way this is set up on my screen, but I see the first

4    letters B-L-O-C-K and I accept your representation that

5    the word is blocked.

6         Q      Very good.  Very good.  So in your -- in

7    your report, you mention that Julaidan had accounts at

8    Al-Rajhi Bank, but your report does not mention that on

9    request by its regulator after the designation of

10   Mr. Julaidan when the regulator asked for statements of

11   details of the accounts that Al-Rajhi Bank responded

12   and showed that these accounts were blocked.

13        A      Which section?  We're in section 4 of the

14   report?

15        Q      So --

16        A      So section 4 of the report is in response

17   to the question is there evidence that Al-Qaeda relied

18   on sympathetic financiers.  It might be -- hold on a

19   second.  Let's just see what the topic is because it

20   goes to the question that I was asked.

21              So the question here is were there

22   incidents in which purported charities were implicated

23   in money laundering for criminal activities including

24   the financing of terrorism and/or specific attacks

25   before September 11th, 2001.  The question was not



1   whether banks were blocking accounts as required by UN

2   sanctions and required by their country and their

3   regulator after September 11th, 2001.  So that's the

4   question that this relates to in this section.

5        Q      And would you agree in your review of this

6   document that this document appears to reflect what you

7   just described which is that Al-Rajhi Bank blocked the

8   account of Julaidan after he was designated after 9/11?

9        A      Yes.

10       Q      And provided that information on his bank

11  account being blocked to its regulator, SAMA?

12       A      Yes.  I'd like to address this slightly

13  longer in order to describe the issue more broadly.

14  The documents that I reviewed showed Al-Rajhi Bank

15  along with other banks in Saudi Arabia being called

16  together and having a committee formed and having

17  regular communications with SAMA following 9/11 in

18  which they blocked accounts as their regulator told

19  them to do on the basis of UN lists.  And that's

20  consistent with U.S. government reporting which showed

21  that Saudi Arabia was undertaking efforts in response

22  to UN lists in that period.

23       Q      Thank you.

24              I'd like to turn if we can to discuss the

25  FATF recommendations that you raise in your report.



1  You specifically cite at section 5, I believe.  Let me

2  just confirm.  On page 42 of your report and this is in

3  response to question 3 and we're going to be looking --

4  it's really pages 42 probably through to 48 of your

5  report where the FATF 40 recommendations come up.  You

6  specifically cite the 96 FATF 40 recommendations in

7  your report?

8        A     Yes.

9        Q     And you reference the -- in these pages,

10  you cite a number of different recommendations,

11  obviously not all 40, but the ones that pertain to

12  financial institutions.

13        A     Yes.

14        Q     And are you familiar with the FATF

15  introduction which we can pull up if it would be --

16        A     I haven't memorized it, so it would be best

17  to pull it up.

18        Q     Okay.  So this is tab 35.  It will be

19  Exhibit JW8.

20              (Winer Exhibit JW8 was marked for purposes

21  of identification.)

22  BY MS. ERB:

23        Q     And if we could go to I believe it's page 2

24  of the PDF.

25        A     I'm going to need to have that magnified,



JONATHAN M. WINER  Confidential                                    January 12, 2024
In re: Terrorist Attacks on September 11, 2001                                    94

```
 1   please.
 2        Q      And I'm focused on the fifth paragraph
 3   down.
 4        A      Yes.
 5        Q      And --
 6        A      I'm familiar with that.
 7        Q      Okay.  And there's a -- the second sentence
 8   says the recommendations referring to the FATF
 9   recommendations are therefore the principles for action
10   in this field for countries to implement according to
11   their particular circumstances and constitutional
12   frameworks allowing countries a measure of flexibility
13   rather than prescribing every detail.
14               Do you see that?
15        A      Yes.
16        Q      And so it was your understanding that the
17   FATF recommendations were designed as recommendations
18   for implementation at the state level?
19        A      Yes, of course.
20        Q      And these were not obligations on private
21   market actors, banks, et cetera?  Rather they were
22   recommendations that states would implement in their
23   laws?
24               MR. CARTER:  Objection to form.
25               THE WITNESS:  That's not how I would
```



1    characterize it precisely.  It's accurate that states

2    were to implement the 40 recommendations.  That's

3    accurate.  There's also the group of bank supervisors

4    which was operating at the same time to create

5    standards for financial institutions directly which in

6    turn essentially referenced the FATF recommendations

7    and established them as minimum standards for the bank

8    supervisors who were their direct members to impose on

9    the banks that they regulated.

10              There was a very complicated process going

11   on in that period of the late 1990s of establishing

12   consolidated supervision for banks.  This was initiated

13   in substantial part in response to the collapse of

14   BCCI, a bank that I spent years investigating as a

15   senate investigator in the late 1980s and late 19 --

16   early 1990s before I went to the State Department.

17              So because of the need to have consolidated

18   supervision and integration of banks' standards and

19   practices around the world while it was up to the

20   national level to have supervisors supervise their

21   banks nationally, it was part of the international

22   system to protect banks internationally because of the

23   corresponding banking system.

24              And so you have to understand the FATF

25   recommendations as being cheek by jowl with the Basel



1   Committee recommendation which were going into place at
2   the same time for bank supervisors because bank
3   supervisors also had obligations really to one another
4   as a kind of college of supervisors in order to prevent
5   systemic risk.  Systemic risk is created when any
6   country's financial regulatory systems is inadequate in
7   relationship to other countries.
8            And I could go on in this.  I don't want to
9   exceed the scope of your question too broadly, but I'm
10  trying to put an appropriate context on the question.
11  So, yes, but it's within this broader framework and
12  there's one more point from the text here going back to
13  the text.  Somewhere it says these are intended to be
14  universal application and I think that's on this page.
15  Give me a moment.  Here it is.
16            It's paragraph 4.  These 40 recommendations
17  set up the basic framework for anti-money laundering
18  efforts and they're designed to be of universal
19  application.  And the reason again is because of the
20  problem of systemic risk for the banking system as well
21  as the fact that international criminal activity, cross
22  border financial activity migrated to jurisdictions and
23  inadequately put protections in place.
24            And my work on a day-to-day basis at the
25  State Department literally day-to-day in the late 1990s



1    was among other things trying to get countries to

2    actually put the standards in place in a coherent and

3    comprehensive fashion.

4    BY MS. ERB:

5        Q    And just coming back to my question which

6    is just that the FATF recommendations were designed and

7    are intended to be adopted at a state level?  These are

8    state recom -- recommendations for states?

9        A    Yes, but the state level may be country

10   based in terms of the governments or it may -- it's

11   also regulator based.  So in some countries, regulator

12   status is somewhat independent of the government.  It's

13   not part of the executive branch.  Like the Federal

14   Reserve is not told what to do by a president,

15   whomever.  It's a separate independent.  It's these

16   complementary systems being designed at the same time

17   in an integrated fashion.

18       Q    And when states implement the FATF

19   recommendations whether, you know, through the bank

20   supervisors you call it or regulator or otherwise, they

21   don't necessarily implement all 40 recommendations,

22   correct?

23       A    They don't implement all 40 recommendations

24   necessarily in exactly the same way.  There was a --

25   there was a system of mutual assessment that was put



1    into place from the creation of the FATF as well which

2    included the development of regional bodies as well as

3    the global body because countries would be found to be

4    deficient in their implementation of various

5    recommendations by their peers and be asked to -- to

6    put further measures in place in order to ensure that

7    there were not weak links in the chain because banking

8    is like water.

9              If you have part of your water system, one

10   pipe that has got arsenic or lead in it like in Flint,

11   Michigan and there's lead in one area, that water can

12   flow to all kinds of other areas.  So it's incredibly

13   important that banking regulation and enforcement not

14   involve regulatory arbitrage or enforcement arbitrage

15   because that then creates dirty nodes which can infect

16   well beyond the original location.  So you have to have

17   the barriers in place locally.

18             So the financial system is like the water

19   system.  You have to be able to have it addressed

20   throughout because the pipes are all connected to one

21   another in corresponding banking.

22       Q      But you would agree that if you were to

23   review states that have adopted the FATF recommendation

24   that not all states are compliant with all 40

25   recommendations, correct?



1        A        It's a -- there's a process for coming into

2    compliance, that's right.  And I was working on that

3    process at the State Department in the late 1990s

4    country by country.

5        Q        Do you know if the United States is

6    compliant with the FATF 40 recommendations?

7        A        At any particular moment, it's -- you would

8    always be trying to improve, but generally speaking,

9    yes.

10                MS. ERB:  So if we can pull up tab 72 which

11    we'll mark as an exhibit.

12                (Winer Exhibit JW9 was marked for purposes

13    of identification.)

14                MS. ERB:  Excuse me.  I misspoke.  Tab 73,

15    Exhibit JW9.

16    BY MS. ERB:

17        Q        So this is a web page --

18        A        Sure.

19        Q        -- from the FATF website and this is the

20    United States web page.

21        A        Sure.

22        Q        And if we flip to the second page of the

23    PDF and if we can look at the second paragraph.  The

24    United States is compliant on nine of the 40

25    recommendations and largely compliant on 22 of them.



```
 1        A       Let's take a look at the further

 2   description of it, please.  I can't evaluate that

 3   without looking at it.

 4        Q       Okay.  But just -- just -- I'm not asking

 5   you to evaluate it.  I'm just asking you whether you

 6   agree that here the FATF is reporting that the United

 7   States is compliant on nine of the 40 recommendations,

 8   largely compliant on 22 and partially compliant on five

 9   and not compliant on four.  Is that what this says?

10                MR. CARTER:  Objection.

11   BY MS. ERB:

12        Q       I'm not asking you to evaluate.  I'm just

13   asking you to tell me if that's what this says.

14        A       I have not reviewed this particular

15   document or this particular assessment before.  And so

16   what's the date, please?

17        Q       So this was pulled from the website and it

18   should be current.  This was -- this is not -- we're

19   not looking at a -- going back in time when it was

20   first -- it says, though, United States was a member

21   since 1990.

22        A       Yes.  I would --

23        Q       So if you look -- if you go to page 3.

24        A       I'm willing to stipulate that the document

25   says whatever the document says, but it's not a
```



1    document that I reviewed in connection with my report.

2         Q       That's fine.

3         A       And it doesn't respond to any question that

4    I was asked in my report.

5         Q       That's fine too.  If we can go to page 3 of

6    the PDF.  It looks like this was from 2020 and it was

7    the mutual evaluation of the United States.

8         A       I know what this is about.  This is about

9    beneficial ownership.  That's what this is about.

10        Q       So all 40 recommendations are about --

11        A       I don't know.  I'd have to read it, but

12   it's about beneficial ownership which I've been unhappy

13   about for years.

14        Q       Okay.  So if we go back to page 2, please.

15        A       Didn't there used to be beneficial

16   ownership requirements covering trusts and covering

17   LLCs?  And the United States has had a vigorous

18   domestic lobby of people who want to be able to hide

19   their money, the ultimate ownership of companies which

20   has impeded the United States moving ahead in this

21   particular area and that may be what this is about, but

22   I've never seen this document before.

23        Q       Okay.

24        A       So I don't know.

25        Q       Okay.  But going back to the intro page



1    where it talks -- just the stats of the 40

2    recommendations that -- you know, the FATF 40, right,

3    and this is where the U.S. is in its compliance with

4    those 40 recommendations.  Would you agree that that's

5    what this document is stating?

6              MR. CARTER:  Objection.  He's told you

7    three times he needs to read the document to understand

8    what that statement is referring to.

9              THE WITNESS:  I've just seen for the

10   first -- forgive me, but I've just seen for the first

11   time on this next page because, again, I've never read

12   this document, never seen the document before, never

13   been asked to look at it.  I don't know what's in it.

14   I see this on the FATF website.  It's almost certainly

15   the result of the mutual assessment because I know the

16   FATF processes.

17             I would like to read the particular

18   criticisms and evaluate the particular criticisms.  I

19   could tell you what it means.  I could also evaluate it

20   against other countries.  I haven't done that, but I

21   haven't done any of that work.  So I can't really

22   address it.

23   BY MS. ERB:

24        Q    Okay.  And I'm not asking for your

25   evaluation.  I'm just asking whether you agree that



1    when FATF says that the United States is compliant on

2    nine of the 40 that these are the 40 FATF

3    recommendations that you refer to in your report?

4         A      No.  They are not the 40 FATF

5    recommendations I refer to in the report.  That's a

6    mistake.

7         Q      Because they've been updated?

8         A      They've been changed multiple times.

9         Q      Okay.  Okay.

10        A      I'm referring to -- my report refers to the

11   1996 ones.  That's what I was asked to look at.  I

12   wasn't asked to look at the special recommendations on

13   terrorist finance from 2001.

14        Q      Right.  And we're going to come to that.

15        A      Let alone -- let alone any of the later

16   ones.

17        Q      Right.  And we're going to -- we're going

18   to come to that as well.  Let's -- let's look at if we

19   can tab 72 and let's mark that one Exhibit JW10.

20               (Winer Exhibit JW10 was marked for purposes

21   of identification.)

22   BY MS. ERB:

23        Q      And so again we're on the FATF website and

24   this is for Saudi Arabia.

25               MR. CARTER:  When is this?



JONATHAN M. WINER  Confidential                    January 12, 2024
In re: Terrorist Attacks on September 11, 2001                    104

```
 1   BY MS. ERB:
 2        Q       And if you go to the second page of the
 3   PDF, Saudi Arabia has been a member since 2019 and
 4   there was a 2018 assessment of the kingdom's measures
 5   to tackle money laundering and terrorist financing.
 6        A       Right.
 7                MR. CARTER:  I'm just going to object to
 8   all of this.  It's material he's not seen relating
 9   to --
10                MS. ERB:  I understand.
11                MR. CARTER:  -- 20 years after the period
12   of conduct at issue.
13                MS. ERB:  I understand.
14                MR. CARTER:  I don't understand what this
15   has to do with anything.
16                MS. ERB:  It has to do with the fact that
17   he -- he's relying on the FATF 40 recommendations in
18   his report and I'm referring to house states implement
19   and adopt those recommendations as they are updated
20   over time and we will come to that.  So if you'll bear
21   with me, I'd like to continue with my questions.
22   BY MS. ERB:
23        Q       If we can go to page 3.
24                MR. CARTER:  Just a continuing objection.
25
```



```
 1   BY MS. ERB:

 2        Q      Page 3 of the PDF.  And it says Saudi

 3   Arabia is now compliant on 17 of the 40

 4   recommendations, largely compliant on 21 and partially

 5   compliant on two.  Do you see that?

 6        A      Yes.

 7        Q      And would you agree again that without --

 8   I'm not asking you to do an evaluation of which ones,

 9   et cetera, but would you agree that the statement here

10   is that Saudi Arabia is compliant on 17 of the 40,

11   largely compliant on 21 and partially compliant on two?

12             MR. CARTER:  Objection to form.

13             THE WITNESS:  I don't know the date of the

14   documents.  It appears to be a document related to

15   around 2020 as near as I can tell because it references

16   a 2018 mutual evaluation.  I have not read the document

17   before, never seen the document.  And it's outside the

18   scope of my expert report, but it says Saudi Arabia's

19   progress and strengthening measures to tackle money

20   laundering and terrorist finance.  That's good that

21   they're making process.

22   BY MS. ERB:

23        Q      And if we can go to the next page of the --

24   it looks like the date is 17 January 2020.  So coming

25   back to your report on the 1996 --
```



1        A        Yeah.

2        Q        -- FATF recommendations --

3        A        Yeah.

4        Q        -- you agree that Al-Rajhi Bank's

5   compliance with the principles in the FATF

6   recommendations would come through its regulator, SAMA,

7   correct?

8        A        The standards would be promulgated by its

9   regulator, SAMA.  The standards were promulgated by its

10  regulator, SAMA, actually the year before the recom --

11  the 1996 recommendations came.  And I believe it was

12  late 1995 when SAMA put together its guidelines and

13  issued its guidelines.  That's my memory.

14              At the time, Saudi Arabia did not have

15  anti -- an anti-money laundering criminal statute or

16  terrorist finance criminal statute, but its regulator

17  did put the FATF 1996 recommendations into place to a

18  very considerable extent for the financial institutions

19  of Saudi Arabia.

20       Q        And in paragraph 5.2 of your report where

21  you describe the -- the 1996 recommendations, you say

22  in 1996 under the U.S. presidency of FATF, the

23  organization amended the 40 recommendations explicitly

24  to cover all serious crimes including terrorism,

25  correct?



 1        A        That's what it says, uh-huh.

 2        Q        Now, in the 1996 introduction to the 40

 3   recommendations which you cite, they make -- that intro

 4   makes no mention of counterterrorism, correct?

 5        A        Correct.

 6        Q        And in your report at 5.4, and this goes on

 7   for a while, you're quoting the FATF 4 -- 1996 FATF 40

 8   recommendations, correct?

 9        A        Yes.

10        Q        And none of those recommendations as quoted

11   in your report include the word terrorism, correct?

12        A        That's right.  They don't include the word

13   terrorism.  They don't include the word corruption.

14   They don't include the word theft.  They don't include

15   the word bribery.  They don't include the word murder.

16   They don't include the word rape.  They don't include

17   the word extortion.  They don't include the word fraud.

18             They do include only one type of crime and

19   that's because the FATF previously had covered that

20   crime which was drug trafficking.  Everything else is

21   within the context of all serious crimes.  Since Saudi

22   Arabia and the United -- to the best of my memory and

23   the United States and most other countries at that

24   point included various acts of terrorism as serious

25   crimes as a result of the ceding to various UN



1    conventions covering serious crime like blowing up

2    airplanes, that kind of thing.

3              And there's a whole list of them.  Those

4    would be -- terrorism would be covered under serious

5    crimes, but it was no more specifically mentioned than

6    was murder or rape or corruption or extortion or theft

7    or fraud or any other drug -- any other crime other

8    than drugs which had been the original coverage.

9         Q     And would you also agree that in 1996, the

10   FATF guidelines that you quote do not contain any

11   particular recommendations on charities or

12   nongovernmental organizations?

