# Al Rajhi Bank Ex. 29



CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York



بسم الله الرحمن الرحيم

المملكة العربية السعودية
ديوان رئاسة مجلس الوزراء
الشؤون السياسية

الرقم ٤٧٢٤
التاريخ ٢/٢٠ / ٩٠٩

الموضوع: ـ الموافقة على قرارات وتوصيات المجلس التأسيسي للرابطة
في دورته العشرين ،،

صاحب المعالي الأمين العام لرابطة العالم الإسلامي
بعد التحية : ـ

بالإشارة الى خطابكم رقم ٦٦٩ وتاريخ ٩٩/١/٢٥هـ . وموافقة قرارات وتوص
المجلس التأسيسي لرابطة العالم الإسلامي في دورته العشرين التى عقدت في الف
من ١٥ حتى ٢٧ ذى القعدة ، ٩٨هـ .

نخبركم بموافقتنا على هذه . القرارات والتوصيات . فنرغب اليكم اكمال ال
بموجبها . وتـــــــم ،،،

نائب رئيس مجلس الوزراء

صورة لوزارة الخارجية مع القرارات والتوصيات للاعتماد .

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00013679



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00013680



orid League
riat General
Makkan al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة - مكة المكرمة

| الرقم / | التاريخ / / ١٤هـ / المرفقات |

الموضوع ....................

إلى من يهمه الأمر

تشهد رابطة العالم الإسلامي ومقرها الرئيسي بمكة المكرمة بالمملكة العربية السعودية أن هيئة
الإغاثة الإسلامية العالمية أنشئت بقرار من المجلس التأسيسي لرابطة العالم الإسلامي في دورته
العشرين المنعقدة في الفترة من ١٥-١٣٩٨/١١/٢٧هـ الموافق ١٧-١٩٧٨/١٠/٢٩م وهي هيئة
ذات شخصية اعتبارية ولها كيانها التنظيمي والإداري والمالي الخاص بها وتعنى بتقديم الغوث
الشعبي والمجتمعات في حالات الكوارث بمختلف القارات ، وبتقديم الرعاية الشاملة قدر الإمكان
للفقراء من الأرامل والأطفال والأيتام ، وإنشاء ودعم وتسيير المعاهد العامة والمدارس والمؤسسات
التعليمية والمبنية والبرامج التدريبية والاجتماعية وتقديم المنح الدراسية وإنشاء وإدارة المستشفيات
والمستوصفات في الدول والمجتمعات المحتاجة لذلك وإنشاء وإدارة ومساعدة ملاجئ الأيتام والاهتمام
بصحتهم وتعليمهم وتدريبهم .

لذا تأمل رابطة العالم الإسلامي التعاون مع الهيئة وتسهيل مهامها .

الأمين العام
لرابطة العالم الإسلامي
رئيس مجلس إدارة الهيئة

د. عبدالله بن صالح العبيد



CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00013681

شهـــادة

تشهد وزارة الخارجية بالمملكة العربية السعودية أن هيئة الاغاثة الاسلامية
العالمية هي هيئة غير حكومية معترف بها من حكومة المملكة العربية
السعودية ومقرها الرئيسي مدينة جدة بالمملكة العربية السعودية وتمارس
أعمالها في خدمة اللاجئين والأطفال وضحايا الكوارث والحروب في العالم .
وبناءا على طلب الهيئة أعطيت هذه الشهادة .



CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York




## TO Whom it May Concern

This is to certify that the International Islamic Relief Organiztion is a humanitarian non governmental body recognized by the government of the kingdom of saudi Arabia and is based in jeddah .

Its main concern is to catre for the Refugees, Children and the victims of wars and disasters world wide.

This certificate is given on its request .

A/538



CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York



...lam World League
Secretariat General
Makkah al-Mukarramah

رابطة العالم الإسلامي
الأمانة العامة - مكة المكرمة
سكرتارية المجلس التأسيسي

التاريخ : ١٠٩/ ...     التاريخ : ... - ٢٠٢ - ...     المرفقات: يسرى انشاء رئاسرسي...

بسم الله الرحمن الرحيم

**الموضوع** : النظام الأساسي فيئة:
الإغاثة الإسلامية العالمية

سعادة الأمين العام لهيئة الإغاثة الإسلامية العالمية     وفقه الله
سلام عليكم ورحمة الله وبركاته ٠ أما بعد:

فإن المجلس التأسيسي للرابطة في دورته السابعة والثلاثين التي عقدت في
الفترة من ٢٧-٢٨ محرم ١٤٢٣هـ قد درس مشروع النظام الأساس لهيئة
الإغاثة الإسلامية العالمية ٠

وبعد النظر في التعديلات التي تمت عليه فقد قرر المجلس الموافقة عليـــه
بالصيغة المرفقة ٠

وإذ أبلغكم ذلك آمل التمشي بموجبه ، وإبلاغه لمن يلزم ٠
والسلام عليكم ورحمة الله وبركاته ،،،

الأمين العام لرابطة العالم الإسلامي

د٠ عبدالله بن عبدالمحسن التركي

ع/ع ٣١٤

e quote above Ref. No. and date when replying, Priers indiquer reference suscitée dans toute suite    الرجاء، عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

صندوق بريد : ٥٣٧ - هاتف رقم : ٥٦٠٠٩١٩ - فاكس رقم : ٥٦٠١٣١٩ / ٥٦٠١٢٦٧ - تلكس رقم : ٥٤٠٠٠٩ / ٥٤٠٣٩٠ - برقياً : رابـطة - مـ
Box: 537 - Tel:.5600919 - Fax: 5601319 / 5601267 - Tlx: 540009 RABITA SJ / 540390 IWO SJ - cable: (RABITA-MAKKAH)

**CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York**     **ARB-00013684**

الأمانة العامة – مكة المكرمة

سكرتارية المجلس التأسيسي

| الملاحظات | — | : | التاريخ | / / | : | الرقم |
|---|---|---|---|---|---|---|



# النظام الأساس

## لهيئة الإغاثة الإسلامية العالمية

### الباب الأول – المصطلحات

المادة الأولى :

المصطلحات التالية حيثما وردت في هذا النظام تعني ما دل لها :

١ – ١ المجلس التأسيسي:     المجلس التأسيسي لرابطة العالم الإسلامي •

١ – ٢ الرابطـــــــــة :     رابطة العالم الإسلامي •

١ – ٣ الهيئــــــــــة :     هيئة الإغاثة الإسلامية العالمية •

١ – ٤ الجمعيـة العامة :     الجمعية العامة لهيئة الإغاثة الإسلامية العالمية •

١ – ٥ الرئيـــــــــس:     الأمين العام لرابطة العالم الإسلامي ؛ رئيس الجمعية العامة ورئيس
مجلس الإدارة •

١ – ٦ المجلـــــــس :     مجلس إدارة هيئة الإغاثة الإسلامية العالمية •

١ – ٧ الأمانة العامة :     الأمانة العامة لهيئة الإغاثة الإسلامية العالمية برعاياتها وبرامجها •

١ – ٨ الأمين العـام :     الأمين العام لهيئة الإغاثة الإسلامية العالمية •

١ – ٩ المكاتب والفروع:     مكاتب الهيئة وفروعها داخل دولة المقر وخارجيا •

Ref. No. and date when rep... ...ers indiquer reference suscitee dans toute suite     الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

صندوق بريد : ٥٢٧ – هاتف رقم : ٥٦٠٠٩١٩ – فاكس رقم : ٥٦٠١٢١٩ / ٥٦٠١٢٦٧ / ٥١٠١٢٦٧ – تلكس رقم : ... / ٠٤٠٢٩٠ – برقيا : (را
7 - Tel: 5600919 - Fax: 5601... ...501267 - Tlx: 540009 RABITA SJ / 540390 IWO SJ - cable: (RABITA-MAKKAH)

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00013685

الأمانة العامة - مكة المكرمة

سكرتارية المجلس التأسيسي

| الملحقات | عـدد | التاريخ | الرقم |
|---|---|---|---|

## الباب الثاني : التأسيس

### المادة الثانية :

هيئة الإغاثة الإسلامية العالمية منظمة خيرية إسلامية ، منبثقة من رابطة العالم الإسلامي ، عالمية الأداء ، تتعاون مع المحسنين لتقديم تبرعاتهم لإخوانهم المحتاجين والمنكوبين في العالم ، لتبيتهم على الإسلام وإغاثتهم ورفع معاناتهم وتنمية مجتمعاتهم ، أنشئت بقرار المجلس التأسيسي للرابطة في دورته العشرين عام ١٣٩٨هـ ( ألف وثلاثمائة وثمانية وتسعين للهجرة) وبالموافقة السامية رقم ٤٧٣٤ وتاريخ ١٣٩٩/٢/٣٠هـ الموافق ١٩٧٩/١/٢٩م وهي ذات شخصية اعتبارية مستقلة ، ولها كيانها التنظيمي والإداري والمالي الخاص بها في إطار أحكام نظامها الأساس ولوائحه .

