# Al Rajhi Bank
# Ex. 30

١

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

اسامه محمد بن لادن

الرياض

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونغ ص.ب ٢٧٣٢ الرياض ١١٤٦٣ أو
برايس وترهاوس كوبرز ص.ب ٨٢٨٢ الرياض ١١٤٨٢

SA                         ٩٠٥٤

السحيمي / المدينة                     ١٥٢٠٠-

٣,٧٣٩.٠٠                              الرصيد الافتتاحي

٣,٧٣٩.٠٠         ٠.٠٠         ٠.٠٠         الأجمالي الكلي         العملة
                                                                  ر.س

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

EXHIBIT
3

ARB-00000843

٢

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

اسامه محمد بن لادن

الرياض

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونغ ص.ب ٢٧٣٢ الرياض ١١٤٦ أو
برايس وترهاوس كوبرز ص.ب ٨٢٨٢ الرياض ١١٤٨٢

SA                                    ٩٠٥٤

١٥٢٠٠-                السحيمي / المدينة

| الحركات | ملخص الحساب | المبلغ |
|---|---|---|
| | الرصيد الافتتاحي | ٣,٧٣٩.٠٠ |
| ٠ | الايداعات الاخرى | ٠.٠٠ |
| ٠ | اجمالي الايداعات | ٠.٠٠ |
| ٠ | السحوبات الاخرى | ٠.٠٠ |
| ٠ | اجمالي السحوبات | ٠.٠٠ |
| | رصيد الاقفال | ٣,٧٣٩.٠٠ |

| | |
|---|---|
| الرصيد المتاح اليوم | ٣,٧٣٩.٠٠ |
| أجمالي قيود محجوزة دائنة | ٠.٠٠ |
| أجمالي قيود محجوزة مدينة | ٠.٠٠ |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00000844

1

01/01/1998 - 31/12/2002

Osama Mohammed bin Laden

Riyadh

Dear client: If the balance is incorrect, please contact one of the auditors directly.
Ernst & Young: PO Box 2732 Riyadh 1146 or
PricewaterhouseCoopers PO Box 8282 Riyadh 11482

SA█████████████  9054  Al-Suhaimi - Medina

| | Opening Balance | | | | 3,739.00 |
|---|---|---|---|---|---|
| Currency SAR | Grand Total | | 0.00 | 0.00 | 3,739.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN). United States District Court for the Southern District of New York

ARB-00000843

1
2

01/01/1998 - 31/12/2002

Osama Mohammed bin laden ███████

Riyadh ███

Dear client: If the balance is incorrect, please contact one of the auditors directly.
Ernst & Young: PO Box 2732 Riyadh 1146 or
PricewaterhouseCoopers PO Box 8282 Riyadh 11482

SA ████████████ 9054

Al-Suhaimi / Medina

| Movements | Account Summary | Amount | |
|---|---|---|---|
|  | Opening balance |  | 3739.00 |
| 0 | Other deposits | 0.00 |  |
| 0 | Total deposits | 0.00 |  |
| 0 | Other withdrawals | 0.00 |  |
| 0 | Total withdrawals | 0.00 |  |
|  | Closing balance |  | 3739.00 |
|  | Balance available today |  | 3739.00 |
|  | Total retained credit notes |  | 0.00 |
|  | Total retained debit notes |  | 0.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN). United States District Court for the Southern District of New York

ARB-00000844



**Declaration**

I, *Maha Husaini*, hereby confirm that as a professional translator and under contract to RWS Alpha, I have translated and proofread this document from *Arabic* into *English* for PO36991.

Document name: ARB-00000843

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* translations of the *Arabic* originals.

Signature:

Date: January 9, 2024

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
Suite 200, 86 Boulder Boulevard, Stony Plain, Alberta, T7Z 1V7, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926