# Al Rajhi Bank Ex. 31

١

شارع الملك عبدالعزيز

قسم حالة عدم صحة الرصيد نرجو
بأحد مراجعي الحسابات
ص.ب ٢٧٣٢ الرياض ١١٤٦٣ أو
كوبرز ص.ب ٨٢٨٢ الرياض ١١٤٨٢

— اسامة محمد عوض بن لادن
—
— الرياض
المملكة العربية السعودية

٠٤١٤   حساب جاري دائن   ر.س   ١٤١٨/٠٩/٠٣ - ١٤٢٣/١٠/٢٧
                                ١٩٩٨/٠١/٠١ - ٢٠٠٢/١٢/٣١

١,٠٧٠,٣٦٨.٠٠                     الرصيد الافتتاحي

١,٠٧٠,٣٦٨.٠٠        ٠.٠٠        ٠.٠٠        الأجمالي الكلي

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00000845

1

King Abdulaziz Street                                                                                                  1

Osama Mohammed Awad bin Laden           Dear client: If the balance is incorrect, please contact
                                                  an auditor directly.
Riyadh                                                               PO Box 2732 Riyadh 1146
Kingdom of Saudi Arabia                                Coopers PO Box 8282 Riyadh 11482

03/09/1418 – 27/10/1423
01/01/1998 – 12/31/2002     S.R                Current debit account          0414

Opening Balance                                                                                      1,070,368.00

Grand Total                          0.00                        0.00                    1,070,368.00

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York                    ARB-00000845



**Declaration**

I, *Halah Al-janabi*, hereby confirm that as a professional translator and under contract to RWS Alpha, I have ~~translated and~~ proofread this document from *Arabic* into *English* for PO37009.

Document name: ARB-00000845

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* translations of the *Arabic* originals.

Signature: *[signature]*

Date: January 11, 2024

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
Suite 200, 86 Boulder Boulevard, Stony Plain, Alberta, T7Z 1V7, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926