# Al Rajhi Bank Ex. 32

١                                                                                                         ٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

                                                                                                          اسامه محمد بن لادن

عزيزي العميل: في حالة عدم صحة الرصيد نرجو                                                                  الرياض
الاتصال مباشرة بأحد مراجعي الحسابات                                                                        المملكة العربية السعودية
أرنست و يونغ ص .ب ٢٧٣٢  الرياض ١١٤٦ أو
برايس وترهاوس كوبرز ص .ب ٨٢٨٢  الرياض ١١٤٨٢

١١٣٠٠-                        طريق مكة كيلو ٢                              SA                      ٢١٢٦

١٠,٩٩٢.٣٥                                                                 الرصيد الافتتاحي

١٠,٩٩٢.٣٥              ٠.٠٠              ٠.٠٠           الأجمالي الكلي                              العملة
                                                                                                    ر . س

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00000846

1

٢                                                                                                                   ٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

                                                                                                                    اسامه محمد بن لادن

عزيزي العميل: في حالة عدم صحة الرصيد نرجو            الرياض
الاتصال مباشرة بأحد مراجعي الحسابات                  المملكة العربية السعودية
أرنست و يونغ ص.ب ٢٧٣٢  الرياض ١١٤٦ أو
برايس وترهاوس كوبرز ص.ب ٨٢٨٢  الرياض ١١٤٨٢

- ١١٣٠٠       طريق مكة كيلو ٢                    SA                          ٣١٢٦


|                          | الحركات | ملخص الحساب         | التسليغ | التسليغ |
|--------------------------|---------|---------------------|---------|---------|
|                          |         | الرصيد الافتتاحي    |         | ١٠,٩٩٢.٣٥ |
|                          | .       | الايداعات الاخرى    | ٠.٠٠    |         |
|                          | .       | اجمالي الايداعات    | ٠.٠٠    |         |
|                          | .       | السحوبات الاخرى     | ٠.٠٠    |         |
|                          | .       | اجمالي السحوبات     | ٠.٠٠    |         |
|                          |         | رصيد الاقفال        |         | ١٠,٩٩٢.٣٥ |

                                                     الرصيد المتاح اليوم              ١٠,٩٩٢.٣٥
                                                     اجمالي قيود محجوزة دائنة          ٠.٠٠
                                                     اجمالي قيود محجوزة مدينة          ٠.٠٠

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00000847

01/01/1998 – 12/31/2002 1

Osama Mohammed bin Laden



Riyad

Kingdom of Saudi Arabia

Dear client: If the balance is incorrect, please contact an auditor directly.
Erst and Young: PO Box 2732 Riyadh 1146 or
PricewaterhouseCoopers PO Box 8282 Riyadh 11482

SA███████████3126    Mecca Road Kilometer 2    11300-

Opening Balance    10,992.35

Currency S.R    Grand Total    0.00    0.00    10,992.35

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00000846

1

2

01/01/1998 – 12/31/2002

Osama Mohammed bin Laden

Riyadh

Kingdom of Saudi Arabia

Dear client: If the balance is incorrect, please contact an auditor directly.
Erst and Young: PO Box 2732 Riyadh 1146 or
PricewaterhouseCoopers PO Box 8282 Riyadh 11482

SA▇▇▇▇3126

Mecca Road Kilometer 2     11300-

| Movements | Account Summary | Amount | |
|---|---|---|---|
| | Opening balance | | 10,992.35 |
| 0 | Other deposits | 0.00 | |
| 0 | Total deposits | 0.00 | |
| 0 | Other withdrawals | 0.00 | |
| 0 | Total withdrawals | 0.00 | |
| | Closing balance | | 10,992.35 |
| | Balance available today | | 10,992.35 |
| | Total retained credit notes | | 0.00 |
| | Total retained debit notes | | 0.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00000847



**Declaration**

I, *Halah Al-janabi*, hereby confirm that as a professional translator and under contract to RWS Alpha, I have ~~translated and~~ proofread this document from *Arabic* into *English* for PO37009.

Document name: ARB-00000846

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* translations of the *Arabic* originals.

Signature: *[signature]*

Date: January 11, 2024

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
Suite 200, 86 Boulder Boulevard, Stony Plain, Alberta, T7Z 1V7, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926