# Al Rajhi Bank
# Ex. 33

١                                                                                                           ٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

اسامة محمد عوض بن لادن

عزيزي العميل: في حالة عدم صحة الرصيد نرجو                                              الرياض
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست ويونغ ص.ب ٢٧٣٢ الرياض ١١٤٦٣ أو                                              المملكة العربية السعودية
برايس وترهاوس كوبرز ص.ب ٨٢٨٢ الرياض ١١٤٨٢

-١٦١٠٠٠              شارع الملك عبدالعزيز                         SA              ٢٣٣٢

٧٦١.٧١                                                                        الرصيد الافتتاحي

٧٦١.٧١              ٠.٠٠              ٠.٠٠              الأجمالي الكلي              العملة
                                                                                                                            ر.س

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00000848

1

٢                                                                                                    ٠١/٠١/١٩٩٨ - ٣١/١٢/٢٠٠٢

اسامه محمد عوض بن لادن

عزيزي العميل: في حالة عدم صحة الرصيد نرجو            الريساض
الاتصال مباشرة بأحد مراجعي الحسابات                    المملكة العربية السعودية
أرنست و يونغ ص.ب ٢٧٣٢  الرياض ١١٤٦ أو
برايس وترهاوس كوبرز ص.ب ٨٢٨٢  الرياض ١١٤٨٢

‎شارع الملك عبدالعزيز                   SA▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  ٣٣٣٢
- ١٦١٠٠

| المبيعات | | ملخص الحساب | الحركات |
|---|---|---|---|
| ٧٦١.٧١ | | الرصيد الافتتاحي | |
| | ٠.٠٠ | الايداعات الاخرى | ٠ |
| | ٠.٠٠ | اجمالي الايداعات | ٠ |
| | ٠.٠٠ | السحوبات الاخرى | ٠ |
| | ٠.٠٠ | اجمالي السحوبات | ٠ |
| ٧٦١.٧١ | | رصيد الاقفال | |

| ٧٦١.٧١ | الرصيد المتاح اليوم |
| ٠.٠٠ | أجمالي قيود محجوزة دائنة |
| ٠.٠٠ | أجمالي قيود محجوزة مدينة |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00000849

1

01/01/1998 – 12/31/2002                                                                        1

Osama Mohammed Awad bin Laden                 Dear client: If the balance is incorrect, please contact an accountant immediately.
                                              Erst and Young: PO Box 2732 Riyadh 1146 or
Riyad█                                        PricewaterhouseCoopers PO Box 8282 Riyadh 11482
Kingdom of Saudi Arabia

S█████████████ 3332                           King Abdulaziz Street              16100-

Opening Balance                                                                                761.71

Currency S.R        Grand Total                              0.00         0.00         761.71

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00000848

1

01/01/1998 – 12/31/2002                                                  2

Osama Mohammed Awad bin Laden

Riyadh
Kingdom of Saudi Arabia

Dear client: If the balance is incorrect, please contact an accountant immediately.
Erst and Young: PO Box 2732 Riyadh 1146 or
PricewaterhouseCoopers PO Box 8282 Riyadh 11482

S█████████████ 3332          King Abdulaziz Street              16100-

| Movements | Account Summary | Amount | |
|---|---|---|---|
| | Opening balance | | 761.71 |
| 0 | Other deposits | 0.00 | |
| 0 | Total deposits | 0.00 | |
| 0 | Other withdrawals | 0.00 | |
| 0 | Total withdrawals | 0.00 | |
| | Closing balance | | 761.71 |
| | Balance available today | | 761.71 |
| | Total retained credit notes | | 0.00 |
| | Total retained debit notes | | 0.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00000849



**Declaration**

I, *Halah Al-janabi*, hereby confirm that as a professional translator and under contract to RWS Alpha, I have ~~translated and~~ proofread this document from *Arabic* into *English* for PO37009.

Document name: ARB-00000848

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* translations of the *Arabic* originals.

Signature: *[signature]*

Date: January 11, 2024

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
Suite 200, 86 Boulder Boulevard, Stony Plain, Alberta, T7Z 1V7, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138528926