# Al Rajhi Bank
# Ex. 34

١‎                                                                                                                              ٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

عزيزي العميل: في حالة عدم صحة الرصيد نرجو                                                        اسامة بن لادن
الاتصال مباشرة بأحد مراجعي الحسابات                                                                     جدة
أرنست و يونغ ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو                                                   المملكة العربية السعودية
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

-١٦١٠٠                 شارع الملك عبدالعزيز                              ٠٠٣٣             SA ▮▮▮▮▮▮▮▮

                       ٩٢.٦٧                                                         الرصيد الافتتاحي


                                                                                          
                  ٩٢.٦٧                    ٠.٠٠               ٠.٠٠           الأجمالي الكلي                     العملة
                                                                                                             دولار أمريكي

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00013775

٢

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

أسامة بن لادن

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونج من .ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي من .ب ٩٢٨٧٦ الرياض ١١٦٦٣

جدة
المملكة العربية السعودية

١٦١٠٠-     شارع الملك عبدالعزيز     SA▮▮▮▮▮▮▮▮▮▮▮▮▮ ٠٠٣٣

| المسحوبات | | ملخص الحساب | الحركات |
|---|---|---|---|
| ٩٢.٦٧ | | الرصيد الافتتاحي | |
| | ٠.٠٠ | الايداعات الاخرى | ٠ |
| | ٠.٠٠ | اجمالي الايداعات | ٠ |
| | ٠.٠٠ | السحوبات الاخرى | ٠ |
| | ٠.٠٠ | اجمالي السحوبات | ٠ |
| ٩٢.٦٧ | | رصيد الاقفال | |

| | |
|---|---|
| ٩٢.٦٧ | الرصيد المتاح اليوم |
| ٠.٠٠ | أجمالي قيود محجوزة دائنة |
| ٠.٠٠ | أجمالي قيود محجوزة مدينة |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00013776

01/01/1998 - 31/12/2002

**Osama bin Laden**

**Jedda**

**Kingdom of Saudi Arabia**

SA               0033

Dear Customer: If the balance is incorrect, please contact one of the auditors directly Ernst & Young
P.O. Box 2732 Riyadh 11461 Or
KPMG P.O. BOX 92876 Riyadh 11663

King Abdul Aziz St.                -16100

**Opening Balance**                                92.67

| Currency | Grand Total | 0.00 | 00.00 | 92.67 |
|---|---|---|---|---|
| US Dollar | | | | |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00013775

2

01/01/1998 - 31/12/2002

**Osama bin Laden** 
**Jeddah**
**Kingdom of Saudi Arabia**

Dear Customer: If the balance is incorrect, please contact one of the auditors directly Ernst & Young
P.O. Box 2732 Riyadh 11461 Or
KPMG P.O. BOX 92876 Riyadh 11663

SA0033        King Abdul Aziz St.        -16100

| Movements | Account Summary | Amount | |
|---|---|---|---|
| | Opening Balance | | 92.67 |
| 0 | Other Deposits | 0.00 | |
| 0 | Total Deposits | 0.00 | |
| 0 | Other Withdrawals | 0.00 | |
| 0 | Total Withdrawals | 0.00 | |
| | Closing Balance | | 92.67 |

| | |
|---|---|
| **Current Available Balance** | 92.67 |
| **Total Credit** | 0.00 |
| **Total Debit** | 0.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00013776



## Declaration

I, *Maha Husaini*, hereby confirm that as a professional translator and under contract to RWS Alpha, I have translated and proofread this document from *Arabic* into *English* for PO37009.

Document name: ARB-00013775

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* translations of the *Arabic* originals.

**Signature:** *Maha Husaini*
Maha Husaini (Jan 11, 2024 02:08 GMT+2)

**Email:** hussema2014@gmail.com

**Title:** Translator

Signature: *Maha Husaini*
Maha Husaini (Jan 11, 2024 02:08 GMT+2)

Date: January 10, 2024

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
Suite 200, 86 Boulder Boulevard, Stony Plain, Alberta, T7Z 1V7, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926