# Al Rajhi Bank Ex. 35

١

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

اسامة محمد عوض

الرياض
المملكة العربية السعودية

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونغ ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

٦٩٢٧    SA

-١٦١٠٠    شارع الملك عبدالعزيز

الرصيد الافتتاحي

٤٦,٥١٤.٢٥

٤٦,٥١٤.٢٥    ٠.٠٠    ٠.٠٠    الأجمالي الكلي    العملة
ر.س

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00013777

١

٢

٢٠٠٢/١٢/٣١ - ١٩٩٨/٠١/٠١

اسامة محمد عوض

الرياض

المملكة العربية السعودية

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونج من ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي من ب ٩٢٨٧٦ الرياض ١١٦٦٣

SA                                           ٦٩٢٧

شارع الملك عبدالعزيز               ١٦١٠٠-

| الحركات | ملخص الحساب | | المسيسلغ | المميسسلغ |
|---|---|---|---|---|
| | الرصيد الافتتاحى | | | ٤٦,٥١٤.٢٥ |
| ٠ | الايداعات الاخرى | | ٠.٠٠ | |
| ٠ | اجمالى الايداعات | | ٠.٠٠ | |
| | السحوبات الاخرى | ٠.٠٠ | | |
| ٠ | اجمالى السحوبات | ٠.٠٠ | | |
| | رصيد الاقفال | | | ٤٦,٥١٤.٢٥ |

الرصيد المتاح اليوم                              ٤٦,٥١٤.٢٥
أجمالي قيود محجوزة دائنة                      ٠.٠٠
أجمالي قيود محجوزة مدينة                     ٠.٠٠

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00013778

01/01/1998 - 31/12/2002

**Osama Mohammad Awad**  ████████  Dear Customer: If the balance is incorrect, please contact one of
████████  the auditors directly Ernst & Young
**Riyadh** ████  P.O. Box 2732 Riyadh 11461 Or
**Kingdom of Saudi Arabia**  KPMG P.O. Box 92876 Riyadh 11663

S█████████ 6927     King Abdul Aziz St.     -16100

**Opening Balance**          46 514.25

| Currency | Grand Total | 0.00 | 00.00 | 46 514.25 |
| --- | --- | --- | --- | --- |
| SAR | | | | |

CONFIDENTIAL: This document is subject to a Protective
Order regarding confidential information in 03 MDL 1570
(GBD) (SN), United States District Court for the Southern
District of New York

ARB-00013777

2

01/01/1998 - 31/12/2002

**Osama Mohammad Awad**
**Riyadh**
**Kingdom of Saudi Arabia**

Dear Customer: If the balance is incorrect, please contact one of the auditors directly Ernst & Young
P.O. Box 2732 Riyadh 11461 Or
KPMG P.O. BOX 92876 Riyadh 11663

SA6927                King Abdul Aziz St.            -16100

| Movements | Account Summary | Amount | |
|---|---|---|---|
| | Opening Balance | | 46 514.25 |
| 0 | Other Deposits | 0.00 | |
| 0 | Total Deposits | 0.00 | |
| 0 | Other Withdrawals | 0.00 | |
| 0 | Total Withdrawals | 0.00 | |
| | Closing Balance | | 46 514.25 |

| | |
|---|---|
| Current Available Balance | 46 514.25 |
| Total Credit | 0.00 |
| Total Debit | 0.00 |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00013778

# RWS

**Declaration**

I, *Maha Husaini*, hereby confirm that as a professional translator and under contract to RWS Alpha, I have translated and proofread this document from *Arabic* into *English* for PO36991.

Document name: ARB-00013777

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* translations of the *Arabic* originals.

Signature:

*[signature: Maha]*

Date: January 9, 2024

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
Suite 200, 86 Boulder Boulevard, Stony Plain, Alberta, T7Z 1V7, Canada
T: + 1 780 962 7821 | E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926