# Al Rajhi Bank
# Ex. 36

 LIVE

News | Human Rights

# Saudi donates billions to charity

*Sheikh Suleiman Al Rajhi, one of the world's richest men, plans to give away lion's share of his $6bn fortune.*



15 May 2011

   

Saudi Arabia's Sheikh Suleiman Al Rajhi, one of the world's richest men, can now also lay claim to be one of the most generous.

The businessman has announced he is donating away much of his $6 billion fortune to charity.

It is not known whether the Skeikh had always planned to give away his fortune but the recent regional events may have played a role in his decision.

Al Jazeera's Victoria Gatenby reports.

SOURCE: AL JAZEERA



## Sign up for Al Jazeera
# Weekly Newsletter

The latest news from around the world. Timely. Accurate. Fair.

E-mail address

**Subscribe**

By signing up, you agree to our **Privacy Policy**

protected by reCAPTCHA

About ⌄

Connect ⌄

Our Channels ⌄

Our Network

Follow Al Jazeera English:

    



© 2024 Al Jazeera Media Network