# Al Rajhi Bank Ex. 37

## 6. Sulaiman bin Abdul Aziz Al Rajhi





YouTube screenshot

**Lifetime donations:** $5.7 billion

**Net worth:** $590 million

**Generosity Index:** 966%

Back in 1957, Sulaiman bin Abdul Aziz Al Rajhi cofounded Al Rajhi Bank with his three brothers. It grew into one of the world's largest Islamic banks and earned Al Rajhi a 10-digit net worth.

But in 2013, he shifted his focus toward philanthropy and endowed his holdings in the bank to Sulaiman bin Abdul Aziz Al Rajhi Endowments Holding Company, which supports educational, religious, health, and social causes, including the Arab Institute for Arabic Language, National Guard Health Affairs, and the Sheikh Sulaiman bin Abdul Aziz Al Rajhi Mosque in Riyadh, Saudi Arabia.

*Source: Wealth-X*