# Al Rajhi Bank
# Ex. 38

المملكة العربية السعودية
وزارة الشؤون البلدية والقروية
بلدية الجبيل

# رخصة محل

رقم الملف _____ ٧/٢١٤

الرقم : ٤٤٨
تاريخ الإصدار : ١٥/٨/١٤١٢هـ
النشاط المرخص به : جمع التبرعات #

اسم صاحب المحل ( رباعياً ) هيئة الإغاثة الإسلامية   جنسيته سعودية
رقم حفيظة النفوس بدون   تاريخها بدون   مصدرها بدون
جواز السفر أو الإقامة ____ تاريخه / /   مصدره ____
السجل التجاري ____ تاريخه / /
اسم الكفيل ( رباعياً ) ____   تليفون ____
عنوان الكفيل ____
حفيظة النفوس ____ تاريخها / /   مصدرها ____

اسم المحل المرخص له هيئة الإغاثة الإسلامية العالمية
عنوانه مشارع حمرة
ملك خاص عبدالله المشاربي
والمحدد بالرسم التوضيحي وأبعاده جدول كروكي
مساحة المحل وأبعاده (١٠ × ٢٥) = ٢٥٠ م٢
تحصل الرسم وقدره ( ٠ ) مائتين وخمسون ريال
بموجب الإيصال المالي رقم ٧/٦٤٥٣٢٦٧
وتاريخ ١٥/٨/١٤١٢هـ

رئيس قسم الرخص ____ رئيس قسم صحة البيئة ____
اعتماد / رئيس بلدية الجبيل   د/ غسام الغنام

التجديدات :

١ — جدد العمل بهذه الرخصة لمدة سنتين من ١٣/٩/١٤١٧هـ إلى ١٢/٩/١٤١٨هـ
وتحصل الرسم وقدره ( ٥٠٠ ) بالإيصال رقم ٦٢٥٣٢٧ وتاريخ ١٥/٨/١٤١٢هـ

رئيس قسم ____   رئيس البلدية ____
م/ غسام إبراهيم الغنام   المهندس/ عبدالرحمن بن صالح الريعان

٢ — جدد العمل بهذه الرخصة لمدة سنة من ١٧/٦/١٤١٨هـ إلى ١٦/٦/١٤١٩هـ
وتحصل الرسم وقدره ( ٥٠ ) بالإيصال رقم ٥٣٦٤ وتاريخ ١٥/٨/١٤١٢هـ

رئيس قسم صحة البيئة ____   رئيس البلدية ____

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00013527

| Kingdom of Saudi Arabia<br>Ministry of Municipal and<br>Rural Affairs<br>Jubail Municipality | License holder<br>Picture<br>[illegible stamp]<br>[vertical text]<br>Charitable<br>Organization | Shop License<br>No. *448*<br>Issue date: *15/8/1414H [Corresponding to Jan 26, 1994]*<br>Licensed activities: *Collecting donations #* |

Owner's Name (full)         *Islamic Relief Organization*         Nationality: *Saudi...*
National ID Booklet         *None*         Date: *None*         Issuer: *None*
                                                                  .........
Passport or Residency:      ...........................          Date:   / /       Issuer:
                                                                                    ...................
Commercial Register:        ...........................          Date:   / /
Sponsor Name (full):                                                                Telephone:
                                                                                    ...........
Sponsor Address:            ...........................
National ID Booklet:                                             Date:   / /        Issuer:
                            ...........................                            ...................

Renewals:
1. This license was renewed for a period of *a year* from *13/4/1417*H [Corresponding to Aug 27, 1996] to *12/4/1418*H [Corresponding to Aug 15, 1997]
   The fee of *twenty (20)* was collected under receipt No. *645327/7* dated *15/8/1414*H [Corresponding to Jan 26, 1994]

| [illegible] *License* Division Head<br>[signature] 13/4<br>[stamp] Ghasham Ibrahim Al-Ghasham | Municipality Head<br>[signature] 18/4/1417H<br>[stamp] Eng. Abdelrahman bin Saleh Al-Robaian | Official Stamp<br>[stamp] Official Stamp<br>[illegible] |

2. This license was renewed for a period of *a year* from *17/6/1418*H [Corresponding to Oct 18, 1997] to *16/6/1419*H [Corresponding to Oct 6, 1998]
   The fee of *twenty (20)* was collected under receipt No. *645327/7* dated *15/8/1414*H [Corresponding to Jan 26, 1994]

| Environmental Health Division Head<br>[signature] 17/6 | Municipality Head<br>[signature] 17/6/1418H<br>[Corresponding to Sep 1, 1996] | Official Stamp<br>[stamp] Jubail Province Municipality |



[illegible handwritten text]
File No. *7414*

[stamp] [illegible] [signature] 31/7 [illegible] and improve the building facade when renovating

25.0 m

Islamic Relief Organization

Jeddah Street

Entrance

Shop area and dimensions: (25 x 10)
250.0 m$^2$
Technical Division Head: [signature]

Name of licensed shop: International Islamic Relief Organization
Address: Jeddah Street
Owned by: Naser Abdullah [illegible]
Set out in the diagram and its dimensions: in sketch
3.      The fee of twenty (20) riyals was collected
under financial receipt No. *645327/7*
dated *15/8/1414*H [Corresponding to Jan 26, 1994]
a year from the date thereof

License Division Head            Environmental Health Division Head
[signature] 15/8                 15/8 [illegible]
[Illegible]                      [illegible] Ghasham Al-Ghasham
        Approved: Jubail Municipality Head
              [signature] [illegible stamp]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00013527



**Declaration**

I, *Halah Al-Janabi,* hereby confirm that as a professional translator and under contract to RWS Alpha, have translated these documents from *Arabic* (source language) into *English* (target language) for PO37448.

File names:

    ARB-00013520 – excerpted page ARB-13527

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* (target language) translations of the *Arabic* (source language) documents.

Signature: *Halah Aljanabi*
Halah Aljanabi (May 1, 2024 16:32 GMT+1)

**Signature:** *Halah Aljanabi*
Halah Aljanabi (May 1, 2024 16:32 GMT+1)
**Email:** aljanabihalah@gmail.com
**Title:** Proofreader

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
PO Box 2015, Stony Plain PO MAIN, AB, T7Z 1X6, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926