# Al Rajhi Bank
# Ex. 39

بسم الله الرحمن الرحيم

٩٨٥٥
٢/٤/ك ن ٢٠/ج/ ٧ /٢٧

المملكة العربية السعودية
وزارة الداخلية
إمارة منطقة عسير
الإدارة العامة للخدمة المحلية
العلاقات العامة

تعميم لكافة الادارات والمصالح الحكومية والمؤسسات
العامة والبنوك والشركات ذات العلاقة بشأن فتح مكتب
رئيسي للإغاثة الإسلامية العالمية بالندافة الجنوبية ومكتب
فرعي ببيشه .

سعـــادة : مدير ادارة خرج جماعية البرامج محمد مسعود الإسلامية بالجنوب

السلام عليكم ورحمة الله وبركاته :-

بناء على المخابرة الدائرة بشأن فتح مكتب لهيئة الإغاثة الاسلامية بالمنطقة الجنوبية بناء على طلبها
والمنتهية ببرقية صاحب السمو الملكي وزير الداخلية رقم ٩/١٠٥٦/٢/ن في ١٤٠٩/١٢/٦ هـ المتضمنه
الموافقة على فتح مكتبا للهيئة الاسلامية وتشكيل لجنة دائمة لها بالمنطقة الجنوبية بمدينه أبها .
وحيث قد طلب من رئيس المكتب بخطاب وكيل الامارة رقم ٢٢/٢/ ٤س في ١٤١٠/١/٥ هـ الإفادة
باسماء اللجنة الدائمة التي ستشكل من المكتب وعنوان مقره والمعلومات اللازمه عن الأعمال التي ستقوم
بها اللجنة المذكوره وكيفية استقبال التبرعات وقد وافانا بخطابه رقم ٣٦ في ١٤١٠/١/٢٨ هـ مفيداً
ان اللجنة الدائمة للمكتب الرئيسي لهيئة الإغاثة الاسلامية بالمنطقة الجنوبية يتشكل من الآتي اسماؤهم

١) الدكتور عبد الله بن عبد العزيز المصلح          رئيسـاً
٢) الدكتور اسماعيل محمد البشري              نائباً للرئيس
٣) الشيخ إبراهيم بن محمد اليديا              ======
٤) الشيخ عبد الله بن عفتان                  ======
٥) الدكتور سعد سعيد الدميدي                ======
٦) الشيخ عبد الله بن عبد المحسن الشبير        ======
٧) الشيخ أحمد بن سفر بن مقن                ======
٨) الأستاذ أحمد فرجان                       سكرتيراً

وسيكون عنوان المكتب كالتالي :

أبها . طريق خميس مشيط عمارة الشيد يحيى بن سعيد جوار مخزن الصيف بالخشم الأسفل رب ٣٠٧
كذلك المخابره الدائره بشأن فتح مكتب فرعي في بيشه بناء على طلب هيئة الإغاثة الإسلامية والمنتهيـة
بخطاب أمير بيشه رقم ٧٤٦ في ١٤٠٩/٩/١٢ هـ والذي افاد ان المكتب يتشكل على النحو التالي :

١) الشيخ علي عبد الخالق القرني              المشرف على المكتب
٢) عبد العزيز علي بن سلطان الشبير           متعاون في جمع التبرعات
٣) حامد سعد حامد علي                    ============
٤) عامر الزائر محمد الدويس                 ============
٥) عبد الرحمن سعيد احمد بن بلنم           ============
٦) سالم سعيد سالم النابت                  ============
٧) علي سعيد علي آل السعود              ============

وعنوان المكتب كالتالي :

يتبـــع

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00037838

( ٢ )

لذا يعتمد اكمال اللازم علما ان مكتب بيشه مرتبط بالمكتب الرئيس بأبها وستكون مهمة المكتب هى :الا على الانشطه التى ستقام فى المنطقة من اجل التعريف باهداف الهيئة والمتمثله فى جمع التبرعات الـه والنقدية لصالح المشاريع الاسلامية مثل الملاجى • والمدارس والمساجد وخلاوى تحفيظ القرآن الكريم وا الصحيه والمستشفيات ويمكن للجهات ذات العلاقه التى تبلغت بتعميم هذه الامارة رقم ١١٩٥ فى ١/٧ اشعار المكتب الرئيسى فيما يتعلق بالتبرعات بعد ايداعها فى حساب الهيئة لدى شركة الراجحى ال للاستثمار رقم ٦١٥٠ - ١٦١ والســــــلام ،،،،

ع/ن

أمير منطقة عســــــــــــــــ

خالد الفيصل بن عبد العزيــــ

صورة مع التحية لمعالى رئيس هيئة الاغاثة الاسلاميه العالميه / جدة
صوره لكل ادارة من ادارات الامارة والامارات والدوائر التابعة للاعتماد
صوره للارشيف مع الاساس
صوره للعلاقات العامه

In the name of God, most merciful, most compassionate

| | |
|---|---|
| Kingdom of Saudi Arabia | 9855 |
| | 2/20/1410 [Corresponding to Sep 20, 1989] |
| Ministry of the Interior | [initials] on 4/2 |
| Emirate of the Asir Province | Notice to all administrations, governmental |
| General Administration of Local Services | departments, public institutions, banks and |
| General Relations | companies involved in the opening of the International Islamic Relief main office in the Southern Province and branch office in Bisha. |

