# Al Rajhi Bank Ex. 40

بسم الله الرحمن الرحيم

الرقم / ٤٧٩٧٠

التاريخ / ١٨/٥/ ١٤١٠هـ

( تعميم لا برأ° المراكز التي ستفتح بهــــا
المندوبيات )

كة العربية السعودية

وزارة الداخليـــه

امارة منطقة عسير

ارة العامه للخدمه المحليه

العلاقات العامه

سعادة

المكرم

م عليكم ورحمة الله وبركاته :ـ

بالإشارة لتعميم صاحب السمو الملكي امير منطقة عسير رقم ٩٨٥٥ في ٢٠/٢/ ١٤١٠هـ المبني على موافقـــة
السمو الملكي وزير الداخليه ببرقيته رقم ٢/١٠٥٦٩ في ٦/١٢/ ١٤٠٩هـ بشأن فتح مكتب رئيســـــي
الاغاثه الاسلاميه العالميه بالمنطقة الجنوبية وحيث اشرف لنا رئيس المكتب بالمنطقة الجنوبيه خطابة رقـــم
بتاريخ ٥/٥/ ١٤١٠هـ المتضمن بان العمل يحتاج الى تدابير دقيق يتمثل في فتح عند وبيات في بعـض
المحاورة للاشراف على جمع التبرعات واستقبالها وتوظيمها حسب التعليمات الخاصة بذلك وتحت اشراف
المرئيسي في المنطقة الجنوبيه . وأشار الى انه قد تم فتح مكاتب فرعيه وحدد المسئولين فيها على النحو التالي :ـ

| | |
|---|---|
| شيخ / عمر محمد الدكني | تعيين شيط |
| شيخ محمد بن مرزوق الحارثي | المدينة العسكرية |
| شيخ عقيل بن محمد الشهري | المجارده |
| شيخ مبارك بن سعيد ركبان | الواديين |
| شيخ زايد محمد القرني | سيت العلايا بلقرن |
| شيخ ناصر بن مفرح عسيري | النعبين |
| شيخ محمد بن مبلح | تهران الجنوب |

وافقنا على ذلك بعتمد التمشي بموجبه والسلام ،،، ،،،

نائب امير منطقة عسير

فيصل بن بندر بن عبد العزيز

التحيه والمعالي رئيس هيئة الاغاثه الاسلاميه العالميه ـ حده
التحيه لسعادة رئيس مكتب هيئة الاغاثه بالمنطقة الجنوبية للاحاطة
ريف مع الاسامي والحروي والمسود ة
علاقات العامه لحفظها بملف الهيئه

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00037502

<١٦٦>
<١٤١١/٤/٢٠>

عاجل جـدا

ر/فتح مكتب للاغاثة الاسلامية بالعلاقة .

لمارة بالقرن

صاحب السمو الملكي أمير منطقة عـ ـــــــــــ ـير        سلمه الله

السلام عليكم ورحمة الله وبركاته :

أشير الى الأوامر الصادرة حول البحث على التبرع لفقراء المسلمين في جميع أنحاء العالم وآخر ماطلعنا في هذا المعرض خطاب سموكم التعميمي رقم ٥٨٨٥ في ١٤١٠/٢/٢٠ هـ بأن اللجنة الدائمة لهيئة الاغاثة الأسلامية بالسناجية المعنوية تتكون في من منة أبوها وأوضح سموكم اسماء الأعضاء في التعميم المشار اليه كما أشير الى فتح مكتب فرعي في بيضه بناء على دليل هيئة الاغاثة الأسلامية برأي مكتب ميضه مرتبط بالمكتب الرئيسي بأبها .

وحيث طلعنا خطاب مدير مكتب هيئة الاغاثة الأسلامية العالمية بسبت العلاقة المرفق المؤرخ في ١٤١٠/٤/١٣ هـ أشار فيه الى تكليفه مندوبا في هذه السناجية والى أنه قد تبرع أحد المحسنين بمحل مناسب كمكتب للهيئة ريدأ المكتب في قبول التبرعات النقدية والعينية حسب الأنظمة والتعليمات اعتبارا من ٦/٦/١٤١٠ هـ ولكون مدير المكتب المذكور مطلوب دعم الامارة وابلاغ الادارات الحكومية وشايخ وتواب القبايل وغيرهم للمسارعة في مساعدة المحتاجين بما أوجب المدرز لسموكم الكريم بأمل الاحاطة عسـ احداث هذا المكتب في جهتنا وتوجيهنا بما ترينه حيال ماطلبه منا وبايجب اتخاذه في ذلك .

والله يحفظكم ويديم توفيقا تكم سـ ــــــــــ يد .

أمير بالقـ ـــر

ض/م/ قرني ١٤١٠/٤/٢٠ هـ.

أحمد بن حمـ ـــــــــــــ د الغامــــــــــــ دي

صوره لمكتبنا لانتظار التوجيه.

صوره لمدير مكتب هيئة الاغاثة الأسلامية   العالمية بسبت العلاقه للاحاطة .

صوره مع المسود للأرشيف وتسديد القيود ١٨٤٤ لعام ١٤١٠ هـ. ورقم ٢٠٢ لعام ١٤١٠ هـ.
ورقم ١٢٣٣ لعام ١٤١٠ هـ. ورقم ١٧٠٥ لعام ١٤٠٩ هـ.

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00037503

عاجل جـدا    ع/فتح مكتب للإغاثة الاسلامية بالعلاية .

إمارة بالقرن

صاحب السمو الملكي أمير منطقة عســـــــــــــــر    سلمه الله

السلام عليكم ورحمة الله وبركاته :

أشير الى الأوامر الصادرة حول الحث على التبرع لفقراء المسلمين في جميع أنحاء العالم وآخر ما طلعنا في هذا الموضوع خطاب سموكم التعميمي رقم ٢٨٥٥ في ١٤١٠/٢/٢٠هـ بأن اللجنة الدائمة لهيئة الاغاثة الأسلامية بالمنطقة الجنوبية تكون في مدينة أبها وأوضح سموكم اسماء اعضاء اللجنة في التعميم المشار اليه كما أشير الى فتح مكتب فرعي في بيشه بناء على طلب هيئة الاغاثة الأسلامية وأن مكتب بيشه مرتبط بالمكتب الرئيسي بأبها .

