# Al Rajhi Bank
# Ex. 41

بسم الله الرحمن الرحيم

الرقم : ٢/١٩/٢٠٠٠
التاريخ : ١٤١٩/٦/٦هـ
المرفوعات :

المملكة العربية السعودية
مؤسسة الحرمين الخيرية
مكتب المشرف العام

سعادة مدير عام شركة الراجحي المصرفية للاستثمار   وفقه الله

السلام عليكم ورحمة الله وبركاته ٠٠٠ أما بعد ؛؛؛؛

نـود إحـاطتكم برغبتنـا تحويـل حسـابات مؤسسـة الحرميـن الخيريــة المرفقـة بالكشـف وعددهـا ( ٩ ) حسـابات باسـم مؤسسـة الحرمين الخيريـة وتبقى صلاحيـة التوقيعـات على هذه الحسـابات كما هي في السابق مقصورة على الأشخاص المخولين من قبل مدير عام المؤسسة الشيخ عقيل بن عبد العزيز العقيل .

ولكم وافر الشكر لتعاونكم ٠

والسلام عليكم ورحمة الله وبركاته ؛؛؛؛

صالح بن عبد العزيز بن محمد آل الشيخ

نائب وزير الشؤون الإسلامية

والمشرف العام على مؤسسة الحرمين الخيرية

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038585

FROM : AL-HARAMAIN ISLAMIC FOUNDATON    PHONE NO. : 0096614623306    Dec. 15 1999 09:40PM P1





الرقم : ٧٧/١١١/ب‍خ
التاريخ : ١٦/٩/١٤٢٠ه‍
المرفقات : لا يوجد

سعادة مدير إدارة جوازات منطقة الرياض               وفقه الله

سلام عليكم ورحمة الله وبركاته ، أما بعد :

فنخبركم بأن مؤسسة الحرمين الخيرية تعمل تحت إشرافنا . نأمل إحاطتكم بذلك ... أعانكم الله .

والسلام عليكم ورحمة الله وبركاته ،،،،

نائب وزير الشؤون الإسلامية والأوقاف والدعوة
والإرشاد والمشرف العام على مؤسسة الحرمين الخيرية

صالح بن عبدالعزيز بن محمد آل الشيخ

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038586

In the name of Allah, the Gracious, the Merciful

| | | |
|---|---|---|
| Kingdom of Saudi Arabia<br>Al-Haramain Islamic Foundation<br>General Supervisor's Office | [**Logo**: *Al-Haramain Islamic Foundation*] | No. 200/19/2<br>Date: 06/06/1419 AH<br>    (September 26, 1998 AD)<br>Attachments: ---- |

**His Excellency Director General of Al Rajhi Banking & Investment Corp., may Allah bless him**

**May the peace, mercy, and blessings of Allah be upon you.**

Please note that we want to transfer the accounts of Al-Haramain Islamic Foundation, attached to the statement – which are 9 accounts – under the name of Al-Haramain Islamic Foundation. The signature validity for these accounts shall be – as in the past – limited to the persons authorized by Foundation's Director General Sheik Aqil bin Abdel Aziz al Aqil.

[*Handwritten Signature*] 06/06/1419 AH (September 26, 1998 AD)

Thank you so much for your cooperation.

May the peace, mercy, and blessings of Allah be upon you.

> **Saleh bin Abdel Aziz bin Mohamed Al ash-Sheikh**
> [*Handwritten Signature*]
> 06/07/1419 AH (September 27, 1998 AD)
> **Deputy Minister of Islamic Affairs**
> **and General Supervisor of Al-Haramain Islamic Foundation**

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038585

In the name of Allah, the Gracious, the Merciful

| | | |
|---|---|---|
| Kingdom of Saudi Arabia<br>Ministry of Islamic Affairs,<br>Endowments, Da'wah, and<br>Guidance<br>Deputy Minister's Office | <br>[**Logo**: *Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance*] | No. 1545/18/2<br>Date: 16/06/1418 AH<br>(October 17, 1997 AD)<br>Attachments: None |

**His Excellency Director of Riyadh Passports Administration, may Allah bless him**

**May the peace, mercy, and blessings of Allah be upon you.**

Please note that Al-Haramain Islamic Foundation is working under our supervision.

For your information. May Allah assist you.

**May the peace, mercy, and blessings of Allah be upon you.**

> **Deputy Minister of Islamic Affairs, Endowments, Da'wah,**
> **and Guidance and General Supervisor of Al-Haramain**
> **Islamic Foundation**
> 18/06/1418 AH (October 19, 1997 AD)
> [*Handwritten Signature*]
> **Saleh bin Abdel Aziz bin Mohamed Al Ash-Sheikh**

[**SEAL**: *Kingdom of Saudi Arabia – Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance – Deputy Minister's Office*]

[**Handwriting**: *True Copy of Original*]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038586



**Declaration**

I, *Fahim Hoosen*, hereby confirm that as a professional translator and under contract to RWS Alpha, have translated these documents from *Arabic* (source language) into *English* (target language) for PO37448.

File names:

ARB-00038580 – excerpted page ARB-00038585

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* (target language) translations of the *Arabic* (source language) documents.

Signature: _____

**Signature:** _____
**Email:** fahim.hoosen@gmail.com
**Title:** Freelancer

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
PO Box 2015, Stony Plain PO MAIN, AB, T7Z 1X6, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926



**Declaration**

I, *Fahim Hoosen*, hereby confirm that as a professional translator and under contract to RWS Alpha, have translated these documents from *Arabic* (source language) into *English* (target language) for PO37448.

File names:

    ARB-00038580 – excerpted page ARB-00038586

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* (target language) translations of the *Arabic* (source language) documents.

Signature: _[signed]_

Signature: _[signed]_
**Email:** fahim.hoosen@gmail.com
**Title:** Freelancer

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
PO Box 2015, Stony Plain PO MAIN, AB, T7Z 1X6, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926