# Al Rajhi Bank Ex. 42

بسم الله الرحمن الرحيم




الرقم: ٢٢٤٢/١هـ/١
التاريخ: ٢٠/٩/١٤٢٧هـ
المشفوعات:

سعادة مدير عام شركة الراجحي المصرفية للاستثمار    وفقه الله

سلام عليكم ورحمة الله وبركاته ، أما بعد :

فنخبركم بأنه لامانع من استمرار حساب مؤسسة الحرمين الخيرية ذو الرقم ( ٥٥٥/٩ ) لدى فرعكم رقم ( ١٦٦ ) .

مقدرين تعاونكم ، والله يحفظكم .

والسلام عليكم ورحمة الله وبركاته ،،،

نائب وزير الشؤون الإسلامية
والأوقاف والدعوة والإرشاد

صالح بن عبدالعزيز بن محمد آل الشيخ

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00038613

FROM: AL-HARAMAIN ISLAMIC FOUNDATION    PHONE NO: 0096614623306    Dec. 15 1999 09:41PM P2

In the name of Allah, the Gracious, the Merciful

| | | |
|---|---|---|
| Kingdom of Saudi Arabia<br>Ministry of Islamic Affairs,<br>Endowments, Da'wah, and<br>Guidance<br>Deputy Minister's Office | <br>[**Logo**: *Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance*] | No. 422/2/1<br>Date: 20/09/1417 AH<br>(January 29, 1997 AD)<br>Attachments: None |

**His Excellency Director General of Al Rajhi Banking & Investment Corp., may Allah bless him**

**May the peace, mercy, and blessings of Allah be upon you.**

Please note that it is fine to keep Al-Haramain Islamic Foundation's Account No. (█555/9) at your branch No. [166].

Your cooperation is appreciated. May Allah protect you.

**May the peace, mercy, and blessings of Allah be upon you.**

> **Deputy Minister of Islamic Affairs,**
> **Endowments, Da'wah, and Guidance**
> [*Handwritten Signature*]
> 20/09/1417 AH (January 29, 1997 AD)
> **Saleh bin Abdel Aziz bin Mohamed Al Ash-Sheikh**

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038613



**Declaration**

I, *Fahim Hoosen,* hereby confirm that as a professional translator and under contract to RWS Alpha, have translated these documents from *Arabic* (source language) into *English* (target language) for PO37448.

File names:

ARB-00038610 – excerpted page ARB-00038613

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* (target language) translations of the *Arabic* (source language) documents.

Signature: _____

Signature: _____
**Email:** fahim.hoosen@gmail.com
**Title:** Freelancer

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
PO Box 2015, Stony Plain PO MAIN, AB, T7Z 1X6, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926