# Al Rajhi Bank
# Ex. 43



| | |
|---|---|
| الرقم : ٢٢/ | المملكة العربية السعودية |
| التاريخ : | وزارة الشؤون الإسلامية والأوقاف |
| المشفوعات : | والدعوة والإرشاد |
| الموضوع : | فرع الوزارة بالمنطقة الشرقية |

**تعميم**

فضيلة / مدير مركز الدعوة والإرشاد بالدمام    وفقه الله

فضيلة / مدير الأوقاف والدعوة والإرشاد بمحافظة الإحساء    وفقه الله

فضيلة / مدير الأوقاف والدعوة والإرشاد بمحافظة الخفجي    وفقه الله

فضيلة / مدير الأوقاف والدعوة والإرشاد بمحافظة حفر الباطن    وفقه الله

سعادة / مدير الأوقاف والدعوة والإرشاد بمحافظة النعيرية    وفقه الله

سعادة / مدير الأوقاف والدعوة والإرشاد بمحافظة بقيق    وفقه الله

سعادة / مدير الأوقاف والدعوة والإرشاد بمحافظة الجبيل    وفقه الله

السلام عليكم ورحمة الله وبركاته ... أما بعد ...

فأرفق لكم نسخه من خطاب المدير التنفيذي لمؤسسة الحرمين الخيريه مكتب الدمام رقم ١٣٠/١/١٩ المؤرخ في ١٤١٩/٣/١١هـ بشأن التعريف بأعمال هذه المؤسسه وطلب التعاون منها حيث أن أعمالها دعويه وإغاثيه وتحت إشراف الوزاره .

امل منكم الاطلاع وحث الأئمه والخطباء في المناسبات بالتعاون مع المؤسسه من خلال التعريف بها وبمشاريعها الخيريه على الفرد والمجتمع وخدمه المسلمين في كل مكان حفظكم الله .

والسلام عليكم ورحمة الله وبركاته ...

المدير العام لفرع الوزارة بالمنطقة الشرقية

سيف بن إبراهيم السيف

الدمام - هاتف : ٨٣٤٣٤٤٤ - فاكس : ٨٣٤٢٢١٣ - الرمز البريدي ٣١١٩٣

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038741

In the Name of Allah Most Beneficent Most Merciful

| | | |
|---|---|---|
| Kingdom of Saudi Arabia<br>Ministry of Islamic Affairs, Endowments,<br>Dawah and Guidance<br>Branch of the Ministry in the Eastern Province | [Logo] | Number: 22/ [handwritten: *1382*]<br>Date: [handwritten: *20/3/1419*]<br>[Corresponding to Jul 14, 1998]<br>Attachments:<br>Subject: |

**Circular**

His Eminence / Director of the Dawah and Guidance Centre in Dammam - may Allah guide him
His Eminence / Director of Endowments, Dawah and Guidance in Al Ahsa Governorate - may Allah guide him
His Eminence / Director of Endowments, Dawah and Guidance in Al Khafji Governorate - may Allah guide him
His Eminence / Director of Endowments, Dawah and Guidance in Hafr Al Batin Governorate - may Allah guide him
His Eminence / Director of Endowments, Dawah and Guidance in Al Nu'ayriyyah Governorate - may Allah guide him
His Eminence / Director of Endowments, Dawah and Guidance in Bqaiq Governorate - may Allah guide him
His Eminence / Director of Endowments, Dawah and Guidance in Al-Jubail Governorate - may Allah guide him

Peace and Allah's mercy and blessings be on you

I attach hereto a copy of the letter of the Chief Executive of the Al Haramain Islamic Foundation Dammam Office No. 13/1/19 dated 11/3/1419 AH [Corresponding to Jul 5, 1998] with regard to introducing some of the works of this foundation and the request to cooperate with it, since its works relate to Dawah and relief under the Ministry's supervision.

Please review and encourage Imams and preachers at occasions to cooperate with the Foundation by introducing it and its charitable projects for individuals and the society in service of Muslims worldwide. May Allah protect you.

Peace and Allah's mercy and blessings be on you.

| | |
|---|---|
| [stamp: Kingdom of Saudi Arabia<br>Ministry of Islamic Affairs,<br>Endowments, Dawah and Guidance<br>Dawah and Guidance Centre in Dammam<br>Number: [handwritten: 419]<br>Date: [handwritten: 20/3/1419]<br>[Corresponding to Jul 14, 1998]<br>Attachments:<br>[handwritten:<br>*For communications and for preachers to take note.*] [signature]<br>[handwritten: 20/3] [illegible] | **General Manager of the Ministry's Branch in the Eastern Province**<br>[signature][handwritten: *20/3/1419*] [Corresponding to Jul 14, 1998]<br>**Saif bin Ibrahim Al Saif** |

---

Dammam – Tel.: 834 3444 – Fax: 834 2213 – Postal Code: 31193

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038741



**Declaration**

I, *Halah Al-Janabi,* hereby confirm that as a professional translator and under contract to RWS Alpha, have translated these documents from *Arabic* (source language) into *English* (target language) for PO37448.

File names:

    ARB-00038718 – excerpted page ARB-38741

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* (target language) translations of the *Arabic* (source language) documents.

Signature: 
Halah Aljanabi (May 1, 2024 16:34 GMT+1)

**Signature:** *Halah Aljanabi*
Halah Aljanabi (May 1, 2024 16:34 GMT+1)
**Email:** aljanabihalah@gmail.com
**Title:** Proofreader

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
PO Box 2015, Stony Plain PO MAIN, AB, T7Z 1X6, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926