# Al Rajhi Bank
# Ex. 44

بسم الله الرحمن الرحيم

المملكة العربية السعودية
الهيئة الملكية للجبيل وينبع
الإدارة العامة لمشروع الجبيل

# رخصة محل تجاري

| | | |
|---|---|---|
| رقم الرخصة : ٩٨٢ | تاريخ الإصدار : ١٤١٩/١٢/٢٨ | صالحة لغاية : ١٤٢٢/١٢/٢٧ |

النشاط المرخص به : مكتب لإدارة أعمال المؤسسة

اسم صاحب الرخصة : مؤسسة الحرمين الخيرية

رقم الحفيظة :

تاريخها :    مصدرها :

رقم إتفاقية الإيجار : ٧٥٦ - ص ٢٠

رقم السجل التجاري :    تاريخه :    مصدره :

اسم المحل : مؤسسة الحرمين الخيرية

عنوانه : حي الفناتير/ مركز حارة اليرموك التجاري محل رقم (١٢٠)

المستأجر الأساسي : الشركة العربية للتموين المقاولات المعمارية

المالك : الهيئة الملكية للجبيل و ينبع

إصدار إدارة الأراضي والعقار    إعتماد نائب المدير العام للتخطيط والمشاريع    الختم

التجديدات : ١- جدد العمل بهذه الرخصة لمدة :    إعتباراً من تاريخ    ولغاية

إدارة الخدمات الصحية (عند اللزوم)    إدارة الأراضي والعقار    الختم

التجديدات : ٢- جدد العمل بهذه الرخصة لمدة :    إعتباراً من تاريخ    ولغاية

إدارة الخدمات الصحية (عند اللزوم)    إدارة الأراضي والعقار    الختم

التجديدات : ٣- جدد العمل بهذه الرخصة لمدة :    إعتباراً من تاريخ    ولغاية

إدارة الخدمات الصحية (عند اللزوم)    إدارة الأراضي والعقار    الختم

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038837

| The Kingdom of Saudi Arabia |   |
|---|---|
| Royal Commission for Jubail and Yanbou | In the name of God, Most Gracious, Most Merciful |
| The General Administration for the Jubail Project | **Commercial Office License** |

[Seal]

License No.: 982   Issuance Date: 28/12/1419 Hijri [Corresponding to Apr 14, 1999]   Valid until: 27/12/1422 Hijri [Corresponding to March, 2002]

| Licensed Activity: Office for the Management of the Organization's Affairs | |
|---|---|
| Name of the License Holder: Al-Haramain Charitable Foundation | Record No.: |
| Issuing Authority: | Date:         Lease Agreement No.: 756-Page S20 |
| Commercial Register No.: | Date:         Issuing Authority: |
| Business Name: Al-Haramain Charitable Foundation | Address: Deffi District/ Yarmouk Commercial Centre, Store No. (120) |
| Principal Leaseholder: Arab Company for Supply/Architectural Contracting | Landlord: Royal Commission for Jubail and Yanbu |

| Issued by: The Department of Lands and Real Estate | Authorization of the Deputy General Manager of Planning and Projects | |
|---|---|---|
| [Signature]                [Signature] | | [Seal] |
| | [Signature] 3/1/20 [Corresponding to Apr 19, 1999] | Seal |
| Renewals: 1- This license is renewed for a period of: | From:          To: | |
| Health Services Department (if necessary) | The Department of Lands and Real Estate | Seal |
| Renewals: 2- This license is renewed for a period of: | From:          To: | |
| Health Services Department (if necessary) | The Department of Lands and Real Estate | Seal |
| Renewals: 3- This license is renewed for a period of: | From:          To: | |
| Health Services Department (if necessary) | The Department of Lands and Real Estate | Seal |

**CONFIDENTIAL:** This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038837



## Declaration

I, *Maha Husaini,* hereby confirm that as a professional translator and under contract to RWS Alpha, have translated these documents from *Arabic* (source language) into *English* (target language) for PO37448.

File names:

ARB-00038830 – excerpted page ARB-38837

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* (target language) translations of the *Arabic* (source language) documents.

Signature: 
Maha Husaini (May 1, 2024 20:56 GMT+3)

**Signature:** *Maha Husaini*
Maha Husaini (May 1, 2024 20:56 GMT+3)
**Email:** hussema2014@gmail.com
**Title:** Translator

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
PO Box 2015, Stony Plain PO MAIN, AB, T7Z 1X6, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926