# Al Rajhi Bank
# Ex. 45

# Al Rajhi Bank
# Ex. 45

 An official website of the United States government    Here's how you know

**U.S. DEPARTMENT OF THE TREASURY**

READ THE LATEST TREASURY NEWS

Office of Foreign Assets Control

A PART OF TREASURY'S OFFICE OF TERRORISM AND FINANCIAL INTELLIGENCE

**HOME**   **RECENT ACTIONS**   **COUNTER TERRORISM DESIGNATIO...**

- Specially Designated Nationals List (SDN List)
- SDN List - Data Formats & Data Schemas
- Consolidated Sanctions List (Non-SDN Lists)
- Additional Sanctions Lists
- Search OFAC's Sanctions Lists
- Sanctions Programs and Country Information
- Recent Actions
- OFAC License Application Page
- Additional OFAC Resources

# Counter Terrorism Designation Removals

11/26/2014

## SPECIALLY DESIGNATED NATIONALS LIST UPDATE

### The following deletions have been made to OFAC's SDN List:

AL-QADI, Yasin Abdullah Ezzedine (a.k.a. KADI, Shaykh Yassin Abdullah; a.k.a. KAHDI, Yasin), Jeddah, Saudi Arabia; DOB 23 Feb 1955; POB Cairo, Egypt; nationality Saudi Arabia; Passport B 751550; alt. Passport E 976177 issued 06 Mar 2004 expires 11 Jan 2009; alt. Passport A 848526 (Saudi Arabia) expires 29 Mar 2001 (individual) [SDGT].

KADI, Shaykh Yassin Abdullah (a.k.a. AL-QADI, Yasin Abdullah Ezzedine; a.k.a. KAHDI, Yasin),

**FILTER BY CATEGORY**

- All Recent Actions
- Enforcement Actions
- General Licenses
- Miscellaneous
- Regulations and Guidance
- Sanctions List Updates

Search All Recent Actions

[                    ]

Start Date

[ mm/dd/yyyy ]

Frequently Asked Questions

Civil Penalties and Enforcement Information

OFAC Reporting System

Selected General Licenses Issued by OFAC

Contact OFAC

Jeddah, Saudi Arabia; DOB 23 Feb 1955; POB Cairo, Egypt; nationality Saudi Arabia; Passport B 751550; alt. Passport E 976177 issued 06 Mar 2004 expires 11 Jan 2009; alt. Passport A 848526 (Saudi Arabia) expires 29 Mar 2001 (individual) [SDGT].

KAHDI, Yasin (a.k.a. AL-QADI, Yasin Abdullah Ezzedine; a.k.a. KADI, Shaykh Yassin Abdullah), Jeddah, Saudi Arabia; DOB 23 Feb 1955; POB Cairo, Egypt; nationality Saudi Arabia; Passport B 751550; alt. Passport E 976177 issued 06 Mar 2004 expires 11 Jan 2009; alt. Passport A 848526 (Saudi Arabia) expires 29 Mar 2001 (individual) [SDGT].

AL-SHIHRI, Said Ali (a.k.a. AL-AZIDI, Abu-Sufyan; a.k.a. AL-DIN, Salah; a.k.a. AL-SHIHRI, Abu-Sayyaf; a.k.a. AL-SHIHRI, Sa'id Ali Jabir Al-Khathim; a.k.a. AZIBK, Nut Al-Din Afghani; a.k.a. MATROOK, Abu Sufian Kadhdhaab; a.k.a. SUFYAN, Salah Abu; a.k.a. "ABU-SAYYAF"; a.k.a. "AKHDAM"; a.k.a. "ALAKHADDM"; a.k.a. "OSAMA, Abu"; a.k.a. "SALAH"; a.k.a. "SULAIMAN, Abu"); DOB 12 Sep 1973; nationality Saudi Arabia (individual) [SDGT].

