# Al Rajhi Bank
# Ex. 48

١

٢٠٠٢/٠٦/٢٢ - ٢٠٠٢/٠٦/٢٢

معالي
محمد سعود محمد العصيمي

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

الرياض
المملكة العربية السعودية

SA ٣١٣٨

-٣٤١٠٠   سوق الربوة المركزي

٢٧٦,٨١٢.٢٨   الرصيد الافتتاحي

٤٧٦,٨١٢.٢٨   ٢٠٠,٠٠٠.٠٠   ١٤٢٣٠٤١١   ٠٢٠٦٢٢   ايداع نقدي
طويان الطويان

٤٧٦,٨١٢.٢٨   ٢٠٠,٠٠٠.٠٠   ٠.٠٠   الأجمالي الكلي   العملة
ر.س

1

٢

٢٠٠٢/٠٦/٢٢ - ٢٠٠٢/٠٦/٢٢

معالي
محمد سعود محمد العصيمي

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست ويونغ ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

الرياض
المملكة العربية السعودية

-٣٤١٠٠    سوق الربوة المركزي    SA            ٣١٣٨

| الحركات | ملخص الحساب | المبلغ |
|---|---|---|
|  | الرصيد الافتتاحي | ٢٧٦,٨١٢.٢٨ |
| ١ | الايداعات النقدية | ٢٠٠,٠٠٠.٠٠ |
| ٠ | الايداعات الاخرى | ٠.٠٠ |
| ١ | اجمالي الايداعات | ٢٠٠,٠٠٠.٠٠ |
| ٠ | السحوبات الاخرى | ٠.٠٠ |
| ٠ | اجمالي السحوبات | ٠.٠٠ |
|  | رصيد الاقفال | ٤٧٦,٨١٢.٢٨ |

1

22/06/2002- 22/06/2002

H.E.
___ Mohammad Saud Mohammad Al- Ossaimi

___
___ Riyadh
___ Kingdom of Saudi Arabia

Dear client: If the balance is incorrect,
please contact one of the auditors directly.
Ernst & Young: PO Box 2732 Riyadh 11461 or
KPMG: PO Box 92876 Riyadh 11663

SA▇▇▇▇▇ 3138                              Al-Rabwa Central Market            34100-

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Opening Balance |  |  | 276 812.28 |
| 14230411 | 020622 | Cash Deposit<br>Towayan Al-Towayan |  | 200 000.00 | 476 812.28 |
| Currency SAR |  | Grand Total | 0.00 | 200 000.00 | 476 812.28 |

2

22/06/2002 - 22/06/2002

H.E.
___ Mohammad Saud Mohammad Al- Ossaimi

___
Riya█
___ Kingdom of Saudi Arabia

Dear client: If the balance is incorrect,
please contact one of the auditors directly.
Ernst & Young: PO Box 2732 Riyadh 11461 or
KPMG: PO Box 92876 Riyadh 11663

SA█████████3138                           Al-Rabwa Central Market        34100-

| Movements | Account Summary | | Amount | |
|---|---|---|---|---|
| | Opening Balance | | | 276 812.28 |
| 1 | Cash Deposits | | 200 000.00 | |
| 0 | Other Deposits | | 0.00 | |
| 1 | Total Deposits | | 200 000.00 | 200 000.00 |
| 0 | Other Withdrawals | 0.00 | | |
| 0 | Total Withdrawals | 0.00 | | |
| | Closing Balance | | | 476 812.28 |



**Declaration**

I, *Fahim Hoosen,* hereby confirm that as a professional translator and under contract to RWS Alpha, I have translated and proofread this document from *Arabic* into *English* for PO37453.

Document name: June 22, 2002 Transaction Arabic

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* translations of the *Arabic* originals.

Signature:

Date: May 2, 2024

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
PO Box 2015, Stony Plain PO MAIN, AB, T7Z 1X6, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926