# Al Rajhi Bank Ex. 49

٢٠٠٠/٠٨/٠٨ - ٢٠٠٠/٠٨/٠٨

١

معالي
محمد سعود محمد العصيمي

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

الرياض
المملكة العربية السعودية

١٩٠٧                    SA

الأسواق

-١١٦٠٠

الرصيد الافتتاحي

٣,٠١٩.٠٠

١٤٢١٠٥٠٨   ٠٠٠٨٠٨   ايداع نقدي
٥٠٠٠٠٠٠٠٠٠طويان
الطويان

١٠٠,٠٠٠.٠٠           ١٠٣,٠١٩.٠٠

العملة            الأجمالي الكلي           ٠.٠٠           ١٠٠,٠٠٠.٠٠           ١٠٣,٠١٩.٠٠
ر.س

1

٢

٢٠٠٠/٠٨/٠٨ - ٢٠٠٠/٠٨/٠٨

معالي
محمد سعود محمد العصيمي

عزيزي العميل: في حالة عدم صحة الرصيد نرجو
الاتصال مباشرة بأحد مراجعي الحسابات
أرنست و يونج ص.ب ٢٧٣٢ الرياض ١١٤٦١ أو
كي بي أم جي ص.ب ٩٢٨٧٦ الرياض ١١٦٦٣

الرياض
المملكة العربية السعودية

-١١٦٠٠   الأسواق            SA                    ١٩٠٧

| المبلغ | ملخص الحساب | الحركات |
|---|---|---|
| ٣,٠١٩.٠٠ | الرصيد الافتتاحي | |
| ١٠٠,٠٠٠.٠٠ | الايداعات النقدية | ١ |
| ٠.٠٠ | الايداعات الاخرى | ٠ |
| ١٠٠,٠٠٠.٠٠ | اجمالي الايداعات | ١ |
| ٠.٠٠ | السحوبات الاخرى | ٠ |
| ٠.٠٠ | اجمالي السحوبات | ٠ |
| ١٠٣,٠١٩.٠٠ | رصيد الاقفال | |

1

08/08/2000 08/08/2000

H.E.
___ Mohammad Saud Al-Ossaimi
___ ▓▓▓▓▓
___ Riyad▓▓▓
___ Kingdom of Saudi Arabia

Dear client: If the balance is incorrect,
please contact one of the auditors directly.
Ernst & Young: PO Box 2732 Riyadh 11461 or
KPMG: PO Box 92876 Riyadh 11663

SA▓▓▓▓▓ 1907          Al-Aswaq          11600-

|          |        |                                              |      |            |           |
|----------|--------|----------------------------------------------|------|------------|-----------|
|          |        | Opening Balance                              |      |            | 3 019.00  |
| 14210508 | 000808 | Cash Deposit 5000000000 Towayan Al-Towayan   |      | 100 000.00 | 103 019.00 |
| Currency SAR | | Grand Total                              | 0.00 | 100 000.00 | 103 019.00 |

2

08/08/2000  08/08/2000

H.E.
___ Mohammad Saud Al-Ossaimi



___ Riyadh
___ Kingdom of Saudi Arabia

Dear client: If the balance is incorrect,
please contact one of the auditors directly.
Ernst & Young: PO Box 2732 Riyadh 11461 or
KPMG: PO Box 92876 Riyadh 11663

SA███████ 1907         Al-Aswaq        11600-

| Movements | Account Summary | | Amount |
|---|---|---|---|
|   | Opening Balance |   | 3 019.00 |
| 1 | Cash Deposits | 100 000.00 |   |
| 0 | Other Deposits | 0.00 |   |
| 1 | Total Deposits | 100 000.00 |   |
| 0 | Other Withdrawals | 0.00 |   |
| 0 | Total Withdrawals | 0.00 |   |
|   | Closing Balance |   | 103 019.00 |



**Declaration**

I, *Fahim Hoosen,* hereby confirm that as a professional translator and under contract to RWS Alpha, I have translated and proofread this document from *Arabic* into *English* for PO37453. Document name:  August 8, 2000 Transaction Arabic

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* translations of the *Arabic* originals.

Signature:

Date: May 2, 2024

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
PO Box 2015, Stony Plain PO MAIN, AB, T7Z 1X6, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926