# Al Rajhi Bank
# Ex. 51

# REDACTION KEY

A.     CLASSIFIED FBI INFORMATION RE-REVIEWED PURSUANT TO EXECUTIVE ORDER 14040.

C-1.    INFORMATION OBTAINED FROM FOREIGN GOVERNMENT(S) AND WITHHELD AT THE DIRECTION OF ANOTHER U.S. GOVERNMENT AGENCY OR DEPARTMENT PENDING FURTHER CONSULTATION TO BE COMPLETED BY THE DEADLINE IN EO 14040 SECTION 2(D).

D.     INFORMATION FOR WHICH JUDICIAL AUTHORIZATION TO RELEASE IS REQUIRED. INFORMATION FOR WHICH JUDICIAL AUTHORIZATION IS OBTAINED WILL BE RELEASED.

F.     ADMINISTRATIVELY DESIGNATED FBI FILE AND/OR SERIAL NUMBERS OR HANDLING INFORMATION.

G.     SENSITIVE LAW ENFORCEMENT INFORMATION WITHHELD PURSUANT TO THE LAW ENFORCEMENT PRIVILEGE.

J-1.    SECTION 102A(i)(1) OF THE NATIONAL SECURITY ACT OF 1947, AS AMENDED BY THE INTELLIGENCE REFORM AND TERRORISM PREVENTION ACT OF 2004, 50 U.S.C. § 3024(i)(1).

J-2.    INFORMATION PROTECTED FROM DISCLOSURE BY THE BANK SECRECY ACT (BSA) AND THE U.S. DEPARTMENT OF THE TREASURY REGULATIONS IMPLEMENTING THE BSA. SEE 31 C.F.R. § 5311 ET SEQ; 31 C.F.R. CHAPTER X.

J-3     INFORMATION DETERMINED BY ANOTHER DEPARTMENT OR AGENCY TO BE PROTECTED FROM DISCLOSURE PURSUANT TO 8 U.S.C. § 1202(f).

O-1.    INFORMATION WITHHELD AT THE DIRECTION OF ANOTHER U.S. GOVERNMENT AGENCY OR DEPARTMENT.

P.     INFORMATION RESTRICTED FROM PUBLIC RELEASE UNDER THE PRIVACY ACT OF 1974.  SUCH INFORMATION WILL BE PRODUCED IN MDL 03-1570 (S.D.N.Y.) PURSUANT TO THE PRIVACY ACT PROTECTIVE ORDER ENTERED IN THAT CASE.

P-1.    INFORMATION SUCH AS SOCIAL SECURITY NUMBERS, DATES OF BIRTH, AND OTHER SENSITIVE PERSONAL INFORMATION.

S.     NAMES AND OTHER PERSONAL IDENTIFYING INFORMATION OF LAW ENFORCEMENT PERSONNEL.

NOTE: Classification markings (classification banners and portion markings) are redacted without a code throughout the release.

(Rev. 05-01-2008)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                          **Date:** 06/16/2010

**To:** Counterterrorism                    **Attn:**            (G), (S)

    New York                              **Attn:**

    Oklahoma City                         **Attn:**

    San Diego                             **Attn:**

    Washington Field                      **Attn:**

**From:** San Diego
      Squad (G)
      Contact: (S)

**Approved By:** (S)

**Drafted By:** (S)

**Case ID #:** (F)

**Title:**  MIHDAR MOHAMMAD AL MIHDAR ZAID
      aka MOHDAR ABDULLAH
      CT - SUNNI EXTREMISM - MIDDLE EAST

    OPERATION ENCORE
    (A), (G), (J-1)

    FAHAD AL-THUMAIRY

```
To:   Counterterrorism   From:   San Diego
Re:   ▓▓▓▓▓▓▓(F)▓▓▓▓▓   06/16/2010
```

(A), (G), (J-1)

OMAR AHMED AL-BAYOUMI
(A), (G), (J-1)

MUSAED AL-JARRAH
(A), (G), (J-1)

(A), (G), (J-1)
ADIL ALSADHAN
(A), (G), (J-1)

(A), (G), (J-1)
MUTAIB A A ALSUDAIRY
(A), (G), (J-1)

(A), (G), (J-1)

**Synopsis:** Additional information regarding ABDULLAH A S ALJRAITHEN.

(G)

**Reference:** (F)

**Details:** As outlined by writer in referenced serial, ABDULLAH ALJRAITHEN registered at the Travelodge Hotel in Culver City, California with OMAR AHMED ALBAYOUMI on 12/20/1999 and checked out the following day. Little additional information was located regarding ALJRAITHEN at the time referenced serial was written.

After the September 11th 2001 terrorist attacks, ALBAYOUMI was detained by New Scotland Yard (NSY), his apartment was searched and documents were seized. A recent review by (S) (S) of documents obtained by NYO-JTTF from NSY yielded further information regarding ALJRAITHEN (this information is also described on (F) ALBAYOUMI's telephone book contained an entry for Dr. ABDULLAH ALJOAITHEN, with the numbers 325 0877 and C (cell) 55154240. (Analyst note: the first number

To: Counterterrorism   From: San Diego
Re: ▓▓▓ (F) ▓▓▓   06/16/2010

is presumed to be a Saudi number, the second number appears to be a Saudi cell phone number given the code "5" followed by a 7-digit number; neither number was found in the Telephone Application.)

