# Al Rajhi Bank Ex. 54

In the Name of God, the Most Gracious, the Merciful
And spend in the way of Allah

1) Suleiman Al-Rashid .            (Wael)
2) Abdul Qader Bakri .             (Wael)
3) Bin Laden Brothers .            (Osama)
4) Yusuf Jamil .                   (Baterji)
5) Ibrahim Afandi .                (Baterji)
6) [illegible] Kamel .             (Baterji)
7) Al-Raji.                        (Osama)
8) Al-Jumaih . Jeddah              (Baterji)
9) Al-Sharbatly.                   (Osama)
10) [illegible] Al-Naghi .         (Osama)
11) [illegible] Mahfood .          (Osama)
12) Abdul Qader Faqeeh .           (Wael)
13) Salaheddin Abdul Jawad .       (Wael)
14) Ahmad Turki Yamani .           (Baterji)
15) Abdul [illegible] Taher        (Wael)
16) Mohammed [illegible]           (Baterji)

17) Al Kuwait  (Osama) . 18) [illegible] (Salem Taher) 19) Al Issai (Salem Taher) 20) Ahmed [illegible] (Abu Mazen) .

## LINGUIST CERTIFICATION

I, Adnane Ettayebi, hereby state and certify as follows:

I am fluent in both Arabic and English, and I am qualified to render and certify translations of Arabic documents into English, and translations of English documents into Arabic. A true and correct copy of my linguist qualifications follow this certification.

I have provided a true, accurate, and complete certified translation of the Arabic language document in Plaintiffs' Exhibit 81, which is the page marked FED-PEC0134953.

In addition to my own translation of page FED-PEC0134953, I have reviewed the pages marked FED-PEC0134954 and FED-PEC0134955 in Plaintiffs' Exhibit 81, which appear to be presented as a translation of FED-PEC0134953. The translation on pages FED-PEC0134954 and FED-PEC0134955, which I note is not certified, contains the following errors and ambiguities:

1. Item number 7 is translated incorrectly as "Al-Rajhi." The correct translation of the Arabic letters "الراجي" is "Al-Raji." "Al-Rajhi" in Arabic is spelled differently, with the letters "الراجحي." The two different spellings in Arabic represent two different family names.

2. In item number 8, the translator added (S.A) after Jeddah, which is not in the original Arabic. If this addition refers to Saudi Arabia, the acronym should be (S.A.).

3. Missing periods inconsistency: The translator translated all the periods after and within the names from items 1 to 9 and missed them in items 10, 11, 12, 13, 14, 17 and 20.

I declare and certify that the foregoing is true and correct.

Executed on May 6, 2024

_____
Adnane Ettayebi
Translator

**<u>Linguist Qualifications:</u>**

B.A. in Romance Languages' Literature from the University of Central Florida. Certified by the Department of State and the Department of Defense. Member of the International Association of Conference Interpreters (AIIC). TS-SCI US Government security clearance from the Department of Defense. RSI Certified by KUDO and INTERPREFY. Qualified for translation and simultaneous interpretation.

**Languages:** Arabic, English, French, and Spanish

**Areas of Specialization:** Legal, Financial, Medical, Military, Information Technology, International Organizations, Software Localization

Over 25 years of simultaneous interpretation and translation of documents from Arabic to English, including for:

- Federal Bureau of Investigation
- US Department of Defense
- US Department of Justice
- CNN
- Saudi Basic Industries Corporation
- Goldman Sachs

# Plaintiffs' Exhibit 81

بسم الله الرحمن الرحيم

١) سليمان ... (إذا ...)
٢) مبارك ... (رائد)
٣) أنور ميلاد ... (راسب)
٤) يوسف جول (يرجع)
٥) إبراهيم القندس (يرجع)
٦) صدى كامل (يرجع)
٧) إبراهيم (راسب)
٨) الخليج حمد (يرجع)
٩) المغربي (راسب)
١٠) سيف الشاف (راسب)
١١) بدر محفوظ (راسب)
١٢) يسرى ...
١٣) عبدالله عبد الجواد (راسب)
١٤) المستشار عالم (يحفظ)
١٥) سيد كلثم طاهر (راسب)
١٦) مراد نجم (يصحح)

Tareekh Osama\41\Tareekh Osama 108.jpg


Case 1:03-md-01570-GBD-SN    Document 10598-54    Filed 12/09/24    Page 6 of 8

BOS000001
FED-PEC0134953

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/41/Tareekh Osama.108**)*

In the name of God, the most gracious, the most merciful

And spend for God's cause *(Quraanic verse)*

| | | |
|---|---|---|
| 1) | Suleiman Al-Rashid. | (Wail) |
| 2) | Abdel Qader Bakri. | (Wail) |
| 3) | Bin Laden Brothers. | (Usama) |
| 4) | Yousif Jameel. | (Baterji) |
| 5) | Ibrahim Afandi. | (Baterji) |
| 6) | Saleh Kamel. | (Baterji) |
| 7) | Al-Rajhi. | (Usama) |
| 8) | Al-Jumaih. Jeddah (S.A) | (Baterji) |
| 9) | Al-Sharbatly | (Usama) |
| 10) | *(Illegible)* Al-Naghi | (Usama) |
| 11) | Bin Mahfoodh | (Usama) |
| 12) | Abdel Qader Faqeeh | (Usama) |
| 13) | Salah Al-Din Abdel Jawad | (Wail) |
| 14) | Ahmad Turki Yamani | (Baterji) |
| 15) | Abdel Hadi Taher | (Wail) |
| 16) | Mohammed Omar *(illegible)* | (Baterji) |
| 17) | Al- Kuwait | (Usama) |
| 18) | Ahmad Al-Harbi | (Salem Taher) |

19) Al-Issaei                    (Salem Taher)

20) Hamad Al-Husaini              (Abu Mazin)

BOS000003
FED-PEC0134955