# Al Rajhi Bank
# Ex. 56

Al Rajhi Exhibit

ARB 40

9/28/23 Carrie Campbell, RDR

Kingdom of Saudi Arabia  
Ministry of Interior  
Medina Region  
003  
Yanbu Province  
Local Services

In the name of Allah, the  
Gracious, the Merciful

No. [*Illegible*]  
Date: 02/17/1420 AH  
    (June 01, 1999 AD)  
Attachments: ----  
Subject: ----

(CIRCULAR TO ALL GOVERNMENT ADMINISTRATIONS, CENTERS, COMPANIES, AND BANKS)

His Eminence:  
His Excellency:  
Honorable:  
May the peace, mercy, and blessings of Allah be upon you.

    We received the letter of the director of Al-Haramain Islamic Foundation's Office in Yanbu Province, No. 101, dated 01/23/1420 AH (May 09, 1999 AD), stating that an office related to the Foundation was opened in the province. The Foundation is supervised by Deputy Minister of Islamic Affairs, Endowments, Da'wah, and Guidance – His Eminence Sheikh Saleh bin Abdel Aziz Al ash-Sheikh. Below are some of the most important missions of the Foundation:

1. Establishing the correct doctrine in the hearts of the Muslims, as sourced from the Quran and the Sunna according to the understanding of the the pious predecessors "the Sahabah";
2. Focusing on the teaching of correct Sunna and showing its importance in understanding the doctrine, worship, and behavior; and
3. Rushing to aid the Muslims at times of disasters and catastrophes.

This is for your information. Please cooperate with this Foundation in everything that serves the common good. Kindest regards.

SH/al Sharif 1/2

Yanbu Governor  
Ibrahim bin Shakhbout al Sultan  
[*Handwritten Signature*]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00038818





بسم الله الرحمن الرحيم

الرقم : ................ من : ................
التاريخ : .............................
المشفوعات : ...........

الموضوع : ........................

المملكة العربية السعودية
وزارة الـــداخليـة
امارة منطقة المدينة المنورة
٠ ٠ ٣
محافظة بنـــــــــــــع
الخدمات العدليـــــــــة

(( تعميم لكافة الادارات الحكومية والمراكز والشركات والبنوك ))

فضيلة :

سعادة

المكرم :

السلام عليكم ورحمة الله وبركاتــــــــــه : ـ

تلقينا خطاب مدير مكتب مؤسسة الحرمين الخيرية بمحافظة ينع رقم ١٠١ في ١٤٢٠/١/٢٣هـ المتضمـــــــن

أنه تم افتتاح مكتب للمؤسسة بالمحافظة والمؤسسة تحت اشراف نائب وزير الشئون الاسلامية والاوقاف والدعوة والارشاد صاحب المعالى

فضيلة الشيخ /صالح بن عبدالعزيز آل الشيخ ومن أهم أعمال هـذه المؤسسة مايلـــــــــــــى : ـ

١ ـ ترسيخ العقيدة الصحيحه في قلوب المسلمين المستمدة من الكتاب والسنة بفهم السلف الصالـــــح .

٢ ـ التركز على تعليم السنة الصحيحه وبيان أهميتها في فهم العقيدة والعبادة والسلوك .

٣ ـ المسارعه فى اغاثة المسلمين عند نزول الكوارث والنكبـات .

فنرغـــــــــب الا حاطـــــــــه والتعــــــاون مـــــع هـذه المؤســـة فى كل مابخدم الصالح العام ولكم تحياتنا ،،،،،،،،،،،،،،،

ش/الشريف ٢/١

محافظ ينـــــــــــــــع

ابراهيم بن شخبوط السلطـــــــان

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570 (GBD) (SN),
United States District Court for the Southern District of New York

ARB-00038818



## TRANSLATION CERTIFICATION STATEMENT

**Project:** 20230811VGC

**Language**: Arabic > English

**Document title**: ARB 38818

**TRANSLATOR STATEMENT**
I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator**:  Farah Alshekhli

**Qualifications**:  BA in Translation and Interpretation Studies, 17 years of experience, certified

**Signed**: *Farah Alshekhli*          **Date**: 09/25/2023