# Al Rajhi Bank
# Ex. 57



رئاسة مجلس الوزراء

مسودات التحارير

الموضوع: ...
التاريخ: ...
المرفقات: ...

صاحب المعالي وزير المعارف
ونائب رئيس اللجنة العليا للدعوة الإسلامية

بالإشارة إلى خطابكم رقم ٢/٤/٢٤٨/٢ وتاريخ ٤/٢/١٤١٤هـ بشأن التوصيات التي اتخذها المجتمعون في اللقاء الثاني لندوة الشباب العالمية للدعوة الإسلامية والتي عقدت في الفترة من ٢٢ ذو القعدة ١٤١٣ حتى ٤ ذو الحجة ١٤ وعرضتم حضرتكم أساسية في مواجهة التحديات العقائدية والتنكرية.

ونظراً لأن جميع التوصيات التي اتخذت لها كل الفائدة في نصرة الإسلام والتي تتماشى وخصوصاً استفدنا من النظم التربوية والشرعية في مراحل التعليم الابتدائي ... نخبركم بموافقتنا على هذه التوصيات، وتأييدها مع موافقتنا على تشكيل أمانة ... لندوة الشباب العالمية للدعوة الإسلامية حسبما جاء بالعرضية الخاصة بهما وذلك ... تنفيذ هذه التوصيات والإشراف على ذلك ، فأكملوا اللازم بموجبه ،،،

حسن

رئيس مجلس الوزراء

صورة لوزارة الخارجية
صورة للجنة العلمية تمهيداً لتوصيتها رقم ٢٦٢ في ٨/٣/١٤
صورة لإدارة الشئون السياسية.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014547

بسم الله الرحمن الرحيم

المملكة العربية السعودية
ديوان رئاسة مجلس الوزراء

الرقم: ٥/ر/ف/٩٤٩٤
التاريخ: ١/١/٩٨هـ
التوابع: ـــــــــ

إدارة الشؤون السياسية

الموضوع: بعث نسخة من الموافقة السامية الصادرة بتشكيل الأمانة العامة الدائمة للندوة العالمية للشباب الإسلامي.

صاحب المعالي وزير التعليم العالي       المحترم

بعد التحية:

بالإشارة إلى خطابكم رقم ٢٦٣ وتاريخ ٢٣/١/٩٨هـ المتضمن طلب تزويدكم بنسخة طبق الأصل من موافقة المقام السامي الخاص بتشكيل الأمانة العامة الدائمة للندوة العالمية للشباب الإسلامي وتوصيات اللقاء الثاني للندوة. أبعث لمعاليكم صورة من ذلك وأود الإحاطة بأن رقم الخطاب ٧٧٤٣ وتاريخ ٢١/٣/٩٤هـ وليس كما ذكرتم. وتقبلوا تحياتي،،،

رئيس ديوان رئاسة مجلس الوزراء

محمد العبد الله النويصر

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014548



بســم الله الرحمن الرحيم

الرقـم : ٧٠٩/٦/م/ك
التاريـخ : ٢٤/١٢/١٤١٢هـ
المشفوعات : ..........

المملكة العربية السعودية
وزارة الداخلية
امارة منطقة الرياض

عـدد : ..........
هيئة جمع التبرعات للبوسنة والهرسك

( برقية خطية عاجلة جداً )

نسخه مع التحية والأحترام لصاحب السمو الملكي وزير الداخلـية

فضيلة الشيخ / سليمان المهنا — رئيس المحكمة الكبرى بالرياض
معالي الدكتور / حمد الصقير — رئيس جمعية الهلال الأحمر السعودي
فضيلة الشيخ / عبدالعزيز الحمدان — مدير مكتب الدعوه والإرشاد
فضيلة الشيخ / صالح السحيباني — إمام وخطيب جامع الأمير سلطان بن عبدالعزيز
سعادة الأستاذ / عبدالله الحامد — وزارة الحج والأوقاف
سعادة الدكتور / علي المرشد — مدير عام تعليم البنات بالرياض
سعادة الدكتور / ناصر الداود — مدير التعليم بمنطقة الرياض
سعادة الأستاذ / محمد بن صالح بن سلطان — رجل أعمال
سعادة الأستاذ / محمد الجميح — رجال أعمال
سعادة الأستاذ / سليمان الراجحي — رجل أعمال
سعادة الأستاذ / إبراهيم الطوق — رئيس الغرفة التجارية بالرياض
سعادة الدكتور / مانع الجهني — الأمين العام للندوه العالمية للشباب الإسلامي
سعادة الدكتور / عبدالاله المؤيد — مدير مكتب رابطة العالم الإسلامي بالرياض
سعادة الأستاذ / علي الجريس — مدير مكتب هيئة الأغاثة الإسلامية بالرياض
سعادة الأستاذ / سليمان القناص — مدير عام خدمات المنطقة بالإمارة

السلام عليكم ورحمة الله وبركاته وبعـد ،،
بناءً على برقية صاحب السمو الملكي وزير الداخلية رقم ١ش/٦٤٥٨ وتاريخ ٣/١٢/١٤١٢هـ المتضمنة بأنه صدر الأمر السامي الكريم ذي الرقم ١٧٤١٩ في ٢/١٢/١٤١٢هـ القاضي بتشكيل هيئة تقوم بجمع التبرعات للبوسنة والهرسك برئاستنا والإعلان رسمياً بأن التبرع من جميع من يرغب في الأماكن التي تحددها وأنه لايجوز جمع المبالغ إلا عن طريق هذه الهيئة ...... الخ .

