# Al Rajhi Bank
# Ex. 58

عناية د. شربنوش

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الإعلام
مكتب الوزير

الرقم: ح/١٥ ب س
التاريخ: ١٤/١٢/٢٨ هـ
المشفوعات:

برقية سرية

سعادة الدكتور فريد قرشي     سلمه الله
المشرف العام على هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية

بناء على التوجيه الكريم وعلى ضوء ما وردنا منكم برقم ٢٠٠ ر ن ك وتاريخ ١١/٤/١٤١٤ هـ ود أن أنقل إلى علمكم التوجيه الكريم باعتماد المسمى الذي سبق أن تم الاتفاق عليه مع معالي الدكتور عبد الله نصيف وهو (هيئة الإغاثة الإسلامية العالمية بالمملكة العربية السعودية) على أن يتم استبداله جميع الخطابات والمطبوعات الخاصة بأعمال الهيئة إلى هذا المسمى اعتبارا من تاريخه.

أما فيما يختص بالموضوع المتعلق بجمهورية موريتانيا فقد رفعت لعلم مولاي حفظه الله جميع التفاصيل التي تلطفتم بإيضاحها مع مرفقاتها. ولسعادتكم أطيب تحياتي،،

وزير الإعلام

ب. ١٧٤

علي بن حسن الشاعر

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014554




المملكة العربية السعودية
ديوان رئاسة مجلس الوزراء

برقية

الرقم: ١٨٧٨
التاريخ: ٢/٢/١٤٢٠هـ
المرفقات: ..........

" عاجلة "

صاحب السمو الملكي وزير الداخلية

نسخة لصاحب السمو الملكي النائب الثاني لرئيس مجلس الوزراء وزير الدفاع والطيران والمفتش العام

نسخة لصاحب السمو الملكي نائب رئيس الحرس الوطني

نسخة لصاحب السمو الملكي وزير الخارجية

نسخة لصاحب السمو الملكي رئيس الاستخبارات العامة

نسخة لمعالي وزير الشؤون الإسلامية والأوقاف والدعوة والإرشاد

نسخة لمعالي وزير الصحة ورئيس مجلس إدارة جمعية الهلال الأحمر السعودي

نسخة لمعالي وزير الإعلام

نسخة لمعالي وزير العمل والشؤون الاجتماعية

نسخة لمعالي وزير المالية والاقتصاد الوطني

نسخة لمعالي الأمين العام لرابطة العالم الإسلامي

اطلعنا على محضر اللجنة الوزارية العليا رقم (٨١) وتاريخ ١٤٢٠/٢/٢هـ المتخذ بشأن دراسة موضوع الإغاثة التي تقدم من المملكة العربية السعودية على المستويين الحكومي والشعبي للاجئين الألبان من كوسوفا.. والمتضمن التوصيات التالية :-

أولاً : حصر أعمال الإغاثة للاجئي كوسوفا في جمعية الهلال الأحمر السعودي وتكوين لجنة برئاسة معالي رئيس الجمعية وعضوية مندوبين على مستوى رفيع من رئاسة الحرس الوطني ووزارة الدفاع والطيران ووزارة الداخلية ووزارة الخارجية ورئاسة الاستخبارات العامة ووزارة المالية والاقتصاد الوطني ووزارة الإعلام ووزارة العمل والشؤون الاجتماعية ومندوب عن كل جمعية ومؤسسة من الجمعيات والمؤسسات الخيرية السعودية المشاركة في أعمال الإغاثة وهي :

- جمعية الإغاثة الإسلامية العالمية.
- الندوة العالمية للشباب الإسلامي.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014555




| الرقم: ............... |
| التاريخ: ............... |
| المرفقات: ............... |

برقية

- مؤسسة الحرمين الخيرية.
- مؤسسة الوقف الإسلامي.

ثانياً : تكون هذه اللجنة تحت اشراف صاحب السمو الملكي وزير الداخلية.

ثالثاً : تكون مهمة ومسؤولية هذه اللجنة على النحو التالي :-

١ - الإشراف على استحصال المساعدات والتبرعات النقدية والعينية واستلامها وفتح بيانات من جهاتها، وتنسيق استقبالها وتحديد نوعيتها وترتيب إرسالها وأسلوب توزيعها واتخاذ كافة الإجراءات اللازمة لذلك.

٢ - ابراز دور المملكة إعلامياً خارج المملكة لإيضاح دورها الإغاثي والإنساني والتعاقد لهذا الغرض مع شركة إعلامية تتولى هذا الدور مع ابراز هذا الدور إعلامياً للمواطن داخل المملكة ليطمئن إلى أن تبرعاته تصل إلى مستحقيها.

٣ - توثيق المساعدات التي تقدمها المملكة لدى المنظمات والهيئات الدولية.

رابعاً : أن تكون لهذه اللجنة صلاحية البت في كافة الأمور المتعلقة بالمساعدات للاجئي كوسوفا، وترفع للمقام السامي ماتراه ضرورياً في ذلك لأخذ التوجيه اللازم.

ولموافقتنا على تلك التوصيات .. نرغب إليكم إكمال اللازم بموجبه. وقد زودت الجهات المعنية بنسخة من أمرنا هذا للاعتماد،،،،

فهد بن عبدالعزيز

رئيس مجلس الوزراء




CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014556

[handwritten: To the attention of Dr. [illegible] Al-Qureshi]

In the name of God, most Merciful, most Compassionate

**The Kingdom of Saudi Arabia**
*Ministry of Information*
**Office of the Minister**

No.: 518/B
Date: 13/4/14
[Corresponding to Sep 29, 1993]

Classified Telegram

To His Excellency, Dr. Farid Qureshi, God bless him.