13        A     I don't recollect that there were any, but

14   I don't believe there were any.  But I don't recollect.

15   I think that they're broader principles at that point

16   that they're talking about.  Charities were under

17   discussion in the UN system in connection with

18   terrorist finance prior to 911 which is why the

19   terrorist finance convention of 1999 was put into place

20   and there's reference to it in connection with those

21   deliberations.  I think I covered that in the report.

22        Q     And earlier in your testimony, you made

23   reference to the October 2001 FATF updates --

24        A     Yes.

25        Q     -- to the recommendations.  And these would



1    have been one month after 9/11 --

2        A       Yes.

3        Q       -- updated recommendations?

4        A       That's correct.

5        Q       And in footnote 109 of your report on page

6    43, you state that the updated FATF 40 recommendations

7    are outside the scope of your expert report; is that

8    right?

9        A       I'm sorry.  I don't follow what you just

10   said.

11       Q       So in the last sentence of footnote 109

12   since the 9/11 attacks --

13       A       Right.

14       Q       -- the FATF 40 recommendations have been

15   repeatedly updated, but those updates are outside the

16   scope of this --

17       A       Yes.  I ref -- I reference what happened in

18   2001 somewhere, I think, but the question that I was

19   asked was prior to September 11th, 2001.

20       Q       I understand.

21       A       So I was trying to be responsive to the

22   question that was asked and to limit myself in that

23   way.

24       Q       But it's your understanding then that in

25   October 2001, the FATF updated its recommendations?



1    A    Oh, yes.

2    Q    Okay.  And in the history on the FATF web

3  page which we can go back to if you'd like to see it,

4  but there's a statement that says in October of 2001,

5  the FATF issued eight special recommendations on

6  terrorist finance.

7    A    That's correct.

8    Q    Okay.  So -- so would you agree that the

9  FATF recommendations before 9/11 did not contain a

10 reference -- did not target terrorist financing, but

11 after 9/11 on Oct -- in October 2001, the FATF

12 promptly, swiftly undertook to update its

13 recommendations to address terrorist financing?

14        MR. CARTER:  Objection.

15        THE WITNESS:  I agree that in 2001, the

16 FATF gave much more explicit guidance on how to address

17 terrorist finance because of what happened with the

18 9/11 attacks.  As mentioned earlier, terrorism is a

19 serious crime and 1996 incorporated all serious crimes.

20 And I was around then in the U.S. government discussing

21 these issues with other countries including in

22 connection with FATF and UN activities both.

23        And the issue was is that there were a lot

24 of discussions about how individual countries were

25 going to regard terrorism, who was a terrorist, who



 1  wasn't a terrorist.  And there was not harmonization on

 2  all of that and that was not only true of terrorism.

 3  It was also true of corruption which was another area

 4  where certain countries particularly in the European

 5  union in that period of time that didn't want to

 6  express mention of active bribery.  That is paying

 7  bribes because bribes were still tax deductible in the

 8  European union.

 9          So a decision was made to list all serious

10  crimes knowing that terrorism was included among all

11  serious crimes because pretty much all the members of

12  FATF, maybe all of them had signed on to various

13  terrorist conventions and, therefore, had made an

14  international commitment to treat terrorism -- pardon

15  me -- as a serious offense.  So that's my understanding

16  of the context of it.

17  BY MS. ERB:

18      Q    Going back to the FATF website and here

19  it's the description of the history of FATF and I

20  suggest that we do pull this up.  This is tab 83.

21          (Winer Exhibit JW11 was marked for purposes

22  of identification.)

23          THE WITNESS:  While you pull that up, let's

24  take a five-minute -- not 10 or 15, but a five-minute

25  break.



```
 1                  MS. ERB:  Five-minute break, sure.

 2                  THE WITNESS:  Yes, just five.  Very brief.

 3                  THE VIDEOGRAPHER:  Off the record at 12:28.

 4                  (Deposition recessed at 12:28 p.m.)

 5                  (Deposition resumed at 12:33 p.m.)

 6                  THE VIDEOGRAPHER:  Back on the record at

 7      12:33.

 8      BY MS. ERB:

 9           Q      So when we -- before the break, we were

10      pulling up tab 83 which is marked as JW Exhibit 11.

11      And this is again a page from the FATF website.  And if

12      you look at the second paragraph, the FATF states that

13      it was given responsibility to examine money laundering

14      techniques and trends, review the action already taken

15      at a national or international level and to set up

16      measures needed to combat money laundering.

17                  In 2001, the FATF expanded its mandate to

18      also combat terrorist financing.  Would you agree that

19      the FATF expanded its mandate as to what -- the scope

20      of what it was covering in 2001?

21           A      It expanded the scope of its

22      recommendations to go beyond 40 recommendations which

23      covered all serious crimes to add -- which necessarily

24      includes terrorist crimes as defined in UN conventions

25      to expressly provide direction and guidance on how to
```



1   address terrorist financing.  So in that sense, its

2   mandate expanded, but it already included all serious

3   crimes prior to that date.  So I would understand it to

4   be a reference to the special recommendations on

5   terrorist finance that were made in October 2001.

6        Q      And going -- going back to the operation of

7   these recommendations at a state level, we described

8   earlier that there would be implementation by the state

9   through its bank regulator where the recommendations

10  are relating to financial institutions and that would

11  become -- to the extent they're implemented, it becomes

12  part of local law, state law; is that correct?

13       A      Yes.  Yes, that's correct.

14       Q      Okay.  And in the case of Al-Rajhi Bank,

15  Al-Rajhi Bank's regulator is the Saudi Arabian monetary

16  authority, SAMA, correct?

17       A      Correct.

18       Q      And --

19       A      It's changed its name since.  That's now

20  the Saudi Central Bank, but it was SAMA at the time.

21       Q      And to the extent Saudi Arabia and SAMA

22  adopted the FATF 40 recommendations, those

23  recommendations would be implemented through Saudi law,

24  Saudi circulars, SAMA circulars, guidelines, et cetera,

25  right?



```
 1        A      Yes.

 2        Q      And are you -- do you consider yourself an

 3   expert on Saudi banking regulations?

 4        A      I am on the Saudi banking regulations

 5   relating to money laundering in terms of the 1995 I

 6   think November circular that was issued because I spent

 7   a lot of time with that.  I have not spent a lot of

 8   time with every other Saudi bank regulation.  I am an

 9   international banking regulatory attorney.  I continue

10   to practice in the area and I have had clients within

11   the past 12 months seeking my advice on particular

12   elements of gulf state banking regulation up to the

13   current day.  That's the best answer I can give you.

14             Have I read every Saudi circular governing

15   banks, no.  I would look at it in connection with a

16   particular matter as an attorney or as an expert

17   witness.

18        Q      But you're not a Saudi -- you're not a

19   Saudi banking law expert?

20             MR. CARTER:  Objection.

21             THE WITNESS:  I'm an expert in comparative

22   banking law.  I've been a banking regulatory attorney

23   in various forms except for my -- periods of my

24   government service over much of the last 20 years, not

25   all of it, but much of it including currently.  It's an
```



 1    area where I have practiced even recently.

 2                Any type of banking regulation you look at

 3    in terms of as a -- in a comparative way unless it's

 4    purely domestic application, in a comparative way for

 5    the reasons I articulated before which is how does it

 6    compare to the regulations in other countries, what is

 7    the relationship of it.

 8                So, for example, I'm trying to answers your

 9    questions directly as I can.  Gulf states currently are

10    trying to address elements of what they have to do in

11    connection with U.S. laws on the reporting of entities

12    that may have relationships with U.S. persons.  And so

13    as banks get -- as a new bank comes into existence,

14    they may want guidance on will the following forms,

15    will the following boilerplate meet the requirements of

16    the EU, will they meet the requirements of the U.S.,

17    that kind of thing.

18                So you drill down as an attorney on a

19    particular matter on a particular issue in order to

20    understand it based on the laws and regulations that

21    are applicable to understanding that issue.  So in that

22    context, I look at Saudi banking law from time to time

23    as need be.  I have spent a lot of time with that

24    original circular.

25    BY MS. ERB:



JONATHAN M. WINER  Confidential                    January 12, 2024
In re: Terrorist Attacks on September 11, 2001                    116

1        Q        On a comparative basis as you say?

2        A        On a comparative basis and trying to

3    understand how it would work in connection with also

4    mutual evaluations because I was deeply involved with

5    the mutual evaluation process in the 1990s.

6        Q        Which again is at the state level?

7        A        The mutual evaluation process is at a

8    college of state levels which is to say different

9    countries' regulators and experts.  It's not just the

10   regulators.  It's people from the State Department,

11   people from the Treasury Department, people from the

12   Justice Department, people from the banking regulatory

13   agencies like the Federal Reserve where they control

14   the currency will come together to evaluate an

15   individual country's FATF compliance like the document

16   you showed me from 2020 which I had never seen before

17   because I hadn't been asked to look at it.

18             Back in the 1990s which is what my report

19   covers really fundamentally up to period 2001 and most

20   of the questions, the key document was the 1995 SAMA

21   circular and that would have been what would have been

22   evaluated in a comparative basis.

23       Q        And so you would not in your work as a

24   comparative lawyer or expert on comparative banking

25   standards, international banking standards, you would



1    not consider yourself an expert as to whether a bank

2    outside of the United States has complied with its

3    local laws and local requirements?

4              MR. CARTER:  Objection.

5              THE WITNESS:  That actually depends.  I had

6    been asked that question by gulf state banks because in

7    the case of some gulf states and some situations, their

8    local laws are dependent on their status by the United

9    States as part of a bilateral agreement to have their

10   banks credentialed in particular ways.

11             So there's both multilateral and bilateral

12   requirements that local banks may be relying on.  So

13   the question might well be is this language going to be

14   good enough for the United States in a way that the

15   gulf states' regulator will say this is absolutely fine

16   and copacetic and we're not going to have a problem.

17   That's an actual case that I was asked to provide

18   regulatory guidance on by a client within the past year

19   as a for -- as a for example.

20             So I think if you're trying to say do I

21   provide advice to domestic banks of Saudi Arabia on

22   purely domestic Saudi issues, no.  Would I provide

23   advice to a Saudi bank on an issue in which there are

24   obligations not only to their own regulator but which

25   has implications for their correspondent banking



1  relationships which are absolutely essential for their

2  function, yes.  So the answer is not a black and white

3  simple question.  It just depends on the issue.

4       Q       But you certainly based on everything you

5  said today in this -- in this deposition, you would not

6  hold yourself out as a Saudi banking lawyer?

7       A       I'm not qualified to practice law in Saudi

8  Arabia, so it would not be proper for me to advise a

9  Saudi institution on a purely Saudi issue unless there

10 are international issues associated with it.  I have

11 been asked as I stated by clients to opine on issues

12 that relate to local laws of local gulf states because

13 of their interrelationship with international banking

14 standards including obligations to the United States,

15 but not just the United States.

16      Q       And have you ever conducted a financial

17 audit of a Saudi Arabian bank?

18      A       I have not.

19      Q       Have you conducted a financial audit of any

20 bank?

21      A       It depends what you mean by audit.  I have

22 participated in working with auditors in designing

23 compliance reviews and interpreting the results of the

24 compliance reviews in -- of more than one bank based

25 overseas in order to assist that bank in coming into



1  compliance with not only its domestic money laundering

2  standards and international money laundering standards,

3  but with its needs in relationship to its corresponded

4  banking relationship.

5            So when a bank gets in trouble with

6  corresponded banks, it may call on me, for example, to

7  help do a clean up.  What do we have to do to get out

8  of the mess that we're in in terms of compliance.  And

9  there I might retain a forensic auditor to do the

10  auditing part.  I might help them design what the audit

11  program is going to look like.  I'll look at their --

12  what their proposed approach is going to be, make

13  recommendations.  I'll then interview people in the

14  bank.  I'll look at bank records.  I've done that from

15  time to time.

16       Q     Have you ever done that exercise with a

17  Saudi bank?

18       A     No.

19       Q     And when you are looking at SAMA

20  regulations, you are looking at the English versions,

21  correct?  You don't speak Arabic?

22       A     I do not read Arabic.  I do not write

23  Arabic.  I don't speak Arabic.  Through all of my

24  years, I've never mastered a second language adequately

25  to be able to do that without assistance in a way that



 1    I feel comfortable with when it comes to legal

 2    documents which is why I rely on translators as I did

 3    throughout the time I was a diplomat to assure me the

 4    documents are accurate in both languages.

 5         Q      And in preparing your report in this case,

 6    did you consult at all with a Saudi law expert or a

 7    Saudi banking law expert that spoke Arabic?

 8         A      If I had done that, I would have reported

 9    that in this report.

10         Q      And you were previously disqualified from

11    opining on the banking laws of a foreign country; is

12    that correct?

13         A      Not exactly.  It's not exactly correct, no.

14         Q      And here I'm referring to the McDonald case

15    which related to Canadian interpretation of the laws of

16    Canada.  Do you recall that?

17         A      I'm aware of the case and I'm aware of what

18    you're referring to.  My understanding from the

19    attorneys, and I was not present during the discussion

20    with the judge, is that I actually was not

21    disqualified.  There was a decision made to limit the

22    scope of what I would cover to international

23    comparative law because I was not a Canadian lawyer.

24    And that decision was made not to put that part of my

25    testimony as -- within the scope of the testimony that



```
 1    I gave to the judge, but I believe I was not
 2    disqualified.
 3         Q       So the -- the --
 4         A       I testified in the case extensively on
 5    international money laundering standards and their
 6    application to that particular case.
 7         Q       Okay.  The Court in that case stated
 8    that -- let me just read this.  It says despite
 9    qualifying them as expert, I ruled that both Mr. Winer
10    and Mr. Delstin (ph) were not qualified to provide
11    opinion evidence regarding the interpretation or
12    application of the laws of Canada or Ontario.  Indeed
13    they both acknowledged that they were not experts in
14    Canadian banking practices and have no experience with
15    the Canadian regulatory regime.
16         A       That's not an accurate characterization of
17    my testimony or my experience.  It's correct that I
18    would have told the judge if asked, and I don't
19    recollect the details, that I was not qualified to
20    practice law in Canada.  I'm qualified to practice law
21    in the United States.  I'm not qualified to practice
22    law in Canada, but I've been consulted by the Canadian
23    government about the application of its money
24    laundering laws and was prior to 9/11.
25         Q       And here you're not qualified to practice
```



 1   law in Saudi Arabia as you say, but do you consider

 2   yourself an expert in Saudi banking regulations to

 3   assess a bank's compliance with the regulations of its

 4   local regulator as a matter of Saudi law?

 5        A       It depends.  If you're talking about the

 6   English language, side-by-side version English

 7   language, Arabic language purporting to be the same of

 8   the 1995 circular which is based on FATF standards

 9   based on review of evidence, one can determine whether

10   actions were taken that are set forth in that

11   regulation or not.

12              And I feel completely competent to do that

13   based on the review that I've undertaken and I

14   undertook that review.  And the plain English meaning

15   of the words is I think quite clear particularly in the

16   context of FATF recommendations and international

17   standards.

18              So you look at the plain meaning of the

19   words.  That's what comparative law is all about.  And

20   here I'm not providing my opinion to a Saudi court or

21   to the Saudi government.  And the case you cited,

22   ma'am, was in Canada.  It was about Canadian law in

23   Canada.  He's not a Canadian lawyer.  I'm not making

24   representations here about Saudi law to a Saudi court.

25        Q       But you are making --



 1       A       I'm an American specialist as an American

 2    specialist and expert in comparative banking law to an

 3    American court about the plain meaning of the terms of

 4    the regulations issued by the Saudi Arabian monetary

 5    authority in 1995 and I feel qualified to do that.

 6       Q       Do you feel qualified to state whether a

 7    Saudi bank has somehow violated a rule of Saudi law?

 8       A       In terms of the law as written and in

 9    English, again, some of the English and the Arabic are

10    the same as is represented from the circulars.  Yes,

11    Saudi regulation, yes, depending on the facts.  It's a

12    contextual issue.  It depends in part on how gross it

13    is, how clear it is.  You look at the facts.  You apply

14    the law.  That's what comparative legal experts do

15    based on their knowledge of the whole international

16    banking system which I spent decades working in.

17       Q       But, again, this would be your subjective

18    view of those laws, not your views as an auditor of the

19    Saudi bank or a lawyer determining the bank's

20    compliance with its own local laws of its regulator?

21       A       I am not advising -- in connection with my

22    expert report, I'm not advising the Saudi bank on what

23    to do about compliance.  I could do that if asked with

24    a forensic auditor and with a Saudi lawyer, but this is

25    for a different purpose.  This is looking at what the



1  SAMA regulations were in 1995, their relationship to

2  the 40 recommendations as set forth in my report and my

3  examination of the evidence from the bank what it

4  actually did.  And I've done that in this report, laid

5  it out in great -- at great depth and length and I'm

6  comfortable with the assessments that I made.

7      Q      And because you're not an auditor, you

8  don't really know how common the types of issues you

9  identify in your report were among Saudi banks at that

10 time?

11     A      I have heard this particular line of

12 approach before in other cases and this was made I

13 think in the Arab bank case that I was an expert in

14 about what's common practice amongst banks and what's

15 the standard of compliance.  And I think that's what

16 you're asking me about as near as I can tell.

17            And in that area, the position that I've

18 taken in the past and I think is the right one is

19 unless you are -- have examined a lot of banks in a

20 particular jurisdiction, you're not in a position to

21 opine about common practice and I'm not sure that

22 common practice is the proper standard in any case.

23            In the case of the United States, many

24 major U.S. banks have faced fines sometimes in billion

25 dollars or more, very, very large fines for various



1   kinds of money laundering failures.  So you have to --

2   looking at the state of compliance in a particular

3   country is I think not the relevant test.  It's up to a

4   court to decide.

5              But as I look at things, I compare what the

6   rules require and a financial institution did, not

7   referring to what some other financial institution

8   might have done.  I look at what happened in a

9   particular case based on all the evidence available to

10  me.  That's what I've tried to do here.