## المقر

### المادة الثالثة :

مقر الهيئة مكة المكرمة بالمملكة العربية السعودية ، ولها بحكم الواقع الماثل إدارة جميع أعمالها من مركزها في جدة ، ولها أن تنشئ مكاتب وفروعاً في داخل دولة المقر وخارجها ،

Prière, beim Reply: Ref. No. and date when replying. Priers indiquer reference susciteé dans toute suite الرجاء، عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

صندوق بريد : ٥٣٧ ـ هاتف رقم : ٦٦٠٠٩١٩ ـ فاكس رقم : ٥٦٠١٣١٩ / ٥٦٠١٢٦٧ ـ تلكس رقم : ٥٤٠٠٠٩ / ٥٤٠٣٩٠ ـ برقياً : (رابطة
Box: 537 - Tel: 5600919 - Fax: 5601319 / 5601267 - Tix: 540009 RABITA SJ / 540390 IWO SJ - cable: (RABITA-MAKKAH)

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00013686

Secretariat General
Makkah al-Mukarramah—

الأمانة العامة – مكة المكرمة
سكرتارية المجلس التأسيسي

| الرقم | التاريخ | المرفقات |
|---|---|---|

الأمانة العامة

المادة الثانية عشرة :

أ–١٢  يعين للهيئة أمين عام بقرار من الرئيس ، يتولى رئاسة الجهاز التنفيذي للهيئة ، ويكون مسؤولاً أمام الرئيس عن أداء أعمال هذا الجهاز ، ويشترط التفرغ التام لهذا المنصب .

ب–١٢  اختصاصات الأمين العام وصلاحياته :

١٢–ب–١  إدارة الجهاز التنفيذي للهيئة في المقر الرئيسي والإشراف على مكاتب الهيئة وفروعها داخل دول المقر وخارجها .

١٢–ب–٢  الإشراف على إعداد استراتيجيات الهيئة وسياساتها وأهدافها والخطط السنوية والخمسية للمشاريع والبرامج المختلفة بالهيئة .

١٢–ب–٣  تعيين موظفي الهيئة في الداخل والخارج وإنهاء عملهم طبقاً للوائح والأنظمة .

١٢–ب–٤  إعداد تقرير سنوي للمجلس يبين فيه ما حققته الهيئة من أهداف ويوضح وضع الهيئة الإداري والمالي .

١٢–ب–٥  الإشراف على إعداد الحساب الختامي للهيئة وعرضه على المجلس .

١٢–ب–٦  الإشراف على إعداد مشروع الموازنة التقديرية السنوية للهيئة وعرضه على المجلس .

١٢–ب–٧  تمثيل الهيئة أمام الدوائر الحكومية والجهات القضائية بدولة المقر وله صلاحية توكيل الغير في ذلك .

(١٦)

.O. Box: 537 - Tel: 5600919 - Fax: 5601319 / 5601267 - Tlx: 540009 RABITA SJ / 540390 TWO SJ - cable: (RABITA-MAKKAH)

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00013687



CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00013688



CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00013689

| Power of Attorney | توكيل محلي |
|---|---|

Praise be for Allah and Prayer and Peace upon our prophet Mohammed and his followers:

الحمد لله وحده، والصلاة والسلام على نبينا محمد وآله وصحبه، وبعد:

By the assistance and help of Allah on ___ / ___ /14  H- / ___ /20 ___

قيعون من الله وتوفيقه بتاريخ اليوم   /   /   14هـ –   /   /   20 م

Al Rajhi Banking & Investment Corporation (Al Rajhi Bank\The Bank)

لدى شركة الراجحي المصرفية للاستثمار (مصرف الراجحي/المصرف) فرع

Branch _____ City in the K.S.A. _____

_____ في مدينة _____ في المملكة العربية السعودية

/We acknowledge that I /we have authorized Mr. _____
and his nationality _____ in our dealing
with any transaction through my account/accounts No. to carryout the ollowing authorities.

أقر / نقر بأنني ☐ بأننا قد وكلت / وكلنا المكرم _____ وجنسيته
_____ خولته / وخولناه في تعاملاتي / تعاملاتنا من خلال الحساب/
الحسابات الخاصة بي / بنا رقم _____ الصلاحيات الآتية:

- ☐ it includes ☐ Deposit and ☐ withdrawal, ☐ transfer, ☐ accept/reject withdrawal and ☐ accept and endorse the commercial papers and ☐ direct the instructions to you regarding:
  a. ☐ Whatever the amounts may be.
  b. ☐ Which should not exceed _____ SR.
  c. ☐ Which should not exceed _____ SR in foreign Currency and also in ☐ receiving and ☐ holding of all type.

1. ☐ وتشمل ☐ الإيداع، و ☐ السحب، و ☐ التحويل، و ☐ قبول ورفض السحوبات، و ☐ قبول وتظهير الأوراق التجارية، و ☐ توجيه التعليمات إليكم، وذلك:
   أ. ☐ أيا كانت قيمة المبالغ.
   ب. ☐ فيما لا يتجاوز مبلغ _____ ريالاً.
   ج. ☐ فيما لا يتجاوز ما يعادل _____ ريالاً بالعملات الأجنبية.
   وكذا في ☐ التسلم، و ☐ القبض بجميع أحواله.

- ☐ Selling, purchasing currency mortgage and metals, checks, financial and commercial papers, equities and interests according to the controls which are ratified by the Sharia legal commission in this regard.

2. ☐ بيع وشراء ورهن العملات والمعادن والشيكات والأوراق المالية والتجارية والأسهم و الحصص طبقاً للضوابط التي اعتمدتها الهيئة الشرعية للمصرف في هذا الشأن.

- ☐ Requesting facilities, its operation and management.

3. ☐ طلب التسهيلات وتشغيلها، وإدارتها.

- ☐ Leasing trust funds and using it.

4. ☐ استئجار صناديق الأمانات واستعمالها.

- ☐ Requesting ATM and credit cards, ☐ receiving and ☐ using and activating by entering PIN.

5. ☐ طلب بطاقات الصراف الآلي وبطاقات الائتمان و ☐ تسلمها و ☐ استخدامها وتنشيطها بإدخال الرقم السري.

- ☐ Requesting account statements, checks, receiving it and ratifying the account statement and objecting to it.

6. ☐ طلب كشوف الحساب والشيكات وتسلمها والمصادقة على كشوف الحسابات والاعتراض عليها.

- ☐ Suspending accounts, closing and settlement.

7. ☐ إيقاف الحسابات وقفلها وتسويتها.

- ☐ Other things _____

8. ☐ أمور أخرى _____

· virtue of this authorization he fully represents me when using the dicated authorities which carries the following numbers: _____
_____ I shall be obliged with the consequences of these thorities and responsible for all its effects. This authorization shall be valid a period of _____ from the date of signature unless you are notified th any instructions to amend or cancel these authorities.

وبموجب هذا التوكيل فهو يمثلني / يمثلنا تمثيلاً كاملاً عند استعماله هذه الصلاحيات المؤشر عليها والتي تحمل الأرقام الآتية: _____
ونلتزم بما يترتب على استخدام هذه الصلاحيات ونكون مسؤولين عن جميع آثارها.
ويسري مفعول هذه الوكالة لمدة _____ ما لم تصلكم تعليمات بتعديل هذه الصلاحيات أو إلغائها.

|  |  |
|---|---|
| Name _____ Signatures _____ | الموكل/ الموكلون: |
| | الاسم _____ التوقيع _____ |
| Name _____ Signatures _____ | الاسم _____ التوقيع _____ |
| Address _____ | العنوان _____ |
| Phone ☐☐☐☐☐☐  Fax ☐☐☐☐☐☐ | هاتف _____ فاكس _____ |

Specimen Signatures of the Representative:

نموذج توقيع الوكيل:

Specimen Signatures of the Representative

نموذج توقيع الوكيل:

Customer's Service Staff Signatures: _____

توقيع موظف خدمات العملاء _____

Branch Manager Signatures: _____

توقيع مدير الفرع _____

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00013690



CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00013691



orld League
...nat General
Markah al-Mukarramah

رابطـة العـالم الإسلامي
الإمانة العامة – مكة المكرمة

| الرقم | | التاريخ | | المرفقات | |
|---|---|---|---|---|---|

أعرض: ......

إلى من يهمه الأمر

تشهد رابطة العالم الإسلامي ومقرها الرئيسي بمكة المكرمة بالملكة العربية السعودية أن هيئة
الإغاثة الإسلامية العالمية أنشئت بقرار من المجلس التأسيسي لرابطة العالم الإسلامي في دورته
العشرين المنعقدة في الفترة من ١٥-٢٧/١١/١٣٩٨هـ الموافق ١٧-٢٩/١٠/١٩٧٨م وهي هيئة
ذات شخصية اعتبارية ولها كيانها التنظيمي والإداري والمالي الخاص بها وتعنى بتقديم الغوث
للشعوب والمجتمعات في حالات الكوارث بمختلف القارات ، وتقديم الرعاية الشاملة قدر الإمكان
للفقراء من الأرامل والأطفال والأيتام ، وإنشاء ودعم وتسيير المعاهد العامة والمدارس والمؤسسات
التعليمية والمبنية والبرامج التدريبية والاجتماعية وتقديم المنح الدراسية وإنشاء وإدارة المستشفيات
والمستوصفات في الدول والمجتمعات المحتاجة لذلك وإنشاء وإدارة ومساعدة ملاجئ الأيتام والاهتمام
بصحتهم وتعليمهم وتدريبهم .
لذا تأمل رابطة العالم الإسلامي التعاون مع البيئة وتسهيل مهامها .