**To the Hon.: Board Chairman of the Imam Muhammad ibn Saud Islamic University Branch in the South**

**May God's peace, mercy and blessings be upon you:**

Based on the circular concerning the opening of a southern office for the Islamic Relief Organization in the Southern Province, and based on the request for it, which concluded with a telegram from His Royal Highness, the Crown Prince, Minister of the Interior, No. 10569/2 SH dated 06/12/1409 H [Corresponding Jul 9, 1989] to containing the approval for the opening of an office for the Islamic Organization and the formation of a permanent committee in the Southern Province, in the city of Abha.

In as much as the office president requested, by means of the Emirate agent's Request No. S4/2/32/ SH on 05/01/1410 H [Corresponding to Aug 6, 1989], a list of the names of members of the permanent committee to be formed by the office, the address of its headquarters, and the necessary information as to the works to be undertaken by the referenced committee and the method of receipt of donations; he has advised us, in his letter No. 36 on 1/28/1410 [Corresponding to Aug 29, 1989], that the permanent committee of the main office of the Southern Province Islamic Relief Organization will be comprised of the following-named persons:

| | | |
|---|---|---|
| 1) | Dr. Abdullah bin Abdul Aziz Al Musleh | President |
| 2) | Dr. Ismail Muhammad Al Bushra | Vice President |
| 3) | Sheikh Ibrahim bin Saad Al Yahya | --------- |
| 4) | Sheikh Abdullah bin Aftan | --------- |
| 5) | Dr. Saad Saeed Al Hamidi | --------- |
| 6) | Sheikh Abdullah bin Abdul Muhsen Al Shammari | --------- |
| 7) | Sheikh Ahmad bin Safar bin Mufrah | --------- |
| 8) | Mr. Ahmad Farhan | Secretary |

The office address will be as follows:

Abha. The road to Khamis Moushet, Mr. Yahya bin Saeed's Building next to the Al Seif Bakery, bottom floor [illegible] 307. Also, the circular regarding the opening of a branch office in Bisha is based upon the Islamic Relief Organization's request, concluding with request No. 746 of 12/09/1409 AH [Corresponding to **Apr 18, 1989**] of the Amir of Bisha, which stated that the office will be composed as follows:

| | | |
|---|---|---|
| 1) | Sheikh Ali Abdullah Al Khali Al Qarni | Office Supervisor |
| 2) | Abdul Aziz Ali bin Sultan Al Omayri | Volunteer in the donations dept. |
| 3) | Hamid Saad Hamid Ali | --------- |
| 4) | Amer [illegible] Muhammad Al Sawbi | --------- |
| 5) | Abdul Umar bin Saeed Ahmad bin Jaltham | --------- |
| 6) | Saleh Saeed Saleh Al Ghamidi | --------- |
| 7) | Ali Saeed Ali Al Saud | --------- |

**CONFIDENTIAL:** This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00037838

The address of the office is as follows:

[illegible]...Abdullah in Bisha.                                           Continued

(2)

It is therefore determined that the necessary steps be taken, with the understanding that the Bisha office be linked to the main office in Abha, with the office's mission being: First, the activities in the province are defined by the goals of the Organization, as exemplified by the collection of [illegible] and currency donations for the benefit of Islamic charity projects such as shelters, schools, mosques and convents for the memorization of the Holy Koran, health [illegible] and hospitals. The related parties addressed by this Emirate's Circular No. 1195 on 1/7 may notify the main office of donations after they have been deposited in the Organization's Al Rajhi Investment Banking Corporation Account No. 6150- 161. Kind regards.

Ain/Ya

| *Al Imam Muhammad bin Saud Islamic University* |
| --- |
| Southern Branch of the University |
| For Communications |
| Receipt No. 246 |
| Date: 2/24/1410 H [Corresponding to Sep 24, 1989] |
| _____ Affairs |

The Amir of_____ Province

[initials]

Khaled Al Fesal bin Abdul Aziz

CC with greetings to His Excellency the President of the International Islamic Relief Organization/Jeddah

CC to the administrations of all Emirates and affiliated centers for

CC to Public Relations

**[handwritten]**

**1- [illegible]**
**2- Administrative Affairs**
**3- Provide a copy to the organization** (initials)

**CONFIDENTIAL:** This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00037839



**Declaration**

I, *Halah Al-Janabi,* hereby confirm that as a professional translator and under contract to RWS Alpha, have translated these documents from *Arabic* (source language) into *English* (target language) for PO37448.

File names:

    ARB-00037833 – excerpted pages 37838-37839

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* (target language) translations of the *Arabic* (source language) documents.

Signature: 
Halah Aljanabi (May 1, 2024 16:33 GMT+1)

**Signature:** *Halah Aljanabi*
Halah Aljanabi (May 1, 2024 16:33 GMT+1)
**Email:** aljanabihalah@gmail.com
**Title:** Proofreader

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
PO Box 2015, Stony Plain PO MAIN, AB, T7Z 1X6, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926