وحيث طلعنا خطاب مدير مكتب هيئة الاغاثة الاسلامية بسيت العلاية المرفق خ في ١٤١٠/٤/١٣هـ. أشار فيه الى تكليفه مندربا في هذه المنطقة والى أنه قد تبرع أحد المحسنين بمحل مناسب كمكتب للهيئة وبدأ المكتب في قبول التبرعات النقدية والعينية حسب الأنظمة والتعليمات اعتبارا من يوم ١٤١٠/٤/٦هـ. ولكون مدير المكتب المذكور يطلب دعم الامارة وابلاغ الادارات الحكومية ومشايخ ونواب القبايل وغيرهم للمسارعة في مساعدة المحتاجين بما أوجب القرآن لسموكم الكريم بأمل الاحاطة عن احداث هذا المكتب في جهتنا وتوجيهنا بما ترونه حيال ما طلبه منا وما يجب اتخاذه في ذلك .

والله يحفظكم ويديم توفيقاتكم ســـــــــــــــيد ؟ .

أمير بالق

ص/م . قرني ١٤١٠/٤/٢٠هـ.

أحمد بن حسن الشهري



صوره لمكتبنا لانتظار التوجيه .

صوره لمدير مكتب هيئة الاغاثة الأسلامية السالمية بسيت العلاية للاحاطة .

صوره مع المسود للارشيف وتسديد القيود ١٨٤٤ لعام ١٤١٠هـ. ورقم ٢٠٢ لعام ١٤١٠هـ.

ورقم ١٤٣٣ لعام ١٤١٠هـ. ورقم ١٧٠٥ لعام ١٤٠٩هـ.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00037504

١٦١>

١٤١٠/٤/٢٠

عاجل جـدا          م/فتح مكتب للإغاثة الإسلامية بالعلاقية .          لإمارة بالقرن

صاحب السمو الملكي أمير منطقة عســـــــير          سلمه الله

السلام عليكم ورحمة الله وبركاته :

أشير إلى الأوامر الصادرة حول البحث على التبرع لنصرة المسلمين في جميع أنحاء العالم ، وآخر ماتلقيناه في هذا الموضوع خطاب سموكم التعميمي رقم ٥٨٥ في ١٤١٠/٢/٢٠ هـ بأن اللجنة الدائمة لهيئة الإغاثة الإسلامية بالمنطقة الجنوبية تكون في مدينة أبها وأوضح سموكم أسماء أعضاء اللجنة في التعميم المشار اليه كما أشير الى فتح مكتب فرعي في جيزان بناء على طلب اللجنة وهيئة الإغاثة الإسلامية رأى مكتب هيئة مرتبط بالمكتب الرئيسي بأبها .

وحيث تلقينا خطاب مدير مكتب هيئة الإغاثة الإسلامية العالمية بجيزان العلاقية المرفق المؤرخ في ١٤١٠/٤/١٣ هـ أشار فيه إلى تكليفه مندربا في هذه المنطقة إلا أنه قد تبرع أحد المحسنين بمبنى مناسب لمكتب للهيئة وبدأ المكتب في قبول التبرعات النقدية والعينية حسب الأنظمة والتعليمات اعتبارا من يوم ١٤١٠/٤/٦ هـ . ولكون مدير المكتب المذكور يطلب دعم الإمارة وإبلاغ الإدارات الحكومية ومشايخ ونواب القبائل وغيرهم للمسارعة في مساعدة المحتاجين بما أوجبه العزيز لسموكم الكريم بأمل ألا حاطة عسير إحداث هذا المكتب في جهتنا وتوجيهنا بما تريذ ه حيال ماتطلبه منا وما يجب اتخاذه في ذلك .

والله يحفظكم ويديم توفيقاتكم ســــــــيدي .

[ختم]          أمير بالقرن

ض/م/ قرني ١٤١٠/٤/٢٠ هـ

أحمد بن حسـ

صورة لمكتبنا لا نتظار التوجيه .

صورة لمدير مكتب هيئة الإغاثة الإسلامية العالمية بجيزان العلاقية للإحاطة .

صورة مع المسودة للأرشيف وتسدد به القيود ١٨٤٤ لعام ١٤١٠ هـ . ورقم ٢٠٢ لعام ١٤١٠ هـ .

ورقم ٤٣٣ لعام ١٤١٠ هـ . ورقم ١٧٠٥ لعام ١٤١٠ هـ .

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

١٧٦
١٩/٢/٥٠أ
/١/٤/٤

إمارة بالقرن              عاجل جـدا               م/فتح مكتب للإغاثة الاسلامية بالعلاقة

صاحب السمو الملكي أمير منطقة عـــــــــور            سلمه الله

السلام عليكم ورحمة الله وبركاته .

أشير الى الأوامر الصادرة حول البحث على التبرع لنصرة المسلمين في جميع أنحاء العالم
ماطقينا في هذا الموضوع خطاب سموكم التعميمي رقم ٥٥٠ أ، في ٢٠/٢/١٤١٠هـ، بأن اللجنة
لهيئة الاغاثة الأسلامية بالمنطقة الجنوبية تكون، في مدينة أبها وأوضح سموكم اسماء اعضاء اللجنة
التعميم المشار اليه كما أشير الى فتح مكتب فرعي في بيشه بناء على طلب هيئة الاغاثة الأسلامية وأ
بهذه مرتبط بالمكتب الرئيسي بأبها .