"ABU-SAYYAF" (a.k.a. AL-AZIDI, Abu-Sufyan; a.k.a. AL-DIN, Salah; a.k.a. AL-SHIHRI, Abu-Sayyaf; a.k.a. AL-SHIHRI, Said Ali; a.k.a. AL-SHIHRI, Sa'id Ali Jabir Al-Khathim; a.k.a. AZIBK, Nut Al-Din Afghani; a.k.a. MATROOK, Abu Sufian Kadhdhaab; a.k.a. SUFYAN, Salah Abu; a.k.a. "AKHDAM"; a.k.a. "ALAKHADDM"; a.k.a. "OSAMA, Abu"; a.k.a. "SALAH"; a.k.a.

End Date

mm/dd/yyyy

Search by Year

YYYY

Apply

Reset

SUBSCRIBE TO THE OFAC RSS FEED

SIGN UP FOR OFAC RECENT ACTIONS E-MAIL UPDATES

RSS Feed Validator

"SULAIMAN, Abu"); DOB 12 Sep 1973; nationality Saudi Arabia (individual) [SDGT].

AL-AZIDI, Abu-Sufyan (a.k.a. AL-DIN, Salah; a.k.a. AL-SHIHRI, Abu-Sayyaf; a.k.a. AL-SHIHRI, Said Ali; a.k.a. AL-SHIHRI, Sa'id Ali Jabir Al-Khathim; a.k.a. AZIBK, Nut Al-Din Afghani; a.k.a. MATROOK, Abu Sufian Kadhdhaab; a.k.a. SUFYAN, Salah Abu; a.k.a. "ABU-SAYYAF"; a.k.a. "AKHDAM"; a.k.a. "ALAKHADDM"; a.k.a. "OSAMA, Abu"; a.k.a. "SALAH"; a.k.a. "SULAIMAN, Abu"); DOB 12 Sep 1973; nationality Saudi Arabia (individual) [SDGT].

AL-SHIHRI, Abu-Sayyaf (a.k.a. AL-AZIDI, Abu-Sufyan; a.k.a. AL-DIN, Salah; a.k.a. AL-SHIHRI, Said Ali; a.k.a. AL-SHIHRI, Sa'id Ali Jabir Al-Khathim; a.k.a. AZIBK, Nut Al-Din Afghani; a.k.a. MATROOK, Abu Sufian Kadhdhaab; a.k.a. SUFYAN, Salah Abu; a.k.a. "ABU-SAYYAF"; a.k.a. "AKHDAM"; a.k.a. "ALAKHADDM"; a.k.a. "OSAMA, Abu"; a.k.a. "SALAH"; a.k.a. "SULAIMAN, Abu"); DOB 12 Sep 1973; nationality Saudi Arabia (individual) [SDGT].

MATROOK, Abu Sufian Kadhdhaab (a.k.a. AL-AZIDI, Abu-Sufyan; a.k.a. AL-DIN, Salah; a.k.a. AL-SHIHRI, Abu-Sayyaf; a.k.a. AL-SHIHRI, Said Ali; a.k.a. AL-SHIHRI, Sa'id Ali Jabir Al-Khathim; a.k.a. AZIBK, Nut Al-Din Afghani; a.k.a. SUFYAN, Salah Abu; a.k.a. "ABU-SAYYAF"; a.k.a. "AKHDAM"; a.k.a. "ALAKHADDM"; a.k.a. "OSAMA, Abu"; a.k.a. "SALAH"; a.k.a. "SULAIMAN, Abu"); DOB 12

Sep 1973; nationality Saudi Arabia (individual) [SDGT].

AL-SHIHRI, Sa'id Ali Jabir Al-Khathim (a.k.a. AL-AZIDI, Abu-Sufyan; a.k.a. AL-DIN, Salah; a.k.a. AL-SHIHRI, Abu-Sayyaf; a.k.a. AL-SHIHRI, Said Ali; a.k.a. AZIBK, Nut Al-Din Afghani; a.k.a. MATROOK, Abu Sufian Kadhdhaab; a.k.a. SUFYAN, Salah Abu; a.k.a. "ABU-SAYYAF"; a.k.a. "AKHDAM"; a.k.a. "ALAKHADDM"; a.k.a. "OSAMA, Abu"; a.k.a. "SALAH"; a.k.a. "SULAIMAN, Abu"); DOB 12 Sep 1973; nationality Saudi Arabia (individual) [SDGT].