ECF searches on "3250877" and "55154240" both yielded a hit on ▓▓(F)▓▓ (O-1), which describes reporting from a foreign government service regarding "names and telephone numbers appearing on a laminated card retrieved from the villa in Madinah, Saudi Arabia, where SHAYKH 'ALI KHUDAYR FAHD ALKHUDAYR AND SHAYKH AHMAD HAMUD MUFARRIJ ALKHALIDI were arrested during a raid conducted in late May 2003. The relevant entry on this contact list was for ABDALLAH BIN 'ALI AL-J'AYTHAN 3250877 and cell 55154240. An IDW search on 3250877 yielded additional other government service information (O-1) "DR. 'ABDALLAH AL-JUHAYN 3250877" was found on a confiscated hard-drive from an October 6, 2001 raid on the Al-Haramayn offices in (O-1).

According to a (G) report on ABDALLAH BIN ALI ALJAYTHAN: (G) Intelligence Assessment: Shaykh Ali KHUDAIR is a probable terrorist supporter (Financier). KHUDAIR was believed to be the source of weapons, passports, money and supplies for ANSAR AL-ISLAM operations in Iraq. Ali KHUDAIR is believed to be detained in Saudi Arabia.

Also according to the (G) report, a 22-page Arabic language document containing instructions for making a variety of improvised explosives devices (IEDs) was found on a hard drive seized during the 05/27/2003 arrests of radical clerics and extremist shaykhs Ali KHUDAIR and Ahmad Humud AL-KHALIDI in Medinah, Saudi Arabia. Much of the material in the document closely parallels that in an explosives manual handwritten by Abu Khabab AL-MASRI, the former explosives and poisons trainer at the AL-QAIDA associated DERUNTA TRAINING CAMP in Afghanistan. (O-1)

KHUDAIR appears to have at least indirect links to ABU ZUBAYDAH via AL QAEDA in IRAQ (AQI) member Abu Muhammad AL-NAJRANI. NAJRANI was reportedly an instructor at Al Qaeda's Camp Khaldan (ZUBAYDAH indicated he was trained by NAJRANI) and later became KHUDAIR's student (F)

To: Counterterrorism   From: San Diego
Re: ▓▓▓▓▓(F)▓▓▓▓   06/16/2010

▓▓ A UNI search on the name variant ALJUAYTHIN yielded a hit on DR. ABD ALLAH B ALI AL-JU'AYTHIN in ▓▓(F)▓▓ ▓▓(F)▓▓ subject ▓▓(P)▓▓ Virginia Jihad member) regarding intercepted emails being submitted to the file (NFI).

▓▓ It is worth noting that another name on the seized laminated card along with ALJAYTHAN's was SALMAN BIN FAHD AL-AWDA. AWDA is a well-known Salafi cleric who has been identified in the past as a terrorism supporter. AWDA openly criticized USAMA BIN LADEN (UBL) a few years ago, apparently supporting a less violent type of jihad. An extensive amount of information about AL-AWDA is available in (G). AWDA has a relatively recent connection to OP ENCORE subject FAHAD ALTHUMAIRY and his associate MOHAMMED ALMUHANNA ▓▓(F)▓▓ as described below.

▓▓▓▓▓▓▓▓▓▓ According to ▓▓(F)▓▓ as of late May 2009, SHAYKH SALMAN ODEH, VARIANT DR. SALMAN AL-AWDAH, was the shaykh of Saudi-based Salafi extremists MOHAMMAD AL-MUHANNA and FAHD AL-THUMAIRY, AKA FAHD AL-THUMAIRI. ODEH was a MUSLIM BROTHERHOOD (MB) leader who was detained by Saudi Arabian authorities for plotting against the Royal Family (NFI).

▓▓▓▓▓▓▓▓▓▓ (O-1) ▓▓▓▓▓▓▓▓▓▓

▓▓ Analyst note: The Imam University referred to above is likely Imam Muhammad Bin Sa'ud University, which was attended by OP ENCORE subject THUMAIRY, as well as (A),(G),(J-1) subject ADEL ALSADHAN and possibly MUTAIB ALSUDAIRY. The Institute of Islamic and Arabic Sciences in America (IIASA) (F) (F) was a subsidiary of this university. (J-2)

To: Counterterrorism   From: San Diego
Re:           (F)           06/16/2010

To:  Counterterrorism   From:  San Diego
Re:  ▓▓▓ ▓▓▓▓ (F) ▓▓▓▓▓   06/16/2010

**LEAD(s):**

**Set Lead 1:   (Info)**

    ALL RECEIVING OFFICES

        ▓▓▓   For information.

♦♦