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014549

بسم الله الرحمن الرحيم



المملكة العربية السعودية
وزارة الداخلية
إمارة منطقة الرياض

الرقم ...........
التاريخ ...........
المشفوعات ...........

عدد ..........

- ٢ -

وإنفاذاً للرغبة الكريمة فقد تقرر تشكيل لجنه رئيسيه هنا في الرياض ولجان محليه برئاسة أصحاب السمو الملكي وأصحاب السمو وأصحاب المعالي أمراء المناطق الأخرى للقيام بجمع التبرعات لهذا الغرض وكذلك يتم تشكيل لجان فرعيه منبثقه من اللجان المحليه تكون في المدن البعيده عن مقر الإمارات لحث الناس على التبرع وأرشادهم بإداع ماتجود به أنفسهم في حسابات الهيئه التي جرى فتحها في كل من :-

١- البنك الأهلي التجاري وفرعه بالمملكه .
٢- بنك الرياض وفروعه بالمملكه .
٣- شركة الراجحي المصرفيه وفرعها بالمملكه .

ولما نلمسه منكم من حب للخير وتضحية في أعمال البر إبتغاء الأجر من الله فقد وقع الأختيار عليكم للمشاركه في عضوية هذه اللجنه الرئيسيه . وفقكم الله لما فيه الخير .
والسلام ،،،،،،،،،،، .

خ/ع ١٢/٣

أمير منطقة الرياض
ورئيس هيئة جمع التبرعات للبوسنه والهرسك

سلمان بن عبدالعزيز

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014550

[truncated]

**Presidency of the Council of Ministers**          **Commercial Statements**

| Issue No.: 7743 | Subject: [illegible] | Incoming file No.: 60 |
|---|---|---|
| Date: 21/3/94 [Corresponding to Apr 13, 1974] | Supreme Council 272/ | Dated: 5/2/94 [Corresponding to Feb 27, 1974] |
| Attachments: | 8/3/94 [Corresponding to Mar 31, 1974] | Received from: Education |

His Excellency, the Minister of Education

And Chairman of the Supreme Council for Islamic Awareness

In reference to your letter No. 3/348/34/4/3 of 4/3/94 H [Corresponding to Mar 27, 1974], and considering the recommendations taken by the attendees of the second meeting of the World Assembly of Muslim Youth for the Islamic Call, which convened during the period from 23 Dhu Al Qa'da until 4 Dhu Al Hijja 93 [Corresponding to Dec 17, 1973 to Dec 28, 1973], during which the subject of the Islamic call was proposed as a way to face the ideological and intellectual challenges of today.

And inasmuch as all of the recommendations that were taken are totally beneficial to the support of Islam, are in concert with its teachings, and especially in its dispensing with western and eastern systems during the stages of economic development, we hereby inform you of our agreement with and support of these recommendations, as well as our agreement to the formation of a Secretariat-General for the World Assembly of Muslim Youth for the Islamic Call, as proposed in the recommendations pertaining to it. Therefore, we direct the carrying out of these recommendations and the supervision thereof. And so, please take the necessary steps to that end. [initials]

President of the Council of Ministers

Photocopy to the Foreign Ministry.
Photocopy to the Supreme Council in reference to their recommendation No. 332 of 3/8/94 [Corresponding to Mar 31, 1974]
Photocopy to the Department of Political Affairs.

*In the name of God, most Merciful, most Compassionate*

**CONFIDENTIAL:** This document is subject to a Protective Order regarding confidential information in O3 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

No.: ..3294/F/5.......  
Date: ...10/2/98 H.....  
[Corresponding to Jan 19, 1978]  
Attachments: .......2...

ARB-00014547

**Department of Political Affairs**

**Subject:** Sending a copy of the Royal Decree issued to form the Permanent Secretariat-General of the World Assembly of Muslim Youth.

His Excellency, the Respected Minister of Higher Education

Greetings; now, to the matter at hand:

In reference to your letter No. 263 dated 23/1/98 H [Corresponding to Jan 2, 1978] containing the request to provide you with a true copy of the original Royal Decree for forming the Secretariat-General of the World Assembly of Muslim Youth and the recommendations of the second meeting of the Assembly, I am sending Your Excellency a photocopy of that, and I would like to inform you that the number of the letter is 7743, dated 21/3/94H [Corresponding to Apr 13, 1974] and not as you have noted.