General Supervisor of the International Islamic Relief Organization

In the Kingdom of Saudi Arabia

Based on your kind instruction, and in light of the contents of your letter No. 200/494/M/K, dated 11/4/1414 [Corresponding to Sep 27, 1993], I would like to inform you of the kind instruction to approve the name that was agreed upon with His Excellency, Dr. Abdullah Naseef, viz "The International Islamic Relief Organization in the Kingdom of Saudi Arabia" [illegible], and the printed bulletins pertaining to the works of the Organization to this name as of this date.

As for the subject of the Republic of Mauritania, I have informed His Highness, God preserve him, of all the details you have kindly clarified, along with the attachments.

With my best regards to Your Excellency,

The Minister of Information

[signature]

Ali bin Hassan Al Shaghir

174 B

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in O3 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014554

| | | |
|---|---|---|
| **The Kingdom of Saudi Arabia**<br>*Office of the Prime Minister* | <br>**Telegram** | No.: 1863/B/7<br>Date: 3/2/1420 H<br>[Corresponding to May 18, 1999]<br>Attachments: |

**"Urgent"**

His Royal Highness, the Minister of the Interior

Copy to His Royal Highness, Deputy Vice-President of the Council of Ministers, Minister of Defense and Aviation, and Inspector-General

Copy to His Royal Highness, Deputy Commander-in-Chief of the National Guard

Copy to His Royal Highness, the Foreign Minister

Copy to His Royal Highness, Head of General Intelligence

Copy to His Excellency, the Minister of Islamic Affairs, Endowments, Call and Guidance

Copy to His Excellency, the Minister of Health and Chairman of the Board of the Saudi Red Crescent Society

Copy to His Excellency, the Minister of Information

Copy to His Excellency, the Minister of Labor and Social Affairs

Copy to His Excellency, the Minister of Finance and National Economy

Copy to His Excellency, the Secretary-General of the Muslim World League

We have read the Minutes of the High Ministerial Committee Report No. 81 dated 2/2/1420 H [Corresponding to May 17, 1999] with respect to a study on the subject of relief efforts provided by the Kingdom of Saudi Arabia, on both the governmental and popular levels, to the Albanian refugees from Kosovo. It contains the following recommendations:

First: Restricting relief works to the refugees of Kosovo within the Saudi Red Crescent Society and <u>creating a committee headed by His Excellency, the chairman of the society,</u> with the membership of <u>high-level representatives from the directorates of</u> the National Guard, the Ministry of Defense and Aviation, the Ministry of the Interior, the Foreign Ministry, the Presidency of General Intelligence, the Ministry of Finance and National Economy, the Ministry of Information, and the Ministry of Labor and Social Affairs. There should also be a delegate representing every Saudi charitable society and foundation participating in relief works, viz.:

- The International Islamic Relief Organization.
- The World Assembly of Muslim Youth.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in O3 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York

ARB-00014555

**The Kingdom of Saudi Arabia**

*Office of the Prime Minister*



**Telegram**

No.: 1863/B/7
Date: 3/2/1420 H
[Corresponding to May 18, 1999]
Attachments:

- Al Haramain Charitable Foundation
- The Islamic Endowment Foundation

Secondly: This committee will be under the supervision of His Royal Highness, the Minister of the Interior. Third: This Committee's mission and responsibility will be as follows:

1. Supervision of the obtaining and reception of cash and in-kind donations and assistance pursuant to the information from the donors, coordinating the receipt and categorization thereof, arranging the transfer and method of distribution, and taking all necessary procedures to that end.
2. Highlighting the role of the Kingdom in the overseas media in order to clarify its relief and humanitarian roles, contracting with a media company to take on this job, while highlighting that role within the Kingdom to reassure citizens that their donations are reaching their intended beneficiaries.
3. Certifying the assistance provided by the Kingdom with International commissions and organizations.

Fourth: This committee should have the authority to decide on all matters relating to assistance for Kosovo refugees, and to raise to His Royal Highness matters in which it sees a necessity for guidance.

And in order for us to agree with these recommendations, we ask you to complete the necessary. I have provided a copy of this order to the appropriate authorities for approval.

Fahd bin Abdul Aziz

==Head of the Prime Minister's Office==

(Prime Minister's Office Telegrams)

Office of the Minister of Health
Incoming Telegrams
No: B/851
Date: 4/2/1420
[Corresponding to May 19, 1999]

ARB-00014556

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in O3 MDL 1570 (GBD) (SN), United States District Court for the Southern District of New York



**Declaration**

I, *Maha Husaini,* hereby confirm that as a professional translator and under contract to RWS Alpha, have translated these documents from *Arabic* (source language) into *English* (target language) for PO37468.

File names:

    ARB-00014545 (ARB-14554-14556)

I hereby confirm that to the best of my knowledge and capability as a professional translator these are accurate *English* (target language) translations of the *Arabic* (source language) documents.



Signature: Maha Husaini (May 4, 2024 00:09 GMT+3)

**Signature:** *Maha Husaini*
Maha Husaini (May 4, 2024 00:09 GMT+3)
**Email:** hussema2014@gmail.com
**Title:** Translator

Alpha Translations Canada Inc., part of RWS Holdings Plc group companies
PO Box 2015, Stony Plain PO MAIN, AB, T7Z 1X6, Canada
T: + 1 780 962 7821| E: edmonton@rws.com
alpha.rws.com
Registered Office: Gowling WLG, Suite 1600, 421 7th Ave SW, Calgary, Alberta, T2P 4K9, Canada, Business number: 138526926