11      Q      And, again, we're talking about the 1990s?

12      A      We're taking -- the questions I was asked

13  and which I've -- the report covers is prior to

14  September 11th, 2001.

15      Q      In section 9 of your report, around 9.31, I

16  believe -- let me just get there -- you talk about

17  reviewing the account opening documents for certain of

18  the charities that we're discussing.

19      A      Yes.

20      Q      And you note that in 9.32 that the

21  fields --

22      A      What page are you on, please?

23      Q      So this is page 146.  And in paragraph

24  9.32, you noted that some of the fields in the account

25  opening forms were missing information; is that



1    correct?

2         A       Yes.

3         Q       And do you recall from your review of these

4    documents that many of these documents were manually

5    filled out?

6         A       I don't recollect when there was

7    handwritten and when there was typed.  And I don't know

8    what the word manual means here as opposed to what

9    you're contrasting it with.  You mean by computer or

10   electric?

11        Q       That it was handwritten, you know,

12   handwritten forms filled out and not -- not entered on

13   a computer or otherwise.

14        A       I looked at the English language versions

15   for most of this rather than the Arabic version.  You

16   can show me a particular document and we could go

17   through it.

18        Q       And do you -- do you know based on your

19   review of these documents what the standard would have

20   been in Saudi Arabia in the 1990s if you take on faith

21   for a moment that these were handwritten which I

22   represent to you they were what the standard of data

23   collection was in Saudi Arabia at this time?

24        A       What I know is that the 9/11 commission and

25   the monograph on terrorist finance consistent with my



 1   understanding when I was a U.S. government official at

 2   the State Department in the late 1990s, very late in my

 3   tenure, was that Saudi Arabia was not enforcing its

 4   anti-money laundering regulations which is one of the

 5   reasons we sent teams to Saudi Arabia to try to put

 6   pressure on them to shape up.

 7           This was not just a problem in Saudi

 8   Arabia, however.  It was a problem in a number of

 9   countries which is why I went to Israel, Lebanon,

10   Syria, Cyprus to talk about countries in the region to

11   address similar issues of especially noncompliance with

12   what we needed to be safe and to have international

13   money laundering standards be applied appropriately.

14           Another team, it didn't happen to be me,

15   went to Saudi Arabia on exactly the same issues.  There

16   were special considerations that were given to the

17   outreach to what was called -- what were called the GCC

18   countries at the time.

19           Excuse me.  I'm going to have to pause

20   because I have a pernicious cold that I've now had

21   since late November which rears up from time to time.

22   I'm going to need just one minute.  Please take us off.

23           MS. ERB:  Should we break for lunch?

24           THE WITNESS:  No.  I want to continue and

25   finish this sentence, please.



```
 1                THE VIDEOGRAPHER:  Off the record at 12:57.
 2           (Deposition recessed at 12:57 p.m.)
 3           (Deposition resumed at 12:58 p.m.)
 4                THE VIDEOGRAPHER:  We are back on the
 5    record at 12:58.
 6                THE WITNESS:  So the problem that was -- we
 7    were perceived to have had prior to 9/11 and this is
 8    1997, '98, '99 to be precise as possible was that the
 9    anti-money laundering standards that the FATF had
10    agreed on had not been implemented in practice, in some
11    cases even de jure, but in a number of countries in
12    reality.  And so we sent out teams and I led teams to a
13    number of different countries to put -- to press on and
14    make more of a priority for adherence to the anti-money
15    laundering laws.
16                So Saudi Arabia was not the only country
17    here that was not doing what it needed to do to enforce
18    the anti-money laundering regulations it had.  Based on
19    what I've already said to you, I can't comment on what
20    common practice in Saudi Arabia actually was at that
21    time.  I can only look at what the SAMA standards say
22    you're supposed to do or required to do and what they
23    were actually doing based on the incomplete documents
24    provided to me.  That's what I did in this report.
25    BY MS. ERB:
```



1      Q      And did you identify in your report any

2   SAMA enforcement action against Al-Rajhi Bank with

3   respect to its noncompliance with Saudi -- excuse me --

4   with SAMA regulations?

5      A      To the contrary, I identified in my report

6   statements by U.S. officials and agencies.  Monograph

7   on terrorist finance has been particular as a good

8   example, but I think it's also the 9/11 report and it's

9   elsewhere I think in a joint assessment by the CIA and

10  FBI in 2004 that there had been nonenforcement of the

11  SAMA regulations by SAMA in Saudi Arabia and that that

12  was a problem.  That's what I'd heard back when I was

13  at the State Department in the late 1990s which is why

14  we sent a team out.

15     Q      And based on your -- the documents you

16  reviewed and your experience with the many countries

17  that apparently were not up to the U.S. standards with

18  respect to their money laundering laws, do you have any

19  reason to or any document to point to that the level of

20  information in the documents, account opening documents

21  you reviewed were not -- were unusual as compared to

22  the account opening documents in any other banks in

23  Saudi Arabia or other countries that you've listed?

24  You listed a number of them.

25     A      I was not doing bank examinations in the



1    late 1990s.  I was dealing with entire jurisdictions

2    that were not meeting -- you made one statement that I

3    have to disagree with that's in your question as an

4    assumption.  It's not about -- it was not about U.S.

5    standards.  It was about the international standards

6    that had been put into place in 1996 which we needed as

7    a matter of national security.  This was not just about

8    banking regulation.  This was about national security.

9              I came into this field at the very, very

10   beginning before there were any international standards

11   on banking and there was a recognition you could create

12   both systemic risk and risk of serious financial crimes

13   of various natures if you didn't have an integrated,

14   harmonized international system.

15             The GCC in the time that I was at the State

16   Department was considered a black hole in this area for

17   compliance.  It was just complete nonfeasance in

18   practice regardless of what the regulations were on

19   paper.  Different countries had different levels of

20   regulations on paper.

21             Saudi as I mentioned had no terrorist

22   finance law to my understanding criminalizing it or

23   criminalizing money laundering.  What it had was the

24   SAMA regulations as the only thing to provide guidance

25   and protection.  And the perception was and this was



1   true maybe reiterated years later after 9/11 that it

2   wasn't being enforced.

3            And the information that I saw was

4   consistent with SAMA nonenforcement which is to say

5   they weren't doing -- what they were doing was they

6   were doing account opening documents.  We're going to

7   make sure we got the right person on as a signatory.

8   We're going to make sure we have the right person on as

9   a signatory, not much else.

10            And for small accounts, you know, a Joe

11   Dokes depositing the income from his small business,

12   it's not going to matter.  Big clients, big amounts of

13   money, transnational activity, that matters.

14       Q     To come back to what you saw in the

15   documents you reviewed, again, to be clear, you did not

16   see any indication of a violation of SAMA banking

17   regulation that SAMA notified the bank about that SAMA

18   was asking the bank about or taking enforcement action

19   against the bank?

20       A     The records that I saw were consistent with

21   the finding of the 9/11 commission's staff report on

22   the monograph that there was no enforcement action

23   undertaken by SAMA.  I don't know of any enforcement

24   action taken by SAMA against anyone prior to 9/11 in

25   connection with its policies.  If there is any, I've



```
 1   never seen it.

 2       Q      So I think I would like to take a lunch

 3   break here and I'll defer to you on how long you would

 4   like for launch.  I would like 30 minutes or -- but --

 5       A      It's -- then 30 minutes.

 6       Q      Is that enough time for you?

 7              MR. CARTER:  Thirty will do.  Let's try not

 8   to go too much longer.

 9              THE VIDEOGRAPHER:  We're off the record at

10   1:04.

11              (Recessed at 1:04 p.m. for lunch.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                A F T E R N O O N  S E S S I O N
 2                    (Reconvened at 1:42 p.m.)
 3                THE VIDEOGRAPHER:  We are back on the
 4       record at 1:42.
 5       BY MS. ERB:
 6            Q       Mr. Winer, are you familiar with the term
 7       zivot?
 8            A       Yes.
 9            Q       Can you tell us what your understanding of
10       that term is?
11            A       It's a -- one of the pillars of Islam.
12       It's the requirement that good Muslims contribute a
13       portion of their income or wealth to other Muslims for
14       a common or good cause.
15            Q       And you would agree that a contribution of
16       zivot or fulfilling your zivot obligations is not a
17       suspicious activity or a suggestion of terrorist aims,
18       correct?
19            A       Yes.
20            Q       And you agree that one way to make -- to
21       fulfill your zivot obligations is to make donations to
22       charitable organizations?
23            A       Yes.
24            Q       And, sir, have you ever consulted the Koran
25       in any way?
```



```
 1        A       I've read it.

 2        Q       You've read it.  Okay.  Are you familiar

 3   with the verse 2-2271?

 4        A       Not by number.  I couldn't tell you the

 5   number of any part of the old testament or the new

 6   testament either.  I'd have to read the text, though

 7   I've read all three.

 8        Q       I'm going to read you --

 9        A       Sure.

10        Q       -- an English translation and if you feel

11   the need to pull that up, we can do so, but it's very

12   short.  It says if you disclose your charity, it is

13   well, but if you conceal it and give it to the poor,

14   that is better for you.

15        A       Yes, I'm aware of that.

16        Q       You're aware of that.  Okay.  And against

17   that tenet, would you agree that charitable donations

18   including charitable donations to fulfill zivot

19   obligations are sometimes made without disclosing the

20   name of the donor?

21             MR. CARTER:  Objection.

22             THE WITNESS:  Yes, sometimes they are.

23   BY MS. ERB:

24        Q       And do you agree that the donations where

25   the name of the donor may not be disclosed is not
```



1   suspicious?

2        A       Not in the absence of other facts.  Other

3   facts might make it potentially suspicious.  And I note

4   in the case of Sulaiman Al-Rajhi, he had a foundation

5   with his name in it.  His charity had his name in it.

6        Q       And does that mean that you think any

7   charitable donation that includes his name is

8   suspicious?

9        A       No.  I think that he traveled a nation that

10  includes his name is not anonymous unless there's been

11  an effort to make it anonymous.

12       Q       Well, sir, if I may, there are -- there's a

13  charitable foundation that may make and manage

14  charitable contributions, but when an individual is

15  making a charitable contribution and they don't want to

16  disclose their name, are you saying that just because

17  he has a charitable foundation that manages his wealth

18  would -- if Bill Gates wants to make an anonymous

19  contribution, is that suspicious because he has a

20  charitable foundation?

21            MR. CARTER:  Objection.

22            THE WITNESS:  That's not -- that's not

23  actually what I said.  I'm happy to take a minute to

24  try and separate out the different elements of it.

25  It's perfectly fine to make an anonymous donation.  I'm



 1   not aware of any reason why an anonymous charitable

 2   donation would in and of itself be a problem.

 3             Very large donations of charity to a Dawah

 4   organization which is operating in areas of conflict

 5   might be the type of contributions that would be of

 6   high risk for the reasons I go through at some length

 7   in my report.  A person who has set up a charitable

 8   foundation or a committee under his name would not seem

 9   to me to be a person who is seeking to keep his

10   contributions overall secret.

11             Documents would suggest as I've seen in

12   this case an individual wanting secrecy in part because

13   of public revelations of his -- the charity under his

14   name and related -- related entities being linked to

15   terrorist finance, that would raise some questions for

16   me as I articulate in the report.

17   BY MS. ERB:

18       Q     And, sir, if -- we may want to go and look

19   at one of those in a moment, but the general principle

20   that somebody of immense wealth that may have a

21   charitable foundation and that is fulfilling his

22   individual's zivot obligations through a donation, if

23   that donation is made anonymously, do you agree that in

24   and of itself that is not suspicious conduct?

25             MR. CARTER:  Objection to form.



```
 1              THE WITNESS:  It depends on the context.
 2   For example, if you're making it at home locally in
 3   your country to a local organization that's nearby to a
 4   local person, if you're dropping off a turkey for
 5   somebody for Christmas dinner locally, an anonymous
 6   contribution might be absolutely normal.
 7              If you're moving money all around the world
 8   to a bunch of Dawah organizations that are in conflict
 9   zones as the entities that you referred to earlier as
10   charities and as I refer to as Dawah organizations in
11   my report are engaged in a wide range of activities and
12   there's public press on them which there was and you're
13   making an anonymous contribution and there's references
14   to this being made in part and structuring being made
15   in part to keep it anonymous because of associations
16   with terrorism, that's a different story.  And that's
17   the story that I saw in this case and it suggests a
18   motive other than the motive articulated in the saura
19   (ph) that you quoted.
20   BY MS. ERB:
21       Q      And when you have charitable organizations
22   that are operating in conflict zones, you agree that
23   the activities that those charitable organizations are
24   engaging in may be legitimate?
25       A      They have been in the case of these
```



1    charities a mixture of legitimate and illegitimate.

2    The illegitimate activities I've described in various

3    expert reports as well as the legitimate activities.

4    When I was in the United States government, one of the

5    barriers or concerns the United States government had

6    about talking publicly about the risks of the charities

7    and doing more about the -- in response to the

8    charities was because they were doing some humanitarian

9    activity in some countries, substantial humanitarian in

10   conflict zones.

11            And they were intermingled with a wrongful

12   activity where you don't really want to be in a

13   situation of preventing a charity from engaging in

14   humanitarian activity which is why for a charity like

15   that to function and function well, you need to have

16   really good governance and really good due diligence to

17   prevent the risk of diversion and harm coming from the

18   charity doing the wrong thing like working with

19   Al-Qaeda and bin Laden notoriously as the state

20   supported charity, al-Heramain, did according to the

21   words of the Saudi Arabian government.

22       Q      In 2004?

23       A      The Saudis -- Saudis said over a period of

24   time different phrases initially about the Al-Jabbaar,

25   about the branches, but ultimately about the entire



1  organization later.  And so the need for due diligence

2  and for really careful recordkeeping and accounting and

3  auditing becomes just tremendously important in order

4  to know that they're clean.

5          So if you're involved in giving to

6  charities, you want to know what their financial large

7  amounts.  You want to know what their financial

8  statements are, what they're doing, where they're doing

9  it to make sure that your charitable contributions are

10 going for things that are good, not things that are

11 potentially dangerous.

12    Q    And is it your testimony that in the 1990s,

13 that level of diligence on charitable donations was the

14 norm and that international regulations would expect

15 that and that Saudi regulations would expect that?

16    A    The Saudi regulations we can certainly get

17 into.  They were not adhered to when it came to these

18 charities in my opinion.  And I've articulated in the

19 expert report why I came to that opinion and what the

20 basis for it was.  I'm less interested as I said to you

21 before in what some undefined set of international

22 norms are supposed to be of actual practice.

23          The question is what are you actually doing

24 and what harm is it causing, what's the risk.  This

25 goes to the whole point of the anti-money laundering



 1  programs which is that they're risk based.  They're not
 2  list base.  They're risk based.  And there was great
 3  risk here with these charities.  The risk was fulfilled
 4  and practiced by what they wound up doing and,
 5  therefore, due diligence was required in order to
 6  ensure that you weren't contributing to terrorism.
 7          Now, the CIA lays out in its various
 8  reports what it found the Al-Rajhi family was doing and
 9  what it found ARB was doing, a conduit for terrorist
10  finance.  What I found when I looked at the ARB
11  documents, there was no due diligence by ARB.  And what
12  I found when it came to Sulaiman Al-Rajhi or SAAR, the
13  founder of the SAAR Foundation, is an effort to make
14  things going through the United States anonymous tied
15  to wanting to address the fact that there have been
16  allegations or terrorist finance.
17          And there's a document that says that, but
18  it's also reported separately by conversations that the
19  SAAR Foundation head in the United States, ████████,
20  with IRS officers as articulated in the Kane
21  affidavits.
22      Q    And just to be clear, there was no action
23  ever taken with respect to ████████ in the United
24  States, no destination or prosecution to your
25  awareness?



 1        A        To the best of my knowledge, he was not
 2    designated.  Al-Heramain U.S. was eventually
 3    designated.  It was controversial because it's a U.S.
 4    entity for the same reason the Hoyland (ph) Foundation
 5    was controversial because it was a U.S. entity because
 6    designations had historically been almost entirely of
 7    foreigners because the underlying authority of the
 8    International Emergency Economic Powers Act is based on
 9    foreign threats and foreign national sec -- economic
10    national security threats.
11             So if you look at the whole history of U.S.
12    sanctions, it's directed at threats from outside which
13    makes it particularly inapplicable in general to
14    threats from inside which was among the points the
15    court made I believe ultimately in the Oregon
16    al-Heramain case which is this question of the extent
17    to which various criminal processes of due process are
18    required if it's a domestic target as opposed to a
19    foreign target under IEEPA authorities which have
20    different standards.
21             And ███████████ was not designated.  You're
22    correct.  And the best of my knowledge, he wasn't
23    indicted either.  That's a criminal standard.  In my
24    report, I articulate part of the reason and I don't
25    know for sure of the various elements of the decisions



1   made on Green Quest.

2              But one of the reasons it would have been

3   hard to go ahead and prosecute and those reasons are

4   essentially records were international.  The records

5   weren't all located in the United States.  There were

6   records located in the Isle of Man, a bank secrecy

7   haven that I complained to about the British government

8   in the 1990s personally and in Saudi Arabia.  So you

9   would have to know on the inside what the reasons were,

10  but those are among the possible reasons why there was

11  no action taken given the evidence that existed.

12      Q      And in your -- in your review of the

13  documents, you have not seen any charitable donation by

14  the bank, by Sulaiman Al-Rajhi that you identify as

15  being intend -- where the documents show that the

16  beneficiary of that donation was a terrorist or was

17  being used for terrorist aims, correct?

18      A      Charities -- yes, correct.  Charities are

19  not allowed to give money for that kind of purpose.

20  It's outside what charities are allowed to do.  It

21  would be an immediate violation of the terms of the AHM

22  charity to write that down.  I've never seen a charity

23  anywhere or a bank anywhere with two partial

24  exceptions, one which is Al-Rajhi, the other which is

25  Arab Bank, ever make a reference to providing support



1  for terrorist.  I haven't seen it over decades in this

2  field.