الأمين العام
لرابطة العالم الإسلامي
رئيس مجلس إدارة البيئة
د. عبدالله بن صالح آلعبيد

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00013692



تشهد وزارة الخارجية بالمملكة العربية السعودية أن هيئة الإغاثة الإسلامية العالمية هي هيئة غير حكومية معترف بها من حكومة المملكة العربية السعودية وتشرف الرئيس معتمدة جدا بالمملكة العربية السعودية وتمارس أعمالها في خدمة اللاجئين والأطفال وضحايا الكوارث والحروب في العالم وبناءاً على طلب الهيئة أعطيت هذه الشهادة.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00013693

 

## TO Whom it May Concern

This is to certify that the International Islamic Relief Organiztion is a humanitarian non governmental body recognized by the government of the kingdom of saudi Arabia and is based in jeddah .

Its main concern is to catre for the Refugees, Children and the victims of wars and disasters world wide.

This certificate is given on its request .

A/538



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

sÃm World League

Secretariat General

Makkah al-Mukarramah

رابطة العالم الإسلامي

الأمانة العامة – مكة المكرمة

سكرتارية المجلس التأسيسي

الرقم : ٤ ٠ ١ / ٦ ٨ ٣ ٢ ٠٠    التاريخ : ٦ ١ ربيع الأول ١٤٢٣هـ    المرفقات :

**الموضوع :** النظام الأساس لهيئة

الإغاثة الإسلامية العالمية

سعادة الأمين العام لهيئة الإغاثة الإسلامية العالمية    وفقه الله

سلام عليكم ورحمة الله وبركاته • أما بعد :

فإن المجلس التأسيسي للرابطة في دورته السابعة والثلاثين التي عقدت في

الفترة من ٢٧–٢٨ محرم ١٤٢٣هـ قد درس مشروع النظام الأساس لهيئة

الإغاثة الإسلامية العالمية •

وبعد النظر في التعديلات التي تمت عليه فقد قرر المجلس الموافقة عليه

بالصيغة المرفقة •

وإذ أبلغكم ذلك آمل التمشي بموجبه ، وإبلاغه لمن يلزم •

والسلام عليكم ورحمة الله وبركاته ،،،

الأمين العام لرابطة للعالم الإسلامي

د• عبدالله بن عبدالمحسن التركي

quote above ref. No. and date when replying. Prière indiquer reference susmen dans toute suite

cm: 37 • Tel: 5600914 • Fax: 5601319 / 560126" • Tlm: 54000F HABITR. S; 540390 TWC S; • cable: HABITR–MAKKAH

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York    ARB-00013695

بسم الله الرحمن الرحيم

نظراً لتقدم وبوجود هيئة اغاثة اسلامية عالمية تقوم بالبيئات الخيرية
والانسانية الدولية في هذا المجال . فقد قررت لجنة المائة انشاء تنظيم
الاغاثة الاسلامية العالمية في نطاق رابطة العالم الاسلامي مقرها مكة المكرمة
ولها فروع في انحاء العالم وتكون مصادر تمويلها الرئيسية من التبـــــرع
الاسلامية من تبرعاتها وصدقاتها وزكواتها واوقافها وما شاكل ذلك .

وقد قرر المجلس شكر لجنة المائة على قيامها باغاثة اللاجئين الرئيسيــــن
الذين نفخلاتين وقد كان ذلك الحمل جليلاً وهـــ حيث تشمر المسلمين في كل
مكان ان رابطة العالم الاسلامي تبذل جهدها وتهر على مصالح المسلميــــن
اينما كانوا .

اطلع مجلس المجلس على مشروع انشاء منظمة الاغاثة الاسلامية العالمية وجـــ
مناقشة الوثائق الخاصة والكول الاسلامية على التوى في انحاء هذه المنطقـــة
ابيسون الدول والكورسات .

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

رابطة العالم الإسلامي

Secretariat General
Makkah al-Mukarramah

الأمانة العامة – مكة المكرمة

سكرتارية المجلس التأسيسي

| المرفقات | ١٤هـ / / | التاريخ | / | الرقم |
|---|---|---|---|---|

بسم الله الرحمن الرحيم

# النظام الأساس

## لهيئة الإغاثة الإسلامية العالمية

### الباب الأول – المصطلحات

المادة الأولى :

المصطلحات التالية حيثما وردت في هذا النظام تعني المقابل لها :

١–١ المجلس التأسيسي: المجلس التأسيسي لرابطة العالم الإسلامي .

١–٢ الرابطـــــة : رابطة العالم الإسلامي .

١–٣ الهيئــــــة : هيئة الإغاثة الإسلامية العالمية .

١–٤ الجمعيــة عامة : الجمعية العامة لهيئة الإغاثة الإسلامية العالمية .

١–٥ الرئيــس : الأمين العام لرابطة العالم الإسلامي : رئيس الجمعية العامة ورئيس مجلس الإدارة .

١–٦ المجلـــــس : مجلس إدارة هيئة الإغاثة الإسلامية العالمية .

١–٧ الأمانـــة عامة : الأمانة العامة لهيئة الإغاثة الإسلامية العالمية ورعايتها وبرامجها .

١–٨ الأمين العام : الأمين العام لهيئة الإغاثة الإسلامية العالمية .

١–٩ المكاتب خارج : مكاتب الهيئة في وعبها داخل دولة المقر وخارجها .

above Ref. No. and date when replying. Priere indiquer reference suscitee dans toute suite.

Te.. 5600915 - Fax: 5601315 / 5601267 - Tim: 540005 RABITA Dl 540390 RWC Sl    abl: (RABITA-MAKKAH

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00013697

Makkah al-Mukarramah

الأمانة العامة – مكة المكرمة

سكرتارية المجلس التأسيسي

| المرفقات | ١٤هـ / / | التاريخ | / | الرقم |
|---|---|---|---|---|

## الباب الثاني : التأسيس

المادة الثانية :

هيئة الإغاثة الإسلامية ..ية منظمة خيرية إسلامية ، منبثقة عن رابطة الع...
الإسلامي ، عالمية الأداء ؛ تتعز... مع المحس..ين لتقديم تبرعا...هم لإخوا...هم المحتاجين
والمنكوبين في العالم ، لتثبيتهم ... الإسلام وإغاثتهم ورفع معاناتهم وتنمية مجتمعا...هم ؛
أنشئت بقرار المجلس التأسي... ...رابطة في دورته العشرين عام ١٣٩٨هـ......( ألف
وثلاثمائة و...مانية وتسعين للهـ...رة) وبالموافقــة الســامية رقم ٤٧٣٤ وتــاريخ
١٣٩٩/٢/٣٠هـ الموافق ٣٠ ١٩٧٩م وهي ذات شخصية اعتبارية مستقلة ؛
و...ا كيا... ...نظيمي والإداري ...لي الخاص بما في إطار أحكــام نظاميهــا الأســاس
ولوائحه .

## المقر

المادة الثالثة :

مقر هيئة مكة المكرمة ...كة العربية السعودية ، و...ا بحكم الواقع الماثل إدارة
جميع أعضا... من مركز...ها في جد... و...ا أن تنشئ مكاتب وفروعا في داخل دولة المقـ...
و...ارج...

...ر... ...شـ...رة الرياض ...... ...... ......... ...... .... ......
و د... ...٠١٢٦٧ – تلكس رقم : ٤٠٣٩٠٠ – ...ـ... ... الريا...
33° – Tel: 5600915 – Fax: 5601219 : 5601267 – Tel: 540009 ...

ـ...ق بريد... ٥٣٠ – مكتب وقف... ٤٠٠٠٠ – تلكس رقم
T... CI : 540390 IWL C... cable: (RABIT...-MAKKAH

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00013698

بـــــــم الله الرحمن الرحيم

**MUSLIM WORLD LEAGUE**
MAKKAH AL MUKARRAMAH
**INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION**



رابطـــة العــالم الإسلامــي
مكـة المكـرمة
هيئة الإغاثة الإسلامية العالمية

............... الموضوع :

الرقـم : ...............
التاريخ : ٢٦/١٩/٢١٢-٦ هـ

سعادة مدير شركة الراجحي المصرفيه للاستثمار    حفظه الله

فرع الشرقيه - جدة

السلام عليكم ورحمة الله وبركاته ،،،

تشكركم هيئة الاغاثة الاسلامية العالمية علي حسن تعاونكم معها

في خدمة الاسلام والمسلمين - فجزاكم الله خيرا .

ونـــأمـل فتح حساب بـأسم / هيئة الاغاثة الاسلامية العالمية -

الطفل الكفيف في مصر .

علي ان يكــون صلاحيـة السحب مـن هذا الحساب حسب المتبع في

حسـابـاتنـا الجارية طرفكــــــم .

لاكمال اللازم وافادتنا برقم الحساب عاجلا للاهمية .

داعين الله ان يوفقنا واياكم لمافيه الخير ،،،

المشرف العام

د .فريد يا سين قرشي

العنوان : ص . ب : ١٤٨٤٣ جدة ٢١٤٣٤ - هاتف : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس حي
Address: P.O.Box: 14843 Jeddah 21434 - Tel :6512 3 33 - 6515411 - Fax:6518491 - Telex: 606754 IGATHA SJ.