وحيث تلقينا خطاب مدير مكتب هيئة الاغاثة الأسلامية العالمية بسبت العلاية المرفق المن
٢/١٣/١٤١٠هـ. أشار فيه الى تكليفه من ربها في هذه المنطقة إلا، أنه قد تبرع أحد المحسنين
مناسب كمكتب للهيئة وبدأ المكتب في قبول التبرعات النقدية والعينية حسب الأنظمة والتعليمات تا
يوم ٦/٤/١٤١٠هـ. ولكون مدير المكتب المذكور يطلب دعم الامارة بابلاغ الادارات الحكومية ومش
ونواب القبائل وغيرهم للمسارعة في مساعدة المحتاجين بما أوجب العون لسموكم الكريم بأمل الا حا
احداث هذا المكتب في جهتنا وتوجيهنا بما ترونه حيال ماطلبه منا ومايجب اتخاذه في ذلك .
والله يحفظكم ويديم توفيقاتكم ســـــــيدي .

أمير بالقـــــ
ض/م. قرني ٢٠/٤/١٤١٠هـ.
أحمد بن حمـ

صوره لمكتبنا لانتظار التوجيه.
صوره لمدير مكتب هيئة الاغاثة الأسلامية العالمية بسبت العلاية للاحاطة .
صوره مع المسودة للارشيف وتسدد به القيود ٨٤٤ لعام ١٤١٠هـ. ورقم ٢٠٢ لعام ١٤١٠هـ
ورقم ١٤٣٣ لعام ١٤١٠هـ. ورقم ١٧٠ د لعام ١٤٠٩هـ.

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York            ARB-00037506

١٧٠٦
١٥/٢/٢
١٤١٠

لمارة بالقرن                عاجل جـدا            م/فتح مكتب للاغاثة الاسلامية بالعلاية .

صاحب السمو الملكي أمير منطقة عســـــــير            سلمه الله
السلام عليكم ورحمة الله وبركاته :

أشير الى الأوامر الصادرة حول البحث على التبرع لفقراء المسلمين في جميع أنحاء العالم وآخر
ماطقيناه في هذا الموضوع خطاب سموكم التعميمي رقم ٥٨٠٥ في ٢٠/٢/١٤١٠هـ بأن اللجنة الدائمة
لهيئة الاغاثة الأسلامية بالمنطقة الجنوبية تكون في مدينة أبها وأوضح سموكم اسماء اعضاء اللجنة في
التعميم المشار اليه كما أشير الى فتح مكتب فرعي في بيشه بناءً على طلب هيئة الاغاثة الأسلامية ورأس مكتب
بيشه مرتبط بالمكتب الرئيسي بأبها .

وحيث طلقينا خطاب مدير مكتب هيئة الاغاثة الاسلامية العالمية بسيت العلاية المرقم المؤرخ في
١٣/٤/١٤١٠هـ أشار فيه الى تكليفه مندوباً في هذه السلطة والذي أنه قد تبرع أحد المحسنين بمحل
مناسب كمكتب للهيئة وبدأ المكتب في قبول التبرعات النقدية والعينية حسب الأنظمة والتعليمات اعتباراً من
يوم ٦/٤/١٤١٠هـ . ولكون مدير المكتب المذكور يطلب دعم الامارة وابلاغ الادارات الحكومية ومشايخ
ونواب القبائل وغيرهم للمسارعة في مساعدة المحتاجين مما أوجب العرض لسموكم الكريم بأمل الاحاطة عسر
احداث هذا المكتب في جهتنا وتوجيهنا بما ترونه حيال ماطلبه منا ومايجب اتخاذه في ذلك .

والله يحفظكم ويديم توفيقاتكم ســـــــيد ٠٠

أمير بالقـ        ـرب


ض/م/ قرني ٢٠/٤/١٤١٠هـ ٠

أحمد بن حســـــــ        ـن

صوره لمكتبنا لانتظار التوجيه ٠
صوره لمدير مكتب هيئة الاغاثة الأسلامية العالمية بسيت العلايه للاحاطة ٠
صوره مع المسودة للارشيف وتسلد يد القيود ١٨٤٤ لعام ١٤١٠هـ٠ ورقم ٢٠٢ لعام ١٤١٠هـ٠
ورقم ١٤٢٣ لعام ١٤١٠هـ٠ ورقم ٥١٧٠ لعام ١٤٠٩هـ٠

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00037507

without notification in cash or by cheques of quantity of
metal of the type the account opened with deposited by
my self or by others..

سواء التي نقوم بأبداعها أو يقوم الآخرون بأبداعها لحسابنا

13- Any claim or dispute arising out of the implimitation
or interpretation of this application shall be governed by
the Islamic sharia laws and determined by any of the
sharia courts in the Kingdom.

١٢- أي ادعاء أو خلاف ينشأ من تطبيق أو تفسير هذا الطلب يخضع
لأحكام الشريعة الإسلامية ويرجع البت فيه إلى المحكمة الشرعية
المختصة في المملكة.

Customer Signature:                      توقيع العميل

Customer Name                       اسم العميل

شركة الراجحي المصرفية للاستثمار
AL RAJHI BANKING & INVESTMENT CORP.



CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York



**طلب فتح حساب جار**
**CURRENT ACCOUNT OPENING APPLICATION**

**شركة الراجحي المصرفية للاستثمار**
**AL RAJHI BANKING & INVESTMENT CORP.**

| | | |
|---|---|---|
| ACCOUNT NUMBER | رقم الحساب | |
| CUSTOMER ID CODE | رقم ملف العميل | |
| CURRENCY & C. CODE | العملة ورمزها | |