"SALAH" (a.k.a. AL-AZIDI, Abu-Sufyan; a.k.a. AL-DIN, Salah; a.k.a. AL-SHIHRI, Abu-Sayyaf; a.k.a. AL-SHIHRI, Said Ali; a.k.a. AL-SHIHRI, Sa'id Ali Jabir Al-Khathim; a.k.a. AZIBK, Nut Al-Din Afghani; a.k.a. MATROOK, Abu Sufian Kadhdhaab; a.k.a. SUFYAN, Salah Abu; a.k.a. "ABU-SAYYAF"; a.k.a. "AKHDAM"; a.k.a. "ALAKHADDM"; a.k.a. "OSAMA, Abu"; a.k.a. "SULAIMAN, Abu"); DOB 12 Sep 1973; nationality Saudi Arabia (individual) [SDGT].

SUFYAN, Salah Abu (a.k.a. AL-AZIDI, Abu-Sufyan; a.k.a. AL-DIN, Salah; a.k.a. AL-SHIHRI, Abu-Sayyaf; a.k.a. AL-SHIHRI, Said Ali; a.k.a. AL-SHIHRI, Sa'id Ali Jabir Al-Khathim; a.k.a. AZIBK, Nut Al-Din Afghani; a.k.a. MATROOK, Abu Sufian Kadhdhaab; a.k.a. "ABU-SAYYAF"; a.k.a. "AKHDAM"; a.k.a. "ALAKHADDM"; a.k.a. "OSAMA, Abu"; a.k.a. "SALAH"; a.k.a. "SULAIMAN, Abu"); DOB 12 Sep 1973; nationality Saudi Arabia (individual) [SDGT].

AL-DIN, Salah (a.k.a. AL-AZIDI, Abu-Sufyan; a.k.a. AL-SHIHRI, Abu-Sayyaf; a.k.a. AL-SHIHRI, Said Ali; a.k.a. AL-SHIHRI, Sa'id Ali Jabir Al-Khathim; a.k.a. AZIBK, Nut Al-Din Afghani; a.k.a. MATROOK, Abu Sufian Kadhdhaab; a.k.a. SUFYAN, Salah Abu; a.k.a. "ABU-SAYYAF"; a.k.a. "AKHDAM"; a.k.a. "ALAKHADDM"; a.k.a. "OSAMA, Abu"; a.k.a. "SALAH"; a.k.a. "SULAIMAN, Abu"); DOB 12 Sep 1973; nationality Saudi Arabia (individual) [SDGT].

"OSAMA, Abu" (a.k.a. AL-AZIDI, Abu-Sufyan; a.k.a. AL-DIN, Salah; a.k.a. AL-SHIHRI, Abu-Sayyaf; a.k.a. AL-SHIHRI, Said Ali; a.k.a. AL-SHIHRI, Sa'id Ali Jabir Al-Khathim; a.k.a. AZIBK, Nut Al-Din Afghani; a.k.a. MATROOK, Abu Sufian Kadhdhaab; a.k.a. SUFYAN, Salah Abu; a.k.a. "ABU-SAYYAF"; a.k.a. "AKHDAM"; a.k.a. "ALAKHADDM"; a.k.a. "SALAH"; a.k.a. "SULAIMAN, Abu"); DOB 12 Sep 1973; nationality Saudi Arabia (individual) [SDGT].