[Initials]  
7/2/08

Best regards,

Head of the Prime Minister's Office

[Signature]

Muhammad Al Abdullah Al Nuwaisir

> **Office of the Minister of *Higher Education*** 
> ***Incoming Endowments File***
> No.: ***2/795***
> Date: ***12/2/98 H***
> **[Corresponding to Jan 21, 1978]**

2

**CONFIDENTIAL:** This document is subject to a Protective Order regarding confidential information in O3 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014548

*In the name of God, most merciful, most compassionate*

**The Kingdom of Saudi Arabia**
**Ministry of the Interior**
Emirate of Riyadh Province

(MOI KSA seal)

No.: 6974 M
Date: 4/12/1412 H
[Corresponding to Jun 5, 1992]

Corresponding to: ..........

**Edition**
**Commission for the Collection of Donations for Bosnia-Herzegovina**

(Extremely Urgent Linear Telegram)

Copy, with Greetings and Respect, to His Royal Highness, the Minister of the Interior

| | |
|---|---|
| His Eminence Sheikh Suleiman Al Mahna | President of the High Court in Riyadh |
| H.E. Dr. Hamad Al Saqir | President of the Saudi Red Crescent Association |
| His Eminence Sheikh Abdul Aziz Al Hamdan | Director of the Office of Call and Guidance |
| His Eminence Sheikh Saleh Al Suheibani | The Imam and Preacher of Prince Sultan Abdul Aziz Mosque |
| H. E. Mr. Abdullah Al Hamid | Minister of Pilgrimage and Endowments |
| H. E. Dr. Ali Al Murshid | General Manager, Girls' Education, Riyadh |
| H. E. Dr. Nasser Al Dawood | Director of Education in Riyadh Province |
| H. E. Mr. Mahad bin Saleh bin Sultan | Businessman |
| H. E. Mr. Muhammad Al Jameh | Businessman |
| H. E. Mr. Suleiman Al Rajhi | Businessman |
| H. E. Mr. Ibrahim Al Tawq | President of the Chamber of Commerce in Riyadh |
| H. E. Dr. Mani' Al Jahani | Secretary-General of the World Assembly of Muslim Youth |
| H. E. Dr. Abdullah Al Muayyid | Manager of the Muslim World League Riyadh Office |
| H. E. Mr. Ali Al Jurais | Manager of the International Islamic Relief Organization's Office in Riyadh |
| H. E. Mr. Suleiman Al Qannas | General Services Manager for the Emirate |

May God's peace, mercy and blessings be upon you; now, to the matter at hand:

Based on His Royal Highness, the Minister of the Interior's telegram No. 6458 Sh. 1 of 2-3/12/1412 H [Corresponding to Jun 3-4, 1992] involving the issuance of the Royal Decree No. 17419 of 2/12/1412 H [Corresponding to Jun 3, 1992] to establish an organization for collecting donations for Bosnia-Herzegovina under our leadership, and to officially announce that donations are accepted from all those wishing to do so, in the places that we specify, with the proviso that donations may only be collected through this organization...etc.

**CONFIDENTIAL:** This document is subject to a Protective Order regarding confidential information in O3 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014549

*In the name of God, most merciful, most compassionate*

**The Kingdom of Saudi Arabia**
**Ministry of the Interior**
**Emirate of Riyadh Province**

**Edition**

MOI KSA

No •
Date: ………………………………
Corresponding to: ………………

- 2 -

In compliance with the gracious desire, it has been decided to form a main committee here in Riyadh, and local committees headed by Their Royal Highnesses and Their Excellencies the princes of other provinces, to undertake the collection of donations for this purpose. Branch committees emanating from the local committees are also being formed in cities that lie distant from the headquarters of the emirates to urge people to donate what they can afford into the Organization's accounts opened in:

1. The National Commercial Bank and its branches in the Kingdom.
2. Riyadh Bank and its branches in the Kingdom.
3. Al Rajhi Banking Corporation and its branches in the Kingdom.

You have been chosen due to your love of benevolent works, your sacrifice for the deeds of righteousness, and your seeking of God's reward, to participate as a member in this main committee. May God guide you to success.

Greetings,

Kh/Ain 12/3

==Prince of Riyadh Province==

President of the Donation Collection Organization for Bosnia-Herzegovina


[illegible]

Salman Bin Abdul Aziz

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in O3 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014550



**Declaration**

I, *Maha Husaini,* hereby confirm that as a professional translator and under contract to RWS Alpha, have translated these documents from *Arabic* (source language) into *English* (target language) for PO37468.

File names:

    ARB-00014545 (ARB-14547-14550)

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* (target language) translations of the *Arabic* (source language) documents.

Signature: *Maha Husaini*
Maha Husaini (May 4, 2024 00:09 GMT+3)



**Signature:** *Maha Husaini*
Maha Husaini (May 4, 2024 00:09 GMT+3)
**Email:** hussema2014@gmail.com
**Title:** Translator

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
PO Box 2015, Stony Plain PO MAIN, AB, T7Z 1X6, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926