3          The reference I'm talking about here are

4  payments to martyrs which are in terms referenced I

5  think in 9/11 commission report if my memory is

6  accurate, but payments for martyrs for Hamas which as

7  far as I'm concerned is terrorist finance.  Hamas was

8  engaging in terrorist activity.

9      Q     So -- and the SAAR Foundation in the United

10  States and the SAAR Charitable Foundation in the

11  kingdom of Saudi Arabia were never designated, right?

12      A     The kingdom of Saudi Arabia?

13      Q     No.  The SAAR Charitable Foundation that

14  was -- that is founded in Saudi Arabia, that was never

15  designated and the SAAR Foundation in the United States

16  that was the subject of the Kane affidavit was never

17  designated?

18      A     That's correct to the best of my knowledge.

19      Q     And you agree coming back to where we

20  started on charitable contributions that charities

21  operating in war zones are engaging in legitimate

22  conduct and that charitable donations to charities

23  operating in conflict zones would be one way for

24  Muslims to fulfill their zivot obligations?

25      A     Yes, though the statement is incomplete.



```
 1   It's true so far as it goes.  It's incomplete because
 2   it does not address the risk of improper uses which I
 3   believe is incumbent on someone to pay attention to if
 4   they're directing a charity or making large payments.
 5   And indeed it's not just my opinion there.  The --
 6   there are particular requirements that SAMA made both
 7   for organ -- large organizations be handled by a bank
 8   and for accounts generally.
 9            And here it gets a little complex because
10   you have Sulaiman Al-Rajhi as head of the bank,
11   co-founder of the bank and head of the bank.  And you
12   have him as head of the SAAR Foundation whether you're
13   talking about the SAAR committee, the SAAR Charitable
14   Foundation in Saudi, those two different things, one of
15   which was incorporated, the other which I don't know
16   what it was and the one in the United States.
17            So you're having these multiple roles
18   simultaneously and you have people at the foundation
19   who are also -- at the SAAR Foundation who are also
20   working for the al-Heramain Foundation for the head of
21   the bank.  So given the complex set of relationships,
22   you would want due diligence to be done somewhere and
23   as near as I can tell, it wasn't done.
24      Q     And for charities in Saudi Arabia that were
25   headquartered in Saudi Arabia that may have had
```



 1   branches overseas, do you know when the law came into

 2   effect that restricted transfers from the Saudi

 3   headquarters to projects or branches overseas?

 4       A      It was discussed in 2003 and 2004.  In

 5   2004, the United States government was still saying

 6   they didn't think -- even later that it couldn't tell

 7   when that was actually being put into place.  And

 8   there's some evidence in the record about al-Heramain

 9   being shut down and then popping up again until it was

10   completely eradicated as a charity.

11            And eventually the central control was

12   undertaken by Saudi Arabia well after 9/11 precisely

13   because of the problems that I've just talked through

14   which is they need to control the mass -- the uses of

15   the massive flows of humanitarian aid going through the

16   Dawah organizations from Saudi Arabia internationally

17   which had led to the notorious use of al-Heramain on

18   behalf of Al-Qaeda and bin Laden himself in the Saudi

19   government's words even as al-Heramain was receiving

20   support from the Saudi government.

21            And I believe there's individuals in

22   documents I saw who were simultaneously working for

23   al-Heramain and for the Ministry of Islamic Affairs,

24   Islamic and Dawah affairs.  So it was a simultaneous

25   role which makes all of this for me as someone who is



1   not wanting to see states sponsoring terrorism or state

2   sponsored charities or supported charities sponsoring

3   terrorism or facilitating terrorism.  It's all very

4   troubling.  And here you have so many different roles

5   for Sheikh Abdullah at the same time that it becomes

6   particularly problematic because the lack of due

7   diligence looks like a matter of policy.

8        Q     And would you like to correct your record

9   there?  I think you mean -- I don't think you meant to

10  refer to -- I don't know who you mean by Sheikh

11  Abdullah.  I don't know what you mean by that.

12       A     I'm sorry.  Sheikh Sulaiman Abdullah --

13  Sulaiman Abdulaziz Al-Rajhi.  Forgive me.  That was a

14  misstatement.  I did not mean the current chair.  I

15  meant SAAR which is why it's a little easier for me to

16  use that term than the Abdulaziz.

17       Q     So do you disagree that prior to 2003 or

18  maybe 2004 there was no legal prohibition in Saudi

19  Arabia on charities making financial transfers

20  overseas?

21       A     Yes.

22       Q     And do you agree that the funds that were

23  donated to charities operating overseas whether for

24  humanitarian purposes or as you suggest some may have

25  been diverted, do you -- do you agree that those funds



 1   that a donor would not know if making a contribution to

 2   that charity what the end use was?

 3        A      No, I don't agree with that.

 4        Q      So explain.

 5        A      Sure.  Look at the Kosovo establishment of

 6   the Saudi joint relief effort in Kosovo.  There you

 7   have Sulaiman Abdulaziz Al-Rajhi directly involved in

 8   pushing for the establishment of that operation which

 9   winds up being involved according to various other

10   documentation in terrorist finance over time and which

11   was opening up in a conflict zone, in a very active

12   conflict zone.

13            It seems to me that if you're opening up a

14   charity in a conflict zone, there's some obligation

15   there to do some due diligence or put some controls in

16   place.  It's not just making a donation.  It's making a

17   donation for a specific purpose and a specific location

18   just like the donations that were being made to Hamas,

19   to martyrs who were engaged in the second dobara.  The

20   second dobara was being pushed by Hamas and Egyptian

21   Islamic Jihad.

22        Q      Now, I mean, I'm --

23        A      So I'm trying -- I am trying to answer your

24   question as best I can.  So if you're talking about a

25   small individual donation by somebody putting their



1  money in an ahm's bucket established at the local level

2  in Saudi Arabia, they're not -- it's not reasonable to

3  expect them to do very much due diligence.

4            When I was growing up in Boston, people

5  used to do those kinds of donations in bars, in Irish

6  bars, and eventually United States government basically

7  cracked down on it and stopped it because some of that

8  money was going to the IRA.  This is back in the 1970s

9  and so that was a problem.

10            The question becomes what the role of the

11  donor is, what the donor's level of knowledge is.  Now,

12  SAAR, Sheikh Sulaiman -- Sulaiman -- Sulaiman Abdulaziz

13  Al-Rajhi had a staff of about 20 people according to

14  the material that I reviewed for his charitable

15  committee and had close relationships with senior

16  officials at Muslim World League and the IIRO and I

17  think WAMY and, therefore, was not in a position of

18  somebody on the street doing a small donation to a

19  donation box.

20            And yet there's no due diligence anywhere

21  that I could see and no controls anywhere I could see

22  during the audits that I've been able to review

23  relating to any of this.  So you put all of that

24  together with the patterns of giving and I think it's

25  highly problematic.



1        Q        So to be clear, the bank is the party in

2    the litigation here, so I don't think the -- the lack

3    of audits relating to the other entities is relevant

4    here, but let me --

5        A        I do and I'm happy to tell you why if you'd

6    like me to answer that or respond to that which is the

7    ARB's own rules require you to have financial

8    statements of your customers and to update your

9    documents every three years.  And I haven't seen any of

10   those existed for the Dawah organizations --

11       Q        And do you agree that the --

12       A        -- at ARB.

13       Q        Do you agree that the -- that al-Heramain

14   was one of the largest and most prominent Saudi

15   charities at the time in the nineties?

16       A        Yes.

17       Q        And do you agree that it was endorsed or

18   that it was -- that it was known that many Saudis would

19   be donating to -- whether they're billionaires or as

20   you say individuals of more modest means would be

21   making donations to al-Heramain in the nineties?

22       A        Yes.

23       Q        You reference in your report the term

24   Wahhabism?

25       A        Yes.



 1      Q      Can you tell us what your understanding is
 2   of Wahhabism?
 3      A      Sure.  Late 17th century founder of
 4   Wahhabism basically created a creed or an
 5   interpretation of Islam which went back to seventh
 6   century values founded on monotheistic values and
 7   rejecting a broadening beyond monotheism and being very
 8   focused on the monotheistic element of Muslim -- Muslim
 9   doctrine and going back as much as possible to the
10   original text and the original words of the prophet
11   Muhammad and there's an interplay between the
12   development of Salafism out of Egypt and Wahhabism in
13   Saudi Arabia, but that's the core of it for the
14   purposes of political Islam.
15      Q      And have you -- have you studied --
16   formally have you studied Islam?
17      A      I've studied Islam like I've studied
18   Christianity and studied Judaism which is to say in
19   each case, I studied the religions in connection with
20   humanist -- humanist courses in college.  I've done
21   reading since.  I am not a theological scholar who
22   focuses on and has expertize on doctrinal disputes on
23   the various sectoral differences between different
24   interpretations of Christianity, Islam or Judaism.
25             That's not how I spent my time.  I have



 1  spent my time on political Islam and the political

 2  expression of what Steve Simon and Dan Benjamin refer

 3  to as sacred terror which is to say extremism and

 4  terrorism in the name of a religion as is -- as is

 5  played out in the Middle East and in other areas where

 6  Muslims live.

 7       Q    And when -- you use again extremism and

 8  terrorism.  We had a brief conversation about this

 9  earlier today.  When you use those two terms, are you

10  using those interchangeably?

11       A    Not exactly.  They can be close.  It really

12  depends on context in the situation.  Extremist

13  language can lead to terrorist activity.  It can lead

14  to indoctrination when you refer to people of other

15  faiths as monkeys and pigs, for example.  That's part

16  of a conditioning of a climate of hatred and I have

17  referred to that in other reports I've written and

18  other elements of this matter in connection with the

19  charities.

20            And I have looked at extensive materials

21  involving one of the charities that you have mentioned

22  which includes literature that is very disturbing in

23  terms of its extremism in priming somebody who would

24  then potentially engage in conflict on behalf of his

25  religion on an understanding that they were opposing --



1  that there was a central conflict between Christianity

2  and the west and the Middle East, in particular the

3  historically Arab territories, but anywhere Muslims

4  lived.

5           And that of course in turn mutated into

6  what Al-Qaeda was pushing and bin Laden was pushing

7  which was holy war against the west and against the

8  United States as it played out in the terrorist

9  incidents I mentioned earlier in this deposition.

10     Q     And when you are speaking about

11  extremists -- I mean, in your report, you discuss this

12  evolution and time when there was a shift, right,

13  from -- in Al-Qaeda when Al-Qaeda turned.  And can

14  you -- can you tell us when you think that shift

15  occurred because as you acknowledge in your report, the

16  United States was -- was supporting the mujahideen,

17  right?  So what -- how do you -- how do you assess that

18  timeline?

19     A     Yeah.

20           MR. CARTER:  Objection to form.

21           THE WITNESS:  I'll do the best I can

22  because it's quote a complex issue and any effort to

23  reduce it into a bite size lecture is going to miss

24  some of the elements of it, but I'll try and do the

25  best I can.



1          In 1979, there was a rebellion, a

2    fundamentalist rebellion at the Grand Mosque in Saudi

3    Arabia.  What I heard when I was a Congressional

4    staffer is that French commandos were brought in to

5    electrocute in the cellars, in the basements, in the

6    tunnels I should say of the Grand Mosque the people who

7    were attacking the Saudi royal family.

8          In the wake of that, the Saudi royal family

9    moved to a policy of trying to support Islamists,

10   Wahhabi, Salafi, violent Jihad initially in particular

11   in Afghanistan.  And it was called the Afghan

12   resistance move.  It was called the Afghan Jihad

13   movement.  The people who came into -- through that

14   movement were often referred to as foreign fighters

15   because they weren't from Afghanistan.

16         And from 1980 or so to 1989 in its first

17   form and then there's a secondary form from '89 to '92,

18   the goal was to get the Soviet Union out of Afghanistan

19   and there were areas in which the United States was

20   aligned with.  I only got -- began to focus on it in

21   1985 when I came to work for Senator Kerry as counsel

22   in the Senate Foreign Relations Committee and was

23   really exposed to the policy discussions in Washington

24   about it.

25         And it never made any sense to me to be



```
 1   giving fanatics military support.  I was very concerned
 2   about the risks of that as a personal and professional
 3   matter from my early days on the senate -- as a senate
 4   staffer in the 1980s.
 5            In any case, that war more or less ended
 6   with the removal of the Soviet Union forces in '89, but
 7   it continued until about 1992 with a civil war which
 8   ended and ultimately by 1996, the Taliban took over,
 9   the most extreme form of Saudi -- I misspoke -- of
10   Islamic puritanical seventh century anti-female,
11   anti-western standards wound up emerging in the end
12   victorious by 1996.
13            What happened after Afghanistan is what I
14   call the ABC conflicts.  I call them that because it's
15   a convenient way of remembering where they were which
16   is the same idea that was applied to Afghanistan was
17   then applied to Bosnia with massive amounts of money
18   being given to Izetbegovic and under his control and
19   Chechnya which was not really an Arab Muslim movement
20   initially or a puritanical movement, but it got
21   inmeshed with the idea of Islamic resistance or holy
22   war.
23            And that also was playing out at the same
24   time in Kashmir.  It was playing out in a completely
25   different context of Israel, Palestine.  There it was
```



1  playing out in -- it played out in Kosovo which I

2  referred to a little while ago.  And it kept moving

3  further into the west over the course of the 1960s.

4          And you saw that -- I misspoke with that.

5  1990s.  And you see that playing out in the series of

6  terrorist attacks against the United States and the

7  west of which the most dramatic examples were the first

8  World Trade Center attack which was Egyptian

9  fundamentally and then the terrorist attack in

10  Mogadishu and then the Bojinka plot in the Philippines

11  and then the attack on the U.S. embassies.

12          I was at the State Department by then and

13  that was -- by then it was -- that was very, very clear

14  of a -- at its core bin Laden originated attack with

15  the help from a whole lot of other people including

16  al-Heramain in Kenya against two U.S. embassies.  And

17  the secretary of state was completely distraught.  I

18  was at the State Department in a senior staff meeting

19  with her right after those attacks and I had never seen

20  her upset at that kind of a level.

21  BY MS. ERB:

22      Q     Was al-Heramain Kenya designated at that

23  time?  I don't think so.

24      A     It was kicked out, shut down by the Kenyans

25  and kicked out and then it sued -- it sued to come



1   back.  And so it was able to engage in law fare to

2   bring itself back in, but at that point, we weren't

3   designating charities.

4           The whole sanctions thing took a long time

5   to evolve.  Back in the 1990s, for example, I was

6   pushing to have major criminal organizations included

7   as candidates for sanctioning and this did not happen.

8   It happened a decade later or more.  It happened

9   actually in the first Obama term.  So even more than

10  that.

11          And the reason it didn't happen is we're

12  still digesting and trying to manage the designation of

13  terrorist groups and those who are supporting

14  terrorists.  We don't have the ability, time, appetite,

15  capacity yet to get to serious transnational organized

16  crime even though we're a member of the -- even though

17  we're negotiating convention on that and that's a

18  priority.  So it's like one step at a time.  There's

19  only so much capacity the U.S. government had in the

20  designation process.

21      Q      Would you consider contributions or

22  donations made to resistance fighters in Afghanistan to

23  be of a different quality than contributions or dona --

24  for -- excuse me -- contributions to charities

25  supporting resistance fighters or other support for



1  those resistance fighters to contributions directed at

2  terrorist activities?

3          MR. CARTER:  Objection to form.

4          THE WITNESS:  Possibly.  I think you have

5  to look at the timing of the contributions, what was

6  going on at the Soviet's left or not, for example, what

7  was the timing.  What's happening in the 1980s is

8  different from what's happening in the 1990s.  That's

9  why I just went through that lengthy discussion of

10  timetables because I think you have to respect the

11  different periods of time as to what's going on.

12          But certainly what happened in Afghanistan

13  was very, very bad and that you had the emergence of

14  further -- ever more intolerant regimes in Afghanistan.

15  It was the result of the proliferation of a world view

16  that was basically consistent with Wahhabi, very

17  puritanical Wahhabi and Salafist views that you apply

18  seventh century doctrine which is set forth in the

19  Koran.

20          It would be like applying to me -- and I'm

21  not a -- I concede that I'm not a doctrinal expert in

22  any of the world's religions.  But when I read the old

23  testament, there are all these particular commandments.

24  It's not ten.  It's many more than ten, dozens upon

25  dozens.  I wouldn't want to live in a society that was



1  governed by them personally and our country isn't based

2  on that.

3              So when you get very puritanical notions

4  based on original text, if you're a regionalist or

5  textualist on any religion, you wind up with very

6  puritanical regimes in place which can be quite

7  problematic to the extent that they view everyone who

8  doesn't adhere to them as a heretic, as an unbeliever,

9  as a monkey or something worse because of the doctrinal

10 difference.

11             And in connection with my work in Libya,

12 and I can find my report to 2001, but my work in Libya

13 when the Islamic state was in Libya and we had to get

14 rid of the Islamic state in Libya, the doctrines that

15 they were espousing the Islamic state were very, very

16 similar.  It had very similar implications to what bin

17 Laden was doing earlier which I see as outgross from

18 this idea of sacred terror of political Jihad.

19 BY MS. ERB:

20    Q      And when you refer to Salafis or Wahhabis,

21 are you putting all strains of those different beliefs

22 in one or do you recognize different strains in

23 Wahhabism and different strains in Salafism?

24    A      Well, the saying is that all Wahhabis are

25 Salafis, but not all Salafis are Wahhabis is the dictum



 1    that I've heard and read over the years.  And for any

 2    religion, you're going to have competing points of view

 3    as to what's right.  How many Protestant sects are

 4    there?  How many varieties even of Orthodox Catholicism

 5    are there?  There are different Orthodox churches.