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00013703

Secretariat General
Makkah al-Mukarramah

الأمانة العامة – مكة المكرمة

سكرتارية المجلس التأسيسي

| الرقم | / | | التاريخ | / | / | ١٤هـ | المرفقات |

## الأمانة العامة

## المادة الثانية عشرة :

**١٢ – أ**    يعين للهيئة أمين عام بقرار من الرئيس ، يتولى رئاسة الجهاز التنفيذي للهيئة ، ويكون مسؤولاً أمام الرئيس عن أداء أعمال هـــذا الجهـاز ، ويشترط التفرغ التام لهذا المنصب .

**١٢ – ب**    اختصاصات الأمين العام وصلاحياته :

**١٢ – ب – ١**    إدارة الجهاز التنفيذي للهيئة في المقر الرئيسي والإشراف على مكــاتب الهيئة وفروعها داخل المقر وخارجها .

**١٢ – ب – ٢**    الإشراف على إعداد استراتيجيات الهيئة وسياساتها وأهدافها والخطـــط السنوية والخمسية للمشاريع والبرامج المختلفة بالهيئة .

**١٢ – ب – ٣**    تعيين موظفي الهيئة في الداخل والخارج وإنهاء عملهم طبقـــاً للوائـــح والأنظمة .

**١٢ – ب – ٤**    إعداد تقرير سنوي للمجلس يبين فيه ما حققته الهيئة مـــن أهـــداف ويوضح وضع الهيئة الإداري والمالي .

**١٢ – ب – ٥**    الإشراف على إعداد الحساب الختامي للهيئة وعرضه على المجلس .

**١٢ – ب – ٦**    الإشراف على إعداد مشروع الموازنة التقديرية السنوية للهيئة وعرضـه على المجلس .

**١٢ – ب – ٧**    تمثيل الهيئة أمام الدوائر الحكومية والجهات القضائية بدولة المقـــر وله الصلاحية في تفويض غيره في ذلك .

Box: 537 - Tel: 5600919 - Fax: 5601319   5601267 - Tlx: 540009 RABITA SJ / 540390 IWC SJ - cable: (RABITA-MAKKAH

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00013704

MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION**



رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية

الموضوع : ..........................

: ..........................

الرقم : ..........................

التاريخ : ١٤١٢/١١/١٩ هـ

سعادة مدير شركة الراجحي المصرفيه للاستثمار        حفظه الله

فرع الشرفيه - جدة

السلام عليكم ورحمة الله وبركاته ،،،

تشكركم هيئة الاغاثة الاسلامية العالمية علي حسن تعاونكم معها

في خدمة الاسلام والمسلمين - فجزاكم الله خيرا .

ونـأمـل فتح حساب باسم / هيئة الاغاثة الاسلامية العالمية -

الطفل الكفيف في مصر .

علي ان يكون صلاحية السحب من هذا الحساب حسب المتبع في

حسابـاتنـا الجارية طرفكـــــم .

لاكمال اللازم وافادتنا برقم الحساب عاجلا للاهمية .

داعين الله ان يوفقنا واياكم لمافيه الخير ،،،

المشرف العام

د.فريد يـاسـين قرشي

العنوان : ص.ب : ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣-٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address: P.O.Box: 14843 Jeddah 21434- Tel. 6512 3 33 - 6515411 - Fax:6518491 - Telex: 606754 IGATHA SJ.

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York                    ARB-00013705

للاستعمال الفرع فقط

١. قائمة تدقيق المستندات

| التاريخ | التوقيع | اسم الموظف | المستندات |
|---|---|---|---|
| / / | | | صورة الهوية |
| / / | | | (يشترط ختم الكفيل وتوقيعه على صورة الجواز للمقيمين بأنها طبق الأصل ) |
| / / | | | صورة شهادة الميلاد |
| / / | | | خطاب تعريف العمل / مصدر الدخل |
| / / | | | خطاب تحويل الراتب |
| / / | | | صورة الترخيص للمحال التجارية |
| / / | | | صورة السجل التجاري للشركات |
| / / | | | خطاب لطلب فتح الحساب |
| / / | | | صورة عقد تأسيس الشركات والمؤسسات |
| / / | | | صورة قرار مجلس الإدارة |
| / / | | | صورة عقد الشراكة |
| / / | | | صورة قرار تشكيل مجلس الإدارة |
| / / | | | موافقة فتح حساب مصرفي من الجهة المختصة : |
| / / | | | اسم الجهة ـــــ رقم الموافقة ـــــ تاريخ الموافقة |
| / / | | | خطاب تفويض لمندوب |
| / / | | | (حدد سبب التفويض ـــــ ) |
| / / | | | خطابات التفويض للمخولين |
| / / | | | (حدد سبب التفويض ـــــ ) |
| / / | | | إقرار عملاء البصمة |
| / / | | | صورة طلب تمويل |
| / / | | | (حدد نوع الطلب ـــــ ) |
| / / | | | صورة طلب بطاقة ائتمانية |
| / / | | | ( حدد نوع البطاقة ـــــ ) |

٢. قائمة تدقيق المنتجات والخدمات التي يطلبها العميل

| تاريخ تحميل الطلب على النظام | تاريخ طلب الخدمة | التوقيع | اسم الموظف | المنتج / الخدمة |
|---|---|---|---|---|
| / / | / / | | | طلب بطاقة صراف آلي |
| / / | / / | | | طلب اشتراك في الخدمات الالكترونية |
| / / | / / | | | طلب دفتر شيكات |
| / / | / / | | | أمر مستديم |
| / / | / / | | | توكيل |
| / / | / / | | | اتفاقية تعبيد اتفاقية فاكس |
| / / | / / | | | طلب بطاقة الوسيط |
| / / | / / | | | طلب منتج تمويل (حدد ـــــ ) |
| / / | / / | | | طلب بطاقة ائتمان (حدد ـــــ ) |

٣. قائمة تحديث بيانات العميل

| التوقيع | تاريخ تحديث بيانات العميل | اسم الموظف |
|---|---|---|
| | / / | |
| | / / | |
| | / / | |
| | / / | |
| | / / | |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00013706

الموضوع/ التماس الموافقة على قرارات وتوصيات المجلس التأسيسي للرابطـــــة في دورته العشرين.

الإشارات :

٢٥ / ١ / ؟؟

حضرة صاحب السمو الملكي الأمير نايف بن عبد العزيز    حفظه الله
ولي العهد   ونائب رئيس مجلس الـــــوزراء*

السلام عليكم ورحمة الله وبركاته . وبعد :

أتشرف بإحاطة علم سموكم الكريم بأن المجلس التأسيسي لرابطة العالم الإسلامي قد عقد دورته العشرين في الفترة من ٥١ حتى ٢٧ ذي القعدة ١٣١٨هـ .

حيث تمت مناقشة الموضوعات المدرجة في جدول أعماله وقد أصدر المجلـــس القرارات والتوصيات التي أتشرف برفعها لسموكم الكريم مع التماس التفضل بالاطـــلاع عليها وإصدار توجيهاتكم السامية طيبها .

والله يحفظ سموكم لعائده عز الإسلام والمسلمين .

والله يحفظكم ويرعاكم . ،،،

الأمين العام

بعث طي الحـــــــرتان

ع/ ص

- نسخة للمثبوت
حتقي شب

شطب الإعانات التي تدرب بالطالب

( ١ )

نارا لسلام وبهود ، حيث إغاثة اسلامية عالمية تناقض الهيئات الخيرية
والإنسانية الدولية في هذا المجال . فقد قررت الامانة العامة إنشاء منظمة
الاغاثة الاسلامية العالمية في نطاق رابطة العالم الاسلامي بقربها مكة المكرمة
وإنها فروع في انحاء العالم وتكون مصادر تمويلها الرئيسية من الشعوب
الاسلامية من تبرعاتها وصدقاتها وزكاتها واوقافها ومشاكل ذلك .
وقد قرر المجلس شكر الامانة العامة على قيامها باغاثة اللاجئين البوسنيين
الى بيثلادين وقد كان ذلك الحمل جليل وتماما حيث شمر المسلمين اوتال
ككان ان رابطة العالم الاسلامي تسل جادة وتسهر على مصالح المسلمين
اينما كانوا .

نا راتش الصحاب على مشروع انشاء منظمة الاغاثة الاسلامية العالمية توصية
مشاركة الوزير الاسلامي والدول الاسلامية على المدى في انشاء هذه المنظمة
ناي يتعاون الدول بالمؤسسات ..