DATE ٨٢/٧/٢٥٢/٧/١٨ تاريخ
CORRES ٢-١٠/١/٥ لوافق

| CUSTOMER NAME | اسم العميل | هيئة الاغاثة الاسلامية |
|---|---|---|
| TYPE OF ACCOUNT | نوع الحساب | جاري |

| ADDRESS : ZIP CODE | رمز بريدي | CITY المدينة الرياض | P.O.BOX ٥٨ ص . ب . العنوان |
|---|---|---|---|

| TELEPHONE ( OFFICE ) | هاتف العمل | TELEPHONE ( RES. ) | هاتف المنزل |
|---|---|---|---|
| PAGER | نداء آلي | MOBILE | جوال |

| STATEMENT FREQUENCY | دورية كشف الحساب | I.D. NUMBER | رقم الهوية ٢٥٨٢٧ ٢٢٧٨٦ |
|---|---|---|---|
| | | TYPE OF I.D. | نوع الهوية |
| | | PLACE OF ISSUE | مكان الإصدار الطائف |
| | | ISSUED DATE | تاريخ الاصدار ٤ /١٨/١٤٨٧ |

☐ سنوي Yearly   ☐ نصف سنوي Half yearly   ☐ ربع سنوي Quarterly   ☒ شهري Monthly

| NAME & ADDRESS OF SPONSOR | اسم وعنوان الكفيل | | |
|---|---|---|---|
| ZIP CODE | رمز بريدي | CITY المدينة | P.O.BOX ص . ب . |
| TELEPHONE ( OFFICE ) | هاتف العمل | TELEPHONE ( RES. ) | هاتف المنزل |
| PAGER | نداء آلي | MOBILE | جوال |

OTHER ACCOUNTS WITH CORP. OR LOCAL BANKS     الحسابات الأخرى بالشركة أو البنوك الأخرى إن وجدت

| BRANCH - OTHER BANK الفرع – البنك | ACCOUNT NO. رقم الحساب | TYPE OF ACCOUNT نوع الحساب |
|---|---|---|
| ١٥٥ | ٢-١١/ | جاري |

| CUSTOMER SPECIMEN SIGNATURE نموذج توقيع العميل | CUSTOMER SPECIMEN SIGNATURE نموذج توقيع العميل |
|---|---|
| | |

| CUSTOMER SERVICE EMPLOYEE SIGNATURE | توقيع موظف خدمات العملاء |
|---|---|

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00037509

بسم الله الرحمن الرحيم

كة العربية السعودية

زارة الداخلية

مارة منطقة عسير

ارة العامة للخدمة المحلية

العلاقات العامة

الرقم / ٢٧٩٧٠ /
التاريخ / ١٨ / ٥ / ١٤١ هـ

( تعميم لما عدا المراكز التي ستفتح بها المندوبيات )

سعادة / رقم الكاتب ٩٦ / ▮

المكرم

م عليكم ورحمة الله وبركاته :-

اللاحقا لتعميم صاحب السمو الملكي امير منطقة عسير رقم ٩٨٥٥ في ١٤١٠/٢/٢٠ هـ المبني على موافقة السمو الملكي وزير الداخلية ببرقيته رقم ٢/١٠٥٦٩ في ١٤٠٩/١٢/٦ هـ بشان فتح مكتب ورئيسى لاغاثه الاسلامية بالمنطقة الجنوبية وحيث رفع لنا رئيس المكتب بالمنطقة الجنوبية خطابه رقم .... تاريخ ١٤١٠/٥/٥ هـ المتضمن بان العمل يحتاج الى تنظيم دقيق يتمثل في فتح مندوبيات في بعض المحاورة للاشراف على جمع التبرعات واستقبالها وتوظيفها حسب التعليمات الخاصة بذلك وتحت اشراف الرئيسى ....... وأشار الى انه قد تم فتح مكاتب فرعيه وحدد المسئوولين فيها على النحو التالي :-

| | |
|---|---|
| خميس مشيط | شيخ / عمر محمد الدكني |
| المدينة العسكرية | شيخ محمد بن مزوق الحارثي |
| البجادره | شيخ عقيل بن محمد الشهري |
| الواديين | شيخ مبارك بن سعيد ركبان |
| سبت العلايا بلقرن | شيخ زايد محمد القرني |
| الشعبين | شيخ ناصر بن مفرح عسيري |
| طهران الجنوب | شيخ محمد بن مصلح |

افقنا على ذلك يعتمد التمشي بموجبه والســـــــلام ، ، ، ، ،

نائب امير منطقة عســـــــير

فيصل بن بندر بن عبد العزيـــــز

التحية والمعالي رئيس هيئة الاغاثة الاسلامية العالمية ـ جده

التحية لسعادة رئيس مكتب هيئة الاغاثة بالمنطقة الجنوبية للاحاطة

رئيف مع الاساس والحروي والسعودة

ولعلاقات العامة لحفظها بملف الهيئة

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00037510

بسم الله الرحمن الرحيم

الرقم / ٥٧٩٧٠
التاريخ / ١٨ / ٥ / ١٤١٠هـ

المملكة العربية السعودية
وزارة الداخلية
امارة منطقة عسير
الادارة العامة للخدمة المدنية
العلاقات العامة

( تعميم لاعراء المراكز التي ستفتح بمسا
المندوبيات )

سعادة / رئيس كتب ٩٦/٦
المكرم

السلام عليكم ورحمة الله وبركاته :-

الحاقا لتعميم صاحب السمو الملكي امير منطقة عسير رقم ٩٨٥٥ في ٢٠ / ٢ / ١٤١٠هـ. المبني على موافقــة
سمو النائب الملكي وزير الداخلية ببرقيته رقم ٢ / ١٠٥٦٩ في ١٤٠٩/١٢/٦هـ بشان فتح مكتب رئيسي
لهيئة الاغاثه الاسلاميه بالمنطقة الجنوبية وحيث رفع لنا رئيس المكتب بالمنطقة الجنوبية خطابه رقـم
دين وتاريخ ١٤١٠/٥/٥هـ المتضمن بان العمل يحتاج الى تنظيم دقيق يتمثل في فتح عدد وبيات في بعـض
المدن المجاورة للاشراف على جمع التبرعات واستقبالها وتنظيمها حسب التعليمات الخاصة بذلك وتحت اشراف
المكتب الرئيسي بخميس مشيط اشار الى انه قد تم فتح مكاتب فرعيه وعدد المسئولين فيها على النحو التالي :-