"SULAIMAN, Abu" (a.k.a. AL-AZIDI, Abu-Sufyan; a.k.a. AL-DIN, Salah; a.k.a. AL-SHIHRI, Abu-Sayyaf; a.k.a. AL-SHIHRI, Said Ali; a.k.a. AL-SHIHRI, Sa'id Ali Jabir Al-Khathim; a.k.a. AZIBK, Nut Al-Din Afghani; a.k.a. MATROOK, Abu Sufian Kadhdhaab; a.k.a. SUFYAN, Salah Abu; a.k.a. "ABU-SAYYAF"; a.k.a. "AKHDAM"; a.k.a. "ALAKHADDM"; a.k.a. "OSAMA, Abu"; a.k.a. "SALAH"); DOB 12 Sep 1973; nationality Saudi Arabia (individual) [SDGT].

AZIBK, Nut Al-Din Afghani (a.k.a. AL-AZIDI, Abu-Sufyan; a.k.a. AL-DIN, Salah; a.k.a. AL-SHIHRI, Abu-Sayyaf; a.k.a. AL-SHIHRI, Said Ali;

a.k.a. AL-SHIHRI, Sa'id Ali Jabir Al-Khathim; a.k.a. MATROOK, Abu Sufian Kadhdhaab; a.k.a. SUFYAN, Salah Abu; a.k.a. "ABU-SAYYAF"; a.k.a. "AKHDAM"; a.k.a. "ALAKHADDM"; a.k.a. "OSAMA, Abu"; a.k.a. "SALAH"; a.k.a. "SULAIMAN, Abu"); DOB 12 Sep 1973; nationality Saudi Arabia (individual) [SDGT].

"ALAKHADDM" (a.k.a. AL-AZIDI, Abu-Sufyan; a.k.a. AL-DIN, Salah; a.k.a. AL-SHIHRI, Abu-Sayyaf; a.k.a. AL-SHIHRI, Said Ali; a.k.a. AL-SHIHRI, Sa'id Ali Jabir Al-Khathim; a.k.a. AZIBK, Nut Al-Din Afghani; a.k.a. MATROOK, Abu Sufian Kadhdhaab; a.k.a. SUFYAN, Salah Abu; a.k.a. "ABU-SAYYAF"; a.k.a. "AKHDAM"; a.k.a. "OSAMA, Abu"; a.k.a. "SALAH"; a.k.a. "SULAIMAN, Abu"); DOB 12 Sep 1973; nationality Saudi Arabia (individual) [SDGT].

"AKHDAM" (a.k.a. AL-AZIDI, Abu-Sufyan; a.k.a. AL-DIN, Salah; a.k.a. AL-SHIHRI, Abu-Sayyaf; a.k.a. AL-SHIHRI, Said Ali; a.k.a. AL-SHIHRI, Sa'id Ali Jabir Al-Khathim; a.k.a. AZIBK, Nut Al-Din Afghani; a.k.a. MATROOK, Abu Sufian Kadhdhaab; a.k.a. SUFYAN, Salah Abu; a.k.a. "ABU-SAYYAF"; a.k.a. "ALAKHADDM"; a.k.a. "OSAMA, Abu"; a.k.a. "SALAH"; a.k.a. "SULAIMAN, Abu"); DOB 12 Sep 1973; nationality Saudi Arabia (individual) [SDGT].

OFFICE OF TERRORISM AND FINANCIAL INTELLIGENCE

ADDITIONAL RESOURCES

Privacy Act

Small Business Contacts

Budget and Performance

TreasuryDirect.gov Securities/Bonds

Freedom of Information Act (FOIA)

No FEAR Act Data

Whistleblower Protection

HELPFUL OFAC LINKS

Sign Up For OFAC E-mail Alerts

Contact OFAC

OFAC RSS Feed

Dealing with an "OFAC Alert"

List of Country-related Sanctions

Appeal an OFAC designation or other listing

OTHER GOVERNMENT SITES

USA.gov

USAJOBS.gov

OPM.gov

MyMoney.gov

Data.gov

Privacy Policy  •  Google Privacy  •  Site Policies and Notices  •  Accessibility