 6              So they're not all the same, but they can

 7    come together and influence one another for good or for

 8    bad.  And the Manichean black and white Muslims are a

 9    threat from the west and threaten Christianity and you

10    have to adhere to seventh century Islamic values that

11    was being promulgated out of Saudi Arabia in the

12    nineties was very troublesome to U.S. policymakers.

13              And we were deeply concerned about its

14    impact.  And it was a problem and it played out in the

15    activities of the charities as well as the activities

16    of Al-Qaeda.  And it's one of the reasons I believe

17    they intermingled.

18         Q      Have you heard of the quietist strain of

19    Salafism?

20         A      Yes.

21         Q      What can you tell me about your knowledge

22    of their belief system?

23         A      It's -- it's somewhat limited.  I am not --

24         Q      It's what?

25         A      It is -- my knowledge is somewhat limited.



1    I have not written on the topic.  So I try to confine

2    myself largely to things I've studied and written about

3    at length, but generally speaking, it's a kind of

4    ascetic withdrawal from political life and acceptance,

5    kind of a mystical acceptance of things.  And I would

6    call it a passive -- doing passive good or quietly

7    doing rather than being actively involved in political

8    events is how I would characterize quietism and my

9    understanding of it, but I'm not a scholar of quietism.

10        Q      And I want to shift gears now to -- back to

11   this concept of designation and how that concept has

12   evolved.  And you -- you agree that Al-Rajhi Bank was

13   never designated by the United States and has still

14   never been designated to this day?

15        A      Absolutely correct.

16        Q      And the United Nations hasn't designated

17   Al-Rajhi Bank to this day?

18        A      You're correct.  I agree with that.

19        Q      And in your report, you mention -- you cite

20   the 2004 joint assessment of Saudi Arabian support to

21   terrorism.  Do you recall that document?

22        A      Yes.

23        Q      So if you want to look in your report, it's

24   at paragraph 7.2.14.

25        A      What page, please?  Page 89?



1        Q        Page 89, correct.  And this is where you

2   reference this 2004 joint assessment.  Do you see that?

3        A        Yes.

4             MS. ERB:  If we can pull up and mark as an

5   exhibit tab 16.

6             (Winer Exhibit JW12 was marked for purposes

7   of identification.)

8   BY MS. ERB:

9        Q        And if we can turn to page 20, and I

10  believe it should be page 20 of the PDF as well, but

11  let me know if -- yeah.  And if we can look at the

12  paragraph --

13             MR. CARTER:  Is there a way he -- you can

14  give him access to the documents so he can scroll?  If

15  you're in Zoom link, you can open the chat.  In the

16  chat, you can download.  You just click on it and

17  just --

18             THE WITNESS:  I don't see this paragraph

19  referenced on this page.

20  BY MS. ERB:

21       Q        So we are -- I'm pointing you to the

22  paragraph that begins, in 2002 the FBI formed.

23       A        Yes.

24       Q        Okay.  So the FBI formed the Saudi task

25  force to undertake a comprehensive review of all Saudi



1    related matters.

2          A       Um-hmm.

3          Q       And shortly after the Saudi task force

4    began its work, the FBI's Washington field office

5    established a Middle East Arabia peninsula squad

6    dedicated to the Saudi target.  The squad has since

7    initiated more than 100 investigations on individuals

8    and entities suspected of criminal intelligence related

9    and terrorism related activity.  You see that?

10         A       Yes.

11         Q       Are you aware -- were you familiar with the

12   investigations that this unit was or squad was

13   conducting relating to Saudi Arabia?

14         A       Only with -- I was not in government in

15   2002.  The administration had changed and I was not in

16   the Bush administration.  So I was aware of newspaper

17   reporting here and there on some of the work of Green

18   Quest which was prior to the restructuring of treasury

19   enforcement elements into homeland security and to the

20   establishment of this task force.  And so I had limited

21   windows into what the task force was doing other than

22   as the government issued public reports.

23         Q       Do you have any awareness as to whether the

24   task force may have investigated or looked into

25   Al-Rajhi Bank?



1        A        I'd have very little insight into that.

2    I'm aware of the representations made by Dennis Lormel

3    in his rebuttal reports regarding that.

4        Q        And regardless of your awareness of any

5    specific investigation, would you agree that the

6    attacks on 9/11 are among the most investigated events

7    in U.S. history from an investigation standpoint?

8        A        It's hard for me to evaluate that because

9    the FBI -- I mean, you could say as a matter of common

10   sense that that might be true, but do I know it?  I

11   don't know it which is to say I know what the work was

12   of the 9/11 commission because they published a report

13   outlining the work and how they went about their work

14   and so on.

15            What the FBI did and didn't do, I see only

16   in shards and snatches based on the particular

17   materials that have been published.  Probably one of

18   the best ones and it's very incomplete is the 2004

19   joint CIA/FBI assessment.

20       Q        And would you agree that even if you can't

21   say it's the most investigated, would you agree that it

22   was a widely investigated event in U.S. history?

23       A        In 2002, the United States devoted enormous

24   resources to try and understand what happened in 9/11

25   and to try to prevent another 9/11.  And there were



 1  additional terrorist attacks that were prevented.  The

 2  focus in that period of time as near as I could tell as

 3  an outsider who had some conversations with people who

 4  were in the White House after I left the government and

 5  some conversations with people at treasury, but not

 6  anyone at the FBI or Justice Department, to the best of

 7  my recollection, and not with anyone at the State

 8  Department to the best of my recollection.

 9          The focus was -- I may have had

10  conversations with State, but I did not with the FBI or

11  with Justice.  My best recollection and understanding

12  was that the focus was pretty much on preventing

13  another 9/11.  So you had the Shoe Bomber, for example.

14  You had -- what was his name?  Reid was one of them and

15  Pedia (ph) was another.  You had a couple of terrorist

16  attacks which were thwarted.  So there was enormous

17  attention being given looking forward what can we do to

18  shut this down to prevent it from happening again.

19          The work that was being done on

20  reconstructing what had already happened was important,

21  but I don't know if it was given as much attention, as

22  comprehensive attention.  I want to say I don't know.

23  I don't know as the work to prevent the next attack.

24  What I do know is that the United States focus on this

25  shifted in 2003 to the war on Iraq to some extent and



1  that had an impact on continuing U.S. efforts to combat

2  global terrorism in some respects.  So it's a

3  complicated picture, yeah, in practice.

4       Q       And just as a side note since you mentioned

5  the war on Iraq, you're aware that the intelligence

6  that underpinned that war was also intelligence that

7  proved to be not very reliable, wasn't it?

8       A       It was intelligence that was politicized.

9  It wasn't so much that the intelligence was unreliable.

10  It was that the intelligence was politicized which is a

11  different problem.

12       Q       So do you think there was evidence that

13  there were weapons of mass destruction in Iraq and has

14  that been corroborated?

15       A       I actually lectured at the CIA on this

16  issue.  I gave courses having to do with this issue.

17  And what happened there is that there was evidence in

18  that case and the evidence came from very reliable

19  sourcing in that particular case, but it was because

20  people were lying to Saddam Hussein about keeping

21  programs afloat because of a vortex of corruption in

22  Iraq.

23            So as near as I could tell based on my

24  outside assessment and the lecturing that I was

25  undertaking for the Kent School to train CIA analysts



1    in the OTS, the problem there wasn't that the

2    intelligence was wrong because the intelligence was

3    actually accurate.  It was that interpreting it in

4    context didn't consider the corruption factor.  And my

5    particular lectures were on the impact of corruption,

6    the impact of corruption in assessing intelligence.

7         Q      So to underscore the importance of

8    corroboration?

9         A      Having enough context and ensuring that

10   you're not politicizing information.  And the

11   difference between the Iraq case and this case is I

12   have no reason to believe having looked at all that

13   information that the Al-Rajhi Bank was politicized at

14   all.  If it was politicized, it was the other direction

15   because of the need to try and work with the Saudis on

16   the wide range of issues involving a wide range of

17   departments in this period of time to achieve current

18   and future U.S. security interests.  And I'm happy to

19   go into that issue at some length because it's quite

20   important.

21        Q      Well, I mean, the focus I'm -- I'm

22   addressing here is the lack of designation of Al-Rajhi

23   Bank following the dedication of enormous resources by

24   the United States, extensive investigations into 9/11

25   and still today Al-Rajhi has not been designated.



1    A      Yes, and for good reason.  But it's not

2   because there wasn't enough evidence to do it.  I've

3   been involved in designation processes and I have

4   pushed for the designation of people in certain cases

5   who in my opinion should have been designated and where

6   there was absolutely sufficient objective evidence well

7   beyond including evidence that they participated in

8   terrorist activity who are not designated for policy

9   reasons of various kinds, not one, but multiple

10  different kinds of policy reasons.

11          This is true in my most recent (inaudible)

12  as special envoy of Libya where I participated in the

13  designation process of people who had carried out

14  terrorist activity.  I cannot be more specific.  Please

15  let me complete the -- you made an assertion.  I'm

16  trying to respond to the assertion.

17          The timing of the ARB designation process

18  is utterly critical in understanding what happened.

19  The CIA report is the end of May 2003.  That's when it

20  comes out.  They didn't write it over two weeks.  That

21  would have taken time to go through the CIA system.  It

22  clearly is a tasking from somebody almost certainly at

23  the NSA, all government kind of tasking to provide

24  options of what to deal with the current problem, not

25  the past problem of ARB, but the perceived current



 1  problem of ARB because sanctions are not about the

 2  past.  Sanctions are about the present and the future.

 3              And when there is no longer a threat, the

 4  sanctions are removed.  They are there to deal with the

 5  current threat.  So in 2003, there's still perception

 6  there's a current threat and what happens in 2003?  In

 7  May 2003, there's the Riyadh terrorist bombing and this

 8  joint assessment among other documents says Saudi's

 9  cooperation which has not been previously characterized

10  as particularly good.  It's characterized as

11  oppositional, problematic is not the exact words, but

12  the gist of it is noncooperative.  And there's some FBI

13  statements completely noncooperative.

14              The decision was made based on my reading

15  of all the evidence we're going to try and see how much

16  cooperation we can get to address to this particular

17  problem.  And so they go to the Saudis, Juan Zarate who

18  I've known since -- since the beginning of the Bush

19  administration.  And he writes about this in

20  treasury -- treasury wars.  He knows what I'm talking

21  about.  He was there and he's written about it very

22  clearly.

23              He goes to the Saudis and the Wiki --

24  WikiLeaks cables which read like U.S. government cables

25  which I believe to be genuine based on my reading and



 1    my other knowledge, described exactly what the U.S.

 2    government is trying to do which is to go in depth a

 3    bank examination with the Saudi government to the ARB.

 4    So instead of sanctioning, they want to get more

 5    information and address the current threat through a

 6    different tool.  And that's what they're trying to do.

 7    They're trying to address the threat through a

 8    different tool.

 9              Now, if they use the tool of sanctions

10    against a country where there's a strategic

11    relationship that's important where there are military

12    bases, where there are a variety of other things going

13    on too big to fail, this is a huge bank, the collateral

14    damage to consumers, to depositors, to people who they

15    have loans to, to the correspondent banking system --

16    remember when I talked earlier about systemic risk to

17    the banking system internationally.

18              You close a bank like Al-Rajhi Bank down

19    like that with sanctions, you're affecting its

20    correspondent relations everywhere.  You're creating

21    pools of money at banks all over the world related to

22    their correspondent accounts.  You're affecting the

23    commercial activities of Saudi Arabia.  That's going be

24    viewed by Saudi Arabia as an extremely hostile act.

25              And if you look at the history of U.S.



1  sanctions against banks, it's done late and it's done

2  frequently.  Who does the U.S. government sanction in

3  terms of when it sanctions banks, Iran where there's

4  essentially no commercial activity.  It sanctions Iran

5  banks and this is later.  It sanctions the Syrian

6  banks.  It sanctions the North Korean Bank.

7              And it's very controversial in the U.S.

8  government just talking to people at the time and the

9  Treasury Department is they were doing it by how

10  controversial it was.  North Korean Bank controversial

11  because of the interrelatedness of the banking system

12  and the collateral dam -- and the collateral risks.  So

13  that's on the banking side.  That's on the defense

14  side.

15              Now, for the State Department which has got

16  all these diplomatic things going on with the Saudis,

17  also quite problematic.  So you have lots of

18  institutional equities that says particularly after the

19  Riyadh attacks when this is being considered let's take

20  a different path.  And that's what I believe they did

21  and that's why I believe it.  That's the context.  The

22  timing is very important.

23              And the Saudis changed and they wind up

24  saying al-Heramain shot them down everywhere.

25  Notoriously tied to bin Laden and Al-Qaeda whereas when



1    I was in the government, they were saying al-Heramain,

2    not a problem.

3         Q      So to be clear and going back to where we

4    started, the transactions that you reviewed with

5    Al-Rajhi Bank at the time were with persons, charities,

6    individuals that were not designated or identified by

7    the United States or the United Nations as --

8         A      Yes.  I said --

9         Q      -- as targets?

10        A      Yes.  I said list based versus risk based

11   and anti-money laundering policies and programs are

12   supposed to be risk based, not list based.

13        Q      Your testimony now is that Al-Rajhi Bank --

14   you agree Al-Rajhi Bank was not designated, correct?

15        A      Yes.

16        Q      And if I understand your testimony, it's

17   that the United States would maybe -- you don't seem to

18   know this, but maybe would not designate Al-Rajhi Bank

19   even if it had aims against the United States because

20   of political equities?

21        A      That's not what I said.  What I said was

22   that sanctions are undertaken to address a current

23   threat and they're one of the tools that can be used

24   against a current threat because it's to protect the

25   national security of the United States and that after



1  the Riyadh attacks, the attitude from the Saudi

2  government changed a lot as reported among other things

3  in the terrorist -- in the joint assessment.  And as a

4  result of that, there was an effort instead to work

5  with the Saudi government.

6            And what the -- what that effort produced

7  as far as I'm concerned based on what I've seen is a

8  very changed approach which the Saudi government pulls

9  back on the charities, has them stop making the

10  contributions overseas without supervision.  And you

11  see -- you don't see Al-Rajhi being used for terrorist

12  finance post 2004.

13            Maybe it's possible they were because I've

14  had limited insight into it because the discovery

15  period is 1998 to 2002.  So I can't be sure what

16  happened in 2004 other than the official reports that

17  I've read given the limitations of the discovery

18  period.

19       Q     And just to be clear, no individual member

20  of the Al-Rajhi family has been designated by the

21  United States or the United Nations?

22       A     That's correct.

23            MR. CARTER:  Can we -- I have to run to the

24  rest room.  Can we can take a break?

25            MS. ERB:  Yeah, we can take a break.  Ten



```
 1    minutes?

 2              MR. CARTER:  Yeah.  Five, ten minutes,

 3    yeah.

 4              THE VIDEOGRAPHER:  Off the record at 2:40.

 5              (Deposition recessed at 2:40 p.m.)

 6              (Deposition resumed at 2:53 p.m.)

 7              THE VIDEOGRAPHER:  We're back on the record

 8    at 2:53.

 9              MS. ERB:  If we could pull up, please, tab

10    100 and mark that as Exhibit 13, JW13.

11              (Winer Exhibit JW13 was marked for purposes

12    of identification.)

13              MS. ERB:  Let's pull this one down because

14    this is not the correct document.  Rather than go off

15    the record, Sean, I'll just shift gears and we'll come

16    back to this.

17              MR. CARTER:  Sure.

18    BY MS. ERB:

19         Q    Mr. Winer, in your report in a few

20    occasions, you state that there are redactions in the

21    documents produced by the bank that made it difficult

22    in certain circumstances for you to analyze the

23    information in those documents.  Do you recall --

24         A    Yes.

25         Q    -- making those comments?
```



1      A      Yes.

2      Q      And you submitted your report on

3   October 4th, 2023, correct?

4      A      Yes.

5      Q      Are you aware that Al-Rajhi Bank provided

6   fully unredacted versions of the bank's document

7   productions on August 11th, 2023?

8      A      I'm not aware of what the date was.  I knew

9   it was close to -- relatively close to as within a

10   couple of months of my report.  So it does not -- your

11   date does not surprise me, but I don't have

12   confirmation of that.  I don't know the date.

13      Q      And do you recall receiving unredacted

14   translations of the documents that Al-Rajhi Bank

15   produced before you finalized your report?

16      A      No.

17      Q      And without disclosing any privileged or

18   confidential information as between your discussions

19   with counsel, do you recall ever asking for copies of

20   unredacted documents that you were having trouble

21   reviewing?

22      A      I can't address that issue in the way you

23   formulated the question because if I had any such

24   discussions, it would have been I believe in a

25   privileged setting.  So I have to leave it at that, I



1  think.

2      Q      Could you in the time that you had to

3  prepare your report between August 11th and

4  October 4th, could you have asked for pages or

5  documents that you were having difficulty reviewing

6  because of redactions?

7      A      I did not know enough and do not know

8  enough about the discovery process in this case to know

9  when the judges made decisions on discovery in

10  relationship to such things as redacted documents.  For

11  the most part, I had very little knowledge about the

12  processes between the parties relating to that.

13          I did become aware in -- very few days

14  before finalizing my report that the bank very late

15  consistent with the deadline, but I would characterize

16  it as very late produced unredacted versions of some

17  documents.  I have no idea which ones.  I don't know

18  and I don't have those.

19          MS. ERB:  Are we okay with tab 100 now?

20          PATRICK:  Yes.  It's going to be tab 100

21  underscore 1999.

22          BAILY:  I'm looking to make sure I had that

23  document.  I didn't see it in my list currently.

24          PATRICK:  I'm looking in the folder right

25  now and it's in there.



 1              BAILY:  Give me one moment to check for it.

 2    One moment, counsel.  I'll put that up on the screen.

 3              MS. ERB:  Okay.  So if we can scroll to I

 4    believe the second page of the PDF to the translation.

 5    BY MS. ERB:

 6        Q      This is -- in our prior conversation, sir,

 7    you mentioned a charitable contribution to al-Heramain

 8    relating to Kosovo.

 9              Do you recall discussing that a moment ago?

10        A      Yes.

11              MS. ERB:  Okay.  If we could make this

12    bigger because it's pretty far away from me.