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

**[Handwritten text is indicated in italics]**



*212*        *17444*

*H 158*   █ *327/1   0 ---*

*Mohammad* [Illegible]
*Missing data*

[Illegible]
*Signatures*
*And the I.D's of the*
*Committee Members and*
*the authorized signatories*




Tejoury LTD
F015794683

**AL RAJHI BANKING & INVESTMENT CORP.**

**AL RAJHI BANKING & INVESTMENT CORP.**

158

<div style="margin-left:0">

Acct: █ *327/1*

Customer Name: *Blind Child from Egypt* [Illegible] *Relief*

Acct. Type:

</div>

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00013678

**[Handwritten text is indicated in italics]**

*175*  ②
*Annexes*

**KINGDOM OF SAUDI ARABIA**

**PRIME MINISTER'S OFFICE**

**POLITICAL AFFAIRS**

**In the name of God, Most Gracious, Most Merciful**

Ref. *4734*

Date: *30/2/99*

[Corresponding to: Jan 28, 1979]

[Illegible]
*Copies of the decisions and recommendations*

**Subject: Approval of the Decisions and Recommendations of the League's Constituent Assembly at its Twentieth Session**

**His Excellency the Secretary General of the Muslim World League,**

**Greetings,**

**Reference to your letter No. 669 of 25/1/99 Hijri [Corresponding to Dec 25, 1978] with its annexes namely, the decisions and recommendations of the Constituent Assembly of the Muslim World League in its twentieth session, held at [illegible] from 15 to 27 Dhul Qa'dah, 98 Hijri [Corresponding to Oct 17 to Oct 29, 1978].**
**We inform you of our approval of these Decisions and Recommendations and kindly ask you to complete [missing text] accordingly. May God bless you.**

**[Handwritten Signature]**

**Deputy Prime Minister**

*Urgent*
*To Mr. [Illegible]*
*To complete the required work.*
**[Handwritten Signature]**
*2/3*

**A copy to the Ministry of Foreign Affairs along with the Recommendations and Decisions for adoption.**

**0/1**

*Greetings,*
*Conferences*
[Handwritten Signature]
*2/3*

*Conferences* [Handwritten Signature]
*2/3/99 [Corresponding to Feb 9, 1978]*

[STAMP: League [Illegible]
General Secretariat
[Illegible] *860/1*
Date: *2/3/99* [Corresponding to Feb 9, 1978]]

*1) To be submitted to H.E. the Secretary-General and H.E the Assistant Secretary-General.*
*2) Distribution of each paragraph of the Decisions and Recommendations among the files, in preparation for their submission to the Assistant Secretary-General*
*3) The decisions are to be disseminated and distributed to the members of the Constituent Assembly for adoption.*

[STAMP: **Muslim World League**
General Secretariat
Management of the Constituent Assembly
Record No. *467/1*
Date....2/3/ [Illegible]]

*To be kept in the (20th) session file*

[Handwritten Signature] *20/*

**CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York**

**ARB-00013679**

In the name of God, Most Gracious, Most Merciful
And hold fast by the covenant of Allah all together and be not disunited

Muslim World League
General Secretariat
Mecca

DECISIONS

Of the Constituent Assembly of the Muslim World League

in its twentieth session, held at Mecca

During the Period

from 15 to 27 Dhul Qa'dah, 1398 Hijri

Corresponding to 17 to 29 October 1978

Box: 537 - Tel: 5600919 - Fax: 5601319 / 5601267 - Tlx: 540009 RABITA SJ/ 540390 TWO SJ - cable: (RABITA-MAKKAH)

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00013680

**Muslim World League**
Secretariat General – Makkah al-Mukarramah



**Muslim World League**
Secretariat General – Makkah al-Mukarramah

| Ref. | Date / / 14 Hijri | Annexes |
|---|---|---|

Subject:--------------------------------------------
--------------------------------------------------------

To Whom it May Concern

The Muslim World League headquartered in Mecca, Saudi Arabia certifies that the International Islamic Relief Organization was established by a decision of the Constituent Assembly of the Muslim World League in its twentieth session held in Mecca from 15-27 /11/1398 Hijri, corresponding to 17-29/10/1978. It is a body with legal personality and has its own organizational and administrative entity. The Organization delivers relief assistance to peoples and communities on various continents in the event of disasters. It provides comprehensive care, as far as practicable to the poor, including widows, children and orphans. It also creates, supports and runs public institutes, schools, educational and vocational institutions, offers training and social programs, scholarships, establishes and manages hospitals and clinics in States and communities in need. It builds, operates and assists orphanages and attends to their health, education and training.

The League therefore appreciates your cooperation and assistance in facilitating the tasks of the Organization.

Secretary General

Muslim World League

Chairman of the Board of Directors of the Organization

[Handwritten Signature]

Dr. Abdullah Bin Saleh Al-Obaid

[Handwritten Signature]

[**ROUND STAMP:** There is no God but Allah, Muhammad is the Messenger of Allah
Muslim World League
Jeddah Office]]

[Illegible Text]

[**STAMP:** [Illegible]]

[Handwritten Signature]

Please quote above Ref. No. and date when replying. Prieers indiquer reference suscitée dans toute suite.

Box: 537 - Tel: 5600919 - Fax: 5601319 / 5601267 - Tlx: 540009 RABITA SJ/ 540390 TWO SJ - cable: (RABITA-MAKKAH)

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00013681

**KINGDOM OF SAUDI ARABIA**
**MINISTRY OF FOREIGN AFFAIRS**



**CERTIFICATE**

The Ministry of Foreign Affairs certifies that the International Islamic Relief Organization is a non-governmental organization recognized by the Government of the Kingdom of Saudi Arabia. Headquartered in Jeddah, it provides services to refugees, children, and victims of the world's disasters and wars.

At the request of the Organization, this certificate was delivered.

[**ROUND STAMP**: [Illegible]]

**CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York**

ARB-00013682

**KINGDOM OF SAUDI ARABIA**
**MINISTRY OF FOREIGN AFFAIRS**



To Whom it May Concern

This is to certify that the International Islamic Relief Organization is a humanitarian non-governmental body recognized by the Government of the Kingdom of Saudi Arabia and is based in Jeddah.

Its main concern is to care for the refugees, children and the victims of wars and disasters world-wide.

This certificate is given on its request.

A/538

[**ROUND STAMP:** [Illegible]]

**CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York**                    ARB-00013683

| | | | |
|---|---|---|---|
| **Muslim World League**<br>Secretariat General - Mecca<br>The Constituent Assembly Secretariat | |  | **Muslim World League**<br>Secretariat General<br>Makkah al-Mukarramah |

| | | |
|---|---|---|
| Ref. *104* [Illegible] | Date / / 14 Hijri<br>1423 | Annexes: *Copy* of [Illegible] |

In the name of God, Most
Gracious, Most Merciful

**Subject:** <u>The Statute of the International</u>

<u>Islamic Relief Organization</u>

**His Excellency the Secretary General of the International Islamic Relief Organization, may God grant him success,**

**Peace, God's mercy and blessings be upon you,**

In its thirty seventh session held from 27-28 Muharram 1423 Hijri [Corresponding to Apr 10-11, 2002], the League's Constituent Assembly has examined the draft statute of the International Islamic Relief Organization.

After considering the amendments thereto, the Assembly decided to approve it as per the attached format.

Therefore, I kindly ask you to comply with it and to notify those concerned.          [Handwritten Signature]

Peace, God's mercy and blessings be upon you,          [Handwritten Signature]

**General Secretary of the Muslim World League**

**[Handwritten Signature]** *14/3*

**Dr. Abdallah Ben Abdel Mohsen At-Turki**

A/A 314

*Incoming under number 4778*

*On* [Illegible]

Please quote above Ref. No. and date when replying. Prieers indiquer reference suscitée dans toute suite.

Box: 537 - Tel: 5600919 - Fax: 5601319 / 5601267 - Tlx: 540009 RABITA SJ/ 540390 TWO SJ - cable: (RABITA-MAKKAH)

**CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York**          **ARB-00013684**

**Muslim World League**
Secretariat General - Mecca
The Constituent Assembly Secretariat



**Muslim World League**
Secretariat General
Makkah al-Mukarramah

| Ref. | Date / | / | 14 Hijri | Annexes: |
|------|--------|---|----------|----------|

In the name of God, Most
Gracious, Most Merciful

The Statute of

The International Islamic Relief Organization

<u>Section I - Terminology</u>

<u>Article I:</u>

The terms used herein shall have the meanings set forth opposite thereto:

1-1 Constituent Assembly: Constituent Assembly of the Muslim World League.

2-1 The League: The Muslim World League.

3-1 The Organization: International Islamic Relief Organization.

4-1 General Assembly: The General Assembly of the International Islamic Relief Organization.

5-1 The President: General Secretary of the Muslim World League, Chairman of the General Assembly and Chairman of the Board of Directors.

6-1 The Board: The Board of Directors of the International Islamic Relief Organization.

7-1 General Secretariat: The General Secretariat of the International Islamic Relief Organization, its sponsorships and programs.

8-1 Secretary General: The Secretary General of the International Islamic Relief Organization.

9-1 Offices and branches: The offices of and branches of the Organization inside the country of the headquarters and abroad.

[**STAMP:** World League [Missing text]
Mecca [Missing text]
10/13
Constituent Assembly]

Please quote above Ref. No. and date when replying. Prieers indiquer reference suscitée dans toute suite.

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York                ARB-00013685

**Muslim World League**
Secretariat General - Mecca
The Constituent Assembly Secretariat



**Muslim World League**
Secretariat General
Makkah al-Mukarramah

| Ref. | Date /      /     14 Hijri | Annexes: |
|------|---------------------------|----------|

### Section II: The Establishment

**Article II:**

The International Islamic Relief Organization is an Islamic charitable organization of the Muslim World League. Working globally, it cooperates with philanthropists to provide their donations to their needy and afflicted brethren in the world, in order to strengthen their faith in Islam, provide them with relief, relieve their suffering and develop their societies. Established by a decision of the League's Constituent Assembly in its twentieth session in 1398 (thirteen hundred and ninety-eight AH), with the Royal Approval No. 4734 of 2/30/1399 corresponding to 29/1/1979. It has an independent legal personality with its own organizational, administrative and financial entity within the framework of the provisions and regulations of its Statute.