١- الشيخ / عمر محمد البكني          خميس مشيط
٦- الشيخ محمد بن مرزوق الحارثي      المدينة العسكرية
٣- الشيخ عقيل بن محمد الشهري        المجاردة
٤- الشيخ مبارك بن سعيد ركبان        الواد يين
٥- الشيخ زايد سعد القرني            سبت العلايا بلقرن
٦- الشيخ ناصر بن فرح عسيري         الشعبين
٧- الشيخ محمد بن مصلح               ظهران الجنوب

ولموافقتنا على ذلك يعتمد التمشي بموجبه والسلام ،،،

نائب امير منطقة عسير
٢٤/٢

فيصل بن بندر بن عبد العزيز

ص/ مع التحيه والمحالي رئيس هيئة الاغاثة الاسلامية العالميه - جده
ص/ مع التحية لسعادة رئيس مكتب هيئة الاغاثة بالمنطقة الجنوبية للاحاطة
ص/ للارشيف مع الاساس والمرور والمسوده
ص/ للعلاقات العامه لحفظها بملف الهيئة

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00037511

In the Name of Allah, Most Beneficent, Most Merciful

Kingdom of Saudi Arabia
Ministry of Interior
Asir Province Principality
General Administration for Local Service
Public Relations

[handwritten: Number / 27970]
[handwritten: Date / 18/5/1410 AH]
[Corresponding to Dec 16, 1989]
(Circular to the Princes of the centers in
which representation offices will be opened)

**His Excellency**

**The Honorable**

**Peace and Allah's mercy and blessings be on you**

Further to the circular of His Royal Highness Prince of the Asir Province No. 9855 on 20/2/1410 AH [Corresponding to Sep 20, 1989] based on the approval of His Royal Highness Minister of Interior in his telegram No. 10569/2 on 6/12/1409 AH [Corresponding to Jul 9, 1989] with regard to the opening of an office of the Head of the International Islamic Relief Organization in the Southern Province. Since the Head of the Office in the Southern Region submitted to us his letter number (missing text) dated 5/5/1410 AH [Corresponding to Dec 3, 1989] containing the fact that the operation requires precise organization by opening representation offices in some neighboring cities for supervision over the collection, receipt and organization of donations, as per the specific instructions in that regard, under the supervision of the head office [illegible], and he mentioned that branch offices have been opened and he identified the persons in charge as follows:

1- Sheikh / Omar Mohamed Al Hakami                Khamis Mushait
2- Sheikh / Mohamed bin Marzouq Al Harithi         Military City
3- Sheikh / Aqil bin Mohamed Al Shahri             Al Mujarada
4- Sheikh / Mubarak bin Saeed Rukban               Al Wadiyain
5- Sheikh / Zayed Mohamed Al Qarni                 Sabt Al Alaya [handwritten: Bilqarn]
6- Sheikh / Nasser bin Mufrih Asiri                Al Shabain
7- Sheikh / Mohamed bin Mosleh                     Dhahran South

Due to our approval thereof, proceeding accordingly has been authorized. Kind regards.

[signature] [handwritten: 12/1]

Deputy Prince of Asir Province
[signature] [handwritten: 14/5]
Faisal bin Bandar bin Abdul Aziz

CC / With regards to His Highness Head of the International Islamic Relief Organization - Jeddah
CC / With regards to His Excellency Head of the Office of the Relief Organization in the Southern Province - For information
CC / Archives with original, submissions and draft
CC / Public Relations for filing in the Organization's file

[handwritten: To be photocopied and circulated to branch offices] [signature]

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN), United
States District Court for the Southern District of New York

ARB-00037502

A S / M / 9 / [handwritten: 2166]
[handwritten: 20/4/1410 AH]
[Corresponding to Nov 18, 1989]
[handwritten: 2]

Bilqarn Principality **Very Urgent**   Re: Opening of Office of the Islamic Relief Organization in Alaya

**His Royal Highness Prince of the Asir Province may Allah protect him**

**Peace and Allah's mercy and blessings be on you:**

    I refer to the orders issued about encouragement to donate to poor Muslims wherever they are, the last of which we received on the matter being the circular of Your Highness No. 9855 on 20/2/1410 AH [Corresponding to Sep 20, 1989] that the Permanent Committee of the Islamic Relief Organization in the Southern Province will be in the city of Abha, and Your Highness set out the names of the members of the committee in the circular referred to. I also refer to the opening of a branch office in Bisha based on the request of the Islamic Relief Organization and the fact that the Bisha office is linked to the head office in Abha.

    Since we received the attached letter of the Manager of the International Islamic Relief Organization's office in Sabt Al Alaya, dated 13/4/1410 AH [Corresponding to Nov 11, 1989], in which he indicated that he has been appointed as representative in this province, and to the fact that a philanthropist had donated suitable premises to serve as an office for the Organization and the office has begun accepting donations in cash and in kind in accordance with the regulations and instruction as from the date of 6/4/1410 AH [Corresponding to Nov 4, 1989]. Due to the fact that the manager of the said office requests the support of the Principality and that government departments, religious leaders, tribal representatives and others be notified thereof in order to expedite the aid to those in need, this makes it necessary for us to kindly inform Your Highness about the creation of this office in our region and to direct us with what you deem to be appropriate with regard to the request made to us and what should be done in this respect.

    May Allah protect you and continue to guide you correctly.

D / M - Qarni 20/4/1410 AH       Prince of Bilqarn
[Corresponding to Nov 18, 1989]    [stamp: True Copy of the Original]

Ahmed bin Hussein Al Mutlaq

CC to our office to receive the directives.
CC to the Manager of the International Islamic Relief Organization's office in Sabt Al Alaya for their information.
CC with the draft to the archive and payment of fees 1844 of 1410 AH, No. 202 of 1410 AH, No. 1433 of 1410 AH, and No. 5170 of 1409 AH.