13              MR. CARTER:  I'm just going to lodge an

14    objection related to a point we raised yesterday that

15    the translation of this document includes an

16    inaccuracy.

17              MS. ERB:  And I was going to correct that,

18    so that's fine.

19              MR. CARTER:  Thanks.

20              MS. ERB:  Can we make this bigger?  I'm

21    sorry.  I'm quite far from the monitor.

22    BY MS. ERB:

23        Q      Okay.  So to Sean's point, my understanding

24    is that there's a translation error on this document

25    and that the sum reflected is not 18,500 riyals, but



 1  rather than 187,000 riyals which is about 50,000 U.S.

 2  dollars.  So, sir, this is a document from the Saudi

 3  based charity foundation of Sulaiman Al-Rajhi; is it

 4  not?

 5       A     I don't -- can't tell from the document as

 6  to whether it's in the foundation.  It has Al-Rajhi

 7  Banking and Investment Corporation's name at the

 8  bottom.

 9       Q     That's a copy of the check actually.

10       A     It says that it's from Abdullah -- Abdul --

11  Abdullah Al-Rajhi.

12             MR. CARTER:  I don't think the whole

13  document is visible right now.

14             MS. ERB:  Can we scroll down?

15             THE WITNESS:  And it's to the director of

16  al-Heramain.

17  BY MS. ERB:

18       Q     So the reference to Al-Rajhi Banking and

19  Investment Corp at the bottom there is a photocopy of a

20  check for the first PDF -- page 1 of the PDF -- excuse

21  me -- that may be more visible.

22       A     I would like to actually stay with this for

23  a moment if we could.

24       Q     Oh, sorry.  Okay.

25       A     Because at the very bottom which was not



1   visible before, it's signed Sheikh Sulaiman Abdulaziz

2   Al-Rajhi.  So it appears to be a check written by him

3   to al-Heramain's char -- to the al-Heramain Charitable

4   Foundation.  Again, there are two different -- as you

5   just specified, there are two different amounts on the

6   check between the check and the amount on top.

7        Q     And --

8        A     I can't say on the basis of the document

9   that's in front of me that it was from the SAAR

10  Foundation.  It shows that it's from SAAR.

11       Q     Okay.  SAAR as in signed by the individual?

12       A     Sheikh Sulaiman Abdulaziz Al-Rajhi.

13       Q     Let's go to the original on page 1 of the

14  PDF for a moment if we can, please.  So this -- and I

15  recognize you don't read Arabic.  I'm not asking you to

16  here, but looking at this document, do you see that the

17  bottom part of this document is a copy of a check?

18       A     Yes.

19       Q     Do you agree?

20       A     Yes.

21             MS. ERB:  And if we can go back now to the

22  English translation on page 2 of the PDF for the

23  technician.

24  BY MS. ERB:

25       Q     And in -- this is a letter that is



1   referencing another letter.  Do you see that where it

2   says with reference to your kind letter?

3        A     Yes.

4        Q     And in this letter, it also references a

5   phone call and following the phone call with your

6   eminence.  Do you see that?

7        A     Yes.

8        Q     And the date of this letter is in 1999.  I

9   believe that may be April 5th, 1999.  It's on the lower

10  left side of the translation.  Do you see that?

11       A     There -- there are two different dates that

12  are listed, one of which is 4/6 or 6/4 and one is 5/4

13  which I would read to be the check being April 5th,

14  1999, and the letter being April 6th, 1999.

15       Q     I stand corrected.  You're right.  The date

16  at the top of the letter is April 6.  The date of the

17  check is April 5, but the year is 1999, correct?

18       A     That's my understanding, yes.

19       Q     And this is a letter to Aqeel, correct,

20  Al-Aqeel?

21       A     Yes.

22       Q     The top of the letter and it's being sent

23  to him in his capacity as director of the al-Heramain

24  Charitable Foundation, correct?

25       A     Yes.



1    Q        And in 1999, Aqeel was not designated by

2    the United States or the United Nations, correct?

3    A        Correct.

4    Q        And the al-Heramain Charitable Foundation

5    was not designated by the United States or the United

6    Nations, correct?

7    A        That's correct.

8    Q        And when you look at this letter and it's

9    referencing a letter from Aqeel followed by a phone

10   call, do you know whether in that letter or -- and the

11   phone call that followed there were not discussions of

12   the purpose or use of this account for charitable

13   contributions, charitable purposes?

14   A        I have no information on that from this

15   document.

16   Q        So let's look at the letter where it's

17   relating to the paragraph beginning with reference

18   following the phone call with you, I am pleased to

19   attach a check in support of the relief program or

20   Muslims in Kosovo.

21   A        Yes.

22   Q        And he's suggesting in this letter that

23   they open an office in Macedonia and that we would

24   greatly appreciate it if you would provide us with a

25   copy of the report that you received so that we would



 1   be kept abreast of the situation of the Kosovo

 2   refugees.

 3        A     Yes.

 4        Q     Is there anything in this letter on the

 5   face of this letter that suggests that this

 6   contribution was intended for terrorist purposes?

 7        A     No.

 8        Q     Thank you.

 9              Mr. Winer, coming back to the quality of

10   intelligence and reporting.  Am I correct that you've

11   been a proponent or endorser, if you will, of the

12   Steele dossier?

13        A     I think that's a simplification and I think

14   that's a simplification.  I wouldn't characterize it

15   that way, no.

16        Q     How would you characterize it, sir?

17        A     Sure.  I came to work with Chris Steele in

18   the private sector after I left the State Department,

19   some years after I left the State Department before I

20   reentered the State Department.  When I reentered the

21   State Department, soon after I reentered the State

22   Department in 2013, Mr. Steele said that he was

23   collecting information on Russia and Ukraine.  Would

24   the State Department be interested?

25              I said this is not my current lane.  I'm



1   interested in Russia in connection with Russia's

2   activities in Iraq and Libya, but not other than that

3   particularly.  But I'm happy to share it with Victoria

4   Nuland who was the assistant secretary of state for

5   European affairs and see if she's interested in

6   receiving the material or not.  I gave her three

7   reports that he provided and she said this is very --

8   this is useful, highly useful information.  I am

9   interested in receiving these reports.

10              Over the next couple of years, I provided

11  somewhere between a hundred and 120 reports.  I don't

12  remember the exact number, but it was more than a

13  hundred to her from him.  On at least two occasions

14  after the initial request that I do this, I said do you

15  still want me to do these.  I had a lot of other things

16  to do.  It was -- required extra time from me to act as

17  the intermediary here and she said, yes, please

18  continue it.

19              So I provided those reports to her which

20  she said were valuable and helpful to her and which she

21  shared with others in the department and occasionally

22  told me to share with others working for her.  And she

23  said she found them again useful and largely correct is

24  my memory of it.

25              In September of 2016, he came to me with a



1   report which for the first time related to domestic --

2   a domestic political person.  In this case, Donald

3   Trump and his campaign and said that he had this

4   troubling information about Russian efforts to

5   influence the U.S. elections and did I want to give it

6   to the State Department or provide the information.  I

7   did not get -- retain a copy of the dossier.  I was

8   shown the dossier as -- in its state as it was in

9   September.

10          I informed Victoria Nuland about the

11  existence of this document and I said do you want to

12  receive the document or not.  She said get me the

13  information.  I gave her a two-page distillation of

14  core elements of it and she told me and I agreed with

15  her that it was important that the information be

16  provided to the FBI, that we were in no position to

17  assess it, that the FBI should assess it and she would

18  arrange for that.  It was my understanding that she

19  then arranged for that and the information was

20  communicated directly to the FBI.

21      Q     Did you ever take a view on the credibility

22  of the Steele report and the intelligence?

23      A     In part only and in part not.  The view

24  that I took was that I had been told by the most

25  knowledgeable person in the Department of State, a



1  person who read information on Russian intelligence on

2  a daily basis that the reports were -- that I provided

3  to her from him over the previous couple of years which

4  had nothing to do with the American politics had been

5  very -- had been highly useful to her.

6            And when I had asked her a couple of times

7  if she wanted me to continue or to stop, she had

8  encouraged me to continue them.  I also asked her if

9  she wanted me to provide her the substance of what was

10  in the Steele dossier in the short version I had to

11  assist her in evaluating it and she said what she said

12  to the FBI.

13            My assessment as I wrote in the Washington

14  Post is that I had no basis for discounting it.  Some

15  of the information in it was information which was

16  consistent with what I'd seen elsewhere and other

17  information I was in no position to evaluate but needed

18  to be evaluated.  And that was essentially what I said

19  about the Steele dossier.

20       Q     Did you ever make any attempt to the

21  corroborate any points in the Steele dossier before --

22       A     Only the ones --

23       Q     -- going public with it?

24       A     I didn't go public with it.

25       Q     Well, going public with your views on it in



 1   the Washington Post.

 2        A     I was -- I was being pushed by an effort by

 3   a series of attacks on me by people associated with

 4   then President Trump and I was about to be -- I was

 5   told that I was going to be subpoenaed by the house

 6   intelligence committee, Devin Nunes who later went to

 7   work for Trump Social, I think, Mr. Trump's social

 8   media company.

 9             And so I was intimately involved with the

10   president and his -- the then president and his inner

11   circle and that they were going after me.  I was told

12   essentially I was going to be lit up, gone after, et

13   cetera, et cetera.  So I made the decision on my own to

14   publish an op-ed saying Devin Nunes is going after me.

15   Here's what happened.  And I reported -- wrote in the

16   Washington Post the opinion piece which they put the

17   title on Devin Nunes is investigating me here at the

18   truth which I described what happened and said it

19   needed to be reviewed carefully.

20        Q     And did you -- let's be clear.  There

21   are -- there are assertions in the Steele dossier that

22   are quite solacious in their content, right?  And did

23   you find that Christopher Steele was somebody you could

24   trust, rely on as a source of intelligence?

25             MR. CARTER:  Objection.



1         THE WITNESS:  I have used him as an

2    attorney on behalf of a variety of clients between 2017

3    and 2022 in which information provided ahead of events

4    was borne out by events.  I can't tell you who the

5    clients are, but I am happy to provide you an example.

6         In the summer of 2021, he provided me

7    information that various oligarchs were moving their

8    assets out of Cyprus where they've been headquartered

9    into Kaliningrad which is a free zone that's opaque.

10   It's completely opaque.  They don't disclose beneficial

11   ownership at all.

12        And the assessment associated with the

13   intelligence, that was the raw intelligence and the

14   facts which are proven by business records to be

15   accurate based on business records, the assessment is

16   it looks to me like they've all gotten the word get out

17   of the west in essence.  That wasn't in the formal

18   intelligence report.  That was a conversation about it

19   rather than something in the actual report.

20        Of course what happened over the fall of

21   late 2021 is the Ukraine situation intensified and the

22   invasion took place a few months later consistent with

23   the information that had been provided to me earlier.

24   The information that I had -- I have received from him

25   on behalf of clients over the years has generally



1  speaking been very good and has been reliably good, but

2  it's raw intelligence.  It's -- it has its limits which

3  is why in some cases I have asked for and gotten

4  business -- business records in addition as I would

5  hope that any government agency working with material

6  from an outside source would then try to do to go

7  further with it.

8              In the case of the Steele dossier, the

9  essence of my op-ed, the opinion piece, the absolute

10  essence was this needed to be looked at.  You can't be

11  someone who receives information about a foreign

12  government's efforts to interfere with U.S. elections

13  and do nothing.  That would be reckless, irresponsible

14  and wrong.

15  BY MS. ERB:

16      Q       And today you're aware that the

17  intelligence in this Steele dossier has been questioned

18  and criticized?

19      A       Of course it's been questioned and

20  criticized.  It was very threatening to and damaging to

21  Donald Trump.  Donald Trump, people in his party

22  associated with him, the MAGA wing of the Republican

23  party, right wing media that is not reliable at all

24  have all taken the same view as did John Durham in

25  going after various people associated with Mr. Steele



1    and those prosecutions of course failed.

2              So sure it got politicized and it got

3    heavily politicized because of its partisan nature, but

4    my role was to fulfill an obligation to make sure that

5    that information got properly evaluated.

6         Q      And today do you have a view on the

7    reliability of the information or data points contained

8    in the Steele dossier?

9         A      Only a partial view.

10        Q      What is that partial view?

11        A      Elements of it have been corroborated.

12   Elements -- other elements have not been corroborated.

13   In a couple of cases that I'm aware of, one that I can

14   think of in particular, there's an error and the error

15   goes to he -- one of his sources referred to a

16   consulate, Russian consulate being in Miami, Florida.

17   It wasn't in Miami, Florida.  It was in St. Petersburg,

18   Florida, not Miami.

19              And the consulate, honorary consulate for

20   St. Petersburg had a relationship with the city of St.

21   Petersburg at the time that Putin was in St. Petersburg

22   and there were old Putin ties between the honorary

23   consul and the city of St. Petersburg and Putin.  So

24   that was what was in back of that.

25              I know that that is -- and that's the kind



1   of mistake that one will see in an intelligence report.

2   It's not a fundamental error, but it's there.  There

3   was another one, the second one I can think of which is

4   that there was a report of a meeting that one of the

5   sources had between Carter Paige and Igor Sechin who

6   was a -- at various times been a highly ranked Russian

7   official or a highly ranked Russian oligarch of state

8   enterprises and it wasn't with Sechin.  It was with a

9   deputy of Sechin.  And that may have been puffing on

10  Carter Paige's part.  I don't know the basis.

11           But when I was interviewed by the senate

12  intelligence committee on these issues, I told them I

13  did not know the sources and was in no position to try

14  and find the sources.  In the period of time I was in

15  the government, my work at that time was of tremendous

16  intensity on Libya.  I was trying to keep the Libya

17  peace process from falling apart in getting the Libyan

18  factions together to promote a unified security force

19  and to get a unified economic bank and oil activity.

20  And almost all of my time in work was spent on that.  I

21  didn't have time for much else.

22      Q     And the Steele dossier contains very

23  graphic and solacious allegations about Donald Trump's

24  activities with prostitutes in Moscow.  Do you know

25  whether such extraordinary allegations were ever



1    corroborated and did you ever make any attempt to

2    corroborate those types of stories before taking the

3    positions you've taken with respect to the Steele

4    report -- excuse me -- the Steele dossier?

5            MR. CARTER:  Objection.

6            THE WITNESS:  The position that I took was

7    that it needed to be investigated by agencies in the

8    position to investigate it.  That was the position that

9    I took.  And then I was not aware of proofs of major

10   errors.  I know that Jane Mayer and the New Yorker

11   wrote an article which described a similar incident,

12   not identical, but similar in a Las Vegas hotel that

13   took place involving the people -- some of the same

14   people who were involved in the hotel that Trump was

15   said to be at in connection with the solacious

16   activities in Moscow.

17          The same cast of characters in Vegas and

18   that that Vegas hotel club was shut down for having

19   allowed sexually improper activities of the kind

20   described in the dossier to take place.  And in the

21   Jane Mayer story -- and I know Jane quite well.  I went

22   to school with her.  So I've known her for almost half

23   a century.

24          I was the stringer for Time in 1980 -- '75

25   and she was the stringer in '76.  So we go way back.



1    She's an extremely careful reporter.  And so she

2    reported that there was a predecessor incident in Las

3    Vegas.  Is that dispositive, no.  Is it an interesting

4    data point, it's an interesting data point.  It's not

5    one I came up with or knew or was in a position to

6    investigate.

7    BY MS. ERB:

8        Q      Thank you.

9            I have one point I wanted to just confirm

10   was a typo in your report and we're switching gears

11   entirely here.  If we can go to section 8.84 which is

12   on page 109.

13           MS. ERB:  And if we can bring up tab 78 and

14   mark it as Exhibit JW14.

15           (Winer Exhibit JW14 was marked for purposes

16   of identification.)

17   BY MS. ERB:

18       Q      So in 8.8.4.1 on page 109, you are quoting

19   errata from the deposition of Mr. Galloway who was

20   deposed by plaintiffs in this case.  And the part of

21   the quote I'm focusing on is the second sentence

22   beginning the requirement that charity accounts at

23   banks in Saudi Arabia be used to support charitable

24   activities was not in effect before May 23rd, 2003.  If

25   we can look at the actual errata.



1    A    Um-hmm.  It should be corrected to whatever
2  the actual errata says of course.

3    Q    Okay.  So --

4    A    I don't -- I don't have that in front of
5  me.

6    Q    Okay.  That's fine if we agree that it can
7  be corrected --

8    A    It absolutely should be corrected to
9  whatever the actual statement says of course.

10          MS. ERB:  Okay.  So what I'd like to do if
11  it's okay is we can take a break.  I want to -- I think
12  we're getting close.  I may have a few last questions.
13  So if we can take ten minutes, please.  We can go off
14  the record.

15          MR. CARTER:  Sure.

16          THE VIDEOGRAPHER:  Off the record at 3:23.

17          (Deposition recessed at 3:23 p.m.)

18          (Deposition resumed at 3:35 p.m.)

19          THE VIDEOGRAPHER:  Back on the record at
20  3:35.

21          MS. ERB:  Mr. Winer, thank you very much
22  for your time today.  We have no more questions.

23          MR. CARTER:  And I have no questions today.
24  And with that, we will close the deposition.  The
25  witness reserves the right to read and sign.



1              THE VIDEOGRAPHER:  We're off the record at

2    3:35.