### Headquarters

**Article III:**

The Organization is based in Mecca, Saudi Arabia and has de facto authorities to manage all its business from its Headquarters in Jeddah. It can establish offices and branches within and outside the headquarters State.

[**STAMP:** World League [Missing text]
Mecca [Missing text]
10/13
Constituent Assembly]

Please quote above Ref. No. and date when replying. Prieers indiquer reference suscitée dans toute suite.

Box: 537 - Tel: 5600919 - Fax: 5601319 / 5601267 - Tlx: 540009 RABITA SJ/ 540390 TWO SJ - cable: (RABITA-MAKKAH)

**CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York**

ARB-00013686

**Muslim World League**
Secretariat General - Mecca
The Constituent Assembly Secretariat



**Muslim World League**
Secretariat General
Makkah al-Mukarramah

| Ref. | Date /    /    14 Hijri | Annexes: |
|------|------|------|

### General Secretariat

**Article XII**

12-a   A Secretary-General shall be appointed for the Organization by a decision of the President. He shall preside over the Executive Body of the Organization and shall be responsible to the President for the performance of work of this Body. This position shall be full-time.

✓12-b   Functions and powers of the Secretary General:

12-b-1   Managing the Executive Body of the Organization at the Headquarters and supervising the offices and branches of the Organization within and outside the Headquarters' State.

12-b-2   Supervising the preparation of the Organization's strategies, policies, objectives, annual and five-year plans for the various projects and programs of the Organization.

12-b-3   Appointing the Organization's employees inside and outside the Country and terminating their work in accordance with the rules and regulations.

12-b-4   Preparation of an annual report for the Board indicating the objectives achieved by the Organization and explaining the administrative and financial status of the Organization.

12-b-5   Supervising the preparation of the Organization's final account and submitting it to the Board.

12-b-6   Supervising the preparation of the draft annual estimated budget for the Organization and presenting it to the Board.

12-b-7   Representation before government departments and judicial authorities in the Headquarters' State, and the power to delegate others to do so.

**[STAMP: Muslim World League**
**Mecca**
[Illegible]
Constituent Assembly]

Please quote above Ref. No. and date when replying. Prieers indiquer reference suscitée dans toute suite.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00013687

[Handwritten text is indicated in italics]

*175*
*Annexes* 

**In the name of God, Most Gracious, Most Merciful**

KINGDOM OF SAUDI ARABIA

PRIME MINISTER'S OFFICE

POLITICAL AFFAIRS

Ref. *4734*

Date: *30/2/99*

[Corresponding to: Jan 28, 1979]

[Illegible]
*Copies of the decisions and recommendations*

**Subject: Approval of the Decisions and Recommendations of the League's Constituent Assembly at its Twentieth Session**

**His Excellency the Secretary General of the Muslim World League,**

**Greetings,**

**Reference to your letter No. 669 of 25/1/99 Hijri [Corresponding to Dec 25, 1978] with its annexes namely, the decisions and recommendations of the Constituent Assembly of the Muslim World League in its twentieth session, held at [illegible] from 15 to 27 Dhul Qa'adh, 98 Hijri [Corresponding to Oct 17 to Oct 29, 1978].**
**We inform you of our approval of these Decisions and Recommendations and kindly ask you to complete [missing text] accordingly. May God bless you.**

[Handwritten Signature]

**Deputy Prime Minister**

*Urgent*
*To Mr. [Illegible]*
*To complete the required work.*
[Handwritten Signature]
*2/3*

**A copy to the Ministry of Foreign Affairs along with the Recommendations and Decisions for adoption.**

*0/1*

*Greetings,*
*Conferences*
[Handwritten Signature]
*2/3*

*Conferences* [Handwritten Signature]
*2/3/99* [Corresponding to Feb 9, 1978]

[STAMP: League [Illegible]
General Secretariat
[Illegible] *860/1*
Date: *2/3/99* [Corresponding to Feb 9, 1978]]

*1) To be submitted to H.E. the Secretary-General and H.E the Assistant Secretary-General.*
*2) Distribution of each paragraph of the Decisions and Recommendations among the files, in preparation for their submission to the Assistant Secretary-General*
*3) The decisions are to be disseminated and distributed to the members of the Constituent Assembly for adoption.*

[STAMP: **Muslim World League**
General Secretariat
Management of the Constituent Assembly
Record No. *467/1*
Date....2/3/ [Illegible]]

*To be kept in the (20th) session file*

[Handwritten Signature] *20/*

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00013688

In the name of God, Most Gracious, Most Merciful
And hold fast by the covenant of Allah all together and be not disunited

Muslim World League
General Secretariat
Mecca

DECISIONS

Of the Constituent Assembly of the Muslim World League

in its twentieth session, held at Mecca

During the Period from

from 15 to 27 Dhul Qa'dah, 1398 Hijri

Corresponding to 17 to 29 October 1978

**CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York**

ARB-00013689

| Power of Attorney | Power of Attorney |
|---|---|
| Praise be to Allah and Prayer and Peace upon our Prophet Mohammed and his followers: | Praise be to Allah and Prayer and Peace upon our Prophet Mohammed and his followers: |

Praise be to Allah and Prayer and Peace upon our Prophet Mohammed and his followers:

By the assistance and help of Allah on / /14 H - / /20
Al Rajhi Banking & Investment Corporation (Al Rajhi Bank/ The Bank)
Branch_____City in the KSA_____
/We acknowledge that we have authorized Mr._____
And his nationality_____in our dealing
With any transaction through my account/accounts No. to carry out the following authorities:

    1-   it includes □ Deposit and □ withdrawal, □ transfer, □accept/reject withdrawal and □ accept and endorse the commercial papers and □ direct the instructions to you regarding:
    a.  □ whatever the amounts may be
    b.  □ which should not exceed_____SR
    c.  □ which should not exceed_____SR in foreign
Currency and also in □ and holding □ of all type.
    2-  □ Selling, purchasing currency mortgage and metals, checks, financial and commercial papers, equities and interests according to the controls which are ratified by the Sharia legal commission in this regard.
    3-  □ Requesting facilities, its operation and management.
    4-  □ Leasing trust funds and using it.
    5-  □ Requesting ATM and credit cards, □ receiving and □ using and activating by entering PIN.
    6-  □ Requesting account statements, checks, receiving it and ratifying the account statement and objecting to it.
    7-  □ Suspending accounts, closing and settlement.
    8-  □ Other things

By virtue of this authorization he fully represents me when using the indicated authorities which carries the following numbers:_____I shall be obliged with consequences of these authorities and responsible for all its effects. This authorization shall be valid for a period of_____from the date of signature unless you are notified with any instructions to amend or cancel these authorities.

Name_____

Name_____

Address

Phone

| | | | | | | | | | | Fax | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Specimen Signatures of the Representative

Specimen Signatures of the Representative

Customer's Service Staff Signatures:_____

Branch Manager Signatures:

---

By the assistance and help of Allah on / /14 H - / /20
Al Rajhi Banking & Investment Corporation (Al Rajhi Bank/ The Bank)
Branch_____City in the KSA_____
/We acknowledge that we have authorized Mr._____
And his nationality_____in our dealing
With any transaction through my account/accounts No. to carry out the following authorities:

    9-   it includes □ Deposit and □ withdrawal, □ transfer, □accept/reject withdrawal and □ accept and endorse the commercial papers and □ direct the instructions to you regarding:
    d.  □ whatever the amounts may be
    e.  □ which should not exceed_____SR
    f.  □ which should not exceed_____SR in foreign
Currency and also in □ and holding □ of all type.
    10-  □ Selling, purchasing currency mortgage and metals, checks, financial and commercial papers, equities and interests according to the controls which are ratified by the Sharia legal commission in this regard.
    11- □ Requesting facilities, its operation and management.
    12- □ Leasing trust funds and using it.
    13- □ Requesting ATM and credit cards, □ receiving and □ using and activating by entering PIN.
    14- □ Requesting account statements, checks, receiving it and ratifying the account statement and objecting to it.
    15- □ Suspending accounts, closing and settlement.
    16- □ Other things

By virtue of this authorization he fully represents me when using the indicated authorities which carries the following numbers:_____I shall be obliged with consequences of these authorities and responsible for all its effects. This authorization shall be valid for a period of_____from the date of signature unless you are notified with any instructions to amend or cancel these authorities.

Name_____

Name_____

Address

Phone

| | | | | | | | | | | Fax | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Specimen Signatures of the Representative

Specimen Signatures of the Representative

Customer's Service Staff Signatures:_____

Branch Manager Signatures:_____

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

Subject: Request for Approval on the Decisions and
Recommendations of the League's Constituent Assembly
In its Twentieth Session

*6609*
*25/1/99* [Corresponding to
Dec 25, 1978]

[Illegible]

Conferences

His Royal Highness Prince Fahd bin Abdul Aziz, may God protect him

Crown Prince and Deputy Prime Minister

I have the honour to inform Your Honourable Highness that the Constituent Assembly of the Muslim World League held its twentieth session from 15 to 27 Dhul Qa'dah, 1398 Hijri [Corresponding to 17 to 29 October 1978], where the recommendations contained in its agenda were discussed. The Assembly has issued decisions and recommendations that I have the honour to submit to Your Honourable Highness for your kind review and issuance of supreme directives thereon.