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN), United
States District Court for the Southern District of New York

ARB-00037503

A S / M / 9 / [handwritten: 2166]
[handwritten: 20/4/1410 AH]
[Corresponding to Nov 18, 1989]
[handwritten: 2]

Bilqarn Principality **Very Urgent**    Re: Opening of Office of the Islamic Relief Organization in Alaya

**His Royal Highness Prince of the Asir Province may Allah protect him**

**Peace and Allah's mercy and blessings be on you:**

I refer to the orders issued about encouragement to donate to poor Muslims wherever they are, the last of which we received on the matter being the circular of Your Highness No. 9855 on 20/2/1410 AH [Corresponding to Sep 20, 1989] that the Permanent Committee of the Islamic Relief Organization in the Southern Province will be in the city of Abha, and Your Highness set out the names of the members of the committee in the circular referred to. I also refer to the opening of a branch office in Bisha based on the request of the Islamic Relief Organization and the fact that the Bisha office is linked to the head office in Abha.

Since we received the attached letter of the Manager of the International Islamic Relief Organization's office in Sabt Al Alaya, dated 13/4/1410 AH AH [Corresponding to Nov 11, 1989], in which he indicated that he has been appointed as representative in this province, and to the fact that a philanthropist had donated suitable premises to serve as an office for the Organization and the office has begun accepting donations in cash and in kind in accordance with the regulations and instruction as from the date of 6/4/1410 AH [Corresponding to Nov 4, 1989]. Due to the fact that the manager of the said office requests the support of the Principality and that government departments, religious leaders, tribal representatives and others be notified thereof in order to expedite the aid to those in need, this makes it necessary for us to kindly inform Your Highness about the creation of this office in our region and to direct us with what you deem to be appropriate with regard to the request made to us and what should be done in this respect.

May Allah protect you and continue to guide you correctly.

Prince of Bilqarn

D / M - Qarni 20/4/1410 AH
[Corresponding to Nov 18, 1989]

[stamp: True Copy of the Original]

Ahmed bin Hussein Al Mutlaq

CC to our office to receive the directives.
CC to the Manager of the International Islamic Relief Organization's office in Sabt Al Alaya for their information.
CC with the draft to the archive and payment of fees 1844 of 1410 AH, No. 202 of 1410 AH, No. 1433 of 1410 AH, and No. 5170 of 1409 AH.

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN), United
States District Court for the Southern District of New York
ARB-00037504

A S / M / 9 / [handwritten: 2166]
[handwritten: 20/4/1410 AH]
[Corresponding to Nov 18, 1989]
[handwritten: 2]

Bilqarn Principality **Very Urgent**    Re: Opening of Office of the Islamic Relief Organization in Alaya

**His Royal Highness Prince of the Asir Province may Allah protect him**

**Peace and Allah's mercy and blessings be on you:**

I refer to the orders issued about encouragement to donate to poor Muslims wherever they are, the last of which we received on the matter being the circular of Your Highness No. 9855 on 20/2/1410 AH [Corresponding to Sep 20, 1989] that the Permanent Committee of the Islamic Relief Organization in the Southern Province will be in the city of Abha, and Your Highness set out the names of the members of the committee in the circular referred to. I also refer to the opening of a branch office in Bisha based on the request of the Islamic Relief Organization and the fact that the Bisha office is linked to the head office in Abha.

Since we received the attached letter of the Manager of the International Islamic Relief Organization's office in Sabt Al Alaya, dated 13/4/1410 AH [Corresponding to Nov 11, 1989], in which he indicated that he has been appointed as representative in this province, and to the fact that a philanthropist had donated suitable premises to serve as an office for the Organization and the office has begun accepting donations in cash and in kind in accordance with the regulations and instruction as from the date of 6/4/1410 AH [Corresponding to Nov 4, 1989]. Due to the fact that the manager of the said office requests the support of the Principality and that government departments, religious leaders, tribal representatives and others be notified thereof in order to expedite the aid to those in need, this makes it necessary for us to kindly inform Your Highness about the creation of this office in our region and to direct us with what you deem to be appropriate with regard to the request made to us and what should be done in this respect.

May Allah protect you and continue to guide you correctly.

Prince of Bilqarn

D / M - Qarni 20/4/1410 AH
[Corresponding to Nov 18, 1989]

[stamp: True Copy of the Original]

Ahmed bin Hussein Al Mutlaq

CC to our office to receive the directives.
CC to the Manager of the International Islamic Relief Organization's office in Sabt Al Alaya for their information.
CC with the draft to the archive and payment of fees 1844 of 1410 AH, No. 202 of 1410 AH, No. 1433 of 1410 AH, and No. 5170 of 1409 AH.

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN), United
States District Court for the Southern District of New York

ARB-00037505

A S / M / 9 / [handwritten: 166 [cut-off]]

[handwritten: 20/4/[cut-off]]

[handwritten: 2]

Bilqarn Principality **Very Urgent**    Re: Opening of Office of the Islamic Relief Organization in Alaya

**His Royal Highness Prince of the Asir Province may Allah protect him**

**Peace and Allah's mercy and blessings be on you:**

I refer to the orders issued about encouragement to donate to poor Muslims wherever they are, the last of which we received on the matter being the circular of Your Highness No. 9855 on 20/2/1410 AH [Corresponding to Sep 20, 1989] that the Permanent Committee of the Islamic Relief Organization in the Southern Province will be in the city of Abha, and Your Highness set out the names of the members of the committee in the circular referred to. I also refer to the opening of a branch office in Bisha based on the request of the Islamic Relief Organization and the fact that the Bisha office is linked to the head office in Abha.