3              (Deposition was concluded at 3:35 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1
 2                    CERTIFICATE OF DEPONENT
 3            I hereby certify that I have read and
 4   examined the foregoing transcript, and the same is a
 5   true and accurate record of the testimony given by me.
 6
 7            Any additions or corrections that I feel
 8   are necessary will be made on the Errata Sheet.
 9
10
11            _____
12                    Jonathan M. Winer
13
14
15            _____
16                    Date
17
18   (If needed, make additional copies of the Errata Sheet
19   on the next page or use a blank piece of paper.)
20
21
22
23
24
25
```



1    ERRATA SHEET

2    Case:  In Re:  Terrorist Attacks on September 11, 2001

3    Witness:  Jonathan M. Winer          Date:  01/12/2024

4    PAGE/LINE          SHOULD READ          REASON FOR CHANGE

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____



```
1        CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2                      I, Steven Poulakos, registered

3    Professional Reporter, the officer before whom the

4    foregoing proceedings were taken, do hereby certify

5    that the foregoing transcript is a true and correct

6    record of the proceedings; that said proceedings were

7    taken by me stenographically and thereafter reduced to

8    typewriting under my supervision; and that I am neither

9    counsel for, related to, nor employed by any of the

10   parties to this case and have no interest, financial or

11   otherwise, in its outcome.