May God preserves Your Highness for the good of Islam and Muslims.

May God protect you and take care of you.

M/H

- Copy for the Conferences
- Copy for the Archives

The Secretary General

Muhammad Ali Al-Harkan

**CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York**

**Muslim World League**
Secretariat General - Mecca



**Muslim World League**
Secretariat General - Mecca

| Ref. | Date / | / | 14 Hijri | Annexes |
|------|--------|---|----------|---------|

Subject: ----------------------------------------

------------------------------------------------------

To Whom it May Concern

The Muslim World League headquartered in Mecca, Saudi Arabia certifies that the International Islamic Relief Organization was established by a decision of the Constituent Assembly of the Muslim World League in its twentieth session held in Mecca from 15-27 /11/1398 Hijri, corresponding to 17-29/10/1978. It is a body with legal personality and has its own organizational and administrative entity. The Organization delivers relief assistance to peoples and communities on various continents in the event of disasters. It provides comprehensive care, as far as practicable to the poor, including widows, children and orphans. It also creates, supports and runs public institutes, schools, educational and vocational institutions, offers training and social programmes, scholarships, establishes and manages hospitals and clinics in States and communities in need. It builds, operates and assists orphanages and attends to their health, education and training.

The League therefore appreciates your cooperation and assistance in facilitating the tasks of the Organization.

Secretary General

Muslim World League

Chairman of the Organization's Board of Directors

[Handwritten Signature]

Dr. Abdullah Bin Saleh Al-Obaid

        [Handwritten Signature]

**[ROUND STAMP:** There is no God but Allah, Muhammad is the Messenger of Allah
Muslim World League
Jeddah Office
Secretariat General

[Illegible Text]

**[STAMP:** [Illegible]]

        [Handwritten Signature]

Please quote above Ref. No. and date when replying. Prieers indiquer reference suscitée dans toute suite.

Box: 537 - Tel: 5600919 - Fax: 5601319 / 5601267 - Tlx: 540009 RABITA SJ/ 540390 TWO SJ - cable: (RABITA-MAKKAH)

**CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York**

**KINGDOM OF SAUDI ARABIA**

**MINISTRY OF FOREIGN AFFAIRS**



**CERTIFICATE**

The Ministry of Foreign Affairs certifies that the International Islamic Relief Organization is a non-governmental organization recognized by the Government of the Kingdom of Saudi Arabia. Headquartered in Jeddah, it provides services to refugees, children, and victims of the world's disasters and wars.

At the request of the Organization, this certificate was delivered.

[**ROUND STAMP:** Ministry of Foreign Affairs, Kingdom of Saudi Arabia [Illegible]]

**CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York**

ARB-00013693

**KINGDOM OF SAUDI ARABIA**

**MINISTRY OF FOREIGN AFFAIRS**



To Whom it May Concern

This is to certify that the International Islamic Relief Organization is a humanitarian non-governmental body recognized by the Government of the Kingdom of Saudi Arabia and is based in Jeddah.

Its main concern is to care for the refugees, children and the victims of wars and disasters world-wide.

This certificate is given on its request.

A/538

[**ROUND STAMP**: [Illegible]]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

[Handwritten text is indicated in italics]

| **Muslim World League**<br>Secretariat General - Mecca<br>The Constituent Assembly Secretariat |  | **Muslim World League**<br>Secretariat General<br>Makkah al-Mukarramah |

| Ref. *104 / 002386* | Date / / 14 Hijri<br>16 Rabi Al Awwal 1423<br>[Corresponding to May 28, 2002] | Annexes: *Copy* of [Illegible] |

```
In the name of God, Most
Gracious, Most Merciful
```

**Subject:** <u>The Statute of the International</u>

<u>Islamic Relief Organization</u>

**His Excellency Secretary General of the International Islamic Relief Organization, may God grant him success,**

**Peace, God's mercy and blessings be upon you,**

In its thirty seventh session held from 27-28 Muharram 1423 Hijri [Corresponding to Apr 10-11, 2002], the League's Constituent Assembly has examined the draft statute of the International Islamic Relief Organization.

After considering the amendments thereto, the Assembly decided to approve it as per the attached format.

Therefore, I kindly ask you to comply with it and to notify those concerned.                    [Handwritten Signature]

Peace, God's mercy and blessings be upon you,                    [Handwritten Signature]

**General Secretary of the Muslim World League**

**[Handwritten Signature]** *14/3*

**Dr. Abdallah Ben Abdel Mohsen At-Turki**

A/A 314

*Incoming number 4778*

*On* [Illegible]

[Illegible text]

[Illegible]

Box: 537 - Tel: 5600919 - Fax: 5601319 / 5601267 - Tlx: 540009 RABITA SJ/ 540390 TWO SJ - cable: (RABITA-MAKKAH)

**CONFIDENTIAL: This document is subject to a Protective Order**
**regarding confidential information in 03 MDL 1570 (GBD) (SN),**
**United States District Court for the Southern District of New York**                    **ARB-00013695**

[Illegible]

In the absence of an international Islamic Relief Organization, [illegible] the international charitable and humanitarian organizations in this field, the General Secretariat decided to establish the <u>International Islamic Relief Organization within the Muslim World League</u>, based in Makkah Al-Mukarramah with teams around the world, whose principal sources of funding are from the donations, alms, zakat, etc. of Islamic peoples.

The Assembly decided to thank the General Secretariat for its relief work for the refugees [illegible] to Bangladesh. This work is commendable, as Muslims everywhere felt that the Muslim World League is working actively and observing the interests of Muslims wherever they are.

The Assembly also approved the draft concerning the establishment of the International Islamic Relief Organization and urged the Organization of the Islamic Conference and Islamic countries to pursue the establishment of this Organization at the level of states and governments.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

**Muslim World League**
Secretariat General - Mecca
The Constituent Assembly Secretariat



**Muslim World League**
Secretariat General
Makkah al-Mukarramah

| Ref. | Date / / 14 Hijri | Annexes: |
|---|---|---|

**In the name of God, Most Gracious, Most Merciful**

The Statute of the International Islamic Relief Organization

<u>Section I - Terminology</u>

<u>Article I:</u>

The terms used herein shall have the meanings set forth opposite thereto:

1-1 Constituent Assembly: Constituent Assembly of the Muslim World League.

2-1 The League: The Muslim World League.

3-1 The Organization: International Islamic Relief Organization.

4-1 General Assembly: The General Assembly of the International Islamic Relief Organization.

5-1 The President: General Secretary of the Muslim World League, Chairman of the General Assembly and Chairman of the Board of Directors.

6-1 The Board: The Board of Directors of the International Islamic Relief Organization.

7-1 General Secretariat: The General Secretariat of the International Islamic Relief Organization, its sponsorships and programs.

8-1 Secretary General: The Secretary General of the International Islamic Relief Organization.

9-1 Offices and branches.

[STAMP: World League [Missing text]
Mecca [Missing text]
10/13
Constituent Assembly]

Please quote above Ref. No. and date when replying. Prieers indiquer reference suscitée dans toute suite.

Box: 537 - Tel: 5600919 - Fax: 5601319 / 5601267 - Tlx: 540009 RABITA SJ/ 540390 TWO SJ - cable: (RABITA-MAKKAH)

**CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York**

ARB-00013697

**Muslim World League**
Secretariat General - Mecca
The Constituent Assembly Secretariat



**Muslim World League**
Secretariat General
Makkah al-Mukarramah

| Ref. | Date / / 14 Hijri | Annexes: |
|------|-------------------|----------|

### Section II: The Establishment

**Article II:**

The International Islamic Relief Organization is an Islamic charitable organization of the Muslim World League. Working globally, it cooperates with philanthropists to provide their donations to their needy and afflicted brethren in the world, in order to strengthen their faith in Islam, provide them with relief, relieve their suffering and develop their societies. Established by a decision of the League's Constituent Assembly in its twentieth session in 1398 (thirteen hundred and ninety-eight AH), with the Royal Approval No. 4734 of 2/30/1399 corresponding to 29/1/1979. It has an independent legal personality with its own organizational, administrative and financial entity within the framework of the provisions and regulations of its Statute.

### Headquarters

**Article III:**

The Organization is based in Mecca, Saudi Arabia and has de facto authorities to manage all its business from its Headquarters in Jeddah. It can establish offices and branches within and outside the headquarters State.

[STAMP: World League [Missing text]
Mecca [Missing text]
10/13
Constituent Assembly]

Please quote above Ref. No. and date when replying. Prieers indiquer reference suscitée dans toute suite.