Since we received the attached letter of the Manager of the International Islamic Relief Organization's office in Sabt Al Alaya, dated 13/4/1410 AH [Corresponding to Nov 11, 1989], in which he indicated that he has been appointed as representative in this province, and to the fact that a philanthropist had donated suitable premises to serve as an office for the Organization and the office has begun accepting donations in cash and in kind in accordance with the regulations and instruction as from the date of 6/4/1410 AH [Corresponding to Nov 4, 1989]. Due to the fact that the manager of the said office requests the support of the Principality and that government departments, religious leaders, tribal representatives and others be notified thereof in order to expedite the aid to those in need, this makes it necessary for us to kindly inform Your Highness about the creation of this office in our region and to direct us with what you deem to be appropriate with regard to the request made to us and what should be done in this respect.

May Allah protect you and continue to guide you correctly.

Prince of Bilqarn

D / M - Qarni 20/4/1410 AH
[Corresponding to Nov 18, 1989]

[stamp: True Copy of the Original]

Ahmed bin Hussein Al Mutlaq

CC to our office to receive the directives.

CC to the Manager of the International Islamic Relief Organization's office in Sabt Al Alaya for their information.

CC with the draft to the archive and payment of fees 1844 of 1410 AH, No. 202 of 1410 AH, No. 1433 of 1410 AH, and No. 5170 of 1409 AH.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00037506

A S / M / 9 / [handwritten: 2166]
[handwritten: 20/4/1410 AH]
[Corresponding to Nov 18, 1989]
[handwritten: 2]

Bilqarn Principality **Very Urgent**    Re: Opening of Office of the Islamic Relief Organization in Alaya

**His Royal Highness Prince of the Asir Province may Allah protect him**

**Peace and Allah's mercy and blessings be on you:**

    I refer to the orders issued about encouragement to donate to poor Muslims wherever they are, the last of which we received on the matter being the circular of Your Highness No. 9855 on 20/2/1410 AH [Corresponding to Sep 20, 1989] that the Permanent Committee of the Islamic Relief Organization in the Southern Province will be in the city of Abha, and Your Highness set out the names of the members of the committee in the circular referred to. I also refer to the opening of a branch office in Bisha based on the request of the Islamic Relief Organization and the fact that the Bisha office is linked to the head office in Abha.

    Since we received the attached letter of the Manager of the International Islamic Relief Organization's office in Sabt Al Alaya, dated 13/4/1410 AH, [Corresponding to Nov 11, 1989], in which he indicated that he has been appointed as representative in this province, and to the fact that a philanthropist had donated suitable premises to serve as an office for the Organization and the office has begun accepting donations in cash and in kind in accordance with the regulations and instruction as from the date of 6/4/1410 AH [Corresponding to Nov 4, 1989. Due to the fact that the manager of the said office requests the support of the Principality and that government departments, religious leaders, tribal representatives and others be notified thereof in order to expedite the aid to those in need, this makes it necessary for us to kindly inform Your Highness about the creation of this office in our region and to direct us with what you deem to be appropriate with regard to the request made to us and what should be done in this respect.

    May Allah protect you and continue to guide you correctly.

<table>
<tr><td></td><td>Prince of Bilqarn</td></tr>
<tr><td>D / M - Qarni 20/4/1410 AH</td><td></td></tr>
<tr><td>[Corresponding to Nov 18, 1989]</td><td>[stamp: True Copy of the Original]</td></tr>
<tr><td></td><td>Ahmed bin Hussein Al Mutlaq</td></tr>
</table>

CC to our office to receive the directives.

CC to the Manager of the International Islamic Relief Organization's office in Sabt Al Alaya for their information.

CC with the draft to the archive and payment of fees 1844 of 1410 AH, No. 202 of 1410 AH, No. 1433 of 1410 AH, and No. 5170 of 1409 AH.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00037507

| | |
|---|---|
| Whether what we deposit ourselves or what is deposited by others into our account. | without notification in cash or by cheques of quantity of metal.of the fype the account opened with deposited by my·self or by others.. |
| 13- Any claim or dispute arising out of the implication or interpretation of this application shall be governed by the Islamic sharia laws and determined by the competent sharia courts in the Kingdom. | 13- Any claim or dispute arising out of the implimintation or interpretation of this application shall be governed by the Islamic sharia laws and determined by any of the sharia courts in the Kingdom. |
| Customer Name: Habib Abdullah Habib al-Qarni | Customer Signature:    توقيع العميل |

شـركة الـراجحي المـصـرقية للإسـتثـمار
AL RAJHI BANKING & INVESTMENT CORP.

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00037508





ACCOUNT NUMBER ▮96
CUSTOMER ID CODE ▮
CURRENCY & C. CODE

DATE 28/7/1423 AH
CORRESPONDING TO Oct 5, 2002

| | |
|---|---|
| CUSTOMER NAME: | Islamic Relief Foundation |
| TYPE OF ACCOUNT: | Current |
| ADDRESS: ZIP CODE: | CITY: Al-Alaya         P.O.BOX: 58 |
| TELEPHONE (OFFICE): ▮ | TELEPHONE (RES.) ▮ |
| PAGER | MOBILE: |
| STATEMENT FREQUENCY<br>Yearly    Half yearly    Quarterly    Monthly ✓ | ID NUMBER: 35832<br>TYPE OF I.D.<br>PLACE OF ISSUE: Al-Ta'if<br>ISSUED DATE: 4/8/1387 AH [Corresponding<br>to Nov 6, 1967] |
| NAME & ADDRESS OF SPONSOR<br>ZIP CODE                      CITY<br>TELEPHONE (OFFICE)<br>PAGER | <br>P.O.BOX<br>TELEPHONE (RES.)<br>MOBILE |
| OTHER ACCOUNTS WITH CORP. OR LOCAL BANKS | |
| BRANCH – OTHER BANK          ACCOUNT NO.<br>257                          ▮3061 | TYPE OF ACCOUNT<br>Current |
| CUSTOMER SPECIMEN SIGNATURE<br>[signature] | CUSTOMER SPECIMEN SIGNATURE<br>[signature] |
| CUSTOMER SERVICE EMPLOYEE SIGNATURE<br>[signature] | |

In the Name of Allah, Most Beneficent, Most Merciful

[handwriting: 6300793/6300]