12                   IN WITNESS WHEREOF, I have hereunto set my

13   hand and affixed my notarial seal this 12th day of

14   January 2024.

15   My commission expires:

16   May 31, 2024

17

18

19

20

21   _____

22   NOTARY PUBLIC IN AND FOR

23   THE DISTRICT OF COLUMBIA

24

25
```



THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

**ERRATA**
ESQUIRE DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com

NAME OF CASE: *In Re: Terrorist Attacks On September 11, 2001*, No. 03-md-1570 (S.D.N.Y.)
DATE OF DEPOSITION: January 12, 2024
NAME OF DEPONENT: Jonathan M. Winer

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 4 | 6 | Change "Nwor" to "Anwar" | Transcription error. |
| 4 | 8 | Remove duplicate of line 4: "Nicolle Kownacki, Esquire" | Transcription error. |
| 6 | 11 | Change "Abdulrhman Al" to "Abdulrhman Almussaed" | Transcription error. |
| 8 | 20, 22 | Change "Nwor" to "Anwar" and "Mike" to "Michael" | Transcription error. |
| 10 | 2 | Change "or" to "World" | Transcription error. |
| 10 | 12 | Change "NBL" to "MDL" | Transcription error. |
| 12 | 19, 20 | Change "Heramain" to "Haramain" | Transcription error. |
| 25 | 6 | Change "weight" to "write" | Transcription error. |
| 25 | 25 | Change "navsi luke" to "Nancy Luque" | Transcription error. |
| 30 | 6, 8, 19 | Change "Abdulaziz" to "Abdul Aziz" | Transcription error. |
| 32 | 17 | Add single quotation marks around 'Sulaiman Al-Rajhi Charitable Foundation' | Transcription error. |
| 32 | 10-19 | Add double quotation marks to text beginning "A Statement" and ending "joint committee." | Transcription error. |
| 32 | 19 | Add single quotation marks to text 'It was founded through a joint committee' | Transcription error. |
| 32 | 20-22 | Add single and double quotation marks around ""the philanthropic institution turned to Sulaiman Abdulaziz Al-Rajhi Charitable Foundation"" | Transcription error. |
| 32 | 21 | Change "Abdulaziz" to "Abdul Aziz" | Transcription error. |
| 33 | 10 | Add "--mid 2000s" after "2000" | Transcription error. |
| 33 | 14 | Add a comma after "States" | Transcription error. |
| 34 | 16 | Change "Kim" to "Kane" | Transcription error. |
| 35 | 2 | Change "involved in" to "involved and" | Transcription error. |
| 37 | 10-11 | Capitalize "Identifying Al-Qaeda's Donors and Fundraisers" and place within quotation marks | Transcription error. |
| 38 | 18-19 | Place quotation marks around "due to his having insufficient time to devote to it." | Transcription error. |
| 39 | 21-22 | Place a comma before and after "as much as I can" | Transcription error. |
| 40 | 11 | Place a comma before and after "which is Sanabel" | Transcription error. |
| 40 | 17 | Change "get to that fact" to "get into that fact" | Transcription error. |
| 45 | 7 | Place quotation marks around "possible" and "apparently" | Transcription error. |
| 45 | 8 | Place quotation marks around "probably" | Transcription error. |
| 45 | 10 | Place quotation marks around "may" and "may have" | Transcription error. |
| 45 | 21 | Change "which is page" to "which is at page" | Transcription error. |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 46 | 7 | Change "times" to "ties" and place text between quotation marks. | Transcription error. |
| 46 | 25 | Open quotation marks before "Al-Rajhi" | Transcription error. |
| 47 | 1 | Close quotation marks after "inconclusive" | Transcription error. |
| 48 | 16-18 | Place quotation marks around text beginning "senior" and ending with "their bank" | Transcription error. |
| 48 | 21 | Place quotation marks around "probably" | Transcription error. |
| 49 | 19-22 | Place quotation marks around the text; add "other" | Transcription error. |
| 49 | 24 | Changing "willing" to "witting" | Transcription error. |
| 49 | 23-25 | Place quotation marks around text beginning "activities and ending "extremists" | Transcription error. |
| 50 | 3, 12 | Place quotation marks around "probably" | Transcription error. |
| 51 | 9 | Change "saying" to "witting" | Transcription error. |
| 55 | 4, 15 | Change "Heramain" to "Haramain" | Transcription error. |
| 56 | 6, 8, 9 | Change "Heramain" to "Haramain" | Transcription error. |
| 56 | 12 | Change "activities" to "charities" | Transcription error. |
| 58 | 3 | Change "Heramain" to "Haramain" | Transcription error. |
| 59 | 20 | Change "Heramain" to "Haramain" | Transcription error. |
| 60 | 17 | Change "Heramain" to "Haramain" | Transcription error. |
| 61 | 6 | Change "of" to "--a" | Transcription error. |
| 62 | 9, 14 | Change "Heramain" to "Haramain" | Transcription error. |
| 62 | 18 | Change "is doing" to "is actually doing" | Transcription error. |
| 62 | 24 | Change "Heramain" to "Haramain" | Transcription error. |
| 64 | 13 | Change "asked to me" to "asked of me" | Transcription error. |
| 65 | 4, 5 | Change "Heramain" to "Haramain" | Transcription error. |
| 65 | 4 | Capitalize "Treasury Secretary" | Transcription error. |
| 66 | 3-9 | Place quotation marks around the text beginning "While the" and ending "Al-Qaeda." | Transcription error. |
| 66 | 13, 23 | Change "Heramain" to "Haramain" | Transcription error. |
| 66 | 24 | Place quotation marks around "notoriously" | Transcription error. |
| 68 | 7 | Add "as evidenced in " before "the original" | Transcription error. |
| 68 | 24 | Change "Heramain" to "Haramain" | Transcription error. |
| 70 | 25 | Change "an" to "the" | Transcription error. |
| 71 | 22 | Add colon after "say" | Transcription error. |
| 71 | 23-25 | Place quotation marks around text beginning "according to" and ending "basis." | Transcription error. |
| 72 | 9 | Change "moves" to "Mujaheddin" | Clarification. |
| 72 | 22, 23 | Change "al-Fadha" to "al-Fadl" | Transcription error. |
| 73 | 22 | Change "terrorists" to "terrorist" | Transcription error. |
| 74 | 1 | Add ", quote," after "purported" | Transcription error. |
| 74 | 1-2 | Place quotation marks around text beginning "role" and ending "attacks." | Transcription error. |
| 74 | 18 | Place colon after "that" | Transcription error. |
| 74 | 19 | Capitalize "Commission" | Transcription error. |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 74 | 19-20 | Place quotation marks around text "while the 9/11 Commission did not find evidence proving al-Bayoumi to be a Saudi intelligence asset," | Transcription error. |
| 74 | 20 | Change "providing" to "proving" | Transcription error. |
| 74 | 21 | Add comma after "allegedly" and colon after "says" | Transcription error. |
| 74 | 21-24 | Place quotation marks around text beginning "proving" and ending "hijackers." | Transcription error. |
| 75 | 3 | Place comma before and a colon after "quote" | Transcription error. |
| 75 | 3-5 | Place quotation marks around "another individual identified within the support network of the 9/11 hijackers," | Transcription error. |
| 75 | 17 | Change "another report" to "a later report" | Transcription error. |
| 75 | 18-19 | Change "basically give up the government on the investigation" to  "basically give up the ghost in their investigation" | Transcription error. |
| 76 | 11 | Remove "the" before "point" | Transcription error. |
| 76 | 18, 24-25 | Place quotation marks around "based on the totality" | Transcription error. |
| 76 | 20-21 | Place quotation marks around "material support to terrorism." | Transcription error. |
| 77 | 1-7 | Place quotation marks around texted beginning "Based" and ending "9/11 attack," | Transcription error. |
| 77 | 5 | Add "Thumairy," before "al-Bayoumi" | Transcription error. |
| 78 | 20 | Capitalize "West" | Transcription error. |
| 79 | 23 | Change "7.1" to "7.21" | Transcription error. |
| 82 | 19-20 | Change "saying no" to "seeing now" | Transcription error. |
| 85 | 16 | Add colon after "says" | Transcription error. |
| 85 | 16-20 | Place quotation marks around text beginning "I would" and ending "months." | Transcription error. |
| 86 | 3 | Place quotation marks around "no objection" | Transcription error. |
| 86 | 5 | Add colon after "says" | Transcription error. |
| 86 | 5-9 | Place quotation marks around text beginning "no objection' and ending "said expenses." | Transcription error. |
| 90 | 5 | Remove "the" before "address" | Transcription error. |
| 90 | 21 | Change "us" to "the years" and add "to pass" after "continue" | Transcription error. |
| 91 | 21-25 | Place quotation marks around text beginning "were" and ending "2001." | Transcription error. |
| 94 | 8 | Change "Says" to "says:" | Transcription error. |
| 94 | 8-13 | Place quotation marks around text beginning "the recommendations referring" and ending "every detail." | Transcription error. |
| 94 | 16 | Change "it was" to "is" | Transcription error. |
| 95 | 3 | Add "Basel" before "group of bank" | Transcription error. |
| 96 | 16-18 | Place quotation marks around text beginning "These 40" and ending "universal application." | Transcription error |
| 96 | 25 | Place a comma before and after "literally day-to-day in the lates 1990s" | Transcription error |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 98 | 21 | Change "corresponding" to "correspondent" | Transcription error |
| 104 | 18 | Change "house" to "how" | Transcription error |
| 105 | 21 | Change "process" to "progress" | Transcription error |
| 107 | 25 | Change "of the ceding" to "of acceding" | Transcription error |
| 108 | 13 | Remove "but" at the end of the line | Transcription error |
| 109 | 12 | Place quotation marks around text "since the 9/11 attacks" | Transcription error |
| 109 | 14-16 | Place quotation marks around text "the FATF 40 recommendations have been repeatedly updated, but those updates are outside the scope of this" | Transcription error |
| 111 | 4-5 | Place a comma before and after "particularly in the European Union in that period of time" and capitalize "Union" | Transcription error |
| 112 | 13-18 | Place quotation marks around text beginning "given" and ending "terrorist financing." | Transcription error |
| 113 | 17 | Change "Correct" to "Was, correct." | Transcription error |
| 114 | 12 | Capitalize "Gulf" | Transcription error |
| 115 | 5 | Add comma before "which" | Transcription error |
| 115 | 19 | Add a comma before and after "a particular issue" | Transcription error |
| 116 | 15-16 | Place a comma before and after "like the document you showed me from 2020" | Transcription error |
| 116 | 18 | Place a comma before and after "which is what my report covers" | Transcription error |
| 117 | 6 | Capitalize "Gulf" | Transcription error |
| 117 | 7, 14-15 | Capitalize "Gulf States" | Transcription error |
| 118 | 1 | Place a comma after "Relationships," | Transcription error. |
| 118 | 10 | Change "are" to "were" | Transcription error. |
| 118 | 12 | Capitalize "Gulf States" | Transcription error. |
| 119 | 3 | Change "corresponded" to "correspondent" | Transcription error. |
| 121 | 10 | Change "Delstin" to "Delston" | Transcription error. |
| 121 | 8-15 | Add colon after "says" and place quotation marks around text beginning "despite" and ending "regime." | Transcription error. |
| 125 | 6 | Add "what" before "a financial" | Transcription error. |
| 126 | 21-22 | Add a comma before and after "which I represent to you they were" | Transcription error. |
| 127 | 11 | Change "especially" to "essentially" | Transcription error. |
| 128 | 8 | Add "as" before "precise as possible" | Transcription error. |
| 129 | 6-7 | Capitalize and add "the" to "The Monograph on Terrorist Finance" | Transcription error. |
| 131 | 20-21 | Capitalize "Commission" and "Monograph" | Transcription error. |
| 133 | 7, 16, 21 | Change "zivot" to "zakat" | Transcription error. |
| 133 | 24 | Change "Koran" to "Quran" | Transcription error. |
| 134 | 12-14 | Add colon after "says" and place quotation marks around text beginning "if you" and ending "for you." | Transcription error. |
| 134 | 15 | Add "Surah" after "of that." | Transcription error. |
| 134 | 18 | Change "zivot" to "zakat" | Transcription error. |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 135 | 9-10 | Change "he traveled a nation" to "any charitable donation" | Transcription error. |
| 136 | 22 | Change "individual's zivot" to "individual zakat" | Transcription error. |
| 137 | 18 | Change "saura" to "Surrah" | Transcription error. |
| 138 | 18 | Change "Heramain" to "Haramain" | Transcription error. |
| 138 | 24 | Change "Al-Jabbar" to "Adel al-Jubeir" | Transcription error. |
| 140 | 15 | Change "or" to "of" | Transcription error. |
| 140 | 22 | Change "destination" to "designation" | Transcription error. |
| 141 | 2, 15 | Change "Heramain" to "Haramain" | Transcription error. |
| 142 | 21 | Change "AHM" to "own" | Transcription error. |
| 143 | 5 | Capitalize "Commission Report" | Transcription error. |
| 143 | 8 | Add "in the second intifada" to end of sentence. | Transcription error. |
| 143 | 24 | Change "zivot" to "zakat" | Transcription error. |
| 144 | 20 | Change "Heramain" to "Haramain" | Transcription error. |
| 145 | 17, 19, 21 | Change "Heramain" to "Haramain" | Transcription error. |
| 146 | 3 | Change period to comma after "terrorism" and change "It's" to "it's" | Transcription error. |
| 146 | 13, 16 | Change "Abdulaziz" to "Abdul Aziz" | Transcription error. |
| 147 | 7 | Change "Abdulaziz" to "Abdul Aziz" | Transcription error. |
| 147 | 19 | Change "dobara" to "intifada" | Transcription error. |
| 147 | 20 | Place "The" before "second" and change "dobara" to "intifada" | Transcription error. |
| 148 | 1 | Change "ahm's" to "alms" | Transcription error. |
| 148 | 6 | Add "the" before "United States" | Transcription error. |
| 148 | 12 | Change "Abdulaziz" to "Abdul Aziz" | Transcription error. |
| 148 | 15 | Add "the" before "Muslim World" | Transcription error. |
| 149 | 13, 21 | Change "Heramain" to "Haramain" | Transcription error. |
| 150 | 22 | Change "expertize" to "expertise" | Transcription error. |
| 152 | 2, 7 | Capitalize "West" | Transcription error. |
| 152 | 22 | Change "quote" to "quite" | Transcription error. |
| 153 | 18 | Add "it" at end of sentence. | Transcription error. |
| 154 | 21 | Changed "inmeshed" to "enmeshed" | Transcription error. |
| 155 | 3, 7 | Capitalize "West" | Transcription error. |
| 155 | 16, 22 | Change "Heramain" to "Haramain" | Transcription error. |
| 155 | 17 | Capitalize "Secretary of State" | Transcription error. |
| 157 | 18 | Change "Koran" to "Quran" | Transcription error. |
| 158 | 4 | Change "regionalist" to "originalist" | Transcription error. |
| 158 | 15 | Add 'in' after "espousing" | Transcription error. |
| 158 | 17 | Change "outgross" to "outgrowth" | Transcription error. |
| 159 | 9 | Capitalize "West" | Transcription error. |
| 160 | 7 | Add "good" before "rather" | Transcription error. |
| 161 | 22 | Add quotation marks to "in 2002 the FBI formed" | Transcription error. |
| 161 | 24 | Open quotation marks before "the FBI formed" | Transcription error. |
| 162 | 1 | Close quotation marks after "matters." | Transcription error. |
| 162 | 3 | Place quotation marks around text beginning "And shortly" and ending | Transcription error. |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 167 | 8 | Include a comma after "activity" and before "who are" | Transcription error. |
| 167 | 11 | Include "sojourn" after "most recent" | Transcription error. |
| 168 | 20 | Capitalize "Treasury Wars" | Transcription error. |
| 169 | 11 | Add comma after "that's important" | Transcription error. |
| 169 | 13 | Add comma after "going on" | Transcription error. |
| 169 | 20 | Add "banking" after "correspondent" | Transcription error. |
| 170 | 24 | Change "Heramain" to "Haramain" | Transcription error. |
| 172 | 8 | Add "in" before "which" | Transcription error. |
| 176 | 7 | Change "Heramain" to "Haramain" | Transcription error. |
| 177 | 16 | Change "Heramain" to "Haramain" | Transcription error. |
| 178 | 1,12 | Change "Abdulaziz" to "Abdul Aziz" | Transcription error. |
| 178 | 3 | Change "Heramain" to "Haramain" | Transcription error. |
| 179 | 2 | Change "Says" to "says:" and add quotation marks to "with reference to your kind letter" | Transcription error. |
| 179 | 5 | Add colon after call and place quotation marks around "and following the phone call with Your Eminence." | Transcription error. |
| 179 | 23 | Change "Heramain" to "Haramain" | Transcription error. |
| 180 | 4 | Change "Heramain" to "Haramain" | Transcription error. |
| 180 | 17-20 | Add colon after "beginning" and place quotation marks around phrase beginning "with reference" and ending "Kosovo." | Transcription error. |
| 182 | 4-5 | Capitalize "Assistant Secretary of State" and "Affairs" | Transcription error. |
| 185 | 21 | Change "solacious" to "salacious" | |
| 186 | 17 | Capitalize "West" | Transcription error. |
| 189 | 23 | Change "solacious" to "salacious" | Transcription error. |
| 190 | 15 | Change "solacious" to "salacious" | Transcription error. |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

**ERRATA**
ESQUIRE DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com

NAME OF CASE:  *In Re: Terrorist Attacks On September 11, 2001*, No. 03-md-1570 (S.D.N.Y.)
DATE OF DEPOSITION:  January 12, 2024
NAME OF DEPONENT:   Jonathan M. Winer

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 4 | 6 | Change "Nwor" to "Anwar" | Transcription error. |
| 4 | 8 | Remove duplicate of line 4: "Nicolle Kownacki, Esquire" | Transcription error. |
| 6 | 11 | Change "Abdulrhman Al" to "Abdulrhman Almussaed" | Transcription error. |
| 8 | 20, 22 | Change "Nwor" to "Anwar" and "Mike" to "Michael" | Transcription error. |
| 10 | 2 | Change "or" to "World" | Transcription error. |
| 10 | 12 | Change "NBL" to "MDL" | Transcription error. |
| 12 | 19, 20 | Change "Heramain" to "Haramain" | Transcription error. |
| 25 | 6 | Change "weight" to "write" | Transcription error. |
| 25 | 25 | Change "navsi luke" to "Nancy Luque" | Transcription error. |
| 30 | 6, 8, 19 | Change "Abdulaziz" to "Abdul Aziz" | Transcription error. |
| 32 | 17 | Add single quotation marks around 'Sulaiman Al-Rajhi Charitable Foundation' | Transcription error. |
| 32 | 10-19 | Add double quotation marks to text beginning "A Statement" and ending "joint committee." | Transcription error. |
| 32 | 19 | Add single quotation marks to text 'It was founded through a joint committee' | Transcription error. |
| 32 | 20-22 | Add single and double quotation marks around "'the philanthropic institution turned to Sulaiman Abdulaziz Al-Rajhi Charitable Foundation'" | Transcription error. |
| 32 | 21 | Change "Abdulaziz" to "Abdul Aziz" | Transcription error. |
| 33 | 10 | Add "--mid 2000s" after "2000" | Transcription error. |
| 33 | 14 | Add a comma after "States" | Transcription error. |
| 34 | 16 | Change "Kim" to "Kane" | Transcription error. |
| 35 | 2 | Change "involved in" to "involved and" | Transcription error. |
| 37 | 10-11 | Capitalize "Identifying Al-Qaeda's Donors and Fundraisers" and place within quotation marks | Transcription error. |
| 38 | 18-19 | Place quotation marks around "due to his having insufficient time to devote to it." | Transcription error. |
| 39 | 21-22 | Place a comma before and after "as much as I can" | Transcription error. |
| 40 | 11 | Place a comma before and after "which is Sanabel" | Transcription error. |
| 40 | 17 | Change "get to that fact" to "get into that fact" | Transcription error. |
| 45 | 7 | Place quotation marks around "possible" and "apparently" | Transcription error. |
| 45 | 8 | Place quotation marks around "probably" | Transcription error. |
| 45 | 10 | Place quotation marks around "may" and "may have" | Transcription error. |
| 45 | 21 | Change "which is page" to "which is at page" | Transcription error. |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 46 | 7 | Change "times" to "ties" and place text between quotation marks. | Transcription error. |
| 46 | 25 | Open quotation marks before "Al-Rajhi" | Transcription error. |
| 47 | 1 | Close quotation marks after "inconclusive" | Transcription error. |
| 48 | 16-18 | Place quotation marks around text beginning "senior" and ending with "their bank" | Transcription error. |
| 48 | 21 | Place quotation marks around "probably" | Transcription error. |
| 49 | 19-22 | Place quotation marks around the text; add "other" | Transcription error. |
| 49 | 24 | Changing "willing" to "witting" | Transcription error. |
| 49 | 23-25 | Place quotation marks around text beginning "activities and ending "extremists" | Transcription error. |
| 50 | 3, 12 | Place quotation marks around "probably" | Transcription error. |
| 51 | 9 | Change "saying" to "witting" | Transcription error. |
| 55 | 4, 15 | Change "Heramain" to "Haramain" | Transcription error. |
| 56 | 6, 8, 9 | Change "Heramain" to "Haramain" | Transcription error. |
| 56 | 12 | Change "activities" to "charities" | Transcription error. |
| 58 | 3 | Change "Heramain" to "Haramain" | Transcription error. |
| 59 | 20 | Change "Heramain" to "Haramain" | Transcription error. |
| 60 | 17 | Change "Heramain" to "Haramain" | Transcription error. |
| 61 | 6 | Change "of" to "--a" | Transcription error. |
| 62 | 9, 14 | Change "Heramain" to "Haramain" | Transcription error. |
| 62 | 18 | Change "is doing" to "is actually doing" | Transcription error. |
| 62 | 24 | Change "Heramain" to "Haramain" | Transcription error. |
| 64 | 13 | Change "asked to me" to "asked of me" | Transcription error. |
| 65 | 4, 5 | Change "Heramain" to "Haramain" | Transcription error. |
| 65 | 4 | Capitalize "Treasury Secretary" | Transcription error. |
| 66 | 3-9 | Place quotation marks around the text beginning "While the" and ending "Al-Qaeda." | Transcription error. |
| 66 | 13, 23 | Change "Heramain" to "Haramain" | Transcription error. |
| 66 | 24 | Place quotation marks around "notoriously" | Transcription error. |
| 68 | 7 | Add "as evidenced in " before "the original" | Transcription error. |
| 68 | 24 | Change "Heramain" to "Haramain" | Transcription error. |
| 70 | 25 | Change "an" to "the" | Transcription error. |
| 71 | 22 | Add colon after "say" | Transcription error. |
| 71 | 23-25 | Place quotation marks around text beginning "according to" and ending "basis." | Transcription error. |
| 72 | 9 | Change "moves" to "Mujaheddin" | Transcription error. |
| 72 | 22, 23 | Change "al-Fadha" to "al-Fadl" | Transcription error. |
| 73 | 22 | Change "terrorists" to "terrorist" | Transcription error. |
| 74 | 1 | Add ", quote," after "purported" | Transcription error. |
| 74 | 1-2 | Place quotation marks around text beginning "role" and ending "attacks." | Transcription error. |
| 74 | 18 | Place colon after "that" | Transcription error. |
| 74 | 19 | Capitalize "Commission" | Transcription error. |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 74 | 19-20 | Place quotation marks around text "while the 9/11 Commission did not find evidence proving al-Bayoumi to be a Saudi intelligence asset," | Transcription error. |
| 74 | 20 | Change "providing" to "proving" | Transcription error. |
| 74 | 21 | Add comma after "allegedly" and colon after "says" | Transcription error. |
| 74 | 21-24 | Place quotation marks around text beginning "proving" and ending "hijackers." | Transcription error. |
| 75 | 3 | Place comma before and a colon after "quote" | Transcription error. |
| 75 | 3-5 | Place quotation marks around "another individual identified within the support network of the 9/11 hijackers," | Transcription error. |
| 75 | 17 | Change "another report" to "a later report" | Transcription error. |
| 75 | 18-19 | Change "basically give up the government on the investigation" to "basically give up the ghost in their investigation" | Transcription error. |
| 76 | 11 | Remove "the" before "point" | Transcription error. |
| 76 | 18, 24-25 | Place quotation marks around "based on the totality" | Transcription error. |
| 76 | 20-21 | Place quotation marks around "material support to terrorism." | Transcription error. |
| 77 | 1-7 | Place quotation marks around texted beginning "Based" and ending "9/11 attack," | Transcription error. |
| 77 | 5 | Add "Thumairy," before "al-Bayoumi" | Transcription error. |
| 78 | 20 | Capitalize "West" | Transcription error. |
| 79 | 23 | Change "7.1" to "7.21" | Transcription error. |
| 82 | 19-20 | Change "saying no" to "seeing now" | Transcription error. |
| 85 | 16 | Add colon after "says" | Transcription error. |
| 85 | 16-20 | Place quotation marks around text beginning "I would" and ending "months." | Transcription error. |
| 86 | 3 | Place quotation marks around "no objection" | Transcription error. |
| 86 | 5 | Add colon after "says" | Transcription error. |
| 86 | 5-9 | Place quotation marks around text beginning "no objection' and ending "said expenses." | Transcription error. |
| 90 | 5 | Remove "the" before "address" | Transcription error. |
| 90 | 21 | Change "us" to "the years" and add "to pass" after "continue" | Transcription error. |
| 91 | 21-25 | Place quotation marks around text beginning "were" and ending "2001." | Transcription error. |
| 94 | 8 | Change "Says" to "says:" | Transcription error. |
| 94 | 8-13 | Place quotation marks around text beginning "the recommendations referring" and ending "every detail." | Transcription error. |
| 94 | 16 | Change "it was" to "is" | Transcription error |
| 95 | 3 | Add "Basel" before "group of bank" | Transcription error |
| 96 | 16-18 | Place quotation marks around text beginning "These 40" and ending "universal application." | Transcription error |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 96 | 25 | Place a comma before and after "literally day-to-day in the lates 1990s" | Transcription error |
| 98 | 21 | Change "corresponding" to "correspondent" | Transcription error |
| 104 | 18 | Change "house" to "how" | Transcription error |
| 105 | 21 | Change "process" to "progress" | Transcription error |
| 107 | 25 | Change "of the ceding" to "of acceding" | Transcription error |
| 108 | 13 | Remove "but" at the end of the line | Transcription error |
| 109 | 12 | Place quotation marks around text "since the 9/11 attacks" | Transcription error |
| 109 | 14-16 | Place quotation marks around text "the FATF 40 recommendations have been repeatedly updated, but those updates are outside the scope of this" | Transcription error |
| 111 | 4-5 | Place a comma before and after "particularly in the European Union in that period of time" and capitalize "Union" | Transcription error |
| 112 | 13-18 | Place quotation marks around text beginning "given" and ending "terrorist financing." | Transcription error |
| 113 | 17 | Change "Correct" to "Was, correct." | Transcription error |
| 114 | 12 | Capitalize "Gulf" | Transcription error |
| 115 | 5 | Add comma before "which" | Transcription error |
| 115 | 19 | Add a comma before and after "a particular issue" | Transcription error |
| 116 | 15-16 | Place a comma before and after "like the document you showed me from 2020" | Transcription error |
| 116 | 18 | Place a comma before and after "which is what my report covers" | Transcription error |
| 117 | 6 | Capitalize "Gulf" | Transcription error |
| 117 | 7, 14-15 | Capitalize "Gulf States" | Transcription error |
| 118 | 1 | Place a comma after "Relationships," | Transcription error. |
| 118 | 10 | Change "are" to "were" | Transcription error. |
| 118 | 12 | Capitalize "Gulf States" | Transcription error. |
| 119 | 3 | Change "corresponded" to "correspondent" | Transcription error. |
| 121 | 10 | Change "Delstin" to "Delston" | Transcription error. |
| 121 | 8-15 | Add colon after "says" and place quotation marks around text beginning "despite" and ending "regime." | Transcription error. |
| 125 | 6 | Add "what" before "a financial" | Transcription error. |
| 126 | 21-22 | Add a comma before and after "which I represent to you they were" | Transcription error. |
| 127 | 11 | Change "especially" to "essentially" | Transcription error. |
| 128 | 8 | Add "as" before "precise as possible" | Transcription error. |
| 129 | 6-7 | Capitalize and add "the" to "The Monograph on Terrorist Finance" | Transcription error. |
| 131 | 20-21 | Capitalize "Commission" and "Monograph" | Transcription error. |
| 133 | 7, 16, 21 | Change "zivot" to "zakat" | Transcription error. |
| 133 | 24 | Change "Koran" to "Quran" | Transcription error. |
| 134 | 12-14 | Add colon after "says" and place quotation marks around text beginning "if you" and ending "for you." | Transcription error. |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 134 | 15 | Add "Surah" after "of that." | Transcription error. |
| 134 | 18 | Change "zivot" to "zakat" | Transcription error. |
| 135 | 9-10 | Change "he traveled a nation" to "any charitable donation" | Transcription error. |
| 136 | 22 | Change "individual's zivot" to "individual zakat" | Transcription error. |
| 137 | 18 | Change "saura" to "Surrah" | Transcription error. |
| 138 | 18 | Change "Heramain" to "Haramain" | Transcription error. |
| 138 | 24 | Change "Al-Jabbar" to "Adel al-Jubeir" | Transcription error. |
| 140 | 15 | Change "or" to "of" | Transcription error. |
| 140 | 22 | Change "destination" to "designation" | Transcription error. |
| 141 | 2, 15 | Change "Heramain" to "Haramain" | Transcription error. |
| 142 | 21 | Change "AHM" to "own" | Transcription error. |
| 143 | 5 | Capitalize "Commission Report" | Transcription error. |
| 143 | 8 | Add "in the second intifada" to end of sentence. | Transcription error. |
| 143 | 24 | Change "zivot" to "zakat" | Transcription error. |
| 144 | 20 | Change "Heramain" to "Haramain" | Transcription error. |
| 145 | 17, 19, 21 | Change "Heramain" to "Haramain" | Transcription error. |
| 146 | 3 | Change period to comma after "terrorism" and change "It's" to "it's" | Transcription error. |
| 146 | 13, 16 | Change "Abdulaziz" to "Abdul Aziz" | Transcription error. |
| 147 | 7 | Change "Abdulaziz" to "Abdul Aziz" | Transcription error. |
| 147 | 19 | Change "dobara" to "intifada" | Transcription error. |
| 147 | 20 | Place "The" before "second" and change "dobara" to "intifada" | Transcription error. |
| 148 | 1 | Change "ahm's" to "alms" | Transcription error. |
| 148 | 6 | Add "the" before "United States" | Transcription error. |
| 148 | 12 | Change "Abdulaziz" to "Abdul Aziz" | Transcription error. |
| 148 | 15 | Add "the" before "Muslim World" | Transcription error. |
| 149 | 13, 21 | Change "Heramain" to "Haramain" | Transcription error. |
| 150 | 22 | Change "expertize" to "expertise" | Transcription error. |
| 152 | 2, 7 | Capitalize "West" | Transcription error. |
| 152 | 22 | Change "quote" to "quite" | Transcription error. |
| 153 | 18 | Add "it" at end of sentence. | Transcription error. |
| 154 | 21 | Changed "inmeshed" to "enmeshed" | Transcription error. |
| 155 | 3, 7 | Capitalize "West" | Transcription error. |
| 155 | 16, 22 | Change "Heramain" to "Haramain" | Transcription error. |
| 155 | 17 | Capitalize "Secretary of State" | Transcription error. |
| 157 | 18 | Change "Koran" to "Quran" | Transcription error. |
| 158 | 4 | Change "regionalist" to "originalist" | Transcription error. |
| 158 | 15 | Add "in" after "espousing" | Transcription error. |
| 158 | 17 | Change "outgross" to "outgrowth" | Transcription error. |
| 159 | 9 | Capitalize "West" | Transcription error. |
| 160 | 7 | Add "good" before "rather" | Transcription error. |
| 161 | 22 | Add quotation marks to "in 2002 the FBI formed" | Transcription error. |
| 161 | 24 | Open quotation marks before "the FBI formed" | Transcription error. |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

5

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 162 | 1 | Close quotation marks after "matters." | Transcription error. |
| 162 | 3 | Place quotation marks around text beginning "And shortly" and ending | Transcription error. |
| 167 | 8 | Include a comma after "activity" and before "who are" | Transcription error. |
| 167 | 11 | Include "sojourn" after "most recent" | Transcription error. |
| 168 | 20 | Capitalize "Treasury Wars" | Transcription error. |
| 169 | 11 | Add comma after "that's important" | Transcription error. |
| 169 | 13 | Add comma after "going on" | Transcription error. |
| 169 | 20 | Add "banking" after "correspondent" | Transcription error. |
| 170 | 24 | Change "Heramain" to "Haramain" | Transcription error. |
| 172 | 8 | Add "in" before "which" | Transcription error. |
| 176 | 7 | Change "Heramain" to "Haramain" | Transcription error. |
| 177 | 16 | Change "Heramain" to "Haramain" | Transcription error. |
| 178 | 1,12 | Change "Abdulaziz" to "Abdul Aziz" | Transcription error. |
| 178 | 3 | Change "Heramain" to "Haramain" | Transcription error. |
| 179 | 2 | Change "Says" to "says:" and add quotation marks to "with reference to your kind letter" | Transcription error. |
| 179 | 5 | Add colon after call and place quotation marks around "and following the phone call with Your Eminence." | Transcription error. |
| 179 | 23 | Change "Heramain" to "Haramain" | Transcription error. |
| 180 | 4 | Change "Heramain" to "Haramain" | Transcription error. |
| 180 | 17-20 | Add colon after "beginning" and place quotation marks around phrase beginning "with reference" and ending "Kosovo." | Transcription error. |
| 182 | 4-5 | Capitalize "Assistant Secretary of State" and "Affairs" | Transcription error. |
| 185 | 21 | Change "solacious" to "salacious" | |
| 186 | 17 | Capitalize "West" | Transcription error. |
| 189 | 23 | Change "solacious" to "salacious" | Transcription error. |
| 190 | 15 | Change "solacious" to "salacious" | Transcription error. |

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.

THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 19th day of March 2024, I served the foregoing errata to the transcript of the January 12, 2024 deposition of Jonathan Winer by electronic mail on the following:

Esquire Deposition Solutions
228 E 45th Street Suite 810
New York, NY 10017

Sean Carter
Scott Tarbutton
Cozen O'Connor
One Liberty Place, 1650 Market Street Suite 2800
Philadelphia, PA

Robert Sheps
Sheps Law Group P.C.
25 High Street
Huntington, NY 11743

*/s/ Michael Mahaffey*
Michael Mahaffey
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005-3807
T: (202) 729-2488
F: (202) 639-9355
michael.mahaffey@whitecase.com

*Attorney for Al Rajhi Bank*

**CONFIDENTIAL**: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York.