Box: 537 - Tel: 5600919 - Fax: 5601319 / 5601267 - Tlx: 540009 RABITA SJ/ 540390 TWO SJ - cable: (RABITA-MAKKAH)

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00013698

**In the name of God, Most
Gracious, Most Merciful**

| | | |
|---|---|---|
| Muslim World League | [LOGO: | Muslim World League |
| Makkah al-Mukarramah | INTERNATIONAL | Makkah al-Mukarramah |
| **International Islamic Organization** | ISLAMIC RELIEF | **International Islamic Organization** |
| | ORGANIZAITON] | |

**Ref.**                                                  Subject:_____

**Date: 7/9/1413 Hijri [Corresponding to Feb 28, 1993]**   _____

*Acct. 4327*

**His Excellency the Director of Al Rajhi Banking and Investment Corp. May God protect him.**

**Al-Sharqiyah Branch - Jeddah**

**Peace, God's mercy and blessings be upon you,**

**The Islamic Relief Organizations thanks you for your cooperation in the service of Islam and Muslims. May God reward you. We would like to open an account in the name of the Islamic Relief Organization - The Blind Child in Egypt.**

**The authority to withdraw from this account shall be according to the practice followed for our current accounts with you.**

**Please complete the necessary work and provide us with the account number immediately due to the urgency.**

**We pray to God to help us and you for the common good.**

                                                  [Handwritten Signature]

**General Supervisor**

**Dr. Farid Yasin al-Qurashi**

**[Handwritten Signature]**

                                                  *Current Accounts. To take the*
                                                  *necessary action in accordance*
                                                  *with the Law.*

                                                  **[Handwritten Signature]**
                                                  *28/2/1993*
                                                  *7/9/1413 Hijri*

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00013703

**Muslim World League**
Secretariat General - Mecca
The Constituent Assembly Secretariat



**Muslim World League**
Secretariat General
Makkah al-Mukarramah

| Ref. | Date / / 14 Hijri | Annexes: |
|------|-------------------|----------|

**General Secretariat**

<u>**Article XII**</u>

12-a  A Secretary-General shall be appointed for the Organization by a decision of the President. He shall preside over the Executive Body of the Organization and shall be responsible to the President for the performance of work of this Body. This position shall be full-time.

✓12-b  Functions and powers of the Secretary General:

12-b-1  Managing the Executive Body of the Organization at Headquarters and supervising the offices and branches of the Organization within and outside the Headquarters' States.

12-b-2  Supervising the preparation of the Organization's strategies, policies, objectives, annual and five-year plans for the various projects and programs of the Organization.

12-b-3  Appointing the Organization's employees inside and outside the Country and terminating their work in accordance with the rules and regulations.

12-b-4  Preparation of an annual report for the Board indicating the objectives achieved by the Organization and explaining the administrative and financial status of the Organization.

12-b-5  Supervising the preparation of the Organization's final account and submitting it to the Board.

12-b-6  Supervising the preparation of the draft annual estimated budget for the Organization and presenting it to the Board.

12-b-7  Representation before government departments and judicial authorities in the headquarters' State, and the power to delegate others to do so.

[STAMP: **Muslim World League**
**Mecca**
[Illegible]
Constituent Assembly]

Box: 537 - Tel: 5600919 - Fax: 5601319 / 5601267 - Tlx: 540009 RABITA SJ/ 540390 TWO SJ - cable: (RABITA-MAKKAH)

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York                    ARB-00013704

**In the name of God, Most Gracious, Most Merciful**

| | | |
|---|---|---|
| Muslim World League<br>Makkah al-Mukarramah<br>**International Islamic Organization** | **[LOGO:<br>INTERNATIONAL<br>ISLAMIC RELIEF<br>ORGANIZAITON]** | Muslim World League<br>Makkah al-Mukarramah<br>**International Islamic Organization** |

*Acct. 4327*

**Ref.**

**Date: 7/9/1413 Hijri [Corresponding to Feb 28, 1993]**

**Subject:**_____

_____

**His Excellency the Director of Al Rajhi Banking and Investment Corp. May God protect him.**

**Al-Sharqiyah Branch - Jeddah**

**Peace, God's mercy and blessings be upon you,**

**The Islamic Relief Organizations thanks you for your cooperation in the service of Islam and Muslims. May God reward you. We would like to open an account in the name of the Islamic Relief Organization - The Blind Child in Egypt.**

**The authority to withdraw from this account shall be according to the practice followed for our current accounts with you.**

**Please complete the necessary work and provide us with the account number immediately due to the urgency.**

**We pray to God to help us and you for the common good.**

[Handwritten Signature]

**General Supervisor**

**Dr. Farid Yasin al-Qurashi**

[Handwritten Signature]

*Current Accounts. To take the necessary action in accordance with the law.*
*[Handwritten Signature]*
*28/2/1993*
*7/9/1413 Hijri*

**CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York**

ARB-00013705

**For Branch Use Only**

**Document Checklist**

| The Documents | Employee's Name | Signature | Date |
|---|---|---|---|
| ☑ I.D. Photo (As proof of authenticity the sponsor's stamp and signature on the passport copy are required for the residents) | | | __/__/__ |
| ☐ Copy of the birth certificate | | | __/__/__ |
| ☑ Cover letter of employment/source of income | | | __/__/__ |
| ☑ Salary transfer letter | | | __/__/__ |
| ☑ A copy of the commercial license | | | __/__/__ |
| ☑ A copy of the companies' commercial register | | | __/__/__ |
| ☑ A letter requesting to open the account | | | __/__/__ |
| ☑ A copy of the incorporation contract for companies and institutions | | | __/__/__ |
| ☑ A copy of the Board of Directors' decision | | | __/__/__ |
| ☑ A copy of the partnership contract | | | __/__/__ |
| ☑ A copy of the Board of Directors registration decision | | | __/__/__ |
| ☑ Approval to open a bank account from the competent authority | | | __/__/__ |
| Name of entity----- approval number----- Approval Date----- | | | __/__/__ |
| Authorization letter for a delegate | | | __/__/__ |
| Specify the reason for delegation---------- | | | __/__/__ |
| ☑ Authorization letters for the authorized (Specify the reason for delegation---------------) | | | __/__/__ |
| Customer Fingerprint Approval | | | __/__/__ |
| A copy of a financing application (Select request type----------------------------) | | | __/__/__ |
| Copy of Credit card application form (Specify the card type-----------------) | | | __/__/__ |

**Checklist of Products and Services Requested by the Customer**

| Product/service | Employee's name | Signature | Service request date | Date of uploading the request onto the system. |
|---|---|---|---|---|
| ☐ ATM card Request | | | | |
| ☐ Subscription to the electronic service Request | | | __/__/__ | __/__/__ |
| ☐ Check book Request | | | __/__/__ | __/__/__ |
| ☐ Outstanding Order | | | __/__/__ | __/__/__ |
| ☐ Power of Attorney | | | __/__/__ | __/__/__ |
| ☐ Fax Agreement Implementation Agreement | | | __/__/__ | __/__/__ |
| ☐ Waseet Card Request | | | __/__/__ | __/__/__ |
| ☐ Request a financing product (select) | | | __/__/__ | __/__/__ |
| ☐ Request a credit card (select) | | | __/__/__ | __/__/__ |

**Customer Data Update List**

| Employee Name | Date Updated | Client Signature |
|---|---|---|
| | __/__/__ | |
| | __/__/__ | |
| | __/__/__ | |
| | __/__/__ | |
| | __/__/__ | |

**CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York**

ARB-00013706

Subject: Request for Approval on the Decisions and
Recommendations of the League's Constituent Assembly
In its Twentieth Session

*6609*
*25/1/99* [Corresponding to
Dec 25, 1978]

[Illegible]

Conferences

His Royal Highness Prince Fahd bin Abdul Aziz, may God protect him

Crown Prince and Deputy Prime Minister

I have the honor to inform Your Honorable Highness that the Constituent Assembly of the Muslim World League held its twentieth session from 15 to 27 Dhul Qa'dah, 1398 Hijri [Corresponding to 17 to 29 October 1978], where the recommendations contained in its agenda were discussed. The Assembly has issued decisions and recommendations that I have the honour to submit to Your Honourable Highness for your kind review and issuance of supreme directives thereon.

May God preserves Your Highness for the good of Islam and Muslims.

May God protect you and take care of you.

[Illegible]

M/H

- Copy for the Conferences
- Copy for the Archives

The Secretary General

Muhammad Ali Al-Harkan

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

[Illegible]

In the absence of an international Islamic Relief Organization, [illegible] the international charitable and humanitarian organizations in this field, the General Secretariat decided to establish the <u>International Islamic Relief Organization within the Muslim World League</u>, based in Makkah Al-Mukarramah with teams around the world, whose principal sources of funding are from the donations, alms, zakat, etc. of Islamic peoples.

The Assembly decided to thank the General Secretariat for its relief work for the refugees [illegible] to Bangladesh. This work is commendable, as Muslims everywhere felt that the Muslim World League is working actively and observing the interests of Muslims wherever they were.

The Assembly also approved the draft concerning the establishment of the International Islamic Relief Organization and urged the Organization of the Islamic Conference and Islamic countries to pursue the establishment of this Organization at the level of states and governments.

**CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York**

**ARB-00013708**



**Declaration**

I, *Maha Husaini,* hereby confirm that as a professional translator and under contract to RWS Alpha, have translated these documents from *Arabic* (source language) into *English* (target language) for PO37448.

File names:

ARB-00013678 (partial translation)

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* (target language) translations of the *Arabic* (source language) documents.

Signature: 
Maha Husaini (May 1, 2024 19:08 GMT+3)

**Signature:** _Maha Husaini_
Maha Husaini (May 1, 2024 19:08 GMT+3)

**Email:** hussema2014@gmail.com

**Title:** Translator

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
PO Box 2015, Stony Plain PO MAIN, AB, T7Z 1X6, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926