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00037509

| | |
|---|---|
| Kingdom of Saudi Arabia | [handwritten: Number / 27970] |
| Ministry of Interior | [handwritten: Date / 18/5/1410 AH] |
| Asir Province Principality | [Corresponding to Dec 16, 1989] |
| General Administration for Local Service | (Circular to the Princes of the centers in |
| Public Relations | which representation offices will be opened) |

**His Excellency**      [handwritten: Account number ▮/96]

**The Honorable**

**Peace and Allah's mercy and blessings be on you**

Further to the circular of His Royal Highness Prince of the Asir Province No. 9855 on 20/2/1410 AH [Corresponding to Sep 20, 1989], based on the approval of His Royal Highness Minister of Interior in his telegram No. 10569/2 on 6/12/1409 AH [Corresponding to Jul 9, 1989] with regard to the opening of an office of the Head of the International Islamic Relief Organization in the Southern Province. Since the Head of the Office in the Southern Region submitted to us his letter number (missing text) dated 5/5/1410 AH [Corresponding to Dec 3, 1989] containing the fact that the operation requires precise organization by opening representation offices in some neighboring cities for supervision over the collection, receipt and organization of donations, as per the specific instructions in that regard, under the supervision of the head office [illegible], and he mentioned that branch offices have been opened and he identified the persons in charge as follows:

| | |
|---|---|
| 1- Sheikh / Omar Mohamed Al Hakami | Khamis Mushait |
| 2- Sheikh / Mohamed bin Marzouq Al Harithi | Military City |
| 3- Sheikh / Aqil bin Mohamed Al Shahri | Al Mujarada |
| 4- Sheikh / Mubarak bin Saeed Rukban | Al Wadiyain |
| 5- Sheikh / Zayed Mohamed Al Qarni | Sabt Al Alaya [handwritten: Bilqarn] |
| 6- Sheikh / Nasser bin Mufrih Asiri | Al Shabain |
| 7- Sheikh / Mohamed bin Mosleh | Dhahran South |

Due to our approval thereof, proceeding accordingly has been authorized. Peace.

[signature] [handwritten: 12/1]                         Deputy Prince of Asir Province
                                                        [signature] [handwritten: 14/5]
                                                        Faisal bin Bandar bin Abdul Aziz

CC / With regards to His Highness Head of the International Islamic Relief Organization – Jeddah. CC / With regards to His Excellency Head of the Office of the Relief Organization in the Southern Province - For information.
CC / Archives with original, submissions and draft.
CC / Public Relations for filing in the Organization's file.

[handwritten: To be photocopied and circulated to branch offices] [signature]
In the Name of Allah, Most Beneficent, Most Merciful
[handwriting: 6300793/6300]

| | |
|---|---|
| Kingdom of Saudi Arabia | [handwritten: Number / 27970] |
| Ministry of Interior | [handwritten: Date / 18/5/1410 AH] |
| Asir Province Principality | [Corresponding to Dec 16, 1989] |
| General Administration for Local Service | (Circular to the Princes of the centers in |
| Public Relations | which representation offices will be opened) |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00037510

**His Excellency**          [handwritten: Account number 6/96]
**The Honorable**
**Peace and Allah's mercy and blessings be on you**

Further to the circular of His Royal Highness Prince of the Asir Province No. 9855 on 20/2/1410 AH [Corresponding to Sep 20, 1989], based on the approval of His Royal Highness Minister of Interior in his telegram No. 10569/2 on 6/12/1409AH [Corresponding to Jul 9, 1989] with regard to the opening of an office of the Head of the International Islamic Relief Organization in the Southern Province. Since the Head of the Office in the Southern Region submitted to us his letter number (illegible) dated 5/5/1410 AH [Corresponding to Dec 3, 1989] containing the fact that the operation requires precise organization by opening representation offices in some neighboring cities for supervision over the collection, receipt and organization of donations, as per the specific instructions in that regard, under the supervision of the head office [illegible], and he mentioned that branch offices have been opened and he identified the persons in charge as follows:

| | |
|---|---|
| 8- Sheikh / Omar Mohamed Al Hakami | Khamis Mushait |
| 9- Sheikh / Mohamed bin Marzouq Al Harithi | Military City |
| 10- Sheikh / Aqil bin Mohamed Al Shahri | Al Mujarada |
| 11- Sheikh / Mubarak bin Saeed Rukban | Al Wadiyain |
| 12- Sheikh / Zayed Mohamed Al Qarni | Sabt Al Alaya [handwritten: Bilqarn] |
| 13- Sheikh / Nasser bin Mufrih Asiri | Al Shabain |
| 14- Sheikh / Mohamed bin Mosleh | Dhahran South |

Due to our approval thereof, proceeding accordingly has been authorized. Peace.

[signature] [handwritten: 12/1]

Deputy Prince of Asir Province
[signature] [handwritten: 14/5]
Faisal bin Bandar bin Abdul Aziz

CC / With regards to His Highness Head of the International Islamic Relief Organization – Jeddah. CC / With regards to His Excellency Head of the Office of the Relief Organization in the Southern Province - For information.
CC / Archives with original, submissions and draft.
CC / Public Relations for filing in the Organization's file.

[handwritten: To be photocopied and circulated to branch offices] [signature]

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York                    ARB-00037511



**Declaration**

I, *Halah Al-Janabi,* hereby confirm that as a professional translator and under contract to RWS Alpha, have translated these documents from *Arabic* (source language) into *English* (target language) for PO37448.

File names:

ARB-00037500 – excerpted pages 37502-37511

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* (target language) translations of the *Arabic* (source language) documents.

Signature: 
Halah Aljanabi (May 1, 2024 16:32 GMT+1)

**Signature:** *Halah Aljanabi*
Halah Aljanabi (May 1, 2024 16:32 GMT+1)

**Email:** aljanabihalah@gmail.com

**Title:** Proofreader

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
PO Box 2015, Stony Plain PO MAIN, AB, T7Z 1X6, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926