# Al Rajhi Bank Ex. 59 (pt. 1)



# OFFICE OF FOREIGN ASSETS CONTROL

## Specially Designated Nationals and Blocked Persons List

May 3, 2024

**ALPHABETICAL LISTING OF SPECIALLY DESIGNATED NATIONALS AND BLOCKED PERSONS ("SDN List"):**

This publication of Treasury's Office of Foreign Assets Control ("OFAC") is designed as a reference tool providing actual notice of actions by OFAC with respect to Specially Designated Nationals and other persons (which term includes both individuals and entities) whose property is blocked, to assist the public in complying with the various sanctions programs administered by OFAC. The latest changes to the SDN List may appear here prior to their publication in the Federal Register, and it is intended that users rely on changes indicated in this document. Such changes reflect official actions of OFAC, and will be reflected as soon as practicable in the Federal Register under the index heading "Foreign Assets Control." New Federal Register notices with regard to Specially Designated Nationals or blocked persons may be published at any time. Users are advised to check the Federal Register and this electronic publication routinely for additional names or other changes to the SDN List.

0DAY TECHNOLOGIES (a.k.a. LIMITED 0DAY TECHNOLOGIES; a.k.a. LLC ZIROUDEY TEKHNOLODZHIS (Cyrillic: ООО ЗИРОУДЭЙ ТЕХНОЛОДЖИС); a.k.a. "LTD 0DT"), UL. Profsoyuznaya D. 125, Floor Tsokolnyi, Pomeshch. I. Kom. 14, Moscow 117647, Russia; St. Vvedenskogo, House 23A, Structure 3, etazh 4, Room XIV, Room 62, Rm1b, Moscow 117342, Russia; Website https://0day.llc/; Organization Established Date 29 Dec 2001; Organization Type: Other information technology and computer service activities; Target Type Private Company; Registration ID 5117746070558 (Russia); Tax ID No. 7728795098 (Russia) [RUSSIA-EO14024].

2ND ACADEMY OF NATURAL SCIENCES (a.k.a. ACADEMY OF NATURAL SCIENCES; a.k.a. CHAYON KWAHAK-WON; a.k.a. CHE 2 CHAYON KWAHAK-WON; a.k.a. KUKPANG KWAHAK-WON; a.k.a. NATIONAL DEFENSE ACADEMY; a.k.a. SANSRI; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES; a.k.a.

SECOND ACADEMY OF NATURAL SCIENCES RESEARCH INSTITUTE), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

3D.RU (a.k.a. ZD.RU), Ul. Silikatnaya Vld. 51A, K. 1, Pomeshch. 45, Mytishchi 141013, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Manufacture of plastics products; Tax ID No. 5029176567 (Russia); Registration Number 1135029006947 (Russia) [RUSSIA-EO14024].

3DATA, Ul. Novoryazanskaya D. 26, Str. 1, Pomeshch. 4/1/1, Moscow 105066, Russia; Website 3data.ru; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Computer programming activities; Tax ID No. 7702822710 (Russia); Registration Number 1137746838800 (Russia) [RUSSIA-EO14024].

3G LOJISTIK VE HAVACILIK HIZMETLARI LTD., No. 3/182 Altintepe Bagdat Cad. Istasyon Yolu Sok., Istanbul 34840, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR).

3LOGIC GROUP (a.k.a. OOO NOVYI AI TI PROEKT), Nab. Berezhkovskaya D. 20, Str. 33, Moscow 121059, Russia; Ul. Nagatinskaya D. 16, Str. 9, Pomeshch. VII, Kom. 15, Office 5, Moscow 115487, Russia; Ul. Kiyevskaya D. 7, Korp. 2, Pod. 7, Moscow 121059, Russia; Tax ID No. 7724338125 (Russia); Registration Number 1157746958830 (Russia) [RUSSIA-EO14024].

3RD BUREAU OF THE RGB (a.k.a. 3RD DEPARTMENT SIGNAL INTELLIGENCE; a.k.a.

3RD TECHNICAL SURVEILLANCE BUREAU; a.k.a. TECHNICAL RECONNAISSANCE BUREAU; a.k.a. TECHNICAL RECONNAISSANCE TEAM; a.k.a. "THIRD BUREAU"), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

3RD DEPARTMENT SIGNAL INTELLIGENCE (a.k.a. 3RD BUREAU OF THE RGB; a.k.a. 3RD TECHNICAL SURVEILLANCE BUREAU; a.k.a. TECHNICAL RECONNAISSANCE BUREAU; a.k.a. TECHNICAL RECONNAISSANCE TEAM; a.k.a. "THIRD BUREAU"), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

3RD TECHNICAL SURVEILLANCE BUREAU (a.k.a. 3RD BUREAU OF THE RGB; a.k.a. 3RD DEPARTMENT SIGNAL INTELLIGENCE; a.k.a. TECHNICAL RECONNAISSANCE BUREAU; a.k.a. TECHNICAL RECONNAISSANCE TEAM; a.k.a. "THIRD BUREAU"), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

3ZED INVESTMENT (a.k.a. MIBAZAARUMV; a.k.a. "3ZED"), Ma. Rimlas, Nikagas, Hingun, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 22 Mar 2022; Organization Type: Packaging activities; Business Number BN15322023 (Maldives); Registration Number SP-0816/2022 (Maldives) [SDGT] (Linked To: MUBEEN, Ahmed).

7 KARNES, Avenida Ciudad de Cali No. 15A-91, Local A06-07, Bogota, Colombia; Matricula Mercantil No 1978075 (Colombia) [SDNTK].

7 MAKARA PHARY CO., LTD., Deaum Mien, Daeum Mien, Ta Khmau, Kandal 8252, Cambodia; Company Number 00037307 (Cambodia) [GLOMAG] (Linked To: SOPHARY, Kim).

7TH OF TIR (a.k.a. 7TH OF TIR COMPLEX; a.k.a. 7TH OF TIR INDUSTRIAL COMPLEX; a.k.a. 7TH OF TIR INDUSTRIES; a.k.a. 7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN; a.k.a. MOJTAMAE SANATE HAFTOME TIR; a.k.a. SANAYE HAFTOME TIR; a.k.a. SEVENTH OF TIR), Mobarakeh Road Km 45, Isfahan, Iran; P.O. Box 81465-478, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

7TH OF TIR COMPLEX (a.k.a. 7TH OF TIR; a.k.a. 7TH OF TIR INDUSTRIAL COMPLEX; a.k.a. 7TH OF TIR INDUSTRIES; a.k.a. 7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN; a.k.a. MOJTAMAE SANATE HAFTOME TIR; a.k.a. SANAYE HAFTOME TIR; a.k.a. SEVENTH OF TIR), Mobarakeh Road Km 45, Isfahan, Iran; P.O. Box 81465-478, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

7TH OF TIR INDUSTRIAL COMPLEX (a.k.a. 7TH OF TIR; a.k.a. 7TH OF TIR COMPLEX; a.k.a. 7TH OF TIR INDUSTRIES; a.k.a. 7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN; a.k.a. MOJTAMAE SANATE HAFTOME TIR; a.k.a. SANAYE HAFTOME TIR; a.k.a. SEVENTH OF TIR), Mobarakeh Road Km 45, Isfahan, Iran; P.O. Box 81465-478, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

7TH OF TIR INDUSTRIES (a.k.a. 7TH OF TIR; a.k.a. 7TH OF TIR COMPLEX; a.k.a. 7TH OF TIR INDUSTRIAL COMPLEX; a.k.a. 7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN; a.k.a. MOJTAMAE SANATE HAFTOME TIR; a.k.a. SANAYE HAFTOME TIR; a.k.a. SEVENTH OF TIR), Mobarakeh Road Km 45, Isfahan, Iran; P.O. Box 81465-478, Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

7TH OF TIR INDUSTRIES OF ISFAHAN/ESFAHAN (a.k.a. 7TH OF TIR; a.k.a. 7TH OF TIR COMPLEX; a.k.a. 7TH OF TIR INDUSTRIAL COMPLEX; a.k.a. 7TH OF TIR INDUSTRIES; a.k.a. MOJTAMAE SANATE HAFTOME TIR; a.k.a. SANAYE HAFTOME TIR; a.k.a. SEVENTH OF TIR), Mobarakeh Road Km 45, Isfahan, Iran; P.O. Box 81465-478, Isfahan, Iran; Additional Sanctions

Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

7TH SENSE CREATION (a.k.a. SEVENTH SENSE COMPANY LIMITED), Thu Khi Tar Street, No.3 Bauk Htaw (15) Quarter, Yankin Township, Yangon, Burma; Registration Number 119554144 (Burma) issued 03 Apr 2017 [BURMA-EO14014].

8TH IMAM INDUSTRIES GROUP (a.k.a. CRUISE MISSILE INDUSTRY GROUP; a.k.a. CRUISE SYSTEMS INDUSTRY GROUP; a.k.a. NAVAL DEFENCE MISSILE INDUSTRY GROUP; a.k.a. SAMEN AL-A'EMMEH INDUSTRIES GROUP), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

10 SHIPYARD (a.k.a. AO 10 SRZ; a.k.a. JOINT STOCK COMPANY 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI DOCKYARD; a.k.a. JOINT STOCK COMPANY 10TH AWARDS OF THE LABOR RED BANNER A SHIP REPAIR FACTORY; a.k.a. JOINT-STOCK COMPANY 10 SRZ; a.k.a. JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY FACTORY; a.k.a. JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY ZAVOD (Cyrillic: АО 10 ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ СУДОРЕМОНТНЫЙ ЗАВОД)), 19, Lunina Str., Korp.1, Bld.2, Polyarny, Murmansk Region 184650, Russia; Organization Established Date 03 Jun 2010; Tax ID No. 5116001041 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

14 STAR SHIPPING MANAGEMENT (a.k.a. FOURTEEN STAR SHIPPING MANAGEMENT; a.k.a. "FOURTEEN STARS"), United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] (Linked To: MEHDI GROUP).

15 KHORDAD FOUNDATION (Arabic: بنیاد پانزده خرداد) (a.k.a. BONYAD-E PANZDAH-E KHORDAD), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 15 Jun 1979; National ID No. 10100182809 (Iran) [SDGT] [IFSR].

24X7 PANOPTES (a.k.a. LLC 24X7 PANOPTES (Cyrillic: ООО 24X7 ПАНОПТЕС); a.k.a. OOO 24X7 PANOPTES), Platonova st. 20B-2, Minsk 220005, Belarus (Cyrillic: ул. Платонова, 20Б-2, Минск 220005, Belarus); Registration

Number 192603494 (Belarus) [BELARUS-EO14038].

27TH SCIENTIFIC CENTER (a.k.a. FEDERAL STATE BUDGETARY ESTABLISHMENT 27 SCIENTIFIC CENTER OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. "27TH NTS"), Brigadirskiy Pereulok 13, Moscow 105005, Russia [NPWMD] [RUSSIA-EO14024].

30TH SHIP REPAIR FACTORY JOINT STOCK COMPANY (a.k.a. AKTSIONERNOYE OBSHCHESTVO 30 SUDOREMONTNYY ZAVOD; a.k.a. "30 SRZ AO"), 23 Ulitsa Sudoremontnaya, Fokino 692890, Russia; Organization Established Date 07 Dec 2010; Tax ID No. 2512304968 (Russia); Registration Number 1102503001083 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

32 COUNTY SOVEREIGNTY COMMITTEE (a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRA ARMY COUNCIL; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. NEW IRISH REPUBLICAN ARMY; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. "NEW IRA"; a.k.a. "NIRA"; a.k.a. "REAL IRA"; a.k.a. "RIRA"), Ireland; Northern Ireland, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

32 COUNTY SOVEREIGNTY MOVEMENT (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. IRA ARMY COUNCIL; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. NEW IRISH REPUBLICAN ARMY; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. "NEW IRA"; a.k.a. "NIRA"; a.k.a. "REAL IRA"; a.k.a. "RIRA"), Ireland; Northern Ireland, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

33RD LIGHT INFANTRY DIVISION OF THE BURMESE ARMY, Sagaing, Burma [GLOMAG] [BURMA-EO14014].

33RD SCIENTIFIC RESEARCH AND TESTING INSTITUTE (a.k.a. FEDERAL STATE BUDGETARY ESTABLISHMENT 33 CENTRAL SCIENTIFIC RESEARCH TEST INSTITUTE OF THE MINISTRY OF DEFENSE OF THE

RUSSIAN FEDERATION; a.k.a. "33RD TSNIII"), 1 Ulitsa Krasnoznamennaya, Volsk-18/Shikhany, Saratov Oblast, Russia; Krasnoznamennaya Street 1, Volsk-18, Saratov 412918, Russia [NPWMD] [RUSSIA-EO14024].

48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

48 TSNII SERGIEV POSAD (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT

MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH

INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

48TH TSNII KIROV (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: this person is designated for operating or

having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

48TH TSNII YEKATERINBURG (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

53 ARSENAL PAO (a.k.a. JOINT STOCK COMPANY 53 ARSENAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 53 АРСЕНАЛ)), 1 Parkovaya St., Yuganets Worker's Settlement, Volodarskiy District, Nizhegorodskaya Region 606077, Russia; Organization Established Date 18 Feb 2010; Tax ID No. 5214010100 (Russia); Registration Number 1105249001120 (Russia) [RUSSIA-EO14024].

61ST ARMORED VEHICLE REPAIR PLANT JOINT STOCK COMPANY (a.k.a. JSC 61ST ARMOR REPAIR PLANT; a.k.a. OJSC 61 BTRZ), 11 Zavodskaya dor., Strelna, St. Petersburg 198515, Russia; Tax ID No. 7819310752 (Russia); Registration Number 1097847131678 (Russia) [RUSSIA-EO14024].

64TH GUARDS DETACHED MOTOR RIFLE BRIGADE (a.k.a. 64TH SEPARATE GUARDS MOTORIZED RIFLE BRIGADE; a.k.a. 64TH SEPARATE MOTORIZED INFANTRY BRIGADE; a.k.a. 64TH SEPARATE MOTORIZED RIFLE BRIGADE), Knyaze-Volkonskoye, Khabarovsk Oblast, Russia; Organization Established Date 01 Jan 2009; Target Type Government Entity [RUSSIA-EO14024].

64TH SEPARATE GUARDS MOTORIZED RIFLE BRIGADE (a.k.a. 64TH GUARDS DETACHED MOTOR RIFLE BRIGADE; a.k.a. 64TH SEPARATE MOTORIZED INFANTRY BRIGADE; a.k.a. 64TH SEPARATE MOTORIZED RIFLE BRIGADE), Knyaze-Volkonskoye, Khabarovsk Oblast, Russia; Organization Established Date 01 Jan 2009; Target Type Government Entity [RUSSIA-EO14024].

64TH SEPARATE MOTORIZED INFANTRY BRIGADE (a.k.a. 64TH GUARDS DETACHED MOTOR RIFLE BRIGADE; a.k.a. 64TH SEPARATE GUARDS MOTORIZED RIFLE BRIGADE; a.k.a. 64TH SEPARATE MOTORIZED RIFLE BRIGADE), Knyaze-Volkonskoye, Khabarovsk Oblast, Russia; Organization Established Date 01 Jan 2009; Target Type Government Entity [RUSSIA-EO14024].

64TH SEPARATE MOTORIZED RIFLE BRIGADE (a.k.a. 64TH GUARDS DETACHED MOTOR RIFLE BRIGADE; a.k.a. 64TH SEPARATE GUARDS MOTORIZED RIFLE BRIGADE; a.k.a. 64TH SEPARATE MOTORIZED INFANTRY BRIGADE), Knyaze-Volkonskoye, Khabarovsk Oblast, Russia; Organization Established Date 01 Jan 2009;

Target Type Government Entity [RUSSIA-EO14024].

66TH LIGHT INFANTRY DIVISION (a.k.a. LIGHT INFANTRY DIVISION 66; a.k.a. "66 LID"; a.k.a. "#66 DIVISION"; a.k.a. "DIV. 66"; a.k.a. "LID 66"), Pyay Township, Bago Region, Burma; Target Type Government Entity [BURMA-EO14014].

71ST AUTOMOTIVE AND ARMORED VEHICLE REPAIR PLANT FEDERAL STATE OWNED INSTITUTION OF THE RUSSIAN FEDERATION MINISTRY OF DEFENSE, 39 Levashov St., Ramensky City 140145, Russia; Tax ID No. 5040182726 (Russia); Registration Number 1225000143235 (Russia) [RUSSIA-EO14024].

72ND AUTOMOTIVE AND ARMORED VEHICLE REPAIR PLANT FEDERAL STATE OWNED INSTITUTION OF THE RUSSIAN FEDERATION MINISTRY OF DEFENSE, Bldng 12, Camp No. 69, Kamensk-Shakhtinsky 347800, Russia; Tax ID No. 6147042096 (Russia); Registration Number 1226100034588 (Russia) [RUSSIA-EO14024].

76 BENMORE GARDEN TRUST, 76A Waterstone Estate, Benmore Gardens, Sandton 2196, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number IT022428/2014(G) [SDGT] (Linked To: BAKER, Rami Yaacoub).

76TH GUARDS AIRBORNE ASSAULT CHERNIGOV RED BANNER ORDER OF SUVOROV DIVISION (a.k.a. 76TH GUARDS AIRBORNE ASSAULT DIVISION), Pskov, Russia; Organization Established Date 01 Sep 1939; Target Type Government Entity [RUSSIA-EO14024].

76TH GUARDS AIRBORNE ASSAULT DIVISION (a.k.a. 76TH GUARDS AIRBORNE ASSAULT CHERNIGOV RED BANNER ORDER OF SUVOROV DIVISION), Pskov, Russia; Organization Established Date 01 Sep 1939; Target Type Government Entity [RUSSIA-EO14024].

77TH LIGHT INFANTRY DIVISION OF THE BURMESE ARMY, Pegu, Burma [BURMA-EO14014].

82 ELM REALTY LLC, 450 Park Avenue, Ste 1403, New York, NY 10022, United States; Company Number 3848561 (New York) (United States) [VENEZUELA-EO13850].

99TH LIGHT INFANTRY DIVISION OF THE BURMESE ARMY, Meiktila, Burma [GLOMAG].

101 DAYS CAMPAIGN (a.k.a. CHARITY COALITION; a.k.a. COALITION OF GOOD; a.k.a. ETELAF AL-KHAIR; a.k.a. ETILAFU EL-KHAIR; a.k.a. I'TILAF AL-KHAIR; a.k.a. I'TILAF AL-KHAYR; a.k.a. UNION OF GOOD), P.O. Box 136301, Jeddah 21313, Saudi Arabia [SDGT].

103 BRONETANKOVY REMONTNY ZAVOD PAO (a.k.a. JOINT STOCK COMPANY 103 ARSENAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 103 АРСЕНАЛ); a.k.a. JSC 103 ARMORED REPAIR PLANT; a.k.a. JSC 103 BTRZ (Cyrillic: АО 103 БТРЗ)), ul. Zavodskaya, d. 1, pgt. Atamanovka, Chitinski raion, Zabaikalski kr. 672530, Russia; Organization Established Date 05 Jun 1997; Tax ID No. 7524015624 (Russia); Registration Number 1097524000640 (Russia) [RUSSIA-EO14024].

110TH RESEARCH CENTER (a.k.a. "LAB 110"; a.k.a. "UNIT 110"), Pyongyang, Korea, North; Shenyang, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

116 ARSENAL PAO (a.k.a. JOINT STOCK COMPANY 116 ARSENAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 116 АРСЕНАЛ)), ul. Lesozavodskaya, d. 1A, pgt. Krasnooktyabrski, Medvedevski raion, Mari El resp. 425202, Russia; Organization Established Date 28 Dec 2009; Tax ID No. 1207011868 (Russia); Registration Number 1091218000719 (Russia) [RUSSIA-EO14024].

126 ECONOMIC EXCHANGE COMPANY (a.k.a. DAEJIN TRADING GENERAL CORPORATION (Korean: 대진무역총회사); a.k.a. KOREA DAIZIN TRADING CORP.; a.k.a. KOREA DAIZIN TRADING CORPORATION; a.k.a. KOREA TAEJIN TRADING; a.k.a. KOREA TAEJIN TRADING CORPORATION; a.k.a. KOREA TAIJIN TRADE CORPORATION; a.k.a. TAECHIN TRADING CORPORATION; a.k.a. TAEJIN TRADING COMPANY; a.k.a. TAEJIN TRADING CORPORATION; a.k.a. TAEJIN TRADING GENERAL COMPANY), Hu'ngbu-dong, Moranbong District, Pyongyang, Korea, North; Hanoi, Vietnam; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214;

Organization Type: Mining of hard coal [DPRK2] [DPRK3].

140 REMONTNY ZAVOD OAO (a.k.a. 140 REMONTNYI ZAVOD OAO (Cyrillic: ОАО 140 РЕМОНТНЫЙ ЗАВОД); a.k.a. 140 REPAIR PLANT JOINT STOCK COMPANY; a.k.a. 140 REPAIR PLANT OPEN JOINT STOCK COMPANY; a.k.a. 140TH REPAIR PLANT JSC; a.k.a. JOINT STOCK COMPANY 140 REPAIR PLANT; a.k.a. JSC 140 REPAIR PLANT; a.k.a. OJSC 140 REPAIR PLANT), 19, Chalovska St., Borisov, Minsk Region 222512, Belarus; 19, L. Chalovskoi Str., Borisov 222512, Belarus; Organization Established Date 23 Dec 2009; Target Type State-Owned Enterprise; Government Gazette Number 14512525 (Belarus); Registration Number 600136102 (Belarus) [BELARUS-EO14038].

140 REMONTNYI ZAVOD OAO (Cyrillic: ОАО 140 РЕМОНТНЫЙ ЗАВОД) (a.k.a. 140 REMONTNY ZAVOD OAO; a.k.a. 140 REPAIR PLANT JOINT STOCK COMPANY; a.k.a. 140 REPAIR PLANT OPEN JOINT STOCK COMPANY; a.k.a. 140TH REPAIR PLANT JSC; a.k.a. JOINT STOCK COMPANY 140 REPAIR PLANT; a.k.a. JSC 140 REPAIR PLANT; a.k.a. OJSC 140 REPAIR PLANT), 19, Chalovskaya St., Borisov, Minsk Region 222512, Belarus; 19, L. Chalovskoi Str., Borisov 222512, Belarus; Organization Established Date 23 Dec 2009; Target Type State-Owned Enterprise; Government Gazette Number 14512525 (Belarus); Registration Number 600136102 (Belarus) [BELARUS-EO14038].

140 REPAIR PLANT JOINT STOCK COMPANY (a.k.a. 140 REMONTNY ZAVOD OAO; a.k.a. 140 REMONTNYI ZAVOD OAO (Cyrillic: ОАО 140 РЕМОНТНЫЙ ЗАВОД); a.k.a. 140 REPAIR PLANT OPEN JOINT STOCK COMPANY; a.k.a. 140TH REPAIR PLANT JSC; a.k.a. JOINT STOCK COMPANY 140 REPAIR PLANT; a.k.a. JSC 140 REPAIR PLANT; a.k.a. OJSC 140 REPAIR PLANT), 19, Chalovskaya St., Borisov, Minsk Region 222512, Belarus; 19, L. Chalovskoi Str., Borisov 222512, Belarus; Organization Established Date 23 Dec 2009; Target Type State-Owned Enterprise; Government Gazette Number 14512525 (Belarus); Registration Number 600136102 (Belarus) [BELARUS-EO14038].

140 REPAIR PLANT OPEN JOINT STOCK COMPANY (a.k.a. 140 REMONTNY ZAVOD OAO; a.k.a. 140 REMONTNYI ZAVOD OAO (Cyrillic: ОАО 140 РЕМОНТНЫЙ ЗАВОД); a.k.a. 140 REPAIR PLANT JOINT STOCK COMPANY; a.k.a. 140TH REPAIR PLANT JSC; a.k.a. JOINT STOCK COMPANY 140 REPAIR PLANT; a.k.a. JSC 140 REPAIR PLANT; a.k.a. OJSC 140 REPAIR PLANT), 19, Chalovskaya St., Borisov, Minsk Region 222512, Belarus; 19, L. Chalovskoi Str., Borisov 222512, Belarus; Organization Established Date 23 Dec 2009; Target Type State-Owned Enterprise; Government Gazette Number 14512525 (Belarus); Registration Number 600136102 (Belarus) [BELARUS-EO14038].

140TH REPAIR PLANT JSC (a.k.a. 140 REMONTNY ZAVOD OAO; a.k.a. 140 REMONTNYI ZAVOD OAO (Cyrillic: ОАО 140 РЕМОНТНЫЙ ЗАВОД); a.k.a. 140 REPAIR PLANT JOINT STOCK COMPANY; a.k.a. 140 REPAIR PLANT OPEN JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMPANY 140 REPAIR PLANT; a.k.a. JSC 140 REPAIR PLANT; a.k.a. OJSC 140 REPAIR PLANT), 19, Chalovskaya St., Borisov, Minsk Region 222512, Belarus; 19, L. Chalovskoi Str., Borisov 222512, Belarus; Organization Established Date 23 Dec 2009; Target Type State-Owned Enterprise; Government Gazette Number 14512525 (Belarus); Registration Number 600136102 (Belarus) [BELARUS-EO14038].

148SH LIMITED TRADE DEVELOPMENT (a.k.a. OOO 148ESEYCH; a.k.a. "148SH LTD"), Ter. Oez Ppt Lipetsk Str. 4a, Office 021/40, Gryazi 398010, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4802014171 (Russia); Registration Number 1214800009291 (Russia) [RUSSIA-EO14024].

163 BRONETANKOVY REMONTNY ZAVOD OAO (a.k.a. JOINT STOCK COMPANY 163 ARMORED REPAIR PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 163 БРОНЕТАНКОВЫЙ РЕМОНТНЫЙ ЗАВОД); a.k.a. JOINT STOCK COMPANY 163 BTRZ (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 163 БТР3)), pl. Tankistov, 1, Kushchevskaya, Krasnodar Territory 352030, Russia; Organization Established Date 07 Jan 1996; Tax ID No. 2340020470 (Russia); Registration Number 1092340000356 (Russia) [RUSSIA-EO14024].

179TH SHIP REPAIR PLANT JOINT STOCK COMPANY (a.k.a. 179TH SHIP REPAIR YARD JSC; a.k.a. AKTSIONERNOYE OBSHCHESTVO 179 SUDOREMONTNYY ZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 179 СУДОРЕМОНТНЫЙ ЗАВОД); a.k.a. "179 SRZ AO"), 1 Ulitsa Portovaya, Khabarovsk 680018, Russia; Organization Established Date 27 Oct 2008; Tax ID No. 2725078713 (Russia); Registration Number 1082722011680 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

179TH SHIP REPAIR YARD JSC (a.k.a. 179TH SHIP REPAIR PLANT JOINT STOCK COMPANY; a.k.a. AKTSIONERNOYE OBSHCHESTVO 179 SUDOREMONTNYY ZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 179 СУДОРЕМОНТНЫЙ ЗАВОД); a.k.a. "179 SRZ AO"), 1 Ulitsa Portovaya, Khabarovsk 680018, Russia; Organization Established Date 27 Oct 2008; Tax ID No. 2725078713 (Russia); Registration Number 1082722011680 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

200G PSA HOLDINGS LLC, 80 SW 8th Street Suite 2000, Miami, FL 33130, United States; Tax ID No. 80-0890696 (United States) [SDNTK].

223RD STATE AIRLINE FLIGHT UNIT (a.k.a. FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FGBU GAK 223 LETNYI OTRYAD MO RF; a.k.a. FGBU GOSUDARSTVENNAYA AVIAKOMPANIYA 223 LETNYY OTRYAD MO RF (Cyrillic: ФГБУ ГОСУДАРСТВЕННАЯ АВИАКОМПАНИЯ 223 ЛЕТНЫЙ ОТРЯД МО РФ); a.k.a. "223RD FLIGHT DETACHMENT"; a.k.a. "223RD FLIGHT UNIT"), Ul. aerodromnaya d. 2, str. 1, Shchelkovo, Shchelkovskii district, Moscow Region 141103, Russia; Organization Established Date 12 Mar 1993; Tax ID No. 5050017062 (Russia); Registration Number 1035010206989 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

224TH FLIGHT UNIT STATE AIRLINES (a.k.a. JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JSC THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. THE LYOTNY OTRYAD 224; a.k.a. OJSC GOSUDARSTVENNAYA AVIAKOMPANIYA 224 LETNY OTRYAD (Cyrillic: ОАО

ГОСУДАРСТВЕННАЯ АВИАКОМПАНИЯ 224 ЛЕТНЫЙ ОТРЯД); a.k.a. TTF AIR HEAVY LIFTING; a.k.a. "224 FU JSC"; a.k.a. "224TH FLIGHT UNIT"; a.k.a. "OAO 224 LO"), 10, Matrosskaya Tishina, B-14, POB-471, Moscow 107014, Russia; Organization Established Date 16 Oct 1971; Target Type State-Owned Enterprise; Tax ID No. 7718763393 (Russia); Registration Number 1097746281160 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

234TH GUARDS AIR ASSAULT REGIMENT (a.k.a. 234TH GUARDS AIRBORNE ASSAULT REGIMENT; a.k.a. 234TH GUARDS BLACK SEA ORDER OF KUTUZOV NAMED AFTER ALEXANDER NEVSKY AIR ASSAULT REGIMENT; a.k.a. MILITARY UNIT 74268), Pskov, Russia; Target Type Government Entity [RUSSIA-EO14024].

234TH GUARDS AIRBORNE ASSAULT REGIMENT (a.k.a. 234TH GUARDS AIR ASSAULT REGIMENT; a.k.a. 234TH GUARDS BLACK SEA ORDER OF KUTUZOV NAMED AFTER ALEXANDER NEVSKY AIR ASSAULT REGIMENT; a.k.a. MILITARY UNIT 74268), Pskov, Russia; Target Type Government Entity [RUSSIA-EO14024].

234TH GUARDS BLACK SEA ORDER OF KUTUZOV NAMED AFTER ALEXANDER NEVSKY AIR ASSAULT REGIMENT (a.k.a. 234TH GUARDS AIR ASSAULT REGIMENT; a.k.a. 234TH GUARDS AIRBORNE ASSAULT REGIMENT; a.k.a. MILITARY UNIT 74268), Pskov, Russia; Target Type Government Entity [RUSSIA-EO14024].

365 DAYS FREIGHT SERVICES FZCO, Warehouse No. F24, Dubai Airport Free Zone, PO Box 99083, Dubai, United Arab Emirates; License 1303 (United Arab Emirates); Economic Register Number (CBLS) 11436269 (United Arab Emirates) [RUSSIA-EO14024].

419 AVIATION REPAIR PLANT (a.k.a. AIRCRAFT REPAIR PLANT NO 419; a.k.a. JOINT STOCK COMPANY 419 AIRCRAFT REPAIR PLANT; a.k.a. "419 ARZ"; a.k.a. "ARP 419"), 16 k. 2 Politruk Pasechnik Str., St. Petersburg 198326, Russia; Tax ID No. 7807343496 (Russia); Registration Number 1097847146748 (Russia) [RUSSIA-EO14024].

924TH STATE CENTER FOR UAV AVIATION (a.k.a. FEDERAL STATE INSTITUTION MILITARY UNIT 20924; a.k.a. FEDERALNOE KAZENNOE UCHREZHDENIE VOISKOVAIA CHAST 20924; a.k.a. "924 GTSBA"), 5 Proezd Artilleristov, Kolomna, Moscow Oblast 140415,

Russia; Organization Established Date 2013; Target Type Government Entity; Tax ID No. 5022050639 (Russia); Registration Number 1165022050808 (Russia) [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

929 GLITS (a.k.a. 929 STATE FLIGHT TEST CENTER (Cyrillic: 929-Й ГОСУДАРСТВЕННЫЙ ЛЁТНО-ИСПЫТАТЕЛЬНЫЙ ЦЕНТР); a.k.a. STATE FLIGHT TESTING CENTER NAMED AFTER V.P. CHKALOV (Cyrillic: ГОСУДАРСТВЕННЫЙ ЛЁТНО-ИСПЫТАТЕЛЬНЫЙ ЦЕНТР ИМЕНИ В.П.ЧКАЛОВА)), Akhtubinsk, Astrakhan Region, Russia; Khmeimim Air Base, Syria; Chkalovsky Airfield, Russia; Organization Established Date Oct 1920; Target Type Government Entity [RUSSIA-EO14024].

929 STATE FLIGHT TEST CENTER (Cyrillic: 929-Й ГОСУДАРСТВЕННЫЙ ЛЁТНО-ИСПЫТАТЕЛЬНЫЙ ЦЕНТР) (a.k.a. 929 GLITS; a.k.a. STATE FLIGHT TESTING CENTER NAMED AFTER V.P. CHKALOV (Cyrillic: ГОСУДАРСТВЕННЫЙ ЛЁТНО-ИСПЫТАТЕЛЬНЫЙ ЦЕНТР ИМЕНИ В.П.ЧКАЛОВА)), Akhtubinsk, Astrakhan Region, Russia; Khmeimim Air Base, Syria; Chkalovsky Airfield, Russia; Organization Established Date Oct 1920; Target Type Government Entity [RUSSIA-EO14024].

1425 BRICKELL AVE 63-F LLC, 1425 Brickell Ave 63-F, Miami, FL 33131, United States; Tax ID No. 71-1053365 (United States) [SDNTK].

1425 BRICKELL AVENUE 64E LLC, 1425 Brickell Avenue 64E, Miami, FL 33131, United States; Tax ID No. 90-1019707 (United States) [SDNTK].

1425 BRICKELL AVENUE UNIT 46B, LLC, 1425 Brickell Avenue Unit 46B, Miami, FL 33131, United States; Tax ID No. 90-0865341 (United States) [SDNTK].

11420 CORP., 5599 NW 23rd Avenue, Boca Raton, FL 33496, United States; 11420 NW 4 Street, Plantation, FL 33325, United States; Company Number 27-0746046 (United States) [VENEZUELA] (Linked To: SARRIA DIAZ, Rafael Alfredo).

2904977 CANADA, INC. (a.k.a. CARIBE SOL; a.k.a. HAVANTUR CANADA INC.), 818 rue Sherbrooke East, Montreal, Quebec H2L 1K3, Canada [CUBA].

10219452 CANADA INCORPORATED, 229 Yonge Street, Suite 400, Toronto, Ontario M5B 1N8, Canada; 276 Silver Birch Avenue, Toronto, Ontario M4E 3L5, Canada; 1203-95

Lombard Street, Toronto, Ontario M5C 2V3, Canada; 47 Norlong Boulevard, East York, Ontario M4C 3W8, Canada; Organization Established Date 03 May 2017; Company Number 1021945-2 (Canada); Business Number 715712329RC0001 (Canada) [RUSSIA-EO14024] (Linked To: TROFIMOV, Anton Sergeyevich).

@BLENDERIO_ENGLISH (a.k.a. @BLENDERIO_RUSSIAN; a.k.a. @MADEAMAZE_BOT; a.k.a. BLENDER.IO; a.k.a. BLENDERIO); Website https://blender.io; alt. Website https://blender.to; alt. Website http://blenderijkul472odyrnpmnirqgpzd3kms54jrr fycledrvvfbyj3wnqd.onion/; Email Address blender.io@tuta.io; alt. Email Address adblenderio@tuta.io; Digital Currency Address - XBT 3K35dyL85fR9ht7UgzPfd1gLRRXQtNTqE3; alt. Digital Currency Address - XBT 3Q5dGfLKkWqWSwYtbMUyc8xGjN5LrRviK4; alt. Digital Currency Address - XBT 3EPqGUw2q89pwPZ1UF8FJspE2AyojSTjdu; alt. Digital Currency Address - XBT 3LhnVMcBq4gsR7aDaRr9XmUo17CuYBV4FN; alt. Digital Currency Address - XBT 3F6bbvS1krsc1qR8FsbTDfYQyvkMm3QvmR; alt. Digital Currency Address - XBT 3JHMz3mTna1gVCZSPp8NgRFiY7phkv5mA8; alt. Digital Currency Address - XBT 32DaxSzUhLBHY2WGSWQYiBSHnRsfQZrrRp; alt. Digital Currency Address - XBT 3MTRvM5QrYZHKo8gh5qKcrPK3RLjxcDCZE; alt. Digital Currency Address - XBT 34pFGsSYbWEritXncW9unZtQQE9dKSvKku; alt. Digital Currency Address - XBT 38ncxqt932N9CcfNfYuHGZgCyR85hDkWBW; alt. Digital Currency Address - XBT 3F6bbvS1krsc1qR8FsbTDfYQyvkMm3QvmR; alt. Digital Currency Address - XBT 3MD3riFB6U8PykypF6qkvSj8R2SGdUDPn3; alt. Digital Currency Address - XBT 3JUwAS7seL3fh5hxWh9fu3HCiEzjuQLTfg; alt. Digital Currency Address - XBT 3EUjqe9UpmyXCFd6jeu69hoTzndMRfxw9M; alt. Digital Currency Address - XBT 3QEjBiPzw6WZUL4MYMmMU6DY1Y25aVbpQ u; alt. Digital Currency Address - XBT 3N3YSDvp4cbhEgNGabQxTN39kEzJmwG8Ah; alt. Digital Currency Address - XBT 3J19qffPT6mxQUcV6k5yVURGZtdhpdGr4y; alt. Digital Currency Address - XBT 33KKjn4exdBJQkTtdWxqpdVsWxrw3LareG; alt. Digital Currency Address - XBT 3GSXNXzyCDoQ1Rhsc7F1jjjFe7DGcHHdcM;

alt. Digital Currency Address - XBT 3QJyT8nThEQakbfqgX86YjCK1Sp9hfNCUW; alt. Digital Currency Address - XBT 35hh9dg3wSvUJz9vFk1FsezLE5Fx3Hudk2; alt. Digital Currency Address - XBT 3NDzzVxiLBUs1WPvVGRfCYDTAD2Ua2PvW4; alt. Digital Currency Address - XBT 3DCCgmyKozcZkFBzYb1A2x8abZCpAUTPPk; alt. Digital Currency Address - XBT 3MvQ4gThF4mmuo49p4dBNchcmFHBRZnYfx; alt. Digital Currency Address - XBT 3FBgeJdhiBe22UoSpp51Vd8dPHVa2A4wZX; alt. Digital Currency Address - XBT 3HQDRyzwm82MFmLWtmyikDM9JQEtVT6vAp; alt. Digital Currency Address - XBT 31t4nEpcwyQJT1VuXdAoQZTT5givRDPsNP; alt. Digital Currency Address - XBT 39AALn7eTjdPzLb99hHhD6F7J8QWB3R2Rd; alt. Digital Currency Address - XBT 3LDbNuDkKmLae5r3a5icPA5CQg2Y8F7ogW; alt. Digital Currency Address - XBT 3JLyyLbwciWAC6re87D7mRknXakR4YbnUd; alt. Digital Currency Address - XBT 3ANWhUnHujdwbw2jEuGSRH6bvFsD9BqEy9; alt. Digital Currency Address - XBT 32fbAZMTaQxNd2fAue1PgsiPgWfcsHBQQt; alt. Digital Currency Address - XBT 3HupEUfKmMhvhXqf8TMoPAyqDcRC1kpe65; alt. Digital Currency Address - XBT 34kEYgpijvCmjvahRXXQEnBH76UGJVx2wg; alt. Digital Currency Address - XBT 3GYbbYkvqvjF5oYhaKCgQYCvcVE1JENk6J; alt. Digital Currency Address - XBT 3BazbaTP8ELJUEfPBV9z5HXEdgBziV9p7W; alt. Digital Currency Address - XBT 3GMfGEDYMTq9G8dEHet1zLtUFJwYwSNa3Y; alt. Digital Currency Address - XBT 38LjCapRrJEW7w2zwbyS15P9D9UGPjWS44; alt. Digital Currency Address - XBT 36XqYWGvUQwBrYLRVuegN4pJJJSPWL1WEu; alt. Digital Currency Address - XBT 37g6WqgedzZx6nx51tYgssNG8Hnknyj5nL; alt. Digital Currency Address - XBT 3QAdoc1rDCt8dii1GVPJXvvK6CEJLzCRZw; alt. Digital Currency Address - XBT 32PsiT8itBrEF84ebdaF82yBUEcz5Wc6uY; alt. Digital Currency Address - XBT 3B4G1M8eF3cThbeMwhEWkKzcczw9QoNTGak; alt. Digital Currency Address - XBT 34ETiHfQWEYFCCaXmEeQWVmhFH5vz2JMvd; alt. Digital Currency Address - XBT 3PyzSbFj3hbQQjTzDzyLSgvFVDjB7yw4Cj; alt. Digital Currency Address - XBT 15PggTG7YhJKiE6B16vkKzA1YDTZipXEX4; Secondary sanctions risk: Ukraine-/Russia-

Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 2017 [CYBER2].

@BLENDERIO_RUSSIAN (a.k.a. @BLENDERIO_ENGLISH; a.k.a. @MADEAMAZE_BOT; a.k.a. BLENDER.IO; a.k.a. BLENDERIO); Website https://blender.io; alt. Website https://blender.io; alt. Website http://blenderjkul472odyrnpmnirqgpzd3kms54jrrfycledrvvfbyj3wnqd.onion/; Email Address blender.io@tuta.io; alt. Email Address adblenderio@tuta.io; Digital Currency Address - XBT 3K35dyL85fR9ht7UgzPfd1gLRRXQtNTqE3; alt. Digital Currency Address - XBT 3Q5dGfLKkWqWSwYtbMUyc8xGjN5LrRviK4; alt. Digital Currency Address - XBT 3EPqGUw2q89pwPZ1UF8FJspE2AyojSTjdu; alt. Digital Currency Address - XBT 3LhnVMcBq4gsR7aDaRr9XmUo17CuYBV4FN; alt. Digital Currency Address - XBT 3F6bbvS1krsc1qR8FsbTDfYQyvkMm3QvmR; alt. Digital Currency Address - XBT 3JHMz3mTna1gVCZSPp8NgRFiY7phkv5mA8; alt. Digital Currency Address - XBT 32DaxSzUhLBHY2WGSWQYiBSHnRsfQZrrRp; alt. Digital Currency Address - XBT 3MTRvM5QrYZHKo8gh5qKcrPK3RLjxcDCZE; alt. Digital Currency Address - XBT 34pFGsSYbWEritXncW9unZtQQE9dKSvKku; alt. Digital Currency Address - XBT 38ncxqt932N9CcfNfYuHGZgCyR85hDkWBW; alt. Digital Currency Address - XBT 3F6bbvS1krsc1qR8FsbTDfYQyvkMm3QvmR; alt. Digital Currency Address - XBT 3MD3riFB6U8PykypF6qkvSj8R2SGdUDPn3; alt. Digital Currency Address - XBT 3JUwAS7seL3fh5hxWh9fu3HCiEzjuQLTfg; alt. Digital Currency Address - XBT 3EUjqe9UpmyXCFd6jeu69hoTzndMRfxw9M; alt. Digital Currency Address - XBT 3QEjBiPzw6WZUL4MYMmMU6DY1Y25aVbpQu; alt. Digital Currency Address - XBT 3N3YSDvp4cbhEgNGabQxTN39kEzJmwG8Ah; alt. Digital Currency Address - XBT 3J19qffPT6mxQUcV6k5yVURGZtdhpdGr4y; alt. Digital Currency Address - XBT 33KKjn4exdBJQkTtdWxqpdVsWxrw3LareG; alt. Digital Currency Address - XBT 3GSXNXzyCDoQ1Rhsc7F1jjjFe7DGcHHdcM; alt. Digital Currency Address - XBT 3QJyT8nThEQakbfqgX86YjCK1Sp9hfNCUW; alt. Digital Currency Address - XBT 35hh9dg3wSvUJz9vFk1FsezLE5Fx3Hudk2; alt. Digital Currency Address - XBT

3NDzzVxiLBUs1WPvVGRfCYDTAD2Ua2PvW4; alt. Digital Currency Address - XBT 3DCCgmyKozcZkFBzYb1A2x8abZCpAUTPPk; alt. Digital Currency Address - XBT 3MvQ4gThF4mmuo49p4dBNchcmFHBRZnYfx; alt. Digital Currency Address - XBT 3FBgeJdhiBe22UoSpp51Vd8dPHVa2A4wZX; alt. Digital Currency Address - XBT 3HQDRyzwm82MFmLWtmyikDM9JQEtVT6vAp; alt. Digital Currency Address - XBT 31t4nEpcwyQJT1VuXdAoQZTT5givRDPsNP; alt. Digital Currency Address - XBT 39AALn7eTjdPzLb99hHhD6F7J8QWB3R2Rd; alt. Digital Currency Address - XBT 3LDbNuDkKmLae5r3a5icPA5CQg2Y8F7ogW; alt. Digital Currency Address - XBT 3JLyyLbwciWAC6re87D7mRknXakR4YbnUd; alt. Digital Currency Address - XBT 3ANWhUnHujdwbw2jEuGSRH6bvFsD9BqEy9; alt. Digital Currency Address - XBT 32fbAZMTaQxNd2fAue1PgsiPgWfcsHBQQt; alt. Digital Currency Address - XBT 3HupEUfKmMhvhXqf8TMoPAyqDcRC1kpe65; alt. Digital Currency Address - XBT 34kEYgpijvCmjvahRXXQEnBH76UGJVx2wg; alt. Digital Currency Address - XBT 3GYbbYkvqvjF5oYhaKCgQYCvcVE1JENk6J; alt. Digital Currency Address - XBT 3BazbaTP8ELJUEfPBV9z5HXEdgBziV9p7W; alt. Digital Currency Address - XBT 3GMfGEDYMTq9G8dEHet1zLtUFJwYwSNa3Y; alt. Digital Currency Address - XBT 38LjCapRrJEW7w2zwbyS15P9D9UGPjWS44; alt. Digital Currency Address - XBT 36XqYWGvUQwBrYLRVuegN4pJJJSPWL1WEu; alt. Digital Currency Address - XBT 37g6WqgedzZx6nx51tYgssNG8Hnknyj5nL; alt. Digital Currency Address - XBT 3QAdoc1rDCt8dii1GVPJXvvK6CEJLzCRZw; alt. Digital Currency Address - XBT 32PsiT8itBrEF84ebdaF82yBUEcz5Wc6uY; alt. Digital Currency Address - XBT 3B4G1M8eF3cThbeMwhEWkKzcczw9QoNTGak; alt. Digital Currency Address - XBT 34ETiHfQWEYFCCaXmEeQWVmhFH5vz2JMv; alt. Digital Currency Address - XBT 3PyzSbFj3hbQQjTzDzyLSgvFVDjB7yw4Cj; alt. Digital Currency Address - XBT 15PggTG7YhJKiE6B16vkKzA1YDTZipXEX4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 2017 [CYBER2].

@MADEAMAZE_BOT (a.k.a. @BLENDERIO_ENGLISH; a.k.a.

@BLENDERIO_RUSSIAN; a.k.a. BLENDER.IO; a.k.a. BLENDERIO) Website https://blender.io; alt. Website https://blender.to; alt. Website http://blenderjkul472odyrnpmnirqqpzd3kms54jrrfycledrvvfbyj3wnqd.onion/; Email Address blender.io@tuta.io; alt. Email Address adblenderio@tuta.io; Digital Currency Address - XBT 3K35dyL85fR9ht7UgzPfd1gLRRXQtNTqE3; alt. Digital Currency Address - XBT 3Q5dGfLKkWqWSwYtbMUyc8xGjN5LrRviK4; alt. Digital Currency Address - XBT 3EPqGUw2q89pwPZ1UF8FJspE2AyojSTjdu; alt. Digital Currency Address - XBT 3LhnVMcBq4gsR7aDaRr9XmUo17CuYBV4FN; alt. Digital Currency Address - XBT 3F6bbvS1krsc1qR8FsbTDfYQyvkMm3QvmR; alt. Digital Currency Address - XBT 3JHMz3mTna1gVCZSPp8NgRFiY7phkv5mA8; alt. Digital Currency Address - XBT 32DaxSzUhLBHY2WGSWQYiBSHnRsfQZrrRp; alt. Digital Currency Address - XBT 3MTRvM5QrYZHKo8gh5qKcrPK3RLjxcDCZE; alt. Digital Currency Address - XBT 34pFGsSYbWEritXncW9unZtQQE9dKSvKku; alt. Digital Currency Address - XBT 38ncxqt932N9CcfNfYuHGZgCyR85hDkWBW; alt. Digital Currency Address - XBT 3F6bbvS1krsc1qR8FsbTDfYQyvkMm3QvmR; alt. Digital Currency Address - XBT 3MD3riFB6U8PykypF6qkvSj8R2SGdUDPn3; alt. Digital Currency Address - XBT 3JUwAS7seL3fh5hxWh9fu3HCiEzjuQLTfg; alt. Digital Currency Address - XBT 3EUjqe9UpmyXCFd6jeu69hoTzndMRfxw9M; alt. Digital Currency Address - XBT 3QEjBiPzw6WZUL4MYMmMU6DY1Y25aVbpQu; alt. Digital Currency Address - XBT 3N3YSDvp4cbhEgNGabQxTN39kEzJmwG8Ah; alt. Digital Currency Address - XBT 3J19qffPT6mxQUcV6k5yVURGZtdhpdGr4y; alt. Digital Currency Address - XBT 33KKjn4exdBJQkTtdWxqpdVsWxrw3LareG; alt. Digital Currency Address - XBT 3GSXNXzyCDoQ1Rhsc7F1jjjFe7DGcHHdcM; alt. Digital Currency Address - XBT 3QJyT8nThEQakbfqgX86YjCK1Sp9hfNCUW; alt. Digital Currency Address - XBT 35hh9dg3wSvUJz9vFk1FsezLE5Fx3Hudk2; alt. Digital Currency Address - XBT 3NDzzVxiLBUs1WPvVGRfCYDTAD2Ua2PvW4 ; alt. Digital Currency Address - XBT 3DCCgmyKozcZkFBzYb1A2x8abZCpAUTPPk; alt. Digital Currency Address - XBT 3MvQ4gThF4mmuo49p4dBNchcmFHBRZnYfx;

alt. Digital Currency Address - XBT 3FBgeJdhiBe22UoSpp51Vd8dPHVa2A4wZX; alt. Digital Currency Address - XBT 3HQDRyzwm82MFmLWtmyikDM9JQEtVT6vAp ; alt. Digital Currency Address - XBT 31t4nEpcwyQJT1VuXdAoQZTT5givRDPsNP; alt. Digital Currency Address - XBT 39AALn7eTjdPzLb99hHhD6F7J8QWB3R2Rd; alt. Digital Currency Address - XBT 3LDbNuDkKmLae5r3a5icPA5CQg2Y8F7ogW; alt. Digital Currency Address - XBT 3JLyyLbwciWAC6re87D7mRknXakR4YbnUd; alt. Digital Currency Address - XBT 3ANWhUnHujdwbw2jEuGSRH6bvFsD9BqEy9; alt. Digital Currency Address - XBT 32fbAZMTaQxNd2fAue1PgsiPgWfcsHBQQt; alt. Digital Currency Address - XBT 3HupEUfKmMhvhXqf8TMoPAyqDcRC1kpe65; alt. Digital Currency Address - XBT 34kEYgpijvCmjvahRXXQEnBH76UGJVx2wg; alt. Digital Currency Address - XBT 3GYbbYkvqvjF5oYhaKCgQYCvcVE1JENk6J; alt. Digital Currency Address - XBT 3BazbaTP8ELJUEfPBV9z5HXEdgBziV9p7W; alt. Digital Currency Address - XBT 3GMfGEDYMTq9G8dEHet1zLtUFJwYwSNa3Y; alt. Digital Currency Address - XBT 38LjCapRrJEW7w2zwbyS15P9D9UGPjWS44; alt. Digital Currency Address - XBT 36XqYWGvUQwBrYLRVuegN4pJJJSPWL1WEu; alt. Digital Currency Address - XBT 37g6WgqedzZx6nx51tYgssNG8Hnknyj5nL; alt. Digital Currency Address - XBT 3QAdoc1rDCt8dii1GVPJXvvK6CEJLzCRZw; alt. Digital Currency Address - XBT 32PsiT8itBrEF84ebdaF82yBUEcz5Wc6uY; alt. Digital Currency Address - XBT 3B4G1M8eF3cThbeMwhEWkKzczw9QoNTGak ; alt. Digital Currency Address - XBT 34ETiHfQWEYFCCaXmEeQWVmhFH5vz2JMvd; alt. Digital Currency Address - XBT 3PyzSbFj3hbQQjTzDzyLSgvFVDjB7yw4Cj; alt. Digital Currency Address - XBT 15PggTG7YhJKiE6B16vkKzA1YDTZipXEX4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 2017 [CYBER2].

A & M MAHAR COMPANY LIMITED (a.k.a. A AND M MAHAR COMPANY LIMITED), Royal Sinmin Condo Room (1/D), First Floor,Tower-A, Ahlone Township, Yangon Region, Burma; Organization Established Date 16 Jan 2017; Registration Number 110364903 (Burma) issued 16 Jan 2017 [BURMA-EO14014].

A & S CARRIER INTERNACIONAL, S.A. DE C.V. (a.k.a. A Y S CARRIER INTERNACIONAL, S.A. DE C.V.), Zapopan, Jalisco, Mexico; Folio Mercantil No. 22839 (Jalisco) (Mexico) [SDNTK].

A A TRADING FZCO, P.O. Box 37089, Dubai, United Arab Emirates [SDNTK].

A AND M MAHAR COMPANY LIMITED (a.k.a. A & M MAHAR COMPANY LIMITED), Royal Sinmin Condo Room (1/D), First Floor,Tower-A, Ahlone Township, Yangon Region, Burma; Organization Established Date 16 Jan 2017; Registration Number 110364903 (Burma) issued 16 Jan 2017 [BURMA-EO14014].

A K DIFUSION S.A. PUBLICIDAD Y MERCADEO, Calle 28N No. 6BN-54, Cali, Colombia; NIT # 900015699-8 (Colombia) [SDNT].

A K EDUCAL S.A. EDUCACION CON CALIDAD, Calle 28N No. 6BN-54, Cali, Colombia; NIT # 900015704-7 (Colombia) [SDNT].

A LEVEL AEROSYSTEMS CST LLC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦСТ) (a.k.a. "LIMITED LIABILITY COMPANY CST"; a.k.a. "OOO TSST"), 130 Vorovskogo St., Izhevsk 436063, Russia; 3/2 Perunovsky Lane, Floor 3, Room 21, Moscow 127055, Russia; D. 2 etazh 5 kom. 7, per. Institutski, Moscow 127030, Russia; Tax ID No. 1841015504 (Russia); Registration Number 1101841007938 (Russia) [RUSSIA-EO14024].

A RAHMAN, Mohamad Iqbal (a.k.a. ABDUL RAHMAN, Mohamad Iqbal; a.k.a. ABDURRAHMAN, Abu Jibril; a.k.a. ABDURRAHMAN, Mohamad Iqbal; a.k.a. MUQTI, Fihiruddin; a.k.a. MUQTI, Fikiruddin; a.k.a. RAHMAN, Mohamad Iqbal; a.k.a. "ABU JIBRIL"), Jalan Nakula, Komplek Witana Harja III, Blok C 106-107, Pamulang, Tangerang, Indonesia; DOB 17 Aug 1957; alt. DOB 17 Aug 1958; POB Korleko-Lombok Timur, Indonesia; alt. POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesia; National ID No. 3603251708570001 (individual) [SDGT].

A T S HEAVY EQUIPMENT AND MACHINERY SPARE PARTS TRADING LLC (a.k.a. "ATS HEAVY EQUIPMENT"), Office 02, Span Precast, DIP 2, Dubai, United Arab Emirates; License 770917 (United Arab Emirates); Economic Register Number (CBLS) 10948598 (United Arab Emirates) [RUSSIA-EO14024].

A THREE ENERGY FZE (Arabic: ا ثري انرجي م م ح), Leased Office Bldg Office No. 2F-37, Hamriyah, Sharjah, United Arab Emirates;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Mar 2018; Business Registration Number 16882 (United Arab Emirates); Economic Register Number (CBLS) 11581771 (United Arab Emirates) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

A Y A UNIVERSAL DENIZCILIK KUMANYACILIK LIMAN HIZMETLERI ITHALAT IHRACAT LIMITED SIRKETI (a.k.a. AYA UNIVERSAL TRADING DENIZCILIK KUMANYACILIK LIMAN HIZMETLERI ITHALAT IHRACAT LTD STI), G.M.K. Bulvari Capital Ticaret Merkezi B Blok Kat, Mersin 42250, Turkey; Organization Established Date 16 May 2022; Organization Type: Other transportation support activities [RUSSIA-EO14024].

A Y S CARRIER INTERNACIONAL, S.A. DE C.V. (a.k.a. A & S CARRIER INTERNACIONAL, S.A. DE C.V.), Zapopan, Jalisco, Mexico; Folio Mercantil No. 22839 (Jalisco) (Mexico) [SDNTK].

A&A ESTUDIO ARQUITECTONICO, S. DE R.L. DE C.V. (a.k.a. AA ESTUDIO ARQUITECTONICO), Privada Juan Martin 537, Zapopan, Jalisco CP 45138, Mexico; Website www.aaestudioarquitectonico.com; Folio Mercantil No. 77083 (Mexico) [SDNTK].

A.A. RASPLETIN MAIN SYSTEM DESIGN BUREAU (a.k.a. ALMAZ-ANTEY GSKB; a.k.a. ALMAZ-ANTEY GSKB IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. ALMAZ-ANTEY MSDB; a.k.a. ALMAZ-ANTEY PVO 'AIR DEFENSE' CONCERN LEAD SYSTEMS DESIGN BUREAU OAO 'OPEN JOINT-STOCK COMPANY' IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. GOLOVNOYE SISTEMNOYE KONSTRUKTORSKOYE BYURO OPEN JOINT-STOCK COMPANY OF ALMAZ-ANTEY PVO CONCERN IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. JOINT STOCK COMPANY ALMAZ-ANTEY AIR DEFENSE CONCERN MAIN SYSTEM DESIGN BUREAU NAMED BY ACADEMICIAN A.A. RASPLETIN; a.k.a. JSC 'ALMAZ-ANTEY' MSDB; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA; a.k.a. "GSKB"), 16-80, Leningradsky Prospect, Moscow 125190, Russia; Website http://www.raspletin.ru/; Email Address info@raspletin.ru; alt. Email Address

almaz_zakupki@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

A.A.M. PEIJNENBURG HOLDING B.V., Huygensstraat 42, JM, Boxtel 5283, Netherlands; Organization Established Date 31 Jul 2017; Tax ID No. 857853169 (Netherlands) [ILLICIT-DRUGS-EO14059] (Linked To: PEIJNENBURG, Alex Adrianus Martinus).

A.E. NUDELMAN KB TOCHMASH JSC (a.k.a. A.E. NUDELMAN PRECISION ENGINEERING DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMPANY CONSTRUCTION BUREAU FOR PRECISE MACHINERY NAMED AFTER A.E. NUDELMANA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНСТРУКТОРСКОЕ БЮРО ТОЧНОГО МАШИНОСТРОЕНИЯ ИМЕНИ А.Э. НУДЕЛЬМАНА); a.k.a. JSC A.E. NUDELMAN DESIGN BUREAU OF PRECISION MACHINE BUILDING), St. Vvedenskogo 8, Moscow 117342, Russia; Organization Established Date 10 Nov 2011; Registration ID 1117746904417 (Russia); Tax ID No. 7728789425 (Russia) [RUSSIA-EO14024].

A.E. NUDELMAN PRECISION ENGINEERING DESIGN BUREAU JOINT STOCK COMPANY (a.k.a. A.E. NUDELMAN KB TOCHMASH JSC; a.k.a. JOINT STOCK COMPANY CONSTRUCTION BUREAU FOR PRECISE MACHINERY NAMED AFTER A.E. NUDELMANA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНСТРУКТОРСКОЕ БЮРО ТОЧНОГО МАШИНОСТРОЕНИЯ ИМЕНИ А.Э. НУДЕЛЬМАНА); a.k.a. JSC A.E. NUDELMAN DESIGN BUREAU OF PRECISION MACHINE BUILDING), St. Vvedenskogo 8, Moscow 117342, Russia; Organization Established Date 10 Nov 2011; Registration ID 1117746904417 (Russia); Tax ID No. 7728789425 (Russia) [RUSSIA-EO14024].

A.I.C. COMPREHENSIVE RESEARCH INSTITUTE (a.k.a. A.I.C. SOGO KENKYUSHO; a.k.a. ALEPH; a.k.a. AUM SHINRIKYO; a.k.a. AUM SUPREME TRUTH) [SDGT].

A.I.C. SOGO KENKYUSHO (a.k.a. A.I.C. COMPREHENSIVE RESEARCH INSTITUTE; a.k.a. ALEPH; a.k.a. AUM SHINRIKYO; a.k.a. AUM SUPREME TRUTH) [SDGT].

A.M. PROKHOROV GENERAL PHYSICS INSTITUTE RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERALNOE

GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENNIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR INSTITUT OBSHCHEI FIZIKI IM. A.M. PROKHOROVA ROSSISKOI AKADEMII NAUK; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF RAS; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. RUSSIAN ACADEMY OF SCIENCES - ALEXANDR MIKHAILOVICH PROKHOROV GENERAL PHYSICS INSTITUTE; a.k.a. "GPI RAS"; a.k.a. "IOF RAN"; a.k.a. "IOF RAN FGBU"), d. 38, ul. Vavilova, Moscow 119991, Russia; Organization Established Date 14 Sep 1993; Tax ID No. 7736029700 (Russia); Government Gazette Number 02700457 (Russia); Registration Number 1027700378595 (Russia) [RUSSIA-EO14024].

A.S.P. BUILDERS, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

A.T.E. INTERNATIONAL LTD. (a.k.a. RWR INTERNATIONAL COMMODITIES), 3 Mandeville Place, London, United Kingdom [IRAQ2].

A.W.A. ENGINEERING LIMITED, 3 Mandeville Place, London, United Kingdom [IRAQ2].

A+ ENGINEERING, ELECTRONICS & MEDIA PRINTING CO. LTD., Tongping, Juba, Central Equatorial State, South Sudan; Tax ID No. 1100214326 (South Sudan); Commercial Registry Number 11045 (South Sudan) [SOUTH SUDAN].

AA ENERGY FZCO, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

AA ESTUDIO ARQUITECTONICO (a.k.a. A&A ESTUDIO ARQUITECTONICO, S. DE R.L. DE C.V.), Privada Juan Martin 537, Zapopan, Jalisco CP 45138, Mexico; Website www.aaestudioarquitectonico.com; Folio Mercantil No. 77083 (Mexico) [SDNTK].

AADAN, Hassan Yariisow (a.k.a. YARIISOW, Xasan; a.k.a. YARIISOW, Xassan), Tortoroow, Lower Shabelle, Somalia; DOB 1990; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

AADAN, Mahad Ciise (a.k.a. ADAN, Mahad Isse; a.k.a. ADEN, Mahad Isse; a.k.a. MUHAMMAD, Mahad Cise; a.k.a. "LABOBALLE"), Bosaso, Somalia; Qandala, Somalia; DOB 1949;

nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

AADAN, Siciid Abdullahi (a.k.a. HAJI, Sayid Abdullahi Adan; a.k.a. INO, Siciid Abdullah Haji), Tortoroow, Lower Shabelle, Somalia; DOB 1998; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

AAFIA SIDDIQUE BRIGADE (a.k.a. JAMAAT-E-AHRAR; a.k.a. JAMAATUL AHRAR; a.k.a. JAMAATUL-AHRAR; a.k.a. JAMAAT-UL-AHRAR; a.k.a. JAMAAT-UL-AHRAR TTP; a.k.a. JAMATUL AHRAR; a.k.a. JAMAT-UL-AHRAR; a.k.a. TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR; a.k.a. TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR; a.k.a. "JUA"; a.k.a. "TTP-JA"; a.k.a. "TTP-JUA"), Afghanistan; Mohmand Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan [SDGT].

AAKHIRAH LIMITED, 4 Culham Court, Redford Way, Uxbridge, London UB8 1SY, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Mar 2009; Organization Type: Other business support service activities n.e.c.; Company Number 06850415 (United Kingdom) [SDGT] (Linked To: SULTANA, Aozma).

AASI, Sheikh Yusuf (a.k.a. ASI, El Yusuf Abd al-Rida), Majma Ahl al-Bayt, 6 Meqdad Burj al-Barajinah, Beirut, Lebanon; DOB 05 Feb 1962; alt. DOB 1962; POB Beirut, Lebanon (individual) [SDGT] (Linked To: MARTYRS FOUNDATION IN LEBANON).

AAT AVIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: ААТ АВIЯКАМПАНIЯ ТРАНСАВIЯЭКСПАРТ) (a.k.a. AAT TAE AVIYA (Cyrillic: ААТ ТАЭ АВIЯ); f.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АВIЯКАМПАНIЯ ТРАНСАВIЯЭКСПАРТ); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA TAE AVIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ТАЭ АВIЯ); f.k.a. AVIAKOMPANIYA TRANSAVIAEKSPORT

OAO; a.k.a. JOINT STOCK COMPANY TRANSAVIAEXPORT AIRLINES; a.k.a. JSC TRANSAVIAEXPORT AIRLINES; f.k.a. OAO AVIAKOMPANIYA TRANSAVIAEKSPORT (Cyrillic: ОАО АВИАКОМПАНИЯ ТРАНСАВИАЭКСПОРТ); a.k.a. OAO TAE AVIA (Cyrillic: ОАО ТАЭ АВИА); f.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO AVIAKOMPANIYA TRANSAVIAEKSPORT; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO TAE AVIA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАЭ АВИА); a.k.a. TRANSAVIAEXPORT AIRLINES), 44, Zakharova Str., Minsk 220034, Belarus (Cyrillic: Ул. Захарова, 44, Минск 220034, Belarus); d. 11, Ul. Pervomayskaya, Minsk 220034, Belarus (Cyrillic: д. 11, Ул. Первомайская, Минск 220034, Belarus); Organization Established Date 28 Dec 1992; Registration Number 100027245 (Belarus) [BELARUS-EO14038].

AAT BELARUSKALIY (Cyrillic: ААТ БЕЛАРУСЬКАЛIЙ) (a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA BELARUSKALIY (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА БЕЛАРУСЬКАЛIЙ); a.k.a. BELARUSKALI OAO (Cyrillic: ОАО БЕЛАРУСЬКАЛIЙ); a.k.a. JSC BELARUSKALI; a.k.a. OAO BELARUSKALIY; a.k.a. OJSC BELARUSKALI; a.k.a. OPEN JOINT-STOCK COMPANY BELARUSKALI; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO BELARUSKALIY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛАРУСЬКАЛIЙ), Korzh Str., Soligorsk, Minsk Region 223710, Belarus (Cyrillic: Коржа, ул., Солигорск, Минская область 223710, Belarus); Organization Established Date 23 Dec 1996; Registration Number 600122610 (Belarus) [BELARUS-EO14038].

AAT BELARUSKAYA KALIYNAYA KAMPANIYA (Cyrillic: ААТ БЕЛАРУСКАЯ КАЛIЙНАЯ КАМПАНIЯ) (a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA BELARUSKAYA KALIYNAYA KAMPANIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА БЕЛАРУСКАЯ КАЛIЙНАЯ КАМПАНIЯ); a.k.a. BELARUSIAN POTASH COMPANY (Cyrillic: БЕЛОРУССКАЯ КАЛИЙНАЯ КОМПАНИЯ); a.k.a. BELORUSSKAYA KALIYNAYA KOMPANIYA OAO; a.k.a. JSC BELARUSIAN POTASH COMPANY; a.k.a. OAO BELORUSSKAYA KALIYNAYA KOMPANIYA (Cyrillic: ОАО БЕЛОРУССКАЯ КАЛИЙНАЯ КОМПАНИЯ);

a.k.a. OJSC BELARUSIAN POTASH COMPANY; a.k.a. OPEN JOINT STOCK COMPANY BELARUSIAN POTASH COMPANY; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO BELORUSSKAYA KALIYNAYA KOMPANIYA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛОРУССКАЯ КАЛИЙНАЯ КОМПАНИЯ)), Masherova Ave, Building 35, Room 644, Minsk 220002, Belarus (Cyrillic: пр-т Машерова, д. 35, пом. 644, Минск 220002, Belarus); Organization Established Date 13 Sep 2013; Registration Number 192050251 (Belarus) [BELARUS-EO14038].

AAT BELAZ - KIRUYUCHAYA KAMPANIYA KHOLDYNGU BELAZ-KHOLDYNG (Cyrillic: ААТ БЕЛАЗ - КIРУЮЧАЯ КАМПАНIЯ ХОЛДЫНГУ БЕЛАЗ-ХОЛДЫНГ) (a.k.a. BELARUSSKI AVTOMOBILNYI ZAVOD; a.k.a. OAO BELAZ - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAZ-KHOLDING (Cyrillic: ОАО БЕЛАЗ - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛАЗ-ХОЛДИНГ); a.k.a. OJSC BELAZ - MANAGEMENT COMPANY OF HOLDING BELAZ-HOLDING; a.k.a. OPEN JOINT STOCK COMPANY BELARUSIAN AUTOMOBILE PLANT), 40 let Octyabrya Street 4, Zhodino, Minsk region 222161, Belarus; Target Type State-Owned Enterprise; Tax ID No. 600038906 (Belarus); Government Gazette Number 05808712 (Belarus) [BELARUS-EO14038].

AAT HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: ААТ ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН) (a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. GRODNO TOBACCO FACTORY NEMAN; a.k.a. GTF NEMAN; a.k.a. HRODNA TOBACCO FACTORY NEMAN; a.k.a. OAO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОАО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН); a.k.a. OJSC GRODNO TOBACCO FACTORY NEMAN; a.k.a. OPEN JOINT-STOCK COMPANY GRODNO TOBACCO FACTORY NEMAN; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА

HEMAH)), ul. Ordzhonikidze, d. 18, Grodno, Grodnenskaya Oblast 230771, Belarus (Cyrillic: ул. Орджоникидзе, д. 18, г. Гродно, Гродненская область 230771, Belarus); Organization Established Date 29 Dec 1996; Registration Number 500047627 (Belarus) [BELARUS-EO14038].

AAT INTEHRAL - KIRUIUCHAIA KAMPANIIA KHOLDYNGU INTEHRAL (Cyrillic: ААТ ІНТЭГРАЛ - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ ІНТЭГРАЛ) (a.k.a. INTEGRAL-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA INTEGRAL, OAO; a.k.a. OAO INTEGRAL - MANAGEMENT HOLDING COMPANY INTEGRAL (Cyrillic: ОАО ИНТЕГРАЛ - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА ИНТЕГРАЛ); a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO INTEGRAL; a.k.a. PUBLIC JOINT STOCK COMPANY INTEGRAL (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ИНТЕГРАЛ)), I.P., d.121A, kom. 327, ul. Kazintsa g., Minsk, Belarus; Registration Number 100386629 (Belarus) [BELARUS-EO14038].

AAT KIDMA TEK (Cyrillic: ААТ КІДМА ТЭК) (a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA KIDMA TEK (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА КІДМА ТЭК); f.k.a. BSVT - NEW TECHNOLOGIES; f.k.a. BSVT-NT; a.k.a. KIDMA TECH OJSC; a.k.a. OAO KIDMA TEK (Cyrillic: ОАО КИДМА ТЕК); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BSVT-NOVIYE TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БСВТ-НОВЫЕ ТЕХНОЛОГИИ); a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO KIDMA TEK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КИДМА ТЕК)), Room 20, Administrative Building 187, Soltysa St., Minsk 220070, Belarus; D. 5/1, Ustenskiy Selsovyet, Vitebskaya Oblast, Orshanskiy Rayon, Ag. Ustye 211003, Belarus (Cyrillic: Д. 5/1, Устенский сельсовет, Витебская Область, Оршанский Район, аг. Устье 211003, Belarus); Organization Established Date 18 Jul 2012; Registration Number 191607211 (Belarus) [BELARUS-EO14038].

AAT MINSKI AUTAMABILNY ZAVOD (Cyrillic: ААТ МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД) (a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA MINSKI AUTAMABILLNY ZAVOD - KIRUYUCHAYA KAMPANIYA

KHOLDYNGU BELAUTAMAZ (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛАЎТАМАЗ); a.k.a. OAO MINSKI AVTOMOBILNYI ZAVOD (Cyrillic: ОАО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД); a.k.a. OJSC MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT - MANAGEMENT COMPANY OF HOLDING BELAVTOMAZ; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII AVTOMOBILNYI ZAVOD - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAVTOMAZ (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛАВТОМАЗ); a.k.a. "OJSC MAZ"), Ul. Sotsialisticheskaya 2, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100320487 (Belarus); Government Gazette Number 05808729 (Belarus) [BELARUS-EO14038].

AAT NAVUKOVA-DASLEDCHY INSTYTUT ELEKTRONNYKH VYLICHALNYKH MASHYN (a.k.a. COMPUTER RESEARCH INSTITUTE NIIEVM; a.k.a. JSC NIIEVM (Cyrillic: ОАО НИИЭВМ; Cyrillic: ААТ НДІЭВМ); a.k.a. OAO NAUCHNO-ISSLEDOVATELSKIY INSTITUT ELEKTRONNYKH VYCHISLITELNYKH MASHIN (Cyrillic: ОАО НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ЭЛЕКТРОННЫХ ВЫЧИСЛИТЕЛЬНЫХ МАШИН); a.k.a. OPEN JOINT STOCK COMPANY RESEARCH INSTITUTE OF ELECTRONIC COMPUTERS), 155 Bogdanovicha St., Minsk 220040, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100219724 (Belarus) [BELARUS-EO14038] (Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

AAT TAE AVIYA (Cyrillic: ААТ ТАЕ АВІЯ) (f.k.a. AAT AVIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: ААТ АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); f.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. ADKRYTAE

AKTSYIANERNAE TAVARYSTVA TAE AVIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ТАЕ АВІЯ); f.k.a. AVIIAKOMPANIYA TRANSAVIAEKSPORT OAO; a.k.a. JOINT STOCK COMPANY TRANSAVIAEXPORT AIRLINES; a.k.a. JSC TRANSAVIAEXPORT AIRLINES; f.k.a. OAO AVIAKOMPANIYA TRANSAVIAEKSPORT (Cyrillic: ОАО АВИАКОМПАНИЯ ТРАНСАВИАЭКСПОРТ); a.k.a. OAO TAE AVIA (Cyrillic: ОАО ТАЕ АВИА); f.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO AVIAKOMPANIYA TRANSAVIAEKSPORT; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO TAE AVIA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАЕ АВИА); a.k.a. TRANSAVIAEXPORT AIRLINES), 44, Zakharova Str., Minsk 220034, Belarus (Cyrillic: Ул. Захарова, 44, Минск 220034, Belarus); d. 11, Ul. Pervomayskaya, Minsk 220034, Belarus (Cyrillic: д. 11, ул. Первомайская, Минск 220034, Belarus); Organization Established Date 28 Dec 1992; Registration Number 100027245 (Belarus) [BELARUS-EO14038].

AAT TEKHNIKA SUVYAZI (Cyrillic: ААТ ТЭХНІКА СУВЯЗІ) (a.k.a. JOINT STOCK COMPANY COMMUNICATION EQUIPMENT; a.k.a. OAO TEKHNIKA SVYAZI (Cyrillic: ОАО ТЕХНИКА СВЯЗИ); a.k.a. TEKHNIKA SVYAZI JSC), 1 Naberezhnaya str., Baran, Vitebsk Region 211011, Belarus; Target Type State-Owned Enterprise; Tax ID No. 300209010 (Belarus) [BELARUS-EO14038] (Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

AAT ZENIT BELOMA (Cyrillic: ААТ ЗЕНІТ БЕЛОМА) (a.k.a. JOINT STOCK COMPANY ZENIT BELOMO; a.k.a. JSC ZENIT BELOMO (Cyrillic: ОАО ЗЕНИТ БЕЛОМО); a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO ZENIT BELOMO), 26 Chapayev Str., Vileyka, Minsk Region 222416, Belarus; Target Type State-Owned Enterprise; Tax ID No. 600102155 (Belarus) [BELARUS-EO14038].

AAVAYE HOOSHMAND RAVIN INSTITUTE (Arabic: مؤسسه آوای هوشمند راوین) (a.k.a. RAVIN ACADEMY (Arabic: آکادمی راوین); a.k.a. RAVIN SMART VOICE INSTITUTE), No. 36, Naghdi Alley, North Sohrevardi, Tehran, Iran; No. 105, Shahid Motahari St., Suleiman Kharter St., Tehran, Iran; Additional Sanctions Information -

Subject to Secondary Sanctions; National ID No. 14008970823 (Iran) [HRIT-IR].

AAYADH, Abou (a.k.a. HASSAYN, Sayf Allah 'Umar bin; a.k.a. HASSINE, Saifallah Ben; a.k.a. HASSINE, Seifallah Ben; a.k.a. HOCINE, Seif Allah Ben; a.k.a. HUSSAYN, Sayf Allah bin; a.k.a. "AL-TUNISI, Abu Ayyad"; a.k.a. "AL-TUNISI, Abu Iyyadh"; a.k.a. "EL-TOUNSI, Abou Iyadh"; a.k.a. "IYADH, Abou"); DOB 08 Nov 1965 (individual) [SDGT].

AB ROSSIYA, OAO (f.k.a. AKTSIONERNY BANK RUSSIAN FEDERATION; a.k.a. BANK ROSSIYA; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO AKTSIONERNY BANK ROSSIYA), 2 Liter A Pl. Rastrelli, Saint Petersburg 191124, Russia; SWIFT/BIC ROSYRU2P; Website www.abr.ru; Email Address bank@abr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027800000084 (Russia); Tax ID No. 7831000122 (Russia); Government Gazette Number 09804148 (Russia) [UKRAINE-EO13661].

ABADAN OIL REFINING COMPANY (Arabic: شرکت پالایش نفت آبادان) (a.k.a. ABADAN OIL REFINING COMPANY PRIVATE JOINT STOCK (Arabic: شرکت پالایش نفت آبادان سهامی عام); a.k.a. PALAYESH NAFT ABADAN (Arabic: پالایش نفت آبادان); a.k.a. "AORC"), Breym, Abadan, Khuzestan 6316915651, Iran; P.O. Box 555, Abadan, Khuzestan, Iran; Central Abadan Oil Refinery, Abadan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 14003570909 (Iran); Registration Number 1690 (Iran) [SDGT] [IFSR] [IRAN-EO13846] (Linked To: MINISTRY OF PETROLEUM).

ABADAN OIL REFINING COMPANY PRIVATE JOINT STOCK (Arabic: شرکت پالایش نفت آبادان سهامی عام) (a.k.a. ABADAN OIL REFINING COMPANY (Arabic: شرکت پالایش نفت آبادان); a.k.a. PALAYESH NAFT ABADAN (Arabic: پالایش نفت آبادان); a.k.a. "AORC"), Breym, Abadan, Khuzestan 6316915651, Iran; P.O. Box 555, Abadan, Khuzestan, Iran; Central Abadan Oil Refinery, Abadan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 14003570909 (Iran); Registration Number 1690 (Iran) [SDGT] [IFSR] [IRAN-EO13846] (Linked To: MINISTRY OF PETROLEUM).

ABADAN POWER GENERATION COMPANY (Arabic: شرکت تولید نیروی برق آبادان), Mahshahr Highway, Velayat Square, Ahwaz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10860410234 (Iran); Registration Number 4967 (Iran) [IRAN-EO13876] (Linked To: REY NIRU ENGINEERING COMPANY).

ABADIGGA, Abdella Asid (a.k.a. ABADIGGA, Abdella Hussein; a.k.a. ABADIKA, Abdallah Asid; a.k.a. USSENI, Abdallah; a.k.a. "ABU HAMZA"; a.k.a. "CARLOS, Abdi"), 48 Central Road, New Town, Johannesburg, South Africa; DOB 01 Feb 1974; POB Jimma, Oromia Regional State, Ethiopia; nationality Ethiopia; citizen Ethiopia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T00043812 (South Africa); Refugee ID Card 7402016297260 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ABADIGGA, Abdella Hussein (a.k.a. ABADIGGA, Abdella Asid; a.k.a. ABADIKA, Abdallah Asid; a.k.a. USSENI, Abdallah; a.k.a. "ABU HAMZA";

a.k.a. "CARLOS, Abdi"), 48 Central Road, New Town, Johannesburg, South Africa; DOB 01 Feb 1974; POB Jimma, Oromia Regional State, Ethiopia; nationality Ethiopia; citizen Ethiopia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T00043812 (South Africa); Refugee ID Card 7402016297260 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ABADIKA, Abdallah Asid (a.k.a. ABADIGGA, Abdella Asid; a.k.a. ABADIGGA, Abdella Hussein; a.k.a. USSENI, Abdallah; a.k.a. "ABU HAMZA"; a.k.a. "CARLOS, Abdi"), 48 Central Road, New Town, Johannesburg, South Africa; DOB 01 Feb 1974; POB Jimma, Oromia Regional State, Ethiopia; nationality Ethiopia; citizen Ethiopia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T00043812 (South Africa); Refugee ID Card 7402016297260 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ABAHUSEYIN, Mansur Othman M (a.k.a. ABAHUSSAIN, Mansour Othman M.; a.k.a. HUSSEIN, Mansour Othman Aba); DOB 11 Aug 1972; alt. DOB 10 Aug 1972; POB Majmaa, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport S059033 (Saudi Arabia) issued 22 Feb 2016 expires 28 Dec 2020 (individual) [GLOMAG].

ABAHUSSAIN, Mansour Othman M. (a.k.a. ABAHUSEYIN, Mansur Othman M; a.k.a. HUSSEIN, Mansour Othman Aba); DOB 11 Aug 1972; alt. DOB 10 Aug 1972; POB Majmaa, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport S059033 (Saudi Arabia) issued 22 Feb 2016 expires 28 Dec 2020 (individual) [GLOMAG].

ABAKAROV, Khizri Magomedovich (Cyrillic: АБАКАРОВ, Хизри Магомедович), Russia; DOB 28 Jun 1960; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ABAMET MANAGEMENT LTD (a.k.a. LIMITED LIABILITY COMPANY MANAGEMENT COMPANY ABAMET (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ АБАМЕТ); a.k.a. UK ABAMET OOO), vladenie 1 kab. 229, ul. Sportivnaya, Naro-Fominsk 143322, Russia; Secondary sanctions risk: this person is

designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5003071129 (Russia); Registration Number 1095003002808 (Russia) [RUSSIA-EO14024].

ABAR PETROLEUM SERVICE SAL (a.k.a. ABAR PETROLEUM SERVICE SAL (OFFSHORE); a.k.a. ABAR PETROLEUM SERVICES LTD SAL (OFFSHORE)), Azarieh Building, Block 03, 5th floor, Azarieh Street, Beirut, Lebanon [SYRIA].

ABAR PETROLEUM SERVICE SAL (OFFSHORE) (a.k.a. ABAR PETROLEUM SERVICE SAL; a.k.a. ABAR PETROLEUM SERVICES LTD SAL (OFFSHORE)), Azarieh Building, Block 03, 5th floor, Azarieh Street, Beirut, Lebanon [SYRIA].

ABAR PETROLEUM SERVICES LTD SAL (OFFSHORE) (a.k.a. ABAR PETROLEUM SERVICE SAL; a.k.a. ABAR PETROLEUM SERVICE SAL (OFFSHORE)), Azarieh Building, Block 03, 5th floor, Azarieh Street, Beirut, Lebanon [SYRIA].

ABASCIENCE TECH CO. LTD., Room 1724, Si Fang Building No. 5, Xiao Ying Road, ChaoYang District, Beijing 100101, China; 14C, Hung Shui Kiu Main Street, Yuen Long, N.T., Hong Kong; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHIRAZ ELECTRONICS INDUSTRIES; Linked To: LIU, Baoxia).

ABASS, Sidiki (a.k.a. ABBASS, Sidiki; a.k.a. BI SIDI, Souleymane; a.k.a. SIDIKI, Abbas; a.k.a. SOULEMAN, Bi Sidi; a.k.a. SOULEMANE, Bi Sidi; a.k.a. SOULEYMANE, Bi Sidi; a.k.a. SOULIMANE, Sidiki Abass; a.k.a. "Sidiki"), Central African Republic; DOB 20 Jul 1962; POB Bocaranga, Ouham-Pende prefecture, Central African Republic; nationality Central African Republic; alt. nationality Chad; alt. nationality Cameroon; Gender Male (individual) [CAR].

ABAUNZA MARTINEZ, Javier; DOB 01 Jan 1965; POB Guernica, Vizcaya Province, Spain; D.N.I. 78.865.882 (Spain); Member ETA (individual) [SDGT].

ABBAKAR MUHAMAD, Abdul Aziz; DOB 1961; POB Sudan; Passport 562605 (Sudan) issued 28 Oct 1998; IARA Peshwar, Pakistan Director (individual) [SDGT].

ABBAS, Abdul Hussein, Italy (individual) [IRAQ2].

ABBAS, Abu (a.k.a. ZAYDAN, Muhammad); DOB 10 Dec 1948; Director of PALESTINE LIBERATION FRONT - ABU ABBAS FACTION (individual) [SDGT].

ABBAS, Ghassan; DOB 10 Mar 1960; Scientific Studies and Research Center Brigadier General (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

ABBAS, Mohamed Atta Emoula (a.k.a. 'ABBAS, Muhammad 'Ata-al-Mawla; a.k.a. AL-MAWLA, Mohamed Atttta), Kafouri 9, Khartoum, Sudan; DOB 27 Apr 1957; POB Khartoum, Sudan; nationality Sudan; Gender Male; Passport D025725 (Sudan) expires 19 Mar 2023 (individual) [SUDAN-EO14098].

ABBAS, Mohammad Hasan (a.k.a. ABBAS, Mohammad Hassan; a.k.a. ABBAS, Muhammad), Damascus, Syria; DOB 01 Sep 1964; POB Al Ladhiqiyah, Syria; Gender Male (individual) [SYRIA] (Linked To: MAKHLUF, Rami).

ABBAS, Mohammad Hassan (a.k.a. ABBAS, Mohammad Hasan; a.k.a. ABBAS, Muhammad), Damascus, Syria; DOB 01 Sep 1964; POB Al Ladhiqiyah, Syria; Gender Male (individual) [SYRIA] (Linked To: MAKHLUF, Rami).

ABBAS, Muhammad (a.k.a. ABBAS, Mohammad Hasan; a.k.a. ABBAS, Mohammad Hassan), Damascus, Syria; DOB 01 Sep 1964; POB Al Ladhiqiyah, Syria; Gender Male (individual) [SYRIA] (Linked To: MAKHLUF, Rami).

'ABBAS, Muhammad 'Ata-al-Mawla (a.k.a. ABBAS, Mohamed Atta Emoula; a.k.a. AL-MAWLA, Mohamed Atttta), Kafouri 9, Khartoum, Sudan; DOB 27 Apr 1957; POB Khartoum, Sudan; nationality Sudan; Gender Male; Passport D025725 (Sudan) expires 19 Mar 2023 (individual) [SUDAN-EO14098].

'ABBAS, Rim, Syria; DOB 25 Mar 1973; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ABBAS, Sidiki (a.k.a. ABASS, Sidiki; a.k.a. BI SIDI, Souleymane; a.k.a. SIDIKI, Abbas; a.k.a. SOULEMAN, Bi Sidi; a.k.a. SOULEMANE, Bi Sidi; a.k.a. SOULEYMANE, Bi Sidi; a.k.a. SOULIMANE, Sidiki Abass; a.k.a. "Sidiki"), Central African Republic; DOB 20 Jul 1962; POB Bocaranga, Ouham-Pende prefecture, Central African Republic; nationality Central African Republic; alt. nationality Chad; alt. nationality Cameroon; Gender Male (individual) [CAR].

'ABBAS, Yasir (a.k.a. 'ABBAS, Yasir 'Aziz); DOB 22 Aug 1978; nationality Syria; Gender Male (individual) [SYRIA].

'ABBAS, Yasir 'Aziz (a.k.a. 'ABBAS, Yasir); DOB 22 Aug 1978; nationality Syria; Gender Male (individual) [SYRIA].

ABBASI DAVANI, Fereidoon (a.k.a. ABBASI DAVANI, Fereydoon; a.k.a. ABBASI, Fereidoun; a.k.a. ABBASI, Fereydoon; a.k.a. ABBASI-DAVANI, Fereidoun; a.k.a. ABBASI-DAVANI, Fereidun; a.k.a. "DR. ABBASI"); DOB 1958; alt. DOB 1959; POB Abadan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

ABBASI DAVANI, Fereydoon (a.k.a. ABBASI DAVANI, Fereidoon; a.k.a. ABBASI, Fereidoun; a.k.a. ABBASI, Fereydoon; a.k.a. ABBASI-DAVANI, Fereidoun; a.k.a. ABBASI-DAVANI, Fereidun; a.k.a. "DR. ABBASI"); DOB 1958; alt. DOB 1959; POB Abadan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

ABBASI, Fereidoun (a.k.a. ABBASI DAVANI, Fereidoon; a.k.a. ABBASI DAVANI, Fereydoon; a.k.a. ABBASI, Fereydoon; a.k.a. ABBASI-DAVANI, Fereidoun; a.k.a. ABBASI-DAVANI, Fereidun; a.k.a. "DR. ABBASI"); DOB 1958; alt. DOB 1959; POB Abadan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

ABBASI, Fereydoon (a.k.a. ABBASI DAVANI, Fereidoon; a.k.a. ABBASI DAVANI, Fereydoon; a.k.a. ABBASI, Fereidoun; a.k.a. ABBASI-DAVANI, Fereidoun; a.k.a. ABBASI-DAVANI, Fereidun; a.k.a. "DR. ABBASI"); DOB 1958; alt. DOB 1959; POB Abadan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

ABBASI, Hossein (a.k.a. ALAVI, Hossein), Iran; DOB 06 Dec 1986; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [HRIT-IR] (Linked To: NET PEYGARD SAMAVAT COMPANY).

ABBASI-DAVANI, Fereidoun (a.k.a. ABBASI DAVANI, Fereidoon; a.k.a. ABBASI DAVANI, Fereydoon; a.k.a. ABBASI, Fereidoun; a.k.a. ABBASI, Fereydoon; a.k.a. ABBASI-DAVANI, Fereidun; a.k.a. "DR. ABBASI"); DOB 1958; alt. DOB 1959; POB Abadan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

ABBASI-DAVANI, Fereidun (a.k.a. ABBASI DAVANI, Fereidoon; a.k.a. ABBASI DAVANI, Fereydoon; a.k.a. ABBASI, Fereidoun; a.k.a.

ABBASI, Fereydoon, a.k.a. ABBASI-DAVANI, Fereidoun; a.k.a. "DR. ABBASI") DOB 1958; alt. DOB 1959; POB Abadan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

ABBASIN, Abdul Aziz (a.k.a. MAHSUD, Abdul Aziz); DOB 1969; POB Sheykhan Village, Pirkowti Area, Orgun District, Paktika Province, Afghanistan (individual) [SDGT].

ABBATAY, Mohamed (a.k.a. ABBATAY, Muhammad; a.k.a. AL-MAGHREBI, Abd al-Rahman; a.k.a. AL-MAGHREBI, Abdul Rahman), Iran; DOB 01 Jul 1970; POB Marrakech, Morocco; nationality Morocco; Gender Male (individual) [SDGT].

ABBATAY, Muhammad (a.k.a. ABBATAY, Mohamed; a.k.a. AL-MAGHREBI, Abd al-Rahman; a.k.a. AL-MAGHREBI, Abdul Rahman), Iran; DOB 01 Jul 1970; POB Marrakech, Morocco; nationality Morocco; Gender Male (individual) [SDGT].

ABBES, Moustafa, Via Padova, 82, Milan, Italy; DOB 05 Feb 1962; POB Osniers, Algeria (individual) [SDGT].

ABBES, Youcef (a.k.a. "GIUSEPPE"), Via Padova 82, Milan, Italy; Via Manzoni, 33, Cinisello Balsamo, Milan, Italy; DOB 05 Jan 1965; POB Bab El Aoued, Algeria (individual) [SDGT].

ABBUD, Bin Muhammad Awad (a.k.a. ABUD, Sa'ad Muhammad Awad; a.k.a. ADBUD, Muhammad 'Awad; a.k.a. AWAD, Muhammad; a.k.a. BAABOOD, Sa'ad Muhammad; a.k.a. BIN LADEN, Sa'ad; a.k.a. BIN LADEN, Sad; a.k.a. "AL-KAHTANE, Abdul Rahman"); DOB 1982; POB Saudi Arabia; nationality Saudi Arabia; Passport 520951 (Sudan); alt. Passport 530951 (Sudan) (individual) [SDGT].

'ABBUD, Hikmat, Syria; DOB 01 Jan 1966; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ABD AL RASUL MURSHID SHIRAZI, Ali (a.k.a. SHIRAZI, Ali Marshad; a.k.a. SHIRAZI, Ali Morshed (Arabic: ‏علی مرشد شیرازی‎); a.k.a. "JAVAD, Abu"), Lebanon; DOB 07 Feb 1969; POB Najaf, Iraq; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D100008420 (Iran) expires 26 Jul 2026; National ID No. 4720725929 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ABD AL RAZEQ, Abu Sufian (a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH") DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Passport BC166787 (Canada) (individual) [SDGT].

'ABD AL-BASIR, Haji (a.k.a. BASEER, Abdul; a.k.a. BASIR, Abdal; a.k.a. BASIR, Haji Abdul; a.k.a. NOORZAI, Haji Basir), Chaman, Pakistan; DOB 1965; alt. DOB 1963; alt. DOB 1960; POB Balochistan Province, Pakistan; nationality Afghanistan; Passport AA3829182 (Pakistan); National ID No. 5420124679187 (Pakistan) (individual) [SDGT].

ABD AL-GHAFAR, Sundus, Iraq; DOB circa 1967; POB Kirkuk, Iraq; nationality Iraq; wife of Izzat Ibrahim Al-Duri (individual) [IRAQ2].

ABD AL-GHAFUR, Humam Abd al-Khaliq (a.k.a. 'ABD AL-RAHMAN, Humam 'abd al-Khaliq; a.k.a. ABD-AL-GHAFUR, Humam abd-al-Khaliq; a.k.a. GHAFUR, Humam Abdel Khaleq Abdel; a.k.a. RASHID, Humam 'abd al-Khaliq); DOB 1945; POB ar-Ramadi, Iraq; nationality Iraq; Former Minister of Higher Education and Research; M0018061/104,issued 12 September 1993 (individual) [IRAQ2].

'ABD AL-HAMID AL-ASADI, Makki Kazim (a.k.a. ABDUL HAMEED AL ASADI, Makki Kadhim), Basrah, Iraq; DOB 10 Oct 1957; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ABD AL-KHALIQ, Adil Muhammad Mahmud (a.k.a. ABDUL KHALED, Adel Mohamed Mahmood; a.k.a. ABDUL KHALIQ, Adel Mohamed Mahmoud); DOB 02 Mar 1984; POB Bahrain; nationality Bahrain; Passport 1632207 (Bahrain) (individual) [SDGT].

'ABD ALLAH, 'Issam 'Ali Muhammad (a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. THABIT 'IZ; a.k.a. "'ABD-AL-'IZ"; a.k.a. "ABU YASIR"); DOB 24 Jun 1954; POB Egypt;

Passport 83860 (Sudan); alt. Passport 30455 (Egypt); alt. Passport 1046403 (Egypt) (individual) [SDGT].

'ABD AL-NASIR, Hajji (a.k.a. "ABD AL-NASR, Hajji"; a.k.a. "ABDELNASSER, Hajji"; a.k.a. "AL-KHUWAYT, Taha"), Syria; DOB 1967; alt. DOB 1966; alt. DOB 1968; POB Tall 'Afar, Iraq; nationality Iraq (individual) [SDGT].

ABD AL-RAHMAN, Abdullah Muhammad Rajab (a.k.a. ABU AL-KHAYR, Ahmad Hasan); DOB 03 Nov 1957; POB Kafr al-Shaykh; nationality Egypt (individual) [SDGT].

ABD AL-RAHMAN, Atiyah (a.k.a. AL-LIBI, 'Atiyah 'Abd al-Rahman; a.k.a. AL-SHATIWI, Jamal; a.k.a. AL-SHITAYWI, Jamal Ibrahim Muhammad; a.k.a. AL-SHITIWI, Jamal; a.k.a. AL-SHTIWI, Jamal; a.k.a. "AL-LIBI, Shaykh Mahmud"); DOB 1969; alt. DOB 1965; alt. DOB 1966; alt. DOB 1967; alt. DOB 1957; alt. DOB 1958; alt. DOB 1959; alt. DOB 1960; POB Misrata, Libya; nationality Libya (individual) [SDGT].

ABD AL-RAHMAN, Humam 'abd al-Khaliq (a.k.a. ABD AL-GHAFUR, Humam Abd al-Khaliq; a.k.a. ABD-AL-GHAFUR, Humam abd-al-Khaliq; a.k.a. GHAFUR, Humam Abdel Khaleq Abdel; a.k.a. RASHID, Humam 'abd al-Khaliq); DOB 1945; POB ar-Ramadi, Iraq; nationality Iraq; Former Minister of Higher Education and Research; M0018061/104,issued 12 September 1993 (individual) [IRAQ2].

'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH") DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Passport BC166787 (Canada) (individual) [SDGT].

'ABD AL-SALAM, 'Abd al-Malik Muhammad Yusuf 'Uthman (a.k.a. 'ABD-AL-SALAM, 'Abd al-Malik Muhammad Yusif; a.k.a. "'Umar al-Qatari"; a.k.a. "'Umar al-Tayyar"); DOB 13 Jul 1989; nationality Jordan; Passport K475336 (Jordan) issued 31 Aug 2009 expires 30 Aug 2014; National ID No. 28940000602 (Qatar) (individual) [SDGT].

'ABD AL-SALAM, Ashraf Muhammad Yusif (a.k.a. 'ABD AL-SALAM, Ashraf Muhammad Yusuf 'Uthman; a.k.a. 'ABD-AL-SALAM, Ashraf Muhammad Yusif 'Uthman; a.k.a. 'ABD-AL-SALAM, Ashraf Muhammad Yusuf; a.k.a. "Ibn al-Khattab"; a.k.a. "Khattab"), Syria; DOB 01 Jan 1984 to 31 Dec 1984; POB Iraq; nationality Jordan; Passport 486298 (Jordan); alt. Passport K048787; National ID No. 28440000526 (Qatar) (individual) [SDGT].

'ABD AL-SALAM, Ashraf Muhammad Yusuf 'Uthman (a.k.a. 'ABD AL-SALAM, Ashraf Muhammad Yusif; a.k.a. 'ABD-AL-SALAM, Ashraf Muhammad Yusuf 'Uthman; a.k.a. 'ABD-AL-SALAM, Ashraf Muhammad Yusuf; a.k.a. "Ibn al-Khattab"; a.k.a. "Khattab"), Syria; DOB 01 Jan 1984 to 31 Dec 1984; POB Iraq; nationality Jordan; Passport 486298 (Jordan); alt. Passport K048787; National ID No. 28440000526 (Qatar) (individual) [SDGT].

'ABD AL-SALAM, Said Jan (a.k.a. 'ABDALLAH, Qazi; a.k.a. 'ABD-AL-SALAM, Sa'id Jan; a.k.a. ABDULLAH, Qazi; a.k.a. CAIRO, Aziz; a.k.a. JHAN, Said; a.k.a. KHAN, Farhan; a.k.a. SA'ID JAN, Qasi; a.k.a. WALID, Ibrahim; a.k.a. ZAIN KHAN, Dilawar Khan; a.k.a. "NANGIALI"); DOB 05 Feb 1981; alt. DOB 01 Jan 1972; nationality Afghanistan; Passport OR801168 (Afghanistan) issued 28 Feb 2006 expires 27 Feb 2011; alt. Passport 4117921 (Pakistan) issued 09 Sep 2008 expires 09 Sep 2013; National ID No. 281020505755 (Kuwait); Passport OR801168 and Kuwaiti National ID No. 281020505755 issued under the name Said Jan 'Abd al-Salam; Passport 4117921 issued under the name Dilawar Khan Zain Khan (individual) [SDGT].

ABD AL-WADOUB, Abdou Moussa (a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADOUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a.

ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelwadoud; a.k.a. ABOU MOSSAB, Abdelwadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDEL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

'ABD AL-YUNIS, Hamid Majid (a.k.a. AL-LAMI, Hamid Muhammad; a.k.a. AL-MASUI, Husayn Muhammad Jabur; a.k.a. AL-MUSAWI, Ali Mussa Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Jabur; a.k.a. AL-MUSUI, Hamid Muhammad Daqduq; a.k.a. DAQDUQ, Ali Mussa; a.k.a. JABUR AL-LAMI, Hamid Muhammad); DOB 01 Sep 1969; alt. DOB 31 Dec 1971; alt. DOB 09 Aug 1971; alt. DOB 09 Sep 1970; alt. DOB 09 Aug 1969; alt. DOB 05 Mar 1972; POB Beirut, Lebanon; alt. POB Al-Karradah, Baghdad, Iraq; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

ABD EL DAIM, Mohamed Ahmed (a.k.a. 'ABD-AL-DA'IM, Muhammad Ahmad; a.k.a. 'ABD-AL-DAYIM NASRALLAH, Muhammad Ahmad (Arabic: محمد أحمد عبد الدايم نصرالله); a.k.a. ABDUL DA'IM NASRALLAH, Mohammed Ahmed; a.k.a. ABID AL DAIM NASR ALLAH, Mohammad Ahmad; a.k.a. ABID ALDAIM NASR ALLAH, Mohammad Ahmad; a.k.a. NASRALLAH, Muhammad; a.k.a. "NASR, Muhammad"), Qatar; DOB 03 Oct 1964; POB Aqbat Jabr, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; National ID No. 9641032658 (Jordan); Identification Number 103185046 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

ABD EL OUADOUD, Abou Mossab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

ABD EL OUADOUD, Abou Mousab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossab; a.k.a. ABDEL

WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abu Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

ABD EL-OUADOUD, Abi Mossaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Moussaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abu Musab; a.k.a.

ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUADOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

ABD EL-RAHMAN, Suhayl Salim (a.k.a. ABDURAHAMAN, Suhayl; a.k.a. AL-SUDANI, Abu Faris; a.k.a. FARIS, Abu; a.k.a. MUHAMMAD, Sahib; a.k.a. MUHAMMAD, Suhayl Salim; a.k.a. SALIM, Suhayl; a.k.a. UL-ABIDEEN, Zain; a.k.a. ZAYN, Haytham; a.k.a. "SABA"; a.k.a. "SANA"; a.k.a. "SUNDUS") DOB 17 Jun 1984; alt. DOB 1990; POB Rabak, Sudan; Passport C0004350; Personal ID Card A00710804 (individual) [SOMALIA].

'ABD-AL-DA'IM, Muhammad Ahmad (a.k.a. ABD EL DAIM, Mohamed Ahmed; a.k.a. 'ABD-AL-DAYIM NASRALLAH, Muhammad Ahmad (Arabic: محمد أحمد عبد الدايم نصرالله); a.k.a. ABDUL DA'IM NASRALLAH, Mohammed Ahmed; a.k.a. ABID AL DAIM NASR ALLAH, Mohammad Ahmad; a.k.a. ABID ALDAIM NASR ALLAH, Mohammad Ahmad; a.k.a. NASRALLAH, Mohammed; a.k.a. NASRALLAH, Muhammad; a.k.a. "NASR, Muhammad"), Qatar; DOB 03 Oct 1964; POB Aqbat Jabr, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9641032658 (Jordan); Identification Number 103185046 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

'ABD-AL-DAYIM NASRALLAH, Muhammad Ahmad (Arabic: محمد أحمد عبد الدايم نصرالله) (a.k.a. ABD EL DAIM, Mohamed Ahmed; a.k.a. 'ABD-AL-DA'IM, Muhammad Ahmad; a.k.a. ABDUL DA'IM NASRALLAH, Mohammed Ahmed; a.k.a. ABID AL DAIM NASR ALLAH, Mohammad Ahmad; a.k.a. ABID ALDAIM NASR ALLAH, Mohammad Ahmad; a.k.a. NASRALLAH, Mohammed; a.k.a. NASRALLAH, Muhammad; a.k.a. "NASR, Muhammad"), Qatar; DOB 03 Oct 1964; POB Aqbat Jabr, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9641032658 (Jordan); Identification Number 103185046 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

ABDALE, Qaaliif (a.k.a. ADALE, Khalif; a.k.a. CADALE, Qaliif; a.k.a. CADE, Qaliif; a.k.a. KHALIF, Adale; a.k.a. WARSAME, Khalif Mohamed), Qunyo Barrow, Middle Juba, Somalia; Buulo Fulaay, Somalia; DOB 01 Jan 1964; alt. DOB 01 Jan 1968; POB Somalia; nationality Djibouti; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 11120061B (Djibouti) (individual) [SDGT] (Linked To: AL-SHABAAB).

ABD-AL-GHAFUR, Humam abd-al-Khaliq ABD AL-GHAFUR, Humam Abd al-Khaliq; a.k.a. 'ABD AL-RAHMAN, Humam 'abd al-Khaliq; a.k.a. GHAFUR, Humam Abdel Khaleq Abdel; a.k.a. RASHID, Humam 'abd al-Khaliq); DOB 1945; POB ar-Ramadi, Iraq; nationality Iraq; Former Minister of Higher Education and Research; M0018061/104,issued 12 September 1993 (individual) [IRAQ2].

'ABD-AL-JALIL, Yahya, Syria; DOB 26 Sep 1960; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ABD-AL-KARIM ALI, Ali (a.k.a. ABD-AL-KARIM, Ali; a.k.a. ABDULKARIM ALI, Ali; a.k.a. ABDULKARIM, Ali; a.k.a. KARIM ALI, Ali Abdel; a.k.a. KARIM ALI, Ali Abdul; a.k.a. KARIM, Ali Abdul); DOB 1953; POB Latakia Governorate, Syria; Syrian Ambassador to Lebanon (individual) [SYRIA].

ABD-AL-KARIM GROUP (a.k.a. ABDULKARIM GROUP; a.k.a. ALKARIM FOR TRADE & INDUSTRY L.L.C.; a.k.a. ALKARIM FOR TRADE AND INDUSTRY; a.k.a. MOHD. WAEL ABDULKARIM & PARTNERS CO.; a.k.a. WAEL ABDULKARIM AND PARTNERS), Abu

Rumaneh, Ibn Al Haytham St., Besides Indian Embassy, Building No. 7, 1st Floor, Office No. 5, Damascus, Syria; Jaber Bin Hayan St. No. 162, Akkad & Sufi Bldg No. 1, 1st Floor, Damascus, Syria; P.O. Box 5797, Damascus, Syria; P.O. Box 30693, Damascus, Syria; Adra-Tal El Kordi Triangle PC, Damascus 30693, Syria; Riyad El Solh Street, Beirut 12347, Lebanon; Website abdulkarimgroup.com [SYRIA] (Linked To: PANGATES INTERNATIONAL CORPORATION LIMITED).

ABD-AL-KARIM, Ali (a.k.a. ABD-AL-KARIM ALI, Ali; a.k.a. ABDULKARIM ALI, Ali; a.k.a. ABDULKARIM, Ali; a.k.a. KARIM ALI, Ali Abdel; a.k.a. KARIM ALI, Ali Abdul; a.k.a. KARIM, Ali Abdul); DOB 1953; POB Latakia Governorate, Syria; Syrian Ambassador to Lebanon (individual) [SYRIA].

ABDALLA, Fazul (a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT].

ABDALLAH AL-JAZAIRI (a.k.a. ARIF, Said; a.k.a. ARIF, Said Mohamed; a.k.a. CHABANI, Slimane; a.k.a. GHARIB, Omar; a.k.a. "ABDERAHMANE"; a.k.a. "ABDERRAHMANE"; a.k.a. "SOULEIMAN"), Syria; DOB 05 Dec 1965; POB Oran, Algeria; nationality Algeria (individual) [SDGT].

ABDALLAH AZZAM BRIGADES (a.k.a. ABDULLAH AZZAM BRIGADES; a.k.a. MARWAN HADID BRIGADE; a.k.a. MARWAN HADID BRIGADES; a.k.a. YUSUF AL-'UYAYRI BATTALIONS OF THE ABDULLAH AZZAM BRIGADES; a.k.a. ZIYAD AL-JARRAH BATTALIONS OF THE ABDULLAH AZZAM BRIGADES), Lebanon [FTO] [SDGT].

ABDALLAH, Abu (a.k.a. MUJAHID, Abdullah), Mohallah Markaz Tayyeba Street, Muridke, Lahore, Pakistan; DOB 15 May 1970; POB Bhalwal, Sargodha District, Punjab Province, Pakistan; citizen Pakistan; Passport DM1074371 (Pakistan) issued 30 May 2009

expires 29 May 2014; National ID No. 3540118204373 (Pakistan) (individual) [SDGT].

ABDALLAH, Ahmad Jalal Reda (Arabic: احمد جلال رضى عبدالله) (a.k.a. ABDALLAH, Ahmed Jalal Rida), Beirut, Lebanon; DOB 15 Aug 1966; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

ABDALLAH, Ahmed Jalal Rida (a.k.a. ABDALLAH, Ahmad Jalal Reda (Arabic: احمد جلال رضى عبدالله)), Beirut, Lebanon; DOB 15 Aug 1966; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

ABDALLAH, Ali Reda (Arabic: على رضا عبدالله), Embassies Street, Bir Hassan, Lebanon; DOB 19 May 1962; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR1191153 (Lebanon); alt. Passport A12404797 (Iraq) (individual) [SDGT] (Linked To: ABDALLAH, Ahmad Jalal Reda).

ABDALLAH, Ali Thafir (a.k.a. AL-TIKRITI, Yasir Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yasir Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yasir Sabawi Ibrahim Hassan; a.k.a. AL-TIKRITI, Yasser Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yasir Sabawi Ibrahim Hasan), Mosul, Iraq; Az Zabadani, Syria; DOB 15 May 1968; alt. DOB 1970; POB Al-Owja, Iraq; alt. POB Baghdad, Iraq; nationality Iraq; Passport 284158 (Iraq) expires 21 Aug 2005 (individual) [IRAQ2].

ABDALLAH, Hussein Ahmad (a.k.a. ABDALLAH, Hussein Ahmad Jalal (Arabic: حسين احمد جلال عبدالله)), Safarat St, El Salam Building, 4th floor, Bir Hassan, Lebanon; DOB 11 Feb 1996; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ABDALLAH, Ahmad Jalal Reda).

ABDALLAH, Hussein Ahmad Jalal (Arabic: حسين احمد جلال عبدالله) (a.k.a. ABDALLAH, Hussein Ahmad), Safarat St, El Salam Building, 4th floor,

Bir Hassan, Lebanon; DOB 11 Feb 1996; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ABDALLAH, Ahmad Jalal Reda).

ABDALLAH, Hussein Reda (Arabic: حسين رضا عبدالله), Lebanon; DOB 03 Jun 1964; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ABDALLAH, Ahmad Jalal Reda).

ABDALLAH, Kamal Mustafa (a.k.a. AL-TIKRITI, Kamal Mustafa Abdallah Sultan; a.k.a. AL-TIKRITI, Kamal Mustafa Sultan Abdallah); DOB 1952; alt. DOB 04 May 1955; POB Tikrit, Iraq; nationality Iraq; Republican Guard Secretary; led Special Republican Guard and commanded both Republican Guard corps (individual) [IRAQ2].

'ABDALLAH, Muhammad, Syria; DOB 05 Apr 1972; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ABDALLAH, Muhammad Yusif, Avenue Presidente Juscelino Kubistcheck 338, Apartment 1802, Center, Foz do Iguacu, Brazil; Avenue Presidente Juscelino Kubistcheck 133, Apartment 102, Center, Foz do Iguacu, Brazil; DOB 15 Jun 1952; POB Khalia, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Cedula No. 1110775 (Paraguay); Passport 670317 (Lebanon); alt. Passport 137532 (Paraguay) (individual) [SDGT].

'ABDALLAH, Qazi (a.k.a. 'ABD AL-SALAM, Said Jan; a.k.a. 'ABD-AL-SALAM, Sa'id Jan; a.k.a. ABDULLAH, Qazi; a.k.a. CAIRO, Aziz; a.k.a. JHAN, Said; a.k.a. KHAN, Farhan; a.k.a. SA'ID JAN, Qasi; a.k.a. WALID, Ibrahim; a.k.a. ZAIN KHAN, Dilawar Khan; a.k.a. "NANGIALI"); DOB 05 Feb 1981; alt. DOB 01 Jan 1972; nationality Afghanistan; Passport OR801168 (Afghanistan) issued 28 Feb 2006 expires 27 Feb 2011; alt. Passport 4117921 (Pakistan) issued 09 Sep 2008 expires 09 Sep 2013; National ID No. 281020505755 (Kuwait); Passport OR801168 and Kuwaiti National ID No. 281020505755 issued under the name Said Jan 'Abd al-Salam; Passport 4117921 issued under the name Dilawar Khan Zain Khan (individual) [SDGT].

ABDALLAH, Ramadan (a.k.a. ABDULLAH, Dr. Ramadan; a.k.a. SHALLAH, Dr. Ramadan Abdullah; a.k.a. SHALLAH, Ramadan Abdalla Mohamed), Damascus, Syria; DOB 01 Jan 1958; POB Gaza City, Gaza Strip; Passport 265 216 (Egypt); SSN 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 (United States); Secretary General of the PALESTINIAN ISLAMIC JIHAD (individual) [SDGT].

'ABDALLAH, Sayyar, Syria; DOB 15 May 1973; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ABDALLAH, Tarwat Salah (a.k.a. SHIHATA, Thirwat Salah; a.k.a. THIRWAT, Salah Shihata; a.k.a. THIRWAT, Shahata); DOB 29 Jun 1960; POB Egypt (individual) [SDGT].

'ABD-AL-QADIR, Abd-al-'Aziz, Syria; DOB 01 Feb 1965; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

'ABD-AL-SALAM, 'Abd al-Malik Muhammad Yusif (a.k.a. 'ABD AL-SALAM, 'Abd al-Malik Muhammad Yusuf 'Uthman; a.k.a. '"Umar al-Qatari"; a.k.a. '"Umar al-Tayyar"); DOB 13 Jul 1989; nationality Jordan; Passport K475336 (Jordan) issued 31 Aug 2009 expires 30 Aug 2014; National ID No. 28940000602 (Qatar) (individual) [SDGT].

'ABD-AL-SALAM, Ashraf Muhammad Yusif 'Uthman (a.k.a. 'ABD AL-SALAM, Ashraf Muhammad Yusif; a.k.a. 'ABD AL-SALAM, Ashraf Muhammad Yusuf 'Uthman; a.k.a. 'ABD-AL-SALAM, Ashraf Muhammad Yusuf; a.k.a. "Ibn al-Khattab"; a.k.a. "Khattab"), Syria; DOB 01 Jan 1984 to 31 Dec 1984; POB Iraq; nationality Jordan; Passport 486298 (Jordan); alt. Passport K048787; National ID No. 28440000526 (Qatar) (individual) [SDGT].

'ABD-AL-SALAM, Ashraf Muhammad Yusuf (a.k.a. 'ABD AL-SALAM, Ashraf Muhammad Yusif; a.k.a. 'ABD AL-SALAM, Ashraf Muhammad Yusuf 'Uthman; a.k.a. 'ABD-AL-SALAM, Ashraf Muhammad Yusif 'Uthman; a.k.a. "Ibn al-Khattab"; a.k.a. "Khattab"), Syria; DOB 01 Jan 1984 to 31 Dec 1984; POB Iraq; nationality Jordan; Passport 486298 (Jordan); alt. Passport K048787; National ID No. 28440000526 (Qatar) (individual) [SDGT].

'ABD-AL-SALAM, Sa'id Jan (a.k.a. 'ABD AL-SALAM, Said Jan; a.k.a. 'ABDALLAH, Qazi; a.k.a. ABDULLAH, Qazi; a.k.a. CAIRO, Aziz; a.k.a. JHAN, Said; a.k.a. KHAN, Farhan; a.k.a. SA'ID JAN, Qasi; a.k.a. WALID, Ibrahim; a.k.a. ZAIN KHAN, Dilawar Khan; a.k.a. "NANGIALI"); DOB 05 Feb 1981; alt. DOB 01 Jan 1972;

nationality Afghanistan; Passport OR801168 (Afghanistan) issued 28 Feb 2006 expires 27 Feb 2011; alt. Passport 4117921 (Pakistan) issued 09 Sep 2008 expires 09 Sep 2013; National ID No. 281020505755 (Kuwait); Passport OR801168 and Kuwaiti National ID No. 281020505755 issued under the name Said Jan 'Abd al-Salam; Passport 4117921 issued under the name Dilawar Khan Zain Khan (individual) [SDGT].

'ABD-AL-SAMAD, Muhammad Haytham, Syria; DOB 05 Sep 1947; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ABD-AL-WADUD, Abu-Mus'ab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUADOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Moussab; a.k.a. ABKELWADOUD, Abou Mossaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOOUD, Abou"), Meftah, Algeria;

DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

ABD-AL-WAHAB, Abd-al-Hai Ahmad (a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. THABIT 'IZ; a.k.a. '"ABD-AL-'IZ"; a.k.a. "ABU YASIR"); DOB 24 Jun 1954; POB Egypt; Passport 83860 (Sudan); alt. Passport 30455 (Egypt); alt. Passport 1046403 (Egypt) (individual) [SDGT].

'ABD-AL-WAHHAB, Ahmad, Syria; DOB 01 Jan 1982; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ABDAOUI, Youssef (a.k.a. ABDAOUI, Youssef Ben Abdul Baki Ben Youcef; a.k.a. "ABDELLAH"; a.k.a. "ABDULLAH"; a.k.a. "ABU ABDULLAH"), Piazza Giovane Italia n.2, Varese, Italy; Number 8/B Via Torino, Cassano Magnago (VA), Italy; DOB 04 Jun 1966; POB Kairouan, Tunisia; nationality Tunisia; Passport G025057 issued 23 Jun 1999 expires 05 Feb 2004; Identification Number AO 2879097 (Italy) expires 30 Oct 2012 (individual) [SDGT].

ABDAOUI, Youssef Ben Abdul Baki Ben Youcef (a.k.a. ABDAOUI, Youssef; a.k.a. "ABDELLAH"; a.k.a. "ABDULLAH"; a.k.a. "ABU ABDULLAH"), Piazza Giovane Italia n.2, Varese, Italy; Number 8/B Via Torino, Cassano Magnago (VA), Italy; DOB 04 Jun 1966; POB Kairouan, Tunisia; nationality Tunisia; Passport G025057 issued 23 Jun 1999 expires 05 Feb 2004; Identification Number AO 2879097 (Italy) expires 30 Oct 2012 (individual) [SDGT].

ABDEL EL-WADOUD, Abu Mossaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a.

ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

ABDEL HAMID, Mostafa Mohamed (a.k.a. FARAG, Mostafa; a.k.a. FARAG, Mostafa Mohamed; a.k.a. MAHAMED, Mostafa; a.k.a. "AL AUSTRALI, Abu Sulayman"; a.k.a. "AL MUHAJIR, Abu Sulayman"; a.k.a. "AL USTRALI, Abu Sulayman"; a.k.a. "AL-MASRI, Abu Sulayman") DOB 14 Feb 1984; POB Port Said, Egypt; nationality Australia; alt. nationality Egypt; Passport M1898709 (Australia) expires 11 Oct 2012; Driver's License No. 13652517 (Australia) expires 19 Apr 2014 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

ABDEL WADOUD, Abou Mossab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a.

ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

ABDEL WADOUD, Abou Moussaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mouaab; a.k.a. ABDELOUADOUD, Abou Mousab; a.k.a. ABDELOUADOUD, Abou Mussab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL,

Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

ABDELHAY, al-Sheikh (a.k.a. AHCENE, Cheib; a.k.a. ALLANE, Hacene; a.k.a. "ABU AL-FOUTOUH"; a.k.a. "BOULAHIA"; a.k.a. "HASSAN THE OLD") DOB 17 Jan 1941; POB El Menea, Algeria (individual) [SDGT].

ABDELMALEK, Drokdal (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mouaab; a.k.a. ABDELOUADOUD, Abou Mouassab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mousab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a.

DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

ABDELMALEK, Droukdal (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

ABDELMALEK, Droukdel (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

ABDELOUADOUD, Abi Mousaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a.

ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

ABDELOUADOUD, Abi Mousaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a.

ABKELWADOUD, Abou Mossaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

ABDELOUADOUD, Abou Mossaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Mousab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Musab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

ABDELOUADOUD, Abou Mossaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

ABDELOUADOUD, Abou Moussaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel;

OFFICE OF FOREIGN ASSETS CONTROL

a.k.a. ABDELOUADOUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossaab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

ABDELOUADOUD, Abou Musab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mussab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

ABDELOUADOUD, Abu Mus'ab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mussaab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

ABDELOUADOUDE, Abou Moussaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Moussab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelwadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

ABDELRAZAK, Ismail (a.k.a. ESMAIL, Abdurazak; a.k.a. FITIWI, Abdurazak; a.k.a. FITWI, Abd al-Razzak), Tripoli, Libya; Sabratha, Libya; Benghazi, Libya; DOB 1985 to 1987; POB Massawa, Eritrea; nationality Sudan; Gender Male (individual) [LIBYA3].

ABDELRAZEK, Abousofian (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Passport BC166787 (Canada) (individual) [SDGT].

ABDELRAZIK, Abousfian Salman (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Passport BC166787 (Canada) (individual) [SDGT].

ABDELRAZIK, Abousofian (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZEK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. ABDELRAZIK, Sofian; a.k.a. "ABOU EL LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Passport BC166787 (Canada) (individual) [SDGT].

ABDELRAZIK, Sofian (a.k.a. ABD AL RAZEQ, Abu Sufian; a.k.a. 'ABD AL-RAZZIQ, Abu Sufian al-Salamabi Muhammed Ahmed; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousfian Salman; a.k.a. ABDELRAZIK, Abousofian; a.k.a. ABDELRAZIK, Abousofiane; a.k.a. "ABOU EL

---

ABDELOUDOUD, Abu Musab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Moussab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel;

LAYTH"; a.k.a. "ABOULAIL"; a.k.a. "ABU JUIRIAH"; a.k.a. "ABU SUFIAN"; a.k.a. "ABULAIL"; a.k.a. "DJOLAIBA THE SUDANESE"; a.k.a. "JOLAIBA"; a.k.a. "OULD EL SAYEIGH"); DOB 06 Aug 1962; POB Al-Bawgah, Sudan; alt. POB Albaouga, Sudan; nationality Canada; alt. nationality Sudan; Passport BC166787 (Canada) (individual) [SDGT].

ABDELWADOUD, Abou Mossab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Moussab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABKELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

ABDESLAM, Salah; DOB 15 Sep 1989; POB Brussels, Belgium; citizen France (individual) [SDGT].

ABDI ASJARD, Abbas (a.k.a. ABDI ASJERD, Abbas (Arabic: عباس عبدی اسجرد); a.k.a. ABDI ESJERD, Abbas; a.k.a. ABDIASJERD, Abbas), Tehran, Iran; DOB 09 Sep 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R35593485 (Iran); National ID No. 0045607362 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: BONYAN DANESH SHARGH PRIVATE COMPANY).

ABDI ASJERD, Abbas (Arabic: عباس عبدی اسجرد) (a.k.a. ABDI ASJARD, Abbas; a.k.a. ABDI ESJERD, Abbas; a.k.a. ABDIASJERD, Abbas), Tehran, Iran; DOB 09 Sep 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R35593485 (Iran); National ID No. 0045607362 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: BONYAN DANESH SHARGH PRIVATE COMPANY).

ABDI ASJERD, Zahra (Arabic: زهرا عبدی اسجرد), Tehran, Iran; DOB 22 Oct 1995; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport F44356873 (Iran) expires 03 Jan 2023; National ID No. 0018946798 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: BONYAN DANESH SHARGH PRIVATE COMPANY).

ABDI ESJERD, Abbas (a.k.a. ABDI ASJARD, Abbas; a.k.a. ABDI ASJERD, Abbas (Arabic: عباس عبدی اسجرد); a.k.a. ABDIASJERD, Abbas), Tehran, Iran; DOB 09 Sep 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R35593485 (Iran); National ID No. 0045607362 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: BONYAN DANESH SHARGH PRIVATE COMPANY).

ABDI, Abdifatah Abubakar (a.k.a. "MUHAJIR, Musa"), Somalia; Mombasa, Kenya; DOB 15 Apr 1982; POB Somalia; nationality Somalia; Gender Male (individual) [SDGT].

ABDI, Abdlwahab Noor (a.k.a. ABDI, Abdulwahab Noor (Arabic: عبدالوهاب نور عبدی); a.k.a. ABDI, Abduwahab Nur), Nasser Square, Dubai, United Arab Emirates; Musheer Building, Flat 202, Al Rumailah, Ajman, United Arab Emirates; DOB 01 Jan 1970; POB Filtu, Ethiopia; nationality Ethiopia; Gender Male; Passport EP3446365 (Ethiopia) issued 10 Dec 2014 expires 09 Dec

2019; Identification Number 784197051728729 (United Arab Emirates) (individual) [SOMALIA].

ABDI, Abdulwahab Noor (Arabic: عبدالوهاب نور عبدی); a.k.a. ABDI, Abdlwahab Noor; a.k.a. ABDI, Abduwahab Nur), Nasser Square, Dubai, United Arab Emirates; Musheer Building, Flat 202, Al Rumailah, Ajman, United Arab Emirates; DOB 01 Jan 1970; POB Filtu, Ethiopia; nationality Ethiopia; Gender Male; Passport EP3446365 (Ethiopia) issued 10 Dec 2014 expires 09 Dec 2019; Identification Number 784197051728729 (United Arab Emirates) (individual) [SOMALIA].

ABDI, Abduwahab Nur (a.k.a. ABDI, Abdlwahab Noor; a.k.a. ABDI, Abdulwahab Noor (Arabic: عبدالوهاب نور عبدی)), Nasser Square, Dubai, United Arab Emirates; Musheer Building, Flat 202, Al Rumailah, Ajman, United Arab Emirates; DOB 01 Jan 1970; POB Filtu, Ethiopia; nationality Ethiopia; Gender Male; Passport EP3446365 (Ethiopia) issued 10 Dec 2014 expires 09 Dec 2019; Identification Number 784197051728729 (United Arab Emirates) (individual) [SOMALIA].

ABDI, Nuh Ibrahim (a.k.a. ALI, Abdiaziz Dubow; a.k.a. AYMAN, Maalim; a.k.a. AYMAN, Ma'alim; a.k.a. AYMAN, Mo'alim; a.k.a. "KABO, Ayman"), Kenya; Badamadow, Lower Juba Region, Somalia; DOB 1973; alt. DOB 1983; POB Kenya; Gender Male (individual) [SDGT].

ABDIASJERD, Abbas (a.k.a. ABDI ASJARD, Abbas; a.k.a. ABDI ASJERD, Abbas (Arabic: عباس عبدی اسجرد); a.k.a. ABDI ESJERD, Abbas), Tehran, Iran; DOB 09 Sep 1960; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R35593485 (Iran); National ID No. 0045607362 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: BONYAN DANESH SHARGH PRIVATE COMPANY).

ABDIKADIR, Abdikadir Mohamed (a.k.a. ABDUKADIR, Abdukadir Mohamed; a.k.a. ABDULKADIR, Abdulkadir Mohamed; a.k.a. "IKRIMA"), Somalia; DOB 1985; POB Somalia; nationality Kenya; citizen Kenya; Gender Male (individual) [SDGT] (Linked To: AL-SHABAAB).

ABDIKARIM, Sheikh Mahad Omar (a.k.a. ABU UBAIDAH, Ahmad Umar; a.k.a. ABU UBAIDAH, Ahmed Omar; a.k.a. ABU UBAIDAH, Sheikh Ahmad Umar; a.k.a. ABU UBAIDAH, Sheikh Ahmed Umar; a.k.a. ABU UBAIDAHA, Sheikh Omar; a.k.a. DIRIYE, Ahmed; a.k.a. DIRIYE, Mahad; a.k.a. UMAR, Sheikh Ahmed; a.k.a. "DIRIYE, Abu"; a.k.a. "UBAIDAH, Abu"; a.k.a.

"UMAR, Ahmad"), Somalia; DOB 1972; POB Somalia (individual) [SDGT].

ABDILAHI, Abdi Xamiid Omar (a.k.a. ABDULLAHI, Abdulkadir Omar; a.k.a. OMAR, Abdullahi Abdul Kadir), Uganda; DOB 01 Jan 1962; POB Mandera, Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BK042853 (Kenya) (individual) [SDGT] (Linked To: AL-SHABAAB).

ABDILLAH, Abubakar (a.k.a. ABDILLAH, Ustadz Abubakar; a.k.a. CASTRO, Jorge; a.k.a. DE LOS REYES, Feliciano; a.k.a. DE LOS REYES, Feliciano Abubakar; a.k.a. DELOS REYES Y SEMBERIO, Feleciano; a.k.a. DELOS REYES, Feleciano Semborio; a.k.a. DELOS REYES, Feliciano Semborio, Jr.; a.k.a. DELOS REYES, Ustadz Abubakar; a.k.a. REYES, Abubakar; a.k.a. "ABDILLAH, Abdul"); DOB 04 Nov 1963; POB Arco, Lamitan, Basilan Province, Philippines; nationality Philippines (individual) [SDGT].

ABDILLAH, Ustadz Abubakar (a.k.a. ABDILLAH, Abubakar; a.k.a. CASTRO, Jorge; a.k.a. DE LOS REYES, Feliciano; a.k.a. DE LOS REYES, Feliciano Abubakar; a.k.a. DELOS REYES Y SEMBERIO, Feleciano; a.k.a. DELOS REYES, Feleciano Semborio; a.k.a. DELOS REYES, Feliciano Semborio, Jr.; a.k.a. DELOS REYES, Ustadz Abubakar; a.k.a. REYES, Abubakar; a.k.a. "ABDILLAH, Abdul"); DOB 04 Nov 1963; POB Arco, Lamitan, Basilan Province, Philippines; nationality Philippines (individual) [SDGT].

ABDILLAHI, Abshir (a.k.a. ABDULAHI, Asad; a.k.a. ABDULI, Aburashid Abdulahi; a.k.a. ABDULLAHI, Abshir; a.k.a. BOYAH, Abshir; a.k.a. "BOOYAH"; a.k.a. "BOYAH"), Eyl, Somalia; Garowe, Somalia; DOB circa 1966; POB Eyl, Somalia (individual) [SOMALIA].

ABDOLLAHI ALIABADI, Ali (a.k.a. ABDOLLAHI, Ali), Iran; DOB 1959; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

ABDOLLAHI FARD, Hojjat (a.k.a. ABDOLLAHIFARD, Hojat; a.k.a. ABDULAHI FARD, Hojat (Arabic: حجت عبدالهي فرد)), Tehran, Iran; DOB 22 Dec 1964; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 4072184535 (Iran) (individual) [SDGT] [IFSR]

[RUSSIA-EO14024] (Linked To: SAHARA THUNDER).

ABDOLLAHI, Ali (a.k.a. ABDOLLAHI ALIABADI, Ali), Iran; DOB 1959; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

ABDOLLAHI, Hamed (a.k.a. ABDULLAHI, Mustafa); DOB 11 Aug 1960; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport D9004878 (individual) [SDGT] [IRGC] [IFSR].

ABDOLLAHIFARD, Hojat (a.k.a. ABDOLLAHI FARD, Hojjat; a.k.a. ABDULAHI FARD, Hojat (Arabic: حجت عبدالهي فرد)), Tehran, Iran; DOB 22 Dec 1964; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 4072184535 (Iran) (individual) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: SAHARA THUNDER).

ABDOLLAHINEJAD, Bahram (Arabic: بهرام عبدالهي نژاد), Iran; DOB 11 Jun 1959; POB Sarab, East Azerbaijan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport I42008251 (Iran) expires 30 Jul 2022; National ID No. 1652879668 (Iran); CEO of Naji Pars Amin Institute (individual) [IRAN-HR] (Linked To: NAJI PARS AMIN INSTITUTE).

ABDOLLAH-POUR, Mohammad (a.k.a. ABDOLLAHPOUR, Mohammad (Arabic: محمد عبدالله پور)), Gilan Province, Iran; DOB 21 Mar 1963 to 20 Mar 1964; POB Astaneh Ashrafieh, Gilan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ABDOLLAHPOUR, Mohammad (Arabic: محمد عبدالله پور) (a.k.a. ABDOLLAH-POUR, Mohammad), Gilan Province, Iran; DOB 21 Mar 1963 to 20 Mar 1964; POB Astaneh Ashrafieh, Gilan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ABDORABOH, Mohammed Saleh (a.k.a. AL OMQI, Mohammed Saleh Abdurabu; a.k.a. ALAMQE, Mohammed Saleh A; a.k.a. AL-AMQI, Muhammad Salih 'Abd-Rabbuh; a.k.a. ALAMQY, Mohammed Salih Abdrabah; a.k.a. AL-OMAQY, Mohammed Saleh Abd Rabo;

a.k.a. AL-OMGY, Mohammed Saleh Abd'rabbo; a.k.a. AL-OMGY, Muhammad Salih Abd-Rabbuh (Arabic: محمد صالح عبديه العمقي); a.k.a. AL-UMAQI, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMGY, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMQI, Mohammad Saleh Abdurabbuh; a.k.a. AL-UMQI, Muhammad Saleh Abd-Rabbuh; a.k.a. AL-UMQY, Muhammad Saleh Abd-Rabbuh), Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'da' Street, J Dirham, Salam, Hadramawt, Yemen; Al Amqi Company, Al Makla, Ash Shaykh Uthman, Hadramawt, Yemen; Sayyiun, Suq As Sarrafin, Sayun, Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt. Passport 00692808 (Yemen) issued 03 Mar 2001 expires 03 Mar 2007; Identification Number 08010019189 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

ABDOULAY, Oumar Younnes (a.k.a. ABDOULAY, Oumar Younous; a.k.a. M'BETIBANGUI, Oumar Younous; a.k.a. SODIAM, Oumar; a.k.a. YOUNOUS, Omar; a.k.a. YOUNOUS, Oumar; a.k.a. YUNUS, 'Umar), Bria, Haute-Kotto Prefecture, Central African Republic; Birao, Vakaga Prefecture, Central African Republic; Darfur, Sudan; DOB 02 Apr 1970; POB Tullus, Southern Darfur, Sudan; nationality Sudan; Passport D00000898 issued 04 Nov 2013 (individual) [CAR].

ABDOULAY, Oumar Younous (a.k.a. ABDOULAY, Oumar Younnes; a.k.a. M'BETIBANGUI, Oumar Younous; a.k.a. SODIAM, Oumar; a.k.a. YOUNOUS, Omar; a.k.a. YOUNOUS, Oumar; a.k.a. YUNUS, 'Umar), Bria, Haute-Kotto Prefecture, Central African Republic; Birao, Vakaga Prefecture, Central African Republic; Darfur, Sudan; DOB 02 Apr 1970; POB Tullus, Southern Darfur, Sudan; nationality Sudan; Passport D00000898 issued 04 Nov 2013 (individual) [CAR].

ABDOULAYE, Hissene (a.k.a. ABDOULAYE, Issene; a.k.a. HISSEIN, Abdoulaye; a.k.a. HISSENE, Abdoulaye; a.k.a. ISSENE, Abdoulaye (Latin: ISSÈNE, Abdoulaye); a.k.a. RAMADANE, Abdoulaye Issene (Latin: RAMADANE, Abdoulaye Issène), KM5, Bangui, Central African Republic; Ndele,

Bamingui-Bangoran Prefecture, Central African Republic; DOB 1967; POB Ndele, Bamingui-Bangoran Prefecture, Central African Republic; nationality Central African Republic; Gender Male; Passport D00000897 (Central African Republic) issued 05 Apr 2013 expires 04 Apr 2018 (individual) [CAR].

ABDOULAYE, Issene (a.k.a. ABDOULAYE, Hissene; a.k.a. HISSEIN, Abdoulaye; a.k.a. HISSENE, Abdoulaye; a.k.a. ISSENE, Abdoulaye (Latin: ISSÈNE, Abdoulaye); a.k.a. RAMADANE, Abdoulaye Issene (Latin: RAMADANE, Abdoulaye Issène)), KM5, Bangui, Central African Republic; Ndele, Bamingui-Bangoran Prefecture, Central African Republic; DOB 1967; POB Ndele, Bamingui-Bangoran Prefecture, Central African Republic; nationality Central African Republic; Gender Male; Passport D00000897 (Central African Republic) issued 05 Apr 2013 expires 04 Apr 2018 (individual) [CAR].

ABDRABBA, Ghoma (a.k.a. ABDRABBA, Ghunia; a.k.a. ABD'RABBAH, Ghuma; a.k.a. ABDURABBA, Ghunia; a.k.a. "ABD'RABBAH"; a.k.a. "ABU JAMIL"), Birmingham, United Kingdom; DOB 02 Sep 1957; POB Benghazi, Libya; nationality United Kingdom (individual) [SDGT].

ABDRABBA, Ghunia (a.k.a. ABDRABBA, Ghoma; a.k.a. ABD'RABBAH, Ghuma; a.k.a. ABDURABBA, Ghunia; a.k.a. "ABD'RABBAH"; a.k.a. "ABU JAMIL"), Birmingham, United Kingdom; DOB 02 Sep 1957; POB Benghazi, Libya; nationality United Kingdom (individual) [SDGT].

ABD'RABBAH, Ghuma (a.k.a. ABDRABBA, Ghoma; a.k.a. ABDRABBA, Ghunia; a.k.a. ABDURABBA, Ghunia; a.k.a. "ABD'RABBAH"; a.k.a. "ABU JAMIL"), Birmingham, United Kingdom; DOB 02 Sep 1957; POB Benghazi, Libya; nationality United Kingdom (individual) [SDGT].

ABDRAKHMANOV, Farid Khabibullovich (a.k.a. ABDRAKHMANOV, Faryd Khabybullovych), Russia; DOB 22 Oct 1954; POB Zelenodolsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; National ID No. 666301586521 (Russia) (individual) [RUSSIA-EO14024].

ABDRAKHMANOV, Faryd Khabybullovych (a.k.a. ABDRAKHMANOV, Farid Khabibullovich), Russia; DOB 22 Oct 1954; POB Zelenodolsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114; National ID No. 666301586521 (Russia) (individual) [RUSSIA-EO14024].

ABDU SHAKUR, Anas (a.k.a. AL-ABBOUBI, Anas; a.k.a. EL ABBOUBI, Anas; a.k.a. EL-ABBOUBI, Anas; a.k.a. SHAKUR, Anas; a.k.a. "Abu Rawaha the Italian"; a.k.a. "Abu the Italian"; a.k.a. "AL-ITALY, Anas"; a.k.a. "Mc Khalifh"; a.k.a. "Mc Khaliph"; a.k.a. "McKhalif"; a.k.a. "Rawaha al Itali"), Aleppo, Syria; DOB 01 Oct 1992 to 31 Oct 1992; POB Marrakech, Morocco (individual) [SDGT].

'ABDU, Abdallah, Syria; DOB 05 Dec 1957; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

'ABDU, Hikmat, Syria; DOB 12 Mar 1961; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

'ABDU, Muhammad Jamal (a.k.a. ABDU, Muhammad Jamal Ahmad; a.k.a. ABDUH, Mohammad Jamal; a.k.a. AHMAD, Muhammad Gamal Abu; a.k.a. AHMAD, Muhammad Jamal Abu; a.k.a. AHMED, Mohammad Jamal Abdo; a.k.a. AL KASHEF, Muhammad Jamal; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-Al Rahim; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-al Rahim Ahmad; a.k.a. AL-MASRI, Abu Ahmad; a.k.a. JAMAL, Muhammad); DOB 01 Jan 1964; alt. DOB 01 Feb 1964; POB Cairo, Egypt; nationality Egypt (individual) [SDGT].

ABDU, Muhammad Jamal Ahmad (a.k.a. 'ABDU, Muhammad Jamal; a.k.a. ABDUH, Mohammad Jamal; a.k.a. AHMAD, Muhammad Gamal Abu; a.k.a. AHMAD, Muhammad Jamal Abu; a.k.a. AHMED, Mohammad Jamal Abdo; a.k.a. AL KASHEF, Muhammad Jamal; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-Al Rahim; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-al Rahim Ahmad; a.k.a. AL-MASRI, Abu Ahmad; a.k.a. JAMAL, Muhammad); DOB 01 Jan 1964; alt. DOB 01 Feb 1964; POB Cairo, Egypt; nationality Egypt (individual) [SDGT].

ABDUH, Mohammad Jamal (a.k.a. 'ABDU, Muhammad Jamal; a.k.a. ABDU, Muhammad Jamal Ahmad; a.k.a. AHMAD, Muhammad Gamal Abu; a.k.a. AHMAD, Muhammad Jamal Abu; a.k.a. AHMED, Mohammad Jamal Abdo; a.k.a. AL KASHEF, Muhammad Jamal; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-Al Rahim; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-Al Rahim Ahmad; a.k.a. AL-MASRI, Abu Ahmad; a.k.a. JAMAL, Muhammad); DOB 01 Jan 1964; alt. DOB 01 Feb 1964; POB Cairo, Egypt; nationality Egypt (individual) [SDGT].

ABDUKADIR, Abdukadir Mohamed (a.k.a. ABDIKADIR, Abdikadir Mohamed; a.k.a. ABDULKADIR, Abdulkadir Mohamed; a.k.a. "IKRIMA"), Somalia; DOB 1985; POB Somalia; nationality Kenya; citizen Kenya; Gender Male (individual) [SDGT] (Linked To: AL-SHABAAB).

ABDUL AL MAJID, Afif (a.k.a. ABDUL MADJID, Afif; a.k.a. ABDUL MAJID, Afif; a.k.a. BIN ABDUL MADJID, Afief; a.k.a. BIN ABDUL MAJID, Afif); DOB 26 Apr 1952; POB Pacitan, East Java, Indonesia; nationality Indonesia (individual) [SDGT].

ABDUL BASEER, Abdul Qadeer Basir (a.k.a. AHMAT, Abdul Qadir; a.k.a. BASIR, Abdul Qadir; a.k.a. HAQQANI, Abdul Qadir; a.k.a. QADIR, Abdul; a.k.a. "Nasibullah"), Peshawar, Pakistan; DOB 1964; POB Nangarhar Province, Afghanistan; nationality Afghanistan; Gender Male; Passport D000974 (Afghanistan) (individual) [SDGT] (Linked To: TALIBAN).

ABDUL DA'IM NASRALLAH, Mohammed Ahmed (a.k.a. ABD EL DAIM, Mohamed Ahmed; a.k.a. 'ABD-AL-DA'IM, Muhammad Ahmad; a.k.a. 'ABD-AL-DAYIM NASRALLAH, Muhammad Ahmad (Arabic: محمد أحمد عبد الدايم نصرالله); a.k.a. ABID AL DAIM NASR ALLAH, Mohammad Ahmad; a.k.a. ABID ALDAIM NASR ALLAH, Mohammad Ahmad; a.k.a. NASRALLAH, Mohammed; a.k.a. NASRALLAH, Muhammad; a.k.a. "NASR, Muhammad"), Qatar; DOB 03 Oct 1964; POB Aqbat Jabr, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9641032658 (Jordan); Identification Number 103185046 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

ABDUL HAMEED AL ASADI, Makki Kadhim (a.k.a. 'ABD AL-HAMID AL-ASADI, Makki Kazim), Basrah, Iraq; DOB 10 Oct 1957; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT]

[IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ABDUL HAMEED SHAHABUDDIN (a.k.a. ABDUL HAMEED SHAHABUDDIN; a.k.a. ABDUL HAMEED SHAHAB-UD-DIN; a.k.a. ABDUL HAMEED SHAHAB-U-DIN), 2-Chamberlain Road, Lahore, Pakistan; 2-Chamberlain Road, 54000, Pakistan [SDGT] (Linked To: SHEIKH, Muhammad Naeem).

ABDUL HAMEED SHAHAB-UD-DIN (a.k.a. ABDUL HAMEED SHAHABUDDIN; a.k.a. ABDUL HAMEED SHAHABUDDIN; a.k.a. ABDUL HAMEED SHAHAB-U-DIN), 2-Chamberlain Road, Lahore, Pakistan; 2-Chamberlain Road, 54000, Pakistan [SDGT] (Linked To: SHEIKH, Muhammad Naeem).

ABDUL HAMEED SHAHAB-UD-DIN (a.k.a. ABDUL HAMEED SHAHABUDDIN; a.k.a. ABDUL HAMEED SHAHABUDDIN; a.k.a. ABDUL HAMEED SHAHAB-U-DIN), 2-Chamberlain Road, Lahore, Pakistan; 2-Chamberlain Road, 54000, Pakistan [SDGT] (Linked To: SHEIKH, Muhammad Naeem).

ABDUL HAMEED SHAHAB-U-DIN (a.k.a. ABDUL HAMEED SHAHABUDDIN; a.k.a. ABDUL HAMEED SHAHABUDDIN; a.k.a. ABDUL HAMEED SHAHAB-UD-DIN), 2-Chamberlain Road, Lahore, Pakistan; 2-Chamberlain Road, 54000, Pakistan [SDGT] (Linked To: SHEIKH, Muhammad Naeem).

ABDUL KHALED, Adel Mohamed Mahmood (a.k.a. ABD AL-KHALIQ, Adil Muhammad Mahmud; a.k.a. ABDUL KHALIQ, Adel Mohamed Mahmoud); DOB 02 Mar 1984; POB Bahrain; nationality Bahrain; Passport 1632207 (Bahrain) (individual) [SDGT].

ABDUL KHALIQ, Adel Mohamed Mahmoud (a.k.a. ABD AL-KHALIQ, Adil Muhammad Mahmud; a.k.a. ABDUL KHALED, Adel Mohamed Mahmood); DOB 02 Mar 1984; POB Bahrain; nationality Bahrain; Passport 1632207 (Bahrain) (individual) [SDGT].

ABDUL MADJID, Afif (a.k.a. ABDUL AL MAJID, Afif; a.k.a. ABDUL MAJID, Afif; a.k.a. BIN ABDUL MADJID, Afief; a.k.a. BIN ABDUL MAJID, Afif); DOB 26 Apr 1952; POB Pacitan, East Java, Indonesia; nationality Indonesia (individual) [SDGT].

ABDUL MAJID, Afif (a.k.a. ABDUL AL MAJID, Afif; a.k.a. ABDUL MADJID, Afif; a.k.a. BIN ABDUL MADJID, Afief; a.k.a. BIN ABDUL MAJID, Afif); DOB 26 Apr 1952; POB Pacitan, East Java, Indonesia; nationality Indonesia (individual) [SDGT].

ABDUL RAHIM, Ali Mohamad, Trsv 44, No. 45a - 19, Colombia; DOB 16 Sep 1968; nationality Lebanon; citizen Colombia; Cedula No. 310221 (Colombia); Passport 1505015 (Lebanon) (individual) [SDNT].

ABDUL RAHMAN, Mohamad Iqbal (a.k.a. A RAHMAN, Mohamad Iqbal; a.k.a. ABDURRAHMAN, Abu Jibril; a.k.a. ABDURRAHMAN, Mohamad Iqbal; a.k.a. MUQTI, Fihiruddin; a.k.a. MUQTI, Fikiruddin; a.k.a. RAHMAN, Mohamad Iqbal; a.k.a. "ABU JIBRIL"), Jalan Nakula, Komplek Witana Harja III, Blok C 106-107, Pamulang, Tangerang, Indonesia; DOB 17 Aug 1957; alt. DOB 17 Aug 1958; POB Korleko-Lombok Timur, Indonesia; alt. POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesia; National ID No. 3603251708570001 (individual) [SDGT].

ABDUL RAHMAN, Muhammad Jibriel (a.k.a. ABDUL RAHMAN, Muhammad Jibril; a.k.a. ABDURRAHMAN, Mohammad Jibriel; a.k.a. ABDURRAHMAN, Mohammad Jibril; a.k.a. ARDHAN BIN ABU JIBRIL, Muhammad Ricky; a.k.a. ARDHAN BIN MUHAMMAD IQBAL, Muhammad Ricky; a.k.a. ARDHAN, Muhamad Ricky; a.k.a. "SYAH, Heris"; a.k.a. "YUNUS, Muhammad"), Jl. M Saidi RT 010 RW 001 Pesanggrahan, South Petukangan, South Jakarta, Indonesia; Jl. Nakula of Witana Harja Complex, Block C, Pamulang, Tangerang, Banten, Indonesia; DOB 28 May 1984; alt. DOB 03 Dec 1979; alt. DOB 08 Aug 1980; alt. DOB 03 Mar 1979; POB East Lombok, West Nusa Tenggara, Indonesia; nationality Indonesia; Passport S335026 (Indonesia); National ID No. 3219222002.2181558; Identification Number 2181558 (individual) [SDGT].

ABDUL RAHMAN, Muhammad Jibril (a.k.a. ABDUL RAHMAN, Muhammad Jibriel; a.k.a. ABDURRAHMAN, Mohammad Jibriel; a.k.a. ABDURRAHMAN, Mohammad Jibril; a.k.a. ARDHAN BIN ABU JIBRIL, Muhammad Ricky; a.k.a. ARDHAN BIN MUHAMMAD IQBAL, Muhammad Ricky; a.k.a. ARDHAN, Muhamad Ricky; a.k.a. "SYAH, Heris"; a.k.a. "YUNUS, Muhammad"), Jl. M Saidi RT 010 RW 001 Pesanggrahan, South Petukangan, South Jakarta, Indonesia; Jl. Nakula of Witana Harja Complex, Block C, Pamulang, Tangerang, Banten, Indonesia; DOB 28 May 1984; alt. DOB 03 Dec 1979; alt. DOB 08 Aug 1980; alt. DOB 03 Mar 1979; POB East Lombok, West Nusa Tenggara, Indonesia; nationality Indonesia; Passport S335026 (Indonesia); National ID No.

3219222002.2181558; Identification Number 2181558 (individual) [SDGT].

ABDULAHI FARD, Hojat (Arabic: حجت عبداللهی فرد) (a.k.a. ABDOLLAHI FARD, Hojjat; a.k.a. ABDOLLAHIFARD, Hojat), Tehran, Iran; DOB 22 Dec 1964; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 4072184535 (Iran) (individual) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: SAHARA THUNDER).

ABDULAHI, Asad (a.k.a. ABDILLAHI, Abshir; a.k.a. ABDULI, Aburashid Abdulahi; a.k.a. ABDULLAHI, Abshir; a.k.a. BOYAH, Abshir; a.k.a. "BOOYAH"; a.k.a. "BOYAH"), Eyl, Somalia; Garowe, Somalia; DOB circa 1966; POB Eyl, Somalia (individual) [SOMALIA].

ABDULASATTAR (a.k.a. BARAKZAI, Haji Abdul Sattar; a.k.a. BARAKZAI, Haji Satar; a.k.a. MANAN, Haji Abdul Satar Haji Abdul; a.k.a. SATAR, Haji Abdul), Kachray Road, Pashtunabad, Quetta, Balochistan Province, Pakistan; Nasrullah Khan Chowk, Pashtunabad Area, Balochistan Province, Pakistan; Chaman, Balochistan Province, Pakistan; Abdul Satar Food Shop, Eno Mina 0093, Kandahar, Afghanistan; DOB 1964; POB Mirmandaw Village, Nahr-e Saraj District, Helmand Province, Afghanistan; alt. POB Qilla Abdullah, Pakistan; alt. POB Mirmadaw Village, Gereshk District, Helmand Province, Afghanistan; Passport AM5421691 (Pakistan) expires 11 Aug 2013; National ID No. 5420250161699 (Pakistan); alt. National ID No. 585629 (Afghanistan) (individual) [SDGT] (Linked To: HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE; Linked To: TALIBAN).

ABDULI, Aburashid Abdulahi (a.k.a. ABDILLAHI, Abshir; a.k.a. ABDULAHI, Asad; a.k.a. ABDULLAHI, Abshir; a.k.a. BOYAH, Abshir; a.k.a. "BOOYAH"; a.k.a. "BOYAH"), Eyl, Somalia; Garowe, Somalia; DOB circa 1966; POB Eyl, Somalia (individual) [SOMALIA].

ABDULKADIR, Abdulkadir Mohamed (a.k.a. ABDIKADIR, Abdikadir Mohamed; a.k.a. ABDUKADIR, Abdukadir Mohamed; a.k.a. "IKRIMA"), Somalia; DOB 1985; POB Somalia; nationality Kenya; citizen Kenya; Gender Male (individual) [SDGT] (Linked To: AL-SHABAAB).

ABDULKARIM, Ali, Ali (a.k.a. ABD-AL-KARIM ALI, Ali; a.k.a. ABD-AL-KARIM, Ali; a.k.a. ABDULKARIM, Ali; a.k.a. KARIM ALI, Ali Abdel; a.k.a. KARIM ALI, Ali Abdul; a.k.a. KARIM, Ali Abdul); DOB 1953; POB Latakia Governorate,

Syria; Syrian Ambassador to Lebanon (individual) [SYRIA].

ABDULKARIM GROUP (a.k.a. ABD-AL-KARIM GROUP; a.k.a. ALKARIM FOR TRADE & INDUSTRY L.L.C.; a.k.a. ALKARIM FOR TRADE AND INDUSTRY; a.k.a. MOHD. WAEL ABDULKARIM & PARTNERS CO.; a.k.a. WAEL ABDULKARIM AND PARTNERS), Abu Rumaneh, Ibn Al Haytham St., Besides Indian Embassy, Building No. 7, 1st Floor, Office No. 5, Damascus, Syria; Jaber Bin Hayan St. No. 162, Akkad & Sufi Bldg No. 1, 1st Floor, Damascus, Syria; P.O. Box 5797, Damascus, Syria; P.O. Box 30693, Damascus, Syria; Adra-Tal El Kordi Triangle PC, Damascus 30693, Syria; Riyad El Solh Street, Beirut 12347, Lebanon; Website abdulkarimgroup.com [SYRIA] (Linked To: PANGATES INTERNATIONAL CORPORATION LIMITED).

ABDULKARIM, Ali (a.k.a. ABD-AL-KARIM ALI, Ali; a.k.a. ABD-AL-KARIM, Ali; a.k.a. ABDULKARIM ALI, Ali; a.k.a. KARIM ALI, Ali Abdel; a.k.a. KARIM ALI, Ali Abdul; a.k.a. KARIM, Ali Abdul); DOB 1953; POB Latakia Governorate, Syria; Syrian Ambassador to Lebanon (individual) [SYRIA].

ABDULKARIM, Mohammad Wael (a.k.a. ABDULKARIM, Wael), Dubai, United Arab Emirates; DOB 1973; POB Damascus, Syria; nationality Syria; Managing Director, Pangates International Corp. Ltd.; General Manager, Pangates International Corp. Ltd.; Director, Abdulkarim Group (individual) [SYRIA] (Linked To: PANGATES INTERNATIONAL CORPORATION LIMITED; Linked To: ABDULKARIM GROUP).

ABDULKARIM, Wael (a.k.a. ABDULKARIM, Mohammad Wael), Dubai, United Arab Emirates; DOB 1973; POB Damascus, Syria; nationality Syria; Managing Director, Pangates International Corp. Ltd.; General Manager, Pangates International Corp. Ltd.; Director, Abdulkarim Group (individual) [SYRIA] (Linked To: PANGATES INTERNATIONAL CORPORATION LIMITED; Linked To: ABDULKARIM GROUP).

ABDULLA, Shareef (a.k.a. SHAREEF, Abdulla), Felividhuvaruge, Thimarafushi, Maldives; DOB 11 Jun 1986; POB Thimarafushi, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. A141872 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ABDULLAH AL MAMUN, Chowdhury (a.k.a. AL-MAMUN, Chowdhury Abdullah), Bangladesh; DOB 12 Jan 1964; POB Sunamganj, Bangladesh; nationality Bangladesh; Gender Male; National ID No. 8224061617 (Bangladesh) (individual) [GLOMAG] (Linked To: RAPID ACTION BATTALION).

ABDULLAH ALI, Qassim (a.k.a. ABDULLAH, Qassim; a.k.a. AHMED, Qassim Abdullah Ali; a.k.a. AL MUAMEN, Qassim; a.k.a. AL-MUAMEN, Qassim), Iran; DOB 1989; alt. DOB 1988; alt. DOB 1990; alt. DOB 08 Sep 1989; POB Sitrah, Bahrain; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1948673 (Bahrain) issued 18 Oct 2010 expires 18 Oct 2020; National ID No. 890906491 (Bahrain) (individual) [SDGT] (Linked To: AL-ASHTAR BRIGADES).

ABDULLAH AZZAM BRIGADES (a.k.a. ABDALLAH AZZAM BRIGADES; a.k.a. MARWAN HADID BRIGADE; a.k.a. MARWAN HADID BRIGADES; a.k.a. YUSUF AL-'UYAYRI BATTALIONS OF THE ABDULLAH AZZAM BRIGADES; a.k.a. ZIYAD AL-JARRAH BATTALIONS OF THE ABDULLAH AZZAM BRIGADES), Lebanon [FTO] [SDGT].

ABDULLAH SAHIB, Amir (a.k.a. ABDULLAH, Amir); DOB 1972; POB Paktika Province, Afghanistan (individual) [SDGT].

ABDULLAH, Abdullah Ahmed (a.k.a. AL-MASRI, Abu Mohamed; a.k.a. "ABU MARIAM"; a.k.a. "SALEH"), Afghanistan; DOB 1963; POB Egypt; citizen Egypt (individual) [SDGT].

'ABDULLAH, 'Ali Zafir (a.k.a. AL-BAYJAT, Bashar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashar Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashir Sab'awi Ibrahim Al-Hasan; a.k.a. AL-TIKRITI, Bashir Sabawi Ibrahim Al-Hassan), Fuad Dawod Farm, Az Zabadani, Damascus, Syria; Beirut, Lebanon; DOB 17 Jul 1970; POB Baghdad, Iraq; nationality Iraq (individual) [IRAQ2].

ABDULLAH, Amir (a.k.a. ABDULLAH SAHIB, Amir); DOB 1972; POB Paktika Province, Afghanistan (individual) [SDGT].

ABDULLAH, Dr. Ramadan (a.k.a. ABDALLAH, Ramadan; a.k.a. SHALLAH, Dr. Ramadan Abdullah; a.k.a. SHALLAH, Ramadan Abdalla Mohamed), Damascus, Syria; DOB 01 Jan 1958; POB Gaza City, Gaza Strip; Passport 265 216 (Egypt); SSN 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 (United States);

Secretary General of the PALESTINIAN ISLAMIC JIHAD (individual) [SDGT].

ABDULLAH, Mian (a.k.a. SHABBIR, Abu Saad; a.k.a. SHABIR, Abu Sa'ad; a.k.a. SHABIR, Abu Saad; a.k.a. "SHABIR, Ustad"); DOB 1973; alt. DOB 1972; From: Bahawalpur, Punjab Province, Pakistan (individual) [SDGT].

ABDULLAH, Qassim (a.k.a. ABDULLAH ALI, Qassim; a.k.a. AHMED, Qassim Abdullah Ali; a.k.a. AL MUAMEN, Qassim; a.k.a. AL-MUAMEN, Qassim), Iran; DOB 1989; alt. DOB 1988; alt. DOB 1990; alt. DOB 08 Sep 1989; POB Sitrah, Bahrain; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1948673 (Bahrain) issued 18 Oct 2010 expires 18 Oct 2020; National ID No. 890906491 (Bahrain) (individual) [SDGT] (Linked To: AL-ASHTAR BRIGADES).

ABDULLAH, Qazi (a.k.a. 'ABD AL-SALAM, Said Jan; a.k.a. 'ABDALLAH, Qazi; a.k.a. 'ABD-AL-SALAM, Sa'id Jan; a.k.a. CAIRO, Aziz; a.k.a. JHAN, Said; a.k.a. KHAN, Farhan; a.k.a. SA'ID JAN, Qasi; a.k.a. WALID, Ibrahim; a.k.a. ZAIN KHAN, Dilawar Khan; a.k.a. "NANGIAL"); DOB 05 Feb 1981; alt. DOB 01 Jan 1972; nationality Afghanistan; Passport OR801168 (Afghanistan) issued 28 Feb 2006 expires 27 Feb 2011; alt. Passport 4117921 (Pakistan) issued 09 Sep 2008 expires 09 Sep 2013; National ID No. 281020505755 (Kuwait); Passport OR801168 and Kuwaiti National ID No. 281020505755 issued under the name Said Jan 'Abd al-Salam; Passport 4117921 issued under the name Dilawar Khan Zain Khan (individual) [SDGT].

ABDULLAH, Sayed (a.k.a. ASADULLAH, Syed), Islamabad, Pakistan; DOB 04 Jan 1964; POB Karachi, Pakistan; nationality Pakistan; Gender Male; Passport AD1876722 (Pakistan) issued 12 Aug 2010 expires 11 Aug 2015; Identification Number 6110164716723 (Pakistan) (individual) [RUSSIA-EO14024] (Linked To: HU, Xiaoxun).

ABDULLAH, Sheikh Taysir (a.k.a. ABU SITTA, Subhi; a.k.a. AL-MASRI, Abu Hafs; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. "ABU HAFS"; a.k.a. "TAYSIR"); DOB 1951; alt. DOB 1956; alt. DOB 1944; POB Alexandria, Egypt (individual) [SDGT].

ABDULLAHI, Abdulkadir Omar (a.k.a. ABDILAHI, Abdi Xamiid Omar; a.k.a. OMAR, Abdullahi Abdul Kadir), Uganda; DOB 01 Jan 1962; POB Mandera, Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Passport BK042853 (Kenya) (individual) [SDGT] (Linked To: AL-SHABAAB).

ABDULLAHI, Ashir (a.k.a. ABDILLAHI, Abshir; a.k.a. ABDULAHI, Asad; a.k.a. ABDULI, Aburashid Abdulahi; a.k.a. BOYAH, Abshir; a.k.a. "BOOYAH"; a.k.a. "BOYAH"), Eyl, Somalia; Garowe, Somalia; DOB circa 1966; POB Eyl, Somalia (individual) [SOMALIA].

ABDULLAHI, Mustafa (a.k.a. ABDOLLAHI, Hamed); DOB 11 Aug 1960; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport D9004878 (individual) [SDGT] [IRGC] [IFSR].

ABDULMALIK, Abdul Hameed (a.k.a. MALIK, Assim Mohammed Rafiq Abdul; a.k.a. RAFIQ, Assem), 14 Almotaz Sad Al Deen Street, Al Nozha, Cairo, Egypt (individual) [IRAQ2].

ABDULROHMAN, Oman (a.k.a. ABDURRAHMAN, Aman; a.k.a. ABDURRACHMAN, Aman; a.k.a. ABDURRAHMAN AL-ARKHABILIY, Abu Sulaiman Aman; a.k.a. ABDURRAHMAN, Aman; a.k.a. ABDURRAHMAN, Oman; a.k.a. RAHMAN, Aman Abdul; a.k.a. RAHMAN, Oman; a.k.a. ROCHMAN, Oman), Pasir Putih Prison, Nusa Kambangan Island, Indonesia; DOB 05 Jan 1972; POB Sumedang, Indonesia; nationality Indonesia; Gender Male; Ustadz (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ABDURABBA, Ghunia (a.k.a. ABDRABBA, Ghoma; a.k.a. ABDRABBA, Ghunia; a.k.a. ABD'RABBAH, Ghuma; a.k.a. "ABD'RABBAH"; a.k.a. "ABU JAMIL"), Birmingham, United Kingdom; DOB 02 Sep 1957; POB Benghazi, Libya; nationality United Kingdom (individual) [SDGT].

ABDURAHAMAN, Suhayl (a.k.a. ABD EL-RAHMAN, Suhayl Salim; a.k.a. AL-SUDANI, Abu Faris; a.k.a. FARIS, Abu; a.k.a. MUHAMMAD, Sahib; a.k.a. MUHAMMAD, Suhayl Salim; a.k.a. SALIM, Suhayl; a.k.a. UL-ABIDEEN, Zain; a.k.a. ZAYN, Haytham; a.k.a. "SABA"; a.k.a. "SANA"; a.k.a. "SUNDUS"); DOB 17 Jun 1984; alt. DOB 1990; POB Rabak, Sudan; Passport C0004350; Personal ID Card A00710804 (individual) [SOMALIA].

ABDURRAHMAN, Aman (a.k.a. ABDULROHMAN, Oman; a.k.a. ABDURRACHMAN, Aman; a.k.a. ABDURRAHMAN AL-ARKHABILIY, Abu Sulaiman Aman; a.k.a. ABDURRAHMAN, Aman; a.k.a. ABDURRAHMAN, Oman; a.k.a. RAHMAN, Aman Abdul; a.k.a. RAHMAN, Oman; a.k.a. ROCHMAN, Oman), Pasir Putih

Prison, Nusa Kambangan Island, Indonesia; DOB 05 Jan 1972; POB Sumedang, Indonesia; nationality Indonesia; Gender Male; Ustadz (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ABDURAKHMANOV, Maghomed Maghomedzakirovich (a.k.a. "Abu al Banat"; a.k.a. "Abu Banat"), Turkey; Syria; DOB 24 Nov 1974; POB Khadzhalmahi Village, Levashinskiy District, Republic of Dagestan, Russia; citizen Russia; Passport 515458008 (Russia) expires 30 May 2017; alt. Passport 8200203535 (Russia) (individual) [SDGT].

ABDUREHMAN, Ahmed Mohammed (a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED HAMED"; a.k.a. "AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT].

ABDURRACHMAN, Aman (a.k.a. ABDULROHMAN, Oman; a.k.a. ABDURRAHMAN, Aman; a.k.a. ABDURRAHMAN AL-ARKHABILIY, Abu Sulaiman Aman; a.k.a. ABDURRAHMAN, Aman; a.k.a. ABDURRAHMAN, Oman; a.k.a. RAHMAN, Aman Abdul; a.k.a. RAHMAN, Oman; a.k.a. ROCHMAN, Oman), Pasir Putih Prison, Nusa Kambangan Island, Indonesia; DOB 05 Jan 1972; POB Sumedang, Indonesia; nationality Indonesia; Gender Male; Ustadz (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ABDURRAHMAN, Abu Jibril (a.k.a. A RAHMAN, Mohamad Iqbal; a.k.a. ABDUL RAHMAN, Mohamad Iqbal; a.k.a. ABDURRAHMAN, Mohamad Iqbal; a.k.a. MUQTI, Fihiruddin; a.k.a. MUQTI, Fikiruddin; a.k.a. RAHMAN, Mohamad

Iqbal; a.k.a. "ABU JIBRIL"), Jalan Nakula, Komplek Witana Harja III, Blok C 106-107, Pamulang, Tangerang, Indonesia; DOB 17 Aug 1957; alt. DOB 17 Aug 1958; POB Korleko-Lombok Timur, Indonesia; alt. POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesia; National ID No. 3603251708570001 (individual) [SDGT].

ABDURRAHMAN, Aman (a.k.a. ABDULROHMAN, Oman; a.k.a. ABDURRACHMAN, Aman; a.k.a. ABDURRAHMAN AL-ARKHABILIY, Abu Sulaiman Aman; a.k.a. ABDURRAHMAN, Oman; a.k.a. RAHMAN, Aman Abdul; a.k.a. RAHMAN, Oman; a.k.a. ROCHMAN, Oman), Pasir Putih Prison, Nusa Kambangan Island, Indonesia; DOB 05 Jan 1972; POB Sumedang, Indonesia; nationality Indonesia; Gender Male; Ustadz (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ABDURRAHMAN, Mohamad Iqbal (a.k.a. A RAHMAN, Mohamad Iqbal; a.k.a. ABDUL RAHMAN, Mohamad Iqbal; a.k.a. ABDURRAHMAN, Abu Jibril; a.k.a. MUQTI, Fihiruddin; a.k.a. MUQTI, Fikiruddin; a.k.a. RAHMAN, Mohamad Iqbal; a.k.a. "ABU JIBRIL"), Jalan Nakula, Komplek Witana Harja III, Blok C 106-107, Pamulang, Tangerang, Indonesia; DOB 17 Aug 1957; alt. DOB 17 Aug 1958; POB Korleko-Lombok Timur, Indonesia; alt. POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesia; National ID No. 3603251708570001 (individual) [SDGT].

ABDURRAHMAN, Mohammad Jibriel (a.k.a. ABDUL RAHMAN, Muhammad Jibriel; a.k.a. ABDUL RAHMAN, Muhammad Jibril; a.k.a. ABDURRAHMAN, Mohammad Jibril; a.k.a. ARDHAN BIN ABU JIBRIL, Muhammad Ricky; a.k.a. ARDHAN BIN MUHAMMAD IQBAL, Muhammad Ricky; a.k.a. ARDHAN, Muhamad Ricky; a.k.a. "SYAH, Heris"; a.k.a. "YUNUS, Muhammad"), Jl. M Saidi RT 010 RW 001 Pesanggrahan, South Petukangan, South Jakarta, Indonesia; Jl. Nakula of Witana Harja Complex, Block C, Pamulang, Tangerang, Banten, Indonesia; DOB 28 May 1984; alt. DOB 03 Dec 1979; alt. DOB 08 Aug 1980; alt. DOB 03 Mar 1979; POB East Lombok, West Nusa Tenggara, Indonesia; nationality Indonesia; Passport S335026 (Indonesia); National ID No. 3219222002.2181558; Identification Number 2181558 (individual) [SDGT].

ABDURRAHMAN, Mohammad Jibril (a.k.a. ABDUL RAHMAN, Muhammad Jibriel; a.k.a.

ABDUL RAHMAN, Muhammad Jibril; a.k.a. ABDURRAHMAN, Mohammad Jibriel; a.k.a. ARDHAN BIN ABU JIBRIL, Muhammad Ricky; a.k.a. ARDHAN BIN MUHAMMAD IQBAL, Muhammad Ricky; a.k.a. ARDHAN, Muhamad Ricky; a.k.a. "SYAH, Heris"; a.k.a. "YUNUS, Muhammad"), Jl. M Saidi RT 010 RW 001 Pesanggrahan, South Petukangan, South Jakarta, Indonesia; Jl. Nakula of Witana Harja Complex, Block C, Pamulang, Tangerang, Banten, Indonesia; DOB 28 May 1984; alt. DOB 03 Dec 1979; alt. DOB 08 Aug 1980; alt. DOB 03 Mar 1979; POB East Lombok, West Nusa Tenggara, Indonesia; nationality Indonesia; Passport S335026 (Indonesia); National ID No. 3219222002.2181558; Identification Number 2181558 (individual) [SDGT].

ABDURRAHMAN, Oman (a.k.a. ABDULROHMAN, Oman; a.k.a. ABDURAHMAN, Aman; a.k.a. ABDURRACHMAN, Aman; a.k.a. ABDURRAHMAN AL-ARKHABILIY, Abu Sulaiman Aman; a.k.a. ABDURRAHMAN, Aman; a.k.a. RAHMAN, Aman Abdul; a.k.a. RAHMAN, Oman; a.k.a. ROCHMAN, Oman), Pasir Putih Prison, Nusa Kambangan Island, Indonesia; DOB 05 Jan 1972; POB Sumedang, Indonesia; nationality Indonesia; Gender Male; Ustadz (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ABED, Abdolreza (a.k.a. ABED, Abdul Reza; a.k.a. ABEDZADEH, Abdolreza (Arabic: عبدالرضا عابدزاده), Iran); DOB 31 Oct 1962; POB Ahwaz, Khuzestan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T47386686 (Iran) expires 15 Dec 2023; National ID No. 1756451699 (Iran) (individual) [SDGT] [IFSR] (Linked To: KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH).

ABED, Abdul Reza (a.k.a. ABED, Abdolreza; a.k.a. ABEDZADEH, Abdolreza (Arabic: عبدالرضا عابدزاده), Iran); DOB 31 Oct 1962; POB Ahwaz, Khuzestan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T47386686 (Iran) expires 15 Dec 2023; National ID No. 1756451699 (Iran) (individual) [SDGT] [IFSR] (Linked To: KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH).

ABED, Ahmed Abdullah (a.k.a. AL-JUBOURI, Ahmad Abdullah; a.k.a. AL-JUBOURI, Ahmed; a.k.a. KHALAF, Ahmed Abdullah Abid; a.k.a. "Abu Mazen"; a.k.a. "Abu Mazin"), Iraq; DOB 01 Jul 1967; POB Baghdad, Iraq; nationality Iraq; Gender Male; Passport D1017310 (Iraq) expires 14 Apr 2025; National ID No. 00318953 (Iraq) (individual) [GLOMAG].

ABEDINEJAD, Alireza (Arabic: علیرضا عابدی نژاد), Tehran, Iran; DOB 16 Apr 1974; POB Shahre Rey, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0491500984 (Iran) (individual) [IRAN-EO13846] (Linked To: DOURAN SOFTWARE TECHNOLOGIES).

ABEDSHAHI, Omid (a.k.a. SHAHI, Omid Abded Abed), Iran; DOB 21 Jan 1983; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport B30739724 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ABEDZADEH, Abdolreza (Arabic: عبدالرضا عابدزاده) (a.k.a. ABED, Abdolreza; a.k.a. ABED, Abdul Reza), Iran; DOB 31 Oct 1962; POB Ahwaz, Khuzestan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T47386686 (Iran) expires 15 Dec 2023; National ID No. 1756451699 (Iran) (individual) [SDGT] [IFSR] (Linked To: KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH).

ABETE, Mariano; DOB 03 Apr 1991; POB Naples, Italy (individual) [TCO].

ABIB, Soussou (a.k.a. HABIB, Soussou; a.k.a. SAIDOU, Habib; a.k.a. SOUSSOU, Habib), Boda, Lobaye Prefecture, Central African Republic; DOB 13 Mar 1980; nationality Central African Republic (individual) [CAR].

ABID AL DAIM NASR ALLAH, Mohammad Ahmad (a.k.a. ABD EL DAIM, Mohamed Ahmed; a.k.a. 'ABD-AL-DA'IM, Muhammad Ahmad; a.k.a. 'ABD-AL-DAYIM NASRALLAH, Muhammad Ahmad (Arabic: محمد أحمد عبد الدايم نصرالله); a.k.a. ABDUL DA'IM NASRALLAH, Mohammed Ahmed; a.k.a. ABID ALDAIM NASR ALLAH, Mohammad Ahmad; a.k.a. NASRALLAH, Mohammed; a.k.a. NASRALLAH, Muhammad; a.k.a. "NASR, Muhammad"), Qatar; DOB 03 Oct 1964; POB Aqbat Jabr, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9641032658 (Jordan); Identification Number 103185046 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9641032658 (Jordan); Identification Number 103185046 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

ABID ALDAIM NASR ALLAH, Mohammad Ahmad (a.k.a. ABD EL DAIM, Mohamed Ahmed; a.k.a. 'ABD-AL-DA'IM, Muhammad Ahmad; a.k.a. 'ABD-AL-DAYIM NASRALLAH, Muhammad Ahmad (Arabic: محمد أحمد عبد الدايم نصرالله); a.k.a. ABDUL DA'IM NASRALLAH, Mohammed Ahmed; a.k.a. ABID AL DAIM NASR ALLAH, Mohammad Ahmad; a.k.a. NASRALLAH, Mohammed; a.k.a. NASRALLAH, Muhammad; a.k.a. "NASR, Muhammad"), Qatar; DOB 03 Oct 1964; POB Aqbat Jabr, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 9641032658 (Jordan); Identification Number 103185046 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION, Pakistan; Afghanistan; United Arab Emirates [TCO].

ABID, Thakur (a.k.a. ALI, Abid; a.k.a. KHAN, Abid; a.k.a. KHAN, Abid Ali; a.k.a. "ABID"), Hakim Abad, Nowshera, KPK, Pakistan; KPK, Pakistan; DOB 13 Mar 1981; POB Nowshera, Pakistan; nationality Pakistan; citizen Pakistan; Email Address thakurabid@gmail.com; alt. Email Address pakistancopy@gmail.com; Gender Male; Passport DA 1790252 (Pakistan) (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

ABISOV, Sergei (a.k.a. ABISOV, Sergei Vadimovich); DOB 27 Nov 1967; POB Simferopol, Crimea, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ABISOV, Sergei Vadimovich (a.k.a. ABISOV, Sergei); DOB 27 Nov 1967; POB Simferopol, Crimea, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ABKELWADOUD, Abou Mosaab (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-

WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAAB, Abdelouadoud; a.k.a. ABU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

ABM CONSTRUCTION COMPANY (a.k.a. ABMC THAI SOUTH SUDAN CONSTRUCTION; a.k.a. ABMC THAI-SOUTH SUDAN CONSTRUCTION COMPANY LIMITED; a.k.a. AGGREGATE BUILDING MATERIALS CONSTRUCTION COMPANY; a.k.a. THAI SOUTH SUDAN CRUSHER, AGGREGATES, AND BUILDING MATERIALS COMPANY; a.k.a. TSSABM), Customs Area, Adjacent to the Bus Park, Juba, South Sudan; Jebel Kujur, Juba-Yei Road, South Sudan; Luri, Central Equatoria State, South Sudan [GLOMAG] (Linked To: BOL MEL, Benjamin).

ABMC THAI SOUTH SUDAN CONSTRUCTION (a.k.a. ABM CONSTRUCTION COMPANY; a.k.a. ABMC THAI-SOUTH SUDAN

CONSTRUCTION COMPANY LIMITED; a.k.a. AGGREGATE BUILDING MATERIALS CONSTRUCTION COMPANY; a.k.a. THAI SOUTH SUDAN CRUSHER, AGGREGATES, AND BUILDING MATERIALS COMPANY; a.k.a. TSSABM), Customs Area, Adjacent to the Bus Park, Juba, South Sudan; Jebel Kujur, Juba-Yei Road, South Sudan; Luri, Central Equatoria State, South Sudan [GLOMAG] (Linked To: BOL MEL, Benjamin).

ABMC THAI-SOUTH SUDAN CONSTRUCTION COMPANY LIMITED (a.k.a. ABM CONSTRUCTION COMPANY; a.k.a. ABMC THAI SOUTH SUDAN CONSTRUCTION; a.k.a. AGGREGATE BUILDING MATERIALS CONSTRUCTION COMPANY; a.k.a. THAI SOUTH SUDAN CRUSHER, AGGREGATES, AND BUILDING MATERIALS COMPANY; a.k.a. TSSABM), Customs Area, Adjacent to the Bus Park, Juba, South Sudan; Jebel Kujur, Juba-Yei Road, South Sudan; Luri, Central Equatoria State, South Sudan [GLOMAG] (Linked To: BOL MEL, Benjamin).

ABNAA UL-CALIPHA (a.k.a. ISIS IN EAST AFRICA; a.k.a. ISIS-SOMALIA; a.k.a. ISLAMIC STATE IN SOMALIA; a.k.a. "ISS"), Puntland Region, Somalia [SDGT].

ABNOOSH, Salar (a.k.a. ABNOUSH, Salar (Arabic: سالار آبنوش), Iran; DOB 02 May 1962; POB Hamedan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR].

ABNOUSH, Salar (Arabic: سالار آبنوش; a.k.a. ABNOOSH, Salar), Iran; DOB 02 May 1962; POB Hamedan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR].

ABO GHAITH, Sulaiman Jassem; DOB 14 Dec 1965; POB Kuwait (individual) [SDGT].

ABOU DJARRAH (a.k.a. AL-TRABELSI, Mourad Ben Ali Ben Al-Basheer; a.k.a. TRABELSI, Mourad), Via Geromini 15, Cremona, Italy; DOB 20 May 1969; POB Menzel Temime, Tunisia; nationality Tunisia; Passport G 827238 issued 01 Jun 1996 expires 31 May 2001; arrested 1 Apr 2003 (individual) [SDGT].

ABOU MOSSAAB, Abdelwadoud (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a.

ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

ABOU MOSSAAH, Abdelouadoud (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mosaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a.

ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria (individual) [SDGT].

ABOU MOSSAB, Abdelouadoud (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL-OUADOUD, Abou Mossab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUB, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik;

a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

ABOU SALMAN (a.k.a. AL-CHERIF, Said Ben Abdelhakim Ben Omar; a.k.a. BEN ABDELHAKIM, Cherif Said; a.k.a. "DJALLAL"; a.k.a. "YOUCEF"), Corso Lodi 59, Milan, Italy; DOB 25 Jan 1970; POB Menzel Temine, Tunisia; nationality Tunisia; Passport M307968 issued 08 Sep 2001 expires 07 Sep 2006; arrested 30 Sep 2002 (individual) [SDGT].

ABOU ZEID, Abdelhamid (a.k.a. ABU ZEID, Abdelhamid; a.k.a. ADEL, Youcef; a.k.a. HAMADU, Abid; a.k.a. HAMMADOU, Abid; a.k.a. "ABU ABDELLAH"); DOB 12 Dec 1965; POB Touggourt, Ouargla, Algeria (individual) [SDGT].

ABOUTALEBI, Ali Asghar (a.k.a. ABU TALEBI, Ali Asghar; a.k.a. ABUTALEBI, Ali Asghar), Qom, Iran; DOB 10 Aug 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0530657491 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: OJE PARVAZ MADO NAFAR COMPANY).

ABOUTALEBI, Mohammad Sadegh (a.k.a. ABUTALEBI, Mohammad Sadegh; a.k.a. ABUTALEBI, Mohammad Sadiq), Qom, Iran; DOB 22 Jun 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0530439441 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: OJE PARVAZ MADO NAFAR COMPANY).

ABOUTALEBI, Yousef (Arabic: يوسف ابو طالبي) (a.k.a. ABU-TALEBI, Yousef; a.k.a. ABUTALEBI, Yusef; a.k.a. ABU-TALEBI, Yusif), Iran; DOB 29 May 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0384284094 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ABOUTARIF, Nassif (a.k.a. BARAKAT AL FAHILIH, Nasif Jarjis; a.k.a. BARAKAT

ALVAHILH, Nasif Gergers; a.k.a. BARAKAT, Nasif; a.k.a. BARAKAT, Nassif; a.k.a. BARKAT, Nasif; a.k.a. BARKAT, Nassif; a.k.a. TARIF, Abu), Fahel, Syria; Germana, Damascus, Syria; Al-Qassaa, Damascus, Syria; Al Fuhaylah, Homs, Syria; DOB 20 Jun 1971; alt. DOB 30 Nov 1970; citizen Syria; Gender Male; National ID No. 04010136281 (Syria) (individual) [TCO] (Linked To: BARAKAT TRANSNATIONAL CRIMINAL ORGANIZATION).

ABOUTORABI, Seyed Hamid, Iran; DOB 17 Aug 1991; POB Azna, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ABOUZAID EL BAYEH, Juan Manuel (a.k.a. "El Arabe"; a.k.a. "El Escorpion"; a.k.a. "El Hermano"; a.k.a. "Nene"), Mexico; DOB 24 Oct 1972; POB Guadalajara, Jalisco, Mexico; nationality Mexico; Gender Male; R.F.C. AOEJ721024NM2 (Mexico); C.U.R.P. AOBJ721024HJCBYN07 (Mexico) (individual) [SDNTK].

ABR ARVAN (a.k.a. ARVAN CLOUD; a.k.a. ARVANCLOUD; a.k.a. NAVYAN ABR ARVAN PRIVATE LIMITED COMPANY (Arabic: شرکت نئویان ابرآروان شرکت سهامی خاص); a.k.a. NOYAN ABR ARVAN CO.), No. 247, Shahid Dastgerdi (Zafar) St., Nelson Mandela Boulevard (Africa), Tehran 1917717553, Iran; Website www.arvancloud.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2015; National ID No. 14005500319 (Iran); Business Registration Number 489175 (Iran) [IRAN-EO13846].

ABR MANAGEMENT AO (Cyrillic: АБР МЕНЕДЖМЕНТ АО) (a.k.a. AKTSIONERNOE OBSHCHESTVO ABR MENEDZHMENT; a.k.a. AO ABR MANAGEMENT (Cyrillic: АО АБР МЕНЕДЖМЕНТ); a.k.a. AO ABR MENEDZHMENT; a.k.a. JOINT STOCK COMPANY ABR MANAGEMENT; a.k.a. "ABR MANAGEMENT"), ul. Graftio, d. 7 litera A, g. Sankt-Peterburg 197022, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7842467053 (Russia); Registration Number 1117847707383 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: BANK ROSSIYA).

ABRAMCHENKO, Viktoria Valerievna (a.k.a. ABRAMCHENKO, Viktoriya Valeriyevna (Cyrillic: АБРАМЧЕНКО, Виктория

Валериевна); a.k.a. ABRAMCHENKO, Viktoriya Valeryevna, Moscow, Russia; DOB 22 May 1975; POB Chernogorsk, Khakasia Republic, Russia; nationality Russia; citizen Russia; Gender Female; Tax ID No. 190301150585 (Russia) (individual) [RUSSIA-EO14024].

ABRAMCHENKO, Viktoriya Valeriyevna (Cyrillic: АБРАМЧЕНКО, Виктория Валериевна) (a.k.a. ABRAMCHENKO, Viktoria Valeriena; a.k.a. ABRAMCHENKO, Viktoriya Valeryevna), Moscow, Russia, DOB 22 May 1975; POB Chernogorsk, Khakasia Republic, Russia; nationality Russia; citizen Russia; Gender Female; Tax ID No. 190301150585 (Russia) (individual) [RUSSIA-EO14024].

ABRAMCHENKO, Viktoriya Valeriyevna (a.k.a. ABRAMCHENKO, Viktoria Valeriena; a.k.a. ABRAMCHENKO, Viktoriya Valeriyevna (Cyrillic: АБРАМЧЕНКО, Виктория Валериевна), Moscow, Russia; DOB 22 May 1975; POB Chernogorsk, Khakasia Republic, Russia; nationality Russia; citizen Russia; Gender Female; Tax ID No. 190301150585 (Russia) (individual) [RUSSIA-EO14024].

ABRAMOV, Ivan Nikolayevich (Cyrillic: АБРАМОВ, Иван Николаевич), Russia; DOB 16 Jun 1978; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ABRAMOV, Mikhail (a.k.a. BURCHIK, Mikhail Leonidovich), Russia; DOB 07 Jun 1986; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

ABRAMOV, Valeri Vyacheslavovich (a.k.a. ABRAMOV, Valerii Vyacheslavovich), St. Petersburg, Russia; 133, ul. Chernyshevskogo, Vologda, Vologodskaya Obl 160019, Russia; 122 Grazhdanskiy Prospect, Suite 5, Liter A, St. Petersburg 195267, Russia; DOB 06 Jan 1963; POB Tula, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 780201346432 (Russia); General Director (individual) [UKRAINE-EO13685] (Linked To: VAD, AO).

ABRAMOV, Valerii Vyacheslavovich (a.k.a. ABRAMOV, Valeri Vyacheslavovich), St. Petersburg, Russia; 133, ul. Chernyshevskogo, Vologda, Vologodskaya Obl 160019, Russia; 122 Grazhdanskiy Prospect, Suite 5, Liter A, St.

Petersburg 195267, Russia; DOB 06 Jan 1963; POB Tula, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 780201346432 (Russia); General Director (individual) [UKRAINE-EO13685] (Linked To: VAD, AO).

ABRINI, Mohamed (a.k.a. ABRINI, Mohammad; a.k.a. ABRINI, Mohammed), Belgium; DOB 27 Dec 1984; nationality Belgium; alt. nationality Morocco (individual) [SDGT].

ABRINI, Mohammad (a.k.a. ABRINI, Mohamed; a.k.a. ABRINI, Mohammed), Belgium; DOB 27 Dec 1984; nationality Belgium; alt. nationality Morocco (individual) [SDGT].

ABRINI, Mohammed (a.k.a. ABRINI, Mohamed; a.k.a. ABRINI, Mohammad), Belgium; DOB 27 Dec 1984; nationality Belgium; alt. nationality Morocco (individual) [SDGT].

ABS ELECTROTEKHNIKA LLC (Cyrillic: ООО АБС ЭЛЕКТРОТЕХНИКА) (a.k.a. LIMITED LIABILITY COMPANY ABS ELECTROTECHNICS; f.k.a. VOLZHSKI ELEKTROSHCHIT LLC), Prospekt I.Ya.Yakovleva d. 1, Cheboksary 428020, Russia; Tax ID No. 2127328438 (Russia); Government Gazette Number 71015494 (Russia); Registration Number 1032127016107 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALL-RUSSIAN SCIENTIFIC RESEARCH DESIGN AND TECHNOLOGICAL INSTITUTE OF RELAY ENGINEERING WITH EXPERIMENTAL PRODUCTION).

ABS ZEIM AVTOMATIZATSIYA OAO (a.k.a. JSC ABS ZEIM AUTOMATION (Cyrillic: АО АБС ЗЭИМ АВТОМАТИЗАЦИЯ)), d. 1 Ivana Yakoleva Avenue, Cheboksary 428003, Russia; Prospekt I.Ya.Yakovleva d. 1, Cheboksary 428020, Russia; Tax ID No. 2128006240 (Russia); Government Gazette Number 05784911 (Russia); Registration Number 1022101130314 (Russia) [RUSSIA-EO14024] (Linked To: ASSET AUTOMATION LLC).

ABSALAN, Parviz (Arabic: پرویز آبسالان), Zahedan, Iran; DOB 11 Aug 1964; POB Zabol, Sistan and Baluchistan Province; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3670287000 (Iran); Birth Certificate Number 01764 (Iran); Deputy Commander of IRGC Salman Corps of Sistan and Baluchistan Province (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ABSOLUTBANK (a.k.a. CJSC ABSOLUTBANK; a.k.a. CLOSED JOINT STOCK COMPANY ABSOLUTBANK; a.k.a. ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ABSALYUTBANK (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АБСАЛЮТБАНК); a.k.a. ZAKRYTOYE AKTSIONERNOE OBSHCHESTVO ABSOLYUTBANK (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО АБСОЛЮТБАНК); a.k.a. ZAO ABSOLYUTBANK (Cyrillic: ЗАО АБСОЛЮТБАНК); a.k.a. ZAT ABSALYUTBANK (Cyrillic: ЗАТ АБСАЛЮТБАНК), 95 Nezavisimosti ave, Minsk 220023, Belarus; SWIFT/BIC ABLTBY22; Website www.absolutbank.by; Organization Established Date 30 Mar 2000; Target Type Financial Institution; Registration Number 100331707 (Belarus) [BELARUS-EO14038].

ABSOLUTE CHAMPIONSHIP AKHMAT (a.k.a. PROMOUTERSKAYA KOMPANIYA ABSOLYUTNY CHEMPIONAT BERKUTA OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. "ACHB, PK"), d. 64 etazh 3 ofis 1, ul. Im Gairbekova Muslima Gairbekovicha, Grozny, Chechenskaya Resp. 364903, Russia; Tax ID No. 2013800375 (Russia); Registration Number 1142036002976 (Russia) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

ABU AHMED GROUP (a.k.a. AL-QA'IDA IN EGYPT; a.k.a. JAMAL NETWORK; a.k.a. MUHAMMAD JAMAL GROUP; a.k.a. MUHAMMAD JAMAL NETWORK), Egypt [SDGT].

ABU AL-HARETH MILITIA (a.k.a. SARAYA AL-'AREEN; a.k.a. SARAYA AL-AREEN (Arabic: سرايا العرين); a.k.a. "AL-AREEN 13"), Latakia, Syria [SYRIA-EO13894].

ABU AL-KHAYR, Ahmad Hasan (a.k.a. ABD AL-RAHMAN, Abdullah Muhammad Rajab); DOB 03 Nov 1957; POB Kafr al-Shaykh; nationality Egypt (individual) [SDGT].

ABU AMAR, Yahia (a.k.a. DJOUADI, Yahia; a.k.a. "ABOU ALAM"; a.k.a. "ABU ALA"); DOB 01 Jan 1967; POB M'Hamid, Sidi Bel Abbas, Algeria (individual) [SDGT].

ABU AMIR (a.k.a. SALEH ABU HUSSEIN, Abdul Latif A.A.; a.k.a. SALEH, Abdul Latif A.A.; a.k.a. SALEH, Abdyl Latif; a.k.a. SALEH, Dr. Abd al-Latif; a.k.a. SALEH, Dr. Abdul Latif; a.k.a. SALIH, Abd al-Latif), United Arab Emirates; DOB 05 Mar 1957; POB Baghdad, Iraq; citizen

Jordan; alt. citizen Albania; Passport D366 871 (Jordan) (individual) [SDGT].

ABU BAKAR, Mohammad Hassan (a.k.a. AL SAHRAWI, Abu Yahya Yunis; a.k.a. AL-LIBI, Abu Yahya; a.k.a. AL-LIBI, Muhammad Hasan; a.k.a. QA'ID, Hasan; a.k.a. QA'ID, Hasan Muhammad Abu Bakr; a.k.a. QAYED, Muhammad Hassan; a.k.a. RASHID, Abu Yunus; a.k.a. SHEIKH YAHYA, Abu Yahya); DOB 1963; POB Libya; nationality Libya (individual) [SDGT].

ABU BAKR, Ibrahim Ali Muhammad (a.k.a. AL-LIBI, Abd al-Muhsin; a.k.a. SABRI, Abdel Ilah; a.k.a. TANTOUCHE, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Ali Abu Bakr; a.k.a. '"ABD AL-MUHSI"; a.k.a. '"ABD AL-RAHMAN"; a.k.a. "ABU ANAS"), Johannesburg, South Africa; DOB 1966; alt. DOB 27 Oct 1969; nationality Libya; Passport 203037 (Libya) (individual) [SDGT].

ABU BAKR, Sayf Boulad (Arabic: سيف بولاد أبو بكر) (a.k.a. "ABU BAKR, Saif" (Arabic: " سيف أبو بكر"); a.k.a. "BALUD, Sayf"; a.k.a. "BEKIR, Seyf Ebu"; a.k.a. "EBUBEKIR, Seyf"), Syria; DOB 1987 to 1988; POB Bza'ah, al-Bab District, Syria; nationality Syria; citizen Syria; alt. citizen Turkey; Gender Male (individual) [SYRIA-EO13894] (Linked To: HAMZA DIVISION).

ABU DHESS, Mohamed (a.k.a. HASSAN, Yaser; a.k.a. "ABU ALI"), Holdenweg 76, Essen 45143, Germany; DOB 01 Feb 1966; POB Hashmija, Iraq; nationality possibly Palestinian;arrested 23 Apr 2002 (individual) [SDGT].

ABU GHAZALA, Muhammad Hisham Muhammad Isma'il (a.k.a. ABU LAYTH, Mansur; a.k.a. ABU SUWAYWIN, 'Ali 'Abd Al-Rahman; a.k.a. ABU-GHAZALAH, Muhammad Hisham Isma'il; a.k.a. ABU-GHAZALAH, Muhammad Hisham Muhammad; a.k.a. AL-FILISTINI, Abu Layth; a.k.a. ISMA'IL, 'Ali 'Abd Al-Rahman; a.k.a. "ABU GHAZALA"; a.k.a. "ABU GHAZALEH"); DOB 26 Dec 1962; POB Al-Zarqa, Jordan; nationality Jordan; National ID No. 9621014947 (Jordan) (individual) [SDGT].

ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS (a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-

SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [FTO] [SDGT].

ABU GREIN, Musab (a.k.a. ABU-QURAYN, Mus'ab), Sabratha, Libya; DOB 1982 to 1983; nationality Libya; Gender Male (individual) [LIBYA3].

ABU HAMMUDI AL-SHAMMARI (a.k.a. AL-SHAMMARI, Sa'ad Uwayyid 'Ubayd Mu'jil; a.k.a. SA'AD AL-SHAMMARI; a.k.a. "ABU KHALAF"; a.k.a. "SAAD OWAIED OBAID"), Tal Hamis, Syria; 'Awinat Village, Akashat District, Iraq; Tal Wardan, Iraq; DOB 03 Jul 1972; POB Tal Wardan, Ninevah, Iraq; alt. POB Tal Afar, Ninevah, Iraq (individual) [SDGT].

ABU HAMZAH (a.k.a. AL-KHAYAT, Samir Ahmed; a.k.a. KHATTAB, Anas Hasan; a.k.a. "HANI"); DOB 07 Apr 1986; POB Damascus, Syria; National ID No. 00351762055 (individual) [SDGT].

ABU JANDAL AL-BANGALI (a.k.a. CALIPHATE IN BANGLADESH; a.k.a. CALIPHATE'S SOLDIERS IN BANGLADESH; a.k.a. ISIS-BANGLADESH; a.k.a. ISLAMIC STATE BANGLADESH; a.k.a. ISLAMIC STATE IN BANGLADESH; a.k.a. KHALIFAH'S SOLDIERS IN BENGAL; a.k.a. NEO-JAMAAT-UL MUJAHIDEEN BANGLADESH; a.k.a. SOLDIERS OF THE CALIPHATE IN BANGLADESH; a.k.a. "ISB"; a.k.a. "ISISB"; a.k.a. "NEO-JMB"; a.k.a. "NEW-JMB"), Dhaka, Bangladesh; Rangpur, Bangladesh; Sylhet, Bangladesh; Jhenaidah, Bangladesh; Singapore [FTO] [SDGT].

ABU LAYTH, Mansur (a.k.a. ABU GHAZALA, Muhammad Hisham Muhammad Isma'il; a.k.a. ABU SUWAYWIN, 'Ali 'Abd Al-Rahman; a.k.a. ABU-GHAZALAH, Muhammad Hisham Isma'il; a.k.a. ABU-GHAZALAH, Muhammad Hisham Muhammad; a.k.a. AL-FILISTINI, Abu Layth; a.k.a. ISMA'IL, 'Ali 'Abd Al-Rahman; a.k.a. "ABU GHAZALA"; a.k.a. "ABU GHAZALEH"); DOB 26 Dec 1962; POB Al-Zarqa, Jordan; nationality Jordan; National ID No. 9621014947 (Jordan) (individual) [SDGT].

ABU MAJID SAMIYAH (a.k.a. AL-FADHLI, Muhsin; a.k.a. AL-FADHLI, Muhsin Fadhil 'Ayyid; a.k.a. AL-FADHLI, Muhsin Fadil Ayid Ashur; a.k.a. "ABU SAMIA"), Block Four, Street 13, House # 179, Kuwait City, Al-Riqqa area, Kuwait; DOB 24 Apr 1981; Passport 106261543 (Kuwait) (individual) [SDGT].

ABU MARZOOK, Mousa Mohammed (a.k.a. ABU-MARZUQ, Dr. Musa; a.k.a. ABU-MARZUQ, Sa'id; a.k.a. MARZOOK, Mousa Mohamed Abou; a.k.a. MARZOUK, Musa Abu;

a.k.a. MARZUK, Musa Abu; a.k.a. "ABU-'UMAR"; DOB 09 Feb 1951; POB Gaza, Egypt; Passport 92/664 (Egypt); SSN 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 (United States); Political Leader in Amman, Jordan and Damascus, Syria for HAMAS (individual) [SDGT].

ABU MUSAB, Abdelwadoud (a.k.a. ABD AL-WADOUD, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Moussaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Moussab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDEL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

ABU OBEIDA, Youcef (a.k.a AL UBAYDAH, Yusuf; a.k.a. AL 'ANABI, Abu 'Ubaydah Yusuf; a.k.a. AL-ANABI, Yusuf Abu-'Ubaydah; a.k.a. AL-ANNABI, Abou Obeida Youssef; a.k.a. AL-INABI, Abu-Ubaydah Yusuf; a.k.a. MABRAK,

Yazid; a.k.a. MEBRAK, Yazid; a.k.a. YAZID, Mebrak; a.k.a. YAZID, Mibrak; a.k.a. YAZID, Yousif Abu Obayda; a.k.a. "ABOU YOUCEF"), Algeria; DOB 01 Jan 1969; POB Annaba, Algeria; citizen Algeria (individual) [SDGT].

ABU REIHAN GROUP, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

ABU SAYYAF GROUP (a.k.a. AL HARAKAT AL ISLAMIYYA) [FTO] [SDGT].

ABU SHANAB METALS ESTABLISHMENT (a.k.a. AMIN ABU SHANAB & SONS CO.; a.k.a. AMIN ABU SHANAB AND SONS CO.; a.k.a. SHANAB METALS ESTABLISHMENT; a.k.a. TARIQ ABU SHANAB EST.; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE & COMMERCE; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE AND COMMERCE; a.k.a. TARIQ ABU SHANAB METALS ESTABLISHMENT), Musherfeh, P.O. Box 766, Zarka, Jordan [IRAQ2].

ABU SHANAB, William (Arabic: ويليام أبة شنب) (a.k.a. ABU SHANAB, William Mahmud), Sidon, Lebanon; DOB 1985; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

ABU SHANAB, William Mahmud (a.k.a. ABU SHANAB, William (Arabic: ويليام أبة شنب)), Sidon, Lebanon; DOB 1985; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

ABU SHARIF, Nasser (Arabic: ناصر أبو شريف) (a.k.a. AL-JAMUS, 'Abd-al-Nasr Sharif; a.k.a. JAMOOS, Abdal Nasser Sharif Mohammed Said (Arabic: عبد الناصر شريف محمد سعيد جاموس)), Iran; DOB 14 Jan 1966; POB Tulkarm, West Bank; alt. POB Thennaba, West Bank; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000083063 (Palestinian) (individual) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

ABU SITTA, Subhi (a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. AL-MASRI, Abu Hafs; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. "ABU HAFS"; a.k.a. "TAYSIR"); DOB 1951; alt. DOB 1956; alt. DOB

1944; POB Alexandria, Egypt (individual) [SDGT].

ABU SUMBOL GENERAL TRADING L.L.C (Arabic: أبو سمبل للتجارة العامة ش.ذ.م.م), PO Box 86973, Dubai, United Arab Emirates; Deira Al Riqqa, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 06 Sep 2000; Business Registration Number 521012 (United Arab Emirates); Economic Register Number (CBLS) 10803911 (United Arab Emirates) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

ABU SUWAYWIN, 'Ali 'Abd Al-Rahman (a.k.a. ABU GHAZALA, Muhammad Hisham Muhammad Isma'il; a.k.a. ABU LAYTH, Mansur; a.k.a. ABU-GHAZALAH, Muhammad Hisham Isma'il; a.k.a. ABU-GHAZALAH, Muhammad Hisham Muhammad; a.k.a. AL-FILISTINI, Abu Layth; a.k.a. ISMA'IL, 'Ali 'Abd Al-Rahman; a.k.a. "ABU GHAZALA"; a.k.a. "ABU GHAZALEH"); DOB 26 Dec 1962; POB Al-Zarqa, Jordan; nationality Jordan; National ID No. 9621014947 (Jordan) (individual) [SDGT].

ABU TALEBI, Ali Asghar (a.k.a. ABOUTALEBI, Ali Asghar; a.k.a. ABUTALEBI, Ali Asghar), Qom, Iran; DOB 10 Aug 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0530657491 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: OJE PARVAZ MADO NAFAR COMPANY).

ABU TIRA (a.k.a. CENTRAL POLICE RESERVE; a.k.a. CENTRAL RESERVE FORCES; a.k.a. CENTRAL RESERVE POLICE; a.k.a. EL ITTIHAD EL MARKAZI), Sudan; Organization Type: Public order and safety activities [GLOMAG].

ABU UBAIDAH, Ahmad Umar (a.k.a. ABDIKARIM, Sheikh Mahad Omar; a.k.a. ABU UBAIDAH, Ahmed Omar; a.k.a. ABU UBAIDAH, Sheikh Ahmad Umar; a.k.a. ABU UBAIDAH, Sheikh Ahmed Umar; a.k.a. ABU UBAIDAHA, Sheikh Omar; a.k.a. DIRIYE, Ahmed; a.k.a. DIRIYE, Mahad; a.k.a. UMAR, Sheikh Ahmed; a.k.a. "DIRIYE, Abu"; a.k.a. "UBAIDAH, Abu"; a.k.a. "UMAR, Ahmad"), Somalia; DOB 1972; POB Somalia (individual) [SDGT].

ABU UBAIDAH, Ahmed Omar (a.k.a. ABDIKARIM, Sheikh Mahad Omar; a.k.a. ABU UBAIDAH, Ahmad Umar; a.k.a. ABU UBAIDAH, Sheikh Ahmad Umar; a.k.a. ABU UBAIDAH, Sheikh Ahmed Umar; a.k.a. ABU UBAIDAHA, Sheikh Omar; a.k.a. DIRIYE, Ahmed; a.k.a.

DIRIYE, Mahad; a.k.a. UMAR, Sheikh Ahmed; a.k.a. "DIRIYE, Abu"; a.k.a. "UBAIDAH, Abu"; a.k.a. "UMAR, Ahmad"), Somalia; DOB 1972; POB Somalia (individual) [SDGT].

ABU UBAIDAH, Sheikh Ahmad Umar (a.k.a. ABDIKARIM, Sheikh Mahad Omar; a.k.a. ABU UBAIDAH, Ahmad Umar; a.k.a. ABU UBAIDAH, Ahmed Omar; a.k.a. ABU UBAIDAH, Sheikh Ahmed Umar; a.k.a. ABU UBAIDAHA, Sheikh Omar; a.k.a. DIRIYE, Ahmed; a.k.a. DIRIYE, Mahad; a.k.a. UMAR, Sheikh Ahmed; a.k.a. "DIRIYE, Abu"; a.k.a. "UBAIDAH, Abu"; a.k.a. "UMAR, Ahmad"), Somalia; DOB 1972; POB Somalia (individual) [SDGT].

ABU UBAIDAH, Sheikh Ahmed Umar (a.k.a. ABDIKARIM, Sheikh Mahad Omar; a.k.a. ABU UBAIDAH, Ahmad Umar; a.k.a. ABU UBAIDAH, Ahmed Omar; a.k.a. ABU UBAIDAH, Sheikh Ahmad Umar; a.k.a. ABU UBAIDAHA, Sheikh Omar; a.k.a. DIRIYE, Ahmed; a.k.a. DIRIYE, Mahad; a.k.a. UMAR, Sheikh Ahmed; a.k.a. "DIRIYE, Abu"; a.k.a. "UBAIDAH, Abu"; a.k.a. "UMAR, Ahmad"), Somalia; DOB 1972; POB Somalia (individual) [SDGT].

ABU UBAIDAHA, Sheikh Omar (a.k.a. ABDIKARIM, Sheikh Mahad Omar; a.k.a. ABU UBAIDAH, Ahmad Umar; a.k.a. ABU UBAIDAH, Ahmed Omar; a.k.a. ABU UBAIDAH, Sheikh Ahmad Umar; a.k.a. ABU UBAIDAH, Sheikh Ahmed Umar; a.k.a. DIRIYE, Ahmed; a.k.a. DIRIYE, Mahad; a.k.a. UMAR, Sheikh Ahmed; a.k.a. "DIRIYE, Abu"; a.k.a. "UBAIDAH, Abu"; a.k.a. "UMAR, Ahmad"), Somalia; DOB 1972; POB Somalia (individual) [SDGT].

ABU UBAYDAH, Yusuf (a.k.a. ABU OBEIDA, Youcef; a.k.a. AL 'ANABI, Abu 'Ubaydah Yusuf; a.k.a. AL-ANABI, Yusuf Abu-'Ubaydah; a.k.a. AL-ANNABI, Abou Obeida Youssef; a.k.a. AL-INABI, Abu-Ubaydah Yusuf; a.k.a. MABRAK, Yazid; a.k.a. MEBRAK, Yazid; a.k.a. YAZID, Mebrak; a.k.a. YAZID, Mibrak; a.k.a. YAZID, Yousif Abu Obayda; a.k.a. "ABOU YOUCEF"), Algeria; DOB 01 Jan 1969; POB Annaba, Algeria; citizen Algeria (individual) [SDGT].

ABU UMAR, Abu Omar (a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. TAKFIRI, Abu Umr; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Omar Mahmoud; a.k.a. UTHMAN, Umar; a.k.a. "ABU ISMAIL"), London, United Kingdom; Jordan; DOB 30 Dec 1960; alt. DOB 13 Dec 1960; POB Bethlehem, West Bank, Palestinian Territories; nationality Jordan (individual) [SDGT].

ABU YAHYA MUHAMMAD FATIH (a.k.a. JALALOV, Najmiddin; a.k.a. JALOLOV,

Najmiddin; a.k.a. JALOLOV, Najmiddin Kamolitdinovich; a.k.a. ZHALALOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin Kamolidinovich; a.k.a. ZHALOLOV, Nazhmidin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin Kamoldinovich; a.k.a. ZHANOV, Najmiddin Kamilidinovich; a.k.a. "ABDURAKHMON"; a.k.a. "YAHYO"; a.k.a. "YAKH'YO"), S. Jalilov Street 14, Khartu, Andijan region, Uzbekistan; DOB 01 Apr 1972; alt. DOB 1972; POB Andijan region, Uzbekistan; nationality Uzbekistan (individual) [SDGT].

ABU ZAID MOHAMED, Abdel Raouf (a.k.a. ABUZAID, Abdul Rauf; a.k.a. HAMZZA YASIR, Abdelraouf Abu Zaid Mohamed; a.k.a. MOHAMED HAMZA, Abd Al-Ra'Ouf Abu Zaid; a.k.a. MUHAMMAD HAMZA, Abd-al-Ra'uf Abu Zayd; a.k.a. MUHAMMAD HAMZA, Abdul Raouf Abu Zeid; a.k.a. ZAYID HAMZA, Abdel Raouf Abu); DOB 01 Jan 1983; POB Sudan; nationality Sudan (individual) [SDGT].

ABU ZEID, Abdelhamid (a.k.a. ABOU ZEID, Abdelhamid; a.k.a. ADEL, Youcef; a.k.a. HAMADU, Abid; a.k.a. HAMMADOU, Abid; a.k.a. "ABU ABDELLAH"); DOB 12 Dec 1965; POB Touggourt, Ouargla, Algeria (individual) [SDGT].

ABU ZUBEIDAH, Zeinulabideen Muhammed Husein (a.k.a. HUSAIN, Zain Al-Abidin Muhammad; a.k.a. HUSAYN, Zayn al-Abidin Muhammad; a.k.a. HUSSEIN, Zayn al-Abidin Muhammad; a.k.a. "ABU ZUBAIDA"; a.k.a. "ABU ZUBAYDAH"), Guantanamo Bay detention center, Cuba; DOB 12 Mar 1971; POB Riyadh, Saudi Arabia; nationality Palestinian; Gender Male; Passport 484824 (Egypt) issued 18 Jan 1984 (individual) [SDGT].

ABU ZUBEYR, Muktar Abdirahman (a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. AW-MOHAMUD, Ahmed Abdi; a.k.a. "GODANE"; a.k.a. "GODANI"; a.k.a. "MUKHTAR, Shaykh"; a.k.a. "ZUBEYR, Abu"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia (individual) [SOMALIA].

ABU ZUREIK, Imad (Arabic: عماد ابو زريق) (a.k.a. ABU ZUREIQ, Imad), Nassib, Syria; DOB 09 Feb 1979; POB Dara', Syria; nationality Syria; Gender Male; National ID No. 12010031783 (Syria) (individual) [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

ABU ZUREIQ, Imad (a.k.a. ABU ZUREIK, Imad (Arabic: عماد ابو زريق), Nassib, Syria; DOB 09 Feb 1979; POB Dara', Syria; nationality Syria; Gender Male; National ID No. 12010031783 (Syria) (individual) [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

ABU-AL-KHAYR, Muhammad Abdallah Hasan (a.k.a. ABU-AL-KHAYR, Muhammad Bin-'Abdullah Bin-Hamd; a.k.a. ABUL-KHAIR, Mohammed Abdullah Hassan; a.k.a. AL-HALABI, Abdallah, a.k.a. AL-HALABI, Abdullah; a.k.a. AL-HALABI, Abu 'Abdallah; a.k.a. AL-JADDAWI, Muhannad; a.k.a. AL-MADANI, 'Abdallah al-Halabi; a.k.a. AL-MADANI, Abu Abdallah; a.k.a. AL-MAKKI, Abdallah; a.k.a. EL HALABI, Abdallah); DOB 19 Jun 1975; alt. DOB 18 Jun 1975; POB Al-Madinah al-Munawwarah, (Medina) Saudi Arabia; Passport A741097 (Saudi Arabia) issued 14 Nov 1995 expires 19 Sep 2000; National ID No. 1006010555 (Saudi Arabia) (individual) [SDGT].

ABU-AL-KHAYR, Muhammad Bin-'Abdullah Bin-Hamd (a.k.a. ABU-AL-KHAYR, Muhammad Abdallah Hasan; a.k.a. ABUL-KHAIR, Mohammed Abdullah Hassan; a.k.a. AL-HALABI, Abdallah, a.k.a. AL-HALABI, Abdullah; a.k.a. AL-HALABI, Abu 'Abdallah; a.k.a. AL-JADDAWI, Muhannad; a.k.a. AL-MADANI, 'Abdallah al-Halabi; a.k.a. AL-MADANI, Abu Abdallah; a.k.a. AL-MAKKI, Abdallah; a.k.a. EL HALABI, Abdallah); DOB 19 Jun 1975; alt. DOB 18 Jun 1975; POB Al-Madinah al-Munawwarah, (Medina) Saudi Arabia; Passport A741097 (Saudi Arabia) issued 14 Nov 1995 expires 19 Sep 2000; National ID No. 1006010555 (Saudi Arabia) (individual) [SDGT].

ABUBAKAR, Abdul Patta Escalon (a.k.a. ABUBAKAR, Abdulpatta Escalon; a.k.a. ESCALON, Abdulpatta Abubakar; a.k.a. "ABU BAKAR, Abdul Patta"), Philippines; Jeddah, Saudi Arabia; Daina, Saudi Arabia; DOB 03 Mar 1965; alt. DOB 01 Jan 1965; alt. DOB 11 Jan 1965; POB Tuburan, Basilan Province, Philippines; nationality Philippines; Gender Male; Passport EC6530802 (Philippines) expires 19 Jan 2021; alt. Passport EB2778599 (Philippines); National ID No. 2135314355 (Saudi Arabia); alt. National ID No. 202112421 (Saudi Arabia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ABUBAKAR, Abdulpatta Escalon (a.k.a. ABUBAKAR, Abdul Patta Escalon; a.k.a. ESCALON, Abdulpatta Abubakar; a.k.a. "ABU BAKAR, Abdul Patta"), Philippines; Jeddah, Saudi Arabia; Daina, Saudi Arabia; DOB 03 Mar 1965; alt. DOB 01 Jan 1965; alt. DOB 11 Jan 1965; POB Tuburan, Basilan Province,

Philippines; nationality Philippines; Gender Male; Passport EC6530802 (Philippines) expires 19 Jan 2021; alt. Passport EB2778599 (Philippines); National ID No. 2135314355 (Saudi Arabia); alt. National ID No. 202112421 (Saudi Arabia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

'ABUD, Ahmad, Syria; DOB 28 May 1984; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ABUD, Sa'ad Muhammad Awad (a.k.a. ABBUD, Bin Muhammad Awad; a.k.a. ADBUD, Muhammad 'Awad; a.k.a. AWAD, Muhammad; a.k.a. BAABOOD, Sa'ad Muhammad; a.k.a. BIN LADEN, Sa'ad; a.k.a. BIN LADEN, Sad; a.k.a. "AL-KAHTANE, Abdul Rahman"); DOB 1982; POB Saudi Arabia; nationality Saudi Arabia; Passport 520951 (Sudan); alt. Passport 530951 (Sudan) (individual) [SDGT].

ABU-GHAZALAH, Muhammad Hisham Isma'il (a.k.a. ABU GHAZALA, Muhammad Hisham Muhammad Isma'il; a.k.a. ABU LAYTH, Mansur; a.k.a. ABU SUWAYWIN, 'Ali 'Abd Al-Rahman; a.k.a. ABU-GHAZALAH, Muhammad Hisham Muhammad; a.k.a. AL-FILISTINI, Abu Layth; a.k.a. ISMA'IL, 'Ali 'Abd Al-Rahman; a.k.a. "ABU GHAZALA"; a.k.a. "ABU GHAZALEH"); DOB 26 Dec 1962; POB Al-Zarqa, Jordan; nationality Jordan; National ID No. 9621014947 (Jordan) (individual) [SDGT].

ABU-GHAZALAH, Muhammad Hisham Muhammad (a.k.a. ABU GHAZALA, Muhammad Hisham Muhammad Isma'il; a.k.a. ABU LAYTH, Mansur; a.k.a. ABU SUWAYWIN, 'Ali 'Abd Al-Rahman; a.k.a. ABU-GHAZALAH, Muhammad Hisham Isma'il; a.k.a. AL-FILISTINI, Abu Layth; a.k.a. ISMA'IL, 'Ali 'Abd Al-Rahman; a.k.a. "ABU GHAZALA"; a.k.a. "ABU GHAZALEH"); DOB 26 Dec 1962; POB Al-Zarqa, Jordan; nationality Jordan; National ID No. 9621014947 (Jordan) (individual) [SDGT].

ABUL-KHAIR, Mohammed Abdullah Hassan (a.k.a. ABU-AL-KHAYR, Muhammad Abdallah Hasan; a.k.a. ABU-AL-KHAYR, Muhammad Bin-'Abdullah Bin-Hamd; a.k.a. AL-HALABI, Abdallah, a.k.a. AL-HALABI, Abdullah; a.k.a. AL-HALABI, Abu 'Abdallah; a.k.a. AL-JADDAWI, Muhannad; a.k.a. AL-MADANI, 'Abdallah al-Halabi; a.k.a. AL-MADANI, Abu Abdallah; a.k.a. AL-MAKKI, Abdallah; a.k.a. EL HALABI, Abdallah); DOB 19 Jun 1975; alt. DOB 18 Jun 1975; POB Al-Madinah al-Munawwarah, (Medina) Saudi Arabia; Passport A741097 (Saudi Arabia) issued 14 Nov 1995 expires 19

Sep 2000; National ID No. 1006010555 (Saudi Arabia) (individual) [SDGT].

ABU-MARZUQ, Dr. Musa (a.k.a. ABU MARZOOK, Mousa Mohammed; a.k.a. ABU-MARZUQ, Sa'id; a.k.a. MARZOOK, Mousa Mohamed Abou; a.k.a. MARZOUK, Musa Abu; a.k.a. MARZUK, Musa Abu; a.k.a. "ABU-'UMAR"); DOB 09 Feb 1951; POB Gaza, Egypt; Passport 92/664 (Egypt); SSN 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 (United States); Political Leader in Amman, Jordan and Damascus, Syria for HAMAS (individual) [SDGT].

ABU-MARZUQ, Sa'id (a.k.a. ABU MARZOOK, Mousa Mohammed; a.k.a. ABU-MARZUQ, Dr. Musa; a.k.a. MARZOOK, Mousa Mohamed Abou; a.k.a. MARZOUK, Musa Abu; a.k.a. MARZUK, Musa Abu; a.k.a. "ABU-'UMAR"); DOB 09 Feb 1951; POB Gaza, Egypt; Passport 92/664 (Egypt); SSN 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 (United States); Political Leader in Amman, Jordan and Damascus, Syria for HAMAS (individual) [SDGT].

Abu-Muqatil al-Tunisi (a.k.a. AL-HAKIM, Boubakeur; a.k.a. ALI HAKIM, Boubaker Ben Habib Ben; a.k.a. EL HAKIM, Boubaker; a.k.a. EL-HAKIM, Boubakeur; a.k.a. "Abou al Mouqatel"; a.k.a. "Abou Mouqatel"), Syria; DOB 01 Aug 1983; POB Paris, France; citizen Tunisia; alt. citizen France; Passport W752198; Identification Number 09036271 (individual) [SDGT].

ABU-QURAYN, Mus'ab (a.k.a. ABU GREIN, Musab), Sabratha, Libya; DOB 1982 to 1983; nationality Libya; Gender Male (individual) [LIBYA3].

ABU-SULAYMAN, Nashwan al-Adani (a.k.a. AL-ADANI, Abu Sulayman; a.k.a. AL-ADANI, Nashwan; a.k.a. AL-ADANI, Sulayman; a.k.a. AL-HASHIMI, Abu Ma'ali; a.k.a. AL-SAY'ARI, Muhammad Ahmed; a.k.a. AL-SAY'ARI, Muhammad Qan'an; a.k.a. AL-SAY'ARI, Nashwan; a.k.a. MUTHANA, Mohsen Ahmed Saleh; a.k.a. MUTHANNA, Muhsin Ahmad Salah; a.k.a. QAN'AN, Muhammad Salih Muhammad; a.k.a. "AL-MUHAJIR, Abu Usama"), Yemen; DOB 13 Jan 1988; Gender Male; Passport 05867398 (Yemen); alt. Passport 04988639 (Jordan) (individual) [SDGT] (Linked To: ISIL-YEMEN).

ABUTALEBI, Ali Asghar (a.k.a. ABOUTALEBI, Ali Asghar; a.k.a. ABU TALEBI, Ali Asghar), Qom, Iran; DOB 10 Aug 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0530657491 (Iran) (individual) [NPWMD]

[IRGC] [IFSR] (Linked To: OJE PARVAZ MADO NAFAR COMPANY).

ABUTALEBI, Mohammad Sadegh (a.k.a. ABOUTALEBI, Mohammad Sadegh; a.k.a. ABUTALEBI, Mohammad Sadiq), Qom, Iran; DOB 22 Jun 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0530439441 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: OJE PARVAZ MADO NAFAR COMPANY).

ABUTALEBI, Mohammad Sadiq (a.k.a. ABOUTALEBI, Mohammad Sadegh; a.k.a. ABUTALEBI, Mohammad Sadegh), Qom, Iran; DOB 22 Jun 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0530439441 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: OJE PARVAZ MADO NAFAR COMPANY).

ABU-TALEBI, Yousef (a.k.a. ABOUTALEBI, Yousef (Arabic: یوسف ابو طالبی); a.k.a. ABUTALEBI, Yusef; a.k.a. ABU-TALEBI, Yusif), Iran; DOB 29 May 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0384284094 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ABUTALEBI, Yusef (a.k.a. ABOUTALEBI, Yousef (Arabic: یوسف ابو طالبی); a.k.a. ABU-TALEBI, Yousef; a.k.a. ABU-TALEBI, Yusif), Iran; DOB 29 May 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0384284094 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ABU-TALEBI, Yusif (a.k.a. ABOUTALEBI, Yousef (Arabic: یوسف ابو طالبی); a.k.a. ABU-TALEBI, Yousef; a.k.a. ABUTALEBI, Yusef), Iran; DOB 29 May 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0384284094 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ABUTURAB, Ali Muhammad (a.k.a. MOHAMMAD, Ali Mohammad Abutorab Noor; a.k.a. MOHAMMAD, Ali Mohammad Noor; a.k.a. MOHD, Ali Mohd Abutorab Noor; a.k.a. MUHAMMAD, Abu Turab Ali; a.k.a. MUHAMMED, Ali Muhammed Noor; a.k.a. TORAB, Abu Ali; a.k.a. TORAB, Ali Mohammad Abu; a.k.a. TURAB, Ali Mohammad Abu; a.k.a.

TURAB, Ali Mohammed Abu; a.k.a. TURAB, Ali Muhammad Abu; a.k.a. "MOHAMMED, Ali"; a.k.a. "TURAB, Abu"), Jamia Salfia, Airport Road, Quetta, Pakistan; Patel Road, Quetta, Pakistan; Saudi Arabia; DOB 10 Sep 1964; alt. DOB 05 Jan 1968; POB Quetta, Balochistan, Pakistan; nationality Pakistan; Gender Male; Passport J349992 (Pakistan); National ID No. 2083655452 (Saudi Arabia) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

ABU-YUNUS (a.k.a. AL HUTHI, Abd-al-Khaliq Badr-al-Din; a.k.a. AL-HOUTHI, Abd al-Khaliq Badr al-Din; a.k.a. AL-HOUTHI, Abdul Khaliq Badreddin; a.k.a. AL-HUTHI, Abd al-Khaliq; a.k.a. AL-HUTHI, 'Abd al-Khaliq Badr al-Din; a.k.a. AL-HUTHI, Abd-al-Khaliq), Yemen; DOB 1984; Gender Male; Houthi military commander (individual) [YEMEN].

ABUZAID, Abdul Rauf (a.k.a. ABU ZAID MOHAMED, Abdel Raouf; a.k.a. HAMZZA YASIR, Abdelraouf Abu Zaid Mohamed; a.k.a. MOHAMED HAMZA, Abd Al-Ra'Ouf Abu Zayd; a.k.a. MUHAMMAD HAMZA, Abd-al-Ra'uf Abu Zayd; a.k.a. MUHAMMAD HAMZA, Abdul Raouf Abu Zeid; a.k.a. ZAYID HAMZA, Abdel Raouf Abu); DOB 01 Jan 1983; POB Sudan; nationality Sudan (individual) [SDGT].

ABUZED OE, Dorda (a.k.a. DORDA, Abouzid Omar; a.k.a. DORDA, Abu Zaid; a.k.a. DORDA, Abu Zayd Umar; a.k.a. DORDA, Bu Zaid; a.k.a. DOURDA, Abu Zaid Omar; a.k.a. DURDA, Abu Zeid Omar), Libya; Egypt; DOB 04 Apr 1944; Gender Male; Passport FK117RK0 (Libya) issued 25 Nov 2018 expires 24 Nov 2026; alt. Passport FK117RKO (Libya) issued 25 Nov 2018 expires 24 Nov 2026; Director of the External Security Organization (individual) [LIBYA2].

ABUZUBAIR, Muktar Abdulrahim (a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. "ABU ZUBEYR"; a.k.a. "GODANE"; a.k.a. "GODANI"; a.k.a. "SHAYKH MUKHTAR"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia (individual) [SDGT].

ABUZUBAIR, Muktar Abdulrahim (a.k.a. ABU ZUBEYR, Muktar Abdirahman; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. AW-MOHAMUD, Ahmed Abdi; a.k.a. "GODANE"; a.k.a. "GODANI"; a.k.a. "MUKHTAR, Shaykh"; a.k.a. "ZUBEYR, Abu"); DOB 10 Jul 1977; POB

Hargeysa, Somalia; nationality Somalia (individual) [SOMALIA].

Abyr Valgov (a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

ABYSSEC, Madar Square, Boulvar-e-Mirdamad, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

ACADEMICIAN A.L. MINTS RADIO ENGINEERING INSTITUTE (a.k.a. ACADEMICIAN A.L. MINTS RADIOTECHNICAL INSTITUTE JOINT STOCK COMPANY; a.k.a. RADIO TECHNICAL AND INFORMATION SYSTEMS IMENI A.L. MINTS; a.k.a. RTI IMENI ACADEMICIAN A.L. MINTS), St. 8 Marta, House 10, Structure 3, Moscow 127083, Russia; Tax ID No. 7713006449 (Russia); Registration Number 1027739323831 (Russia) [RUSSIA-EO14024].

ACADEMICIAN A.L. MINTS RADIOTECHNICAL INSTITUTE JOINT STOCK COMPANY (a.k.a. ACADEMICIAN A.L. MINTS RADIO ENGINEERING INSTITUTE; a.k.a. RADIO TECHNICAL AND INFORMATION SYSTEMS IMENI A.L. MINTS; a.k.a. RTI IMENI ACADEMICIAN A.L. MINTS), St. 8 Marta, House 10, Structure 3, Moscow 127083, Russia; Tax ID No. 7713006449 (Russia); Registration Number 1027739323831 (Russia) [RUSSIA-EO14024].

ACADEMY OF NATIONAL DEFENSE SCIENCE, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

ACADEMY OF NATURAL SCIENCES (a.k.a. 2ND ACADEMY OF NATURAL SCIENCES; a.k.a. CHAYON KWAHAK-WON; a.k.a. CHE 2 CHAYON KWAHAK-WON; a.k.a. KUKPANG KWAHAK-WON; a.k.a. NATIONAL DEFENSE

ACADEMY; a.k.a. SANSRI; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES RESEARCH INSTITUTE), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

ACCENTURE BUILDING MATERIALS (a.k.a. ACCENTURE BUILDING MATERIALS TRADING LLC), 106-Mohammad Noor Talib Building, Khalid Bin Al Walid Rd Bur Dubai, P.O. Box No: 26685, Dubai, United Arab Emirates; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); License 802032 (United Arab Emirates); Registration Number 11114192 (United Arab Emirates) [IFCA].

ACCENTURE BUILDING MATERIALS TRADING LLC (a.k.a. ACCENTURE BUILDING MATERIALS), 106-Mohammad Noor Talib Building, Khalid Bin Al Walid Rd Bur Dubai, P.O. Box No: 26685, Dubai, United Arab Emirates; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); License 802032 (United Arab Emirates); Registration Number 11114192 (United Arab Emirates) [IFCA].

ACCESOS ELECTRONICOS S.A.DE C.V., Blvd. Cuauhtemoc 1711, Oficina 305, Colonia Zona Rio, Tijuana, Baja California, Mexico; Avenida Cuauhtemoc 1209, CP 22290, Colonia Zona

Rio, Tijuana, Baja California, Mexico; David Alfaro 25, CP 22320, Tijuana, Baja California, Mexico [SDNTK].

ACCESS TECHNOLOGY TRADING L.L.C (Arabic: اكسس تكنولوجي للتجارة ش.ذ.م.م) (f.k.a. ME ACCESS TECHNOLOGY GENERAL TRADING FZE), SM-OFFICE-01-204 S, Dubai, United Arab Emirates; SM Office, D1-204S, Ajman, United Arab Emirates; Website www.meaccesstechnology.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 04 Apr 2022; License 1048510 (United Arab Emirates); Registration Number 1368637 (United Arab Emirates); Economic Register Number (CBLS) 11859002 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

ACCIRENT S.A., Transversal 9C No. 130C-26 Ofc. 401, Bogota, Colombia; NIT # 830088969-0 (Colombia) [SDNT].

ACEROS Y REFACCIONES DEL HUMAYA, S.A. DE C.V., Boulevard Doctor Enrique Cabrera 2000, Culiacan, Sinaloa, Mexico; Organization Established Date 21 Sep 2006; Folio Mercantil No. 41204 (Mexico) [ILLICIT-DRUGS-EO14059].

ACEX OY, Manttaalitie 5, Vantaa, Uusimaa 01530, Finland; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Registration Number 24549145 (Finland) [CYBER2] (Linked To: KOVALEVSKIJ, Nikita Gennadievitch).

ACG FINANCE LIMITED (a.k.a. AQUILA CAPITAL GROUP; a.k.a. EI SI DZHI FAINENS LIMITED PREDSTAVITELSTVO), Elenion Building, Floor No: 2, Themistokli Dervi 5, Nicosia 1066, Cyprus; d. 23 Str. 1 of 2, Naberezhnaya Savvinskaya, Moscow 119435, Russia; Organization Established Date 24 Oct 2005; Tax ID No. 9909197551 (Russia); Registration Number C167057 (Cyprus) [RUSSIA-EO14024].

ACHEKZAI, Abdul Samad (a.k.a. SAMAD, Abdul), Balochistan Province, Pakistan; DOB 1970; nationality Afghanistan (individual) [SDGT].

ACHEKZAI, Maulawi Adam Khan (a.k.a. KHAN, Maulawi Adam; a.k.a. "ADAM, Maulawi"; a.k.a. "ADAM, Molawi"), Chaman, Balochistan Province, Pakistan; DOB 1972; alt. DOB 1970; alt. DOB 1971; alt. DOB 1973; alt. DOB 1974; alt. DOB 1975; POB Qandahar, Afghanistan; citizen Pakistan (individual) [SDGT].

ACHWAN, Mochammad (a.k.a. ACHWAN, Mochdar; a.k.a. ACHWAN, Mochtar; a.k.a. ACHWAN, Muhammad; a.k.a. AKHWAN, Mochtar; a.k.a. AKHWAN, Muhammad; a.k.a. AKWAN, Mochtar), Jalan Ir. H. Juanda 8/10, RT/RW 002/001, Jodipan, Blimbing, Malang, Indonesia; DOB 04 May 1948; alt. DOB 04 May 1946; POB Tulungagung, Indonesia; nationality Indonesia; National ID No. 3573010405480001 (Indonesia) (individual) [SDGT].

ACHWAN, Mochdar (a.k.a. ACHWAN, Mochammad; a.k.a. ACHWAN, Mochtar; a.k.a. ACHWAN, Muhammad; a.k.a. AKHWAN, Mochtar; a.k.a. AKHWAN, Muhammad; a.k.a. AKWAN, Mochtar), Jalan Ir. H. Juanda 8/10, RT/RW 002/001, Jodipan, Blimbing, Malang, Indonesia; DOB 04 May 1948; alt. DOB 04 May 1946; POB Tulungagung, Indonesia; nationality Indonesia; National ID No. 3573010405480001 (Indonesia) (individual) [SDGT].

ACHWAN, Mochtar (a.k.a. ACHWAN, Mochammad; a.k.a. ACHWAN, Mochdar; a.k.a. ACHWAN, Muhammad; a.k.a. AKHWAN, Mochtar; a.k.a. AKHWAN, Muhammad; a.k.a. AKWAN, Mochtar), Jalan Ir. H. Juanda 8/10, RT/RW 002/001, Jodipan, Blimbing, Malang, Indonesia; DOB 04 May 1948; alt. DOB 04 May 1946; POB Tulungagung, Indonesia; nationality Indonesia; National ID No. 3573010405480001 (Indonesia) (individual) [SDGT].

ACHWAN, Muhammad (a.k.a. ACHWAN, Mochammad; a.k.a. ACHWAN, Mochdar; a.k.a. ACHWAN, Mochtar; a.k.a. AKHWAN, Mochtar; a.k.a. AKHWAN, Muhammad; a.k.a. AKWAN, Mochtar), Jalan Ir. H. Juanda 8/10, RT/RW 002/001, Jodipan, Blimbing, Malang, Indonesia; DOB 04 May 1948; alt. DOB 04 May 1946; POB Tulungagung, Indonesia; nationality Indonesia; National ID No. 3573010405480001 (Indonesia) (individual) [SDGT].

ACL GSM IMPORT EXPORT (a.k.a. ACL ITHALAT IHRACAT; a.k.a. ACL ITHALAT IHRACAT ISMAIL BAYALT; a.k.a. ACL ITHALAT IHRACAT ISMAIL BAYALTUN), No: 96 Dunya Is Merkezi 2 Kat, Sanliurfa, Turkey; Cengiz Topel Mah 2 Dun is Merk, Sanliurfa, Turkey; Yusufpasa Mah Dunya Is Merkeri Ctr, Sanliurfa 63000, Turkey; 96 Earth Business Center, 2nd Floor, Sanliurfa, Turkey [SDGT] (Linked To: BAYALTUN, Ismail).

ACL ITHALAT IHRACAT (a.k.a. ACL GSM IMPORT EXPORT; a.k.a. ACL ITHALAT IHRACAT ISMAIL BAYALT; a.k.a. ACL ITHALAT IHRACAT ISMAIL BAYALTUN), No: 96 Dunya Is Merkezi 2 Kat, Sanliurfa, Turkey;

Cengiz Topel Mah 2 Dun is Merk, Sanliurfa, Turkey; Yusufpasa Mah Dunya Is Merkeri Ctr, Sanliurfa 63000, Turkey; 96 Earth Business Center, 2nd Floor, Sanliurfa, Turkey [SDGT] (Linked To: BAYALTUN, Ismail).

ACL ITHALAT IHRACAT ISMAIL BAYALT (a.k.a. ACL GSM IMPORT EXPORT; a.k.a. ACL ITHALAT IHRACAT; a.k.a. ACL ITHALAT IHRACAT ISMAIL BAYALTUN), No: 96 Dunya Is Merkezi 2 Kat, Sanliurfa, Turkey; Cengiz Topel Mah 2 Dun is Merk, Sanliurfa, Turkey; Yusufpasa Mah Dunya Is Merkeri Ctr, Sanliurfa 63000, Turkey; 96 Earth Business Center, 2nd Floor, Sanliurfa, Turkey [SDGT] (Linked To: BAYALTUN, Ismail).

ACL ITHALAT IHRACAT ISMAIL BAYALTUN (a.k.a. ACL GSM IMPORT EXPORT; a.k.a. ACL ITHALAT IHRACAT; a.k.a. ACL ITHALAT IHRACAT ISMAIL BAYALT), No: 96 Dunya Is Merkezi 2 Kat, Sanliurfa, Turkey; Cengiz Topel Mah 2 Dun is Merk, Sanliurfa, Turkey; Yusufpasa Mah Dunya Is Merkeri Ctr, Sanliurfa 63000, Turkey; 96 Earth Business Center, 2nd Floor, Sanliurfa, Turkey [SDGT] (Linked To: BAYALTUN, Ismail).

ACOSTA IBARRA, Ruben, Calle Siete de Abril No. 5, Colonia Hidalgo, Hidalgo C.P. 42500, Mexico; DOB 20 Oct 1967; POB Acatlan, Hidalgo; nationality Mexico; citizen Mexico; C.U.R.P. AOIR671020HHGCBB02 (Mexico); Electoral Registry No. ACIBRR67102013H701 (Mexico); Cartilla de Servicio Militar Nacional B4111940 (Mexico); C.U.I.P. AOIR671020H1374898 (Mexico) (individual) [SDNTK].

ACOSTA MONTALVAN, Ivan Adolfo, Masaya, Nicaragua; DOB 28 Sep 1964; POB Bluefields, Nicaragua; nationality Nicaragua; Gender Male; Passport A00001432 (Nicaragua) (individual) [NICARAGUA].

ACOSTA SERNA, Oscar Alonso, Colombia; DOB 15 Aug 1971; POB Argelia, Colombia; nationality Colombia; citizen Colombia; Cedula No. 10141319 (Colombia); Passport AK253066 (Colombia) (individual) [SDNT].

ACOSTA SERNA, Robinson Duvan, Mz 1 cs 12 B. Santiago Londono, Colombia; DOB 26 Apr 1977; POB Colombia; nationality Colombia; citizen Colombia; Cedula No. 10002061 (Colombia); Passport AJ418881 (Colombia) (individual) [SDNT].

ACUAINDUSTRIA NARCISO MENDOZA, S.C. DE R.L. DE C.V., Hermosillo, Sonora, Mexico; Organization Established Date 17 Sep 2004;

Folio Mercantil No. 33649 (Mexico) [SDNTK] (Linked To: ROCHIN HURTADO, Meliton).

ACUAMATERIALES Y CIA. LIMITADA, Carrera 51 B No. 12 Sur 21 Piso 2, Medellin, Colombia; NIT # 811022933-3 (Colombia) [SDNTK].

ADALE, Khalif (a.k.a. ABDALE, Qaaliif; a.k.a. CADALE, Qaliif; a.k.a. CADE, Qaliif; a.k.a. KHALIF, Adale; a.k.a. WARSAME, Khalif Mohamed), Qunyo Barrow, Middle Juba, Somalia; Buulo Fulaay, Somalia; DOB 01 Jan 1964; alt. DOB 01 Jan 1968; POB Somalia; nationality Djibouti; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 11120061B (Djibouti) (individual) [SDGT] (Linked To: AL-SHABAAB).

ADAM TRADING AND INVESTMENT LLC (Arabic: شركة ادم التجارة و الاستثمار), Damascus, Syria; Organization Established Date 25 Feb 2018; Organization Type: Real estate activities on a fee or contract basis [SYRIA] [SYRIA-CAESAR] (Linked To: AL-QATTAN, Wassim Anwar).

ADAM, Noureddine (a.k.a. ADAM, Nourreddine; a.k.a. ADAM, Nourredine; a.k.a. ADAM, Nourreldine; a.k.a. ADAM, Nureldine; a.k.a. ADAM, Nureldine), DOB 1969 to 1971; POB Ndele, Central African Republic; nationality Central African Republic; General; Former Minister of Public Security (individual) [CAR].

ADAM, Nourreddine (a.k.a. ADAM, Noureddine; a.k.a. ADAM, Nourredine; a.k.a. ADAM, Nourreldine; a.k.a. ADAM, Nureldine), DOB 1969 to 1971; POB Ndele, Central African Republic; nationality Central African Republic; General; Former Minister of Public Security (individual) [CAR].

ADAM, Nourredine (a.k.a. ADAM, Noureddine; a.k.a. ADAM, Nourreddine; a.k.a. ADAM, Nourreldine; a.k.a. ADAM, Nureldine), DOB 1969 to 1971; POB Ndele, Central African Republic; nationality Central African Republic; General; Former Minister of Public Security (individual) [CAR].

ADAM, Nourreldine (a.k.a. ADAM, Noureddine; a.k.a. ADAM, Nourreddine; a.k.a. ADAM, Nourredine; a.k.a. ADAM, Nureldine), DOB 1969 to 1971; POB Ndele, Central African Republic; nationality Central African Republic; General; Former Minister of Public Security (individual) [CAR].

ADAM, Nureldine (a.k.a. ADAM, Noureddine; a.k.a. ADAM, Nourreddine; a.k.a. ADAM, Nourredine; a.k.a. ADAM, Nourreldine), DOB 1969 to 1971; POB Ndele, Central African

Republic; nationality Central African Republic; General; Former Minister of Public Security (individual) [CAR].

ADAM, Sheikh Hassaan Hussein (a.k.a. HUSSEIN, Sheikh Hassaan; a.k.a. OMAR, Hassan Mahad; a.k.a. OMAR, Hassan Mahat); DOB 10 Apr 1979; POB Garissa, Kenya; nationality Kenya; Passport A1180173 (Kenya) expires 20 Aug 2017; Kenyan ID No. 23446085 (Kenya) (individual) [SOMALIA].

ADAMU, Salih Yusuf (a.k.a. ADAMU, Salihu Yusuf (Arabic: صالح يوسف ادامو), Abu Dhabi, United Arab Emirates; DOB 23 Aug 1990; POB Nigeria; nationality Nigeria; citizen Nigeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A07038778 (Nigeria) (individual) [SDGT] (Linked To: BOKO HARAM).

ADAMU, Salihu Yusuf (Arabic: صالح يوسف ادامو) (a.k.a. ADAMU, Salih Yusuf), Abu Dhabi, United Arab Emirates; DOB 23 Aug 1990; POB Nigeria; nationality Nigeria; citizen Nigeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A07038778 (Nigeria) (individual) [SDGT] (Linked To: BOKO HARAM).

ADAN, Abukar Ali (a.k.a. ADEN, Abukar Ali; a.k.a. "Ibrahim Afghan"; a.k.a. "Sheikh Abukar"); DOB 1972; alt. DOB 1971; alt. DOB 1973 (individual) [SDGT].

ADAN, Mahad Isse (a.k.a. AADAN, Mahad Ciise; a.k.a. ADEN, Mahad Isse; a.k.a. MUHAMMAD, Mahad Cise; a.k.a. "LABOBALLE"); Bosaso, Somalia; Qandala, Somalia; DOB 1949; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

ADANOF, Munir (a.k.a. ADANOV, Munir; a.k.a. ADNUF, Munir); DOB 1951; Deputy Chief of General Staff of the Syrian Army; Lieutenant General (individual) [SYRIA].

ADANOV, Munir (a.k.a. ADANOF, Munir; a.k.a. ADNUF, Munir); DOB 1951; Deputy Chief of General Staff of the Syrian Army; Lieutenant General (individual) [SYRIA].

ADB ARQUITECTOS Y INMOBILIARIA (a.k.a. ADB INMOBILIARIA; a.k.a. ARQUITECTURA Y DISENO EN BALANCE, S.A. DE C.V.), Pegaso 3261, Colonia La Calma, Zapopan, Jalisco, Mexico; R.F.C. ADB130606VA4 (Mexico) [SDNTK].

ADB INMOBILIARIA (a.k.a. ADB ARQUITECTOS Y INMOBILIARIA; a.k.a. ARQUITECTURA Y DISENO EN BALANCE, S.A. DE C.V.), Pegaso 3261, Colonia La Calma, Zapopan, Jalisco, Mexico; R.F.C. ADB130606VA4 (Mexico) [SDNTK].

ABDALLAH, Fazul (a.k.a. ABDALLA, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT].

ABDUD, Muhammad 'Awad (a.k.a. ABBUD, Bin Muhammad Awad; a.k.a. ABUD, Sa'ad Muhammad Awad; a.k.a. AWAD, Muhammad; a.k.a. BAABOOD, Sa'ad Muhammad; a.k.a. BIN LADEN, Sa'ad; a.k.a. BIN LADEN, Sad; a.k.a. "AL-KAHTANE, Abdul Rahman"); DOB 1982; POB Saudi Arabia; nationality Saudi Arabia; Passport 520951 (Sudan); alt. Passport 530951 (Sudan) (individual) [SDGT].

AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM (a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

ADDITIONAL LIABILITY COMPANY BELNEFTEGAZ (a.k.a. ALC BELNEFTEGAZ; a.k.a. BELNEFTEGAS; a.k.a. BELNEFTEGAZ (Cyrillic: БЕЛНЕФТЕГАЗ); a.k.a. OBSHCHESTVO S DOPOLNITELNOY OTVETSTVENNOSTYU BELNEFTEGAZ (Cyrillic: ОБЩЕСТВО С ДОПОЛНИТЕЛЬНОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛНЕФТЕГАЗ); a.k.a. ODO BELNEFTEGAZ (Cyrillic: ОДО БЕЛНЕФТЕГАЗ); a.k.a. TAVARYSTVA Z DADATKOVAY ADKAZNASTSYU BELNAFTANAZ (Cyrillic: ТАВАРЫСТВА З ДАДАТКОВАЙ АДКАЗНАСЦЮ БЕЛНАФТАГАЗ); a.k.a. TDA BELNAFTANAZ (Cyrillic: ТДА БЕЛНАФТАГАЗ)), ul. Azgura, d. 5, pom. 68 (kabinet 1, 1st floor), Minsk 220088, Belarus (Cyrillic: ул. Азгура, д. 5, пом. 68 (кабинет 1, 1 этаж), г. Минск 220088, Belarus); Organization Established Date 23 Mar 1995; Registration Number 100878073 (Belarus) [BELARUS-EO14038].

ADDITIVE TECHNOLOGY GROUP (a.k.a. LIMITED LIABILITY COMPANY ADDITIVE TECHNOLOGY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АДДИТИВ ТЕХНОЛОДЖИ)), 25 Chapayeva Street, Letter A, Floor 6, Suite 158, Saint Petersburg 197046, Russia; 65 Aviamotornaya Street, Building 1, Moscow 111024, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7839070717 (Russia); Registration Number 1167847343190 (Russia) [RUSSIA-EO14024].

OFFICE OF FOREIGN ASSETS CONTROL                                                                   SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

ADDITIVNYI INZHINIRING (a.k.a. LLC ADDITIVE ENGINEERING), Pr-Kt Volgogradskii D. 42, Str. 24, Moscow 109316, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7703465098 (Russia); Registration Number 1187746795004 (Russia) [RUSSIA-EO14024].

ADDOUNIA TV (a.k.a. AL DOUNIA; a.k.a. AL-DONYA TELEVISION CHANNEL; a.k.a. AL-DUNYA TELEVISION; a.k.a. DUNIA LIMITED LIABILITY COMPANY FOR INFORMATION; a.k.a. DUNIA TELEVISION), Information Free Zone, Damascus, Syria [SYRIA].

ADEL ABAD PRISON (a.k.a. ADELABAD PRISON; a.k.a. SHIRAZ CENTRAL PRISON; a.k.a. "PROSPEROUS PLACE OF JUSTICE"), Shiraz, Fars Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

ADEL, Youcef (a.k.a. ABOU ZEID, Abdelhamid; a.k.a. ABU ZEID, Abdelhamid; a.k.a. HAMADU, Abid; a.k.a. HAMMADOU, Abid; a.k.a. "ABU ABDELLAH"); DOB 12 Dec 1965; POB Touggourt, Ouargla, Algeria (individual) [SDGT].

ADELABAD PRISON (a.k.a. ADEL ABAD PRISON; a.k.a. SHIRAZ CENTRAL PRISON; a.k.a. "PROSPEROUS PLACE OF JUSTICE"), Shiraz, Fars Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

ADEMI, Xhevat; DOB 08 Dec 1962; POB Tetovo, Macedonia (individual) [BALKANS].

ADEMULERO, Babestan Oluwole (a.k.a. BABESTAN, Wole A.; a.k.a. OGUNGBUYI, Oluwole A.; a.k.a. OGUNGBUYI, Wally; a.k.a. OGUNGBUYI, Wole A.; a.k.a. SHOFESO, Olatunde I.; a.k.a. SHOFESO, Olatunde Irewole); DOB 04 Mar 1953; POB Nigeria (individual) [SDNTK].

ADEN, Abukar Ali (a.k.a. ADAN, Abukar Ali; a.k.a. "Ibrahim Afghan"; a.k.a. "Sheikh Abukar"); DOB 1972; alt. DOB 1971; alt. DOB 1973 (individual) [SDGT].

ADEN, Mahad Isse (a.k.a. AADAN, Mahad Ciise; a.k.a. ADAN, Mahad Isse; a.k.a. MUHAMMAD, Mahad Cise; a.k.a. "LABOBALLE"), Bosaso, Somalia; Qandala, Somalia; DOB 1949; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

ADEN, Mohamed Abdi (a.k.a. ADEN, Mohamoud Abdi; a.k.a. ADEN, Mohamud Abdi; a.k.a. "ABDIRAHMAN, Mahamoud"; a.k.a. "ABDIRAHMAN, Mohamud"; a.k.a. "HASSAN, Mohamed"; a.k.a. "IBRAHIM, Moalim"; a.k.a. "MAHADI, Moalim"; a.k.a. "SAYID, Mahdi"; a.k.a. "YARE, Mohamed"), Jilib, Lower Juba, Somalia; DOB 13 Mar 1985; POB Garissa, Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

ADEN, Mohamoud Abdi (a.k.a. ADEN, Mohamed Abdi; a.k.a. ADEN, Mohamud Abdi; a.k.a. "ABDIRAHMAN, Mahamoud"; a.k.a. "ABDIRAHMAN, Mohamud"; a.k.a. "HASSAN, Mohamed"; a.k.a. "IBRAHIM, Moalim"; a.k.a. "MAHADI, Moalim"; a.k.a. "SAYID, Mahdi"; a.k.a. "YARE, Mohamed"), Jilib, Lower Juba, Somalia; DOB 13 Mar 1985; POB Garissa, Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

ADEN, Mohamud Abdi (a.k.a. ADEN, Mohamed Abdi; a.k.a. ADEN, Mohamoud Abdi; a.k.a. "ABDIRAHMAN, Mahamoud"; a.k.a. "ABDIRAHMAN, Mohamud"; a.k.a. "HASSAN, Mohamed"; a.k.a. "IBRAHIM, Moalim"; a.k.a. "MAHADI, Moalim"; a.k.a. "SAYID, Mahdi"; a.k.a. "YARE, Mohamed"), Jilib, Lower Juba, Somalia; DOB 13 Mar 1985; POB Garissa, Kenya; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

ADERAL INDUSTRIAL HK LTD. (a.k.a. ARTTRONIX INTERNATIONAL HK LIMITED (Chinese Traditional: 億電國際香港有限公司)), 15/B 15/F Cheuk Nang Plaza, 250 Hennessy Road, Hong Kong, China; 610 Nathan Road, Rooms 1318-20, 13/F, Hollywood Plaza, Mong Kok, Hong Kong, China; Rm3A25, Bldg A Zhihui Innovation CTR Huashenghui 2nd Qianjin Rd Baoan Dist, Shenzhen, Guangdong, China; Website www.arttronix.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Nov 2012; Company Number 1823593 (Hong

Kong) [NPWMD] [IFSR] (Linked To: PARDAZAN SYSTEM NAMAD ARMAN).

ADHAFAH, Muhammad Said (a.k.a. AL BEHADILI, Mohammed Saeed Odhafa (Arabic: محمد سعيد عذافه البهادلي); a.k.a. AL-BAHADILI, Muhammad Sa'id 'Adhafah; a.k.a. ALBEHADILI, Mohammed Saeed Othafa; a.k.a. "SAEED, Mohammed"), Iraq; DOB 04 Mar 1970; nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A3347475 (Iraq) (individual) [SDGT] [IFSR] (Linked To: AL KHAMAEL MARITIME SERVICES).

ADHAJANI, Azim (a.k.a. AGAJANY, Azimi; a.k.a. AGHAJANI, Asim; a.k.a. AGHAJANI, Azim; a.k.a. AGHAJANI, Azimi; a.k.a. AGHAJANI, Hosein; a.k.a. AQAJANI, Azim); DOB 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRGC] [IFSR].

ADHIGUNA LESMANA, Dandi (a.k.a. ADHIGUNA, Dandi Muhammad; a.k.a. ADHIGUNA, Muhammad Dandi), Kayseri, Turkey; DOB 30 Jul 1996; POB Gresik, East Java, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B 0547698 (Indonesia) (individual) [SDGT] (Linked To: SUSANTI, Dwi Dahlia).

ADHIGUNA, Dandi Muhammad (a.k.a. ADHIGUNA LESMANA, Dandi; a.k.a. ADHIGUNA, Muhammad Dandi), Kayseri, Turkey; DOB 30 Jul 1996; POB Gresik, East Java, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B 0547698 (Indonesia) (individual) [SDGT] (Linked To: SUSANTI, Dwi Dahlia).

ADHIGUNA, Muhammad Dandi (a.k.a. ADHIGUNA LESMANA, Dandi; a.k.a. ADHIGUNA, Dandi Muhammad), Kayseri, Turkey; DOB 30 Jul 1996; POB Gresik, East Java, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B 0547698 (Indonesia) (individual) [SDGT] (Linked To: SUSANTI, Dwi Dahlia).

ADILI, Gafur; DOB 05 Jan 1959; POB Kicevo, Macedonia (individual) [BALKANS].

ADINEH VAND, Salman (Arabic: سلمان آدينه وند) (a.k.a. ADINEH-VAND, Salman; a.k.a. ADINEHVAND, Salman (Arabic: سلمان آدينه

وند)), Tehran, Iran; DOB 10 May 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Commander of the LEF Tehran Police Relief Unit (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ADINEH-VAND, Salman (a.k.a. ADINEH VAND, Salman (Arabic: سلمان آدینه وند); a.k.a. ADINEHVAND, Salman (Arabic: سلمان آدینه وند)), Tehran, Iran; DOB 10 May 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Commander of the LEF Tehran Police Relief Unit (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ADINEHVAND, Salman (Arabic: سلمان آدینه وند) (a.k.a. ADINEH VAND, Salman (Arabic: سلمان آدینه وند); a.k.a. ADINEH-VAND, Salman), Tehran, Iran; DOB 10 May 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Commander of the LEF Tehran Police Relief Unit (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ADJ SWORDFISH LIMITED (a.k.a. ADJ TRADING; a.k.a. ADJ TRADING LIMITED), 22 Mensjia Street, San Gwann SGN 1608, Malta; PO Box 105, 1045, Majuro, Marshall Islands; D-U-N-S Number 52-023-7366; Tax ID No. 18589120 (Malta); Trade License No. C 41310 (Malta) [LIBYA3] (Linked To: DEBONO, Darren; Linked To: ARAFA, Ahmed Ibrahim Hassan Ahmed; Linked To: BEN KHALIFA, Fahmi).

ADJ TRADING (f.k.a. ADJ SWORDFISH LIMITED; a.k.a. ADJ TRADING LIMITED), 22 Mensjia Street, San Gwann SGN 1608, Malta; PO Box 105, 1045, Majuro, Marshall Islands; D-U-N-S Number 52-023-7366; Tax ID No. 18589120 (Malta); Trade License No. C 41310 (Malta) [LIBYA3] (Linked To: DEBONO, Darren; Linked To: ARAFA, Ahmed Ibrahim Hassan Ahmed; Linked To: BEN KHALIFA, Fahmi).

ADJ TRADING LIMITED (f.k.a. ADJ SWORDFISH LIMITED; a.k.a. ADJ TRADING), 22 Mensjia Street, San Gwann SGN 1608, Malta; PO Box 105, 1045, Majuro, Marshall Islands; D-U-N-S Number 52-023-7366; Tax ID No. 18589120 (Malta); Trade License No. C 41310 (Malta) [LIBYA3] (Linked To: DEBONO, Darren; Linked To: ARAFA, Ahmed Ibrahim Hassan Ahmed; Linked To: BEN KHALIFA, Fahmi).

ADJUSTMENT BUSINESS CORP., Panama; RUC # 264715-1-405109 (Panama) [SDNTK].

ADKRYTAE AKTSYIANERNAE TAVARYSTVA AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ) (f.k.a. AAT AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: ААТ АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. AAT TAE AVIYA (Cyrillic: ААТ ТАЕ АВІЯ); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA TAE AVIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ТАЕ АВІЯ); f.k.a. AVIAKOMPANIYA TRANSAVIAEKSPORT OAO; a.k.a. JOINT STOCK COMPANY TRANSAVIAEXPORT AIRLINES; a.k.a. JSC TRANSAVIAEXPORT AIRLINES; f.k.a. OAO AVIAKOMPANIYA TRANSAVIAEKSPORT (Cyrillic: ОАО АВИАКОМПАНИЯ ТРАНСАВИАЭКСПОРТ); a.k.a. OAO TAE AVIA (Cyrillic: ОАО ТАЕ АВИА); f.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO AVIAKOMPANIYA TRANSAVIAEKSPORT; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO TAE AVIA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАЕ АВИА); a.k.a. TRANSAVIAEXPORT AIRLINES), 44, Zakharova Str., Minsk 220034, Belarus (Cyrillic: Ул. Захарова, 44, Минск 220034, Belarus); d. 11, Ul. Pervomayskaya, Minsk 220034, Belarus (Cyrillic: д. 11, ул. Первомайская, Минск 220034, Belarus); Organization Established Date 28 Dec 1992; Registration Number 100027245 (Belarus) [BELARUS-EO14038].

ADKRYATAE AKTSYIANERNAE TAVARYSTVA KIDMA TEK (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА КІДМА ТЭК) (a.k.a. AAT KIDMA TEK (Cyrillic: ААТ КІДМА ТЭК); f.k.a. BSVT - NEW TECHNOLOGIES; f.k.a. BSVT-NT; a.k.a. KIDMA TECH OJSC; a.k.a. OAO KIDMA TEK (Cyrillic: ОАО КИДМА ТЕК); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BSVT-NOVIYE TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БСВТ-НОВЫЕ ТЕХНОЛОГИИ); a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO KIDMA TEK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КИДМА ТЕК)), Room 20, Administrative Building 187, Soltysa St., Minsk 220070, Belarus; D. 5/1, Ustenskiy Selsovyet, Vitebskaya Oblast, Orshanskiy Rayon, Ag.

Ustye 211003, Belarus (Cyrillic: Д. 5/1, Устенский сельсовет, Витебская Область, Оршанский Район, аг. Устье 211003, Belarus); Organization Established Date 18 Jul 2012; Registration Number 191607211 (Belarus) [BELARUS-EO14038].

ADKRYTAE AKTSYIANERNAE TAVARYSTVA TAE AVIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ТАЕ АВІЯ) (f.k.a. AAT AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: ААТ АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. AAT TAE AVIYA (Cyrillic: ААТ ТАЕ АВІЯ); f.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); f.k.a. AVIAKOMPANIYA TRANSAVIAEKSPORT OAO; a.k.a. JOINT STOCK COMPANY TRANSAVIAEXPORT AIRLINES; a.k.a. JSC TRANSAVIAEXPORT AIRLINES; f.k.a. OAO AVIAKOMPANIYA TRANSAVIAEKSPORT (Cyrillic: ОАО АВИАКОМПАНИЯ ТРАНСАВИАЭКСПОРТ); a.k.a. OAO TAE AVIA (Cyrillic: ОАО ТАЕ АВИА); f.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO AVIAKOMPANIYA TRANSAVIAEKSPORT; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO TAE AVIA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАЕ АВИА); a.k.a. TRANSAVIAEXPORT AIRLINES), 44, Zakharova Str., Minsk 220034, Belarus (Cyrillic: Ул. Захарова, 44, Минск 220034, Belarus); d. 11, Ul. Pervomayskaya, Minsk 220034, Belarus (Cyrillic: д. 11, ул. Первомайская, Минск 220034, Belarus); Organization Established Date 28 Dec 1992; Registration Number 100027245 (Belarus) [BELARUS-EO14038].

ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA BELARUSKALIY (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА БЕЛАРУСЬКАЛІЙ) (a.k.a. AAT BELARUSKALIY (Cyrillic: ААТ БЕЛАРУСЬКАЛІЙ); a.k.a. BELARUSKALI OAO (Cyrillic: ОАО БЕЛАРУСЬКАЛИЙ); a.k.a. JSC BELARUSKALI; a.k.a. OAO BELARUSKALIY; a.k.a. OJSC BELARUSKALI; a.k.a. OPEN JOINT-STOCK COMPANY BELARUSKALI; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO BELARUSKALIY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛАРУСЬКАЛІЙ)), Korzh Str., Soligorsk, Minsk Region 223710, Belarus (Cyrillic: Коржа,

ул., Солигорск, Минская область 223710, Belarus); Organization Established Date 23 Dec 1996; Registration Number 600122610 (Belarus) [BELARUS-EO14038].

ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA BELARUSKAYA KALIYNAYA KAMPANIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА БЕЛАРУСКАЯ КАЛІЙНАЯ КАМПАНІЯ) (a.k.a. AAT BELARUSKAYA KALIYNAYA KAMPANIYA (Cyrillic: ААТ БЕЛАРУСКАЯ КАЛІЙНАЯ КАМПАНІЯ); a.k.a. BELARUSIAN POTASH COMPANY (Cyrillic: БЕЛОРУССКАЯ КАЛИЙНАЯ КОМПАНИЯ); a.k.a. BELORUSSKAYA KALINAYA KOMPANIYA OAO; a.k.a. JSC BELARUSIAN POTASH COMPANY; a.k.a. OAO BELORUSSKAYA KALIYNAYA KOMPANIYA (Cyrillic: ОАО БЕЛОРУССКАЯ КАЛИЙНАЯ КОМПАНИЯ); a.k.a. OJSC BELARUSIAN POTASH COMPANY; a.k.a. OPEN JOINT STOCK COMPANY BELARUSIAN POTASH COMPANY; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO BELORUSSKAYA KALIYNAYA KOMPANIYA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛОРУССКАЯ КАЛИЙНАЯ КОМПАНИЯ)), Masherova Ave, Building 35, Room 644, Minsk 220002, Belarus (Cyrillic: пр-т Машерова, д. 35, пом. 644, Минск 220002, Belarus); Organization Established Date 13 Sep 2013; Registration Number 192050251 (Belarus) [BELARUS-EO14038].

ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН) (a.k.a. AAT HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: ААТ ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. GRODNO TOBACCO FACTORY NEMAN; a.k.a. GTF NEMAN; a.k.a. HRODNA TOBACCO FACTORY NEMAN; a.k.a. OAO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОАО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН); a.k.a. OJSC GRODNO TOBACCO FACTORY NEMAN; a.k.a. OPEN JOINT-STOCK COMPANY GRODNO TOBACCO FACTORY NEMAN; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ГРОДНЕНСКАЯ ТАБАЧНАЯ

ФАБРИКА НЕМАН)), ul. Ordzhonikidze, d. 18, Grodno, Grodnenskaya Oblast 230771, Belarus (Cyrillic: ул. Орджоникидзе, д. 18, г. Гродно, Гродненская область 230771, Belarus); Organization Established Date 29 Dec 1996; Registration Number 500047627 (Belarus) [BELARUS-EO14038].

ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA MINSKI AUTAMABILLNY ZAVOD - KIRUYUCHAYA KAMPANIYA KHOLDYNGU BELAUTAMAZ (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛАЎТАМАЗ) (a.k.a. AAT MINSKI AUTAMABILNY ZAVOD (Cyrillic: ААТ МІНСКІ АЎТАМАБІЛЬНЫ ЗАВОД); a.k.a. OAO MINSKI AVTOMOBILNYI ZAVOD (Cyrillic: ОАО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД); a.k.a. OJSC MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT; a.k.a. OPEN JOINT STOCK COMPANY MINSK AUTOMOBILE PLANT - MANAGEMENT COMPANY OF HOLDING BELAVTOMAZ; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII AVTOMOBILNYI ZAVOD - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAVTOMAZ (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО МИНСКИЙ АВТОМОБИЛЬНЫЙ ЗАВОД - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛАВТОМАЗ); a.k.a. "OJSC MAZ"), Ul. Sotsialisticheskaya 2, Minsk 220021, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100320487 (Belarus); Government Gazette Number 05808729 (Belarus) [BELARUS-EO14038].

ADLER BG AD, 126, Tsar Boris III Str./blvd., R-N Krasno Selo Distr, Sofia, Stolichna 1612, Bulgaria; Organization Established Date 2009; Government Gazette Number 200874603 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

ADMINCHECK LIMITED, 1 Old Burlington Street, London, United Kingdom [IRAQ2].

ADMINISTRADORA DE INMUEBLES VIDA, S.A. DE C.V., Blvd. Agua Caliente 1381, Colonia Revolucion, Tijuana, Baja California, Mexico [SDNTK].

ADMINISTRADORA DEL ORIENTE (a.k.a. ESTACION GUADALUPE; a.k.a. HOTEL REGENTE), Guatemala; NIT # 7142099 (Guatemala) [SDNTK].

ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE (a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND

CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

ADNAN, Ahmed S. Hasan (a.k.a. AHMED, Adnan S. Hasan; a.k.a. SULTAN, Ahmed), Amman, Jordan (individual) [IRAQ2].

ADNAN, Ali Ayad (a.k.a. AYAD, Adnan; a.k.a. 'IYAD, Adnan 'Ali (Arabic: عدنان علي عياد)), Lebanon; Germany; Morocco; Ethiopia; Iraq; Ghana; Nigeria; Turkey; DOB 10 Mar 1963; alt. DOB 01 Jan 1963; nationality Lebanon; alt. nationality Germany; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0435095 (Lebanon); alt. Passport C3T81VJJX (Germany) (individual) [SDGT] (Linked To: HIZBALLAH).

ADNANI, Seyed Mohammad (a.k.a. ALADNANI, Mohammad Jasim Mohammadsadeq; a.k.a. AL-ADNANI, Muhammad; a.k.a. AL-GHORAYFI, Muhammad), Iraq; DOB 27 Jun 1987; alt. DOB 17 Sep 1987; nationality Iran; alt. nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A9792142 (Iraq); alt. Passport E96048299 (Iran); National ID No. 1742742726 (Iran) (individual) [SDGT] [IFSR] (Linked To: FADAKAR, Alireza).

ADNUF, Munir (a.k.a. ADANOF, Munir; a.k.a. ADANOV, Munir); DOB 1951; Deputy Chief of General Staff of the Syrian Army; Lieutenant General (individual) [SYRIA].

ADONEV, Sergei Nikolaevich (a.k.a. ADONEV, Sergej Nikolaevich (Cyrillic: АДОНЬЕВ, Сергей Николаевич); a.k.a. ADONIEV, Sergey), Enzo Sireni 1, Herzliya 4673502, Israel; DOB 28 Jan 1961; POB Lviv, Lviv Oblast, Ukraine; nationality Russia; alt. nationality Israel; Gender Male; Passport 758231249 (Russia); alt. Passport 24150347 (Israel); Tax ID No. 780450035797 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KALEIDOSKOP).

ADONEV, Sergej Nikolaevich (Cyrillic: АДОНЬЕВ, Сергей Николаевич) (a.k.a. ADONEV, Sergei Nikolaevich; a.k.a. ADONIEV, Sergey), Enzo Sireni 1, Herzliya 4673502, Israel; DOB 28 Jan 1961; POB Lviv, Lviv Oblast, Ukraine; nationality Russia; alt. nationality Israel; Gender Male; Passport 758231249 (Russia); alt. Passport 24150347 (Israel); Tax ID No. 780450035797 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KALEIDOSKOP).

ADONIEV, Sergey (a.k.a. ADONEV, Sergei Nikolaevich; a.k.a. ADONEV, Sergej Nikolaevich (Cyrillic: АДОНЬЕВ, Сергей Николаевич)), Enzo Sireni 1, Herzliya 4673502, Israel; DOB 28 Jan 1961; POB Lviv, Lviv Oblast, Ukraine; nationality Russia; alt. nationality Israel; Gender Male; Passport 758231249 (Russia); alt. Passport 24150347 (Israel); Tax ID No. 780450035797 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KALEIDOSKOP).

ADONYEV, Filipp Sergeevich (Cyrillic: АДОНИЕВ, Филипп Сергеевич), Flat L, 21 Cadogan Gardens, London SW3 2RW, United Kingdom; DOB 11 Nov 1997; POB St. Petersburg, Russia; nationality Bulgaria; alt. nationality Russia; Gender Male; Passport 651250404 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ADONEV, Sergei Nikolaevich).

ADONYEV, Luka Sergeevich (Cyrillic: АДОНИЕВ, Лука Сергеевич), Flat L, 21 Cadogan Gardens, London SW3 2RW, United Kingdom; DOB 06 May 2003; POB St. Petersburg, Russia; nationality Bulgaria; alt. nationality Russia; Gender Male; Passport 6482878489 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ADONEV, Sergei Nikolaevich).

ADOON GENERAL TRADING FZE (Arabic: ادون جنرال تريدنج م.م.ح), Centurion Star Tower, B-

Block, Office 506, Port Saeed, Dubai, United Arab Emirates; Office No. 506, B Floor, Centurion Star Tower, Deira, Dubai, United Arab Emirates; B1 Block, Flat 623, PO Box 21158, Ajman, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions (SDGT) (Linked To: MAHAMUD, Abdi Nasir Ali).

ADOON GENERAL TRADING GIDA SANAYI VE TICARET ANONIM SIRKETI, EGS Bloklari, No: 12-340 Yesilkoy Mahallesi, Ataturk Caddesi, Bakirkoy, Istanbul 34149, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Chamber of Commerce Number 1154982 (Turkey); Registration Number 165136-5 (Turkey); Central Registration System Number 8143922500001 (Turkey) [SDGT] (Linked To: MAHAMUD, Abdi Nasir Ali).

ADOON GENERAL TRADING L.L.C. (Arabic: ‏ادون التجارة العامة ش.ذ.م.م‎), Office Number 506, B Block, Centurion Star Tower, Opp. Deira City Center, Port Saeed, P.O. Box 64827, Deira, Dubai, United Arab Emirates; Al Ras Area, Dubai, United Arab Emirates; Website www.adoongroup.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 682443 (United Arab Emirates); alt. Business Registration Number 10889604 (United Arab Emirates) [SDGT] (Linked To: MAHAMUD, Abdi Nasir Ali).

ADORABELLA AG (a.k.a. ADORABELLA LIMITED; a.k.a. ADORABELLA LTD; a.k.a. ADORABELLA MKOOO (Cyrillic: АДОРАБЕЛЛА МКООО); a.k.a. ADORABELLA SA), Dammstrasse 19, Zug 6300, Switzerland; Floor Office 1 G 25, B-R Solnechny, 25, Kaliningrad 236006, Russia; Organization Established Date 02 Jul 2021; Tax ID No. 495081111 (Switzerland); Legal Entity Number 2138006K8AF4JD339S40; Registration Number CH-170.3.046.017-9 (Switzerland) [RUSSIA-EO14024] (Linked To: GURYEV, Andrey Grigoryevich).

ADORABELLA LIMITED (a.k.a. ADORABELLA AG; a.k.a. ADORABELLA LTD; a.k.a. ADORABELLA MKOOO (Cyrillic: АДОРАБЕЛЛА МКООО); a.k.a. ADORABELLA SA), Dammstrasse 19, Zug 6300, Switzerland; Floor Office 1 G 25, B-R Solnechny, 25, Kaliningrad 236006, Russia; Organization Established Date 02 Jul 2021; Tax ID No. 495081111 (Switzerland); Legal Entity Number 2138006K8AF4JD339S40; Registration Number CH-170.3.046.017-9 (Switzerland) [RUSSIA-

EO14024] (Linked To: GURYEV, Andrey Grigoryevich).

ADORABELLA LTD (a.k.a. ADORABELLA AG; a.k.a. ADORABELLA LIMITED; a.k.a. ADORABELLA MKOOO (Cyrillic: АДОРАБЕЛЛА МКООО); a.k.a. ADORABELLA SA), Dammstrasse 19, Zug 6300, Switzerland; Floor Office 1 G 25, B-R Solnechny, 25, Kaliningrad 236006, Russia; Organization Established Date 02 Jul 2021; Tax ID No. 495081111 (Switzerland); Legal Entity Number 2138006K8AF4JD339S40; Registration Number CH-170.3.046.017-9 (Switzerland) [RUSSIA-EO14024] (Linked To: GURYEV, Andrey Grigoryevich).

ADORABELLA MKOOO (Cyrillic: АДОРАБЕЛЛА МКООО) (a.k.a. ADORABELLA AG; a.k.a. ADORABELLA LIMITED; a.k.a. ADORABELLA LTD; a.k.a. ADORABELLA SA), Dammstrasse 19, Zug 6300, Switzerland; Floor Office 1 G 25, B-R Solnechny, 25, Kaliningrad 236006, Russia; Organization Established Date 02 Jul 2021; Tax ID No. 495081111 (Switzerland); Legal Entity Number 2138006K8AF4JD339S40; Registration Number CH-170.3.046.017-9 (Switzerland) [RUSSIA-EO14024] (Linked To: GURYEV, Andrey Grigoryevich).

ADORABELLA SA (a.k.a. ADORABELLA AG; a.k.a. ADORABELLA LIMITED; a.k.a. ADORABELLA LTD; a.k.a. ADORABELLA MKOOO (Cyrillic: АДОРАБЕЛЛА МКООО)), Dammstrasse 19, Zug 6300, Switzerland; Floor Office 1 G 25, B-R Solnechny, 25, Kaliningrad 236006, Russia; Organization Established Date 02 Jul 2021; Tax ID No. 495081111 (Switzerland); Legal Entity Number 2138006K8AF4JD339S40; Registration Number CH-170.3.046.017-9 (Switzerland) [RUSSIA-EO14024] (Linked To: GURYEV, Andrey Grigoryevich).

ADP, S.C., Tijuana, Baja California, Mexico [SDNTK].

ADT PETROSERVICIOS, S.A. DE C.V., Carretera Federal Mexico - Tuxpan Km. 255 S/N, Santiago de la Pena, Tuxpan, Veracruz 92770, Mexico; Calle Panama #509, Colonia 27 De Septiembre, Poza Rica, Veracruz 93220, Mexico; Calle Rafael Nieto #187, Colonia El Cuatro, Cero Azul, Veracruz 82510, Mexico; Calle Francita #202, Colonia Guadalupe, Tampico, Tamaulipas 89120, Mexico; Veracruz, Veracruz, Mexico; Villahermosa, Tabasco, Mexico; R.F.C. APE010515F17 (Mexico) [SDNTK].

ADUOL, Gregory Deng Kuac (a.k.a. DIMITRY, Gregory Vasili; a.k.a. KUAC, Gregory Deng; a.k.a. KUACH, Gregory Deng; a.k.a. YALOURIS, Gregory Vasilis Dimitry), Juba, South Sudan; DOB 01 Jan 1961; POB Ajogo, South Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

ADVANCE BANKING SOLUTION TRADING DMCC (Arabic: ‏أدفانس بانكينغ سوليوشن تريدنغ‎ ‏(م.د.م.ح‎) (a.k.a. ADVANCE BANKING SOLUTIONS DMCC; a.k.a. "ABS CORPORATION"), 804 Jumeirah Bay Tower X3, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; License DMCC-402070 (United Arab Emirates); alt. License JLT-66110 (United Arab Emirates); Economic Register Number (CBLS) 11459098 (United Arab Emirates); alt. Economic Register Number (CBLS) 11464855 (United Arab Emirates) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

ADVANCE BANKING SOLUTIONS DMCC (a.k.a. ADVANCE BANKING SOLUTION TRADING DMCC (Arabic: ‏أدفانس بانكينغ سوليوشن تريدنغ‎ ‏م.د.م.ح‎); a.k.a. "ABS CORPORATION"), 804 Jumeirah Bay Tower X3, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; License DMCC-402070 (United Arab Emirates); alt. License JLT-66110 (United Arab Emirates); Economic Register Number (CBLS) 11459098 (United Arab Emirates); alt. Economic Register Number (CBLS) 11464855 (United Arab Emirates) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

ADVANCE ELECTRICAL AND INDUSTRIAL TECHNOLOGIES SL (a.k.a. CLEAR TRADE LINK SL; a.k.a. "AEIT"), Passeig Verdauguer, 120, Igualada (Barcelona) 08700, Spain; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ADVANCED ELECTRONICS DEVELOPMENT, LTD, 3 Mandeville Place, London, United Kingdom [IRAQ2].

ADVANCED INDUSTRIAL TECHNOLOGIES GMBH, Dorfstrasse 28, Niederhasli 8155, Switzerland; Tax ID No. 296534195 (Switzerland); Company Number CHE-296.534.195 (Switzerland); Registration Number CH-020.4.068.609-3 (Switzerland) [RUSSIA-EO14024].

ADVANCED INFORMATION AND COMMUNICATION TECHNOLOGY CENTER

(a.k.a. AICTC), No. 5, Golestan Alley, Shahid Ghasemi St., Sharif University of Technology, Tehran, Iran; Website www.aictc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ADVANCED PERSISTENT THREAT 39 (a.k.a. APT39; a.k.a. CADELSPY; a.k.a. CHAFER; a.k.a. ITG07; a.k.a. REMEXI), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ADVANCED RESEARCH FOUNDATION (a.k.a. FOND PERSPEKTIVNYKH ISSLEDOVANIY (Cyrillic: ФОНД ПЕРСПЕКТИВНЫХ ИССЛЕДОВАНИЙ); a.k.a. "FPI"), Nab. Berezhkovskaya, D. 22, Str. 3, Moscow 121059, Russia; Website fpi.gov.ru; Tax ID No. 7710480347 (Russia); Registration Number 1127790026596 (Russia) [RUSSIA-EO14024].

ADVANCED SYSTEMS RESEARCH COMPANY (a.k.a. ASRC; a.k.a. CENTER FOR ADVANCED SYSTEMS RESEARCH; a.k.a. CRAS; a.k.a. PISHRO COMPANY; a.k.a. PISHRO SYSTEMS RESEARCH COMPANY), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ADVANCED TECHNOLOGIES COMPANY OF IRAN (f.k.a. GHANI SAZI ENRICHMENT; a.k.a. IRAN ADVANCED TECHNOLOGIES COMPANY; f.k.a. IRAN URANIUM ENRICHMENT COMPANY; f.k.a. IRANIAN ENRICHMENT COMPANY; a.k.a. "ADVANCED TECHNOLOGIES"; a.k.a. "ADVANCED TECHNOLOGIES COMPANY"; a.k.a. "ADVANCED TECHNOLOGIES HOLDING COMPANY"; a.k.a. "IATC"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103378982 (Iran); Registration Number 299780 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

ADVANTAGE TRADING CO., LIMITED, Shop 185, Ground Floor, Hang Wai Ind. Centre, No. 6 Kin Tai St., Tuen Mun, N.T., Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 22 Mar 2023; Company Number 3251687 (Hong Kong) [NPWMD] [IFSR] (Linked To: PISHTAZAN KAVOSH GOSTAR BOSHRA, LLC).

AEM PROPULSION, Stachek avenue 47, Room 17, St. Petersburg 198097, Russia; Tax ID No.

7706614573 (Russia); Registration Number 1067746426439 (Russia) [RUSSIA-EO14024].

AEOI BASIJ RESISTANCE CENTER (a.k.a. BASIJ RESISTANCE CENTER OF THE AEOI), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

AERO CONTINENT S.A. (a.k.a. AERO CONTINENTE S.A; a.k.a. AEROCONTINENTE S.A.; n.k.a. NUEVO CONTINENTE S.A.; n.k.a. NUEVOCONTINENTE S.A.; a.k.a. WWW.AEROCONTINENTE.COM; a.k.a. WWW.AEROCONTINENTE.COM.PE; n.k.a. WWW.NUEVOCONTINENTE.COM.PE), Jr. Francisco Bolognesi 125, Piso 16, Miraflores, Lima 18, Peru; Av. Grau 602 D, Barranco, Lima, Peru; Plaza Camacho TDA 3-C, La Molina, Lima, Peru; Av. Antunez de Mayolo 889, Los Olivos, Lima, Peru; Av. Pardo 605, Miraflores I-Pardo, Lima, Peru; Av. Camino Real 441, San Isidro, Lima, Peru; Av. Arequipa 326, Santa Beatriz, Lima, Peru; Av. Benavides 4581, Surco I, Lima, Peru; Av. Saenz Pena 184, Callao, Lima, Peru; Av. Rufino Torrico 981, Lima, Peru; Av. Enrique Llosa 395-A, Magdalena, Lima, Peru; Av. Larco 123-2 Do Piso, Miraflores II-Larco, Lima, Peru; Av. Peru 3421, San Marin de Porres, Lima, Peru; C.C. San Miguel Shopping Center, TDA. 50 - Av. La Mar 2291, San Miguel, Lima, Peru; Av. La Encalada 1587, (C.C. El Polo Block A Oficina 213), Surco II-C.C. El Polo, Lima, Peru; Av. Jose Pardo 601, Miraflores, Lima, Peru; Av. Peru 3421, San Martin, Lima, Peru; Av. Grau 624, Barranco, Lima, Peru; Av. La Marina 2095, San Miguel, Lima, Peru; Sta Catalina 105 A-B, Arequipa, Peru; Jr. 9 de Diciembre 160, Ayacucho, Peru; Jr. 2 de Mayo 381, Cajamarca, Peru; Calle San Jose 867-879, Chiclayo, Peru; Portal de Carnes 254, Cusco, Peru; Jr. Prospero 232, Iquitos, Peru; Calle San Roman 175, Juliaca, Peru; Jr. Libertad 945-951, Piura, Peru; Leon Velarde 584, Puerto Maldonado, Peru; Jr. 7 de Junio 861, Pucallpa, Peru; Alonso de Alvarado 726, Rioja, Peru; Calle Apurimac 265, Tacna, Peru; Jr. Moyobamba 101, Tarapoto, Peru; Jr. Pizarro 470, Trujillo, Peru; Av. Tumbes 217, Tumbes, Peru; Jr. Libertad 139, Yurimaguas, Peru; Av. Thames 2406 (CP 1425) C.F., Buenos Aires, Argentina; Av. Amazonas No. 22-11B Y Veintimilla-Quito, Quito, Ecuador; Avenida Portugal No. 20, Of. 27 - Comuna Santiago Centro, Santiago, Chile; Boyaca 1012 Y P. Icaza, Guayaquil, Ecuador; Av. 27 De Febrero No. 102, Edif Miguel Mejia Urr. El Vergel, Santo

Domingo, Dominican Republic; 1ra Avenida de Los Palos Grandes, Centro Comercial Quinora P.B., Locales L-1A y L-2A, Caracas, Venezuela; Calle Rio Rhin No. 64, P.B. Col. Cuauhtemoc C.P., Mexico City D.F. 065000, Mexico; Av. Colon 119 Piso 3 Of. 6 (CP-X5000EPB), Cordoba, Argentina; Rivadavia 209 (CP-5500), Mendoza, Argentina; Sarmiento 854 Piso 8 Of. 3 y 4 (CP-S2000CMN), Rosario, Santa Fe, Argentina; Bogota, Colombia; 8940 NW 24 Terrace, Miami, FL 33172, United States; NIT # 8300720300 (Colombia); US FEIN 55-2197267; RUC # 20108363101 (Peru); Business Registration Document # F01000003035 (United States) [SDNTK].

AERO CONTINENTE (USA) INC. (a.k.a. AERO CONTINENTE, INC.), Miami, FL, United States; US FEIN 65-0467983; Business Registration Document # P94000013372 (United States) [SDNTK].

AERO CONTINENTE E.I.R.L., Avenida Jose Pardo 601, Int. 16, Lima, Peru; RUC # 20510752695 (Peru) [SDNTK].

AERO CONTINENTE S.A (a.k.a. AERO CONTINENT S.A.; a.k.a. AEROCONTINENTE S.A.; n.k.a. NUEVO CONTINENTE S.A.; n.k.a. NUEVOCONTINENTE S.A.; a.k.a. WWW.AEROCONTINENTE.COM; a.k.a. WWW.AEROCONTINENTE.COM.PE; n.k.a. WWW.NUEVOCONTINENTE.COM.PE), Jr. Francisco Bolognesi 125, Piso 16, Miraflores, Lima 18, Peru; Av. Grau 602 D, Barranco, Lima, Peru; Plaza Camacho TDA 3-C, La Molina, Lima, Peru; Av. Antunez de Mayolo 889, Los Olivos, Lima, Peru; Av. Pardo 605, Miraflores I-Pardo, Lima, Peru; Av. Camino Real 441, San Isidro, Lima, Peru; Av. Arequipa 326, Santa Beatriz, Lima, Peru; Av. Benavides 4581, Surco I, Lima, Peru; Av. Saenz Pena 184, Callao, Lima, Peru; Av. Rufino Torrico 981, Lima, Peru; Av. Enrique Llosa 395-A, Magdalena, Lima, Peru; Av. Larco 123-2 Do Piso, Miraflores II-Larco, Lima, Peru; Av. Peru 3421, San Martin de Porres, Lima, Peru; C.C. San Miguel Shopping Center, TDA. 50 - Av. La Mar 2291, San Miguel, Lima, Peru; Av. La Encalada 1587, (C.C. El Polo Block A Oficina 213), Surco II-C.C. El Polo, Lima, Peru; Av. Jose Pardo 601, Miraflores, Lima, Peru; Av. Peru 3421, San Martin, Lima, Peru; Av. Grau 624, Barranco, Lima, Peru; Av. La Marina 2095, San Miguel, Lima, Peru; Sta Catalina 105 A-B, Arequipa, Peru; Jr. 9 de Diciembre 160, Ayacucho, Peru; Jr. 2 de Mayo 381, Cajamarca, Peru; Calle San Jose 867-879, Chiclayo, Peru; Portal de Carnes

254, Cusco, Peru; Jr. Prospero 232, Iquitos, Peru; Calle San Roman 175, Juliaca, Peru; Jr. Libertad 945-951, Piura, Peru; Leon Velarde 584, Puerto Maldonado, Peru; Jr. 7 de Junio 861, Pucallpa, Peru; Alonso de Alvarado 726, Rioja, Peru; Calle Apurimac 265, Tacna, Peru; Jr. Moyobamba 101, Tarapoto, Peru; Jr. Pizarro 470, Trujillo, Peru; Av. Tumbes 217, Tumbes, Peru; Jr. Libertad 139, Yurimaguas, Peru; Av. Thames 2406 (CP 1425) C.F., Buenos Aires, Argentina; Av. Amazonas No. 22-11B Y Veintimilla-Quito, Quito, Ecuador; Avenida Portugal No. 20, Of. 27 - Comuna Santiago Centro, Santiago, Chile; Boyaca 1012 Y P. Icaza, Guayaquil, Ecuador; Av. 27 De Febrero No. 102, Edif Miguel Mejia Urr. El Vergel, Santo Domingo, Dominican Republic; 1ra Avenida de Los Palos Grandes, Centro Comercial Quinora P.B., Locales L-1A y L-2A, Caracas, Venezuela; Calle Rio Rhin No. 64, P.B. Col. Cuauhtemoc C.P., Mexico City D.F. 065000, Mexico; Av. Colon 119 Piso 3 Of. 6 (CP-X5000EPB), Cordoba, Argentina; Rivadavia 209 (CP-5500), Mendoza, Argentina; Sarmiento 854 Piso 8 Of. 3 y 4 (CP-S2000CMN), Rosario, Santa Fe, Argentina; Bogota, Colombia; 8940 NW 24 Terrace, Miami, FL 33172, United States; NIT # 8300720300 (Colombia); US FEIN 55-2197267; RUC # 20108363101 (Peru); Business Registration Document # F01000003035 (United States) [SDNTK].

AERO CONTINENTE, INC. (a.k.a. AERO CONTINENTE (USA) INC.), Miami, FL, United States; US FEIN 65-0467983; Business Registration Document # P94000013372 (United States) [SDNTK].

AERO COURIER CARGO S.A., Avenida Jose Pardo 601, Edificio La Alameda, Lima, Peru; RUC # 20507531823 (Peru) [SDNTK].

AERO EXPRESS INTERCONTINENTAL S.A. DE C.V. (a.k.a. "AEISA"; a.k.a. "INTEREXPRESS"), Oriente 158 No. 390-E, Colonia Moctezuma, Segunda Seccion, Delegacion Venustiano Carranza, Mexico City, Distrito Federal, Mexico; Avenida Ruben Dario, Albrook Comercial Park, Deposito No. 20, Bella Vista, Distrito de Panama, Panama; R.F.C. AIN-000713-GR7 (Mexico) [SDNTK].

AERO SKY ONE LTD (a.k.a. AERO SKYONE CO. LIMITED; a.k.a. AEROSKYONE CO. LTD), Tianhe Qu, Tianhe Bei Lu, 255 Hao, 1606 Fang, Guangzhou, China; Room 1501 (340), 15/F, SPA Center, 53-55 Lockhart Road, Wan Chai, Hong Kong; Room 1501 (340), Lockhart, Wan Chai, Hong Kong; Website

www.aerskyone.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: ZEAITER, Ali).

AERO SKYONE CO. LIMITED (a.k.a. AERO SKY ONE LTD; a.k.a. AEROSKYONE CO. LTD), Tianhe Qu, Tianhe Bei Lu, 255 Hao, 1606 Fang, Guangzhou, China; Room 1501 (340), 15/F, SPA Center, 53-55 Lockhart Road, Wan Chai, Hong Kong; Room 1501 (340), Lockhart, Wan Chai, Hong Kong; Website www.aerskyone.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: ZEAITER, Ali).

AEROATLANTICO LTDA. (a.k.a. AEROVIAS ATLANTICO LTDA.), Aeropuerto Int. Ernesto Cortisoz Hangar 1, Barranquilla Atlantico, Colombia; NIT # 890109958-1 (Colombia) [SDNT].

AERO-CARIBBEAN (a.k.a. AEROCARIBBEAN AIRLINES), Havana, Cuba [CUBA].

AEROCARIBBEAN AIRLINES (a.k.a. AERO-CARIBBEAN), Havana, Cuba [CUBA].

AEROCOMERCIAL ALAS DE COLOMBIA LTDA., Avenida El Dorado Entrada 2 Int. 6, Bogota, Colombia; NIT # 800049071-7 (Colombia) [SDNT].

AEROCONDOR S.A. DE C.V. (a.k.a. AERONAUTICA CONDOR S.A. DE C.V.), Calle 3 Hangar 22 al 29, Aeropuerto Internacional Toluca, Toluca, Estado de Mexico C.P. 50500, Mexico; Hangar D-2 y D-3, Puerta 2, Aviacion General, Aeropuerto Internacional de Toluca, Toluca, Estado de Mexico, Mexico; R.F.C. ACO-031113-MB8 (Mexico) [SDNT].

AEROCONTINENTE S.A. (a.k.a. AERO CONTINENT S.A.; a.k.a. AERO CONTINENTE S.A; n.k.a. NUEVO CONTINENTE S.A.; n.k.a. NUEVOCONTINENTE S.A.; a.k.a. WWW.AEROCONTINENTE.COM; a.k.a. WWW.AEROCONTINENTE.COM.PE; n.k.a. WWW.NUEVOCONTINENTE.COM.PE), Jr. Francisco Bolognesi 125, Piso 16, Miraflores, Lima 18, Peru; Av. Grau 602 D, Barranco, Lima, Peru; Plaza Camacho TDA 3-C, La Molina, Lima, Peru; Av. Antunez de Mayolo 889, Los Olivos, Lima, Peru; Av. Pardo 605, Miraflores I-Pardo, Lima, Peru; Av. Camino Real 441, San Isidro, Lima, Peru; Av. Arequipa 326, Santa Beatriz, Lima, Peru; Av. Benavides 4581, Surco I, Lima, Peru; Av. Saenz Pena 184, Callao, Lima, Peru; Av. Rufino Torrico 981, Lima, Peru; Av. Enrique Llosa 395-A, Magdalena, Lima, Peru; Av. Larco 123-2 Do Piso, Miraflores II-

Larco, Lima, Peru; Av. Peru 3421, San Martin de Porres, Lima, Peru; C.C. San Miguel Shopping Center, TDA. 50 - Av. La Mar 2291, San Miguel, Lima, Peru; Av. La Encalada 1587, (C.C. El Polo Block A Oficina 213), Surco II-C.C. El Polo, Lima, Peru; Av. Jose Pardo 601, Miraflores, Lima, Peru; Av. Peru 3421, San Martin, Lima, Peru; Av. Grau 624, Barranco, Lima, Peru; Av. La Marina 2095, San Miguel, Lima, Peru; Sta Catalina 105 A-B, Arequipa, Peru; Jr. 9 de Diciembre 160, Ayacucho, Peru; Jr. 2 de Mayo 381, Cajamarca, Peru; Calle San Jose 867-879, Chiclayo, Peru; Portal de Carnes 254, Cusco, Peru; Jr. Prospero 232, Iquitos, Peru; Calle San Roman 175, Juliaca, Peru; Jr. Libertad 945-951, Piura, Peru; Leon Velarde 584, Puerto Maldonado, Peru; Jr. 7 de Junio 861, Pucallpa, Peru; Alonso de Alvarado 726, Rioja, Peru; Calle Apurimac 265, Tacna, Peru; Jr. Moyobamba 101, Tarapoto, Peru; Jr. Pizarro 470, Trujillo, Peru; Av. Tumbes 217, Tumbes, Peru; Jr. Libertad 139, Yurimaguas, Peru; Av. Thames 2406 (CP 1425) C.F., Buenos Aires, Argentina; Av. Amazonas No. 22-11B Y Veintimilla-Quito, Quito, Ecuador; Avenida Portugal No. 20, Of. 27 - Comuna Santiago Centro, Santiago, Chile; Boyaca 1012 Y P. Icaza, Guayaquil, Ecuador; Av. 27 De Febrero No. 102, Edif Miguel Mejia Urr. El Vergel, Santo Domingo, Dominican Republic; 1ra Avenida de Los Palos Grandes, Centro Comercial Quinora P.B., Locales L-1A y L-2A, Caracas, Venezuela; Calle Rio Rhin No. 64, P.B. Col. Cuauhtemoc C.P., Mexico City D.F. 065000, Mexico; Av. Colon 119 Piso 3 Of. 6 (CP-X5000EPB), Cordoba, Argentina; Rivadavia 209 (CP-5500), Mendoza, Argentina; Sarmiento 854 Piso 8 Of. 3 y 4 (CP-S2000CMN), Rosario, Santa Fe, Argentina; Bogota, Colombia; 8940 NW 24 Terrace, Miami, FL 33172, United States; NIT # 8300720300 (Colombia); US FEIN 55-2197267; RUC # 20108363101 (Peru); Business Registration Document # F01000003035 (United States) [SDNTK].

AEROMOTUS UNMANNED AERIAL VEHICLES TRADING LLC (Arabic: ايرومتس لتجارة الطائرات التى تعمل بدون طار.ش.ذ.م.م), Dubai, United Arab Emirates; Organization Established Date 31 Jan 2017; Organization Type: Wholesale of other machinery and equipment; Registration Number 10951485 (United Arab Emirates); alt. Registration Number 775265 (United Arab Emirates); alt. Registration Number 1268139 (United Arab Emirates) [RUSSIA-EO14024].

AERONAUTICA CONDOR DE PANAMA, S.A., Panama; RUC # 581123-1-448204-93 (Panama) [SDNT].

AERONAUTICA CONDOR S.A. DE C.V. (a.k.a. AEROCONDOR S.A. DE C.V.), Calle 3 Hangar 22 al 29, Aeropuerto Internacional Toluca, Toluca, Estado de Mexico C.P. 50500, Mexico; Hangar D-2 y D-3, Puerta 2, Aviacion General, Aeropuerto Internacional de Toluca, Toluca, Estado de Mexico, Mexico; R.F.C. ACO-031113-MB8 (Mexico) [SDNT].

AEROPORT BEGISHEVO AO (a.k.a. AKTSIONERNOE OBSHCHESTVO AEROPORT BEGISHEVO; a.k.a. BEGISHEVO AIRPORT JOINT STOCK COMPANY; a.k.a. BEGISHEVO AIRPORT OPEN JOINT STOCK COMPANY; a.k.a. BEGISHEVO INTERNATIONAL AIRPORT), Aeroport Begishevo, Nizhnekamsk 423550, Russia; Aeroport S. Biklyan, Tukaevski Raion, Tatarstan Resp. 423878, Russia; Organization Established Date 24 Aug 2006; Tax ID No. 1650145238 (Russia); Government Gazette Number 96889449 (Russia); Registration Number 1061650059921 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

AEROSKYONE CO. LTD (a.k.a. AERO SKY ONE LTD; a.k.a. AERO SKYONE CO. LIMITED), Tianhe Qu, Tianhe Bei Lu, 255 Hao, 1606 Fang, Guangzhou, China; Room 1501 (340), 15/F, SPA Center, 53-55 Lockhart Road, Wan Chai, Hong Kong; Room 1501 (340), Lockhart, Wan Chai, Hong Kong; Website www.aerskyone.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: ZEAITER, Ali).

AEROSPACE DIVISION OF IRGC (a.k.a. AEROSPACE FORCE OF THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. AFAGIR; a.k.a. AIR FORCE, IRGC (PASDARAN); a.k.a. IRGC AEROSPACE FORCE; a.k.a. IRGC AIR FORCE; a.k.a. IRGCAF; a.k.a. IRGCASF; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AEROSPACE FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AIR FORCE; a.k.a. SEPAH PASDARAN AIR FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary

Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [RUSSIA-EO14024].

AEROSPACE FORCE OF THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION (a.k.a. AEROSPACE DIVISION OF IRGC; a.k.a. AFAGIR; a.k.a. AIR FORCE, IRGC (PASDARAN); a.k.a. IRGC AEROSPACE FORCE; a.k.a. IRGC AIR FORCE; a.k.a. IRGCAF; a.k.a. IRGCASF; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AEROSPACE FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AIR FORCE; a.k.a. SEPAH PASDARAN AIR FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [RUSSIA-EO14024].

AEROSPACE INDUSTRIES ORGANIZATION (a.k.a. SAZMANE SANAYE HAVA FAZA; a.k.a. "AIO"), Langare Street, Nobonyad Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

AEROSPACE RESEARCH INSTITUTE (a.k.a. ASTRONAUTICS RESEARCH INSTITUTE; a.k.a. ASTRONAUTICS SYSTEMS RESEARCH CENTER), P.O. Box 15875-3885, Tehran, Iran; 15th St, Mahestan St, Iran Zamin St, Shahrak Ghods, Tehran 1465774111, Iran; Aerospace Rd, Mahestan Rd, Iran Zamin Rd, PO Box 14665-834, Tehran, Iran; Shahrak-e-Ghods, Zamin St, Mahestan St, 15 Metri St, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

AEROVIAS ATLANTICO LTDA. (a.k.a. AEROATLANTICO LTDA.), Aeropuerto Int. Ernesto Cortisoz Hangar 1, Barranquilla Atlantico, Colombia; NIT # 890109958-1 (Colombia) [SDNT].

AESTC SOYUZ (f.k.a. MOSKOVSKOYE NAUCHNO-PROIZVODSTVENNOYE OBYEDINENIYE SOYUZ; a.k.a. OPEN JOINT STOCK COMPANY AERO ENGINE SCIENTIFIC AND TECHNICAL COMPANY SOYUZ), 2/4, Luzhnetskaya Naberezhnaya, Moscow 119270, Russia; Tax ID No. 7704104217 (Russia); Registration Number 1027739017162 (Russia) [RUSSIA-EO14024].

AF TELECOM HOLDING LIMITED LIABILITY COMPANY (Cyrillic: АФ ТЕЛЕКОМ ХОЛДИНГ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. AF TELEKOM

HOLDING OOO; a.k.a. AF TELEKOM KHOLDING OOO), d. 18 etazh 3 kom. 64, per.1-I Tverskoi-Yamskoi, Moscow 125047, Russia; Organization Established Date 18 May 2007; Tax ID No. 7715650360 (Russia); Government Gazette Number 80873481 (Russia); Registration Number 5077746801963 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY USM TELECOM).

AF TELEKOM HOLDING OOO (a.k.a. AF TELECOM HOLDING LIMITED LIABILITY COMPANY (Cyrillic: АФ ТЕЛЕКОМ ХОЛДИНГ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); a.k.a. AF TELEKOM KHOLDING OOO), d. 18 etazh 3 kom. 64, per.1-I Tverskoi-Yamskoi, Moscow 125047, Russia; Organization Established Date 18 May 2007; Tax ID No. 7715650360 (Russia); Government Gazette Number 80873481 (Russia); Registration Number 5077746801963 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY USM TELECOM).

AF TELEKOM KHOLDING OOO (a.k.a. AF TELECOM HOLDING LIMITED LIABILITY COMPANY (Cyrillic: АФ ТЕЛЕКОМ ХОЛДИНГ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); a.k.a. AF TELEKOM HOLDING OOO), d. 18 etazh 3 kom. 64, per.1-I Tverskoi-Yamskoi, Moscow 125047, Russia; Organization Established Date 18 May 2007; Tax ID No. 7715650360 (Russia); Government Gazette Number 80873481 (Russia); Registration Number 5077746801963 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY USM TELECOM).

AFAGIR (a.k.a. AEROSPACE DIVISION OF IRGC; a.k.a. AEROSPACE FORCE OF THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. AIR FORCE, IRGC (PASDARAN); a.k.a. IRGC AEROSPACE FORCE; a.k.a. IRGC AIR FORCE; a.k.a. IRGCAF; a.k.a. IRGCASF; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AEROSPACE FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AIR FORCE; a.k.a. SEPAH PASDARAN AIR FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [RUSSIA-EO14024].

AFAK DUBAI EXCHANGE COMPANY (a.k.a. AFAQ DUBAI; a.k.a. AFAQ DUBAI COMPANY; a.k.a. AFAQ DUBAI HAWALAH; f.k.a. "ASTU"), Iraq; Email Address me.iraq17@yahoo.com [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AFANASIEV, Igor Iurevich (a.k.a. AFANASIEV, Igor Yurievich; a.k.a. AFANASYEV, Igor Yurievich), Russia, DOB 07 Sep 1968; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 772375218154 (Russia) (individual) [RUSSIA-EO14024].

AFANASEVA, Yelena Vladimirovna (Cyrillic: АФАНАСЬЕВА, Елена Владимировна) (a.k.a. AFANASYEVA, Yelena Vladimirovna), Russia, DOB 27 Mar 1975; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AFANASIEV, Dmitry (a.k.a. AFANASYEV, Dmitriy Valeryevich), Russia; DOB 18 Nov 1988; POB Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

AFANASIEV, Igor Yurievich (a.k.a. AFANASIEV, Igor Iurevich; a.k.a. AFANASYEV, Igor Yurievich), Russia, DOB 07 Sep 1968; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 772375218154 (Russia) (individual) [RUSSIA-EO14024].

AFANASOV, Mikhail Alexandrovich (Cyrillic: АФАНАСОВ, Михаил Александрович), Russia; DOB 15 Jun 1953; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AFANASYEV, Dmitriy Valeryevich (a.k.a. AFANASIEV, Dmitry), Russia; DOB 18 Nov 1988; POB Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

AFANASYEV, Igor Yurievich (a.k.a. AFANASIEV, Igor Iurevich; a.k.a. AFANASIEV, Igor Yurievich), Russia, DOB 07 Sep 1968; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 772375218154 (Russia) (individual) [RUSSIA-EO14024].

AFANASYEV, Sergei (a.k.a. AFANASYEV, Sergey), Russia; DOB 16 May 1963; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

AFANASYEV, Sergey (a.k.a. AFANASYEV, Sergei), Russia; DOB 16 May 1963; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

AFANASYEVA, Yelena Vladimirovna (a.k.a. AFANASEVA, Yelena Vladimirovna (Cyrillic: АФАНАСЬЕВА, Елена Владимировна)), Russia; DOB 27 Mar 1975; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AFANASYEVA, Yulia Andreevna (Cyrillic: АФАНАСЬЕВА, Юлия Андреевна), St. Petersburg, Russia; DOB 24 Feb 1988; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 782516327349 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848].

AFAQ DUBAI (a.k.a. AFAK DUBAI EXCHANGE COMPANY; a.k.a. AFAQ DUBAI COMPANY; a.k.a. AFAQ DUBAI HAWALAH; f.k.a. "ASTU"), Iraq; Email Address me.iraq17@yahoo.com [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AFAQ DUBAI COMPANY (a.k.a. AFAK DUBAI EXCHANGE COMPANY; a.k.a. AFAQ DUBAI; a.k.a. AFAQ DUBAI HAWALAH; f.k.a. "ASTU"), Iraq; Email Address me.iraq17@yahoo.com [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AFAQ DUBAI HAWALAH (a.k.a. AFAK DUBAI EXCHANGE COMPANY; a.k.a. AFAQ DUBAI; a.k.a. AFAQ DUBAI COMPANY; f.k.a. "ASTU"), Iraq; Email Address me.iraq17@yahoo.com [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AFGHAN SUPPORT COMMITTEE (a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

AFGHAN, Shear (a.k.a. AFGHAN, Sher; a.k.a. AFGHAN, Shir; a.k.a. AZIZ, Mohammad; a.k.a. KHAN, Abdullah); DOB 1962; alt. DOB 1959; POB Pakistan (individual) [SDNTK].

AFGHAN, Sher (a.k.a. AFGHAN, Shear; a.k.a. AFGHAN, Shir; a.k.a. AZIZ, Mohammad; a.k.a. KHAN, Abdullah); DOB 1962; alt. DOB 1959; POB Pakistan (individual) [SDNTK].

AFGHAN, Shir (a.k.a. AFGHAN, Shear; a.k.a. AFGHAN, Sher; a.k.a. AZIZ, Mohammad; a.k.a. KHAN, Abdullah); DOB 1962; alt. DOB 1959; POB Pakistan (individual) [SDNTK].

AFGOOYE, Hassan (a.k.a. AFGOYE, Hassan), Qunyo Barrow, Middle Juba, Somalia; Jilib, Somalia; DOB 01 Jan 1966; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

AFGOYE, Hassan (a.k.a. AFGOOYE, Hassan), Qunyo Barrow, Middle Juba, Somalia; Jilib, Somalia; DOB 01 Jan 1966; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

AFKAR SYSTEM YAZD COMPANY (Arabic: شرکت افکار سیستم یزد (a.k.a. YAZD AFKAR SYSTEM PRIVATE JOINT STOCK

COMPANY), Building 5, 2nd Floor, Amir al-Momenein Alley, 31st Alley, Central Area, Yazd 8916984626, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 30 Jun 2007; Organization Type: Other information technology and computer service activities; Target Type Private Company; National ID No. 10860176637 (Iran); Registration ID 8862 (Iran) [IRGC] [IFSR] [CYBER2] (Linked To: KHATIBI AGHADA, Ahmad).

AFKHAMI RASHIDI, Mahmood (a.k.a. AFKHAMI RASHIDI, Mahmoud; a.k.a. AFKHAMI RASHIDI, Mahmud); DOB 31 Aug 1962; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport D9005625 issued 11 Jul 2009 expires 11 Jul 2014 (individual) [SDGT] [IRGC] [IFSR].

AFKHAMI RASHIDI, Mahmoud (a.k.a. AFKHAMI RASHIDI, Mahmood; a.k.a. AFKHAMI RASHIDI, Mahmud); DOB 31 Aug 1962; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport D9005625 issued 11 Jul 2009 expires 11 Jul 2014 (individual) [SDGT] [IRGC] [IFSR].

AFKHAMI RASHIDI, Mahmud (a.k.a. AFKHAMI RASHIDI, Mahmood; a.k.a. AFKHAMI RASHIDI, Mahmoud); DOB 31 Aug 1962; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport D9005625 issued 11 Jul 2009 expires 11 Jul 2014 (individual) [SDGT] [IRGC] [IFSR].

AFO (a.k.a. ARELLANO FELIX ORGANIZATION; a.k.a. TIJUANA CARTEL), Mexico [SDNTK].

AFONIN, Yuri Vyacheslavovich (a.k.a. AFONIN, Yuriy Vyacheslavovich (Cyrillic: АФОНИН, Юрий Вячеславович); a.k.a. AFONIN, Yury Vyacheslavovich), Russia; DOB 22 Mar 1977; POB Tula, Russia; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AFONIN, Yuriy Vyacheslavovich (Cyrillic: АФОНИН, Юрий Вячеславович) (a.k.a. AFONIN, Yuri Vyacheslavovich; a.k.a. AFONIN, Yury Vyacheslavovich), Russia; DOB 22 Mar 1977; POB Tula, Russia; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AFONIN, Yury Vyacheslavovich (a.k.a. AFONIN, Yuri Vyacheslavovich; a.k.a. AFONIN, Yuriy

Vyacheslavovich (Cyrillic: АФОНИН, Юрий Вячеславович)), Russia; DOB 22 Mar 1977; POB Tula, Russia; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AFORRA INZHINIRING OOO (a.k.a. LIMITED LIABILITY COMPANY AFORRA ENGINEERING), vn.ter.g. munitsipalny okrug Yakimanka, per 2-i Babegorodski, d.29, etazh 3, pomeshch. 1, Moscow, Russia; Tax ID No. 7706432622 (Russia); Registration Number 1167746072977 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

AFORRA MENEDZHMENT OOO (a.k.a. LIMITED LIABILITY COMPANY AFORRA MANAGEMENT), ul. Bolshaya Yakimanka, d. 26, Moscow, Russia; Organization Type: Management consultancy activities; Tax ID No. 7706428094 (Russia); Registration Number 1157746943606 (Russia) [RUSSIA-EO14024].

AFORRA PROPERTI OOO (a.k.a. LIMITED LIABILITY COMPANY AFORRA PROPERTY), ul. Bolshaya Yakimanka, d. 26, Moscow, Russia; Tax ID No. 7706430209 (Russia); Registration Number 5157746095722 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

AFRAAH, Ahmed (a.k.a. AFRAAH, Hamed; a.k.a. AFRAAHU, Ahmed; a.k.a. AFRAAN, Ahmed; a.k.a. AFRAH, Ahmed), Rasgetheemu, Raa Atoll, Maldives; Male, Maldives; DOB 17 Aug 1985; POB Rasgetheemu, Raa Atoll, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LA10E3813 (Maldives); National ID No. A147299 (Maldives); alt. National ID No. A052467 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AFRAAH, Hamed (a.k.a. AFRAAH, Ahmed; a.k.a. AFRAAHU, Ahmed; a.k.a. AFRAAN, Ahmed; a.k.a. AFRAH, Ahmed), Rasgetheemu, Raa Atoll, Maldives; Male, Maldives; DOB 17 Aug 1985; POB Rasgetheemu, Raa Atoll, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LA10E3813 (Maldives); National ID No. A147299 (Maldives); alt. National ID No. A052467 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AFRAAHU, Ahmed (a.k.a. AFRAAH, Ahmed; a.k.a. AFRAAH, Hamed; a.k.a. AFRAAN, Ahmed; a.k.a. AFRAH, Ahmed), Rasgetheemu, Raa Atoll, Maldives; Male, Maldives; DOB 17 Aug 1985; POB Rasgetheemu, Raa Atoll, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LA10E3813 (Maldives); National ID No. A147299 (Maldives); alt. National ID No. A052467 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AFRAAN, Ahmed (a.k.a. AFRAAH, Ahmed; a.k.a. AFRAAH, Hamed; a.k.a. AFRAAHU, Ahmed; a.k.a. AFRAH, Ahmed), Rasgetheemu, Raa Atoll, Maldives; Male, Maldives; DOB 17 Aug 1985; POB Rasgetheemu, Raa Atoll, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LA10E3813 (Maldives); National ID No. A147299 (Maldives); alt. National ID No. A052467 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AFRAH, Ahmed (a.k.a. AFRAAH, Ahmed; a.k.a. AFRAAH, Hamed; a.k.a. AFRAAHU, Ahmed; a.k.a. AFRAAN, Ahmed), Rasgetheemu, Raa Atoll, Maldives; Male, Maldives; DOB 17 Aug 1985; POB Rasgetheemu, Raa Atoll, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LA10E3813 (Maldives); National ID No. A147299 (Maldives); alt. National ID No. A052467 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AFRI BELG (a.k.a. AFRI BELG COMMERCIO E INDUSTRIA LDA; a.k.a. AFRI-BELG; a.k.a. AFRI-BELG AGRICULTURE; a.k.a. AFRI-BELG CONTRUCTION; a.k.a. AFRI-BELG SUPERMERCADOS; a.k.a. CASH & CARRY RETAIL STORES), Rua Comandante Valodia 266-268, Sao Paulo, Luanda, Angola; Avenida Comandante De Valodia n. 0.67, 1 Andar, Luanda, Angola; Website www.grupoarosfran.net; Email Address afribelg@snte.co.ao; (Afri-Belg Supermercados, Cash & Carry Retail Stores, Afri-belg Construction and Afri-Belg Agriculture are subsidiaries of Afri Belg Commercio E Industria Lda and operated from the same business address) [SDGT].

AFRI BELG COMMERCIO E INDUSTRIA LDA (a.k.a. AFRI BELG; a.k.a. AFRI-BELG; a.k.a. AFRI-BELG AGRICULTURE; a.k.a. AFRI-BELG CONTRUCTION; a.k.a. AFRI-BELG SUPERMERCADOS; a.k.a. CASH & CARRY RETAIL STORES), Rua Comandante Valodia 266-268, Sao Paulo, Luanda, Angola; Avenida Comandante De Valodia n. 0.67, 1 Andar, Luanda, Angola; Website www.grupoarosfran.net; Email Address afribelg@snte.co.ao; (Afri-Belg Supermercados, Cash & Carry Retail Stores, Afri-belg Construction and Afri-Belg Agriculture are subsidiaries of Afri Belg Commercio E Industria Lda and operated from the same business address) [SDGT].

AFRI-BELG (a.k.a. AFRI BELG; a.k.a. AFRI BELG COMMERCIO E INDUSTRIA LDA; a.k.a. AFRI-BELG AGRICULTURE; a.k.a. AFRI-BELG CONTRUCTION; a.k.a. AFRI-BELG SUPERMERCADOS; a.k.a. CASH & CARRY RETAIL STORES), Rua Comandante Valodia 266-268, Sao Paulo, Luanda, Angola; Avenida Comandante De Valodia n. 0.67, 1 Andar, Luanda, Angola; Website www.grupoarosfran.net; Email Address afribelg@snte.co.ao; (Afri-Belg Supermercados, Cash & Carry Retail Stores, Afri-belg Construction and Afri-Belg Agriculture are subsidiaries of Afri Belg Commercio E Industria Lda and operated from the same business address) [SDGT].

AFRI-BELG AGRICULTURE (a.k.a. AFRI BELG; a.k.a. AFRI BELG COMMERCIO E INDUSTRIA LDA; a.k.a. AFRI-BELG; a.k.a. AFRI-BELG CONTRUCTION; a.k.a. AFRI-BELG SUPERMERCADOS; a.k.a. CASH & CARRY RETAIL STORES), Rua Comandante Valodia 266-268, Sao Paulo, Luanda, Angola; Avenida Comandante De Valodia n. 0.67, 1 Andar, Luanda, Angola; Website www.grupoarosfran.net; Email Address afribelg@snte.co.ao; (Afri-Belg Supermercados, Cash & Carry Retail Stores, Afri-belg Construction and Afri-Belg Agriculture are subsidiaries of Afri Belg Commercio E Industria Lda and operated from the same business address) [SDGT].

AFRI-BELG CONTRUCTION (a.k.a. AFRI BELG; a.k.a. AFRI BELG COMMERCIO E INDUSTRIA LDA; a.k.a. AFRI-BELG; a.k.a. AFRI-BELG AGRICULTURE; a.k.a. AFRI-BELG SUPERMERCADOS; a.k.a. CASH & CARRY RETAIL STORES), Rua Comandante Valodia 266-268, Sao Paulo, Luanda, Angola; Avenida Comandante De Valodia n. 0.67, 1 Andar, Luanda, Angola; Website www.grupoarosfran.net; Email Address afribelg@snte.co.ao; (Afri-Belg Supermercados, Cash & Carry Retail Stores, Afri-Belg Construction and Afri-Belg Agriculture are subsidiaries of Afri Belg Commercio E Industria Lda and operated from the same business address) [SDGT].

AFRI-BELG SUPERMERCADOS (a.k.a. AFRI BELG; a.k.a. AFRI BELG COMMERCIO E INDUSTRIA LDA; a.k.a. AFRI-BELG; a.k.a. AFRI-BELG AGRICULTURE; a.k.a. AFRI-BELG CONTRUCTION; a.k.a. CASH & CARRY RETAIL STORES), Rua Comandante Valodia 266-268, Sao Paulo, Luanda, Angola; Avenida Comandante De Valodia n. 0.67, 1 Andar, Luanda, Angola; Website www.grupoarosfran.net; Email Address afribelg@snte.co.ao; (Afri-Belg Supermercados, Cash & Carry Retail Stores, Afri-Belg Construction and Afri-Belg Agriculture are subsidiaries of Afri Belg Commercio E Industria Lda and operated from the same business address) [SDGT].

AFRICA HORIZONS INVESTMENT LIMITED, Cayman Islands; 57/63 Line Wall Road, Gibraltar GX11 1AA, Gibraltar [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

AFRICA MIDDLE EAST INVESTMENT HOLDING SAL, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 1901011 (Lebanon) [SDGT] (Linked To: BAZZI, Mohammad Ibrahim).

AFRICA POLITOLOGY, Andreyevskiy Dvor, Bolshoi Prospekt V.O., 18, St. Petersburg 199034, Russia (Cyrillic: Андреевский Двор, Большой проспект В.О., 18, Санкт-Петербург 199034, Russia); Target Type Private Company [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

AFRICA RESOURCE CORPORATION - ARC (a.k.a. AFRICAN RESOURCE COMPANY; a.k.a. AFRICAN RESOURCE CORPORATION; a.k.a. AFRICAN RESOURCE CORPORATION LIMITED; a.k.a. ARC CONSTRUCTION COMPANY LIMITED; a.k.a. ARC LIMITED GROUP; a.k.a. ARC RESOURCES CORPORATION LTD), 7300-7398 Juba Rd, Juba, South Sudan; ARC Head Office, Kakora Road, Nimra-Talata, Juba, South Sudan; Organization Established Date 17 Jan 2019; Registration Number 31137 (South Sudan) [GLOMAG] (Linked To: BOL MEL, Benjamin).

AFRICADA AIRWAYS, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

AFRICADA FINANCIAL SERVICES & BUREAU DE CHANGE LTD (a.k.a. AFRICADA FINANCIAL SERVICES AND BUREAU DE CHANGE LTD), The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

AFRICADA FINANCIAL SERVICES AND BUREAU DE CHANGE LTD (a.k.a. AFRICADA FINANCIAL SERVICES & BUREAU DE CHANGE LTD), The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

AFRICADA INSURANCE COMPANY, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

AFRICADA MICRO-FINANCE LTD, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

AFRICAN GOLD REFINERY LIMITED (a.k.a. AFRICAN GOLD REFINERY UGANDA), Plot No. M103 and 106, Sebugwawo Road, Entebbe, Uganda; P.O. Box 37574, Kampala, Uganda; Organization Type: Mining of other non-ferrous metal ores; Target Type Private Company; Registration Number 180334 (Uganda) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

AFRICAN GOLD REFINERY UGANDA (a.k.a. AFRICAN GOLD REFINERY LIMITED), Plot No. M103 and 106, Sebugwawo Road, Entebbe, Uganda; P.O. Box 37574, Kampala, Uganda; Organization Type: Mining of other non-ferrous metal ores; Target Type Private Company; Registration Number 180334 (Uganda) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

AFRICAN RESOURCE COMPANY (a.k.a. AFRICA RESOURCE CORPORATION - ARC; a.k.a. AFRICAN RESOURCE CORPORATION; a.k.a. AFRICAN RESOURCE CORPORATION LIMITED; a.k.a. ARC CONSTRUCTION COMPANY LIMITED; a.k.a. ARC LIMITED GROUP; a.k.a. ARC RESOURCES CORPORATION LTD), 7300-7398 Juba Rd, Juba, South Sudan; ARC Head Office, Kakora Road, Nimra-Talata, Juba, South Sudan; Organization Established Date 17 Jan 2019; Registration Number 31137 (South Sudan) [GLOMAG] (Linked To: BOL MEL, Benjamin).

AFRICAN RESOURCE CORPORATION (a.k.a. AFRICA RESOURCE CORPORATION - ARC; a.k.a. AFRICAN RESOURCE COMPANY; a.k.a. AFRICAN RESOURCE CORPORATION LIMITED; a.k.a. ARC CONSTRUCTION

COMPANY LIMITED; a.k.a. ARC LIMITED GROUP; a.k.a. ARC RESOURCES CORPORATION LTD), 7300-7398 Juba Rd, Juba, South Sudan; ARC Head Office, Kakora Road, Nimra-Talata, Juba, South Sudan; Organization Established Date 17 Jan 2019; Registration Number 31137 (South Sudan) [GLOMAG] (Linked To: BOL MEL, Benjamin).

AFRICAN RESOURCE CORPORATION LIMITED (a.k.a. AFRICA RESOURCE CORPORATION - ARC; a.k.a. AFRICAN RESOURCE COMPANY; a.k.a. AFRICAN RESOURCE CORPORATION; a.k.a. ARC CONSTRUCTION COMPANY LIMITED; a.k.a. ARC LIMITED GROUP; a.k.a. ARC RESOURCES CORPORATION LTD), 7300-7398 Juba Rd, Juba, South Sudan; ARC Head Office, Kakora Road, Nimra-Talata, Juba, South Sudan; Organization Established Date 17 Jan 2019; Registration Number 31137 (South Sudan) [GLOMAG] (Linked To: BOL MEL, Benjamin).

AFRICAN TRANS INTERNATIONAL HOLDINGS B.V., Industrieweg 5, Nieuwkoop, Zuid-Holland 2421 LK, Netherlands; V.A.T. Number NL852496527B01; Branch Unit Number 000026703254 (Netherlands); Chamber of Commerce Number 57239169 (Netherlands); Legal Entity Number 852496527 (Netherlands) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

AFRICANA GENERAL TRADING LTD, Plot No. 297, Block BYVI, 3rd Floor Office No. 33, Juba, South Sudan [SOUTH SUDAN] (Linked To: OLAWO, Obac William).

AFRICO 1 OFFSHORE (a.k.a. AFRICO 1 OFF-SHORE S.A.L.; a.k.a. AFRICO 1 OFF-SHORE SAL), Al Azarieh Building, Bechara el Khoury Street, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 1804932 (Lebanon) [SDGT] (Linked To: VANIYA SHIP MANAGEMENT PRIVATE LIMITED).

AFRICO 1 OFF-SHORE S.A.L. (a.k.a. AFRICO 1 OFFSHORE; a.k.a. AFRICO 1 OFF-SHORE SAL), Al Azarieh Building, Bechara el Khoury Street, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 1804932 (Lebanon) [SDGT] (Linked To: VANIYA SHIP MANAGEMENT PRIVATE LIMITED).

AFRICO 1 OFF-SHORE SAL (a.k.a. AFRICO 1 OFFSHORE; a.k.a. AFRICO 1 OFF-SHORE S.A.L.), Al Azarieh Building, Bechara el Khoury Street, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 1804932 (Lebanon) [SDGT] (Linked To: VANIYA SHIP MANAGEMENT PRIVATE LIMITED).

AFRIDI, Amanullah (a.k.a. URS, Amanullah; a.k.a. "GUL, Muhammad Aman"; a.k.a. "MUFTI ILYAS"; a.k.a. "ULLAH, Aman"), Frontier Region Kohat, Pakistan; DOB 1973; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; alt. DOB 1971; alt. DOB 1972; alt. DOB 1974; alt. DOB 1975; nationality Pakistan; Gender Male (individual) [SDGT].

AG & CARLON, S.A. DE C.V., Diag. Hernan Cortes No. 29, Vallarta San Lucas, Guadalajara, Jalisco 44690, Mexico; R.F.C. AAC100303FP1 (Mexico) [SDNTK].

AG ALBACHAR, Ahmed (a.k.a. AG ALBACHAR, Intahmadou), Quartier Aliou, Kidal, Mali; DOB 31 Dec 1963; POB Tin-Essako, Kidal region, Mali; nationality Mali; Gender Male; National ID No. 1 63 08 4 01 001 005E (Mali) (individual) [MALI-EO13882].

AG ALBACHAR, Intahmadou (a.k.a. AG ALBACHAR, Ahmed), Quartier Aliou, Kidal, Mali; DOB 31 Dec 1963; POB Tin-Essako, Kidal region, Mali; nationality Mali; Gender Male; National ID No. 1 63 08 4 01 001 005E (Mali) (individual) [MALI-EO13882].

AG ALHOUSSEINI, Houka Houka (a.k.a. IBN ALHOUSSEYNI, Mohamed; a.k.a. IBN AL-HUSAYN, Muhammad), Zouera, Mali; DOB 1962; alt. DOB 1963; alt. DOB 1964; POB Ariaw, Tombouctou region, Mali; nationality Mali; Gender Male (individual) [MALI-EO13882].

AG TERMINAL OOO (a.k.a. AVIA GROUP TERMINAL LIMITED LIABILITY COMPANY; a.k.a. LLC AG TERMINAL; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AVIA GRUPP TERMINAL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АВИА ГРУПП ТЕРМИНАЛ)), Ter. Aeroport Sheremetyevo, Khimki, Moscovskaya Oblast 141400, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: AVIA GROUP LLC).

AGAJANY, Azimi (a.k.a. ADHAJANI, Azim; a.k.a. AGHAJANI, Asim; a.k.a. AGHAJANI, Azim; a.k.a. AGHAJANI, Azimi; a.k.a. AGHAJANI, Hosein; a.k.a. AQAJANI, Azim); DOB 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRGC] [IFSR].

AGAOGLU, Ibrahim (a.k.a. AL-UWAYR, Ibrahim (Arabic: ابراهيم العوير); a.k.a. AL-UWAYR, Ibrahim Talal), Istanbul, Turkey; DOB 30 Apr 1991; POB Hama, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MIRA IHRACAT ITHALAT PETROL URUNLERI SANAYI TICARET LIMITED SIRKETI).

AGAPE GORICA DODIK I IVANA DODIK S.P. BANJA LUKA (a.k.a. RESTORAN AGAPE GORICA DODIK I IVANA DODIK S.P. BANJA LUKA), Trg Krajine 2, Banja Luka 78000, Bosnia and Herzegovina; Tax ID No. 4510153630006 (Bosnia and Herzegovina) [BALKANS-EO14033] (Linked To: DODIK, Gorica).

AGAT - ELECTROMECHANICAL PLANT JSC (a.k.a. AGAT ELECTROMECHANICAL PLANT OJSC; a.k.a. AGAT-ELECTROMECHANICAL PLANT; a.k.a. AGAT-ELEKTROMEKHANICHESKI ZAVOD, OAO (Cyrillic: ОАО АГАТ-ЭЛЕКТРОМЕХАНИЧЕСКИЙ-ЗАВОД); a.k.a. JSC AGAT - ELECTROMECHANICAL PLANT), 117, bld. 3, Nezavisimosti Ave., Minsk 220114, Belarus; Nezavisimosti ave. 115, Minsk 220114, Belarus; 6 Volgogradskaya St., Minsk 220012, Belarus; Organization Established Date 23 Feb 1993; Target Type State-Owned Enterprise; Registration Number 100093400 (Belarus) [BELARUS-EO14038].

AGAT ELECTROMECHANICAL PLANT OJSC (a.k.a. AGAT - ELECTROMECHANICAL PLANT JSC; a.k.a. AGAT-ELECTROMECHANICAL PLANT; a.k.a. AGAT-ELEKTROMEKHANICHESKI ZAVOD, OAO (Cyrillic: ОАО АГАТ-ЭЛЕКТРОМЕХАНИЧЕСКИЙ-ЗАВОД); a.k.a. JSC AGAT - ELECTROMECHANICAL PLANT), 117, bld. 3, Nezavisimosti Ave., Minsk 220114, Belarus; Nezavisimosti ave. 115, Minsk 220114, Belarus; 6 Volgogradskaya St., Minsk 220012, Belarus; Organization Established Date 23 Feb 1993; Target Type State-Owned Enterprise; Registration Number 100093400 (Belarus) [BELARUS-EO14038].

AGAT-ELECTROMECHANICAL PLANT (a.k.a. AGAT - ELECTROMECHANICAL PLANT JSC; a.k.a. AGAT ELECTROMECHANICAL PLANT OJSC; a.k.a. AGAT-ELEKTROMEKHANICHESKI ZAVOD, OAO (Cyrillic: ОАО АГАТ-ЭЛЕКТРОМЕХАНИЧЕСКИЙ-ЗАВОД); a.k.a.

JSC AGAT - ELECTROMECHANICAL PLANT), 117, bld. 3, Nezavisimosti Ave., Minsk 220114, Belarus; Nezavisimosti ave. 115, Minsk 220114, Belarus; 6 Volgogradskaya St., Minsk 220012, Belarus; Organization Established Date 23 Feb 1993; Target Type State-Owned Enterprise; Registration Number 100093400 (Belarus) [BELARUS-EO14038].

AGAT-ELEKTROMEKHANICHESKI ZAVOD, OAO (Cyrillic: ОАО АГАТ-ЭЛЕКТРОМЕХАНИЧЕСКИЙ-ЗАВОД) (a.k.a. AGAT - ELECTROMECHANICAL PLANT JSC; a.k.a. AGAT ELECTROMECHANICAL PLANT OJSC; a.k.a. AGAT-ELECTROMECHANICAL PLANT; a.k.a. JSC AGAT - ELECTROMECHANICAL PLANT), 117, bld. 3, Nezavisimosti Ave., Minsk 220114, Belarus; Nezavisimosti ave. 115, Minsk 220114, Belarus; 6 Volgogradskaya St., Minsk 220012, Belarus; Organization Established Date 23 Feb 1993; Target Type State-Owned Enterprise; Registration Number 100093400 (Belarus) [BELARUS-EO14038].

AGAYEV, Bekkhan Vakhayevich (Cyrillic: АГАЕВ, Бекхан Вахаевич), Russia; DOB 29 Mar 1975; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AGBA CONSULTORES CASA DE CAMBIO (a.k.a. AGBAS CONSULTORES, S.A. DE C.V.), Boulevard Agua Caliente, Tijuana, Baja California, Mexico; Boulevard Agua Caliente No. 148, Col. Revolucion, Tijuana, Baja California, Mexico; Blv Agua Caliente 148, Col. Revolucion Rio Panuco Rio Yaqui, Tijuana, Baja California, Mexico; R.F.C. ACO040630893 (Mexico) [SDNTK].

AGBAS CONSULTORES, S.A. DE C.V. (a.k.a. AGBA CONSULTORES CASA DE CAMBIO), Boulevard Agua Caliente, Tijuana, Baja California, Mexico; Boulevard Agua Caliente No. 148, Col. Revolucion, Tijuana, Baja California, Mexico; Blv Agua Caliente 148, Col. Revolucion Rio Panuco Rio Yaqui, Tijuana, Baja California, Mexico; R.F.C. ACO040630893 (Mexico) [SDNTK].

AGD BANK (a.k.a. ASIA GREEN DEVELOPMENT BANK LIMITED; a.k.a. ASIA GREEN DEVELOPMENT BANK LTD; a.k.a. ASIA GREEN DEVELOPMENT BANK PUBLIC COMPANY LIMITED), No. 73/75, Sule Pagoda Road, Pebadan Township, Yangon, Burma; SWIFT/BIC AGDBMMMY; Website http://www.agdbank.com; Organization Type:

Other financial service activities, except insurance and pension funding activities, n.e.c.; National ID No. 103903351 (Burma) [BURMA-EO14014].

AGEEVA, Irina Anatolyevna (Cyrillic: АГЕЕВА, Ирина Анатольевна) (a.k.a. AGEYEVA, Irina Anatolyevna), Kaluga Region, Russia; DOB 29 Dec 1976; nationality Russia; Gender Female; Tax ID No. 402905986507 (Russia) (individual) [RUSSIA-EO14024].

AGENCIA VEHICULOS ESPECIALES RURALES Y URBANOS, C.A. (a.k.a. AVERUCA, C.A.), Calle Paris, Torre Global, Piso 5, Las Mercedes, Caracas, Venezuela [VENEZUELA] (Linked To: SARRIA DIAZ, Rafael Alfredo).

AGENT DE ASIGURARE LIDER ASIG SOCIETATE CU RASPUNDERE LIMITATA, Str. Eminescu M., 35, Chisinau 2000, Moldova; Organization Established Date 02 Sep 2010; Registration Number 1010600030711 (Moldova) [RUSSIA-EO14024] (Linked To: OKULOV, Aleksandr).

AGENTSTVO SOTSIALNOGO PROEKTIROVANIYA (a.k.a. SOCIAL DESIGN AGENCY (Cyrillic: АГЕНТСТВО СОЦИАЛЬНОГО ПРОЕКТИРОВАНИЯ); a.k.a. SOCIAL PLANNING AGENCY), Solviny Pr, 18A, Fl 2, Pom I K 9A O 1, Moscow 117593, Russia; Pr-kt novoyasenevskii, d. 32, k. 1, pomeshch 1/1, Moscow 117463, Russia; Bolshoy Kislovsky, per 1, building 2, Moscow, Russia; Bol'shaya Nikiskaya Ulitsa, 12cl, Moscow 125009, Russia; Website sp-agency.ru; Organization Established Date 05 Dec 2017; Organization Type: Other information technology and computer service activities; Tax ID No. 7728390408 (Russia); Registration Number 5177746289232 (Russia) [RUSSIA-EO14024].

AGEYEVA, Irina Anatolyevna (a.k.a. AGEEVA, Irina Anatolyevna (Cyrillic: АГЕЕВА, Ирина Анатольевна)), Kaluga Region, Russia; DOB 29 Dec 1976; nationality Russia; Gender Female; Tax ID No. 402905986507 (Russia) (individual) [RUSSIA-EO14024].

AGGREGATE BUILDING MATERIALS CONSTRUCTION COMPANY (a.k.a. ABM CONSTRUCTION COMPANY; a.k.a. ABMC THAI SOUTH SUDAN CONSTRUCTION; a.k.a. ABMC THAI-SOUTH SUDAN CONSTRUCTION COMPANY LIMITED; a.k.a. THAI SOUTH SUDAN CRUSHER, AGGREGATES, AND BUILDING MATERIALS COMPANY; a.k.a. TSSABM), Customs Area,

Adjacent to the Bus Park, Juba, South Sudan; Jebel Kujur, Juba-Yei Road, South Sudan; Luri, Central Equatoria State, South Sudan [GLOMAG] (Linked To: BOL MEL, Benjamin).

AGHA AHMADI, Ali (a.k.a. AGHA-AHMADI, Ali (Arabic: علی آقااحمدی)), Iran; POB Savojbolagh, Alborz Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4899768060 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

AGHA AHMADI, Mohammad (Arabic: محمد آقااحمدی), Iran; DOB 01 Mar 1995; POB Savojbolagh, Alborz Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4890244441 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

AGHA SAYEED, Sia (a.k.a. AGHA, Ahmad Zia; a.k.a. AGHA, Zia; a.k.a. AHMAD, Noor; a.k.a. AHMED, Noor); DOB 1974; POB Maiwand District, Qandahar Province, Afghanistan; Haji (individual) [SDGT].

AGHA, Abu Obaida Khairy Hafiz (a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. AL-AGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Passport H376590 (Saudi Arabia)

expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

AGHA, Abu Ubaydah Khayr (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

AGHA, Ahmad Zia (a.k.a. AGHA SAYEED, Sia; a.k.a. AGHA, Zia; a.k.a. AHMAD, Noor; a.k.a. AHMED, Noor); DOB 1974; POB Maiwand District, Qandahar Province, Afghanistan; Haji (individual) [SDGT].

AGHA, Haji Abdul Manan (a.k.a. SAIYID, Abd Al-Man'am), Pakistan (individual) [SDGT].

AGHA, Torak (a.k.a. AGHA, Torek; a.k.a. AGHA, Toriq; a.k.a. HASHAN, Sayed Mohammad; a.k.a. SAYED, Toriq Agha), Pashtunabad, Quetta, Pakistan; DOB 01 Jan 1964 to 31 Dec 1966; alt. DOB 01 Jan 1961 to 31 Dec 1963; alt. DOB 1960; POB Kandahar Province, Afghanistan; alt. POB Pishin, Balochistan Province, Pakistan; Identification Number 5430312277059 (Pakistan); Haji (individual) [SDGT] (Linked To: TALIBAN).

AGHA, Torek (a.k.a. AGHA, Torak; a.k.a. AGHA, Toriq; a.k.a. HASHAN, Sayed Mohammad; a.k.a. SAYED, Toriq Agha), Pashtunabad, Quetta, Pakistan; DOB 01 Jan 1964 to 31 Dec 1966; alt. DOB 01 Jan 1961 to 31 Dec 1963; alt. DOB 1960; POB Kandahar Province, Afghanistan; alt. POB Pishin, Balochistan Province, Pakistan; Identification Number 5430312277059 (Pakistan); Haji (individual) [SDGT] (Linked To: TALIBAN).

AGHA, Toriq (a.k.a. AGHA, Torak; a.k.a. AGHA, Torek; a.k.a. HASHAN, Sayed Mohammad; a.k.a. SAYED, Toriq Agha), Pashtunabad, Quetta, Pakistan; DOB 01 Jan 1964 to 31 Dec 1966; alt. DOB 01 Jan 1961 to 31 Dec 1963; alt. DOB 1960; POB Kandahar Province, Afghanistan; alt. POB Pishin, Balochistan Province, Pakistan; Identification Number 5430312277059 (Pakistan); Haji (individual) [SDGT] (Linked To: TALIBAN).

AGHA, Zia (a.k.a. AGHA SAYEED, Sia; a.k.a. AGHA, Ahmad Zia; a.k.a. AHMAD, Noor; a.k.a. AHMED, Noor); DOB 1974; POB Maiwand District, Qandahar Province, Afghanistan; Haji (individual) [SDGT].

AGHA-AHMADI, Ali (Arabic: علی آقااحمدی (a.k.a. AGHA AHMADI, Ali), Iran; POB Savojbolagh, Alborz Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4899768060 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

AGHAEI, Majid (a.k.a. AGHA'I, Majid), Iran; DOB 13 Apr 1984; POB Ghom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1199310281 (Iran) (individual) [NPWMD] [IFSR].

AGHA'I, Majid (a.k.a. AGHAEI, Majid), Iran; DOB 13 Apr 1984; POB Ghom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1199310281 (Iran) (individual) [NPWMD] [IFSR].

AGHAJANI, Asim (a.k.a. ADHAJANI, Azim; a.k.a. AGAJANY, Azimi; a.k.a. AGHAJANI, Asim; a.k.a. AGHAJANI, Azimi; a.k.a. AGHAJANI, Hosein; a.k.a. AQAJANI, Azim); DOB 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRGC] [IFSR].

AGHAJANI, Azim (a.k.a. ADHAJANI, Azim; a.k.a. AGAJANY, Azimi; a.k.a. AGHAJANI, Asim;

a.k.a. AGHAJANI, Azimi; a.k.a. AGHAJANI, Hosein; a.k.a. AQAJANI, Azim); DOB 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRGC] [IFSR].

AGHAJANI, Azimi (a.k.a. ADHAJANI, Azim; a.k.a. AGAJANY, Azimi; a.k.a. AGHAJANI, Asim; a.k.a. AGHAJANI, Azim; a.k.a. AGHAJANI, Hosein; a.k.a. AQAJANI, Azim); DOB 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRGC] [IFSR].

AGHAJANI, Hosein (a.k.a. ADHAJANI, Azim; a.k.a. AGAJANY, Azimi; a.k.a. AGHAJANI, Asim; a.k.a. AGHAJANI, Azim; a.k.a. AGHAJANI, Azimi; a.k.a. AQAJANI, Azim); DOB 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRGC] [IFSR].

AGHAJANI, Saeed (a.k.a. ARA JANI, Saeed), Iran; DOB 03 Apr 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V47528711 (Iran); Brigadier General (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

AGHAMIRI, Seyed Mohammad Amin (a.k.a. AGHAMIRI, Seyyed Mohammad Amin (Arabic: سید محمد امین آقامیری)), Iran; DOB 21 Sep 1986; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport E54650560 (Iran) expires 23 Sep 2026; National ID No. 0081673205 (Iran); Secretary of Iran's Supreme Council of Cyberspace (individual) [IRAN-TRA] [IRAN-EO13846] (Linked To: SUPREME COUNCIL OF CYBERSPACE).

AGHAMIRI, Seyyed Mohammad Amin (Arabic: سید محمد امین آقامیری (a.k.a. AGHAMIRI, Seyed Mohammad Amin), Iran; DOB 21 Sep 1986; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport E54650560 (Iran) expires 23 Sep 2026; National ID No. 0081673205 (Iran); Secretary of Iran's Supreme Council of Cyberspace (individual) [IRAN-TRA] [IRAN-EO13846] (Linked To: SUPREME COUNCIL OF CYBERSPACE).

AGIR (a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a.

ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

AGLEEL, Ahmed (a.k.a. AQLYL, Ahmad), Addu City, Maldives; DOB 30 Jan 1980; POB Gurahaage, Feydhoo, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. A298637 (Maldives) (individual) [SDGT] (Linked To: AL QA'IDA).

AGOR DMCC (a.k.a. AGOR LTD; a.k.a. AGOR PRECIOUS METALS), Office Number 703A, 7th Floor, Mazaya Business Avenue, AAI, JLT, Dubai, United Arab Emirates; Organization Type: Manufacture of jewellery and related articles; Commercial Registry Number 30641 (United Arab Emirates); alt. Commercial Registry Number 805920 (United Arab Emirates) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

AGOR LTD (a.k.a. AGOR DMCC; a.k.a. AGOR PRECIOUS METALS), Office Number 703A, 7th Floor, Mazaya Business Avenue, AAI, JLT, Dubai, United Arab Emirates; Organization Type: Manufacture of jewellery and related articles; Commercial Registry Number 30641 (United Arab Emirates); alt. Commercial Registry Number 805920 (United Arab Emirates) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

AGOR PRECIOUS METALS (a.k.a. AGOR DMCC; a.k.a. AGOR LTD), Office Number 703A, 7th Floor, Mazaya Business Avenue, AAI, JLT, Dubai, United Arab Emirates; Organization Type: Manufacture of jewellery and related articles; Commercial Registry Number 30641

(United Arab Emirates); alt. Commercial Registry Number 805920 (United Arab Emirates) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

AGR INTERNATIONAL LIMITED, Global Gateway, 8 rue de la Perle, Providence, Mahe, Seychelles; Organization Type: Activities of holding companies; Target Type Private Company; Company Number 200304 (Seychelles) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

AGRICOLA BOREAL S.P.R. DE R.L., Naciones Unidas Numero 6885-22, Colonia Jardines del Tule, Zapopan, Jalisco, Mexico; Folio Mercantil No. 60606 (Mexico) [SDNTK].

AGRICOLA COSTA ALEGRE S.P.R. DE R.L., Puerto Vallarta, Jalisco, Mexico; SRE Permit No. A201611021236510536 (Mexico) [SDNT].

AGRICOLA DOIMA DEL NORTE DEL VALLE LTDA., Carrera 4 No. 12-20 of. 206, Cartago, Valle, Colombia; Km 12 Via Santa Ana Molina, Hacienda Doima, Cartago, Colombia; NIT # 800144713-3 (Colombia) [SDNT].

AGRICOLA GANADERA HENAO GONZALEZ Y CIA. S.C.S., Carrera 4A No. 16-04 apt. 303, Cartago, Colombia; Km. 5 Via Aeropuerto, Cartago, Colombia; Carrera 1 No. 13-08, Cartago, Colombia; NIT # 800021615-1 (Colombia) [SDNT].

AGRICOLA GAXIOLA S.A. DE C.V., Calle Colonizadores No. exterior 83 y No.interior D, Esq. Quintas de las Aves, Col. Las Quintas, Hermosillo, Sonora 83240, Mexico; R.F.C. AGA9607119X3 (Mexico) [SDNTK].

AGRICOLA RUELAS, S.P.R. DE R.I. (a.k.a. "AGRICOLA RUELAS", SOCIEDAD DE PRODUCCION RURAL DE RESPONSABILIDAD ILIMITADA), Av. Victor C Miranda SN, Genaro Estrada Poste 112, Sinaloa, Sinaloa C.P. 81960, Mexico; Poblado Genaro Estrada, Municipio de Sinaloa, Sinaloa, Mexico; R.F.C. ARU010206T27 (Mexico); National ID No. 25RQ00000933 (Mexico); Folio Mercantil No. C 4892138 (Mexico) [SDNTK].

AGRICOLA TAVO S.P.R. DE R.L. (a.k.a. AGRICULTURA TAVO S.P.R. DE R.L.), Zapopan, Jalisco, Mexico; Folio Mercantil No. 59574 (Mexico) [SDNTK].

AGRICULTURA TAVO S.P.R. DE R.L. (a.k.a. AGRICOLA TAVO S.P.R. DE R.L.), Zapopan, Jalisco, Mexico; Folio Mercantil No. 59574 (Mexico) [SDNTK].

AGRICULTURAL BANK OF IRAN (a.k.a. BANK KESHAVARZI; a.k.a. BANK KESHAVARZI IRAN), PO Box 14155-6395, 129 Patrice

Lumumba St, Jalal-al-Ahmad Expressway, Tehran 14454, Iran; Website www.agri-bank.com; alt. Website www.bki.ir; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] [IRAN-EO13902].

AGRICULTURAL COOPERATIVE BANK (a.k.a. AL MASRAF AL ZERAEI AL TAWENI; a.k.a. "ACB"), Al Naanaa Garden, Damascus, Syria; Postal Box 4325, Damascus, Syria; Tall, Damascus, Syria; Doma, Doma, Syria; Zabadani, Damascus, Syria; Katana, Damascus, Syria; Al Qatifa, Damascus, Syria; Nabek, Damascus, Syria; Yabrood, Damascus, Syria; Daria, Damascus, Syria; Alksoaa, Damascus, Syria; Al Qounaitra, Syria; Deraa, Syria; Azraa, Syria; Alsnmin, Syria; Gazallah, Syria; Nawa, Syria; Sweida, Syria; Shahba, Sweida, Syria; Salkhad, Sweida, Syria; Algaria, Sweida, Syria; Homs, Syria; Talkah, Homs, Syria; Tadmer, Homs, Syria; Al Rastan, Homs, Syria; Al Qasser, Homs, Syria; Shin, Homs, Syria; Agricultural Cooperative Bank Building, Damascus Tajhez, 4325, Damascus, Syria; Website www.agrobank.gov.sy [SYRIA].

AGRICULTURAL DEVELOPMENT BANK, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

AGRICULTURAL, MEDICAL, AND INDUSTRIAL RESEARCH CENTER (a.k.a. KARAJ NUCLEAR RESEARCH CENTER FOR AGRICULTURE AND MEDICINE; f.k.a. NUCLEAR RESEARCH CENTER FOR AGRICULTURE AND MEDICINE; a.k.a. "AMIRC"; f.k.a. "NRCAM"), Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE).

AGRO VOCE D.O.O. (a.k.a. AGRO VOCE D.O.O. LAKTASI; a.k.a. AGRO VOCE D.O.O. ZA VOCARSTVO PROIZVODNJU I TRGOVINU LAKTASI), Aleksandrovac BB, Laktasi 78250, Bosnia and Herzegovina; Tax ID No. 4402836840009 (Bosnia and Herzegovina); Business Registration Number 1-16884-00 (Bosnia and Herzegovina) [BALKANS-EO14033] (Linked To: DODIK, Gorica).

AGRO VOCE D.O.O. LAKTASI (a.k.a. AGRO VOCE D.O.O.; a.k.a. AGRO VOCE D.O.O. ZA VOCARSTVO PROIZVODNJU I TRGOVINU

LAKTASI), Aleksandrovac BB, Laktasi 78250, Bosnia and Herzegovina; Tax ID No. 4402836840009 (Bosnia and Herzegovina); Business Registration Number 1-16884-00 (Bosnia and Herzegovina) [BALKANS-EO14033] (Linked To: DODIK, Gorica).

AGRO VOCE D.O.O. ZA VOCARSTVO PROIZVODNJU I TRGOVINU LAKTASI (a.k.a. AGRO VOCE D.O.O.; a.k.a. AGRO VOCE D.O.O. LAKTASI), Aleksandrovac BB, Laktasi 78250, Bosnia and Herzegovina; Tax ID No. 4402836840009 (Bosnia and Herzegovina); Business Registration Number 1-16884-00 (Bosnia and Herzegovina) [BALKANS-EO14033] (Linked To: DODIK, Gorica).

AGRO XPO S.A.S., Cr 53 No 82 - 86 Of 410, Barranquilla, Atlantico, Colombia; NIT # 9011991477 (Colombia) [VENEZUELA-EO13850].

AGROESPINAL S.A., Calle 16 No. 41-210 of. 801, Medellin, Colombia; NIT # 800256233-0 (Colombia) [SDNT].

AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH, DP (a.k.a. DERZHAVNE PIDPRYEMSTVO AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE AGRO-FIRMA MAGARACH NACIONALNOGO INSTITUTA VINOGRADA I VINA MAGARACH; a.k.a. MAGARACH AGRICULTURAL COMPANY OF NATIONAL INSTITUTE OF WINE AND GRAPES MAGARACH; a.k.a. STATE ENTERPRISE AGRICULTURAL COMPANY MAGARACH NATIONAL INSTITUTE OF VINE AND WINE MAGARACH; a.k.a. STATE ENTERPRISE MAGARACH OF THE NATIONAL INSTITUTE OF WINE), Bud. 9 vul. Chapaeva, S.Viline, Bakhchysaraisky R-N, Crimea 98433, Ukraine; 9 Chapayeva str., Vilino, Bakhchisaray Region, Crimea 98433, Ukraine; 9 Chapayeva str., Vilino, Bakhchisarayski district 98433, Ukraine; 9, Chapaeva Str., Vilino, Bakhchisaray Region, Crimea 98433, Ukraine; Website http://magarach-institut.ru/; Email Address magar@ukr.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 11231070006000476 (Ukraine); Government Gazette Number 31332064 (Ukraine) [UKRAINE-EO13685].

AGROGANADERA LOS SANTOS S.A., Calle 16 No. 41-210 of. 801, Medellin, Colombia; NIT # 800215934-1 (Colombia) [SDNT].

AGROGATE COMPANY (a.k.a. AGROGATE CORPORATION; a.k.a. AGROGATE HOLDING; a.k.a. AGROGATE HOLDING CORPORATION; a.k.a. AGROGATE HOLDINGS; a.k.a. AGROGATE HOLDINGS INC.), Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

AGROGATE CORPORATION (a.k.a. AGROGATE COMPANY; a.k.a. AGROGATE HOLDING; a.k.a. AGROGATE HOLDING CORPORATION; a.k.a. AGROGATE HOLDINGS; a.k.a. AGROGATE HOLDINGS INC.), Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

AGROGATE HOLDING (a.k.a. AGROGATE COMPANY; a.k.a. AGROGATE CORPORATION; a.k.a. AGROGATE HOLDING CORPORATION; a.k.a. AGROGATE HOLDINGS; a.k.a. AGROGATE HOLDINGS INC.), Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

AGROGATE HOLDING CORPORATION (a.k.a. AGROGATE COMPANY; a.k.a. AGROGATE CORPORATION; a.k.a. AGROGATE HOLDING; a.k.a. AGROGATE HOLDINGS; a.k.a. AGROGATE HOLDINGS INC.), Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

AGROGATE HOLDINGS (a.k.a. AGROGATE COMPANY; a.k.a. AGROGATE CORPORATION; a.k.a. AGROGATE HOLDING CORPORATION; a.k.a. AGROGATE HOLDINGS INC.), Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

AGROGATE HOLDINGS INC. (a.k.a. AGROGATE COMPANY; a.k.a. AGROGATE CORPORATION; a.k.a. AGROGATE HOLDING; a.k.a. AGROGATE HOLDING CORPORATION; a.k.a. AGROGATE HOLDINGS), Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

AGROHOLDING KUBAN (a.k.a. KUBAN AGRO; a.k.a. KUBAN AGROHOLDING), 77 Mira St., Ust-Labinsk, Krasnodar Territory 352330, Russia; 1 Montazhnaya St., Ust-Labinsk, Krasnodar Territory, Russia; 116 Mira St., Ust-Labinsk, Krasnodar Territory, Russia; 1 G. Konshinykh St., Krasnodar Territory, Russia; 2 Rabochaya St., Ust-Labinsk, Krasnodar Territory, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: DERIPASKA, Oleg Vladimirovich; Linked To: BASIC ELEMENT LIMITED).

AGROINDUPALMA S.A. (a.k.a. CIA. AGROINDUSTRIAL PALMERA S.A.), C.C. Villacentro Blq. B Ofc. 414, Villavicencio, Colombia; NIT # 900197835-3 (Colombia) [SDNTK].

AGROINDUSTRIAS CIMA S.A.S., Calle 8 B 65 191, Of. 519, Medellin, Antioquia, Colombia; NIT # 900383867-6 (Colombia) [SDNTK].

AGROMADERAS ZAGAR S.A.S. (a.k.a. FRESNO HOME S.A.S.), Kilometro 18 Vereda El Manzano Via Pereira Armenia, Pereira, Risaralda 66001, Colombia; NIT # 9005402427 (Colombia) [SDNTK].

AGROPECUARIA HATO SANTA MARIA LTDA., Carrera 43B No. 12-133, Medellin, Colombia; NIT # 9001387615 (Colombia) [SDNTK].

AGROPECUARIA LA PERLA LTDA. (a.k.a. "AGROPERLA"), Calle 18 Norte, No. 3N-24, Oficina 602, Cali, Colombia; NIT # 8002113865 (Colombia) [SDNTK].

AGROPECUARIA MAIS S.A.S. (a.k.a. AGROPECUARIA MAIS SOCIEDAD POR ACCIONES SIMPLIFICADA), Calle 35 85 B 40, Medellin, Antioquia, Colombia; Calle 8B No. 65-191, Ofc. 519, Medellin, Antioquia, Colombia; NIT # 900385162-1 (Colombia) [SDNTK].

AGROPECUARIA MAIS SOCIEDAD POR ACCIONES SIMPLIFICADA (a.k.a. AGROPECUARIA MAIS S.A.S.), Calle 35 85 B 40, Medellin, Antioquia, Colombia; Calle 8B No. 65-191, Ofc. 519, Medellin, Antioquia, Colombia; NIT # 900385162-1 (Colombia) [SDNTK].

AGROPECUARIA MIRALINDO S.A., Carrera 8N No. 17A-12, Cartago, Colombia; NIT # 836000446-4 (Colombia) [SDNT].

AGROPECUARIA PALMA DEL RIO S.A., Carrera 5 No. 29-32, C.C. La Quinta, Ibague, Tolima, Colombia; Carrera 17 No. 91-42, Apt.

502, Bogota, Colombia; NIT # 830061299-7 (Colombia) [SDNT].

AGROPHEN (a.k.a. AGRO-PHEN), 01 BP 6269, Cotonou, Benin [SDNTK].

AGRO-PHEN (a.k.a. AGROPHEN), 01 BP 6269, Cotonou, Benin [SDNTK].

AGROPROMYSHLENNY KOMPLEKS VORONEZHSKI OOO (a.k.a. APK VORONEZHSKII; a.k.a. VORONEZHSKI OOO), Ul Molodezhnaya D.1A, Kuzminskoye 601769, Russia; Organization Established Date 04 Jul 1994; Organization Type: Mixed farming; Tax ID No. 3306009951 (Russia); Registration Number 1053300906900 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

AGROROZKVIT LLC (Cyrillic: OOO АГРОРОЗКВИТ) (a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU AGROROZKVIT), Bud. 44b Inshe Poverkh 2, vul. Evgena Konovaltsya Pechersky R-N, Kyiv 01133, Ukraine; Organization Established Date 07 May 2016; Registration Number 406289726553 (Ukraine) [BELARUS-EO14038].

AGROROZKVIT TOV (a.k.a. AGROROZKVIT LLC (Cyrillic: OOO АГРОРОЗКВИТ); a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU AGROROZKVIT), Bud. 44b Inshe Poverkh 2, vul. Evgena Konovaltsya Pechersky R-N, Kyiv 01133, Ukraine; Organization Established Date 07 May 2016; Registration Number 406289726553 (Ukraine) [BELARUS-EO14038].

AGROSOYUZ (Cyrillic: АГРОСОЮЗ) (a.k.a. AGROSOYUZ LLC (Cyrillic: АГРОСОЮЗ OOO); a.k.a. COMMERCIAL BANK AGROSOYUZ (Cyrillic: КОММЕРЧЕСКИЙ ВАНК АГРОСОЮЗ); a.k.a. LLC COMMERCIAL BANK AGROSOYUZ (Cyrillic: OOO КОММЕРЧЕСКИЙ ВАНК АГРОСОЮЗ; Cyrillic: OOO КВ АГРОСОЮЗ)), Ulanskiy pereulok, number 13 building 1, Moscow 101000, Russia; SWIFT/BIC AGSZRU31; alt. SWIFT/BIC AGSZRU33; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

AGROSOYUZ LLC (Cyrillic: АГРОСОЮЗ OOO) (a.k.a. AGROSOYUZ (Cyrillic: АГРОСОЮЗ); a.k.a. COMMERCIAL BANK AGROSOYUZ (Cyrillic: КОММЕРЧЕСКИЙ ВАНК АГРОСОЮЗ); a.k.a. LLC COMMERCIAL BANK

AGROSOYUZ (Cyrillic: OOO КОММЕРЧЕСКИЙ ВАНК АГРОСОЮЗ; Cyrillic: OOO КВ АГРОСОЮЗ)), Ulanskiy pereulok, number 13 building 1, Moscow 101000, Russia; SWIFT/BIC AGSZRU31; alt. SWIFT/BIC AGSZRU33; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

AGUIAR AGUILAR Y CIA. LTDA., Carrera 70H No. 127A-26, Bogota, Colombia; NIT # 900039614-6 (Colombia) [SDNTK].

AGUILAR ALVAREZ Y CIA. LTDA., Carrera 35 No. 34B-37 of. 20T, Villavicencio, Colombia; NIT # 830122743-9 (Colombia) [SDNTK].

AGUILAR AMAO, Miguel, Avenida Del Sol 4551, Fraccionamiento La Escondida, Tijuana, Baja California, Mexico; Avenida Del Sol 4551-2, Fraccionamiento La Escondida 22440, Tijuana, Baja California, Mexico; c/o Distribuidora Imperial De Baja California, S.A. de C.V., Tijuana, Baja California, Mexico; c/o ADP, S.C., Tijuana, Baja California, Mexico; DOB 29 Sep 1953; POB Santa Agueda,Baja California Sur,Mexico; R.F.C. AUAM-530929 (Mexico); Credencial electoral 101924629544 (Mexico) (individual) [SDNT].

AGUILAR DEL BOSQUE, Mauricio (a.k.a. AGUILAR VELEZ, Luis Antonio; a.k.a. BERMUDEZ SUAZA, Pedro Antonio; a.k.a. VEGA LUJAN, Diego Rodrigo; a.k.a. "EL ARQUITECTO"), c/o ASES DE COMPETENCIA Y CIA. S.A., Medellin, Colombia; c/o CONSTRUCTORA GUADALEST S.A., Medellin, Colombia; c/o FRANZUL S.A., Medellin, Colombia; c/o GRUPO GUADALEST S.A. DE C.V., Mexico City, Distrito Federal, Mexico; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; Av. Hipolito Taine 253 2, Col. Chapultepec Morales, Miguel Hidalgo, Mexico City, Distrito Federal 11560, Mexico; Camino a San Mateo 41, edificio Mackenzie, la Cuspide departamento 1003, Colonia Lomas Verdes, Naucalpan de Juarez, Estado de Mexico, Mexico; DOB 30 Mar 1957; alt. DOB 10 Mar 1958; alt. DOB 30 Mar 1959; alt. DOB 22 Aug 1959; POB Medellin, Colombia; alt. POB Huamantla, Tlaxcala, Mexico; Cedula No. 70123377 (Colombia); Passport 05400005349 (Mexico); R.F.C. VELD580310 (Mexico); Credencial electoral AGBSMR59033015H800 (Mexico) (individual) [SDNT].

AGUILAR DUARTE, Jose Lenoir, c/o AGUILAR AGUILAR Y CIA. LTDA., Bogota, Colombia; c/o AGUILAR ALVAREZ Y CIA. LTDA., Villavicencio, Colombia; c/o CARILLANCA COLOMBIA Y CIA S EN CS, Bogota, Colombia; c/o CARILLANCA S.A., San Jose, Costa Rica; c/o INVERSIONES ADAG LTDA., Bogota, Colombia; c/o INVERSIONES LOS TUNJOS LTDA., Bogota, Colombia; c/o RECIFIBRAS SECUNDARIAS LTDA., Bogota, Colombia; Cedula No. 79265614 (Colombia); Residency Number 117000439417 (Costa Rica) (individual) [SDNTK].

AGUILAR GARCIA, Marvin Ramiro, Altos de Motastepe Casa No 430, Managua, Nicaragua; DOB 10 Jan 1957; POB Chontales, Nicaragua; nationality Nicaragua; Gender Male; Passport A0008313 (Nicaragua) issued 03 Jun 2009 expires 02 Jun 2014 (individual) [NICARAGUA].

AGUILAR VELEZ, Luis Antonio (a.k.a. AGUILAR DEL BOSQUE, Mauricio; a.k.a. BERMUDEZ SUAZA, Pedro Antonio; a.k.a. VEGA LUJAN, Diego Rodrigo; a.k.a. "EL ARQUITECTO"), c/o ASES DE COMPETENCIA Y CIA. S.A., Medellin, Colombia; c/o CONSTRUCTORA GUADALEST S.A., Medellin, Colombia; c/o FRANZUL S.A., Medellin, Colombia; c/o GRUPO GUADALEST S.A. DE C.V., Mexico City, Distrito Federal, Mexico; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; Av. Hipolito Taine 253 2, Col. Chapultepec Morales, Miguel Hidalgo, Mexico City, Distrito Federal 11560, Mexico; Camino a San Mateo 41, edificio Mackenzie, la Cuspide departamento 1003, Colonia Lomas Verdes, Naucalpan de Juarez, Estado de Mexico, Mexico; DOB 30 Mar 1957; alt. DOB 10 Mar 1958; alt. DOB 30 Mar 1959; alt. DOB 22 Aug 1959; POB Medellin, Colombia; alt. POB Huamantla, Tlaxcala, Mexico; Cedula No. 70123377 (Colombia); Passport 05400005349 (Mexico); R.F.C. VELD580310 (Mexico); Credencial electoral AGBSMR59033015H800 (Mexico) (individual) [SDNT].

AGUINO ARBOLEDA, Onofre Junior (Latin: AGUIÑO ARBOLEDA, Onofre Junior) (a.k.a. "DIOS Y CIEGO"), Colombia; DOB 16 Sep 1989; POB Tumaco, Narino, Colombia; Gender Male; Cedula No. 1087132209 (Colombia) (individual) [SDNTK].

AGUIRRE CARDONA, Armando, Mexico; DOB 28 Oct 1955; POB Nuevo Leon, Monterrey, Mexico; nationality Mexico; citizen Mexico; R.F.C. AUCA551028 (Mexico); C.U.R.P.

AUCA551028HNLGRR03 (Mexico) (individual) [SDNTK].

AGUIRRE GALINDO, Manuel, c/o COMPLEJO TURISTICO OASIS, S.A. DE C.V., Rosarito, Baja California, Mexico; c/o INMOBILIARIA ESPARTA S.A. DE C.V., Tijuana, Baja California, Mexico; DOB 02 Nov 1950; POB Tijuana, Baja California, Mexico; R.F.C. AUGM-501102-PM3 (Mexico) (individual) [SDNTK].

AGUIRRE SANCHEZ, Blanca Armida, Blvd. Agua Caliente No. 148, Tijuana, Baja California, Mexico; Calle Ixtapan de la Sal No. 12137, Fraccionamiento Colinas de Agua Caliente, Tijuana, Baja California, Mexico; C. Cerro Alto No. 7855, Fracc. Lomas de Agua Caliente, Tijuana, Baja California, Mexico; Avenida Central No. 10200, Departamento 401 Guion "E", Colonia Hipodromo Dos, Tijuana, Baja California, Mexico; c/o MULTISERVICIOS AGSA, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o AGBAS CONSULTORES, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o MEXGLOBO, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o HACIENDA CIEN ANOS DE TIJUANA, S. DE R.L. DE C.V., Tijuana, Baja California, Mexico; c/o COCINA DE TIJUANA, S. DE R.L. DE C.V., Tijuana, Baja California, Mexico; Diaz Miron, Calle 1903 3 Zona Central, Tijuana, Baja California, Mexico; DOB 07 Mar 1958; POB Tijuana, Baja California, Mexico; nationality Mexico; citizen Mexico; Passport 04020067193 (Mexico); R.F.C. AUSB580307CR4 (Mexico); alt. R.F.C. AUSB580307CRA (Mexico); Electoral Registry No. AGSNBL58030702M801 (Mexico) (individual) [SDNTK].

AGUIRRE SANCHEZ, Claudia, Calle Gladiolas No. 28, Fraccionamiento Del Prado, Tijuana, Baja California, Mexico; Calle Garita de Otay No. 1408, Colonia Mesa de Otay, Tijuana, Baja California, Mexico; Priv del Cesar No. 7013, Fracc. Racial Agua Caliente, Tijuana, Baja California, Mexico; c/o MULTISERVICIOS AGSA, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o MEXGLOBO, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o COCINA DE TIJUANA, S. DE R.L. DE C.V., Tijuana, Baja California, Mexico; c/o HACIENDA CIEN ANOS DE TIJUANA, S. DE R.L. DE C.V., Tijuana, Baja California, Mexico; Cll Gladiolas 11449, Lomas de Agua Caliente c de Las Torres c de S Fco, Tijuana, Baja California 22024, Mexico; DOB 04 Jan 1969; POB Tijuana, Baja California, Mexico; nationality Mexico; citizen Mexico; Cedula No. 1993358

(Mexico); Electoral Registry No. AGSNCL69010402M000 (Mexico) (individual) [SDNTK].

AGUSTA GRAND I LLC, 80 SW 8th Street Suite 2000, Miami, FL 33130, United States; Tax ID No. 36-4802365 (United States) [SDNTK].

AH HAQ, Dr. Amin (a.k.a. AL-HAQ, Amin; a.k.a. AMIN, Muhammad; a.k.a. UL-HAQ, Dr. Amin); DOB 1960; POB Nangahar Province, Afghanistan (individual) [SDGT].

AHAK-E SANATI SIMAN SHARGH (a.k.a. SHARQ CEMENT INDUSTRIAL LIMESTONE), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

AHCENE, Cheib (a.k.a. ABDELHAY, al-Sheikh; a.k.a. ALLANE, Hacene; a.k.a. "ABU AL-FOUTOUH"; a.k.a. "BOULAHIA"; a.k.a. "HASSAN THE OLD"); DOB 17 Jan 1941; POB El Menea, Algeria (individual) [SDGT].

AHED AL-ZOUBI, Omran; DOB 1959; POB Damascus, Syria; Minister of Information (individual) [SYRIA].

AHETEI LIMITED, Orthodoxou Tower, Floor 3, 44 Inomenon Ethnon, Larnaca 6042, Cyprus; Organization Established 28 Jan 2022; Target Type Private Company; Registration Number HE430579 (Cyprus) [RUSSIA-EO14024] (Linked To: LAR VORTO SERVICES LIMITED).

AHIYAHU TURUS (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES

KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

AHL AL-SUNNA WA AL-JAMAA (a.k.a. AL-SHABAAB IN MOZAMBIQUE; a.k.a. ANSAAR KALIMAT ALLAH; a.k.a. ANSAR AL-SUNNA; a.k.a. ISLAMIC STATE - MOZAMBIQUE; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. "ADHERENTS TO THE TRADITIONS AND THE COMMUNITY"; a.k.a. "HELPERS OF TRADITION"; a.k.a. "ISIS-MOZAMBIQUE"; a.k.a. "SUPPORTERS OF THE WORD OF ALLAH"), Cabo Delgado Province, Mozambique; Tanzania [FTO] [SDGT].

AHMAD AL-ABDULLAH, Subhi; DOB 1951; POB Idleb, Syria; Minister of Agriculture and Agrarian Reform (individual) [SYRIA].

AHMAD SHAH HAWALA (a.k.a. HAJI AHMAD SHAH HAWALA; a.k.a. MAULAWI AHMED SHAH HAWALA; a.k.a. MULLAH AHMED SHAH HAWALA; a.k.a. ROSHAN MONEY EXCHANGE; a.k.a. ROSHAN SARAFI; a.k.a. ROSHAN SHIRKAT; a.k.a. ROSHAN TRADING COMPANY; a.k.a. RUSHAAN TRADING COMPANY), Floor 5, Shop 25, Kandahar City Sarafi Market, Kandahar District, Kandahar Province, Afghanistan; Lakri, Helmand Province, Afghanistan; Aziz Market, In front of Azizi Bank, Waish Border, Spin Boldak District, Kandahar Province, Afghanistan; Gardi Jungle, Balochistan Province, Pakistan; Chaghi, Balochistan Province, Pakistan; Fahr Khan (variant Furqan) Center, Shop Number 1584, Chalhor Mal Road, Quetta, Balochistan Province, Pakistan; St. Flore, Flat Number 4, Furqan Center, Jamaludden (variant Jamaludin)

Afghani Road, Quetta, Balochistan Province, Pakistan; Muslim Plaza Building, Doctor Banu Road, 2nd Floor, Office Number 4, Quetta, Balochistan Province, Pakistan; Cholmon Road, Quetta, Balochistan Province, Pakistan; Munsafi Road, Quetta, Balochistan Province, Pakistan; Abdul Samad Khan Street, Next to Fathma Jena Road, Kadari Place, 1st Floor, Shop Number 1, Quetta, Balochistan Province, Pakistan; Safar Bazaar, Garm Ser District, Helmand Province, Afghanistan; Main Bazaar, Safar, Helmand Province, Afghanistan; Money Exchange Market, Lashkar Gah, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, Lashkar Gah, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Helmand Province, Afghanistan; Hazar Joft, Garmser District, Helmand Province, Afghanistan; Ismat Bazaar, Marjah District, Helmand Province, Afghanistan; Zaranj, Nimruz Province, Afghanistan; Suite 8, 4th Floor, Sarrafi Market, District 1, Kandahar City, Kandahar Province, Afghanistan [SDGT] (Linked To: TALIBAN).

AHMAD, Abu Bakr (a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT].

AHMAD, Aliazra Ra'ad (a.k.a. AL-BAYATI, Abdul Rahman Muhammad; a.k.a. AL-BAYATI, Tahir Muhammad Khalil Mustafa; a.k.a. AL-QADULI, Abd Al-Rahman Muhammad Mustafa; a.k.a. MUSTAFA, Umar Muhammad Khalil; a.k.a. SHAYKHLARI, 'Abd al-Rahman Muhammad Mustafa; a.k.a. "ABU ALA"; a.k.a. "ABU HASAN"; a.k.a. "ABU IMAN"; a.k.a. "ABU MUHAMMAD"; a.k.a. "ABU ZAYNA"; a.k.a. "ABU-SHUAYB"; a.k.a. "HAJJI IMAN"); DOB 1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq (individual) [SDGT].

AHMAD, Ayman, Syria; DOB 01 Feb 1971; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AHMAD, Dida (a.k.a. AHMAD, Hind; a.k.a. AHMAD, Hind Nazem (Arabic: هند ناظم احمد); a.k.a AHMED, Hind Nazem), 92 Boulevard Flandrin, Paris, France; Residence Camelia, Cocody Danga, Nord Abidjan, Cote d Ivoire; DOB 04 Nov 1992; POB Antwerp, Belgium; nationality Belgium; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EP784076 (Belgium) expires 03 May 2025; alt. Passport EI463437 (Belgium) expires 22 Mar 2016 (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

AHMAD, Dilshad (a.k.a. AL-DAKHIL, 'Abd al-Rahman; a.k.a. AL-DAKHIL, Abdul Rehman; a.k.a. ALI, Amanat; a.k.a. ALI, Amanatullah; a.k.a. ALI, Amantullah; a.k.a. DILSHAD, Danish; a.k.a. IQBAL, Imanat Ullah), Pakistan; DOB 01 Sep 1964; alt. DOB 01 Mar 1965 to 31 Mar 1965; POB Faisalabad, Pakistan; nationality Pakistan; Gender Male (individual) [SDGT].

AHMAD, Farhad Kanabi (a.k.a. HAMAWANDI, Kawa; a.k.a. OMAR ACHMED, Kaua), Lochhamer Str. 115, Munich 81477, Germany; Iraq; DOB 01 Jul 1971; POB Arbil, Iraq; nationality Iraq; Travel Document Number A0139243 (Germany) (individual) [SDGT].

AHMAD, Fayyaz (a.k.a. FIAZ, Muhammad; a.k.a. "BAHA'I, Fayaz"; a.k.a. "FAIZ, Shaikh"; a.k.a. "FAYYAZ, Sheikh"; a.k.a. "FIYAZ, Sheikh"; a.k.a. "FIYYAZ, Sheikh"), Sheikhpura, Pakistan; DOB 05 Dec 1973; POB Sheikhpura, Pakistan; Gender Male (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

AHMAD, Firas (a.k.a. AHMAD, Firas Michael; a.k.a. AHMAD, Firas Nazem (Arabic: فراس ناظم احمد)), 76 Waterstone Drive, Benmore Gardens, Johannesburg, South Africa; DOB 14 May 1991; nationality South Africa; alt. nationality Belgium; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EH454630 (Belgium); alt. Passport 712211555 (United States); alt. Passport EJ586315 (Belgium) expires 23 Sep 2017; alt. Passport RL3752510 (Lebanon) expires 10 May 2021; Identification Number 9105146334188 (South

AHMAD, Firas 21 Jan 1967; Scientific Studies and Research Center Colonel (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

Africa) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

AHMAD, Firas Michael (a.k.a. AHMAD, Firas; a.k.a. AHMAD, Firas Nazem (Arabic: فراس ناظم احمد)), 76 Waterstone Drive, Benmore Gardens, Johannesburg, South Africa; DOB 14 May 1991; nationality South Africa; alt. nationality Belgium; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EH454630 (Belgium); alt. Passport 712211555 (United States); alt. Passport EJ586315 (Belgium) expires 23 Sep 2017; alt. Passport RL3752510 (Lebanon) expires 10 May 2021; Identification Number 9105146334188 (South Africa) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

AHMAD, Firas Nazem (Arabic: فراس ناظم احمد) (a.k.a. AHMAD, Firas; a.k.a. AHMAD, Firas Michael), 76 Waterstone Drive, Benmore Gardens, Johannesburg, South Africa; DOB 14 May 1991; nationality South Africa; alt. nationality Belgium; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EH454630 (Belgium); alt. Passport 712211555 (United States); alt. Passport EJ586315 (Belgium) expires 23 Sep 2017; alt. Passport RL3752510 (Lebanon) expires 10 May 2021; Identification Number 9105146334188 (South Africa) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

AHMAD, Hasan, Syria; DOB 13 May 1966; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AHMAD, Hind (a.k.a. AHMAD, Dida; a.k.a. AHMAD, Hind Nazem (Arabic: هند ناظم احمد); a.k.a. AHMED, Hind Nazem), 92 Boulevard Flandrin, Paris, France; Residence Camelia, Cocody Danga, Nord Abidjan, Cote d Ivoire; DOB 04 Nov 1992; POB Antwerp, Belgium; nationality Belgium; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EP784076 (Belgium) expires 03 May 2025; alt. Passport EI463437 (Belgium) expires 22 Mar 2016 (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

AHMAD, Hind Nazem (Arabic: هند ناظم احمد) (a.k.a. AHMAD, Dida; a.k.a. AHMAD, Hind; a.k.a. AHMED, Hind Nazem), 92 Boulevard Flandrin, Paris, France; Residence Camelia, Cocody Danga, Nord Abidjan, Cote d Ivoire; DOB 04 Nov 1992; POB Antwerp, Belgium;

nationality Belgium; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EP784076 (Belgium) expires 03 May 2025; alt. Passport EI463437 (Belgium) expires 22 Mar 2016 (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

AHMAD, Muhammad Ali Sayid (a.k.a. SAEED, Mohammad Ali; a.k.a. "Abu Turab al-Canadi"), As Susah, Syria; DOB 07 Oct 1990; POB Faisalabad, Punjab Province, Pakistan; nationality Canada; Gender Male (individual) [SDGT].

AHMAD, Muhammad Gamal Abu (a.k.a. 'ABDU, Muhammad Jamal; a.k.a. ABDU, Muhammad Jamal Ahmad; a.k.a. ABDUH, Mohammad Jamal; a.k.a. AHMAD, Muhammad Jamal Abu; a.k.a. AHMED, Mohammad Jamal Abdo; a.k.a. AL KASHEF, Muhammad Jamal; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-Al Rahim; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-al Rahim Ahmad; a.k.a. AL-MASRI, Abu Ahmad; a.k.a. JAMAL, Muhammad); DOB 01 Jan 1964; alt. DOB 01 Feb 1964; POB Cairo, Egypt; nationality Egypt (individual) [SDGT].

AHMAD, Muhammad Jamal Abu (a.k.a. 'ABDU, Muhammad Jamal; a.k.a. ABDU, Muhammad Jamal Ahmad; a.k.a. ABDUH, Mohammad Jamal; a.k.a. AHMAD, Muhammad Gamal Abu; a.k.a. AHMED, Mohammad Jamal Abdo; a.k.a. AL KASHEF, Muhammad Jamal; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-Al Rahim; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-al Rahim Ahmad; a.k.a. AL-MASRI, Abu Ahmad; a.k.a. JAMAL, Muhammad); DOB 01 Jan 1964; alt. DOB 01 Feb 1964; POB Cairo, Egypt; nationality Egypt (individual) [SDGT].

AHMAD, Muhammad Yunis (a.k.a. AHMED, Muhammad Yunis; a.k.a. AL-AHMED, Muhammad Yunis; a.k.a. AL-BADRANI, Mohammed Yunis Ahmed); Al-Dawar Street, Bludan, Syria; Damascus, Syria; Mosul, Iraq; Wadi al-Hawi, Iraq; Dubai, United Arab Emirates; Al-Hasaka, Syria; DOB 1949; POB Al-Mowall, Mosul, Iraq; nationality Iraq (individual) [IRAQ2].

AHMAD, Najmuddin Faraj (a.k.a. FARRAJ, Fateh Najm Eddine; a.k.a. KREKAR, Mullah; a.k.a. NAJMUDDIN, Faraj Ahmad), Heimdalsgate 36-V, 0578 Oslo, Norway; DOB 07 Jul 1956; alt. DOB 17 Jun 1963; POB Olaqloo Sharbajer Village, al-Sulaymaniyah Governorate, Iraq; citizen Iraq (individual) [SDGT].

AHMAD, Nazem Ali (a.k.a. AHMAD, Nazem Saeed; a.k.a. AHMAD, Nazem Said; a.k.a. AHMAD, Nazim; a.k.a. AHMAD, Nazim Sa'id; a.k.a. AHMAD, Nizam Saed; a.k.a. AHMED, Nazem Said; a.k.a. AHMED, Nazem Saied), Mteferraa From Es Semrlnd, Beirut, Lebanon; DOB 05 Jan 1965; POB Sierra Leone; nationality Lebanon; citizen Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

AHMAD, Nazem Saeed (a.k.a. AHMAD, Nazem Ali; a.k.a. AHMAD, Nazem Said; a.k.a. AHMAD, Nazim; a.k.a. AHMAD, Nazim Sa'id; a.k.a. AHMAD, Nizam Saed; a.k.a. AHMED, Nazem Said; a.k.a. AHMED, Nazem Saied), Mteferraa From Es Semrlnd, Beirut, Lebanon; DOB 05 Jan 1965; POB Sierra Leone; nationality Lebanon; citizen Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

AHMAD, Nazem Said (a.k.a. AHMAD, Nazem Ali; a.k.a. AHMAD, Nazem Saeed; a.k.a. AHMAD, Nazim; a.k.a. AHMAD, Nazim Sa'id; a.k.a. AHMAD, Nizam Saed; a.k.a. AHMED, Nazem Said; a.k.a. AHMED, Nazem Saied), Mteferraa From Es Semrlnd, Beirut, Lebanon; DOB 05 Jan 1965; POB Sierra Leone; nationality Lebanon; citizen Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

AHMAD, Nazim (a.k.a. AHMAD, Nazem Ali; a.k.a. AHMAD, Nazem Saeed; a.k.a. AHMAD, Nazem Said; a.k.a. AHMAD, Nazim Sa'id; a.k.a. AHMAD, Nizam Saed; a.k.a. AHMED, Nazem Said; a.k.a. AHMED, Nazem Saied), Mteferraa From Es Semrlnd, Beirut, Lebanon; DOB 05 Jan 1965; POB Sierra Leone; nationality Lebanon; citizen Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

AHMAD, Nazim Sa'id (a.k.a. AHMAD, Nazem Ali; a.k.a. AHMAD, Nazem Saeed; a.k.a. AHMAD, Nazem Said; a.k.a. AHMAD, Nazim; a.k.a. AHMAD, Nizam Saed; a.k.a. AHMED, Nazem Said; a.k.a. AHMED, Nazem Saied), Mteferraa From Es Semrlnd, Beirut, Lebanon; DOB 05 Jan 1965; POB Sierra Leone; nationality

Lebanon; citizen Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

AHMAD, Nazir (a.k.a. AHMED, Nazeer; a.k.a. AHMED, Nazir; a.k.a. CHAUDHRY, Nazir Ahmad); DOB 12 Dec 1948; POB Sahiwal, Punjab Province, Pakistan; citizen Pakistan; Passport BE4196581 (Pakistan) issued 01 Dec 2007 expires 29 Nov 2012; National ID No. 3520162456585 (Pakistan); alt. National ID No. 22058321812 (Pakistan) (individual) [SDGT].

AHMAD, Nizam Saed (a.k.a. AHMAD, Nazem Ali; a.k.a. AHMAD, Nazem Saeed; a.k.a. AHMAD, Nazem Said; a.k.a. AHMAD, Nazim; a.k.a. AHMAD, Nazim Sa'id; a.k.a. AHMED, Nazem Said; a.k.a. AHMED, Nazem Saied), Mteferraa From Es Semrlnd, Beirut, Lebanon; DOB 05 Jan 1965; POB Sierra Leone; nationality Lebanon; citizen Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

AHMAD, Noor (a.k.a. AGHA SAYEED, Sia; a.k.a. AGHA, Ahmad Zia; a.k.a. AGHA, Zia; a.k.a. AHMED, Noor); DOB 1974; POB Maiwand District, Qandahar Province, Afghanistan; Haji (individual) [SDGT].

AHMAD, Rasem, P.O. Box 1318, Amman, Jordan (individual) [IRAQ2].

AHMAD, Rima Kamel Nazem (a.k.a. BAKER, Rima Kamel Yaacoub (Arabic: ريما كامل يعقوب باقر); a.k.a. BAKER, Rima Yaacoub; a.k.a. BAQER, Rima Kamel), Eden Gardens Building, 5th Floor, Fawzi Street, Beirut, Lebanon; DOB 25 Feb 1970; POB Beirut, Lebanon; nationality Lebanon; alt. nationality Belgium; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0503197 (Lebanon) expires 01 Aug 2022; alt. Passport EM719287 (Belgium) expires 02 Mar 2022; alt. Passport E1277888 (Belgium) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

AHMAD, Sayed (a.k.a. HAFIZ, Said Khan; a.k.a. KHAN, Hafez Sayed; a.k.a. KHAN, Hafiz Saeed; a.k.a. KHAN, Hafiz Sa'id; a.k.a. KHAN, Hafiz Said; a.k.a. KHAN, Hafiz Said Muhammad; a.k.a. KHAN, Shaykh Hafidh Sa'id; a.k.a. KHAN, Wali Hafiz Sayid; a.k.a. SAEED, Hafiz; a.k.a. SA'ID, Hafiz); DOB 01 Jan 1976 to 31 Dec 1978; alt. DOB 01 Jan 1977 to 31 Dec 1979; POB Mamondzowi Village, Orakzai

Agency, Pakistan; nationality Pakistan (individual) [SDGT].

AHMAD, Sayyid (a.k.a. HARB, Hajj Ya'taqad Khalil; a.k.a. HARB, Khalil Yusif; a.k.a. HARB, Khalil Yusuf; a.k.a. HARB, Mustafa Khalil; a.k.a. MUSTAFA, Abu); DOB 09 Oct 1958; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

AHMAD, Tariq Anwar al-Sayyid (a.k.a. FARAG, Hamdi Ahmad; a.k.a. FATHI, Amr Al-Fatih); DOB 15 Mar 1963; POB Alexandria, Egypt (individual) [SDGT].

AHMAD, Wallid Issa, Iraq (individual) [IRAQ2].

AHMAD, Zaki Izzat Zaki; DOB 21 Apr 1960; POB Sharqiyah, Egypt; nationality Egypt (individual) [SDGT].

AHMADI MOGHADAM, Ismail (a.k.a. AHMADI MOGHADDAM, Ismail; a.k.a. AHMADI-MOGHADDAM, Esma'il; a.k.a. AHMADI-MOGHADDAM, Esmail; a.k.a. AHMADI-MOQADDAM, Esma'il; a.k.a. MOGHADAM, Ismail Ahmadi; a.k.a. MOGHADDAM, Esameel Ahmadi; a.k.a. MOGHADDAM, Ismail Ahmadi); DOB 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Head of Iranian Police; Alternate Title, Chief, Iran's Law Enforcement Forces; Alternate Title, Police Chief, Alternate Title, Commander of Iran's Law Enforcement Force; Alternate Title, Brigadier General (individual) [SYRIA] [IRAN-HR] [IRAN-TRA].

AHMADI MOGHADDAM, Esma'il (a.k.a. AHMADI MOGHADAM, Ismail; a.k.a. AHMADI-MOGHADDAM, Esmail; a.k.a. AHMADI-MOGHADDAM, Esmail; a.k.a. AHMADI-MOQADDAM, Esma'il; a.k.a. MOGHADAM, Ismail Ahmadi; a.k.a. MOGHADDAM, Esameel Ahmadi; a.k.a. MOGHADDAM, Ismail Ahmadi); DOB 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Head of Iranian Police; Alternate Title, Chief, Iran's Law Enforcement Forces; Alternate Title, Police Chief, Alternate Title, Commander of Iran's Law Enforcement Force; Alternate Title, Brigadier General (individual) [SYRIA] [IRAN-HR] [IRAN-TRA].

AHMADI NEJAD, Mahmood (a.k.a. AHMADINEJAD, Mahmood; a.k.a. AHMADINEJAD, Mahmoud (Arabic: محمود احمدی‌نژاد); a.k.a. AHMADI-NEJAD, Mahmud; a.k.a. AHMADINEJHAD, Mahmoud; a.k.a. AHMADINEZHAD, Mahmoud; a.k.a. AHMEDINEJAD, Mahmud), Tehran, Iran; DOB 28 Oct 1956; POB Garmsar, Iran; nationality

Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] [HOSTAGES-EO14078] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

AHMADI, Mansour (Arabic: منصور احمدی) (a.k.a. AHMADI, Mansur; a.k.a. AKBARI, Masoud; a.k.a. UNSI, Parsa), Iran; DOB 07 Jul 1988; POB Shamiran, Tehran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0453740243 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

AHMADI, Mansur (a.k.a. AHMADI, Mansour (Arabic: منصور احمدی); a.k.a. AKBARI, Masoud; a.k.a. UNSI, Parsa), Iran; DOB 07 Jul 1988; POB Shamiran, Tehran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0453740243 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

AHMADI, Rahim; DOB 07 Sep 1956; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport A0033560 (Iran); Director, Shahid Bakeri Industries Group (individual) [NPWMD] [IFSR] (Linked To: SHAHID BAKERI INDUSTRIAL GROUP).

AHMADIAN, Ali Akbar (a.k.a. AHMADIYAN, Ali Akbar); DOB circa 1961; POB Kerman, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

AHMADI-MOGHADDAM, Esmail (a.k.a. AHMADI MOGHADAM, Ismail; a.k.a. AHMADI MOGHADDAM, Esma'il; a.k.a. AHMADI-MOGHADDAM, Esma'il; a.k.a. AHMADI-MOQADDAM, Esma'il; a.k.a. MOGHADAM, Ismail Ahmadi; a.k.a. MOGHADDAM, Esameel Ahmadi; a.k.a. MOGHADDAM, Ismail Ahmadi); DOB 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Head of Iranian Police; Alternate Title, Chief, Iran's Law Enforcement Forces; Alternate Title, Police Chief, Alternate Title, Commander of Iran's Law Enforcement Force; Alternate Title, Brigadier General (individual) [SYRIA] [IRAN-HR] [IRAN-TRA].

AHMADI-MOGHADDAM, Esma'il (a.k.a. AHMADI MOGHADAM, Ismail; a.k.a. AHMADI MOGHADDAM, Esma'il; a.k.a. AHMADI-MOGHADDAM, Esmail; a.k.a. AHMADI-MOQADDAM, Esma'il; a.k.a. MOGHADAM, Ismail Ahmadi; a.k.a. MOGHADDAM, Esameel Ahmadi; a.k.a. MOGHADDAM, Ismail Ahmadi);

DOB 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Head of Iranian Police; Alternate Title, Chief, Iran's Law Enforcement Forces; Alternate Title, Police Chief, Alternate Title, Commander of Iran's Law Enforcement Force; Alternate Title, Brigadier General (individual) [SYRIA] [IRAN-HR] [IRAN-TRA].

AHMADI-MOQADDAM, Esma'il (a.k.a. AHMADI MOGHADAM, Ismail; a.k.a. AHMADI MOGHADDAM, Esma'il; a.k.a. AHMADI-MOGHADDAM, Esmail; a.k.a. AHMADI-MOGHADDAM, Esma'il; a.k.a. MOGHADAM, Ismail Ahmadi; a.k.a. MOGHADDAM, Esameel Ahmadi; a.k.a. MOGHADDAM, Ismail Ahmadi); DOB 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Head of Iranian Police; Alternate Title, Chief, Iran's Law Enforcement Forces; Alternate Title, Police Chief, Alternate Title, Commander of Iran's Law Enforcement Force; Alternate Title, Brigadier General (individual) [SYRIA] [IRAN-HR] [IRAN-TRA].

AHMADINEJAD, Mahmood (a.k.a. AHMADI NEJAD, Mahmood; a.k.a. AHMADINEJAD, Mahmoud (Arabic: محمود احمدی‌نژاد); a.k.a. AHMADI-NEJAD, Mahmud; a.k.a. AHMADINEJHAD, Mahmoud; a.k.a. AHMADINEZHAD, Mahmoud; a.k.a. AHMEDINEJAD, Mahmud), Tehran, Iran; DOB 28 Oct 1956; POB Garmsar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] [HOSTAGES-EO14078] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

AHMADINEJAD, Mahmoud (Arabic: محمود احمدی‌نژاد) (a.k.a. AHMADI NEJAD, Mahmood; a.k.a. AHMADINEJAD, Mahmood; a.k.a. AHMADI-NEJAD, Mahmud; a.k.a. AHMADINEJHAD, Mahmoud; a.k.a. AHMADINEZHAD, Mahmoud; a.k.a. AHMEDINEJAD, Mahmud), Tehran, Iran; DOB 28 Oct 1956; POB Garmsar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] [HOSTAGES-EO14078] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

AHMADI-NEJAD, Mahmud (a.k.a. AHMADI NEJAD, Mahmood; a.k.a. AHMADINEJAD, Mahmood; a.k.a. AHMADINEJAD, Mahmoud (Arabic: محمود احمدی‌نژاد); a.k.a. AHMADINEJHAD, Mahmoud; a.k.a. AHMADINEZHAD, Mahmoud; a.k.a.

AHMEDINEJAD, Mahmud, Tehran, Iran; DOB 28 Oct 1956; POB Garmsar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] [HOSTAGES-EO14078] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

AHMADINEJHAD, Mahmoud (a.k.a. AHMADI NEJAD, Mahmoud; a.k.a. AHMADINEJAD, Mahmood; a.k.a. AHMADINEJAD, Mahmoud (Arabic: محمود احمدی‌نژاد); a.k.a. AHMADI-NEJAD, Mahmoud; a.k.a. AHMADINEZHAD, Mahmoud; a.k.a. AHMEDINEJAD, Mahmud), Tehran, Iran; DOB 28 Oct 1956; POB Garmsar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] [HOSTAGES-EO14078] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

AHMADINEZHAD, Mahmoud (a.k.a. AHMADI NEJAD, Mahmoud; a.k.a. AHMADINEJAD, Mahmood; a.k.a. AHMADINEJAD, Mahmoud (Arabic: محمود احمدی‌نژاد); a.k.a. AHMADI-NEJAD, Mahmoud; a.k.a. AHMADINEJHAD, Mahmoud; a.k.a. AHMEDINEJAD, Mahmud), Tehran, Iran; DOB 28 Oct 1956; POB Garmsar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] [HOSTAGES-EO14078] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

AHMADIYAN, Ali Akbar (a.k.a. AHMADIAN, Ali Akbar); DOB circa 1961; POB Kerman, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

AHMADZADEGAN, Sadegh (a.k.a. "el_nitr0jen"; a.k.a. "Nitr0jen"; a.k.a. "Nitr0jen26"); DOB 27 Oct 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2].

AHMAT, Abdul Qadir (a.k.a. ABDUL BASEER, Abdul Qadeer Basir; a.k.a. BASIR, Abdul Qadir; a.k.a. HAQQANI, Abdul Qadir; a.k.a. QADIR, Abdul; a.k.a. "Nasibullah"), Peshawar, Pakistan; DOB 1964; POB Nangarhar Province, Afghanistan; nationality Afghanistan; Gender Male; Passport D000974 (Afghanistan) (individual) [SDGT] (Linked To: TALIBAN).

AHMED NACER, Yacine (a.k.a. YACINE DI ANNABA), Rue Mohamed Khemisti, 6, Annaba, Algeria; Via Genova, 121, Naples, Italy; Vicolo Duchessa, 16, Naples, Italy; DOB 02 Dec 1967; POB Annaba, Algeria (individual) [SDGT].

AHMED, Abdo Abdullah Dael (Arabic: عبده عبدالله دائل احمد) (a.k.a. AHMED, Abdoo Abdullah Dael; a.k.a. AHMED, Abdu Abdullah; a.k.a. DA'IL, 'Abduh), Sweden; Dubai, United Arab Emirates; DOB 13 Sep 1979; POB Ta'izz Al-Mukha, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06398551 (Yemen) expires 18 Apr 2022 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AHMED, Abdoo Abdullah Dael (a.k.a. AHMED, Abdo Abdullah Dael (Arabic: عبده عبدالله دائل احمد); a.k.a. AHMED, Abdu Abdullah; a.k.a. DA'IL, 'Abduh), Sweden; Dubai, United Arab Emirates; DOB 13 Sep 1979; POB Ta'izz Al-Mukha, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06398551 (Yemen) expires 18 Apr 2022 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AHMED, Abdu Abdullah (a.k.a. AHMED, Abdo Abdullah Dael (Arabic: عبده عبدالله دائل احمد); a.k.a. AHMED, Abdoo Abdullah Dael; a.k.a. DA'IL, 'Abduh), Sweden; Dubai, United Arab Emirates; DOB 13 Sep 1979; POB Ta'izz Al-Mukha, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06398551 (Yemen) expires 18 Apr 2022 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AHMED, Abubakar (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT].

AHMED, Abubakar (a.k.a. AHMED, Abubaker Shariff; a.k.a. AHMED, Sheikh Abubakar; a.k.a. MAKABURI; a.k.a. SHARIFF, Abu Makaburi; a.k.a. SHARIFF, Abubaker), Majengo Area, Mombasa, Kenya; DOB 1962; alt. DOB 1967; POB Kenya; citizen Kenya (individual) [SOMALIA].

AHMED, Abubakar K. (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT].

AHMED, Abubakar Khalfan (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT].

AHMED, Abubakary K. (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED,

A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE"";
a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14
Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14
Apr 1974; alt. DOB 01 Aug 1970; POB
Zanzibar, Tanzania; citizen Tanzania
(individual) [SDGT].

AHMED, Abubaker Shariff (a.k.a. AHMED,
Abubakar; a.k.a. AHMED, Sheikh Abubakar;
a.k.a. MAKABURI; a.k.a. SHARIFF, Abu
Makaburi; a.k.a. SHARIFF, Abubaker), Majengo
Area, Mombasa, Kenya; DOB 1962; alt. DOB
1967; POB Kenya; citizen Kenya (individual)
[SOMALIA].

AHMED, Adnan S. Hasan (a.k.a. ADNAN, Ahmed
S. Hasan; a.k.a. SULTAN, Ahmed), Amman,
Jordan (individual) [IRAQ2].

AHMED, Ahmed (a.k.a. ABDUREHMAN, Ahmed
Mohammed; a.k.a. ALI, Ahmed Mohammed;
a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a.
ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a.
AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed;
a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA";
a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH";
a.k.a. "AHMED HAMED"; a.k.a. "AHMED THE
EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan;
DOB 1965; POB Egypt; citizen Egypt
(individual) [SDGT].

AHMED, Ahmed Khalfan (a.k.a. AHMAD, Abu
Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED,
Abubakar K.; a.k.a. AHMED, Abubakar Khalfan;
a.k.a. AHMED, Abubakary K.; a.k.a. AL
TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan;
a.k.a. GHAILANI, Abubakary Khalfan Ahmed;
a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI,
Ahmed Khalfan; a.k.a. GHILANI, Ahmad
Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar
Ahmed Abdallah; a.k.a. KHALFAN, Ahmed;
a.k.a. MOHAMMED, Shariff Omar; a.k.a.
""AHMED THE TANZANIAN""; a.k.a. "AHMED,
A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE"";
a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14
Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14
Apr 1974; alt. DOB 01 Aug 1970; POB
Zanzibar, Tanzania; citizen Tanzania
(individual) [SDGT].

AHMED, Ameen, Male, Maldives; DOB 28 Apr
1987; POB Gaafu Dhaalu Atoll, Rathafandhoo,
Maldives; nationality Maldives; Gender Male;
Secondary sanctions risk: section 1(b) of
Executive Order 13224, as amended by
Executive Order 13886; Passport E0470542
(Maldives) expires 04 Dec 2018; National ID
No. A147231 (Maldives) (individual) [SDGT]
(Linked To: ISLAMIC STATE OF IRAQ AND
THE LEVANT).

AHMED, Benazir, Bangladesh; DOB 01 Oct
1963; POB Gopalganj, Bangladesh; nationality
Bangladesh; Gender Male; Passport
B00002095 (Bangladesh) issued 04 Mar 2020
expires 03 Mar 2030; National ID No.
5051953882 (Bangladesh) (individual)
[GLOMAG] (Linked To: RAPID ACTION
BATTALION).

AHMED, Hind Nazem (a.k.a. AHMAD, Dida;
a.k.a. AHMAD, Hind; a.k.a. AHMAD, Hind
Nazem (Arabic: احمد ناظم هند)), 92 Boulevard
Flandrin, Paris, France; Residence Camelia,
Cocody Danga, Nord Abidjan, Cote d Ivoire;
DOB 04 Nov 1992; POB Antwerp, Belgium;
nationality Belgium; Gender Female; Secondary
sanctions risk: section 1(b) of Executive Order
13224, as amended by Executive Order 13886;
Passport EP784076 (Belgium) expires 03 May
2025; alt. Passport EI463437 (Belgium) expires
22 Mar 2016 (individual) [SDGT] (Linked To:
AHMAD, Nazem Said).

AHMED, Isma'il Fu'ad Rasul (a.k.a. "KURDI,
Abdallah"), Iraq; DOB 1976; POB Kirkuk, Iraq;
nationality Iraq; Gender Male (individual)
[SDGT].

AHMED, Mohammad Jamal Abdo (a.k.a. 'ABDU,
Muhammad Jamal; a.k.a. ABDU, Muhammad
Jamal Ahmad; a.k.a. ABDUH, Mohammed
Jamal; a.k.a. AHMAD, Muhammad Gamal Abu;
a.k.a. AHMAD, Muhammad Jamal Abu; a.k.a.
AL KASHEF, Muhammad Jamal; a.k.a. AL-
KASHIF, Muhammad Jamal 'Abd-Al Rahim;
a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-al
Rahim Ahmad; a.k.a. AL-MASRI, Abu Ahmad;
a.k.a. JAMAL, Muhammad); DOB 01 Jan 1964;
alt. DOB 01 Feb 1964; POB Cairo, Egypt;
nationality Egypt (individual) [SDGT].

AHMED, Muhammad Yunis (a.k.a. AHMAD,
Muhammad Yunis; a.k.a. AL-AHMED,
Muhammad Yunis; a.k.a. AL-BADRANI,
Muhammad Yunis Ahmad; a.k.a. AL-MOALI,
Mohammed Yunis Ahmed), Al-Dawar Street,
Bludan, Syria; Damascus, Syria; Mosul, Iraq;
Wadi al-Hawi, Iraq; Dubai, United Arab
Emirates; Al-Hasaka, Syria; DOB 1949; POB Al-
Mowall, Mosul, Iraq; nationality Iraq (individual)
[IRAQ2].

AHMED, Nazeer (a.k.a. AHMAD, Nazir; a.k.a.
AHMED, Nazir; a.k.a. CHAUDHRY, Nazir
Ahmad); DOB 12 Dec 1948; POB Sahiwal,
Punjab Province, Pakistan; citizen Pakistan;
Passport BE4196581 (Pakistan) issued 01 Dec
2007 expires 29 Nov 2012; National ID No.
3520162456585 (Pakistan); alt. National ID No.
22058321812 (Pakistan) (individual) [SDGT].

AHMED, Nazem Said (a.k.a. AHMAD, Nazem Ali;
a.k.a. AHMAD, Nazem Saeed; a.k.a. AHMAD,
Nazem Said; a.k.a. AHMAD, Nazim; a.k.a.
AHMAD, Nazim Sa'id; a.k.a. AHMAD, Nizam
Saed; a.k.a. AHMED, Nazem Saied), Mteferraa
From Es Semrlnd, Beirut, Lebanon; DOB 05
Jan 1965; POB Sierra Leone; nationality
Lebanon; citizen Belgium; Additional Sanctions
Information - Subject to Secondary Sanctions
Pursuant to the Hizballah Financial Sanctions
Regulations; Gender Male (individual) [SDGT]
(Linked To: HIZBALLAH).

AHMED, Nazem Saied (a.k.a. AHMAD, Nazem
Ali; a.k.a. AHMAD, Nazem Saeed; a.k.a.
AHMAD, Nazem Said; a.k.a. AHMAD, Nazim;
a.k.a. AHMAD, Nazim Sa'id; a.k.a. AHMAD,
Nizam Saed; a.k.a. AHMED, Nazem Said),
Mteferraa From Es Semrlnd, Beirut, Lebanon;
DOB 05 Jan 1965; POB Sierra Leone;
nationality Lebanon; citizen Belgium; Additional
Sanctions Information - Subject to Secondary
Sanctions Pursuant to the Hizballah Financial
Sanctions Regulations; Gender Male
(individual) [SDGT] (Linked To: HIZBALLAH).

AHMED, Nazir (a.k.a. AHMAD, Nazir; a.k.a.
AHMED, Nazeer; a.k.a. CHAUDHRY, Nazir
Ahmad); DOB 12 Dec 1948; POB Sahiwal,
Punjab Province, Pakistan; citizen Pakistan;
Passport BE4196581 (Pakistan) issued 01 Dec
2007 expires 29 Nov 2012; National ID No.
3520162456585 (Pakistan); alt. National ID No.
22058321812 (Pakistan) (individual) [SDGT].

AHMED, Noor (a.k.a. AGHA SAYEED, Sia; a.k.a.
AGHA, Ahmad Zia; a.k.a. AGHA, Zia; a.k.a.
AHMAD, Noor); DOB 1974; POB Maiwand
District, Qandahar Province, Afghanistan; Haji
(individual) [SDGT].

AHMED, Qassim Abdullah Ali (a.k.a. ABDULLAH
ALI, Qassim; a.k.a. ABDULLAH, Qassim; a.k.a.
AL MUAMEN, Qassim; a.k.a. AL-MUAMEN,
Qassim), Iran; DOB 1989; alt. DOB 1988; alt.
DOB 1990; alt. DOB 08 Sep 1989; POB Sitrah,
Bahrain; nationality Bahrain; Gender Male;
Secondary sanctions risk: section 1(b) of
Executive Order 13224, as amended by
Executive Order 13886; Passport 1948673
(Bahrain) issued 18 Oct 2010 expires 18 Oct
2020; National ID No. 890906491 (Bahrain)
(individual) [SDGT] (Linked To: AL-ASHTAR
BRIGADES).

AHMED, Rao Anwar (a.k.a. ANWAR, Rao; a.k.a.
KHAN, Anwar Ahmed; a.k.a. KHAN, Anwar
Ahmed Rao; a.k.a. KHAN, Rao Anwar Ahmed),
Pakistan; DOB 01 Jan 1959; POB Karachi,
Pakistan; nationality Pakistan; Gender Male;

Passport MU-4112252 (Pakistan) issued 27 May 2014 expires 26 May 2019 (individual) [GLOMAG].

AHMED, Saeed (a.k.a. AKMAN, Saeed; a.k.a. MURAD, Abdul Hakim; a.k.a. MURAD, Abdul Hakim Al Hashim; a.k.a. MURAD, Abdul Hakim Hasim; a.k.a. MURAD, Adbul Hakim Ali Hashim); DOB 04 Jan 1968; POB Kuwait; nationality Pakistan; currently incarcerated in the U.S. (individual) [SDGT].

AHMED, Shahid Mehmood Manzoor (a.k.a. MAHMOOD, Shahid; a.k.a. MEHMOOD, Shaheed; a.k.a. MEHMOUD, Shahid; a.k.a. REHMATULLAH, Shahid Mahmood), Karachi, Pakistan; DOB 10 Apr 1980; POB Pakistan; nationality Pakistan; Gender Male (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

AHMED, Shahzad (a.k.a. AMIN, Shahzad), Lahore, Pakistan; DOB 14 Dec 1987; nationality Pakistan; Email Address shy4angels@gmail.com; alt. Email Address shahzadsmb@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. 3420204688179 (Pakistan) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

AHMED, Sheikh Abubakar (a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubaker Shariff; a.k.a. MAKABURI; a.k.a. SHARIFF, Abu Makaburi; a.k.a. SHARIFF, Abubaker), Majengo Area, Mombasa, Kenya; DOB 1962; alt. DOB 1967; POB Kenya; citizen Kenya (individual) [SOMALIA].

AHMED, Sheikh Shakeel (a.k.a. MOHIDDIN, Shaikh Shakil Babu; a.k.a. SHAKEEL, Chhota; a.k.a. SHAKEEL, Chota; a.k.a. SHAKIL, Chhota), R. No. 11, 1st Floor Ruksans Manzil, 78 Temkar Street, Nagpada, Mumbai, India; DOB 31 Dec 1955; alt. DOB 1960; POB Mumbai (Bombay), India; nationality India (individual) [SDNTK].

AHMEDINEJAD, Mahmud (a.k.a. AHMADI NEJAD, Mahmoud; a.k.a. AHMADINEJAD, Mahmood; a.k.a. AHMADINEJAD, Mahmoud (Arabic: محمود احمدی‌نژاد); a.k.a. AHMADI-NEJAD, Mahmud; a.k.a. AHMADINEJHAD, Mahmoud; a.k.a. AHMADINEZHAD, Mahmoud), Tehran, Iran; DOB 28 Oct 1956; POB Garmsar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] [HOSTAGES-EO14078] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

AHOME REAL ESTATE, S.A. DE C.V., Alberta No. 2166, Colomos Providencia, Guadalajara, Jalisco 44660, Mexico; Albino Aranda # 3525, Colonia Rinconada Santa Rita, Guadalajara, Jalisco, Mexico; R.F.C. ARE0906295S0 (Mexico) [SDNTK].

AHRAR AL-SHARQIAH (a.k.a. AHRAR AL-SHARQIYA (Arabic: أحرار الشرقية); a.k.a. AHRAR AL-SHARQIYA BRIGADE; a.k.a. AHRAR AL-SHARQIYAH; a.k.a. AHRAR AL-SHARQIYEH; a.k.a. GATHERING OF THE FREEMEN OF THE EAST; a.k.a. TAJAMMU' AHRAR AL-SHARQIYA), Syria [SYRIA-EO13894].

AHRAR AL-SHARQIYA (Arabic: أحرار الشرقية) (a.k.a. AHRAR AL-SHARQIAH; a.k.a. AHRAR AL-SHARQIYA BRIGADE; a.k.a. AHRAR AL-SHARQIYAH; a.k.a. AHRAR AL-SHARQIYEH; a.k.a. GATHERING OF THE FREEMEN OF THE EAST; a.k.a. TAJAMMU' AHRAR AL-SHARQIYA), Syria [SYRIA-EO13894].

AHRAR AL-SHARQIYA BRIGADE (a.k.a. AHRAR AL-SHARQIAH; a.k.a. AHRAR AL-SHARQIYA (Arabic: أحرار الشرقية); a.k.a. AHRAR AL-SHARQIYAH; a.k.a. AHRAR AL-SHARQIYEH; a.k.a. GATHERING OF THE FREEMEN OF THE EAST; a.k.a. TAJAMMU' AHRAR AL-SHARQIYA), Syria [SYRIA-EO13894].

AHRAR AL-SHARQIYAH (a.k.a. AHRAR AL-SHARQIAH; a.k.a. AHRAR AL-SHARQIYA (Arabic: أحرار الشرقية); a.k.a. AHRAR AL-SHARQIYA BRIGADE; a.k.a. AHRAR AL-SHARQIYEH; a.k.a. GATHERING OF THE FREEMEN OF THE EAST; a.k.a. TAJAMMU' AHRAR AL-SHARQIYA), Syria [SYRIA-EO13894].

AHRAR AL-SHARQIYEH (a.k.a. AHRAR AL-SHARQIAH; a.k.a. AHRAR AL-SHARQIYA (Arabic: أحرار الشرقية); a.k.a. AHRAR AL-SHARQIYA BRIGADE; a.k.a. AHRAR AL-SHARQIYAH; a.k.a. GATHERING OF THE FREEMEN OF THE EAST; a.k.a. TAJAMMU' AHRAR AL-SHARQIYA), Syria [SYRIA-EO13894].

AHSAN, Muhammad (a.k.a. EHSAN, Muhammad; a.k.a. IHSAN, Muhammad; a.k.a. "ULLAH, Ehsan"), Sialkot, Pakistan; Islamabad, Pakistan; DOB 1970; alt. DOB 1971; alt. DOB 1972; POB Sialkot, Pakistan; Gender Male (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

AHSTARI, Hossein (a.k.a. ASHTARI FARD, Hossein), Iran; DOB 1962; alt. DOB 1963; POB Isfahan, Iran; nationality Iran; Additional

Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

AHWAZ STEEL COMMERCIAL & TECHNICAL SERVICE GMBH  ASCOTEC (f.k.a. AHWAZ STEEL COMMERCIAL AND TECHNICAL SERVICE GMBH ASCOTEC; a.k.a. ASCOTEC GMBH; a.k.a. ASCOTEC HOLDING GMBH), Tersteegen Strasse 10, Dusseldorf 40474, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 26136 (Germany); all offices worldwide [IRAN].

AHWAZ STEEL COMMERCIAL AND TECHNICAL SERVICE GMBH ASCOTEC (f.k.a. AHWAZ STEEL COMMERCIAL & TECHNICAL SERVICE GMBH  ASCOTEC; a.k.a. ASCOTEC GMBH; a.k.a. ASCOTEC HOLDING GMBH), Tersteegen Strasse 10, Dusseldorf 40474, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 26136 (Germany); all offices worldwide [IRAN].

AHYA UL TURAS (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-

FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

AHYA UTRAS (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road,

Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

AI KYU KOMPONENTS (a.k.a. LLC IQ COMPONENTS), ul. Salova d. 45, lit. Ya, pomeshch. 1N komnata 35, Saint Petersburg 192102, Russia; Tax ID No. 7816691806 (Russia); Registration Number 1197847052963 (Russia) [RUSSIA-EO14024].

AI MASHIN TEKHNOLODZHI (a.k.a. LIMITED LIABILITY COMPANY I MACHINE TECHNOLOGY), Pr-kt Mira d. 95, pomeshch. 80, Moscow 129085, Russia; Tax ID No. 7718835552 (Russia); Registration Number 1117746078262 (Russia) [RUSSIA-EO14024].

AI TEKO INZHINIRING, Pr-Kt Leninskii D. 42, K. 6, Pomeshch. 1/1, Moscow 119119, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7727453302 (Russia); Registration Number 1207700361890 (Russia) [RUSSIA-EO14024].

AI TI SI (a.k.a. LIMITED LIABILITY COMPANY I T C), Ul. Akademika Konstantinova D. 4, K. 1 Lit. A, Pomeshch 7N, Office 202, Saint Petersburg 195427, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 07 Aug 2003; Tax ID No. 5406259282 (Russia); Registration Number 1035402500781 (Russia) [RUSSIA-EO14024].

AI TI SI CO (a.k.a. "ITC ELECTRONICS"), Ul. Zyryanovskaya D. 53, Novosibirsk 630102, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 07 Aug 2003; Tax ID No. 5406259290 (Russia); Registration Number 1035402500825 (Russia) [RUSSIA-EO14024].

AIADI, Ben Muhammad (a.k.a. AIADY, Ben Muhammad; a.k.a. AYADI CHAFIK, Ben Muhammad; a.k.a. AYADI SHAFIQ, Ben Muhammad; a.k.a. BIN MUHAMMAD, Ayadi

Chafiq), Helene Meyer Ring 10-1415-80809, Munich, Germany; 129 Park Road, NW8, London, United Kingdom; 28 Chaussee de Lille, Mouscron, Belgium; Darvingasse 1/2/58-60, Vienna, Austria; Tunisia; DOB 21 Jan 1963; POB Safais (Sfax), Tunisia (individual) [SDGT].

AIADY, Ben Muhammad (a.k.a. AIADI, Ben Muhammad; a.k.a. AYADI CHAFIK, Ben Muhammad; a.k.a. AYADI SHAFIQ, Ben Muhammad; a.k.a. BIN MUHAMMAD, Ayadi Chafiq), Helene Meyer Ring 10-1415-80809, Munich, Germany; 129 Park Road, NW8, London, United Kingdom; 28 Chaussee de Lille, Mouscron, Belgium; Darvingasse 1/2/58-60, Vienna, Austria; Tunisia; DOB 21 Jan 1963; POB Safais (Sfax), Tunisia (individual) [SDGT].

AIAI (a.k.a. AL-ITIHAAD AL-ISLAMIYA) [SDGT].

AICTC (a.k.a. ADVANCED INFORMATION AND COMMUNICATION TECHNOLOGY CENTER), No. 5, Golestan Alley, Shahid Ghasemi St., Sharif University of Technology, Tehran, Iran; Website www.aictc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

AL-HARZI, Tariq Bin Tahir Bin Al-Falih Al-Auni (a.k.a. AL-HARZI, Tariq Tahir Falih Al-Awni; a.k.a. AL-HARZA, Tarik Bin al-Falah-al-Awni; a.k.a. AL-HARZI, Tariq Bin-Al-Tahar Bin Al Falih Al-'Awni; a.k.a. AL-HARZI, Tariq Tahir Faleh Al-Awni; a.k.a. AL-TUNISI, Abu 'Umar; a.k.a. AL-TUNISI, Tariq; a.k.a. AL-TUNISI, Tariq Abu 'Umar; a.k.a. AL-TUNISI, Tariq Abu Umar; a.k.a. EL HARAZI, Tarek Ben El Felah El Aouni; a.k.a. HARZI, Tariq Tahir Falih 'Awni; a.k.a. "HOUDOUD, Abu Omar"); DOB 03 May 1982; alt. DOB 05 Mar 1982; alt. DOB 1981; POB Tunis, Tunisia; Passport Z-050399 (individual) [SDGT].

AL-HARZI, Tariq Tahir Falih Al-Awni (a.k.a. AL-HARZI, Tariq Bin Tahir Bin Al-Falih Al-Auni; a.k.a. AL-HARAZI, Tarik Bin al-Falah al-Awni; a.k.a. AL-HARZI, Tariq Bin-Al-Tahar Bin Al Falih Al-'Awni; a.k.a. AL-HARZI, Tariq Tahir Faleh Al-Awni; a.k.a. AL-TUNISI, Abu 'Umar; a.k.a. AL-TUNISI, Tariq; a.k.a. AL-TUNISI, Tariq Abu 'Umar; a.k.a. AL-TUNISI, Tariq Abu Umar; a.k.a. EL HARAZI, Tarek Ben El Felah El Aouni; a.k.a. HARZI, Tariq Tahir Falih 'Awni; a.k.a. "HOUDOUD, Abu Omar"); DOB 03 May 1982; alt. DOB 05 Mar 1982; alt. DOB 1981; POB Tunis, Tunisia; Passport Z-050399 (individual) [SDGT].

A'INI, Hosein Omid (a.k.a. A'INI, Husayn; a.k.a. AYINI, Hosein), Iran; DOB 15 Jan 1976; nationality Iran; Additional Sanctions

Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3801669696 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

A'INI, Husayn (a.k.a. A'INI, Hosein Omid; a.k.a. AYINI, Hosein), Iran; DOB 15 Jan 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3801669696 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

AIR ALANNA (a.k.a. DART AIRCOMPANY; a.k.a. DART AIRLINES; a.k.a. DART UKRAINIAN AIRLINES; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'DART'; a.k.a. "ALANNA"; a.k.a. "ALANNA LLC"; a.k.a. "DART, LLC"; a.k.a. "DART, TOV"), 26a, Narodnogo Opolchenyia Street, Kiev 03151, Ukraine; Kv. 107, Bud. 15/2 Vul.Shuliavska, Kyiv 01054, Ukraine; Ave. Vozdukhoflostsky 90, Kiev 03036, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 252030326052 (Ukraine); Government Gazette Number 25203037 (Ukraine) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

AIR BUTEMBO (a.k.a. BUTEMBO AIRLINES), Butembo, Congo, Democratic Republic of the; Bunia, Congo, Democratic Republic of the [DRCONGO].

AIR COMPANY AVIACON ZITOTRANS (a.k.a. AO AK AVIAKON TSITOTRANS; a.k.a. AVIACON AIR CARGO; a.k.a. JSC AVIACON ZITOTRANS; a.k.a. OAO AVIAKOMPANIYA AVIAKON TSITOTRANS (Cyrillic: ОАО АВИАКОМПАНИЯ АВИАКОН ЦИТОТРАНС)), Ul. Belinskogo D. 56, Pom. 605, Yekaterinburg 620026, Russia; Organization Established Date 02 Jun 1995; Organization Type: Freight air transport; Tax ID No. 6658039390 (Russia); Registration Number 1026602311240 (Russia) [RUSSIA-EO14024].

AIR FORCE INTELLIGENCE DIRECTORATE (a.k.a. IDARAT AL-MUKHABARAT AL-JAWIYYA; a.k.a. SYRIAN AIR FORCE INTELLIGENCE) [SYRIA].

AIR FORCE, IRGC (PASDARAN) (a.k.a. AEROSPACE DIVISION OF IRGC; a.k.a. AEROSPACE FORCE OF THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. AFAGIR; a.k.a. IRGC AEROSPACE FORCE; a.k.a. IRGC AIR FORCE; a.k.a. IRGCAF; a.k.a. IRGCASF; a.k.a. ISLAMIC

REVOLUTION GUARDS CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AEROSPACE FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AIR FORCE; a.k.a. SEPAH PASDARAN AIR FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [RUSSIA-EO14024].

AIR KORYO (a.k.a. AIRKORYO), Sunan District, Pyongyang, Korea, North; Swissotel, Hongkong-Macau Center, Dong Si Shi Tiao Li Jiao Qiao, Beijing 10027, China; Chilbosan Hotel, No 81, Shyiwei Road, Heping District, Shenyang, China; Room 412, XinHui Bldg, No 1197 Rd Husong, District SongJiang, Shanghai, China; Soon Vijai Conominun, Room 208, Floor 2, New Petchburi Road, Khwaeng Bangkapi, Huai Khwang, Bangkok 10310, Thailand; Airport, 45, Portovaya Street, Artyom, Primorski Krai 692760, Russia; Mosfilimovskaya 72, Moscow 101000, Russia; Friedrichstr 106B, Berlin 10117, Germany; 20-114, Level 20, Menara Safuan, No.80, Jalan Ampang, Kuala Lumpur 50450, Malaysia; Office 10, 2nd floor, Mghateer complex 31, Block 40, Al Farwaniyah, Kuwait; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

AIR KORYO TRADING CORPORATION, Dandong, China; Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type State-Owned Enterprise [NPWMD].

AIRCRAFT AVIONICS PARTS AND SUPPORT LTD. (a.k.a. AIRCRAFT, AVIONICS, PARTS & SUPPORT LTD.), 50 St. Leonards Road, Bexhill on Sea, East Sussex, United Kingdom; 74 High Street, Battle, East Sussex, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 03632365 [SDGT] [IFSR] (Linked To: MAHAN AIR).

AIRCRAFT COMPONENTS LOGISTICS LTD (a.k.a. "ACS LOGISTICS"; a.k.a. "LIMITED LIABILITY COMPANY AVIATION COMPONENTS LOGISTICS"), Ul. Vesny, D.

34, Pomeshch. 128, Krasnoyarsk 660077, Russia; 24 Vodopyanova St., Office 2, Krasnoyarsk 660098, Russia; Tax ID No. 2465288353 (Russia); Registration Number 1132468013776 (Russia) [RUSSIA-EO14024].

AIRCRAFT REPAIR PLANT NO 419 (a.k.a. 419 AVIATION REPAIR PLANT; a.k.a. JOINT STOCK COMPANY 419 AIRCRAFT REPAIR PLANT; a.k.a. "419 ARZ"; a.k.a. "ARP 419"), 16 k. 2 Politruk Pasechnik Str., St. Petersburg 198326, Russia; Tax ID No. 7807343496 (Russia); Registration Number 1097847146748 (Russia) [RUSSIA-EO14024].

AIRCRAFT, AVIONICS, PARTS & SUPPORT LTD. (a.k.a. AIRCRAFT AVIONICS PARTS AND SUPPORT LTD.), 50 St. Leonards Road, Bexhill on Sea, East Sussex, United Kingdom; 74 High Street, Battle, East Sussex, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 03632365 [SDGT] [IFSR] (Linked To: MAHAN AIR).

AIRFIX AVIATION OY, Tullimiehentie 4-6, Vantaa 01530, Finland; Chemin des Papillons 4, Geneva/Cointrin 1216, Switzerland; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

AIRKORYO (a.k.a. AIR KORYO), Sunan District, Pyongyang, Korea, North; Swissotel, Hongkong-Macau Center, Dong Si Shi Tiao Li Jiao Qiao, Beijing 10027, China; Chilbosan Hotel, No 81, Shyiwei Road, Heping District, Shenyang, China; Room 412, XinHui Bldg, No 1197 Rd Husong, District SongJiang, Shanghai, China; Soon Vijai Conominun, Room 208, Floor 2, New Petchburi Road, Khwaeng Bangkapi, Huai Khwang, Bangkok 10310, Thailand; Airport, 45, Portovaya Street, Artyom, Primorski Krai 692760, Russia; Mosfilimovskaya 72, Moscow 101000, Russia; Friedrichstr 106B, Berlin 10117, Germany; 20-114, Level 20, Menara Safuan, No.80, Jalan Ampang, Kuala Lumpur 50450, Malaysia; Office 10, 2nd floor, Mghateer complex 31, Block 40, Al Farwaniyah, Kuwait; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

AISHA, Abu (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah

Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"; DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT].

AITISI (a.k.a. LIMITED LIABILITY COMPANY ITC), Ul. Radio D. 24, K. 1, Office 008, Moscow 105005, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 22 Apr 2003; Tax ID No. 5406251910 (Russia); Registration Number 1035402483412 (Russia) [RUSSIA-EO14024].

AITKULOVA, Elvira Rinatovna (Cyrillic: АИТКУЛОВА, Эльвира Ринатовна), Russia; DOB 19 Aug 1973; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AJAKA, Anni (a.k.a. BEURKLIAN, Anni), Lebanon; Bsalim, Majzoub St. #701, Bldg. #254, 3rd floor, Beirut, Lebanon; DOB 17 May 1969; nationality Lebanon; citizen United States (individual) [NPWMD] (Linked To: KATRANGI, Amir).

AJAKA, Antoine (a.k.a. AJAKA, Tony); DOB 14 Mar 1968; nationality Lebanon (individual) [NPWMD] (Linked To: KATRANGI, Amir).

AJAKA, Tony (a.k.a. AJAKA, Antoine); DOB 14 Mar 1968; nationality Lebanon (individual) [NPWMD] (Linked To: KATRANGI, Amir).

AJAMI, Ajaj (a.k.a. AL-ACMI, Hicac Fehid Hicac Muhammed Sebib; a.k.a. AL-AJAMI, Hajaj; a.k.a. AL-AJAMI, Sheikh Hajaj; a.k.a. AL-AJMI, Hajjaj Bin-Fahad; a.k.a. AL-'AJMI, Hajjaj Fahd Hajjaj Muhammad Shabib; a.k.a. AL-AJMI, Hijaj Fahid Hijaj Muhammad Sabih); DOB 10 Aug 1987; POB Kuwait; nationality Kuwait (individual) [SDGT].

AJILI, Sa'id (a.k.a. AJILY, Mohammed Saeed); DOB 03 Sep 1982; nationality Iran (individual) [TCO] (Linked To: AJILY SOFTWARE PROCUREMENT GROUP).

AJILY SOFTWARE PROCUREMENT GROUP, Iran [TCO].

AJILY, Mohammed Saeed (a.k.a. AJILI, Sa'id); DOB 03 Sep 1982; nationality Iran (individual) [TCO] (Linked To: AJILY SOFTWARE PROCUREMENT GROUP).

AJING ATER KUR, Kur (a.k.a. AJING ATER, Kur; a.k.a. AJING, Kur), Juba, South Sudan; DOB 02 Jan 1962; POB Equatorial Guinea; nationality South Sudan; Gender Male; Passport B00001010 (South Sudan) expires 11 Aug 2022 (individual) [GLOMAG].

AJING ATER, Kur (a.k.a. AJING ATER KUR, Kur; a.k.a. AJING, Kur), Juba, South Sudan; DOB 02 Jan 1962; POB Equatorial Guinea; nationality South Sudan; Gender Male; Passport B00001010 (South Sudan) expires 11 Aug 2022 (individual) [GLOMAG].

AJING, Kur (a.k.a. AJING ATER KUR, Kur; a.k.a. AJING ATER, Kur), Juba, South Sudan; DOB 02 Jan 1962; POB Equatorial Guinea; nationality South Sudan; Gender Male; Passport B00001010 (South Sudan) expires 11 Aug 2022 (individual) [GLOMAG].

AJJNEHA (a.k.a. AL-AGNEHA COMPANY; a.k.a. AL-AJNIHAH; a.k.a. AL-AJNIHAH PRIVATE JOINT STOCK CORPORATION), Damascus, Syria [SYRIA] (Linked To: ABBAS, Muhammad).

AJMAC MULTI ACTIVITIES COMPANY LTD (a.k.a. AL GUNADE; a.k.a. AL JUNAID MULTI ACTIVITIES CO LTD; a.k.a. ALGUNADE; a.k.a. "AL JUNAID"), Street 3, Block 17, Alryad, Khartoum, Sudan; 99 Gama Avenue, P.O. Box 913, Khartoum, Sudan; Website www.ajmac.com; Organization Established Date 2009; Organization Type: Activities of holding companies [SUDAN-EO14098].

AJNAD MASR (a.k.a. AJNAD MISR; a.k.a. "EGYPT'S SOLDIERS"; a.k.a. "SOLDIERS OF EGYPT"), Egypt [SDGT].

AJNAD MISR (a.k.a. AJNAD MASR; a.k.a. "EGYPT'S SOLDIERS"; a.k.a. "SOLDIERS OF EGYPT"), Egypt [SDGT].

AJNEHAT AL SHAM (a.k.a. AL-SHAM WINGS; a.k.a. CHAM WINGS (Arabic: أجنحة الشام); a.k.a. CHAM WINGS AIRLINES (Arabic: أجنحة الشام للطيران); f.k.a. SHAM WING AIRLINES), Al Fardous Street, Damascus, Syria; Saadoon Street, Baghdad, Iraq; 8 March Street, Lattakia, Syria; Hai Al Gharbi-Alraees Street, Kamishli, Syria; P.O. Box 1620 Tal-Kurdi, Adra, Damascus, Syria; Registration ID 14683 (Syria) [SYRIA] (Linked To: SYRIAN ARAB AIRLINES).

AJROUCH, Ali (a.k.a. AJROUCH, Ali Ismail; a.k.a. AJROUSH, Aly Ismail), Lebanon; DOB 02 Nov 1971; POB Kfar Houne, Jezzine, South,

Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: BLACK DIAMOND SARL).

AJROUCH, Ali Ismail (a.k.a. AJROUCH, Ali; a.k.a. AJROUSH, Aly Ismail), Lebanon; DOB 02 Nov 1971; POB Kfar Houne, Jezzine, South, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: BLACK DIAMOND SARL).

AJROUSH, Aly Ismail (a.k.a. AJROUCH, Ali; a.k.a. AJROUCH, Ali Ismail), Lebanon; DOB 02 Nov 1971; POB Kfar Houne, Jezzine, South, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: BLACK DIAMOND SARL).

AK ALROSA PAO (Cyrillic: АК АЛРОСА ПАО) (a.k.a. ALROSA GROUP; a.k.a. PJSC ALROSA; a.k.a. PUBLIC JOINT STOCK COMPANY ALROSA (Cyrillic: АКЦИОНЕРНАЯ КОМПАНИЯ АЛРОСА ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 24 Ozerkovskaya Naberezhnaya, Moscow 115184, Russia; 6 ulitsa Lenina, Mirny, Republic of Sakha (Yakutia) 678174, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 1433000147 (Russia); Legal Entity Number 894500DKUWVBYZLLE651 (Russia); Registration Number 1021400967092 (Russia) [RUSSIA-EO14024].

AK BARS BANK (a.k.a. AKTSIONERNY KOMMERCHESKI BANK AK BARS PAO; a.k.a. JOINT STOCK COMMERCIAL BANK AK BARS PUBLIC JOINT STOCK COMPANY), D. 1, ul. Dekabristov, Kazan 420066, Russia;

SWIFT/BIC ARRSRU2K; Website www.akbars.ru; Organization Established Date 26 Jul 2002; Target Type Financial Institution; Tax ID No. 1653001805 (Russia); Identification Number ZDFUFB.00000.LE.643 (Russia); Legal Entity Number 253400XEMNQ5WBPN5635 (Russia); Registration Number 1021600000124 (Russia) [RUSSIA-EO14024].

AK DYULAK KEPITAL LTD PREDSTAVITELSTVO (a.k.a. DULAC CAPITAL LTD; a.k.a. PREDSTAVITELSTVO AKTSIONERNOGO OBSHCHESTVA DYULAK KEPITAL LTD SHVEITSARIYA V G MOSCOW; a.k.a. PREDSTAVITELSTVO AKTSIONERNOGO OBSHCHESTVA DYULAK KEPITAL LTD SHVEITSARIYA V G SANKT PETERBURGE), Arosastrasse 7, Zurich 8008, Switzerland; Pr-kt Morskoi pom. 12-N, Saint Petersburg 197110, Russia; Pr-kt Leningradskii, Moscow 125167, Russia; Organization Established Date 14 Dec 2007; Tax ID No. 113974567 (Switzerland); alt. Tax ID No. 9909354395 (Russia); Identification Number SRWNNB.99999.SL.756 (Switzerland); Legal Entity Number 529900E3569EJW938341; Registration Number CH-020.3.031.775-0 (Switzerland) [RUSSIA-EO14024].

AK MIKROTEKH (a.k.a. LIMITED LIABILITY COMPANY AK MICROTECH; a.k.a. "LLC AKM"), Sh. Varshavskoe d. 118, k. 1, floor 19 kom 3, Moscow 117587, Russia; Tax ID No. 7731339867 (Russia); Registration Number 5167746451648 (Russia) [RUSSIA-EO14024].

AK SISTEMS (a.k.a. AK SYSTEMS), ul. Gorbunova d. 2, str. 3, et 5 pom. II kom 7, Moscow 121596, Russia; Tax ID No. 7731342210 (Russia); Registration Number 1177746022398 (Russia) [RUSSIA-EO14024].

AK SYSTEMS (a.k.a. AK SISTEMS), ul. Gorbunova d. 2, str. 3, et 5 pom. II kom 7, Moscow 121596, Russia; Tax ID No. 7731342210 (Russia); Registration Number 1177746022398 (Russia) [RUSSIA-EO14024].

AKA INTEGRAL SERVICES, S. DE R.L. DE C.V., Bahia de Banderas, Nayarit, Mexico; Organization Established Date 03 Mar 2012; Organization Type: Construction of buildings; Folio Mercantil No. 1596 (Mexico) [ILLICIT-DRUGS-EO14059].

AKACHA, Jamel (a.k.a. DJAMEL, Akkacha; a.k.a. EL HAMMAM, Yahia Abou; a.k.a. HAMMAM, Yahya Abu); DOB 1979; nationality Algeria (individual) [SDGT].

AKAR, Ezzat Youssef (Arabic: عزت يوسف أكار) (a.k.a. AKAR, Izzat; a.k.a. AKAR, Izzat Youssef;

a.k.a. AKKAR, Izzat Yusif), Al-Kyam Hayy al-Sharqi, Marjayun, Al-Nabtiyah, Lebanon; DOB 01 Nov 1967; POB Al-Kiyam, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

AKAR, Izzat (a.k.a. AKAR, Ezzat Youssef (Arabic: عزت يوسف أكار); a.k.a. AKAR, Izzat Youssef; a.k.a. AKKAR, Izzat Yusif), Al-Kyam Hayy al-Sharqi, Marjayun, Al-Nabtiyah, Lebanon; DOB 01 Nov 1967; POB Al-Kiyam, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

AKAR, Izzat Youssef (a.k.a. AKAR, Ezzat Youssef (Arabic: عزت يوسف أكار); a.k.a. AKAR, Izzat; a.k.a. AKKAR, Izzat Yusif), Al-Kyam Hayy al-Sharqi, Marjayun, Al-Nabtiyah, Lebanon; DOB 01 Nov 1967; POB Al-Kiyam, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

AKB METALLINVESTBANK (f.k.a. OPEN JOINT STOCK COMPANY STOCK COMMERCIAL BANK METALLURGICAL INVESTMENT BANK; a.k.a. PJSC SCB METALLINVESTBANK; a.k.a. PUBLIC JOINT STOCK COMPANY STOCK COMMERCIAL BANK METALLURGICAL INVESTMENT BANK), Ul. Bolshaya Polyanka D. 47, Str. 1, Moscow 119180, Russia; SWIFT/BIC SCBMRUMM; Website www.metallinvestbank.ru; Organization Established Date 02 Aug 1993; Target Type Financial Institution; Tax ID No. 7709138570 (Russia); Legal Entity Number 25340027612MR0DNQ406; Registration Number 1027700218666 (Russia) [RUSSIA-EO14024].

AKB MOSOBLBANK OAO (a.k.a. AKTSIONERNY KOMMERCHESKI BANK MOSKOVSKI OBLASTNOI BANK OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. PAO MOSOBLBANK; a.k.a. PUBLIC JOINT STOCK COMPANY MOSCOW REGIONAL BANK), Ulitsa Semenovskaya B, D. 32, Str. 1, Moscow 107023, Russia; SWIFT/BIC MOBKRUMM;

Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: SMP BANK).

AKB PRIMORYE PAO (a.k.a. JOINT STOCK COMMERCIAL BANK PRIMORYE; f.k.a. JSCB PRIMORYE BANK; a.k.a. PJSCB PRIMORYE), UL. Svetlanskaya D. 47, Vladivostok 690990, Russia; SWIFT/BIC UNEPRU8V; Website https://www.primbank.ru/; Organization Established Date 27 Jul 1994; Target Type Financial Institution; Tax ID No. 2536020789 (Russia); Legal Entity Number 25340019U0SFT4YC9G79 (Russia); Registration Number 1022500000566 (Russia) [RUSSIA-EO14024].

AKB ROSBANK OAO (f.k.a. AKB ROSBANK PAO; f.k.a. COMMERCIAL BANK NEZAVISIMOST; f.k.a. JOINT STOCK COMMERCIAL BANK ROSBANK; a.k.a. PUBLIC JOINT STOCK COMPANY ROSBANK; a.k.a. ROSBANK PJSC), 34 Mashy Poryvaevoy Street, Moscow 107078, Russia; PO Box 208, Moscow 107078, Russia; SWIFT/BIC RSBNRUMM; Website https://www.rosbank.ru/; Organization Established Date 02 Mar 1993; Equity Ticker ROSB; ISIN RU000A0HHK26; Target Type Financial Institution; Tax ID No. 7730060164 (Russia); Legal Entity Number HOXMZG026UQNRK6J0C60 (Russia); Registration Number 1027739460737 (Russia) [RUSSIA-EO14024].

AKB ROSBANK PAO (f.k.a. AKB ROSBANK OAO; f.k.a. COMMERCIAL BANK NEZAVISIMOST; f.k.a. JOINT STOCK COMMERCIAL BANK ROSBANK; a.k.a. PUBLIC JOINT STOCK COMPANY ROSBANK; a.k.a. ROSBANK PJSC), 34 Mashy Poryvaevoy Street, Moscow 107078, Russia; PO Box 208, Moscow 107078, Russia; SWIFT/BIC RSBNRUMM; Website https://www.rosbank.ru/; Organization Established Date 02 Mar 1993; Equity Ticker ROSB; ISIN RU000A0HHK26; Target Type Financial Institution; Tax ID No. 7730060164 (Russia); Legal Entity Number HOXMZG026UQNRK6J0C60 (Russia); Registration Number 1027739460737 (Russia) [RUSSIA-EO14024].

AKBAR, Hamza (a.k.a. AKBAR, Umar), 118 Mallinson Rd, Asherville, Durban, KwaZulu-Natal 4001, South Africa; Flat 5, 6 St, Sydenham, Durban, KwaZulu-Natal, South Africa; DOB 06 Sep 1998; nationality South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Passport A06246615 (South Africa); National ID No. 9809065830080 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AKBAR, Mohamad (a.k.a. AKBAR, Mohamed), 38 Cunningham Rd, Umbilo, Durban, KwaZulu-Natal 4001, South Africa; DOB 15 Jul 1997; nationality South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A04742654 (South Africa); National ID No. 9707155375083 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AKBAR, Mohamed (a.k.a. AKBAR, Mohamad), 38 Cunningham Rd, Umbilo, Durban, KwaZulu-Natal 4001, South Africa; DOB 15 Jul 1997; nationality South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A04742654 (South Africa); National ID No. 9707155375083 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AKBAR, Nufael (a.k.a. AKBAR, Nufail), South Africa; DOB 26 Mar 1972; nationality South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 7203265244080 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AKBAR, Nufail (a.k.a. AKBAR, Nufael), South Africa; DOB 26 Mar 1972; nationality South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 7203265244080 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AKBAR, Umar (a.k.a. AKBAR, Hamza), 118 Mallinson Rd, Asherville, Durban, KwaZulu-Natal 4001, South Africa; Flat 5, 6 St, Sydenham, Durban, KwaZulu-Natal, South Africa; DOB 06 Sep 1998; nationality South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A06246615 (South Africa); National ID No. 9809065830080 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AKBAR, Yunus Mohamad (a.k.a. AKBAR, Yunus Muhammad), South Africa; DOB 27 Nov 1978;

nationality South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 7811275043084 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AKBAR, Yunus Muhammad (a.k.a. AKBAR, Yunus Mohamad), South Africa; DOB 27 Nov 1978; nationality South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 7811275043084 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AKBARI, Masoud (a.k.a. AHMADI, Mansour (Arabic: منصور احمدی); a.k.a. AHMADI, Mansur; a.k.a. UNSI, Parsa), Iran; DOB 07 Jul 1988; POB Shamiran, Tehran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0453740243 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

AKBARI, Mohammadreza Ali (a.k.a. ALIAKBARI, Mohammad Reza Abbas; a.k.a. ALI-AKBARI, Mohammadreza; a.k.a. "AKBARI, Ali"); DOB 31 Oct 1967; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 21795618 (individual) [SDGT] (Linked To: QASEMI, Rostam).

AKBARIANA, Omid, Iran; DOB 05 Jul 1994; POB Kashan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

AKBARNEJAD, Esmaeil Ghaani (a.k.a. GHA'ANI, Esma'il; a.k.a. GHAANI, Esmail; a.k.a. GHANI, Esmail; a.k.a. NEZHAD, Ismail Akbar; a.k.a. QA'ANI, Esma'il; a.k.a. QANI, Esmail); DOB 08 Aug 1957; POB Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport D9003033 (Iran); alt. Passport D9008347 (Iran) issued 18 Jul 2010 expires 18 Jul 2015 (individual) [SDGT] [IRGC] [IFSR].

AKBULUT, Cerkez (a.k.a. MURAT, Altig; a.k.a. MURAT, Cernit); DOB 18 Nov 1965; alt. DOB 31 Oct 1971; POB Bingol, Turkey; alt. POB Deric, Turkey; citizen Turkey; Passport TR-J 565114 (Turkey) issued 10 Sep 1997; Driver's License No. 04900377 (Moldova) issued 02 Jul 2004; Stateless Person Passport C000375 (Moldova) issued 09 Sep 2000; Stateless

Person ID Card CC00200261 (Moldova) issued 09 Sep 2000; Refugee ID Card A88000043 (Moldova) issued 16 Dec 2005 (individual) [SDNTK].

AKHAEE, Shaghayegh (a.k.a. AKHAEI, Shaghayegh (Arabic: شقایق اخایی); a.k.a. AKHAIEE, Shaghayegh; a.k.a. AKHAYEE, Shaghayegh); DOB 12 Mar 1988; alt. DOB 07 Mar 1988; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 0079221777 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PISHTAZAN KAVOSH GOSTAR BOSHRA, LLC).

AKHAEI, Shaghayegh (Arabic: شقایق اخایی) (a.k.a. AKHAEE, Shaghayegh; a.k.a. AKHAIEE, Shaghayegh; a.k.a. AKHAYEE, Shaghayegh); DOB 12 Mar 1988; alt. DOB 07 Mar 1988; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 0079221777 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PISHTAZAN KAVOSH GOSTAR BOSHRA, LLC).

AKHAIEE, Shaghayegh (a.k.a. AKHAEE, Shaghayegh; a.k.a. AKHAEI, Shaghayegh (Arabic: شقایق اخایی); a.k.a. AKHAYEE, Shaghayegh); DOB 12 Mar 1988; alt. DOB 07 Mar 1988; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 0079221777 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PISHTAZAN KAVOSH GOSTAR BOSHRA, LLC).

AKHANGARANCEMENT JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АХАНГАРАНЦЕМЕНТ) (a.k.a. JOINT STOCK COMPANY OHANGARONSEMENT; a.k.a. OHANGARONSEMENT AKSIYADORLIK JAMIYATIGA), Promzona, g. Akhangaran, Tashkent Province 110300, Uzbekistan; Organization Type: Manufacture of articles of concrete, cement and plaster; Tax ID No. 200463344 (Uzbekistan) [RUSSIA-EO14024] (Linked To: AKKERMANN CEMENT CA LIMITED LIABILITY COMPANY).

AKHAYEE, Shaghayegh (a.k.a. AKHAEE, Shaghayegh; a.k.a. AKHAEI, Shaghayegh (Arabic: شقایق اخایی); a.k.a. AKHAIEE, Shaghayegh); DOB 12 Mar 1988; alt. DOB 07 Mar 1988; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 0079221777 (Iran) (individual) [NPWMD] [IFSR] (Linked To:

PISHTAZAN KAVOSH GOSTAR BOSHRA, LLC).

AKHLOMOV, Nikolay (a.k.a. AKHLOMOV, Nikolay Vasilyevich); DOB 25 Apr 1960; Deputy Chairman, Executive Board, Tempbank (individual) [SYRIA] (Linked To: TEMPBANK).

AKHLOMOV, Nikolay Vasilyevich (a.k.a. AKHLOMOV, Nikolay); DOB 25 Apr 1960; Deputy Chairman, Executive Board, Tempbank (individual) [SYRIA] (Linked To: TEMPBANK).

AKHMAD KADYROV FUND (a.k.a. AKHMAT KADYROV FOUNDATION (Cyrillic: ФОНД АХМАТА КАДЫРОВА); a.k.a. HERO OF RUSSIA AKHMAT KADYROV REGIONAL PUBLIC FUND; a.k.a. REGIONAL PUBLIC FUND NAMED AFTER HERO OF RUSSIA AKHMAT HAJI KADYROV (Cyrillic: РЕГИОНАЛЬНЫЙ ОБЩЕСТВЕННЫЙ ФОНД ИМ ГЕРОЯ РОССИИ АХМАТА ХАДЖИ КАДЫРОВА); a.k.a. REGIONALNY OBSHCHESTVENNY FOND IMENI GEROYA ROSSII AKHMATA KADYROVA), d. 5 korp., ofis, ul. A.Kadyrova Gudermes, Gudermesski Raion, Chechnya 366200, Russia; Tax ID No. 2005504830 (Russia); Registration Number 1042000001713 (Russia) [GLOMAG] [RUSSIA-EO14024].

AKHMADOV, Mohmad Isaevich (Cyrillic: АХМАДОВ, Мохмад Исаевич) (a.k.a. AKHMADOV, Mokhmad Isaevich), Russia; DOB 17 Apr 1972; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AKHMADOV, Mokhmad Isaevich (a.k.a. AKHMADOV, Mohmad Isaevich (Cyrillic: АХМАДОВ, Мохмад Исаевич)), Russia; DOB 17 Apr 1972; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AKHMADOVA, Aminat (Cyrillic: АХМАДОВА, Аминат), Republic of Chechnya, Russia; DOB 1985; POB Grozny, Republic of Chechnya, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: KADYROV, Ramzan Akhmatovich).

AKHMAT GROZNY (a.k.a. FC AKHMAT GROZNY; a.k.a. RESPUBLIKANSKII FUTBOLNYI KLUB AKHMAT; a.k.a. RFK AKHMAT; a.k.a. RFK AKHMAT GROZNY), UI im s.sh.Iorsanova 3, G Groznyi, Russia; Business Registration Number RU45275964 (Russia) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

AKHMAT KADYROV FOUNDATION (Cyrillic: ФОНД АХМАТА КАДЫРОВА) (a.k.a. AKHMAD KADYROV FUND; a.k.a. HERO OF RUSSIA AKHMAT KADYROV REGIONAL PUBLIC FUND; a.k.a. REGIONAL PUBLIC FUND NAMED AFTER HERO OF RUSSIA AKHMAT HAJI KADYROV (Cyrillic: РЕГИОНАЛЬНЫЙ ОБЩЕСТВЕННЫЙ ФОНД ИМ ГЕРОЯ РОССИИ АХМАТА ХАДЖИ КАДЫРОВА); a.k.a. REGIONALNY OBSHCHESTVENNY FOND IMENI GEROYA ROSSII AKHMATA KADYROVA), d. 5 korp., ofis, ul. A.Kadyrova Gudermes, Gudermesski Raion, Chechnya 366200, Russia; Tax ID No. 2005504830 (Russia); Registration Number 1042000001713 (Russia) [GLOMAG] [RUSSIA-EO14024].

AKHMAT MMA (a.k.a. AKHMAT MMA FIGHT CLUB), Russia; Organization Type: Operation of sports facilities [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

AKHMAT MMA FIGHT CLUB (a.k.a. AKHMAT MMA), Russia; Organization Type: Operation of sports facilities [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

AKHMATOV, Dzhabrail (Cyrillic: АХМАТОВ, Джабраил) (a.k.a. AKHMATOV, Dzhabrail Alkhazurovich (Cyrillic: АХМАТОВ, Джабраил Алхазурович)), Kurchaloi District, Chechen Republic, Russia; DOB 1981; POB Gudermes, Chechen Republic, Russia; nationality Russia; Gender Male (individual) [MAGNIT].

AKHMATOV, Dzhabrail Alkhazurovich (Cyrillic: АХМАТОВ, Джабраил Алхазурович) (a.k.a. AKHMATOV, Dzhabrail (Cyrillic: АХМАТОВ, Джабраил)), Kurchaloi District, Chechen Republic, Russia; DOB 1981; POB Gudermes, Chechen Republic, Russia; nationality Russia; Gender Male (individual) [MAGNIT].

AKHRAS, Asma (a.k.a. AKHRAS, Emma; a.k.a. AL-AKHRAS, Asma; a.k.a. AL-ASSAD, Asma (Arabic: اسماء الاسد); a.k.a. AL-ASSAD, Asmaa; a.k.a. FAWAZ AL-AKHRAS, Asma (Arabic: اسماء فواز الاخرس)), Damascus, Syria; DOB 11 Aug 1975; POB Acton, United Kingdom; nationality United Kingdom; Gender Female (individual) [SYRIA-EO13894].

AKHRAS, Emma (a.k.a. AKHRAS, Asma; a.k.a. AL-AKHRAS, Asma; a.k.a. AL-ASSAD, Asma (Arabic: اسماء الاسد); a.k.a. AL-ASSAD, Asmaa; a.k.a. FAWAZ AL-AKHRAS, Asma (Arabic: اسماء فواز الاخرس)), Damascus, Syria; DOB 11 Aug 1975; POB Acton, United Kingdom; nationality Syria; alt. nationality United

Kingdom; Gender Female (individual) [SYRIA-EO13894].

AKHRAS, Fawwaz (a.k.a. AL-AKHRAS, Fawaz (Arabic: فواز الاخرس)), 34 Allan Way, London, United Kingdom; DOB Sep 1946; POB Homs, Syria; nationality United Kingdom; alt. nationality Syria; Gender Male (individual) [SYRIA-EO13894].

AKHRAS, Feras (a.k.a. AL-AKHRAS, Firas (Arabic: فراس الاخرس); a.k.a. FAWAZ AKHRAS, Firas), 34 Allan Way, London, United Kingdom; DOB Mar 1978; POB London, United Kingdom; nationality United Kingdom; alt. nationality Syria; Gender Male; National ID No. 114671230001 (United Kingdom) (individual) [SYRIA-EO13894].

AKHRAS, Iyad (a.k.a. AL-AKHRAS, Eyad (Arabic: اياد الاخرس)), 34 Allan Way, London, United Kingdom; DOB Dec 1980; POB London, United Kingdom; nationality United Kingdom; alt. nationality Syria; Gender Male; National ID No. 116544570001 (United Kingdom) (individual) [SYRIA-EO13894].

AKHRAS, Sahar (a.k.a. AL-AKHRAS, Sahar Otri (Arabic: سحر عطري الاخرس); a.k.a. ATRI, Sahar; a.k.a. ITRI, Sahar; a.k.a. OTRI, Sahar; a.k.a. UTRI, Sahar), 34 Allan Way, London, United Kingdom; DOB Nov 1949; nationality United Kingdom; alt. nationality Syria; Gender Female (individual) [SYRIA-EO13894].

AKHTARABAD MEDICAL CAMP (a.k.a. AL-AKHTAR MEDICAL CENTRE; a.k.a. AL-AKHTAR TRUST INTERNATIONAL; a.k.a. AZMAT PAKISTAN TRUST; a.k.a. AZMAT-E-PAKISTAN TRUST; a.k.a. PAKISTAN RELIEF FOUNDATION; a.k.a. PAKISTANI RELIEF FOUNDATION), ST-1/A, Gulshan-e-Iqbal, Block 2, Karachi 75300, Pakistan; Bahawalpur, Pakistan; Bawalnagar, Pakistan; Gilgit, Pakistan; Gulistan-e-Jauhar, Block 12, Karachi, Pakistan; Islamabad, Pakistan; Mirpur Khas, Pakistan; Spin Boldak, Afghanistan; Tando-Jan-Muhammad, Pakistan; and all other offices worldwide [SDGT].

AKHUND, Mohammad Aman (a.k.a. AMAN, Mohammed; a.k.a. NOORZAI, Mullah Mad Aman Ustad; a.k.a. OMAN, Mullah Mohammed; a.k.a. "SANAULLAH"); DOB 1970; POB Bande Tumur Village, Maiwand District, Qandahar Province, Afghanistan (individual) [SDGT].

AKHWAN, Mochtar (a.k.a. ACHWAN, Mochammad; a.k.a. ACHWAN, Mochdar; a.k.a. ACHWAN, Mochtar; a.k.a. ACHWAN, Muhammad; a.k.a. AKHWAN, Muhammad; a.k.a. AKWAN, Mochtar), Jalan Ir. H. Juanda

8/10, RT/RW 002/001, Jodipan, Blimbing, Malang, Indonesia; DOB 04 May 1948; alt. DOB 04 May 1946; POB Tulungagung, Indonesia; nationality Indonesia; National ID No. 3573010405480001 (Indonesia) (individual) [SDGT].

AKHWAN, Muhammad (a.k.a. ACHWAN, Mochammad; a.k.a. ACHWAN, Mochdar; a.k.a. ACHWAN, Mochtar; a.k.a. ACHWAN, Muhammad; a.k.a. AKHWAN, Mochtar; a.k.a. AKWAN, Mochtar), Jalan Ir. H. Juanda 8/10, RT/RW 002/001, Jodipan, Blimbing, Malang, Indonesia; DOB 04 May 1948; alt. DOB 04 May 1946; POB Tulungagung, Indonesia; nationality Indonesia; National ID No. 3573010405480001 (Indonesia) (individual) [SDGT].

AKIEL, Ibrahim Mohamed (a.k.a. AKIL, Ibrahim Mohamed; a.k.a. 'AQIL, Abd al-Qadr; a.k.a. AQIL, Ibrahim; a.k.a. 'AQIL, Ibrahim; a.k.a. MEHDI, Ghosn Ali Abdel; a.k.a. "ABD-AL-QADIR"; a.k.a. "TAHSIN"), Syria; Lebanon; DOB 24 Dec 1962; alt. DOB 01 Jan 1962; alt. DOB 20 Mar 1961; alt. DOB 1958; POB Bidnayil, Lebanon; alt. POB Younine, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] [SYRIA] (Linked To: HIZBALLAH).

AKIFEV, Pavel Viktorovich (a.k.a. AKIFYEV, Pavel Viktorovich), Russia; DOB 19 Dec 1985; nationality Russia; Gender Male; Tax ID No. 773365062478 (Russia) (individual) [RUSSIA-EO14024].

AKIFYEV, Pavel Viktorovich (a.k.a. AKIFEV, Pavel Viktorovich), Russia; DOB 19 Dec 1985; nationality Russia; Gender Male; Tax ID No. 773365062478 (Russia) (individual) [RUSSIA-EO14024].

AKIL, Ibrahim Mohamed (a.k.a. AKIEL, Ibrahim Mohamed; a.k.a. 'AQIL, Abd al-Qadr; a.k.a. AQIL, Ibrahim; a.k.a. 'AQIL, Ibrahim; a.k.a. MEHDI, Ghosn Ali Abdel; a.k.a. "ABD-AL-QADIR"; a.k.a. "TAHSIN"), Syria; Lebanon; DOB 24 Dec 1962; alt. DOB 01 Jan 1962; alt. DOB 20 Mar 1961; alt. DOB 1958; POB Bidnayil, Lebanon; alt. POB Younine, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] [SYRIA] (Linked To: HIZBALLAH).

AKIL, Madhy (a.k.a. AKIL, Mahdi Amer; a.k.a. AQIL, Mahdi Amer; a.k.a. AQIL, Mahdi Amir; a.k.a. HELBAWI, Mahdy Akil), Colombia; DOB

30 Oct 1987; POB Maicao, Colombia; nationality Lebanon; citizen Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 1126038243 (Colombia); Passport LR0159572 (Lebanon) expires 14 Nov 2021; alt. Passport PE092928 (Colombia); National ID No. 000050624602 (Lebanon); Identification Number 3664441 (Lebanon) (individual) [SDGT] (Linked To: RADA, Amer Mohamed Akil).

AKIL, Mahdi Amer (a.k.a. AKIL, Madhy; a.k.a. AQIL, Mahdi Amer; a.k.a. AQIL, Mahdi Amir; a.k.a. HELBAWI, Mahdy Akil), Colombia; DOB 30 Oct 1987; POB Maicao, Colombia; nationality Lebanon; citizen Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 1126038243 (Colombia); Passport LR0159572 (Lebanon) expires 14 Nov 2021; alt. Passport PE092928 (Colombia); National ID No. 000050624602 (Lebanon); Identification Number 3664441 (Lebanon) (individual) [SDGT] (Linked To: RADA, Amer Mohamed Akil).

AKIMOV, Aleksandr Konstantinovich (a.k.a. AKIMOV, Alexander Konstantinovich (Cyrillic: АКИМОВ, Александр Константинович)), Russia; DOB 10 Nov 1954; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AKIMOV, Alexander Konstantinovich (Cyrillic: АКИМОВ, Александр Константинович) (a.k.a. AKIMOV, Aleksandr Konstantinovich), Russia; DOB 10 Nov 1954; nationality Russia; Gender Male; Member of the Federation Council of the Russian Federation (individual) [RUSSIA-EO14024].

AKIMOV, Andrei Igorevich (a.k.a. AKIMOV, Andrey Igorevich), Russia; DOB 22 Sep 1953; POB Leningrad, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 772140862280 (Russia); Chairman of the Management Board of Gazprombank (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

AKIMOV, Andrey Igorevich (a.k.a. AKIMOV, Andrei Igorevich), Russia; DOB 22 Sep 1953; POB Leningrad, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No.

772140862280 (Russia); Chairman of the Management Board of Gazprombank (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

AKIRAPHOKIN, Thit (a.k.a. SUTHIT, Samsaeng; a.k.a. THIT, Akiraphokin; a.k.a. WEI, Ta Han; a.k.a. "AH HAN"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 88/2 Soi Klong Nam Kaew, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; Burma; DOB 03 Mar 1972; Passport K491821 (Thailand); National ID No. 310095657121 (Thailand) (individual) [SDNTK].

AKKAR, Izzat Yusif (a.k.a. AKAR, Ezzat Youssef (Arabic: عزت يوسف أكار); a.k.a. AKAR, Izzat; a.k.a. AKAR, Izzat Youssef), Al-Kyam Hayy al-Sharqi, Marjayun, Al-Nabtiyah, Lebanon; DOB 01 Nov 1967; POB Al-Kiyam, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

AKKERMAN CEMENT CA MAS ULIYATI CHEKLANGAN JAMIYATI (a.k.a. AKKERMAN CEMENT CA OOO; a.k.a. AKKERMAN CEMENT CENTRAL ASIA; a.k.a. AKKERMAN CEMENT TSA LLC (Cyrillic: ООО АККРЕМАНН ЦЕМЕНТ ЦА); a.k.a. AKKERMANN CEMENT CA LIMITED LIABILITY COMPANY; a.k.a. AKKERMANN TSEMENT TSA OOO), Sanoat hududi, Akhangaran, Uzbekistan; Organization Established Date 2006; Tax ID No. 206795734 (Uzbekistan) [RUSSIA-EO14024] (Linked To: AKKERMAN CEMENT OOO).

AKKERMAN CEMENT CA OOO (a.k.a. AKKERMAN CEMENT CA MAS ULIYATI CHEKLANGAN JAMIYATI; a.k.a. AKKERMAN CEMENT CENTRAL ASIA; a.k.a. AKKERMAN CEMENT TSA LLC (Cyrillic: ООО АККРЕМАНН ЦЕМЕНТ ЦА); a.k.a. AKKERMANN CEMENT CA LIMITED LIABILITY COMPANY; a.k.a. AKKERMANN TSEMENT TSA OOO), Sanoat hududi, Akhangaran, Uzbekistan; Organization Established Date 2006; Tax ID No. 206795734 (Uzbekistan) [RUSSIA-EO14024] (Linked To: AKKERMAN CEMENT OOO).

AKKERMAN CEMENT CENTRAL ASIA (a.k.a. AKKERMAN CEMENT CA MAS ULIYATI CHEKLANGAN JAMIYATI; a.k.a. AKKERMAN CEMENT CA OOO; a.k.a. AKKERMAN CEMENT TSA LLC (Cyrillic: ООО

AKKERMAHH ЦЕМЕНТ ЦА); a.k.a. AKKERMANN CEMENT CA LIMITED LIABILITY COMPANY; a.k.a. AKKERMANN TSEMENT TSA OOO), Sanoat hududi, Akhangaran, Uzbekistan; Organization Established Date 2006; Tax ID No. 206795734 (Uzbekistan) [RUSSIA-EO14024] (Linked To: AKKERMAN CEMENT OOO).

AKKERMAN CEMENT OOO (Cyrillic: AKKERMAHH ЦЕМЕНТ OOO), Ulitsa Zapad, Zdanie 5, Novotritsk, Orenburg Region 462360, Russia; Organization Established Date 23 Oct 2002; Organization Type: Manufacture of articles of concrete, cement and plaster; Tax ID No. 5607015014 (Russia); Registration Number 1025600822510 (Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

AKKERMAN CEMENT TSA LLC (Cyrillic: OOO AKKERMAHH ЦЕМЕНТ ЦА) (a.k.a. AKKERMAN CEMENT CA MAS ULIYATI CHEKLANGAN JAMIYATI; a.k.a. AKKERMAN CEMENT CA OOO; a.k.a. AKKERMAN CEMENT CENTRAL ASIA; a.k.a. AKKERMAN CEMENT CA LIMITED LIABILITY COMPANY; a.k.a. AKKERMANN TSEMENT TSA OOO), Sanoat hududi, Akhangaran, Uzbekistan; Organization Established Date 2006; Tax ID No. 206795734 (Uzbekistan) [RUSSIA-EO14024] (Linked To: AKKERMAN CEMENT OOO).

AKKERMAN CEMENT CA LIMITED LIABILITY COMPANY (a.k.a. AKKERMAN CEMENT CA MAS ULIYATI CHEKLANGAN JAMIYATI; a.k.a. AKKERMAN CEMENT CA OOO; a.k.a. AKKERMAN CEMENT CENTRAL ASIA; a.k.a. AKKERMAN CEMENT TSA LLC (Cyrillic: OOO AKKERMAHH ЦЕМЕНТ ЦА); a.k.a. AKKERMANN TSEMENT TSA OOO), Sanoat hududi, Akhangaran, Uzbekistan; Organization Established Date 2006; Tax ID No. 206795734 (Uzbekistan) [RUSSIA-EO14024] (Linked To: AKKERMAN CEMENT OOO).

AKKERMANN TSEMENT TSA OOO (a.k.a. AKKERMAN CEMENT CA MAS ULIYATI CHEKLANGAN JAMIYATI; a.k.a. AKKERMAN CEMENT CA OOO; a.k.a. AKKERMAN CEMENT CENTRAL ASIA; a.k.a. AKKERMAN CEMENT TSA LLC (Cyrillic: OOO AKKERMAHH ЦЕМЕНТ ЦА); a.k.a. AKKERMANN CEMENT CA LIMITED LIABILITY COMPANY), Sanoat hududi, Akhangaran, Uzbekistan; Organization Established Date 2006; Tax ID No. 206795734

(Uzbekistan) [RUSSIA-EO14024] (Linked To: AKKERMAN CEMENT OOO).

AKKUMULYATORNYE TEKHNOLOGII (a.k.a. "AKTEKH"), Ul. Mozhaiskogo D.4, Office 15, Irkutsk 664009, Russia; Ul. Promuchastok D.1, Svirsk 665420, Russia; Tax ID No. 3811146750 (Russia); Registration Number 1113850010185 (Russia) [RUSSIA-EO14024].

AKLI, Mohamed Amine (a.k.a. "ELIAS"; a.k.a. "KALI SAMI"; a.k.a. "KILLECH SHAMIR"); DOB 30 Mar 1972; POB Abordj El Kiffani, Algeria (individual) [SDGT].

AKMAL, Hakid (a.k.a. ALVARADO, Arnulfo; a.k.a. BERUSA, Brandon; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Ahmad; a.k.a. DELLOSA, Habil Ahmad; a.k.a. DELLOSA, Habil Ahmad; a.k.a. DELLOSA, Redendo Cain; a.k.a. DELLOSA, Redendo Cain Jabil; a.k.a. "ILONGGO, Abu"; a.k.a. "LLONGGO, Abu"; a.k.a. "MUADZ, Abu"), 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; SSN 33-3208848-3 (Philippines) (individual) [SDGT].

AKMAN, Saeed (a.k.a. AHMED, Saeed; a.k.a. MURAD, Abdul Hakim; a.k.a. MURAD, Abdul Hakim Al Hashim; a.k.a. MURAD, Abdul Hakim Hasim; a.k.a. MURAD, Abdul Hakim Ali Hashim); DOB 04 Jan 1968; POB Kuwait; nationality Pakistan; currently incarcerated in the U.S. (individual) [SDGT].

AKRESCINA JAIL (a.k.a. AKRESTSINA; a.k.a. AKRESTSINA DETENTION CENTER; a.k.a. AKRESTSINA JAIL; a.k.a. CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MINSK GUVD; a.k.a. CENTRE FOR ISOLATION OF OFFENDERS OF THE CHIEF DIRECTORATE OF THE INTERIOR OF MINSK EXECUTIVE COMMITTEE; a.k.a. INSTITUTION CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE; a.k.a. OKRESTINA; a.k.a. OKRESTINA STREET DETENTION FACILITY; a.k.a. TSENTR IZALYATSYI PRAVANARUSHALNIKAU HUUS MINHARVYKANKAMA (Cyrillic: ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГУУС МІНГАРВЫКАНКАМА); a.k.a. TSENTR IZOLYATSII PRAVONARUSHITELEI GUVD MINGORISPOLKOMA (Cyrillic: ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГУВД МИНГОРИСПОЛКОМА); a.k.a. UCHREZHDNIYE TSENTR IZOLYATSII

PRAVONARUSHITELEI GLAVNOVO UPRAVLENIYA VNUTRENNIKH DEL MINSKOVO GORODSKOVO ISPOLNITELNOVO KOMITETA (Cyrillic: УЧРЕЖДЕНИЕ ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГЛАВНОГО УПРАВЛЕНИЯ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. USTANOVA TSENTR IZALYATSYI PRAVANARUSHALNIKAU HALOUNAHA UPRAULENIYA UNUTRANYKH SPRAU MINSKAHA GARADSKOHA VYKANAUCHAHA KAMITETA (Cyrillic: УСТАНОВА ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГАЛОЎНАГА ЎПРАЎЛЕННЯ ЎНУТРАНЫХ СПРАЎ МІНСКАГА ГАРАДСКОГА ВЫКАНАЎЧАГА КАМІТЭТА)), per. 1-st Okrestina, d. 36, Minsk 220028, Belarus (Cyrillic: пер. 1-й Окрестина, д. 36, г. Минск 220028, Belarus); Registration Number 191291828 (Belarus) [BELARUS].

AKRESTSINA (a.k.a. AKRESCINA JAIL; a.k.a. AKRESTSINA DETENTION CENTER; a.k.a. AKRESTSINA JAIL; a.k.a. CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MINSK GUVD; a.k.a. CENTRE FOR ISOLATION OF OFFENDERS OF THE CHIEF DIRECTORATE OF THE INTERIOR OF MINSK EXECUTIVE COMMITTEE; a.k.a. INSTITUTION CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE; a.k.a. OKRESTINA; a.k.a. OKRESTINA STREET DETENTION FACILITY; a.k.a. TSENTR IZALYATSYI PRAVANARUSHALNIKAU HUUS MINHARVYKANKAMA (Cyrillic: ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГУУС МІНГАРВЫКАНКАМА); a.k.a. TSENTR IZOLYATSII PRAVONARUSHITELEI GUVD MINGORISPOLKOMA (Cyrillic: ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГУВД МИНГОРИСПОЛКОМА); a.k.a. UCHREZHDENIYE TSENTR IZOLYATSII PRAVONARUSHITELEI GLAVNOVO UPRAVLENIYA VNUTRENNIKH DEL MINSKOVO GORODSKOVO ISPOLNITELNOVO KOMITETA (Cyrillic: УЧРЕЖДЕНИЕ ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГЛАВНОГО УПРАВЛЕНИЯ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. USTANOVA TSENTR IZALYATSYI

PRAVANARUSHALNIKAU HALOUNAHA UPRAULENIYA UNUTRANYKH SPRAU MINSKAHA GARADSKOHA VYKANAUCHANA KAMITETA (Cyrillic: УСТАНОВА ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГАЛОЎНАГА ЎПРАЎЛЕННЯ ЎНУТРАНЫХ СПРАЎ МІНСКАГА ГАРАДСКОГА ВЫКАНАЎЧАГА КАМІТЭТА)), пер. 1-st Okrestina, д. 36, Minsk 220028, Belarus (Cyrillic: пер. 1-й Окрестина, д. 36, г. Минск 220028, Belarus); Registration Number 191291828 (Belarus) [BELARUS].

AKRESTSINA DETENTION CENTER (a.k.a. AKRESCINA JAIL; a.k.a. AKRESTINA; a.k.a. AKRESTSINA JAIL; a.k.a. CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MINSK GUVD; a.k.a. CENTRE FOR ISOLATION OF OFFENDERS OF THE CHIEF DIRECTORATE OF THE INTERIOR OF MINSK EXECUTIVE COMMITTEE; a.k.a. INSTITUTION CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE; a.k.a. OKRESTINA; a.k.a. OKRESTINA STREET DETENTION FACILITY; a.k.a. TSENTR IZALYATSYI PRAVANARUSHALNIKAU HUUS MINHARVYKANKAMA (Cyrillic: ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГУУС МІНГАРВЫКАНКАМА); a.k.a. TSENTR IZOLYATSII PRAVONARUSHITELEI GUVD MINGORISPOLKOMA (Cyrillic: ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГУВД МИНГОРИСПОЛКОМА); a.k.a. UCHREZHDENIYE TSENTR IZOLYATSII PRAVONARUSHITELEI GLAVNOVO UPRAVLENIYA VNUTRENNIKH DEL MINSKOVO GORODSKOVO ISPOLNITELNOVO KOMITETA (Cyrillic: УЧРЕЖДЕНИЕ ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГЛАВНОГО УПРАВЛЕНИЯ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. USTANOVA TSENTR IZALYATSYI PRAVANARUSHALNIKAU HALOUNAHA UPRAULENIYA UNUTRANYKH SPRAU MINSKAHA GARADSKOHA VYKANAUCHANA KAMITETA (Cyrillic: УСТАНОВА ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГАЛОЎНАГА ЎПРАЎЛЕННЯ ЎНУТРАНЫХ СПРАЎ МІНСКАГА ГАРАДСКОГА ВЫКАНАЎЧАГА КАМІТЭТА)), пер. 1-st Okrestina, д. 36, Minsk 220028, Belarus (Cyrillic: пер. 1-й Окрестина, д. 36, г. Минск 220028, Belarus); Registration Number 191291828 (Belarus) [BELARUS].

AKSAKOV, Anatoly Gennadyevich (Cyrillic: АКСАКОВ, Анатолий Геннадьевич), Russia; DOB 28 Nov 1957; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AKSENENKO, Alexander Sergeyevich (Cyrillic: АКСЁНЕНКО, Александр Сергеевич), Russia;

DOB 08 Mar 1986; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AKSENOV, Sergei (a.k.a. AKSYONOV, Sergei; a.k.a. AKSYONOV, Sergey; a.k.a. AKSYONOV, Sergey Valeryevich; a.k.a. AKSYONOV, Sergiy; a.k.a. AKSYONOV, Serhiy Valeryevich); DOB 26 Nov 1972; POB Balti, Moldova; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

AKSH (a.k.a. ALBANIAN NATIONAL ARMY; a.k.a. "ANA") [BALKANS].

AKSIANCHUK, Aliaksandra (a.k.a. AKSIANCHUK, Aliaksandra Iharauna (Cyrillic: АКСЯНЧУК, АЛЯКСАНДРА ІГАРАЎНА); a.k.a. OKSENCHUK, Aleksandra Igorevna (Cyrillic: ОКСЕНЧУК, АЛЕКСАНДРА ИГОРЕВНА)), Odintsova L.E. Street, 113 Apartments 3, 4, Minsk, Belarus; DOB 16 Oct 1992; nationality Belarus; Gender Female; Passport MP4034627 (Belarus); National ID No. 4161092C013P81 (Belarus) (individual) [BELARUS-EO14038] (Linked To: SHENZHEN 5G HIGH-TECH INNOVATION CO., LIMITED).

AKSIANCHUK, Aliaksandra Iharauna (Cyrillic: АКСЯНЧУК, АЛЯКСАНДРА ІГАРАЎНА (a.k.a. AKSIANCHUK, Aliaksandra; a.k.a. OKSENCHUK, Aleksandra Igorevna (Cyrillic: ОКСЕНЧУК, АЛЕКСАНДРА ИГОРЕВНА)), Odintsova L.E. Street, 113 Apartments 3, 4, Minsk, Belarus; DOB 16 Oct 1992; nationality Belarus; Gender Female; Passport MP4034627 (Belarus); National ID No. 4161092C013P81 (Belarus) (individual) [BELARUS-EO14038] (Linked To: SHENZHEN 5G HIGH-TECH INNOVATION CO., LIMITED).

AKSIOMA LIMITED LIABILITY COMPANY (a.k.a. "AKSIOMA"; a.k.a. "LLC AXIOM"), Ul. Entuziastov 1-YA D. 12, Chast Kom #15, Moscow 111024, Russia; Organization Established Date 10 May 2017; Tax ID No. 7720380736 (Russia); Registration Number 1177746461012 (Russia) [RUSSIA-EO14024].

AKSYONOV, Sergei (a.k.a. AKSENOV, Sergei; a.k.a. AKSYONOV, Sergey; a.k.a. AKSYONOV, Sergey Valeryevich; a.k.a. AKSYONOV, Sergiy; a.k.a. AKSYONOV, Serhiy Valeryevich); DOB 26 Nov 1972; POB Balti, Moldova; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

AKSYONOV, Sergey (a.k.a. AKSENOV, Sergei; a.k.a. AKSYONOV, Sergei; a.k.a. AKSYONOV,

Sergey Valeryevich; a.k.a. AKSYONOV, Sergiy; a.k.a. AKSYONOV, Serhiy Valeryevich); DOB 26 Nov 1972; POB Balti, Moldova; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

AKSENOV, Sergey Valeryevich (a.k.a. AKSENOV, Sergei; a.k.a. AKSYONOV, Sergei; a.k.a. AKSYONOV, Sergey; a.k.a. AKSYONOV, Sergiy; a.k.a. AKSYONOV, Serhiy Valeryevich); DOB 26 Nov 1972; POB Balti, Moldova; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

AKSYONOV, Sergiy (a.k.a. AKSENOV, Sergei; a.k.a. AKSYONOV, Sergei; a.k.a. AKSYONOV, Sergey; a.k.a. AKSYONOV, Sergey Valeryevich; a.k.a. AKSYONOV, Serhiy Valeryevich); DOB 26 Nov 1972; POB Balti, Moldova; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

AKSYONOV, Serhiy Valeryevich (a.k.a. AKSENOV, Sergei; a.k.a. AKSYONOV, Sergei; a.k.a. AKSYONOV, Sergey; a.k.a. AKSYONOV, Sergey Valeryevich; a.k.a. AKSYONOV, Sergiy); DOB 26 Nov 1972; POB Balti, Moldova; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

AKTAU PETROL TICARET ANONIM SIRKETI, Istinye Mah. Bostan Sok. No: 12 Sariyer, Istanbul, Turkey; No: 12 Istinye Mahallesi, Bostan Sokak, Sariyer, Istanbul 34460, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 14 Oct 2005; Istanbul Chamber of Comm. No. 567778 (Turkey); Registration Number 567778-0 (Turkey); Central Registration System Number 0041-0411-7640-0020 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

AKTCIONERNOE OBSHESTVO OPITNOE KONSTRUKTORSKOE BYURO NOVATOR (a.k.a. AO OKB NOVATOR; a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU NOVATOR; a.k.a. NPO NOVATOR), 18 Kosmonautov Ave., Yekaterinburg 620017, Russia; Tax ID No. 6673092045 (Russia); Registration Number 1026605611339 (Russia) [RUSSIA-EO14024].

AKTCIONERNOE OBSHSTVO POLYARNAYA MORSKAYA GEOLOGORAZVEDOCHNAYA EKSPEDITCIYA (a.k.a. JSC POLAR MARINE GEOSURVEY EXPEDITION; a.k.a. "PMGE AO"; a.k.a. "PMGRE AO" (Cyrillic: "ПМГРЭ АО")), d.24 litera A, ul. Pobedy, Saint Petersburg 198412, Russia; Tax ID No. 7810639976 (Russia); Registration Number 1177847002354 (Russia) [RUSSIA-EO14024].

AKTCIONERNOE OBSHESTVO TETIS PRO (a.k.a. JOINT STOCK COMPANY TETIS PRO; a.k.a. TETHYS PRO JSC), Ul. Polyany D.54, Floor 3, PO Box 73, Moscow 117042, Russia; Polyany St., Building 54, Building 1, Moscow 142791, Russia; 19-21 Novo-Rybinskaya St., Office 330, Saint Petersburg 196084, Russia; Tax ID No. 7724643714 (Russia); Registration Number 1077763809353 (Russia) [RUSSIA-EO14024].

AKTIV R OOO (a.k.a. LIMITED LIABILITY COMPANY AKTIV R), vn.ter.g. munitsipalny okrug Krylatskoe, ul. Osennyaya, d. 23, Moscow, Russia; Tax ID No. 9731086458 (Russia); Registration Number 1217700603713 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

AKTIVBIZNESKOLLEKSHN, OOO (a.k.a. LIMITED LIABILITY COMPANY ACTIVE BUSINESS CONSULT; a.k.a. LIMITED LIABILITY COMPANY ACTIVEBUSINESSCOLLECTION; a.k.a. LLC ACTIVEBUSINESSCOLLECTION; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AKTIVBIZNESKOLLEKSHN; a.k.a. "ABC LLC"), 19 Vavilova St., Moscow 117997, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1137746390572 (Russia); Tax ID No. 7736659589 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

AKTSIONERNE TOVARYSTVO SBERBANK (a.k.a. JOINT STOCK COMPANY SBERBANK; a.k.a. JSC SBERBANK; a.k.a. JSC SBERBANK OF RUSSIA; a.k.a. PUBLICHNE AKTSIONERNE TOVARYSTVO DOCHIRNII BANK SBERBANKU ROSII; f.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PRIVATE JOINT STOCK COMPANY; a.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PUBLIC JOINT STOCK COMPANY; a.k.a. SUBSIDIARY BANK SBERBANK OF RUSSIA PUBLIC JOINT STOCK COMPANY), 46 Volodymyrska street, Kyiv 01601, Ukraine; 46 Vladimirskaya St, Kyiv 01601, Ukraine; SWIFT/BIC SABRUAUK; Website www.sberbank.ua; alt. Website sbrf.com.ua; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 25959784 (Ukraine); Tax ID No. 259597826652 (Ukraine; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE IZMERITELNOY TEKHNIKI (a.k.a. SCIENTIFIC AND PRODUCTION ASSOCIATION OF MEASURING EQUIPMENT JSC; a.k.a. SCIENTIFIC AND PRODUCTION ASSOCIATION OF MEASURING TECHNOLOGY; a.k.a. "AO NPO IT"), 2k4 Pionerskaya Str., Korolyov, Moscow Region 141074, Russia; Tax ID No. 5018139517 (Russia); Registration Number 1095018006555 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSCHCHESTVO EIRBURG (a.k.a. AO EIRBURG; a.k.a. "JSC AIRBURG"; a.k.a. "OKB UZGA, OOO"), ul. 8, Marta Str. 49, Floor 3, Yekaterinburg, Sverdlovsk Oblast 6200063, Russia; Website air-burg.ru; Organization Established Date 09 Jul 2021; alt. Organization Established Date 08 Oct 2013; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 6671172432 (Russia); Government Gazette Number 49681112 (Russia); Business Registration Number 1216600040194 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KONTSERN GRANIT ELEKTRON (a.k.a. AO KONSTERN GRANIT ELEKTRON; a.k.a. JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON; a.k.a. JSC CONCERN GRANIT ELEKTRON), Ul. Gospitalnaya D. 3, Saint Petersburg 191014, Russia; Organization Established Date 1910; Tax ID No. 7842335610 (Russia); Registration Number 5067847016782 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AKTSIONERNOE OBSHCHESTVO ARZAMASSKIY PRIBOROSTROITELNYI ZAVOD IMENI P I PLANDINA (a.k.a. ARZAMAS INSTRUMENT PLANT), 8A, 50let Vlksm Street, Arzamas, Nizhny Novgorod 607220, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5243001742 (Russia); Registration Number 1025201334850 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ESHELON TEKHNOLOGII (a.k.a. AO ECHELON TECHNOLOGIES; a.k.a. JOINT STOCK COMPANY ECHELON TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЭШЕЛОН ТЕХНОЛОГИИ); a.k.a. JSC ECHELON TECHNOLOGIES), Ul. Elektrozavodskaya d. 24 Office 24, Moscow 107023, Russia; Organization Established Date 06 Sep 2011; Tax ID No. 7718859120 (Russia); Registration Number 1117746703480 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KORPORATSIYA TAKTICHESKOE RAKETNOE VOORUZHENIE (a.k.a. TACTICAL MISSILES CORPORATION JSC (Cyrillic: АО КОРПОРАЦИЯ ТАКТИЧЕСКОЕ РАКЕТНОЕ ВООРУЖЕНИЕ); a.k.a. "KTRV" (Cyrillic: "КТРВ")), d. 7, ul. Ilicha, Korolev, Moskovskaya Obl. 141080, Russia (Cyrillic: д. 7, ул. Ильича, Королёв, Московская Область 141080, Russia); Organization Established Date 13 Mar 2003; Government Gazette Number 07503313 (Russia); Registration Number 1035003364021 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO-TEKHNICHESKI TSENTR RADIOELEKTRONNOI BORBY (a.k.a. AO NTTS REB; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND TECHNICAL CENTER OF RADIOELECTRONIC WARFARE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР РАДИОЭЛЕКТРОННОЙ БОРЬБЫ); a.k.a. JSC NTTS REB (Cyrillic: АО НТЦ РЭБ); a.k.a. SCIENTIFIC-TECHNICAL CENTER FOR ELECTRONIC WARFARE (Cyrillic: НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР РАДИОЭЛЕКТРОННОЙ БОРЬБЫ)), d. 29 korp. 135, ul. vereiskaya, Moscow 121357, Russia; Organization Established Date 29 Aug 2005; Tax ID No. 7731529843 (Russia); Government Gazette Number 78506999 (Russia); Registration Number 1057748002850 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO OPTRON STAVROPOL (a.k.a. GAZTRON CORP; a.k.a. JOINT STOCK COMPANY OPTRON STAVROPOL; a.k.a. OPTRON STAVROPOL CORP), 431 Lenina Str., Stavropol 355000, Russia; Tax ID No. 2635078677 (Russia); Registration Number 1052600264254 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TEKHNODINAMIKA (a.k.a. AO TEKHNODINAMIKA; a.k.a. JOINT STOCK COMPANY AVIATION EQUIPMENT; a.k.a. JOINT STOCK COMPANY TEKHNODINAMIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТЕХНОДИНАМИКА); a.k.a. JSC TEKHNODINAMIKA (Cyrillic: АО ТЕХНОДИНАМИКА); a.k.a. TEKNODINAMIKA JSC), Ul. Bolshaya Tatarskaya D. 35, Str. 5, Moscow 115184, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037719005873 (Russia); Tax ID No. 7719265496 (Russia); Government Gazette Number 07543117 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

AKTSIONERNOE OBSHCHESTVO 'YALTINSKAYA KINODSTUDIYA' (a.k.a. CJSC YALTA-FILM; a.k.a. FILM STUDIO YALTA-FILM; a.k.a. JOINT STOCK COMPANY YALTA FILM STUDIO; a.k.a. JSC YALTA FILM STUDIO; a.k.a. KINOSTUDIYA YALTA-FILM; a.k.a. OAO YALTINSKAYA KINOSTUDIYA; a.k.a. YALTA FILM STUDIO; a.k.a. YALTA FILM STUDIOS), Ulitsa Mukhina, Building 3, Yalta, Crimea 298063, Ukraine; Sevastopolskaya 4, Yalta, Crimea, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 30993572 [UKRAINE-EO13685].

AKTSIONERNOE OBSHCHESTVO YAROSLAVSKIY RADIOZAVOD (a.k.a. JOINT STOCK COMPANY YAROSLAVL RADIOWORKS), 13, Margolin Street, Yaroslavl 150010, Russia, Tax ID No. 7601000086 (Russia); Registration Number 1027600980990 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCESTVO INSTITUT STROIPROEKT (a.k.a. AO INSTITUT STROIPROEKT; a.k.a. AO INSTITUTE STROYPROEKT; f.k.a. INSTITUT STROIPROEKT ZAKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. INSTITUT STROIPROEKT, AO; a.k.a. INSTITUTE STROYPROECT; a.k.a. STROYPROEKT; a.k.a. STROYPROEKT ENGINEERING GROUP), D. 13 Korp. 2 LiteraA Prospekt Dunaiski, St. Petersburg 196158, Russia; 13/2 Dunaisky Prospect, St. Petersburg 196158, Russia; Website http://www.stpr.ru; Email Address Most@stpr.ru; alt. Email Address Murina@stpr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027810258673; Tax ID No. 7826688390; Government Gazette Number 11117863 [UKRAINE-EO13685].

AKTSIONERNOE OBSHCESTVO 33 SUDOREMONTNYI ZAVOD (a.k.a. JOINT-STOCK COMPANY 33 DOCKYARD; a.k.a. JOINT-STOCK COMPANY 33 SRZ; a.k.a. JSC 33 SHIPYARD; a.k.a. JSC 33 SUDOREMONTNY FACTORY (Cyrillic: АО 33 СУДОРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC 33 SUDOREMONTNY ZAVOD), Russkay Embankment, 2, Baltiysk, Kaliningrad Region 238520, Russia; Organization Established Date 18 Nov 2008; Tax ID No. 3901500276 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

AKTSIONERNOE OBSHCHESTVO 75 ARSENAL (a.k.a. JOINT STOCK COMPANY 75 ARSENAL), Sh. Moskovskoe, Serpukhov 142204, Russia; Tax ID No. 5043040350 (Russia); Registration Number 1105043000622 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO 99 ZAVOD AVIATSIONNOGO TEKHNOLOGICHESKOGO OBORUDOVANIIA (a.k.a. JOINT STOCK COMPANY 99 PLANT OF AVIATION TECHNOLOGICAL EQUIPMENT; a.k.a. "AO 99 ZATO"), 5 Dorozhnaya Street, Shcherbinka 142172, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7751520180 (Russia); Registration Number 1147746385500 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ABR MENEDZHMENT (a.k.a. ABR MANAGEMENT AO (Cyrillic: АБР МЕНЕДЖМЕНТ АО); a.k.a. AO ABR MANAGEMENT (Cyrillic: АО АБР МЕНЕДЖМЕНТ); a.k.a. AO ABR MENEDZHMENT; a.k.a. JOINT STOCK COMPANY ABR MANAGEMENT; a.k.a. "ABR MANAGEMENT"), ul. Graftio, d. 7 litera A, g. Sankt-Peterburg 197022, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7842467053 (Russia); Registration Number 1117847707383 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: BANK ROSSIYA).

AKTSIONERNOE OBSHCHESTVO AEROPORT BEGISHEVO (a.k.a. AEROPORT BEGISHEVO AO; a.k.a. BEGISHEVO AIRPORT JOINT STOCK COMPANY; a.k.a. BEGISHEVO AIRPORT OPEN JOINT STOCK COMPANY; a.k.a. BEGISHEVO INTERNATIONAL AIRPORT), Aeroport Begishevo, Nizhnekamsk 423550, Russia; Aeroport S. Biklyan, Tukaevski Raion, Tatarstan Resp. 423878, Russia; Organization Established Date 24 Aug 2006; Tax ID No. 1650145238 (Russia); Government Gazette Number 96889449 (Russia); Registration Number 1061650059921 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

AKTSIONERNOE OBSHCHESTVO AIKYUB TEKHNOLOGII (a.k.a. JSC IQB TECHNOLOGIES), Km Mzhd Kievskoe 5-I D. 1, Str. 1,2, Kom. 87, Moscow 119950, Russia; Tax ID No. 7728361686 (Russia); Registration Number 1177746110233 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO AKKUMULYATORNYI ZAVOD IM. N.M.IGNATYEVA AKOM (a.k.a. AO AKOM IM. N.M.IGNATYEVA), PR-D Otvazhnyi D. 22, Zhigulevsk 445359, Russia; Tax ID No. 6345011371 (Russia); Registration Number 1026303242547 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO AKONIT ALABUGA (a.k.a. "AO AKONIT A"), Ter. Oez Alabuga, Ul. Sh-2 Str. 13A, Kab. 118, Yelabuga 423601, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1646048224 (Russia); Registration Number 1201600028387 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO AKONIT URAL (a.k.a. JSC AKONIT URAL; a.k.a. "AO AUR"), Ter. Oez Alabuga, Ul. Sh-2 Str. 13A, Kab. 213, Yelabuga 423601, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6685160839 (Russia); Registration Number 1196658020470 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO AKTSIONERNAIA KOMPANIIA TULAMASHZAVOD (a.k.a. AO TULSKIY MASHINOSTROITELNIY ZAVOD; a.k.a. JOINT STOCK COMPANY TULA MACHINE BUILDING PLANT; a.k.a. JOINT STOCK COMPANY TULAMASHZAVOD; a.k.a. TULAMASHZAVOD PRODUCTION ASSOCIATION), 2 Mosina St., Tula 300002, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7106002836 (Russia); Registration Number 1027100507114 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ANGSTREM-T (a.k.a. JSC ANGSTREM-T), pr-kt Georgievskii d. 7, Zelenograd 124498, Russia; Registration ID 1057735022377 (Russia); Tax ID No. 7735128151 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

AKTSIONERNOE OBSHCHESTVO AST (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АСТ) (a.k.a. AST, AO), d. 3k2 str. 4 etazh 5 kom. 55, shosse Kashirskoe, Moscow 115230, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7724244406 (Russia) [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ASTEIS (a.k.a. JOINT STOCK COMPANY ASTEIS; a.k.a. JSC ASTEYS), 28 Proezd Rezervnyi, Naberezhnye Chelny 423800, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1650153203 (Russia); Registration Number 1071650002874 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO AVIA FED SERVICE (a.k.a. AVIA FED SERVICE JSC), Pl. Revolyutsii D. 6, Istra 143500, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7710023333 (Russia); Registration Number 1027739037160 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO AVIATSIONNAIA ELEKTRONIKA I KOMMUNIKATSIONNYE SISTEMY (a.k.a. JOINT STOCK COMPANY AVIATION ELECTRONICS AND COMMUNICATION SYSTEMS; a.k.a. "AO AVEKS"), 15 Proezd Entuziastov, Suite 8A, Moscow 111024, Russia; Tax ID No. 7714041380 (Russia); Registration Number 1027700419636 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO AVTOMOBILNYI ZAVOD URAL (a.k.a. AUTOMOBILE PLANT URAL JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMPANY URAL MOTOR VEHICLES PLANT; a.k.a. "AO AZ URAL"), 1 Avtozavodtsev pr-kt, Miass 456304, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation

economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7415029289 (Russia); Registration Number 1027400870826 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO BARNAULSKII PATRONNYI ZAVOD (a.k.a. JOINT STOCK COMPANY BARNAUL CARTRIDGE PLANT; a.k.a. "AO BPZ"), 28 P.S. Kulagina St, Barnaul 656002, Russia; Tax ID No. 2224080239 (Russia); Registration Number 1032202168305 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO BASHVZRYVTEKHNOLOGII (a.k.a. BASHVZRYVTECHNOLOGII JSC; a.k.a. "BVT AO"; a.k.a. "JSC BVT"), Ul. Rabochaya D. 42, Samara 443041, Russia; Ul. Rostovskaya D. 18, Ufa, Republic of Bashkortostan 450071, Russia; Organization Established Date 10 Nov 2000; Tax ID No. 0276061770 (Russia); Government Gazette Number 52989204 (Russia); Registration Number 1030204205382 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO BOLKHOVSKII ZAVOD POLUPROVODNIKOVYKH PRIBOROV (a.k.a. "AO BZPP"), Ul. Vasiliya Ermakova D. 17, Bolkhov 303140, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Tax ID No. 5704003487 (Russia); Registration Number 1025702655890 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO CHEBOKSARSKOE PROIZVODSTVENNOE OBEDINENIE IMENI VI CHAPAEVA (a.k.a. JOINT STOCK COMPANY CHEBOKSARY PRODUCTION ASSOCIATION NAMED AFTER VI CHAPAEV), 1 Socialisticheskaia St., Cheboksary 428038, Russia; Tax ID No. 2130095159 (Russia); Registration Number 1112130014325 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII (a.k.a. BANK CHBRR, AO; f.k.a. BANK CHBRR, PAO; a.k.a. 'CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII, OTKRYTOE AKTSIONERNOE OBSHCHESTVO'; a.k.a. JOINT STOCK COMPANY BLACK SEA BANK OF DEVELOPMENT AND

RECONSTRUCTION; a.k.a. JSC 'BLACK SEA BANK FOR DEVELOPMENT & RECONSTRUCTION'; f.k.a. OPEN JOINT STOCK COMPANY BLACK SEA DEVELOPMENT AND RECONSTRUCTION BANK), 24 ul. Bolshevistskaya, Simferopol, Crimea 295001, Ukraine; BIK (RU) 043510101; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102030186 (Russia); Tax ID No. 9102019769 (Russia); Government Gazette Number 00204814 (Russia); License 3527 (Russia) [UKRAINE-EO13685].

AKTSIONERNOE OBSHCHESTVO CHUKOTSKAYA GORNO GEOLOGICHESKAYA KOMPANIYA (a.k.a. JOINT STOCK COMPANY CHUKOTKA MINING GEOLOGICAL COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЧУКОТСКАЯ ГОРНО ГЕОЛОГИЧЕСКАЯ КОМПАНИЯ)), d. 1/2, Ul. Yuzhnaya, Anadyr, Chukotka 689000, Russia; Tax ID No. 8709009294 (Russia); Registration Number 1028700587112 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO CHVK VAGNER TSENTR (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSALT; a.k.a. JOINT STOCK COMPANY PMC WAGNER CENTER), 15 Zolnaya St, Building 1, Room. 1-N, CH. P. 194, Office 206, St. Petersburg 193318, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7811783517 (Russia); Registration Number 1227800167242 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO CONSTRUCTION BUREAU ELECTRICAL PRODUCTS XXI CENTURY (a.k.a. AO KBE XXI CENTURY; a.k.a. AO KBE XXI VEKA; a.k.a. JOINT STOCK COMPANY DESIGN OFFICE OF ELECTROITEMS; a.k.a. JSC KBE XXI CENTURY; a.k.a. XXI CENTURY ELECTRO ITEMS DESIGN OFFICE JOINT STOCK COMPANY), Ul. Lermontova D. 2, Sarapul 427960, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as

amended by Executive Order 14114.; Tax ID No. 1827013520 (Russia); Registration Number 1021800997228 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO DIREKTSIYA PO STROITEL'STVU ZHELEZNOY DOROGI BERKAKIT-TOMMOT-YAKUTSK (a.k.a. JOINT-STOCK COMPANY THE BERKAKIT-TOMMOT-YAKUTSK RAILWAY LINE'S CONSTRUCTION DIRECTORATE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДИРЕКЦИЯ ПО СТРОИТЕЛЬСТВУ ЖЕЛЕЗНОЙ ДОРОГИ БЕРКАКИТ-ТОММОТ-ЯКУТСК); a.k.a. JSC DSZHD BTYA (Cyrillic: АО ДСЖД БТЯ); a.k.a. OPEN JOINT-STOCK COMPANY THE BERKAKIT-TOMMOT-YAKUTSK RAILWAY LINE'S CONSTRUCTION DIRECTORATE (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ДИРЕКЦИЯ ПО СТРОИТЕЛЬСТВУ ЖЕЛЕЗНОЙ ДОРОГИ БЕРКАКИТ-ТОММОТ-ЯКУТСК)), Mayakovsky street, building 14, Aldan, Republic of Sakha (Yakutia) 678900, Russia (Cyrillic: улица Маяковского, дом 14, город Алдан, Республика Саха (Якутия) 678900, Russia); Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1121402000213 (Russia); Tax ID No. 1402015986 (Russia) [UKRAINE-EO13685].

AKTSIONERNOE OBSHCHESTVO DIZAIN TSENTR SOYUZ (a.k.a. JOINT STOCK COMPANY DESIGN CENTER SOYUZ), K. 100, KOM. 205, Zelenograd, Moscow 124482, Russia; Organization Established Date 29 Apr 2015; Tax ID No. 7735143270 (Russia); Registration Number 1157746403033 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO DOLTA (a.k.a. OPEN JOINT STOCK COMPANY DOLTA), Ul. Vereiskaya D. 29A, Str. 4, Moscow, 121351, Russia; Tax ID No. 7715352814 (Russia); Registration Number 1027715012863 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO DUBNENSKII KABELNYI ZAVOD (a.k.a. JOINT STOCK COMPANY DUBNA CABLE PLANT; a.k.a. JOINT STOCK COMPANY DUBNENSKY CABLE PLANT), Pr-Kt Nauki D. 14, K. 4, Dubna 141983, Russia; Tax ID No. 5010054903 (Russia); Registration Number 1185007007261 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO DUBNENSKII ZAVOD KOMMUTATSIONNOI TEKHNIKI (a.k.a. DUBNA SWITCHING

EQUIPMENT PLANT; a.k.a. JOINT STOCK COMPANY DUBNA PLANT OF SWITCHING EQUIPMENT; a.k.a. JOINT STOCK COMPANY DUBNENSKY PLANT OF SWITCHING EQUIPMENT), Pr-Kt Nauki D. 14, K. 1, Pomeshch. 39, Dubna 141984, Russia; Tax ID No. 5010056160 (Russia); Registration Number 1195081030781 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ELEKTRON OPTRONIK (a.k.a. AO ELEKTRON OPTRONIK; a.k.a. ELEKTRON OPTRONIK PAO), Pr-Kt Morisa Toreza, D. 68, Saint Petersburg 194223, Russia; Organization Established Date 19 Dec 1997; Tax ID No. 7802362079 (Russia); Registration Number 5067847207698 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AKTSIONERNOE OBSHCHESTVO ELEKTROTYAGA (a.k.a. AO ELEKTROTYAGA; a.k.a. JOINT STOCK COMPANY ELECTROTYAGA), Ul. Kalinina D. 50 A, Saint Petersburg 198099, Russia; Organization Established Date 01 Nov 2001; Tax ID No. 7805230257 (Russia); Registration Number 1027802718437 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

AKTSIONERNOE OBSHCHESTVO ENPIVI INZHINIRING (a.k.a. AO ENPIVI INZHINIRING; a.k.a. ENPIVI INZHINIRING, AO; a.k.a. NPV ENGINEERING JOINT STOCK COMPANY; a.k.a. NPV ENGINEERING OPEN JOINT STOCK COMPANY; a.k.a. OJSC NPV ENGINEERING), 5, per. Strochenovski B., Moscow 115054, Russia; PER. Strochenovskii B. D. 5, Moscow 115054, Russia; Website www.npve.narod.ru; Email Address npw@npv.su; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 106774653683; Tax ID No. 7707587805; Government Gazette Number 95533058 [UKRAINE-EO13662] (Linked To: ROTENBERG, Igor Arkadyevich).

AKTSIONERNOE OBSHCHESTVO EVROFINANS MOSNARBANK (a.k.a. AKTSIONERNY KOMMERCHESKI BANK EVROFINANS MOSNARBANK; a.k.a. AO AKB EVROFINANS MOSNARBANK (Cyrillic: АО АКБ ЕВРОФИНАНС МОСНАРБАНК); a.k.a. EVROFINANCE MOSNARBANK; f.k.a. EVROFINANS MOSNARBANK, AO; f.k.a. EVROFINANS MOSNARBANK, PAO), 29, ul.

Novy Arbat, Moscow 121099, Russia; SWIFT/BIC EVRFRUMM; Registration ID 1027700565970 (Russia); Tax ID No. 7703115760 (Russia); Government Gazette Number 09610839 (Russia) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

AKTSIONERNOE OBSHCHESTVO FINTENDER (a.k.a. AO FINTENDER; a.k.a. FINTENDER JOINT STOCK COMPANY; a.k.a. FINTENDER JSC), Pr-Kt Tekstilshchikov D. 46, Pomeshch. 1, Kom.56, Kostroma 156000, Russia; Tax ID No. 7743113487 (Russia); Registration Number 1157746705930 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

AKTSIONERNOE OBSHCHESTVO FIRMA TVEMA, Ul. Nikulinskaya D.27, Moscow 119602, Russia; Tax ID No. 7707011088 (Russia); Registration Number 1027700175030 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO FPK TRANSAGENTSTVO (a.k.a. FPK TRANSAGENCY JSC), Ul. Fridrikha Engelsa D. 75 Str. 21, Moscow 105082, Russia; Ul. Nizhyaya Krasnoselskaya D. 5, Str. 6, Kom. 14-15, Moscow 107140, Russia; Tax ID No. 7708168606 (Russia); Registration Number 1027700024494 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO FRYAZINSKII ZAVOD MOSHCHNYKH TRANZISTOROV (a.k.a. "AO FZMT"), Pr-D Zavodskoi D. 3, Fryazino 141190, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5050113873 (Russia); Registration Number 5147746235456 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO GAZSTROIPROM (a.k.a. AO GAZSTROYPROM; a.k.a. GAZSTROIPROM AO; a.k.a. JOINT STOCK COMPANY GAZSTROYPROM), Ul. Tashkentskaya D. 3, Korpus 3 Lit. B, Saint Petersburg 196084, Russia; Organization Established Date 21 Jun 2018; Tax ID No. 7842155505 (Russia); Government Gazette Number 29749701 (Russia); Registration Number 1187847178705 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO GENBANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО

ГЕНБАНК) (a.k.a. CLOSED JOINT STOCK COMPANY GENBANK; a.k.a. GENBANK, AO (Cyrillic: ГЕНБАНК, АО); a.k.a. JOINT STOCK COMPANY GENBANK; a.k.a. JSC GENBANK), Ozerkovskaya Naberezhnaya 12, Moscow 115184, Russia; Ulitsa Sevastopolskaya 13, Simferopol 295011, Ukraine; SWIFT/BIC GEOORUMM; Website www.genbank.ru; Email Address info@genbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1137711000074 (Russia) [UKRAINE-EO13685].

AKTSIONERNOE OBSHCHESTVO GIDROAGREGAT, Ul. Kommunisticheskaya D. 78, Pavlovo 606100, Russia; Tax ID No. 5252000470 (Russia); Registration Number 1025202124100 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO GOSUDARSTVENNOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE REGION (a.k.a. AO GNPP REGION; a.k.a. REGION SCIENTIFIC & PRODUCTION ENTERPRISE JSC; a.k.a. REGION SCIENTIFIC AND PRODUCTION ENTERPRISE JSC), Sh Kashirskoe D. 13A, Moscow 115230, Russia; Organization Established Date 13 Jan 1992; Tax ID No. 7724552070 (Russia); Registration Number 1057747873875 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AKTSIONERNOE OBSHCHESTVO GOSUDARSTVENNYI NAUCHNO ISSLEDOVATELSKII INSTITUT PRIBOROSTROENIIA (a.k.a. AO GOSNIIP; a.k.a. JOINT STOCK COMPANY STATE RESEARCH INSTITUTE OF INSTRUMENT ENGINEERING), PR-KT Mira D. 125, Moscow 129226, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7717693545 (Russia); Registration Number 1117746132811 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO GRUPPA GMS (f.k.a. GRUPPA GMS OAO; a.k.a. HMS GROUP JSC; f.k.a. INVESTITSIONNO PROMYSHLENNAYA GRUPPA GIDRAVLICHESKIE MASHINY I SISTEMY OOO; a.k.a. JOINT STOCK COMPANY HMS GROUP), Ul. Chayanova D. 7, Moscow 125047,

Russia; Organization Established Date 02 Mar 2004; Registration ID 5087746036483 (Russia); Tax ID No. 7708678325 (Russia); Government Gazette Number 72718329 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ILYUSHIN FINANS KO (a.k.a. JOINT STOCK COMPANY ILYUSHIN FINANCE COMPANY; a.k.a. JSC ILYUSHIN FINANCE COMPANY; a.k.a. OJSC ILYUSHIN FINANCE COMPANY; a.k.a. "AO IFK"; a.k.a. "IFC LEASING"; a.k.a. "JSC IFC"), Pr-kt Michurinskii, Olimpiiskaya Derevnya D. 1, Korp. 1, et. 4, Moscow 119602, Russia; Pr-kt Leninskii d. 43A, office 502, Voronezh 394004, Russia; 1st km of Rublevo-Uspenskoe Shosse, Building 6, Odintsovo, Moscow 143030, Russia; Organization Established Date 10 Mar 1999; Tax ID No. 3663029916 (Russia); Registration Number 1033600042332 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO INTEGRAL ZAPAD (a.k.a. JOINT STOCK COMPANY INTEGRAL ZAPAD), Ul. Babushkina D. 7, Office 21, Smolensk 214031, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6732139675 (Russia); Registration Number 1176733001840 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO IPK FINVAL (a.k.a. IPK FINVAL AO), 2-I Yuzhnoportovyi PR D. 14/22, Moscow 115088, Russia; Organization Established Date 28 Oct 2014; Tax ID No. 7722860417 (Russia); Government Gazette Number 26121066 (Russia); Registration Number 5147746279621 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO IPN STANKOSTROENIE (a.k.a. AO IPN STANKOSTROENIE; a.k.a. JOINT STOCK COMPANY IPN STANKOSTROENIE), Ul. 3-ya yamskogo polya D. 2, K. 26, Moscow 125124, Russia; Tax ID No. 7457008611 (Russia); Registration Number 1177456104638 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO IRKUTSKKABEL, d. 1, ul. Industrialnaya Shelekhov, Irtutsk 666033, Russia; Organization Established Date 10 Oct 2002; Tax ID No. 3821000937 (Russia); Registration

Number 1023802256015 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO IZHEVSKI ELEKTROMEKHANICHESKI ZAVOD KUPOL (a.k.a. AO IEMZ KUPOL (Cyrillic: АО ИЭМЗ КУПОЛ); a.k.a. JOINT STOCK COMPANY IZHEVSK ELECTROMECHANICAL PLANT KUPOL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ИЖЕВСКИЙ ЭЛЕКТРОМЕХАНИЧЕСКИЙ ЗАВОД КУПОЛ); a.k.a. JSC IEMZ KUPOL), ul. Pesochnaya 3, Izhevsk, Udmurtia Republic 426033, Russia (Cyrillic: УЛИЦА ПЕСОЧНАЯ, 3, Город Ижевск, РЕСПУБЛИКА УДМУРТСКАЯ 426033, Russia); Website www.kupol.ru; Organization Established Date 23 Apr 2002; alt. Organization Established Date 1957; Tax ID No. 1831083343 (Russia); Government Gazette Number 07502963 (Russia); Business Registration Number 1021801143374 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KHABAROVSKIY RADIOTEKHNICHESKIY ZAVOD (a.k.a. KHRTZ PAO; a.k.a. OAO KHRTZ; a.k.a. OJSC KHABAROVSK RADIO ENGINEERING PLANT; a.k.a. OPEN JOINT STOCK COMPANY KHABAROVSK RADIO ENGINEERING PLANT), D. 8 K. V, Per. Kedrovy, Khabarovsk 68004, Russia; Tax ID No. 2723118304 (Russia); Registration Number 1092723002778 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK INDUSTRIALNY SBEREGATELNY BANK (f.k.a. CLOSED JOINT STOCK COMPANY COMMERCIAL BANK 'INDUSTRIAL SAVINGS BANK'; a.k.a. IS BANK, AO; a.k.a. JOINT-STOCK COMPANY COMMERCIAL BANK 'INDUSTRIAL SAVINGS BANK'; a.k.a. JSC CB 'IS BANK'), Eldoradovsky per 7, Moscow 125167, Russia; 29/UL, prospect Kirova, Simferopol, Crimea 295011, Ukraine; Building 160, Office 104, Kievskaya Street, Simferopol, Crimea 295493, Ukraine; Building 25, Lenin Street, Kerch, Crimea 298300, Ukraine; SWIFT/BIC RISBRUMM; BIK (RU) 044525349; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027739339715 (Russia); Tax ID No. 7744001673 (Russia); Government Gazette Number 40199908 (Russia) [UKRAINE-EO13685].

AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK RUBLEV (a.k.a. BANK RUBLEV; a.k.a. JOINT STOCK COMMERCIAL BANK RUBLEV; a.k.a. JSC CB

'RUBLEV'; a.k.a. RUBLEV BANK), Elokhovsky passage, Building 3, p. 2, Metro - Baumanskaya, Moscow 105066, Russia; 12 Sevastopol Street, Simferopol, Crimea, Ukraine; 6 Gogol Street, Sevastopol, Crimea, Ukraine; SWIFT/BIC COUERUMM; BIK (RU) 044525253; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027700159233 (Russia); Tax ID No. 7744001151 (Russia); Government Gazette Number 40100094 (Russia) [UKRAINE-EO13685].

AKTSIONERNOE OBSHCHESTVO KONSALT (a.k.a. AKTSIONERNOE OBSHCHESTVO CHVK VAGNER TSENTR; a.k.a. JOINT STOCK COMPANY PMC WAGNER CENTER), 15 Zolnaya St, Building 1, Room. 1-N, Ch. P. 194, Office 206, St. Petersburg 193318, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7811783517 (Russia); Registration Number 1227800167242 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KONSTERN MORSKOE PODVONOE ORUZHIE GIDROPRIBOR (a.k.a. AO KONSTERN MPO GIDROPRIBOR; a.k.a. JSC KONSTERN MPO GIDROPRIBOR; a.k.a. JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR; a.k.a. JSC CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR), PR-KT B. Sampsonievskii D. 24, Saint Petersburg 194044, Russia; Organization Established Date 15 Sep 1943; Tax ID No. 7802375889 (Russia); Registration Number 1069847557394 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AKTSIONERNOE OBSHCHESTVO KONSTRUKTORSKOE BYURO ARSENAL IMENI M.V. FRUNZE (a.k.a. AO KB ARSENAL; a.k.a. M.V. FRUNZE ARSENAL DESIGN BUREAU JOINT STOCK COMPANY), ul. Komsomola, D.1-3, Saint Petersburg 195009, Russia; Target Type State-Owned Enterprise; Tax ID No. 7804588900 (Russia); Government Gazette Number 06506278 (Russia); Registration Number 1177847042229 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KONSTRUKTORSKOE BYURO FARVATER

(a.k.a. AO KB FARVATER; a.k.a. CLOSED JOINT STOCK COMPANY DESIGN BUREAU FARVATER; a.k.a. DESIGN CENTER FARVATER JSC; a.k.a. JOINT STOCK COMPANY DESIGN CENTER FARVATER), Nansena St., 154B, Rostov-on-Don 344010, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6163106808 (Russia); Registration Number 1116195002307 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KONTSERN OKEANPRIBOR (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ОКЕАНПРИБОР) (a.k.a. AO KONTSERN OKEANPRIBOR (Cyrillic: АО КОНЦЕРН ОКЕАНПРИБОР); a.k.a. JOINT STOCK COMPANY CONCERN OKEANPRIBOR; a.k.a. JSC CONCERN OKEANPRIBOR; a.k.a. KONTSERN OKEANPRIBOR, PAO), 46, Chkalovskii Prospect, St. Petersburg 197376, Russia; Website www.oceanpribor.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067847424160 (Russia); Tax ID No. 7813341546 (Russia) [UKRAINE-EO13662].

AKTSIONERNOE OBSHCHESTVO KONTSERN URALVAGONZAVOD (a.k.a. JSC CONCERN URALVAGONZAVOD; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD NAMED AFTER FE DZERZHINSKY; a.k.a. NAUCHNO-PROIZVODSTVENNAYA KORPORATSIYA URALVAGONZAVOD OAO; a.k.a. NPK URALVAGONZAVOD OAO; a.k.a. OJSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD OAO; a.k.a. URALVAGONZAVOD; a.k.a. URALVAGONZAVOD CORPORATION; a.k.a. "UVZ"), 40 Bolshaya Yakimanka Street, Moscow 119049, Russia; 28 Vostochnoye Shosse, Nizhni Tagil, Sverdlovsk Region 66207, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7706453206 (Russia); Registration Number 1187746432345 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KONTSERN VOZDUSHNO-KOSMICHESKOI OBORONY ALMAZ-ANTEI (a.k.a. AO KONTSERN VKO ALMAZ-ANTEI; a.k.a. JOINT STOCK COMPANY AEROSPACE DEFENSE CONCERN ALMAZ-ANTEY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ВОЗДУШНО-КОСМИЧЕСКОЙ ОБОРОНЫ АЛМАЗ-АНТЕЙ); a.k.a. JOINT STOCK COMPANY AIR AND SPACE DEFENSE CONCERN ALMAZ-ANTEY; a.k.a. JOINT-STOCK COMPANY CONCERN ALMAZ-ANTEY; a.k.a. JSC CONCERN VKO ALMAZ-ANTEY (Cyrillic: АО КОНЦЕРН ВКО АЛМАЗ-АНТЕЙ); f.k.a. OAO CONCERN PVO ALMAZ-ANTEY; f.k.a. OPEN JOINT STOCK COMPANY CONCERN PVO ALMAZ-ANTEY), D. 41, ul. Vereiskaya, Moscow 121471, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 19 Nov 1991; Target Type State-Owned Enterprise; Tax ID No. 7731084175 (Russia); Government Gazette Number 11593871 (Russia); Registration Number 1027739001993 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KOVROVSKII ELEKTROMEKHANICHESKII ZAVOD (a.k.a. JOINT STOCK COMPANY KOVROV ELECTROMECHANICAL PLANT; a.k.a. "AO KEMZ"), 55 Krupskoi Street, Kovrov 601919, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3305004421 (Russia); Registration Number 1023301951177 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KRONSHTADT (a.k.a. AO KRONSHTADT; a.k.a. JOINT STOCK COMPANY KRONSHTADT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КРОНШТАДТ)), Descartes Business Center, Building 9, No. 18, Andropova Prospekt, Moscow 1115432, Russia (Cyrillic: Бизнес-центр Декарт, д. 18, корп. 9, Пр. Андропова, Москва 1115432, Russia); Building 4, No. 54, Maliy Prospekt, Vasilevskiy Island, St. Petersburg 199178, Russia; Organization Established Date 1990; Tax ID No. 7808035536

(Russia); Registration Number 1027809176141 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO KRYMTEPLOELEKTROSTSENTRAL (a.k.a. AO, KRIMTETS; f.k.a. KRYMTEPLOELEKTROTSENTRAL, AO; a.k.a. KRYMTETS, AO), 1, ul. Montazhnaya Pgt. Gresovski, Simferopol, Crimea 295493, Ukraine; Website www.krimtec.com; Email Address e.hmelnitskiy@krimtec.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102070194 (Russia); Government Gazette Number 00828288 (Russia); Registration Number 1159102014169 (Russia) [UKRAINE-EO13685].

AKTSIONERNOE OBSHCHESTVO LAMA, Proezd Garazhnyi D.13, Cheboksary 428003, Russia; Tax ID No. 2127017009 (Russia); Registration Number 1022100972442 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO LENMORNIIPROEKT PO PROEKTIROVANIYU (a.k.a. JOINT STOCK COMPANY LENMORNIIPROEKT; a.k.a. LENMORNIIPROEKT PAO), Mezhevoi Kanal, 3, 2, Saint Petersburg 198035, Russia; Tax ID No. 7805018067 (Russia); Registration Number 1027802723739 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO LETNO-ISSLEDOVATELSKI INSTITUT IMENI M.M. GROMOVA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЛЕТНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ИМЕНИ М.М. ГРОМОВА) (a.k.a. JOINT STOCK COMPANY FLIGHT RESEARCH INSTITUTE N.A. M.M. GROMOV; a.k.a. JSC FLIGHT RESEARCH INSTITUTE N.A. M.M. GROMOV (Cyrillic: АО ЛЕТНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ИМ. М.М. ГРОМОВА); a.k.a. JSC FRI N.A. M.M. GROMOV (Cyrillic: АО ЛИИ ИМ. М.М. ГРОМОВА); a.k.a. STATE FEDERAL UNITARY ENTERPRISE GROMOV FLIGHT RESEARCH INSTITUTE), D. 2a, Ul. Garnaeva, Zhukovsky 140180, Russia (Cyrillic: д. 2А, ул. Гарнаева, Московская область, Жуковский 140180, Russia); Zhukovsky-2, Moscow region 140182, Russia; Organization Established Date 1993; Target Type State-Owned Enterprise; Tax ID No. 5040114973 (Russia); Registration Number 1125040002823 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO MARIYSKII MASHINOSTROITELNYI ZAVOD (a.k.a. JOINT

STOCK COMPANY MARI MACHINE BUILDING PLANT; a.k.a. JSC MARI MACHINE BUILDING PLANT; a.k.a. MARI MACHINE BUILDING PLANT JSC; a.k.a. MARI MMZ; a.k.a. MARIYSKIY MACHINE-BUILDING PLANT OPEN JOINT STOCK COMPANY; a.k.a. OAO MARIYSKIY MASHINOSTROITELNYY ZAVOD; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO MARIYSKIY MASHINOSTROITELNYYZAVOD; a.k.a. "OAO MMZ"), 15, UL Suvorova 3, Yoshkar-Ola, Mary-EL 424003, Russia; Tax ID No. 1200001885 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO MARPOSADKABEL (a.k.a. AO MARPOSADKABEL), Ul. Nikolaeva 93-V, Mariinskiy Posad 429570, Russia; Organization Established Date 26 Apr 2004; Tax ID No. 2111006918 (Russia); Registration Number 1042135001600 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO MASHINOSTROITELNYI KHOLDING, Ul. Simskaya D. 1, Of. 401, Yekaterinburg 620024, Russia; Organization Established Date 01 Sep 2004; Tax ID No. 6673116225 (Russia); Government Gazette Number 74366691 (Russia); Registration Number 1046604803475 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO MOSINZHPROEKT (a.k.a. MOSINZHPROEKT AO; a.k.a. MOSINZHPROEKT JSC), B-R Khodynskii D.10, Moscow 125252, Russia; Per. Sverchkov D. 4/1, Moscow 101000, Russia; Organization Established Date 03 Aug 2010; Tax ID No. 7701885820 (Russia); Government Gazette Number 03997784 (Russia); Registration Number 1107746614436 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO MOSKOVSKI ORDENA TRUDOVOGO KRASNOGO ZNAMENI NAUCHNO-ISSLEDOVATELSKI RADIOTEKHNICHESKI INSTITUT (a.k.a. JOINT STOCK COMPANY MOSCOW ORDER OF THE RED BANNER OF LABOR RESEARCH RADIO ENGINEERING INSTITUTE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО МОСКОВСКИЙ ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ НАЧНО-ИССЛЕДОВАТЕЛЬСКИЙ РАДИОТЕХНИЧЕСКИЙ ИНСТИТУТ); a.k.a. JOINT-STOCK COMPANY MOSCOW RESEARCH SCIENTIFIC RADIO COMMUNICATION INSTITUTE; a.k.a. JSC MNIRTI; a.k.a. MOSKOVSKI ORDENA

TRUDOVOGO KRASNOGO ZNAMENI NAUCHNO-ISSLEDOVATELSKI RADIOTEKHNICHESKI INSTITUT PAO), 2/1 Bolshoi Trekhsvyatitelski Lane, Moscow 109028, Russia; Organization Established Date 24 Jun 1992; Tax ID No. 7709899951 (Russia); Registration Number 1127746217422 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO MUROMSKOE SPETSIALNOE KONSTRUKTORSKOE BYURO (a.k.a. JOINT STOCK COMPANY MUROM SPECIAL DESIGN BUREAU; a.k.a. "AO MUROMSKOE SKB"), 5 Karacharovskoe Highway, Murom 602251, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3307000983 (Russia); Registration Number 1086623002190 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NATSIONALNAYA INZHINIRINGOVAYA KORPORATSIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАЦИОНАЛЬНАЯ ИНЖИНИРИНГОВАЯ КОМПАНИЯ) (a.k.a. JOINT STOCK COMPANY NATIONAL ENGINEERING CORPORATION; a.k.a. "AO NIK" (Cyrillic: "АО НИК"); a.k.a. "JSC NEC"), d. 3 korp. 2 pom, 71-N, pl. Konstitutsii, St. Petersburg 196247, Russia; Organization Established Date 01 Oct 2014; Tax ID No. 7810942838 (Russia); Government Gazette Number 72473566 (Russia); Registration Number 1147847338902 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NATSIONALNAYA SISTEMA PLATEZHNYKH KART (a.k.a. NATIONAL PAYMENT CARD SYSTEM JOINT STOCK COMPANY; a.k.a. NSPK JSC), ul. Bolshaya Tatarskaya D. 11, Moscow 115184, Russia; Tax ID No. 7706812159 (Russia); Registration Number 1147746831352 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NATSIONALNIY TSENTR LAZERNYKH SISTEM I KOMPLEKSOV ASTROFIZIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАЦИОНАЛЬНЫЙ ЦЕНТР ЛАЗЕРНЫХ СИСТЕМ И КОМПЛЕКСОВ АСТРОФИЗИКА) (a.k.a. AO NTSLSK ASTROFIZIKA; a.k.a. GP NPO ASTROFIZIKA; a.k.a. JOINT STOCK COMPANY ASTROPHYSIKA NATIONAL

CENTRE OF LASER SYSTEMS AND COMPLEXES), Ul. Aleksandra Solzhenitsyna D. 27, Pomeshch. I, Moscow 109004, Russia; Tax ID No. 7733826256 (Russia); Registration Number 1127747254744 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT ELPA S OPYTNYM PROIZVODSTVOM (a.k.a. ELPA RESEARCH INSTITUTE AND PILOT LINE JOINT STOCK COMPANY; a.k.a. "NII ELPA AO"), Pr-Kt Panfilovskii D. 10, Zelenograd 124460, Russia; Tax ID No. 7735064772 (Russia); Registration Number 1027739098760 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT KHIMII I TEKHNOLOGII POLIMEROV IMENI AKADEMIKA V.A. KARGINA S OPYTNYM ZAVODOM (a.k.a. NII POLYMEROV AO; a.k.a. THE FEDERAL STATE UNITARY ENTERPRISE V.A. KARGIN SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND TECHNOLOGY OF POLYMERS WITH A PILOT PRODUCTION PLANT; a.k.a. V.A. KARGIN POLYMER CHEMISTRY AND TECHNOLOGY RESEARCH INSTITUTE WITH A PILOT-PRODUCTION PLANT), korp. ZD. 63, ter. Vostochny Promraion Orgsteklo, Dzerzhinsk, Nizhni Novgorod region 606000, Russia; Tax ID No. 5249164736 (Russia); Government Gazette Number 33947252 (Russia); Registration Number 1185275058044 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT KONSTRUKSIONNYKH MATERIALOV NA OSNOVE GRAFITA NIIGRAFIT (a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF GRAPHITE-BASED MATERIALS NIIGRAFIT; a.k.a. JSC NIIGRAFIT; f.k.a. NAUCHNO ISSLEDOVATELSKI INSTITUT KONSTRUKSIONNYKH MATERIALOV NA OSNOVE GRAFITA NIIGRAFIT AO; a.k.a. NIIGRAFIT AO (Cyrillic: НИИГРАФИТ)), Ul. Elektrodnyaya D. 2, Moscow 111141, Russia; Tax ID No. 7720723422 (Russia); Government Gazette Number 00200851 (Russia); Registration Number 1117746574593 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT TOCHNYKH PRIBOROV (a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF PRECISION INSTRUMENTS; a.k.a. JOINT STOCK

COMPANY SCIENCE RESEARCH INSTITUTE FOR PRECISE INSTRUMENTS; a.k.a. "AO NII TP"; a.k.a. "JSC RIPI"), ul. Dekabristov, VI 51, Moscow 127490, Russia; Target Type State-Owned Enterprise; Tax ID No. 7715784155 (Russia); Government Gazette Number 11482462 (Russia); Registration Number 1097746735481 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI PROEKTNO KONSTRUKTORSKI I TEKHNOLOGICHESKI AKKUMULYATORNY INSTITUT ISTOCHNIK (a.k.a. JSC NIAI ISTOCHNIK), Ul. Dalya D. 10, Saint Petersburg 197376, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7813054982 (Russia); Registration Number 1027806861477 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT EKRAN (a.k.a. AO NII EKRAN; a.k.a. JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE EKRAN), 24 Kirova Ave, Samara 443022, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Tax ID No. 6319169796 (Russia); Registration Number 1136319002731 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT PROMYSHLENNOGO TELEVIDENIYA RASTR (a.k.a. AO NIIPT RASTR), Ul. Bolshaya Sankt-Peterburgskaya D. 39, Velikiy Novgorod 173001, Russia; Organization Established Date 1982; Tax ID No. 4345309407 (Russia); Registration Number 1114345026784 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT SREDSTV VYCHISLITELNOI TEKHNIKI (a.k.a. "AO NII SVT"; a.k.a. "NII SVT PAO"), Ul. Melnichnaya D. 31, Kirov 610025, Russia; Tax ID No. 4345309407 (Russia); Registration Number 1114345026784 (Russia) [RUSSIA-EO14024]

(Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZODSTVENNYI KOMPLEKS ALFA M (a.k.a. ALPHA M JOINT STOCK COMPANY RESEARCH AND PRODUCTION COMPLEX; a.k.a. AO NPK ALFA M), Ul. Chkalova D. 36A, Office 31, Zhukovskiy 140180, Russia; Svyazi st., 25, Ryazan 390047, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5040125679 (Russia); Registration Number 1135040005594 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNAYA KORPORATSIYA SISTEMY PRETSIZIONNOGO PRIBOROSTROENIYA (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION PRECISION SYSTEMS AND INSTRUMENTS; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION PRECISION SYSTEMS AND INSTRUMENTS; a.k.a. SCIENTIFIC AND INDUSTRIAL CORPORATION PRECISION INSTRUMENT SYSTEMS; a.k.a. "AO NPK SPP"; a.k.a. "JSC RPC PSI"), ul. Aviamotornaya D. 53, Moscow 111024, Russia; Target Type State-Owned Enterprise; Tax ID No. 7722698108 (Russia); Government Gazette Number 07559035 (Russia); Registration Number 1097746629639 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ELEKTROMASHINA (a.k.a. AO NPO ELEKTROMASHINA; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION ELECTROMASHINA), 2 Mashinostroiteley st, Chelyabinsk 454119, Russia; Tax ID No. 7449044990 (Russia); Registration Number 1047422507736 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE MKM (a.k.a. "AO NPO MKM"; a.k.a. "MKM LTD"), 24 Ilfata Zakirova St, Izhevsk 426072, Russia; Tax ID No. 1833001787 (Russia); Registration Number 1021801504460 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE

PRIBOR IMENI S S GOLEMBIOVSKOGO (a.k.a. AO NPO PRIBOR IMENI S S GOLEMBIOVSKOGO; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION PRIBOR NAMED AFTER S S GOLEMBIOVSKY), 1 Kirovgradskaya St., Moscow 117587, Russia; 2 ul. Novorossiiskaia, Chelyabinsk, Russia; 3 ul. Sovnarkhoznaia, Noginsk 142400, Russia; 1/21 ul. 1-ia Krasnoarmeiskaia, Saint Petersburg, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7726700943 (Russia); Registration Number 1127746541427 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE TRANSKOM (a.k.a. AO NPO TRANSKOM; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION TRANSCOM), Proezd Entuziastov D. 19, Na Ter-Rii 403, Remontnogo Zavoda, Moscow 111024, Russia; 4 str.1, per. Malyi Ivanovskii, Moscow 109028, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Tax ID No. 7709163294 (Russia); Registration Number 1027739687975 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE SVYAZ (a.k.a. AO NPP SVYAZ), Ul. Shkolnaya D. 19, Balakirevo 301214, Russia; Organization Established Date 1964; Tax ID No. 7118011916 (Russia); Registration Number 1027101505133 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNYI KOMPLEKS ELARA IMENI G.A. ILYENKO (a.k.a. AO ELARA; a.k.a. ILYENKO ELARA RESEARCH AND PRODUCTION COMPLEX OJSC; a.k.a. OPEN JOINT STOCK COMPANY ILYENKO ELARA RESEARCH AND PRODUCTION COMPLEX), Moskovsky Prospekt 40, Cheboksary, Chuvash Republic 428015, Russia; Organization Established Date 1970; Tax ID No. 2129017646

(Russia); Registration Number 1022101269123 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNOISSLEDOVATELSKIY INSTITUT MOLEKULYARNOY ELEKTRONIKI (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-ISSLEDOVATELSKII INSTITUT MOLEKULYARNOI ELEKTRONIKI; a.k.a. JOINT STOCK COMPANY NIIME; a.k.a. MOLECULAR ELECTRONICS RESEARCH INSTITUTE, JOINT STOCK COMPANY; a.k.a. NAUCHNO ISSLEDOVATELSKI INSTITUT MOLEKULYARNOI ELEKTRONIKI AO; a.k.a. NIIME, AO), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Organization Established Date 03 Sep 1964; Tax ID No. 7735579027 (Russia); Government Gazette Number 92611467 (Russia); Registration Number 1117746568829 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO-ISSLEDOVATELSKI INSTITUT MOLEKULYARNOI ELEKTRONIKI (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNOISSLEDOVATELSKIY INSTITUT MOLEKULYARNOY ELEKTRONIKI; a.k.a. JOINT STOCK COMPANY NIIME; a.k.a. MOLECULAR ELECTRONICS RESEARCH INSTITUTE, JOINT STOCK COMPANY; a.k.a. NAUCHNO ISSLEDOVATELSKI INSTITUT MOLEKULYARNOI ELEKTRONIKI AO; a.k.a. NIIME, AO), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Organization Established Date 03 Sep 1964; Tax ID No. 7735579027 (Russia); Government Gazette Number 92611467 (Russia); Registration Number 1117746568829 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNOISSLEDOVATELSKI MASHINOSTROITELNY INSTITUT IMENI V V BAKHIREVA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНОИССЛЕДОВАТЕЛЬСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ИНСТИТУТ ИМЕНИ В В БАХИРЕВА) (a.k.a. JOINT STOCK COMPANY MECHANICAL ENGINEERING RESEARCH INSTITUTE; a.k.a. NIMI IM V V BAKHIREVA AO; a.k.a. NIMI NAMED AFTER V V BAHIREV JSC), Sh. Leningradskoe D. 58, Moscow 125212, Russia; Tax ID No. 7743873015 (Russia); Registration Number 1127747236341 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO-ISSLEDOVATELSKOE PROEKTNO-TEKHNOLOGICHESKO BYURO ONEGA (a.k.a. JOINT STOCK COMPANY RESEARCH DESIGN AND TECHNOLOGICAL BUREAU ONEGA; a.k.a. JSC NAUCHNO-ISSLEDOVATELSKOYE PROYEKTNO-TEKHNOLOGICHESKOYE BYURO ONEGA (Cyrillic: АО НАУЧНО-ИССЛЕДОВАТЕЛЬСКОЕ ПРОЕКТНО-ТЕХНОЛОГИЧЕСКОЕ БЮРО ОНЕГА); a.k.a. JSC NIPTB ONEGA; a.k.a. ONEGA RESEARCH AND DEVELOPMENT TECHNOLOGICAL BUREAU), Mashinostoitelei Proezd, 12, Severodvinsk, Archangelsk region 164509, Russia; Website WWW.ONEGASTAR.RU; Organization Established Date 30 Jan 2008; Tax ID No. 2902057961 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

AKTSIONERNOE OBSHCHESTVO NAUCHNOPROIZVODSTVENNOE OBEDINENIE KURGANPRIBOR (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНОПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ КУРГАНПРИБОР) (a.k.a. AO NPO KURGANPRIBOR (Cyrillic: АО НПО КУРГАНПРИБОР); a.k.a. KURGANPRIBOR JSC), Ul. Yastrzhembskogo D. 41A, Kurgan 640007, Russia; Tax ID No. 4501129676 (Russia); Registration Number 1074501002839 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE ISTOK IMENI A. I.SHOKINA (a.k.a. AO NPP ISTOK IM. SHOKINA; a.k.a. ISTOK RESEARCH AND PRODUCTION CORPORATION NAMED AFTER SHOKIN JSC; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. JSC RPC ISTOK NAMED AFTER SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER A.I. SHOKIN; a.k.a. RESEARCH AND PRODUCTION CORPORATION ISTOK), 2A Vokzalnaya Str., Fryazino, Moscow Region 141190, Russia; Organization Established Date 31 Dec 2013; Tax ID No. 5050108496 (Russia); Registration Number 1135050007400 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE KONTAKT (a.k.a. AO NPP KONTAKT; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE KONTAKT; a.k.a. JSC SPE KONTAKT; a.k.a. "NPP CONTACT"), 1, Ul. Spitsyna, Saratov, Saratovskaya Oblast 410086, Russia; Organization Established Date 11 Dec 1991; Tax ID No. 6453097665 (Russia); Government Gazette Number 07619636 (Russia); Registration Number 1086453000567 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE PODVODNYKH TEKHNOLOGI OKEANOS (a.k.a. NPP PT OKEANOS, AO (Cyrillic: АО НПП ПТ ОКЕАНОС); a.k.a. OCEANOS JSC; f.k.a. OKEANOS, AO), d. 2 litera A pom. 1384, Bulvar Poeticheski, St. Petersburg 194295, Russia; 19/2 Esenina Street, St. Petersburg 194295, Russia; 16/2 A-H Engelsa Prospekt, St. Petersburg 195156, Russia; Website www.oceanos.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7801233338 (Russia); Government Gazette Number 13873675 (Russia); Registration Number 1037800076610 (Russia) [CYBER2] (Linked To: FEDERAL SECURITY SERVICE).

AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNY KONTSERN BARL (a.k.a. AO NPK BARL; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CONCERN BARL), Murmanskii PR D 14, Moscow 129075, Russia; Organization Established Date 16 Jul 2004; Tax ID No. 7717513841 (Russia); Government Gazette Number 74062057 (Russia); Registration Number 1047796519220 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNY KONTSERN TEKHNOLOGII MASHINOSTROENIYA (a.k.a. JOINT STOCK COMPANY SCIENTIFIC INDUSTRIAL CONCERN MANUFACTURING ENGINEERING; a.k.a. JSC SPC TECHMASH; a.k.a. NPK TEKHMASH OAO; a.k.a. OJSC

MACHINE ENGINEERING TECHNOLOGIES; a.k.a. SCIENTIFIC INDUSTRIAL CONCERN MANUFACTURING ENGINEERING OJSC), d. 58 str. 4 shosse Leningradskoe, Moscow 125212, Russia; Ul. Bolshaya Tatarskaya D. 35, Str. 5, Moscow 115184, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 06 Apr 2011; Registration ID 1117746260477 (Russia); Tax ID No. 7743813961 (Russia); Government Gazette Number 91420386 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

AKTSIONERNOE OBSHCHESTVO NAVIS ELEKTRONIKA, ul. Kulneva, d. 3, str. 1, pom. III, kom. 14A, Moscow 121170, Russia; Dmitrovskoe shosse, d. 157, str. 8, Moscow 127411, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114; Tax ID No. 7730702460 (Russia); Registration Number 1147746193891 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NAVIS GRUPP, ul. Kulneva, d. 3, str. 1, pom. III, kom. 15, Moscow 121170, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7730671533 (Russia); Registration Number 1127746728670 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND PERVY PROMYSHLENNY ALYANS (a.k.a. AO NPF PERVYI PROMYSHLENNYI ALYANS; a.k.a. JOINT-STOCK COMPANY NON-GOVERNMENTAL PENSION FUND FIRST INDUSTRIAL ALLIANCE; a.k.a. NON-STATE PENSION FUND FIRST INDUSTRIAL ALLIANCE; a.k.a. NPF PERVY PROMYSHLENNY ALYANS AO), 2E, ul.

Vishnevskogo Kazan, Tatarstan Resp. 420097, Russia; Organization Established Date 02 Mar 1999; Tax ID No. 1655319199 (Russia); Government Gazette Number 50607380 (Russia); Registration Number 1151600000210 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND (f.k.a. NEKOMMERCHESKAYA ORGANIZATSIYA NEGOSUDARSTVENNY PENSIONNY FOND VTB PENSIONNY FOND; a.k.a. NONPROFIT ORGANIZATION NON-STATE PENSION FUND VTB PENSION FUND; a.k.a. NON-STATE PENSION FUND VTB PENSION FUND, JSC; a.k.a. NPF VTB PENSION FUND JOINT STOCK COMPANY; a.k.a. NPF VTB PENSION FUND JSC; a.k.a. NPF VTB PENSIONNY FOND, AO), d. 43 str. 1 ul. Vorontsovskaya, Moscow 109147, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Registration ID 1147799014692 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNYI PENSIONNYI FOND OTKRYTIE (a.k.a. AO NPF OTKRYTIE; a.k.a. NPF OTKRITIE GROUP (Cyrillic: ГРУППА НПФ ОТКРЫТИЕ)), ul. Timura Frunze, d. 11, str. 13, Moscow 119021, Russia; ul. Gilyarovskogo, d. 39, str. 3, Moscow 129110, Russia; Organization Established Date 09 Jun 2014; Tax ID No. 7704300571 (Russia); Registration Number 1147799009104 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

AKTSIONERNOE OBSHCHESTVO NIIKHIT (a.k.a. NAUCHNO ISSLEDOVATELSKI INSTITUT KHIMICHESKIKH ISTOCHNIKOV TOKA AKTSIONERNOE OBSHCHESTVO; a.k.a. NIIHIT 2 JOINT STOCK COMPANY; a.k.a. "NIIHIT"), Ul. Im. Ordzhonikidze GK D.11 A, Saratov 410015, Russia; Tax ID No. 6451118983 (Russia); Registration Number 1026402485636 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NOVOSIBIRSKII MEKHANICHESKII ZAVOD ISKRA (a.k.a. AO NMZ ISKRA; a.k.a. JOINT STOCK COMPANY NOVOSIBIRSK MECHANICAL PLANT ISKRA), Chekalina St., Building 8, Novosibirsk 630900, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5410039642 (Russia); Registration Number 1115476008890 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NOVOSIBIRSKII PATRONNYI ZAVOD (a.k.a. JOINT STOCK COMPANY NOVOSIBIRSK CARTRIDGE PLANT; a.k.a. "JSC NPZ"), Station Building St, Bldg. 30A, Office 108, Novosibirsk 630108, Russia; Tax ID No. 5445115799 (Russia); Registration Number 1035404726246 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NOVOSIBIRSKII PRIBOROSTROITELNYI ZAVOD (a.k.a. JOINT STOCK COMPANY NOVOSIBIRSK INSTRUMENT MAKING PLANT; a.k.a. "AO NPZ"), Ul. Dusi Kovalchuk D. 179/2, Novosibirsk 630049, Russia; Tax ID No. 5402534261 (Russia); Registration Number 1115476008889 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO NPO VYSOKOTOCHNYE KOMPLEKSY (a.k.a. HIGH PRECISION WEAPONS JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION; a.k.a. JSC NPO HIGH PRECISION SYSTEMS (Cyrillic: АО НПО ВЫСОКОТОЧНЫЕ КОМПЛЕКСЫ); a.k.a. JSC NPO VYSOKOTOCHNYE KOMPLEKSY; a.k.a. NPO VYSOKOTOCHNYE KOMPLEKSY, AO), 21 str. 1, bulvar Gogolevski, Moscow 119019, Russia; 7 Kievskaya Str., Moscow 121059, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 12 Feb 2009; Registration ID 1097746068012 (Russia); Tax ID No. 7704721192 (Russia); Government Gazette Number 60390527 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-

EO14024] (Linked To: STATE CORPORATION ROSTEC).

AKTSIONERNOE OBSHCHESTVO OBEDINENNAYA DVIGATELESTROITELNAYA KORPORATSIYA (a.k.a. JOINT STOCK COMPANY UNITED ENGINE CORPORATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОБЪЕДИНЕННАЯ ДВИГАТЕЛЕСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. UNITED ENGINE CORP JSC; a.k.a. "AO ODK" (Cyrillic: "АО ОДК")), 16, Budyonny Avenue, Moscow 105118, Russia; Per. Mayakovskogo D. 11, Moscow 109147, Russia; Organization Established Date 22 Nov 2007; Tax ID No. 7731644035 (Russia); Registration Number 1107746081717 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO OBEDINENNAYA INVESTITSIONNAYA GRUPPA (a.k.a. JOINT STOCK COMPANY UNITED INVESTMENT GROUP), Nab. Pirogovskaya D. 21, Lit. A, Pom/Kom 8-N/4, OF 57, Saint Petersburg 195277, Russia; Organization Established Date 11 Jun 2019; Target Type Financial Institution; Tax ID No. 7802691764 (Russia); Registration Number 1197847134704 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO OMUTNINSKI METALLURGICHESKI ZAVOD (a.k.a. JOINT STOCK COMPANY OMUTNINSK METALLURGICAL PLANT; a.k.a. "OMZ AO"), 2 Rus Kokovikhina, Omutninsk 612740, Russia; Organization Established Date 04 Sep 2002; Tax ID No. 4322000130 (Russia); Government Gazette Number 00186329 (Russia); Registration Number 1024300962971 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO OPTRON, D. 53 k. 7 kabinet 37, ul. Shcherbakovskaya, Moscow 105187, Russia; Tax ID No. 7719019691 (Russia); Registration Number 1027700006751 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO OPYTNOE KONSTRUKTORSKOE BYURO FAKEL (a.k.a. AO OKB FAKEL; a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU FAKEL; a.k.a. JSC EDB FAKEL), Moskovskii PR D. 181, Kaliningrad 236001, Russia; Target Type State-Owned Enterprise; Tax ID No. 3906390669 (Russia); Government Gazette Number 44161069 (Russia); Registration Number 1203900004670 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO OSOBAYA EKONOMICHESKAYA ZONA PROMYSHLENNO-PROIZVODSTVENNOGO TIPA ALABUGA (a.k.a. AO OEZ PPT ALABUGA; a.k.a. JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОСОБАЯ ЭКОНОМИЧЕСКАЯ ЗОНА ПРОМЫШЛЕННО-ПРОИЗВОДСТВЕННОГО ТИПА АЛАБУГА; Cyrillic: АО ОЭЗ ППТ АЛАБУГА)), ul. Sh-2 (Oez Alabuga Ter.) 4/1, Yelabuga, Tatarstan 423600, Russia (Cyrillic: ТЕРРИТОРИЯ ОЭЗ АЛАБУГА, УЛИЦА Ш-2, КОРПУС 4/1, Елабужский Район, Республика Татарстан 423600, Russia); Promploshchadka Alabuga, ul. Sh-2, Korp. 4/1, Yelabuga, Volga federal region, Republic of Tatarstan 423600, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 24 Jul 2006; Tax ID No. 1646019914 (Russia); Registration Number 1061674037259; alt. Registration Number 95427882 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO OSOBOE KONSTRUKTORSKOE BYURO MOSKOVSKOGO ENERGETICHESKOGO INSTITUTA (a.k.a. JOINT STOCK COMPANY SPECIAL RESEARCH BUREAU OF MOSCOW POWER ENGINEERING INSTITUTE; a.k.a. "AO OKB MEI"; a.k.a. "JSC OKB MEI"), ul. Krasnokazarmennaya D. 14, Moscow 111250, Russia; Target Type State-Owned Enterprise; Tax ID No. 7722701431 (Russia); Government Gazette Number 02066983 (Russia); Registration Number 1097746729816 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO OTKRITIE BROKER (a.k.a. AO OTKRITIE BROKER; a.k.a. OTKRITIE BROKER GROUP (Cyrillic: ГРУППА ОТКРЫТИЕ БРОКЕР)), ul. Letnikovskaya, d. 2, str. 4, Moscow 115114, Russia; Organization Established Date 28 Dec 1995; Tax ID No. 7710170659 (Russia); Registration Number 1027739704772 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

AKTSIONERNOE OBSHCHESTVO PASIT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПАСИТ) (a.k.a. PASIT, AO), Avenue Leninsky, Building 30, Premise IA, Moscow 11934, Russia; Tax ID No. 7736185530 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO PERMSKI NAUCHNO-ISSLEDOVATELSKI TEKHNOLOGICHESKII INSTITUT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПЕРМСКИЙ НАУЧНО-ИССЛЬСКИЙ ТЕХНОЛОГИЧЕСКИЙ ИНСТИТУТ) (a.k.a. JSC PNITI; a.k.a. PERM SCIENTIFIC RESEARCH TECHNOLOGICAL INSTITUTE; f.k.a. PNITI PAO; a.k.a. PNITI, AO (Cyrillic: АО ПНИТИ)), Ul. Geroev Khasana D. 41, Perm 614990, Russia; D. 41 Korp. 1, Pm. A261, Ul. Geroev Khasana, Perm 614064, Russia; Tax ID No. 5904000518 (Russia); Government Gazette Number 07501343 (Russia); Registration Number 1025900913390 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO PETROVSKII ELEKTROMEKHANICHESKII ZAVOD MOLOT (a.k.a. AO PEMZ MOLOT; a.k.a. PETROVSKY ELECTROMECHANICAL ZAVOD MOLOT; a.k.a. PETROVSKY ELECTROMECHANICAL ZAVOD MOLOT), Ul. Gogolya D. 40, Petrovsk 412540, Russia; Organization Established Date 27 Dec 1991; Tax ID No. 6444009038 (Russia); Registration Number 5067847016782 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

AKTSIONERNOE OBSHCHESTVO PLUTON, Ul. Nizhnyaya Syromyatnicheskaya D. 11, Moscow 105120, Russia; Tax ID No. 7709093255 (Russia); Registration Number 1027739057356 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO POZITIV TEKNOLODZHIZ (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПОЗИТИВ ТЕКНОЛОДЖИЗ) (a.k.a. JSC POSITIVE TECHNOLOGIES; a.k.a. POZITIV TEKNOLODZHIZ, AO), d. 23A pom. V kom, 30, shosse Shchelkovskoe, Moscow 107241, Russia; Website www.ptsecurity.ru; alt. Website www.ptsecurity.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7718668887 (Russia) [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024] (Linked To: FEDERAL SECURITY SERVICE).

AKTSIONERNOE OBSHCHESTVO PREPREG-SOVREMENNYE KOMPOZITSIONNYE MATERIALY (a.k.a. JOINT STOCK COMPANY PREPREG ADVANCED COMPOSITE MATERIALS; a.k.a. PREPREG SKM AO; f.k.a. PREPREG-SOVREMENNYE KOMPOZITSIONNYE MATERIALY AO),

Volgogradskii Prospekt D. 43, Korp. 3, Moscow 109316, Russia; 42, Bld. 5, Vologradskiy Avenue, Moscow 109316, Russia; Organization Established Date 05 May 2009; Tax ID No. 7729632610 (Russia); Government Gazette Number 61664530 (Russia); Registration Number 1097746268234 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO PROEKTNO KONSTRUKTORSKOE BYURO RIO (a.k.a. AO PKB RIO), d. 19 k. 9 litera Zh, ul. Uralskaya, Saint Petersburg 199155, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7805069865 (Russia); Registration Number 1027800540162 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO PROIZVODSTVENNOE PREDPRIIATIE RADAR 2633 (a.k.a. AO RADAR 2633; a.k.a. JOINT STOCK COMPANY PRODUCTION ENTERPRISE RADAR 2633), 30 Smirnovskaya Street, Lyubertsy 140000, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5027149374 (Russia); Registration Number 1095027005820 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO PROMTEKH IRKUTSK (a.k.a. JOINT STOCK COMPANY PROMTEKH IRKUTSK), Ul. Traktovaya D. 31, Irkutsk 664014, Russia; Tax ID No. 3810058501 (Russia); Registration Number 1153850024723 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO PROMTEKH KAZAN (a.k.a. JOINT STOCK COMPANY PROMTEKH KAZAN), Ul. Dementyeva D. 1, K. 206, Kazan 420127, Russia; Tax ID No. 1661051599 (Russia); Registration Number 1161690188857 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO PROMYSHLENNYE TEKHNOLOGII (a.k.a. AO PROMTEKH; a.k.a. CLOSED JOINT STOCK COMPANY INDUSTRIAL TECHNOLOGIES), Pr-Kt Nauki D. 14, K. 5, Pomeshch. 7, Dubna 141984, Russia; Tax ID No. 5024101198

(Russia); Registration Number 1085024625510 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO PROTON (a.k.a. AO PROTON; a.k.a. JSC PROTON), ul. Leskova 19, Orel 302040, Russia; Moscow, Russia; Saratov, Russia; Tax ID No. 5753018359 (Russia); Registration Number 1025700827283 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO PROTON-ELEKTROTEKS (a.k.a. AO PROTON-ELEKTROTEKS; a.k.a. JSC PROTON-ELECTROTEX), ul. Leskova d. 19, pom. 27, of. 14, Orel 302040, Russia; Tax ID No. 5753020414 (Russia); Registration Number 1025700825248 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO PYEZO, Ul. Buzheninova D. 16, Moscow 105023, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7718115603 (Russia); Registration Number 1027739447031 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO RAU FARM (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАУ ФАРМ) (a.k.a AO RAU FARM (Cyrillic: АО РАУ ФАРМ); a.k.a. JOINT STOCK COMPANY RAU PHARM; a.k.a. JSC RAW FARM), ul. Mnevniki, D. 3, K. 1, ET/KOM 1/12, Moscow 123308, Russia (Cyrillic: УЛИЦА МНЁВНИКИ, ДОМ 3, КОРПУС 1, ЭТ/КОМ 1/12, МОСКВА 123308, Russia); Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 05 Oct 1999; alt. Organization Established Date 27 Aug 2002; Tax ID No. 7701220889 (Iran); Government Gazette Number 51115868 (Iran); Business Registration Number 1027739119650 (Russia) [NPWMD] [RUSSIA-EO14024] (Linked To: 27TH SCIENTIFIC CENTER).

AKTSIONERNOE OBSHCHESTVO RAVENSTVO-SERVICE (a.k.a. AO RAVENSTVO-SERVICE; a.k.a. SC RAWENSTVO-SERVICE), Ul. Promyshlennaya D. 19, Saint Petersburg 198099, Russia; Organization Established Date 25 Mar 1993; Tax ID No. 7805417618 (Russia); Registration

Number 1079847012453 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

AKTSIONERNOE OBSHCHESTVO REMDIZEL (a.k.a. JOINT STOCK COMPANY REMDIZEL), 40 Menzelinskii Trakt, Naberezhnye Chelny 423800, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1650004741 (Russia); Registration Number 1021602015050 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ROSSIISKII EKSPORTNYI TSENTR (f.k.a. AO NATSIONALNY EKSPORTNY TSENTR; a.k.a. AO ROSSIISKII EKSPORTNYI TSENTR; a.k.a. AO ROSSIISKI EKSPORTNY TSENTR; a.k.a. JSC RUSSIAN EXPORT CENTER), D. 12 etazh 13 pom. 1301, naberezhnaya Krasnopresnenskaya, Moscow 123610, Russia; Website exportcenter.ru; Tax ID No. 7703376553 (Russia); Registration Number 1157746363994 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

AKTSIONERNOE OBSHCHESTVO RTS-KHOLDING (a.k.a. AO RTS-KHOLDING; a.k.a. RTS-HOLDING JOINT STOCK COMPANY; a.k.a. RTS-HOLDING JSC), Nab. Tarasa Shevchenko D. 23A, Ofisnoe Zd. Bashnya-2000, Moscow 121151, Russia; Website fintender.ru; Tax ID No. 7723825581 (Russia); Registration Number 1127746030411 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

AKTSIONERNOE OBSHCHESTVO RUST 95 (a.k.a. "AO RUST 95"), Ul. Severnaya D. 12, Kolpino 196655, Russia; Tax ID No. 7728120384 (Russia); Registration Number 1027700457443 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO RYAZANSKII ZAVOD METALLOKERAMICHESKIKH PRIBOROV (a.k.a. RYAZAN METAL CERAMICS INSTRUMENTATION PLANT JSC; a.k.a. RYAZAN PLANT OF METAL-CERAMIC DEVICES (Cyrillic: РЯЗАНСКИЙ ЗАВОД МЕТАЛЛОКЕРАМИЧЕСКИХ ПРИБОРОВ); a.k.a. "AO RZMKP"), 51B Novaya St., Ryazan

390027, Russia; Organization Established Date 1964; Tax ID No. 6230006400 (Russia); Registration Number 1026201102377 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AKTSIONERNOE OBSHCHESTVO SARATOVSKI RADIOPRIBORNYI ZAVOD (a.k.a. JSC SARATOVSKI RADIOPRIBORNYI ZAVOD; a.k.a. "AO SRZ"; a.k.a. "SRZ PAO"), PR-KT 50 Let Oktyabrya D. 108, Saratov 410040, Russia; Organization Established Date 1970; Tax ID No. 6453104288 (Russia); Registration Number 1096453002690 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

AKTSIONERNOE OBSHCHESTVO SEVASTOPOLSKIY MORSKOY BANK (a.k.a. AO SEVASTOPOLSKIY MORSKOY BANK; a.k.a. JOINT STOCK COMPANY SEVASTOPOLSKY MORSKOY BANK; a.k.a. JSC SEVASTOPOLSKY MORSKOY BANK), 18a Brestska Street, Sevastopol, Crimea 99001, Ukraine; 18/A Ulitsa Brestskaya, Sevastopol, Crimea 299001, Ukraine; SWIFT/BIC MORKUAUK; Website www.morskoybank.com; Email Address root@morskoybank.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149204013397 [UKRAINE-EO13685].

AKTSIONERNOE OBSHCHESTVO SG-DEVELOPMENT (f.k.a. GALS-DEVELOPMENT PAO; f.k.a. HAS-DEVELOPMENT JSC; f.k.a. JOINT STOCK COMPANY HALS-DEVELOPMENT; f.k.a. PUBLIC JOINT STOCK COMPANY HALS-DEVELOPMENT; f.k.a. PUBLIC JOINT STOCK COMPANY SG-DEVELOPMENT; a.k.a. SG-DEVELOPMENT, AO), d. 35 str. 1 Etazh 5, Pomeshch. I, Kom. 129, Prospekt Leningradski, Moscow 125284, Russia; Website www.hals-development.ru; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 21 Jan 1994; Organization Type: Real estate activities on a fee or contract basis; Registration ID 1027739002510 (Russia); Tax ID No. 7706032060 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx

#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

AKTSIONERNOE OBSHCHESTVO SHVABE (a.k.a. AO SHVABE; a.k.a. JOINT STOCK COMPANY SHVABE; f.k.a. SHVABE PAO), 176, Prospekt Mira, Moscow 129366, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type State-Owned Enterprise; Registration ID 1107746256727 (Russia); Tax ID No. 7717671799 (Russia); Government Gazette Number 07508641 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

AKTSIONERNOE OBSHCHESTVO SIBIRSKAYA UGOLNAYA ENERGETICHESKAYA KOMPANIYA (a.k.a. JSC SUEK), d. 53 str. 7, ul. Dubininskaya, Moscow 115054, Russia; Tax ID No. 7708129854 (Russia); Registration Number 1027700151380 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO SIBIRSKI NAUCHNO ISSLEDOVATELSKI INSTITUT GEOLOGII, GEOFIZIKI I MINERALNOGO SYRYA (a.k.a. SIBERIAN SCIENTIFIC RESEARCH INSTITUTE OF GEOLOGY GEOPHYSICS AND MINERAL RAW MATERIAL JOINT STOCK COMPANY; a.k.a. SNIIGGIMS AO; a.k.a. SNIIGGIMS JSC), Prospekt Krasny 67, Novosibirsk, Novosibirskaya Obl 630091, Russia; Organization Established Date 07 Jul 2015; Target Type State-Owned Enterprise; Tax ID No. 5406587935 (Russia); Government Gazette Number 01423607 (Russia); Registration Number 1155476074390 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO SITIBAIK (a.k.a. JOINT STOCK COMPANY CITYBIKE; a.k.a. SITIBAIK AO (Cyrillic: АО СИТИБАЙК)), Nab. Berezhkovskaya D. 20, Str. 9, Pomeshch. 1, Moscow 121059, Russia; Organization Established Date 23 Nov 2012; Tax ID No. 7734691058 (Russia); Registration Number 1127747175160 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

AKTSIONERNOE OBSHCHESTVO SOVKOMBANK STRAKHOVANIE (a.k.a. AO SOVKOMBANK STRAKHOVANIE; a.k.a. SOVCOMBANK INSURANCE JSC), Pr-Kt Moskovskii D.79a, Lit.A, Saint Petersburg 196084, Russia; Website kfins.ru; Tax ID No. 7812016906 (Russia); Registration Number 1027810229150 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

AKTSIONERNOE OBSHCHESTVO SOVMESTNOE TEKHNOLOGICHESKOE PREDPRIYATIE PERMSKII ZAVOD METALLOOBRABATYVAYUSHCHIKH TSENTROV (a.k.a. JOINT STOCK COMPANY TECHNOLOGICAL ENTERPRISE PERM PLANT OF METAL WORKING CENTERS; a.k.a. PERM FACTORY METAL CENTERS STP STOCK COMPANY; a.k.a. "AO STP PZMTS"; a.k.a. "PZMC"), 155 Promyshlennaya Street, Perm 614065, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5905951227 (Russia); Registration Number 1145958055870 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO SPETSIALIZIROVANNYI ZASTROISHCHIK IKS (a.k.a. IKS JOINT STOCK COMPANY; a.k.a. "AO SZ IKS"; a.k.a. "IKS JSC"), 33 Oktyabrskaya St., Nizhny Novgorod 603005, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 5263023906 (Russia); Registration Number 1025203020424 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

AKTSIONERNOE OBSHCHESTVO SPETSIALNOE KONSTRUKTORSKOE BIURO TRANSPORTNOGOMASHINOSTROENIIA (a.k.a. AO SPETSMASH; a.k.a. JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF TRANSPORT MECHANICAL ENGINEERING; a.k.a. SPECMASH KB), 47 Stachek Ave., Korp

2, Saint Petersburg 198097, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7805019624 (Russia); Registration Number 1027802749061 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO SPETSIALNOE KONSTRUKTORSKOE BYURO VYCHISLITELNOI TEKHNIKI (a.k.a. "AO SKB VT"), Ul. Maksima Gorkogo D. 1, Pskov 180007, Russia; Organization Established Date 11 Dec 1991; Tax ID No. 6027075580 (Russia); Registration Number 1036000308937 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AKTSIONERNOE OBSHCHESTVO SPETSIALNOE PROEKTNO KONSTRUKTORSKOE BYURO SREDSTV UPRAVLENIYA (a.k.a. "AO SPKB SU"), Per. Vagzhanovskii D. 9, Tver 170100, Russia; Organization Established Date 26 Feb 1976; Tax ID No. 6950087667 (Russia); Registration Number 1086952019164 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AKTSIONERNOE OBSHCHESTVO STANKOMASHKOMPLEKS (a.k.a. JOINT STOCK COMPANY STANKOMASHKOMPLEKS; a.k.a. STANKOMACHCOMPLEX COMPANY), Ul. Akademika Tupoleva D. 124, Tver 170019, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6901093347 (Russia); Registration Number 1056900216350 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO STROMMASHINA SHCHIT (a.k.a. JOINT STOCK COMPANY STROMMASHINA SHIELD), Ul. 22 Partsyezda D. 10A, Samara 443022, Russia; Tax ID No. 6318196490 (Russia); Registration Number 1116318008135 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO SVETLANA ROST (a.k.a. SVETLANA ROST JOINT STOCK COMPANY), d.27 Prospekt Engelsa, Saint Petersburg 194156, Russia; Organization Established Date 01 Nov 2004; Tax ID No. 7802309269 (Russia); Registration Number 1047855125592 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TASKOM (a.k.a. AO TASKOM; a.k.a. TACKOM), Ter. Severnaya Promyshlennaya Zona, Vladenie 6, Str. 1, Vorsino 249020, Russia; Tax ID No. 4025422770 (Russia); Registration Number 1094025002246 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TEKNIP ENERDZHIS RUS (a.k.a. JSC ENERGIES (Cyrillic: АО ЭНЕРДЖИС); f.k.a. TEKNIP RUS AO (Cyrillic: ТЕКНИП РУС АО)), d. 266 str. 1 pom. 8.1-N.152, 8 etazh, prospekt Ligovski, St. Petersburg 196006, Russia; Tax ID No. 7810913731 (Russia); Registration Number 1027810258882 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TERRA TEKH (a.k.a. AO TERRA TEKH (Cyrillic: АО ТЕРРА ТЕХ); a.k.a. JOINT STOCK COMPANY TERRA TECH (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТЕРРА ТЕХ)), Ul. Aviamotornaya D. 53, Str. 1, Kom. 93, Moscow 111250, Russia; Organization Established Date 25 Dec 2017; Target Type State-Owned Enterprise; Tax ID No. 7722429553 (Russia); Registration Number 5177746378431 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TESTPRIBOR (a.k.a. AO TESTPRIBOR; a.k.a. JSC TESTPRIBOR), ul. Planernaya d. 7A, Moscow 125480, Russia; Tax ID No. 7733627211 (Russia); Registration Number 1077761778423 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TORGOVO-FINANSOVAYA KOMPANIYA KAMAZ (a.k.a. JOINT-STOCK COMPANY TRADING-FINANCIAL COMPANY KAMAZ; a.k.a. JSC TFK KAMAZ; a.k.a. TFK KAMAZ AO; f.k.a. TORGOVO-FINANSOVAYA KOMPANIYA KAMAZ AO), Raion Avtomobilnogo Zavoda, ABK-421, Naberezhnyye Chelny 423800, Russia; 12, proezd Avtosborochny, Naberezhnye Chelny, Tatarstan Resp. 423800, Russia; Organization Established Date 23 Oct 1997; Tax ID No. 1653019048 (Russia); Government Gazette Number 47104250 (Russia); Registration Number 1021602019097 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

AKTSIONERNOE OBSHCHESTVO TORGOVYI DOM PROTON-ELEKTROTEKS (a.k.a. AO TD PROTON-ELEKTROTEKS; a.k.a. TRADING HOUSE PROTON-ELECTROTEX), ul. Leskova d. 19, pomeshchenie 27, office 14, Orel 302040,

Russia; Tax ID No. 5753039510 (Russia); Registration Number 1065753010641 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TOZ METIZ, Ul. Sovetskaya 1A, pomeshch. 420, Tula 300041, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7107107736 (Russia); Registration Number 1157154016360 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TSENTR EKSPLUATATSII OBEKTOV NAZEMNOI KOSMICHESKOI INFRASTRUKTURY (a.k.a. FEDERAL STATE UNITARY ENTERPRISE CENTER FOR OPERATION OF SPACE GROUND BASED INFRASTRUCTURE; a.k.a. FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE TSENTR EKSPLUATATSII OBEKTOV NAZEMNOI KOSMICHESKOI INFRASTRUKTURY; a.k.a. "AO TSENKI"; a.k.a. "FSUE TSENKI"), 42 Shchepkina Str., Moscow 129110, Russia; Tax ID No. 9702013720 (Russia); Registration Number 1207700033760 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TSENTR TSIFROVYKH TEKHNOLOGII (a.k.a. CENTER OF DIGITAL TECHNOLOGIES), Ul. Pavlova 2 A, Kazan 420127, Russia; Ul. Dementyeva d. 1, Kazan 420036, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1661042795 (Russia); Registration Number 1141690092367 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TSENTRALNOE KONSTRUKTORSKOE BYURO APPARATOSTROENIYA (a.k.a. CENTRAL DESIGN BUREAU OF APPARATUS ENGINEERING; a.k.a. "AO TSKBA"; a.k.a. "APPARATUS DEVELOPMENT JOINT STOCK COMPANY"; a.k.a. "JSC CDBAE"), 36, ul Demonstratsii, Tula 300034, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order

14024, as amended by Executive Order 14114.; Tax ID No. 7106002868 (Russia); Registration Number 1027100740941 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TSENTRALNYI NAUCHNO ISSLEDOVATELSKII RADIOTEKHNICHESKII INSTITUIMENI AKADEMIKA A I BERGA (a.k.a. AO TSNIRTI IM AKADEMIKA A I BERGA; a.k.a. CENTRAL RESEARCH RADIO ENGINEERING INSTITUTE NAMED AFTER ACADEMICIAN A I BERG; a.k.a. JOINT STOCK COMPANY TSNIRTI NAMED AFTER ACADEMICIAN A I BERG; a.k.a. "108 INSTITUTE"), 20 Nova Basmanna Street, Building 9, Moscow 107078, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9701039940 (Russia); Registration Number 1167746458648 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO TURAEVSKOE MASHINOSTROITELNOE KONSTRUKTORSKOE BYURO SOYUZ (a.k.a. AO TMKB SOYUZ; a.k.a. SOYUZ TURAEVO ENGINEERING DESIGN BUREAU JSC; a.k.a. Ter. Promzona Turaevo Str 10, Lytkarino 140080, Russia; Organization Established Date 01 Aug 1964; Tax ID No. 5026000759 (Russia); Registration Number 1035004901700 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AKTSIONERNOE OBSHCHESTVO ULYANOVSKII PATRONNYI ZAVOD (a.k.a. JSC THE ULYANOVSK CARTRIDGE WORKS; a.k.a. ULNAMMO; a.k.a. "AO UPZ"), ul. Shoferov D. 1, Ulyanovsk 432007, Russia; Tax ID No. 7328500127 (Russia); Registration Number 1047301521520 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSISKOGO FONDA PRYAMYKH INVESTITSI (a.k.a. AKTSIONERNOYE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSIYSKOGO FONDA PRYAMYKH INVESTITSIY; a.k.a. JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УПРАВЛЯЮЩАЯ КОМПАНИЯ

РОССИЙСКОГО ФОНДА ПРЯМЫХ ИНВЕСТИЦИЙ); f.k.a. LIMITED LIABILITY COMPANY MANAGEMENT COMPANY OF RDIF; f.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RFPI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РФПИ); a.k.a. "AO UK RFPI" (Cyrillic: "АО УК РФПИ"); a.k.a. "JSC MC RDIF"), Naberezhnaya Presnenskaya, Dom 8 Stroyeniye 1, Etaj 7, Moscow 123112, Russia (Cyrillic: Набережная Пресненская, Дом 8, Строение 1, Этаж 7, Москва 123112, Russia); Website www.rdif.ru; alt. Website www.investinrussia.com; Organization Established Date 11 Apr 2017; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 7703425673 (Russia); Government Gazette Number 15110384 (Russia); Registration Number 1177746367017 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO URALELEKTROMED (a.k.a. JOINT STOCK COMPANY URALELEKTROMED; f.k.a. OPEN JOINT STOCK COMPANY URALELECTROMED; a.k.a. URALELEKTROMED AO; a.k.a. URALELEKTROMED JSC; a.k.a. URALELEKTROMED PUBLIC JOINT STOCK COMPANY), 1, Lenin Street, Lugovskoy 624091, Russia; 1, prospekt Uspenski Verkhnyaya Pyshma, Sverdlovsk region 624091, Russia; Organization Established Date 23 Dec 1992; Tax ID No. 6606003385 (Russia); Government Gazette Number 00194429 (Russia); Registration Number 1026600726657 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO URALSKI NAUCHNO-ISSLEDOVATELSKI INSTITUT KOMPOZITSIONNYKH MATERIALOV (a.k.a. JOINT STOCK COMPANY THE URALS SCIENTIFIC RESEARCH INSTITUTE OF COMPOSITE MATERIALS; a.k.a. UNIIKM AO; f.k.a. URALSKI NII KOMPOZITSIONNYKH MATERIALOV PAO), Ul. Novozavginskaya D. 57, Perm 614014, Russia; Tax ID No. 5906092190 (Russia); Government Gazette Number 07523132 (Russia); Registration Number 1095906003490 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO URALSKI ZAVOD GRAZHDANSKOI AVIATSII (a.k.a. AO

URAL CIVIL AVIATION FACTORY; a.k.a. JOINT STOCK COMPANY URALS WORKS OF CIVIL AVIATION; a.k.a. "UZGA AO"), Ul. Bakhchivandzhi 2G,, Ekaterinburg, Svedlovskaya Oblast 620025, Russia; Organization Established Date 16 Mar 1939; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 6664013640 (Russia); Government Gazette Number 01128452 (Russia); Registration Number 1026605766560 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO URALSKII NAUCHNO TEKHNOLOGICHESKII KOMPLEKS (a.k.a. JOINT STOCK COMPANY URAL SCIENTIFIC AND TECHNOLOGICAL COMPLEX; a.k.a. "AO UNTK"), Vostochnoe sh. 28a, Nizhny Tagil 622007, Russia; Ul. paradnaya d. 8, Saint Petersburg 191014, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6667001522 (Russia); Registration Number 1026601368023 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO URALSKIY ZAVOD TRANSPORTNOGO MASHINOSTROENIYA (a.k.a. JSC URALTRANSMASH (Cyrillic: АО УРАЛТРАНСМАШ); a.k.a. THE URALS PLANT OF TRANSPORT ENGINEERING; a.k.a. URALS PLANT OF TRANSPORTATION MACHINERY JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УРАЛЬСКИЙ ЗАВОД ТРАНСПОРТНОГО МАШИНОСТРОЕНИЯ)), 29 Frontovykh Brigad St., Ekaterinburg, Sverdlovsk Region 620017, Russia; Organization Established Date 15 May 2009; Tax ID No. 6659190900 (Russia); Business Registration Number 1096659005200 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO URALSKOE KONSTRUKTORSKOE BIURO TRANSPORTNOGO MASHINOSTROENIIA (a.k.a. JOINT STOCK COMPANY THE URAL DESIGN OFFICE OF TRANSPORT MECHANICAL ENGINEERING; a.k.a. JOINT STOCK COMPANY URAL DESIGN BUREAU OF TRANSPORT ENGINEERING; a.k.a. "AO UKBTM"), Vostochnye shosse 38, Nizhny Tagil 622007, Russia; Secondary sanctions risk: this person is designated for operating or having

operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6623049453 (Russia); Registration Number 1086623004380 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO VAD (a.k.a. AO, VAD; a.k.a. CJSC VAD; a.k.a. JOINT STOCK COMPANY VAD; a.k.a. JSC VAD; a.k.a. VAD, AO; a.k.a. ZAO VAD; a.k.a. "HIGH-QUALITY HIGHWAYS"), 133, ul. Chernyshevskogo, Vologda, Vologodskaya Obl 160019, Russia; 122 Grazhdanskiy Prospect, Suite 5, Liter A, St. Petersburg 195267, Russia; Website www.zaovad.com; Email Address office@zaovad.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037804006811 (Russia); Tax ID No. 7802059185 (Russia); Government Gazette Number 34390716 (Russia) [UKRAINE-EO13685].

AKTSIONERNOE OBSHCHESTVO VAKUUM.RU (a.k.a. JOINT STOCK COMPANY VAKUUM.RU (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВАКУУМ.РУ); a.k.a. JSC VACUUM.RU (Cyrillic: АО ВАКУУМ.РУ)), Proezd Savelkinskii D. 4, E 13, Pom. XXI K 4 Of 4G, Zelenograd 124482, Russia; Passage No. 4922, Building 4, Floor 1, Room 55, Zelenograd, Moscow 124460, Russia; Organization Established Date 27 May 2019; Organization Type: Wholesale of other machinery and equipment; Target Type Private Company; Tax ID No. 7735183762 (Russia); Government Gazette Number 39727818 (Russia); Registration Number 1197746343772 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO VEB INFRASTRUKTURA (a.k.a. AO INFRAVEB; a.k.a. JSC INFRAVEB), ul. Mashi Poryvaevoi D. 7 str. V, Moscow 107078, Russia; ul. Vozdvizhenka D. 7/6, str. 1, et/pom/kom 3/II/7, Moscow 119019, Russia; Website webinfra.ru; Tax ID No. 7704133578 (Russia); Registration Number 1027739088410 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

AKTSIONERNOE OBSHCHESTVO VERKHNESALDINSKII ZAVOD KHIMICHESKIKH EMKOSTEI (a.k.a. JOINT STOCK COMPANY VERKHNYAYA SALDA CHEMICAL CONTAINER PLANT; a.k.a. "AO VZKHE"), 105 Molodezhny Poselok Street, Verkhnyaya Salda 624761, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6623136353 (Russia); Registration Number 1206600070918 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO VERKHNEUFALEISKII ZAVOD URALELEMENT (a.k.a. AO URALELEMENT; a.k.a. JSC VERHNEUFALEYSKY ZAVOD URALELEMENT), Ul. Dmitrieva D. 24, Verkhniy Ufaley 456800, Russia; Organization Established Date 12 May 1992; Tax ID No. 7402006277 (Russia); Registration Number 1047401500046 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

AKTSIONERNOE OBSHCHESTVO VERTOLETY ROSSII (a.k.a. JOINT STOCK COMPANY RUSSIAN HELICOPTERS; a.k.a. JSC RUSSIAN HELICOPTERS; a.k.a. OPEN JOINT STOCK COMPANY RUSSIAN HELICOPTERS; a.k.a. RUSSIAN HELICOPTERS JOINT STOCK COMPANY; a.k.a. VERTOLETY ROSSII AO), Entrance 9, 12, Krasnopresnenskaya emb., Moscow 123610, Russia; 1, Ul. Bolshaya Pionerskaya, Moscow 115054, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1077746003334 (Russia); Tax ID No. 7731559044 (Russia); Government Gazette Number 98927243 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

AKTSIONERNOE OBSHCHESTVO VLADIMIRSKII ZAVOD PRETSIZIONNYKH SPLAVOV (a.k.a. AO VZPS; a.k.a. JSC VLADIMIR PLANT OF PRECISION ALLOYS), Ul Kuibysheva 26, Vladimir 600035, Russia; Per. Ozerkovskoi D. 12, Pomeshch. I, Kom. 21, Moscow 115184, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3328453012 (Russia); Registration Number 1083328004044 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO VNIPIGAZDOBYCHA, 4, Sakko and Vantsetti Street, Saratov 410012, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6455010081 (Russia); Registration Number 1026403670127 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO VSEROSSIISKII NAUCHNO ISSLEDOVATELSKII GEOLOGORAZVEDOCHNYI INSTITUT UGOLNYKH MESTOROZHDENII (a.k.a. VNIGRIUGOL AO), Prospekt Stachki ZD. 200/1, Rostov-on-Don 344090, Russia; Tax ID No. 6194001160 (Russia); Registration Number 1156196053353 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO VSEROSSISKI NEFTYANOI NAUCHNO ISSLEDOVATELSKI GEOLOGORAZVEDOCHNY INSTITUT (a.k.a. ALL RUSSIA PETROLEUM RESEARCH EXPLORATION INSTITUTE JOINT STOCK COMPANY; a.k.a. VNIGRI JSC; a.k.a. VNIGRI PAO), d. 20 k. 2 litera A pom. 208, ul. Fayansovaya, St. Petersburg 192019, Russia; Organization Established Date 01 Aug 2016; Target Type State-Owned Enterprise; Tax ID No. 7816334628 (Russia); Government Gazette Number 01423435 (Russia); Registration Number 1167847310916 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO VTB DEVELOPMENT (a.k.a. AO VTB DEVELOPMENT (Cyrillic: АО ВТБ ДЕВЕЛОПМЕНТ); a.k.a. JOINT STOCK COMPANY VTB DEVELOPMENT; a.k.a. VTB DEVELOPMENT AO), Ul. B. Morskaya D. 30, Saint Petersburg 190000, Russia; d. 11 litera A kom 560, per. Degtyarny, St. Petersburg 191144, Russia; Organization Established Date 07 Jul 2005; Organization Type: Non-specialized wholesale trade; Tax ID No.

7838327945 (Russia); Registration Number 1057811461091 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

AKTSIONERNOE OBSHCHESTVO ZAVOD ELEKON (a.k.a. ZAVOD ELECON), Ul. Korolenko D. 58, Kazan 420094, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1657032272 (Russia); Registration Number 1021603145541 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ZAVOD FIOLENT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЗАВОД ФИОЛЕНТ) (a.k.a. АО ZAVOD FIOLENT (Cyrillic: АО ЗАВОД ФИОЛЕНТ); a.k.a. JOINT STOCK COMPANY FIOLENT PLANT; a.k.a. JSC FIOLENT PLANT; a.k.a. ZAVOD FIOLENT, PAT), House 34/2, Kievskaya Street, Simferopol, Crimea 295017, Ukraine; Website www.phiolent.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102048745 (Russia); Registration Number 1149102099640 (Russia) [UKRAINE-EO13685].

AKTSIONERNOE OBSHCHESTVO ZAVOD METALLOKERAMICHESKIKH MATERIALOV METMA (a.k.a. АО METMA; a.k.a. METMA METAL AND CERAMIC MATERIALS PLANT JSC), Ul. Krylova D. 53A, Yoshkar Ola 424007, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Tax ID No. 1215055989 (Russia); Registration Number 1021200754266 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ZAVOD PROTON, PL. Shokina D. 1, STR. 6, Zelenograd 124498, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Tax ID No. 7735127119 (Russia); Registration

Number 1037735024744 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OBSHCHESTVO ZAVOD SELMASH, Ul. Shchorsa, D. 66, Kirov 610014, Russia; Tax ID No. 4345195478 (Russia); Registration Number 1074345039339 (Russia) [RUSSIA-EO14024].

AKTSIONERNOE OSCHEVSTVO GOLOVNOE PROIZVODSTVENNO-TEHNICHESKOE PREDPRIYATIE GRANIT (a.k.a. ALMAZ-ANTEY GPTP GRANITE; a.k.a. JSC GPTP GRANIT; a.k.a. JSC HEAD TECHNOLOGICAL ENTERPRISE GRANIT; a.k.a. LEADING PRODUCTION AND TECHNICAL ENTERPRISE GRANIT), 7 Molodogvardeyskaya Str., Moscow 121467, Russia; Organization Established Date 18 Oct 2002; Tax ID No. 7731263174 (Russia); Registration Number 1027731005323 (Russia) [RUSSIA-EO14024].

AKTSIONERNOYE OBSHCHESTVO 179 SUDOREMONTNYY ZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 179 СУДОРЕМОНТНЫЙ ЗАВОД) (a.k.a. 179TH SHIP REPAIR PLANT JOINT STOCK COMPANY; a.k.a. 179TH SHIP REPAIR YARD JSC; a.k.a. "179 SRZ AO"), 1 Ulitsa Portovaya, Khabarovsk 680018, Russia; Organization Established Date 27 Oct 2008; Tax ID No. 2725078713 (Russia); Registration Number 1082722011680 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

AKTSIONERNOYE OBSHCHESTVO 30 SUDOREMONTNYY ZAVOD (a.k.a. 30TH SHIP REPAIR FACTORY JOINT STOCK COMPANY; a.k.a. "30 SRZ AO"), 23 Ulitsa Sudoremontnaya, Fokino 692890, Russia; Organization Established Date 07 Dec 2010; Tax ID No. 2512304968 (Russia); Registration Number 1102503001083 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

AKTSIONERNOYE OBSHCHESTVO BANK SEVERNY MORSKOY PUT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО БАНК СЕВЕРНЫЙ МОРСКОЙ ПУТЬ) (a.k.a. АО SMP BANK (Cyrillic: АО СМП БАНК); a.k.a. SMP BANK; a.k.a. SMP BANK OPEN JOINT STOCK COMPANY; a.k.a. SMP BANK, AO), d. 71 k. 11, ul. Sadovnicheskaya Street, Moscow

115035, Russia; SWIFT/BIC SMBKRUMM; Website www.smpbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Tax ID No. 7750005482 (Russia); Government Gazette Number 56657657 (Russia); Registration Number 1097711000078 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

AKTSIONERNOYE OBSHCHESTVO B-KRIPTO (a.k.a. JOINT-STOCK COMPANY B-CRYPTO (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО Б-КРИПТО)), Ter. Skolkovo Innovatsionnogo Tsentra, B-R Bolshoi, D. 42, Str. 1, Pomeshch. #1160, Moscow 121205, Russia; Website https://www.b-crypto.ru; Organization Established Date 12 Oct 2022; Tax ID No. 9731101346 (Russia) [RUSSIA-EO14024].

AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДАЛЬНЕВОСТОЧНЫЙ ЦЕНТР СУДОСТРОЕНИЯ И СУДОРЕМОНТА) (a.k.a. JSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. OJSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. "AO DTSSS" (Cyrillic: "АО ДЦСС"); a.k.a. "FESRC"; a.k.a. "FESRC JSC"; a.k.a. "JSC DCSS"; a.k.a. "JSC DTSSS"), 72 Svetlanskaya Ulitsa, Vladivostok, Primorsky Territory 690001, Russia; Tax ID No. 2536196045 (Russia); Government Gazette Number 80952329 (Russia); Registration Number 1072536016211 (Russia) [RUSSIA-EO14024].

AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY ZAVOD ZVEZDA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДАЛЬНЕВОСТОЧНЫЙ ЗАВОД ЗВЕЗДА) (a.k.a. FAR EASTERN PLANT ZVEZDA JOINT STOCK COMPANY; a.k.a. "DVZ ZVEZDA AO"; a.k.a. "FEP ZVEZA JSC"), 1 Ulitsa Stepana Lebedeva, Bolshoi Kamen 692801, Russia; Organization Established Date 06 Nov 2008; Tax ID No. 2503026908 (Russia); Registration Number 1082503000931 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

AKTSIONERNOYE OBSHCHESTVO DUBNENSKIY MASHINOSTROITELNYY ZAVOD IMENI NP FODOROVA (a.k.a. DUBNA ENGINEERING PLANT; a.k.a. DUBNA

MACHINE BUILDING PLANT; a.k.a. JOINT STOCK COMPANY DUBNENSKY MACHINE BUILDING PLANT NAMED AFTER NP FEDOROV), ul. Zhukovsky, d. 2, str. 1, Dubna, Moscow Region 141983, Russia; Tax ID No. 5010030050 (Russia); Registration Number 1045002200616 (Russia) [RUSSIA-EO14024].

AKTSIONERNOYE OBSHCHESTVO GOSUDARSTVENNAYA TRANSPORTNAYA LIZINGOVAYA KOMPANIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГОСУДАРСТВЕННАЯ ТРАНСПОРТНАЯ ЛИЗИНГОВАЯ КОМПАНИЯ) (a.k.a. GTLK AO (Cyrillic: АО ГТЛК); a.k.a. JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY; a.k.a. JSC GTLK; a.k.a. PJSC GTLK; a.k.a. PJSC STLC; a.k.a. PUBLIC JOINT STOCK COMPANY STATE TRANSPORT LEASING COMPANY), 31A Leningradsky prospekt, Bldg 1, Moscow 125284, Russia; ul. Respubliki, D. 73, Kom. 100, Salekhard, Yamalo-Nenets Autonomous Region 629008, Russia (Cyrillic: ул. Республики, д. 73, ком. 100, г. Салехард, Ямало-Ненецкий Автономный Округ 629008, Russia); Tax ID No. 7720261827 (Russia); Government Gazette Number 57992197 (Russia); Registration Number 1027739407189 (Russia) [RUSSIA-EO14024].

AKTSIONERNOYE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOYE PREDPRIYATIYE SAPFIR (a.k.a AO NPP SAPFIR; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE SAPFIR; a.k.a. RESEARCH AND PRODUCTION ENTERPRISE SAPFIR JOINT STOCK COMPANY; a.k.a. RPE SAPFIR JSC; a.k.a. RPE SAPFIR PJSC), 53 Shcherbakovskaya Str., Moscow 105318, Russia; Organization Established Date 13 Sep 1993; Tax ID No. 7719007689 (Russia); Registration Number 1027700070661 (Russia) [RUSSIA-EO14024].

AKTSIONERNOYE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOYE PREDPRIYATIYE START IM. A.I. YASKINA (a.k.a. AO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE START IM. A.I. IASKINA; a.k.a. JSC START SCIENTIFIC AND PRODUCTION ENTERPRISE NAMED AFTER A.YASKIN; a.k.a. NPP START IM. A. I. YASKINA AO; a.k.a. OPEN JOINT STOCK COMPANY START SCIENTIFIC AND PRODUCTION ENTERPRISE NAMED AFTER A. YASKIN), 24 Pribaltiyskaya Str.,

Yekaterinburg, Sverdlovsk 620007, Russia; Tax ID No. 6662054224 (Russia) [RUSSIA-EO14024].

AKTSIONERNOYE OBSHCHESTVO SEVERO-VOSTOCHNYY REMONTNYY TSENTR (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СЕВЕРО-ВОСТОЧНЫЙ РЕМОНТНЫЙ ЦЕНТР) (a.k.a. NORTH-EASTERN SHIP REPAIR CENTER JOINT STOCK COMPANY; a.k.a. "SVRTS PAO"), 1 Ulitsa Vladivostokskaya, Vilyuchinsk 684090, Russia; Organization Established Date 27 Feb 2008; Tax ID No. 4102009338 (Russia); Registration Number 1084141000492 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

AKTSIONERNOYE OBSHCHESTVO TSENTR SUDOREMONTA DALZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЦЕНТР СУДОРЕМОНТА ДАЛЬЗАВОД) (a.k.a. DALZAVOD SHIP REPAIR CENTRE JOINT STOCK COMPANY; a.k.a. "TSSD AO"; a.k.a. "TSSD JSC"), 2 Dalzvodskaya Street, Vladivostok 690001, Russia; Organization Established Date 06 Nov 2008; Tax ID No. 2536210349 (Russia); Registration Number 1082536014120 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

AKTSIONERNOYE OBSHCHESTVO TSENTRALNOYE KONSTRUKTORSKOYE BYURO LAZURIT (Cyrillic: ЦЕНТРАЛЬНОЕ КОНСТРУКТОРСКОЕ БЮРО ЛАЗУРИТ) (a.k.a. AO TSKB LAZURIT; a.k.a. LAZURIT CENTRAL DESIGN BUREAU JOINT STOCK COMPANY), 57 Ulitsa Svobody, Nizhni Novgorod 603003, Russia; Organization Established Date 07 Feb 1994; Tax ID No. 5263000105 (Russia); Registration Number 1025204408910 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

AKTSIONERNOYE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSIYSKOGO FONDA PRYAMYKH INVESTITSIY (a.k.a. AKTSIONERNOE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSISKOGO FONDA PRYAMYKH INVESTITSI; a.k.a. JOINT STOCK

COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УПРАВЛЯЮЩАЯ КОМПАНИЯ РОССИЙСКОГО ФОНДА ПРЯМЫХ ИНВЕСТИЦИЙ); f.k.a. LIMITED LIABILITY COMPANY MANAGEMENT COMPANY OF RDIF; f.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RFPI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РФПИ); a.k.a. "AO UK RFPI" (Cyrillic: "АО УК РФПИ"); a.k.a. "JSC MC RDIF"), Naberezhnaya Presnenskaya, Dom 8 Stroyeniye 1, Etaj 7, Moscow 123112, Russia (Cyrillic: Набережная Пресненская, Дом 8, Строение 1, Этаж 7, Москва 123112, Russia); Website www.rdif.ru; alt. Website www.investinrussia.com; Organization Established Date 11 Apr 2017; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 7703425673 (Russia); Government Gazette Number 15110384 (Russia); Registration Number 1177746367017 (Russia) [RUSSIA-EO14024].

AKTSIONERNOYE OBSHCHESTVO VLADIVOSTOKSKOYE PREDPRIYATIE ELEKTRORADIOAVTAMATIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВЛАДИВОСТОКСКОЕ ПРЕДПРИЯТИЕ ЭЛЕКТРОРАДИОАВТОМАТИКА) (a.k.a. ELEKTRORADIOAVTOMATIKA VLADIVOSTOK ENTERPRISE JOINT STOCK COMPANY; a.k.a. VLADIVOSTOK ELECTRICAL COMPANY ERA JSC; a.k.a. "ERA AO"), 1 Ulitsa Pionerskaya, Vladivostok 690001, Russia; Organization Established Date 11 Jul 2000; Tax ID No. 2504000733 (Russia); Registration Number 1022501275455 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

AKTSIONERNY BANK RUSSIAN FEDERATION (a.k.a. AB ROSSIYA, OAO; a.k.a. BANK ROSSIYA; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO AKTSIONERNY BANK ROSSIYA), 2 Liter A Pl. Rastrelli, Saint Petersburg 191124, Russia; SWIFT/BIC ROSYRU2P; Website www.abr.ru; Email Address bank@abr.ru; Secondary sanctions risk: Ukraine-/Russia-Related

Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027800000084 (Russia); Tax ID No. 7831000122 (Russia); Government Gazette Number 09804148 (Russia) [UKRAINE-EO13661].

AKTSIONERNY KOMMERCHESKI BANK AK BARS PAO (a.k.a. AK BARS BANK; a.k.a. JOINT STOCK COMMERCIAL BANK AK BARS PUBLIC JOINT STOCK COMPANY), D. 1, ul. Dekabristov, Kazan 420066, Russia; SWIFT/BIC ARRSRU2K; Website www.akbars.ru; Organization Established Date 26 Jul 2002; Target Type Financial Institution; Tax ID No. 1653001805 (Russia); Identification Number ZDFUFB.00000.LE.643 (Russia); Legal Entity Number 253400XEMNQ5WBPN5635 (Russia); Registration Number 1021600000124 (Russia) [RUSSIA-EO14024].

AKTSIONERNY KOMMERCHESKI BANK BANK MOSKVY OTKRYTOE AKTSIONERNOE OBSHCHESTVO (f.k.a. BANK MOSKVY PAO; f.k.a. BANK OF MOSCOW; a.k.a. BM BANK AO; a.k.a. BM BANK JSC; a.k.a. BM BANK PUBLIC JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMMERCIAL BANK - BANK OF MOSCOW OPEN JOINT STOCK COMPANY; a.k.a. PAO BM BANK), 8/15 Korp. 3 ul. Rozhdestvenka, Moscow 107996, Russia; Bld 3 8/15, Rozhdestvenka St., Moscow 107996, Russia; SWIFT/BIC MOSWRUMM; BIK (RU) 044525219; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 or 589.209; Target Type Financial Institution; Registration ID 1027700159497 (Russia); Government Gazette Number 29292940 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

AKTSIONERNY KOMMERCHESKI BANK EVROFINANS MOSNARBANK (a.k.a. AKTSIONERNOE OBSHCHESTVO EVROFINANS MOSNARBANK; a.k.a. AO AKB EVROFINANS MOSNARBANK (Cyrillic: АО АКБ ЕВРОФИНАНС МОСНАРБАНК); a.k.a. EVROFINANCE MOSNARBANK; f.k.a. EVROFINANS MOSNARBANK, AO; f.k.a. EVROFINANS MOSNARBANK, PAO), 29, ul. Novy Arbat, Moscow 121099, Russia; SWIFT/BIC EVRFRUMM; Registration ID

1027700565970 (Russia); Tax ID No. 7703115760 (Russia); Government Gazette Number 09610839 (Russia) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

AKTSIONERNY KOMMERCHESKI BANK MOSKOVSKI OBLASTNOI BANK OTKRYTOE AKTSIONERNOE OBSHCHESTVO (a.k.a. AKB MOSOBLBANK OAO; a.k.a. PAO MOSOBLBANK; a.k.a. PUBLIC JOINT STOCK COMPANY MOSCOW REGIONAL BANK), Ulitsa Semenovskaya B, D. 32, Str. 1, Moscow 107023, Russia; SWIFT/BIC MOBKRUMM; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: SMP BANK).

AKTSIONERNY KOMMERCHESKI BANK NOVIKOMBANK AKTSIONERNOE OBSHCHESTVO (a.k.a. AO AKB NOVIKOMBANK (Cyrillic: АО АКБ НОВИКОМБАНК); a.k.a. JOINT STOCK COMMERCIAL BANK NOVIKOMBANK (Cyrillic: АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК НОВИКОМБАНК АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. JOINT STOCK COMMERCIAL BANK NOVIKOMBANK JOINT STOCK COMPANY; f.k.a. NOVIKOMBANK AO; a.k.a. NOVIKOMBANK JCSB), bld.1,Polyanka Bolshaya str. 50/1, Moscow 119180, Russia (Cyrillic: ул. Полянка Большая, д. 50/1, стр. 1, Москва 119180, Russia); SWIFT/BIC CNOVRUMM; Website http://www.novikom.ru; BIK (RU) 044583162; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1993; Registration ID 1027739075891; Tax ID No. 7706196340; Government Gazette Number 17541272; All offices worldwide. For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

AKTSIONEROE OBSHCHESTVO RNT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РНТ) (a.k.a. AO RUSSIAN HIGH TECHNOLOGIES (Cyrillic: AO РОССИЙСКИЕ НАУКОЕМКИЕ ТЕХНОЛОГИИ); a.k.a. CLOSED JOINT STOCK COMPANY RNT; a.k.a. "AO RNT" (Cyrillic: "АО РНТ"); a.k.a. "CJSC RNT"; a.k.a.

"RNT COMPANY"; a.k.a. "ZAO RNT"), 6, ul. 2-Ya Ostankinskaya, Moscow 129515, Russia; Website www.rnt.ru; Organization Established Date 16 Jun 1993; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7720010629 (Russia); Government Gazette Number 17917145 (Russia); Registration Number 1027700248256 (Russia) [RUSSIA-EO14024].

AKVAMARIN LIMITED LIABILITY COMPANY (Cyrillic: АКВАМАРИН ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AKVAMARIN; f.k.a. OPKHM OOO), d. 3A str. 6 etazh 1 pom. 2, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Organization Established Date 21 Jan 2008; Tax ID No. 7715683541 (Russia); Government Gazette Number 84724217 (Russia); Registration Number 1087746081246 (Russia) [RUSSIA-EO14024].

AKWAN, Mochtar (a.k.a. ACHWAN, Mochammad; a.k.a. ACHWAN, Mochdar; a.k.a. ACHWAN, Mochtar; a.k.a. ACHWAN, Muhammad; a.k.a. AKHWAN, Mochtar; a.k.a. AKHWAN, Muhammad), Jalan Ir. H. Juanda 8/10, RT/RW 002/001, Jodipan, Blimbing, Malang, Indonesia; DOB 04 May 1948; alt. DOB 04 May 1946; POB Tulungagung, Indonesia; nationality Indonesia; National ID No. 3573010405480001 (Indonesia) (individual) [SDGT].

AL ADAL EXCHANGE, P.O. Box 56351, Dubai, United Arab Emirates; Nasr Square, Opposite Car Park Building, Shop No. 5, Dubai, United Arab Emirates; Naser Square, RPA Carpet Building, Shop No. 5, Deira, Dubai, United Arab Emirates; Al Souk Al Kbirr Street, Near Gargash Center, Deira, Dubai, United Arab Emirates; Dubai Chamber of Commerce Membership No. 172133 (United Arab Emirates) [SDNTK].

AL AGHA, Abu Obaida Khairi Hafiz (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ,

Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

AL AGHA, Abu Ubaida Khairee Hafez (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Passport H376590 (Saudi Arabia)

expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

AL AGHA, Abuobaidah Kh H (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

AL ALI AND AL HAMZA LLC (Arabic: شركة العلي والحمزة), Rural Damascus, Syria; Organization Established Date 15 Jan 2019; Organization Type: Wholesale of construction materials, hardware, plumbing and heating equipment and supplies [SYRIA] (Linked To: BIN ALI, Khodr Taher).

AL ALI, Adnan (a.k.a. AL-ALI, Adnan; a.k.a. AL-'ALI, 'Adnan), Baniyas, Syria; DOB 17 Jun 1968; POB Lattakia, Syria; nationality Syria; Gender Male; Passport 6066827 (Syria) expires 09 Mar 2017 (individual) [SYRIA] (Linked To: ABAR PETROLEUM SERVICE SAL).

AL ALI, Al Haytham (a.k.a. AL-ALI, Al Haitham; a.k.a. ALI, Alhaitham Al), Slovakia; DOB 17 Mar

1972; nationality Slovakia; Gender Male; Passport BA4490378 (Slovakia) expires 13 Jan 2027 (individual) [BELARUS-EO14038] (Linked To: BLACK SHIELD COMPANY FOR GENERAL TRADING LLC).

AL AMAN CO KARGO (a.k.a. AL AMAN KARGO ITHALAT IHRACAT VE NAKLIYAT LIMITED SIRKETI), Ikitelli OSB Mah. Milas Cad., No: 29/5 Basaksehir, Istanbul, Turkey; Ordu Cd., Cihan Saray Is Merkezi, No. 71, Kat 6, No. 91, Laleli, Istanbul, Turkey; Cakmak Mah., Zafer Cd., No. 16/D, Sehitkamil, Gaziantep, Turkey; 11 Eylul Cd., No. 32, Yavus Selim, Bursa, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 May 2014; Chamber of Commerce Number 919198 (Turkey); Business Registration Number 921643-0 (Turkey) [SDGT] (Linked To: ALALAMIYAH EXPRESS COMPANY FOR EXCHANGE AND REMITTANCE).

AL AMAN KARGO ITHALAT IHRACAT VE NAKLIYAT LIMITED SIRKETI (a.k.a. AL AMAN CO KARGO), Ikitelli OSB Mah. Milas Cad., No: 29/5 Basaksehir, Istanbul, Turkey; Ordu Cd., Cihan Saray Is Merkezi, No. 71, Kat 6, No. 91, Laleli, Istanbul, Turkey; Cakmak Mah., Zafer Cd., No. 16/D, Sehitkamil, Gaziantep, Turkey; 11 Eylul Cd., No. 32, Yavus Selim, Bursa, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 May 2014; Chamber of Commerce Number 919198 (Turkey); Business Registration Number 921643-0 (Turkey) [SDGT] (Linked To: ALALAMIYAH EXPRESS COMPANY FOR EXCHANGE AND REMITTANCE).

AL AMEEN TRUST (a.k.a. AL AMIN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAIMAR TRUST; a.k.a. MAYMAR TRUST; a.k.a. MEYMAR TRUST; a.k.a. MOMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchery Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-

M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

AL AMEEN, Mohamed Abdullah (a.k.a. AL AMIN, Mohammad; a.k.a. AL AMIN, Muhammad Abdallah; a.k.a. AL AMIN, Muhammed; a.k.a. AL-AMIN, Mohamad; a.k.a. ALAMIN, Mohamed; a.k.a. AL-AMIN, Muhammad 'Abdallah; a.k.a. AMINE, Mohamed Abdalla; a.k.a. EL AMINE, Muhammed), Yusif Mishkhas T: 3 Ibn Sina, Bayrut Marjayoun, Lebanon; Beirut, Lebanon; DOB 11 Jan 1975; POB El Mezraah, Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

AL AMIN TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAIMAR TRUST; a.k.a. MAYMAR TRUST; a.k.a. MEYMAR TRUST; a.k.a. MOMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

AL AMIN WELFARE TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAIMAR TRUST; a.k.a. MAYMAR TRUST; a.k.a. MEYMAR TRUST; a.k.a. MOMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

AL AMIN, Mohammad (a.k.a. AL AMEEN, Mohamed Abdullah; a.k.a. AL AMIN, Muhammad Abdallah; a.k.a. AL AMIN, Muhammed; a.k.a. AL-AMIN, Mohamad; a.k.a. ALAMIN, Mohamed; a.k.a. AL-AMIN, Muhammad 'Abdallah; a.k.a. AMINE, Mohamed Abdalla; a.k.a. EL AMINE, Muhammed), Yusif Mishkhas T: 3 Ibn Sina, Bayrut Marjayoun, Lebanon; Beirut, Lebanon; DOB 11 Jan 1975; POB El Mezraah, Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

AL AMIN, Muhammad Abdallah (a.k.a. AL AMEEN, Mohamed Abdullah; a.k.a. AL AMIN, Mohammad; a.k.a. AL AMIN, Muhammed; a.k.a. AL-AMIN, Mohamad; a.k.a. ALAMIN, Mohamed; a.k.a. AL-AMIN, Muhammad 'Abdallah; a.k.a. AMINE, Mohamed Abdalla; a.k.a. EL AMINE, Muhammed), Yusif Mishkhas T: 3 Ibn Sina, Bayrut Marjayoun, Lebanon; Beirut, Lebanon; DOB 11 Jan 1975; POB El Mezraah, Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah

Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

AL AMIN, Muhammed (a.k.a. AL AMEEN, Mohamed Abdullah; a.k.a. AL AMIN, Mohammad; a.k.a. AL AMIN, Muhammad Abdallah; a.k.a. AL-AMIN, Mohamad; a.k.a. ALAMIN, Mohamed; a.k.a. AL-AMIN, Muhammad 'Abdallah; a.k.a. AMINE, Mohamed Abdalla; a.k.a. EL AMINE, Muhammed), Yusif Mishkhas T: 3 Ibn Sina, Bayrut Marjayoun, Lebanon; Beirut, Lebanon; DOB 11 Jan 1975; POB El Mezraah, Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

AL AMIR CO. FOR ENGINEERING, CONSTRUCTION AND GENERAL TRADE SARL (a.k.a. AL' AMIR DIAB AND AYAD ENGINEERING AND CONSTRUCTION; a.k.a. AL' AMIR FOR CONSTRUCTING AND BUILDING; a.k.a. PRINCE ENGINEERING, CONSTRUCTION, AND GENERAL TRADING; a.k.a. "ALAMIR"; a.k.a. "AL-AMIR CO."; a.k.a. "AL-AMIR COMPANY"; a.k.a. "AL-AMIR PROJECT"), Alamir Center - 2nd Floor, Chiah, Beirut, Lebanon; Website www.alamir-lb.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 67796 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

AL' AMIR DIAB AND AYAD ENGINEERING AND CONSTRUCTION (a.k.a. AL AMIR CO. FOR ENGINEERING, CONSTRUCTION AND GENERAL TRADE SARL; a.k.a. AL' AMIR FOR CONSTRUCTING AND BUILDING; a.k.a. PRINCE ENGINEERING, CONSTRUCTION, AND GENERAL TRADING; a.k.a. "ALAMIR"; a.k.a. "AL-AMIR CO."; a.k.a. "AL-AMIR COMPANY"; a.k.a. "AL-AMIR PROJECT"), Alamir Center - 2nd Floor, Chiah, Beirut, Lebanon; Website www.alamir-lb.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 67796 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

AL AMIR ELECTRONICS (a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a.

EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujji Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

AL' AMIR FOR CONSTRUCTING AND BUILDING (a.k.a. AL AMIR CO. FOR ENGINEERING, CONSTRUCTION AND GENERAL TRADE SARL; a.k.a. AL' AMIR DIAB AND AYAD ENGINEERING AND CONSTRUCTION; a.k.a. PRINCE ENGINEERING, CONSTRUCTION, AND GENERAL TRADING; a.k.a. "ALAMIR"; a.k.a. "AL-AMIR CO."; a.k.a. "AL-AMIR COMPANY"; a.k.a. "AL-AMIR PROJECT"), Alamir Center - 2nd Floor, Chiah, Beirut, Lebanon; Website www.alamir-lb.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Business Registration Number 67796 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

AL AMLOOD TRADING LLC, Ali Rashid Lootah Building, Al Khaleej Street, Al Baraha Area, Dubai, United Arab Emirates; P.O. Box 3517, Dubai, United Arab Emirates; C.R. No. 79190 (United Arab Emirates) [SDNTK].

AL 'ANABI, Abu 'Ubaydah Yusuf (a.k.a. ABU OBEIDA, Youcef; a.k.a. ABU UBAYDH, Yusuf; a.k.a. AL-ANABI, Yusuf Abu-'Ubaydah; a.k.a. AL-ANNABI, Abou Obeida Youssef; a.k.a. AL-INABI, Abu-Ubaydah Yusuf; a.k.a. MABRAK, Yazid; a.k.a. MEBRAK, Yazid; a.k.a. YAZID, Mebrak; a.k.a. YAZID, Mibrak; a.k.a. YAZID, Yousif Abu Obayda; a.k.a. "ABOU YOUCEF"), Algeria; DOB 01 Jan 1969; POB Annaba, Algeria; citizen Algeria (individual) [SDGT].

AL AQSA ASSISTANCE CHARITABLE COUNCIL (a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org [SDGT] (Linked To: HAMAS).

AL ARDH AL JADIDA (a.k.a. AL-ARD AL-JADIDAH MONEY EXCHANGE COMPANY; a.k.a. AL-ARDH AL-JADEEDA EXCHANGE COMPANY; a.k.a. NEW LAND MONEY EXCHANGE COMPANY), Iraq; Hajin, Dayr az Zawr Province, Syria; Sanliurfa, Turkey; Phone Number 9647807798905; alt. Phone Number 964805611259; alt. Phone Number 9647905886647 [SDGT].

AL ASHQAR, Abdullah Jihad (a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, Abdallah; a.k.a. AL-'ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandes; a.k.a. AL-TAWHID, Muhandis; a.k.a. ASHKAR, Abdallah; a.k.a. "ABU-HAJIR"; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian (individual) [SDGT].

AL ASIRI, Ahmad Hassan Mohammed (a.k.a. AL-ASIRI, Ahmed; a.k.a. AL-ASSIRI, Ahmed; a.k.a. ASSERI, Ahmed Hassan M.; a.k.a. ASSIRI, Ahmed), King Abdullah Rd., Ishbilyah, Riyadh, Saudi Arabia; DOB 15 Oct 1966; POB Tabok, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport D106103 (Saudi Arabia) expires 05 Oct 2021 (individual) [GLOMAG].

AL ASIRI, Ibrahim Hassan (a.k.a. AL-'ASIRI, Ibrahim; a.k.a. AL-'ASIRI, Ibrahim Hasan Tali; a.k.a. AL-ASIRI, Ibrahim Hassan Tali; a.k.a. 'ASIRI, Ibrahim Hasan Tali'A; a.k.a. ASSIRI, Ibrahim Hassan Tali; a.k.a. "ABOSSLAH"; a.k.a. "ABU SALEH"); DOB 19 Apr 1982; alt. DOB 18 Apr 1982; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Passport F654645 issued 30 Apr 2005; National ID No. 1028745097 (Saudi Arabia); Member of al-Qa'ida in the Arabian Peninsula, is wanted by the Government of Saudi Arabia and Interpol has issued an Orange Notice: File no. 2009/52/OS/CCC (individual) [SDGT].

AL ASSAD, Bashar Hafez (a.k.a. AL-ASAD, Bashar; a.k.a. AL-ASSAD, Bashar (Arabic: بشار الأسد); a.k.a. ASSAD, Bashar), Damascus, Syria; DOB 11 Sep 1965; POB Damascus, Syria; nationality Syria; Gender Male; President of the Syrian Arab Republic (individual) [SYRIA] [SYRIA-EO13894].

AL ATAA ISLAMIC BANK FOR INVESTMENT AND FINANCE (a.k.a. AL ATTA ISLAMIC BANK FOR INVESTMENT AND FINANCE; a.k.a. AL BILAD ISLAMIC BANK; a.k.a. AL-ATAA ISLAMIC BANK; a.k.a. AL-ATTA ISLAMIC BANK; a.k.a. AL-ATTAA ISLAMIC BANK; a.k.a. AL-BILAD ISLAMIC BANK FOR INVESTMENT AND FINANCE P.S.C.), 37 Building El-Karadeh 909 Street 1 Near Al Hurea Square, Baghdad, Iraq; Al Masbah Branch, Baghdad Al Masbah Intersection, 929 Street 17 Bldg. 40, Previously the German Embassy, Baghdad, Iraq; Erbil Branch, Erbil Province, 60 Bldg 354/132, 45 Street, Erbil, Iraq; Al Mawarid

Branch, Baghdad - Street 62 Neighboring the Department of Electricity, Baghdad, Iraq; Al Nasiryah Branch, Zi Kar Province El Saray, Bldg. 2/239 Janat Al Janoub Hotel Building, Nasiryah, Iraq; Al Basra Branch Al Basra, Manawy Pasha Corniche Street, Basra, Iraq; Al Sadr Branch, Jameela District - 8-22-512, Sadr City, Iraq; Al Jaderya Branch Baghdad, Al Jaderya - Versus Baghdad University, 906 Street 28 - Dar 3, Baghdad, Iraq; Karbala Branch Karbala, Al Dareeba Intersection, Karbala, Iraq; Al Najaf Branch, Al Najaf Al Ashraf, Al Amir District - Al Koufa Street, Najaf, Iraq; Zakho Branch Dahook, Zakho - Ibrahim Al Khaleel Street, Baydar Boulevard, Zakho, Iraq; Al Mansour Branch Baghdad, Al Mansour-12-G 605-M-Bldg, Baghdad, Iraq; Babel Branch Babel, Kalaj - Al Honood Branch, Babel, Iraq; Beirut Branch Lebanon, Beirut - Hamra Street, Broadway Center - Versus Costa Caf, Lebanon, Beirut, Lebanon; SWIFT/BIC AIIFIQBA; Website www.Bilad-Bank.com; Additional Sanctions Information - Subject to Secondary Sanctions; All Branches Worldwide [SDGT] [IRGC] [IFSR] (Linked To: KAREEM, Aras Habib).

AL ATHARI, Khaled (a.k.a. ALODHARI, Khaled Yahya Rageh; a.k.a. AL-'UDARI, Khalid (Arabic: خالد العذري)), Yemen; DOB 01 Jan 1976; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 08213902 (Yemen) expires 30 Dec 2024 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL ATHMAAR, Moonlight Valley, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 May 2017; Registration Number P-0057/2017 (Maldives) [SDGT] (Linked To: SHAMIL, Hussain; Linked To: SHAFIU, Ali).

AL ATTA ISLAMIC BANK FOR INVESTMENT AND FINANCE (a.k.a. AL ATAA ISLAMIC BANK FOR INVESTMENT AND FINANCE; a.k.a. AL BILAD ISLAMIC BANK; a.k.a. AL-ATAA ISLAMIC BANK; a.k.a. AL-ATTA ISLAMIC BANK; a.k.a. AL-ATTAA ISLAMIC BANK; a.k.a. AL-BILAD ISLAMIC BANK FOR INVESTMENT AND FINANCE P.S.C.), 37 Building El-Karadeh 909 Street 1 Near Al Hurea Square, Baghdad, Iraq; Al Masbah Branch, Baghdad Al Masbah Intersection, 929 Street 17 Bldg. 40, Previously the German Embassy, Baghdad, Iraq; Erbil Branch, Erbil Province, 60

Bldg 354/132, 45 Street, Erbil, Iraq; Al Mawarid Branch, Baghdad - Street 62 Neighboring the Department of Electricity, Baghdad, Iraq; Al Nasiryah Branch, Zi Kar Province El Saray, Bldg. 2/239 Janat Al Janoub Hotel Building, Nasiryah, Iraq; Al Basra Branch Al Basra, Manawy Pasha Corniche Street, Basra, Iraq; Al Sadr Branch, Jameela District - 8-22-512, Sadr City, Iraq; Al Jaderya Branch Baghdad, Al Jaderya - Versus Baghdad University, 906 Street 28 - Dar 3, Baghdad, Iraq; Karbala Branch Karbala, Al Dareeba Intersection, Karbala, Iraq; Al Najaf Branch, Al Najaf Al Ashraf, Al Amir District - Al Koufa Street, Najaf, Iraq; Zakho Branch Dahook, Zakho - Ibrahim Al Khaleel Street, Baydar Boulevard, Zakho, Iraq; Al Mansour Branch Baghdad, Al Mansour-12-G 605-M-Bldg, Baghdad, Iraq; Babel Branch Babel, Kalaj - Al Honood Branch, Babel, Iraq; Beirut Branch Lebanon, Beirut - Hamra Street, Broadway Center - Versus Costa Caf, Lebanon, Beirut, Lebanon; SWIFT/BIC AIIFIQBA; Website www.Bilad-Bank.com; Additional Sanctions Information - Subject to Secondary Sanctions; All Branches Worldwide [SDGT] [IRGC] [IFSR] (Linked To: KAREEM, Aras Habib).

AL BADANI, Shawqi Ali Ahmad Muhammad (a.k.a. AL-BAADANI, Shawqi Ali Ahmad; a.k.a. AL-BADANI, Shawki Ali Ahmed; a.k.a. AL-BA'DANI, Shawqi Ali Ahmad), Yemen; DOB 01 Jan 1981; alt. DOB 01 Jan 1982; POB Sana, Yemen; nationality Yemen (individual) [SDGT].

AL BAGHDADI, Ali Al-Mahmoudi (a.k.a. MAHMUDI, Baghdadi); DOB 1950; POB Al Jamil, Libya; Prime Minister (individual) [LIBYA2].

AL BANAI, A Moayied Rida H (a.k.a. AL-BANAI, Abd al-Muayyid; a.k.a. AL-BANAI, 'Abd al-Muwid Rada Hasn; a.k.a. AL-BANAI, Abd-al-Mu'ayyid Ridha Hassan), Qatar; DOB 1959; POB Qatar; nationality Qatar; Gender Male; Passport 265643 (Qatar) (individual) [SDGT] (Linked To: HIZBALLAH).

AL BANAI, Ali Reda Hassan (Arabic: رضا على البناى) (a.k.a. AL-BANAI, Ali Reda H; a.k.a. AL-BANAI, 'Ali Ridha' Hasan; a.k.a. ALBANAI, 'Ali Ridha Hassan; a.k.a. AL-BANAY, Ali Ridha; a.k.a. AL-BANI, Ali Reda H; a.k.a. AL-BANNAY, 'Ali Ridha Hassan), Al Hilal Area, Ibn Abad Street, District 41, Villa Number 7, P.O. Box 1676, Doha, Qatar; 25 Highfield Drive, Ickenham, Uxbridge UB10 8AW, United Kingdom; DOB 28 Mar 1975; nationality Qatar; Gender Male; Passport 01226090 (Qatar) expires 09 Jun 2020; alt.

Passport 00968564 (Qatar) expires 07 Mar 2016; National ID No. 27563400027 (Qatar) expires 12 Mar 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

AL BANAI, Sulaiman Abdulkaliq (a.k.a. AL-BANAI, Sulaiman; a.k.a. AL-BANAI, Sulayman 'Abd-al-Khaliq; a.k.a. AL-BANI, Sulaiman Abdulkhaliq RH (Arabic: سليمان عبد الخالق رضا البناى (حسن)), Qatar; DOB 16 Feb 1979; nationality Qatar; Gender Male; Passport 01072130 (Qatar) expires 27 Nov 2017; Identification Number 27963401809 (Qatar); alt. Identification Number Y4431029R (Spain) (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

AL BASERI, Abu Mahdi (a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL BATHALI, Mubarak Mishkhis Sanad (a.k.a. AL-BADHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BATHALI, Mubarak; a.k.a. AL-BATHALI, Mubarak Mishkhas Sanad; a.k.a. AL-BATHALI, Mubarak Mushakhas Sanad; a.k.a. AL-BAZALI, Mubarak Mishkhas Sanad; a.k.a. AL-BTHALY, Mobarak Meshkhas Sanad); DOB 01 Oct 1961; citizen Kuwait; Passport 101856740 (Kuwait) (individual) [SDGT].

AL BEHADILI, Mohammed Saeed Odhafa (Arabic: محمد سعيد عذافه البهادلي) (a.k.a. ADHAFAH, Muhammad Said; a.k.a. AL-BAHADILI, Muhammad Sa'id 'Adhafah; a.k.a. ALBEHADILI, Mohammed Saeed Othafa; a.k.a. "SAEED, Mohammed"), Iraq; DOB 04 Mar 1970; nationality Iraq; Additional Sanctions

Information - Subject to Secondary Sanctions; Gender Male; Passport A3347475 (Iraq) (individual) [SDGT] [IFSR] (Linked To: AL KHAMAEL MARITIME SERVICES).

AL BILAD ISLAMIC BANK (a.k.a. AL ATAA ISLAMIC BANK FOR INVESTMENT AND FINANCE; a.k.a. AL ATTA ISLAMIC BANK FOR INVESTMENT AND FINANCE; a.k.a. AL-ATAA ISLAMIC BANK; a.k.a. AL-ATTA ISLAMIC BANK; a.k.a. AL-ATTAA ISLAMIC BANK; a.k.a. AL-BILAD ISLAMIC BANK FOR INVESTMENT AND FINANCE P.S.C.), 37 Building El-Karadeh 909 Street 1 Near Al Hurea Square, Baghdad, Iraq; Al Masbah Branch, Baghdad Al Masbah Intersection, 929 Street 17 Bldg. 40, Previously the German Embassy, Baghdad, Iraq; Erbil Branch, Erbil Province, 60 Bldg 354/132, 45 Street, Erbil, Iraq; Al Mawarid Branch, Baghdad - Street 62 Neighboring the Department of Electricity, Baghdad, Iraq; Al Nasiryah Branch, Zi Kar Province El Saray, Bldg. 2/239 Janat Al Janoub Hotel Building, Nasiryah, Iraq; Al Basra Branch Al Basra, Manawy Pasha Corniche Street, Basra, Iraq; Al Sadr Branch, Jameela District - 8-22-512, Sadr City, Iraq; Al Jaderya Branch Baghdad, Al Jaderya - Versus Baghdad University, 906 Street 28 - Dar 3, Baghdad, Iraq; Karbala Branch Karbala, Al Dareeba Intersection, Karbala, Iraq; Al Najaf Branch, Al Najaf Al Ashraf, Al Amir District - Al Koufa Street, Najaf, Iraq; Zakho Branch Dahook, Zakho - Ibrahim Al Khaleel Street, Baydar Boulevard, Zakho, Iraq; Al Mansour Branch Baghdad, Al Mansour-12-G 605-M-Bldg, Baghdad, Iraq; Babel Branch Babel, Kalaj - Al Honood Branch, Babel, Iraq; Beirut Branch Lebanon, Beirut - Hamra Street, Broadway Center - Versus Costa Caf, Lebanon, Beirut, Lebanon; SWIFT/BIC AIIFIQBA; Website www.Bilad-Bank.com; Additional Sanctions Information - Subject to Secondary Sanctions; All Branches Worldwide [SDGT] [IRGC] [IFSR] (Linked To: KAREEM, Aras Habib).

AL BINALI, Mohammed Isa Yousif Saqar (a.k.a. AL-BINALI, Mohamed Isa; a.k.a. ALBINALI, Mohammad Isa; a.k.a. AL-BINALI, Mohammed; a.k.a. AL-BINALI, Mohammed Isa; a.k.a. "Abu Al Silmi"; a.k.a. "Abu Isa Al Salmi"; a.k.a. "Abu Issa Al-Selmy"); DOB 09 Mar 1991; POB Manama, Bahrain; nationality Bahrain; Gender Male (individual) [SDGT].

AL BINALI, Turki Mubarak Abdullah (a.k.a. AL-BENALI, Turki; a.k.a. AL-BIN'ALI, Turki; a.k.a. AL-BIN'ALI, Turki Mubarak; a.k.a. AL-BINALI, Turki Mubarak Abdullah Ahmad; a.k.a. "ABU

DERGHAM"; a.k.a. "AL-ATHARI, Abu Human"; a.k.a. "AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz"; a.k.a. "AL-ATHARI, Abu-Bakr"; a.k.a. "AL-BAHRAYNI, Abu Hudhayfa"; a.k.a. "AL-MUDARI, Abu Khuzayma"; a.k.a. "AL-SALAFI, Abu Hazm"; a.k.a. "AL-SULAMI, Abu Sufyan"); DOB 03 Sep 1984; POB Al Muharraq, Bahrain; nationality Bahrain; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 02 Jan 2023; alt. Passport 1272611 (Bahrain) issued 01 Apr 2003; Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL BIR AL DAWALIA (a.k.a. BENEVOLENCE INTERNATIONAL FOUNDATION; a.k.a. BIF-USA; a.k.a. MEZHDUNARODNYJ BLAGOTVORITEL'NYJ FOND; a.k.a. "BIF"), Bashir Safar Ugli 69, Baku, Azerbaijan; 69 Boshir Safaroglu St., Baku, Azerbaijan; Sarajevo, Bosnia and Herzegovina; Zenica, Bosnia and Herzegovina; 3 King Street, South Waterloo, Ontario N2J 3Z6, Canada; P.O. Box 1508 Station B, Mississauga, Ontario L4Y 4G2, Canada; 2465 Cawthra Rd., #203, Mississauga, Ontario L5A 3P2, Canada; Ottawa, Canada; Grozny, Chechnya, Russia; 91 Paihonggou, Lanzhou, Gansu, China; Hrvatov 30, 41000, Zagreb, Croatia; Makhachkala, Daghestan, Russia; Duisi, Georgia; Tbilisi, Georgia; Nazran, Ingushetia, Russia; Burgemeester Kessensingel 40, Maastricht, Netherlands; House 111, First Floor, Street 64, F-10/3, Islamabad, Pakistan; Azovskaya 6, km. 3, off. 401, Moscow, Russia; P.O. Box 1055, Peshawar, Pakistan; Ulitsa Oktyabr'skaya, dom. 89, Moscow, Russia; P.O. Box 1937, Khartoum, Sudan; P.O. Box 7600, Jeddah 21472, Saudi Arabia; P.O. Box 10845, Riyadh 11442, Saudi Arabia; Dushanbe, Tajikistan; United Kingdom; Afghanistan; Bangladesh; Bosnia and Herzegovina; Gaza Strip, Palestinian; Yemen; IL, United States; US FEIN 36-3823186 [SDGT].

AL BUTHI, Soliman H.S. (a.k.a. AL-BATAHI, Soliman; a.k.a. AL-BATHI, Soliman; a.k.a. AL-BUTHE, Soliman; a.k.a. AL-BUTHE, Suliman Hamd Suleiman); DOB 08 Dec 1961; POB Cairo, Egypt; nationality Saudi Arabia; Passport B049614 (Saudi Arabia); alt. Passport C536660 (Saudi Arabia) issued 05 May 2001 expires 11 Mar 2006 (individual) [SDGT].

AL CARDINAL INVESTMENTS CO. LTD (a.k.a. AL-CARDINAL INVESTMENTS COMPANY LIMITED), 201 Kasini Road, Mombasa, Kenya; Juba, South Sudan; Tax ID No. 100104695

(South Sudan) [GLOMAG] (Linked To: AL-CARDINAL, Ashraf Seed Ahmed).

AL CHAREKH, Abdul Mohsen Abdallah Ibrahim (a.k.a. AL-NAJDI, Abd-al-Latif; a.k.a. AL-NASR, Sanafi; a.k.a. ALSHAREKH, Abdul Mohsen Abdullah Ibrahim; a.k.a. AL-SHARIKH, Abd-al-Muhsin Abdallah; a.k.a. AL-SHARIKH, Abdul Mohsen Abdullah Ibrahim; a.k.a. "KARIMI, Ali"); DOB 12 Jul 1985; alt. DOB 13 Jul 1985; alt. DOB 07 Dec 1985; POB Shagraa, Saudi Arabia; nationality Saudi Arabia; Passport G895402; National ID No. 1050433349 (Saudi Arabia) (individual) [SDGT].

AL CHEBEL, Luna (a.k.a. AL CHEBIL, Luna; a.k.a. AL SHEBEL, Luna; a.k.a. AL SHEBIL, Luna; a.k.a. AL SHIBIL, Luna; a.k.a. AL SHIBL, Luna (Arabic: لونا الشبل); a.k.a. ALSHEBEL, Luna; a.k.a. AL-SHIBL, Luna; a.k.a. CHEBEL, Luna; a.k.a. SHIBL, Luna), Damascus, Syria; DOB 01 Sep 1975; POB Suweida, Syria; alt. POB Damascus, Syria; nationality Syria; Gender Female (individual) [SYRIA].

AL CHEBIL, Luna (a.k.a. AL CHEBEL, Luna; a.k.a. AL SHEBEL, Luna; a.k.a. AL SHEBIL, Luna; a.k.a. AL SHIBIL, Luna; a.k.a. AL SHIBL, Luna (Arabic: لونا الشبل); a.k.a. ALSHEBEL, Luna; a.k.a. AL-SHIBL, Luna; a.k.a. CHEBEL, Luna; a.k.a. SHIBL, Luna), Damascus, Syria; DOB 01 Sep 1975; POB Suweida, Syria; alt. POB Damascus, Syria; nationality Syria; Gender Female (individual) [SYRIA].

AL CHWIKI, Mohamad Amer Mohamad Akram (a.k.a. ALCHWIKI, Amer; a.k.a. ALCHWIKI, Amer Mhd; a.k.a. ALCHWIKI, Mhd Amer; a.k.a. ALCHWIKI, Muhammad Amer; a.k.a. AL-SHUWAYKI, Muhammad 'Amir Muhammad Akram; a.k.a. AL-SHWEIKI, Mohamad Amer; a.k.a. AL-SHWEIKI, Muhammad Omar; a.k.a. ALSHWIKI, Mhd Amer (Cyrillic: АЛЬШВИКИ, Мхд Амер); a.k.a. CHWIKI, Mohammad Amer; a.k.a. SHUWAYKI, Mohamad Amer; a.k.a. SHWEIKI, Muhammad Amer), 71 Linton Road, Acton, London W3 9HL, United Kingdom; Syria; DOB 04 Sep 1972; POB Damascus, Syria; nationality Syria; citizen Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N012430661; alt. Passport N010794545; alt. Passport N007024509; alt. Passport N005668098 (individual) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: GLOBAL VISION GROUP; Linked To: ISLAMIC REVOLUTIONARY GUARD

CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

AL DABAS, Rania Raslan (a.k.a. AL DABBAS, Rania Raslan (Arabic: رانية رسلان الدباس); a.k.a. ALDABBAS, Rania; a.k.a. DABAS, Rania Raslan; a.k.a. DABBAS, Rania Raslan), Damascus, Syria; Dubai, United Arab Emirates; DOB 02 Jun 1974; POB Damascus, Syria; nationality Syria; Gender Female; Passport N003000785 (Syria) (individual) [SYRIA-EO13894].

AL DABBAS, Rania Raslan (Arabic: رانية رسلان الدباس) (a.k.a. AL DABAS, Rania Raslan; a.k.a. ALDABBAS, Rania; a.k.a. DABAS, Rania Raslan; a.k.a. DABBAS, Rania Raslan), Damascus, Syria; Dubai, United Arab Emirates; DOB 02 Jun 1974; POB Damascus, Syria; nationality Syria; Gender Female; Passport N003000785 (Syria) (individual) [SYRIA-EO13894].

AL DABBASHI, Ahmad Mohammed Omar Al Fituri (a.k.a. AL-FITOURI, Ahmad Oumar Imhamad (Arabic: احمد عمر امحمد الفيتوري); a.k.a. DABBASHI, Ahmed; a.k.a. "Amu"), Sabratha, Libya; DOB 05 Jul 1988; alt. DOB 07 May 1988; nationality Libya; Gender Male; Passport LY53FP76 issued 29 Sep 2015; National ID No. 119880387067 (Libya) (individual) [LIBYA3].

AL DARI AL-ZAWBA', Doctor Muthanna Harith Sulayman (a.k.a. AL DARI, Dr. Muthanna; a.k.a. AL DARI, Muthana Harith; a.k.a. AL-DARI AL-ZAWBA'I, Muthanna Harith Sulayman; a.k.a. AL-DARI AL-ZOBAI, Muthanna Harith Sulayman; a.k.a. AL-DARI, Muthanna Harith; a.k.a. AL-DHARI, Muthanna Harith Sulayman; a.k.a. AL-DHARI, Muthana Haris; a.k.a. AL-DHARI, Muthanna Hareth; a.k.a. AL-DHARI, Muthanna Harith Sulayman), Amman, Jordan; Khan Dari, Iraq; Asas Village, Abu Ghurayb, Iraq; Egypt; DOB 16 Jun 1969; nationality Iraq; citizen Iraq (individual) [SDGT].

AL DARI, Dr. Muthanna (a.k.a. AL DARI AL-ZAWBA', Doctor Muthanna Harith Sulayman; a.k.a. AL DARI, Muthana Harith; a.k.a. AL-DARI AL-ZAWBA'I, Muthanna Harith Sulayman; a.k.a. AL-DARI AL-ZOBAI, Muthanna Harith Sulayman; a.k.a. AL-DARI, Muthanna Harith; a.k.a. AL-DHARI, Muthanna Harith Sulayman; a.k.a. AL-DHARI, Muthana Haris; a.k.a. AL-DHARI, Muthanna Hareth; a.k.a. AL-DHARI, Muthanna Harith Sulayman), Amman, Jordan; Khan Dari, Iraq; Asas Village, Abu Ghurayb, Iraq; Egypt; DOB 16 Jun 1969; nationality Iraq; citizen Iraq (individual) [SDGT].

AL DARI, Hareth (a.k.a. AL-DARI AL-ZAWBAI, Harith; a.k.a. AL-DARI, Harith; a.k.a. AL-DARI, Harith Sulayman; a.k.a. AL-DAURI, Hareth; a.k.a. AL-DHARI, Harith; a.k.a. AL-DHARI, Harith S.; a.k.a. AL-DURI, Harith; a.k.a. DARI AL-ZAWBA'I, Harith), Jordan; Akashat, Iraq; Abu Ghuraib, Iraq; Qatar; Egypt; DOB 1941; POB Baghdad, Iraq; nationality Iraq; citizen Iraq; Passport N348171/IRAQ (Iraq) (individual) [IRAQ3].

AL DARI, Muthana Harith (a.k.a. AL DARI AL-ZAWBA', Doctor Muthanna Harith Sulayman; a.k.a. AL DARI, Dr. Muthanna; a.k.a. AL-DARI AL-ZAWBA'I, Muthanna Harith Sulayman; a.k.a. AL-DARI AL-ZOBAI, Muthanna Harith Sulayman; a.k.a. AL-DARI, Muthanna Harith; a.k.a. AL-DHARI, Muthanna Harith Sulayman; a.k.a. AL-DHARI, Muthanna Haris; a.k.a. AL-DHARI, Muthanna Hareth; a.k.a. AL-DHARI, Muthanna Harith Sulayman), Amman, Jordan; Khan Dari, Iraq; Asas Village, Abu Ghurayb, Iraq; Egypt; DOB 16 Jun 1969; nationality Iraq; citizen Iraq (individual) [SDGT].

AL DIBIYA 143 SAL (a.k.a. DEBBIYE 143 SAL), Adnane Al Hakim Street, Al-Wazeer Building, First Floor, Building No. 3673, Msaytbeh, Beirut, Lebanon; Commercial Registry Number 1013410 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

AL DOUNIA (a.k.a. ADDOUNIA TV; a.k.a. AL-DONYA TELEVISION CHANNEL; a.k.a. AL-DUNYA TELEVISION; a.k.a. DUNIA LIMITED LIABILITY COMPANY FOR INFORMATION; a.k.a. DUNIA TELEVISION), Information Free Zone, Damascus, Syria [SYRIA].

AL DUWAIK, Aiman Ahmad R (a.k.a. AL-DUWAIK, Aiman Ahmad (Arabic: أيمن أحمد رشاد الدويك); a.k.a. AL-DUWAIK, Aiman Ahmad Rashed), Turkey; Algeria; DOB 24 Sep 1962; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

AL FAKHER COMPANY (a.k.a. AL-FAKHER ADVANCED WORKS CO. LTD.), Sudan; Organization Established Date 01 Jan 2015; Organization Type: Wholesale of metals and metal ores [SUDAN-EO14098].

AL FAQIH, Saad (a.k.a. AL-FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ad; a.k.a. AL-FAQIH, Saad; a.k.a. AL-FAQIH, Saad Rashed Mohammad; a.k.a. AL-FAQIH, Sa'd; a.k.a. "ABU UTHMAN"), London, United

Kingdom; DOB 01 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT].

AL FAWAZ, Khalid Abdulrahman H. (a.k.a. AL FAWWAZ, Khaled; a.k.a. AL FAWWAZ, Khalid; a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaled A.; a.k.a. AL-FAWAZ, Khalid Abd al-Rahman Hamd; a.k.a. AL-FAWWAZ, Khaled; a.k.a. AL-FAWWAZ, Khalid), 55 Hawarden Hill, Brooke Road, London NW2 7BR, United Kingdom; DOB 25 Aug 1962; alt. DOB 24 Aug 1962; POB Kuwait; nationality Saudi Arabia; Passport 456682 issued 06 Nov 1990 expires 13 Sep 1995 (individual) [SDGT].

AL FAWWAZ, Khaled (a.k.a. AL FAWAZ, Khalid Abdulrahman H.; a.k.a. AL FAWWAZ, Khalid; a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaled A.; a.k.a. AL-FAWAZ, Khalid Abd al-Rahman Hamd; a.k.a. AL-FAWWAZ, Khaled; a.k.a. AL-FAWWAZ, Khalid), 55 Hawarden Hill, Brooke Road, London NW2 7BR, United Kingdom; DOB 25 Aug 1962; alt. DOB 24 Aug 1962; POB Kuwait; nationality Saudi Arabia; Passport 456682 issued 06 Nov 1990 expires 13 Sep 1995 (individual) [SDGT].

AL FAWWAZ, Khalid (a.k.a. AL FAWAZ, Khalid Abdulrahman H.; a.k.a. AL FAWWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaled A.; a.k.a. AL-FAWAZ, Khalid Abd al-Rahman Hamd; a.k.a. AL-FAWWAZ, Khaled; a.k.a. AL-FAWWAZ, Khalid), 55 Hawarden Hill, Brooke Road, London NW2 7BR, United Kingdom; DOB 25 Aug 1962; alt. DOB 24 Aug 1962; POB Kuwait; nationality Saudi Arabia; Passport 456682 issued 06 Nov 1990 expires 13 Sep 1995 (individual) [SDGT].

AL FAY COMPANY, Building 54100, Adapazari, Sakarya Province, Turkey; Organization Type: Other monetary intermediation [SDGT].

AL FAYYADH, Falih Faisal Fahad (a.k.a. ALFAYYADH, Faleh; a.k.a. ALFAYYADH, Falih; a.k.a. AL-FAYYADH, Falih), Iraq; DOB 27 Mar 1956; POB Iraq; nationality Iraq; Gender Male; Passport D1019262 (Iraq) expires 14 Jul 2026 (individual) [GLOMAG].

AL FIQAR, Dhu (a.k.a. BADR AL DIN, Mustafa; a.k.a. BADREDDINE, Mustafa Amine; a.k.a. BADREDDINE, Mustafa Youssef; a.k.a. ISSA, Sami; a.k.a. SAAB, Elias Fouad; a.k.a. SA'B, Ilyas), Beirut, Lebanon; DOB 06 Apr 1961; POB Al-Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial

Sanctions Regulations (individual) [SDGT] [SYRIA] (Linked To: HIZBALLAH).

AL FORQAN CHARITY (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

AL FOULK TRADING CO. L.L.C (Arabic: شركة الفلك للتجارة ذ.م.م), PO Box 114246, Dubai, United Arab Emirates; 11th Street, Port Saeed, Deira, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Jul 2012; License 674241 (United Arab Emirates); Registration Number 10884286 (United Arab

Emirates) [SDGT] (Linked To: AHMED, Abdo Abdullah Dael).

AL FURQAN (a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEM'IJJETUL FURQAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, Sarajevo 71 000, Bosnia and Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia and Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia and Herzegovina [SDGT].

AL GAMAL, Saeed Ahmed Mohammed (a.k.a. AL-JAMAL, Sa'id Ahmad Muhammad; a.k.a. RAMI, Abu-Ahmad; a.k.a. "ABU-'ALI"; a.k.a. "AHMAD, Abu"; a.k.a. "HISHAM"), Iran; DOB 01 Jan 1979; nationality Yemen; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 04716186 (Yemen) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL GHABRA, Mohammed, East London, United Kingdom; DOB 01 Jun 1980; POB Damascus, Syria; nationality United Kingdom; Passport 094629366 (United Kingdom) (individual) [SDGT].

AL GUNADE (a.k.a. AJMAC MULTI ACTIVITIES COMPANY LTD; a.k.a. AL JUNAID MULTI ACTIVITIES CO LTD; a.k.a. ALGUNADE; a.k.a. "AL JUNAID"), Street 3, Block 17, Alryad, Khartoum, Sudan; 99 Gama Avenue, P.O. Box 913, Khartoum, Sudan; Website www.ajmac.com; Organization Established Date 2009; Organization Type: Activities of holding companies [SUDAN-EO14098].

AL HABSI, Mahmood Rashid Amer (a.k.a. AL HABSI, Mahmood Rashid Amur; a.k.a. AL-HABSI, Mahmood; a.k.a. AL-HABSI, Mahmud bin Rashid), Muscat, Oman; DOB 15 Jul 1984; POB Muscat, Oman; nationality Oman; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 03785555 (Oman); National ID No. 7668871 (Oman) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL HABSI, Mahmood Rashid Amur (a.k.a. AL HABSI, Mahmood Rashid Amer; a.k.a. AL-HABSI, Mahmood; a.k.a. AL-HABSI, Mahmud bin Rashid), Muscat, Oman; DOB 15 Jul 1984; POB Muscat, Oman; nationality Oman; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 03785555 (Oman); National ID No. 7668871 (Oman) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL HADHA EXCHANGE CO. (Arabic: شركة الحطاط للصرافة) (a.k.a. AL-HADHA EXCHANGE COMPANY), Al-Zubairi Street, Sana'a, Yemen; Al-Qasr Street, Sana'a, Yemen; Taiz Street, Sana'a, Yemen; Queen Arwa Street, Aden, Yemen; Main Street, Al-Mukalla, Yemen; Sana'a Street, Al-Hudaydah, Yemen; Jamal Street, Taiz, Yemen; Website https://alhadhagroup.com; alt. Website https://alhadha.group; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL HAFIDH ABU TALHA DER DEUTSCHE (a.k.a. HARRACH, Bekkay); DOB 04 Sep 1977; POB Berkane, Morocco; nationality Germany; Passport 5208116575 (Germany) expires 07 Sep 2013; Driver's License No. J17001W6Z12; National ID No. 5209243072 (Germany) expires 07 Sep 2013; Believed to be in the Afghanistan/Pakistan border area (individual) [SDGT].

AL HAKEEL AL ASWAD OIL TRADING LLC, Unit No: 1701 Ontario Tower, Business Bay, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 19 Sep 2016; Organization Type: Extraction of crude petroleum [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

AL HAKIM, Abdullah Yahya (a.k.a. AL HAKIM, Abu Ali; a.k.a. AL-HAKIM, Abdallah; a.k.a. ALHAKIM, Abu Ali; a.k.a. AL-HAKIM, Abu-Ali; a.k.a. AL-MU'AYYAD, Abdallah), Dahyan, Sa'dah Governorate, Yemen; DOB 1985; alt. DOB 1984; alt. DOB 1986; POB Dahyan, Yemen; alt. POB Sa'dah Governorate, Yemen; nationality Yemen; Gender Male; Houthi Chief of Military Intelligence Staff (individual) [YEMEN].

AL HAKIM, Abu Ali (a.k.a. AL HAKIM, Abdullah Yahya; a.k.a. AL-HAKIM, Abdallah; a.k.a. ALHAKIM, Abu Ali; a.k.a. AL-HAKIM, Abu-Ali; a.k.a. AL-MU'AYYAD, Abdallah), Dahyan, Sa'dah Governorate, Yemen; DOB 1985; alt. DOB 1984; alt. DOB 1986; POB Dahyan, Yemen; alt. POB Sa'dah Governorate, Yemen; nationality Yemen; Gender Male; Houthi Chief of Military Intelligence Staff (individual) [YEMEN].

AL HAMEEDAWI, Adnan Younus Jasim (a.k.a. AL-HAMIDAWI, Shaykh 'Adnan; a.k.a. "ABU-'AMMAR"), Iraq; DOB 20 Nov 1976; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

AL HAMID, Hashim (a.k.a. AL-AIDAROOS, Hashim Mohsen; a.k.a. ALHAMDA, Hashem Mohssein Idroos; a.k.a. ALHAMED, Hossin Mohsen; a.k.a. ALHAMID, Hashim; a.k.a. AL-HAMID, Hashim Muhsin Aydarus; a.k.a. AL-HAMID, Mohsan; a.k.a. AL-HAMSHI, Hashim al-Hamid; a.k.a. ALHMAID, Housin Mohsein; a.k.a. IDAROOS, Hashim Mohsen; a.k.a. "ABU TAHIR"), Al Ghaydah, al-Mahrah Governorate, Yemen; Shabwah Governorate, Yemen; Mansoura, Aden, Yemen; Mukalla, Hadramawt Governorate, Yemen; Abyan Governorate, Yemen; Marib Governorate, Yemen; DOB 12 Dec 1985; POB Yemen; nationality Yemen; Gender Male; National ID No. 16010003042 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL HAMIDAN, Mohamad Alsaied (a.k.a. ALHEMEDAN, Mohamad Alsaeed; a.k.a. ALHMEDAN, Mohamad Alsaeed; a.k.a. ALHMIDAN, Mohamad; a.k.a. ALHMIDAN, Mohamad Alsaied; a.k.a. ALUOALII, Mohamad; a.k.a. ALWAKIE, Mohamad; a.k.a. AYSSA, Walid), Turkey; DOB 20 Feb 1976; alt. DOB 13 Feb 1975; alt. DOB 07 Jan 1977; alt. DOB 15 Feb 1976; Passport N010084435 (Syria); Identification Number N002595610 (Syria); alt. Identification Number 00407L012704 (Syria); alt. Identification Number N0097000224 (Syria); alt. Identification Number L07521 (Syria) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL HARAKAT AL ISLAMIYYA (a.k.a. ABU SAYYAF GROUP) [FTO] [SDGT].

AL HARAM COMMERCIAL COMPANY (a.k.a. AL HARAM FOREIGN EXCHANGE CO. LTD; a.k.a. AL HARAM TRANSFER CO.; a.k.a. AL-HARAM COMPANY FOR MONEY TRANSFER; a.k.a. AL-HARAM EXCHANGE COMPANY;

a.k.a. ALHARAM FOR EXCHANGE LTD; a.k.a. AL-HARM TRADING COMPANY; a.k.a. ARABISC HARAM; a.k.a. HARAM TRADING COMPANY; a.k.a. SHARIKAT AL-HARAM LIL-HIWALAT AL-MALIYYAH; a.k.a. TRADING AL-HARM COMPANY), Istanbul, Turkey; Mersin, Turkey; Gaziantep, Turkey; Antakya, Turkey; Reyhanli, Turkey; Iskenderun, Turkey; Belen, Turkey; Surmez, Turkey; Kirikhan, Turkey; Bursa, Turkey; Islahiye, Turkey; Alanya, Turkey; Urfa, Turkey; Antalya, Turkey; Narlica, Turkey; Ankara, Turkey; Izmir, Turkey; Konya, Turkey; Kayseri, Turkey; Turkey; Lebanon; Jordan; Sudan; Palestinian; Website www.arabisc-haram.com [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL HARAM FOREIGN EXCHANGE CO. LTD (a.k.a. AL HARAM COMMERCIAL COMPANY; a.k.a. AL HARAM TRANSFER CO.; a.k.a. AL-HARAM COMPANY FOR MONEY TRANSFER; a.k.a. AL-HARAM EXCHANGE COMPANY; a.k.a. ALHARAM FOR EXCHANGE LTD; a.k.a. AL-HARM TRADING COMPANY; a.k.a. ARABISC HARAM; a.k.a. HARAM TRADING COMPANY; a.k.a. SHARIKAT AL-HARAM LIL-HIWALAT AL-MALIYYAH; a.k.a. TRADING AL-HARM COMPANY), Istanbul, Turkey; Mersin, Turkey; Gaziantep, Turkey; Antakya, Turkey; Reyhanli, Turkey; Iskenderun, Turkey; Belen, Turkey; Surmez, Turkey; Kirikhan, Turkey; Bursa, Turkey; Islahiye, Turkey; Alanya, Turkey; Urfa, Turkey; Antalya, Turkey; Narlica, Turkey; Ankara, Turkey; Izmir, Turkey; Konya, Turkey; Kayseri, Turkey; Turkey; Lebanon; Jordan; Sudan; Palestinian; Website www.arabisc-haram.com [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL HARAM TRANSFER CO. (a.k.a. AL HARAM COMMERCIAL COMPANY; a.k.a. AL HARAM FOREIGN EXCHANGE CO. LTD; a.k.a. AL-HARAM COMPANY FOR MONEY TRANSFER; a.k.a. AL-HARAM EXCHANGE COMPANY; a.k.a. ALHARAM FOR EXCHANGE LTD; a.k.a. AL-HARM TRADING COMPANY; a.k.a. ARABISC HARAM; a.k.a. HARAM TRADING COMPANY; a.k.a. SHARIKAT AL-HARAM LIL-HIWALAT AL-MALIYYAH; a.k.a. TRADING AL-HARM COMPANY), Istanbul, Turkey; Mersin, Turkey; Gaziantep, Turkey; Antakya, Turkey; Reyhanli, Turkey; Iskenderun, Turkey; Belen, Turkey; Surmez, Turkey; Kirikhan, Turkey; Bursa, Turkey; Islahiye, Turkey; Alanya, Turkey; Urfa, Turkey; Antalya, Turkey; Narlica, Turkey; Ankara, Turkey; Izmir, Turkey; Konya, Turkey; Kayseri, Turkey; Turkey; Lebanon; Jordan;

Sudan; Palestinian; Website www.arabisc-haram.com [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL HARAMAIN (a.k.a. AL-HARAMAIN : INDONESIA BRANCH; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. YAYASAN AL HARAMAIN; a.k.a. YAYASAN AL HARAMAINI; a.k.a. YAYASAN AL-MANAHIL-INDONESIA), Jalan Laut Sulawesi Blok DII/4, Kavling Angkatan Laut Duren Sawit, Jakarta Timur 13440, Indonesia [SDGT].

AL HARAMAIN AL MASJED AL AQSA (a.k.a. AL HARAMAYN AL MASJID AL AQSA; a.k.a. AL-HARAMAIN & AL MASJID AL-AQSA CHARITY FOUNDATION : BOSNIA BRANCH; a.k.a. AL-HARAMAYN AND AL MASJID AL AQSA CHARITABLE FOUNDATION), Hasiba Brankovica No. 2A, Sarajevo, Bosnia and Herzegovina [SDGT].

AL HARAMAYN AL MASJID AL AQSA (a.k.a. AL HARAMAIN AL MASJED AL AQSA; a.k.a. AL-HARAMAIN & AL MASJID AL-AQSA CHARITY FOUNDATION : BOSNIA BRANCH; a.k.a. AL-HARAMAYN AND AL MASJID AL AQSA CHARITABLE FOUNDATION), Hasiba Brankovica No. 2A, Sarajevo, Bosnia and Herzegovina [SDGT].

AL HASAWANI, George (a.k.a. HASAWANI, George; a.k.a. HASWANI, George; a.k.a. HASWANI, Jurj; a.k.a. HESSWANI, Georges; a.k.a. HESWANI, George; a.k.a. HEWANI, George; a.k.a. KHESOUANI, George; a.k.a. KHESOUANI, Georges); DOB 26 Sep 1946; POB Yabrud, Syria; nationality Syria; alt. nationality Russia (individual) [SYRIA].

AL HAYAT MEDIA CENTER (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE

OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

AL HOUTHI, Abdul Malik (a.k.a. AL-HOUTH, Abdulmalik Bin Bader Al-Deen; a.k.a. AL-HOUTHI, Abdel-Malek; a.k.a. AL-HOUTHI, Abdel-Malik; a.k.a. AL-HOUTHI, Abdul Malik Badruddin Ameerudin Hussain; a.k.a. AL-HOUTHI, Abdul-Malik; a.k.a. AL-HOUTHI, Abdulmalik Bin Bader Al-Deen), Yemen; DOB 1982; alt. DOB 1981; alt. DOB 1980; POB Dahyan Governorate, Yemen; nationality Yemen; citizen Yemen; Gender Male; Leader of the Houthis (individual) [YEMEN].

AL HUTHI, Abd-al-Khaliq Badr-al-Din (a.k.a. ABU-YUNUS; a.k.a. AL-HOUTHI, Abd al-Khaliq Badr al-Din; a.k.a. AL-HOUTHI, Abdul Khaliq Badreddin; a.k.a. AL-HUTHI, 'Abd al-Khaliq Badr al-Din; a.k.a. AL-HUTHI, Abd-al-Khaliq Badr al-Din; a.k.a. AL-HUTHI, Abd-al-Khaliq), Yemen; DOB 1984; Gender Male; Houthi military commander (individual) [YEMEN].

AL IDRISI, Fehmi Abu Zaid Salem (a.k.a. BEN KHALIFA, Fahmi; a.k.a. BEN KHALIFA, Fahmi Mousa Saleem; a.k.a. BIN KHALIFA, Fahmi; a.k.a. SALEM, al Idrisi Fehmi Abu Zaid; a.k.a. "Fahmi Slim"; a.k.a. "King of Zawarah"), Sarage El Islam, Tripoli, Libya; Zuwarah, Libya; DOB 02 Jan 1972; nationality Libya; Gender Male; National ID No. 560147C (Libya) (individual) [LIBYA3].

AL IKHTEYAR, Hisham (a.k.a AL IKHTIYAR, Hisham; a.k.a AL-IKHTIYAR, Hisham; a.k.a. AL-IKHTIYAR, Hisham Ahmad; a.k.a. BAKHTIAR, Hisham; a.k.a. BAKHTIYAR, Hisham; a.k.a. ICHTIJAR, Hisham; a.k.a.

IKHTEYAR, Hisham; a.k.a. IKHTIYAR, Hisham), Maliki, Damascus, Syria; DOB 1941; Major General; Director, Syria Ba'ath Party Regional Command National Security Bureau (individual) [SYRIA].

AL IKHTIYAR, Hisham (a.k.a. AL IKHTEYAR, Hisham; a.k.a AL-IKHTIYAR, Hisham; a.k.a. AL-IKHTIYAR, Hisham Ahmad; a.k.a. BAKHTIAR, Hisham; a.k.a. BAKHTIYAR, Hisham; a.k.a. ICHTIJAR, Hisham; a.k.a. IKHTEYAR, Hisham; a.k.a. IKHTIYAR, Hisham), Maliki, Damascus, Syria; DOB 1941; Major General; Director, Syria Ba'ath Party Regional Command National Security Bureau (individual) [SYRIA].

AL ISRAA IMPORT AND EXPORT ESTABLISHMENT (a.k.a. AL-ISRAA ESTABLISHMENT FOR IMPORT AND EXPORT), No. 142 Niha-Main Road, Zahle, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Jan 2014; Registration Number 4800490 (Lebanon) [SDGT] (Linked To: DAQQOU, Hassan Muhammad).

AL JABBURY, Mashaan Rakadh Dhamin (a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL JABOURI, Meshan Thamin (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug

1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL JABOURI, Mishan Riqardh Damin (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL JABOURI, Mishan Riqardh Damin (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL JABOURI, Mishan Riqardh Damin (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL JABURI, Atallah Salman Kafi (a.k.a. ALAKT, Ataullah Salman; a.k.a. AL-JABURI, 'Atallah Salman Kafi; a.k.a. AL-JABURI, 'Attallah Salman 'Abd al-Kafi; a.k.a. AL-JABURI, Attallah Salman 'Abd Kafi; a.k.a. AL-KAFI, 'Attallah Salman 'Abd; a.k.a. KAFI, 'Ataalla Salman 'Abd; a.k.a. KAFI, 'Ataallah Salman; a.k.a. KAFI, Atallah Salman Abd; a.k.a. "ABU HAQI"), Hawi al-Arishah Village, Hawijah District, Kirkuk Province, Iraq; Hawijah District, Kirkuk Province, Iraq; Rumanah Village, Kirkuk Province, Iraq; DOB 01 Jan 1973; POB Iraq; citizen Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL JABURI, Misham (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL JADHRAN, Ibrahim Saeed Salem Awad Aissa Hamed Dawoud (a.k.a. AL-JADRAN AL-MAGHRIBI, Ibrahim Saad; a.k.a. JADHRAN, Ibrahim; a.k.a. JADHRAN, Ibrahim Saeed Salim; a.k.a. JATHRAN, Ibrahim), Libya; DOB 29 Oct 1982; alt. DOB 1979 to 1982; POB

Ajdabia, Libya; nationality Libya; Gender Male; Passport S/263963 issued 08 Nov 2012; National ID No. 119820043341; Personal ID Card 137803 (individual) [LIBYA3].

AL JAMAIYAH AL BUSTAN (a.k.a. AL-BUSTAN ASSOCIATION; a.k.a. AL-BUSTAN CHARITY; a.k.a. AL-BUSTAN CHARITY ASSOCIATION; a.k.a. AL-BUSTAN CHARITY FOUNDATION; a.k.a. AL-BUSTAN CHARITY SOCIETY; a.k.a. AL-BUSTAN ORGANIZATION; a.k.a. JAMIAT AL-BUSTAN AL-KHAYRIYAH CHARITY), Mazza, Damascus, Syria [SYRIA] (Linked To: MAKHLUF, Rami).

AL JAMATUL ASARYAH MADRASSA (a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

AL JAMIA AL ASARIA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

AL JAMIAH AL ASARIA MADRASSA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

AL JUNAID MULTI ACTIVITIES CO LTD (a.k.a. AJMAC MULTI ACTIVITIES COMPANY LTD; a.k.a. AL GUNADE; a.k.a. ALGUNADE; a.k.a. "AL JUNAID"), Street 3, Block 17, Alryad, Khartoum, Sudan; 99 Gama Avenue, P.O. Box 913, Khartoum, Sudan; Website www.ajmac.com; Organization Established Date 2009; Organization Type: Activities of holding companies [SUDAN-EO14098].

AL KALAI, Nadir (a.k.a. KALAI, Nader (Arabic: قلعي نادر); a.k.a. KALAI, Nader Mohamad; a.k.a. KALAI, Nader Mohammed Wajieh; a.k.a. KALEI, Nader; a.k.a. QALAI, Nader; a.k.a. QALEI, Nader), 871 Young Avenue, Halifax, Nova Scotia B3H 2V8, Canada; Ain El Mraisse, Beirut, Lebanon; Saifi Street, Jemayzeh, Beirut, Lebanon; Capsurville, Dekwaneh, El Metn Jemayzeh, Beirut, Lebanon; Ghrayeb Bldg, Sami Soloh St, Badaro, Beirut, Lebanon; DOB 09 Jul 1965; POB Damascus, Syria; nationality Syria; alt. nationality Canada; Gender Male; Passport N 010170320 (Syria); National ID No. 010-40036453 (Syria); alt. National ID No. 34191608 (Canada) (individual) [SYRIA] [SYRIA-CAESAR].

AL KARBALAI, Muhammad Khizar (a.k.a. HAYAT JAFFRI, Muhammad Khizar; a.k.a. HAYAT, Mohammad Khizar; a.k.a. HAYAT, Muhammad Khizar), Karachi, Pakistan; DOB 14 Jul 1994; POB Karachi, Pakistan; nationality Pakistan; Email Address khizarh11@yahoo.com; alt. Email Address khizarhayat.jaffri@yahoo.com; alt. Email Address muhammadkhizar.hayatjaffri@yahoo.com; alt. Email Address mygreentree59@yahoo.com; alt. Email Address khizar14hayat@gmail.com; alt. Email Address

muhammadkhizarhayatjaffri@yahoo.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport EB617700 (Pakistan); National ID No. 4210191597005 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

AL KASAB, Muwafaq Mustafa Muhammad Ali (a.k.a. AL-KARMOUSH, Muafaq Mustafa Mohammed; a.k.a. AL-KARMUSH, Muwafaq Mustafa; a.k.a. AL-KARMUSH, Muwafaq Mustafa Muhammad 'Ali; a.k.a. AL-KARMUSH, Muwaffaq Mustafa; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad 'Ali Mahmud; a.k.a. EL KHARMOUSH, Muwaffaq Mustafa Mohammad; a.k.a. KARMOOSH, Muwafaq Mustafa Mohammed Ali; a.k.a. KARMUSH, Muwaffaq; a.k.a. MUHAMMAD, Muwaffaq Mustafa; a.k.a. "Abu Salah"; a.k.a. "AL-'AFRI, Abu Salah"); DOB 01 Feb 1973; citizen Iraq; Gender Male; Passport A5476394 (Iraq) (individual) [SDGT].

AL KASHAF PETROLEUM AND PETROCHEMICAL TRADING L.L.C (Arabic: الكشاف لتجارة البترول و البتروكيماويات ش.ذ.م.م.), Port Saeed Office 407-078, Sheikh Suhail bin Maktoum bin Juma, Al Maktum, Dubai, United Arab Emirates; Office No. 02-046, Plot 6-0, Spectrum Building, Oud Metha, Dubai, United Arab Emirates; Organization Established Date 23 Sep 2020; Dubai Chamber of Commerce Membership No. 1612390 (United Arab Emirates); Business Registration Number 906759 (United Arab Emirates); Economic Register Number (CBLS) 11548618 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

AL KASHEF, Muhammad Jamal (a.k.a. 'ABDU, Muhammad Jamal; a.k.a. ABDU, Muhammad Jamal Ahmad; a.k.a. ABDUH, Mohammad Jamal; a.k.a. AHMAD, Muhammad Gamal Abu; a.k.a. AHMAD, Muhammad Jamal Abu; a.k.a. AHMED, Mohammad Jamal Abdo; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-Al Rahim; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-al Rahim Ahmad; a.k.a. AL-MASRI, Abu Ahmad; a.k.a. JAMAL, Muhammad); DOB 01 Jan 1964; alt. DOB 01 Feb 1964; POB Cairo, Egypt; nationality Egypt (individual) [SDGT].

AL KAWARI, Salim Hasan Khalifa (a.k.a. AL KUWARI, Salim Hassan Khalifa Rashid; a.k.a. AL-KOWARI, Salim; a.k.a. AL-KUWARI, Salem;

a.k.a. AL-KUWARI, Salim Hasan Khalifah Rashid); DOB 1977; alt. DOB 1978; nationality Qatar (individual) [SDGT].

AL KAWTHAR, Section 20, Property 372, Chiyah, Ghobeiri, Lebanon; Commercial Registry Number 2008349 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

AL KHALDI COMPANY LLC (a.k.a. AL KHALDI GOLD AND EXCHANGE COMPANY; a.k.a. ALKHALEDI JEWELRY COMPANY; a.k.a. AL-KHALDI COMPANY; a.k.a. AL-KHALDI EXCHANGE; a.k.a. AL-KHALDI JEWELRY SHOP; a.k.a. AL-KHALDI MONEY EXCHANGE; a.k.a. AL-KHALDI MONEY TRANSFER OFFICE; a.k.a. AL-KHALIDY JEWELRY COMPANY; a.k.a. KHALIDI COMPANY; a.k.a. KHALIDI COMPANY FOR JEWELRY), Cankaya Mahallesi, Silifke Cd. Akdeniz, Mersin 33070, Turkey; 7 Ilkbahar Cd, Bursa, Turkey; Raqqah, Syria; Nishtaman building second floor, New Borsa, Irbil, Iraq; Kapali Carsi, Reisoglu Sk., No: 25-27 Beyazit-Fatih, Istanbul, Turkey; Atikali Mahallesi, Fevzi Pasa Cd. 98-100, Fatih, Istanbul 34087, Turkey; Sanliurfa Market Yildiz Field Maidan, Sanliurfa, Turkey; Yildiz field, Sanliurfa, Turkey; Kapali Carsi, Istanbul, Turkey; Aksaray, Istanbul, Turkey; Zeytoun Bourno, Istanbul, Turkey; Iquitli Mimat Akef Street, Istanbul, Turkey; Oak Square, Istanbul, Turkey; Asnioret, Istanbul, Turkey; Independence, Mersin, Turkey; Sarashieh, Anteb, Turkey; Al-Sharshieh, Bursa, Turkey; Al-Sharsheh, Adana, Turkey; Gaziantep, Turkey; Dayr Az Zawr, Syria; Al Mayadin, Syria; Ismet Inonu Buvari 86, Mersin 33050, Turkey; Halaskar Gazi Caddesi 224, Istanbul 34384, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL KHALDI GOLD AND EXCHANGE COMPANY (a.k.a. AL KHALDI COMPANY LLC; a.k.a. ALKHALEDI JEWELRY COMPANY; a.k.a. AL-KHALDI COMPANY; a.k.a. AL-KHALDI EXCHANGE; a.k.a. AL-KHALDI JEWELRY SHOP; a.k.a. AL-KHALDI MONEY EXCHANGE; a.k.a. AL-KHALDI MONEY TRANSFER OFFICE; a.k.a. AL-KHALIDY JEWELRY COMPANY; a.k.a. KHALIDI COMPANY; a.k.a. KHALIDI COMPANY FOR JEWELRY), Cankaya Mahallesi, Silifke Cd. Akdeniz, Mersin 33070, Turkey; 7 Ilkbahar Cd, Bursa, Turkey; Raqqah, Syria; Nishtaman building second floor, New Borsa, Irbil, Iraq; Kapali Carsi, Reisoglu Sk., No: 25-27 Beyazit-Fatih, Istanbul, Turkey; Atikali Mahallesi, Fevzi Pasa Cd. 98-100, Fatih, Istanbul 34087, Turkey;

Sanliurfa Market Yildiz Field Maidan, Sanliurfa, Turkey; Yildiz field, Sanliurfa, Turkey; Kapali Carsi, Istanbul, Turkey; Aksaray, Istanbul, Turkey; Zeytoun Bourno, Istanbul, Turkey; Iquitli Mimat Akef Street, Istanbul, Turkey; Oak Square, Istanbul, Turkey; Asnioret, Istanbul, Turkey; Independence, Mersin, Turkey; Sarashieh, Anteb, Turkey; Al-Sharshieh, Bursa, Turkey; Al-Sharsheh, Adana, Turkey; Gaziantep, Turkey; Dayr Az Zawr, Syria; Al Mayadin, Syria; Ismet Inonu Buvari 86, Mersin 33050, Turkey; Halaskar Gazi Caddesi 224, Istanbul 34384, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL KHAMAEL MARITIME SERVICES (Arabic: شركة الخمائل الخدمات البحرية و النقل) (a.k.a. AL KHAMAIL MARINE SERVICE; a.k.a. ALKHAMAEL CO. MARITIME SERVICES; a.k.a. ALKHAMAEL TERMINAL AND PORT OPERATION MANAGEMENT; a.k.a. SHARIKAH AL-KHAMA'IL LILKHADAMAT AL-BAHRIYYAH WALNQL), Umm Qasr, Iraq; Basrah, Iraq; Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL KHAMAIL MARINE SERVICE (a.k.a. AL KHAMAEL MARITIME SERVICES (Arabic: شركة الخمائل الخدمات البحرية و النقل); a.k.a. ALKHAMAEL CO. MARITIME SERVICES; a.k.a. ALKHAMAEL TERMINAL AND PORT OPERATION MANAGEMENT; a.k.a. SHARIKAH AL-KHAMA'IL LILKHADAMAT AL-BAHRIYYAH WALNQL), Umm Qasr, Iraq; Basrah, Iraq; Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL KHATIB, Ahmad (a.k.a. AL-KHATIB, Ahmad; a.k.a. EL KHATIB, Ahmad; a.k.a. HISHMAH, Ahmad), Sao Paulo, Brazil; DOB 03 Jul 1969; alt. DOB 03 Jul 1967; POB Majdal Anjar, Lebanon; nationality Egypt; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0554365 (Lebanon) issued 20 Mar 2011 expires 29 Mar 2016; Tax ID No. 234.904.268-51 (Brazil) (individual) [SDGT].

AL KHAYR SUPERMARKET (a.k.a. AL-KHAIR MARKET), Fuwwah, south of Mukalla, Hadramawt Governorate, Yemen [SDGT]

(Linked To: AL-HAYASHI, Sayf Abdulrab Salem).

AL KHIYAWANI, Abdulhakim (a.k.a. AL KIYAWANI, Abdul Hakim; a.k.a. AL-KHAIWANI, Abdul Hakim; a.k.a. AL-KHAIWANI, Abdulhakem Hashim; a.k.a. "AL-KARAR, Abu"; a.k.a. "KARAR, Abu"), Yemen; DOB 1986; Gender Male (individual) [GLOMAG].

AL KHOBARA CO. ACCOUNTING-AUDITING STUDIES (a.k.a. AL-KHOBARA FOR ACCOUNTING, AUDITING, AND STUDIES (Arabic: الخبراء المحاسبة والتدقيق والدراسات)), Hadi Nasrallah Highway, Al-Qard Al-Hasan Building, First Floor, Baabda, Mount Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 81396 (Lebanon) [SDGT] (Linked To: MANSOUR, Adel Mohamad).

AL KIYAWANI, Abdul Hakim (a.k.a. AL KHIYAWANI, Abdulhakim; a.k.a. AL-KHAIWANI, Abdul Hakim; a.k.a. AL-KHAIWANI, Abdulhakem Hashim; a.k.a. "AL-KARAR, Abu"; a.k.a. "KARAR, Abu"), Yemen; DOB 1986; Gender Male (individual) [GLOMAG].

AL KUNI, Osama (a.k.a. AL-MILAD, Osama; a.k.a. IBRAHIM, Osama Al Kuni (Arabic: أسامة الكوني ابراهيم); a.k.a. MILAD, Osama; a.k.a. "ZAWIYA, Osama"; a.k.a. "ZAWIYAH, Osama"), Zawiyah, Libya; DOB 04 Apr 1976; alt. DOB 02 Apr 1976; POB Tripoli, Libya; nationality Libya; Gender Male (individual) [LIBYA3].

AL KURD, Ahmed (a.k.a. AL-KARD, Ahmad; a.k.a. AL-KIRD, Ahmad; a.k.a. ALKURD, Ahmad; a.k.a. AL-KURD, Ahmad Harb; a.k.a. AL-KURD, Ahmed Hard; a.k.a. EL-KURD, Ahmed), Deir Al-Balah, Gaza, Palestinian; DOB circa 1949; alt. DOB circa 1951; POB Deir Al-Balah, Gaza (individual) [SDGT].

AL KUWARI, Salim Hassan Khalifa Rashid (a.k.a. AL KAWARI, Salim Hasan Khalifa; a.k.a. AL-KOWARI, Salim; a.k.a. AL-KUWARI, Salem; a.k.a. AL-KUWARI, Salim Hasan Khalifah Rashid); DOB 1977; alt. DOB 1978; nationality Qatar (individual) [SDGT].

AL LAMI, Isma'il Hafiz (a.k.a. AL-LAMI, Ismail; a.k.a. AL-LAMI, Isma'il Hafith Abid 'Ali; a.k.a. AL-ZARGAWI, Ismai'il Hafuz; a.k.a. IZAJAWI, Ismail Hafeth; a.k.a. "DAR'A, Abu"; a.k.a. "DIRI, Abu"; a.k.a. "DURA, Abu"; a.k.a. "HAYDAR, Abu"), Sadr City, Baghdad, Iraq; Iran; DOB circa 1957; POB Baghdad, Iraq; citizen Iraq (individual) [IRAQ3].

AL MABROOK, Muftah (a.k.a. AL-FATHALI, Al-Mabruk; a.k.a. AL-FATHALI, Al-Mabruk Muftah Muhammad; a.k.a. EL MABRUK, Muftah; a.k.a. EL MOBRUK, Muftah; a.k.a. ELMABRUK, Maftah Mohamed; a.k.a. ELMABRUK, Mustah; a.k.a. MAFTAH, Elmobruk; a.k.a. "AL HAK, Al Haj Abd"; a.k.a. "AL HAQQ, Al Hajj Abd"; a.k.a. "AL-HAQ, Haj 'Abd"; a.k.a. "AL-HAQQ, Al-Hajj 'Abd"), undetermined; DOB 01 May 1950; POB Libya; nationality Libya (individual) [SDGT].

AL MADINA TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAIMAR TRUST; a.k.a. MAYMAR TRUST; a.k.a. MEYMAR TRUST; a.k.a. MOMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

AL MAHDI ALUMINUM COMPANY (a.k.a. ALMAHDI ALUMINUM CO.), 1st Floor, No. 12, Bibie Shahrbanoei Ally., West Saeb Tabrizi St., North Sheikh Bahaei St., Molla Sadra St., Vanak Sq., Tehran, Iran; 18th Km., Shahid Rajaee Quay Road, Bandar Abbas, Iran; Website http://almahdi.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

AL MAHRUS GROUP TRADING COMPANY (a.k.a. MAHROUS GROUP; a.k.a. MAHROUS TRADING ESTABLISHMENT; a.k.a. MAHROUS TRADING INSTITUTE; a.k.a. MAHRUS GROUP; a.k.a. MAHRUS TRADING ESTABLISHMENT), Rawda Street, Damascus, Syria; Al Rawdah, Damascus, Syria [NPWMD]

(Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

AL MANAR TV, Al Manar TV, Abed al Nour Street, Haret Hriek, Beirut, Lebanon; PO Box 354/25, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; info@manartv.com; www.manartv.com; www.almanar.com.lb [SDGT].

AL MANSOOREEN (a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

AL MANSOORIAN (a.k.a AL MANSOOREEN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a.

FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

AL MAQDISI, Abu al Muhtasib (a.k.a. AL ASHQAR, Abdullah (a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, Abdallah; a.k.a. AL-'ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandes; a.k.a. AL-TAWHID, Muhandis; a.k.a. ASHKAR, Abdallah; a.k.a. "ABU-HAJIR"; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian (individual) [SDGT].

AL MARRANI, Mutlaq Ali Aamer (a.k.a. AL-MARRANI, Motlaq Amer; a.k.a. "EMAD, Abu"), Al-Jawf, Yemen; DOB 01 Jan 1984; Gender Male (individual) [GLOMAG].

AL MASHREK FUND (a.k.a. AL MASHREK HOLDING; a.k.a. AL MASHREQ INVESTMENT FUND; a.k.a. AL MASHRIQ HOLDING; a.k.a. AL MASHRIQ INVESTMENT FUND; a.k.a. "MASHRIQ"), Damascus, Syria [SYRIA].

AL MASHREK HOLDING (a.k.a. AL MASHREK FUND; a.k.a. AL MASHREQ INVESTMENT FUND; a.k.a. AL MASHRIQ HOLDING; a.k.a. AL MASHRIQ INVESTMENT FUND; a.k.a. "MASHRIQ"), Damascus, Syria [SYRIA].

AL MASHREQ INVESTMENT FUND (a.k.a. AL MASHREK FUND; a.k.a. AL MASHREK HOLDING; a.k.a. AL MASHRIQ HOLDING; a.k.a. AL MASHRIQ INVESTMENT FUND; a.k.a. "MASHRIQ"), Damascus, Syria [SYRIA].

AL MASHRIQ HOLDING (a.k.a. AL MASHREK FUND; a.k.a. AL MASHREK HOLDING; a.k.a. AL MASHREQ INVESTMENT FUND; a.k.a. AL MASHRIQ INVESTMENT FUND; a.k.a. "MASHRIQ"), Damascus, Syria [SYRIA].

AL MASHRIQ INVESTMENT FUND (a.k.a. AL MASHREK FUND; a.k.a. AL MASHREK HOLDING; a.k.a. AL MASHREQ INVESTMENT FUND; a.k.a. AL MASHRIQ HOLDING; a.k.a. "MASHRIQ"), Damascus, Syria [SYRIA].

AL MASRAF AL ZERAEI AL TAWENI (a.k.a. AGRICULTURAL COOPERATIVE BANK; a.k.a. "ACB"), Al Naanaa Garden, Damascus, Syria; Postal Box 4325, Damascus, Syria; Tall, Damascus, Syria; Doma, Doma, Syria; Zabadani, Damascus, Syria; Katana, Damascus, Syria; Al Qatifa, Damascus, Syria; Nabek, Damascus, Syria; Yabrood, Damascus, Syria; Daria, Damascus, Syria; Alksoaa, Damascus, Syria; Al Qounaitra, Syria; Deraa, Syria; Azraa, Syria; Alsnmin, Syria; Gazallah, Syria; Nawa, Syria; Sweida, Syria; Shahba, Sweida, Syria; Salkhad, Sweida, Syria; Algaria, Sweida, Syria; Homs, Syria; Talkah, Homs, Syria; Tadmer, Homs, Syria; Al Rastan, Homs, Syria; Al Qasser, Homs, Syria; Shin, Homs, Syria; Agricultural Cooperative Bank Building, Damascus Tajhez, 4325, Damascus, Syria; Website www.agrobank.gov.sy [SYRIA].

AL MASRI, Abd Al Wakil (a.k.a. ALI, Hassan; a.k.a. AL-NUBI, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. "ANIS, Abu"; a.k.a. "HUSSEIN"; a.k.a. "KHALID"; a.k.a. "YUSSRR, Abu") DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

AL MAZIDIH, Akram Turki Hishan (a.k.a. AL-HISHAN, Akram Turki; a.k.a. AL-MAZIDIH, Akram Turki Hishan; a.k.a. "ABU AKRAM"; a.k.a. "ABU JARRAH"), Zabadani, Syria; DOB 1974; alt. DOB 1975; alt. DOB 1979 (individual) [SDGT].

AL MAZIDIH, Badran Turki Hishan (a.k.a. AL MEZIDI, Badran Turki Hishan; a.k.a. AL-MAZIDIH, Badran Turki al-Hishan; a.k.a. AL-SHA'BANI, Badran Turki Hisham al-Mazidih; a.k.a. AL-TURKI, Badran; a.k.a. HISHAM, Badran al-Turki; a.k.a. HISHAN, Badran Turki; a.k.a. SHALASH, Badran Turki Hayshan; a.k.a. "ABU 'ABDALLAH"; a.k.a. "ABU ABDULLAH"; a.k.a. "ABU 'AZZAM"; a.k.a. "ABU GHADIYAH"), Zabadani, Syria; DOB 1977; alt. DOB 1978; alt. DOB 1979; POB Mosul, Iraq (individual) [SDGT].

AL MAZIDIH, Ghazy Fezza Hishan (a.k.a. HISHAN, Ghazy Fezzaa; a.k.a. "ABU FAYSAL"; a.k.a. "ABU GHAZZY"; a.k.a. "SHLASH, Mushari Abd Aziz Saleh"), Zabadani, Syria; DOB 1974; alt. DOB 1975 (individual) [SDGT].

AL MEZIDI, Badran Turki Hishan (a.k.a. AL MAZIDIH, Badran Turki Hishan; a.k.a. AL-MAZIDIH, Badran Turki al-Hishan; a.k.a. AL-SHA'BANI, Badran Turki Hisham al-Mazidih; a.k.a. AL-TURKI, Badran; a.k.a. HISHAM, Badran al-Turki; a.k.a. HISHAN, Badran Turki; a.k.a. SHALASH, Badran Turki Hayshan; a.k.a. "ABU 'ABDALLAH"; a.k.a. "ABU ABDULLAH"; a.k.a. "ABU 'AZZAM"; a.k.a. "ABU GHADIYAH"), Zabadani, Syria; DOB 1977; alt. DOB 1978; alt. DOB 1979; POB Mosul, Iraq (individual) [SDGT].

AL MOHAIMEN FOR TRANSPORTATION AND CONTRACTING (a.k.a. AL-MOHAIMEN FOR TRANSPORTING & CONTRACTING; a.k.a. AL-MOHAIMEN FOR TRANSPORTING AND CONTRACTING), Lattakia, Syria [SYRIA] (Linked To: AMAN HOLDING COMPANY).

AL MOJIL, Abdulhamid Sulaiman M. (a.k.a. AL MUJAL, Dr. Abd al-Hamid; a.k.a. AL MU'JIL, Abd al-Hamid Sulaiman; a.k.a. AL-MU'AJJAL, Dr. Abd Al-Hamid; a.k.a. AL-MUJIL, Abd Al Hamid Sulaiman Muhammed; a.k.a. AL-MU'JIL, Dr. Abd Abdul-Hamid bin Sulaiman; a.k.a. MUJEL, A.S.; a.k.a. MU'JIL, Abd al-Hamid; a.k.a. "ABDALLAH, Abu"); DOB 28 Apr 1949; alt. DOB 29 Apr 1949; POB Kuwait; nationality Saudi Arabia; citizen Saudi Arabia; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT].

AL MOSAWI, Hamad Yasir Mohsin (a.k.a. AL MUSAWI, Hamad Yasir Mohsin; a.k.a. AL MUSAWI, Hammed Muhsen; a.k.a. AL-MOUSSAWI, Hamad; a.k.a. AL-MUSAWI, Hamad Yasir Muhsin), Baghdad, Iraq; DOB 12 May 1970; POB Baghdad, Iraq; nationality Iraq;

Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AI3624852 (Iraq) expires 26 Jun 2026; alt. Passport AII035307 (Iraq) expires 01 Apr 2024; National ID No. 00385065 (Iraq) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL MOUKHTAR PRODUCTS CO. SARL (Arabic: منتوجات المختار), Rweiss, Plot 2007, Borj Brajne, Baabda, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2008; Organization Type: Manufacture of other food products n.e.c.; Registration Number 2012570 (Lebanon) issued 21 Apr 2008 [SDGT] (Linked To: UNITED GENERAL HOLDING SAL).

AL MOWAFI, Ramzi Mahmoud (a.k.a. MAWAFI, Ramzi; a.k.a. MOWAFI, Ramzi; a.k.a. MUWAFI, Ramzi); DOB 1952; POB Egypt (individual) [SDGT].

AL MUAMEN, Qassim (a.k.a. ABDULLAH ALI, Qassim; a.k.a. ABDULLAH, Qassim; a.k.a. AHMED, Qassim Abdullah Ali; a.k.a. AL-MUAMEN, Qassim), Iran; DOB 1989; alt. DOB 1988; alt. DOB 1990; alt. DOB 08 Sep 1989; POB Sitrah, Bahrain; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1948673 (Bahrain) issued 18 Oct 2010 expires 18 Oct 2020; National ID No. 890906491 (Bahrain) (individual) [SDGT] (Linked To: AL-ASHTAR BRIGADES).

AL MUJAHIDEEN BRIGADES (a.k.a. AL-MUJAHIDIN BRIGADES; a.k.a. ANSAR AL-MUJAHIDIN MOVEMENT; a.k.a. HOLY WARRIORS BATTALION; a.k.a. KHATIB AI-MUJAHIDIN), West Bank, Palestinian; Gaza Strip, Palestinian; Cairo, Egypt [SDGT].

AL MUJAL, Dr. Abd al-Hamid (a.k.a. AL MOJIL, Abdulhamid Sulaiman M.; a.k.a. AL MU'JIL, Abd al-Hamid Sulaiman; a.k.a. AL-MU'AJJAL, Dr. Abd Al-Hamid; a.k.a. AL-MUJIL, Abd Al Hamid Sulaiman Muhammed; a.k.a. AL-MU'JIL, Dr. Abd Abdul-Hamid bin Sulaiman; a.k.a. MUJEL, A.S.; a.k.a. MU'JIL, Abd al-Hamid; a.k.a. "ABDALLAH, Abu"); DOB 28 Apr 1949; alt. DOB 29 Apr 1949; POB Kuwait; nationality Saudi Arabia; citizen Saudi Arabia; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT].

AL MU'JIL, Abd al-Hamid Sulaiman (a.k.a. AL MOJIL, Abdulhamid Sulaiman M.; a.k.a. AL

MUJAL, Dr. Abd al-Hamid; a.k.a. AL-MU'AJJAL, Dr. Abd Al-Hamid; a.k.a. AL-MUJIL, Abd Al Hamid Sulaiman Muhammed; a.k.a. AL-MU'JIL, Dr. Abd Abdul-Hamid bin Sulaiman; a.k.a. MUJEL, A.S.; a.k.a. MU'JIL, Abd al-Hamid; a.k.a. "ABDALLAH, Abu"); DOB 28 Apr 1949; alt. DOB 29 Apr 1949; POB Kuwait; nationality Saudi Arabia; citizen Saudi Arabia; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT].

AL MUSAWI, Hamad Yasir Mohsin; a.k.a. AL MOSAWI, Hamad Yasir Mohsin; a.k.a. AL MUSAWI, Hammed Muhsen; a.k.a. AL-MOUSSAWI, Hamad; a.k.a. AL-MUSAWI, Hamad Yasir Muhsin), Baghdad, Iraq; DOB 12 May 1970; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AI3624852 (Iraq) expires 26 Jun 2026; alt. Passport AI035307 (Iraq) expires 01 Apr 2024; National ID No. 00385065 (Iraq) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL MUSAWI, Hammed Muhsen (a.k.a. AL MOSAWI, Hamad Yasir Mohsin; a.k.a. AL MUSAWI, Hamad Yasir Mohsin; a.k.a. AL-MOUSSAWI, Hamad; a.k.a. AL-MUSAWI, Hamad Yasir Muhsin), Baghdad, Iraq; DOB 12 May 1970; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AI3624852 (Iraq) expires 26 Jun 2026; alt. Passport AI035307 (Iraq) expires 01 Apr 2024; National ID No. 00385065 (Iraq) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL MUTAHADUN COMPANY (a.k.a. AL MUTAHADUN FOR EXCHANGE; a.k.a. AL-MARKAZIYA LI-SIARAFA (Arabic: شركة المركزية للصرافة)), Gaza; Aksaray Mah. Cerrahpasa Cad. Muratpasa, Apt. No: 3/12, Fatih, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 563157932 (Palestinian); Istanbul Chamber of Comm. No. 142520-5 (Turkey); Business Registration Number 267113103200001 (Turkey) [SDGT] (Linked To: SHAMLAKH, Zuhair).

AL MUTAHADUN FOR EXCHANGE (a.k.a. AL MUTAHADUN COMPANY; a.k.a. AL-MARKAZIYA LI-SIARAFA (Arabic: شركة المركزية للصرافة)), Gaza; Aksaray Mah. Cerrahpasa Cad.

Muratpasa, Apt. No: 3/12, Fatih, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 563157932 (Palestinian); Istanbul Chamber of Comm. No. 142520-5 (Turkey); Business Registration Number 267113103200001 (Turkey) [SDGT] (Linked To: SHAMLAKH, Zuhair).

AL NAIMEH, Abdelrahman Imer al Jaber (a.k.a. AL NEAIMI, Abdulrahman Omair; a.k.a. AL-NAIMI, A. Rahman; a.k.a. ALNAIMI, A. Rahman Omair J; a.k.a. AL-NA'IMI, Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AIMI, 'Abd al-Rahman; a.k.a. AL-NUA'YMI, 'Abd al-Rahman; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Umayr; a.k.a. AL-NU'AYMI, 'Abdallah Muhammad; a.k.a. AL-NU'IMI, 'Abd al-Rahman bin 'Amir), Qatar; DOB 1954; Passport 00868774 (Qatar) expires 27 Apr 2014; Personal ID Card 25463401784 (Qatar) expires 06 Dec 2019 (individual) [SDGT].

AL NAJI, Abu Al Bara'a (a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad a; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

AL NASER WINGS (a.k.a. AL NASER WINGS AIRLINES; a.k.a. ALNASER AIRLINES; a.k.a. AL-NASER AIRLINES), Al-Karrada, Babil Region - District 929, St. 21, Home 46, Baghdad, Iraq; P.O. Box 28360, Dubai, United Arab Emirates; P.O. Box 911399, Amman 11191, Jordan; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR).

AL NASER WINGS AIRLINES (a.k.a. AL NASER WINGS; a.k.a. ALNASER AIRLINES; a.k.a. AL-NASER AIRLINES), Al-Karrada, Babil Region - District 929, St. 21, Home 46, Baghdad, Iraq; P.O. Box 28360, Dubai, United Arab Emirates; P.O. Box 911399, Amman 11191, Jordan; Additional Sanctions Information - Subject to

Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR).

AL NEAIMI, Abdulrahman Omair (a.k.a. AL NAIMEH, Abdelrahman Imer al Jaber; a.k.a. AL-NAIMI, A. Rahman; a.k.a. ALNAIMI, A. Rahman Omair J; a.k.a. AL-NA'IMI, Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AIMI, 'Abd al-Rahman; a.k.a. AL-NUA'YMI, 'Abd al-Rahman; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Umayr; a.k.a. AL-NU'AYMI, 'Abdallah Muhammad; a.k.a. AL-NU'IMI, 'Abd al-Rahman bin 'Amir), Qatar; DOB 1954; Passport 00868774 (Qatar) expires 27 Apr 2014; Personal ID Card 25463401784 (Qatar) expires 06 Dec 2019 (individual) [SDGT].

AL NEZAAM AL ASASY GENERAL TRADING COMPANY (a.k.a. AL NEZAM AL ASASY GENERAL TRADING L.L.C (Arabic: النظام الأساسي للتجارة العامة ش.ذ.م.م; a.k.a. ALNEZAM AL ASASY GENERAL TRADING), PO Box 40450, Dubai, United Arab Emirates; Kuwait Building 104, Deira, Dubai, United Arab Emirates; Organization Established Date 24 Aug 2011; Identification Number 196181 (United Arab Emirates); License 658287 (United Arab Emirates); Registration Number 1081418 (United Arab Emirates) [SOMALIA] (Linked To: ABDI, Abdulwahab Noor).

AL NEZAM AL ASASY GENERAL TRADING L.L.C (Arabic: النظام الأساسي للتجارة العامة ش.ذ.م.م; a.k.a. AL NEZAAM AL ASASY GENERAL TRADING COMPANY; a.k.a. ALNEZAM AL ASASY GENERAL TRADING), PO Box 40450, Dubai, United Arab Emirates; Kuwait Building 104, Deira, Dubai, United Arab Emirates; Organization Established Date 24 Aug 2011; Identification Number 196181 (United Arab Emirates); License 658287 (United Arab Emirates); Registration Number 1081418 (United Arab Emirates) [SOMALIA] (Linked To: ABDI, Abdulwahab Noor).

AL NOBANI, Ali (a.k.a. AL-OBEIDI, Ahmed Hassan Kaka; a.k.a. AL-UBAYDI, Ahmad Hassan Kaka; a.k.a. HAZIM KAKA), Al Humayra Village, Taza sub district, Iraq; Kurdi Al Nasir village, Iraq; DOB 1949; POB Baghdad, Iraq; nationality Iraq; Passport F032516 (Iraq) issued 04 May 1976 (individual) [IRAQ3].

AL NOUR BROADCASTING STATION (a.k.a. AL NOUR RADIO; a.k.a. AL NUR RADIO; a.k.a. RADIO ANNOUR; a.k.a. RADIO ANNOUR, Abed Al Nour Street, PO Box 197/25, Alghobeiri, Haret Hriek, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the

Hizballah Financial Sanctions Regulations;
info@al-nour.net; www.al-nour.net [SDGT].

AL NOUR RADIO (a.k.a. AL NOUR
BROADCASTING STATION; a.k.a. AL NUR
RADIO; a.k.a. RADIO ANNOUR), Abed Al Nour
Street, PO Box 197/25, Alghobeiri, Haret Hriek,
Beirut, Lebanon; Additional Sanctions
Information - Subject to Secondary Sanctions
Pursuant to the Hizballah Financial Sanctions
Regulations; info@al-nour.net; www.al-nour.net
[SDGT].

AL NUR RADIO (a.k.a. AL NOUR
BROADCASTING STATION; a.k.a. AL NOUR
RADIO; a.k.a. RADIO ANNOUR), Abed Al Nour
Street, PO Box 197/25, Alghobeiri, Haret Hriek,
Beirut, Lebanon; Additional Sanctions
Information - Subject to Secondary Sanctions
Pursuant to the Hizballah Financial Sanctions
Regulations; info@al-nour.net; www.al-nour.net
[SDGT].

AL NUSRAH FRONT FOR THE PEOPLE OF
LEVANT (a.k.a. AL-NUSRAH FRONT; a.k.a.
AL-NUSRAH FRONT IN LEBANON; a.k.a.
ASSEMBLY FOR LIBERATION OF THE
LEVANT; a.k.a. ASSEMBLY FOR THE
LIBERATION OF SYRIA; a.k.a. CONQUEST
OF THE LEVANT FRONT; a.k.a. FATAH AL-
SHAM FRONT; a.k.a. FATEH AL-SHAM
FRONT; a.k.a. FRONT FOR THE CONQUEST
OF SYRIA; a.k.a. FRONT FOR THE
CONQUEST OF SYRIA/THE LEVANT; a.k.a.
FRONT FOR THE LIBERATION OF THE
LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM;
a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a.
HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-
NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-
SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-
NUSRAH; a.k.a. JABHAT FATAH AL-SHAM;
a.k.a. JABHAT FATEH AL-SHAM; a.k.a.
JABHAT FATH AL SHAM; a.k.a. JABHAT
FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH;
a.k.a. LIBERATION OF AL-SHAM
COMMISSION; a.k.a. LIBERATION OF THE
LEVANT ORGANISATION; a.k.a. TAHRIR AL-
SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT;
a.k.a. THE FRONT FOR THE LIBERATION OF
AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT
FRONT FOR THE PEOPLE OF THE LEVANT";
a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

AL OBAIDI, Tarik Nasser S. (a.k.a. AL-'UBAYDI,
Tarik; a.k.a. AL-'UBAYDI, Tariq), Baghdad, Iraq;
DOB 1945; POB Baghdad, Iraq; nationality Iraq;
Passport 212331 (Iraq) (individual) [IRAQ2].

AL OMGE AND BROS COMPANY MONEY
EXCHANGE (a.k.a. AL OMGE AND BROS

FOR EXCHANGE COMPANY; a.k.a. AL OMGI
AND BROS COMPANY; a.k.a. AL-AMAQI LIL-
SARAFAH COMPANY; a.k.a. AL-AMQI
EXCHANGE; a.k.a. AL-AMQI MONEY
EXCHANGE; a.k.a. AL-OMAG AND BROS
EXCHANGE; a.k.a. AL-OMAGI & BRO.
MONEY EXCHANGE COMPANY; a.k.a. AL-
OMAKI EXCHANGE COMPANY; a.k.a. AL-
OMAQY EXCHANGE CORPORATION; a.k.a.
ALOMGE AND BROS FOR EXCHANGE
COMPANY; a.k.a. AL-OMGI EXCHANGE
COMPANY; a.k.a. AL-OMGY & BROS. MONEY
EXCHANGE; a.k.a. ALOMGY AND BROS
MONEY EXCHANGE; a.k.a. ALOMGY AND
BROS. EXCHANGE; a.k.a. AL-OMGY AND
BROTHERS MONEY EXCHANGE; a.k.a. AL-
OMGY COMPANY FOR MONEY EXCHANGE;
a.k.a. AL-OMGY EXCHANGE COMPANY;
a.k.a. AL-OMQI FOR EXCHANGE; a.k.a.
ALOMQY & BROS. FOR MONEY EXCHANGE;
a.k.a. AL-OMQY AND BROS COMPANY FOR
MONEY EXCHANGE; a.k.a. AL-OMQY FOR
EXCHANGING CO.; a.k.a. ALUMGY AND
BROS MONEY EXCHANGE; a.k.a. AL-UMGY
AND BROS MONEY EXCHANGE; a.k.a. AL-
'UMQI BUREAUX DE CHANGE; a.k.a. AL-
UMQI CURRENCY EXCHANGE COMPANY;
a.k.a. AL-'UMQI GROUP FOR TRADE AND
INVESTMENT; a.k.a. AL-UMQI HAWALA;
a.k.a. AL-'UMQI MONEY EXCHANGE
COMPANY; a.k.a. OMQI COMPANY; a.k.a.
UMQI EXCHANGE), Al-Mukalla Branch, Al-
Kabas, Near Al-Mukalla Post Office, Al-Mukalla,
Hadhramout, Yemen; Galam Street, Taiz,
Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser,
Cairo, Egypt; Ash Shihr, Hadramawt, Yemen;
Qusayir, Hadramawt, Yemen; Hadhramout,
Yemen; Aden, Yemen; Taix, Yemen; Abian,
Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb,
Yemen; Almhahra, Yemen; Albaidah, Yemen;
Shabwah, Yemen; Lahej, Yemen; Suqatra,
Yemen [SDGT] (Linked To: AL-QA'IDA IN THE
ARABIAN PENINSULA; Linked To: AL-OMGY,
Said Salih Abd-Rabbuh; Linked To: AL-OMGY,
Muhammad Salih Abd-Rabbuh).

AL OMGI AND BROS COMPANY (a.k.a. AL
OMGE AND BROS COMPANY MONEY
EXCHANGE; a.k.a. AL OMGE AND BROS FOR
EXCHANGE COMPANY; a.k.a. AL-AMAQI LIL-
SARAFAH COMPANY; a.k.a. AL-AMQI
EXCHANGE; a.k.a. AL-AMQI MONEY
EXCHANGE; a.k.a. AL-OMAG AND BROS
EXCHANGE; a.k.a. AL-OMAGI & BRO.
MONEY EXCHANGE COMPANY; a.k.a. AL-
OMAKI EXCHANGE COMPANY; a.k.a. AL-

OMAQY EXCHANGE CORPORATION; a.k.a.
ALOMGE AND BROS FOR EXCHANGE
COMPANY; a.k.a. AL-OMGI EXCHANGE
COMPANY; a.k.a. AL-OMGY & BROS. MONEY
EXCHANGE; a.k.a. ALOMGY AND BROS
MONEY EXCHANGE; a.k.a. ALOMGY AND
BROS. EXCHANGE; a.k.a. AL-OMGY AND
BROTHERS MONEY EXCHANGE; a.k.a. AL-
OMGY COMPANY FOR MONEY EXCHANGE;
a.k.a. AL-OMGY EXCHANGE COMPANY;
a.k.a. AL-OMQI FOR EXCHANGE; a.k.a.
ALOMQY & BROS. FOR MONEY EXCHANGE;
a.k.a. AL-OMQY AND BROS COMPANY FOR
MONEY EXCHANGE; a.k.a. AL-OMQY FOR
EXCHANGING CO.; a.k.a. ALUMGY AND
BROS MONEY EXCHANGE; a.k.a. AL-UMGY
AND BROS MONEY EXCHANGE; a.k.a. AL-
'UMQI BUREAUX DE CHANGE; a.k.a. AL-
UMQI CURRENCY EXCHANGE COMPANY;
a.k.a. AL-'UMQI GROUP FOR TRADE AND
INVESTMENT; a.k.a. AL-UMQI HAWALA;
a.k.a. AL-'UMQI MONEY EXCHANGE
COMPANY; a.k.a. OMQI COMPANY; a.k.a.
UMQI EXCHANGE), Al-Mukalla Branch, Al-
Kabas, Near Al-Mukalla Post Office, Al-Mukalla,
Hadhramout, Yemen; Galam Street, Taiz,
Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser,
Cairo, Egypt; Ash Shihr, Hadramawt, Yemen;
Qusayir, Hadramawt, Yemen; Hadhramout,
Yemen; Aden, Yemen; Taix, Yemen; Abian,
Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb,
Yemen; Almhahra, Yemen; Albaidah, Yemen;
Shabwah, Yemen; Lahej, Yemen; Suqatra,
Yemen [SDGT] (Linked To: AL-QA'IDA IN THE
ARABIAN PENINSULA; Linked To: AL-OMGY,
Said Salih Abd-Rabbuh; Linked To: AL-OMGY,
Muhammad Salih Abd-Rabbuh).

AL OMGE AND BROS FOR EXCHANGE
COMPANY (a.k.a. AL OMGE AND BROS
COMPANY MONEY EXCHANGE; a.k.a. AL
OMGI AND BROS COMPANY; a.k.a. AL-
AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-
AMQI EXCHANGE; a.k.a. AL-AMQI MONEY
EXCHANGE; a.k.a. AL-OMAG AND BROS
EXCHANGE; a.k.a. AL-OMAGI & BRO.
MONEY EXCHANGE COMPANY; a.k.a. AL-
OMAKI EXCHANGE COMPANY; a.k.a. AL-
OMAQY EXCHANGE CORPORATION; a.k.a.
ALOMGE AND BROS FOR EXCHANGE
COMPANY; a.k.a. AL-OMGI EXCHANGE
COMPANY; a.k.a. AL-OMGY & BROS. MONEY
EXCHANGE; a.k.a. ALOMGY AND BROS
MONEY EXCHANGE; a.k.a. ALOMGY AND
BROS. EXCHANGE; a.k.a. AL-OMGY AND
BROTHERS MONEY EXCHANGE; a.k.a. AL-

OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL OMQI, Mohammed Saleh Abdurabu (a.k.a. ABDORABOH, Mohammed Saleh; a.k.a. ALAMQE, Mohammed Saleh A; a.k.a. AL-AMQI, Muhammad Salih 'Abd-Rabbuh; a.k.a. ALAMQY, Mohammed Salih Abdrabah; a.k.a. AL-OMAQY, Mohammed Saleh Abd Rabo; a.k.a. AL-OMGY, Mohammed Saleh Abd'rabbo; a.k.a. AL-OMGY, Muhammad Salih Abd-Rabbuh (Arabic: محمد صالح عبدربه); a.k.a. AL-UMAQI, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMGY, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMQI, Mohammad Salih Abdurabbuh; a.k.a. AL-UMQI, Muhammad Saleh Abd-Rabbuh; a.k.a. AL-UMQY, Muhammad Saleh Abd-Rabbuh), Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'a' Street, J Dirham, Salam, Hadramawt, Yemen; Al Amqi Company, Al Makla, Ash Shaykh Uthman, Hadramawt, Yemen; Sayyiun, Suq As Sarrafin, Sayun, Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt.

Passport 00692808 (Yemen) issued 03 Mar 2001 expires 03 Mar 2007; Identification Number 08010019189 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL OTAIBI, Badr Lafi M. (a.k.a. ALOTAIBI, Badr Lafi M.); DOB 06 Jul 1973; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport P667604 (Saudi Arabia) issued 07 Jan 2015 expires 13 Nov 2019 (individual) [GLOMAG].

AL PETRA COMPANY FOR GOODS TRANSPORT LTD (a.k.a. PETRA NAVIGATION & INTERNATIONAL TRADING CO. LTD.; a.k.a. PETRA NAVIGATION AND INTERNATIONAL TRADING CO. LTD.), Hai Al Wahda Mahalat 906, 906 Zulak 50, House 14, Baghdad, Iraq [IRAQ2].

AL QAEDA (a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADERS; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [FTO] [SDGT].

AL QAIDA (a.k.a. AL QAEDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADERS; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [FTO] [SDGT].

AL QA'IDA (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD;

a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADERS; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [FTO] [SDGT].

AL QAISI, Naif Saleh Salem (a.k.a. AL QAYSI, Nayif Salih Salim; a.k.a. AL-GHAYSI, Nayif; a.k.a. AL-QAYSI, Nayif Salih Salim), Al-Bayda Governorate, Yemen; Sana, Sana Governorate, Yemen; DOB 01 Jan 1983; POB Albaidah, Yemen; citizen Yemen; Passport 04796738 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL QARAWI, Abu Yahya (a.k.a. AL QARAWI, Saleh; a.k.a. AL QARAWI, Saleh Abudullah Saleh; a.k.a. AL SAGHIR, Akhuk; a.k.a. AL-KHEIR, Najm; a.k.a. AL-QARAWI, Saleh bin Abdullah; a.k.a. "FAWAKEH"; a.k.a. "MOOTASEM"); DOB 15 Nov 1982; POB Brydah, Saudi Arabia; nationality Saudi Arabia; Passport E646989 (individual) [SDGT].

AL QARAWI, Saleh (a.k.a. AL QARAWI, Abu Yahya; a.k.a. AL QARAWI, Saleh Abudullah Saleh; a.k.a. AL SAGHIR, Akhuk; a.k.a. AL-KHEIR, Najm; a.k.a. AL-QARAWI, Saleh bin Abdullah; a.k.a. "FAWAKEH"; a.k.a. "MOOTASEM"); DOB 15 Nov 1982; POB Brydah, Saudi Arabia; nationality Saudi Arabia; Passport E646989 (individual) [SDGT].

AL QARAWI, Saleh Abudullah Saleh (a.k.a. AL QARAWI, Abu Yahya; a.k.a. AL QARAWI, Saleh; a.k.a. AL SAGHIR, Akhuk; a.k.a. AL-KHEIR, Najm; a.k.a. AL-QARAWI, Saleh bin Abdullah; a.k.a. "FAWAKEH"; a.k.a. "MOOTASEM"); DOB 15 Nov 1982; POB Brydah, Saudi Arabia; nationality Saudi Arabia; Passport E646989 (individual) [SDGT].

AL QAYSI, Nayif Salih Salim (a.k.a. AL QAISI, Naif Saleh Salem; a.k.a. AL-GHAYSI, Nayif; a.k.a. AL-QAYSI, Nayif Salih Salim), Al-Bayda Governorate, Yemen; Sana, Sana Governorate, Yemen; DOB 01 Jan 1983; POB Albaidah, Yemen; citizen Yemen; Passport 04796738 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL 'QIMA DEVELOPMENT AND PROJECTS LLC (a.k.a. APEX DEVELOPMENT AND PROJECTS LLC (Arabic: شركة القمة للتطوير والمشاريع المحدودة المسؤولية); a.k.a. SUMMIT DEVELOPMENT AND PROJECTS LLC), Rural Damascus, Syria; Organization Established Date 17 Jan 2018; Organization Type: Real estate activities with own or leased property [SYRIA] [SYRIA-CAESAR].

AL QODS (a.k.a. IRGC-QF; a.k.a. IRGC-QUDS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS-QODS FORCE; a.k.a. JERUSALEM FORCE; a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN); a.k.a. QODS (JERUSALEM) FORCE OF THE IRGC; a.k.a. QODS FORCE; a.k.a. QUDS FORCE; a.k.a. SEPAH-E QODS; a.k.a. SEPAH-E QODS (JERUSALEM FORCE)), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [SYRIA] [IRGC] [IFSR] [IRAN-HR] [ELECTION-EO13848].

AL QUDS INSTITUTE (a.k.a. AL QUDS INTERNATIONAL INSTITUTION; a.k.a. AL-QUDS FOUNDATION; a.k.a. AL-QUDS INTERNATIONAL FOUNDATION; a.k.a. INTERNATIONAL AL QUDS INSTITUTE; a.k.a. INTERNATIONAL JERUSALEM FOUNDATION; a.k.a. JERUSALEM INTERNATIONAL ESTABLISHMENT; a.k.a. JERUSALEM INTERNATIONAL FOUNDATION; a.k.a. MU'ASSASAT AL-QUDS; a.k.a. THE INTERNATIONAL AL QUDS FOUNDATION; a.k.a. "IJF"), Hamra Street, Saroulla Building, 11th Floor; P.O. Box Beirut-Hamra 113/5647, Beirut, Lebanon; Website www.alquds-online.org; Email Address institution@alquds-online.org; alt. Email Address alquds_institution@yahoo.com; alt. Email Address info@alquds-city.com [SDGT].

AL QUDS INTERNATIONAL INSTITUTION (a.k.a. AL QUDS INSTITUTE; a.k.a. AL-QUDS FOUNDATION; a.k.a. AL-QUDS INTERNATIONAL FOUNDATION; a.k.a. INTERNATIONAL AL QUDS INSTITUTE; a.k.a. INTERNATIONAL JERUSALEM FOUNDATION; a.k.a. JERUSALEM INTERNATIONAL ESTABLISHMENT; a.k.a. JERUSALEM INTERNATIONAL FOUNDATION; a.k.a. MU'ASSASAT AL-QUDS; a.k.a. THE INTERNATIONAL AL QUDS FOUNDATION; a.k.a. "IJF"), Hamra Street, Saroulla Building, 11th Floor; P.O. Box Beirut-Hamra 113/5647, Beirut, Lebanon; Website

www.alquds-online.org; Email Address institution@alquds-online.org; alt. Email Address alquds_institution@yahoo.com; alt. Email Address info@alquds-city.com [SDGT].

AL RAHMAH WELFARE ORGANISATION (a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANISATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

AL RAHMAH WELFARE ORGANIZATION (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANISATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki

Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

AL RAHMAN WELFARE ORGANISATION (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANISATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

AL RAHMAN, Inayat al Rahman bin Sheikh Jamil (a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a.

"AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

AL RAHMAN, Shaykh Umar Abd; DOB 03 May 1938; POB Egypt; Chief Ideological Figure of ISLAMIC GAMA'AT (individual) [SDGT].

AL RAIE TV CHANNEL (a.k.a. AL RA'Y SATELLITE TELEVISION STATION; a.k.a. AL RA'Y TV; a.k.a. AL-RA'I SATELLITE CHANNEL; a.k.a. AL-RA'Y SATELLITE CHANNEL; a.k.a. AL-RA'Y SATELLITE TELEVISION CHANNEL; a.k.a. ARRAI TV; a.k.a. SATELLITE TELEVISION CHANNEL AL RA'Y; a.k.a. THE OPINION SATELLITE TELEVISION CHANNEL), Near Damascus in the Yaafur area, Syria; Website www.arrai.tv; Email Address info@arrai.tv [IRAQ3].

AL RASHEED TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAIMAR TRUST; a.k.a. MAYMAR TRUST; a.k.a. MEYMAR TRUST; a.k.a. MOMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

AL RASHEED TRUST (a.k.a. AL RASHID TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. THE AID ORGANIZATION OF THE ULEMA), Kitab Ghar, Darul Ifta Wal Irshad, Nazimabad No. 4, Karachi, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; 302b-40, Good Earth Court, Opposite Pia Planitarium, Block 13a, Gulshan -I Iqbal, Karachi, Pakistan; 617 Clifton Center, Block 5, 6th Floor, Clifton, Karachi, Pakistan; 605 Landmark Plaza, 11 Chundrigar Road, Opposite Jang Building, Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif; Also operations in: Kosovo, Chechnya [SDGT].

AL RASHID TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAIMAR TRUST; a.k.a. MAYMAR TRUST; a.k.a. MEYMAR TRUST; a.k.a. MOMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

AL RASHID TRUST (a.k.a. AL RASHEED TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. THE AID ORGANIZATION OF THE ULEMA), Kitab Ghar, Darul Ifta Wal Irshad, Nazimabad No. 4, Karachi, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; 302b-40, Good Earth Court, Opposite Pia Planitarium, Block 13a, Gulshan -I Iqbal, Karachi, Pakistan; 617 Clifton Center, Block 5, 6th Floor, Clifton, Karachi, Pakistan; 605 Landmark Plaza, 11 Chundrigar Road, Opposite Jang Building, Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif; Also operations in: Kosovo, Chechnya [SDGT].

AL RASHIDI, Yaqoob Mansoor (a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: AL QA'IDA).

AL RAWDA EXCHANGE AND MONEY TRANSFERS COMPANY (Arabic: شركة الروضة

(a.k.a. AL RAWDA EXCHANGE AND TRANSFERS CO.; a.k.a. AL RAWDAH EXCHANGE AND FINANCIAL TRANSACTIONS-MOHAMMED ALI MOHAMMED AL HAWRI AND YASSER ALI MOHAMMED AL HAWRI COMPANY GENERAL PARTNERSHIP (Arabic: شركة الروضة للصرافة والتحويلات المالية محمد على محمد الحوري وياسر على محمد الحوري التضامنية)), Airport Line, Al-Jumna Roundabout, Sana'a, Yemen; Sa'adah, Yemen; Al-Hudaydah, Yemen; Amran, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL RAWDA EXCHANGE AND TRANSFERS CO. (a.k.a. AL RAWDA EXCHANGE AND MONEY TRANSFERS COMPANY (Arabic: شركة الروضة للصرافة والتحويلات المالية); a.k.a. AL RAWDAH EXCHANGE AND FINANCIAL TRANSACTIONS-MOHAMMAD ALI MOHAMMED AL HAWRI AND YASSER ALI MOHAMMED AL HAWRI COMPANY GENERAL PARTNERSHIP (Arabic: شركة الروضة للصرافة والتحويلات المالية محمد على محمد الحوري وياسر على محمد الحوري التضامنية)), Airport Line, Al-Jumna Roundabout, Sana'a, Yemen; Sa'adah, Yemen; Al-Hudaydah, Yemen; Amran, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL RAWDAH EXCHANGE AND FINANCIAL TRANSACTIONS-MOHAMMAD ALI MOHAMMED AL HAWRI AND YASSER ALI MOHAMMED AL HAWRI COMPANY GENERAL PARTNERSHIP (Arabic: شركة الروضة للصرافة والتحويلات المالية محمد على محمد الحوري وياسر على محمد الحوري التضامنية) (a.k.a. AL RAWDA EXCHANGE AND MONEY TRANSFERS COMPANY (Arabic: شركة الروضة للصرافة والتحويلات المالية); a.k.a. AL RAWDA EXCHANGE AND TRANSFERS CO.), Airport Line, Al-Jumna Roundabout, Sana'a, Yemen; Sa'adah, Yemen; Al-Hudaydah, Yemen; Amran, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL RAWI, Abdulrahman (a.k.a. AL-RAWI, Abd-al-Rahman; a.k.a. AL-RAWI, Abd-al-Rahman 'Ali Husayn al-Ahmad; a.k.a. AL-RAWI, Abdul

Rahman; a.k.a. AL-RAWI, Abu Abd Al Rahman), Turkey; DOB 1983; POB Albu Kamal, Dayr az Zawr Province, Syria; nationality Syria; Gender Male; Phone Number 905515983567; alt. Phone Number 9647718635788; alt. Phone Number 96351667406; alt. Phone Number 9647715959705 (individual) [SDGT].

AL RAWI, Adnan Mahmood (a.k.a. ALRAWI, Adnan Mahmood; a.k.a. AL-RAWI, 'Adnan Muhammad Amin; a.k.a. AL-RAWI, Amin Muhammad; a.k.a. AMIN, 'Adnan Muhammad; a.k.a. RAWI, Adnan Mahmood; a.k.a. "ALDEEN, Mohammed Amad Az"; a.k.a. "EMAD, Mohammad"; a.k.a. "EZALDEEN, Mohammed Emad"), Erbil, Iraq; Amman, Jordan; Sulaymaniyah, Iraq; Istanbul, Turkey; Adana, Turkey; Bazaz Abd, Syria; al-Rawah, Anbar, Iraq; DOB 07 Jan 1985; alt. DOB 28 Aug 1982; Gender Male; National ID No. 649474 (Iraq); Identification Number 00260818 (Iraq); alt. Identification Number 658032 (Jordan); alt. Identification Number 635464 (Jordan); alt. Identification Number 1251025 (Jordan); alt. Identification Number 1200701 (Jordan); alt. Identification Number 24906658031 (Jordan); alt. Identification Number 1465967 (Jordan); alt. Identification Number 1194396 (Jordan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL RA'Y SATELLITE TELEVISION STATION (a.k.a. AL RAIE TV CHANNEL; a.k.a. AL RA'Y TV; a.k.a. AL-RA'I SATELLITE CHANNEL; a.k.a. AL-RA'Y SATELLITE CHANNEL; a.k.a. AL-RA'Y SATELLITE TELEVISION CHANNEL; a.k.a. ARRAI TV; a.k.a. SATELLITE TELEVISION CHANNEL AL RA'Y; a.k.a. THE OPINION SATELLITE TELEVISION CHANNEL), Near Damascus in the Yaafur area, Syria; Website www.arrai.tv; Email Address info@arrai.tv [IRAQ3].

AL RA'Y TV (a.k.a. AL RAIE TV CHANNEL; a.k.a. AL RA'Y SATELLITE TELEVISION STATION; a.k.a. AL-RA'I SATELLITE CHANNEL; a.k.a. AL-RA'Y SATELLITE CHANNEL; a.k.a. AL-RA'Y SATELLITE TELEVISION CHANNEL; a.k.a. ARRAI TV; a.k.a. SATELLITE TELEVISION CHANNEL AL RA'Y; a.k.a. THE OPINION SATELLITE TELEVISION CHANNEL), Near Damascus in the Yaafur area, Syria; Website www.arrai.tv; Email Address info@arrai.tv [IRAQ3].

AL REHMAT TRUST (a.k.a. AL-RAHMAT TRUST; a.k.a. AL-REHMAN TRUST; a.k.a. AR-RAHMAN TRUST; a.k.a. UR-RAHMAN TRUST; a.k.a. UR-RAMAT TRUST), 537/1-Z Defense

Housing Area (DHA), Lahore, Pakistan; Office 22, Third Floor, al Fatah Plaza, Commerical Market, Rawalpindi, Pakistan; Room No. 22, 3rd Floor, al-Fateh Plaza, Commerical Market Road, Chandi Chowk, Rawalpindi, Pakistan; Karachi, Pakistan; Nelam Road, Bandi Chehza, Muzaffarabad, Pakistan; Balakot, Besyan Chouk, Pakistan; Rajana Road, Srah-Salah, Haripur, Pakistan; Rehana Road, Sirai Salih, Post Box #22, G.P.O. Haripur, Northwest Frontier Province, Pakistan [SDGT].

AL ROWAD BANK FOR DEVELOPMENT & INVESTMENT (a.k.a. AL ROWAD BANK FOR DEVELOPMENT AND INVESTMENT; a.k.a. AL-KHALEEJ BANK; a.k.a. ALKHALEEJ BANK CO LTD), Albaraka Tower, 6th Floor, 1 Al Qasr, Khartoum, Sudan; SWIFT/BIC KHJBSDKH; Website www.al-khaleejbank.com; Target Type Financial Institution [SUDAN-EO14098].

AL ROWAD BANK FOR DEVELOPMENT AND INVESTMENT (a.k.a. AL ROWAD BANK FOR DEVELOPMENT & INVESTMENT; a.k.a. AL-KHALEEJ BANK; a.k.a. ALKHALEEJ BANK CO LTD), Albaraka Tower, 6th Floor, 1 Al Qasr, Khartoum, Sudan; SWIFT/BIC KHJBSDKH; Website www.al-khaleejbank.com; Target Type Financial Institution [SUDAN-EO14098].

AL ROWAD REAL ESTATE DEVELOPMENT (Arabic: الرواد للتطوير العقاري; a.k.a. ALROWAD COMPANY; a.k.a. ALROWAD FOR REAL ESTATE; a.k.a. ALROWAD FOR REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD RESIDENTIAL COMPOUND; a.k.a. PIONEER COMPANY FOR REAL ESTATE DEVELOPMENT CO. LTD.; a.k.a. PIONEER REAL ESTATE DEVELOPMENT CO. LTD. OF SUDAN-SAUDI ARABIA; a.k.a. RUWWAD AL-QABIDAH COMPANY; a.k.a. RUWWAD REAL ESTATE DEVELOPMENT), West Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2010; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

AL SAADI, Mansoor Ahmed (a.k.a. AL-SA'ADI, Mansur; a.k.a. AL-SA'ADI, Mansur Ahmad; a.k.a. "Abu Sajjad"), Yemen; DOB 1988; nationality Yemen; Gender Male; Houthi Commander of Yemen's Naval and Coastal Defense Forces (individual) [YEMEN].

AL SAGHIR, Akhuk (a.k.a. AL QARAWI, Abu Yahya; a.k.a. AL QARAWI, Saleh; a.k.a. AL QARAWI, Saleh Abudullah Saleh; a.k.a. AL-KHEIR, Najm; a.k.a. AL-QARAWI, Saleh bin Abdullah; a.k.a. "FAWAKEH"; a.k.a. "MOOTASEM"); DOB 15 Nov 1982; POB Brydah, Saudi Arabia; nationality Saudi Arabia; Passport E646989 (individual) [SDGT].

AL SAHRAWI, Abu Yahya Yunis (a.k.a. ABU BAKAR, Mohammad Hassan; a.k.a. AL-LIBI, Abu Yahya; a.k.a. AL-LIBI, Muhammad Hassan; a.k.a. QA'ID, Hasan; a.k.a. QA'ID, Hasan Muhammad Abu Bakr; a.k.a. QAYED, Muhammad Hassan; a.k.a. RASHID, Abu Yunus; a.k.a. SHEIKH YAHYA, Abu Yahya); DOB 1963; POB Libya; nationality Libya (individual) [SDGT].

AL SANABIL (a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT].

AL SANHAJI, Abu Abdul Rahman Ali (a.k.a. AL-SANHAJI, Abou Abderrahmane; a.k.a. AL-SANHAJI, Abu 'Abd Al-Rahman Ali; a.k.a. AL-SENHADJI, Abou Abderrahman; a.k.a. MAYCHOU, Ali; a.k.a. "ABDERAHMANE AL MAGHREBI"), Mali; DOB 25 May 1983; POB Taza, Morocco; nationality Morocco; Gender Male (individual) [SDGT].

AL SHAHBOZ KHAN GENERAL TRADING LLC. (a.k.a. SHAHBAZ KHAN GENERAL TRADING LLC), Al Ghas Building, Baniyas Square, Al Rigga Area, Flat No. 106, Dubai, United Arab Emirates; P.O. Box 24241, Dubai, United Arab Emirates; P.O. Box 40754, Dubai, United Arab Emirates; Shop No. 16, Baniyas Centre, Dubai, United Arab Emirates; C.R. No. 52060 (United Arab Emirates) [SDNTK].

AL SHAM COMPANY (a.k.a. AL-SHAM COMPANY; a.k.a. CHAM HOLDING; a.k.a. CHAM INVESTMENT GROUP; a.k.a. SHAM HOLDING COMPANY SAL; a.k.a. "CHAM"; a.k.a. "SHAM HOLDING"), Cham Holding Building, Daraa Highway, Sahnaya Area, P.O. Box 9525, Damascus, Syria [SYRIA].

AL SHAMI, Abdelkader Kassim Ahmed (a.k.a. AL-SHAMI, Abdul Qader; a.k.a. AL-SHAMI, Abdulqader), Yemen; DOB 10 Oct 1954; POB Yemen; nationality Yemen; Gender Male (individual) [GLOMAG].

AL SHARAA, Farouk (a.k.a. AL-SHARA, Farouk; a.k.a. AL-SHARA, Farouq; a.k.a. AL-SHARAA, Farouk; a.k.a. AL-SHARAA, Farouk; a.k.a. SHARAA, Farouk); DOB 1938; POB Dar'a, Syria; Vice president (individual) [SYRIA].

AL SHEBEL, Luna (a.k.a. AL CHEBEL, Luna; a.k.a. AL CHEBIL, Luna; a.k.a. AL SHEBIL, Luna; a.k.a. AL SHIBIL, Luna; a.k.a. AL SHIBL, Luna (Arabic: الونا الشبل); a.k.a. ALSHEBEL, Luna; a.k.a. AL-SHIBIL, Luna; a.k.a. CHEBEL, Luna; a.k.a. SHIBL, Luna), Damascus, Syria; DOB 01 Sep 1975; POB Suweida, Syria; alt. POB Damascus, Syria; nationality Syria; Gender Female (individual) [SYRIA].

AL SHEBIL, Luna (a.k.a. AL CHEBEL, Luna; a.k.a. AL CHEBIL, Luna; a.k.a. AL SHEBEL, Luna; a.k.a. AL SHIBIL, Luna; a.k.a. AL SHIBL, Luna (Arabic: الونا الشبل); a.k.a. ALSHEBEL, Luna; a.k.a. AL-SHIBIL, Luna; a.k.a. CHEBEL, Luna; a.k.a. SHIBL, Luna), Damascus, Syria; DOB 01 Sep 1975; POB Suweida, Syria; alt. POB Damascus, Syria; nationality Syria; Gender Female (individual) [SYRIA].

AL SHIBIL, Luna (a.k.a. AL CHEBEL, Luna; a.k.a. AL CHEBIL, Luna; a.k.a. AL SHEBEL, Luna; a.k.a. AL SHEBIL, Luna; a.k.a. AL SHIBL, Luna (Arabic: الونا الشبل); a.k.a. ALSHEBEL, Luna; a.k.a. AL-SHIBIL, Luna; a.k.a. CHEBEL, Luna; a.k.a. SHIBL, Luna), Damascus, Syria; DOB 01 Sep 1975; POB Suweida, Syria; alt. POB Damascus, Syria; nationality Syria; Gender Female (individual) [SYRIA].

AL SHIBL, Luna (Arabic: الونا الشبل) (a.k.a. AL CHEBEL, Luna; a.k.a. AL CHEBIL, Luna; a.k.a. AL SHEBEL, Luna; a.k.a. AL SHEBIL, Luna; a.k.a. AL SHIBIL, Luna; a.k.a. ALSHEBEL, Luna; a.k.a. AL-SHIBIL, Luna; a.k.a. CHEBEL, Luna; a.k.a. SHIBL, Luna), Damascus, Syria; DOB 01 Sep 1975; POB Suweida, Syria; alt. POB Damascus, Syria; nationality Syria; Gender Female (individual) [SYRIA].

AL SIFRANI, Ali (a.k.a. AL-SAFRANI, Ali Ahmidah; a.k.a. AS-SAFRANI, Ali Samida; a.k.a. ZAFRANI, Ali), Libya; DOB 1982; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL SILSILAH AL DHAHABA (a.k.a. GOLDEN CHAIN (Arabic: سلسله الذهب); a.k.a. SELSELAT AL THAHAB; a.k.a. SELSELAT AL THAHAB FOR MONEY EXCHANGE; a.k.a. SILSALAT

AL DHAB; a.k.a. SILSILAH MONEY EXCHANGE COMPANY; a.k.a. SILSILAT MONEY EXCHANGE COMPANY; a.k.a. SILSILET AL THAHAB), Al-Kadhumi Complex, al Harthia, Baghdad, Iraq; at Abbas Street, Karbala, Iraq [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL SULTAN GOLD & JEWELRY (a.k.a. AL SULTAN GOLD AND JEWELRY; a.k.a. AL SULTAN JEWELRY; a.k.a. AL SULTAN MONEY TRANSFER COMPANY; a.k.a. AL-SULTAN JEWELRY & GENERAL TRADING CO; a.k.a. AL-SULTAN JEWELRY AND GENERAL TRADING CO; a.k.a. ALSULTAN KUYUMCULUK; a.k.a. ALSULTAN KUYUMCULUK ELEKTRONIK GIDA ITHALAT IHRACAT LIMITED SIRKETI; a.k.a. SULTAN GOLD), Ataturk Mah. Sehit Nusret Cad., No: 17 A/1 Haliliye-Haliliye, Sanliurfa, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL SULTAN GOLD AND JEWELRY (a.k.a. AL SULTAN GOLD & JEWELRY; a.k.a. AL SULTAN JEWELRY; a.k.a. AL SULTAN MONEY TRANSFER COMPANY; a.k.a. AL-SULTAN JEWELRY & GENERAL TRADING CO; a.k.a. AL-SULTAN JEWELRY AND GENERAL TRADING CO; a.k.a. ALSULTAN KUYUMCULUK; a.k.a. ALSULTAN KUYUMCULUK ELEKTRONIK GIDA ITHALAT IHRACAT LIMITED SIRKETI; a.k.a. SULTAN GOLD), Ataturk Mah. Sehit Nusret Cad., No: 17 A/1 Haliliye-Haliliye, Sanliurfa, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL SULTAN JEWELRY (a.k.a. AL SULTAN GOLD & JEWELRY; a.k.a. AL SULTAN GOLD AND JEWELRY; a.k.a. AL SULTAN MONEY TRANSFER COMPANY; a.k.a. AL-SULTAN JEWELRY & GENERAL TRADING CO; a.k.a. AL-SULTAN JEWELRY AND GENERAL TRADING CO; a.k.a. ALSULTAN KUYUMCULUK; a.k.a. ALSULTAN KUYUMCULUK ELEKTRONIK GIDA ITHALAT IHRACAT LIMITED SIRKETI; a.k.a. SULTAN GOLD), Ataturk Mah. Sehit Nusret Cad., No: 17 A/1 Haliliye-Haliliye, Sanliurfa, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL SULTAN MONEY TRANSFER COMPANY (a.k.a. AL SULTAN GOLD & JEWELRY; a.k.a. AL SULTAN GOLD AND JEWELRY; a.k.a. AL SULTAN JEWELRY; a.k.a. AL-SULTAN JEWELRY & GENERAL TRADING CO; a.k.a. AL-SULTAN JEWELRY AND GENERAL

TRADING CO; a.k.a. ALSULTAN KUYUMCULUK; a.k.a. ALSULTAN KUYUMCULUK ELEKTRONIK GIDA ITHALAT IHRACAT LIMITED SIRKETI; a.k.a. SULTAN GOLD), Ataturk Mah. Sehit Nusret Cad., No: 17 A/1 Haliliye-Haliliye, Sanliurfa, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL TAHI, Abdulrahim (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd Al-Rahim; a.k.a. AL-TALHI, 'Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

AL TAHLI, Abd Al-Rahim (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

AL TAIBAH, INTL. (a.k.a. TAIBAH INTERNATIONAL : BOSNIA BRANCH; a.k.a. TAIBAH INTERNATIONAL AID AGENCY; a.k.a. TAIBAH INTERNATIONAL AID ASSOCIATION; a.k.a. TAIBAH INTERNATIONAL AIDE ASSOCIATION), Avde Smajlovic 6, Sarajevo, Bosnia and Herzegovina; No. 26 Tahbanksa Ulica, Sarajevo, Bosnia and Herzegovina [SDGT].

AL TANZANI, Ahmad (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad

Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. ""AHMED, A.""; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT].

AL TOKHI, Qari Saifullah (a.k.a. SAHAB, Qari; a.k.a. SAIFULLAH, Qari), Quetta, Pakistan; DOB 1964; alt. DOB 1963 to 1965; POB Daraz Jaldak, Qalat District, Zabul Province, Afghanistan; citizen Afghanistan (individual) [SDGT].

AL UBAYDA, Mulfit Kar Iiyas (a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mavlut; a.k.a. KAR, Mawlud; a.k.a. KAR, Meluvet; a.k.a. KAR, Mevlut; a.k.a. KAR, Mivlut; a.k.a. YUSOV, Yanal; a.k.a. ZIKARA, Mevlut; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEIDAH AL TURKI"; a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "ABU UDEJF EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

AL USTA, Abdelrazag Elsharif (a.k.a. AL-USTA, 'Abd Al-Razzaq Al-Sharif; a.k.a. ELOSTA, Abdelrazag Elsharif; a.k.a. SHARIF, 'Abd al-Razzaq; a.k.a. "ABU MU'AWIYA"; a.k.a. "AL-MULAY, 'Abd"), undetermined; DOB 20 Jun 1963; POB SOGUMA, LIBYA; nationality United Kingdom (individual) [SDGT].

AL WAFA (a.k.a. AL WAFA ORGANIZATION; a.k.a. WAFA AL-IGATHA AL-ISLAMIA; a.k.a. WAFA HUMANITARIAN ORGANIZATION) [SDGT].

AL WAFA ORGANIZATION (a.k.a. AL WAFA; a.k.a. WAFA AL-IGATHA AL-ISLAMIA; a.k.a. WAFA HUMANITARIAN ORGANIZATION) [SDGT].

AL WAFA, Yahya Abu (a.k.a. GILL, Muhammad Hussain; a.k.a. GILL, Muhammad Hussein; a.k.a. UL-WAFA, Abu; a.k.a. WAFA, Abdul), 4-Lake Road, Lahore, Pakistan; DOB 07 Apr 1937; nationality Pakistan; National ID No. 35202-8457000-3 (Pakistan) (individual) [SDGT].

AL WAQFIA AL USRAH AL FILASTINIA (a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-

WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

AL WASEL AND BABEL GENERAL TRADING LLC, Ibrahim Saeed Lootah Building, Al Ramool Street, P.O. Box 10631 & 638, Rashidya, Dubai, United Arab Emirates; Baghdad, Iraq [IRAQ2].

AL YARMUK BRIGADE (a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria [SDGT].

AL YUMUN REAL ESTATE COMPANY SAL, Beirut, Lebanon; Commercial Registry Number 48642 (Lebanon) [SDGT] (Linked To: ASSI, Saleh).

AL ZAFIRI, Khalil Ibrahim (a.k.a. JASSEM, Khalil Ibrahim; a.k.a. KHALIL, Ibrahim Mohamed; a.k.a. MOHAMMAD, Khalil Ibrahim), Refugee shelter Alte Ziegelei, Mainz 55128, Germany; DOB 02 Jul 1975; alt. DOB 02 May 1972; alt. DOB 03 Jul 1975; alt. DOB 1972; POB Dayr Az-Zawr, Syria; alt. POB Baghdad, Iraq; nationality Syria; Travel Document Number A0003900 (Germany); Temporary suspension of deportation No. T04338017, expired 08 May 2013, issued by Alien's Office of the city of Mainz (individual) [SDGT].

AL ZAHAR, Mahmoud Khaled (a.k.a. ZAHHAR, Mahmoud Khaled; a.k.a. "AL-ZAHAR, Mahmoud"; a.k.a. "ZAHAR, Mahmoud"), Gaza; DOB 1945; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [NS-PLC] (Linked To: HAMAS).

AL ZAHRANI, Faysal Ahmad Bin Ali (a.k.a. ALZAHRANI, Faisal Ahmed Ali; a.k.a. AL-ZAHRANI, Faysal Ahmad 'Ali; a.k.a. "AL-JAZRAWI, Abu-Sara"; a.k.a. "AL-SAUDI, Abu Sarah"; a.k.a. "AL-ZAHRANI, Abu-Sarah"; a.k.a. "ZAHRANI, Abu Sara"); DOB 19 Jan 1986; alt. DOB 18 Jan 1986; nationality Saudi Arabia; Passport K142736 (Saudi Arabia) issued 14 Jul 2011; alt. Passport G579315 (Saudi Arabia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL ZAIDI, Shebl (a.k.a. AL ZAIDI, Shibl; a.k.a. AL-ZADI, Shibl Muhsin Ubayd; a.k.a. AL-ZAYDI, Hajji Shibl Muhsin; a.k.a. AL-ZAYDI, Shibl Muhsin 'Ubayd; a.k.a. MAHDI, Ja'far Salih; a.k.a. "SHIBL, Hajji"), Iraq; DOB 28 Oct 1968; POB Baghdad, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

AL ZAIDI, Shibl (a.k.a. AL ZAIDI, Shebl; a.k.a. AL-ZADI, Shibl Muhsin Ubayd; a.k.a. AL-ZAYDI, Hajji Shibl Muhsin; a.k.a. AL-ZAYDI, Shibl Muhsin 'Ubayd; a.k.a. MAHDI, Ja'far Salih; a.k.a. "SHIBL, Hajji"), Iraq; DOB 28 Oct 1968; POB Baghdad, Iraq; Additional Sanctions

Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

AL ZAOURA NETWORK (a.k.a. AL ZAWRAH TELEVISION; a.k.a. AL ZOURA TV STATION; a.k.a. AL-ZAWARA SATELLITE TELEVISION STATION; a.k.a. AL-ZAWRA TELEVISION STATION; a.k.a. ALZAWRAA TV; a.k.a. AL-ZAWRAA TV; a.k.a. EL-ZAWRA SATELLITE STATION; a.k.a. ZAWRAH TV STATION; a.k.a. ZORAH CHANNEL), Syria [IRAQ3].

AL ZAROONI EXCHANGE (a.k.a. ALZROONI EXCHANGE; a.k.a. M/S. AL ZAROONI EXCHANGE), P.O. Box 116348, Dubai, United Arab Emirates; Near Florida Hotel, Building of Abdul Rahim Mohd. Ismail Badri, Al Sabkha Street, Naif Road, Deira, Dubai, United Arab Emirates; Sikhat Al Khail Road, Dubai, United Arab Emirates; Website www.alzarooniexchange.ae; C.R. No. 91715; Dubai Chamber of Commerce Membership No. 70103; RTN 823410101; License 535436 [TCO].

AL ZAWAHIRI, Dr. Ayman (a.k.a. AL-ZAWAHIRI, Aiman Muhammad Rabi; a.k.a. AL-ZAWAHIRI, Ayman; a.k.a. SALIM, Ahmad Fuad); DOB 19 Jun 1951; POB Giza, Egypt; Passport 1084010 (Egypt); alt. Passport 19820215; Operational and Military Leader of JIHAD GROUP (individual) [SDGT].

AL ZAWAYA GROUP FOR DEVELOPMENT AND INVESTMENT SOCIEDAD LIMITADA, Paseo De L'Albereda, 45 ESC A 6 9, Valencia 46023, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Dec 2022; Organization Type: Real estate activities with own or leased property; V.A.T. Number ESB72884711 (Spain); N.I.F. B72884711 (Spain) [SDGT] (Linked To: KHAIR, Abdelbasit Hamza Elhassan Mohamed).

AL ZAWRAH TELEVISION (a.k.a. AL ZAOURA NETWORK; a.k.a. AL ZOURA TV STATION; a.k.a. AL-ZAWARA SATELLITE TELEVISION STATION; a.k.a. AL-ZAWRA TELEVISION STATION; a.k.a. ALZAWRAA TV; a.k.a. AL-ZAWRAA TV; a.k.a. EL-ZAWRA SATELLITE STATION; a.k.a. ZAWRAH TV STATION; a.k.a. ZORAH CHANNEL), Syria [IRAQ3].

AL ZOURA TV STATION (a.k.a. AL ZAOURA NETWORK; a.k.a. AL ZAWRAH TELEVISION; a.k.a. AL-ZAWARA SATELLITE TELEVISION STATION; a.k.a. AL-ZAWRA TELEVISION STATION; a.k.a. ALZAWRAA TV; a.k.a. AL-ZAWRAA TV; a.k.a. EL-ZAWRA SATELLITE STATION; a.k.a. ZAWRAH TV STATION; a.k.a. ZORAH CHANNEL), Syria [IRAQ3].

AL-ABADIN, Zayn (a.k.a. AL-SURI, Yaseen; a.k.a. AL-SURI, Yasin; a.k.a. KHALIL, Ezedin Abdel Aziz; a.k.a. KHALIL, Izz al-Din Abd al-Farid); DOB 1982; POB al-Qamishli, Syria; nationality Syria; ethnicity Kurdish (individual) [SDGT].

AL-ABBOUBI, Anas (a.k.a. ABDU SHAKUR, Anas; a.k.a. EL ABBOUBI, Anas; a.k.a. EL-ABBOUBI, Anas; a.k.a. SHAKUR, Anas; a.k.a. "Abu Rawaha the Italian"; a.k.a. "Abu the Italian"; a.k.a. "AL-ITALY, Anas"; a.k.a. "Mc Khalifh"; a.k.a. "Mc Khaliph"; a.k.a. "McKhalif"; a.k.a. "Rawaha al Itali"), Aleppo, Syria; DOB 01 Oct 1992 to 31 Oct 1992; POB Marrakech, Morocco (individual) [SDGT].

AL-'ABD, Ahmad, Syria; DOB 28 Jan 1982; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-'ABDALI, Qattal (a.k.a. AL-'ABDALI, Qital; a.k.a. AL-'ARIF, Sultan Yusuf Hasan; a.k.a. AL-NAJDI, Qital; a.k.a. AL-SAUDI, Abu Musab), Afghanistan; Iran; DOB 28 Jun 1986; alt. DOB 27 Jun 1986; POB Jeddah, Saudi Arabia; nationality Saudi Arabia; Gender Male (individual) [SDGT].

AL-'ABDALI, Qital (a.k.a. AL-'ABDALI, Qattal; a.k.a. AL-'ARIF, Sultan Yusuf Hasan; a.k.a. AL-NAJDI, Qital; a.k.a. AL-SAUDI, Abu Musab), Afghanistan; Iran; DOB 28 Jun 1986; alt. DOB 27 Jun 1986; POB Jeddah, Saudi Arabia; nationality Saudi Arabia; Gender Male (individual) [SDGT].

AL-'ABD-AL-MUHSIN, Yahya Muhammad (a.k.a. AL-ABDULMOHSEN, Yahya Mohamad; a.k.a. ALABDULMOHSEN, Yahya Mohammed Y; a.k.a. AL-ABU HAYDAR, Yahya Muhammad; a.k.a. "YAHYA, Sayyid"), Saudi Arabia; DOB 16 Dec 1979; citizen Saudi Arabia; Gender Male; Passport P045620 (Saudi Arabia) expires 22 Mar 2019; National ID No. 1003159462 (Saudi Arabia) (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

AL-ABDULMOHSEN, Yahya Mohamad (a.k.a. AL-'ABD-AL-MUHSIN, Yahya Muhammad; a.k.a. ALABDULMOHSEN, Yahya Mohammed Y; a.k.a. AL-ABU HAYDAR, Yahya Muhammad;

OFFICE OF FOREIGN ASSETS CONTROL                                    SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

a.k.a. "YAHYA, Sayyid"), Saudi Arabia; DOB 16 Dec 1979; citizen Saudi Arabia; Gender Male; Passport P045620 (Saudi Arabia) expires 22 Mar 2019; National ID No. 1003159462 (Saudi Arabia) (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

ALABDULMOHSEN, Yahya Mohammed Y (a.k.a. AL-'ABD-AL-MUHSIN, Yahya Muhammad; a.k.a. AL-ABDULMOHSEN, Yahya Mohamad; a.k.a. AL-ABU HAYDAR, Yahya Muhammad; a.k.a. "YAHYA, Sayyid"), Saudi Arabia; DOB 16 Dec 1979; citizen Saudi Arabia; Gender Male; Passport P045620 (Saudi Arabia) expires 22 Mar 2019; National ID No. 1003159462 (Saudi Arabia) (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

AL-ABSI, Amru (a.k.a. "Abu al-Asir"; a.k.a. "Abu al-Athir"); DOB 1979; POB Saudi Arabia (individual) [SDGT].

AL-'ABSI, Hani (a.k.a. AS'AD, Hani 'Abd-al-Majid Muhammad (Arabic: اسعد محمد عبدالمجيد هاني); a.k.a. ASAD, Hani Abdulmajeed Mohammed), Turkey; DOB 16 Apr 1977; POB Yemen; nationality Yemen; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL-ABU HAYDAR, Yahya Muhammad (a.k.a. AL-'ABD-AL-MUHSIN, Yahya Muhammad; a.k.a. AL-ABDULMOHSEN, Yahya Mohamad; a.k.a. ALABDULMOHSEN, Yahya Mohammed Y; a.k.a. "YAHYA, Sayyid"), Saudi Arabia; DOB 16 Dec 1979; citizen Saudi Arabia; Gender Male; Passport P045620 (Saudi Arabia) expires 22 Mar 2019; National ID No. 1003159462 (Saudi Arabia) (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

ALABUGA DEVELOPMENT OOO (Cyrillic: ООО АЛАБУГА ДЕВЕЛОПМЕНТ) (a.k.a. LIMITED LIABILITY COMPANY ALABUGA DEVELOPMENT; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ALABUGA DEVELOPMENT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛАБУГА ДЕВЕЛОПМЕНТ)), Ter. OEZ Alabuga, ul. Sh-2, K. 4, Pomeshch. 8, 9, 11, 12, 13, 14, Yelabuga, Volga federal region, Republic of Tatarstan, Russia; Organization Established Date 25 Nov 2016; Organization Type: Construction of buildings; Tax ID No. 1646043699 (Russia); Registration Number 1161690175338 (Russia); alt. Registration Number 05726291 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK

COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

ALABUGA-VOLOKNO OOO (a.k.a. LIMITED LIABILITY COMPANY ALABUGA-FIBRE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ALABUGA-VOLOKNO), Territoriya Oez Alabuga, Ul. Sh-2 Korp. 4/1, Yelabuga 423600, Russia; Ul. Sh-2 Oez Alabuga Terr. Str 11/9, Volga 423601, Russia; Ul. Krzhizhanovskogo D. 14, Korp. 3, Moscow 117218, Russia; Organization Established Date 16 Aug 2011; Tax ID No. 1646031132 (Russia); Government Gazette Number 30371716 (Russia); Registration Number 1111674004045 (Russia) [RUSSIA-EO14024].

AL-ACMI, Hicac Fehid Hicac Muhammed Sebib (a.k.a. AJAMI, Ajaj; a.k.a. AL-AJAMI, Hajaj; a.k.a. AL-AJAMI, Sheikh Hajaj; a.k.a. AL-AJMI, Hajjaj Bin-Fahad; a.k.a. AL-AJMI, Hajjaj Fahd Hajjaj Muhammad Shabib; a.k.a. AL-AJMI, Hijaj Fahid Hijaj Muhammad Sabib); DOB 10 Aug 1987; POB Kuwait; nationality Kuwait (individual) [SDGT].

AL-ADANI, Abu 'Abd al-Rahman (a.k.a. AL-NAQAZ, Basil Muhsin Ahmad; a.k.a. KANAN, Radwan; a.k.a. KANNA, Radwan; a.k.a. QANAN, Radwan Muhammad Husayn Ali), Aden, Yemen; al-Tawilah, Kraytar District, Aden, Yemen; DOB 07 Sep 1975; alt. DOB 1982; POB Abyan Governorate, Khanfar, Al-Rumilah, Yemen; Gender Male (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-ADANI, Abu Sulayman (a.k.a. ABU-SULAYMAN, Nashwan al-Adani; a.k.a. AL-ADANI, Nashwan; a.k.a. AL-ADANI, Sulayman; a.k.a. AL-HASHIMI, Abu Ma'ali; a.k.a. AL-SAY'ARI, Muhammad Ahmed; a.k.a. AL-SAY'ARI, Muhammad Qan'an; a.k.a. AL-SAY'ARI, Nashwan; a.k.a. MUTHANA, Mohsen Ahmed Saleh; a.k.a. MUTHANNA, Muhsin Ahmad Saleh; a.k.a. QAN'AN, Muhammad Salih Muhammad; a.k.a. "AL-MUHAJIR, Abu Usama"), Yemen; DOB 13 Jan 1988; Gender Male; Passport 05867398 (Yemen); alt. Passport 04988639 (Jordan) (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-ADANI, Nashwan (a.k.a. ABU-SULAYMAN, Nashwan al-Adani; a.k.a. AL-ADANI, Abu Sulayman; a.k.a. AL-ADANI, Sulayman; a.k.a. AL-HASHIMI, Abu Ma'ali; a.k.a. AL-SAY'ARI, Muhammad Ahmed; a.k.a. AL-SAY'ARI, Muhammad Qan'an; a.k.a. AL-SAY'ARI, Nashwan; a.k.a. MUTHANA, Mohsen Ahmed Saleh; a.k.a. MUTHANNA, Muhsin Ahmad

Salah; a.k.a. QAN'AN, Muhammad Salih Muhammad; a.k.a. "AL-MUHAJIR, Abu Usama"), Yemen; DOB 13 Jan 1988; Gender Male; Passport 05867398 (Yemen); alt. Passport 04988639 (Jordan) (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-ADANI, Sulayman (a.k.a. ABU-SULAYMAN, Nashwan al-Adani; a.k.a. AL-ADANI, Abu Sulayman; a.k.a. AL-ADANI, Nashwan; a.k.a. AL-HASHIMI, Abu Ma'ali; a.k.a. AL-SAY'ARI, Muhammad Ahmed; a.k.a. AL-SAY'ARI, Muhammad Qan'an; a.k.a. AL-SAY'ARI, Nashwan; a.k.a. MUTHANA, Mohsen Ahmed Saleh; a.k.a. MUTHANNA, Muhsin Ahmad Salah; a.k.a. QAN'AN, Muhammad Salih Muhammad; a.k.a. "AL-MUHAJIR, Abu Usama"), Yemen; DOB 13 Jan 1988; Gender Male; Passport 05867398 (Yemen); alt. Passport 04988639 (Jordan) (individual) [SDGT] (Linked To: ISIL-YEMEN).

ALADDIN RD, Ul. Dokukina, D. 16, Korp. 1, Moscow 129226, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7719165935 (Russia); Registration Number 1027739490415 (Russia) [RUSSIA-EO14024].

AL-ADHAM EXCHANGE COMPANY (Arabic: شركة الادهم للصرافة) (a.k.a. AL-ADHAM FOREIGN EXCHANGE), May 29th Street, Saroujah, Damascus, Syria; Hisham Al-Atassi Street, Al-Salam Building, Ground Floor, Homs, Syria; Al-Assi Square, Al-Quwwatli Street, Hama, Syria; Al-Quds Street, Tartous, Syria; Website https://aladham-exchange.com.sy; Organization Established Date 16 Feb 2009; Commercial Registry Number 15691 (Syria) [SYRIA] [SYRIA-CAESAR].

AL-ADHAM FOREIGN EXCHANGE (a.k.a. AL-ADHAM EXCHANGE COMPANY (Arabic: شركة الادهم للصرافة)), May 29th Street, Saroujah, Damascus, Syria; Hisham Al-Atassi Street, Al-Salam Building, Ground Floor, Homs, Syria; Al-Assi Square, Al-Quwwatli Street, Hama, Syria; Al-Quds Street, Tartous, Syria; Website https://aladham-exchange.com.sy; Organization Established Date 16 Feb 2009; Commercial Registry Number 15691 (Syria) [SYRIA] [SYRIA-CAESAR].

AL-'ADIL, Saif (a.k.a. AL-ADL, Sayf); DOB 1963; POB Egypt (individual) [SDGT].

AL-ADL, Sayf (a.k.a. AL-'ADIL, Saif); DOB 1963; POB Egypt (individual) [SDGT].

AL-ADNANI, Abu Mohamed (a.k.a. AL-ADNANI, Abu Mohammad; a.k.a. AL-ADNANI, Abu Mohammed; a.k.a. AL-BANSHI, Taha; a.k.a. AL-KHATAB, Abu Baker; a.k.a. AL-RAWI, Abu Sadek; a.k.a. AL-RAWI, Yasser Khalaf Hussein Nazal; a.k.a. AL-SHAMI, Abu-Muhammad al-Adnani; a.k.a. FALAH, Jaber Taha; a.k.a. FALAHA, Taha Sobhi), Syria; Iraq; DOB 1977; POB Banash, Syria; nationality Syria (individual) [SDGT].

AL-ADNANI, Abu Mohammad (a.k.a. AL-ADNANI, Abu Mohamed; a.k.a. AL-ADNANI, Abu Mohammed; a.k.a. AL-BANSHI, Taha; a.k.a. AL-KHATAB, Abu Baker; a.k.a. AL-RAWI, Abu Sadek; a.k.a. AL-RAWI, Yasser Khalaf Hussein Nazal; a.k.a. AL-SHAMI, Abu-Muhammad al-Adnani; a.k.a. FALAH, Jaber Taha; a.k.a. FALAHA, Taha Sobhi), Syria; Iraq; DOB 1977; POB Banash, Syria; nationality Syria (individual) [SDGT].

AL-ADNANI, Abu Mohammed (a.k.a. AL-ADNANI, Abu Mohamed; a.k.a. AL-ADNANI, Abu Mohammad; a.k.a. AL-BANSHI, Taha; a.k.a. AL-KHATAB, Abu Baker; a.k.a. AL-RAWI, Abu Sadek; a.k.a. AL-RAWI, Yasser Khalaf Hussein Nazal; a.k.a. AL-SHAMI, Abu-Muhammad al-Adnani; a.k.a. FALAH, Jaber Taha; a.k.a. FALAHA, Taha Sobhi), Syria; Iraq; DOB 1977; POB Banash, Syria; nationality Syria (individual) [SDGT].

ALADNANI, Mohammad Jasim Mohammadsadeq (a.k.a. ADNANI, Seyed Mohammad; a.k.a. AL-ADNANI, Muhammad; a.k.a. AL-GHORAYFI, Muhammad), Iraq; DOB 27 Jun 1987; alt. DOB 17 Sep 1987; nationality Iran; alt. nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A9792142 (Iraq); alt. Passport E96048299 (Iran); National ID No. 1742742726 (Iran) (individual) [SDGT] [IFSR] (Linked To: FADAKAR, Alireza).

AL-ADNANI, Muhammad (a.k.a. ADNANI, Seyed Mohammad; a.k.a. ALADNANI, Mohammad Jasim Mohammadsadeq; a.k.a. AL-GHORAYFI, Muhammad), Iraq; DOB 27 Jun 1987; alt. DOB 17 Sep 1987; nationality Iran; alt. nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A9792142 (Iraq); alt. Passport E96048299 (Iran); National ID No. 1742742726 (Iran) (individual) [SDGT] [IFSR] (Linked To: FADAKAR, Alireza).

ALAEDDINI, Yahya (a.k.a. ALA'ODDINI, Yahya (Arabic: يحيى علاء الدين)), Iran; DOB 21 Mar 1965; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K47201906 (Iran) expires 19 Oct 2023; National ID No. 0036732958 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: BONYAD TAAVON SEPAH).

ALAGHA, Abu Obaida Khairy (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

ALAGHA, Abu Obeidah Kheiri (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy Hafiz; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi

Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

ALAGHA, Abu Obidah Khairi Hafez (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

AL-AGHA, Abu Ubayda Khayri (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou

Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

AL-AGHA, Abu Ubaydah Khayri (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi

Arabia; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

AL-AGHA, Abu Ubaydah Khayri Hafiz (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

ALAGHA, Abuobaida Khairy Hafez (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu

Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

AL-AGNEHA COMPANY (a.k.a. AJJNEHA; a.k.a. AL-AJNIHAH; a.k.a. AL-AJNIHAH PRIVATE JOINT STOCK CORPORATION), Damascus, Syria [SYRIA] (Linked To: ABBAS, Muhammad).

AL-AHDAL, Abdallah Bin Faisal (a.k.a. AL-AHDAL, Abdallah Bin Faysal; a.k.a. AL-AHDAL, Abdallah Faisal; a.k.a. AL-AHDAL, Abdallah Faysal; a.k.a. AL-AHDAL, Abdullah; a.k.a. AL-AHDAL, Abdullah Bin Faisal; a.k.a. AL-AHDAL, Abdullah Bin Faysal; a.k.a. AL-AHDAL, Abdullah Faisal; a.k.a. AL-AHDAL, Abdullah Faysal; a.k.a. AL-AHDEL, Abdullah; a.k.a. AL-ALAHADIL, Abdullah; a.k.a. SADIQ AL-AHDAL, Abdallah Faysal), Ash Shihr District, Hadramawt Governorate, Yemen; DOB Jan 1959; citizen Yemen (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-AHDAL, Abdallah Bin Faysal (a.k.a. AL-AHDAL, Abdallah Bin Faisal; a.k.a. AL-AHDAL, Abdallah Faisal; a.k.a. AL-AHDAL, Abdallah Faysal; a.k.a. AL-AHDAL, Abdullah; a.k.a. AL-AHDAL, Abdullah Bin Faisal; a.k.a. AL-AHDAL, Abdullah Bin Faysal; a.k.a. AL-AHDAL, Abdullah Faisal; a.k.a. AL-AHDAL, Abdullah Faysal; a.k.a. AL-AHDEL, Abdullah; a.k.a. AL-ALAHADIL, Abdullah; a.k.a. SADIQ AL-AHDAL, Abdallah Faysal), Ash Shihr District, Hadramawt Governorate, Yemen; DOB Jan 1959; citizen Yemen (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-AHDAL, Abdallah Faisal (a.k.a. AL-AHDAL, Abdallah Bin Faisal; a.k.a. AL-AHDAL, Abdallah

Bin Faysal; a.k.a. AL-AHDAL, Abdallah Faysal; a.k.a. AL-AHDAL, Abdullah; a.k.a. AL-AHDAL, Abdullah Bin Faisal; a.k.a. AL-AHDAL, Abdullah Bin Faysal; a.k.a. AL-AHDAL, Abdullah Faisal; a.k.a. AL-AHDAL, Abdullah Faysal; a.k.a. AL-AHDEL, Abdullah; a.k.a. AL-ALAHADIL, Abdullah; a.k.a. SADIQ AL-AHDAL, Abdallah Faysal), Ash Shihr District, Hadramawt Governorate, Yemen; DOB Jan 1959; citizen Yemen (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-AHDAL, Abdallah Faysal (a.k.a. AL-AHDAL, Abdallah Bin Faisal; a.k.a. AL-AHDAL, Abdallah Bin Faysal; a.k.a. AL-AHDAL, Abdallah Faisal; a.k.a. AL-AHDAL, Abdullah; a.k.a. AL-AHDAL, Abdullah Bin Faisal; a.k.a. AL-AHDAL, Abdullah Bin Faysal; a.k.a. AL-AHDAL, Abdullah Faisal; a.k.a. AL-AHDAL, Abdullah Faysal; a.k.a. AL-AHDEL, Abdullah; a.k.a. AL-ALAHADIL, Abdullah; a.k.a. SADIQ AL-AHDAL, Abdallah Faysal), Ash Shihr District, Hadramawt Governorate, Yemen; DOB Jan 1959; citizen Yemen (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-AHDAL, Abdullah (a.k.a. AL-AHDAL, Abdallah Bin Faisal; a.k.a. AL-AHDAL, Abdallah Bin Faysal; a.k.a. AL-AHDAL, Abdallah Faisal; a.k.a. AL-AHDAL, Abdallah Faysal; a.k.a. AL-AHDAL, Abdullah Bin Faisal; a.k.a. AL-AHDAL, Abdullah Bin Faysal; a.k.a. AL-AHDAL, Abdullah Faisal; a.k.a. AL-AHDAL, Abdullah Faysal; a.k.a. AL-AHDEL, Abdullah; a.k.a. AL-ALAHADIL, Abdullah; a.k.a. SADIQ AL-AHDAL, Abdallah Faysal), Ash Shihr District, Hadramawt Governorate, Yemen; DOB Jan 1959; citizen Yemen (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-AHDAL, Abdullah Bin Faisal (a.k.a. AL-AHDAL, Abdallah Bin Faisal; a.k.a. AL-AHDAL, Abdallah Bin Faysal; a.k.a. AL-AHDAL, Abdallah Faisal; a.k.a. AL-AHDAL, Abdallah Faysal; a.k.a. AL-AHDAL, Abdullah; a.k.a. AL-AHDAL, Abdullah Bin Faysal; a.k.a. AL-AHDAL, Abdullah Faisal; a.k.a. AL-AHDAL, Abdullah Faysal; a.k.a. AL-ALAHADIL, Abdullah; a.k.a. SADIQ AL-AHDAL, Abdallah Faysal), Ash Shihr District, Hadramawt Governorate, Yemen; DOB Jan 1959; citizen Yemen (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-AHDAL, Abdullah Bin Faysal (a.k.a. AL-AHDAL, Abdallah Bin Faisal; a.k.a. AL-AHDAL, Abdallah Bin Faysal; a.k.a. AL-AHDAL, Abdallah Faisal; a.k.a. AL-AHDAL, Abdallah

AHDAL, Abdullah Bin Faisal; a.k.a. AL-AHDAL, Abdullah Faisal; a.k.a. AL-AHDAL, Abdullah Faysal; a.k.a. AL-AHDEL, Abdullah; a.k.a. AL-ALAHADIL, Abdullah; a.k.a. SADIQ AL-AHDAL, Abdallah Faysal), Ash Shihr District, Hadramawt Governorate, Yemen; DOB Jan 1959; citizen Yemen (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-AHDAL, Abdullah Faisal (a.k.a. AL-AHDAL, Abdallah Bin Faisal; a.k.a. AL-AHDAL, Abdallah Bin Faysal; a.k.a. AL-AHDAL, Abdallah Faisal; a.k.a. AL-AHDAL, Abdallah Faysal; a.k.a. AL-AHDAL, Abdullah; a.k.a. AL-AHDAL, Abdullah Bin Faisal; a.k.a. AL-AHDAL, Abdullah Bin Faysal; a.k.a. AL-AHDAL, Abdullah Faysal; a.k.a. AL-AHDEL, Abdullah; a.k.a. AL-ALAHADIL, Abdullah; a.k.a. SADIQ AL-AHDAL, Abdallah Faysal), Ash Shihr District, Hadramawt Governorate, Yemen; DOB Jan 1959; citizen Yemen (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-AHDAL, Abdullah Faysal (a.k.a. AL-AHDAL, Abdallah Bin Faisal; a.k.a. AL-AHDAL, Abdallah Bin Faysal; a.k.a. AL-AHDAL, Abdallah Faisal; a.k.a. AL-AHDAL, Abdallah Faysal; a.k.a. AL-AHDAL, Abdullah; a.k.a. AL-AHDAL, Abdullah Bin Faisal; a.k.a. AL-AHDAL, Abdullah Bin Faysal; a.k.a. AL-AHDAL, Abdullah Faisal; a.k.a. AL-AHDEL, Abdullah; a.k.a. AL-ALAHADIL, Abdullah; a.k.a. SADIQ AL-AHDAL, Abdallah Faysal), Ash Shihr District, Hadramawt Governorate, Yemen; DOB Jan 1959; citizen Yemen (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-AHDAL, Mohammed Mohamed Abdullah (a.k.a. AL-AHDAL, Mohammad Hamdi Mohammad Sadiq (Arabic: محمد حمدي محمد صادق الأهدل); a.k.a. AL-AHDAL, Muhammad Muhummad Abdullah; a.k.a. AL-HAMATI, Muhammad; a.k.a. "AL-MAKKI, Abu Asim"), Jamal street, Al-Dahima alley, Al-Hudaydah, Yemen; DOB 19 Nov 1971; POB Medina, Saudi Arabia; nationality Yemen; Gender Male; Passport 541939 (Yemen) issued 31 Jul 2000; National ID No. 216040 (Yemen) (individual) [SDGT].

AL-AHDAL, Mohammad Hamdi Mohammad Sadiq (Arabic: محمد حمدي محمد صادق الأهدل) (a.k.a. AL-AHDAL, Mohamed Mohammed Abdullah; a.k.a. AL-AHDAL, Muhammad Muhummad Abdullah; a.k.a. AL-HAMATI, Muhammad; a.k.a. "AL-MAKKI, Abu Asim"), Jamal street, Al-Dahima alley, Al-Hudaydah, Yemen; DOB 19 Nov 1971; POB Medina, Saudi Arabia; nationality Yemen; Gender Male; Passport 541939 (Yemen) issued 31 Jul 2000;

National ID No. 216040 (Yemen) (individual) [SDGT].

AL-AHDAL, Muhammad Muhummad Abdullah (a.k.a. AL-AHDAL, Mohamed Mohamed Abdullah; a.k.a. AL-AHDAL, Mohammad Hamdi Mohammad Sadiq (Arabic: محمد حمدي محمد الأهدل); a.k.a. AL-HAMATI, Muhammad; a.k.a. "AL-MAKKI, Abu Asim"), Jamal street, Al-Dahima alley, Al-Hudaydah, Yemen; DOB 19 Nov 1971; POB Medina, Saudi Arabia; nationality Yemen; Gender Male; Passport 541939 (Yemen) issued 31 Jul 2000; National ID No. 216040 (Yemen) (individual) [SDGT].

AL-AHDEL, Abdullah (a.k.a. AL-AHDAL, Abdallah Bin Faisal; a.k.a. AL-AHDAL, Abdallah Bin Faysal; a.k.a. AL-AHDAL, Abdallah Faisal; a.k.a. AL-AHDAL, Abdallah Faysal; a.k.a. AL-AHDAL, Abdullah; a.k.a. AL-AHDAL, Abdullah Bin Faisal; a.k.a. AL-AHDAL, Abdullah Bin Faysal; a.k.a. AL-AHDAL, Abdullah Faisal; a.k.a. AL-AHDAL, Abdullah Faysal; a.k.a. AL-ALAHADIL, Abdullah; a.k.a. SADIQ AL-AHDAL, Abdallah Faysal), Ash Shihr District, Hadramawt Governorate, Yemen; DOB Jan 1959; citizen Yemen (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-AHMAD, Ahmad Muhammad Yunis (a.k.a. AL-BADANI, Ahmad Muhammad Mahmud 'Abdallah; a.k.a. AL-BARRANI, Ahmad Muhammad Al-Abdullah), Al-Mazzah Al-Jabal District, 6 Subdistrict, 3 area, Al-Iskan complex, 40/2, Fifth Floor, Damascus, Syria; DOB 19 Sep 1978; POB Al-Anbar, Iraq; nationality Iraq; Passport H0347417 (Iraq) issued 20 Feb 2003 expires 19 Feb 2011; passport place of issue: Al-Anbar, Iraq (individual) [IRAQ2].

AL-AHMAD, Mahmoud Dhiyab (a.k.a. AL-AHMAD, Mahmoud Diab; a.k.a. AL-AHMAD, Mahmud Dhiyab); DOB 1953; POB Mosul or Baghdad, Iraq; nationality Iraq; Former Minister of Interior (individual) [IRAQ2].

AL-AHMAD, Mahmoud Diab (a.k.a. AL-AHMAD, Mahmoud Dhiyab; a.k.a. AL-AHMAD, Mahmud Dhiyab); DOB 1953; POB Mosul or Baghdad, Iraq; nationality Iraq; Former Minister of Interior (individual) [IRAQ2].

AL-AHMAD, Mahmud Dhiyab (a.k.a. AL-AHMAD, Mahmoud Dhiyab; a.k.a. AL-AHMAD, Mahmoud Diab); DOB 1953; POB Mosul or Baghdad, Iraq; nationality Iraq; Former Minister of Interior (individual) [IRAQ2].

AL-AHMAD, Manal (a.k.a. AL-AKHRAZ, Manal; a.k.a. AL-ASSAD, Manal (Arabic: منال الاسد); a.k.a. JAADAN, Manal), Damascus, Syria; DOB 02 Feb 1970; POB Damascus, Syria; nationality

Syria; Gender Female (individual) [SYRIA-EO13894].

AL-AHMAD, Najm Hamad; DOB 1969; POB Aleppo, Syria; Minister of Justice (individual) [SYRIA].

AL-AHMAD, Riyad, Syria; DOB 15 Mar 1977; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-AHMAD, Sa'ad Muhammad Yunis, Damascus, Syria; DOB 01 Jan 1981; POB Baghdad, Iraq; nationality Iraq; Identification Number 159014 (Iraq) (individual) [IRAQ2].

AL-AHMAD, Talib (Arabic: طالب الاحمد; a.k.a. AL-RAWI, Talib 'Ali Husayn Al-Ahmad), Istanbul, Turkey; DOB 23 Dec 1973; POB Al Bukamal, Syria; nationality Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL-AHMED, Muhammad Yunis (a.k.a. AHMAD, Muhammad Yunis; a.k.a. AHMED, Muhammad Yunis; a.k.a. AL-BADRANI, Muhammad Yunis Ahmad; a.k.a. AL-MOALI, Mohammed Yunis Ahmed), Al-Dawar Street, Bludan, Syria; Damascus, Syria; Mosul, Iraq; Wadi al-Hawi, Iraq; Dubai, United Arab Emirates; Al-Hasaka, Syria; DOB 1949; POB Al-Mowall, Mosul, Iraq; nationality Iraq (individual) [IRAQ2].

AL-AHSAN CHARITABLE ORGANIZATION (a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian [SDGT].

AL-AIDAROOS, Hashim Mohsen (a.k.a. AL HAMID, Hashim; a.k.a. ALHAMAD, Hashem Mohssein Idroos; a.k.a. ALHAMED, Hossin Mohsen; a.k.a. ALHAMID, Hashim; a.k.a. AL-

HAMID, Hashim Muhsin Aydarus; a.k.a. AL-HAMID, Mohsan; a.k.a. AL-HAMSHI, Hashim al-Hamid; a.k.a. ALHMAID, Housin Mohsein; a.k.a. IDAROOS, Hashim Mohsen; a.k.a. "ABU TAHIR"), Al Ghaydah, al-Mahrah Governorate, Yemen; Shabwah Governorate, Yemen; Mansoura, Aden, Yemen; Mukalla, Hadramawt Governorate, Yemen; Abyan Governorate, Yemen; Marib Governorate, Yemen; DOB 12 Dec 1985; POB Yemen; nationality Yemen; Gender Male; National ID No. 16010003042 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-'AJAMI, 'Ali Hasan (a.k.a. AL-'AJMI, Abu al-Hassan; a.k.a. AL-'AJMI, 'Ali Hasan 'Ali; a.k.a. AL-'AJMI, 'Ali Hassan 'Ali; a.k.a. AL-YAMI, 'Ali Abu Hasan; a.k.a. AL-YAMI, Hassan; a.k.a. AL-YAMI, Husayn; a.k.a. "AL-HASSAN, Abu"; a.k.a. "HASAN, 'Ali bin"); DOB 14 Jan 1979; nationality Kuwait; Passport 002981367 (Kuwait) (individual) [SDGT].

AL-AJAMI, Hajaj (a.k.a. AJAMI, Ajaj; a.k.a. AL-ACMI, Hicac Fehid Hicac Muhammed Sebib; a.k.a. AL-AJAMI, Sheikh Hajaj; a.k.a. AL-AJMI, Hajjaj Bin-Fahad; a.k.a. AL-'AJMI, Hajjaj Fahd Hajjaj Muhammand Shabib; a.k.a. AL-AJMI, Hijaj Fahid Hijaj Muhammad Sabib); DOB 10 Aug 1987; POB Kuwait; nationality Kuwait (individual) [SDGT].

AL-AJAMI, Sheikh Hajaj (a.k.a. AJAMI, Ajaj; a.k.a. AL-ACMI, Hicac Fehid Hicac Muhammed Sebib; a.k.a. AL-AJAMI, Hajaj; a.k.a. AL-AJMI, Hajjaj Bin-Fahad; a.k.a. AL-'AJMI, Hajjaj Fahd Hajjaj Muhammand Shabib; a.k.a. AL-AJMI, Hijaj Fahid Hijaj Muhammad Sabib); DOB 10 Aug 1987; POB Kuwait; nationality Kuwait (individual) [SDGT].

AL-'AJMI, Abu al-Hassan (a.k.a. AL-'AJAMI, 'Ali Hasan; a.k.a. AL-'AJMI, 'Ali Hasan 'Ali; a.k.a. AL-'AJMI, 'Ali Hassan 'Ali; a.k.a. AL-YAMI, 'Ali Abu Hasan; a.k.a. AL-YAMI, Hassan; a.k.a. AL-YAMI, Husayn; a.k.a. "AL-HASSAN, Abu"; a.k.a. "HASAN, 'Ali bin"); DOB 14 Jan 1979; nationality Kuwait; Passport 002981367 (Kuwait) (individual) [SDGT].

AL-'AJMI, 'Ali Hasan 'Ali (a.k.a. AL-'AJAMI, 'Ali Hasan; a.k.a. AL-'AJMI, Abu al-Hassan; a.k.a. AL-'AJMI, 'Ali Hassan 'Ali; a.k.a. AL-YAMI, 'Ali Abu Hasan; a.k.a. AL-YAMI, Hassan; a.k.a. AL-YAMI, Husayn; a.k.a. "AL-HASSAN, Abu"); DOB 14 Jan 1979; nationality Kuwait; Passport 002981367 (Kuwait) (individual) [SDGT].

AL-'AJMI, 'Ali Hassan 'Ali (a.k.a. AL-'AJAMI, 'Ali Hasan; a.k.a. AL-'AJMI, Abu al-Hassan; a.k.a.

AL-AJMI, 'Ali Hasan 'Ali; a.k.a. AL-YAMI, 'Ali Abu Hasan; a.k.a. AL-YAMI, Hassan; a.k.a. AL-YAMI, Husayn; a.k.a. "AL-HASSAN, Abu"; a.k.a. "HASAN, 'Ali bin"); DOB 14 Jan 1979; nationality Kuwait; Passport 002981367 (Kuwait) (individual) [SDGT].

AL-AJMI, Doctor Shafi (a.k.a. AL-AJMI, Shafi Sultan Mohammed; a.k.a. AL-AJMI, Sheikh Shafi; a.k.a. "SHAYKH ABU-SULTAN"), Area 3, Street 327, Building 41, Al-Uqaylah, Kuwait; DOB 01 Jan 1973; POB Warah, Kuwait; nationality Kuwait; Passport 0216155930 (individual) [SDGT].

AL-AJMI, Hajjaj Bin-Fahad (a.k.a. AJAMI, Ajaj; a.k.a. AL-ACMI, Hicac Fehid Hicac Muhammed Sebib; a.k.a. AL-AJAMI, Hajaj; a.k.a. AL-AJAMI, Sheikh Hajaj; a.k.a. AL-'AJMI, Hajjaj Fahd Hajjaj Muhammad Shabib; a.k.a. AL-AJMI, Hijaj Fahid Hijaj Muhammad Sabib); DOB 10 Aug 1987; POB Kuwait; nationality Kuwait (individual) [SDGT].

AL-'AJMI, Hajjaj Fahd Hajjaj Muhammad Shabib (a.k.a. AJAMI, Ajaj; a.k.a. AL-ACMI, Hicac Fehid Hicac Muhammed Sebib; a.k.a. AL-AJAMI, Hajaj; a.k.a. AL-AJAMI, Sheikh Hajaj; a.k.a. AL-AJMI, Hajjaj Bin-Fahad; a.k.a. AL-AJMI, Hijaj Fahid Hijaj Muhammad Sabib); DOB 10 Aug 1987; POB Kuwait; nationality Kuwait (individual) [SDGT].

AL-AJMI, Shafi Sultan Mohammed (a.k.a. AL-AJMI, Doctor Shafi; a.k.a. AL-AJMI, Sheikh Shafi; a.k.a. "SHAYKH ABU-SULTAN"), Area 3, Street 327, Building 41, Al-Uqaylah, Kuwait; DOB 01 Jan 1973; POB Warah, Kuwait; nationality Kuwait; Passport 0216155930 (individual) [SDGT].

AL-AJMI, Sheikh Shafi (a.k.a. AL-AJMI, Doctor Shafi; a.k.a. AL-AJMI, Shafi Sultan Mohammed; a.k.a. "SHAYKH ABU-SULTAN"), Area 3, Street 327, Building 41, Al-Uqaylah, Kuwait; DOB 01 Jan 1973; POB Warah, Kuwait; nationality Kuwait; Passport 0216155930 (individual) [SDGT].

AL-AJNIHA (a.k.a. AJJNEHA; a.k.a. AL-AGNEHA COMPANY; a.k.a. AL-AJNIHAH PRIVATE JOINT STOCK CORPORATION),

Damascus, Syria [SYRIA] (Linked To: ABBAS, Muhammad).

AL-AJNIHAH PRIVATE JOINT STOCK CORPORATION (a.k.a. AJJNEHA; a.k.a. AL-AGNEHA COMPANY; a.k.a. AL-AJNIHAH), Damascus, Syria [SYRIA] (Linked To: ABBAS, Muhammad).

AL-AJOURI, Akram (a.k.a. AL-'AJURI, Abu Muhammad; a.k.a. AL-'AJURI, Akram; a.k.a. AL-AJURI, Akram Muhammad Salih; a.k.a. HASAN, 'Abd al-Karim Ahmad), Damascus, Syria; DOB 1958; POB Jabalia, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

AL-'AJURI, Abu Muhammad (a.k.a. AL-AJOURI, Akram; a.k.a. AL-'AJURI, Akram; a.k.a. AL-AJURI, Akram Muhammad Salih; a.k.a. HASAN, 'Abd al-Karim Ahmad), Damascus, Syria; DOB 1958; POB Jabaliya, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

AL-'AJURI, Akram (a.k.a. AL-AJOURI, Akram; a.k.a. AL-'AJURI, Abu Muhammad; a.k.a. AL-AJURI, Akram Muhammad Salih; a.k.a. HASAN, 'Abd al-Karim Ahmad), Damascus, Syria; DOB 1958; POB Jabaliya, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

AL-AJURI, Akram Muhammad Salih (a.k.a. AL-AJOURI, Akram; a.k.a. AL-'AJURI, Abu Muhammad; a.k.a. AL-'AJURI, Akram; a.k.a. HASAN, 'Abd al-Karim Ahmad), Damascus, Syria; DOB 1958; POB Jabaliya, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

AL-'AJUZ, Sami Jasim (a.k.a. AL-'AJUZ, Sami Jasim Muhammad; a.k.a. AL-JABURI, Sami Jasim Muhammad; a.k.a. A'RAJ, Sami; a.k.a. MUHAMMAD, Sami Jasim; a.k.a. "ASIA, Abu"; a.k.a. "HAMAD, Hajji"; a.k.a. "HAMID, Hajji"; a.k.a. "HAMID, Ustadh"; a.k.a. "SAMIYAH, Abu"; a.k.a. "SUMAYYAH, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; alt.

DOB 01 Jan 1970 to 31 Dec 1970; POB Al-Sharqat, Salah ad-Din Province, Iraq, alt. POB Mosul, Iraq; nationality Iraq (individual) [SDGT].

AL-'AJUZ, Sami Jasim Muhammad (a.k.a. AL-'AJUZ, Sami Jasim; a.k.a. AL-JABURI, Sami Jasim Muhammad; a.k.a. A'RAJ, Sami; a.k.a. MUHAMMAD, Sami Jasim; a.k.a. "ASIA, Abu"; a.k.a. "HAMAD, Hajji"; a.k.a. "HAMID, Hajji"; a.k.a. "HAMID, Ustadh"; a.k.a. "SAMIYAH, Abu"; a.k.a. "SUMAYYAH, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; alt. DOB 01 Jan 1970 to 31 Dec 1970; POB Al-Sharqat, Salah ad-Din Province, Iraq, alt. POB Mosul, Iraq; nationality Iraq (individual) [SDGT].

AL-AKHRAS, Asma (a.k.a. AKHRAS, Asma; a.k.a. AKHRAS, Emma; a.k.a. AL-ASSAD, Asma (Arabic: اسماء الاسد); a.k.a. AL-ASSAD, Asmaa; a.k.a. FAWAZ AL-AKHRAS, Asma (Arabic: اسماء فواز الاخرس)), Damascus, Syria; DOB 11 Aug 1975; POB Acton, United Kingdom; nationality Syria; alt. nationality United Kingdom; Gender Female (individual) [SYRIA-EO13894].

AL-AKHRAS, Eyad (Arabic: اياد الاخرس) (a.k.a. AKHRAS, Iyad), 34 Allan Way, London, United Kingdom; DOB Dec 1980; POB London, United Kingdom; nationality United Kingdom; alt. nationality Syria; Gender Male; National ID No. 116544570001 (United Kingdom) (individual) [SYRIA-EO13894].

AL-AKHRAS, Fawaz (Arabic: فواز الاخرس) (a.k.a. AKHRAS, Fawwaz), 34 Allan Way, London, United Kingdom; DOB Sep 1946; POB Homs, Syria; nationality United Kingdom; alt. nationality Syria; Gender Male (individual) [SYRIA-EO13894].

AL-AKHRAS, Firas (Arabic: فراس الاخرس) (a.k.a. AKHRAS, Feras; a.k.a. FAWAZ AKHRAS, Firas), 34 Allan Way, London, United Kingdom; DOB Mar 1978; POB London, United Kingdom; nationality United Kingdom; alt. nationality Syria; Gender Male; National ID No. 114671230001 (United Kingdom) (individual) [SYRIA-EO13894].

AL-AKHRAS, Safwan, Syria; DOB 27 Jan 1950; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-AKHRAS, Sahar Otri (Arabic: سحر عطري الاخرس) (a.k.a. AKHRAS, Sahar; a.k.a. ATRI, Sahar; a.k.a. ITRI, Sahar; a.k.a. OTRI, Sahar; a.k.a. UTRI, Sahar), 34 Allan Way, London, United Kingdom; DOB Nov 1949; nationality United Kingdom; alt. nationality Syria; Gender Female (individual) [SYRIA-EO13894].

AL-AKHRAZ, Manal (a.k.a. AL-AHMAD, Manal; a.k.a. AL-ASSAD, Manal (Arabic: منال الاسد); a.k.a. JAADAN, Manal), Damascus, Syria; DOB 02 Feb 1970; POB Damascus, Syria; nationality Syria; Gender Female (individual) [SYRIA-EO13894].

AL-AKHTAR MEDICAL CENTRE (a.k.a. AKHTARABAD MEDICAL CAMP; a.k.a. AL-AKHTAR TRUST INTERNATIONAL; a.k.a. AZMAT PAKISTAN TRUST; a.k.a. AZMAT-E-PAKISTAN TRUST; a.k.a. PAKISTAN RELIEF FOUNDATION; a.k.a. PAKISTANI RELIEF FOUNDATION), ST-1/A, Gulshan-e-Iqbal, Block 2, Karachi 75300, Pakistan; Bahawalpur, Pakistan; Bawalnagar, Pakistan; Gilgit, Pakistan; Gulistan-e-Jauhar, Block 12, Karachi, Pakistan; Islamabad, Pakistan; Mirpur Khas, Pakistan; Spin Boldak, Afghanistan; Tando-Jan-Muhammad, Pakistan; and all other offices worldwide [SDGT].

AL-AKHTAR TRUST INTERNATIONAL (a.k.a. AKHTARABAD MEDICAL CAMP; a.k.a. AL-AKHTAR MEDICAL CENTRE; a.k.a. AZMAT PAKISTAN TRUST; a.k.a. AZMAT-E-PAKISTAN TRUST; a.k.a. PAKISTAN RELIEF FOUNDATION; a.k.a. PAKISTANI RELIEF FOUNDATION), ST-1/A, Gulshan-e-Iqbal, Block 2, Karachi 75300, Pakistan; Bahawalpur, Pakistan; Bawalnagar, Pakistan; Gilgit, Pakistan; Gulistan-e-Jauhar, Block 12, Karachi, Pakistan; Islamabad, Pakistan; Mirpur Khas, Pakistan; Spin Boldak, Afghanistan; Tando-Jan-Muhammad, Pakistan; and all other offices worldwide [SDGT].

AL-AKOUB, Nawfal (a.k.a. AL-SULTAN, Nawfal Hammadi; a.k.a. SULTAN, Nawfal Hamadi), Iraq; DOB 23 Feb 1964; nationality Iraq; Gender Male; National ID No. 71719043 (Iraq) (individual) [GLOMAG].

ALAKT, Ataullah Salman (a.k.a. AL JABURI, Atallah Salman Kafi; a.k.a. AL-JABURI, 'Atallah Salman Kafi; a.k.a. AL-JABURI, 'Attallah Salman 'Abd al-Kafi; a.k.a. AL-JABURI, Attallah Salman 'Abd Kafi; a.k.a. AL-KAFI, 'Attallah Salman 'Abd; a.k.a. KAFI, 'Ataallah Salman 'Abd; a.k.a. KAFI, Atallah Salman Abd; a.k.a. "ABU HAQI"), Hawi al-Arishah Village, Hawijah District, Kirkuk Province, Iraq; Hawijah District, Kirkuk Province, Iraq; Rumanah Village, Kirkuk Province, Iraq; DOB 01 Jan 1973; POB Iraq; citizen Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

'ALA'LAH, 'Ali Salih Husayn (a.k.a. AL-TABUKI, Ali Saleh Husain; a.k.a. AL-TABUKI, 'Ali Salih Husayn al-Dhahak; a.k.a. AL-YEMENI, Abu Dhahak; a.k.a. HUSAIN, Ali Saleh; a.k.a. 'ULA'LAH, 'Ali Salih Husayn; a.k.a. "DAHHAK, Abu"); DOB circa 1970; POB al-Hudaydah, Yemen; nationality Yemen; Individual's height is 5 feet 9 inches. (individual) [SDGT].

AL-ALAHADIL, Abdullah (a.k.a. AL-AHDAL, Abdallah Bin Faisal; a.k.a. AL-AHDAL, Abdallah Bin Faysal; a.k.a. AL-AHDAL, Abdallah Faisal; a.k.a. AL-AHDAL, Abdallah Faysal; a.k.a. AL-AHDAL, Abdullah; a.k.a. AL-AHDAL, Abdullah Bin Faisal; a.k.a. AL-AHDAL, Abdullah Bin Faysal; a.k.a. AL-AHDAL, Abdullah Faisal; a.k.a. AL-AHDAL, Abdullah Faysal; a.k.a. AL-AHDEL, Abdullah; a.k.a. SADIQ AL-AHDAL, Abdallah Faysal), Ash Shihr District, Hadramawt Governorate, Yemen; DOB Jan 1959; citizen Yemen (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-ALAMI, Imad Khalil; DOB 1956; POB Gaza (individual) [SDGT].

ALALAMIYAH EXPRESS COMPANY (a.k.a. ALALAMIYAH EXPRESS COMPANY FOR EXCHANGE AND REMITTANCE (Arabic: الشركة العالمية إكسبرس للصرافة والتحويلات المالية)), South 60th Street, Sana'a, Yemen; Website https://alameyahexpress-ye.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

ALALAMIYAH EXPRESS COMPANY FOR EXCHANGE AND REMITTANCE (Arabic: الشركة العالمية إكسبرس للصرافة والتحويلات المالية) (a.k.a. ALALAMIYAH EXPRESS COMPANY), South 60th Street, Sana'a, Yemen; Website https://alameyahexpress-ye.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL-ALBANI, Abu Qatada (a.k.a. AL-ALBANI, Abu-Qatadah; a.k.a. JASHARI, Abdul; a.k.a. JASHARI, Abdulj; a.k.a. JASHARI, Abdyl; a.k.a. "IRAKI, Commander"), Syria; DOB 25 Sep 1976; POB Skopje, Macedonia; nationality North Macedonia, The Republic of (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-ALBANI, Abu-Qatadah (a.k.a. AL-ALBANI, Abu Qatada; a.k.a. JASHARI, Abdul; a.k.a. JASHARI, Abdulj; a.k.a. JASHARI, Abdyl; a.k.a.

"IRAKI, Commander"), Syria; DOB 25 Sep 1976; POB Skopje, Macedonia; nationality North Macedonia, The Republic of (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-ALI, Adnan (a.k.a AL ALI, Adnan; a.k.a. AL-'ALI, 'Adnan), Baniyas, Syria; DOB 17 Jun 1968; POB Lattakia, Syria; nationality Syria; Gender Male; Passport 6066827 (Syria) expires 09 Mar 2017 (individual) [SYRIA] (Linked To: ABAR PETROLEUM SERVICE SAL).

AL-'ALI, 'Adnan (a.k.a. AL ALI, Adnan; a.k.a. AL-ALI, Adnan), Baniyas, Syria; DOB 17 Jun 1968; POB Lattakia, Syria; nationality Syria; Gender Male; Passport 6066827 (Syria) expires 09 Mar 2017 (individual) [SYRIA] (Linked To: ABAR PETROLEUM SERVICE SAL).

AL-ALI, Al Haitham (a.k.a. AL ALI, Al Haytham; a.k.a. ALI, Alhaitham Al), Slovakia; DOB 17 Mar 1972; nationality Slovakia; Gender Male; Passport BA4490378 (Slovakia) expires 13 Jan 2027 (individual) [BELARUS-EO14038] (Linked To: BLACK SHIELD COMPANY FOR GENERAL TRADING LLC).

AL-ALI, Aous (a.k.a. ALI, Aous; a.k.a. ALI, Aus; a.k.a. ALI, Aws); DOB 15 Feb 1977; POB Damascus, Syria; citizen Syria (individual) [SYRIA] (Linked To: MAKHLUF, Rami).

AL-ALI, Dr. Hamed Abdullah (a.k.a. AL-'ALI, Hamed; a.k.a. AL-'ALI, Hamed bin 'Abdallah; a.k.a. AL-ALI, Hamid; a.k.a. AL-'ALI, Hamid 'Abdallah; a.k.a. AL-ALI, Hamid bin Abdallah Ahmad; a.k.a. AL-ALI, Hamid bin Abdallah Ahmed; a.k.a. "ABU SALIM"); DOB 20 Jan 1960; citizen Kuwait (individual) [SDGT].

AL-'ALI, Hamad Hamid (a.k.a. AL-'ALI, Hamid Hamad; a.k.a. AL-'ALI, Hamid Hamad Hamid; a.k.a. "ABU SULTAN"); DOB 17 Nov 1960; POB Qatar; nationality Kuwait; Passport 001714467 (Kuwait); alt. Passport 101505554 (individual) [SDGT].

AL-'ALI, Hamed (a.k.a. AL-ALI, Dr. Hamed Abdullah; a.k.a. AL-'ALI, Hamed bin 'Abdallah; a.k.a. AL-ALI, Hamid; a.k.a. AL-'ALI, Hamid 'Abdallah; a.k.a. AL-ALI, Hamid bin Abdallah Ahmad; a.k.a. AL-ALI, Hamid bin Abdallah Ahmed; a.k.a. "ABU SALIM"); DOB 20 Jan 1960; citizen Kuwait (individual) [SDGT].

AL-'ALI, Hamed bin 'Abdallah (a.k.a. AL-ALI, Dr. Hamed Abdullah; a.k.a. AL-'ALI, Hamed; a.k.a. AL-ALI, Hamid; a.k.a. AL-'ALI, Hamid 'Abdallah; a.k.a. AL-ALI, Hamid bin Abdallah Ahmad; a.k.a. AL-ALI, Hamid bin Abdallah Ahmed; a.k.a. "ABU SALIM"); DOB 20 Jan 1960; citizen Kuwait (individual) [SDGT].

AL-'ALI, Hamid (a.k.a. AL-'ALI, Dr. Hamed Abdullah; a.k.a. AL-'ALI, Hamed; a.k.a. AL-'ALI, Hamed bin 'Abdallah; a.k.a. AL-'ALI, Hamid 'Abdallah; a.k.a. AL-'ALI, Hamid 'Abdallah Ahmad; a.k.a. AL-ALI, Hamid bin Abdallah Ahmad; a.k.a. "ABU SALIM"); DOB 20 Jan 1960; citizen Kuwait (individual) [SDGT].

AL-'ALI, Hamid 'Abdallah (a.k.a. AL-'ALI, Dr. Hamed Abdullah; a.k.a. AL-'ALI, Hamed; a.k.a. AL-'ALI, Hamed bin 'Abdallah; a.k.a. AL-'ALI, Hamid; a.k.a. AL-'ALI, Hamid 'Abdallah Ahmad; a.k.a. AL-ALI, Hamid bin Abdallah Ahmad; a.k.a. "ABU SALIM"); DOB 20 Jan 1960; citizen Kuwait (individual) [SDGT].

AL-'ALI, Hamid 'Abdallah Ahmad (a.k.a. AL-'ALI, Dr. Hamed Abdullah; a.k.a. AL-'ALI, Hamed; a.k.a. AL-'ALI, Hamed bin 'Abdallah; a.k.a. AL-'ALI, Hamid; a.k.a. AL-'ALI, Hamid 'Abdallah; a.k.a. AL-ALI, Hamid bin Abdallah Ahmad; a.k.a. "ABU SALIM"); DOB 20 Jan 1960; citizen Kuwait (individual) [SDGT].

AL-ALI, Hamid bin Abdallah Ahmed (a.k.a. AL-'ALI, Dr. Hamed Abdullah; a.k.a. AL-'ALI, Hamed; a.k.a. AL-'ALI, Hamed bin 'Abdallah; a.k.a. AL-'ALI, Hamid; a.k.a. AL-'ALI, Hamid 'Abdallah; a.k.a. AL-'ALI, Hamid 'Abdallah Ahmad; a.k.a. "ABU SALIM"); DOB 20 Jan 1960; citizen Kuwait (individual) [SDGT].

AL-'ALI, Hamid Hamad (a.k.a. AL-'ALI, Hamad Hamid; a.k.a. AL-'ALI, Hamid Hamad Hamid; a.k.a. "ABU SULTAN"); DOB 17 Nov 1960; POB Qatar; nationality Kuwait; Passport 001714467 (Kuwait); alt. Passport 101505554 (individual) [SDGT].

AL-'ALI, Hamid Hamad Hamid (a.k.a. AL-'ALI, Hamad Hamid; a.k.a. AL-'ALI, Hamid Hamad; a.k.a. "ABU SULTAN"); DOB 17 Nov 1960; POB Qatar; nationality Kuwait; Passport 001714467 (Kuwait); alt. Passport 101505554 (individual) [SDGT].

AL-ALI, Naser (a.k.a. AL-ALI, Nasir; a.k.a. AL-ALI, Nasr (Arabic: ناصر العلي); a.k.a. ALI, Nasser; a.k.a. ALI, Nasser), Damascus, Syria; DOB 01 Feb 1961; POB Manbij, Aleppo, Syria; nationality Syria; Gender Male (individual) [SYRIA].

AL-ALI, Nasir (a.k.a. AL-ALI, Naser; a.k.a. AL-ALI, Nasr (Arabic: ناصر العلي); a.k.a. ALI, Nasser; a.k.a. ALI, Nasser), Damascus, Syria; DOB 01 Feb 1961; POB Manbij, Aleppo, Syria; nationality Syria; Gender Male (individual) [SYRIA].

AL-ALI, Nasr (Arabic: ناصر العلي) (a.k.a. AL-ALI, Naser; a.k.a. AL-ALI, Nasir; a.k.a. AL-ALI, Nasser; a.k.a. ALI, Nasser), Damascus, Syria;

DOB 01 Feb 1961; POB Manbij, Aleppo, Syria; nationality Syria; Gender Male (individual) [SYRIA].

AL-ALI, Nasser (a.k.a. AL-ALI, Naser; a.k.a. AL-ALI, Nasir; a.k.a. AL-ALI, Nasr (Arabic: ناصر العلي)); a.k.a. ALI, Nasser), Damascus, Syria; DOB 01 Feb 1961; POB Manbij, Aleppo, Syria; nationality Syria; Gender Male (individual) [SYRIA].

AL-'ALI, Salih, Syria; DOB 05 Jul 1965; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-'ALI, Zakariya, Syria; DOB 05 May 1970; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-'ALLAK, Ashraf Ahmad Fari' (a.k.a. AL-ALLAL, Ashraf Ahmad Fari; a.k.a. AL-URDUNI, Abu Raghad; a.k.a. BASHQ, Abu Raghad; a.k.a. FARI', Ashraf Ahmad; a.k.a. "BASHIQ"), Dar'a, Syria; DOB 15 Dec 1978; POB Amman, Jordan; nationality Jordan (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-ALLAL, Ashraf Ahmad Fari (a.k.a. "AL-'ALLAK, Ashraf Ahmad Fari'; a.k.a. AL-URDUNI, Abu Raghad; a.k.a. BASHQ, Abu Raghad; a.k.a. FARI', Ashraf Ahmad; a.k.a. "BASHIQ"), Dar'a, Syria; DOB 15 Dec 1978; POB Amman, Jordan; nationality Jordan (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-ALMANI, Abu Talha (a.k.a. CUSPERT, Denis; a.k.a. CUSPERT, Denis Mamadou; a.k.a. DOGG, Deso; a.k.a. "AL ALMANI, Abu Talhah"; a.k.a. "AL-MUJAHEED, Abu Maleeq"; a.k.a. "MALEEQ, Abou"; a.k.a. "MALIK, Abu"; a.k.a. "MALIQ, Abu"; a.k.a. "MAMADOU, Abu"; a.k.a. "TALHA THE GERMAN, Abu"), Syria (individual) [SDGT].

AL-ALUSI, Umar Ahmad Ali (a.k.a. AL-TIKRITI, Omar Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Omar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Omar Sabawi Ibrahim Hassan; a.k.a. AL-TIKRITI, Umar Sabawi Ibrahim Hasan), Damascus, Syria; Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Yemen; DOB circa 1970; POB Baghdad, Iraq; nationality Iraq; Passport 2863795S (Iraq) expires 23 Aug 2005 (individual) [IRAQ2].

ALAM ALTHRWA GENERAL TRADING LLC (a.k.a. ALAM ALTHRWA LLC CO), Plot No. 124-579, Dubai, United Arab Emirates; P.O. Box 91310, Dubai, United Arab Emirates; Office M22, Al Dana Center, Al Maktoum Road, Deira, Dubai, Dubai, United Arab Emirates; Mina Al

Fahal, PDO Gate No. 2 Al Qurum, PC: 116, Muscat, Oman; Website www.alamalthrwa.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 573469 (United Arab Emirates) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

ALAM ALTHRWA LLC CO (a.k.a. ALAM ALTHRWA GENERAL TRADING LLC), Plot No. 124-579, Dubai, United Arab Emirates; P.O. Box 91310, Dubai, United Arab Emirates; Office M22, Al Dana Center, Al Maktoum Road, Deira, Dubai, Dubai, United Arab Emirates; Mina Al Fahal, PDO Gate No. 2 Al Qurum, PC: 116, Muscat, Oman; Website www.alamalthrwa.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 573469 (United Arab Emirates) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

ALAM, Mohammad Jahangir, Bangladesh; DOB 19 Oct 1973; POB Dinajpur, Bangladesh; nationality Bangladesh; Passport BG0011847 (Bangladesh) issued 25 Aug 2019 expires 24 Aug 2024 (individual) [GLOMAG] (Linked To: RAPID ACTION BATTALION).

'ALAMAH, Jihad Salim (Arabic: جهاد سالم علامه) (a.k.a. ALAME, Jihad Salem), Lebanon; DOB 02 Jul 1956; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0162690 (Lebanon); Identification Number 3864865468 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-AMAQI LIL-SARAFAH COMPANY (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY;

a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhhara, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-AMAR ONE-PERSON LLC (Arabic: شركة العمار ذات الشخص الواحد المحدودة المسؤولية) (a.k.a. AL-AMMAR LLC ONE PERSON COMPANY; a.k.a. "AL-AMMAR"), Rural Damascus, Syria; Organization Established Date 18 Jan 2017; Organization Type: Real estate activities with own or leased property [SYRIA] [SYRIA-CAESAR].

AL-AMDOUNI, Mehrez Ben Mahmoud Ben Sassi (a.k.a. AMDOUNI, Meherez ben Ahdoud ben; a.k.a. AMDOUNI, Mehrez; a.k.a. AMDOUNI, Mehrez ben Tah; a.k.a. FUSCO, Fabio; a.k.a. HAMDOUNI, Meherez; a.k.a. HASSAN, Mohamed; a.k.a. "ABU THALE"); DOB 18 Dec 1969; alt. DOB 25 May 1968; alt. DOB 18 Dec 1968; alt. DOB 14 Jul 1969; POB Tunis, Tunisia; alt. POB Naples, Italy; alt. POB Algeria; nationality Tunisia; Passport G737411 (Tunisia) issued 24 Oct 1990 expires 20 Sep 1997; alt. Passport 0801888 (Bosnia and Herzegovina) (individual) [SDGT].

ALAME, Jihad Salem (a.k.a. 'ALAMAH, Jihad Salim (Arabic: جهاد سالم علامه)), Lebanon; DOB 02 Jul 1956; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0162690 (Lebanon); Identification Number 3864865468

(Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-AMEEN TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAIMAR TRUST; a.k.a. MAYMAR TRUST; a.k.a. MEYMAR TRUST; a.k.a. MOMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

AL-AMER DEVELOPMENT & REAL ESTATE INVESTMENT (a.k.a. AL-AMER DEVELOPMENT AND REAL ESTATE INVESTMENT (Arabic: العامرللتطويروالاستثمارالعقاري); a.k.a. AL-AMER DEVELOPMENT AND REAL ESTATE INVESTMENT COMPANY; a.k.a. AL-AMER REAL ESTATE DEVELOPMENT AND INVESTMENT LLC; a.k.a. "AL-AMER DEVELOPMENT"), Mezzeh Villas, Damascus, Syria; Organization Established Date 19 Dec 2019; Organization Type: Real estate activities with own or leased property; Registration Number 19096 (Syria) [SYRIA] (Linked To: KHITI, Amer Taysir).

AL-AMER DEVELOPMENT AND REAL ESTATE INVESTMENT (Arabic: العامرللتطويروالاستثمارالعقاري) (a.k.a. AL-AMER DEVELOPMENT & REAL ESTATE INVESTMENT; a.k.a. AL-AMER DEVELOPMENT AND REAL ESTATE INVESTMENT COMPANY; a.k.a. AL-AMER REAL ESTATE DEVELOPMENT AND INVESTMENT LLC; a.k.a. "AL-AMER DEVELOPMENT"), Mezzeh Villas, Damascus,

Syria; Organization Established Date 19 Dec 2019; Organization Type: Real estate activities with own or leased property; Registration Number 19096 (Syria) [SYRIA] (Linked To: KHITI, Amer Taysir).

AL-AMER DEVELOPMENT AND REAL ESTATE INVESTMENT COMPANY (a.k.a. AL-AMER DEVELOPMENT & REAL ESTATE INVESTMENT; a.k.a. AL-AMER DEVELOPMENT AND REAL ESTATE INVESTMENT (Arabic: العامرللتطويروالاستثمارالعقاري); a.k.a. AL-AMER REAL ESTATE DEVELOPMENT AND INVESTMENT LLC; a.k.a. "AL-AMER DEVELOPMENT"), Mezzeh Villas, Damascus, Syria; Organization Established Date 19 Dec 2019; Organization Type: Real estate activities with own or leased property; Registration Number 19096 (Syria) [SYRIA] (Linked To: KHITI, Amer Taysir).

AL-AMER FOR CONCRETE, BLOCK AND TILE MANUFACTURING LLC (a.k.a. AL-AMER FOR MANUFACTURE OF CONCRETE AND FLAGSTONE (Arabic: العامر لصناعة المجبول البيتوني والبلوك والبلاط); a.k.a. AL-AMER FOR MANUFACTURE OF CONCRETE, FLAGSTONE, LIMITED LIABILITY), Rural Damascus, Syria; Organization Established Date 04 Nov 2019; Organization Type: Manufacture of articles of concrete, cement and plaster; Registration Number 12428 (Syria) [SYRIA].

AL-AMER FOR MANUFACTURE OF CONCRETE AND FLAGSTONE (Arabic: العامر لصناعة المجبول البيتوني والبلوك والبلاط) (a.k.a. AL-AMER FOR CONCRETE, BLOCK AND TILE MANUFACTURING LLC; a.k.a. AL-AMER FOR MANUFACTURE OF CONCRETE, FLAGSTONE, LIMITED LIABILITY), Rural Damascus, Syria; Organization Established Date 04 Nov 2019; Organization Type: Manufacture of articles of concrete, cement and plaster; Registration Number 12428 (Syria) [SYRIA].

AL-AMER FOR MANUFACTURE OF CONCRETE, FLAGSTONE, LIMITED LIABILITY (a.k.a. AL-AMER FOR CONCRETE, BLOCK AND TILE MANUFACTURING LLC; a.k.a. AL-AMER FOR MANUFACTURE OF CONCRETE AND FLAGSTONE (Arabic: العامر لصناعة المجبول البيتوني والبلوك والبلاط)), Rural Damascus, Syria; Organization Established Date 04 Nov 2019; Organization Type: Manufacture of articles of concrete, cement and

plaster; Registration Number 12428 (Syria) [SYRIA].

AL-AMER FOR MANUFACTURE OF PLASTIC (Arabic: العامرلصناعة البلاستيك) (a.k.a. ALAMER FOR MANUFACTURE OF PLASTIC LIMITED LIABILITY; a.k.a. AL-AMER PLASTIC INDUSTRY LLC), Rural Damascus, Syria; Organization Established Date 04 Nov 2019; Organization Type: Manufacture of plastics products; Registration Number 12427 (Syria) [SYRIA].

ALAMER FOR MANUFACTURE OF PLASTIC LIMITED LIABILITY (a.k.a. AL-AMER FOR MANUFACTURE OF PLASTIC (Arabic: العامرلصناعة البلاستيك); a.k.a. AL-AMER PLASTIC INDUSTRY LLC), Rural Damascus, Syria; Organization Established Date 04 Nov 2019; Organization Type: Manufacture of plastics products; Registration Number 12427 (Syria) [SYRIA].

AL-AMER PLASTIC INDUSTRY LLC (a.k.a. AL-AMER FOR MANUFACTURE OF PLASTIC (Arabic: العامرلصناعة البلاستيك); a.k.a. ALAMER FOR MANUFACTURE OF PLASTIC LIMITED LIABILITY), Rural Damascus, Syria; Organization Established Date 04 Nov 2019; Organization Type: Manufacture of plastics products; Registration Number 12427 (Syria) [SYRIA].

AL-AMER REAL ESTATE DEVELOPMENT AND INVESTMENT LLC (a.k.a. AL-AMER DEVELOPMENT & REAL ESTATE INVESTMENT; a.k.a. AL-AMER DEVELOPMENT AND REAL ESTATE INVESTMENT (Arabic: العامرللتطويروالاستثمارالعقاري); a.k.a. AL-AMER DEVELOPMENT AND REAL ESTATE INVESTMENT COMPANY; a.k.a. "AL-AMER DEVELOPMENT"), Mezzeh Villas, Damascus, Syria; Organization Established Date 19 Dec 2019; Organization Type: Real estate activities with own or leased property; Registration Number 19096 (Syria) [SYRIA] (Linked To: KHITI, Amer Taysir).

AL-AMHAZ, Kamel (a.k.a. AMHAZ, Kamel; a.k.a. AMHAZ, Kamel Mohamad; a.k.a. AMHAZ, Kamel Mohamed; a.k.a. AMHAZ, Kamil), 5th Floor, Ghadir Building, Kods Street, Haret Hreik, Baabda, Lebanon; Ghadir, 5th Floor, Safarat, Bir Hassan, Jenah, Lebanon; Ghadir 5th Floor, Embassies Street, Bir Hasan, Lebanon; Dallas Center, Saida Old Street, Chiah, Baabda, Lebanon; DOB 04 Aug 1973; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the

Hizballah Financial Sanctions Regulations; Passport RL2244333 (Lebanon); Identification Number 61 Niha El-Mehfara; President and Chief Executive Officer, Stars Group Holding (individual) [SDGT].

AL-AMIN, Mohamad (a.k.a. AL AMEEN, Mohamed Abdullah; a.k.a. AL AMIN, Mohammad; a.k.a. AL AMIN, Muhammad Abdallah; a.k.a. AL AMIN, Muhammed; a.k.a. ALAMIN, Mohamed; a.k.a. AL-AMIN, Muhammad 'Abdallah; a.k.a. AMINE, Mohamed Abdalla; a.k.a. EL AMINE, Muhammed), Yusif Mishkhas T: 3 Ibn Sina, Bayrut Marjayoun, Lebanon; Beirut, Lebanon; DOB 11 Jan 1975; POB El Mezraah, Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

ALAMIN, Mohamed (a.k.a. AL AMEEN, Mohamed Abdullah; a.k.a. AL AMIN, Mohammad; a.k.a. AL AMIN, Muhammad Abdallah; a.k.a. AL AMIN, Muhammed; a.k.a. AL-AMIN, Mohamad; a.k.a. AL-AMIN, Muhammad 'Abdallah; a.k.a. AMINE, Mohamed Abdalla; a.k.a. EL AMINE, Muhammed), Yusif Mishkhas T: 3 Ibn Sina, Bayrut Marjayoun, Lebanon; Beirut, Lebanon; DOB 11 Jan 1975; POB El Mezraah, Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

AL-AMIN, Muhammad 'Abdallah (a.k.a. AL AMEEN, Mohamed Abdullah; a.k.a. AL AMIN, Mohammad; a.k.a. AL AMIN, Muhammad Abdallah; a.k.a. AL AMIN, Muhammed; a.k.a. AL-AMIN, Mohamad; a.k.a. ALAMIN, Mohamed; a.k.a. AMINE, Mohamed Abdalla; a.k.a. EL AMINE, Muhammed), Yusif Mishkhas T: 3 Ibn Sina, Bayrut Marjayoun, Lebanon; Beirut, Lebanon; DOB 11 Jan 1975; POB El Mezraah, Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

ALAMIR ELECTRONICS (a.k.a. AL AMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS.); a.k.a.

EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

AL-AMIR ELECTRONICS (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS.); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares

Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

AL-AMIRI, Adnan Talib Hassim, 43 Palace Mansions, Hammersmith, London, United Kingdom (individual) [IRAQ2].

AL-AMMAR LLC ONE PERSON COMPANY (a.k.a. AL-AMAR ONE-PERSON LLC (Arabic: شركة العمار ذات الشخص الواحد المحدودة المسؤولية); a.k.a. "AL-AMMAR"), Rural Damascus, Syria; Organization Established Date 18 Jan 2017; Organization Type: Real estate activities with own or leased property [SYRIA] [SYRIA-CAESAR].

ALAMO TRADING S.A., CL 75 No 66 - 36, Barranquilla, Atlantico, Colombia; NIT # 9000904041 (Colombia) [VENEZUELA-EO13850].

ALAMQE, Mohammed Saleh A (a.k.a. ABDORABOH, Mohammed Saleh; a.k.a. AL OMQI, Mohammed Saleh Abdurabu; a.k.a. AL-AMQI, Muhammad Salih 'Abd-Rabbuh; a.k.a. ALAMQY, Mohammed Salih Abdrabah; a.k.a. AL-OMAQY, Mohammed Saleh Abd Rabo; a.k.a. AL-OMGY, Mohammed Saleh Abd'rabbo; a.k.a. AL-OMGY, Muhammad Salih Abd-Rabbuh (Arabic: محمد صالح عبديه العمقي); a.k.a. AL-UMAQI, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMGY, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMQI, Mohammad Salih Abdurabbuh; a.k.a. AL-UMQI, Muhammad Saleh Abd-Rabbuh; a.k.a. AL-UMQY, Muhammad Saleh Abd-Rabbuh), Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'a' Street, J Dirham, Salam, Hadramawt, Yemen; Al Amqi Company, Al Makla, Ash Shaykh Uthman, Hadramawt, Yemen; Sayyiun, Suq As Sarrafin, Sayun, Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt. Passport 00692808 (Yemen) issued 03 Mar 2001 expires 03 Mar 2007; Identification Number 08010019189 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE

ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-AMQI EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh).

AL-AMQI MONEY EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a.

AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-AMQI, Muhammad Salih 'Abd-Rabbuh (a.k.a. ABDORABOH, Mohammed Saleh; a.k.a. AL OMQI, Mohammed Saleh Abdurabu; a.k.a. ALAMQE, Mohammed Saleh A; a.k.a. ALAMQY, Mohammed Saleh Abdrabah; a.k.a. AL-OMAQY, Mohammed Saleh Abd Rabo; a.k.a. AL-OMGY, Mohammed Saleh Abd'rabbo; a.k.a. AL-OMGY, Muhammad Salih Abd-Rabbuh (Arabic: محمد صالح عبديه العمقي); a.k.a. AL-UMAQI, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMGY, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMQI, Mohammad Salih Abdurabbuh; a.k.a. AL-UMQI, Muhammad Saleh Abd-Rabbuh; a.k.a. AL-UMQY,

OFFICE OF FOREIGN ASSETS CONTROL

Muhammad Saleh Abd-Rabbuh, Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'a' Street, J Dirham, Salam, Hadramawt, Yemen; Al Amqi Company, Al Makla, Ash Shaykh Uthman, Hadramawt, Yemen; Sayyiun, Suq As Sarrafin, Sayun, Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt. Passport 00692808 (Yemen) issued 03 Mar 2001 expires 03 Mar 2007; Identification Number 08010019189 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-AMQI, Said Salih Abd-Rabbuh (a.k.a. AL-OMAQI, Saeed Salah Abed Rabboh; a.k.a. ALOMGY, Said Saleh Abed Rubbah; a.k.a. AL-OMGY, Said Salih Abd-Rabbuh (Arabic: سعيد صالح عبدربه العمقي); a.k.a. AL-OMQI, Saeed Salih Abdrabah; a.k.a. AL-OMQI, Saeed Salih Abd-Rabboh; a.k.a. AL-OMQY, Saeed Salih Abed Rabbo; a.k.a. AL-UMAQY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMGY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMQI, Said Salah Abd-Rabbuh; a.k.a. AL-UMQY, Said Saleh Abd-Rabbu), Mahal, Al Mukalla, Yemen; DOB 01 Jan 1956; POB Hadramawt Governorate, Yemen; nationality Yemen (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

ALAMQY, Mohammed Salih Abdrabah (a.k.a. ABDORABOH, Mohammed Saleh; a.k.a. AL OMQI, Mohammed Saleh Abdurabu; a.k.a. ALAMQE, Mohammed Saleh A; a.k.a. AL-AMQI, Muhammad Salih 'Abd-Rabbuh; a.k.a. AL-OMAQY, Mohammed Saleh Abd Rabo; a.k.a. AL-OMGY, Mohammed Saleh Abd'rabbo; a.k.a. AL-OMGY, Muhammad Salih Abd-Rabbuh (Arabic: محمد صالح عبدربه العمقي); a.k.a. AL-UMAQI, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMGY, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMQI, Mohammad Salih Abdurabbuh; a.k.a. AL-UMQI, Muhammad Saleh Abd-Rabbuh; a.k.a. AL-UMQY, Muhammad Saleh Abd-Rabbuh), Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'a' Street, J Dirham, Salam, Hadramawt, Yemen; Al Amqi Company, Al Makla, Ash Shaykh Uthman, Hadramawt, Yemen; Sayyiun, Suq As Sarrafin, Sayun,

Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt. Passport 00692808 (Yemen) issued 03 Mar 2001 expires 03 Mar 2007; Identification Number 08010019189 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-AMRIKI, Abu Mansour (a.k.a. AL-AMRIKI, Abu Mansur; a.k.a. AL-AMRIKI, Abu Mansuur; a.k.a. HAMMAMI, Omar; a.k.a. HAMMAMI, Omar Shafik; a.k.a. HAMMAMI, Umar; a.k.a. "FAROUK"; a.k.a. "FAROUQ"); DOB 06 May 1984; POB Alabama, USA; Passport 403062567 (United States); SSN 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 (United States) (individual) [SOMALIA].

AL-AMRIKI, Abu Mansur (a.k.a. AL-AMRIKI, Abu Mansour; a.k.a. AL-AMRIKI, Abu Mansuur; a.k.a. HAMMAMI, Omar; a.k.a. HAMMAMI, Omar Shafik; a.k.a. HAMMAMI, Umar; a.k.a. "FAROUK"; a.k.a. "FAROUQ"); DOB 06 May 1984; POB Alabama, USA; Passport 403062567 (United States); SSN 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 (United States) (individual) [SOMALIA].

AL-AMRIKI, Abu Mansuur (a.k.a. AL-AMRIKI, Abu Mansour; a.k.a. AL-AMRIKI, Abu Mansur; a.k.a. HAMMAMI, Omar; a.k.a. HAMMAMI, Omar Shafik; a.k.a. HAMMAMI, Umar; a.k.a. "FAROUK"; a.k.a. "FAROUQ"); DOB 06 May 1984; POB Alabama, USA; Passport 403062567 (United States); SSN 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 (United States) (individual) [SOMALIA].

AL-AMRIKI, Abu-Ahmad (a.k.a. AL-HAWEN, Abu-Ahmad; a.k.a. AL-MAGHRIBI, Rashid; a.k.a. AL-SHAHID, Abu-Ahmad; a.k.a. HIJAZI, Raed M; a.k.a. HIJAZI, Riad), Jordan; DOB 1968; POB California, USA; SSN 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 (United States) (individual) [SDGT].

AL-AMSHAT (f.k.a. BANNER OF THE LINE OF FIRE BRIGADE; f.k.a. LOWAA KHAT AL-NARR; a.k.a. SULEIMAN SHAH BRIGADE; a.k.a. SULTAN SULEIMAN SHAH BRIGADE (Arabic: لواء السلطان سليمان شاه); a.k.a. SULTAN SULEIMAN SHAH DIVISION (Arabic: فرقة السلطان سليمان شاه)), Afrin District, Aleppo Governorate, Syria; Organization Established Date 2011 [SYRIA-EO13894].

ALAN ENERJI URETIM SANAYI VE TICARET ANONIM SIRKETI (f.k.a. ALAN ENERJI URETIM SANAYI VE TICARET LIMITED SIRKETI; f.k.a. TASFIYE HALINDE ALAN

ENERJI URETIM SANAYI VE TICARET LIMITED SIRKETI), Istinye Mah. Bostan Sok. No: 12 Sariyer, Turkey; Resitpasa Mah. Denizbank Ust Sitesi Yol Sok. No. 29, Sariyer, Istanbul 34467, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Jun 2006; Istanbul Chamber of Comm. No. 593151 (Turkey); Registration Number 593151-0 (Turkey); Central Registration System Number 0048-0501-8650-0029 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

ALAN ENERJI URETIM SANAYI VE TICARET LIMITED SIRKETI (a.k.a. ALAN ENERJI URETIM SANAYI VE TICARET ANONIM SIRKETI; f.k.a. TASFIYE HALINDE ALAN ENERJI URETIM SANAYI VE TICARET LIMITED SIRKETI), Istinye Mah. Bostan Sok. No: 12 Sariyer, Turkey; Resitpasa Mah. Denizbank Ust Sitesi Yol Sok. No. 29, Sariyer, Istanbul 34467, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Jun 2006; Istanbul Chamber of Comm. No. 593151 (Turkey); Registration Number 593151-0 (Turkey); Central Registration System Number 0048-0501-8650-0029 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

AL-ANABI, Yusuf Abu-'Ubaydah (a.k.a. ABU OBEIDA, Youcef; a.k.a. ABU UBAYDAH, Yusuf; a.k.a. AL 'ANABI, Abu 'Ubaydah Yusuf; a.k.a. AL-ANNABI, Abou Obeida Youssef; a.k.a. AL-INABI, Abu-Ubaydah Yusuf; a.k.a. MABRAK, Yazid; a.k.a. MEBRAK, Yazid; a.k.a. YAZID, Mebrak; a.k.a. YAZID, Mibrak; a.k.a. YAZID, Yousif Abu Obayda; a.k.a. "ABOU YOUCEF"), Algeria; DOB 01 Jan 1969; POB Annaba, Algeria; citizen Algeria (individual) [SDGT].

AL-ANFAL TRUST (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-

DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

AL-ANI, Adib Shaban (a.k.a. SHABAN, Adib; a.k.a. SHABAN, Dr. Adib); DOB 1952; nationality Iraq (individual) [IRAQ2].

AL-ANIZI, 'Abd al-Rahman Khalaf (a.k.a. AL-'ANIZI, 'Abd al-Rahman Khalaf 'Ubayd Juday'; a.k.a. AL-'ANZI, 'Abd al-Rahman Khalaf; a.k.a. "ABU USAMA"; a.k.a. "AL-KUWAITI, Abu Usamah"; a.k.a. "AL-RAHMAN, Abu Usamah"; a.k.a. "KUWAITI, Abu Shaima"; a.k.a. "YUSUF") DOB 01 Jan 1973 to 31 Dec 1973 (individual) [SDGT].

AL-'ANIZI, 'Abd al-Rahman Khalaf 'Ubayd Juday' (a.k.a. AL-ANIZI, 'Abd al-Rahman Khalaf; a.k.a. AL-'ANZI, 'Abd al-Rahman Khalaf; a.k.a. "ABU USAMA"; a.k.a. "AL-KUWAITI, Abu Usamah"; a.k.a. "AL-RAHMAN, Abu Usamah"; a.k.a. "KUWAITI, Abu Shaima"; a.k.a. "YUSUF"); DOB 01 Jan 1973 to 31 Dec 1973 (individual) [SDGT].

AL-'ANIZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban (a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Sharyan; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANIZI, 'Abdullah Hadi 'Abd al-Rahman Fayzan Sharifah; a.k.a. AL-'ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharyan; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayzan Sharifan al-Anzi; a.k.a. "AL-KUWAITI, Zubayr"; a.k.a. "AL-ZUBAYR, Abu"), Hawali, Hawali

Governorate, Kuwait; DOB 02 Aug 1984; POB Kuwait; citizen Kuwait; Passport 107609169 (Kuwait); Driver's License No. 3284670 expires 21 Aug 2017; Identification Number 284080201511 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Sharyan (a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANIZI, 'Abdullah Hadi 'Abd al-Rahman Fayzan Sharifan; a.k.a. AL-'ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharyan; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayzan Sharifan al-Anzi; a.k.a. "AL-KUWAITI, Zubayr"; a.k.a. "AL-ZUBAYR, Abu"), Hawali, Hawali Governorate, Kuwait; DOB 02 Aug 1984; POB Kuwait; citizen Kuwait; Passport 107609169 (Kuwait); Driver's License No. 3284670 expires 21 Aug 2017; Identification Number 284080201511 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Shiryan (a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Sharyan; a.k.a. AL-'ANIZI, 'Abdullah Hadi 'Abd al-Rahman Fayzan Sharifan; a.k.a. AL-'ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharyan; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayzan Sharifan al-Anzi; a.k.a. "AL-KUWAITI, Zubayr"; a.k.a. "AL-ZUBAYR, Abu"), Hawali, Hawali Governorate, Kuwait; DOB 02 Aug 1984; POB Kuwait; citizen Kuwait; Passport 107609169 (Kuwait); Driver's License No. 3284670 expires 21 Aug 2017; Identification Number 284080201511 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-'ANIZI, 'Abdullah Hadi 'Abd al-Rahman Fayzan Sharifan (a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Sharyan; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharyan; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayzan Sharifan-Anzi; a.k.a. "AL-KUWAITI, Zubayr"; a.k.a. "AL-ZUBAYR, Abu"), Hawali, Hawali Governorate, Kuwait; DOB 02 Aug 1984; POB

Kuwait; citizen Kuwait; Passport 107609169 (Kuwait); Driver's License No. 3284670 expires 21 Aug 2017; Identification Number 284080201511 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan (a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shiryan; a.k.a. AL-ANIZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharban; a.k.a. AL-ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. ALENEZI, Mohammad H A F; a.k.a. AL-SHAMMARI, Muhammad; a.k.a. "AL-KUWAITI, Abu Hudhayfa"; a.k.a. "HUDAYTH, Abu"; a.k.a. "HUDHAYFAH, Abu"), Kuwait; DOB 26 May 1986; nationality Kuwait; citizen Kuwait; Gender Male (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shiryan (a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-ANIZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharban; a.k.a. AL-ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. ALENEZI, Mohammad H A F; a.k.a. AL-SHAMMARI, Muhammad; a.k.a. "AL-KUWAITI, Abu Hudhayfa"; a.k.a. "HUDAYTH, Abu"; a.k.a. "HUDHAYFAH, Abu"), Kuwait; DOB 26 May 1986; nationality Kuwait; citizen Kuwait; Gender Male (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-ANIZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan (a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shiryan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharban; a.k.a. AL-ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. ALENEZI, Mohammad H A F; a.k.a. AL-SHAMMARI, Muhammad; a.k.a. "AL-KUWAITI, Abu Hudhayfa"; a.k.a. "HUDAYTH, Abu"; a.k.a. "HUDHAYFAH, Abu"),

Kuwait; DOB 26 May 1986; nationality Kuwait; citizen Kuwait; Gender Male (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fihan Shiryan (a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shiryan; a.k.a. AL-ANIZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Shariyan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharban; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. ALENEZI, Mohammad H A F; a.k.a. AL-SHAMMARI, Muhammad; a.k.a. "AL-KUWAITI, Abu Hudhayfa"; a.k.a. "HUDAYTH, Abu"; a.k.a. "HUDHAYFAH, Abu"), Kuwait; DOB 26 May 1986; nationality Kuwait; citizen Kuwait; Gender Male (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-ANNABI, Abou Obeida Youssef (a.k.a. ABU OBEIDA, Youcef; a.k.a. ABU UBAYDAH, Yusuf; a.k.a. AL 'ANABI, Abu 'Ubaydah Yusuf; a.k.a. AL-ANABI, Yusuf Abu-'Ubaydah; a.k.a. AL-INABI, Abu-Ubaydah Yusuf; a.k.a. MABRAK, Yazid; a.k.a. MEBRAK, Yazid; a.k.a. YAZID, Mebrak; a.k.a. YAZID, Mibrak; a.k.a. YAZID, Yousif Abu Obayda; a.k.a. "ABOU YOUCEF"), Algeria; DOB 01 Jan 1969; POB Annaba, Algeria; citizen Algeria (individual) [SDGT].

AL-ANSAR CHARITABLE SOCIETY (a.k.a. AL-ANSAR CHARITY ASSOCIATION (Arabic: جمعية الأنصار الخيرية)), Al-Nasr Street, Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2001 [SDGT] (Linked To: MARTYRS FOUNDATION; Linked To: HAMAS; Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

AL-ANSAR CHARITY ASSOCIATION (Arabic: جمعية الأنصار الخيرية) (a.k.a. AL-ANSAR CHARITABLE SOCIETY), Al-Nasr Street, Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2001 [SDGT] (Linked To: MARTYRS FOUNDATION; Linked To: HAMAS; Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

AL-ANSARI, Abu-Malik (a.k.a. AL-SHAMI, Abu-Malik; a.k.a. AL-TALLI, Abu-Malik; a.k.a. ZAYNIYAH, Jamal Husayn), Al-Qalamun, Syria;

DOB 17 Aug 1972; alt. DOB 01 Jan 1972; POB Al-Tal, Syria; alt. POB Tell Mnin, Syria; nationality Syria; Passport 3987189 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-'ANZI, 'Abd al-Rahman Khalaf (a.k.a. AL-ANIZI, 'Abd al-Rahman Khalaf; a.k.a. AL-'ANIZI, 'Abd al-Rahman Khalaf 'Ubayd Juday'; a.k.a. "ABU USAMA"; a.k.a. "AL-KUWAITI, Abu Usamah"; a.k.a. "AL-RAHMAN, Abu Usamah"; a.k.a. "KUWAITI, Abu Shaima'"; a.k.a. "YUSUF"); DOB 01 Jan 1973 to 31 Dec 1973 (individual) [SDGT].

AL-'ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban (a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Sharyan; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-ANIZI, 'Abdullah Hadi 'Abd al-Rahman Fayzan Sharifan; a.k.a. AL-'ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharyan; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayzan Sharifan al-Anzi; a.k.a. "AL-KUWAITI, Zubayr"; a.k.a. "AL-ZUBAYR, Abu"), Hawali, Hawali Governorate, Kuwait; DOB 02 Aug 1984; POB Kuwait; citizen Kuwait; Passport 107609169 (Kuwait); Driver's License No. 3284670 expires 21 Aug 2017; Identification Number 284080201511 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharyan (a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Sharyan; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-ANIZI, 'Abdullah Hadi 'Abd al-Rahman Fayzan Sharifan; a.k.a. AL-'ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayzan Sharifan-al-Anzi; a.k.a. "AL-KUWAITI, Zubayr"; a.k.a. "AL-ZUBAYR, Abu"), Hawali, Hawali Governorate, Kuwait; DOB 02 Aug 1984; POB Kuwait; citizen Kuwait; Passport 107609169 (Kuwait); Driver's License No. 3284670 expires 21 Aug 2017; Identification Number 284080201511 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayzan Sharifan-al-Anzi (a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Sharyan; a.k.a. AL-'ANIZI, 'Abdallah Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANIZI, 'Abdullah Hadi 'Abd al-Rahman Fayzan

Sharifan; a.k.a. AL-'ANZI, 'Abdallah Hadi al-Rahman Fayhan Sharban; a.k.a. AL-ANZI, 'Abdallah Hadi 'Abd al-Rahman Fayhan Sharyan; a.k.a. "AL-KUWAITI, Zubayr"; a.k.a. "AL-ZUBAYR, Abu"), Hawali, Hawali Governorate, Kuwait; DOB 02 Aug 1984; POB Kuwait; citizen Kuwait; Passport 107609169 (Kuwait); Driver's License No. 3284670 expires 21 Aug 2017; Identification Number 284080201511 (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-'ANZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan (a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shiryan; a.k.a. AL-ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Sharyan; a.k.a. AL-ANIZI, Muhammad Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharban; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. ALENEZI, Mohammad H A F; a.k.a. AL-SHAMMARI, Muhammad; a.k.a. "AL-KUWAITI, Abu Hudhayfa"; a.k.a. "HUDAYTH, Abu"; a.k.a. "HUDHAYFAH, Abu"), Kuwait; DOB 26 May 1986; nationality Kuwait; citizen Kuwait; Gender Male (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharban (a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shiryan; a.k.a. AL-ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Sharyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. ALENEZI, Mohammad H A F; a.k.a. AL-SHAMMARI, Muhammad; a.k.a. "AL-KUWAITI, Abu Hudhayfa"; a.k.a. "HUDAYTH, Abu"; a.k.a. "HUDHAYFAH, Abu"), Kuwait; DOB 26 May 1986; nationality Kuwait; citizen Kuwait; Gender Male (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan (a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shiryan; a.k.a. AL-ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Sharyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANZI, Muhammad

Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharban; a.k.a. ALENEZI, Mohammad H A F; a.k.a. AL-SHAMMARI, Muhammad; a.k.a. "AL-KUWAITI, Abu Hudhayfa"; a.k.a. "HUDAYTH, Abu"; a.k.a. "HUDHAYFAH, Abu"), Kuwait; DOB 26 May 1986; nationality Kuwait; citizen Kuwait; Gender Male (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

ALA'ODDINI, Yahya (Arabic: يحيى علاء الدين) (a.k.a ALAEDDINI, Yahya), Iran; DOB 21 Mar 1965; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K47201906 (Iran) expires 19 Oct 2023; National ID No. 0036732958 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: BONYAD TAAVON SEPAH).

ALAQAD, Ahmed (a.k.a. AL-AQAD, Ahmed; a.k.a. ALAQAD, Ahmed M. M.; a.k.a. "ALAQAD, Abu Yamin" (Arabic: "أبو يامن العقاد")), Khan Yunis, Gaza; DOB 21 Nov 1978; POB Khan Yunis, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 4067405 (Palestinian) (individual) [SDGT] (Linked To: BUY CASH MONEY AND MONEY TRANSFER COMPANY).

AL-AQAD, Ahmed (a.k.a. ALAQAD, Ahmed; a.k.a. ALAQAD, Ahmed M. M.; a.k.a. "ALAQAD, Abu Yamin" (Arabic: "أبو يامن العقاد")), Khan Yunis, Gaza; DOB 21 Nov 1978; POB Khan Yunis, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 4067405 (Palestinian) (individual) [SDGT] (Linked To: BUY CASH MONEY AND MONEY TRANSFER COMPANY).

ALAQAD, Ahmed M. M. (a.k.a. ALAQAD, Ahmed; a.k.a. AL-AQAD, Ahmed; a.k.a. "ALAQAD, Abu Yamin" (Arabic: "أبو يامن العقاد")), Khan Yunis, Gaza; DOB 21 Nov 1978; POB Khan Yunis, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 4067405 (Palestinian) (individual) [SDGT] (Linked To: BUY CASH MONEY AND MONEY TRANSFER COMPANY).

ALAQEEL, Aqeel Abdulaziz A. (a.k.a. AL-AQIL, Aqeel Abdulaziz; a.k.a. AL-AQIL, Aqeel Abdulaziz Aqeeli); DOB 29 Apr 1949; POB

Unaizah, Saudi Arabia; nationality Saudi Arabia; Passport C 1415363 - 16/2/1421H issued 21 May 2000; alt. Passport E 839024 issued 03 Jan 2004 expires 08 Nov 2008 (individual) [SDGT].

AL-AQIL, Aqeel Abdulaziz (a.k.a. ALAQEEL, Aqeel Abdulaziz A.; a.k.a. AL-AQIL, Aqeel Abdulaziz Aqeeli); DOB 29 Apr 1949; POB Unaizah, Saudi Arabia; nationality Saudi Arabia; Passport C 1415363 - 16/2/1421H issued 21 May 2000; alt. Passport E 839024 issued 03 Jan 2004 expires 08 Nov 2008 (individual) [SDGT].

AL-AQIL, Aqeel Abdulaziz Aqeeli (a.k.a. ALAQEEL, Aqeel Abdulaziz A.; a.k.a. AL-AQIL, Aqeel Abdulaziz); DOB 29 Apr 1949; POB Unaizah, Saudi Arabia; nationality Saudi Arabia; Passport C 1415363 - 16/2/1421H issued 21 May 2000; alt. Passport E 839024 issued 03 Jan 2004 expires 08 Nov 2008 (individual) [SDGT].

AL-AQRA', Jamal 'Ali, Syria; DOB 17 Apr 1963; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-AQSA (a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium [SDGT].

AL-AQSA AL-ISLAMI BANK (a.k.a. AL-AQSA ISLAMIC BANK), P.O. Box 3753, al-Beireh, West Bank; Ramallah II 970, West Bank [SDGT].

AL-AQSA ASBL (a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a.

AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT].

AL-AQSA ASBL (a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; <Head Office> [SDGT].

AL-AQSA ASBL (a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA;

a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands [SDGT].

AL-AQSA ASBL (a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT].

AL-AQSA ASBL (a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA;

a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen [SDGT].

AL-AQSA ASBL (a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden [SDGT].

AL-AQSA ASBL (a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT].

AL-AQSA ASBL (a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a.

AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT].

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT].

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC

CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; <Head Office> [SDGT].

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands [SDGT].

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.),

P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT].

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium [SDGT].

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen [SDGT].

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-

AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden [SDGT].

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT].

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA;

a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT].

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT].

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; <Head Office> [SDGT].

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands [SDGT].

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT].

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-

AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium [SDGT].

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen [SDGT].

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a.

SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden [SDGT].

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT].

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT].

AL-AQSA E.V. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; <Head Office> [SDGT].

AL-AQSA E.V. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT].

AL-AQSA E.V. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN;

a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands [SDGT].

AL-AQSA E.V. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT].

AL-AQSA E.V. (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a.

SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium [SDGT].

AL-AQSA E.V. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen [SDGT].

AL-AQSA E.V. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden [SDGT].

AL-AQSA E.V. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT].

AL-AQSA E.V. (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT].

AL-AQSA FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a.

CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT].

AL-AQSA FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden [SDGT].

AL-AQSA FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a.

STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT].

AL-AQSA FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT].

AL-AQSA FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; <Head Office> [SDGT].

AL-AQSA FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands [SDGT].

AL-AQSA FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT].

AL-AQSA FOUNDATION (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a.

AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium [SDGT].

AL-AQSA FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen [SDGT].

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY

FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT].

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; <Head Office> [SDGT].

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH,

Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands [SDGT].

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT].

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold Il 71, Brussels 1080, Belgium [SDGT].

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE

SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen [SDGT].

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden [SDGT].

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-

AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT].

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT].

AL-AQSA ISLAMIC BANK (a.k.a. AL-AQSA AL-ISLAMI BANK), P.O. Box 3753, al-Beireh, West Bank; Ramallah II 970, West Bank [SDGT].

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-

KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT].

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; <Head Office> [SDGT].

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands [SDGT].

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium [SDGT].

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I

STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen [SDGT].

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden [SDGT].

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-

KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT].

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT].

AL-AQSA MARTYRS BATTALION (a.k.a. AL-AQSA MARTYRS BRIGADE) [FTO] [SDGT].

AL-AQSA MARTYRS BRIGADE (a.k.a. AL-AQSA MARTYRS BATTALION) [FTO] [SDGT].

AL-AQSA SATELLITE TELEVISION (a.k.a. AL-AQSA TV; a.k.a. HAMAS TV; a.k.a. SIRAJ AL-AQSA TV; a.k.a. THE AQSA LAMP), Jabaliya, Gaza, Palestinian; Website www.aqsatv.ps; Email Address info@aqsatv.ps; Telephone: 0097282851500; Fax: 0097282858208 [SDGT].

AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA

ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT].

AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; <Head Office> [SDGT].

AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.),

Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands [SDGT].

AL-AQSA SINAIL ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT].

AL-AQSA SINAIL ESTABLISHMENT (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium [SDGT].

AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-

AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen [SDGT].

AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden [SDGT].

AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a.

MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT].

AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT].

AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT].

AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; <Head Office> [SDGT].

AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands [SDGT].

AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a.

AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT].

AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium [SDGT].

AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA;

a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen [SDGT].

AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden [SDGT].

AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT].

AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT].

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT].

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA

ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappelenstrasse 36, Aachen D-52066, Germany; <Head Office> [SDGT].

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands [SDGT].

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE

FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT].

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium [SDGT].

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen [SDGT].

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-

AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden [SDGT].

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT].

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA

ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT].

AL-AQSA TV (a.k.a. AL-AQSA SATELLITE TELEVISION; a.k.a. HAMAS TV; a.k.a. SIRAJ AL-AQSA TV; a.k.a. THE AQSA LAMP), Jabaliya, Gaza, Palestinian; Website www.aqsatv.ps; Email Address info@aqsatv.ps; Telephone: 0097282851500; Fax: 0097282858208 [SDGT].

ALAR, Roman Anatolyevich, Moscow, Russia; DOB 17 Jan 1973; nationality Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 719869648 (Russia) expires 25 Jun 2022 (individual) [NPWMD].

AL-ARAB, Jihad (Arabic: جهاد العرب) (a.k.a. EL ARAB, Jihad; a.k.a. EL ARAB, Jihad Ahmad), France Street Pavilion Building, Villa Jihad el Arab, Downtown Mina el Hosn, Beirut, Lebanon; DOB 06 Jan 1963; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Passport LR0073000 (Lebanon) expires 25 Jul 2022 (individual) [LEBANON].

AL-ARABI TRADING COMPANY LIMITED, Lane 11, Hai Babil, Baghdad District 929, Iraq [IRAQ2].

AL-ARADAH, Khalid Ali (a.k.a. AL-ARADAH, Khalid Ali Mabkhut; a.k.a. AL-ARADEH, Khalid; a.k.a. AL-ARRADAH, Khalid; a.k.a. ARADA, Khalid), Marib, Marib Governorate, Yemen; DOB 01 Jan 1965; alt. DOB 01 Aug 1957; alt. DOB 01 Jan 1957; nationality Yemen; Gender Male (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-ARADAH, Khalid Ali Mabkhut (a.k.a. AL-ARADAH, Khalid Ali; a.k.a. AL-ARADEH, Khalid; a.k.a. AL-ARRADAH, Khalid; a.k.a. ARADA, Khalid), Marib, Marib Governorate, Yemen; DOB 01 Jan 1965; alt. DOB 01 Aug 1957; alt. DOB 01 Jan 1957; nationality Yemen; Gender Male (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-ARADEH, Khalid (a.k.a. AL-ARADAH, Khalid Ali; a.k.a. AL-ARADAH, Khalid Ali Mabkhut; a.k.a. AL-ARRADAH, Khalid; a.k.a. ARADA, Khalid), Marib, Marib Governorate, Yemen; DOB 01 Jan 1965; alt. DOB 01 Aug 1957; alt. DOB 01 Jan 1957; nationality Yemen; Gender Male (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-ARD AL-JADIDAH MONEY EXCHANGE COMPANY (a.k.a. AL ARDH AL JADIDA; a.k.a. AL-ARDH AL-JADEEDA EXCHANGE COMPANY; a.k.a. NEW LAND MONEY EXCHANGE COMPANY), Iraq; Hajin, Dayr az Zawr Province, Syria; Sanliurfa, Turkey; Phone Number 9647807798905; alt. Phone Number 964805611259; alt. Phone Number 9647905886647 [SDGT].

AL-ARDH AL-JADEEDA EXCHANGE COMPANY (a.k.a. AL ARDH AL JADIDA; a.k.a. AL-ARD AL-JADIDAH MONEY EXCHANGE COMPANY; a.k.a. NEW LAND MONEY EXCHANGE COMPANY), Iraq; Hajin, Dayr az Zawr Province, Syria; Sanliurfa, Turkey; Phone Number 9647807798905; alt. Phone Number 964805611259; alt. Phone Number 9647905886647 [SDGT].

AL-'ARIF, Sultan Yusuf Hasan (a.k.a. AL-'ABDALI, Qattal; a.k.a. AL-'ABDALI, Qital; a.k.a. AL-NAJDI, Qital; a.k.a. AL-SAUDI, Abu Musab), Afghanistan; Iran; DOB 28 Jun 1986; alt. DOB 27 Jun 1986; POB Jeddah, Saudi Arabia; nationality Saudi Arabia; Gender Male (individual) [SDGT].

ALARIFI, Naif Hassan S. (a.k.a. AL-ARIFI, Nayif Hasan Saad); DOB 28 Feb 1986; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport M644150 (Saudi Arabia) issued 15 Jan 2014 expires 22 Nov 2018 (individual) [GLOMAG].

AL-ARIFI, Nayif Hasan Saad (a.k.a. ALARIFI, Naif Hassan S.); DOB 28 Feb 1986; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport M644150 (Saudi Arabia) issued 15 Jan 2014 expires 22 Nov 2018 (individual) [GLOMAG].

AL-ARMANAZI, Amr Muhammad Najib (a.k.a. ARMANAZI, Amr; a.k.a. ARMANAZI, Amr Najib); DOB 07 Feb 1944 (individual) [NPWMD].

AL-ARORI, Salih (a.k.a. AL-AROURI, Salah; a.k.a. AL-AROURI, Saleh; a.k.a. AL-AROURI, Saleh Muhammad Suleiman; a.k.a. AL-ARURI, Salah; a.k.a. AL-ARURI, Saleh; a.k.a. AL-ARURI, Salih; a.k.a. AL-ARURI, Salih Muhammad Sulayman; a.k.a. SULAYMAN, Salih Muhammad; a.k.a. "MUHAMMAD, Abu";

a.k.a. "SULAIMAN, Salih Dar"; a.k.a. "SULEIMAN, Salih"); DOB 19 Aug 1966; POB Ramallah, West Bank; Passport 2525897 (Palestinian); alt. Passport 3580327 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-AROURI, Salah (a.k.a. AL-ARORI, Salih; a.k.a. AL-AROURI, Saleh; a.k.a. AL-AROURI, Saleh Muhammad Suleiman; a.k.a. AL-ARURI, Salah; a.k.a. AL-ARURI, Saleh; a.k.a. AL-ARURI, Salih; a.k.a. AL-ARURI, Salih Muhammad Sulayman; a.k.a. SULAYMAN, Salih Muhammad; a.k.a. "MUHAMMAD, Abu"; a.k.a. "SULAIMAN, Salih Dar"; a.k.a. "SULEIMAN, Salih"); DOB 19 Aug 1966; POB Ramallah, West Bank; Passport 2525897 (Palestinian); alt. Passport 3580327 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-AROURI, Saleh (a.k.a. AL-ARORI, Salih; a.k.a. AL-AROURI, Salah; a.k.a. AL-AROURI, Saleh Muhammad Suleiman; a.k.a. AL-ARURI, Salah; a.k.a. AL-ARURI, Saleh; a.k.a. AL-ARURI, Salih; a.k.a. AL-ARURI, Salih Muhammad Sulayman; a.k.a. SULAYMAN, Salih Muhammad; a.k.a. "MUHAMMAD, Abu"; a.k.a. "SULAIMAN, Salih Dar"; a.k.a. "SULEIMAN, Salih"); DOB 19 Aug 1966; POB Ramallah, West Bank; Passport 2525897 (Palestinian); alt. Passport 3580327 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-AROURI, Saleh Muhammad Suleiman (a.k.a. AL-ARORI, Salih; a.k.a. AL-AROURI, Salah; a.k.a. AL-AROURI, Saleh; a.k.a. AL-ARURI, Salah; a.k.a. AL-ARURI, Saleh; a.k.a. AL-ARURI, Salih; a.k.a. AL-ARURI, Salih Muhammad Sulayman; a.k.a. SULAYMAN, Salih Muhammad; a.k.a. "MUHAMMAD, Abu"; a.k.a. "SULAIMAN, Salih Dar"; a.k.a. "SULEIMAN, Salih"); DOB 19 Aug 1966; POB Ramallah, West Bank; Passport 2525897 (Palestinian); alt. Passport 3580327 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-ARRADAH, Khalid (a.k.a. AL-ARADAH, Khalid Ali; a.k.a. AL-ARADAH, Khalid Ali Mabkhut; a.k.a. AL-ARADEH, Khalid; a.k.a. ARADA, Khalid), Marib, Marib Governorate, Yemen; DOB 01 Jan 1965; alt. DOB 01 Aug 1957; alt. DOB 01 Jan 1957; nationality Yemen; Gender Male (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-ARURI, Salah (a.k.a AL-ARORI, Salih; a.k.a. AL-AROURI, Salah; a.k.a. AL-AROURI, Saleh;

a.k.a. AL-AROURI, Saleh Muhammad Suleiman; a.k.a. AL-ARURI, Saleh; a.k.a. AL-ARURI, Salih; a.k.a. AL-ARURI, Salih Muhammad Sulayman; a.k.a. SULAYMAN, Salih Muhammad; a.k.a. "MUHAMMAD, Abu"; a.k.a. "SULAIMAN, Salih Dar"; a.k.a. "SULEIMAN, Salih"); DOB 19 Aug 1966; POB Ramallah, West Bank; Passport 2525897 (Palestinian); alt. Passport 3580327 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-ARURI, Saleh (a.k.a. AL-ARORI, Salih; a.k.a. AL-AROURI, Salah; a.k.a. AL-AROURI, Saleh; a.k.a. AL-AROURI, Saleh Muhammad Suleiman; a.k.a. AL-ARURI, Salah; a.k.a. AL-ARURI, Salih; a.k.a. AL-ARURI, Salih Muhammad Sulayman; a.k.a. SULAYMAN, Salih Muhammad; a.k.a. "MUHAMMAD, Abu"; a.k.a. "SULAIMAN, Salih Dar"; a.k.a. "SULEIMAN, Salih"); DOB 19 Aug 1966; POB Ramallah, West Bank; Passport 2525897 (Palestinian); alt. Passport 3580327 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-ARURI, Salih (a.k.a. AL-ARORI, Salih; a.k.a. AL-AROURI, Salah; a.k.a. AL-AROURI, Saleh; a.k.a. AL-AROURI, Saleh Muhammad Suleiman; a.k.a. AL-ARURI, Salah; a.k.a. AL-ARURI, Saleh; a.k.a. AL-ARURI, Salih Muhammad Sulayman; a.k.a. SULAYMAN, Salih Muhammad; a.k.a. "MUHAMMAD, Abu"; a.k.a. "SULAIMAN, Salih Dar"; a.k.a. "SULEIMAN, Salih"); DOB 19 Aug 1966; POB Ramallah, West Bank; Passport 2525897 (Palestinian); alt. Passport 3580327 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-ARURI, Salih Muhammad Sulayman (a.k.a. AL-ARORI, Salih; a.k.a. AL-AROURI, Salah; a.k.a. AL-AROURI, Saleh; a.k.a. AL-AROURI, Saleh Muhammad Suleiman; a.k.a. AL-ARURI, Salah; a.k.a. AL-ARURI, Saleh; a.k.a. AL-ARURI, Salih; a.k.a. SULAYMAN, Salih Muhammad; a.k.a. "MUHAMMAD, Abu"; a.k.a. "SULAIMAN, Salih Dar"; a.k.a. "SULEIMAN, Salih"); DOB 19 Aug 1966; POB Ramallah, West Bank; Passport 2525897 (Palestinian); alt. Passport 3580327 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-ARWEE, Hajji Fouaz (a.k.a. AL-RAWI, Hajj Fawaz; a.k.a. JABIR AL-RAWI, Fawaz Muhamed; a.k.a. JABUR AL-RAWI, Fawwaz; a.k.a. JUBAYR AL-RAWI, Fawaz Muhammad; a.k.a. JUBAYR AL-RAWI, Fawwaz Muhammad), Syria; DOB 1974; POB Albu

Kamal, Syria; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-ASAD, Bashar (a.k.a. AL ASSAD, Bashar Hafez; a.k.a. AL-ASSAD, Bashar (Arabic: بشار الأسد); a.k.a. ASSAD, Bashar), Damascus, Syria; DOB 11 Sep 1965; POB Damascus, Syria; nationality Syria; Gender Male; President of the Syrian Arab Republic (individual) [SYRIA] [SYRIA-EO13894].

AL-ASAD, Mahir (a.k.a. AL-ASSAD, Maher (Arabic: ماهر الأسد); a.k.a. ASSAD, Mahar; a.k.a. ASSAD, Maher), Damascus, Syria; DOB 08 Dec 1967; POB Damascus, Syria; nationality Syria; Gender Male; Diplomatic Passport 4138 (Syria); Major General; Commander of the Syrian Army's 4th Armored Division (individual) [SYRIA] [SYRIA-EO13894].

AL-ASAD, Samer (a.k.a. AL-ASSAD, Samer Kamal (Arabic: سامر كمال الأسد)), Syria; DOB 19 May 1973; POB Qardaha, Syria; nationality Syria; Gender Male; Passport 86368 (Syria); National ID No. 06200000449 (Syria) (individual) [SYRIA] [SYRIA-CAESAR].

AL-'ASALI, Zakariya, Syria; DOB 03 Jun 1961; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-ASHQAR, Abdallah (a.k.a. AL ASHQAR, Abdullah Jihad; a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-'ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandes; a.k.a. AL-TAWHID, Muhandis; a.k.a. ASHKAR, Abdallah; a.k.a. "ABU-HAJIR"; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian (individual) [SDGT].

AL-ASHQAR, 'Abdallah (a.k.a. AL ASHQAR, Abdullah Jihad; a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, Abdallah; a.k.a. AL-'ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandes; a.k.a. AL-TAWHID, Muhandis; a.k.a. ASHKAR, Abdallah; a.k.a. "ABU-HAJIR"; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian (individual) [SDGT].

AL-'ASHQAR, 'Abdallah (a.k.a. AL ASHQAR, Abdullah Jihad; a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a.

AL-ASHQAR, Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandes; a.k.a. AL-TAWHID, Muhandis; a.k.a. ASHKAR, Abdallah; a.k.a. "ABU-HAJIR"; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian (individual) [SDGT].

AL-ASHQAR, 'Abdallah Jihad Musa (a.k.a. AL ASHQAR, Abdullah Jihad; a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-'ASHQAR, Abdallah; a.k.a. AL-'ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandis; a.k.a. ASHKAR, Abdallah; a.k.a. "ABU-HAJIR"; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian (individual) [SDGT].

AL-ASHQAR, Abdullah (a.k.a. AL ASHQAR, Abdullah Jihad; a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-'ASHQAR, Abdallah; a.k.a. AL-'ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandes; a.k.a. AL-TAWHID, Muhandis; a.k.a. ASHKAR, Abdallah; a.k.a. "ABU-HAJIR"; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian (individual) [SDGT].

AL-ASHQAR, Abdullah Jihad (a.k.a. AL ASHQAR, Abdullah Jihad; a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-'ASHQAR, Abdallah; a.k.a. AL-'ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandes; a.k.a. AL-TAWHID, Muhandis; a.k.a. ASHKAR, Abdallah; a.k.a. "ABU-HAJIR"; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian (individual) [SDGT].

AL-ASHTAR BRIGADES (a.k.a. SARAYA AL-ASHTAR; a.k.a. "AAB"), Bahrain; Iran; Iraq [FTO] [SDGT].

AL-ASIRI, Ahmed (a.k.a. AL ASIRI, Ahmad Hassan Mohammed; a.k.a. AL-ASSIRI, Ahmed; a.k.a. ASSERI, Ahmed Hassan M.; a.k.a. ASSIRI, Ahmed), King Abdullah Rd., Ishbilyah, Riyadh, Saudi Arabia; DOB 15 Oct 1966; POB Tabok, Saudi Arabia; nationality Saudi Arabia;

Gender Male; Passport D106103 (Saudi Arabia) expires 05 Oct 2021 (individual) [GLOMAG].

AL-'ASIRI, Ibrahim (a.k.a. AL ASIRI, Ibrahim Hassan; a.k.a. AL-'ASIRI, Ibrahim Hasan Tali; a.k.a. AL-ASIRI, Ibrahim Hassan Tali; a.k.a. 'ASIRI, Ibrahim Hasan Tali'A'; a.k.a. ASSIRI, Ibrahim Hassan Tali; a.k.a. "ABOSSLAH"; a.k.a. "ABU SALEH"); DOB 19 Apr 1982; alt. DOB 18 Apr 1982; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Passport F654645 issued 30 Apr 2005; National ID No. 1028745097 (Saudi Arabia); Member of al-Qa'ida in the Arabian Peninsula, is wanted by the Government of Saudi Arabia and Interpol has issued an Orange Notice: File no. 2009/52/OS/CCC (individual) [SDGT].

AL-'ASIRI, Ibrahim Hasan Tali (a.k.a. AL ASIRI, Ibrahim Hassan; a.k.a. AL-'ASIRI, Ibrahim; a.k.a. AL-ASIRI, Ibrahim Hassan Tali; a.k.a. 'ASIRI, Ibrahim Hasan Tali'A'; a.k.a. ASSIRI, Ibrahim Hassan Tali; a.k.a. "ABOSSLAH"; a.k.a. "ABU SALEH"); DOB 19 Apr 1982; alt. DOB 18 Apr 1982; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Passport F654645 issued 30 Apr 2005; National ID No. 1028745097 (Saudi Arabia); Member of al-Qa'ida in the Arabian Peninsula, is wanted by the Government of Saudi Arabia and Interpol has issued an Orange Notice: File no. 2009/52/OS/CCC (individual) [SDGT].

AL-ASIRI, Ibrahim Hassan Tali (a.k.a. AL ASIRI, Ibrahim Hassan; a.k.a. AL-'ASIRI, Ibrahim; a.k.a. AL-'ASIRI, Ibrahim Hasan Tali; a.k.a. 'ASIRI, Ibrahim Hasan Tali'A'; a.k.a. ASSIRI, Ibrahim Hassan Tali; a.k.a. "ABOSSLAH"; a.k.a. "ABU SALEH"); DOB 19 Apr 1982; alt. DOB 18 Apr 1982; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Passport F654645 issued 30 Apr 2005; National ID No. 1028745097 (Saudi Arabia); Member of al-Qa'ida in the Arabian Peninsula, is wanted by the Government of Saudi Arabia and Interpol has issued an Orange Notice: File no. 2009/52/OS/CCC (individual) [SDGT].

AL-ASSAD, Asma (Arabic: اسماء الاسد) (a.k.a. AKHRAS, Asma; a.k.a. AKHRAS, Emma; a.k.a. AL-AKHRAS, Asma; a.k.a. AL-ASSAD, Asmaa; a.k.a. FAWAZ AL-AKHRAS, Asma (Arabic: اسماء فواز الاخرس)), Damascus, Syria; DOB 11 Aug 1975; POB Acton, United Kingdom; nationality United Kingdom; Gender Female (individual) [SYRIA-EO13894].

AL-ASSAD, Asmaa (a.k.a. AKHRAS, Asma; a.k.a. AKHRAS, Emma; a.k.a. AL-AKHRAS,

Asma; a.k.a. AL-ASSAD, Asma (Arabic: اسماء الاسد); a.k.a. FAWAZ AL-AKHRAS, Asma (Arabic: اسماء فواز الاخرس)), Damascus, Syria; DOB 11 Aug 1975; POB Acton, United Kingdom; nationality Syria; alt. nationality United Kingdom; Gender Female (individual) [SYRIA-EO13894].

AL-ASSAD, Bashar (Arabic: بشار الأسد) (a.k.a. AL ASSAD, Bashar Hafez; a.k.a. AL-ASAD, Bashar; a.k.a. ASSAD, Bashar), Damascus, Syria; DOB 11 Sep 1965; POB Damascus, Syria; nationality Syria; Gender Male; President of the Syrian Arab Republic (individual) [SYRIA] [SYRIA-EO13894].

AL-ASSAD, Bushra (Arabic: بشرى الاسد) (a.k.a. SHAWKAT, Bushra), Dubai, United Arab Emirates; DOB 24 Oct 1960; POB Egypt; nationality Syria; Gender Female (individual) [SYRIA-EO13894].

AL-ASSAD, Hafez (Arabic: حافظ الاسد) (a.k.a. ASSAD, Hafez), Syria; DOB 04 Dec 2001; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894] (Linked To: AL-ASSAD, Bashar).

AL-ASSAD, Karam (Arabic: كرام الاسد) (a.k.a. ASSAD, Karam), Syria; DOB 1978; POB Qardaha, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894] (Linked To: AL-ASSAD, Zuhair Tawfik).

AL-ASSAD, Maher (Arabic: ماهر الأسد) (a.k.a. AL-ASAD, Mahir; a.k.a. ASSAD, Mahar; a.k.a. ASSAD, Maher), Damascus, Syria; DOB 08 Dec 1967; POB Damascus, Syria; nationality Syria; Gender Male; Diplomatic Passport 4138 (Syria); Major General; Commander of the Syrian Army's 4th Armored Division (individual) [SYRIA] [SYRIA-EO13894].

AL-ASSAD, Manal (Arabic: منال الاسد) (a.k.a. AL-AHMAD, Manal; a.k.a. AL-AKHRAZ, Manal; a.k.a. JAADAN, Manal), Damascus, Syria; DOB 02 Feb 1970; POB Damascus, Syria; nationality Syria; Gender Female (individual) [SYRIA-EO13894].

AL-ASSAD, Samer Kamal (Arabic: سامر كمال الأسد) (a.k.a. AL-ASAD, Samer); DOB 19 May 1973; POB Qardaha, Syria; nationality Syria; Gender Male; Passport 86368 (Syria); National ID No. 06200000449 (Syria) (individual) [SYRIA] [SYRIA-CAESAR].

AL-ASSAD, Waseem (a.k.a. AL-ASSAD, Waseem Badi; a.k.a. AL-ASSAD, Wassim; a.k.a. AL-ASSAD, Wassim Badi' (Arabic: وسيم بديع الأسد)), Syria; DOB 18 Jul 1980; POB Qardaha, Latakia Governorate, Syria; nationality Syria; Gender Male; National ID No.

OFFICE OF FOREIGN ASSETS CONTROL

SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

06200000611 (Syria) (individual) [SYRIA] (Linked To: SYRIAN ARAB ARMY).

AL-ASSAD, Waseem Badi (a.k.a. AL-ASSAD, Waseem; a.k.a. AL-ASSAD, Wassim; a.k.a. AL-ASSAD, Wassim Badi' (Arabic: وسیم بدیع الأسد)), Syria; DOB 18 Jul 1980; POB Qardaha, Latakia Governorate, Syria; nationality Syria; Gender Male; National ID No. 06200000611 (Syria) (individual) [SYRIA] (Linked To: SYRIAN ARAB ARMY).

AL-ASSAD, Wassim (a.k.a. AL-ASSAD, Waseem; a.k.a. AL-ASSAD, Waseem Badi; a.k.a. AL-ASSAD, Wassim Badi' (Arabic: وسیم بدیع الأسد)), Syria; DOB 18 Jul 1980; POB Qardaha, Latakia Governorate, Syria; nationality Syria; Gender Male; National ID No. 06200000611 (Syria) (individual) [SYRIA] (Linked To: SYRIAN ARAB ARMY).

AL-ASSAD, Wassim Badi' (Arabic: وسیم بدیع الأسد) (a.k.a. AL-ASSAD, Waseem; a.k.a. AL-ASSAD, Waseem Badi; a.k.a. AL-ASSAD, Wassim), Syria; DOB 18 Jul 1980; POB Qardaha, Latakia Governorate, Syria; nationality Syria; Gender Male; National ID No. 06200000611 (Syria) (individual) [SYRIA] (Linked To: SYRIAN ARAB ARMY).

AL-ASSAD, Zuhair Tawfik (Arabic: زهير توفيق الأسد) (a.k.a. AL-ASSAD, Zuhair Tawfiq; a.k.a. AL-ASSAD, Zuheir Tawfiq; a.k.a. AL-ASSAD, Zuhair), Syria; DOB 1958; POB Qardaha, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

AL-ASSAD, Zuhair Tawfiq (a.k.a. AL-ASSAD, Zuhair Tawfik (Arabic: زهير توفيق الأسد); a.k.a. AL-ASSAD, Zuheir Tawfiq; a.k.a. AL-ASSAD, Zuhair), Syria; DOB 1958; POB Qardaha, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

AL-ASSAD, Zuheir Tawfiq (a.k.a. AL-ASSAD, Zuhair Tawfik (Arabic: زهير توفيق الأسد); a.k.a. AL-ASSAD, Zuhair Tawfiq; a.k.a. AL-ASSAD, Zuhair), Syria; DOB 1958; POB Qardaha, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

AL-ASSAF, Safwan; DOB 1959; POB Hama, Syria; Minister of Housing and Urban Development (individual) [SYRIA].

AL-ASSIRI, Ahmed (a.k.a. AL ASIRI, Ahmad Hassan Mohammed; a.k.a. AL-ASIRI, Ahmed; a.k.a. ASSERI, Ahmed Hassan M.; a.k.a. ASSIRI, Ahmed), King Abdullah Rd., Ishbilyah, Riyadh, Saudi Arabia; DOB 15 Oct 1966; POB Tabok, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport D106103 (Saudi Arabia) expires 05 Oct 2021 (individual) [GLOMAG].

AL-ASTAH, Raw'ah (a.k.a. AL-OUSTA, Raw'a; a.k.a. ALOUSTA, Rawaa; a.k.a. AL-'USTA, Rawa; a.k.a. AL-USTA, Raw'a; a.k.a. AL-USTA, Raw'ah; a.k.a. AL-USTAH, Raw'ah), Damascus, Syria; DOB 1982; nationality Syria (individual) [IRAQ3].

AL-'ATA, Baha' Abu (a.k.a. AL-'ATA, Baha' Salim Hasan Abu; a.k.a. AL-ATA, Baha'a Abu; a.k.a. "ABU-SALIM"), Gaza, Palestinian; DOB 25 Nov 1977; citizen Palestinian; Gender Male; Passport 1806377 (Palestinian) (individual) [SDGT].

AL-'ATA, Baha' Salim Hasan Abu (a.k.a. AL-'ATA, Baha' Abu; a.k.a. AL-ATA, Baha'a Abu; a.k.a. "ABU-SALIM"), Gaza, Palestinian; DOB 25 Nov 1977; citizen Palestinian; Gender Male; Passport 1806377 (Palestinian) (individual) [SDGT].

AL-ATA, Baha'a Abu (a.k.a. AL-'ATA, Baha' Abu; a.k.a. AL-'ATA, Baha' Salim Hasan Abu; a.k.a. "ABU-SALIM"), Gaza, Palestinian; DOB 25 Nov 1977; citizen Palestinian; Gender Male; Passport 1806377 (Palestinian) (individual) [SDGT].

AL-ATAA ISLAMIC BANK (a.k.a. AL ATAA ISLAMIC BANK FOR INVESTMENT AND FINANCE; a.k.a. AL ATTA ISLAMIC BANK FOR INVESTMENT AND FINANCE; a.k.a. AL BILAD ISLAMIC BANK; a.k.a. AL-ATTA ISLAMIC BANK; a.k.a. AL-ATTAA ISLAMIC BANK; a.k.a. AL-BILAD ISLAMIC BANK FOR INVESTMENT AND FINANCE P.S.C.), 37 Building El-Karadeh 909 Street 1 Near Al Hurea Square, Baghdad, Iraq; Al Masbah Branch, Baghdad Al Masbah Intersection, 929 Street 17 Bldg. 40, Previously the German Embassy, Baghdad, Iraq; Erbil Branch, Erbil Province, 60 Bldg 354/132, 45 Street, Erbil, Iraq; Al Mawarid Branch, Baghdad - Street 62 Neighboring the Department of Electricity, Baghdad, Iraq; Al Nasiryah Branch, Zi Kar Province El Saray, Bldg. 2/239 Janat Al Janoub Hotel Building, Nasiryah, Iraq; Al Basra Branch Al Basra, Manawy Pasha Corniche Street, Basra, Iraq; Al Sadr Branch, Jameela District - 8-22-512, Sadr City, Iraq; Al Jaderya Branch Baghdad, Al Jaderya - Versus Baghdad University, 906 Street 28 - Dar 3, Baghdad, Iraq; Karbala Branch Karbala, Al Dareeba Intersection, Karbala, Iraq; Al Najaf Branch, Al Najaf Al Ashraf, Al Amir District - Al Koufa Street, Najaf, Iraq; Zakho Branch Dahook, Zakho - Ibrahim Al Khaleel Street, Baydar Boulevard, Zakho, Iraq; Al Mansour Branch Baghdad, Al Mansour-12-G 605-M-Bldg, Baghdad, Iraq; Babel Branch Babel, Kalaj - Al Honood Branch, Babel, Iraq; Beirut Branch Lebanon, Beirut - Hamra Street, Broadway Center - Versus Costa Caf, Lebanon, Beirut, Lebanon; SWIFT/BIC AIIFIQBA; Website www.Bilad-Bank.com; Additional Sanctions Information - Subject to Secondary Sanctions; All Branches Worldwide [SDGT] [IRGC] [IFSR] (Linked To: KAREEM, Aras Habib).

AL-ATASI, Yumna Marwan al-Sayyid Sulayman, Syria; DOB 07 Jan 1967; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-ATIFI, Mohamed (a.k.a. AL-ATIFI, Mohammad; a.k.a. AL-ATIFI, Mohammed; a.k.a. AL-ATIFI, Muhammad Nasser), Yemen; DOB 1969; POB Bani Atef Village, Sanaa Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ATIFI, Mohammad (a.k.a. AL-ATIFI, Mohamed; a.k.a. AL-ATIFI, Mohammed; a.k.a. AL-ATIFI, Muhammad Nasser), Yemen; DOB 1969; POB Bani Atef Village, Sanaa Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ATIFI, Mohammed (a.k.a. AL-ATIFI, Mohamed; a.k.a. AL-ATIFI, Mohammad; a.k.a. AL-ATIFI, Muhammad Nasser), Yemen; DOB 1969; POB Bani Atef Village, Sanaa Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ATIFI, Muhammad Nasser (a.k.a. AL-ATIFI, Mohamed; a.k.a. AL-ATIFI, Mohammad; a.k.a. AL-ATIFI, Mohammed), Yemen; DOB 1969; POB Bani Atef Village, Sanaa Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-ATILI, Ma'ad Ibrahim Muhammad Rashid (Arabic: معاد إبراهيم محمد رشد العتيلي) (a.k.a. IBRAHIM MUHAMMAD RASHID, Ma'ad), West Bank; DOB 15 Mar 1980; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 906168711 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-ATRUSH, Abd al-Wahhab Umar Mirza (a.k.a. AL-ATRUSHI, Abdel Wahab); DOB 1936; a

former minister of state, Iraq (individual) [IRAQ2].

AL-ATRUSHI, Abdel Wahab (a.k.a. AL-ATRUSH, Abd al-Wahhab Umar Mirza) DOB 1936; a former minister of state, Iraq (individual) [IRAQ2].

AL-ATTA ISLAMIC BANK (a.k.a. AL ATAA ISLAMIC BANK FOR INVESTMENT AND FINANCE; a.k.a. AL ATTA ISLAMIC BANK FOR INVESTMENT AND FINANCE; a.k.a. AL BILAD ISLAMIC BANK; a.k.a. AL-ATAA ISLAMIC BANK; a.k.a. AL-ATTAA ISLAMIC BANK; a.k.a. AL-BILAD ISLAMIC BANK FOR INVESTMENT AND FINANCE P.S.C.), 37 Building El-Karadeh 909 Street 1 Near Al Hurea Square, Baghdad, Iraq; Al Masbah Branch, Baghdad Al Masbah Intersection, 929 Street 17 Bldg. 40, Previously the German Embassy, Baghdad, Iraq; Erbil Branch, Erbil Province, 60 Bldg 354/132, 45 Street, Erbil, Iraq; Al Mawarid Branch, Baghdad - Street 62 Neighboring the Department of Electricity, Baghdad, Iraq; Al Nasiryah Branch, Zi Kar Province El Saray, Bldg. 2/239 Janat Al Janoub Hotel Building, Nasiryah, Iraq; Al Basra Branch Al Basra, Manawy Pasha Corniche Street, Basra, Iraq; Al Sadr Branch, Jameela District - 8-22-512, Sadr City, Iraq; Al Jaderya Branch Baghdad, Al Jaderya - Versus Baghdad University, 906 Street 28 - Dar 3, Baghdad, Iraq; Karbala Branch Karbala, Al Dareeba Intersection, Karbala, Iraq; Al Najaf Branch, Al Najaf Al Ashraf, Al Amir District - Al Koufa Street, Najaf, Iraq; Zakho Branch Dahook, Zakho - Ibrahim Al Khaleel Street, Baydar Boulevard, Zakho, Iraq; Al Mansour Branch Baghdad, Al Mansour-12-G 605-M-Bldg, Baghdad, Iraq; Babel Branch Babel, Kalaj - Al Honood Branch, Babel, Iraq; Beirut Branch Lebanon, Beirut - Hamra Street, Broadway Center - Versus Costa Caf, Lebanon, Beirut, Lebanon; SWIFT/BIC AIIFIQBA; Website www.Bilad-Bank.com; Additional Sanctions Information - Subject to Secondary Sanctions; All Branches Worldwide [SDGT] [IRGC] [IFSR] (Linked To: KAREEM, Aras Habib).

AL-ATTAA ISLAMIC BANK (a.k.a. AL ATAA ISLAMIC BANK FOR INVESTMENT AND FINANCE; a.k.a. AL ATTA ISLAMIC BANK FOR INVESTMENT AND FINANCE; a.k.a. AL BILAD ISLAMIC BANK; a.k.a. AL-ATAA ISLAMIC BANK; a.k.a. AL-ATTA ISLAMIC BANK; a.k.a. AL-BILAD ISLAMIC BANK FOR INVESTMENT AND FINANCE P.S.C.), 37 Building El-Karadeh 909 Street 1 Near Al Hurea Square, Baghdad, Iraq; Al Masbah Branch,

Baghdad Al Masbah Intersection, 929 Street 17 Bldg. 40, Previously the German Embassy, Baghdad, Iraq; Erbil Branch, Erbil Province, 60 Bldg 354/132, 45 Street, Erbil, Iraq; Al Mawarid Branch, Baghdad - Street 62 Neighboring the Department of Electricity, Baghdad, Iraq; Al Nasiryah Branch, Zi Kar Province El Saray, Bldg. 2/239 Janat Al Janoub Hotel Building, Nasiryah, Iraq; Al Basra Branch Al Basra, Manawy Pasha Corniche Street, Basra, Iraq; Al Sadr Branch, Jameela District - 8-22-512, Sadr City, Iraq; Al Jaderya Branch Baghdad, Al Jaderya - Versus Baghdad University, 906 Street 28 - Dar 3, Baghdad, Iraq; Karbala Branch Karbala, Al Dareeba Intersection, Karbala, Iraq; Al Najaf Branch, Al Najaf Al Ashraf, Al Amir District - Al Koufa Street, Najaf, Iraq; Zakho Branch Dahook, Zakho - Ibrahim Al Khaleel Street, Baydar Boulevard, Zakho, Iraq; Al Mansour Branch Baghdad, Al Mansour-12-G 605-M-Bldg, Baghdad, Iraq; Babel Branch Babel, Kalaj - Al Honood Branch, Babel, Iraq; Beirut Branch Lebanon, Beirut - Hamra Street, Broadway Center - Versus Costa Caf, Lebanon, Beirut, Lebanon; SWIFT/BIC AIIFIQBA; Website www.Bilad-Bank.com; Additional Sanctions Information - Subject to Secondary Sanctions; All Branches Worldwide [SDGT] [IRGC] [IFSR] (Linked To: KAREEM, Aras Habib).

AL-ATTABI, Hameid Thajeil Wareij (a.k.a. AL-SHAYBANI, Abu Mustafa; a.k.a. AL-SHAYBANI, Hamid; a.k.a. AL-SHEBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Hamid Thajeel; a.k.a. AL-SHEIBANI, Mustafa; a.k.a. THAJIL, Hamid), Tehran, Iran; DOB circa 1959; alt. DOB circa 1960; POB Nasiriyah, Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

ALAUDINOV, Apt Aaronovitch (a.k.a. ALAUDINOV, Apt Aaronovitch; a.k.a. ALAUDINOV, Apty); DOB 05 Oct 1973; POB Stavropol, Russia; Deputy Minister of Internal Affairs of the Chechen Republic and Major General of the Police (individual) [MAGNIT].

ALAUDINOV, Apti Kharonovich (a.k.a. ALAUDINOV, Apt Aaronovitch; a.k.a. ALAUDINOV, Apty); DOB 05 Oct 1973; POB Stavropol, Russia; Deputy Minister of Internal Affairs of the Chechen Republic and Major General of the Police (individual) [MAGNIT].

ALAUDINOV, Apty (a.k.a. ALAUDINOV, Apt Aaronovitch; a.k.a. ALAUDINOV, Apti Kharonovich); DOB 05 Oct 1973; POB

Stavropol, Russia; Deputy Minister of Internal Affairs of the Chechen Republic and Major General of the Police (individual) [MAGNIT].

AL-'AUJAYD, Abdullah Shuwar (a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-SHAWAKH, Ali Musa; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. AL-SHAWWAKH, Ibrahim; a.k.a. "AL-HAMUD, 'Ali"; a.k.a. "AL-SAHL, Abu Luqman"; a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AWAS, 'Ali"; a.k.a. "AYYUB, Abu"; a.k.a. "DERWISH, 'Ali"; a.k.a. "HAMMUD, Ali"; a.k.a. "LUQMAN, Abu") DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria (individual) [SDGT].

AL-AULAQI, Anwar (a.k.a. AL-AWLAKI, Anwar; a.k.a. AL-AWLAQI, Anwar; a.k.a. AULAQI, Anwar Nasser; a.k.a. AULAQI, Anwar Nasser Abdulla; a.k.a. AULAQI, Anwar Nasswer); DOB 21 Apr 1971; alt. DOB 22 Apr 1971; POB Las Cruces, New Mexico; citizen United States; alt. citizen Yemen (individual) [SDGT].

ALAVI, Hossein (a.k.a. ABBASI, Hossein), Iran; DOB 06 Dec 1986; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [HRIT-IR] (Linked To: NET PEYGARD SAMAVAT COMPANY).

ALAVI, Mahmoud (a.k.a. ALAVI, Seyed Mahmoud; a.k.a. ALAVI, Seyyed Mahmoud (Arabic: سید محمود علوی)), Iran; DOB 24 Apr 1954; POB Lamard, Fars Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ALAVI, Sayyed Abdoljavad (a.k.a. ALAVI, Seyyed Abdoljavad (Arabic: سید عبدالجواد علوی)), Iran; DOB 30 Mar 1946; POB Khormoj, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3549804814 (Iran) (individual) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

ALAVI, Seyed Mahmoud (a.k.a. ALAVI, Mahmoud; a.k.a. ALAVI, Seyyed Mahmoud (Arabic: سید محمود علوی)), Iran; DOB 24 Apr 1954; POB Lamard, Fars Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To:

IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ALAVI, Seyyed Abdoljavad (Arabic: سید عبدالجواد علوی) (a.k.a. ALAVI, Sayyed Abdoljavad), Iran; DOB 30 Mar 1946; POB Khormoj, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3549804814 (Iran) (individual) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

ALAVI, Seyyed Mahmoud (Arabic: سید محمود علوی) (a.k.a. ALAVI, Mahmoud; a.k.a. ALAVI, Seyed Mahmoud), Iran; DOB 24 Apr 1954; POB Lamard, Fars Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

AL-AWADI, Hussein Qaid; nationality Iraq; Former Ba'th party regional command chairman, Ninawa, (individual) [IRAQ2].

AL-AWDAH BRIGADES (a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [FTO] [SDGT].

ALAWI, Abdel-Salam Abdel-Rahman (a.k.a. ALLAWI, Salam), Iraq; General Manager of INDUSTRIAL BANK OF IRAQ (individual) [IRAQ2].

AL-AWLAKI, Anwar (a.k.a. AL-AULAQI, Anwar; a.k.a. AL-AWLAQI, Anwar; a.k.a. AULAQI, Anwar Nasser; a.k.a. AULAQI, Anwar Nasser Abdulla; a.k.a. AULAQI, Anwar Nasswer); DOB 21 Apr 1971; alt. DOB 22 Apr 1971; POB Las Cruces, New Mexico; citizen United States; alt. citizen Yemen (individual) [SDGT].

AL-AWLAQI, Anwar (a.k.a. AL-AULAQI, Anwar; a.k.a. AL-AWLAKI, Anwar; a.k.a. AULAQI, Anwar Nasser; a.k.a. AULAQI, Anwar Nasser Abdulla; a.k.a. AULAQI, Anwar Nasswer); DOB 21 Apr 1971; alt. DOB 22 Apr 1971; POB Las Cruces, New Mexico; citizen United States; alt. citizen Yemen (individual) [SDGT].

ALAXY (a.k.a. ALAXY BVBA; f.k.a. BERKENRODE BVBA), Jacob Jacobsstraat 56, Antwerp 2018, Belgium; Organization Type: Other business support service activities n.e.c.; Target Type Private Company; Enterprise Number 0478862274 (Belgium) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

ALAXY BVBA (a.k.a. ALAXY; f.k.a. BERKENRODE BVBA), Jacob Jacobsstraat 56, Antwerp 2018, Belgium; Organization Type: Other business support service activities n.e.c.; Target Type Private Company; Enterprise Number 0478862274 (Belgium) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

ALAY, Muhammad Kamal Salamah (a.k.a. AL-AYY, Muhammad Kamal), Gaza, Palestinian; DOB 22 Dec 1970; Gender Male; National ID No. 912396140 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

ALAYAN, Jamil (a.k.a. ALIAN, Jamil; a.k.a. 'ALIYAN, Jamil Yusuf Ahmad (Arabic: جميل يوسف احمد عليان)), Gaza; DOB 01 Jan 1955; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 907811152 (Palestinian) (individual) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

AL-AYARI, Chiheb Ben Mohamed Ben Mokhtar (a.k.a. AYARI, Chiheb Ben Mohamed; a.k.a. "HICHEM ABU HCHEM"), Via di Saliceto n.51/9, Bologna, Italy; DOB 19 Dec 1965; POB Tunis, Tunisia; nationality Tunisia; Passport L246084 issued 10 Jun 1996 expires 09 Jun 2001 (individual) [SDGT].

ALAYNE INVESTMENTS LIMITED, Dimokritou, 15 Panaretos Eliena Complex, Flat 104, Potamos Germasogeias, Limassol 4041, Cyprus; Organization Established Date 13 Mar 2015; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Registration Number HE 341514 (Cyprus) [RUSSIA-EO14024] (Linked To: BASHKIROV, Aleksei Vladimirovich).

AL-'AYSH, Khalid al-Hajj Muhammad, Syria; DOB 05 Jun 1980; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-AYY, Muhammad Kamal (a.k.a. ALAY, Muhammad Kamal Salamah), Gaza, Palestinian; DOB 22 Dec 1970; Gender Male; National ID No. 912396140 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-AZADI, Abu Maryam (a.k.a. AL-KHOZMRI, Ahmed Abdullah Saleh al-Zahrani; a.k.a. AL-SAUDI, Abu Maryam; a.k.a. AL-ZAHRANI, Abu Maryam; a.k.a. AL-ZAHRANI, Ahmad Abdullah

Salih; a.k.a. AL-ZAHRANI, Ahmed Abdullah S; a.k.a. AL-ZAHRANI, Ahmed Abdullah Saleh al-Khazmari; a.k.a. BIN AL-ZAHRANI, Ahmed bin Abdullah Saleh), Iran; Pakistan; DOB 15 Sep 1978; POB Dammam, Saudi Arabia; Passport E126785 (Saudi Arabia) issued 27 May 2002 expires 03 Apr 2007; Interpol: Red Notice. File No. 2009/3599. March 24, 2009. Orange Notice. File No. 2009/52/OS/CCC. February 10, 2009. (individual) [SDGT].

AL-AZAWI, Dafir, Iraq (individual) [IRAQ2].

AL-AZAWI, Hatem Hamdan, Diyali, Al-Khalis Sector, Iraq; Deli Abbas, Iraq; DOB circa 1937 (individual) [IRAQ2].

AL-AZAWI, Marwan Ibrahim Hussayn Tah (a.k.a. AL-'ISAWI, Murtada Ibrahim Taha Muhammad; a.k.a. "AL-SHAMI, Abu Anas"), Iraq; DOB 1973 to 1975; nationality Iraq; Gender Male (individual) [SDGT].

AL-'AZBAH, Hana, Syria; DOB 15 Feb 1972; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ALAZEREJ, Qays Hadi Sayyid (a.k.a. AL-KHAZALI, Qais; a.k.a. AL-KHAZALI, Qais Hadi Sayed Hasan; a.k.a. AL-KHAZALI, Qays; a.k.a. AL-KHAZ'ALI, Qays; a.k.a. AL-KHAZALI, Qays Hadi Sa'id), Iraq; DOB 20 Jun 1974; alt. DOB 1974; alt. DOB 24 Apr 1974; POB Baghdad, Iraq; nationality Iraq; Gender Male (individual) [SDGT] [GLOMAG].

ALAZIREG, Layth Hadi Sayyid (a.k.a. AL-KHAZALI, Laith; a.k.a. AL-KHAZ'ALI, Layith Hadi Sa'id; a.k.a. AL-KHAZ'ALI, Layth; a.k.a. AL-KHAZALI, Layth Hadi Sa'id), Iraq; DOB 14 Oct 1975; nationality Iraq; Gender Male; Passport A10537439 (Iraq) expires 16 Oct 2023 (individual) [SDGT] [GLOMAG].

AL-AZZAWI, Hikmat Mizban Ibrahim; DOB 1934; POB Diyala, Iraq; nationality Iraq; Former Deputy Prime Minister and Finance Minister (individual) [IRAQ2].

AL-AZZAWI, Riyadh Ali Hussein, Baghdad, Iraq; DOB 07 Jun 1976; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A14704969 (Iraq) expires 02 Dec 2026 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

AL-BAADANI, Shawqi Ali Ahmad (a.k.a. AL BADANI, Shawqi Ali Ahmad Muhammad; a.k.a. AL-BADANI, Shawki Ali Ahmed; a.k.a. AL-BA'DANI, Shawqi Ali Ahmad), Yemen; DOB 01 Jan 1981; alt. DOB 01 Jan 1982; POB Sana, Yemen; nationality Yemen (individual) [SDGT].

AL-BAAZAOUI, Mondher Ben Mohsen Ben Ali (a.k.a. BAAZAOUI, Mondher; a.k.a. "HAMZA"), Via di Saliceto n.51/9, Bologna, Italy; DOB 18 Mar 1967; POB Kairouan, Tunisia; nationality Tunisia; Passport K602878 issued 05 Nov 1993 expires 09 Jun 2001 (individual) [SDGT].

AL-BADANI, Ahmad Muhammad Mahmud 'Abdallah (a.k.a. AL-AHMAD, Ahmad Muhammad Yunis; a.k.a. AL-BARRANI, Ahmad Muhammad Al-Abdullah), Al-Mazzah Al-Jabal District, 6 Subdistrict, 3 area, Al-Iskan complex, 40/2, Fifth Floor, Damascus, Syria; DOB 19 Sep 1978; POB Al-Anbar, Iraq; nationality Iraq; Passport H0347417 (Iraq) issued 20 Feb 2003 expires 19 Feb 2011; passport place of issue: Al-Anbar, Iraq (individual) [IRAQ2].

AL-BADANI, Shawki Ali Ahmed (a.k.a. AL BADANI, Shawqi Ali Ahmad Muhammad; a.k.a. AL-BAADANI, Shawqi Ali Ahmad; a.k.a. AL-BA'DANI, Shawqi Ali Ahmad), Yemen; DOB 01 Jan 1981; alt. DOB 01 Jan 1982; POB Sana, Yemen; nationality Yemen (individual) [SDGT].

AL-BA'DANI, Shawqi Ali Ahmad (a.k.a. AL BADANI, Shawqi Ali Ahmad Muhammad; a.k.a. AL-BAADANI, Shawqi Ali Ahmad; a.k.a. AL-BADANI, Shawki Ali Ahmed), Yemen; DOB 01 Jan 1981; alt. DOB 01 Jan 1982; POB Sana, Yemen; nationality Yemen (individual) [SDGT].

AL-BADHALI, Mubarak Mishkhis Sanad (a.k.a. AL BATHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BATHALI, Mubarak; a.k.a. AL-BATHALI, Mubarak Mishkhas Sanad; a.k.a. AL-BATHALI, Mubarak Mushakhas Sanad; a.k.a. AL-BAZALI, Mubarak Mishkhas Sanad; a.k.a. AL-BTHALY, Mobarak Meshkhas Sanad); DOB 01 Oct 1961; citizen Kuwait; Passport 101856740 (Kuwait) (individual) [SDGT].

AL-BADRANI, Muhammad Yunis Ahmad (a.k.a. AHMAD, Muhammad Yunis; a.k.a. AHMED, Muhammad Yunis; a.k.a. AL-AHMED, Muhammad Yunis Ahmed; a.k.a. AL-MOALI, Mohammed Yunis Ahmed), Al-Dawar Street, Bludan, Syria; Damascus, Syria; Mosul, Iraq; Wadi Al-Hawi, Iraq; Dubai, United Arab Emirates; Al-Hasaka, Syria; DOB 1949; POB Al-Mowall, Mosul, Iraq; nationality Iraq (individual) [IRAQ2].

AL-BADRI, Dr. Ibrahim 'Awwad Ibrahim 'Ali (a.k.a. AL-BAGHDADI, Abu Bakr al-Husayni; a.k.a. AL-QURAISHI, Abu Bakr al-Baghdadi al-Husayni; a.k.a. AL-QURASHI, Abu Bakr al-Baghdadi al-Husseini; a.k.a. AL-SAMARRA'I, Dr. Ibrahim Awwad Ibrahim; a.k.a. AL-SAMARRA'I, Ibrahim 'Awad Ibrahim al-Badri; a.k.a. AL-SAMARRA'I, Ibrahim Awwad Ibrahim;

a.k.a. "ABU BAKR AL-BAGHDADI"; a.k.a. "ABU DU'A"; a.k.a. "DR. IBRAHIM"), Iraq; DOB 1971; POB Samarra'i, Iraq (individual) [SDGT].

AL-BAGHDADI, Abu Bakr al-Husayni (a.k.a. AL-BADRI, Dr. Ibrahim 'Awwad Ibrahim 'Ali; a.k.a. AL-QURAISHI, Abu Bakr al-Baghdadi al-Husayni; a.k.a. AL-QURASHI, Abu Bakr al-Baghdadi al-Husseini; a.k.a. AL-SAMARRA'I, Dr. Ibrahim Awwad Ibrahim; a.k.a. AL-SAMARRA'I, Ibrahim 'Awad Ibrahim al-Badri; a.k.a. AL-SAMARRA'I, Ibrahim Awwad Ibrahim; a.k.a. "ABU BAKR AL-BAGHDADI"; a.k.a. "ABU DU'A"; a.k.a. "DR. IBRAHIM"), Iraq; DOB 1971; POB Samarra'i, Iraq (individual) [SDGT].

AL-BAGHDADI, Hassan (Arabic: حسن بغدادي) (a.k.a. AL-BAGHDADI, Sheikh Hassan; a.k.a. BAGHDADI, Sheikh Hassan; a.k.a. "AL-BAGHDADI, Sheikh"), Lebanon; DOB 05 Oct 1961; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

AL-BAGHDADI, Sheikh Hassan (a.k.a. AL-BAGHDADI, Hassan (Arabic: حسن بغدادي); a.k.a. BAGHDADI, Sheikh Hassan; a.k.a. "AL-BAGHDADI, Sheikh"), Lebanon; DOB 05 Oct 1961; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

AL-BAHADILI, Muhammad Sa'id 'Adhafah (a.k.a. ADHAFAH, Muhammad Said; a.k.a. AL BEHADILI, Mohammed Saeed Odhafa (Arabic: محمد سعيد عذافة البهادلي); a.k.a. ALBEHADILI, Mohammed Saeed Othafa; a.k.a. "SAEED, Mohammed"), Iraq; DOB 04 Mar 1970; nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A3347475 (Iraq) (individual) [SDGT] [IFSR] (Linked To: AL KHAMAEL MARITIME SERVICES).

AL-BAHADLI, Imad Naji (Arabic: عماد ناجي البهادلي) (a.k.a. MOHAMMED, Imad Naji Mohammed), Iraq; DOB 25 May 1975; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A10722899 (Iraq) expires 14 Dec 2023 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

ALBAHR ALAAHMAR ENERGY FZE (Arabic: البحر الأحمر للطاقة م م ح), P1-ELOB Office No. E-44G-29, Hamriyah Free Zone Authority,

Sharjah, United Arab Emirates; Organization Established Date 17 Jun 2021; Registration Number 19438 (United Arab Emirates); Economic Register Number (CBLS) 11670819 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

ALBAHR ALAAHMAR OFFSHORE REFINED OIL PRODUCT TRADING L.L.C (Arabic: البحر الاحمر لتجارة مشتقات النفط خارج الدولة ش.ذ.م.م), Deira Al Muraqqabat, Dubai, United Arab Emirates; Organization Established Date 10 Jun 2021; Registration Number 959832 (United Arab Emirates); Economic Register Number (CBLS) 11668849 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

AL-BAHTITI, Muhammad Mahmud (a.k.a. AL-BAHTITI, Muhammad Mahmud Rabi' al-Zayd; a.k.a. AL-BAHTITI, Muhammad Rabi'; a.k.a. AL-BAHTIYTI, Muhammad Rab'a al-Sayid; a.k.a. AL-HATITI, Muhammad Rabi' al-Sa'id; a.k.a. AL-MASRI, Abu Dujana); DOB 1971; POB al-Sharqiyyah, Egypt; nationality Egypt (individual) [SDGT].

AL-BAHTITI, Muhammad Mahmud Rabi' al-Zayd (a.k.a. AL-BAHTITI, Muhammad Mahmud; a.k.a. AL-BAHTITI, Muhammad Rabi'; a.k.a. AL-BAHTIYTI, Muhammad Rab'a al-Sayid; a.k.a. AL-HATITI, Muhammad Rabi' al-Sa'id; a.k.a. AL-MASRI, Abu Dujana); DOB 1971; POB al-Sharqiyyah, Egypt; nationality Egypt (individual) [SDGT].

AL-BAHTITI, Muhammad Rabi' (a.k.a. AL-BAHTITI, Muhammad Mahmud; a.k.a. AL-BAHTITI, Muhammad Mahmud Rabi' al-Zayd; a.k.a. AL-BAHTIYTI, Muhammad Rab'a al-Sayid; a.k.a. AL-HATITI, Muhammad Rabi' al-Sa'id; a.k.a. AL-MASRI, Abu Dujana); DOB 1971; POB al-Sharqiyyah, Egypt; nationality Egypt (individual) [SDGT].

AL-BAHTIYTI, Muhammad Rab'a al-Sayid (a.k.a. AL-BAHTITI, Muhammad Mahmud; a.k.a. AL-BAHTITI, Muhammad Mahmud Rabi' al-Zayd; a.k.a. AL-BAHTITI, Muhammad Rabi'; a.k.a. AL-HATITI, Muhammad Rabi' al-Sa'id; a.k.a. AL-MASRI, Abu Dujana); DOB 1971; POB al-Sharqiyyah, Egypt; nationality Egypt (individual) [SDGT].

ALBAIT AL KHALEEJE GENERAL TRADING LLC (a.k.a. NORTH SOUTH CARGO), Industrial Area 18, Warehouses Lands, Warehouses 16-17, Al Maliha Street, Sharjah,

United Arab Emirates; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 21 Nov 1994; Registration Number 118607 (United Arab Emirates) [RUSSIA-EO14024].

AL-BAKAR, Ibrahim 'Issa (a.k.a. AL-BAKAR, Ibrahim Issa Haji Muhammad; a.k.a. ALBAKER, Ibrahim Issa Hijji Mohd; a.k.a. AL-BAKR, Ibrahim; a.k.a. AL-BAKR, Ibrahim 'Isa Haji; a.k.a. AL-BAKR, Ibrahim 'Isa Hajji Muhammad; a.k.a. "Abu Khalil"); DOB 12 Jul 1977; POB Qatar; nationality Qatar; Passport 01016646 (Qatar) (individual) [SDGT].

AL-BAKAR, Ibrahim 'Issa Haji Muhammad (a.k.a. AL-BAKAR, Ibrahim 'Issa; a.k.a. ALBAKER, Ibrahim Issa Hijji Mohd; a.k.a. AL-BAKR, Ibrahim; a.k.a. AL-BAKR, Ibrahim 'Isa Haji; a.k.a. AL-BAKR, Ibrahim 'Isa Hajji Muhammad; a.k.a. "Abu Khalil"); DOB 12 Jul 1977; POB Qatar; nationality Qatar; Passport 01016646 (Qatar) (individual) [SDGT].

ALBAKER, Ibrahim Issa Hijji Mohd (a.k.a. AL-BAKAR, Ibrahim 'Issa; a.k.a. AL-BAKAR, Ibrahim 'Issa Haji Muhammad; a.k.a. AL-BAKR, Ibrahim; a.k.a. AL-BAKR, Ibrahim 'Isa Haji; a.k.a. AL-BAKR, Ibrahim 'Isa Hajji Muhammad; a.k.a. "Abu Khalil"); DOB 12 Jul 1977; POB Qatar; nationality Qatar; Passport 01016646 (Qatar) (individual) [SDGT].

AL-BAKI, 'Abd (a.k.a. AL-BARI, 'Abd; a.k.a. BAKI, Abdul; a.k.a. BAQI, Abdul; a.k.a. BARI, Abdul; a.k.a. BARI, Abdul Baqi; a.k.a. BARI, Haji Abdul; a.k.a. IBRAHIM, 'Abd Al-Baqi Muhammad; a.k.a. IBRAHIM, 'Abd Labaqi Muhammad; a.k.a. ISHAQZAI, Rais Abdul Bari; a.k.a. "ABDELBAKI"); DOB 01 Jan 1953; alt. DOB 1952; POB Kandahar, Afghanistan; Passport 306749 (Afghanistan) expires 28 Jun 2014; alt. Passport 47168 (Afghanistan) (individual) [SDGT].

AL-BAKKUR, 'Abd-al-'Azim, Syria; DOB 14 Nov 1958; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-BAKOUN ALA AL-AHD ORGANIZATION (a.k.a. FAITHFUL TO THE OATH), Algeria [SDGT].

AL-BAKR, Ibrahim (a.k.a. AL-BAKAR, Ibrahim 'Issa; a.k.a. AL-BAKAR, Ibrahim 'Issa Haji Muhammad; a.k.a. ALBAKER, Ibrahim Issa Hijji

Mohd; a.k.a. AL-BAKR, Ibrahim 'Isa Haji; a.k.a. AL-BAKR, Ibrahim 'Isa Hajji Muhammad; a.k.a. "Abu Khalil"); DOB 12 Jul 1977; POB Qatar; nationality Qatar; Passport 01016646 (Qatar) (individual) [SDGT].

AL-BAKR, Ibrahim 'Isa Haji (a.k.a. AL-BAKAR, Ibrahim 'Issa; a.k.a. AL-BAKAR, Ibrahim 'Issa Haji Muhammad; a.k.a. ALBAKER, Ibrahim Issa Hijji Mohd; a.k.a. AL-BAKR, Ibrahim; a.k.a. AL-BAKR, Ibrahim 'Isa Hajji Muhammad; a.k.a. "Abu Khalil"); DOB 12 Jul 1977; POB Qatar; nationality Qatar; Passport 01016646 (Qatar) (individual) [SDGT].

AL-BAKR, Ibrahim 'Isa Hajji Muhammad (a.k.a. AL-BAKAR, Ibrahim 'Issa; a.k.a. AL-BAKAR, Ibrahim 'Issa Haji Muhammad; a.k.a. ALBAKER, Ibrahim Issa Hijji Mohd; a.k.a. AL-BAKR, Ibrahim; a.k.a. AL-BAKR, Ibrahim 'Isa Haji; a.k.a. "Abu Khalil"); DOB 12 Jul 1977; POB Qatar; nationality Qatar; Passport 01016646 (Qatar) (individual) [SDGT].

AL-BAKUR, Khalid, Syria; DOB 25 Jan 1982; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-BALAWI, Fadel (a.k.a. BALWI, Fadel Ma'ruf (Arabic: فاضل معروف بلوي), Syria; DOB 01 Jan 1983; POB Nubl, Syria; nationality Syria; Gender Male; Passport 2251748 (Syria) (individual) [SYRIA] [SYRIA-CAESAR] (Linked To: AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY).

ALBALAWI, Fahad Shabib A.; DOB 24 Jan 1985; POB Arar, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport N163990 (Saudi Arabia) issued 24 May 2015 expires 30 Mar 2020 (individual) [GLOMAG].

AL-BALAWI, Muhammad (a.k.a. AL-BALWI, Muhammad Ma'ruf; a.k.a. BALWI, Muhammad Ma'ruf (Arabic: محمد معروف بلوي), Sayyida Zeynab, Damascus, Syria; DOB 01 Jan 1981; POB Nubl, Syria; nationality Syria; Gender Male; Passport 1982538 (Syria) (individual) [SYRIA] [SYRIA-CAESAR] (Linked To: AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY).

AL-BALAWI, Mut'i (a.k.a. BALAWI, Mut'i; a.k.a. BALWI, Maarouf; a.k.a. BALWI, Mootee Maarouf; a.k.a. BALWI, Mut'i Ma'ruf (Arabic: مطيع معروف بلوي)), Syria; DOB 01 Jan 1985; POB Nubl, Syria; nationality Syria; Gender Male; Passport 2488186 (Syria) (individual) [SYRIA] [SYRIA-CAESAR] (Linked To: AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY).

AL-BALWI, Muhammad Ma'ruf (a.k.a. AL-BALWI, Muhammad; a.k.a. BALWI, Muhammad Ma'ruf (Arabic: محمد معروف بلوي)), Sayyida Zeynab, Damascus, Syria; DOB 01 Jan 1981; POB Nubl, Syria; nationality Syria; Gender Male; Passport 1982538 (Syria) (individual) [SYRIA] [SYRIA-CAESAR] (Linked To: AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY).

AL-BANAI, Abd al-Muayyid (a.k.a. AL BANAI, A Moayied Rida H; a.k.a. AL-BANAI, 'Abd al-Muwid Rada Hasn; a.k.a. AL-BANAI, Abd-al-Mu'ayyid Ridha Hassan), Qatar; DOB 1959; POB Qatar; nationality Qatar; Gender Male; Passport 265643 (Qatar) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-BANAI, 'Abd al-Muwid Rada Hasn (a.k.a. AL BANAI, A Moayied Rida H; a.k.a. AL-BANAI, Abd al-Muayyid; a.k.a. AL-BANAI, Abd-al-Mu'ayyid Ridha Hassan), Qatar; DOB 1959; POB Qatar; nationality Qatar; Gender Male; Passport 265643 (Qatar) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-BANAI, Abd-al-Mu'ayyid Ridha Hassan (a.k.a. AL BANAI, A Moayied Rida H; a.k.a. AL-BANAI, Abd al-Muayyid; a.k.a. AL-BANAI, 'Abd al-Muwid Rada Hasn), Qatar; DOB 1959; POB Qatar; nationality Qatar; Gender Male; Passport 265643 (Qatar) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-BANAI, Ali Reda H (a.k.a. AL BANAI, Ali Reda Hassan (Arabic: علي رضا حسن البناي); a.k.a. AL-BANAI, 'Ali Ridha' Hasan; a.k.a. ALBANAI, 'Ali Ridha Hassan; a.k.a. AL-BANAI, 'Ali Ridha Hassan; a.k.a. AL-BANAY, Ali Ridha; a.k.a. AL-BANI, Ali Reda H; a.k.a. AL-BANNAY, 'Ali Ridha Hassan), Al Hilal Area, Ibn Abad Street, District 41, Villa Number 7, P.O. Box 1676, Doha, Qatar; 25 Highfield Drive, Ickenham, Uxbridge UB10 8AW, United Kingdom; DOB 28 Mar 1975; nationality Qatar; Gender Male; Passport 01226090 (Qatar) expires 09 Jun 2020; alt. Passport 00968564 (Qatar) expires 07 Mar 2016; National ID No. 27563400027 (Qatar) expires 12 Mar 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

AL-BANAI, 'Ali Ridha' Hasan (a.k.a. AL BANAI, Ali Reda Hassan (Arabic: علي رضا حسن البناي); a.k.a. AL-BANAI, Ali Reda H; a.k.a. ALBANAI, 'Ali Ridha Hassan; a.k.a. AL-BANAI, 'Ali Ridha Hassan; a.k.a. AL-BANAY, Ali Ridha; a.k.a. AL-BANI, Ali Reda H; a.k.a. AL-BANNAY, 'Ali Ridha Hassan), Al Hilal Area, Ibn Abad Street, District 41, Villa Number 7, P.O. Box 1676, Doha, Qatar; 25 Highfield Drive, Ickenham, Uxbridge

UB10 8AW, United Kingdom; DOB 28 Mar 1975; nationality Qatar; Gender Male; Passport 01226090 (Qatar) expires 09 Jun 2020; alt. Passport 00968564 (Qatar) expires 07 Mar 2016; National ID No. 27563400027 (Qatar) expires 12 Mar 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

ALBANAI, 'Ali Ridha Hassan (a.k.a. AL BANAI, Ali Reda Hassan (Arabic: علي رضا حسن البناي); a.k.a. AL-BANAI, Ali Reda H; a.k.a. AL-BANAI, 'Ali Ridha' Hasan; a.k.a. AL-BANAI, 'Ali Ridha Hassan; a.k.a. AL-BANAY, Ali Ridha; a.k.a. AL-BANI, Ali Reda H; a.k.a. AL-BANNAY, 'Ali Ridha Hassan), Al Hilal Area, Ibn Abad Street, District 41, Villa Number 7, P.O. Box 1676, Doha, Qatar; 25 Highfield Drive, Ickenham, Uxbridge UB10 8AW, United Kingdom; DOB 28 Mar 1975; nationality Qatar; Gender Male; Passport 01226090 (Qatar) expires 09 Jun 2020; alt. Passport 00968564 (Qatar) expires 07 Mar 2016; National ID No. 27563400027 (Qatar) expires 12 Mar 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

AL-BANAI, 'Ali Ridha Hassan (a.k.a. AL BANAI, Ali Reda Hassan (Arabic: علي رضا حسن البناي); a.k.a. AL-BANAI, Ali Reda H; a.k.a. AL-BANAI, 'Ali Ridha' Hasan; a.k.a. ALBANAI, 'Ali Ridha Hassan; a.k.a. AL-BANAY, Ali Ridha; a.k.a. AL-BANI, Ali Reda H; a.k.a. AL-BANNAY, 'Ali Ridha Hassan), Al Hilal Area, Ibn Abad Street, District 41, Villa Number 7, P.O. Box 1676, Doha, Qatar; 25 Highfield Drive, Ickenham, Uxbridge UB10 8AW, United Kingdom; DOB 28 Mar 1975; nationality Qatar; Gender Male; Passport 01226090 (Qatar) expires 09 Jun 2020; alt. Passport 00968564 (Qatar) expires 07 Mar 2016; National ID No. 27563400027 (Qatar) expires 12 Mar 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

AL-BANAI, Sulaiman (a.k.a. AL BANAI, Sulaiman Abdulkaliq; a.k.a. AL-BANAI, Sulayman 'Abd-al-Khaliq; a.k.a. AL-BANI, Sulaiman Abdulkhaliq RH (Arabic: سليمان عبد الخالق رضا حسن البناي)), Qatar; DOB 16 Feb 1979; nationality Qatar; Gender Male; Passport 01072130 (Qatar) expires 27 Nov 2017; Identification Number 27963401809 (Qatar); alt. Identification Number Y4431029R (Spain) (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

AL-BANAI, Sulayman 'Abd-al-Khaliq (a.k.a. AL BANAI, Sulaiman Abdulkaliq; a.k.a. AL-BANAI, Sulaiman; a.k.a. AL-BANI, Sulaiman Abdulkhaliq RH (Arabic: سليمان عبد الخالق رضا حسن البناي)), Qatar; DOB 16 Feb 1979; nationality Qatar; Gender Male; Passport

01072130 (Qatar) expires 27 Nov 2017; Identification Number 27963401809 (Qatar); alt. Identification Number Y4431029R (Spain) (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

AL-BANAY, Ali Ridha (a.k.a. AL BANAI, Ali Reda Hassan (Arabic: علي رضا حسن البناي); a.k.a. AL-BANAI, Ali Reda H; a.k.a. AL-BANAI, 'Ali Ridha' Hasan; a.k.a. AL-BANAI, 'Ali Ridha Hassan; a.k.a. ALBANAI, 'Ali Ridha Hassan; a.k.a. AL-BANI, Ali Reda H; a.k.a. AL-BANNAY, 'Ali Ridha Hassan), Al Hilal Area, Ibn Abad Street, District 41, Villa Number 7, P.O. Box 1676, Doha, Qatar; 25 Highfield Drive, Ickenham, Uxbridge UB10 8AW, United Kingdom; DOB 28 Mar 1975; nationality Qatar; Gender Male; Passport 01226090 (Qatar) expires 09 Jun 2020; alt. Passport 00968564 (Qatar) expires 07 Mar 2016; National ID No. 27563400027 (Qatar) expires 12 Mar 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

AL-BANI, Ali Reda H (a.k.a. AL BANAI, Ali Reda Hassan (Arabic: علي رضا حسن البناي); a.k.a. AL-BANAI, Ali Reda H; a.k.a. AL-BANAI, 'Ali Ridha' Hasan; a.k.a. ALBANAI, 'Ali Ridha Hassan; a.k.a. AL-BANAI, 'Ali Ridha Hassan; a.k.a. AL-BANAY, Ali Ridha; a.k.a. AL-BANNAY, 'Ali Ridha Hassan), Al Hilal Area, Ibn Abad Street, District 41, Villa Number 7, P.O. Box 1676, Doha, Qatar; 25 Highfield Drive, Ickenham, Uxbridge UB10 8AW, United Kingdom; DOB 28 Mar 1975; nationality Qatar; Gender Male; Passport 01226090 (Qatar) expires 09 Jun 2020; alt. Passport 00968564 (Qatar) expires 07 Mar 2016; National ID No. 27563400027 (Qatar) expires 12 Mar 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

AL-BANI, Sulaiman Abdulkhaliq RH (Arabic: سليمان عبد الخالق رضا حسن البناي) (a.k.a. AL BANAI, Sulaiman Abdulkaliq; a.k.a. AL-BANAI, Sulaiman; a.k.a. AL-BANAI, Sulayman 'Abd-al-Khaliq), Qatar; DOB 16 Feb 1979; nationality Qatar; Gender Male; Passport 01072130 (Qatar) expires 27 Nov 2017; Identification Number 27963401809 (Qatar); alt. Identification Number Y4431029R (Spain) (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

ALBANIAN NATIONAL ARMY (a.k.a. AKSH; a.k.a. "ANA") [BALKANS].

AL-BANNA, Ibrahim (a.k.a. AL-BANNA, Ibrahim Muhamad Salih; a.k.a. AL-BANNA, Ibrahim Muhammad Salih; a.k.a. AL-BANNA, Shaykh Ibrahim Muhammad Salih; a.k.a. AL-MASRI, Abu Ayman); DOB 1965; nationality Egypt; Gender Male (individual) [SDGT].

AL-BANNA, Ibrahim Muhamad Salih (a.k.a. AL-BANNA, Ibrahim; a.k.a. AL-BANNA, Ibrahim Muhammad Salih; a.k.a. AL-BANNA, Shaykh Ibrahim Muhammad Salih; a.k.a. AL-MASRI, Abu Ayman); DOB 1965; nationality Egypt; Gender Male (individual) [SDGT].

AL-BANNA, Ibrahim Muhammad Salih (a.k.a. AL-BANNA, Ibrahim; a.k.a. AL-BANNA, Ibrahim Muhamad Salih; a.k.a. AL-BANNA, Shaykh Ibrahim Muhammad Salih; a.k.a. AL-MASRI, Abu Ayman); DOB 1965; nationality Egypt; Gender Male (individual) [SDGT].

AL-BANNA, Shaykh Ibrahim Muhammad Salih (a.k.a. AL-BANNA, Ibrahim; a.k.a. AL-BANNA, Ibrahim Muhamad Salih; a.k.a. AL-BANNA, Ibrahim Muhammad Salih; a.k.a. AL-MASRI, Abu Ayman); DOB 1965; nationality Egypt; Gender Male (individual) [SDGT].

AL-BANNAY, 'Ali Ridha Hassan (a.k.a. AL BANAI, Ali Reda Hassan (Arabic: علي رضا حسن البناي); a.k.a. AL-BANAI, Ali Reda H; a.k.a. AL-BANAI, 'Ali Ridha' Hasan; a.k.a. ALBANAI, 'Ali Ridha Hassan; a.k.a. AL-BANAI, 'Ali Ridha Hassan; a.k.a. AL-BANAY, Ali Ridha; a.k.a. AL-BANI, Ali Reda H), Al Hilal Area, Ibn Abad Street, District 41, Villa Number 7, P.O. Box 1676, Doha, Qatar; 25 Highfield Drive, Ickenham, Uxbridge UB10 8AW, United Kingdom; DOB 28 Mar 1975; Gender Male; Passport 01226090 (Qatar) expires 09 Jun 2020; alt. Passport 00968564 (Qatar) expires 07 Mar 2016; National ID No. 27563400027 (Qatar) expires 12 Mar 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

AL-BANSHI, Taha (a.k.a. AL-ADNANI, Abu Mohamed; a.k.a. AL-ADNANI, Abu Mohammad; a.k.a. AL-ADNANI, Abu Mohammed; a.k.a. AL-KHATAB, Abu Baker; a.k.a. AL-RAWI, Abu Sadek; a.k.a. AL-RAWI, Yasser Khalaf Hussein Nazal; a.k.a. AL-SHAMI, Abu-Muhammad al-Adnani; a.k.a. FALAH, Jaber Taha; a.k.a. FALAHA, Taha Sobhi), Syria; Iraq; DOB 1977; POB Banash, Syria; nationality Syria (individual) [SDGT].

AL-BAR AND AL-IHSAN SOCIETIES (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN

SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian [SDGT].

AL-BAR AND AL-IHSAN SOCIETY (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian [SDGT].

AL-BARI, 'Abd (a.k.a. AL-BAKI, 'Abd; a.k.a. BAKI, Abdul; a.k.a. BAQI, Abdul; a.k.a. BARI, Abdul; a.k.a. BARI, Abdul Baqi; a.k.a. BARI, Haji Abdul; a.k.a. IBRAHIM, 'Abd Al-Baqi Muhammad; a.k.a. IBRAHIM, 'Abd Labaqi Muhammad; a.k.a. ISHAQZAI, Rais Abdul Bari; a.k.a. "ABDELBAKI"); DOB 01 Jan 1953; alt. DOB 1952; POB Kandahar, Afghanistan; Passport 306749 (Afghanistan) expires 28 Jun 2014; alt. Passport 47168 (Afghanistan) (individual) [SDGT].

AL-BARNAWI, Abu Abdullah ibn Umar (a.k.a. "Ba Idrisa"); DOB 1989 to 1994; POB Maiduguri, Borno State, Nigeria; Gender Male (individual) [SDGT].

AL-BARNAWI, Abu Musab (a.k.a. "YUSUF, Habib"), Nigeria; DOB 1991; alt. DOB 1990; alt. DOB 1992; alt. DOB 1993; alt. DOB 1994; alt. DOB 1995 (individual) [SDGT].

AL-BARNAWI, Khaled (a.k.a. AL-BARNAWI, Khalid; a.k.a. BARNAWI, Khalid; a.k.a. EL-BARNAOUI, Khaled; a.k.a. HAFSAT, Abu; a.k.a. USMAN, Mohammed), Nigeria; DOB 1976; POB Maiduguri, Nigeria (individual) [SDGT].

AL-BARNAWI, Khalid (a.k.a. AL-BARNAWI, Khaled; a.k.a. BARNAWI, Khalid; a.k.a. EL-BARNAOUI, Khaled; a.k.a. HAFSAT, Abu; a.k.a. USMAN, Mohammed), Nigeria; DOB 1976; POB Maiduguri, Nigeria (individual) [SDGT].

AL-BARQAWI, Ahmad (a.k.a. BARQAWI, Ahmad; a.k.a. BARQAWI, Ahmad Abed Allah; a.k.a. BARQAWI, Ahmad Abedallah; a.k.a. BARQAWI, Ahmed; a.k.a. "BARQAWI, Hamodeh"), Dubai, United Arab Emirates; DOB 1985; POB Damascus, Syria; General Manager, Pangates International Corp. Ltd.; General Manager, Maxima Middle East Trading Co. (individual) [SYRIA] (Linked To: PANGATES INTERNATIONAL CORPORATION LIMITED; Linked To: MAXIMA MIDDLE EAST TRADING CO.).

AL-BARRANI, Ahmad Muhammad Al-Abdullah (a.k.a. AL-AHMAD, Ahmad Muhammad Yunis; a.k.a. AL-BADANI, Ahmad Muhammad Mahmud 'Abdallah), Al-Mazzah Al-Jabal District, 6 Subdistrict, 3 area, Al-Iskan complex, 40/2, Fifth Floor, Damascus, Syria; DOB 19 Sep 1978; POB Al-Anbar, Iraq; nationality Iraq; Passport H0347417 (Iraq) issued 20 Feb 2003 expires 19 Feb 2011; passport place of issue: Al-Anbar, Iraq (individual) [IRAQ2].

AL-BASARI, Abu Mahdi (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mehdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"); Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-BASHAAIR TRADING COMPANY, LTD (a.k.a. AL-BASHAER TRADING COMPANY, LTD; a.k.a. AL-BASHA'IR TRADING COMPANY, LTD; a.k.a. AL-BASHAIR TRADING COMPANY, LTD; a.k.a. AL-BASHIR TRADING COMPANY, LTD), Sadoon St, Al-Ani Building, First Floor, Baghdad, Iraq [IRAQ2].

AL-BASHAER TRADING COMPANY, LTD (a.k.a. AL-BASHAAIR TRADING COMPANY, LTD; a.k.a. AL-BASHA'IR TRADING COMPANY, LTD; a.k.a. AL-BASHAIR TRADING COMPANY, LTD; a.k.a. AL-BASHIR TRADING COMPANY, LTD), Sadoon St, Al-Ani Building, First Floor, Baghdad, Iraq [IRAQ2].

AL-BASHAIR TRADING COMPANY, LTD (a.k.a. AL-BASHAAIR TRADING COMPANY, LTD; a.k.a. AL-BASHAER TRADING COMPANY, LTD; a.k.a. AL-BASHA'IR TRADING COMPANY, LTD; a.k.a. AL-BASHIR TRADING COMPANY, LTD), Sadoon St, Al-Ani Building, First Floor, Baghdad, Iraq [IRAQ2].

AL-BASHA'IR TRADING COMPANY, LTD (a.k.a. AL-BASHAAIR TRADING COMPANY, LTD; a.k.a. AL-BASHAER TRADING COMPANY, LTD; a.k.a. AL-BASHAIR TRADING COMPANY, LTD; a.k.a. AL-BASHIR TRADING COMPANY, LTD), Sadoon St, Al-Ani Building, First Floor, Baghdad, Iraq [IRAQ2].

AL-BASHIR TRADING COMPANY, LTD (a.k.a. AL-BASHAAIR TRADING COMPANY, LTD; a.k.a. AL-BASHAER TRADING COMPANY, LTD; a.k.a. AL-BASHA'IR TRADING COMPANY, LTD; a.k.a. AL-BASHAIR TRADING COMPANY, LTD), Sadoon St, Al-Ani Building, First Floor, Baghdad, Iraq [IRAQ2].

ALBASHIR, Mohammed (a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. AL-KHATAB, Abd Al Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya (individual) [SDGT].

AL-BASHIR, Muhammad (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. AL-KHATAB, Abd Al Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom;

OFFICE OF FOREIGN ASSETS CONTROL

SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

DOB 15 Dec 1959; POB Libya (individual) [SDGT].

AL-BASRI, Abu-Mahdi al-Mohandis (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-BATAHAI, Soliman (a.k.a. AL BUTHI, Soliman H.S.; a.k.a. AL-BATHI, Soliman; a.k.a. AL-BUTHE, Soliman; a.k.a. AL-BUTHE, Suliman Hamd Suleiman); DOB 08 Dec 1961; POB Cairo, Egypt; nationality Saudi Arabia; Passport B049614 (Saudi Arabia); alt. Passport C536660 (Saudi Arabia) issued 05 May 2001 expires 11 Mar 2006 (individual) [SDGT].

AL-BATHALI, Mubarak (a.k.a. AL BATHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BADHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BATHALI, Mubarak Mishkhas Sanad; a.k.a. AL-BATHALI, Mubarak Mushakhas Sanad; a.k.a. AL-BAZALI, Mubarak Mishkhas Sanad; a.k.a. AL-BTHALY, Mobarak Meshkhas Sanad); DOB 01 Oct 1961; citizen Kuwait; Passport 101856740 (Kuwait) (individual) [SDGT].

AL-BATHALI, Mubarak Mishkhas Sanad (a.k.a. AL BATHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BADHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BATHALI, Mubarak; a.k.a. AL-BATHALI, Mubarak Mushakhas Sanad; a.k.a. AL-BAZALI, Mubarak Mishkhas Sanad; a.k.a. AL-BTHALY, Mobarak Meshkhas Sanad); DOB 01 Oct 1961; citizen Kuwait; Passport 101856740 (Kuwait) (individual) [SDGT].

AL-BATHALI, Mubarak Mushakhas Sanad (a.k.a. AL BATHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BADHALI, Mubarak Mishkhis Sanad; a.k.a.

AL-BATHALI, Mubarak; a.k.a. AL-BATHALI, Mubarak Mishkhas Sanad; a.k.a. AL-BAZALI, Mubarak Mishkhas Sanad; a.k.a. AL-BTHALY, Mobarak Meshkhas Sanad); DOB 01 Oct 1961; citizen Kuwait; Passport 101856740 (Kuwait) (individual) [SDGT].

AL-BATHI, Soliman (a.k.a. AL BUTHI, Soliman H.S.; a.k.a. AL-BATAHAI, Soliman; a.k.a. AL-BUTHE, Soliman; a.k.a. AL-BUTHE, Suliman Hamd Suleiman); DOB 08 Dec 1961; POB Cairo, Egypt; nationality Saudi Arabia; Passport B049614 (Saudi Arabia); alt. Passport C536660 (Saudi Arabia) issued 05 May 2001 expires 11 Mar 2006 (individual) [SDGT].

ALBATROS LLC (a.k.a. ALBATROS OOO (Cyrillic: ООО АЛЬБАТРОС); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ALBATROS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛЬБАТРОС)), str. 5/12 pom. 253, ul. Sh-2 Ter. Oez Alabuga, Yelabuga, Tatarstan 423601, Russia (Cyrillic: М.Р-Н ЕЛАБУЖСКИЙ, Г.П. ГОРОД ЕЛАБУГА, ТЕР. ОЭЗ АЛАБУГА, УЛ Ш-2, СТР. 5/12, ПОМЕЩ. 253, Елабуга, Республика Татарстан 423601, Russia); Pushkino, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 27 Apr 2017; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 5038127220 (Russia); Registration Number 1175050004161 (Russia); alt. Registration Number 15516028 (Russia) [RUSSIA-EO14024].

ALBATROS OOO (Cyrillic: ООО АЛЬБАТРОС) (a.k.a. ALBATROS LLC; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ALBATROS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛЬБАТРОС)), str. 5/12 pom. 253, ul. Sh-2 Ter. Oez Alabuga, Yelabuga, Tatarstan 423601, Russia (Cyrillic: М.Р-Н ЕЛАБУЖСКИЙ, Г.П. ГОРОД ЕЛАБУГА, ТЕР. ОЭЗ АЛАБУГА, УЛ Ш-2, СТР. 5/12, ПОМЕЩ. 253, Елабуга, Республика Татарстан 423601, Russia); Pushkino, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-

AL-BATHALI, Mubarak; a.k.a. AL-BATHALI, Mubarak Mishkhas Sanad; a.k.a. AL-BAZALI, Mubarak Mishkhas Sanad; a.k.a. AL-BTHALY, Mobarak Meshkhas Sanad); DOB 01 Oct 1961; citizen Kuwait; Passport 101856740 (Kuwait) (individual) [SDGT].

AL-BATHI, Soliman (a.k.a. AL BUTHI, Soliman H.S.; a.k.a. AL-BATAHAI, Soliman; a.k.a. AL-BUTHE, Soliman; a.k.a. AL-BUTHE, Suliman Hamd Suleiman); DOB 08 Dec 1961; POB Cairo, Egypt; nationality Saudi Arabia; Passport B049614 (Saudi Arabia); alt. Passport C536660 (Saudi Arabia) issued 05 May 2001 expires 11 Mar 2006 (individual) [SDGT].

industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 27 Apr 2017; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 5038127220 (Russia); Registration Number 1175050004161 (Russia); alt. Registration Number 15516028 (Russia) [RUSSIA-EO14024].

AL-BATTARJEE, 'Adil (a.k.a. BATARJEE, Adel Abdul Jalil Ibrahim; a.k.a. BATARJI, 'Adil 'Abd al Jalil; a.k.a. BATTERJEE, Adel; a.k.a. BATTERJEE, Adel Abdul Jaleel I.), 2 Helmi Kutbi Street, Jeddah, Saudi Arabia; DOB 01 Jul 1946; alt. DOB 01 Jun 1946; POB Jeddah, Saudi Arabia; citizen Saudi Arabia; Passport F 572010 issued 22 Dec 2004 expires 28 Oct 2009; Email:adelb@shabakah.net.sa (individual) [SDGT].

AL-BAYATI, Abdul Rahman Muhammad (a.k.a. AHMAD, Aliazra Ra'ad; a.k.a. AL-BAYATI, Tahir Muhammad Khalil Mustafa; a.k.a. AL-QADULI, Abd Al-Rahman Muhammad Mustafa; a.k.a. MUSTAFA, Umar Muhammad Khalil; a.k.a. SHAYKHLARI, 'Abd al-Rahman Muhammad Mustafa; a.k.a. "ABU ALA"; a.k.a. "ABU HASAN"; a.k.a. "ABU IMAN"; a.k.a. "ABU MUHAMMAD"; a.k.a. "ABU ZAYNA"; a.k.a. "ABU-SHUAYB"; a.k.a. "HAJJI IMAN"); DOB 1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq (individual) [SDGT].

AL-BAYATI, Tahir Muhammad Khalil Mustafa (a.k.a. AHMAD, Aliazra Ra'ad; a.k.a. AL-BAYATI, Abdul Rahman Muhammad; a.k.a. AL-QADULI, Abd Al-Rahman Muhammad Mustafa; a.k.a. MUSTAFA, Umar Muhammad Khalil; a.k.a. SHAYKHLARI, 'Abd al-Rahman Muhammad Mustafa; a.k.a. "ABU ALA"; a.k.a. "ABU HASAN"; a.k.a. "ABU IMAN"; a.k.a. "ABU MUHAMMAD"; a.k.a. "ABU ZAYNA"; a.k.a. "ABU-SHUAYB"; a.k.a. "HAJJI IMAN"); DOB 1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq (individual) [SDGT].

AL-BAYDANI, Sayf (a.k.a. AL-BAYDANI, Sayf Husayn 'Abd-al-Rabb; a.k.a. AL-BHADANI, Saif; a.k.a. AL-BIDHANI, Sayf; a.k.a. AL-HAYASHI, Sayf 'Abd-al-Rab Salim; a.k.a. AL-HAYASHI, Sayf Abdulrab Salem; a.k.a. AL-HAYYASHI, Sayf 'Abd-al-wali 'Abd-al-rub), At Takhtit Ministry Marab Jawlat Ayat Street, Yemen; Azzan, Abyan Governorate, Yemen; DOB 01 Jan 1978; nationality Yemen; Gender Male; National ID No. 01010003969 (Yemen)

(individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-BAYDANI, Sayf Husayn 'Abd-al-Rabb (a.k.a. AL-BAYDANI, Sayf; a.k.a. AL-BHADANI, Saif; a.k.a. AL-BIDHANI, Sayf; a.k.a. AL-HAYASHI, Sayf 'Abd-al-Rab Salim; a.k.a. AL-HAYASHI, Sayf Abdulrab Salem; a.k.a. AL-HAYYASHI, Sayf 'Abd-al-wali 'Abd-al-rub), At Takhtit Ministry Marab Jawlat Ayat Street, Yemen; Azzan, Abyan Governorate, Yemen; DOB 01 Jan 1978; nationality Yemen; Gender Male; National ID No. 01010003969 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-BAYJAT, Bashar Sabawi Ibrahim Hasan (a.k.a. 'ABDULLAH, 'Ali Zafir; a.k.a. AL-TIKRITI, Bashar Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashar Sabawi Ibrahim Hassan; a.k.a. AL-TIKRITI, Bashir Sab'awi Ibrahim Al-Hasan; a.k.a. AL-TIKRITI, Bashir Sabawi Ibrahim Al-Hassan), Fuad Dawod Farm, Az Zabadani, Damascus, Syria; Beirut, Lebanon; DOB 17 Jul 1970; POB Baghdad, Iraq; nationality Iraq (individual) [IRAQ2].

AL-BAYKU, Husayn-Ahmad, Syria; DOB 10 May 1980; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-BAZALI, Mubarak Mishkhas Sanad (a.k.a. AL BATHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BADHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BATHALI, Mubarak Mishkhas Sanad; a.k.a. AL-BATHALI, Mubarak Mushakhas Sanad; a.k.a. AL-BTHALY, Mobarak Meshkhas Sanad); DOB 01 Oct 1961; citizen Kuwait; Passport 101856740 (Kuwait) (individual) [SDGT].

AL-BAZAZ, Hikmet Abdullah (a.k.a. AL-BAZZAZ, Hikmet Abdallah), Iraq; Former Minister of Education (individual) [IRAQ2].

AL-BAZZAL, Muhammad Qasim (a.k.a. BAZZAL, Mohamad; a.k.a. "MU'IN"); DOB 26 Aug 1984; POB Ba'albakk, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport LR0510789; Identification Number 18349929 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-BAZZAZ, Hikmet Abdallah (a.k.a. AL-BAZAZ, Hikmet Abdullah), Iraq; Former Minister of Education (individual) [IRAQ2].

ALBEHADILI, Mohammed Saeed Othafa (a.k.a. ADHAFAH, Muhammad Said; a.k.a. AL BEHADILI, Mohammed Saeed Odhafa (Arabic:

محمد سعيد عذافه الهذالي); a.k.a. AL-BAHADILI, Muhammad Sa'id 'Adhafah; a.k.a. "SAEED, Mohammed"), Iraq; DOB 04 Mar 1970; nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A3347475 (Iraq) (individual) [SDGT] [IFSR] (Linked To: AL KHAMAEL MARITIME SERVICES).

AL-BENALI, Turki (a.k.a. AL BINALI, Turki Mubarak Abdullah; a.k.a. AL-BIN'ALI, Turki; a.k.a. AL-BIN'ALI, Turki Mubarak; a.k.a. AL-BINALI, Turki Mubarak Abdullah Ahmad; a.k.a. "ABU DERGHAM"; a.k.a. "AL-ATHARI, Abu Human"; a.k.a. AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz"; a.k.a. "AL-ATHARI, Abu-Bakr"; a.k.a. "AL-BAHRAYNI, Abu Hudhayfa"; a.k.a. "AL-MUDARI, Abu Khuzayma"; a.k.a. "AL-SALAFI, Abu Hazm"; a.k.a. "AL-SULAMI, Abu Sufyan"); DOB 03 Sep 1984; POB Al Muharraq, Bahrain; nationality Bahrain; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 02 Jan 2023; alt. Passport 1272611 (Bahrain) issued 01 Apr 2003; Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALBERDI URANGA, Itziar; DOB 07 Oct 1963; POB Durango, Vizcaya Province, Spain; D.N.I. 78.865.693 (Spain); Member ETA (individual) [SDGT].

ALBERTINE DRC S.A.S.U (a.k.a. CAPRIKAT LIMITED), Akara Building, 24 Castro Street, Wickhams Cay 1, P.O. Box 3136, Road Town, Tortola, Virgin Islands, British; Boulevard du 30 Juin No 110, Building 1113, 8eme etage, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-00168 (Congo, Democratic Republic of the); Public Registration Number 1577164 (Virgin Islands, British) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

AL-BHADANI, Saif (a.k.a. AL-BAYDANI, Sayf; a.k.a. AL-BAYDANI, Sayf Husayn 'Abd-al-Rabb; a.k.a. AL-BIDHANI, Sayf; a.k.a. AL-HAYASHI, Sayf 'Abd-al-Rab Salim; a.k.a. AL-HAYASHI, Sayf Abdulrab Salem; a.k.a. AL-HAYYASHI, Sayf 'Abd-al-wali 'Abd-al-rub), At Takhtit Ministry Marab Jawlat Ayat Street, Yemen; Azzan, Abyan Governorate, Yemen; DOB 01 Jan 1978; nationality Yemen; Gender Male; National ID No. 01010003969 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-BIDHANI, Sayf (a.k.a. AL-BAYDANI, Sayf; a.k.a. AL-BAYDANI, Sayf Husayn 'Abd-al-Rabb; a.k.a. AL-BHADANI, Saif; a.k.a. AL-HAYASHI, Sayf 'Abd-al-Rab Salim; a.k.a. AL-HAYASHI, Sayf Abdulrab Salem; a.k.a. AL-HAYYASHI, Sayf 'Abd-al-wali 'Abd-al-rub), At Takhtit Ministry Marab Jawlat Ayat Street, Yemen; Azzan, Abyan Governorate, Yemen; DOB 01 Jan 1978; nationality Yemen; Gender Male; National ID No. 01010003969 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-BILAD ISLAMIC BANK FOR INVESTMENT AND FINANCE P.S.C. (a.k.a. AL ATAA ISLAMIC BANK FOR INVESTMENT AND FINANCE; a.k.a. AL ATTA ISLAMIC BANK FOR INVESTMENT AND FINANCE; a.k.a. AL BILAD ISLAMIC BANK; a.k.a. AL-ATAA ISLAMIC BANK; a.k.a. AL-ATTA ISLAMIC BANK; a.k.a. AL-ATTAA ISLAMIC BANK), 37 Building El-Karadeh 909 Street 1 Near Al Hurea Square, Baghdad, Iraq; Al Masbah Branch, Baghdad Al Masbah Intersection, 929 Street 17 Bldg. 40, Previously the German Embassy, Baghdad, Iraq; Erbil Branch, Erbil Province, 60 Bldg 354/132, 45 Street, Erbil, Iraq; Al Mawarid Branch, Baghdad - Street 62 Neighboring the Department of Electricity, Baghdad, Iraq; Al Nasiryah Branch, Zi Kar Province El Saray, Bldg. 2/239 Janat Al Janoub Hotel Building, Nasiryah, Iraq; Al Basra Branch Al Basra, Manawy Pasha Corniche Street, Basra, Iraq; Al Sadr Branch, Jameela District - 8-22-512, Sadr City, Iraq; Al Jaderya Branch Baghdad, Al Jaderya - Versus Baghdad University, 906 Street 28 - Dar 3, Baghdad, Iraq; Karbala Branch Karbala, Al Dareeba Intersection, Karbala, Iraq; Al Najaf Branch, Al Najaf Al Ashraf, Al Amir District - Al Koufa Street, Najaf, Iraq; Zakho Branch Dahook, Zakho - Ibrahim Al Khaleel Street, Baydar Boulevard, Zakho, Iraq; Al Mansour Branch Baghdad, Al Mansour-12-G 605-M-Bldg, Baghdad, Iraq; Babel Branch Babel, Kalaj - Al Honood Branch, Babel, Iraq; Beirut Branch Lebanon, Beirut - Hamra Street, Broadway Center - Versus Costa Caf, Lebanon, Beirut, Lebanon; SWIFT/BIC AIIFIQBA; Website www.Bilad-Bank.com; Additional Sanctions Information - Subject to Secondary Sanctions; All Branches Worldwide [SDGT] [IRGC] [IFSR] (Linked To: KAREEM, Aras Habib).

AL-BINALI, Mohamed Isa (a.k.a. AL BINALI, Mohammed Isa Yousif Saqar; a.k.a. ALBINALI, Mohammad Isa; a.k.a. AL-BINALI, Mohammed; a.k.a. AL-BINALI, Mohammed Isa; a.k.a. "Abu

Al Silmi"; a.k.a. "Abu Isa Al Salmi"; a.k.a. "Abu Issa Al-Selmy"); DOB 09 Mar 1991; POB Manama, Bahrain; nationality Bahrain; Gender Male (individual) [SDGT].

ALBINALI, Mohammed Isa (a.k.a. AL BINALI, Mohammed Isa Yousif Saqar; a.k.a. AL-BINALI, Mohamed Isa; a.k.a. AL-BINALI, Mohammed; a.k.a. AL-BINALI, Mohammed Isa; a.k.a. "Abu Al Silmi"; a.k.a. "Abu Isa Al Salmi"; a.k.a. "Abu Issa Al-Selmy"); DOB 09 Mar 1991; POB Manama, Bahrain; nationality Bahrain; Gender Male (individual) [SDGT].

AL-BINALI, Mohammed (a.k.a. AL BINALI, Mohammed Isa Yousif Saqar; a.k.a. AL-BINALI, Mohamed Isa; a.k.a. ALBINALI, Mohammad Isa; a.k.a. AL-BINALI, Mohammed Isa; a.k.a. "Abu Al Silmi"; a.k.a. "Abu Isa Al Salmi"; a.k.a. "Abu Issa Al-Selmy"); DOB 09 Mar 1991; POB Manama, Bahrain; nationality Bahrain; Gender Male (individual) [SDGT].

AL-BINALI, Mohammed Isa (a.k.a. AL BINALI, Mohammed Isa Yousif Saqar; a.k.a. AL-BINALI, Mohamed Isa; a.k.a. ALBINALI, Mohammad Isa; a.k.a. AL-BINALI, Mohammed; a.k.a. "Abu Al Silmi"; a.k.a. "Abu Isa Al Salmi"; a.k.a. "Abu Issa Al-Selmy"); DOB 09 Mar 1991; POB Manama, Bahrain; nationality Bahrain; Gender Male (individual) [SDGT].

AL-BIN'ALI, Turki (a.k.a. AL BINALI, Turki Mubarak Abdullah; a.k.a. AL-BENALI, Turki; a.k.a. AL-BIN'ALI, Turki Mubarak; a.k.a. AL-BINALI, Turki Mubarak Abdullah Ahmad; a.k.a. "ABU DERGHAM"; a.k.a. "AL-ATHARI, Abu Human"; a.k.a. "AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz"; a.k.a. "AL-ATHARI, Abu-Bakr"; a.k.a. "AL-BAHRAYNI, Abu Hudhayfa"; a.k.a. "AL-MUDARI, Abu Khuzayma"; a.k.a. "AL-SALAFI, Abu Hazm"; a.k.a. "AL-SULAMI, Abu Sufyan"); DOB 03 Sep 1984; POB Al Muharraq, Bahrain; nationality Bahrain; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 02 Jan 2023; alt. Passport 1272611 (Bahrain) issued 01 Apr 2003; Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-BIN'ALI, Turki Mubarak (a.k.a. AL BINALI, Turki Mubarak Abdullah; a.k.a. AL-BENALI, Turki; a.k.a. AL-BIN'ALI, Turki; a.k.a. AL-BINALI, Turki Mubarak Abdullah Ahmad; a.k.a. "ABU DERGHAM"; a.k.a. "AL-ATHARI, Abu Human"; a.k.a. "AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz"; a.k.a. "AL-ATHARI, Abu-Bakr"; a.k.a. "AL-BAHRAYNI, Abu Hudhayfa"; a.k.a. "AL-MUDARI, Abu Khuzayma"; a.k.a.

"AL-SALAFI, Abu Hazm"; a.k.a. "AL-SULAMI, Abu Sufyan"); DOB 03 Sep 1984; POB Al Muharraq, Bahrain; nationality Bahrain; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 02 Jan 2023; alt. Passport 1272611 (Bahrain) issued 01 Apr 2003; Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-BINALI, Turki Mubarak Abdullah Ahmad (a.k.a. AL BINALI, Turki Mubarak Abdullah; a.k.a. AL-BENALI, Turki; a.k.a. AL-BIN'ALI, Turki; a.k.a. AL-BIN'ALI, Turki Mubarak; a.k.a. "ABU DERGHAM"; a.k.a. "AL-ATHARI, Abu Human"; a.k.a. "AL-ATHARI, Abu Human Bakr ibn 'Abd al-'Aziz"; a.k.a. "AL-ATHARI, Abu-Bakr"; a.k.a. "AL-BAHRAYNI, Abu Hudhayfa"; a.k.a. "AL-MUDARI, Abu Khuzayma"; a.k.a. "AL-SALAFI, Abu Hazm"; a.k.a. "AL-SULAMI, Abu Sufyan"); DOB 03 Sep 1984; POB Al Muharraq, Bahrain; nationality Bahrain; Passport 2231616 (Bahrain) issued 02 Jan 2013 expires 02 Jan 2023; alt. Passport 1272611 (Bahrain) issued 01 Apr 2003; Identification Number 840901356 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-BIR AND AL-IHSAN ORGANIZATION (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN CHARITY SOCIETY; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian [SDGT].

AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR

WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian [SDGT].

AL-BIRR WA AL-IHSAN WA AL-NAQA (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian [SDGT].

AL-BISHAURI, Abu Mohammad Shaykh Aminullah (a.k.a. AL-PESHAWARI, Shaykh Abu Mohammed Ameen; a.k.a. AL-PESHAWARI, Shaykh Aminullah; a.k.a. AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed; a.k.a. BISHAWRI, Abu Mohammad Amin; a.k.a. GUL AL-PAKISTANI, Niaz Muhammad Muhammada; a.k.a. MUHAMMAD, Niaz; a.k.a. PESHAWARI, Abu Mohammad Aminullah; a.k.a. "AMINULLAH, Shaykh"; a.k.a. "AMINULLAH, Sheik"; a.k.a. "SHAYKH AMEEN"), Ganj District, Peshawar, Khyber Pakhtunkhwa, Pakistan; House number T-876 Galli Mohallah, Sheikh Abad number 4, Peshawar, Khyber Pakhtunkhwa, Pakistan; Saudi Arabia; DOB circa 01 Jan 1961; POB Shunkrai village, Sarkani District, Konar

Province, Afghanistan; Passport FU0152122 (Pakistan) expires 24 Apr 2017; alt. Passport FU0152121 (Pakistan) (individual) [SDGT] (Linked To: JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

ALBISINNI SERRANO, Rocco, Miranda, Guarico, Venezuela; DOB 06 Mar 1982; Gender Male; Cedula No. 15481927 (Venezuela); President of Venezuela's National Center for Foreign Commerce (CENCOEX); Former Vice Minister of the State and Socialist Economy of Venezuela's Ministry of Economy and Finance; Current or Former Principal Director of Venezuela's National Development Fund (FONDEN) (individual) [VENEZUELA].

ALBISU IRIARTE, Miguel; DOB 07 Jun 1961; POB San Sebastian, Guizpucoa Province, Spain; D.N.I. 15.954.596 (Spain); Member ETA (individual) [SDGT].

AL-BITAR, Bayan (a.k.a. BITAR, Bayan), PO Box 11037, Damascus, Syria; DOB 08 Mar 1947; Managing Director of the Organization for Technological Industries (individual) [NPWMD] (Linked To: ORGANIZATION FOR TECHNOLOGICAL INDUSTRIES).

ALBORADA GARDENS, S.A., Panama; RUC # 1992533-1-738897 (Panama) [SDNTK].

ALBORADA S.A., Panama; RUC # 63628-51-355574 (Panama) [SDNTK].

ALBORZ ORGANIC MATERIAL ENGINEERING COMPANY (Arabic: شرکت مهندسی مواد آلی البرز), Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 07 Oct 2014; National ID No. 14004448175 (Iran); Commercial Registry Number 27389 (Iran) [NPWMD] [IFSR] (Linked To: INANLU, Mitra).

ALBOST, Meshal Saad M (a.k.a. AL-BOSTANI, Meshal Saad; a.k.a. ALBOSTANI, Meshal Saad M.); DOB 27 Mar 1987; nationality Saudi Arabia; Gender Male; Passport R339037 (Saudi Arabia) expires 09 Jun 2020 (individual) [GLOMAG].

AL-BOSTANI, Meshal Saad (a.k.a. ALBOST, Meshal Saad M; a.k.a. ALBOSTANI, Meshal Saad M.); DOB 27 Mar 1987; nationality Saudi Arabia; Gender Male; Passport R339037 (Saudi Arabia) expires 09 Jun 2020 (individual) [GLOMAG].

ALBOSTANI, Meshal Saad M. (a.k.a. ALBOST, Meshal Saad M; a.k.a. AL-BOSTANI, Meshal Saad); DOB 27 Mar 1987; nationality Saudi Arabia; Gender Male; Passport R339037 (Saudi

Arabia) expires 09 Jun 2020 (individual) [GLOMAG].

AL-BTHALY, Mobarak Meshkhas Sanad (a.k.a. AL BATHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BADHALI, Mubarak Mishkhis Sanad; a.k.a. AL-BATHALI, Mubarak; a.k.a. AL-BATHALI, Mubarak Mishkhas Sanad; a.k.a. AL-BATHALI, Mubarak Mushakhas Sanad; a.k.a. AL-BAZALI, Mubarak Mishkhas Sanad); DOB 01 Oct 1961; citizen Kuwait; Passport 101856740 (Kuwait) (individual) [SDGT].

ALBU-MITEUTI, Arkan Ahmad Abbas Albu-Mazida (a.k.a. AL-MATUTI, Arkan Ahmad 'Abbas; a.k.a. AL-MITIWITI, Arkan Ahmad 'Abbas; a.k.a. "Abu Sarhan"), Nineveh Governorate, Iraq; Syria; DOB 06 Oct 1982; POB Mosul, Iraq; alt. POB Sinjar District, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-BURSHAH, Muhammad Akram, Syria; DOB 30 Aug 1956; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-BUSTAN ASSOCIATION (a.k.a. AL JAMAIYAH AL BUSTAN; a.k.a. AL-BUSTAN CHARITY; a.k.a. AL-BUSTAN CHARITY ASSOCIATION; a.k.a. AL-BUSTAN CHARITY FOUNDATION; a.k.a. AL-BUSTAN CHARITY SOCIETY; a.k.a. AL-BUSTAN ORGANIZATION; a.k.a. JAMIAT AL-BUSTAN AL-KHAYRIYAH CHARITY), Mazza, Damascus, Syria [SYRIA] (Linked To: MAKHLUF, Rami).

AL-BUSTAN CHARITY (a.k.a. AL JAMAIYAH AL BUSTAN; a.k.a. AL-BUSTAN ASSOCIATION; a.k.a. AL-BUSTAN CHARITY ASSOCIATION; a.k.a. AL-BUSTAN CHARITY FOUNDATION; a.k.a. AL-BUSTAN CHARITY SOCIETY; a.k.a. AL-BUSTAN ORGANIZATION; a.k.a. JAMIAT AL-BUSTAN AL-KHAYRIYAH CHARITY), Mazza, Damascus, Syria [SYRIA] (Linked To: MAKHLUF, Rami).

AL-BUSTAN CHARITY ASSOCIATION (a.k.a. AL JAMAIYAH AL BUSTAN; a.k.a. AL-BUSTAN ASSOCIATION; a.k.a. AL-BUSTAN CHARITY; a.k.a. AL-BUSTAN CHARITY FOUNDATION; a.k.a. AL-BUSTAN CHARITY SOCIETY; a.k.a. AL-BUSTAN ORGANIZATION; a.k.a. JAMIAT AL-BUSTAN AL-KHAYRIYAH CHARITY), Mazza, Damascus, Syria [SYRIA] (Linked To: MAKHLUF, Rami).

AL-BUSTAN CHARITY FOUNDATION (a.k.a. AL JAMAIYAH AL BUSTAN; a.k.a. AL-BUSTAN ASSOCIATION; a.k.a. AL-BUSTAN CHARITY; a.k.a. AL-BUSTAN CHARITY ASSOCIATION; a.k.a. AL-BUSTAN CHARITY SOCIETY; a.k.a. AL-BUSTAN ORGANIZATION; a.k.a. JAMIAT AL-BUSTAN AL-KHAYRIYAH CHARITY), Mazza, Damascus, Syria [SYRIA] (Linked To: MAKHLUF, Rami).

AL-BUSTAN CHARITY SOCIETY (a.k.a. AL JAMAIYAH AL BUSTAN; a.k.a. AL-BUSTAN ASSOCIATION; a.k.a. AL-BUSTAN CHARITY; a.k.a. AL-BUSTAN CHARITY ASSOCIATION; a.k.a. AL-BUSTAN CHARITY FOUNDATION; a.k.a. AL-BUSTAN ORGANIZATION; a.k.a. JAMIAT AL-BUSTAN AL-KHAYRIYAH CHARITY), Mazza, Damascus, Syria [SYRIA] (Linked To: MAKHLUF, Rami).

AL-BUSTAN ORGANIZATION (a.k.a. AL JAMAIYAH AL BUSTAN; a.k.a. AL-BUSTAN ASSOCIATION; a.k.a. AL-BUSTAN CHARITY; a.k.a. AL-BUSTAN CHARITY ASSOCIATION; a.k.a. AL-BUSTAN CHARITY FOUNDATION; a.k.a. AL-BUSTAN CHARITY SOCIETY; a.k.a. JAMIAT AL-BUSTAN AL-KHAYRIYAH CHARITY), Mazza, Damascus, Syria [SYRIA] (Linked To: MAKHLUF, Rami).

AL-BUTHE, Soliman (a.k.a. AL BUTHI, Soliman H.S.; a.k.a. AL-BATAHAI, Soliman; a.k.a. AL-BATHI, Soliman; a.k.a. AL-BUTHE, Suliman Hamd Suleiman); DOB 08 Dec 1961; POB Cairo, Egypt; nationality Saudi Arabia; Passport B049614 (Saudi Arabia); alt. Passport C536660 (Saudi Arabia) issued 05 May 2001 expires 11 Mar 2006 (individual) [SDGT].

AL-BUTHE, Suliman Hamd Suleiman (a.k.a. AL BUTHI, Soliman H.S.; a.k.a. AL-BATAHAI, Soliman; a.k.a. AL-BATHI, Soliman; a.k.a. AL-BUTHE, Soliman); DOB 08 Dec 1961; POB Cairo, Egypt; nationality Saudi Arabia; Passport B049614 (Saudi Arabia); alt. Passport C536660 (Saudi Arabia) issued 05 May 2001 expires 11 Mar 2006 (individual) [SDGT].

ALC BELNEFTEGAZ (a.k.a. ADDITIONAL LIABILITY COMPANY BELNEFTEGAZ; a.k.a. BELNEFTEGAS; a.k.a. BELNEFTEGAZ (Cyrillic: БЕЛНЕФТЕГАЗ); a.k.a. OBSHCHESTVO S DOPOLNITELNOY OTVETSTVENNOSTYU BELNEFTEGAZ (Cyrillic: ОБЩЕСТВО С ДОПОЛНИТЕЛЬНОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛНЕФТЕГАЗ); a.k.a. ODO BELNEFTEGAZ (Cyrillic: ОДО БЕЛНЕФТЕГАЗ); a.k.a. TAVARYSTVA Z DADATKOVAY ADKAZNASTSYU BELNAFTAHAZ (Cyrillic: ТАВАРЫСТВА З

ДАДАТКОВАЙ АДКАЗНАСЦЮ БЕЛНАФТАГАЗ); a.k.a. TDA BELNAFTAHAZ (Cyrillic: ТДА БЕЛНАФТАГАЗ)), ul. Azgura, d. 5, pom. 68 (kabinet 1, 1st floor), Minsk 220088, Belarus (Cyrillic: ул. Азгура, д. 5, пом. 68 (кабинет 1, 1 этаж), г. Минск 220088, Belarus); Organization Established Date 23 Mar 1995; Registration Number 100878073 (Belarus) [BELARUS-EO14038].

ALCALDE LINARES, Angel, DOB 02 May 1943; POB Portugalete, Vizcaya Province, Spain; D.N.I. 15.390.353 (Spain); Member ETA (individual) [SDGT].

AL-CANAIYA, Leena Muhammad Nathir (a.k.a. AL-KINAYA, Lina Muhammed Nazir; a.k.a. AL-KINAYEH, Leena; a.k.a. AL-KINAYEH, Lina (Arabic: لينا الكناية); a.k.a. AL-KINAYEH, Lina Mohammad Natheer; a.k.a. AL-KINAYEH, Lina Mohammed Nazir (Arabic: لينا محمد نذير الكناية); a.k.a. KINAYEH, Lina (Arabic: لينا كناية); a.k.a. Najmeh Kinayeh, Lina; a.k.a. Al-Zahiriya, Northern Tripoli, Lebanon; DOB 20 Jan 1980; nationality Lebanon; alt. nationality Syria; Gender Female; National ID No. 000036055655 (Lebanon) (individual) [SYRIA].

ALCARDINAL GENERAL TRADING LIMITED, 207 Jersey Road, Osterley, London TW7 4RE, United Kingdom; Company Number 08227698 (United Kingdom) [GLOMAG] (Linked To: AL-CARDINAL, Ashraf Seed Ahmed).

ALCARDINAL GENERAL TRADING LLC, Dubai, United Arab Emirates [GLOMAG] (Linked To: AL-CARDINAL, Ashraf Seed Ahmed).

AL-CARDINAL INVESTMENTS COMPANY LIMITED (a.k.a. AL CARDINAL INVESTMENTS CO. LTD), 201 Kasini Road, Mombasa, Kenya; Juba, South Sudan; Tax ID No. 100104695 (South Sudan) [GLOMAG] (Linked To: AL-CARDINAL, Ashraf Seed Ahmed).

ALCARDINAL PETROLEUM CO. LTD (a.k.a. ALCARDINAL PETROLEUM COMPANY LIMITED), Mombasa, Kenya; Juba, South Sudan [GLOMAG] (Linked To: AL-CARDINAL, Ashraf Seed Ahmed).

ALCARDINAL PETROLEUM COMPANY LIMITED (a.k.a. ALCARDINAL PETROLEUM CO. LTD), Mombasa, Kenya; Juba, South Sudan [GLOMAG] (Linked To: AL-CARDINAL, Ashraf Seed Ahmed).

AL-CARDINAL, Ashraf Seed Ahmed (a.k.a. ALI, Ashraf Seedahmed Hussein; a.k.a. HUSSEIN, Ashraf Said Ahmed; a.k.a. HUSSEIN, Ashraf Seed Ahmed; a.k.a. SEED AHMED, Asharaf; a.k.a. SEED AHMED, Ashraff; a.k.a. SEEDAHMED, Ashiraf; a.k.a. "ALI, Ashraf

Sayed"; a.k.a. "HUSSEIN ALI, Ashraf"), 1 College Yard, Winchester Avenue, London, England NW6 7UA, United Kingdom; 207 Jersey Road, Osterley, London TW7 4RE, United Kingdom; Dubai, United Arab Emirates; DOB 01 Jan 1957 to 31 Jan 1957; POB Sudan; nationality Sudan; Gender Male; Passport B00018325 (Sudan) expires 16 Feb 2023; National ID No. 11945710905 (Sudan); alt. National ID No. 784195754986941 (United Arab Emirates) (individual) [GLOMAG].

AL-CHAAR, Mohammad Ibrahim (a.k.a. AL-SHAAR, Mohammad Ibrahim; a.k.a. AL-SHAAR, Mohammed Ibrahim; a.k.a. AL-SHA'AR, Mohammed Ibrahim; a.k.a. AL-SHAAR, Muhammad Ibrahim); DOB 1950; POB Lattakia Province, Syria; Major General, Minister of the Interior (individual) [SYRIA].

AL-CHAM ISLAMIC BANK (a.k.a. CHAM BANK; a.k.a. CHAM ISLAMIC BANK), Al-Najmeh Square, Damascus, Syria; All offices worldwide [SYRIA].

AL-CHAMCHAMALI, Bilal (a.k.a. AL-SHAKHAN, Fuad Ahmad Nuri Ali; a.k.a. "KARIM, Mam"; a.k.a. "KIRKUKI, Bilal"), Iran; DOB 10 Aug 1979; POB Gadir Karam, Tuz Khurmatu, Sala Ad-Din Province, Iraq; nationality Iraq; Gender Male; National ID No. 00060543 (Iraq) (individual) [SDGT].

AL-CHERIF, Said Ben Abdelhakim Ben Omar (a.k.a. ABOU SALMAN; a.k.a. BEN ABDELHAKIM, Cherif Said; a.k.a. "DJALLAL"; a.k.a. "YOUCEF"), Corso Lodi 59, Milan, Italy; DOB 25 Jan 1970; POB Menzel Temine, Tunisia; nationality Tunisia; Passport M307968 issued 08 Sep 2001 expires 07 Sep 2006; arrested 30 Sep 2002 (individual) [SDGT].

ALCHWIKI, Amer (a.k.a. AL CHWIKI, Mohamad Amer Mohamad Akram; a.k.a. ALCHWIKI, Amer Mhd; a.k.a. ALCHWIKI, Mhd Amer; a.k.a. ALCHWIKI, Mohamad Amer; a.k.a. AL-SHUWAYKI, Muhammad 'Amir Muhammad Akram; a.k.a. AL-SHWEIKI, Mohamad Amer; a.k.a. AL-SHWEIKI, Muhammad Omar; a.k.a. ALSHWIKI, Mhd Amer (Cyrillic: АЛЬШВИКИ, Мхд Амер); a.k.a. CHWIKI, Mohammad Amer; a.k.a. SHUWAYKI, Mohamad Amer; a.k.a. SHWEIKI, Mohammad Amer), 71 Linton Road, Acton, London W3 9HL, United Kingdom; Syria; DOB 04 Sep 1972; POB Damascus, Syria; nationality Syria; citizen Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions;

Gender Male; Passport N012430661; alt. Passport N010794545; alt. Passport N007024509; alt. Passport N005668098 (individual) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: GLOBAL VISION GROUP; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

ALCHWIKI, Amer Mhd (a.k.a. AL CHWIKI, Mohamad Amer Mohamad Akram; a.k.a. ALCHWIKI, Amer; a.k.a. ALCHWIKI, Mhd Amer; a.k.a. ALCHWIKI, Mohamad Amer; a.k.a. AL-SHUWAYKI, Muhammad 'Amir Muhammad Akram; a.k.a. AL-SHWEIKI, Mohamad Amer; a.k.a. AL-SHWEIKI, Muhammad Omar; a.k.a. ALSHWIKI, Mhd Amer (Cyrillic: АЛЬШВИКИ, Мхд Амер); a.k.a. CHWIKI, Mohammad Amer; a.k.a. SHUWAYKI, Mohamad Amer; a.k.a. SHWEIKI, Mohammad Amer), 71 Linton Road, Acton, London W3 9HL, United Kingdom; Syria; DOB 04 Sep 1972; POB Damascus, Syria; nationality Syria; citizen Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N012430661; alt. Passport N010794545; alt. Passport N007024509; alt. Passport N005668098 (individual) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: GLOBAL VISION GROUP; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

ALCHWIKI, Mhd Amer (a.k.a. AL CHWIKI, Mohamad Amer Mohamad Akram; a.k.a. ALCHWIKI, Amer; a.k.a. ALCHWIKI, Amer Mhd; a.k.a. ALCHWIKI, Mohamad Amer; a.k.a. AL-SHUWAYKI, Muhammad 'Amir Muhammad Akram; a.k.a. AL-SHWEIKI, Mohamad Amer; a.k.a. AL-SHWEIKI, Muhammad Omar; a.k.a. ALSHWIKI, Mhd Amer (Cyrillic: АЛЬШВИКИ, Мхд Амер); a.k.a. CHWIKI, Mohammad Amer; a.k.a. SHUWAYKI, Mohamad Amer; a.k.a. SHWEIKI, Mohammad Amer), 71 Linton Road, Acton, London W3 9HL, United Kingdom; Syria; DOB 04 Sep 1972; POB Damascus, Syria; nationality Syria; citizen Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N012430661; alt. Passport N010794545; alt. Passport N007024509; alt. Passport N005668098

(individual) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: GLOBAL VISION GROUP; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

ALCHWIKI, Mohamad Amer (a.k.a. AL CHWIKI, Mohamad Amer Mohamad Akram; a.k.a. ALCHWIKI, Amer; a.k.a. ALCHWIKI, Amer Mhd; a.k.a. ALCHWIKI, Mhd Amer; a.k.a. AL-SHUWAYKI, Muhammad 'Amir Muhammad Akram; a.k.a. AL-SHWEIKI, Mohamad Amer; a.k.a. AL-SHWEIKI, Muhammad Omar; a.k.a. ALSHWIKI, Mhd Amer (Cyrillic: АЛЬШВИКИ, Мхд Амер); a.k.a. CHWIKI, Mohammad Amer; a.k.a. SHUWAYKI, Mohamad Amer; a.k.a. SHWEIKI, Mohammad Amer), 71 Linton Road, Acton, London W3 9HL, United Kingdom; Syria; DOB 04 Sep 1972; POB Damascus, Syria; nationality Syria; citizen Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N012430661; alt. Passport N010794545; alt. Passport N007024509; alt. Passport N005668098 (individual) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: GLOBAL VISION GROUP; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

ALCIDES MAGANA, Ramon (a.k.a. ALCIDES MAGANE, Ramon; a.k.a. ALCIDES MAYENA, Ramon; a.k.a. ALCIDEZ MAGANA, Ramon; a.k.a. GONZALEZ QUIONES, Jorge; a.k.a. MAGANA ALCIDES, Ramon; a.k.a. MAGANA, Jorge; a.k.a. MAGNA ALCIDEDES, Ramon; a.k.a. MATA, Alcides; a.k.a. RAMON MAGANA, Alcedis; a.k.a. RAMON MAGANA, Alcides; a.k.a. ROMERO, Antonio); DOB 04 Sep 1957 (individual) [SDNTK].

ALCIDES MAGANE, Ramon (a.k.a. ALCIDES MAGANA, Ramon; a.k.a. ALCIDES MAYENA, Ramon; a.k.a. ALCIDEZ MAGANA, Ramon; a.k.a. GONZALEZ QUIONES, Jorge; a.k.a. MAGANA ALCIDES, Ramon; a.k.a. MAGANA, Jorge; a.k.a. MAGNA ALCIDEDES, Ramon; a.k.a. MATA, Alcides; a.k.a. RAMON MAGANA, Alcedis; a.k.a. RAMON MAGANA, Alcides; a.k.a. ROMERO, Antonio); DOB 04 Sep 1957 (individual) [SDNTK].

ALCIDES MAYENA, Ramon (a.k.a. ALCIDES MAGANA, Ramon; a.k.a. ALCIDES MAGANE, Ramon; a.k.a. ALCIDEZ MAGANA, Ramon; a.k.a. GONZALEZ QUIONES, Jorge; a.k.a.

MAGANA ALCIDES, Ramon; a.k.a. MAGANA, Jorge; a.k.a. MAGNA ALCIDEDES, Ramon; a.k.a. MATA, Alcides; a.k.a. RAMON MAGANA, Alcedis; a.k.a. RAMON MAGANA, Alcides; a.k.a. ROMERO, Antonio); DOB 04 Sep 1957 (individual) [SDNTK].

ALCIDEZ MAGANA, Ramon (a.k.a. ALCIDES MAGANA, Ramon; a.k.a. ALCIDES MAGANE, Ramon; a.k.a. ALCIDES MAYENA, Ramon; a.k.a. GONZALEZ QUIONES, Jorge; a.k.a. MAGANA ALCIDES, Ramon; a.k.a. MAGANA, Jorge; a.k.a. MAGNA ALCIDEDES, Ramon; a.k.a. MATA, Alcides; a.k.a. RAMON MAGANA, Alcedis; a.k.a. RAMON MAGANA, Alcides; a.k.a. ROMERO, Antonio); DOB 04 Sep 1957 (individual) [SDNTK].

ALCO (a.k.a. BEIJING ALITE TECHNOLOGIES CO., LTD.; a.k.a. BEIJING HAILI LIANHE KEJI YOUXIAN GONGSI), 12A Beisanhuan Zhong Road, P.O. Box 3042, Beijing, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

ALCOTECH INTERNATIONAL TRADING DMCC (a.k.a. ALCOTECH IT DMCC), 2968, DMCC Business Centre, Level No 1, Jewellery & Gemplex 3, Dubai, United Arab Emirates; Organization Established Date 07 May 2017; Economic Register Number (CBLS) 11467659 (United Arab Emirates) [RUSSIA-EO14024].

ALCOTECH IT DMCC (a.k.a. ALCOTECH INTERNATIONAL TRADING DMCC), 2968, DMCC Business Centre, Level No 1, Jewellery & Gemplex 3, Dubai, United Arab Emirates; Organization Established Date 07 May 2017; Economic Register Number (CBLS) 11467659 (United Arab Emirates) [RUSSIA-EO14024].

AL-DABASKI, Salim Nur al-Din (a.k.a. AL-DABSKI, Salem Nor Eldin Amohamed; a.k.a. AL-DABSKI, Salim Nur al-Din; a.k.a. AL-DIBISKI, Nur Al-Din; a.k.a. RAGAB, Abdullah; a.k.a. RAJAB, Abdallah; a.k.a. "AL-WARD, 'Abd"; a.k.a. "AL-WARD, Abu"; a.k.a. "AL-WARUD, Abu"; a.k.a. "NAIM, Abu") DOB circa 1963; POB Tripoli, Libya; Passport 1990/345751 (Libya) (individual) [SDGT].

ALDABBAS, Rania (a.k.a. AL DABAS, Rania Raslan; a.k.a. AL DABBAS, Rania Raslan (Arabic: رانية رسلان الدباس); a.k.a. DABAS, Rania Raslan; a.k.a. DABBAS, Rania Raslan), Damascus, Syria; Dubai, United Arab Emirates; DOB 02 Jun 1974; POB Damascus, Syria; nationality Syria; Gender Female; Passport N003000785 (Syria) (individual) [SYRIA-EO13894].

AL-DABSKI, Salem Nor Eldin Amohamed (a.k.a. AL-DABASKI, Salim Nur al-Din; a.k.a. AL-DABSKI, Salim Nur al-Din; a.k.a. AL-DIBISKI, Nur Al-Din; a.k.a. RAGAB, Abdullah; a.k.a. RAJAB, Abdallah; a.k.a. "AL-WARD, 'Abd"; a.k.a. "AL-WARD, Abu"; a.k.a. "AL-WARUD, Abu"; a.k.a. "NAIM, Abu") DOB circa 1963; POB Tripoli, Libya; Passport 1990/345751 (Libya) (individual) [SDGT].

AL-DABSKI, Salim Nur al-Din (a.k.a. AL-DABASKI, Salim Nur al-Din; a.k.a. AL-DABSKI, Salem Nor Eldin Amohamed; a.k.a. AL-DIBISKI, Nur Al-Din; a.k.a. RAGAB, Abdullah; a.k.a. RAJAB, Abdallah; a.k.a. "AL-WARD, 'Abd"; a.k.a. "AL-WARD, Abu"; a.k.a. "AL-WARUD, Abu"; a.k.a. "NAIM, Abu") DOB circa 1963; POB Tripoli, Libya; Passport 1990/345751 (Libya) (individual) [SDGT].

AL-DAFEER, Ali (a.k.a. AL-ZAFIR, Ali); DOB 1962; POB Tartous, Syria; Minister of Communications and Technology; Minister of Telecommunications and Technology (individual) [SYRIA].

AL-DAGHISTANI, Muzayyin, Syria; DOB 03 Apr 1959; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-DAGMA, Aschraf (a.k.a. "NOOR"), Clemens-August Strasse 10, Kolpinghaus, Beckum 59269, Germany; Leipziger Strasse 64, Altenburg 04600, Germany; DOB 28 Apr 1969; POB Abasan, Gaza Strip; nationality possibly Palestinian;arrested 23 Apr 2002 (individual) [SDGT].

AL-DAJ, Mahmoud Abdul-ilah (a.k.a. AL-DJ, Mahmoud (Arabic: محمد الدج); a.k.a. AL-DJ, Mahmoud Abdulilah; a.k.a. DAJ, Mahmoud Abdul-ilah; a.k.a. DAJJ, Mahmoud Abdullah), Syria; DOB 26 Jul 1983; POB Tell Rifaat, Aleppo, Syria; nationality Syria; Gender Male (individual) [SYRIA].

AL-DAJANI, Leila N.S., P.O. Box 1318, Amman, Jordan (individual) [IRAQ2].

AL-DAJANI, Nadim S., P.O. Box 1318, Amman, Jordan (individual) [IRAQ2].

AL-DAJANI, Sa'ad, P.O. Box 1318, Amman, Jordan (individual) [IRAQ2].

AL-DAKHIL, 'Abd al-Rahman (a.k.a. AHMAD, Dilshad; a.k.a. AL-DAKHIL, Abdul Rehman; a.k.a. ALI, Amanat; a.k.a. ALI, Amanatullah; a.k.a. ALI, Amantullah; a.k.a. DILSHAD, Danish; a.k.a. IQBAL, Imanat Ullah), Pakistan; DOB 01 Sep 1964; alt. DOB 01 Mar 1965 to 31 Mar 1965; POB Faisalabad, Pakistan; nationality Pakistan; Gender Male (individual) [SDGT].

AL-DAKHIL, Abdul Rehman (a.k.a. AHMAD, Dilshad; a.k.a. AL-DAKHIL, 'Abd al-Rahman; a.k.a. ALI, Amanat; a.k.a. ALI, Amanatullah; a.k.a. ALI, Amantullah; a.k.a. DILSHAD, Danish; a.k.a. IQBAL, Imanat Ullah), Pakistan; DOB 01 Sep 1964; alt. DOB 01 Mar 1965 to 31 Mar 1965; POB Faisalabad, Pakistan; nationality Pakistan; Gender Male (individual) [SDGT].

AL-DALATI, Ayman, Syria; DOB 20 Aug 1969; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-DAMMAMI, Hussein Ahmad 'Abdallah Ahmad Hussein (a.k.a. HUSAIN, Husain Ahmed Abdulla Ahmed), Iran; Syria; DOB 16 Nov 1989; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1442486 (Bahrain) expires 01 Nov 2017 (individual) [SDGT] (Linked To: AL-ASHTAR BRIGADES).

AL-DANA, Samer (Arabic: سامر الدانا), Damascus, Syria; DOB 01 May 1968; POB Damascus, Syria; nationality Syria; Gender Male; Passport 3463215 (Syria); Brigadier General; Commander of the 41st Brigade of the FOURTH DIVISION of the Syrian Arab Army (individual) [SYRIA-EO13894].

ALDAR PROPERTIES, Al Jazira Street, Bin Mahmoud, Doha, Qatar; Website http://www.aldarproperties.qa; Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: AL-BANAI, Sulaiman).

AL-DARI AL-ZAWBAI, Harith (a.k.a. AL DARI, Hareth; a.k.a. AL-DARI, Harith; a.k.a. AL-DARI, Harith Sulayman; a.k.a. AL-DAURI, Hareth; a.k.a. AL-DHARI, Harith; a.k.a. AL-DHARI, Harith S.; a.k.a. AL-DURI, Harith; a.k.a. DARI AL-ZAWBA'I, Harith), Jordan; Akashat, Iraq; Abu Ghuraib, Iraq; Qatar; Egypt; DOB 1941; POB Baghdad, Iraq; nationality Iraq; citizen Iraq; Passport N348171/IRAQ (Iraq) (individual) [IRAQ3].

AL-DARI AL-ZAWBA'I, Muthanna Harith Sulayman (a.k.a. AL DARI AL-ZAWBA', Doctor Muthanna Harith Sulayman; a.k.a. AL DARI, Dr. Muthanna; a.k.a. AL DARI, Muthana Harith; a.k.a. AL-DARI AL-ZOBAI, Muthanna Harith Sulayman; a.k.a. AL-DARI, Muthanna Harith; a.k.a. AL-DARI, Muthanna Harith Sulayman; a.k.a. AL-DHARI, Muthana Haris; a.k.a. AL-DHARI, Muthanna Hareth; a.k.a. AL-DHARI, Muthanna Harith Sulayman), Amman, Jordan; Khan Dari, Iraq; Asas Village, Abu Ghuraib,

Iraq; Egypt; DOB 16 Jun 1969; nationality Iraq; citizen Iraq (individual) [SDGT].

AL-DARI AL-ZOBAI, Muthanna Harith Sulayman (a.k.a. AL DARI AL-ZAWBA', Doctor Muthanna Harith Sulayman; a.k.a. AL DARI, Dr. Muthanna; a.k.a. AL DARI, Muthana Harith; a.k.a. AL-DARI AL-ZAWBA'I, Muthanna Harith Sulayman; a.k.a. AL-DARI, Muthanna Harith; a.k.a. AL-DARI, Muthanna Harith Sulayman; a.k.a. AL-DHARI, Muthana Haris; a.k.a. AL-DHARI, Muthanna Hareth; a.k.a. AL-DHARI, Muthanna Harith Sulayman), Amman, Jordan; Khan Dari, Iraq; Asas Village, Abu Ghuraib, Iraq; Egypt; DOB 16 Jun 1969; nationality Iraq; citizen Iraq (individual) [SDGT].

AL-DARI, Harith (a.k.a. AL DARI, Hareth; a.k.a. AL-DARI AL-ZAWBAI, Harith; a.k.a. AL-DARI, Harith Sulayman; a.k.a. AL-DAURI, Hareth; a.k.a. AL-DHARI, Harith; a.k.a. AL-DHARI, Harith S.; a.k.a. AL-DURI, Harith; a.k.a. DARI AL-ZAWBA'I, Harith), Jordan; Akashat, Iraq; Abu Ghuraib, Iraq; Qatar; Egypt; DOB 1941; POB Baghdad, Iraq; nationality Iraq; citizen Iraq; Passport N348171/IRAQ (Iraq) (individual) [IRAQ3].

AL-DARI, Harith Sulayman (a.k.a. AL DARI, Hareth; a.k.a. AL-DARI AL-ZAWBAI, Harith; a.k.a. AL-DARI, Harith; a.k.a. AL-DAURI, Hareth; a.k.a. AL-DHARI, Harith; a.k.a. AL-DHARI, Harith S.; a.k.a. AL-DURI, Harith; a.k.a. DARI AL-ZAWBA'I, Harith), Jordan; Akashat, Iraq; Abu Ghuraib, Iraq; Qatar; Egypt; DOB 1941; POB Baghdad, Iraq; nationality Iraq; citizen Iraq; Passport N348171/IRAQ (Iraq) (individual) [IRAQ3].

AL-DARI, Muthanna Harith (a.k.a. AL DARI AL-ZAWBA', Doctor Muthanna Harith Sulayman; a.k.a. AL DARI, Dr. Muthanna; a.k.a. AL DARI, Muthana Harith; a.k.a. AL-DARI AL-ZAWBA'I, Muthanna Harith Sulayman; a.k.a. AL-DARI AL-ZOBAI, Muthanna Harith Sulayman; a.k.a. AL-DARI, Muthanna Harith Sulayman; a.k.a. AL-DHARI, Muthana Haris; a.k.a. AL-DHARI, Muthanna Hareth; a.k.a. AL-DHARI, Muthanna Harith Sulayman), Amman, Jordan; Khan Dari, Iraq; Asas Village, Abu Ghuraib, Iraq; Egypt; DOB 16 Jun 1969; nationality Iraq; citizen Iraq (individual) [SDGT].

AL-DARI, Muthanna Harith Sulayman (a.k.a. AL DARI AL-ZAWBA', Doctor Muthanna Harith Sulayman; a.k.a. AL DARI, Dr. Muthanna; a.k.a. AL DARI, Muthana Harith; a.k.a. AL-DARI AL-ZAWBA'I, Muthanna Harith Sulayman; a.k.a. AL-DARI AL-ZOBAI, Muthanna Harith Sulayman; a.k.a. AL-DARI, Muthanna Harith;

Iraq; Egypt; DOB 16 Jun 1969; nationality Iraq; citizen Iraq (individual) [SDGT].

AL-DARNAVI, Hamza (a.k.a. AL-DARNAWI, Abu-Hamzah; a.k.a. AL-DARNAWI, Hamza; a.k.a. AL-DARNAWI, Hamzah; a.k.a. AL-MASLI, 'Abd al-Hamid Muhammad 'Abd al-Hamid; a.k.a. AL-MASLI, 'Abd-al-Hamid; a.k.a. DARNAVI, Hamza; a.k.a. DARNAWI, Abdullah; a.k.a. DARNAWI, Hamza; a.k.a. DARNAWI, Hamzah; a.k.a. DIRNAWI, Hamzah; a.k.a. MASLI, Hamid; a.k.a. MUSALLI, 'Abd-al-Hamid), Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1976; POB Darnah, Libya; alt. POB Danar, Libya; nationality Libya (individual) [SDGT].

AL-DARNAWI, Abu-Hamzah (a.k.a. AL-DARNAVI, Hamza; a.k.a. AL-DARNAWI, Hamza; a.k.a. AL-DARNAWI, Hamzah; a.k.a. AL-MASLI, 'Abd al-Hamid Muhammad 'Abd al-Hamid; a.k.a. AL-MASLI, 'Abd-al-Hamid; a.k.a. DARNAVI, Hamza; a.k.a. DARNAWI, Abdullah; a.k.a. DARNAWI, Hamza; a.k.a. DARNAWI, Hamzah; a.k.a. DIRNAWI, Hamzah; a.k.a. MASLI, Hamid; a.k.a. MUSALLI, 'Abd-al-Hamid), Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1976; POB Darnah, Libya; alt. POB Danar, Libya; nationality Libya (individual) [SDGT].

AL-DARNAWI, Hamza (a.k.a. AL-DARNAVI, Hamza; a.k.a. AL-DARNAWI, Abu-Hamzah; a.k.a. AL-DARNAWI, Hamzah; a.k.a. AL-MASLI, 'Abd al-Hamid Muhammad 'Abd al-Hamid; a.k.a. AL-MASLI, 'Abd-al-Hamid; a.k.a. DARNAVI, Hamza; a.k.a. DARNAWI, Abdullah; a.k.a. DARNAWI, Hamza; a.k.a. DARNAWI, Hamzah; a.k.a. DIRNAWI, Hamzah; a.k.a. MASLI, Hamid; a.k.a. MUSALLI, 'Abd-al-Hamid), Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1976; POB Darnah, Libya; alt. POB Danar, Libya; nationality Libya (individual) [SDGT].

AL-DARNAWI, Hamzah (a.k.a. AL-DARNAVI, Hamza; a.k.a. AL-DARNAWI, Abu-Hamzah; a.k.a. AL-DARNAWI, Hamza; a.k.a. AL-MASLI, 'Abd al-Hamid Muhammad 'Abd al-Hamid; a.k.a. AL-MASLI, 'Abd-al-Hamid; a.k.a. DARNAVI, Hamza; a.k.a. DARNAWI, Abdullah; a.k.a. DARNAWI, Hamza; a.k.a. DARNAWI, Hamzah; a.k.a. DIRNAWI, Hamzah; a.k.a. MASLI, Hamid; a.k.a. MUSALLI, 'Abd-al-Hamid), Waziristan, Federally Administered Tribal Areas, Pakistan;

DOB 1976; POB Darnah, Libya; alt. POB Danar, Libya; nationality Libya (individual) [SDGT].

AL-DARWISH, Tamam, Syria; DOB 23 Jul 1969; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-DAURI, Hareth (a.k.a. AL DARI, Hareth; a.k.a. AL-DARI AL-ZAWBAI, Harith; a.k.a. AL-DARI, Harith; a.k.a. AL-DARI, Harith Sulayman; a.k.a. AL-DHARI, Harith; a.k.a. AL-DHARI, Harith S.; a.k.a. AL-DURI, Harith; a.k.a. DARI AL-ZAWBA'I, Harith), Jordan; Akashat, Iraq; Abu Ghuraib, Iraq; Qatar; Egypt; DOB 1941; POB Baghdad, Iraq; nationality Iraq; citizen Iraq; Passport N348171/IRAQ (Iraq) (individual) [IRAQ3].

AL-DAWUD, Nariman, Syria; DOB 16 Feb 1973; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-DAYF, Muhammad (a.k.a. AL-MASRI, Mohammed; a.k.a. DEIF, Muhammed), Gaza, Palestinian; DOB 01 Jan 1963 to 31 Dec 1965; POB Khan Younis, Gaza; nationality Palestinian (individual) [SDGT] (Linked To: HAMAS).

AL-DEEN, Saher Burhan (a.k.a. BARHAN, Dr. Sahir; a.k.a. BERHAN, Dr. Sahir; a.k.a. BURHAN, Dr. Sahir; a.k.a. BURHAN, Sahir), United Arab Emirates; Baghdad, Iraq; DOB 1967; nationality Iraq (individual) [IRAQ2].

AL-DEKER, Asef (a.k.a. AL-DIKR, Asf; a.k.a. DAKKAR, Asef), Syria; DOB 1965; POB Jableh, Beit Yashout, Syria; nationality Syria; Gender Male; Brigadier General (individual) [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

AL-DHARI, Harith (a.k.a. AL DARI, Hareth; a.k.a. AL-DARI AL-ZAWBAI, Harith; a.k.a. AL-DARI, Harith; a.k.a. AL-DARI, Harith Sulayman; a.k.a. AL-DAURI, Hareth; a.k.a. AL-DHARI, Harith S.; a.k.a. AL-DURI, Harith; a.k.a. DARI AL-ZAWBA'I, Harith), Jordan; Akashat, Iraq; Abu Ghuraib, Iraq; Qatar; Egypt; DOB 1941; POB Baghdad, Iraq; nationality Iraq; citizen Iraq; Passport N348171/IRAQ (Iraq) (individual) [IRAQ3].

AL-DHARI, Harith S. (a.k.a. AL DARI, Hareth; a.k.a. AL-DARI AL-ZAWBAI, Harith; a.k.a. AL-DARI, Harith; a.k.a. AL-DARI, Harith Sulayman; a.k.a. AL-DAURI, Hareth; a.k.a. AL-DHARI, Harith; a.k.a. AL-DURI, Harith; a.k.a. DARI AL-ZAWBA'I, Harith), Jordan; Akashat, Iraq; Abu Ghuraib, Iraq; Qatar; Egypt; DOB 1941; POB Baghdad, Iraq; nationality Iraq; citizen Iraq;

Passport N348171/IRAQ (Iraq) (individual) [IRAQ3].

AL-DHARI, Muthana Haris (a.k.a. AL DARI AL-ZAWBA', Doctor Muthanna Harith Sulayman; a.k.a. AL DARI, Dr. Muthanna; a.k.a. AL DARI, Muthana Harith; a.k.a. AL-DARI AL-ZAWBA'I, Muthanna Harith Sulayman; a.k.a. AL-DARI AL-ZOBAI, Muthanna Harith Sulayman; a.k.a. AL-DARI, Muthanna Harith; a.k.a. AL-DARI, Muthanna Harith Sulayman; a.k.a. AL-DHARI, Muthanna Hareth; a.k.a. AL-DHARI, Muthanna Harith Sulayman), Amman, Jordan; Khan Dari, Iraq; Asas Village, Abu Ghurayb, Iraq; Egypt; DOB 16 Jun 1969; nationality Iraq; citizen Iraq (individual) [SDGT].

AL-DHARI, Muthanna Hareth (a.k.a. AL DARI AL-ZAWBA', Doctor Muthanna Harith Sulayman; a.k.a. AL DARI, Dr. Muthanna; a.k.a. AL DARI, Muthana Harith; a.k.a. AL-DARI AL-ZAWBA'I, Muthanna Harith Sulayman; a.k.a. AL-DARI AL-ZOBAI, Muthanna Harith Sulayman; a.k.a. AL-DARI, Muthanna Harith; a.k.a. AL-DARI, Muthanna Harith Sulayman; a.k.a. AL-DHARI, Muthana Haris; a.k.a. AL-DHARI, Muthanna Harith Sulayman), Amman, Jordan; Khan Dari, Iraq; Asas Village, Abu Ghurayb, Iraq; Egypt; DOB 16 Jun 1969; nationality Iraq; citizen Iraq (individual) [SDGT].

AL-DHARI, Muthanna Harith Sulayman (a.k.a. AL DARI AL-ZAWBA', Doctor Muthanna Harith Sulayman; a.k.a. AL DARI, Dr. Muthanna; a.k.a. AL DARI, Muthana Harith; a.k.a. AL-DARI AL-ZAWBA'I, Muthanna Harith Sulayman; a.k.a. AL-DARI AL-ZOBAI, Muthanna Harith Sulayman; a.k.a. AL-DARI, Muthanna Harith; a.k.a. AL-DARI, Muthanna Harith Sulayman; a.k.a. AL-DHARI, Muthana Haris; a.k.a. AL-DHARI, Muthanna Hareth), Amman, Jordan; Khan Dari, Iraq; Asas Village, Abu Ghurayb, Iraq; Egypt; DOB 16 Jun 1969; nationality Iraq; citizen Iraq (individual) [SDGT].

AL-DHUBHANI, Adil Abduh Fari Uthman (a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate,

Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

AL-DIABY, Omar (a.k.a. DIABY, Omar; a.k.a. DIABY, Oumar; a.k.a. OMSEN, Omar; a.k.a. OUMSEN, Omar), Syria; DOB 1976; POB Dakar, Senegal (individual) [SDGT].

AL-DIB, Ahmed (Arabic: احمد الديب) (a.k.a. DEEB, Ahmad; a.k.a. DEEB, Ahmed; a.k.a. DIB, Ahmad; a.k.a. DIB, Ahmed (Arabic: احمد ديب); a.k.a. DIBE, Ahmad; a.k.a. DIBE, Ahmed (Arabic: احمد ديبى)), Damascus, Syria; DOB 1961; POB Ayn Al-Tineh Village, Latakia, Syria; nationality Syria; Gender Male; Brigadier General (individual) [SYRIA] (Linked To: SYRIAN GENERAL INTELLIGENCE DIRECTORATE).

AL-DIBISKI, Nur Al-Din (a.k.a. AL-DABASKI, Salim Nur al-Din; a.k.a. AL-DABSKI, Salem Nor Eldin Amohamed; a.k.a. AL-DABSKI, Salim Nur al-Din; a.k.a. RAGAB, Abdullah; a.k.a. RAJAB, Abdallah; a.k.a. "AL-WARD, 'Abd"; a.k.a. "AL-WARD, Abu"; a.k.a. "AL-WARUD, Abu"; a.k.a. "NAIM, Abu") DOB circa 1963; POB Tripoli, Libya; Passport 1990/345751 (Libya) (individual) [SDGT].

AL-DIKR, Asf (a.k.a. AL-DEKER, Asef; a.k.a. DAKKAR, Asef), Syria; DOB 1965; POB Jableh, Beit Yashout, Syria; nationality Syria; Gender Male; Brigadier General (individual) [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

AL-DIN, Haroun Mansour Yaqoub Nasser (Arabic: هارون منصور يعقوب ناصرالدين) (a.k.a. ALDIN, Haroun Nasser; a.k.a. KAYA, Serkan; a.k.a. NASIR-AL-DIN, Harun Mansur Ya'qub; a.k.a. NASR-AL-DIN, Harun), Istanbul, Turkey; DOB 05 Jun 1970; POB Hebron, West Bank; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 904273463 (Palestinian); alt. National ID No. 12216148308 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

ALDIN, Haroun Nasser (a.k.a. AL-DIN, Haroun Mansour Yaqoub Nasser (Arabic: هارون منصور يعقوب ناصرالدين); a.k.a. KAYA, Serkan; a.k.a. NASIR-AL-DIN, Harun Mansur Ya'qub; a.k.a. NASR-AL-DIN, Harun), Istanbul, Turkey; DOB 05 Jun 1970; POB Hebron, West Bank; nationality Palestinian; Gender Male; Secondary

OFFICE OF FOREIGN ASSETS CONTROL

SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 904273463 (Palestinian); alt. National ID No. 12216148308 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

AL-DJ, Mahmoud (Arabic: محمد الدج) (a.k.a. AL-DAJ, Mahmoud Abdul-ilah; a.k.a. AL-DJ, Mahmoud Abdulilah; a.k.a. DAJ, Mahmoud Abdul-ilah; a.k.a. DAJJ, Mahmud Abdullah), Syria; DOB 26 Jul 1983; POB Tell Rifaat, Aleppo, Syria; nationality Syria; Gender Male (individual) [SYRIA].

AL-DJ, Mahmoud Abdulilah (a.k.a. AL-DAJ, Mahmoud Abdul-ilah; a.k.a. AL-DJ, Mahmoud (Arabic: محمد الدج); a.k.a. DAJ, Mahmoud Abdul-ilah; a.k.a. DAJJ, Mahmud Abdullah), Syria; DOB 26 Jul 1983; POB Tell Rifaat, Aleppo, Syria; nationality Syria; Gender Male (individual) [SYRIA].

AL-DJIHAD AL-ISLAMI (a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY JIHOD ITTIHODI; n.k.a. ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY; a.k.a. "IJG") [FTO] [SDGT].

ALDOLEMY, Ahmad Khalaf Shebab (a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

AL-DONYA TELEVISION CHANNEL (a.k.a. ADDOUNIA TV; a.k.a. AL DOUNIA; a.k.a. AL-DUNYA TELEVISION; a.k.a. DUNIA LIMITED LIABILITY COMPANY FOR INFORMATION; a.k.a. DUNIA TELEVISION), Information Free Zone, Damascus, Syria [SYRIA].

AL-DULAYMI, Ahmad Khalaf Shabib (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Passport C00168817 issued 08 Dec 2005 expires 25 May

2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

AL-DULAYMI, Ahmad Shabib (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

AL-DULAYMI, Hasan Hashim Khalaf (a.k.a. "ABU WISSAM"), 30th Street, Al-Yarmuk Area, Jadat Al-Jaysh District, Damascus, Syria; House #43, Lane #17, Subdivision #808, Al-Dawrah, Baghdad, Iraq; DOB 1942; POB Baghdad, Iraq; nationality Iraq (individual) [IRAQ2].

AL-DULAYMI, Latif Nusayyif Jasim; DOB circa 1941; POB Ar-Rashidiya suburb of Baghdad, Iraq; nationality Iraq; Former Ba'th party military bureau deputy chairman (individual) [IRAQ2].

AL-DUNYA TELEVISION (a.k.a. ADDOUNIA TV; a.k.a. AL DOUNIA; a.k.a. AL-DONYA TELEVISION CHANNEL; a.k.a. DUNIA LIMITED LIABILITY COMPANY FOR INFORMATION; a.k.a. DUNIA TELEVISION), Information Free Zone, Damascus, Syria [SYRIA].

AL-DURI, Harith (a.k.a. AL DARI, Hareth; a.k.a. AL-DARI AL-ZAWBAI, Harith; a.k.a. AL-DARI, Harith; a.k.a. AL-DARI, Harith Sulayman; a.k.a. AL-DAURI, Hareth; a.k.a. AL-DHARI, Harith; a.k.a. AL-DHARI, Harith S.; a.k.a. DARI AL-ZAWBA'I, Harith), Jordan; Akashat, Iraq; Abu Ghuraib, Iraq; Qatar; Egypt; DOB 1941; POB Baghdad, Iraq; nationality Iraq; citizen Iraq; Passport N348171/IRAQ (Iraq) (individual) [IRAQ3].

AL-DURI, Izzat Ibrahim (a.k.a. "ABU AHMAD"; a.k.a. "ABU BRAYS"); DOB circa 1942; POB al-Dur, Iraq; nationality Iraq; Former deputy commander-in-chief of Iraqi military; deputy secretary, Former Ba'th party regional command; Former vice chairman, Revolutionary Command Council (individual) [IRAQ2].

AL-DURI, Jawhar Majid, Iraq; DOB circa 1942; POB Al-Dur, Iraq; nationality Iraq; wife of Izzat Ibrahim Al-Duri (individual) [IRAQ2].

AL-DURI, Thabet, Karkh District, Baghdad, Iraq; Rukan al-Din, Syria; DOB 1943; alt. DOB 1944; POB Dur, Iraq (individual) [IRAQ2].

AL-DUWAIK, Aiman Ahmad (Arabic: أمين أحمد الدويك (رشاد) (a.k.a. AL DUWAIK, Aiman Ahmad R; a.k.a. AL-DUWAIK, Aiman Ahmad Rashed), Turkey; Algeria; DOB 24 Sep 1962; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

AL-DUWAIK, Aiman Ahmad Rashed (a.k.a. AL DUWAIK, Aiman Ahmad R; a.k.a. AL-DUWAIK, Aiman Ahmad (Arabic: أمين أحمد رشاد الدويك))), Turkey; Algeria; DOB 24 Sep 1962; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

ALE ALI, Mohammad Reza; POB Shemiran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 0451519639 (Iran) (individual) [SDGT] [IFSR] (Linked To: ANSAR EXCHANGE).

ALEIK, Kassem (a.k.a. 'ALIQ, Hajj Qasim; a.k.a. 'ALIQ, Qasem; a.k.a. ALIQ, Qasim; a.k.a. 'ULAYQ, Qasim); DOB 1956; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

ALEJOS CAMBARA, Gustavo (a.k.a. ALEJOS CAMBARA, Gustavo Adolfo), Guatemala; DOB 25 Oct 1966; POB Guatemala; nationality Guatemala; Gender Male; Passport 00728220K (Guatemala) expires 26 Jul 2009 (individual) [GLOMAG].

ALEJOS CAMBARA, Gustavo Adolfo (a.k.a. ALEJOS CAMBARA, Gustavo), Guatemala; DOB 25 Oct 1966; POB Guatemala; nationality Guatemala; Gender Male; Passport 00728220K (Guatemala) expires 26 Jul 2009 (individual) [GLOMAG].

ALEJOS LORENZANA, Felipe (a.k.a. ALEJOS, Felipe), Guatemala; DOB 03 Oct 1984; POB Guatemala; nationality Guatemala; Gender Male; Passport 157297144 (Guatemala) expires 09 May 2023; alt. Passport 157297148 (Guatemala) expires 20 Apr 2017 (individual) [GLOMAG].

ALEJOS, Felipe (a.k.a. ALEJOS LORENZANA, Felipe), Guatemala; DOB 03 Oct 1984; POB Guatemala; nationality Guatemala; Gender Male; Passport 157297144 (Guatemala) expires 09 May 2023; alt. Passport 157297148 (Guatemala) expires 20 Apr 2017 (individual) [GLOMAG].

ALEKHIN, Andrey Anatolyevich (Cyrillic: АЛЕХИН, Андрей Анатольевич), Russia; DOB 09 Feb 1959; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ALEKSANDROV SCIENTIFIC RESEARCH TECHNOLOGICAL INSTITUTE NITI (a.k.a. FEDERAL STATE UNITARY ENTERPRISE ALEXANDROV RESEARCH INSTITUTE OF TECHNOLOGY; a.k.a. FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE NAUCHNO ISSLEDOVATELSKII TEKHNOLOGICHESKII INSTITUT IMENI AP ALEKSANDROVA; a.k.a. FGUP NITI IM AP ALEKSANDROVA), Koporskoe Highway, House 72, Sosnovy Bor 188540, Russia; Organization Established Date 1962; Tax ID No. 4714000067 (Russia); Registration Number 1024701759565 (Russia) [RUSSIA-EO14024].

ALEKSEENKO, Andrey Anatolevich (a.k.a. ALEKSEENKO, Andrey Anatolevich (Cyrillic: АЛЕКСЕЕНКО, Андрей Анатольевич), 116 Sormovskaya St, Apartment 51, Krasnodar, Krasnodar Territory, Russia; DOB 23 Apr 1978; POB Novopokrovskaya neighborhood, Krasnodar Territory, Russia; nationality Russia; Gender Male; Passport 24AG617168 (Russia) (individual) [RUSSIA-EO14024].

ALEKSEENKO, Andrey Anatolevich (Cyrillic: АЛЕКСЕЕНКО, Андрей Анатольевич) (a.k.a. ALEKSEENKO, Andrey Anatolevich), 116 Sormovskaya St, Apartment 51, Krasnodar, Krasnodar Territory, Russia; DOB 23 Apr 1978; POB Novopokrovskaya neighborhood, Krasnodar Territory, Russia; nationality Russia; Gender Male; Passport 24AG617168 (Russia) (individual) [RUSSIA-EO14024].

ALEKSEEV, Mikhail (a.k.a. ALEKSEEV, Mikhail Yurevich (Cyrillic: АЛЕКСЕЕВ, Михаил Юрьевич); a.k.a. ALEKSEYEV, Mikhail Yurievich; a.k.a. ALEXEEV, Mikhail Yurievich; a.k.a. ALEXEYEV, Mikhail Iurievich), 4 Usievicha St. Apt. 45, H., Moscow 125319, Russia; DOB 04 Jan 1964; POB Moscow, Russia; nationality Russia; Gender Male; Passport 220051483 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT

STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

ALEKSEEV, Mikhail Yurevich (Cyrillic: АЛЕКСЕЕВ, Михаил Юрьевич) (a.k.a. ALEKSEEV, Mikhail; a.k.a. ALEKSEYEV, Mikhail Yurievich; a.k.a. ALEXEEV, Mikhail Yurievich; a.k.a. ALEXEYEV, Mikhail Iurievich), 4 Usievicha St. Apt. 45, H., Russia; DOB 04 Jan 1964; POB Moscow, Russia; nationality Russia; Gender Male; Passport 220051483 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

ALEKSEEV, Oleg Aleksandrovich (Cyrillic: АЛЕКСЕЕВ, Олег Александрович) (a.k.a. ALEKSEYEV, Oleg Aleksandrovich), Russia; DOB 21 Dec 1967; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ALEKSEYEV, Mikhail Yurievich (a.k.a. ALEKSEEV, Mikhail; a.k.a. ALEKSEEV, Mikhail Yurevich (Cyrillic: АЛЕКСЕЕВ, Михаил Юрьевич); a.k.a. ALEXEEV, Mikhail Yurievich; a.k.a. ALEXEYEV, Mikhail Iurievich), 4 Usievicha St. Apt. 45, H., Moscow 125319, Russia; DOB 04 Jan 1964; POB Moscow, Russia; nationality Russia; Gender Male; Passport 220051483 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

ALEKSEYEV, Oleg Aleksandrovich (a.k.a. ALEKSEEV, Oleg Aleksandrovich (Cyrillic: АЛЕКСЕЕВ, Олег Александрович)), Russia; DOB 21 Dec 1967; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ALEKSEYEV, Sergey Sergeyevich (a.k.a. "ALEKSEEV, Sergei"; a.k.a. "ALEKSEEV, Sergey"), Tatarstan, Russia; DOB 26 Mar 1983; nationality Russia; Gender Male; Passport 720371125 (Russia) expires 24 Jul 2022 (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

ALEKSIN, Aliaksei (a.k.a. ALEKSIN, Aliaksey (Cyrillic: АЛЕКСIН, Аляксей); a.k.a. ALEKSIN, Aliaksey Ivanavich (Cyrillic: АЛЕКСIН, Аляксей Iванавiч); a.k.a. OLEKSIN, Aleksey; a.k.a. OLEKSIN, Alexei a.k.a. OLEKSIN, Alexei Ivanovich (Cyrillic: ОЛЕКСИН, Алексей

Иванович); a.k.a. OLEKSIN, Alexey, Lyn'kova Street, 43-51, Minsk 220124, Belarus; DOB 29 Oct 1966; nationality Belarus; Gender Male (individual) [BELARUS].

ALEKSIN, Aliaksey (Cyrillic: АЛЕКСІН, Аляксей) (a.k.a. ALEKSIN, Aliaksei; a.k.a. ALEKSIN, Aliaksey Ivanavich (Cyrillic: АЛЕКСІН, Аляксей Іванавіч); a.k.a. OLEKSIN, Aleksey; a.k.a. OLEKSIN, Alexei; a.k.a. OLEKSIN, Alexei Ivanovich (Cyrillic: ОЛЕКСИН, Алексей Иванович); a.k.a. OLEKSIN, Alexey, Lyn'kova Street, 43-51, Minsk 220124, Belarus; DOB 29 Oct 1966; nationality Belarus; Gender Male (individual) [BELARUS].

ALEKSIN, Aliaksey Ivanavich (Cyrillic: АЛЕКСІН, Аляксей Іванавіч) (a.k.a. ALEKSIN, Aliaksei; a.k.a. ALEKSIN, Aliaksey (Cyrillic: АЛЕКСІН, Аляксей); a.k.a. OLEKSIN, Aleksey; a.k.a. OLEKSIN, Alexei; a.k.a. OLEKSIN, Alexei Ivanovich (Cyrillic: ОЛЕКСИН, Алексей Иванович); a.k.a. OLEKSIN, Alexey, Lyn'kova Street, 43-51, Minsk 220124, Belarus; DOB 29 Oct 1966; nationality Belarus; Gender Male (individual) [BELARUS].

ALEKSIN, Dzmitry Aliakseevich (Cyrillic: АЛЕКСІН, Дзмітрый Аляксеевіч) (a.k.a. OLEKSIN, Dmitry Alexeevich (Cyrillic: ОЛЕКСИН, Дмитрий Алексеевич)), Belarus; DOB 25 Apr 1987; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

ALEKSIN, Vital Aliakseevich (Cyrillic: АЛЯКСІН, Віталь Аляксеевіч) (a.k.a. OLEKSIN, Vitaliy Alexeevich (Cyrillic: ОЛЕКСИН, Виталий Алексеевич)), Belarus; DOB 29 Aug 1997; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

ALEKSINA, Ina Vladimirovna (a.k.a. OLEKSINA, Inna; a.k.a. OLEKSINA, Inna Vladimirovna; a.k.a. OLEXINA, Inna Vladimirovna), Belarus; DOB 14 May 1966; nationality Russia; Gender Female; Tax ID No. 8000027-29309 (Russia) (individual) [BELARUS-EO14038].

ALEKSINSKII KHIMICHESKII KOMBINAT (a.k.a. ALEKSINSKY CHEMICAL COMBINE; a.k.a. ALEKSINSKY CHEMICAL PLANT; a.k.a. "AKHK"), pl. Pobedy D. 21, Aleksin 301361, Russia; Tax ID No. 7111003056 (Russia); Registration Number 1027100507510 (Russia) [RUSSIA-EO14024].

ALEKSINSKY CHEMICAL COMBINE (a.k.a. ALEKSINSKII KHIMICHESKII KOMBINAT; a.k.a. ALEKSINSKY CHEMICAL PLANT; a.k.a. "AKHK"), pl. Pobedy D. 21, Aleksin 301361, Russia; Tax ID No. 7111003056 (Russia);

Registration Number 1027100507510 (Russia) [RUSSIA-EO14024].

ALEKSINSKY CHEMICAL PLANT (a.k.a. ALEKSINSKII KHIMICHESKII KOMBINAT; a.k.a. ALEKSINSKY CHEMICAL COMBINE; a.k.a. "AKHK"), pl. Pobedy D. 21, Aleksin 301361, Russia; Tax ID No. 7111003056 (Russia); Registration Number 1027100507510 (Russia) [RUSSIA-EO14024].

ALEL TECHNOLOGIES LLC, 778 Boylston Street, Unit 6B, Boston, MA 02199, United States; DE, United States; TX, United States; CA, United States; Tax ID No. 32071216470 (Texas) (United States); File Number 7136946 (Delaware) (United States) [VENEZUELA-EO13850].

ALEMAN MEZA, Oscar, Mexico; DOB 17 Apr 1962; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. AEMO620417HSLLZS07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ALENEZI, Mohammad H A F (a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shiryan; a.k.a. AL-ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Sharyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd al-Rahman Fayhan Sharban; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. AL-SHAMMARI, Muhammad; a.k.a. "AL-KUWAITI, Abu Hudhayfa"; a.k.a. "HUDAYTH, Abu"; a.k.a. "HUDHAYFAH, Abu"), Kuwait; DOB 26 May 1986; nationality Kuwait; citizen Kuwait; Gender Male (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

ALEONG, Eddie (a.k.a. MOHAMMED, Ishmael; a.k.a. MUHAMMAD, Ishmail; a.k.a. YONG, Isma'il 'Ali), Trinidad and Tobago; DOB 14 Aug 1984; nationality Trinidad and Tobago; Gender Male; National ID No. 19840814025 (Trinidad and Tobago); Identification Number 752536B (Trinidad and Tobago) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALEPH (a.k.a. A.I.C. COMPREHENSIVE RESEARCH INSTITUTE; a.k.a. A.I.C. SOGO KENKYUSHO; a.k.a. AUM SHINRIKYO; a.k.a. AUM SUPREME TRUTH) [SDGT].

ALESMAIL, Omar Abdulhameed (a.k.a. AL-KHATUNI, Umar Abdul Hamid Salim Brukan), Mersin, Turkey; DOB 15 May 1995; POB Mosul,

Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALESSAWI, Khamis F Ali (a.k.a. ALI, Khamees Farhan Ali; a.k.a. ALI, Khames Farhan Ali; a.k.a. AL-ISSAWI, Khamis Farhan Al-Khanjar; a.k.a. AL-KHANJAR, Khamis), Jordan; Iraq; DOB 1965; alt. DOB 08 Sep 1968; alt. DOB 08 Sep 1965; POB Fallujah, Iraq; nationality Iraq; Gender Male; Passport D1022354 (Iraq) expires 21 May 2023 (individual) [GLOMAG].

ALEX, Maiko Joseph (a.k.a. HAJI, Ali Khatib; a.k.a. HAJI, Ali Khatibu; a.k.a. HASSAN, Ali Khatib Haji; a.k.a. SHAKUR, Abdallah; a.k.a. "SHIKUBA"; a.k.a. "SHKUBA"); DOB 05 Jun 1970; alt. DOB 01 Jan 1963; alt. DOB 08 Jun 1970; POB Zanzibar, Tanzania; alt. POB Dar es Salaam, Tanzania; nationality Tanzania; citizen Tanzania; Gender Male; Passport AB269600 (Tanzania); alt. Passport AB360821 (Tanzania); alt. Passport AB564505 (Tanzania); alt. Passport A0389018 (Tanzania); alt. Passport AB179561 (Tanzania); alt. Passport A0010167 (Tanzania) (individual) [SDNTK].

ALEXANDER ELECTRIC DON (a.k.a. "AEDON"), Druzhinnikov, 5B, / Druzhinnikov 1, Voronezh 394026, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3662055600 (Russia); Registration Number 1023601580045 (Russia) [RUSSIA-EO14024].

ALEXANDER ELECTRIC POWER SUPPLIES (a.k.a. "AEIEP"), Ul. Shchepkina D. 25/20, Kom. 14, Moscow 129090, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7702231308 (Russia); Registration Number 1027700115574 (Russia) [RUSSIA-EO14024].

ALEXANDROV, Aleksey Alexandrovich (a.k.a. ALEXANDROV, Alexey (Cyrillic: АЛЕКСАНДРОВ, Алексей); a.k.a. ALEXANDROV, Alexey Alexandrovich (Cyrillic: АЛЕКСАНДРОВ, Алексей Александрович); a.k.a. FROLOV, Aleksey Andreevich; a.k.a.

FROLOV, Alexey (Cyrillic: ФРОЛОВ, Алексей)), Moscow, Russia; DOB 16 Jun 1981; alt. DOB 16 Jun 1980; nationality Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

ALEXANDROV, Alexey (Cyrillic: АЛЕКСАНДРОВ, Алексей) (a.k.a. ALEXANDROV, Aleksey Alexandrovich; a.k.a. ALEXANDROV, Alexey Alexandrovich (Cyrillic: АЛЕКСАНДРОВ, Алексей Александрович); a.k.a. FROLOV, Alexey Andreevich; a.k.a. FROLOV, Alexey (Cyrillic: ФРОЛОВ, Алексей)), Moscow, Russia; DOB 16 Jun 1981; alt. DOB 16 Jun 1980; nationality Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

ALEXANDROV, Alexey Alexandrovich (Cyrillic: АЛЕКСАНДРОВ, Алексей Александрович) (a.k.a. ALEXANDROV, Aleksey Alexandrovich; a.k.a. ALEXANDROV, Alexey (Cyrillic: АЛЕКСАНДРОВ, Алексей); a.k.a. FROLOV, Aleksey Andreevich; a.k.a. FROLOV, Alexey (Cyrillic: ФРОЛОВ, Алексей)), Moscow, Russia; DOB 16 Jun 1981; alt. DOB 16 Jun 1980; nationality Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

ALEXANDROV, Vladimir Gheorghievici (a.k.a. ANTIUFEEV, Vladimir Iurievici; a.k.a. ANTIUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir Yuryevich; a.k.a. SHEVTSOV, Vadim; a.k.a. SHEVTSOV, Vadim Gheorghievici; a.k.a. SHEVTSOV, Vladimir); DOB 19 Feb 1951; POB Novosibirsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ALEXEEV, Mikhail Yurievich (a.k.a. ALEKSEEV, Mikhail; a.k.a. ALEKSEEV, Mikhail Yurievich (Cyrillic: АЛЕКСЕЕВ, Михаил Юрьевич); a.k.a. ALEKSEYEV, Mikhail Yurievich; a.k.a. ALEXEYEV, Mikhail Iurievich), 4 Usievicha St. Apt. 45, H., Moscow 125319, Russia; DOB 04 Jan 1964; POB Moscow, Russia; nationality Russia; Gender Male; Passport 220051483 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

ALEXEEV, Vladimir (a.k.a. ALEXEYEV, Vladimir; a.k.a. PANAIEV, Vladimir Aleksandrovich; a.k.a. PANYAEV, Vladimir (Cyrillic: ПАНЯЕВ, Владимир); a.k.a. PANYAEV, Vladimir Alexandrovich (Cyrillic: ПАНЯЕВ, Владимир

Александрович)), Moscow, Russia; DOB 25 Nov 1980; POB Serdobsk, Penza Oblast, Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

ALEXEYENKO, Nikolay Nikolayevich (Cyrillic: АЛЕКСЕЕНКО, Николай Николаевич), Russia; DOB 29 Nov 1971; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ALEXEYEV, Mikhail Iurievich (a.k.a. ALEKSEEV, Mikhail; a.k.a. ALEKSEEV, Mikhail Yurevich (Cyrillic: АЛЕКСЕЕВ, Михаил Юрьевич); a.k.a. ALEKSEYEV, Mikhail Yurievich; a.k.a. ALEXEEV, Mikhail Yurievich), 4 Usievicha St. Apt. 45, H., Moscow 125319, Russia; DOB 04 Jan 1964; POB Moscow, Russia; nationality Russia; Gender Male; Passport 220051483 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

ALEXEYEV, Vladimir (a.k.a. ALEXEEV, Vladimir; a.k.a. PANAIEV, Vladimir Aleksandrovich; a.k.a. PANYAEV, Vladimir (Cyrillic: ПАНЯЕВ, Владимир); a.k.a. PANYAEV, Vladimir Alexandrovich (Cyrillic: ПАНЯЕВ, Владимир Александрович)), Moscow, Russia; DOB 25 Nov 1980; POB Serdobsk, Penza Oblast, Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

ALEXSEYEV, Vladimir Stepanovich; DOB 24 Apr 1961; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 100115154 (Russia); First Deputy Chief of GRU (individual) [CYBER2] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

ALEXSONG PTE LTD (f.k.a. CHAMPION WAY PTE LTD), Albert Street 60 #10-40, City-Beach Road, Singapore 189969, Singapore; Registration Number 199104462G (Singapore) [RUSSIA-EO14024].

ALFA CAPITAL MARKETS LTD, Elenion Building, Themistokli Dervi 5, Nicosia 1066, Cyprus; Organization Established Date 06 Dec 2019; Registration Number C404988 (Cyprus) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALFA-BANK).

ALFA LIMITED LIABILITY COMPANY (a.k.a. "LLC ALFA"), Ul. 2-YA Alekseevskaya D. 7, Lit. A, Pomeshch. 25N, Office 2, Saint Petersburg 197375, Russia; Organization Established Date

15 Feb 2022; Tax ID No. 7802921915 (Russia); Registration Number 1227800017818 (Russia) [RUSSIA-EO14024].

ALFA LOGISTICS FZCO, Office 4EA 324, Dubai Airport Free Zone, Dubai, United Arab Emirates; License 05136 (United Arab Emirates); Economic Register Number (CBLS) 12075023 (United Arab Emirates) [RUSSIA-EO14024].

ALFA MACHINERY GROUP (a.k.a. KOMPANIYA AMG), ul. Kuskovskaya d. 20A, pom. XIIA komn. 114, Moscow 111141, Russia; Tax ID No. 7720821959 (Russia); Registration Number 1147746889531 (Russia) [RUSSIA-EO14024].

ALFA ONE, C.A., Av. Principal, Manzana 26, Cto. Empres. Piacoa, piso 1, Ofic. 4, Zona In. Los Pinos, Puerto Ordaz, Estado Bolivar, Venezuela; RIF # J-31482089-3 (Venezuela) [SDNTK].

ALFA SPETZNAZ (a.k.a. KGB ALFA; a.k.a. KGB ALPHA (Cyrillic: КГБ АЛЬФА); a.k.a. "ALPHA GROUP"; a.k.a. "ALPHA UNIT"), Minsk, Belarus [BELARUS].

ALFA-BANK (a.k.a. AO ALFA-BANK (Cyrillic: АО АЛЬФА-БАНК); a.k.a. JOINT STOCK COMPANY ALFA-BANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АЛЬФА-БАНК); a.k.a. JSC ALFA-BANK; f.k.a. OPEN JOINT STOCK COMPANY ALFA-BANK), Kalanchevskaya Street 27, Moscow 107078, Russia (Cyrillic: Ул. Каланчевская, Д.27, Город москва 107078, Russia); 27, Kalanchyovskaya Ul., Moscow 107078, Russia; SWIFT/BIC ALFARUMM; Website alfabank.ru; alt. Website alfabank.com; BIK (RU) 044525593; Organization Established Date 1990; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7728168971 (Russia); Registration Number 1027700067328 (Russia) [RUSSIA-EO14024].

AL-FADEL EXCHANGE AND INTERNATIONAL TRANSFER COMPANY (a.k.a. AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY (Arabic: شركة الفاضل للصرافة والتحويلات المالية); a.k.a. AL-FADEL EXCHANGE PRIVATE JOINT STOCK COMPANY; a.k.a. AL-FADEL MONEY TRANSFER AND EXCHANGE PRIVATE JSC), Al-Fardous Street, Damascus, Syria; March 8th Street, Al-Sarraj Building, Ground Floor, Lattakia, Syria; Al-Express Street, Al-Farqan Quarter, Aleppo, Syria; Al-Mazza Highway, Damascus, Syria; Sayyida Zeynab, Damascus, Syria; Main Street, Jeremana, Damascus, Syria; Website https://alfadelex.com [SYRIA] [SYRIA-CAESAR].

AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY (Arabic: شركة الفاضل للصرافة والتحويلات المالية) (a.k.a. AL-FADEL EXCHANGE AND INTERNATIONAL TRANSFER COMPANY; a.k.a. AL-FADEL EXCHANGE PRIVATE JOINT STOCK COMPANY; a.k.a. AL-FADEL MONEY TRANSFER AND EXCHANGE PRIVATE JSC), Al-Fardous Street, Damascus, Syria; March 8th Street, Al-Sarraj Building, Ground Floor, Lattakia, Syria; Al-Express Street, Al-Farqan Quarter, Aleppo, Syria; Al-Mazza Highway, Damascus, Syria; Sayyida Zeynab, Damascus, Syria; Main Street, Jeremana, Damascus, Syria; Website https://alfadelex.com [SYRIA] [SYRIA-CAESAR].

AL-FADEL EXCHANGE PRIVATE JOINT STOCK COMPANY (a.k.a. AL-FADEL EXCHANGE AND INTERNATIONAL TRANSFER COMPANY; a.k.a. AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY (Arabic: شركة الفاضل للصرافة والتحويلات المالية); a.k.a. AL-FADEL MONEY TRANSFER AND EXCHANGE PRIVATE JSC), Al-Fardous Street, Damascus, Syria; March 8th Street, Al-Sarraj Building, Ground Floor, Lattakia, Syria; Al-Express Street, Al-Farqan Quarter, Aleppo, Syria; Al-Mazza Highway, Damascus, Syria; Sayyida Zeynab, Damascus, Syria; Main Street, Jeremana, Damascus, Syria; Website https://alfadelex.com [SYRIA] [SYRIA-CAESAR].

AL-FADEL MONEY TRANSFER AND EXCHANGE PRIVATE JSC (a.k.a. AL-FADEL EXCHANGE AND INTERNATIONAL TRANSFER COMPANY; a.k.a. AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY (Arabic: شركة الفاضل للصرافة والتحويلات المالية); a.k.a. AL-FADEL EXCHANGE

PRIVATE JOINT STOCK COMPANY), Al-Fardous Street, Damascus, Syria; March 8th Street, Al-Sarraj Building, Ground Floor, Lattakia, Syria; Al-Express Street, Al-Farqan Quarter, Aleppo, Syria; Al-Mazza Highway, Damascus, Syria; Sayyida Zeynab, Damascus, Syria; Main Street, Jeremana, Damascus, Syria; Website https://alfadelex.com [SYRIA] [SYRIA-CAESAR].

AL-FADHALI, 'Abdalaziz 'Ad'ai Samin Fadhli (a.k.a. AL-FADHIL, 'Abd al-Aziz Aday Zimin; a.k.a. AL-FADHL, 'Abd al-Aziz Udai Samin; a.k.a. AL-FADHLI, 'Abd al-Aziz 'Adhay Zimin; a.k.a. AL-FADHLI, 'Abd al-Aziz Udai Samin); DOB 27 Aug 1981; POB Kuwait; Identification Number 281082701081 (individual) [SDGT].

AL-FADHIL, 'Abd al-Aziz Aday Zimin (a.k.a. AL-FADHALI, 'Abdalaziz 'Ad'ai Samin Fadhli; a.k.a. AL-FADHL, 'Abd al-Aziz Udai Samin; a.k.a. AL-FADHLI, 'Abd al-Aziz 'Adhay Zimin; a.k.a. AL-FADHLI, 'Abd al-Aziz Udai Samin); DOB 27 Aug 1981; POB Kuwait; Identification Number 281082701081 (individual) [SDGT].

AL-FADHL, 'Abd al-Aziz Udai Samin (a.k.a. AL-FADHALI, 'Abdalaziz 'Ad'ai Samin Fadhli; a.k.a. AL-FADHIL, 'Abd al-Aziz Aday Zimin; a.k.a. AL-FADHLI, 'Abd al-Aziz 'Adhay Zimin; a.k.a. AL-FADHLI, 'Abd al-Aziz Udai Samin); DOB 27 Aug 1981; POB Kuwait; Identification Number 281082701081 (individual) [SDGT].

AL-FADHLI, 'Abd al-Aziz 'Adhay Zimin (a.k.a. AL-FADHALI, 'Abdalaziz 'Ad'ai Samin Fadhli; a.k.a. AL-FADHIL, 'Abd al-Aziz Aday Zimin; a.k.a. AL-FADHL, 'Abd al-Aziz Udai Samin; a.k.a. AL-FADHLI, 'Abd al-Aziz Udai Samin); DOB 27 Aug 1981; POB Kuwait; Identification Number 281082701081 (individual) [SDGT].

AL-FADHLI, 'Abd al-Aziz Udai Samin (a.k.a. AL-FADHALI, 'Abdalaziz 'Ad'ai Samin Fadhli; a.k.a. AL-FADHIL, 'Abd al-Aziz Aday Zimin; a.k.a. AL-FADHL, 'Abd al-Aziz Udai Samin; a.k.a. AL-FADHLI, 'Abd al-Aziz 'Adhay Zimin); DOB 27 Aug 1981; POB Kuwait; Identification Number 281082701081 (individual) [SDGT].

AL-FADHLI, Muhsin aka ABU MAJID SAMIYAH; a.k.a. AL-FADHLI, Muhsin Fadhil 'Ayyid; a.k.a. AL-FADHLI, Muhsin Fadil Ayid Ashur; a.k.a. "ABU SAMIA"), Block Four, Street 13, House # 179, Kuwait City, Al-Riqqa area, Kuwait; DOB 24 Apr 1981; Passport 106261543 (Kuwait) (individual) [SDGT].

AL-FADHLI, Muhsin Fadhil 'Ayyid (a.k.a. ABU MAJID SAMIYAH; a.k.a. AL-FADHLI, Muhsin; a.k.a. AL-FADHLI, Muhsin Fadil Ayid Ashur; a.k.a. "ABU SAMIA"), Block Four, Street 13,

House # 179, Kuwait City, Al-Riqqa area, Kuwait; DOB 24 Apr 1981; Passport 106261543 (Kuwait) (individual) [SDGT].

AL-FADHLI, Muhsin Fadil Ayid Ashur (a.k.a. ABU MAJID SAMIYAH; a.k.a. AL-FADHLI, Muhsin; a.k.a. AL-FADHLI, Muhsin Fadhil 'Ayyid; a.k.a. "ABU SAMIA"), Block Four, Street 13, House # 179, Kuwait City, Al-Riqqa area, Kuwait; DOB 24 Apr 1981; Passport 106261543 (Kuwait) (individual) [SDGT].

ALFA-DIRECT (a.k.a. ALFA-DIRECT SERVICE LLC; a.k.a. THE SOCIETY WITH LIMITED AUTHORITY ALFA DIRECT SERVICE), ul. Kalanchevskaya d. 27, Moscow 107078, Russia; Organization Established Date 13 Jan 2000; Tax ID No. 7728503080 (Russia); Registration Number 1037728063515 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALFA-BANK).

ALFA-DIRECT SERVICE LLC (a.k.a. ALFA-DIRECT; a.k.a. THE SOCIETY WITH LIMITED AUTHORITY ALFA DIRECT SERVICE), ul. Kalanchevskaya d. 27, Moscow 107078, Russia; Organization Established Date 13 Jan 2000; Tax ID No. 7728503080 (Russia); Registration Number 1037728063515 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALFA-BANK).

ALFA-FOREX LLC (a.k.a. "ALFA-FOREKS"), Ul. Mashi Poryvaevoi D. 7, Str. 1, Floor 1, Moscow 107078, Russia; Organization Established Date 30 Jun 2016; Tax ID No. 7708294216 (Russia); Registration Number 1167746614947 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALFA-BANK).

AL-FAGEAH, Sa'd Rashid Muhammed (a.k.a. AL FAQIH, Saad ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ad; a.k.a. AL-FAQIH, Saad; a.k.a. AL-FAQIH, Saad Rashed Mohammad; a.k.a. AL-FAQIH, Sa'd; a.k.a. "ABU UTHMAN"), London, United Kingdom; DOB 01 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT].

ALFAGIH, Saad (a.k.a. AL FAQIH, Saad; a.k.a. AL-FAGEAH, Sa'd Rashid Muhammed; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ad; a.k.a. AL-FAQIH, Saad Rashed Mohammad; a.k.a. AL-FAQIH, Sa'd; a.k.a. "ABU UTHMAN"), London, United Kingdom; DOB 01 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia;

Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT].

AL-FAGIH, Saad (a.k.a. AL FAQIH, Saad; a.k.a. AL-FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ad; a.k.a. AL-FAQIH, Saad; a.k.a. AL-FAQIH, Saad Rashed Mohammad; a.k.a. AL-FAQIH, Sa'd; a.k.a. "ABU UTHMAN"), London, United Kingdom; DOB 01 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT].

AL-FAISAL, Abdullah Ibrahim (a.k.a. EL-FAISAL, Abdulla; a.k.a. FAISAL, Abdullah; a.k.a. FORREST, Trevor William), 8 Windsor Road, Spanishtown, Jamaica; DOB 09 Oct 1963; alt. DOB 10 Sep 1963; POB Jamaica; Gender Male; Passport A2791188; National ID No. 119458128 (Jamaica) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-FAKHER ADVANCED WORKS CO. LTD. (a.k.a. AL FAKHER COMPANY), Sudan; Organization Established Date 01 Jan 2015; Organization Type: Wholesale of metals and metal ores [SUDAN-EO14098].

AL-FAKHURI, Husam 'Adbd-al-Barr, Syria; DOB 10 Feb 1973; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-FAKIH, Saad (a.k.a. AL FAQIH, Saad; a.k.a. AL-FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ad; a.k.a. AL-FAQIH, Saad; a.k.a. AL-FAQIH, Saad Rashed Mohammad; a.k.a. AL-FAQIH, Sa'd; a.k.a. "ABU UTHMAN"), London, United Kingdom; DOB 01 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT].

ALFA-LEASING LLC (a.k.a. ALFA-LIZING; a.k.a. ALFA-LIZING OOO), ul. Bolshaya Pereyaslavskaya d. 46, k.2, of 1, Moscow 129110, Russia; Organization Established Date 16 Mar 1998; Tax ID No. 7728169439 (Russia); Registration Number 1027739540400 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALFA-BANK).

ALFA-LIZING (a.k.a. ALFA-LEASING LLC; a.k.a. ALFA-LIZING OOO), ul. Bolshaya Pereyaslavskaya d. 46, k.2, of 1, Moscow 129110, Russia; Organization Established Date 16 Mar 1998; Tax ID No. 7728169439 (Russia);

Registration Number 1027739540400 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALFA-BANK).

ALFA-LIZING OOO (a.k.a. ALFA-LEASING LLC; a.k.a. ALFA-LIZING), ul. Bolshaya Pereyaslavskaya d. 46, k.2, of 1, Moscow 129110, Russia; Organization Established Date 16 Mar 1998; Tax ID No. 7728169439 (Russia); Registration Number 1027739540400 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALFA-BANK).

ALFALODZHIK (a.k.a. ALPHALOGIC), Ter. Portovaya Osobaya Ekonomicheskaya Zona, Pr-d Industrialnyi Zd. 12, Str. 1, Floor 2, S.p. Mirnovskoe 433405, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7328095687 (Russia); Registration Number 1177325019343 (Russia) [RUSSIA-EO14024].

AL-FAQI, Bashir Mohammed Ibrahim (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. AL-KHATAB, Abd Al Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya (individual) [SDGT].

AL-FAQI, Sa'd (a.k.a. AL FAQIH, Saad; a.k.a. AL-FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQIH, Sa'ad; a.k.a. AL-FAQIH, Saad; a.k.a. AL-FAQIH, Saad Rashed Mohammad; a.k.a. AL-FAQIH, Sa'd; a.k.a. "ABU UTHMAN"), London, United Kingdom; DOB 01 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT].

AL-FAQIH, Abd al-Rahman (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-KHATAB, Abd Al Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya (individual) [SDGT].

AL-FAQIH, Saad (a.k.a. AL FAQIH, Saad; a.k.a. AL-FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ad; a.k.a. AL-FAQIH, Saad Rashed Mohammad; a.k.a. AL-FAQIH, Sa'd; a.k.a. "ABU UTHMAN"), London, United Kingdom; DOB 01 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT].

AL-FAQIH, Sa'ad (a.k.a. AL FAQIH, Saad; a.k.a. AL-FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Saad; a.k.a. AL-FAQIH, Saad Rashed Mohammad; a.k.a. AL-FAQIH, Sa'd; a.k.a. "ABU UTHMAN"), London, United Kingdom; DOB 01 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT].

AL-FAQIH, Saad Rashed Mohammad (a.k.a. AL FAQIH, Saad; a.k.a. AL-FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ad; a.k.a. AL-FAQIH, Saad; a.k.a. AL-FAQIH, Sa'd; a.k.a. "ABU UTHMAN"), London, United Kingdom; DOB 01 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT].

AL-FAQIH, Sa'd (a.k.a. AL FAQIH, Saad; a.k.a. AL-FAGEAH, Sa'd Rashid Muhammed; a.k.a. ALFAGIH, Saad; a.k.a. AL-FAGIH, Saad; a.k.a. AL-FAKIH, Saad; a.k.a. AL-FAQI, Sa'd; a.k.a. AL-FAQIH, Sa'ad; a.k.a. AL-FAQIH, Saad; a.k.a. AL-FAQIH, Saad Rashed Mohammad; a.k.a. "ABU UTHMAN"), London, United Kingdom; DOB 01 Feb 1957; alt. DOB 31 Jan 1957; POB Zubair, Iraq; citizen Saudi Arabia; Passport 760620 issued 15 Sep 1991 expires 22 Jul 1996; Doctor (individual) [SDGT].

AL-FAQIH, Wanas, Mahdia, Tunisia; DOB 1982 (individual) [SDGT].

AL-FAQIR, Muhammad Samir, Syria; DOB 21 Jan 1952; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-FARAN (a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. ANSAR-UL-UMMAH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. HARAKAT UL-

MUJAHIDIN; a.k.a. JAMIAT UL-ANSAR; a.k.a. "HUA"; a.k.a. "HUM") [FTO] [SDGT].

AL-FATHALI, Al-Mabruk (a.k.a. AL MABROOK, Muftah; a.k.a. AL-FATHALI, Al-Mabruk Muftah Muhammad; a.k.a. EL MABRUK, Muftah; a.k.a. EL MOBRUK, Maftah; a.k.a. ELMABRUK, Maftah Mohamed; a.k.a. ELMABRUK, Mustah; a.k.a. MAFTAH, Elmobruk; a.k.a. "AL HAK, Al Haj Abd"; a.k.a. "AL HAQQ, Al Hajj Abd"; a.k.a. "AL-HAQ, Haj 'Abd" a.k.a. "AL-HAQQ, Al-Hajj 'Abd"), undetermined; DOB 01 May 1950; POB Libya; nationality Libya (individual) [SDGT].

AL-FATHALI, Al-Mabruk Muftah Muhammad (a.k.a. AL MABROOK, Muftah; a.k.a. AL-FATHALI, Al-Mabruk; a.k.a. EL MABRUK, Muftah; a.k.a. EL MOBRUK, Maftah; a.k.a. ELMABRUK, Maftah Mohamed; a.k.a. ELMABRUK, Mustah; a.k.a. MAFTAH, Elmobruk; a.k.a. "AL HAK, Al Haj Abd"; a.k.a. "AL HAQQ, Al Hajj Abd"; a.k.a. "AL-HAQ, Haj 'Abd"; a.k.a. "AL-HAQQ, Al-Hajj 'Abd"), undetermined; DOB 01 May 1950; POB Libya; nationality Libya (individual) [SDGT].

AL-FAUWAZ, Khaled (a.k.a. AL FAWAZ, Khalid Abdulrahman H.; a.k.a. AL FAWWAZ, Khaled; a.k.a. AL FAWWAZ, Khalid; a.k.a. AL-FAUWAZ, Khaled A.; a.k.a. AL-FAWAZ, Khalid Abd al-Rahman Hamd; a.k.a. AL-FAWWAZ, Khaled; a.k.a. AL-FAWWAZ, Khalid), 55 Hawarden Hill, Brooke Road, London NW2 7BR, United Kingdom; DOB 25 Aug 1962; alt. DOB 24 Aug 1962; POB Kuwait; nationality Saudi Arabia; Passport 456682 issued 06 Nov 1990 expires 13 Sep 1995 (individual) [SDGT].

AL-FAUWAZ, Khaled A. (a.k.a. AL FAWAZ, Khalid Abdulrahman H.; a.k.a. AL FAWWAZ, Khaled; a.k.a. AL FAWWAZ, Khalid; a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAWAZ, Khalid Abd al-Rahman Hamd; a.k.a. AL-FAWWAZ, Khaled; a.k.a. AL-FAWWAZ, Khalid), 55 Hawarden Hill, Brooke Road, London NW2 7BR, United Kingdom; DOB 25 Aug 1962; alt. DOB 24 Aug 1962; POB Kuwait; nationality Saudi Arabia; Passport 456682 issued 06 Nov 1990 expires 13 Sep 1995 (individual) [SDGT].

AL-FAWAKHIRI, Ghusn al-Zuhur, Syria; DOB 01 Jan 1986; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-FAWAZ, Khalid Abd al-Rahman Hamd (a.k.a. AL FAWAZ, Khalid Abdulrahman H.; a.k.a. AL FAWWAZ, Khaled; a.k.a. AL FAWWAZ, Khalid; a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaled A.; a.k.a. AL-FAWWAZ, Khaled; a.k.a. AL-FAWWAZ, Khalid), 55

Hawarden Hill, Brooke Road, London NW2 7BR, United Kingdom; DOB 25 Aug 1962; alt. DOB 24 Aug 1962; POB Kuwait; nationality Saudi Arabia; Passport 456682 issued 06 Nov 1990 expires 13 Sep 1995 (individual) [SDGT].

AL-FAWWAZ, Khaled (a.k.a. AL FAWAZ, Khalid Abdulrahman H.; a.k.a. AL FAWWAZ, Khalid; a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaled A.; a.k.a. AL-FAWAZ, Khalid Abd al-Rahman Hamd; a.k.a. AL-FAWWAZ, Khalid), 55 Hawarden Hill, Brooke Road, London NW2 7BR, United Kingdom; DOB 25 Aug 1962; alt. DOB 24 Aug 1962; POB Kuwait; nationality Saudi Arabia; Passport 456682 issued 06 Nov 1990 expires 13 Sep 1995 (individual) [SDGT].

AL-FAWWAZ, Khalid (a.k.a. AL FAWAZ, Khalid Abdulrahman H.; a.k.a. AL FAWWAZ, Khaled; a.k.a. AL FAWWAZ, Khalid; a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaled A.; a.k.a. AL-FAWAZ, Khalid Abd al-Rahman Hamd; a.k.a. AL-FAWWAZ, Khaled), 55 Hawarden Hill, Brooke Road, London NW2 7BR, United Kingdom; DOB 25 Aug 1962; alt. DOB 24 Aug 1962; POB Kuwait; nationality Saudi Arabia; Passport 456682 issued 06 Nov 1990 expires 13 Sep 1995 (individual) [SDGT].

AL-FAY, Ibrahim Ali 'Awad (a.k.a. "Abu Ali al-Samarra'i"), Sakarya, Turkey; DOB 1968; Gender Male (individual) [SDGT].

AL-FAY, Idris Ali Awad Khalif (a.k.a. AL-FAY, Idris 'Ali 'Awad; a.k.a. KHALIF, Idris Ali 'Awad; a.k.a. "Abu Sayf al-Samara'i"; a.k.a. "Mullah Idris"), Owainat Village, Owainat District, Salah Ad Din Province, Iraq; Turkey; Albu Dur, Tikrit, Salah-ad Din Province, Iraq; DOB 01 Jul 1971; POB Albu Dur, Tikrit, Salah-ad Din Province, Iraq; nationality Iraq; Gender Male (individual) [SDGT].

AL-FAY, Idris 'Ali 'Awwad (a.k.a. AL-FAY, Idris Ali Awad Khalif; a.k.a. KHALIF, Idris Ali 'Awad; a.k.a. "Abu Sayf al-Samara'i"; a.k.a. "Mullah Idris"), Owainat Village, Owainat District, Salah Ad Din Province, Iraq; Turkey; Albu Dur, Tikrit, Salah-ad Din Province, Iraq; DOB 01 Jul 1971; POB Albu Dur, Tikrit, Salah-ad Din Province, Iraq; nationality Iraq; Gender Male (individual) [SDGT].

ALFAYYADH, Faleh (a.k.a. AL FAYYADH, Falih Faisal Fahad; a.k.a. ALFAYYADH, Falih; a.k.a. AL-FAYYADH, Falih), Iraq; DOB 27 Mar 1956; POB Iraq; nationality Iraq; Gender Male; Passport D1019262 (Iraq) expires 14 Jul 2026 (individual) [GLOMAG].

ALFAYYADH, Falih (a.k.a. AL FAYYADH, Falih Faisal Fahad; a.k.a. ALFAYYADH, Faleh; a.k.a. AL-FAYYADH, Falih), Iraq; DOB 27 Mar 1956; POB Iraq; nationality Iraq; Gender Male; Passport D1019262 (Iraq) expires 14 Jul 2026 (individual) [GLOMAG].

AL-FAYYADH, Falih (a.k.a. AL FAYYADH, Falih Faisal Fahad; a.k.a. ALFAYYADH, Faleh; a.k.a. ALFAYYADH, Falih), Iraq; DOB 27 Mar 1956; POB Iraq; nationality Iraq; Gender Male; Passport D1019262 (Iraq) expires 14 Jul 2026 (individual) [GLOMAG].

AL-FILISTINI, Abu Layth (a.k.a. ABU GHAZALA, Muhammad Hisham Muhammad Isma'il; a.k.a. ABU LAYTH, Mansur; a.k.a. ABU SUWAYWIN, 'Ali 'Abd Al-Rahman; a.k.a. ABU-GHAZALAH, Muhammad Hisham Isma'il; a.k.a. ABU-GHAZALAH, Muhammad Hisham Muhammad; a.k.a. ISMA'IL, 'Ali 'Abd Al-Rahman; a.k.a. "ABU GHAZALA"; a.k.a. "ABU GHAZALEH"); DOB 26 Dec 1962; POB Al-Zarqa, Jordan; nationality Jordan; National ID No. 9621014947 (Jordan) (individual) [SDGT].

AL-FILISTINI, Abu Qatada (a.k.a. ABU UMAR, Abu Omar; a.k.a. TAKFIRI, Abu Umr; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Omar Mahmoud; a.k.a. UTHMAN, Umar; a.k.a. "ABU ISMAIL"), London, United Kingdom; Jordan; DOB 30 Dec 1960; alt. DOB 13 Dec 1960; POB Bethlehem, West Bank, Palestinian Territories; nationality Jordan (individual) [SDGT].

AL-FIRAS, Muhsin, Syria; DOB 20 Jan 1979; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-FITOURI, Ahmad Oumar Imhamad (Arabic: احمد عمر امحمد الفيتوري) (a.k.a. AL DABBASHI, Ahmad Mohammed Omar Al Fituri; a.k.a. DABBASHI, Ahmed; a.k.a. "Amu"), Sabratha, Libya; DOB 05 Jul 1988; alt. DOB 07 May 1988; nationality Libya; Gender Male; Passport LY53FP76 issued 29 Sep 2015; National ID No. 119880387067 (Libya) (individual) [LIBYA3].

ALFONSO BARRERA RIOS Y CIA. S. EN C.S., Calle 14 Oeste No. 2B1-45 apto. 302E, Cali, Colombia; NIT # 900101150-5 (Colombia) [SDNT].

ALFONZO IZAGUIRRE, Indira Maira, Los Teques, Edo Miranda, Venezuela; DOB 29 Apr 1968; POB Venezuela; nationality Venezuela; Gender Female; Cedula No. V-6978710 (Venezuela); Passport 022795494 (Venezuela) expires 19 May 2014 (individual) [VENEZUELA].

AL-FORQAN AL-KHAIRYA (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FURQAN AL-KHAIRYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

AL-FOUZ, Samer (a.k.a. FAWAZ, Samer; a.k.a. FAWZ, Samir; a.k.a. FOUZ, Samer; a.k.a. FOZ, Samer; a.k.a. FOZ, Samer Zuhair; a.k.a. FOZ, Samir), Meadows 2, Street 3, Villa 5, Dubai, United Arab Emirates; DOB 20 May 1973; POB Latakia, Syria; nationality Syria; alt. nationality Turkey; alt. nationality Saint Kitts and Nevis; citizen Saint Kitts and Nevis; Gender Male; National ID No. 784197341865828 (Syria) (individual) [SYRIA].

AL-FREIJ, FAHAD JASSIM (a.k.a. AL-FREIJ, Fahd Jassem; a.k.a. AL-FURAYJ, FAHD JASIM); DOB 01 Jan 1950; alt. DOB 1947; POB Hama, Syria; nationality Syria; Deputy Commander-in-Chief of the Army and the Armed Forces and Minister of Defense (individual) [SYRIA].

AL-FREIJ, Fahd Jassem (a.k.a. AL-FREIJ, FAHAD JASSIM; a.k.a. AL-FURAYJ, FAHD JASIM); DOB 01 Jan 1950; alt. DOB 1947; POB Hama, Syria; nationality Syria; Deputy Commander-in-Chief of the Army and the Armed Forces and Minister of Defense (individual) [SYRIA].

AL-FURAYJ, FAHD JASIM (a.k.a. AL-FREIJ, FAHAD JASSIM; a.k.a. AL-FREIJ, Fahd Jassem); DOB 01 Jan 1950; alt. DOB 1947; POB Hama, Syria; nationality Syria; Deputy Commander-in-Chief of the Army and the Armed Forces and Minister of Defense (individual) [SYRIA].

AL-FURQAN AL-KHARIYA (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

AL-FURQAN CHARITABLE FOUNDATION (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHAIRYA; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

AL-FURQAN FOUNDATION WELFARE TRUST (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF

ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

AL-FURQAN KHARIA (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a.

LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

AL-FURQAN UL KHAIRA (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a.

"HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

AL-FURQAN WELFARE FOUNDATION (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road,

Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

AL-GADDAFI, Ayesha (a.k.a. AL-QADHAFI, Aisha; a.k.a. ELKADDAFI, Aisha; a.k.a. EL-QADDAFI, Aisha; a.k.a. GADDAFI, Ayesha; a.k.a. GADHAFI, Aisha; a.k.a. GHADAFFI, Aisha; a.k.a. GHATHAFI, Aisha; a.k.a. GHATHAFI, Aisha Muammer; a.k.a. QADDAFI, Aisha; a.k.a. QADHAFI, Aisha; a.k.a. QADHAFI, Aisha Muammar Muhammed Abu Minyar; a.k.a. QADHAFI, Ayesha), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt. Passport B/011641; alt. Passport 03824970 (Oman) issued 04 May 2014 expires 03 May 2024; National ID No. 98606612 (individual) [LIBYA2].

AL-GADDAFI, Hannibal (a.k.a. AL-QADHAFI, Hannibal; a.k.a. ELKADDAFI, Hannibal; a.k.a. EL-QADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal Muammar; a.k.a. GHADAFFI, Hannibal; a.k.a. GHATHAFI, Hannibal; a.k.a. QADDAFI, Hannibal; a.k.a. QADHAFI, Hannibal Muammar); DOB 20 Sep 1975; alt. DOB 1977; POB Tripoli, Libya; Passport B/002210 (Libya) (individual) [LIBYA2].

AL-GADDAFI, Khamis (a.k.a. AL-QADHAFI, Khamis; a.k.a. AL-QADHAFI, Khamis; a.k.a. ELKADDAFI, Khamis; a.k.a. EL-QADDAFI, Khamis; a.k.a. GADDAFI, Khamis; a.k.a. GADHAFI, Khamis; a.k.a. GHADAFFI, Khamis; a.k.a. GHATHAFI, Khamis; a.k.a. QADDAFI, Khamis; a.k.a. QADHAFI, Khamis); DOB 1980 (individual) [LIBYA2].

AL-GADDAFI, Muammar (a.k.a. AL-QADHAFI, Muammar; a.k.a. AL-QADHAFI, Muammar Abu Minyar; a.k.a. ELKADDAFI, Muammar; a.k.a. EL-QADDAFI, Muammar; a.k.a. GADDAFI, Mu'ammar; a.k.a. GADDAFI, Muammar; a.k.a. GADHAFI, Muammar; a.k.a. GHADAFFI, Muammar Muhammad; a.k.a. GHATHAFI, Muammar; a.k.a. QADDAFI, Muammar; a.k.a. QADHAFI, Muammar); DOB 1942; POB Sirte, Libya (individual) [LIBYA2].

AL-GADDAFI, Muhammad (a.k.a. AL-QADHAFI, Mohammed; a.k.a. ELKADDAFI, Muhammad; a.k.a. EL-QADDAFI, Muhammad; a.k.a. GADDAFI, Muhammad; a.k.a. GADHAFFI, Mohmmad Moammar; a.k.a. GHADAFFI, Mohammed; a.k.a. GHATHAFI, Muhammad; a.k.a. QADDAFI, Muhammad; a.k.a. QADHAFI, Mohammed Muammar); DOB 1970; POB Tripoli, Libya (individual) [LIBYA2].

AL-GADDAFI, Mutassim (a.k.a. AL-QADHAFI, Mutassim; a.k.a. ELKADDAFI, Mutassim; a.k.a. EL-QADDAFI, Mutassim; a.k.a. GADDAFI, Mutassim; a.k.a. GADDAFI, Mutassim Billah; a.k.a. GHADAFFI, Mutassim; a.k.a. GHATHAFI, Mutassim; a.k.a. QADDAFI, Mutassim; a.k.a. QADHAFI, Mutassim); DOB 1975 (individual) [LIBYA2].

AL-GADDAFI, Saadi (a.k.a. AL-QADHAFI, Sa'adi Mu'ammar; a.k.a. ELKADDAFI, Saadi; a.k.a. EL-QADDAFI, Saadi; a.k.a. GADDAFI, Saadi; a.k.a. GADHAFI, Saadi; a.k.a. GHATHAFI, Saadi; a.k.a. QADDAFI, Saadi; a.k.a. QADHAFI, Saadi); DOB 27 May 1973; alt. DOB 25 May 1973; POB Tripoli, Libya; Passport 010433 (Libya); alt. Passport 014797 (Libya) (individual) [LIBYA2].

AL-GADDAFI, Saif Al-Arab (a.k.a. AL-QADHAFI, Saif Al-Arab; a.k.a. ELKADDAFI, Saif Al-Arab; a.k.a. EL-QADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Seif Al-Arab; a.k.a. GADHAFI, Saif Al-Arab; a.k.a. GHATHAFI, Saif Al-Arab; a.k.a. QADDAFI, Saif Al-Arab; a.k.a. QADHAFI, Saif Al-Arab); DOB 1979; alt. DOB 1982; alt. DOB 1983; POB Tripoli, Libya (individual) [LIBYA2].

AL-GADDAFI, Saif al-Islam (a.k.a. AL-QADHAFI, Saif al-Islam; a.k.a. ELKADDAFI, Saif al-Islam; a.k.a. EL-QADDAFI, Seif al-Islam; a.k.a. GADDAFI, Saif al-Islam; a.k.a. GADHAFI, Saif al-Islam; a.k.a. GHADAFFI, Saif al-Islam; a.k.a. GHATHAFI, Saif al-Islam; a.k.a. QADDAFI, Saif al-Islam; a.k.a. QADHAFI, Saif al-Islam); DOB 25 Jun 1972; POB Tripoli, Libya (individual) [LIBYA2].

AL-GAMA'AT (a.k.a. EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA; a.k.a. GAMA'A AL-ISLAMIYYA; a.k.a. ISLAMIC GAMA'AT; a.k.a. ISLAMIC GROUP; a.k.a. "GI"; a.k.a. "IG") [SDGT].

AL-GHAFUR, Barzan Razuki abd (a.k.a. AL-TIKRITI, Barzan abd al-Ghafur Sulaiman Majid); DOB 1960; POB Salah al-Din, Iraq; nationality Iraq; commander, Special Republican Guard (individual) [IRAQ2].

AL-GHAIB, Heshmatollah Hayat (a.k.a. AL-GHAIB, Seyyed Heshmat Hayat (Arabic: سید حشمت حیات الغیب); a.k.a. AL-GHAIB, Seyyed Heshmatollah Hayat (Arabic: سیدحشمت الله حیات الغیب); a.k.a. AL-GHAYB, Sayyid Heshmat Hayat), Tehran, Iran; DOB 21 Mar 1965; POB Yazd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5289820841 (Iran); Director-General of Tehran Province Prisons (individual) [IRAN-HR].

AL-GHAIB, Seyyed Heshmat Hayat (Arabic: سید حشمت حیات الغیب) (a.k.a. AL-GHAIB, Heshmatollah Hayat; a.k.a. AL-GHAIB, Seyyed Heshmatollah Hayat (Arabic: سیدحشمت الله حیات الغیب); a.k.a. AL-GHAYB, Sayyid Heshmat Hayat), Tehran, Iran; DOB 21 Mar 1965; POB Yazd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5289820841 (Iran); Director-General of Tehran Province Prisons (individual) [IRAN-HR].

AL-GHAIB, Seyyed Heshmatollah Hayat (Arabic: سیدحشمت الله حیات الغیب) (a.k.a. AL-GHAIB, Heshmatollah Hayat; a.k.a. AL-GHAIB, Seyyed Heshmat Hayat (Arabic: سید حشمت حیات الغیب); a.k.a. AL-GHAYB, Sayyid Heshmat Hayat), Tehran, Iran; DOB 21 Mar 1965; POB Yazd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5289820841 (Iran); Director-General of Tehran Province Prisons (individual) [IRAN-HR].

AL-GHAMARI, Muhammad Abd Al-Karim (a.k.a. AL-GHAMARI, Muhammad 'Abd-al-Karim Ahmad Husayn; a.k.a. AL-GHOMMARI, Muhammad; a.k.a. GHOMMARI, Muhammad; a.k.a. "Sayyid Hashim"), Yemen; DOB 1979; alt. DOB 1984; POB Izla Dhaen, Wahha District, Hajjar Governorate, Yemen; nationality Yemen; Gender Male (individual) [YEMEN].

AL-GHAMARI, Muhammad 'Abd-al-Karim Ahmad Husayn (a.k.a. AL-GHAMARI, Muhammad Abd Al-Karim; a.k.a. AL-GHOMMARI, Muhammad; a.k.a. GHOMMARI, Muhammad; a.k.a. "Sayyid Hashim"), Yemen; DOB 1979; alt. DOB 1984; POB Izla Dhaen, Wahha District, Hajjar Governorate, Yemen; nationality Yemen; Gender Male (individual) [YEMEN].

AL-GHAMDI, Al Umairah (a.k.a. AL-GHAMDI, Othman; a.k.a. AL-GHAMDI, Uthman; a.k.a. AL-GHAMDI, Uthman Ahmad Uthman; a.k.a. AL-GHAMIDI, Uthman; a.k.a. AL-OMIRAH, Othman Ahmed Othman); DOB 27 May 1979; nationality Saudi Arabia; National ID No. 1089516791 (individual) [SDGT].

AL-GHAMDI, Othman (a.k.a. AL-GHAMDI, Al Umairah; a.k.a. AL-GHAMDI, Uthman; a.k.a. AL-GHAMDI, Uthman Ahmad Uthman; a.k.a. AL-GHAMIDI, Uthman; a.k.a. AL-OMIRAH, Othman Ahmed Othman); DOB 27 May 1979; nationality Saudi Arabia; National ID No. 1089516791 (individual) [SDGT].

AL-GHAMDI, Uthman (a.k.a. AL-GHAMDI, Al Umairah; a.k.a. AL-GHAMDI, Othman; a.k.a. AL-GHAMDI, Uthman Ahmad Uthman; a.k.a.

AL-GHAMIDI, Uthman; a.k.a. AL-OMIRAH, Othman Ahmed Othman); DOB 27 May 1979; nationality Saudi Arabia; National ID No. 1089516791 (individual) [SDGT].

AL-GHAMDI, Uthman Ahmad Uthman (a.k.a. AL-GHAMDI, Al Umairah; a.k.a. AL-GHAMDI, Othman; a.k.a. AL-GHAMDI, Uthman; a.k.a. AL-GHAMIDI, Uthman; a.k.a. AL-OMIRAH, Othman Ahmed Othman); DOB 27 May 1979; nationality Saudi Arabia; National ID No. 1089516791 (individual) [SDGT].

AL-GHAMIDI, Uthman (a.k.a. AL-GHAMDI, Al Umairah; a.k.a. AL-GHAMDI, Othman; a.k.a. AL-GHAMDI, Uthman; a.k.a. AL-GHAMDI, Uthman Ahmad Uthman; a.k.a. AL-OMIRAH, Othman Ahmed Othman); DOB 27 May 1979; nationality Saudi Arabia; National ID No. 1089516791 (individual) [SDGT].

AL-GHANDOUR, Abu Anas (a.k.a. AL-GHANDUR, Ahmad Naji; a.k.a. GHANDOUR, Ahmad; a.k.a. GHANDOUR, Ahmed; a.k.a. "ABU-ANAS"), Gaza, Palestinian; DOB 1967; POB Jaffa, Israel; Gender Male (individual) [SDGT].

AL-GHANDUR, Ahmad Naji (a.k.a. AL-GHANDOUR, Abu Anas; a.k.a. GHANDOUR, Ahmad; a.k.a. GHANDOUR, Ahmed; a.k.a. "ABU-ANAS"), Gaza, Palestinian; DOB 1967; POB Jaffa, Israel; Gender Male (individual) [SDGT].

AL-GHANIMI, Karim Ja'far Muhsin (a.k.a. AL-GHANIMI, Karim Mansur; a.k.a. AL-ZIRJAWI, Karim Jafar Hasan; a.k.a. "ABU ISLAM, Karim"); DOB 1968; alt. DOB 1969; POB al-Amarah, Iraq; citizen Iraq (individual) [SDGT].

AL-GHANIMI, Karim Mansur (a.k.a. AL-GHANIMI, Karim Ja'far Muhsin; a.k.a. AL-ZIRJAWI, Karim Jafar Hasan; a.k.a. "ABU ISLAM, Karim"); DOB 1968; alt. DOB 1969; POB al-Amarah, Iraq; citizen Iraq (individual) [SDGT].

ALGHASI MEHR, Delavar (a.k.a. ALGHASIMEHR, Delavar; a.k.a. ALGHASI-MEHR, Delavar (Arabic: دلاور القاصی مهر); a.k.a. ALQASI MEHR, Delavar), East Tehran Province, Iran; DOB 23 Aug 1974; POB Chegeni, Lorestan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M51374090 (Iran) issued 03 Nov 2024 (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ALGHASIMEHR, Delavar (a.k.a. ALGHASI MEHR, Delavar; a.k.a. ALGHASI-MEHR,

Delavar (Arabic: دلاور القاصی مهر); a.k.a. ALQASI MEHR, Delavar), East Tehran Province, Iran; DOB 23 Aug 1974; POB Chegeni, Lorestan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M51374090 (Iran) issued 03 Nov 2024 (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ALGHASI-MEHR, Delavar (Arabic: دلاور القاصی مهر) (a.k.a. ALGHASI MEHR, Delavar; a.k.a. ALGHASIMEHR, Delavar; a.k.a. ALQASI MEHR, Delavar), East Tehran Province, Iran; DOB 23 Aug 1974; POB Chegeni, Lorestan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M51374090 (Iran) issued 03 Nov 2024 (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

AL-GHAYB, Sayyid Heshmat Hayat (a.k.a. AL-GHAIB, Heshmatollah Hayat; a.k.a. AL-GHAIB, Seyyed Heshmat Hayat (Arabic: سید حشمت حیات الغیب); a.k.a. AL-GHAIB, Seyyed Heshmatollah Hayat (Arabic: سیدحشمت الله حیات الغیب)), Tehran, Iran; DOB 21 Mar 1965; POB Yazd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5289820841 (Iran); Director-General of Tehran Province Prisons (individual) [IRAN-HR].

AL-GHAYSI, Nayif (a.k.a. AL QAISI, Naif Saleh Salem; a.k.a. AL QAYSI, Nayif Salih Salim; a.k.a. AL-QAYSI, Nayif Salih Salim), Al-Bayda Governorate, Yemen; Sana, Sana Governorate, Yemen; DOB 01 Jan 1983; POB Albaidah, Yemen; citizen Yemen; Passport 04796738 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-GHAZALI, Muhammad (a.k.a. AL-GHAZALI, Muhammad Abd al-Karim; a.k.a. AL-MAWARI, Abu Hisham; a.k.a. MAWARI, Abu Hisham; a.k.a. "Abu Faris"; a.k.a. "Abu Sa'id"; a.k.a. "Rashid"); DOB 1988; alt. DOB 1987; alt. DOB 1989; POB Ibb Governorate, Yemen; nationality Yemen (individual) [SDGT].

AL-GHAZALI, Muhammad Abd al-Karim (a.k.a. AL-GHAZALI, Muhammad; a.k.a. AL-MAWARI, Abu Hisham; a.k.a. MAWARI, Abu Hisham; a.k.a. "Abu Faris"; a.k.a. "Abu Sa'id"; a.k.a. "Rashid"); DOB 1988; alt. DOB 1987; alt. DOB 1989; POB Ibb Governorate, Yemen; nationality Yemen (individual) [SDGT].

AL-GHAZLANI, Muhammad Nasr al-Din, Turkey; DOB 06 Sep 1968; nationality Egypt; Gender Male (individual) [SDGT] (Linked To: AL QA'IDA).

AL-GHOMMARI, Muhammad (a.k.a. AL-GHAMARI, Muhammad Abd Al-Karim; a.k.a. AL-GHAMARI, Muhammad 'Abd-al-Karim Ahmad Husayn; a.k.a. GHOMMARI, Muhammad; a.k.a. "Sayyid Hashim"), Yemen; DOB 1979; alt. DOB 1984; POB Izla Dhaen, Wahha District, Hajjar Governorate, Yemen; nationality Yemen; Gender Male (individual) [YEMEN].

AL-GHORAYFI, Muhammad (a.k.a. ADNANI, Seyed Mohammad; a.k.a. ALADNANI, Mohammad Jasim Mohammadsadeq; a.k.a. AL-ADNANI, Mohammad Jasim Mohammadsadeq), Iraq; DOB 27 Jun 1987; alt. DOB 17 Sep 1987; nationality Iran; alt. nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A9792142 (Iraq); alt. Passport E96048299 (Iran); National ID No. 1742742726 (Iran) (individual) [SDGT] [IFSR] (Linked To: FADAKAR, Alireza).

AL-GHUWAYL, Khalifa (a.k.a. AL-GHWEIL, Khalifa; a.k.a. GHAWIL, Khalifa Mohamed Ahmed; a.k.a. GHWELL, Khalifa), Kaser Ahmet Street, Ras Al Sayah District, Misurata, Libya; DOB 01 Jan 1956; POB Misurata, Libya; nationality Libya; Passport A005465 (Libya) issued 12 Apr 2015 expires 11 Apr 2017; Prime Minister and Defense Minister of the National Salvation Government (individual) [LIBYA3].

AL-GHWEIL, Khalifa (a.k.a. AL-GHUWAYL, Khalifah; a.k.a. GHAWIL, Khalifa Mohamed Ahmed; a.k.a. GHWELL, Khalifa), Kaser Ahmet Street, Ras Al Sayah District, Misurata, Libya; DOB 01 Jan 1956; POB Misurata, Libya; nationality Libya; Passport A005465 (Libya) issued 12 Apr 2015 expires 11 Apr 2017; Prime Minister and Defense Minister of the National Salvation Government (individual) [LIBYA3].

AL-GIZANI, Ashraf (a.k.a. AL-KAFI, Abu 'Ubaydah; a.k.a. AL-QIZANI, Ashraf; a.k.a. GUIZANI, Achraf Ben Fathi Ben Mabrouk; a.k.a. GUIZANI, Achref Ben Fethi Ben Mabrouk), Tunisia; DOB 05 Oct 1991; POB El Gouazine, Dahmani, Governorate of Le Kef, Tunisia; nationality Tunisia; Gender Male; National ID No. 13601334 (Tunisia) (individual) [SDGT].

AL-GOLANI, Abu Muhammad (a.k.a. AL-JAWLANI, Abu Muhammad; a.k.a. "AL-FATIH"), Damascus, Syria; DOB 1977; alt. DOB 1975; alt. DOB 1976; alt. DOB 1978; alt. DOB 1979; nationality Syria (individual) [SDGT].

ALGORITM TOCHNOSTI, Ul. Mayakovskogo D. 6A, Office 108, 109, 110, Elektrostal 144000, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5053037814 (Russia); Registration Number 1145053002808 (Russia) [RUSSIA-EO14024].

ALGUADIS, Selim; DOB 27 May 1944; POB Turkey; nationality Turkey; Passport 585843 (Turkey) issued 11 Nov 1999 (individual) [NPWMD].

ALGUNADE (a.k.a. AJMAC MULTI ACTIVITIES COMPANY LTD; a.k.a. AL GUNADE; a.k.a. AL JUNAID MULTI ACTIVITIES CO LTD; a.k.a. "AL JUNAID"), Street 3, Block 17, Alryad, Khartoum, Sudan; 99 Gama Avenue, P.O. Box 913, Khartoum, Sudan; Website www.ajmac.com; Organization Established Date 2009; Organization Type: Activities of holding companies [SUDAN-EO14098].

AL-HABABI, Nayef Salam Muhammad Ujaym (a.k.a. AL-HABABI, Nayf Salam Muhammad Ujaym; a.k.a. AL-QAHTANI AL-QATARI, Farouq; a.k.a. AL-QAHTANI, Faruq; a.k.a. AL-QAHTANI, Sheikh Farooq; a.k.a. AL-QATARI, Faruq; a.k.a. AL-QATARI, Sheikh Farooq; a.k.a. FAROUK, Shaykh Imran), Afghanistan; DOB 01 Jan 1979 to 31 Dec 1981; POB Saudi Arabia; nationality Qatar; alt. nationality Saudi Arabia; Passport 592667 (Qatar) issued 03 May 2007; Sheikh (individual) [SDGT] (Linked To: AL QA'IDA).

AL-HABABI, Nayf Salam Muhammad Ujaym (a.k.a. AL-HABABI, Nayef Salam Muhammad Ujaym; a.k.a. AL-QAHTANI AL-QATARI, Farouq; a.k.a. AL-QAHTANI, Faruq; a.k.a. AL-QAHTANI, Sheikh Farooq; a.k.a. AL-QATARI, Faruq; a.k.a. AL-QATARI, Sheikh Farooq; a.k.a. FAROUK, Shaykh Imran), Afghanistan; DOB 01 Jan 1979 to 31 Dec 1981; POB Saudi Arabia; nationality Qatar; alt. nationality Saudi Arabia; Passport 592667 (Qatar) issued 03 May 2007; Sheikh (individual) [SDGT] (Linked To: AL QA'IDA).

AL-HABSI, Mahmood (a.k.a. AL HABSI, Mahmood Rashid Amer; a.k.a. AL HABSI, Mahmood Rashid Amur; a.k.a. AL HABSI, Mahmud bin Rashid), Muscat, Oman; DOB 15 Jul 1984; POB Muscat, Oman; nationality Oman; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male;

Passport 03785555 (Oman); National ID No. 7668871 (Oman) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-HABSI, Mahmud bin Rashid (a.k.a. AL HABSI, Mahmood Rashid Amer; a.k.a. AL HABSI, Mahmood Rashid Amur; a.k.a. AL-HABSI, Mahmood), Muscat, Oman; DOB 15 Jul 1984; POB Muscat, Oman; nationality Oman; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 03785555 (Oman); National ID No. 7668871 (Oman) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-HABU HAWALA (a.k.a. AL-HABU JEWELRY; a.k.a. AL-HABU JEWELRY AND MONEY EXCHANGE; a.k.a. AL-HABU MONEY EXCHANGE; a.k.a. AL-HEBO JEWELRY COMPANY; a.k.a. "AL-HEBO"), Gaziantep, Turkey; Raqqah, Syria; Tall Abyad Street, Raqqah, Syria; Sanliurfa, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-HABU JEWELRY (a.k.a. AL-HABU HAWALA; a.k.a. AL-HABU JEWELRY AND MONEY EXCHANGE; a.k.a. AL-HABU MONEY EXCHANGE; a.k.a. AL-HEBO JEWELRY COMPANY; a.k.a. "AL-HEBO"), Gaziantep, Turkey; Raqqah, Syria; Tall Abyad Street, Raqqah, Syria; Sanliurfa, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-HABU JEWELRY AND MONEY EXCHANGE (a.k.a. AL-HABU HAWALA; a.k.a. AL-HABU JEWELRY; a.k.a. AL-HABU MONEY EXCHANGE; a.k.a. AL-HEBO JEWELRY COMPANY; a.k.a. "AL-HEBO"), Gaziantep, Turkey; Raqqah, Syria; Tall Abyad Street, Raqqah, Syria; Sanliurfa, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-HABU MONEY EXCHANGE (a.k.a. AL-HABU HAWALA; a.k.a. AL-HABU JEWELRY; a.k.a. AL-HABU JEWELRY AND MONEY EXCHANGE; a.k.a. AL-HEBO JEWELRY COMPANY; a.k.a. "AL-HEBO"), Gaziantep, Turkey; Raqqah, Syria; Tall Abyad Street, Raqqah, Syria; Sanliurfa, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-HABU, Muhammad (a.k.a. AL-HABU, Muhammad Abd-al-Karim; a.k.a. AL-HEBO, Muhamad Ali; a.k.a. ALHOBO, Mohamad Abdulkarim; a.k.a. HABO, Muhammed; a.k.a.

HABU, Muhammad; a.k.a. HEBBO, Mohammed), Hurriyet Caddesi, Sahinbey, Gaziantep, Turkey; Syria; Lebanon; DOB 01 Oct 1980; alt. DOB 15 Mar 1983; alt. DOB 01 Jan 1980; POB Syria; nationality Syria; Gender Male; Passport 00814L001424 (Syria); National ID No. 2020409266 (Syria); alt. National ID No. 2020316097 (Syria); alt. National ID No. 10716775 (Syria) (individual) [SDGT] (Linked To: AL-HEBO JEWELRY COMPANY).

AL-HABU, Muhammad Abd-al-Karim (a.k.a. AL-HABU, Muhammad; a.k.a. AL-HEBO, Muhamad Ali; a.k.a. ALHOBO, Mohamad Abdulkarim; a.k.a. HABO, Muhammed; a.k.a. HABU, Muhammad; a.k.a. HEBBO, Mohammed), Hurriyet Caddesi, Sahinbey, Gaziantep, Turkey; Syria; Lebanon; DOB 01 Oct 1980; alt. DOB 15 Mar 1983; alt. DOB 01 Jan 1980; POB Syria; nationality Syria; Gender Male; Passport 00814L001424 (Syria); National ID No. 2020409266 (Syria); alt. National ID No. 2020316097 (Syria); alt. National ID No. 10716775 (Syria) (individual) [SDGT] (Linked To: AL-HEBO JEWELRY COMPANY).

AL-HADHA EXCHANGE COMPANY (a.k.a. AL HADHA EXCHANGE CO. (Arabic: شركة الحظاه للصرافة)), Al-Zubairi Street, Sana'a, Yemen; Al-Qasr Street, Sana'a, Yemen; Taiz Street, Sana'a, Yemen; Queen Arwa Street, Aden, Yemen; Main Street, Al-Mukalla, Yemen; Sana'a Street, Al-Hudaydah, Yemen; Jamal Street, Taiz, Yemen; Website https://alhadhagroup.com; alt. Website https://alhadha.group; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL-HADHA, Nabil Ali Ahmed (Arabic: نبيل علي أحمد الحظا) (a.k.a. AL-HAZA', Nabil), Yemen; DOB 02 Feb 1975; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 08928715 (Yemen) expires 05 Nov 2025 (individual) [SDGT] (Linked To: NABCO MONEY EXCHANGE AND REMITTANCE CO.).

AL-HADID (a.k.a. AL-FARAN; a.k.a. AL-HADITH; a.k.a. ANSAR-UL-UMMAH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. JAMIAT UL-ANSAR; a.k.a. "HUA"; a.k.a. "HUM") [FTO] [SDGT].

AL-HADITH (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. ANSAR-UL-UMMAH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. JAMIAT UL-ANSAR; a.k.a. "HUA"; a.k.a. "HUM") [FTO] [SDGT].

AL-HAJ, Yahya (a.k.a. AL-HAJ, Yehia Issa Mohamad; a.k.a. AL-HAJJ, Yahya); DOB 23 May 1959; POB Aramta, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport RL 2544590 (Lebanon) issued 07 Jun 2013 expires 07 Jun 2018 (individual) [SDGT] [IRGC] [IFSR].

AL-HAJ, Yehia Issa Mohamad (a.k.a. AL-HAJ, Yahya; a.k.a. AL-HAJJ, Yahya); DOB 23 May 1959; POB Aramta, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport RL 2544590 (Lebanon) issued 07 Jun 2013 expires 07 Jun 2018 (individual) [SDGT] [IRGC] [IFSR].

AL-HAJJ, Yahya (a.k.a. AL-HAJ, Yahya; a.k.a. AL-HAJ, Yehia Issa Mohamad); DOB 23 May 1959; POB Aramta, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport RL 2544590 (Lebanon) issued 07 Jun 2013 expires 07 Jun 2018 (individual) [SDGT] [IRGC] [IFSR].

AL-HAKIM, Abdallah (a.k.a. AL HAKIM, Abdullah Yahya; a.k.a. AL HAKIM, Abu Ali; a.k.a. ALHAKIM, Abu Ali; a.k.a. AL-HAKIM, Abu-Ali; a.k.a. AL-MU'AYYAD, Abdallah), Dahyan, Sa'dah Governorate, Yemen; DOB 1985; alt. DOB 1984; alt. DOB 1986; POB Dahyan, Yemen; alt. POB Sa'dah Governorate, Yemen; nationality Yemen; Gender Male; Houthi Chief of Military Intelligence Staff (individual) [YEMEN].

ALHAKIM, Abu Ali (a.k.a. AL HAKIM, Abdullah Yahya; a.k.a. AL HAKIM, Abu Ali; a.k.a. AL-HAKIM, Abdallah; a.k.a. AL-HAKIM, Abu-Ali; a.k.a. AL-MU'AYYAD, Abdallah), Dahyan, Sa'dah Governorate, Yemen; DOB 1985; alt. DOB 1984; alt. DOB 1986; POB Dahyan, Yemen; alt. POB Sa'dah Governorate, Yemen; nationality Yemen; Gender Male; Houthi Chief of Military Intelligence Staff (individual) [YEMEN].

AL-HAKIM, Abu-Ali (a.k.a. AL HAKIM, Abdullah Yahya; a.k.a. AL HAKIM, Abu Ali; a.k.a. AL-HAKIM, Abdallah; a.k.a. ALHAKIM, Abu Ali; a.k.a. AL-MU'AYYAD, Abdallah), Dahyan, Sa'dah Governorate, Yemen; DOB 1985; alt. DOB 1984; alt. DOB 1986; POB Dahyan, Yemen; alt. POB Sa'dah Governorate, Yemen; nationality Yemen; Gender Male; Houthi Chief of Military Intelligence Staff (individual) [YEMEN].

AL-HAKIM, Boubakeur (a.k.a. Abu-Muqatil al-Tunisi; a.k.a. ALI HAKIM, Boubaker Ben Habib Ben; a.k.a. EL HAKIM, Boubaker; a.k.a. EL-HAKIM, Boubakeur; a.k.a. "Abou al Mouqatel"; a.k.a. "Abou Mouqatel"), Syria; DOB 01 Aug 1983; POB Paris, France; citizen Tunisia; alt. citizen France; Passport W752198; Identification Number 09036271 (individual) [SDGT].

AL-HAKIM, Muhammad Sa'id, Syria; DOB 01 Apr 1961; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-HALABI, Abdallah (a.k.a. ABU-AL-KHAYR, Muhammad Abdallah Hasan; a.k.a. ABU-AL-KHAYR, Muhammad Bin-'Abdullah Bin-Hamd; a.k.a. ABUL-KHAIR, Mohammed Abdullah Hassan; a.k.a. AL-HALABI, Abdullah; a.k.a. AL-HALABI, Abu 'Abdallah; a.k.a. AL-JADDAWI, Muhannad; a.k.a. AL-MADANI, 'Abdallah al-Halabi; a.k.a. AL-MADANI, Abu Abdallah; a.k.a. AL-MAKKI, Abdallah; a.k.a. EL HALABI, Abdallah); DOB 19 Jun 1975; alt. DOB 18 Jun 1975; POB Al-Madinah al-Munawwarah, (Medina) Saudi Arabia; Passport A741097 (Saudi Arabia) issued 14 Nov 1995 expires 19 Sep 2000; National ID No. 1006010555 (Saudi Arabia) (individual) [SDGT].

AL-HALABI, Abdullah (a.k.a. ABU-AL-KHAYR, Muhammad Abdallah Hasan; a.k.a. ABU-AL-KHAYR, Muhammad Bin-'Abdullah Bin-Hamd; a.k.a. ABUL-KHAIR, Mohammed Abdullah Hassan; a.k.a. AL-HALABI, Abdallah; a.k.a. AL-HALABI, Abu 'Abdallah; a.k.a. AL-JADDAWI, Muhannad; a.k.a. AL-MADANI, 'Abdallah al-Halabi; a.k.a. AL-MADANI, Abu Abdallah; a.k.a. AL-MAKKI, Abdallah; a.k.a. EL HALABI, Abdallah); DOB 19 Jun 1975; alt. DOB 18 Jun 1975; POB Al-Madinah al-Munawwarah, (Medina) Saudi Arabia; Passport A741097 (Saudi Arabia) issued 14 Nov 1995 expires 19 Sep 2000; National ID No. 1006010555 (Saudi Arabia) (individual) [SDGT].

AL-HALABI, Abu 'Abdallah (a.k.a. ABU-AL-KHAYR, Muhammad Abdallah Hasan; a.k.a. ABU-AL-KHAYR, Muhammad Bin-'Abdullah Bin-Hamd; a.k.a. ABUL-KHAIR, Mohammed Abdullah Hassan; a.k.a. AL-HALABI, Abdallah; a.k.a. AL-HALABI, Abdullah; a.k.a. AL-JADDAWI, Muhannad; a.k.a. AL-MADANI, 'Abdallah al-Halabi; a.k.a. AL-MADANI, Abu Abdallah; a.k.a. AL-MAKKI, Abdallah; a.k.a. EL HALABI, Abdallah); DOB 19 Jun 1975; alt. DOB

18 Jun 1975; POB al-Madinah al-Munawwarah, (Medina) Saudi Arabia; Passport A741097 (Saudi Arabia) issued 14 Nov 1995 expires 19 Sep 2000; National ID No. 1006010555 (Saudi Arabia) (individual) [SDGT].

AL-HALABI, Basil, Syria; DOB 01 Feb 1967; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-HALQI, Wael Nader; DOB 1964; POB Daraa, Syria; Minister of Health (individual) [SYRIA].

AL-HAMAD BRIGADE (a.k.a. AL-NUJABA TV; a.k.a. AMMAR IBN YASIR BRIGADE; a.k.a. GOLAN LIBERATION BRIGADE; a.k.a. HARAKAT AL-NUJABA; a.k.a. HARAKAT HEZBOLLAH AL-NUJABA; a.k.a. IMAM AL-HASAN AL-MUJTABA BRIGADE; a.k.a. MOVEMENT OF THE NOBLE ONES HEZBOLLAH; a.k.a. THE MOVEMENT OF THE NOBLE ONES), Iraq; Syria [SYRIA].

ALHAMAD, Hashem Mohssein Idroos (a.k.a. AL HAMID, Hashim; a.k.a. AL-AIDAROOS, Hashim Mohsen; a.k.a. ALHAMED, Hossin Mohsen; a.k.a. ALHAMID, Hashim; a.k.a. AL-HAMID, Hashim Muhsin Aydarus; a.k.a. AL-HAMID, Mohsan; a.k.a. AL-HAMSHI, Hashim al-Hamid; a.k.a. ALHMAID, Housin Mohsein; a.k.a. IDAROOS, Hashim Mohsen; a.k.a. "ABU TAHIR"), Al Ghaydah, al-Mahrah Governorate, Yemen; Shabwah Governorate, Yemen; Mansoura, Aden, Yemen; Mukalla, Hadramawt Governorate, Yemen; Abyan Governorate, Yemen; Marib Governorate, Yemen; DOB 12 Dec 1985; POB Yemen; nationality Yemen; Gender Male; National ID No. 16010003042 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-HAMADAT, General Maki (a.k.a. HAMUDAT, General Maki Mustafa; a.k.a. HAMUDAT, Maki; a.k.a. HMODAT, Mackie; a.k.a. MUSTAFA, Macki Hamoudat), Mosul, Iraq; DOB circa 1934; nationality Iraq (individual) [IRAQ2].

AL-HAMADAWI, Aogad Mohsin Faraj (a.k.a. AL-HAMIDAWI, Awqad Muhsin Faraj), Baghdad, Iraq; DOB 03 Feb 1982; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A10361950 (Iraq); alt. Passport A13384189 (Iraq) expires 26 May 2026; National ID No. AG2915616 (Iraq) expires 29 Jan 2028 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

AL-HAMATI SWEETS BAKERIES, Al-Mukallah, Hadhramawt Governorate, Yemen [SDGT].

AL-HAMATI, Muhammad (a.k.a. AL-AHDAL, Mohamed Mohamed Abdullah; a.k.a. AL-AHDAL, Mohammad Hamdi Mohammad Sadiq (Arabic: محمد حمدي محمد صادق الأهدل); a.k.a. AL-AHDAL, Muhammad Muhammad Abdullah; a.k.a. "AL-MAKKI, Abu Asim"), Jamal street, Al-Dahima alley, Al-Hudaydah, Yemen; DOB 19 Nov 1971; POB Medina, Saudi Arabia; nationality Yemen; Gender Male; Passport 541939 (Yemen) issued 31 Jul 2000; National ID No. 216040 (Yemen) (individual) [SDGT].

AL-HAMAYQANI, 'Abd al-Wahab (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd

al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

ALHAMED, Hossin Mohsen (a.k.a. AL HAMID, Hashim; a.k.a. AL-AIDAROOS, Hashim Mohsen; a.k.a. ALHAMAD, Hashem Mohssein Idroos; a.k.a. ALHAMID, Hashim; a.k.a. AL-HAMID, Hashim Muhsin Aydarus; a.k.a. AL-HAMID, Mohsan; a.k.a. AL-HAMSHI, Hashim al-Hamid; a.k.a. ALHMAID, Housin Mohsein; a.k.a. IDAROOS, Hashim Mohsen; a.k.a. "ABU TAHIR"), Al Ghaydah, al-Mahrah Governorate, Yemen; Shabwah Governorate, Yemen; Mansoura, Aden, Yemen; Mukalla, Hadramawt Governorate, Yemen; Abyan Governorate, Yemen; Marib Governorate, Yemen; DOB 12 Dec 1985; POB Yemen; nationality Yemen; Gender Male; National ID No. 16010003042 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

ALHAMID, Hashim (a.k.a. AL HAMID, Hashim; a.k.a. AL-AIDAROOS, Hashim Mohsen; a.k.a. ALHAMAD, Hashem Mohssein Idroos; a.k.a. ALHAMED, Hossin Mohsen; a.k.a. AL-HAMID, Hashim Muhsin Aydarus; a.k.a. AL-HAMID, Mohsan; a.k.a. AL-HAMSHI, Hashim al-Hamid; a.k.a. ALHMAID, Housin Mohsein; a.k.a. IDAROOS, Hashim Mohsen; a.k.a. "ABU TAHIR"), Al Ghaydah, al-Mahrah Governorate, Yemen; Shabwah Governorate, Yemen; Mansoura, Aden, Yemen; Mukalla, Hadramawt Governorate, Yemen; Abyan Governorate, Yemen; Marib Governorate, Yemen; DOB 12 Dec 1985; POB Yemen; nationality Yemen; Gender Male; National ID No. 16010003042 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-HAMID, Hashim Muhsin Aydarus (a.k.a. AL HAMID, Hashim; a.k.a. AL-AIDAROOS, Hashim Mohsen; a.k.a. ALHAMAD, Hashem Mohssein Idroos; a.k.a. ALHAMED, Hossin Mohsen; a.k.a. ALHAMID, Hashim; a.k.a. AL-HAMID, Mohsan; a.k.a. AL-HAMSHI, Hashim al-Hamid; a.k.a. ALHMAID, Housin Mohsein; a.k.a. IDAROOS, Hashim Mohsen; a.k.a. "ABU TAHIR"), Al Ghaydah, al-Mahrah Governorate, Yemen;

Shabwah Governorate, Yemen; Mansoura, Aden, Yemen; Mukalla, Hadramawt Governorate, Yemen; Abyan Governorate, Yemen; Marib Governorate, Yemen; DOB 12 Dec 1985; POB Yemen; nationality Yemen; Gender Male; National ID No. 16010003042 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-HAMID, Mohsan (a.k.a. AL HAMID, Hashim; a.k.a. AL-AIDAROOS, Hashim Mohsen; a.k.a. ALHAMAD, Hashem Mohssein Idroos; a.k.a. ALHAMED, Hossin Mohsen; a.k.a. ALHAMID, Hashim; a.k.a. AL-HAMID, Hashim Muhsin Aydarus; a.k.a. AL-HAMSHI, Hashim al-Hamid; a.k.a. ALHMAID, Housin Mohsein; a.k.a. IDAROOS, Hashim Mohsen; a.k.a. "ABU TAHIR"), Al Ghaydah, al-Mahrah Governorate, Yemen; Shabwah Governorate, Yemen; Mansoura, Aden, Yemen; Mukalla, Hadramawt Governorate, Yemen; Abyan Governorate, Yemen; Marib Governorate, Yemen; DOB 12 Dec 1985; POB Yemen; nationality Yemen; Gender Male; National ID No. 16010003042 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-HAMIDAWI, Ahmad (a.k.a. AL-HAMIDAWI, Ahmad Muhsin Faraj; a.k.a. AL-SAEDI, Ahmed Kadhim Raheem; a.k.a. AL-SA'IDI, Ahmad Kazim Rahim; a.k.a. "HUSAYN, Abu"), Baghdad, Iraq; DOB 25 Mar 1974; POB Iraq; nationality Iraq; Gender Male (individual) [SDGT].

AL-HAMIDAWI, Ahmad Muhsin Faraj (a.k.a. AL-HAMIDAWI, Ahmad; a.k.a. AL-SAEDI, Ahmed Kadhim Raheem; a.k.a. AL-SA'IDI, Ahmad Kazim Rahim; a.k.a. "HUSAYN, Abu"), Baghdad, Iraq; DOB 25 Mar 1974; POB Iraq; nationality Iraq; Gender Male (individual) [SDGT].

AL-HAMIDAWI, Awqad Muhsin Faraj (a.k.a. AL-HAMADAWI, Aogad Mohsin Faraj), Baghdad, Iraq; DOB 03 Feb 1982; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A10361950 (Iraq); alt. Passport A13384189 (Iraq) expires 26 May 2026; National ID No. AG2915616 (Iraq) expires 29 Jan 2028 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

AL-HAMIDAWI, Riyad Yunis Jasim (a.k.a. "TAQI, Abu"; a.k.a. "TUQA, Abu"); DOB 16 Jan 1974; POB Baghdad, Iraq; Passport G1751672 expires 08 Feb 2016 (individual) [SDGT].

AL-HAMIDAWI, Shaykh 'Adnan (a.k.a. AL HAMEEDAWI, Adnan Younus Jasim; a.k.a.

"ABU-'AMMAR"), Iraq; DOB 20 Nov 1976; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

AL-HAMIQANI, 'Abd al-Wahab (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HAMIQANI, 'Abd al-Wahab al-Qawi (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04

Aug 1972; POB al-Zahir, al-Bayda', Yemen; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU

AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HAMMADI, Hamid Yusif (a.k.a. HAMADI, Hamed Yussef), Iraq; Former Minister of Culture and Information (individual) [IRAQ2].

AL-HAMO, Ahmad (a.k.a. AL-HAMU, Ahmad; a.k.a. HAMOU, Ahmed); DOB 1947; Minister of Industry (individual) [SYRIA].

AL-HAMSHI, Hashim al-Hamid (a.k.a. AL HAMID, Hashim; a.k.a. AL-AIDAROOS, Hashim Mohsen; a.k.a. ALHAMAD, Hashem Mohssein Idroos; a.k.a. ALHAMED, Hossin Mohsen; a.k.a. ALHAMID, Hashim; a.k.a. AL-HAMID, Hashim Muhsin Aydarus; a.k.a. AL-HAMID, Mohsan; a.k.a. ALHMAID, Housin Mohsein; a.k.a. IDAROOS, Hashim Mohsen; a.k.a. "ABU TAHIR"), Al Ghaydah, al-Mahrah Governorate, Yemen; Shabwah Governorate, Yemen; Mansoura, Aden, Yemen; Mukalla, Hadramawt Governorate, Yemen; Abyan Governorate, Yemen; Marib Governorate, Yemen; DOB 12 Dec 1985; POB Yemen; nationality Yemen; Gender Male; National ID No. 16010003042 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-HAMU, Ahmad (a.k.a. AL-HAMO, Ahmad; a.k.a. HAMOU, Ahmed); DOB 1947; Minister of Industry (individual) [SYRIA].

AL-HAMZA DIVISION (a.k.a. AL-HAMZAT DIVISION; a.k.a. FERQAT AL-HAMZA; a.k.a. FIRQA AL-HAMZA; a.k.a. HAMZA BRIGADE; a.k.a. HAMZA DIVISION (Arabic: فرقة الحمزة); a.k.a. HAMZA DIVISION SPECIAL FORCES; a.k.a. HAMZA TUMENI OZEL KUVVETLER; a.k.a. HAMZAT DIVISION), Al-Bab District, Aleppo Governorate, Syria; Afrin District, Aleppo Governorate, Syria [SYRIA-EO13894].

AL-HAMZAT DIVISION (a.k.a. AL-HAMZA DIVISION; a.k.a. FERQAT AL-HAMZA; a.k.a. FIRQA AL-HAMZA; a.k.a. HAMZA BRIGADE; a.k.a. HAMZA DIVISION (Arabic: فرقة الحمزة); a.k.a. HAMZA DIVISION SPECIAL FORCES; a.k.a. HAMZA TUMENI OZEL KUVVETLER; a.k.a. HAMZAT DIVISION), Al-Bab District, Aleppo Governorate, Syria; Afrin District, Aleppo Governorate, Syria [SYRIA-EO13894].

AL-HAMZI, Ahmad (Arabic: أحمد الحمزي) (a.k.a. AL-HAMZI, Ahmad 'Ali; a.k.a. AL-HAMZI, Ahmad 'Ali Ahsan; a.k.a. AL-HAMZI, Ahmed Ali; a.k.a. "AL-HAMZI, Muti'"), Yemen; DOB 1985; POB Sanaa al-Hamzat, Yemen; nationality

Yemen; Gender Male; Commander of the Houthi Air Force (individual) [YEMEN].

AL-HAMZI, Ahmad 'Ali (a.k.a. AL-HAMZI, Ahmad (Arabic: أحمد الحمزي); a.k.a. AL-HAMZI, Ahmad 'Ali Ahsan; a.k.a. AL-HAMZI, Ahmed Ali; a.k.a. "AL-HAMZI, Muti'"), Yemen; DOB 1985; POB Sanaa al-Hamzat, Yemen; nationality Yemen; Gender Male; Commander of the Houthi Air Force (individual) [YEMEN].

AL-HAMZI, Ahmad 'Ali Ahsan (a.k.a. AL-HAMZI, Ahmad (Arabic: أحمد الحمزي); a.k.a. AL-HAMZI, Ahmad 'Ali; a.k.a. AL-HAMZI, Ahmed Ali; a.k.a. "AL-HAMZI, Muti'"), Yemen; DOB 1985; POB Sanaa al-Hamzat, Yemen; nationality Yemen; Gender Male; Commander of the Houthi Air Force (individual) [YEMEN].

AL-HAMZI, Ahmed Ali (a.k.a. AL-HAMZI, Ahmad (Arabic: أحمد الحمزي); a.k.a. AL-HAMZI, Ahmad 'Ali; a.k.a. AL-HAMZI, Ahmad 'Ali Ahsan; a.k.a. "AL-HAMZI, Muti'"), Yemen; DOB 1985; POB Sanaa al-Hamzat, Yemen; nationality Yemen; Gender Male; Commander of the Houthi Air Force (individual) [YEMEN].

AL-HAQ, Amin (a.k.a. AH HAQ, Dr. Amin; a.k.a. AMIN, Muhammad; a.k.a. UL-HAQ, Dr. Amin); DOB 1960; POB Nangahar Province, Afghanistan (individual) [SDGT].

AL-HARAKAT AL-ISLAMIYAH LIL-ISLAH (a.k.a. AL-ISLAH; a.k.a. ISLAMIC MOVEMENT FOR REFORM; a.k.a. MOVEMENT FOR ISLAMIC REFORM IN ARABIA; a.k.a. MOVEMENT FOR REFORM IN ARABIA; a.k.a. "MIRA"), BM Box: MIRA, London WC1N 3XX, United Kingdom; 21 Blackstone Road, London NW2 6DA, United Kingdom; Safiee Suite, EBC House, Townsend Lane, London NW9 8LL, United Kingdom; UK Company Number 03834450 (United Kingdom) [SDGT].

AL-HARAM COMPANY FOR MONEY TRANSFER (a.k.a. AL HARAM COMMERCIAL COMPANY; a.k.a. AL HARAM FOREIGN EXCHANGE CO. LTD; a.k.a. AL HARAM TRANSFER CO.; a.k.a. AL-HARAM EXCHANGE COMPANY; a.k.a. ALHARAM FOR EXCHANGE LTD; a.k.a. AL-HARM TRADING COMPANY; a.k.a. ARABISC HARAM; a.k.a. HARAM TRADING COMPANY; a.k.a. SHARIKAT AL-HARAM LIL-HIWALAT AL-MALIYYAH; a.k.a. TRADING AL-HARM COMPANY), Istanbul, Turkey; Mersin, Turkey; Gaziantep, Turkey; Antakya, Turkey; Reyhanli, Turkey; Iskenderun, Turkey; Belen, Turkey; Surmez, Turkey; Kirikhan, Turkey; Bursa, Turkey; Islahiye, Turkey; Alanya, Turkey; Urfa, Turkey; Antalya, Turkey; Narlica, Turkey;

Ankara, Turkey; Izmir, Turkey; Konya, Turkey; Kayseri, Turkey; Turkey; Lebanon; Jordan; Sudan; Palestinian; Website www.arabisc-haram.com [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-HARAM EXCHANGE COMPANY (a.k.a. AL HARAM COMMERCIAL COMPANY; a.k.a. AL HARAM FOREIGN EXCHANGE CO. LTD; a.k.a. AL HARAM TRANSFER CO.; a.k.a. AL-HARAM COMPANY FOR MONEY TRANSFER; a.k.a. ALHARAM FOR EXCHANGE LTD; a.k.a. AL-HARM TRADING COMPANY; a.k.a. ARABISC HARAM; a.k.a. HARAM TRADING COMPANY; a.k.a. SHARIKAT AL-HARAM LIL-HIWALAT AL-MALIYYAH; a.k.a. TRADING AL-HARM COMPANY), Istanbul, Turkey; Mersin, Turkey; Gaziantep, Turkey; Antakya, Turkey; Reyhanli, Turkey; Iskenderun, Turkey; Belen, Turkey; Surmez, Turkey; Kirikhan, Turkey; Bursa, Turkey; Islahiye, Turkey; Alanya, Turkey; Urfa, Turkey; Antalya, Turkey; Narlica, Turkey; Ankara, Turkey; Izmir, Turkey; Konya, Turkey; Kayseri, Turkey; Turkey; Lebanon; Jordan; Sudan; Palestinian; Website www.arabisc-haram.com [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALHARAM FOR EXCHANGE LTD (a.k.a. AL HARAM COMMERCIAL COMPANY; a.k.a. AL HARAM FOREIGN EXCHANGE CO. LTD; a.k.a. AL HARAM TRANSFER CO.; a.k.a. AL-HARAM COMPANY FOR MONEY TRANSFER; a.k.a. AL-HARAM EXCHANGE COMPANY; a.k.a. AL-HARM TRADING COMPANY; a.k.a. ARABISC HARAM; a.k.a. HARAM TRADING COMPANY; a.k.a. SHARIKAT AL-HARAM LIL-HIWALAT AL-MALIYYAH; a.k.a. TRADING AL-HARM COMPANY), Istanbul, Turkey; Mersin, Turkey; Gaziantep, Turkey; Antakya, Turkey; Reyhanli, Turkey; Iskenderun, Turkey; Belen, Turkey; Surmez, Turkey; Kirikhan, Turkey; Bursa, Turkey; Islahiye, Turkey; Alanya, Turkey; Urfa, Turkey; Antalya, Turkey; Narlica, Turkey; Ankara, Turkey; Izmir, Turkey; Konya, Turkey; Kayseri, Turkey; Turkey; Lebanon; Jordan; Sudan; Palestinian; Website www.arabisc-haram.com [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALHARAMAIN (a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a.

ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

ALHARAMAIN (a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

ALHARAMAIN (a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a.

ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya [SDGT].

ALHARAMAIN (a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR;

a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

AL-HARAMAIN (a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

AL-HARAMAIN & AL MASJED AL-AQSA CHARITY FOUNDATION : BOSNIA BRANCH (a.k.a. AL HARAMAIN AL MASJED AL AQSA; a.k.a. AL HARAMAYN AL MASJID AL AQSA; a.k.a. AL-HARAMAYN AND AL MASJID AL AQSA CHARITABLE FOUNDATION), Hasiba Brankovica No. 2A, Sarajevo, Bosnia and Herzegovina [SDGT].

AL-HARAMAIN : AFGHANISTAN BRANCH, Afghanistan [SDGT].

AL-HARAMAIN : ALBANIA BRANCH, Ifran Tomini street, #58, Tirana, Albania [SDGT].

AL-HARAMAIN : BANGLADESH BRANCH, House 1, Road 1, S-6, Uttara, Dhaka, Bangladesh [SDGT].

AL-HARAMAIN : ETHIOPIA BRANCH, Woreda District 24 Kebele Section 13, Addis Ababa, Ethiopia [SDGT].

AL-HARAMAIN : INDONESIA BRANCH (a.k.a. AL HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. YAYASAN AL HARAMAIN; a.k.a. YAYASAN AL HARAMAINI;

OFFICE OF FOREIGN ASSETS CONTROL

a.k.a. YAYASAN AL-MANAHIL-INDONESIA),
Jalan Laut Sulawesi Blok DII/4, Kavling
Angkatan Laut Duren Sawit, Jakarta Timur
13440, Indonesia [SDGT].
AL-HARAMAIN : KENYA BRANCH (a.k.a.
ALHARAMAIN; a.k.a. ALHARAMAIN
FOUNDATION; a.k.a. AL-HARAMAIN
FOUNDATION; a.k.a. ALHARAMAIN
HUMANITARIAN FOUNDATION; a.k.a. AL-
HARAMAIN HUMANITARIAN FOUNDATION;
a.k.a. ALHARAMAIN ISLAMIC FOUNDATION;
a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION;
a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN;
a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-
HARAMAYN FOUNDATION; a.k.a.
ALHARAMAYN HUMANITARIAN
FOUNDATION; a.k.a. AL-HARAMAYN
HUMANITARIAN FOUNDATION; a.k.a.
ALHARAMAYN ISLAMIC FOUNDATION; a.k.a.
AL-HARAMAYN ISLAMIC FOUNDATION;
a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN;
a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-
HARAMEIN FOUNDATION; a.k.a.
ALHARAMEIN HUMANITARIAN
FOUNDATION; a.k.a. AL-HARAMEIN
HUMANITARIAN FOUNDATION; a.k.a.
ALHARAMEIN ISLAMIC FOUNDATION; a.k.a.
AL-HARAMEIN ISLAMIC FOUNDATION;
a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA;
a.k.a. MU'ASSASAT AL-HARAMAYN AL-
KHAYRIYYA; a.k.a. MU'ASSASAT AL-
HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR;
a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya;
Daddb, Kenya [SDGT].
AL-HARAMAIN : PAKISTAN BRANCH (a.k.a.
ALHARAMAIN; a.k.a. ALHARAMAIN
FOUNDATION; a.k.a. AL-HARAMAIN
FOUNDATION; a.k.a. ALHARAMAIN
HUMANITARIAN FOUNDATION; a.k.a. AL-
HARAMAIN HUMANITARIAN FOUNDATION;
a.k.a. ALHARAMAIN ISLAMIC FOUNDATION;
a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION;
a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN;
a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-
HARAMAYN FOUNDATION; a.k.a.
ALHARAMAYN HUMANITARIAN
FOUNDATION; a.k.a. AL-HARAMAYN
HUMANITARIAN FOUNDATION; a.k.a.
ALHARAMAYN ISLAMIC FOUNDATION; a.k.a.
AL-HARAMAYN ISLAMIC FOUNDATION;
a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN;
a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-
HARAMEIN FOUNDATION; a.k.a.
ALHARAMEIN HUMANITARIAN
FOUNDATION; a.k.a. AL-HARAMEIN

HUMANITARIAN FOUNDATION; a.k.a.
ALHARAMEIN ISLAMIC FOUNDATION; a.k.a.
AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a.
MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA;
a.k.a. MU'ASSASAT AL-HARAMAYN AL-
KHAYRIYYA; a.k.a. MU'ASSASAT AL-
HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR;
a.k.a. VEZIR), House #279, Nazimuddin road,
F-10/1, Islamabad, Pakistan [SDGT].
AL-HARAMAIN : TANZANIA BRANCH (a.k.a.
ALHARAMAIN; a.k.a. ALHARAMAIN
FOUNDATION; a.k.a. AL-HARAMAIN
FOUNDATION; a.k.a. ALHARAMAIN
HUMANITARIAN FOUNDATION; a.k.a. AL-
HARAMAIN HUMANITARIAN FOUNDATION;
a.k.a. ALHARAMAIN ISLAMIC FOUNDATION;
a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION;
a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN;
a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-
HARAMAYN FOUNDATION; a.k.a.
ALHARAMAYN HUMANITARIAN
FOUNDATION; a.k.a. AL-HARAMAYN
HUMANITARIAN FOUNDATION; a.k.a.
ALHARAMAYN ISLAMIC FOUNDATION; a.k.a.
AL-HARAMAYN ISLAMIC FOUNDATION;
a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN;
a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-
HARAMEIN FOUNDATION; a.k.a.
ALHARAMEIN HUMANITARIAN
FOUNDATION; a.k.a. AL-HARAMEIN
HUMANITARIAN FOUNDATION; a.k.a.
ALHARAMEIN ISLAMIC FOUNDATION; a.k.a.
AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a.
MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA;
a.k.a. MU'ASSASAT AL-HARAMAYN AL-
KHAYRIYYA; a.k.a. MU'ASSASAT AL-
HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR;
a.k.a. VEZIR), PO Box 3616, Dar es Salaam,
Tanzania; Tanga, Tanzania; Singida, Tanzania
[SDGT].
AL-HARAMAIN : THE NETHERLANDS BRANCH
(a.k.a. STICHTING AL HARAMAIN
HUMANITARIAN AID), Jan Hanzenstraat 114,
1053SV, Amsterdam, Netherlands [SDGT].
ALHARAMAIN FOUNDATION (a.k.a.
ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a.
AL-HARAMAIN FOUNDATION; a.k.a.
ALHARAMAIN HUMANITARIAN
FOUNDATION; a.k.a. AL-HARAMAIN
HUMANITARIAN FOUNDATION; a.k.a.
ALHARAMAIN ISLAMIC FOUNDATION; a.k.a.
AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a.
ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a.
ALHARAMAYN FOUNDATION; a.k.a. AL-
HARAMAYN FOUNDATION; a.k.a.

ALHARAMAYN HUMANITARIAN
FOUNDATION; a.k.a. AL-HARAMAYN
HUMANITARIAN FOUNDATION; a.k.a.
ALHARAMAYN ISLAMIC FOUNDATION; a.k.a.
AL-HARAMAYN ISLAMIC FOUNDATION;
a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN;
a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-
HARAMEIN FOUNDATION; a.k.a.
ALHARAMEIN HUMANITARIAN
FOUNDATION; a.k.a. AL-HARAMEIN
HUMANITARIAN FOUNDATION; a.k.a.
ALHARAMEIN ISLAMIC FOUNDATION; a.k.a.
AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a.
MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA;
a.k.a. MU'ASSASAT AL-HARAMAYN AL-
KHAYRIYYA; a.k.a. MU'ASSASAT AL-
HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR;
a.k.a. VEZIR), Somalia; 64 Poturmahala,
Travnik, Bosnia and Herzegovina [SDGT].
ALHARAMAIN FOUNDATION (a.k.a.
ALHARAMAIN; a.k.a. AL-HARAMAIN :
PAKISTAN BRANCH; a.k.a. AL-HARAMAIN
FOUNDATION; a.k.a. ALHARAMAIN
HUMANITARIAN FOUNDATION; a.k.a. AL-
HARAMAIN HUMANITARIAN FOUNDATION;
a.k.a. ALHARAMAIN ISLAMIC FOUNDATION;
a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION;
a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN;
a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-
HARAMAYN FOUNDATION; a.k.a.
ALHARAMAYN HUMANITARIAN
FOUNDATION; a.k.a. AL-HARAMAYN
HUMANITARIAN FOUNDATION; a.k.a.
ALHARAMAYN ISLAMIC FOUNDATION; a.k.a.
AL-HARAMAYN ISLAMIC FOUNDATION;
a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN;
a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-
HARAMEIN FOUNDATION; a.k.a.
ALHARAMEIN HUMANITARIAN
FOUNDATION; a.k.a. AL-HARAMEIN
HUMANITARIAN FOUNDATION; a.k.a.
ALHARAMEIN ISLAMIC FOUNDATION; a.k.a.
AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a.
MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA;
a.k.a. MU'ASSASAT AL-HARAMAYN AL-
KHAYRIYYA; a.k.a. MU'ASSASAT AL-
HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR;
a.k.a. VEZIR), House #279, Nazimuddin road,
F-10/1, Islamabad, Pakistan [SDGT].
ALHARAMAIN FOUNDATION (a.k.a.
ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA
BRANCH; a.k.a. AL-HARAMAIN
FOUNDATION; a.k.a. ALHARAMAIN
HUMANITARIAN FOUNDATION; a.k.a. AL-
HARAMAIN HUMANITARIAN FOUNDATION;

a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya [SDGT].

ALHARAMAIN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

AL-HARAMAIN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

AL-HARAMAIN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

AL-HARAMAIN FOUNDATION (a.k.a. AL HARAMAIN; a.k.a. AL-HARAMAIN : INDONESIA BRANCH; a.k.a. YAYASAN AL HARAMAIN; a.k.a. YAYASAN AL HARAMAINI; a.k.a. YAYASAN AL-MANAHIL-INDONESIA), Jalan Laut Sulawesi Blok DII/4, Kavling Angkatan Laut Duren Sawit, Jakarta Timur 13440, Indonesia [SDGT].

AL-HARAMAIN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya [SDGT].

AL-HARAMAIN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN

FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

AL-HARAMAIN FOUNDATION : COMOROS ISLANDS, B/P: 1652, Moroni, Comoros [SDGT].

ALHARAMAIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

ALHARAMAIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

ALHARAMAIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Dadab, Kenya [SDGT].

ALHARAMAIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

AL-HARAMAIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-

KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

AL-HARAMAIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

AL-HARAMAIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a.

ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya [SDGT].

AL-HARAMAIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

ALHARAMAIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN

HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

ALHARAMAIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

ALHARAMAIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a.

ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a.
ALHARAMAYN FOUNDATION; a.k.a. AL-
HARAMAYN FOUNDATION; a.k.a.
ALHARAMAYN HUMANITARIAN
FOUNDATION; a.k.a. AL-HARAMAYN
HUMANITARIAN FOUNDATION; a.k.a.
ALHARAMAYN ISLAMIC FOUNDATION; a.k.a.
AL-HARAMAYN ISLAMIC FOUNDATION;
a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN;
a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-
HARAMEIN FOUNDATION; a.k.a.
ALHARAMEIN HUMANITARIAN
FOUNDATION; a.k.a. AL-HARAMEIN
HUMANITARIAN FOUNDATION; a.k.a.
ALHARAMEIN ISLAMIC FOUNDATION; a.k.a.
AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a.
MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA;
a.k.a. MU'ASSASAT AL-HARAMAYN AL-
KHAYRIYYA; a.k.a. MU'ASSASAT AL-
HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR;
a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya;
Daddb, Kenya [SDGT].
ALHARAMAIN ISLAMIC FOUNDATION (a.k.a.
ALHARAMAIN; a.k.a. AL-HARAMAIN :
TANZANIA BRANCH; a.k.a. ALHARAMAIN
FOUNDATION; a.k.a. AL-HARAMAIN
FOUNDATION; a.k.a. ALHARAMAIN
HUMANITARIAN FOUNDATION; a.k.a. AL-
HARAMAIN HUMANITARIAN FOUNDATION;
a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION;
a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN;
a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-
HARAMAYN FOUNDATION; a.k.a.
ALHARAMAYN HUMANITARIAN
FOUNDATION; a.k.a. AL-HARAMAYN
HUMANITARIAN FOUNDATION; a.k.a.
ALHARAMAYN ISLAMIC FOUNDATION; a.k.a.
AL-HARAMAYN ISLAMIC FOUNDATION;
a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN;
a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-
HARAMEIN FOUNDATION; a.k.a.
ALHARAMEIN HUMANITARIAN
FOUNDATION; a.k.a. AL-HARAMEIN
HUMANITARIAN FOUNDATION; a.k.a.
ALHARAMEIN ISLAMIC FOUNDATION; a.k.a.
AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a.
MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA;
a.k.a. MU'ASSASAT AL-HARAMAYN AL-
KHAYRIYYA; a.k.a. MU'ASSASAT AL-
HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR;
a.k.a. VEZIR), PO Box 3616, Dar es Salaam,
Tanzania; Tanga, Tanzania; Singida, Tanzania
[SDGT].
AL-HARAMAIN ISLAMIC FOUNDATION (a.k.a.
ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a.

ALHARAMAIN FOUNDATION; a.k.a. AL-
HARAMAIN FOUNDATION; a.k.a.
ALHARAMAIN HUMANITARIAN
FOUNDATION; a.k.a. AL-HARAMAIN
HUMANITARIAN FOUNDATION; a.k.a.
ALHARAMAIN ISLAMIC FOUNDATION; a.k.a.
ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a.
ALHARAMAYN FOUNDATION; a.k.a. AL-
HARAMAYN FOUNDATION; a.k.a.
ALHARAMAYN HUMANITARIAN
FOUNDATION; a.k.a. AL-HARAMAYN
HUMANITARIAN FOUNDATION; a.k.a.
ALHARAMAYN ISLAMIC FOUNDATION; a.k.a.
AL-HARAMAYN ISLAMIC FOUNDATION;
a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN;
a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-
HARAMEIN FOUNDATION; a.k.a.
ALHARAMEIN HUMANITARIAN
FOUNDATION; a.k.a. AL-HARAMEIN
HUMANITARIAN FOUNDATION; a.k.a.
ALHARAMEIN ISLAMIC FOUNDATION; a.k.a.
AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a.
MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA;
a.k.a. MU'ASSASAT AL-HARAMAYN AL-
KHAYRIYYA; a.k.a. MU'ASSASAT AL-
HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR;
a.k.a. VEZIR), Somalia; 64 Poturmahala,
Travnik, Bosnia and Herzegovina [SDGT].
AL-HARAMAIN ISLAMIC FOUNDATION, West
Al-M'ather Street, Riyadh, Saudi Arabia; P.O.
Box 69606, Riyadh 11557, Saudi Arabia; all
offices worldwide [SDGT].
AL-HARAMAIN ISLAMIC FOUNDATION (a.k.a.
ALHARAMAIN; a.k.a. AL-HARAMAIN :
PAKISTAN BRANCH; a.k.a. ALHARAMAIN
FOUNDATION; a.k.a. AL-HARAMAIN
FOUNDATION; a.k.a. ALHARAMAIN
HUMANITARIAN FOUNDATION; a.k.a. AL-
HARAMAIN HUMANITARIAN FOUNDATION;
a.k.a. ALHARAMAIN ISLAMIC FOUNDATION;
a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN;
a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-
HARAMAYN FOUNDATION; a.k.a.
ALHARAMAYN HUMANITARIAN
FOUNDATION; a.k.a. AL-HARAMAYN
HUMANITARIAN FOUNDATION; a.k.a.
ALHARAMAYN ISLAMIC FOUNDATION; a.k.a.
AL-HARAMAYN ISLAMIC FOUNDATION;
a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN;
a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-
HARAMEIN FOUNDATION; a.k.a.
ALHARAMEIN HUMANITARIAN
FOUNDATION; a.k.a. AL-HARAMEIN
HUMANITARIAN FOUNDATION; a.k.a.
ALHARAMEIN ISLAMIC FOUNDATION; a.k.a.

AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a.
MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA;
a.k.a. MU'ASSASAT AL-HARAMAYN AL-
KHAYRIYYA; a.k.a. MU'ASSASAT AL-
HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR;
a.k.a. VEZIR), House #279, Nazimuddin road,
F-10/1, Islamabad, Pakistan [SDGT].
AL-HARAMAIN ISLAMIC FOUNDATION (a.k.a.
ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA
BRANCH; a.k.a. ALHARAMAIN FOUNDATION;
a.k.a. AL-HARAMAIN FOUNDATION; a.k.a.
ALHARAMAIN HUMANITARIAN
FOUNDATION; a.k.a. AL-HARAMAIN
HUMANITARIAN FOUNDATION; a.k.a.
ALHARAMAIN ISLAMIC FOUNDATION; a.k.a.
ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a.
ALHARAMAYN FOUNDATION; a.k.a. AL-
HARAMAYN FOUNDATION; a.k.a.
ALHARAMAYN HUMANITARIAN
FOUNDATION; a.k.a. AL-HARAMAYN
HUMANITARIAN FOUNDATION; a.k.a.
ALHARAMAYN ISLAMIC FOUNDATION; a.k.a.
AL-HARAMAYN ISLAMIC FOUNDATION;
a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN;
a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-
HARAMEIN FOUNDATION; a.k.a.
ALHARAMEIN HUMANITARIAN
FOUNDATION; a.k.a. AL-HARAMEIN
HUMANITARIAN FOUNDATION; a.k.a.
ALHARAMEIN ISLAMIC FOUNDATION; a.k.a.
AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a.
MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA;
a.k.a. MU'ASSASAT AL-HARAMAYN AL-
KHAYRIYYA; a.k.a. MU'ASSASAT AL-
HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR;
a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya;
Daddb, Kenya [SDGT].
AL-HARAMAIN ISLAMIC FOUNDATION (a.k.a.
ALHARAMAIN; a.k.a. AL-HARAMAIN :
TANZANIA BRANCH; a.k.a. ALHARAMAIN
FOUNDATION; a.k.a. AL-HARAMAIN
FOUNDATION; a.k.a. ALHARAMAIN
HUMANITARIAN FOUNDATION; a.k.a. AL-
HARAMAIN HUMANITARIAN FOUNDATION;
a.k.a. ALHARAMAIN ISLAMIC FOUNDATION;
a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN;
a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-
HARAMAYN FOUNDATION; a.k.a.
ALHARAMAYN HUMANITARIAN
FOUNDATION; a.k.a. AL-HARAMAYN
HUMANITARIAN FOUNDATION; a.k.a.
ALHARAMAYN ISLAMIC FOUNDATION; a.k.a.
AL-HARAMAYN ISLAMIC FOUNDATION;
a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN;
a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-

HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

ALHARAMAYN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

ALHARAMAYN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN

HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

ALHARAMAYN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya [SDGT].

ALHARAMAYN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN

HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

AL-HARAMAYN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

AL-HARAMAYN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

AL-HARAMAYN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya [SDGT].

AL-HARAMAYN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

AL-HARAMAYN AND AL MASJID AL AQSA CHARITABLE FOUNDATION (a.k.a. AL HARAMAIN AL MASJED AL AQSA; a.k.a. AL HARAMAYN AL MASJID AL AQSA; a.k.a. AL-HARAMAIN & AL MASJED AL-AQSA CHARITY FOUNDATION : BOSNIA BRANCH), Hasiba Brankovica No. 2A, Sarajevo, Bosnia and Herzegovina [SDGT].

ALHARAMAYN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN; a.k.a.

AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

ALHARAMAYN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

ALHARAMAYN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN

FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya [SDGT].

ALHARAMAYN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

AL-HARAMAYN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

AL-HARAMAYN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-

AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

AL-HARAMAIN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya [SDGT].

AL-HARAMAYN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-

OFFICE OF FOREIGN ASSETS CONTROL                                                                    SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

ALHARAMAYN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

ALHARAMYN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

ALHARAMAYN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya [SDGT].

ALHARAMAYN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION;

a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

AL-HARAMAYN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

AL-HARAMAYN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN

FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

AL-HARAMAYN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA;

a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya [SDGT].

AL-HARAMAYN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

ALHARAMAYN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a.

AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

ALHARAMAYN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

ALHARAMAYN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-

HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi; Garissa, Kenya; Daddb, Kenya [SDGT].

ALHARAMAYN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

AL-HARAMAYN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a.

ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

AL-HARAMAYN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

AL-HARAMAYN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a.

ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya [SDGT].

AL-HARAMAYN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

ALHARAMEIN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

ALHARAMEIN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-

KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

ALHARAMEIN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya [SDGT].

ALHARAMEIN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN

FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

AL-HARAMEIN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

AL-HARAMEIN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN

OFFICE OF FOREIGN ASSETS CONTROL

FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR, House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

AL-HARAMEIN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR, Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya [SDGT].

AL-HARAMEIN (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a.

ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR, PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

ALHARAMEIN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

ALHARAMEIN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

ALHARAMEIN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA;

a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya [SDGT].

ALHARAMEIN FOUNDATION (a.k.a. ALHARMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

AL-HARAMEIN FOUNDATION (a.k.a. ALHARMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a.

ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

AL-HARAMEIN FOUNDATION (a.k.a. ALHARMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

AL-HARAMEIN FOUNDATION (a.k.a. ALHARMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN

HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya [SDGT].

AL-HARAMEIN FOUNDATION (a.k.a. ALHARMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

ALHARAMAIN HUMANITARIAN FOUNDATION (a.k.a. ALHARMAIN; a.k.a. AL-HARMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a.

AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

ALHARAMEIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

ALHARAMEIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya [SDGT].

ALHARAMEIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

AL-HARAMEIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

AL-HARAMEIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC

FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

AL-HARAMEIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya [SDGT].

AL-HARAMEIN HUMANITARIAN FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN;

a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

ALHARAMEIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

ALHARAMEIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a.

ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

ALHARAMEIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya [SDGT].

ALHARAMEIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION;

a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

AL-HARAMEIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Somalia; 64 Poturmahala, Travnik, Bosnia and Herzegovina [SDGT].

AL-HARAMEIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : PAKISTAN BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin road, F-10/1, Islamabad, Pakistan [SDGT].

AL-HARAMEIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : KENYA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Nairobi, Kenya; Garissa, Kenya; Daddb, Kenya [SDGT].

AL-HARAMEIN ISLAMIC FOUNDATION (a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN : TANZANIA BRANCH; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. AL-HARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), PO Box 3616, Dar es Salaam, Tanzania; Tanga, Tanzania; Singida, Tanzania [SDGT].

AL-HARAZI, Tarik Bin al-Falah al-Awni (a.k.a. Al-HARZI, Tariq Bin Tahir Bin Al-Falih Al-Auni; a.k.a. Al-HARZI, Tariq Tahir Falih Al-Awni; a.k.a. AL-HARZI, Tariq Bin-Al-Tahar Bin Al Falih Al-'Awni; a.k.a. AL-HARZI, Tariq Tahir Faleh Al-Awni; a.k.a. AL-TUNISI, Abu 'Umar; a.k.a. AL-TUNISI, Tariq; a.k.a. AL-TUNISI, Tariq Abu 'Umar; a.k.a. AL-TUNISI, Tariq Abu Umar; a.k.a. EL HARAZI, Tarek Ben El Felah El Aouni; a.k.a. HARZI, Tariq Tahir Falih 'Awni; a.k.a. "HOUDOUD, Abu Omar"); DOB 03 May 1982; alt. DOB 05 Mar 1982; alt. DOB 1981; POB Tunis, Tunisia; Passport Z-050399 (individual) [SDGT].

AL-HARBI, Abu Abdalla (a.k.a. AL-HARBI, Abu Suliman; a.k.a. AL-HARBI, Mansur; a.k.a. AL-MAKY, Abu Muslem; a.k.a. ALSBHUA, Azam A.R.; a.k.a. ALSBHUA, Azam Abdullah Razeeq Al Mouled; a.k.a. AL-SUBHI, Azzam; a.k.a. AL-

SUBHI, Azzam Abdullah Zureik Al-Maulid), Afghanistan; Pakistan; DOB 12 Apr 1976; POB Al Baraka, Saudi Arabia; nationality Saudi Arabia; Passport C389664 issued 15 Sep 2000 expires 15 Sep 2005 (individual) [SDGT].

AL-HARBI, Abu Suliman (a.k.a. AL-HARBI, Abu Abdalla; a.k.a. AL-HARBI, Mansur; a.k.a. AL-MAKY, Abu Muslem; a.k.a. ALSBHUA, Azam A.R.; a.k.a. ALSBHUA, Azam Abdullah Razeeq Al Mouled; a.k.a. AL-SUBHI, Azzam; a.k.a. AL-SUBHI, Azzam Abdullah Zureik Al-Maulid), Afghanistan; Pakistan; DOB 12 Apr 1976; POB Al Baraka, Saudi Arabia; nationality Saudi Arabia; Passport C389664 issued 15 Sep 2000 expires 15 Sep 2005 (individual) [SDGT].

ALHARBI, Adel Radhi Saqer (a.k.a. AL-HARBI, Adel Radi Saqr Al-Wahabi; a.k.a. AL-HARBI, 'Adil Radi Saqr al-Wahbi; a.k.a. MUHARIB, Abu Ali; a.k.a. "MUHARIB"); DOB 01 Dec 1986; POB Buraydah, Saudi Arabia; nationality Saudi Arabia; Passport J110141 (Saudi Arabia) issued 18 Apr 2010 expires 22 Feb 2015; National ID No. 1059887057 (Saudi Arabia) (individual) [SDGT].

AL-HARBI, Adel Radi Saqr Al-Wahabi (a.k.a. ALHARBI, Adel Radhi Saqer; a.k.a. AL-HARBI, 'Adil Radi Saqr al-Wahbi; a.k.a. MUHARIB, Abu Ali; a.k.a. "MUHARIB"); DOB 01 Dec 1986; POB Buraydah, Saudi Arabia; nationality Saudi Arabia; Passport J110141 (Saudi Arabia) issued 18 Apr 2010 expires 22 Feb 2015; National ID No. 1059887057 (Saudi Arabia) (individual) [SDGT].

AL-HARBI, 'Adil Radi Saqr al-Wahbi (a.k.a. ALHARBI, Adel Radhi Saqer; a.k.a. AL-HARBI, Adel Radi Saqr Al-Wahabi; a.k.a. MUHARIB, Abu Ali; a.k.a. "MUHARIB"); DOB 01 Dec 1986; POB Buraydah, Saudi Arabia; nationality Saudi Arabia; Passport J110141 (Saudi Arabia) issued 18 Apr 2010 expires 22 Feb 2015; National ID No. 1059887057 (Saudi Arabia) (individual) [SDGT].

AL-HARBI, Mansur (a.k.a. AL-HARBI, Abu Abdalla; a.k.a. AL-HARBI, Abu Suliman; a.k.a. AL-MAKY, Abu Muslem; a.k.a. ALSBHUA, Azam A.R.; a.k.a. ALSBHUA, Azam Abdullah Razeeq Al Mouled; a.k.a. AL-SUBHI, Azzam; a.k.a. AL-SUBHI, Azzam Abdullah Zureik Al-Maulid), Afghanistan; Pakistan; DOB 12 Apr 1976; POB Al Baraka, Saudi Arabia; nationality Saudi Arabia; Passport C389664 issued 15 Sep 2000 expires 15 Sep 2005 (individual) [SDGT].

AL-HARBI, Nasir Muhammad 'Awad al-Ghidani (a.k.a. AL-HARBI, Nasir Muhammad 'Iwad al-Ghaydani; a.k.a. "AL-GHAYDANI, Abu-Bilal";

a.k.a. "AL-HARBI, Abu-Bilal"; a.k.a. "AL-NAJDI, Hammam"; a.k.a. "AL-RAS, Ra'i"; a.k.a. "BILAL"), Yemen; DOB 20 Jul 1974; alt. DOB 05 Sep 1974; POB al-Qasim, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT].

AL-HARBI, Nasir Muhammad 'Iwad al-Ghaydani (a.k.a. AL-HARBI, Nasir Muhammad 'Awad al-Ghidani; a.k.a. "AL-GHAYDANI, Abu-Bilal"; a.k.a. "AL-HARBI, Abu-Bilal"; a.k.a. "AL-NAJDI, Hammam"; a.k.a. "AL-RAS, Ra'i"; a.k.a. "BILAL"), Yemen; DOB 20 Jul 1974; alt. DOB 05 Sep 1974; POB al-Qasim, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT].

ALHARBI, Thaar Ghaleb T.; DOB 01 Aug 1979; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport P723557 (Saudi Arabia) issued 05 Feb 2015 expires 13 Dec 2019 (individual) [GLOMAG].

AL-HARIRI, Musa, Syria; DOB 19 Jun 1970; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL HARAM TRADING COMPANY (a.k.a. AL HARAM COMMERCIAL COMPANY; a.k.a. AL HARAM FOREIGN EXCHANGE CO. LTD; a.k.a. AL HARAM TRANSFER CO.; a.k.a. AL-HARAM COMPANY FOR MONEY TRANSFER; a.k.a. AL-HARAM EXCHANGE COMPANY; a.k.a. ALHARAM FOR EXCHANGE LTD; a.k.a. ARABISC HARAM; a.k.a. HARAM TRADING COMPANY; a.k.a. SHARIKAT AL-HARAM LIL-HIWALAT AL-MALIYYAH; a.k.a. TRADING AL-HARM COMPANY), Istanbul, Turkey; Mersin, Turkey; Gaziantep, Turkey; Antakya, Turkey; Reyhanli, Turkey; Iskenderun, Turkey; Belen, Turkey; Surmez, Turkey; Kirikhan, Turkey; Bursa, Turkey; Islahiye, Turkey; Alanya, Turkey; Urfa, Turkey; Antalya, Turkey; Narlica, Turkey; Ankara, Turkey; Izmir, Turkey; Konya, Turkey; Kayseri, Turkey; Turkey; Lebanon; Jordan; Sudan; Palestinian; Website www.arabisc-haram.com [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-HARZI, Ali Bin al-tahar Bin Al-falah Al-ouni (a.k.a. HARZI, Ali; a.k.a. HARZI, Ali Ouni); DOB 09 Mar 1986; POB Tunis, Tunisia; Passport W342058 (Tunisia) (individual) [SDGT].

AL-HARZI, Tariq Bin-Al-Tahar Bin Al Falih Al-'Awni (a.k.a. AL-HARZI, Tariq Bin Tahir Bin Al-Falih Al-Auni; a.k.a. AL-HARZI, Tariq Tahir Falih Al-Awni; a.k.a. AL-HARAZI, Tarik Bin al-Falah al-Awni; a.k.a. AL-HARZI, Tariq Tahir Faleh Al-Awni; a.k.a. AL-TUNISI, Abu 'Umar; a.k.a. AL-TUNISI, Tariq; a.k.a. AL-TUNISI, Tariq Abu 'Umar; a.k.a. AL-TUNISI, Tariq Abu Umar; a.k.a.

EL HARAZI, Tarek Ben El Felah El Aouni; a.k.a. HARZI, Tariq Tahir Falih 'Awni; a.k.a. "HOUDOUD, Abu Omar"); DOB 03 May 1982; alt. DOB 05 Mar 1982; alt. DOB 1981; POB Tunis, Tunisia; Passport Z-050399 (individual) [SDGT].

AL-HARZI, Tariq Tahir Faleh Al-Awni (a.k.a. AL-HARZI, Tariq Bin Tahir Bin Al-Falih Al-Auni; a.k.a. AL-HARZI, Tariq Tahir Falih Al-Awni; a.k.a. AL-HARAZI, Tarik Bin al-Falah al-Awni; a.k.a. AL-HARZI, Tariq Bin-Al-Tahar Bin Al Falih Al-'Awni; a.k.a. AL-TUNISI, Abu 'Umar; a.k.a. AL-TUNISI, Tariq; a.k.a. AL-TUNISI, Tariq Abu 'Umar; a.k.a. AL-TUNISI, Tariq Abu Umar; a.k.a. EL HARAZI, Tarek Ben El Felah El Aouni; a.k.a. HARZI, Tariq Tahir Falih 'Awni; a.k.a. "HOUDOUD, Abu Omar"); DOB 03 May 1982; alt. DOB 05 Mar 1982; alt. DOB 1981; POB Tunis, Tunisia; Passport Z-050399 (individual) [SDGT].

AL-HARZRURI, Mahmubd, Syria; DOB 19 Nov 1957; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-HASAN, Abdallah, Syria; DOB 15 Jun 1983; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-HASAN, Suhayl Hasan (a.k.a. HASSAN, Suheil), Syria; DOB 1964; Gender Male; Syrian Air Force Intelligence Colonel (individual) [SYRIA] (Linked To: SYRIAN AIR FORCE INTELLIGENCE).

AL-HASHIMI, Abu Ma'ali (a.k.a. ABU-SULAYMAN, Nashwan al-Adani; a.k.a. AL-ADANI, Abu Sulayman; a.k.a. AL-ADANI, Nashwan; a.k.a. AL-ADANI, Sulayman; a.k.a. AL-SAY'ARI, Muhammad Ahmed; a.k.a. AL-SAY'ARI, Muhammad Qan'an; a.k.a. AL-SAY'ARI, Nashwan; a.k.a. MUTHANA, Mohsen Ahmed Saleh; a.k.a. MUTHANNA, Muhsin Ahmad Salah; a.k.a. QAN'AN, Muhammad Salih Muhammad; a.k.a. "AL-MUHAJIR, Abu Usama"), Yemen; DOB 13 Jan 1988; Gender Male; Passport 05867398 (Yemen); alt. Passport 04988639 (Jordan) (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-HASHIMI, Mushtaq Talib Zughayar Karhut (a.k.a. AL-RAWI, Abu Mus'ab; a.k.a. AL-RAWI, Mushtaq; a.k.a. AL-RAWI, Mushtaq Talib; a.k.a. AL-RAWI, Mushtaq Talib Zaghayir; a.k.a. AL-RAWI, Mushtaq Talib Zughayr), Turkey; Belgium; DOB 1964; alt. DOB 1969; Gender Male; Phone Number 905537471039 (individual) [SDGT].

AL-HASHIMI, Umar Talib Zughayr (a.k.a. AL-RAWI, 'Umar Talib; a.k.a. AL-RAWI, Umar Talib Zughayr; a.k.a. AL-RAWI, Umar Talib Zughayr Karhoot; a.k.a. ZGHYR, 'Umr Talib; a.k.a. "AL-RAWI, Abu Umar"), Samsun, Turkey; al-Qa'im, Anbar Province, Iraq; Mersin Province, Turkey; DOB 1970; alt. DOB 1971; POB Iraq; nationality Iraq; Gender Male; Phone Number 907816941101; alt. Phone Number 9647734097694 (individual) [SDGT].

AL-HASHIMI, Walid Talib Zughayr (a.k.a. AL-RAWI, Waleed Talib Zghayir Karhout; a.k.a. AL-RAWI, Walid Talib Zughayr; a.k.a. ZGHAIR, Waleed Talib Zghair; a.k.a. ZGHYR, Walid Talib; a.k.a. "AL-RAWI, Abu Khalid"), Baghdad, Iraq; DOB 11 Nov 1988; nationality Iraq; Email Address waleed198811@gmail.com; Gender Male; Phone Number 9647807890955; alt. Phone Number 96407707840824; alt. Phone Number 9647720364973; Passport A11071541 (individual) [SDGT].

AL-HASOURI, Muhammad Yousef (Arabic: محمد يوسف الحاصوري) (a.k.a. HASOURI, Mohammad Yousef (Arabic: محمد يوسف حاصوري); a.k.a. HASOURI, Muhammad Yousef; a.k.a. HASOURI, Muhammed Yousef), Syria; DOB 1965; POB Talkalakh, Homs, Syria; nationality Syria; Gender Male; Major General (individual) [SYRIA].

AL-HASRI, Bassam Ahmad (a.k.a. HUSARI, Bassam Ahmad; a.k.a. "AKHLAQ, Abu Ahmad"; a.k.a. "AL-SHAMI, Abu Ahmad"), Syria; DOB 01 Jan 1971 to 31 Dec 1971; alt. DOB 01 Jan 1969; POB Qalamun, Damascus Province, Syria; alt. POB Ghutah, Damascus Province, Syria; alt. POB Tadamon, Rif Dimashq, Syria; nationality Syria; alt. nationality Palestinian; Gender Male (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

ALHASSAN, Abdelbaset Alhaj (a.k.a. HAMAD, Abdelbasit Alhaj Alhassan Haj; a.k.a. HASAN, Abd-al-Basit Al-Hadj; a.k.a. HASSAN, Abdel Basit al-Hajj; a.k.a. MOHAMED, Abdel Basit Hag El-Hassan Hag; a.k.a. "AL-BASIT, Abd"); DOB 1979; POB Sudan; nationality Sudan (individual) [SDGT].

AL-HASSAN, Bassam (a.k.a. HASAN, Basam; a.k.a. HASAN, Bassam; a.k.a. HASSAN, Bassam); DOB 1961; alt. DOB 1960; alt. DOB 1962; POB Homs, Syria; Brigadier General; Syrian Presidential Advisor (individual) [SYRIA].

ALHASSAN, Ibrahim Ali (Arabic: ابراهيم علي الحسن), Abu Dhabi, United Arab Emirates; DOB 31 Jan 1981; POB Nigeria; nationality Nigeria; citizen Nigeria; Gender Male; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A04687854 (Nigeria) (individual) [SDGT] (Linked To: BOKO HARAM).

AL-HASSAN, Kamal (a.k.a. HASAN, Kamal 'Ali (Arabic: كمال علي حسن), Damascus, Syria; DOB 10 Jun 1967; nationality Syria; Gender Male; National ID No. 571778 (Syria); Brigadier General (individual) [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

AL-HASSAN, Watab Ibrahim (a.k.a. AL-TAKRITI, Watban; a.k.a. AL-TIKRITI, Watban Ibrahim al-Hasan; a.k.a. AL-TIKRITI, Watban Ibrahim Hassan); DOB 1952; POB Tikrit, Iraq; nationality Iraq; presidential advisor; half-brother of Saddam Hussein al-Tikriti (individual) [IRAQ2].

AL-HATITI, Muhammad Rabi' al-Sa'id (a.k.a. AL-BAHTITI, Muhammad Mahmud; a.k.a. AL-BAHTITI, Muhammad Mahmud Rabi' al-Zayd; a.k.a. AL-BAHTITI, Muhammad Rabi'; a.k.a. AL-BAHTIYTI, Muhammad Rab'a al-Sayid; a.k.a. AL-MASRI, Abu Dujana); DOB 1971; POB al-Sharqiyyah, Egypt; nationality Egypt (individual) [SDGT].

AL-HATUM, Yusuf, Syria; DOB 05 Jan 1966; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-HAWEN, Abu-Ahmad (a.k.a. AL-AMRIKI, Abu-Ahmad; a.k.a. AL-MAGHRIBI, Rashid; a.k.a. AL-SHAHID, Abu-Ahmad; a.k.a. HIJAZI, Raed M; a.k.a. HIJAZI, Riad), Jordan; DOB 1968; POB California, USA; SSN 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 (United States) (individual) [SDGT].

ALHAWSAWI, Abdulaziz Mohammed M.; DOB 20 Jul 1987; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport P051811 (Saudi Arabia) issued 15 May 2014 expires 23 Mar 2019; National ID No. 1044087474 (Saudi Arabia) (individual) [GLOMAG].

AL-HAYASHI, Sayf 'Abd-al-Rab Salim (a.k.a. AL-BAYDANI, Sayf; a.k.a. AL-BAYDANI, Sayf Husayn 'Abd-al-Rabb; a.k.a. AL-BHADANI, Saif; a.k.a. AL-BIDHANI, Sayf; a.k.a. AL-HAYYASHI, Sayf Abdulrab Salem; a.k.a. AL-HAYYASHI, Sayf 'Abd-al-wali 'Abd-al-rub), At Takhtit Ministry Marab Jawlat Ayat Street, Yemen; Azzan, Abyan Governorate, Yemen; DOB 01 Jan 1978; nationality Yemen; Gender Male; National ID No. 01010003969 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-HAYASHI, Sayf Abdulrab Salem (a.k.a. AL-BAYDANI, Sayf; a.k.a. AL-BAYDANI, Sayf Husayn 'Abd-al-Rabb; a.k.a. AL-BHADANI, Saif; a.k.a. AL-BIDHANI, Sayf; a.k.a. AL-HAYASHI, Sayf 'Abd-al-Rab Salim; a.k.a. AL-HAYYASHI, Sayf 'Abd-al-wali 'Abd-al-rub), At Takhtit Ministry Marab Jawlat Ayat Street, Yemen; Azzan, Abyan Governorate, Yemen; DOB 01 Jan 1978; nationality Yemen; Gender Male; National ID No. 01010003969 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-HAYAT MEDIA CENTER (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

AL-HAYES, Ahmad Ihsan Fayyad (Arabic: أحمد (احسان فياض الهايس) (a.k.a. AL-HAYES, Ahmed Ihsan Fayyad; a.k.a. AL-SHAQRA, Abu Hatim; a.k.a. SHAKRA, Abu Hatem; a.k.a. SHAQRA, Abu Hatim; a.k.a. SHAQRA, Abu Hattam), Syria; DOB 1987; POB Al-Shaqra, Deir ez-Zor, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894] (Linked To: AHRAR AL-SHARQIYA).

AL-HAYES, Ahmed Ihsan Fayyad (a.k.a. AL-HAYES, Ahmad Ihsan Fayyad (Arabic: أحمد (احسان فياض الهايس); a.k.a. AL-SHAQRA, Abu Hatim; a.k.a. SHAKRA, Abu Hatem; a.k.a. SHAQRA, Abu Hatim; a.k.a. SHAQRA, Abu Hattam), Syria; DOB 1987; POB Al-Shaqra, Deir ez-Zor, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894] (Linked To: AHRAR AL-SHARQIYA).

AL-HAYES, Raed Jassem (a.k.a. AL-HAYES, Raed Jassim; a.k.a. CHAKRA, Abu Jaafar; a.k.a. SHAKRA, Abu Jaafar; a.k.a. SHAQRA, Abu Ja'far; a.k.a. SHAQRA, Abu Jafar), Syria; DOB 1985; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

AL-HAYES, Raed Jassim (a.k.a. AL-HAYES, Raed Jassem; a.k.a. CHAKRA, Abu Jaafar; a.k.a. SHAKRA, Abu Jaafar; a.k.a. SHAQRA, Abu Ja'far; a.k.a. SHAQRA, Abu Jafar), Syria; DOB 1985; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

AL-HAYYASHI, Sayf 'Abd-al-wali 'Abd-al-rub (a.k.a. AL-BAYDANI, Sayf; a.k.a. AL-BAYDANI, Sayf Husayn 'Abd-al-Rabb; a.k.a. AL-BHADANI, Saif; a.k.a. AL-BIDHANI, Sayf; a.k.a. AL-HAYASHI, Sayf 'Abd-al-Rab Salim; a.k.a. AL-HAYASHI, Sayf Abdulrab Salem), At Takhtit Ministry Marab Jawlat Ayat Street, Yemen; Azzan, Abyan Governorate, Yemen; DOB 01 Jan 1978; nationality Yemen; Gender Male; National ID No. 01010003969 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-HAZA', Nabil (a.k.a. AL-HADHA, Nabil Ali Ahmed (Arabic: نبيل على أحمد الحظا)), Yemen; DOB 02 Feb 1975; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 08928715 (Yemen) expires 05 Nov 2025 (individual) [SDGT] (Linked To: NABCO MONEY EXCHANGE AND REMITTANCE CO.).

AL-HEBO JEWELRY COMPANY (a.k.a. AL-HABU HAWALA; a.k.a. AL-HABU JEWELRY; a.k.a. AL-HABU JEWELRY AND MONEY EXCHANGE; a.k.a. AL-HABU MONEY EXCHANGE; a.k.a. "AL-HEBO"), Gaziantep, Turkey; Raqqah, Syria; Tall Abyad Street, Raqqah, Syria; Sanliurfa, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-HEBO, Muhamad Ali (a.k.a. AL-HABU, Muhammad; a.k.a. AL-HABU, Muhammad Abd-al-Karim; a.k.a. ALHOBO, Mohamad Abdulkarim; a.k.a. HABO, Muhammed; a.k.a. HABU, Muhammad; a.k.a. HEBBO, Mohammed), Hurriyet Caddesi, Sahinbey, Gaziantep, Turkey; Syria; Lebanon; DOB 01 Oct 1980; alt. DOB 15 Mar 1983; alt. DOB 01 Jan 1980; POB Syria; nationality Syria; Gender Male; Passport 00814L001424 (Syria); National ID No. 2020409266 (Syria); alt. National ID No. 2020316097 (Syria); alt. National ID No. 10716775 (Syria) (individual) [SDGT] (Linked To: AL-HEBO JEWELRY COMPANY).

ALHEMEDAN, Mohamad Alsaeed (a.k.a. AL HAMIDAN, Mohamad Alsaeed; a.k.a. ALHMEDAN, Mohamad Alsaeed; a.k.a. ALHMIDAN, Mohamad; a.k.a. ALHMIDAN, Mohamad Alsaied; a.k.a. ALUOALII, Mohamad; a.k.a. ALWAKIE, Mohamad; a.k.a. AYSSA, Walid), Turkey; DOB 20 Feb 1976; alt. DOB 13 Feb 1975; alt. DOB 07 Jan 1977; alt. DOB 15 Feb 1976; Passport N010084435 (Syria); Identification Number N002595610 (Syria); alt. Identification Number 00407L012704 (Syria); alt. Identification Number N0097000224 (Syria); alt. Identification Number L07521 (Syria) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-HEMMEH, Thu (a.k.a. AL-SHALISH, Dhu Al-Himma; a.k.a. SHALEESH, Dhu Himma; a.k.a. SHALEESH, Thu Al Hima; a.k.a. SHALISH, Dhu Al Himma; a.k.a. SHALISH, Dhuil Himma; a.k.a. SHALISH, Zuhayr; a.k.a. SHALISH, Zuhilma), Damascus, Syria; DOB circa 1956; POB Al-Ladhiqiyah, Syria; nationality Syria; Brigadier General; Major General (individual) [SYRIA] [IRAQ2].

AL-HINDI, Muhammad (a.k.a. AL-HINDI, Muhammad Sa'id Muhammad Yusuf), Damascus, Syria; Gaza, Palestinian; DOB 25 Oct 1955; citizen Palestinian; alt. citizen Syria; Gender Male (individual) [SDGT].

AL-HINDI, Muhammad Sa'id Muhammad Yusuf (a.k.a. AL-HINDI, Muhammad), Damascus, Syria; Gaza, Palestinian; DOB 25 Oct 1955; citizen Palestinian; alt. citizen Syria; Gender Male (individual) [SDGT].

AL-HISHAN, Akram Turki (a.k.a. AL MAZIDIH, Akram Turki Hishan; a.k.a. AL-MAZIDIH, Akram Turki Hishan; a.k.a. "ABU AKRAM"; a.k.a. "ABU JARRAH"), Zabadani, Syria; DOB 1974; alt. DOB 1975; alt. DOB 1979 (individual) [SDGT].

AL-HISN (a.k.a. AL-HISN FIRM; a.k.a. AL-HISN FIRM FOR SECURITY PROTECTION AND GUARD SERVICES; a.k.a. AL-HUSN), Jurmana, Damascus, Syria [SYRIA] (Linked To: MAKHLUF, Rami).

AL-HISN FIRM (a.k.a. AL-HISN; a.k.a. AL-HISN FIRM FOR SECURITY PROTECTION AND GUARD SERVICES; a.k.a. AL-HUSN), Jurmana, Damascus, Syria [SYRIA] (Linked To: MAKHLUF, Rami).

AL-HISN FIRM FOR SECURITY PROTECTION AND GUARD SERVICES (a.k.a. AL-HISN; a.k.a. AL-HISN FIRM; a.k.a. AL-HUSN), Jurmana, Damascus, Syria [SYRIA] (Linked To: MAKHLUF, Rami).

AL-HIYARI, Bilal Mansur (a.k.a. AL-KHAYARI, Bilal Mansur Mahmoud), Suwaylah, Jordan; DOB circa 1969; POB al-Salt, Jordan; nationality Jordan (individual) [SDGT].

ALHMAID, Housin Mohsein (a.k.a. AL HAMID, Hashim; a.k.a. AL-AIDAROOS, Hashim Mohsen; a.k.a. ALHAMAD, Hashem Mohssein Idroos; a.k.a. ALHAMED, Hossin Mohsen; a.k.a. ALHAMID, Hashim; a.k.a. AL-HAMID, Hashim Muhsin Aydarus; a.k.a. AL-HAMID, Mohsan; a.k.a. AL-HAMSHI, Hashim al-Hamid; a.k.a. IDAROOS, Hashim Mohsen; a.k.a. "ABU TAHIR"), Al Ghaydah, al-Mahrah Governorate, Yemen; Shabwah Governorate, Yemen; Mansoura, Aden, Yemen; Mukalla, Hadramawt Governorate, Yemen; Abyan Governorate, Yemen; Marib Governorate, Yemen; DOB 12 Dec 1985; POB Yemen; nationality Yemen; Gender Male; National ID No. 16010003042 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

ALHMEDAN, Mohamad Alsaeed (a.k.a. AL HAMIDAN, Mohamad Alsaied; a.k.a. ALHEMEDAN, Mohamad Alsaeed; a.k.a. ALHMIDAN, Mohamad; a.k.a. ALHMIDAN, Mohamad Alsaied; a.k.a. ALUOALII, Mohamad; a.k.a. ALWAKIE, Mohamad; a.k.a. AYSSA, Walid), Turkey; DOB 20 Feb 1976; alt. DOB 13 Feb 1975; alt. DOB 07 Jan 1977; alt. DOB 15 Feb 1976; Passport N010084435 (Syria); Identification Number N002595610 (Syria); alt. Identification Number 00407L012704 (Syria); alt. Identification Number N0097000224 (Syria); alt. Identification Number L07521 (Syria) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

OFFICE OF FOREIGN ASSETS CONTROL

ALHMIDAN, Mohamad (a.k.a. AL HAMIDAN, Mohamad Alsaied; a.k.a. ALHEMEDAN, Mohamad Alsaeed; a.k.a. ALHMEDAN, Mohamad Alsaeed; a.k.a. ALHMIDAN, Mohamad Alsaied; a.k.a. ALUOALII, Mohamad; a.k.a. ALWAKIE, Mohamad; a.k.a. AYSSA, Walid), Turkey; DOB 20 Feb 1976; alt. DOB 13 Feb 1975; alt. DOB 07 Jan 1977; alt. DOB 15 Feb 1976; Passport N010084435 (Syria); Identification Number N002595610 (Syria); alt. Identification Number 00407L012704 (Syria); alt. Identification Number N0097000224 (Syria); alt. Identification Number L07521 (Syria) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALHMIDAN, Mohamad Alsaied (a.k.a. AL HAMIDAN, Mohamad Alsaied; a.k.a. ALHEMEDAN, Mohamad Alsaeed; a.k.a. ALHMEDAN, Mohamad Alsaeed; a.k.a. ALHMIDAN, Mohamad; a.k.a. ALUOALII, Mohamad; a.k.a. ALWAKIE, Mohamad; a.k.a. AYSSA, Walid), Turkey; DOB 20 Feb 1976; alt. DOB 13 Feb 1975; alt. DOB 07 Jan 1977; alt. DOB 15 Feb 1976; Passport N010084435 (Syria); Identification Number N002595610 (Syria); alt. Identification Number 00407L012704 (Syria); alt. Identification Number N0097000224 (Syria); alt. Identification Number L07521 (Syria) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALHOBO, Mohamad Abdulkarim (a.k.a. AL-HABU, Muhammad; a.k.a. AL-HABU, Muhammad Abd-al-Karim; a.k.a. AL-HEBO, Muhamad Ali; a.k.a. HABO, Muhammed; a.k.a. HABU, Muhammad; a.k.a. HEBBO, Mohammed), Hurriyet Caddesi, Sahinbey, Gaziantep, Turkey; Syria; Lebanon; DOB 01 Oct 1980; alt. DOB 15 Mar 1983; alt. DOB 01 Jan 1980; POB Syria; nationality Syria; Gender Male; Passport 00814L001424 (Syria); National ID No. 2020409266 (Syria); alt. National ID No. 2020316097 (Syria); alt. National ID No. 10716775 (Syria) (individual) [SDGT] (Linked To: AL-HEBO JEWELRY COMPANY).

AL-HODA FOR RELIGIOUS TOURISM COMPANY (a.k.a. AL-HODA STATE COMPANY FOR RELIGIOUS TOURISM; a.k.a. AL-HUDA FOR RELIGIOUS TOURISM COMPANY; a.k.a. AL-HUDA STATE COMPANY FOR RELIGIOUS TOURISM), Iraq [IRAQ2].

AL-HODA STATE COMPANY FOR RELIGIOUS TOURISM (a.k.a. AL-HODA FOR RELIGIOUS TOURISM COMPANY; a.k.a. AL-HUDA FOR

RELIGIOUS TOURISM COMPANY; a.k.a. AL-HUDA STATE COMPANY FOR RELIGIOUS TOURISM), Iraq [IRAQ2].

AL-HOURI, Ali Saed Bin Ali (a.k.a. AL-HOORIE, Ali Saed Bin Ali; a.k.a. EL-HOURI, Ali Saed Bin Ali), DOB 10 Jul 1965; alt. DOB 11 Jul 1965; POB El Dibabiya, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT].

AL-HOUTH, Abdulmalik Bin Bader Al-Deen (a.k.a. AL HOUTHI, Abdul Malik; a.k.a. AL-HOUTHI, Abdel-Malek; a.k.a. AL-HOUTHI, Abdul Malik Badruddin Ameerudin Hussain; a.k.a. AL-HOUTHI, Abdul-Malik; a.k.a. AL-HOUTHI, Abdulmalik Bin Bader Al-Deen), Yemen; DOB 1982; alt. DOB 1981; alt. DOB 1980; POB Dahyan Governorate, Yemen; nationality Yemen; citizen Yemen; Gender Male; Leader of the Houthis (individual) [YEMEN].

AL-HOUTHI, Abd al-Khaliq Badr al-Din (a.k.a. ABU-YUNUS; a.k.a. AL HUTHI, Abd-al-Khaliq Badr-al-Din; a.k.a. AL-HOUTHI, Abdul Khaliq Badreddin; a.k.a. AL-HUTHI, Abd al-Khaliq; a.k.a. AL-HUTHI, 'Abd al-Khaliq Badr al-Din; a.k.a. AL-HUTHI, Abd-al-Khaliq), Yemen; DOB 1984; Gender Male; Houthi military commander (individual) [YEMEN].

AL-HOUTHI, Abdel-Malek (a.k.a. AL HOUTHI, Abdul Malik; a.k.a. AL-HOUTH, Abdulmalik Bin Bader Al-Deen; a.k.a. AL-HOUTHI, Abdel-Malik; a.k.a. AL-HOUTHI, Abdul Malik Badruddin Ameerudin Hussain; a.k.a. AL-HOUTHI, Abdul-Malik; a.k.a. AL-HOUTHI, Abdulmalik Bin Bader Al-Deen), Yemen; DOB 1982; alt. DOB 1981; alt. DOB 1980; POB Dahyan Governorate, Yemen; nationality Yemen; citizen Yemen; Gender Male; Leader of the Houthis (individual) [YEMEN].

AL-HOUTHI, Abdel-Malik (a.k.a. AL HOUTHI, Abdul Malik; a.k.a. AL-HOUTH, Abdulmalik Bin Bader Al-Deen; a.k.a. AL-HOUTHI, Abdel-Malek; a.k.a. AL-HOUTHI, Abdul Malik Badruddin Ameerudin Hussain; a.k.a. AL-HOUTHI, Abdul-Malik; a.k.a. AL-HOUTHI, Abdulmalik Bin Bader Al-Deen), Yemen; DOB 1982; alt. DOB 1981; alt. DOB 1980; POB Dahyan Governorate, Yemen; nationality Yemen; citizen Yemen; Gender Male; Leader of the Houthis (individual) [YEMEN].

AL-HOUTHI, Abdul Khaliq Badreddin (a.k.a. ABU-YUNUS; a.k.a. AL HUTHI, Abd-al-Khaliq Badr-al-Din; a.k.a. AL-HOUTHI, Abd al-Khaliq Badr al-Din; a.k.a. AL-HUTHI, Abd al-Khaliq; a.k.a. AL-HUTHI, 'Abd al-Khaliq Badr al-Din; a.k.a. AL-HUTHI, Abd-al-Khaliq), Yemen; DOB

1984; Gender Male; Houthi military commander (individual) [YEMEN].

AL-HOUTHI, Abdul Malik Badruddin Ameerudin Hussain (a.k.a. AL HOUTHI, Abdul Malik; a.k.a. AL-HOUTH, Abdulmalik Bin Bader Al-Deen; a.k.a. AL-HOUTHI, Abdel-Malek; a.k.a. AL-HOUTHI, Abdel-Malik; a.k.a. AL-HOUTHI, Abdul-Malik; a.k.a. AL-HOUTHI, Abdulmalik Bin Bader Al-Deen), Yemen; DOB 1982; alt. DOB 1981; alt. DOB 1980; POB Dahyan Governorate; nationality Yemen; citizen Yemen; Gender Male; Leader of the Houthis (individual) [YEMEN].

AL-HOUTHI, Abdul-Malik (a.k.a. AL HOUTHI, Abdul Malik; a.k.a. AL-HOUTH, Abdulmalik Bin Bader Al-Deen; a.k.a. AL-HOUTHI, Abdel-Malek; a.k.a. AL-HOUTHI, Abdel-Malik; a.k.a. AL-HOUTHI, Abdul Malik Badruddin Ameerudin Hussain; a.k.a. AL-HOUTHI, Abdulmalik Bin Bader Al-Deen), Yemen; DOB 1982; alt. DOB 1981; alt. DOB 1980; POB Dahyan Governorate, Yemen; nationality Yemen; citizen Yemen; Gender Male; Leader of the Houthis (individual) [YEMEN].

AL-HOUTHI, Abdulmalik Bin Bader Al-Deen (a.k.a. AL HOUTHI, Abdul Malik; a.k.a. AL-HOUTH, Abdulmalik Bin Bader Al-Deen; a.k.a. AL-HOUTHI, Abdel-Malek; a.k.a. AL-HOUTHI, Abdel-Malik; a.k.a. AL-HOUTHI, Abdul Malik Badruddin Ameerudin Hussain; a.k.a. AL-HOUTHI, Abdul-Malik), Yemen; DOB 1982; alt. DOB 1981; alt. DOB 1980; POB Dahyan Governorate, Yemen; nationality Yemen; citizen Yemen; Gender Male; Leader of the Houthis (individual) [YEMEN].

AL-HUDA FOR RELIGIOUS TOURISM COMPANY (a.k.a. AL-HODA FOR RELIGIOUS TOURISM COMPANY; a.k.a. AL-HODA STATE COMPANY FOR RELIGIOUS TOURISM; a.k.a. AL-HUDA STATE COMPANY FOR RELIGIOUS TOURISM), Iraq [IRAQ2].

AL-HUDA STATE COMPANY FOR RELIGIOUS TOURISM (a.k.a. AL-HODA FOR RELIGIOUS TOURISM COMPANY; a.k.a. AL-HODA STATE COMPANY FOR RELIGIOUS TOURISM; a.k.a. AL-HUDA FOR RELIGIOUS TOURISM COMPANY), Iraq [IRAQ2].

AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab

OFFICE OF FOREIGN ASSETS CONTROL

Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda, Yemen; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda, Yemen; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-

Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda, Yemen; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HUMAYQANI, Abd al-Wahab (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda, Yemen; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HUMAYQANI, 'Abd al-Wahab al-Qawi (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab

Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda, Yemen; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda, Yemen; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-

HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMIQANI, Abdul Wahab; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HUMAYQANI, Abdul Wahab (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-

Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahim; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMIQANI, Abdul Wahab; a.k.a. AL-HUMIQANI, 'Abd al-Wahab; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HUMIQANI, 'Abd al-Wahab (a.k.a. AL-HAMAYQANI, 'Abd al-Wahab; a.k.a. AL-HAMAYQANI, 'Abd al-Wahab Muhammad 'Abd

al-Rahman; a.k.a. AL-HAMIQANI, 'Abd al-Wahab; a.k.a. AL-HAMIQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HAMIQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HAMIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAIKANI, Abdul-Wahab Mohammed Abdul Rahman; a.k.a. AL-HUMAIKANI, Abdulwahhab Mohammed Abdulrahman; a.k.a. AL-HUMAIQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab al-Qawi; a.k.a. AL-HUMAYQANI, 'Abd al-Wahab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, 'Abd al-Wahhab Muhammad 'Abd al-Rahman; a.k.a. AL-HUMAYQANI, Abdul Wahab; a.k.a. AL-HUMAYQANI, 'Abdul-Wahab Mohammed Abdul-Rahman; a.k.a. "ABU AYED"; a.k.a. "ABU AYID"), Yemen; DOB 04 Aug 1972; POB al-Zahir, al-Bayda', Yemen; Passport 03902409 (Yemen) issued 13 Jun 2010 expires 13 Jun 2016; alt. Passport 01772281 (Yemen); Personal ID Card 1987853 (Yemen) (individual) [SDGT].

AL-HURANI, Haytham Ahmad, Syria; DOB 05 Jan 1964; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-HUSAYN, Mashhur, Syria; DOB 01 Jan 1961; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-HUSAYN, Suhayr, Syria; DOB 17 Feb 1983; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-HUSAYNI, Ja'far (Arabic: جعفر الحسيني) (a.k.a. AL-HUSSAINI, Jafar), Iraq; DOB 01 Jan 1968; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

AL-HUSAYNI, Mohammed Hossein (a.k.a. SALIH AL HASANI, Mohammed Hussein); DOB 01 Jul 1954; Additional Sanctions Information - Subject to Secondary Sanctions; Passport A9298980 (Iraq) (individual) [SDGT] [IFSR] (Linked To: SOUTH WEALTH RESOURCES COMPANY).

AL-HUSN (a.k.a. AL-HISN; a.k.a. AL-HISN FIRM; a.k.a. AL-HISN FIRM FOR SECURITY PROTECTION AND GUARD SERVICES), Jurmana, Damascus, Syria [SYRIA] (Linked To: MAKHLUF, Rami).

AL-HUSSAINI, Jafar (a.k.a. AL-HUSAYNI, Ja'far (Arabic: جعفر الحسيني)), Iraq; DOB 01 Jan 1968; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

AL-HUSSEIN, Taha Osman (a.k.a. AL-HUSSEIN, Taha Osman Ahmed; a.k.a. ELHUSSEIN, Taha Osman A), P.O. Box Number 75214, Dubai, United Arab Emirates; DOB 20 Jun 1964; alt. DOB 21 Jun 1957; POB Shendi, Sudan; alt. POB Kabushiya, Sudan; nationality Sudan; citizen Sudan; alt. citizen Saudi Arabia; alt. citizen Congo, Democratic Republic of the; Gender Male; National ID No. 11946895461 (Sudan) (individual) [SUDAN-EO14098].

AL-HUSSEIN, Taha Osman Ahmed (a.k.a. AL-HUSSEIN, Taha Osman; a.k.a. ELHUSSEIN, Taha Osman A), P.O. Box Number 75214, Dubai, United Arab Emirates; DOB 20 Jun 1964; alt. DOB 21 Jun 1957; POB Shendi, Sudan; alt. POB Kabushiya, Sudan; nationality Sudan; citizen Sudan; alt. citizen Saudi Arabia; alt. citizen Congo, Democratic Republic of the; Gender Male; National ID No. 11946895461 (Sudan) (individual) [SUDAN-EO14098].

AL-HUTHI, Abd al-Khaliq (a.k.a. ABU-YUNUS; a.k.a. AL HUTHI, Abd-al-Khaliq Badr al-Din; a.k.a. AL-HOUTHI, Abd al-Khaliq Badr al-Din; a.k.a. AL-HOUTHI, Abdul Khaliq Badreddin; a.k.a. AL-HUTHI, 'Abd al-Khaliq Badr al-Din; a.k.a. AL-HUTHI, 'Abd-al-Khaliq), Yemen; DOB 1984; Gender Male; Houthi military commander (individual) [YEMEN].

AL-HUTHI, 'Abd al-Khaliq Badr al Din (a.k.a. ABU-YUNUS; a.k.a. AL HUTHI, Abd-al-Khaliq Badr-al-Din; a.k.a. AL-HOUTHI, Abd al-Khaliq Badr al-Din; a.k.a. AL-HOUTHI, Abdul Khaliq Badreddin; a.k.a. AL-HUTHI, Abd al-Khaliq; a.k.a. AL-HUTHI, Abd-al-Khaliq), Yemen; DOB 1984; Gender Male; Houthi military commander (individual) [YEMEN].

AL-HUTHI, Abd-al-Khaliq (a.k.a. ABU-YUNUS; a.k.a. AL HUTHI, Abd-al-Khaliq Badr al-Din; a.k.a. AL-HOUTHI, Abd al-Khaliq Badr al-Din; a.k.a. AL-HOUTHI, Abdul Khaliq Badreddin; a.k.a. AL-HUTHI, Abd al-Khaliq; a.k.a. AL-HUTHI, 'Abd al-Khaliq Badr al-Din), Yemen; DOB 1984; Gender Male; Houthi military commander (individual) [YEMEN].

AL-HUWAYSH, Isam Rashid, Iraq; Former Governor of the Central Bank (individual) [IRAQ2].

ALI ABKAR, Al-Hassan (a.k.a. ALI ABKAR, Hasan; a.k.a. ALI ALI ABKAR, Al Hassan; a.k.a. ALI ALI ABKAR, Al-Hasan; a.k.a. ALI ALI ABKAR, Alihasan; a.k.a. BIN ALI ABKAR, Hassan; a.k.a. BIN-ALI ABKAR, Al-Hasan), Al-Ghail district, Al-Jawf Governorate, Yemen; DOB 05 Jun 1962; POB Yemen; citizen Yemen; Passport 02214513 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

ALI ABKAR, Hasan (a.k.a. ALI ABKAR, Al-Hassan; a.k.a. ALI ALI ABKAR, Al Hassan; a.k.a. ALI ALI ABKAR, Al-Hasan; a.k.a. ALI ALI ABKAR, Alihasan; a.k.a. BIN ALI ABKAR, Hassan; a.k.a. BIN-ALI ABKAR, Al-Hasan), Al-Ghail district, Al-Jawf Governorate, Yemen; DOB 05 Jun 1962; POB Yemen; citizen Yemen; Passport 02214513 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

ALI ALI ABKAR, Al Hassan (a.k.a. ALI ABKAR, Al-Hassan; a.k.a. ALI ABKAR, Hasan; a.k.a. ALI ALI ABKAR, Al-Hasan; a.k.a. ALI ALI ABKAR, Alihasan; a.k.a. BIN ALI ABKAR, Hassan; a.k.a. BIN-ALI ABKAR, Al-Hasan), Al-Ghail district, Al-Jawf Governorate, Yemen; DOB 05 Jun 1962; POB Yemen; citizen Yemen; Passport 02214513 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

ALI ALI ABKAR, Al-Hasan (a.k.a. ALI ABKAR, Al-Hassan; a.k.a. ALI ABKAR, Hasan; a.k.a. ALI ALI ABKAR, Al Hassan; a.k.a. ALI ALI ABKAR, Alihasan; a.k.a. BIN ALI ABKAR, Hassan; a.k.a. BIN-ALI ABKAR, Al-Hasan), Al-Ghail district, Al-Jawf Governorate, Yemen; DOB 05 Jun 1962; POB Yemen; citizen Yemen; Passport 02214513 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

ALI ALI ABKAR, Alihasan (a.k.a. ALI ABKAR, Al-Hassan; a.k.a. ALI ABKAR, Hasan; a.k.a. ALI ALI ABKAR, Al Hassan; a.k.a. ALI ALI ABKAR, Al-Hasan; a.k.a. BIN-ALI ABKAR, Al-Hasan), Al-Ghail district, Al-Jawf Governorate, Yemen; DOB 05 Jun 1962; POB Yemen; citizen Yemen; Passport 02214513 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

ALI ALMUTAWA PETROLEUM AND PETROCHEMICAL TRADING L.L.C. (Arabic: علي المطوع لتجارة البترول والبتروكيماويات ذ.م.م), Office No. M02-M06, City Gate Bldg, Bin Ham Properties, Port Saeed, Dubai, Deira, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; License

880522 (United Arab Emirates); Economic Register Number (CBLS) 11502399 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

ALI ALSHAIKHALI, Nasser Kamel (a.k.a. ALI, Nasser Al Sheikh (Arabic: ناصر الشيخ علي)), Gaza; DOB 24 May 1970; nationality Region: Gaza; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 980335608 (Region: Gaza) (individual) [SDGT] (Linked To: AL-ANSAR CHARITY ASSOCIATION).

ALI HAKIM, Boubaker Ben Habib Ben (a.k.a. Abu-Muqatil al-Tunisi; a.k.a. AL-HAKIM, Boubakeur; a.k.a. EL HAKIM, Boubaker; a.k.a. EL-HAKIM, Boubakeur; a.k.a. "Abou al Mouqatel"; a.k.a. "Abou Mouqatel"), Syria; DOB 01 Aug 1983; POB Paris, France; citizen Tunisia; alt. citizen France; Passport W752198; Identification Number 09036271 (individual) [SDGT].

ALI MOHAMED CHAMS & PARTNER (a.k.a. ALI MOHAMED CHAMS AND PARTNER; a.k.a. CHAMS EXCHANGE; a.k.a. CHAMS EXCHANGE COMPANY SAL), Sahata Choutra, Chtaura, Lebanon; Chams Building, 3rd Floor, Jalal, Chtaura, Zahle, Lebanon [SDNTK].

ALI MOHAMED CHAMS AND PARTNER (a.k.a. ALI MOHAMED CHAMS & PARTNER; a.k.a. CHAMS EXCHANGE; a.k.a. CHAMS EXCHANGE COMPANY SAL), Sahata Choutra, Chtaura, Lebanon; Chams Building, 3rd Floor, Jalal, Chtaura, Zahle, Lebanon [SDNTK].

ALI MORADIPUR, Mohammad (a.k.a. MORADIPOUR, Mohammad Ali (Arabic: محمد علی مرادی پور)), Tehran, Iran; DOB 30 Apr 1959; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1218719699 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SANAYE MOTORSAZI ALVAND PRIVATE COMPANY).

ALI NOORINAJAD, Mohammad, Iran; POB Kabudar Ahang, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4032108617 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ALI SHER SHINWARY LTD. (a.k.a. HAJI LAL MOHAMMAD MONEY SERVICE PROVIDER; a.k.a. LAHORE JAN SHANWARI EXCHANGE), Lahore Jan Shanwari Exchange, Ghulam Dastager Market, Shop Numbers 18-19, First

Floor, Chowk Talashi, Jalalabad, Afghanistan; Ali Sher Shinwary Ltd., Second Floor, Shahzada Market, Kabul, Afghanistan; Shop No. 13, Second Floor, Sarai, Shahzada, Kabul, Afghanistan; Afghan Money Service Provider License Number 093 (Afghanistan) [SDNTK].

ALI, Abdiaziz Dubow (a.k.a. ABDI, Nuh Ibrahim; a.k.a. AYMAN, Maalim; a.k.a. AYMAN, Ma'alim; a.k.a. AYMAN, Mo'alim; a.k.a. "KABO, Ayman"), Kenya; Badamadow, Lower Juba Region, Somalia; DOB 1973; alt. DOB 1983; POB Kenya; Gender Male (individual) [SDGT].

ALI, Abid (a.k.a. ABID, Thakur; a.k.a. KHAN, Abid; a.k.a. KHAN, Abid Ali; a.k.a. "ABID"), Hakim Abad, Nowshera, KPK, Pakistan; KPK, Pakistan; DOB 13 Mar 1981; POB Nowshera, Pakistan; nationality Pakistan; citizen Pakistan; Email Address thakurabid@gmail.com; alt. Email Address pakistancopy@gmail.com; Gender Male; Passport DA 1790252 (Pakistan) (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

'ALI, Ahmad, Syria; DOB 02 Dec 1969; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ALI, Ahmad Iman (a.k.a. ALI, Ahmed Iman; a.k.a. ALI, Shaykh Ahmad Iman; a.k.a. ALI, Sheikh Ahmed Iman; a.k.a. "ZINIRA, Abu"), Somalia; DOB 1973; alt. DOB 1974; alt. DOB 1972; alt. DOB 1975; POB Kenya; nationality Kenya; Gender Male (individual) [SDGT].

ALI, Ahmed Iman a.k.a. ALI, Ahmad Iman; a.k.a. ALI, Shaykh Ahmad Iman; a.k.a. ALI, Sheikh Ahmed Iman; a.k.a. "ZINIRA, Abu"), Somalia; DOB 1973; alt. DOB 1974; alt. DOB 1972; alt. DOB 1975; POB Kenya; nationality Kenya; Gender Male (individual) [SDGT].

ALI, Ahmed Khalfan (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu") DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB

Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT].

ALI, Ahmed Mohammed (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED HAMED"; a.k.a. "AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT].

ALI, Ahmed Mohammed Hamed (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED HAMED"; a.k.a. "AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT].

ALI, Alhaitham Al (a.k.a. AL ALI, Al Haytham; a.k.a. AL-ALI, Al Haitham), Slovakia; DOB 17 Mar 1972; nationality Slovakia; Gender Male; Passport BA4490378 (Slovakia) expires 13 Jan 2027 (individual) [BELARUS-EO14038] (Linked To: BLACK SHIELD COMPANY FOR GENERAL TRADING LLC).

ALI, Amanat (a.k.a. AHMAD, Dilshad; a.k.a. AL-DAKHIL, 'Abd al-Rahman; a.k.a. AL-DAKHIL, Abdul Rehman; a.k.a. ALI, Amanatullah; a.k.a. ALI, Amantullah; a.k.a. DILSHAD, Danish; a.k.a. IQBAL, Imanat Ullah), Pakistan; DOB 01 Sep 1964; alt. DOB 01 Mar 1965 to 31 Mar 1965; POB Faisalabad, Pakistan; nationality Pakistan; Gender Male (individual) [SDGT].

ALI, Amanatullah (a.k.a. AHMAD, Dilshad; a.k.a. AL-DAKHIL, 'Abd al-Rahman; a.k.a. AL-DAKHIL, Abdul Rehman; a.k.a. ALI, Amanat; a.k.a. ALI, Amantullah; a.k.a. DILSHAD, Danish; a.k.a. IQBAL, Imanat Ullah), Pakistan; DOB 01 Sep 1964; alt. DOB 01 Mar 1965 to 31 Mar 1965; POB Faisalabad, Pakistan; nationality Pakistan; Gender Male (individual) [SDGT].

ALI, Amantullah (a.k.a. AHMAD, Dilshad; a.k.a. AL-DAKHIL, 'Abd al-Rahman; a.k.a. AL-DAKHIL, Abdul Rehman; a.k.a. ALI, Amanat; a.k.a. ALI, Amanatullah; a.k.a. DILSHAD, Danish; a.k.a. IQBAL, Imanat Ullah), Pakistan; DOB 01 Sep 1964; alt. DOB 01 Mar 1965 to 31 Mar 1965; POB Faisalabad, Pakistan;

nationality Pakistan; Gender Male (individual) [SDGT].

ALI, Aous (a.k.a. AL-ALI, Aous; a.k.a. ALI, Aus; a.k.a. ALI, Aws); DOB 15 Feb 1977; POB Damascus, Syria; citizen Syria (individual) [SYRIA] (Linked To: MAKHLUF, Rami).

ALI, Ashraf Seedahmed Hussein (a.k.a. AL-CARDINAL, Ashraf Seed Ahmed; a.k.a. HUSSEIN, Ashraf Said Ahmed; a.k.a. HUSSEIN, Ashraf Seed Ahmed; a.k.a. SEED AHMED, Asharaf; a.k.a. SEED AHMED, Ashraff; a.k.a. SEEDAHMED, Ashiraf; a.k.a. "ALI, Ashraf Sayed"; a.k.a. "HUSSEIN ALI, Ashraf"), 1 College Yard, Winchester Avenue, London, England NW6 7UA, United Kingdom; 207 Jersey Road, Osterley, London TW7 4RE, United Kingdom; Dubai, United Arab Emirates; DOB 01 Jan 1957 to 31 Jan 1957; POB Sudan; nationality Sudan; Gender Male; Passport B00018325 (Sudan) expires 16 Feb 2023; National ID No. 11945710905 (Sudan); alt. National ID No. 784195754986941 (United Arab Emirates) (individual) [GLOMAG].

ALI, Aus (a.k.a. AL-ALI, Aous; a.k.a. ALI, Aous; a.k.a. ALI, Aws); DOB 15 Feb 1977; POB Damascus, Syria; citizen Syria (individual) [SYRIA] (Linked To: MAKHLUF, Rami).

ALI, Aws (a.k.a. AL-ALI, Aous; a.k.a. ALI, Aous; a.k.a. ALI, Aus); DOB 15 Feb 1977; POB Damascus, Syria; citizen Syria (individual) [SYRIA] (Linked To: MAKHLUF, Rami).

ALI, Emraan, Syria; DOB 04 Jul 1967; citizen Trinidad and Tobago; alt. citizen United States; Gender Male; Passport TB162781 (Trinidad and Tobago); National ID No. 19670704052 (Trinidad and Tobago) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALI, Fadel Abdallah Mohammed (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT].

ALI, Ghasemi Morteza (a.k.a. GHAEEMI, Morteza; a.k.a. GHASEMI, Morteza; a.k.a.

QASIMI, Murtadi); DOB 10 Apr 1991; alt. DOB 31 May 1988; alt. DOB 03 Mar 1983; alt. DOB 03 Jan 1983; POB Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T14532563 (Iran); alt. Passport K30803856 (Iran) expires 07 Sep 2019 (individual) [SDGT] (Linked To: QASEMI, Rostam).

ALI, Halima Adan, Mombasa, Kenya; Nairobi, Kenya; DOB 10 Oct 1986; nationality Kenya; Gender Female; Passport A1659348 (Kenya); Kenyan ID No. 25142129; alt. Kenyan ID No. 22536936; alt. Kenyan ID No. 30760317; alt. Kenyan ID No. 22645786 (individual) [SDGT].

ALI, Hamed (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED HAMED"; a.k.a. "AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT].

ALI, Hassan (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. "ANIS, Abu"; a.k.a. "HUSSEIN"; a.k.a. "KHALID"; a.k.a. "YUSSRR, Abu"); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

'ALI, Isma'il, Syria; DOB 20 Jun 1970; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ALI, Khamees Farhan Ali (a.k.a. ALESSAWI, Khamis F Ali; a.k.a. ALI, Khames Farhan Ali; a.k.a. AL-ISSAWI, Khamis Farhan Al-Khanjar; a.k.a. AL-KHANJAR, Khamis), Jordan; Iraq; DOB 1965; alt. DOB 08 Sep 1968; alt. DOB 08 Sep 1965; POB Fallujah, Iraq; nationality Iraq; Gender Male; Passport D1022354 (Iraq) expires 21 May 2023 (individual) [GLOMAG].

ALI, Khames Farhan Ali (a.k.a. ALESSAWI, Khamis F Ali; a.k.a. ALI, Khamees Farhan Ali; a.k.a. AL-ISSAWI, Khamis Farhan Al-Khanjar; a.k.a. AL-KHANJAR, Khamis), Jordan; Iraq; DOB 1965; alt. DOB 08 Sep 1968; alt. DOB 08 Sep 1965; POB Fallujah, Iraq; nationality Iraq; Gender Male; Passport D1022354 (Iraq) expires 21 May 2023 (individual) [GLOMAG].

ALI, Maalim Salman (a.k.a. ALI, Maalim Selman; a.k.a. SALMAN, Ameer; a.k.a. SALMAN, Maalim; a.k.a. SALMAN, Mu'alim; a.k.a. SELMAN, Ma'alim; a.k.a. SULAYMAN, Ma'alin; a.k.a. SULEIMAN, Ma'alim; a.k.a. SULEIMAN, Mualem); DOB 1978 to 1980; POB Nairobi, Kenya (individual) [SDGT].

ALI, Maalim Selman (a.k.a. ALI, Maalim Salman; a.k.a. SALMAN, Ameer; a.k.a. SALMAN, Maalim; a.k.a. SALMAN, Mu'alim; a.k.a. SELMAN, Ma'alim; a.k.a. SULAYMAN, Ma'alin; a.k.a. SULEIMAN, Ma'alim; a.k.a. SULEIMAN, Mualem); DOB 1978 to 1980; POB Nairobi, Kenya (individual) [SDGT].

ALI, Mohamed Mire (a.k.a. MIRE, Mohamed; a.k.a. MIRE, Mohamed Ali; a.k.a. MIRE, Muhammad; a.k.a. YUSUF, Mohamed Mire Ali), Puntland, Somalia; DOB 1975; alt. DOB 1974; alt. DOB 1976; nationality Somalia; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALI, Mohammad Ijaz Safarash (a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohammed Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safrash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. ALI, Muhammed Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASIR, Muhammad Ajaj; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a. SAFARASH, Muhammad Ijaz; a.k.a. SAFARISH, Mohammed Ejaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

ALI, Mohammad Ijaz Safarish (a.k.a. ALI, Mohammad Ijaz Safarash; a.k.a. ALI, Mohammed Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safrash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. ALI, Muhammed Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASIR, Muhammad Ajaj; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a. SAFARASH, Muhammad Ijaz; a.k.a. SAFARISH, Mohammed Ejaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB

16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

ALI, Mohammed Ijaz Safarish (a.k.a. ALI, Mohammad Ijaz Safarash; a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safrash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. ALI, Muhammed Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASIR, Muhammad Ajaj; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a. SAFARASH, Muhammad Ijaz; a.k.a. SAFARISH, Mohammed Ejaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

ALI, Mohd Ijaz Safarash (a.k.a. ALI, Mohammad Ijaz Safarash; a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohammed Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safrash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. ALI, Muhammed Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASIR, Muhammad Ajaj; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a. SAFARASH, Muhammad Ijaz; a.k.a. SAFARISH, Mohammed Ejaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

ALI, Mohd Ijaz Safrash (a.k.a. ALI, Mohammad Ijaz Safarash; a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohammed Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. ALI,

Muhammed Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASIR, Muhammad Ajaj; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a. SAFARASH, Muhammad Ijaz; a.k.a. SAFARISH, Mohammed Ejaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

'ALI, Muhammad, Syria; DOB 01 Aug 1979; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

'ALI, Muhammad, Syria; DOB 30 Aug 1985; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ALI, Muhammad Ijaz Safarash (a.k.a. ALI, Mohammad Ijaz Safarash; a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohammed Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safrash; a.k.a. ALI, Muhammed Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASIR, Muhammad Ajaj; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a. SAFARASH, Muhammad Ijaz; a.k.a. SAFARISH, Mohammed Ejaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

ALI, Muhammed Ijaz Safarash (a.k.a. ALI, Mohammad Ijaz Safarash; a.k.a. ALI, Mohammad Ijaz Safarish; a.k.a. ALI, Mohammed Ijaz Safarish; a.k.a. ALI, Mohd Ijaz Safarash; a.k.a. ALI, Mohd Ijaz Safrash; a.k.a. ALI, Muhammad Ijaz Safarash; a.k.a. NASAR, Muhammad Ijaz; a.k.a. NASIR, Muhammad Ajaj; a.k.a. NASSARUDDIN, Muhammad Ajaj; a.k.a. SAFARASH, Mohammad Ijaz; a.k.a. SAFARASH, Muhammad Ijaz; a.k.a.

SAFARISH, Mohammed Ejaz; a.k.a. "IJAZ, Muhammad"), Banimalik, Jeddah, Saudi Arabia; T 3814774 Park, Buraydah, Saudi Arabia; DOB 16 Jun 1976; alt. DOB 01 Jan 1976; POB Sialkot, Pakistan; nationality Pakistan; Passport CM9991171 (Pakistan); alt. Passport KF468635 (Pakistan); National ID No. 3460354961173 (Pakistan); alt. National ID No. 30576241062; Residency Number 2168561849 (Saudi Arabia) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

ALI, Mujahid Mukhtar Robow (a.k.a. ALI, Mukhtar Abdullahi; a.k.a. ALI, Shaykh Mukhtar Robo; a.k.a. ROBOW, Mukhtar; a.k.a. RUBU, Mukhtar Ali; a.k.a. "ABU MANSOUR"; a.k.a. "ABU MANSUR"); DOB 1969; alt. DOB 10 Oct 1969; POB Xudur, Somalia; alt. POB Keren, Eritrea; nationality Eritrea; Passport 0310857 (Eritrea) issued 21 Aug 2006 expires 20 Aug 2008; National ID No. 1372584 (Kenya); (Following data derived from an Eritrean passport issued under the alias name of Mukhtar Abdullahi Ali: Alt. DOB: 10 October 1969; Alt. POB: Keren Eritrea; nationality: Eritrean; National ID No.: 1372584, Kenya; Passport No.: 0310857, Eritrea, Issue Date 21 August 2006, Expire Date 20 August 2008) (individual) [SDGT].

ALI, Mukhtar Abdullahi (a.k.a. ALI, Mujahid Mukhtar Robow; a.k.a. ALI, Shaykh Mukhtar Robo; a.k.a. ROBOW, Mukhtar; a.k.a. RUBU, Mukhtar Ali; a.k.a. "ABU MANSOUR"; a.k.a. "ABU MANSUR"); DOB 1969; alt. DOB 10 Oct 1969; POB Xudur, Somalia; alt. POB Keren, Eritrea; nationality Eritrea; Passport 0310857 (Eritrea) issued 21 Aug 2006 expires 20 Aug 2008; National ID No. 1372584 (Kenya); (Following data derived from an Eritrean passport issued under the alias name of Mukhtar Abdullahi Ali: Alt. DOB: 10 October 1969; Alt. POB: Keren Eritrea; nationality: Eritrean; National ID No.: 1372584, Kenya; Passport No.: 0310857, Eritrea, Issue Date 21 August 2006, Expire Date 20 August 2008) (individual) [SDGT].

ALI, Nasser (a.k.a. AL-ALI, Naser; a.k.a. AL-ALI, Nasir; a.k.a. AL-ALI, Nasr (Arabic: ناصر العلي); a.k.a. AL-ALI, Nasser), Damascus, Syria; DOB 01 Feb 1961; POB Manbij, Aleppo, Syria; nationality Syria; Gender Male (individual) [SYRIA].

ALI, Nasser Al Sheikh (Arabic: ناصر الشيخ علي) (a.k.a. ALI ALSHAIKHALI, Nasser Kamel), Gaza; DOB 24 May 1970; nationality Region: Gaza; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; National ID No. 980335608 (Region: Gaza) (individual) [SDGT] (Linked To: AL-ANSAR CHARITY ASSOCIATION).

ALI, Osama (a.k.a. ALI, Oussama; a.k.a. ALI, Oussama Abd-El-Karim; a.k.a. ALI, Usama; a.k.a. RADWAN, Osama; a.k.a. RADWAN, Osama Abd Al Karim; a.k.a. RIZWAN, Usama Ali), Lebanon; DOB 02 Jan 1962; POB Palestine; nationality Palestinian; alt. nationality Lebanon; citizen Lebanon; alt. citizen Canada; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BA669463 (Canada); alt. Passport GA329040 (Canada); alt. Passport AJ878107 (Canada); Identification Number 47836452 (Palestinian); Refugee ID Card PR0131118 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

ALI, Oussama (a.k.a. ALI, Osama; a.k.a. ALI, Oussama Abd-El-Karim; a.k.a. ALI, Usama; a.k.a. RADWAN, Osama; a.k.a. RADWAN, Osama Abd Al Karim; a.k.a. RIZWAN, Usama Ali), Lebanon; DOB 02 Jan 1962; POB Palestine; nationality Palestinian; alt. nationality Lebanon; citizen Lebanon; alt. citizen Canada; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BA669463 (Canada); alt. Passport GA329040 (Canada); alt. Passport AJ878107 (Canada); Identification Number 47836452 (Palestinian); Refugee ID Card PR0131118 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

ALI, Oussama Abd-El-Karim (a.k.a. ALI, Osama; a.k.a. ALI, Oussama; a.k.a. ALI, Usama; a.k.a. RADWAN, Osama; a.k.a. RADWAN, Osama Abd Al Karim; a.k.a. RIZWAN, Usama Ali), Lebanon; DOB 02 Jan 1962; POB Palestine; nationality Palestinian; alt. nationality Lebanon; citizen Lebanon; alt. citizen Canada; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BA669463 (Canada); alt. Passport GA329040 (Canada); alt. Passport AJ878107 (Canada); Identification Number 47836452 (Palestinian); Refugee ID Card PR0131118 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

'ALI, Samir, Syria; DOB 12 May 1968; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ALI, Shaykh Ahmad Iman (a.k.a. ALI, Ahmad Iman; a.k.a. ALI, Ahmed Iman; a.k.a. ALI, Sheikh Ahmed Iman; a.k.a. "ZINIRA, Abu"),

Somalia; DOB 1973; alt. DOB 1974; alt. DOB 1972; alt. DOB 1975; POB Kenya; nationality Kenya; Gender Male (individual) [SDGT].

ALI, Shaykh Mukhtar Robo (a.k.a. ALI, Mujahid Mukhtar Robow; a.k.a. ALI, Mukhtar Abdullahi; a.k.a. ROBOW, Mukhtar; a.k.a. RUBU, Mukhtar Ali; a.k.a. "ABU MANSOUR"; a.k.a. "ABU MANSUR") DOB 1969; alt. DOB 10 Oct 1969; POB Xudur, Somalia; alt. POB Keren, Eritrea; nationality Eritrea; Passport 0310857 (Eritrea) issued 21 Aug 2006 expires 20 Aug 2008; National ID No. 1372584 (Kenya); (Following data derived from an Eritrean passport issued under the alias name of Mukhtar Abdullahi Ali: Alt. DOB: 10 October 1969; Alt. POB: Keren Eritrea; nationality: Eritrean; National ID No.: 1372584, Kenya; Passport No.: 0310857, Eritrea, Issue Date 21 August 2006, Expire Date 20 August 2008) (individual) [SDGT].

ALI, Sheikh Ahmed Iman (a.k.a. ALI, Ahmad Iman; a.k.a. ALI, Ahmed Iman; a.k.a. ALI, Shaykh Ahmad Iman; a.k.a. "ZINIRA, Abu"), Somalia; DOB 1973; alt. DOB 1972; alt. DOB 1975; POB Kenya; nationality Kenya; Gender Male (individual) [SDGT].

ALI, Sheikh Hassan Dahir Aweys (a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYS, Hassan Dahir); DOB 1935; citizen Somalia (individual) [SDGT].

ALI, Sheikh Hassan Dahir Aweys (a.k.a. AWES, Hassan Dahir; a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYS, Hassan Dahir; a.k.a. AWEYS, Ahmed Dahir; a.k.a. AWEYS, Hassan Dahir; a.k.a. AWEYS, Sheikh; a.k.a. AWEYS, Sheikh Hassan Dahir; a.k.a. DAHIR, Aweys Hassan; a.k.a. IBRAHIM, Mohammed Hassan; a.k.a. OAIS, Hassan Tahir; a.k.a. UWAYS, Hassan Tahir; a.k.a. "HASSAN, Sheikh"), Somalia; Eritrea; DOB 1935; nationality Somalia; citizen Somalia (individual) [SOMALIA].

ALI, Usama (a.k.a. ALI, Osama; a.k.a. ALI, Oussama; a.k.a. ALI, Oussama Abd-El-Karim; a.k.a. RADWAN, Osama; a.k.a. RADWAN, Osama Abd Al Karim; a.k.a. RIZWAN, Usama Ali), Lebanon; DOB 02 Jan 1962; POB Palestine; nationality Palestinian; alt. nationality Lebanon; citizen Lebanon; alt. citizen Canada; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport BA669463 (Canada); alt. Passport GA329040 (Canada); alt. Passport AJ878107 (Canada); Identification Number 47836452 (Palestinian); Refugee ID

Card PR0131118 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

ALI, Yasin Baynah (a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yasin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yasin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

ALI, Yassin Mohamed (a.k.a. ALI, Yasin Baynah; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yasin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yasin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

ALIAF CO. (a.k.a. ALIAF COMPANY; a.k.a. ALIAF PUBLIC JOINT STOCK CO.; a.k.a. ALIYAF CO.; a.k.a. SHERKAT SAHAMI ALIAF (Arabic: شرکت سهامی الیاف)), No. 10, Sedaghat Building, Sedaghat Avenue, Valiasr Avenue, Tehran, Iran; Opposite depot, beginning of Shahryar Road, Old Karaj Road Fath, Tehran, Iran; Sedaghat Building, Sedaghat St., Mehrshad St., Tehran 3717, Iran; Website http://aliafco.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100431059 (Iran); Registration Number 10729 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

ALIAF COMPANY (a.k.a. ALIAF CO.; a.k.a. ALIAF PUBLIC JOINT STOCK CO.; a.k.a. ALIYAF CO.; a.k.a. SHERKAT SAHAMI ALIAF (Arabic: شرکت سهامی الیاف)), No. 10, Sedaghat Building, Sedaghat Avenue, Valiasr Avenue, Tehran, Iran; Opposite depot, beginning of Shahryar Road, Old Karaj Road Fath, Tehran, Iran; Sedaghat Building, Sedaghat St., Mehrshad St., Tehran 3717, Iran; Website http://aliafco.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100431059 (Iran); Registration Number 10729 (Iran) [IRAN-

EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

ALIAF PUBLIC JOINT STOCK CO. (a.k.a. ALIAF CO.; a.k.a. ALIAF COMPANY; a.k.a. ALIYAF CO.; a.k.a. SHERKAT SAHAMI ALIAF (Arabic: شرکت سهامی الیاف)), No. 10, Sedaghat Building, Sedaghat Avenue, Valiasr Avenue, Tehran, Iran; Opposite depot, beginning of Shahryar Road, Old Karaj Road Fath, Tehran, Iran; Sedaghat Building, Sedaghat St., Mehrshad St., Tehran 3717, Iran; Website http://aliafco.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100431059 (Iran); Registration Number 10729 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

ALIAKBARI, Mohammad Reza Abbas (a.k.a. AKBARI, Mohammadreza Ali; a.k.a. ALI-AKBARI, Mohammadreza; a.k.a. "AKBARI, Ali"); DOB 31 Oct 1967; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 21795618 (individual) [SDGT] (Linked To: QASEMI, Rostam).

ALI-AKBARI, Mohammadreza (a.k.a. AKBARI, Mohammadreza Ali; a.k.a. ALIAKBARI, Mohammad Reza Abbas; a.k.a. "AKBARI, Ali"); DOB 31 Oct 1967; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 21795618 (individual) [SDGT] (Linked To: QASEMI, Rostam).

ALIAN, Jamil (a.k.a. ALAYAN, Jamil; a.k.a. 'ALIYAN, Jamil Yusuf Ahmad (Arabic: جميل يوسف احمد عليان)), Gaza; DOB 01 Jan 1955; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 907811152 (Palestinian) (individual) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

ALI-ASGARI, Abdulai, Iran; DOB 1958 to 1959; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-TRA] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

AL-IBRAHIM, Muhammad, Syria; DOB 08 Mar 1969; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-IBRAHIMI, Jamal (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi;

a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-IBRAHIMI, Jamal Ja'far (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar

Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-'IBUDI, Hossein Moanes (a.k.a. AL-'IBUDI, Husayn Mu'nis; a.k.a. MOANES, Hossein), Baghdad, Iraq; DOB 24 Oct 1971; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A17308762 (Iraq) expires 10 Dec 2027 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

AL-'IBUDI, Husayn Mu'nis (a.k.a. AL-'IBUDI, Hossein Moanes; a.k.a. MOANES, Hossein), Baghdad, Iraq; DOB 24 Oct 1971; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A17308762 (Iraq) expires 10 Dec 2027 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

AL-ID, Nawras, Syria; DOB 13 Aug 1967; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ALIEV, Murat Magomedovich (Cyrillic: АЛИЕВ, Мурат Магомедович), Haldenstrasse, Bld 20, Apt. 1.2, Luzern 6006, Switzerland; Bolshoy Afanasyevskiy Lane, Apt. 41, Moscow 119019, Russia; Gesegnetmattstrasse 16/18, Luzern 6006, Switzerland; DOB 24 May 1979; POB Nalchik, Russia; nationality Russia; Gender Male; Passport 753717301 (Russia) issued 15 Sep 2016 expires 15 Sep 2026; alt. Passport 753606344 (Russia) issued 19 Aug 2016 expires 19 Aug 2026; National ID No. 8300091117 (Russia) (individual) [RUSSIA-EO14024].

AL-IHSAN CHARITABLE SOCIETY (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a.

BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian [SDGT].

ALIKHANI, Mohsen (Arabic: محسن علیخانی), Iran; POB City of Ray, Tehran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0491629206 (Iran) (individual) [IRAN-EO13876] (Linked To: SINA FINANCIAL AND INVESTMENT HOLDING COMPANY).

ALIKHANOV, Anton Andreevich (a.k.a. ALIKHANOV, Anton Andreyevich (Cyrillic: АЛИХАНОВ, Антон Андреевич)), Kaliningrad, Russia; DOB 17 Sep 1986; POB Sukhumi, Abkhazia, Georgia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 770501690172 (Russia) (individual) [RUSSIA-EO14024].

ALIKHANOV, Anton Andreyevich (Cyrillic: АЛИХАНОВ, Антон Андреевич) (a.k.a. ALIKHANOV, Anton Andreevich), Kaliningrad, Russia; DOB 17 Sep 1986; POB Sukhumi, Abkhazia, Georgia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 770501690172 (Russia) (individual) [RUSSIA-EO14024].

AL-IKHTIYAR, Hisham (a.k.a. AL IKHTEYAR, Hisham; a.k.a. AL IKHTIYAR, Hisham; a.k.a. AL-IKHTIYAR, Hisham Ahmad; a.k.a. BAKHTIAR, Hisham; a.k.a. BAKHTIYAR, Hisham; a.k.a. ICHTIJAR, Hisham; a.k.a. IKHTEYAR, Hisham; a.k.a. IKHTIYAR, Hisham), Maliki, Damascus, Syria; DOB 1941; Major General; Director, Syria Ba'ath Party Regional Command National Security Bureau (individual) [SYRIA].

AL-IKHTIYAR, Hisham Ahmad (a.k.a. AL IKHTEYAR, Hisham; a.k.a. AL IKHTIYAR, Hisham; a.k.a. AL-IKHTIYAR, Hisham; a.k.a. BAKHTIAR, Hisham; a.k.a. BAKHTIYAR, Hisham; a.k.a. ICHTIJAR, Hisham; a.k.a. IKHTEYAR, Hisham; a.k.a. IKHTIYAR, Hisham), Maliki, Damascus, Syria; DOB 1941; Major General; Director, Syria Ba'ath Party

Regional Command National Security Bureau (individual) [SYRIA].

ALIMENTOS CARNICOS DE TRADICION ESPANOLA LTDA. (a.k.a. "ALICANTE"), Calle 12 No. 12-58, Cali, Colombia; NIT # 900229820-2 (Colombia) [SDNT].

ALIMOVA, Olga Nikolaevna (Cyrillic: АЛИМОВА, Ольга Николаевна), Russia; DOB 10 Apr 1953; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AL-INABI, Abu-Ubaydah Yusuf (a.k.a. ABU OBEIDA, Youcef; a.k.a. ABU UBAYDAH, Yusuf; a.k.a. AL 'ANABI, Abu 'Ubaydah Yusuf; a.k.a. AL-ANABI, Yusuf Abu-'Ubaydah; a.k.a. AL-ANNABI, Abou Obeida Youssef; a.k.a. MABRAK, Yazid; a.k.a. MEBRAK, Yazid; a.k.a. YAZID, Mebrak; a.k.a. YAZID, Mibrak; a.k.a. YAZID, Yousif Abu Obayda; a.k.a. "ABOU YOUCEF"), Algeria; DOB 01 Jan 1969; POB Annaba, Algeria; citizen Algeria (individual) [SDGT].

AL-INMAA ENGINEERING AND CONTRACTING (a.k.a. AL-INMAA GROUP FOR ENGINEERING AND CONTRACTING; a.k.a. INMAA 'AL' FOR ENGINEERING AND CONTRACTING SARL), Ground Floor, Inmaa Building, New Airport Highway, Beirut, Lebanon; Airport Highway, Bir Hassan, Beirut, Lebanon; Aljadriya, Baghdad, Iraq; Al-Jaza'ir Street, 'Oman Neighborhood, Basra, Iraq; Website www.alinmaa.com.lb; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: TABAJA, Adham Husayn; Linked To: AL-INMAA GROUP FOR TOURISM WORKS, LLC).

AL-INMAA FOR ENTERTAINMENT AND LEISURE PROJECTS (a.k.a. AL-INMAA FOR ENTERTAINMENTS AND LEISURE PROJECTS; a.k.a. AL-INMAA GROUP FOR ENTERTAINMENT AND LEISURE PROJECTS), Ground Floor, Al Rabieh Building, New Airport Highway, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: AL-INMAA GROUP FOR TOURISM WORKS, LLC).

AL-INMAA FOR ENTERTAINMENTS AND LEISURE PROJECTS (a.k.a. AL-INMAA FOR ENTERTAINMENT AND LEISURE PROJECTS; a.k.a. AL-INMAA GROUP FOR

ENTERTAINMENT AND LEISURE PROJECTS), Ground Floor, Al Rabieh Building, New Airport Highway, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: AL-INMAA GROUP FOR TOURISM WORKS, LLC).

AL-INMAA GROUP (a.k.a. AL-INMAA GROUP FOR TOURISM WORK, LLC; a.k.a. AL-INMAA GROUP FOR TOURISM WORKS, LLC; a.k.a. AL-INMAA GROUP, LLC; a.k.a. AL-Inmaa Group Building, New Airport Highway, Beirut, Lebanon; Website www.alinmaa-group.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 8-0788 (Lebanon) [SDGT] (Linked To: TABAJA, Adham Husayn).

AL-INMAA GROUP FOR ENGINEERING AND CONTRACTING (a.k.a. AL-INMAA ENGINEERING AND CONTRACTING; a.k.a. INMAA 'AL' FOR ENGINEERING AND CONTRACTING SARL), Ground Floor, Inmaa Building, New Airport Highway, Beirut, Lebanon; Airport Highway, Bir Hassan, Beirut, Lebanon; Aljadriya, Baghdad, Iraq; Aljazzar Road, Basra, Iraq; Al-Jaza'ir Street, 'Oman Neighborhood, Basra, Iraq; Website www.alinmaa.com.lb; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: TABAJA, Adham Husayn; Linked To: AL-INMAA GROUP FOR TOURISM WORKS, LLC).

AL-INMAA GROUP FOR ENTERTAINMENT AND LEISURE PROJECTS (a.k.a. AL-INMAA FOR ENTERTAINMENT AND LEISURE PROJECTS; a.k.a. AL-INMAA FOR ENTERTAINMENTS AND LEISURE PROJECTS), Ground Floor, Al Rabieh Building, New Airport Highway, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: AL-INMAA GROUP FOR TOURISM WORKS, LLC).

AL-INMAA GROUP FOR TOURISM WORK, LLC (a.k.a. AL-INMAA GROUP; a.k.a. AL-INMAA GROUP FOR TOURISM WORKS, LLC; a.k.a. AL-INMAA GROUP, LLC), Al-Inmaa Group Building, New Airport Highway, Beirut, Lebanon; Website www.alinmaa-group.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial

Sanctions Regulations; Commercial Registry Number 8-0788 (Lebanon) [SDGT] (Linked To: TABAJA, Adham Husayn).

AL-INMAA GROUP FOR TOURISM WORKS, LLC (a.k.a. AL-INMAA GROUP; a.k.a. AL-INMAA GROUP FOR TOURISM WORK, LLC; a.k.a. AL-INMAA GROUP, LLC), Al-Inmaa Group Building, New Airport Highway, Beirut, Lebanon; Website www.alinmaa-group.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 8-0788 (Lebanon) [SDGT] (Linked To: TABAJA, Adham Husayn).

AL-INMAA GROUP, LLC (a.k.a. AL-INMAA GROUP; a.k.a. AL-INMAA GROUP FOR TOURISM WORK, LLC; a.k.a. AL-INMAA GROUP FOR TOURISM WORKS, LLC), Al-Inmaa Group Building, New Airport Highway, Beirut, Lebanon; Website www.alinmaa-group.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 8-0788 (Lebanon) [SDGT] (Linked To: TABAJA, Adham Husayn).

'ALIQ, Hajj Qasim (a.k.a ALEIK, Kassem; a.k.a. 'ALIQ, Qasem; a.k.a. ALIQ, Qasim; a.k.a. 'ULAYQ, Qasim); DOB 1956; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

'ALIQ, Qasem (a.k.a. ALEIK, Kassem; a.k.a. 'ALIQ, Hajj Qasim; a.k.a. ALIQ, Qasim; a.k.a. 'ULAYQ, Qasim); DOB 1956; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

ALIQ, Qasim (a.k.a. ALEIK, Kassem; a.k.a. 'ALIQ, Hajj Qasim; a.k.a. 'ALIQ, Qasem; a.k.a. 'ULAYQ, Qasim); DOB 1956; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

ALIRABAKI, Steven (a.k.a. JUNJU, Abdullah; a.k.a. KYAGULANYI, Alilabaki; a.k.a. KYAGULANYI, David; a.k.a. LUUMU, Nicolas; a.k.a. MUHAMMAD, Hussein; a.k.a. MUKULU, Jamil; a.k.a. TALENGELANIMIRO, Musezi; a.k.a. TUTU, Mzee); DOB 1965; alt. DOB 01 Jan 1964; POB Kayunga, Uganda; alt. POB Ntoke Village, Ntenjeru Sub County, Kayunga District,

Uganda; nationality Uganda; Head of the Allied Democratic Forces; Commander, Allied Democratic Forces (individual) [DRCONGO].

AL-IRAQI, Abd al-Hadi (a.k.a. AL-IRAQI, Abdal al-Hadi), Guantanamo Bay detention center, Cuba; DOB 1961; POB Mosul, Iraq; nationality Iraq; Gender Male (individual) [SDGT].

AL-IRAQI, Abdal al-Hadi (a.k.a. AL-IRAQI, Abd al-Hadi), Guantanamo Bay detention center, Cuba; DOB 1961; POB Mosul, Iraq; nationality Iraq; Gender Male (individual) [SDGT].

AL-IRAQI, Abu Yahya (a.k.a. ALJAMALI, Ayad Hamed Mohl; a.k.a. AL-JUMAIL, Ayad Hamed Mohal; a.k.a. AL-JUMAILI, Ayad; a.k.a. AL-JUMAILI, Ayad Hamid; a.k.a. AL-JUMAILY, Iyad Hamed Mahl; a.k.a. AL-JUMAYLI, Iyad; a.k.a. JOUMILY, Ayad Hamed Mahal; a.k.a. MAHAR, Ayad Miuhammed; a.k.a. MAHAR, Ayad Muhammad; a.k.a. SHUAB, Ayad Hammed Muhal; a.k.a. "YAHYA, Abu"); DOB 01 Jan 1977; alt. DOB 01 Jul 1972; nationality Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-ISAWI, Ahmad Khalaf Abd Shabib (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-ISSAWI, Ahmad Khalaf Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

AL-ISAWI, Muhammad Ahmad 'Ali (a.k.a. "Abu Osama al-Masri"; a.k.a. "Abu Usamah al-Masri"), Egypt; DOB 1972 to 1974; POB Sinai Province, Egypt; nationality Egypt; Gender Male (individual) [SDGT].

AL-'ISAWI, Murtada Ibrahim Taha Muhammad (a.k.a. AL-AZAWI, Marwan Ibrahim Hussayn Tah; a.k.a. "AL-SHAMI, Abu Anas"), Iraq; DOB 1973 to 1975; nationality Iraq; Gender Male (individual) [SDGT].

AL-ISLAH (a.k.a. AL-HARAKAT AL-ISLAMIYAH LIL-ISLAH; a.k.a. ISLAMIC MOVEMENT FOR REFORM; a.k.a. MOVEMENT FOR ISLAMIC

REFORM IN ARABIA; a.k.a. MOVEMENT FOR REFORM IN ARABIA; a.k.a. "MIRA"), BM Box: MIRA, London WC1N 3XX, United Kingdom; 21 Blackstone Road, London NW2 6DA, United Kingdom; Safiee Suite, EBC House, Townsend Lane, London NW9 8LL, United Kingdom; UK Company Number 03834450 (United Kingdom) [SDGT].

AL-ISLAMBULI, Muhammad Ahmad Shawqi; DOB 21 Jan 1952; POB Minya, Egypt; nationality Egypt (individual) [SDGT].

ALISMAEEL, Abdulhameed Salim Ibrahim (a.k.a. AL-KHATUNI, Abd Al Hamid Salim Ibrahim Ismail Brukan; a.k.a. AL-KHATUNI, 'Abd-al-Hamid Salim Ibrahim Isma'il; a.k.a. "AL-KHATUNI, Brukan"), Mersin, Turkey; DOB 01 Sep 1970; alt. DOB 12 Jan 1970; POB Ba'aj, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-ISMAEEL, Mohammed Abdulhameed Salim (a.k.a. AL-KHATUNI, Muhammad Abdul Hamid Salim Brukan), Mersin, Turkey; DOB 06 Jan 2002; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-ISMA'IL, Ammar Fu'ad, Syria; DOB 25 Sep 1985; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-ISMA'IL, Zakariya 'Ali, Syria; DOB 14 Aug 1965; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ALISOV, Igor Borisovich; DOB 11 Mar 1968 (individual) [MAGNIT].

ALISPAHIC, Bakir; DOB 01 Oct 1956; POB Ahatovici, Bosnia-Herzegovina (individual) [BALKANS].

AL-ISRAA ESTABLISHMENT FOR IMPORT AND EXPORT (a.k.a. AL ISRAA IMPORT AND EXPORT ESTABLISHMENT), No. 142 Niha-Main Road, Zahle, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Jan 2014; Registration Number 4800490 (Lebanon) [SDGT] (Linked To: DAQQOU, Hassan Muhammad).

AL-ISSAWI, Ahmad Khalaf Shabib (a.k.a. ALDOLEMY, Ahmad Khalaf Shebab; a.k.a. AL-

DULAYMI, Ahmad Khalaf Shabib; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al-Asafi; a.k.a. AL-DULAYMI, Ahmad Khalaf Shabib al'Issawi; a.k.a. AL-DULAYMI, Ahmad Khalaf Abd Shabib; a.k.a. AL-ISAWI, Ahmad Khalaf Abd Shabib; a.k.a. SHABIB, Ahmad Khalaf; a.k.a. SHABIB, Ahmad Khalaf Abd; a.k.a. SHADID, Ahkmad Kalaf; a.k.a. "AHMAD, Abu Usama"; a.k.a. "AHMAD, Hajji"; a.k.a. "ALDOLEMY, Ahmed"; a.k.a. "AL-ISAWI, Ahmad"; a.k.a. "SHABSHAR, Abu"; a.k.a. "SULAYMAN, Abu"; a.k.a. "WA'IL, Hajji"), London, United Kingdom; al-Fallujah, Iraq; DOB 25 May 1972; POB al-Fallujah, Iraq; nationality Iraq; citizen United Kingdom; Passport C00168817 issued 08 Dec 2005 expires 25 May 2015; alt. Passport G1407597 (Iraq) (individual) [SDGT].

AL-ISSAWI, Khamis Farhan Al-Khanjar (a.k.a. ALESSAWI, Khamis F Ali; a.k.a. ALI, Khamees Farhan Ali; a.k.a. ALI, Khames Farhan Ali; a.k.a. AL-KHANJAR, Khamis), Jordan; Iraq; DOB 1965; alt. DOB 08 Sep 1968; alt. DOB 08 Sep 1965; POB Fallujah, Iraq; nationality Iraq; Gender Male; Passport D1022354 (Iraq) expires 21 May 2023 (individual) [GLOMAG].

AL-ITIHAAD AL-ISLAMIYA (a.k.a. AIAI) [SDGT].

ALIYAF CO. (a.k.a. ALIAF CO.; a.k.a. ALIAF COMPANY; a.k.a. ALIAF PUBLIC JOINT STOCK CO.; a.k.a. SHERKAT SAHAMI ALIAF (Arabic: الیاف سهامی شرکت)), No. 10, Sedaghat Building, Sedaghat Avenue, Valiasr Avenue, Tehran, Iran; Opposite depot, beginning of Shahryar Road, Old Karaj Road Fath, Tehran, Iran; Sedaghat Building, Sedaghat St., Mehrshad St., Tehran 3717, Iran; Website http://aliafco.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100431059 (Iran); Registration Number 10729 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

'ALIYAN, Jamil Yusuf Ahmad (Arabic: یوسف جمیل احمد علیان) (a.k.a. ALAYAN, Jamil; a.k.a. ALIAN, Jamil), Gaza; DOB 01 Jan 1955; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 907811152 (Palestinian) (individual) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

ALIYEV, Cahangir Yevqenyevic (a.k.a. ALIYEV, Jahangir Yevgenyevich), Azerbaijan; DOB 22 May 1983; POB Ukraine; nationality Azerbaijan; Gender Male; Secondary sanctions risk: this person is designated for operating or having

operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Passport C01573439 (Azerbaijan) (individual) [RUSSIA-EO14024].

ALIYEV, Jahangir Yevgenyevich (a.k.a. ALIYEV, Cahangir Yevqenyevic), Azerbaijan; DOB 22 May 1983; POB Ukraine; nationality Azerbaijan; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Passport C01573439 (Azerbaijan) (individual) [RUSSIA-EO14024].

ALIYEV, Yevgeni, Moscow, Russia; DOB 02 May 1959; nationality Russia; alt. nationality Azerbaijan; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114. (individual) [RUSSIA-EO14024].

ALIZAI, Agha Jan (a.k.a. ALIZAI, Haji Agha Jan), Musa Qala, Helmand, Afghanistan; Dand Chowk, Kandahar City, Afghanistan; DOB 15 Oct 1963; alt. DOB 14 Feb 1973; alt. DOB 1957; POB Khandahar, Afghanistan; alt. POB Helmand, Afghanistan; nationality Afghanistan (individual) [SDNTK] [SDGT].

ALIZAI, Haji Agha Jan (a.k.a. ALIZAI, Agha Jan), Musa Qala, Helmand, Afghanistan; Dand Chowk, Kandahar City, Afghanistan; DOB 15 Oct 1963; alt. DOB 14 Feb 1973; alt. DOB 1957; POB Khandahar, Afghanistan; alt. POB Helmand, Afghanistan; nationality Afghanistan (individual) [SDNTK] [SDGT].

ALIZAI, Haji Azizullah (a.k.a. AZIZULLAH, Haji), Musa Qala District, Helmund Province, Afghanistan; Musa Qaleh District, Helmand Province, Afghanistan; Yatim Chah, Afghanistan; Lashkar Gah, Helmand Province, Afghanistan; Kabul, Afghanistan; DOB 1950; alt. DOB 1952; POB Gereshk District, Helmund Province, Afghanistan; alt. POB Kabul City, Afghanistan; citizen Afghanistan; Electoral Registry No. 07385114 (Afghanistan) (individual) [SDNTK].

ALIZAI, Musa Khalim (a.k.a. BARICH, Musa Kalim; a.k.a. KALEEM, Musa; a.k.a. KALIM, Mohammed Musa; a.k.a. KALIM, Musa; a.k.a. KHALEEM, Musa; a.k.a. KHALIM, Musa; a.k.a. QALEEM, Musa; a.k.a. QALIM, Musa), Chahgay Bazaar, Chahgay, Pakistan; Haji Mohammed Plaza, Tol Aram Road, Nearest Jamal Dean Afghani Road, Quetta, Pakistan; Dr Barno Road, Quetta, Pakistan; POB Pakistan; citizen Pakistan; Passport AD4756241 (Pakistan) issued 02 Nov 2008 expires 01 Nov 2013; National ID No. 54101-6356624-9 (Pakistan) (individual) [SDGT].

AL-JABBARI, Deiman Alhasenben Ali (a.k.a. IZZAT, Dieman Abdulkadir), Adolf-Braun Street 6, Nuremberg 90429, Germany; Fuerther Street 335, Nuremberg, Germany; Nuremberg Prison, Germany; DOB 04 Jul 1965; POB Kirkuk, Iraq; nationality Iraq; Travel Document Number A0141062 (Germany) (individual) [SDGT].

AL-JABBURI, Mishan (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL-JABBURI, Mish'an Rakkad Damin (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL-JABBURI, Sadi Tuma Abbas, Iraq; DOB 1939; Former Adviser to the President for Military Affairs (individual) [IRAQ2].

AL-JABI, Salma, Syria; DOB 02 Apr 1962; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ALJABOURI, Mashaan (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABBURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL-JABOURI, Mishan (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. AL-JABBURI, Mishan; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL-JABURI, 'Atallah Salman Kafi (a.k.a. AL JABURI, Atallah Salman Kafi; a.k.a. ALAKT, Ataullah Salman; a.k.a. AL-JABURI, 'Attallah Salman 'Abd al-Kafi; a.k.a. AL-JABURI, Attallah Salman 'Abd Kafi; a.k.a. AL-KAFI, 'Attallah Salman 'Abd; a.k.a. KAFI, 'Ataalla Salman 'Abd; a.k.a. KAFI, 'Ataallah Salman; a.k.a. KAFI, Atallah Salman Abd; a.k.a. "ABU HAQI"), Hawi al-Arishah Village, Hawijah District, Kirkuk Province, Iraq; Hawijah District, Kirkuk Province, Iraq; Rumanah Village, Kirkuk Province, Iraq; DOB 01 Jan 1973; POB Iraq; citizen Iraq; Gender Male (individual) (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JABURI, 'Attallah Salman 'Abd al-Kafi (a.k.a. AL JABURI, Attallah Salman Kafi; a.k.a. ALAKT, Ataullah Salman; a.k.a. AL-JABURI, 'Atallah Salman Kafi; a.k.a. AL-JABURI, Attallah Salman 'Abd Kafi; a.k.a. AL-KAFI, 'Attallah Salman 'Abd;

a.k.a. KAFI, 'Ataalla Salman 'Abd; a.k.a. KAFI, 'Ataallah Salman; a.k.a. KAFI, Atallah Salman Abd; a.k.a. "ABU HAQI"), Hawi al-Arishah Village, Hawijah District, Kirkuk Province, Iraq; Hawijah District, Kirkuk Province, Iraq; Rumanah Village, Kirkuk Province, Iraq; DOB 01 Jan 1973; POB Iraq; citizen Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JABURI, Attallah Salman 'Abd Kafi (a.k.a. AL JABURI, Atallah Salman Kafi; a.k.a. ALAKT, Ataullah Salman; a.k.a. AL-JABURI, 'Atallah Salman Kafi; a.k.a. AL-JABURI, 'Attallah Salman 'Abd al-Kafi; a.k.a. AL-KAFI, 'Attallah Salman 'Abd; a.k.a. KAFI, 'Ataalla Salman 'Abd; a.k.a. KAFI, 'Ataallah Salman; a.k.a. KAFI, Atallah Salman Abd; a.k.a. "ABU HAQI"), Hawi al-Arishah Village, Hawijah District, Kirkuk Province, Iraq; Hawijah District, Kirkuk Province, Iraq; Rumanah Village, Kirkuk Province, Iraq; DOB 01 Jan 1973; POB Iraq; citizen Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JABURI, Mish'an Rakin Thamin (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL-JABURI, Mushan (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL-JABURI, Mu'taz Numan 'Abd Nayf (a.k.a. AL-JABURI, Mutazz Numan Abid Nayif; a.k.a. NAIF, Mutaaz Numan 'Abd; a.k.a. NAYIF, Mutaz Muaman Abed; a.k.a. TAYSIR, Hajji), Syria; DOB 1987; POB Sudayrah, Sharqat, Salah ad-Din Province, Iraq; nationality Iraq; Gender Male (individual) [SDGT].

AL-JABURI, Mutazz Numan Abid Nayif (a.k.a. AL-JABURI, Mu'taz Numan 'Abd Nayf; a.k.a. NAIF, Mutaaz Numan 'Abd; a.k.a. NAYIF, Mutaz Muaman Abed; a.k.a. TAYSIR, Hajji), Syria; DOB 1987; POB Sudayrah, Sharqat, Salah ad-Din Province, Iraq; nationality Iraq; Gender Male (individual) [SDGT].

AL-JABURI, Sami Jasim Muhammad (a.k.a. AL-'AJUZ, Sami Jasim; a.k.a. AL-'AJUZ, Sami Jasim Muhammad; a.k.a. A'RAJ, Sami; a.k.a. MUHAMMAD, Sami Jasim; a.k.a. "ASIA, Abu"; a.k.a. "ASIYA, Abu"; a.k.a. "HAMAD, Hajji"; a.k.a. "HAMID, Hajji"; a.k.a. "HAMID, Ustadh"; a.k.a. "SAMIYAH, Abu"; a.k.a. "SUMAYYAH, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; alt. DOB 01 Jan 1970 to 31 Dec 1970; POB Al-Sharqat, Salah ad-Din Province, Iraq; alt. POB Mosul, Iraq; nationality Iraq (individual) [SDGT].

AL-JADAWI, Saqar (a.k.a. AL-JADDAW, Saqr; a.k.a. HAMDAN, Salim Ahmad Salim); DOB 1965; POB Al-Mukalla, Yemen; Passport 00385937 (Yemen) (individual) [SDGT].

AL-JADDAW, Saqr (a.k.a. AL-JADAWI, Saqar; a.k.a. HAMDAN, Salim Ahmad Salim); DOB 1965; POB Al-Mukalla, Yemen; Passport 00385937 (Yemen) (individual) [SDGT].

AL-JADDAWI, Muhannad (a.k.a. ABU-AL-KHAYR, Muhammad Abdallah Hasan; a.k.a. ABU-AL-KHAYR, Muhammad Bin-'Abdullah Bin-Hamd; a.k.a. ABUL-KHAIR, Mohammed Abdullah Hassan; a.k.a. AL-HALABI, Abdallah; a.k.a. AL-HALABI, Abdullah; a.k.a. AL-HALABI, Abu 'Abdallah; a.k.a. AL-MADANI, 'Abdallah al-Halabi; a.k.a. AL-MADANI, Abu Abdallah; a.k.a. AL-MAKKI, Abdallah; a.k.a. EL HALABI, Abdallah); DOB 19 Jun 1975; alt. DOB 18 Jun 1975; POB Al-Madinah al-Munawwarah, (Medina) Saudi Arabia; Passport A741097 (Saudi Arabia) issued 14 Nov 1995 expires 19 Sep 2000; National ID No. 1006010555 (Saudi Arabia) (individual) [SDGT].

AL-JADRAN AL-MAGHRIBI, Ibrahim Saad (a.k.a. AL JADHRAN, Ibrahim Saeed Salem Awad Aissa Hamed Dawoud; a.k.a. JADHRAN, Ibrahim; a.k.a. JADHRAN, Ibrahim Saeed Salim; a.k.a. JATHRAN, Ibrahim), Libya; DOB 29 Oct 1982; alt. DOB 1979 to 1982; POB Ajdabia, Libya; nationality Libya; Gender Male; Passport S/263963 issued 08 Nov 2012; National ID No. 119820043341; Personal ID Card 137803 (individual) [LIBYA3].

AL-JAHANI, Abd al-Rahman Muhammad Zafir al-Dabisi (a.k.a. AL-JAHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. ALJAHANI, Abdulrhman Mohammed D.; a.k.a. AL-JAHNI, 'Abd al-Rahman Muhammad Thafir; a.k.a. AL-JAHNI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHANI, Abd al-Rahman Muhammad; a.k.a. AL-JUHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHNI, 'Abd Al-Rahman Muhammad Zafir Al-Dubaysi; a.k.a. AL-SAUDI, Abu Wafa; a.k.a. "ABU AL-WAFA"; a.k.a. "ABU ANAS"); DOB 04 Dec 1971; alt. DOB 1977; POB Kharj, Saudi Arabia; nationality Saudi Arabia; Passport F508591 (Saudi Arabia); National ID No. 1027508157 (Saudi Arabia) (individual) [SDGT].

AL-JAHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi (a.k.a. AL-JAHANI, Abd al-Rahman Muhammad Zafir al-Dabisi; a.k.a. ALJAHANI, Abdulrhman Mohammed D.; a.k.a. AL-JAHNI, 'Abd al-Rahman Muhammad Thafir; a.k.a. AL-JAHNI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHANI, Abd al-Rahman Muhammad; a.k.a. AL-JUHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHNI, 'Abd Al-Rahman Muhammad Zafir Al-Dubaysi; a.k.a. AL-SAUDI, Abu Wafa; a.k.a. "ABU AL-WAFA"; a.k.a. "ABU ANAS"); DOB 04 Dec 1971; alt. DOB 1977; POB Kharj, Saudi Arabia; nationality Saudi Arabia; Passport F508591 (Saudi Arabia); National ID No. 1027508157 (Saudi Arabia) (individual) [SDGT].

ALJAHANI, Abdulrhman Mohammed D. (a.k.a. AL-JAHANI, Abd al-Rahman Muhammad Zafir al-Dabisi; a.k.a. AL-JAHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JAHNI, 'Abd al-Rahman Muhammad Thafir; a.k.a. AL-JAHNI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHANI, Abd al-Rahman Muhammad; a.k.a. AL-JUHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHNI, 'Abd Al-Rahman Muhammad Zafir Al-Dubaysi; a.k.a. AL-SAUDI, Abu Wafa; a.k.a. "ABU AL-WAFA"; a.k.a. "ABU ANAS"); DOB 04 Dec 1971; alt. DOB 1977; POB Kharj, Saudi Arabia; nationality Saudi Arabia; Passport F508591 (Saudi Arabia); National ID No. 1027508157 (Saudi Arabia) (individual) [SDGT].

AL-JAHNI, 'Abd al-Rahman Muhammad Thafir (a.k.a. AL-JAHANI, Abd al-Rahman Muhammad

Zafir al-Dabisi, a.k.a. AL-JAHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. ALJAHANI, Abdulrhman Mohammed D.; a.k.a. AL-JAHNI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHANI, Abd al-Rahman Muhammad; a.k.a. AL-JUHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHNI, 'Abd Al-Rahman Muhammad Zafir Al-Dubaysi; a.k.a. AL-SAUDI, Abu Wafa; a.k.a. "ABU AL-WAFA'"; a.k.a. "ABU ANAS") DOB 04 Dec 1971; alt. DOB 1977; POB Kharj, Saudi Arabia; nationality Saudi Arabia; Passport F508591 (Saudi Arabia); National ID No. 1027508157 (Saudi Arabia) (individual) [SDGT].

AL-JAHNI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi (a.k.a. AL-JAHANI, Abd al-Rahman Muhammad Zafir al-Dabisi; a.k.a. AL-JAHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi); a.k.a. ALJAHANI, Abdulrhman Mohammed D.; a.k.a. AL-JAHNI, 'Abd al-Rahman Muhammad Thafir; a.k.a. AL-JUHANI, Abd al-Rahman Muhammad; a.k.a. AL-JUHANI, 'Abd Al-Rahman Muhammad Zafir Al-Dubaysi; a.k.a. AL-JUHNI, 'Abd Al-Rahman Muhammad Zafir Al-Dubaysi; a.k.a. AL-SAUDI, Abu Wafa; a.k.a. "ABU AL-WAFA'"; a.k.a. "ABU ANAS"); DOB 04 Dec 1971; alt. DOB 1977; POB Kharj, Saudi Arabia; nationality Saudi Arabia; Passport F508591 (Saudi Arabia); National ID No. 1027508157 (Saudi Arabia) (individual) [SDGT].

Al-Jaja (a.k.a. BIN ALI, Khodr Taher (Arabic: خضر طاهر بن علي); a.k.a. KHODR, Abou Ali; a.k.a. KHODR, Abu Ali (Arabic: أبو علي خضر); a.k.a. TAHER, Khader Ali; a.k.a. TAHER, Kheder Ali; a.k.a. TAHER, Khider Ali; a.k.a. TAHER, Khodr Ali (Arabic: خضر علي طاهر); a.k.a. "AL-KHUDUR, Khudhur Taher"; a.k.a. "JIJEH, Abu Ali"), Damascus, Syria; Tartous, Syria; DOB 1976; POB Safita, Tartous, Syria; nationality Syria; Gender Male (individual) [SYRIA].

AL-JALA' HOTEL (a.k.a. AL-JALAA; a.k.a. AL-JALAA HOTEL (Arabic: فندق الجلاء)), Mazzeh Motorway, Damascus, Syria; Organization Type: Short term accommodation activities [SYRIA].

AL-JALAA (a.k.a. AL-JALA' HOTEL; a.k.a. AL-JALAA HOTEL (Arabic: فندق الجلاء)), Mazzeh Motorway, Damascus, Syria; Organization Type: Short term accommodation activities [SYRIA].

AL-JALAA HOTEL (Arabic: فندق الجلاء) (a.k.a. AL-JALA' HOTEL; a.k.a. AL-JALAA), Mazzeh Motorway, Damascus, Syria; Organization Type: Short term accommodation activities [SYRIA].

AL-JALAHMA, Jaber (a.k.a. AL-JALAHMAH, Abu Muhammad; a.k.a. AL-JALAHMAH, Jabir Abdallah Jabir Ahmad; a.k.a. AL-JALAMAH, Jaber; a.k.a. AL-JALAMAH, Jabir 'Abdallah Jabir Ahmad; a.k.a. AL-JALHAMI, Jabir; a.k.a. "'ABDUL-GHANI"; a.k.a. "ABU MUHAMMAD"); DOB 24 Sep 1959; nationality Kuwait; Passport 101423404 (individual) [SDGT].

AL-JALAHMAH, Abu Muhammad (a.k.a. AL-JALAHMA, Jaber; a.k.a. AL-JALAHMAH, Jabir Abdallah Jabir Ahmad; a.k.a. AL-JALAMAH, Jaber; a.k.a. AL-JALAMAH, Jabir 'Abdallah Jabir Ahmad; a.k.a. AL-JALHAMI, Jabir; a.k.a. "'ABDUL-GHANI"; a.k.a. "ABU MUHAMMAD"); DOB 24 Sep 1959; nationality Kuwait; Passport 101423404 (individual) [SDGT].

AL-JALAHMAH, Jabir Abdallah Jabir Ahmad (a.k.a. AL-JALAHMA, Jaber; a.k.a. AL-JALAHMAH, Abu Muhammad; a.k.a. AL-JALAMAH, Jaber; a.k.a. AL-JALAMAH, Jabir 'Abdallah Jabir Ahmad; a.k.a. AL-JALHAMI, Jabir; a.k.a. "'ABDUL-GHANI"; a.k.a. "ABU MUHAMMAD"); DOB 24 Sep 1959; nationality Kuwait; Passport 101423404 (individual) [SDGT].

AL-JALAMAH, Jaber (a.k.a. AL-JALAHMA, Jaber; a.k.a. AL-JALAHMAH, Abu Muhammad; a.k.a. AL-JALAHMAH, Jabir Abdallah Jabir Ahmad; a.k.a. AL-JALAMAH, Jabir 'Abdallah Jabir Ahmad; a.k.a. AL-JALHAMI, Jabir; a.k.a. "'ABDUL-GHANI"; a.k.a. "ABU MUHAMMAD"); DOB 24 Sep 1959; nationality Kuwait; Passport 101423404 (individual) [SDGT].

AL-JALAMAH, Jabir 'Abdallah Jabir Ahmad (a.k.a. AL-JALAHMA, Jaber; a.k.a. AL-JALAHMAH, Abu Muhammad; a.k.a. AL-JALAHMAH, Jabir Abdallah Jabir Ahmad; a.k.a. AL-JALAMAH, Jaber; a.k.a. AL-JALHAMI, Jabir; a.k.a. "'ABDUL-GHANI"; a.k.a. "ABU MUHAMMAD"); DOB 24 Sep 1959; nationality Kuwait; Passport 101423404 (individual) [SDGT].

AL-JALHAMI, Jabir (a.k.a. AL-JALAHMA, Jaber; a.k.a. AL-JALAHMAH, Abu Muhammad; a.k.a. AL-JALAHMAH, Jabir Abdallah Jabir Ahmad; a.k.a. AL-JALAMAH, Jaber; a.k.a. AL-JALAMAH, Jabir 'Abdallah Jabir Ahmad; a.k.a. "'ABDUL-GHANI"; a.k.a. "ABU MUHAMMAD"); DOB 24 Sep 1959; nationality Kuwait; Passport 101423404 (individual) [SDGT].

AL-JAMA'AH AL-ISLAMIYAH AL-MUSALLAH (a.k.a. ARMED ISLAMIC GROUP; a.k.a. GROUPEMENT ISLAMIQUE ARME; a.k.a. "GIA") [SDGT].

AL-JAMAHATUL ASREYA MADRASSA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

AL-JAMAL, Sa'id Ahmad Muhammad (a.k.a. AL GAMAL, Saeed Ahmed Mohammed; a.k.a. RAMI, Abu-Ahmad; a.k.a. "ABU-'ALI"; a.k.a. "AHMAD, Abu"; a.k.a. "HISHAM"), Iran; DOB 01 Jan 1979; nationality Yemen; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 04716186 (Yemen) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ALJAMALI, Ayad Hamed Mohl (a.k.a. AL-IRAQI, Abu Yahya; a.k.a. AL-JUMAIL, Ayad Hamed Mohal; a.k.a. AL-JUMAILI, Ayad; a.k.a. AL-JUMAILI, Ayad Hamid; a.k.a. AL-JUMAILY, Iyad Hamed Mahl; a.k.a. AL-JUMAYLI, Iyad; a.k.a. JOUMILY, Ayad Hamed Mahal; a.k.a. MAHAR, Ayad Miuhammed; a.k.a. MAHAR, Ayad Muhammad; a.k.a. SHUAB, Ayad Hamed Muhal; a.k.a. "YAHYA, Abu"); DOB 01 Jan 1977; alt. DOB 01 Jul 1972; nationality Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JAMIA AL-ASARIA MADRASSA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA

MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

AL-JAMUS, 'Abd-al-Nasr Sharif (a.k.a. ABU SHARIF, Nasser (Arabic: ناصر ابو شريف); a.k.a. JAMOOS, Abdal Nasser Sharif Mohammed Said (Arabic: عبد الناصر شريف محمد سعيد جاموس), Iran; DOB 14 Jan 1966; POB Tulkarm, West Bank; alt. POB Thennaba, West Bank; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000083063 (Palestinian) (individual) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

AL-JAMUS, Umar (a.k.a. DA JAMOUS, Hussam; a.k.a. JAMOUS, Hussam; a.k.a. KHATTAB, Omar), Antakya, Hatay, Turkey; DOB 08 Jan 1983; alt. DOB 01 Aug 1983; Passport N006951090 (Syria); National ID No. 00413L0105232 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JANAN, Sulsubayla, Syria; DOB 04 Jan 1964; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ALJARBA, Tarad (a.k.a. ALJARBA, Tarad Mohammad; a.k.a. "AL-SHIMALI, Abu-Muhammad") DOB 20 Nov 1979; POB Iraq; nationality Saudi Arabia; Passport E704088 (Saudi Arabia) issued 26 Aug 2003 expires 02 Jul 2008 (individual) [SDGT].

ALJARBA, Tarad Mohammad (a.k.a. ALJARBA, Tarad; a.k.a. "AL-SHIMALI, Abu-Muhammad"); DOB 20 Nov 1979; POB Iraq; nationality Saudi Arabia; Passport E704088 (Saudi Arabia) issued 26 Aug 2003 expires 02 Jul 2008 (individual) [SDGT].

AL-JASIM, Mohammad Hussein (Arabic: محمد حسين الجاسم) (a.k.a. "ALJASEM, Mohamed" (Arabic: محمد الجاسم"); a.k.a. "AL-JASIM, Muhammad Husayn"; a.k.a. "AL-JASSIM BIN HUSSEIN, Muhammad"; a.k.a. "AMSHA, Abu" (Arabic: أبو عمشة"), Syria; DOB 1985; POB Al-Jawsa Village, Al-Suqaylabiyah District, Hama Governorate, Syria; alt. POB al-Ghousa, Hama Governorate, Syria; alt. POB Jossa, Hayalin District, Hama Governate, Syria; nationality Syria; citizen Syria; alt. citizen Turkey; Gender Male (individual) [SYRIA-EO13894].

AL-JASIM, Walid Hussein (Arabic: وليد حسين الجاسم) (a.k.a. "AL-JASIM, Seif al-Din"; a.k.a. "AL-JASSIM, Saif al-Din"), Syria; DOB 1987; POB Jossa, Hayalin District, Hama Governate, Syria; nationality Syria; citizen Syria; Gender Male (individual) [SYRIA-EO13894] (Linked To: SULEIMAN SHAH BRIGADE).

AL-JAWLANI, Abu Muhammad (a.k.a. AL-GOLANI, Abu Muhammad; a.k.a. "AL-FATIH"), Damascus, Syria; DOB 1977; alt. DOB 1975; alt. DOB 1976; alt. DOB 1978; alt. DOB 1979; nationality Syria (individual) [SDGT].

AL-JAWZIYYAH, Ibn al-Qayyim (a.k.a. AL-SAYYID, 'Ali Sulayman Mas'ud 'Abd; a.k.a. SAYED, Aly Soliman Massoud Abdul; a.k.a. "AL-QAYYIM, 'Ibn"; a.k.a. "AL-ZAWL"; a.k.a. "EL-QAIM, Ibn"; a.k.a. "OSMAN, Mohamed"); DOB 1969; POB Tripoli, Libya; nationality Libya; Gender Male; Passport 96/184442 (Libya) (individual) [SDGT].

AL-JAZA'IRI, Abu Ubaida (a.k.a. AL-JAZAIRI, Abu Ubaydah; a.k.a. GEUMMANE, Abu Bakr; a.k.a. GHUMAYN, Abu Bakr Muhammad Muhammad; a.k.a. GUEMMANE, Aboubakir; a.k.a. GUEMMANE, Aboubakr; a.k.a. GUEMMANE, Aboubekr; a.k.a. GUEMMANE, Abu Bakr Muhammad Muhammad; a.k.a. JAMIN, Abu Bakr Muhammad Muhammad; a.k.a. MAZOUZ, Kheireddine; a.k.a. MAZOUZI, Khayr al-Din; a.k.a. "LESAGE, Carol Jacques Ghislain"; a.k.a. "LESAGE, Jacques Ghislain"), Iran; DOB 31 Mar 1981; POB Algeria; nationality Algeria; Passport 98LH90556 (France) (individual) [SDGT] (Linked To: AL QA'IDA).

AL-JAZAIRI, Abu Ubaydah (a.k.a. AL-JAZA'IRI, Abu Ubaida; a.k.a. GEUMMANE, Abu Bakr; a.k.a. GHUMAYN, Abu Bakr Muhammad Muhammad; a.k.a. GUEMMANE, Aboubakir; a.k.a. GUEMMANE, Aboubakr; a.k.a. GUEMMANE, Aboubekr; a.k.a. GUEMMANE, Abu Bakr Muhammad Muhammad; a.k.a. JAMIN, Abu Bakr Muhammad Muhammad; a.k.a. MAZOUZ, Kheireddine; a.k.a. MAZOUZI, Khayr al-Din; a.k.a. "LESAGE, Carol Jacques Ghislain"; a.k.a. "LESAGE, Jacques Ghislain"), Iran; DOB 31 Mar 1981; POB Algeria; nationality Algeria; Passport 98LH90556 (France) (individual) [SDGT] (Linked To: AL QA'IDA).

AL-JAZA'IRI, Usama Abu-'Abd-al-Wahid (a.k.a. BELHIRECHE, Messaoud; a.k.a. BELKACEM, Usamah 'Abd-al-Wahid al-Jaza'iri; a.k.a. "AL-JAZA'IRI, Abu Usama"), Mali; DOB 22 Jul 1970; POB Algeria; nationality Algeria; Gender Male;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

AL-JAZRAWI, Waqqas (a.k.a. ALOTAIBI, Mubarak Mohammed A; a.k.a. "ABU GHAYTH"), Syria; DOB 08 Jan 1986; POB Riyadh, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

ALJEITHNI, Hussein Mohammed Hussein (a.k.a. AL-JU'AITNI, Abu Mu'ath; a.k.a. AL-JU'AYTHINI, Husayn Muhamad Husayn; a.k.a. AL-JU'AYTHINI, Husayn Muhammad; a.k.a. AL-JU'AYTHINI, Husayn Muhammad Husayn; a.k.a. JUAYTHINI, Husayn; a.k.a. JU'AYTHINI, Husayn Muhammad Husayn); DOB 03 May 1977; POB Al-Nusayirat refugee camp, Gaza; Passport 0363464 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JIBAWI, Ridwan 'Ali, Syria; DOB 25 Mar 1959; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-JIBURI, Mush'an (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL-JIBURI, Muyassir (a.k.a. AL-JUBURI, Maysar Ali Musa Abdallah; a.k.a. AL-QAHTANI, Mus'ab; a.k.a. AL-SHAMMARI; a.k.a. AL-SHAMMARI, Muyassir; a.k.a. HARARA, Muyassir; a.k.a. HASSAN, Muhammad Khalid); DOB 01 Jun 1976; POB Al-Shura, Mosul, Iraq; alt. POB Harara, Ninawa Province, Iraq; citizen Iraq (individual) [SDGT].

AL-JIHAD (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC

ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [FTO] [SDGT].

ALJIHLIB, Yousef (a.k.a. JAHLEB, Ahmed; a.k.a. JAHLEB, Ahmed Sadu; a.k.a. JAHLEB, Ahmed Sadu Yousef; a.k.a. JAKHLAB, Ahmad Saado Yusuf), Turkey; DOB 23 Dec 1976; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P00018023 (Egypt) (individual) [SDGT] (Linked To: HAMAS).

AL-JILILATI, MOHAMMAD (a.k.a. AL-JLEILATI, MOHAMMAD); DOB 1945; POB Damascus, Syria; Minister of Finance (individual) [SYRIA].

AL-JIZRAWI, Taha Yassin Ramadan (a.k.a. RAMADAN, Taha Yasin; a.k.a. RAMADAN, Taha Yassin); DOB circa 1938; nationality Iraq; Former Vice President (individual) [IRAQ2].

AL-JLEILATI, MOHAMMAD (a.k.a. AL-JILILATI, MOHAMMAD); DOB 1945; POB Damascus, Syria; Minister of Finance (individual) [SYRIA].

AL-JU'AITNI, Abu Mu'ath (a.k.a. ALJEITHNI, Hussein Mohammed Hussein; a.k.a. AL-JU'AYTHINI, Husayn Muhamad Husayn; a.k.a. AL-JU'AYTHINI, Husayn Muhammad; a.k.a. AL-JU'AYTHINI, Husayn Muhammad Husayn; a.k.a. JUAYTHINI, Husayn; a.k.a. JU'AYTHINI, Husayn Muhammad Husayn); DOB 03 May 1977; POB Al-Nusayrat refugee camp, Gaza; Passport 0363464 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JU'AYTHINI, Husayn Muhamad Husayn (a.k.a. ALJEITHNI, Hussein Mohammed Hussein; a.k.a. AL-JU'AITNI, Abu Mu'ath; a.k.a. AL-JU'AYTHINI, Husayn Muhammad; a.k.a. AL-JU'AYTHINI, Husayn Muhammad Husayn; a.k.a. JUAYTHINI, Husayn; a.k.a. JU'AYTHINI, Husayn Muhammad Husayn); DOB 03 May 1977; POB Al-Nusayrat refugee camp, Gaza; Passport 0363464 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JU'AYTHINI, Husayn Muhammad (a.k.a. ALJEITHNI, Hussein Mohammed Hussein;

a.k.a. AL-JU'AITNI, Abu Mu'ath; a.k.a. AL-JU'AYTHINI, Husayn Muhamad Husayn; a.k.a. AL-JU'AYTHINI, Husayn Muhammad Husayn; a.k.a. JUAYTHINI, Husayn; a.k.a. JU'AYTHINI, Husayn Muhammad Husayn); DOB 03 May 1977; POB Al-Nusayrat refugee camp, Gaza; Passport 0363464 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JU'AYTHINI, Husayn Muhammad Husayn (a.k.a. ALJEITHNI, Hussein Mohammed Hussein; a.k.a. AL-JU'AITNI, Abu Mu'ath; a.k.a. AL-JU'AYTHINI, Husayn Muhamad Husayn; a.k.a. AL-JU'AYTHINI, Husayn Muhammad; a.k.a. JUAYTHINI, Husayn; a.k.a. JU'AYTHINI, Husayn Muhammad Husayn); DOB 03 May 1977; POB Al-Nusayrat refugee camp, Gaza; Passport 0363464 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JUBBAH, Adnan, Syria; DOB 11 Apr 1953; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-JUBOURI, Ahmad Abdullah (a.k.a. ABED, Ahmed Abdullah; a.k.a. AL-JUBOURI, Ahmed; a.k.a. KHALAF, Ahmed Abdullah Abid; a.k.a. "Abu Mazen"; a.k.a. "Abu Mazin"), Iraq; DOB 01 Jul 1967; POB Baghdad, Iraq; nationality Iraq; Gender Male; Passport D1017310 (Iraq) expires 14 Apr 2025; National ID No. 00318953 (Iraq) (individual) [GLOMAG].

AL-JUBOURI, Ahmed (a.k.a. ABED, Ahmed Abdullah; a.k.a. AL-JUBOURI, Ahmad Abdullah; a.k.a. KHALAF, Ahmed Abdullah Abid; a.k.a. "Abu Mazen"; a.k.a. "Abu Mazin"), Iraq; DOB 01 Jul 1967; POB Baghdad, Iraq; nationality Iraq; Gender Male; Passport D1017310 (Iraq) expires 14 Apr 2025; National ID No. 00318953 (Iraq) (individual) [GLOMAG].

AL-JUBOURI, Mishaan (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBERI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug

1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL-JUBURI, Lu'ay Jasim Hammadi (a.k.a. AL-JUBURI, Lu'ay Jasim Hammadi Mahdi; a.k.a. HAMMADI, Lu'ay Jasim; a.k.a. "Hajji Lu'ay"), Mersin, Turkey; DOB 06 Oct 1970; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JUBURI, Lu'ay Jasim Hammadi Mahdi (a.k.a. AL-JUBURI, Lu'ay Jasim Hammadi; a.k.a. HAMMADI, Lu'ay Jasim; a.k.a. "Hajji Lu'ay"), Mersin, Turkey; DOB 06 Oct 1970; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JUBURI, Maysar Ali Musa Abdallah (a.k.a. AL-JIBURI, Muyassir; a.k.a. AL-QAHTANI, Mus'ab; a.k.a. AL-SHAMMARI; a.k.a. AL-SHAMMARI, Muyassir; a.k.a. HARARA, Muyassir; a.k.a. HASSAN, Muhammad Khalid); DOB 01 Jun 1976; POB Al-Shura, Mosul, Iraq; alt. POB Harara, Ninava Province, Iraq; citizen Iraq (individual) [SDGT].

AL-JUBURI, Meshaan (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL-JUBURI, Mish'an (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-

JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

AL-JUHANI, Abd al-Rahman Muhammad (a.k.a. AL-JAHANI, Abd al-Rahman Muhammad Zafir al-Dabisi; a.k.a. AL-JAHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. ALJAHANI, Abdulrhman Mohammed D.; a.k.a. AL-JAHNI, 'Abd al-Rahman Muhammad Thafir; a.k.a. AL-JAHNI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHNI, 'Abd Al-Rahman Muhammad Zafir Al-Dubaysi; a.k.a. AL-SAUDI, Abu Wafa; a.k.a. "ABU AL-WAFA'"; a.k.a. "ABU ANAS"; DOB 04 Dec 1971; alt. DOB 1977; POB Kharj, Saudi Arabia; nationality Saudi Arabia; Passport F508591 (Saudi Arabia); National ID No. 1027508157 (Saudi Arabia) (individual) [SDGT].

AL-JUHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi (a.k.a. AL-JAHANI, Abd al-Rahman Muhammad Zafir al-Dabisi; a.k.a. AL-JAHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. ALJAHANI, Abdulrhman Mohammed D.; a.k.a. AL-JAHNI, 'Abd al-Rahman Muhammad Thafir; a.k.a. AL-JAHNI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHANI, Abd al-Rahman Muhammad; a.k.a. AL-JUHNI, 'Abd Al-Rahman Muhammad Zafir Al-Dubaysi; a.k.a. AL-SAUDI, Abu Wafa; a.k.a. "ABU AL-WAFA'"; a.k.a. "ABU ANAS"); DOB 04 Dec 1971; alt. DOB 1977; POB Kharj, Saudi Arabia; nationality Saudi Arabia; Passport F508591 (Saudi Arabia); National ID No. 1027508157 (Saudi Arabia) (individual) [SDGT].

AL-JUHNI, 'Abd Al-Rahman Muhammad Zafir Al-Dubaysi (a.k.a. AL-JAHANI, Abd al-Rahman Muhammad Zafir al-Dabisi; a.k.a. AL-JAHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. ALJAHANI, Abdulrhman Mohammed D.; a.k.a. AL-JAHNI, 'Abd al-Rahman Muhammad Thafir; a.k.a. AL-JAHNI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHANI, Abd al-Rahman Muhammad; a.k.a. AL-JUHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-SAUDI, Abu Wafa; a.k.a. "ABU AL-WAFA'"; a.k.a. "ABU ANAS"); DOB 04 Dec 1971; alt. DOB 1977; POB Kharj, Saudi Arabia; nationality Saudi Arabia; Passport F508591 (Saudi Arabia); National ID No. 1027508157 (Saudi Arabia) (individual) [SDGT].

AL-JUMAIL, Ayad Hamed Mohal (a.k.a. AL-IRAQI, Abu Yahya; a.k.a. ALJAMALI, Ayad Hamed Mohl; a.k.a. AL-JUMAILI, Ayad; a.k.a. AL-JUMAILI, Ayad Hamid; a.k.a. AL-JUMAILY, Iyad Hamed Mahl; a.k.a. AL-JUMAYLI, Iyad; a.k.a. JOUMILY, Ayad Hamed Mahal; a.k.a. MAHAR, Ayad Miuhammed; a.k.a. MAHAR, Ayad Muhammad; a.k.a. SHUAB, Ayad Hammed Muhal; a.k.a. "YAHYA, Abu"); DOB 01 Jan 1977; alt. DOB 01 Jul 1972; nationality Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JUMAILI, Ayad (a.k.a. AL-IRAQI, Abu Yahya; a.k.a. ALJAMALI, Ayad Hamed Mohl; a.k.a. AL-JUMAIL, Ayad Hamed Mohal; a.k.a. AL-JUMAILI, Ayad Hamid; a.k.a. AL-JUMAILY, Iyad Hamed Mahl; a.k.a. AL-JUMAYLI, Iyad; a.k.a. JOUMILY, Ayad Hamed Mahal; a.k.a. MAHAR, Ayad Miuhammed; a.k.a. MAHAR, Ayad Muhammad; a.k.a. SHUAB, Ayad Hammed Muhal; a.k.a. "YAHYA, Abu") DOB 01 Jan 1977; alt. DOB 01 Jul 1972; nationality Iraq; Gender Male (individual) (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JUMAILI, Ayad Hamid (a.k.a. AL-IRAQI, Abu Yahya; a.k.a. ALJAMALI, Ayad Hamed Mohl; a.k.a. AL-JUMAIL, Ayad Hamed Mohal; a.k.a. AL-JUMAILI, Ayad; a.k.a. AL-JUMAILY, Iyad Hamed Mahl; a.k.a. AL-JUMAYLI, Iyad; a.k.a. JOUMILY, Ayad Hamed Mahal; a.k.a. MAHAR, Ayad Miuhammed; a.k.a. MAHAR, Ayad Muhammad; a.k.a. SHUAB, Ayad Hammed Muhal; a.k.a. "YAHYA, Abu") DOB 01 Jan 1977; alt. DOB 01 Jul 1972; nationality Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JUMAILY, Iyad Hamed Mahl (a.k.a. AL-IRAQI, Abu Yahya; a.k.a. ALJAMALI, Ayad Hamed Mohl; a.k.a. AL-JUMAIL, Ayad Hamed Mohal; a.k.a. AL-JUMAILI, Ayad; a.k.a. AL-JUMAILI, Ayad Hamid; a.k.a. AL-JUMAYLI, Iyad; a.k.a. JOUMILY, Ayad Hamed Mahal; a.k.a. MAHAR, Ayad Miuhammed; a.k.a. MAHAR, Ayad Muhammad; a.k.a. SHUAB, Ayad Hammed Muhal; a.k.a. "YAHYA, Abu"); DOB 01 Jan 1977; alt. DOB 01 Jul 1972; nationality Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-JUMAYLI, Iyad (a.k.a. AL-IRAQI, Abu Yahya; a.k.a. ALJAMALI, Ayad Hamed Mohl; a.k.a. AL-JUMAIL, Ayad Hamed Mohal; a.k.a. AL-JUMAILI, Ayad; a.k.a. AL-JUMAILI, Ayad Hamid; a.k.a. AL-JUMAILY, Iyad Hamed Mahl; a.k.a. JOUMILY, Ayad Hamed Mahal; a.k.a.

MAHAR, Ayad Miuhammed; a.k.a. MAHAR, Ayad Muhammad; a.k.a. SHUAB, Ayad Hammed Muhal; a.k.a. "YAHYA, Abu"); DOB 01 Jan 1977; alt. DOB 01 Jul 1972; nationality Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KA'ABI, Shaykh Abu-Akram (a.k.a. AL-KA'ABI, Sheik Akram; a.k.a. AL-KA'BI, Akram Abas; a.k.a. AL-KABI, Akram 'Abbas; a.k.a. AL-KABI, Arkam 'Abbas; a.k.a. "ABU-MUHAMMAD"; a.k.a. "'ALI, Abu"; a.k.a. "KARUMI"; DOB circa 1976; alt. DOB circa 1973; alt. DOB 17 Jul 1977; POB al 'Amarah, Iraq; alt. POB al Kalamiy, Iraq; alt. POB Baghdad, Iraq; nationality Iraq (individual) [SDGT] [IRAQ3].

AL-KA'ABI, Sheik Akram (a.k.a. AL-KA'ABI, Shaykh Abu-Akram; a.k.a. AL-KA'BI, Akram Abas; a.k.a. AL-KABI, Akram 'Abbas; a.k.a. AL-KABI, Arkam 'Abbas; a.k.a. "ABU-MUHAMMAD"; a.k.a. "'ALI, Abu"; a.k.a. "KARUMI"; DOB circa 1976; alt. DOB circa 1973; alt. DOB 17 Jul 1977; POB al 'Amarah, Iraq; alt. POB al Kalamiy, Iraq; alt. POB Baghdad, Iraq; nationality Iraq (individual) [SDGT] [IRAQ3].

AL-KA'BI, Akram Abas (a.k.a. AL-KA'ABI, Shaykh Abu-Akram; a.k.a. AL-KA'ABI, Sheik Akram; a.k.a. AL-KABI, Akram 'Abbas; a.k.a. AL-KABI, Arkam 'Abbas; a.k.a. "ABU-MUHAMMAD"; a.k.a. "'ALI, Abu"; a.k.a. "KARUMI"); DOB circa 1976; alt. DOB circa 1973; alt. DOB 17 Jul 1977; POB al 'Amarah, Iraq; alt. POB al Kalamiy, Iraq; alt. POB Baghdad, Iraq; nationality Iraq (individual) [SDGT] [IRAQ3].

AL-KABI, Akram 'Abbas (a.k.a. AL-KA'ABI, Shaykh Abu-Akram; a.k.a. AL-KA'ABI, Sheik Akram; a.k.a. AL-KA'BI, Akram Abas; a.k.a. AL-KABI, Arkam 'Abbas; a.k.a. "ABU-MUHAMMAD"; a.k.a. "'ALI, Abu"; a.k.a. "KARUMI"); DOB circa 1976; alt. DOB circa 1973; alt. DOB 17 Jul 1977; POB al 'Amarah, Iraq; alt. POB al Kalamiy, Iraq; alt. POB Baghdad, Iraq; nationality Iraq (individual) [SDGT] [IRAQ3].

AL-KABI, Arkam 'Abbas (a.k.a. AL-KA'ABI, Shaykh Abu-Akram; a.k.a. AL-KA'ABI, Sheik Akram; a.k.a. AL-KA'BI, Akram Abas; a.k.a. AL-KABI, Akram 'Abbas; a.k.a. "ABU-MUHAMMAD"; a.k.a. "'ALI, Abu"; a.k.a. "KARUMI"); DOB circa 1976; alt. DOB circa 1973; alt. DOB 17 Jul 1977; POB al 'Amarah, Iraq; alt. POB al Kalamiy, Iraq; alt. POB Baghdad, Iraq; nationality Iraq (individual) [SDGT] [IRAQ3].

AL-KA'BI, Sa'd al-Sharyan (a.k.a. AL-KA'BI, Sa'd bin Sa'd Muhammad Shariyan; a.k.a. AL-KA'BI, Sa'd Bin Sa'd Muhammad Shiryan; a.k.a. AL-KA'BI, Sa'd Sa'd Muhammad Shiryan; a.k.a. "Abu Haza'"; a.k.a. "Abu Hazza'"; a.k.a. "Abu Sa'd"; a.k.a. "Abu Suad"; a.k.a. "'Umar al-Afghani") DOB 15 Feb 1972; nationality Qatar; Passport 00966737 (Qatar) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-KA'BI, Sa'd bin Sa'd Muhammad Shariyan (a.k.a. AL-KA'BI, Sa'd al-Sharyan; a.k.a. AL-KA'BI, Sa'd Bin Sa'd Muhammad Shiryan; a.k.a. AL-KA'BI, Sa'd Sa'd Muhammad Shiryan; a.k.a. "Abu Haza'"; a.k.a. "Abu Hazza'"; a.k.a. "Abu Sa'd"; a.k.a. "Abu Suad"; a.k.a. "'Umar al-Afghani") DOB 15 Feb 1972; nationality Qatar; Passport 00966737 (Qatar) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-KA'BI, Sa'd Bin Sa'd Muhammad Shiryan (a.k.a. AL-KA'BI, Sa'd al-Sharyan; a.k.a. AL-KA'BI, Sa'd bin Sa'd Muhammad Shariyan; a.k.a. AL-KA'BI, Sa'd Sa'd Muhammad Shiryan; a.k.a. "Abu Haza'"; a.k.a. "Abu Hazza'"; a.k.a. "Abu Sa'd"; a.k.a. "Abu Suad"; a.k.a. "'Umar al-Afghani") DOB 15 Feb 1972; nationality Qatar; Passport 00966737 (Qatar) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-KA'BI, Sa'd Sa'd Muhammad Shiryan (a.k.a. AL-KA'BI, Sa'd al-Sharyan; a.k.a. AL-KA'BI, Sa'd bin Sa'd Muhammad Shariyan; a.k.a. AL-KA'BI, Sa'd Bin Sa'd Muhammad Shiryan; a.k.a. "Abu Haza'"; a.k.a. "Abu Hazza'"; a.k.a. "Abu Sa'd"; a.k.a. "Abu Suad"; a.k.a. "'Umar al-Afghani") DOB 15 Feb 1972; nationality Qatar; Passport 00966737 (Qatar) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-KAFI, Abu 'Ubaydah (a.k.a. AL-GIZANI, Ashraf; a.k.a. AL-QIZANI, Ashraf; a.k.a. GUIZANI, Achraf Ben Fathi Ben Mabrouk; a.k.a. GUIZANI, Achref Ben Fethi Ben Mabrouk), Tunisia; DOB 05 Oct 1991; POB El Gouazine, Dahmani, Governorate of Le Kef, Tunisia; nationality Tunisia; Gender Male; National ID No. 13601334 (Tunisia) (individual) [SDGT]

AL-KAFI, 'Attallah Salman 'Abd (a.k.a. AL JABURI, Atallah Salman Kafi; a.k.a. ALAKT, Ataullah Salman; a.k.a. AL-JABURI, 'Atallah Salman Kafi; a.k.a. AL-JABURI, 'Attallah Salman 'Abd al-Kafi; a.k.a. AL-JABURI, Attallah Salman 'Abd Kafi; a.k.a. KAFI, 'Ataala Salman 'Abd; a.k.a. KAFI, 'Ataallah Salman; a.k.a. KAFI, Atallah Salman Abd; a.k.a. "ABU HAQI"), Hawi al-Arishah Village, Hawijah District, Kirkuk Province, Iraq; Hawijah District, Kirkuk Province, Iraq; Rumanah Village, Kirkuk

Province, Iraq; DOB 01 Jan 1973; POB Iraq; citizen Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KAHLOUT, Hudayfa Samir Abdullah (Arabic: حذيفة سمير عبدالله الكحلوت) (a.k.a. AL-KAHLUT, Hudhayfa Samir 'Abdallah (Arabic: عبدالله); a.k.a. AL-KAHLUT, Hudifah Samir 'Abdallah), Gaza; DOB 11 Feb 1985; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 800894164 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-KAHLUT, Hudhayfa Samir 'Abdallah (Arabic: حذيفة سمير عبدالله الكحلوت) (a.k.a. AL-KAHLOUT, Hudayfa Samir Abdullah (Arabic: حذيفة سمير عبدالله الكحلوت); a.k.a. AL-KAHLUT, Hudifah Samir 'Abdallah), Gaza; DOB 11 Feb 1985; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 800894164 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-KAHLUT, Hudifah Samir 'Abdallah (a.k.a. AL-KAHLOUT, Hudayfa Samir Abdullah (Arabic: حذيفة سمير عبدالله الكحلوت); a.k.a. AL-KAHLUT, Hudhayfa Samir 'Abdallah (Arabic: حذيفة سمير عبدالله الكحلوت)), Gaza; DOB 11 Feb 1985; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 800894164 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-KALDANI, Rayyan (a.k.a. AL-KILDANI, Rayan; a.k.a. DODI, Rian Salim Sadeq; a.k.a. KALDANI, Rayan), Palestine Street, DIST 505 ST 60 H 19, Baghdad, Iraq; DOB 03 Sep 1989; POB Baghdad, Iraq; nationality Iraq; Gender Male; National ID No. 00365298 (Iraq) (individual) [GLOMAG].

AL-KAMEL, Salah 'Ali (a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. THABIT 'IZ; a.k.a. "'ABD-AL-'IZ"; a.k.a. "ABU YASIR") DOB 24 Jun 1954; POB Egypt; Passport 83860 (Sudan); alt. Passport 30455 (Egypt); alt. Passport 1046403 (Egypt) (individual) [SDGT].

AL-KANI, Mohamed (a.k.a. AL-KANI, Mohamed Khalifa Abderrahim Shaqaqi; a.k.a. AL-KANI, Mohammed; a.k.a. AL-KANI, Muhammad Omar), Libya; DOB 03 May 1979; nationality Libya; Gender Male; Passport F86JKFJF

(Libya) (individual) [GLOMAG] (Linked To: KANIYAT MILITIA).

AL-KANI, Mohamed Khalifa Abderrahim Shaqaqi (a.k.a. AL-KANI, Mohamed; a.k.a. AL-KANI, Mohammed; a.k.a. AL-KANI, Muhammad Omar), Libya; DOB 03 May 1979; nationality Libya; Gender Male; Passport F86JKFJF (Libya) (individual) [GLOMAG] (Linked To: KANIYAT MILITIA).

AL-KANI, Mohammed (a.k.a. AL-KANI, Mohamed; a.k.a. AL-KANI, Mohamed Khalifa Abderrahim Shaqaqi; a.k.a. AL-KANI, Muhammad Omar), Libya; DOB 03 May 1979; nationality Libya; Gender Male; Passport F86JKFJF (Libya) (individual) [GLOMAG] (Linked To: KANIYAT MILITIA).

AL-KANI, Muhammad Omar (a.k.a. AL-KANI, Mohamed; a.k.a. AL-KANI, Mohamed Khalifa Abderrahim Shaqaqi; a.k.a. AL-KANI, Mohammed), Libya; DOB 03 May 1979; nationality Libya; Gender Male; Passport F86JKFJF (Libya) (individual) [GLOMAG] (Linked To: KANIYAT MILITIA).

ALKANTRANJI, Amir Hachem (a.k.a. KANTRAJI, Amir Hachem; a.k.a. KATRA, Amir; a.k.a. KATRANGI, Amir; a.k.a. KATRANGI, Amir Hachem; a.k.a. KATRANJI, Amir; a.k.a. KATRANJI, Amir Hachem; a.k.a. KATRANJI, Amir Hashem); DOB 24 Jun 1966; POB Hama, Syria; nationality Syria; Managing Director and Co-founder of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

AL-KARD, Ahmad (a.k.a. AL KURD, Ahmed; a.k.a. AL-KIRD, Ahmad; a.k.a. ALKURD, Ahmad; a.k.a. AL-KURD, Ahmad Harb; a.k.a. AL-KURD, Ahmed Hard; a.k.a. EL-KURD, Ahmed), Deir Al-Balah, Gaza, Palestinian; DOB circa 1949; alt. DOB circa 1951; POB Deir Al-Balah, Gaza (individual) [SDGT].

ALKARIM FOR TRADE & INDUSTRY L.L.C. (a.k.a. ABD-AL-KARIM GROUP; a.k.a. ABDULKARIM GROUP; a.k.a. ALKARIM FOR TRADE AND INDUSTRY; a.k.a. MOHD. WAEL ABDULKARIM & PARTNERS CO.; a.k.a. WAEL ABDULKARIM AND PARTNERS), Abu Rumaneh, Ibn Al Haytham St., Besides Indian Embassy, Building No. 7, 1st Floor, Office No. 5, Damascus, Syria; Jaber Bin Hayan St. No. 162, Akkad & Sufi Bldg No. 1, 1st Floor, Damascus, Syria; P.O. Box 5797, Damascus, Syria; P.O. Box 30693, Damascus, Syria; Adra-Tal El Kordi Triangle PC, Damascus 30693, Syria; Riyad El Solh Street, Beirut 12347, Lebanon; Website abdulkarimgroup.com

[SYRIA] (Linked To: PANGATES INTERNATIONAL CORPORATION LIMITED). ALKARIM FOR TRADE AND INDUSTRY (a.k.a. ABD-AL-KARIM GROUP; a.k.a. ABDULKARIM GROUP; a.k.a. ALKARIM FOR TRADE & INDUSTRY L.L.C.; a.k.a. MOHD. WAEL ABDULKARIM & PARTNERS CO.; a.k.a. WAEL ABDULKARIM AND PARTNERS), Abu Rumaneh, Ibn Al Haytham St., Besides Indian Embassy, Building No. 7, 1st Floor, Office No. 5, Damascus, Syria; Jaber Bin Hayan St. No. 162, Akkad & Sufi Bldg No. 1, 1st Floor, Damascus, Syria; P.O. Box 5797, Damascus, Syria; P.O. Box 30693, Damascus, Syria; Adra-Tal El Kordi Triangle PC, Damascus 30693, Syria; Riyad El Solh Street, Beirut 12347, Lebanon; Website abdulkarimgroup.com [SYRIA] (Linked To: PANGATES INTERNATIONAL CORPORATION LIMITED).

AL-KARMOUSH, Muafaq Mustafa Mohammed (a.k.a. AL KASAB, Muwafaq Mustafa Muhammad Ali; a.k.a. AL-KARMUSH, Muwafaq Mustafa; a.k.a. AL-KARMUSH, Muwafaq Mustafa Muhammad 'Ali; a.k.a. AL-KARMUSH, Muwaffaq Mustafa; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad 'Ali Mahmud; a.k.a. EL KHARMOUSH, Muwaffaq Mustafa Mohammad; a.k.a. KARMOOSH, Muwafaq Mustafa Mohammed Ali; a.k.a. KARMUSH, Muwaffaq; a.k.a. MUHAMMAD, Muwaffaq Mustafa; a.k.a. "Abu Salah"; a.k.a. "AL-'AFRI, Abu Salah"); DOB 01 Feb 1973; citizen Iraq; Gender Male; Passport A5476394 (Iraq) (individual) [SDGT].

AL-KARMUSH, Muwafaq Mustafa (a.k.a. AL KASAB, Muwafaq Mustafa Muhammad Ali; a.k.a. AL-KARMOUSH, Muafaq Mustafa Mohammed; a.k.a. AL-KARMUSH, Muwafaq Mustafa Muhammad 'Ali; a.k.a. AL-KARMUSH, Muwaffaq Mustafa; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad 'Ali Mahmud; a.k.a. EL KHARMOUSH, Muwaffaq Mustafa Mohammad; a.k.a. KARMOOSH, Muwafaq Mustafa Mohammed Ali; a.k.a. KARMUSH, Muwaffaq; a.k.a. MUHAMMAD, Muwaffaq Mustafa; a.k.a. "Abu Salah"; a.k.a. "AL-'AFRI, Abu Salah"); DOB 01 Feb 1973; citizen Iraq; Gender Male; Passport A5476394 (Iraq) (individual) [SDGT].

AL-KARMUSH, Muwafaq Mustafa Muhammad 'Ali (a.k.a. AL KASAB, Muwafaq Mustafa Muhammad Ali; a.k.a. AL-KARMOUSH, Muafaq Mustafa Mohammed; a.k.a. AL-KARMUSH,

Muwafaq Mustafa; a.k.a. AL-KARMUSH, Muwaffaq Mustafa; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad 'Ali Mahmud; a.k.a. EL KHARMOUSH, Muwaffaq Mustafa Mohammad; a.k.a. KARMOOSH, Muwafaq Mustafa Mohammed Ali; a.k.a. KARMUSH, Muwaffaq; a.k.a. MUHAMMAD, Muwaffaq Mustafa; a.k.a. "Abu Salah"; a.k.a. "AL-'AFRI, Abu Salah"); DOB 01 Feb 1973; citizen Iraq; Gender Male; Passport A5476394 (Iraq) (individual) [SDGT].

AL-KARMUSH, Muwaffaq Mustafa (a.k.a. AL KASAB, Muwafaq Mustafa Muhammad Ali; a.k.a. AL-KARMOUSH, Muafaq Mustafa Mohammed; a.k.a. AL-KARMUSH, Muwafaq Mustafa; a.k.a. AL-KARMUSH, Muwafaq Mustafa Muhammad 'Ali; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad 'Ali Mahmud; a.k.a. EL KHARMOUSH, Muwaffaq Mustafa Mohammad; a.k.a. KARMOOSH, Muwafaq Mustafa Mohammed Ali; a.k.a. KARMUSH, Muwaffaq; a.k.a. MUHAMMAD, Muwaffaq Mustafa; a.k.a. "Abu Salah"; a.k.a. "AL-'AFRI, Abu Salah"); DOB 01 Feb 1973; citizen Iraq; Gender Male; Passport A5476394 (Iraq) (individual) [SDGT].

AL-KARMUSH, Muwaffaq Mustafa Muhammad (a.k.a. AL KASAB, Muwafaq Mustafa Muhammad Ali; a.k.a. AL-KARMOUSH, Muafaq Mustafa Mohammed; a.k.a. AL-KARMUSH, Muwafaq Mustafa; a.k.a. AL-KARMUSH, Muwafaq Mustafa Muhammad 'Ali; a.k.a. AL-KARMUSH, Muwaffaq Mustafa; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad 'Ali Mahmud; a.k.a. EL KHARMOUSH, Muwaffaq Mustafa Mohammad; a.k.a. KARMOOSH, Muwafaq Mustafa Mohammed Ali; a.k.a. KARMUSH, Muwaffaq; a.k.a. MUHAMMAD, Muwaffaq Mustafa; a.k.a. "Abu Salah"; a.k.a. "AL-'AFRI, Abu Salah"); DOB 01 Feb 1973; citizen Iraq; Gender Male; Passport A5476394 (Iraq) (individual) [SDGT].

AL-KARMUSH, Muwaffaq Mustafa Muhammad 'Ali Mahmud (a.k.a. AL KASAB, Muwafaq Mustafa Muhammad Ali; a.k.a. AL-KARMOUSH, Muafaq Mustafa Mohammed; a.k.a. AL-KARMUSH, Muwafaq Mustafa; a.k.a. AL-KARMUSH, Muwafaq Mustafa Muhammad 'Ali; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad; a.k.a. EL KHARMOUSH, Muwaffaq Mustafa Mohammad; a.k.a. KARMOOSH, Muwafaq Mustafa Mohammed

Ali; a.k.a. KARMUSH, Muwaffaq; a.k.a. MUHAMMAD, Muwaffaq Mustafa; a.k.a. "Abu Salah"; a.k.a. "AL-'AFRI, Abu Salah"); DOB 01 Feb 1973; citizen Iraq; Gender Male; Passport A5476394 (Iraq) (individual) [SDGT].

AL-KASHIF, Muhammad Jamal 'Abd-Al Rahim (a.k.a. 'ABDU, Muhammad Jamal; a.k.a. ABDU, Muhammad Jamal Ahmad; a.k.a. ABDUH, Mohammad Jamal; a.k.a. AHMAD, Muhammad Gamal Abu; a.k.a. AHMAD, Muhammad Jamal Abu; a.k.a. AHMED, Muhammad Jamal Abdo; a.k.a. AL KASHEF, Muhammad Jamal; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-al Rahim Ahmad; a.k.a. AL-MASRI, Abu Ahmad; a.k.a. JAMAL, Muhammad); DOB 01 Jan 1964; alt. DOB 01 Feb 1964; POB Cairo, Egypt; nationality Egypt (individual) [SDGT].

AL-KASHIF, Muhammad Jamal 'Abd-al Rahim Ahmad (a.k.a. 'ABDU, Muhammad Jamal; a.k.a. ABDU, Muhammad Jamal Ahmad; a.k.a. ABDUH, Mohammad Jamal; a.k.a. AHMAD, Muhammad Gamal Abu; a.k.a. AHMAD, Muhammad Jamal Abu; a.k.a. AHMED, Mohammad Jamal Abdo; a.k.a. AL KASHEF, Muhammad Jamal; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-Al Rahim; a.k.a. AL-MASRI, Abu Ahmad; a.k.a. JAMAL, Muhammad); DOB 01 Jan 1964; alt. DOB 01 Feb 1964; POB Cairo, Egypt; nationality Egypt (individual) [SDGT].

AL-KASHMIRI, Elias (a.k.a. ILYAS, Naib Amir; a.k.a. KASHMIRI, Mohammad Ilyas; a.k.a. KASHMIRI, Muhammad Ilyas), Thathi Village, Samahni, Bhimber District, Pakistan; DOB 02 Jan 1964; alt. DOB 10 Feb 1964; POB Bhimber, Samahani Valley, Pakistan; Mufti or Maulana (individual) [SDGT].

AL-KATAN, Wassim Anouar (a.k.a. AL-KATTAN, Waseem; a.k.a. AL-KATTAN, Wasseem; a.k.a. AL-QATAN, Waseem; a.k.a. AL-QATTAN, Wassim Anwar (Arabic: وسيم انوار القطان); a.k.a. QATTAN, Waseem; a.k.a. QATTAN, Wasim), Damascus, Syria; DOB 04 Mar 1976; nationality Syria; Gender Male (individual) [SYRIA] [SYRIA-CAESAR].

AL-KATTAN, Waseem (a.k.a. AL-KATAN, Wassim Anouar; a.k.a. AL-KATTAN, Wasseem; a.k.a. AL-QATAN, Waseem; a.k.a. AL-QATTAN, Wassim Anwar (Arabic: وسيم انوار القطان); a.k.a. QATTAN, Waseem; a.k.a. QATTAN, Wasim), Damascus, Syria; DOB 04 Mar 1976; nationality Syria; Gender Male (individual) [SYRIA] [SYRIA-CAESAR].

AL-KATTAN, Wasseem (a.k.a. AL-KATAN, Wassim Anouar; a.k.a. AL-KATTAN, Waseem;

a.k.a. AL-QATAN, Waseem; a.k.a. AL-QATTAN, Wassim Anwar (Arabic: وسيم انوار القطان); a.k.a. QATTAN, Waseem; a.k.a. QATTAN, Wasim), Damascus, Syria; DOB 04 Mar 1976; nationality Syria; Gender Male (individual) [SYRIA] [SYRIA-CAESAR].

AL-KAWARI, 'Abd al-Latif Bin 'Abdallah Salih Muhammad (a.k.a. AL-KAWARI, 'Abd-al-Latif 'Abdallah; a.k.a. AL-KAWARI, 'Abd-al-Latif 'Abdallah Salih; a.k.a. AL-KAWWARI, 'Abd-al-Latif 'Abdallah; a.k.a. AL-KUWARI, 'Abd-al-Latif 'Abdallah Salih; a.k.a. "Abu Ali al-Kawari"), al-Laqtah, Qatar; DOB 28 Sep 1973; nationality Qatar; Passport 01020802 (Qatar); alt. Passport 00754833 (Qatar) issued 20 May 2007; alt. Passport 00490327 (Qatar) issued 28 Jul 2001; National ID No. 27363400684 (Qatar) (individual) [SDGT] (Linked To: AL QA'IDA).

AL-KAWARI, 'Abd-al-Latif 'Abdallah (a.k.a. AL-KAWARI, 'Abd al-Latif Bin 'Abdallah Salih Muhammad; a.k.a. AL-KAWARI, 'Abd-al-Latif 'Abdallah Salih; a.k.a. AL-KAWWARI, 'Abd-al-Latif 'Abdallah; a.k.a. AL-KUWARI, 'Abd-al-Latif 'Abdallah Salih; a.k.a. "Abu Ali al-Kawari"), al-Laqtah, Qatar; DOB 28 Sep 1973; nationality Qatar; Passport 01020802 (Qatar); alt. Passport 00754833 (Qatar) issued 20 May 2007; alt. Passport 00490327 (Qatar) issued 28 Jul 2001; National ID No. 27363400684 (Qatar) (individual) [SDGT] (Linked To: AL QA'IDA).

AL-KAWARI, 'Abd-al-Latif 'Abdallah Salih (a.k.a. AL-KAWARI, 'Abd al-Latif Bin 'Abdallah Salih Muhammad; a.k.a. AL-KAWARI, 'Abd-al-Latif 'Abdallah; a.k.a. AL-KAWWARI, 'Abd-al-Latif 'Abdallah; a.k.a. AL-KUWARI, 'Abd-al-Latif 'Abdallah Salih; a.k.a. "Abu Ali al-Kawari"), al-Laqtah, Qatar; DOB 28 Sep 1973; nationality Qatar; Passport 01020802 (Qatar); alt. Passport 00754833 (Qatar) issued 20 May 2007; alt. Passport 00490327 (Qatar) issued 28 Jul 2001; National ID No. 27363400684 (Qatar) (individual) [SDGT] (Linked To: AL QA'IDA).

AL-KAWTHAR FOUNDATION (a.k.a. BAHJAT AL KAWTHAR COMPANY FOR CONSTRUCTION AND TRADING LTD.; a.k.a. KOSAR COMPANY), Khabateh, Toosi St., Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-KAWTHAR HAWALA (a.k.a. AL-KAWTHAR MONEY EXCHANGE), Al-Qa'im, Al Anbar Province, Iraq [SDGT] (Linked To: AL-KUBAYSI, 'Umar).

AL-KAWTHAR MONEY EXCHANGE (a.k.a. AL-KAWTHAR HAWALA), Al-Qa'im, Al Anbar Province, Iraq [SDGT] (Linked To: AL-KUBAYSI, 'Umar).

AL-KAWTHARANI, Adnan (a.k.a. KAWTHARANI, Adnan Hussein; a.k.a. KAWTHARANI, Adnan Mahmud; a.k.a. KAWTHARANI, Adnan; a.k.a. KUTHERANI, Adnan), Al Zahrani, Lebanon; Najaf, Iraq; DOB 02 Sep 1954; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

AL-KAWTHARANI, Jafar (a.k.a. AL-KAWTHARANI, Muhammad; a.k.a. KAWTARANI, Muhammad; a.k.a. KAWTHARANI, Muhammad; a.k.a. KAWTHARANI, Muhammad), DOB 1945; alt. DOB 1959; alt. DOB 1961; POB Najaf, Iraq; nationality Lebanon; alt. nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

AL-KAWTHARANI, Muhammad (a.k.a. AL-KAWTHARANI, Jafar; a.k.a. KAWTARANI, Muhammad; a.k.a. KAWTHARANI, Mohammad; a.k.a. KAWTHARANI, Muhammad), DOB 1945; alt. DOB 1959; alt. DOB 1961; POB Najaf, Iraq; nationality Lebanon; alt. nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

AL-KAWWARI, 'Abd-al-Latif 'Abdallah (a.k.a. AL-KAWARI, 'Abd al-Latif Bin 'Abdallah Salih Muhammad; a.k.a. AL-KAWARI, 'Abd-al-Latif 'Abdallah; a.k.a. AL-KAWARI, 'Abd-al-Latif 'Abdallah Salih; a.k.a. AL-KUWARI, 'Abd-al-Latif 'Abdallah Salih; a.k.a. "Abu Ali al-Kawari"), al-Laqtah, Qatar; DOB 28 Sep 1973; nationality Qatar; Passport 01020802 (Qatar); alt. Passport 00754833 (Qatar) issued 20 May 2007; alt. Passport 00490327 (Qatar) issued 28 Jul 2001; National ID No. 27363400684 (Qatar) (individual) [SDGT] (Linked To: AL QA'IDA).

AL-KAYALI, Taher (a.k.a. CAIALI, Taer; a.k.a. KAYALI, Taher (Arabic: طاهر كيالي; a.k.a. KAYALI, Taher Abdel Karim), Syria; DOB 11 Jul 1960; POB Aleppo, Syria; nationality Syria; Gender Male; National ID No. 02010229257 (Syria) (individual) [SYRIA].

ALKES TREID LLC (a.k.a. ALKES TREID OOO (Cyrillic: ООО АЛЬКЕС ТРЕЙД)), Ul. Smirnovskaya d. 10, Str. 3. Pom VIII, Moscow,

109052, Russia (Cyrillic: Улица Смирновская, Дом 10, Строение 3, Помещение VIII, Москва 109052, Russia); Organization Established Date 08 Feb 2018; Tax ID No. 7722437025 (Russia); Registration Number 1187746135862 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

ALKES TREID OOO (Cyrillic: ООО АЛЬКЕС ТРЕЙД) (a.k.a. ALKES TREID LLC), Ul. Smirnovskaya d. 10, Str. 3. Pom VIII, Moscow, 109052, Russia (Cyrillic: Улица Смирновская, Дом 10, Строение 3, Помещение VIII, Москва 109052, Russia); Organization Established Date 08 Feb 2018; Tax ID No. 7722437025 (Russia); Registration Number 1187746135862 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

AL-KHAFAJI, Muhsin Khadr; nationality Iraq; Former Ba'th party regional command chairman, al-Qadisiyah (individual) [IRAQ2].

AL-KHAIR MARKET (a.k.a. AL KHAYR SUPERMARKET), Fuwwah, south of Mukalla, Hadramawt Governorate, Yemen [SDGT] (Linked To: AL-HAYASHI, Sayf Abdulrab Salem).

AL-KHAIWANI, Abdul Hakim (a.k.a. AL KHIYAWANI, Abdulhakim; a.k.a. AL KIYAWANI, Abdul Hakim; a.k.a. AL-KHAIWANI, Abdulhakem Hashim; a.k.a. "AL-KARAR, Abu"; a.k.a. "KARAR, Abu"), Yemen; DOB 1986; Gender Male (individual) [GLOMAG].

AL-KHAIWANI, Abdulhakem Hashim (a.k.a. AL KHIYAWANI, Abdulhakim; a.k.a. AL KIYAWANI, Abdul Hakim; a.k.a. AL-KHAIWANI, Abdul Hakim; a.k.a. "AL-KARAR, Abu"; a.k.a. "KARAR, Abu"), Yemen; DOB 1986; Gender Male (individual) [GLOMAG].

ALKHALD, Ahmad (a.k.a. ALQADHI, Mohammed Nawar Mohammed; a.k.a. NOURE, Yassine; Raqqa, Syria; DOB 01 Jan 1992; alt. DOB 18 Aug 1993; alt. DOB 21 Jul 1992; POB Aleppo, Syria; alt. POB Brussels, Belgium; alt. POB Baghdad, Iraq; nationality Syria; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT.

ALKHALEDI JEWELRY COMPANY (a.k.a. AL KHALDI COMPANY LLC; a.k.a. AL KHALDI GOLD AND EXCHANGE COMPANY; a.k.a. AL-KHALIDI COMPANY; a.k.a. AL-KHALIDI EXCHANGE; a.k.a. AL-KHALIDI JEWELRY SHOP; a.k.a. AL-KHALIDI MONEY EXCHANGE; a.k.a. AL-KHALIDI MONEY TRANSFER OFFICE; a.k.a. AL-KHALIDY

JEWELRY COMPANY; a.k.a. KHALIDI COMPANY; a.k.a. KHALIDI COMPANY FOR JEWELRY), Cankaya Mahallesi, Silifke Cd. Akdeniz, Mersin 33070, Turkey; 7 Ilkbahar Cd, Bursa, Turkey; Raqqah, Syria; Nishtaman building second floor, New Borsa, Irbil, Iraq; Kapali Carsi, Reisoglu Sk., No: 25-27 Beyazit-Fatih, Istanbul, Turkey; Atikali Mahallesi, Fevzi Pasa Cd. 98-100, Fatih, Istanbul 34087, Turkey; Sanliurfa Market Yildiz Field Maidan, Sanliurfa, Turkey; Yildiz field, Sanliurfa, Turkey; Kapali Carsi, Istanbul, Turkey; Aksaray, Istanbul, Turkey; Zeytoun Bourno, Istanbul, Turkey; Iquitli Mimat Akef Street, Istanbul, Turkey; Oak Square, Istanbul, Turkey; Asnioret, Istanbul, Turkey; Independence, Mersin, Turkey; Sarashieh, Anteb, Turkey; Al-Sharshieh, Bursa, Turkey; Al-Sharsheh, Adana, Turkey; Gaziantep, Turkey; Dayr Az Zawr, Syria; Al Mayadin, Syria; Ismet Inonu Buvari 86, Mersin 33050, Turkey; Halaskar Gazi Caddesi 224, Istanbul 34384, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KHALEEJ BANK (a.k.a. AL ROWAD BANK FOR DEVELOPMENT & INVESTMENT; a.k.a. AL ROWAD BANK FOR DEVELOPMENT AND INVESTMENT; a.k.a. ALKHALEEJ BANK CO LTD), Albaraka Tower, 6th Floor, 1 Al Qasr, Khartoum, Sudan; SWIFT/BIC KHJBSDKH; Website www.al-khaleejbank.com; Target Type Financial Institution [SUDAN-EO14098].

ALKHALEEJ BANK CO LTD (a.k.a. AL ROWAD BANK FOR DEVELOPMENT & INVESTMENT; a.k.a. AL ROWAD BANK FOR DEVELOPMENT AND INVESTMENT; a.k.a. AL-KHALEEJ BANK), Albaraka Tower, 6th Floor, 1 Al Qasr, Khartoum, Sudan; SWIFT/BIC KHJBSDKH; Website www.al-khaleejbank.com; Target Type Financial Institution [SUDAN-EO14098].

AL-KHALIDI COMPANY (a.k.a. AL KHALDI COMPANY LLC; a.k.a. AL KHALDI GOLD AND EXCHANGE COMPANY; a.k.a. ALKHALEDI JEWELRY COMPANY; a.k.a. AL-KHALIDI EXCHANGE; a.k.a. AL-KHALIDI JEWELRY SHOP; a.k.a. AL-KHALIDI MONEY EXCHANGE; a.k.a. AL-KHALIDI MONEY TRANSFER OFFICE; a.k.a. AL-KHALIDY JEWELRY COMPANY; a.k.a. KHALIDI COMPANY; a.k.a. KHALIDI COMPANY FOR JEWELRY), Cankaya Mahallesi, Silifke Cd. Akdeniz, Mersin 33070, Turkey; 7 Ilkbahar Cd, Bursa, Turkey; Raqqah, Syria; Nishtaman building second floor, New Borsa, Irbil, Iraq; Kapali Carsi, Reisoglu Sk., No: 25-27 Beyazit-Fatih, Istanbul, Turkey; Atikali Mahallesi, Fevzi

Pasa Cd. 98-100, Fatih, Istanbul 34087, Turkey; Sanliurfa Market Yildiz Field Maidan, Sanliurfa, Turkey; Yildiz field, Sanliurfa, Turkey; Kapali Carsi, Istanbul, Turkey; Aksaray, Istanbul, Turkey; Zeytoun Bourno, Istanbul, Turkey; Iquitli Mimat Akef Street, Istanbul, Turkey; Oak Square, Istanbul, Turkey; Asnioret, Istanbul, Turkey; Independence, Mersin, Turkey; Sarashieh, Anteb, Turkey; Al-Sharshieh, Bursa, Turkey; Al-Sharsheh, Adana, Turkey; Gaziantep, Turkey; Dayr Az Zawr, Syria; Al Mayadin, Syria; Ismet Inonu Buvari 86, Mersin 33050, Turkey; Halaskar Gazi Caddesi 224, Istanbul 34384, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KHALIDI EXCHANGE (a.k.a. AL KHALDI COMPANY LLC; a.k.a. AL KHALDI GOLD AND EXCHANGE COMPANY; a.k.a. ALKHALEDI JEWELRY COMPANY; a.k.a. AL-KHALIDI COMPANY; a.k.a. AL-KHALIDI JEWELRY SHOP; a.k.a. AL-KHALIDI MONEY EXCHANGE; a.k.a. AL-KHALIDI MONEY TRANSFER OFFICE; a.k.a. AL-KHALIDY JEWELRY COMPANY; a.k.a. KHALIDI COMPANY; a.k.a. KHALIDI COMPANY FOR JEWELRY), Cankaya Mahallesi, Silifke Cd. Akdeniz, Mersin 33070, Turkey; 7 Ilkbahar Cd, Bursa, Turkey; Raqqah, Syria; Nishtaman building second floor, New Borsa, Irbil, Iraq; Kapali Carsi, Reisoglu Sk., No: 25-27 Beyazit-Fatih, Istanbul, Turkey; Atikali Mahallesi, Fevzi Pasa Cd. 98-100, Fatih, Istanbul 34087, Turkey; Sanliurfa Market Yildiz Field Maidan, Sanliurfa, Turkey; Yildiz field, Sanliurfa, Turkey; Kapali Carsi, Istanbul, Turkey; Aksaray, Istanbul, Turkey; Zeytoun Bourno, Istanbul, Turkey; Iquitli Mimat Akef Street, Istanbul, Turkey; Oak Square, Istanbul, Turkey; Asnioret, Istanbul, Turkey; Independence, Mersin, Turkey; Sarashieh, Anteb, Turkey; Al-Sharshieh, Bursa, Turkey; Al-Sharsheh, Adana, Turkey; Gaziantep, Turkey; Dayr Az Zawr, Syria; Al Mayadin, Syria; Ismet Inonu Buvari 86, Mersin 33050, Turkey; Halaskar Gazi Caddesi 224, Istanbul 34384, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KHALIDI JEWELRY SHOP (a.k.a. AL KHALDI COMPANY LLC; a.k.a. AL KHALDI GOLD AND EXCHANGE COMPANY; a.k.a. ALKHALEDI JEWELRY COMPANY; a.k.a. AL-KHALIDI COMPANY; a.k.a. AL-KHALIDI EXCHANGE; a.k.a. AL-KHALIDI MONEY TRANSFER OFFICE; a.k.a. AL-KHALIDY JEWELRY COMPANY; a.k.a. KHALIDI COMPANY; a.k.a. KHALIDI

COMPANY FOR JEWELRY), Cankaya Mahallesi, Silifke Cd. Akdeniz, Mersin 33070, Turkey; 7 Ilkbahar Cd, Bursa, Turkey; Raqqah, Syria; Nishtaman building second floor, New Borsa, Irbil, Iraq; Kapali Carsi, Reisoglu Sk., No: 25-27 Beyazit-Fatih, Istanbul, Turkey; Atikali Mahallesi, Fevzi Pasa Cd. 98-100, Fatih, Istanbul 34087, Turkey; Sanliurfa Market Yildiz Field Maidan, Sanliurfa, Turkey; Yildiz field, Sanliurfa, Turkey; Kapali Carsi, Istanbul, Turkey; Aksaray, Istanbul, Turkey; Zeytoun Bourno, Istanbul, Turkey; Iquitli Mimat Akef Street, Istanbul, Turkey; Oak Square, Istanbul, Turkey; Asnioret, Istanbul, Turkey; Independence, Mersin, Turkey; Sarashieh, Anteb, Turkey; Al-Sharshieh, Bursa, Turkey; Al-Sharsheh, Adana, Turkey; Gaziantep, Turkey; Dayr Az Zawr, Syria; Al Mayadin, Syria; Ismet Inonu Buvari 86, Mersin 33050, Turkey; Halaskar Gazi Caddesi 224, Istanbul 34384, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KHALIDI MONEY EXCHANGE (a.k.a. AL KHALDI COMPANY LLC; a.k.a. AL KHALDI GOLD AND EXCHANGE COMPANY; a.k.a. ALKHALEDI JEWELRY COMPANY; a.k.a. AL-KHALIDI COMPANY; a.k.a. AL-KHALIDI EXCHANGE; a.k.a. AL-KHALIDI JEWELRY SHOP; a.k.a. AL-KHALIDI MONEY TRANSFER OFFICE; a.k.a. AL-KHALIDY JEWELRY COMPANY; a.k.a. KHALIDI COMPANY; a.k.a. KHALIDI COMPANY FOR JEWELRY), Cankaya Mahallesi, Silifke Cd. Akdeniz, Mersin 33070, Turkey; 7 Ilkbahar Cd, Bursa, Turkey; Raqqah, Syria; Nishtaman building second floor, New Borsa, Irbil, Iraq; Kapali Carsi, Reisoglu Sk., No: 25-27 Beyazit-Fatih, Istanbul, Turkey; Atikali Mahallesi, Fevzi Pasa Cd. 98-100, Fatih, Istanbul 34087, Turkey; Sanliurfa Market Yildiz Field Maidan, Sanliurfa, Turkey; Yildiz field, Sanliurfa, Turkey; Kapali Carsi, Istanbul, Turkey; Aksaray, Istanbul, Turkey; Zeytoun Bourno, Istanbul, Turkey; Iquitli Mimat Akef Street, Istanbul, Turkey; Oak Square, Istanbul, Turkey; Asnioret, Istanbul, Turkey; Independence, Mersin, Turkey; Sarashieh, Anteb, Turkey; Al-Sharshieh, Bursa, Turkey; Al-Sharsheh, Adana, Syria; Al Mayadin, Syria; Ismet Inonu Buvari 86, Mersin 33050, Turkey; Halaskar Gazi Caddesi 224, Istanbul 34384, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KHALIDI MONEY TRANSFER OFFICE (a.k.a. AL KHALDI COMPANY LLC; a.k.a. AL

KHALDI GOLD AND EXCHANGE COMPANY; a.k.a. ALKHALEDI JEWELRY COMPANY; a.k.a. AL-KHALIDI COMPANY; a.k.a. AL-KHALIDI EXCHANGE; a.k.a. AL-KHALIDI JEWELRY SHOP; a.k.a. AL-KHALIDI MONEY EXCHANGE; a.k.a. AL-KHALIDY JEWELRY COMPANY; a.k.a. KHALIDI COMPANY; a.k.a. KHALIDI COMPANY FOR JEWELRY), Cankaya Mahallesi, Silifke Cd. Akdeniz, Mersin 33070, Turkey; 7 Ilkbahar Cd, Bursa, Turkey; Raqqah, Syria; Nishtaman building second floor, New Borsa, Irbil, Iraq; Kapali Carsi, Reisoglu Sk., No: 25-27 Beyazit-Fatih, Istanbul, Turkey; Atikali Mahallesi, Fevzi Pasa Cd. 98-100, Fatih, Istanbul 34087, Turkey; Sanliurfa Market Yildiz Field Maidan, Sanliurfa, Turkey; Yildiz field, Sanliurfa, Turkey; Kapali Carsi, Istanbul, Turkey; Aksaray, Istanbul, Turkey; Zeytoun Bourno, Istanbul, Turkey; Iquitli Mimat Akef Street, Istanbul, Turkey; Oak Square, Istanbul, Turkey; Asnioret, Istanbul, Turkey; Independence, Mersin, Turkey; Sarashieh, Anteb, Turkey; Al-Sharshieh, Bursa, Turkey; Al-Sharsheh, Adana, Turkey; Gaziantep, Turkey; Dayr Az Zawr, Syria; Al Mayadin, Syria; Ismet Inonu Buvari 86, Mersin 33050, Turkey; Halaskar Gazi Caddesi 224, Istanbul 34384, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KHALIDI, Faisal Jassim Mohammed al-Amri (a.k.a. AL-KHALIDI, Faisal Jassim Mohammed al-Oamri; a.k.a. AL-KHALIDI, Faysal Jasim Muhammad al-'Amiri; a.k.a. AL-KHALIDI, Faysal Jasim Muhammad al-Umari; a.k.a. AL-KHALIDI, Hamzah), Iran; DOB 22 Jul 1984; POB Kuwait; nationality Saudi Arabia; Passport B542902 issued 23 Jul 1998; National ID No. 1074811678 (Saudi Arabia) (individual) [SDGT] (Linked To: AL QA'IDA).

AL-KHALIDI, Faisal Jassim Mohammed al-Oamri (a.k.a. AL-KHALIDI, Faisal Jassim Mohammed al-Amri; a.k.a. AL-KHALIDI, Faysal Jasim Muhammad al-'Amiri; a.k.a. AL-KHALIDI, Faysal Jasim Muhammad al-Umari; a.k.a. AL-KHALIDI, Hamzah), Iran; DOB 22 Jul 1984; POB Kuwait; nationality Saudi Arabia; Passport B542902 issued 23 Jul 1998; National ID No. 1074811678 (Saudi Arabia) (individual) [SDGT] (Linked To: AL QA'IDA).

AL-KHALIDI, Faysal Jasim Muhammad al-'Amiri (a.k.a. AL-KHALIDI, Faisal Jassim Mohammed al-Amri; a.k.a. AL-KHALIDI, Faisal Jassim Mohammed al-Oamri; a.k.a. AL-KHALIDI, Faysal Jasim Muhammad al-Umari; a.k.a. AL-KHALIDI, Hamzah), Iran; DOB 22 Jul 1984;

POB Kuwait; nationality Saudi Arabia; Passport B542902 issued 23 Jul 1998; National ID No. 1074811678 (Saudi Arabia) (individual) [SDGT] (Linked To: AL QA'IDA).

AL-KHALIDI, Faysal Jasim Muhammad al-Umari (a.k.a. AL-KHALIDI, Faisal Jassim Mohammed al-Amri; a.k.a. AL-KHALIDI, Faisal Jassim Mohammed al-Oamri; a.k.a. AL-KHALIDI, Faysal Jasim Muhammad al-'Amiri; a.k.a. AL-KHALIDI, Hamzah), Iran; DOB 22 Jul 1984; POB Kuwait; nationality Saudi Arabia; Passport B542902 issued 23 Jul 1998; National ID No. 1074811678 (Saudi Arabia) (individual) [SDGT] (Linked To: AL QA'IDA).

AL-KHALIDI, Hamzah (a.k.a. AL-KHALIDI, Faisal Jassim Mohammed al-Amri; a.k.a. AL-KHALIDI, Faisal Jassim Mohammed al-Oamri; a.k.a. AL-KHALIDI, Faysal Jasim Muhammad al-'Amiri; a.k.a. AL-KHALIDI, Faysal Jasim Muhammad al-Umari); Iran; DOB 22 Jul 1984; POB Kuwait; nationality Saudi Arabia; Passport B542902 issued 23 Jul 1998; National ID No. 1074811678 (Saudi Arabia) (individual) [SDGT] (Linked To: AL QA'IDA).

AL-KHALIDY JEWELRY COMPANY (a.k.a. AL KHALDI COMPANY LLC; a.k.a. AL KHALDI GOLD AND EXCHANGE COMPANY; a.k.a. ALKHALEDI JEWELRY COMPANY; a.k.a. AL-KHALIDI COMPANY; a.k.a. AL-KHALIDI EXCHANGE; a.k.a. AL-KHALIDI JEWELRY SHOP; a.k.a. AL-KHALIDI MONEY EXCHANGE; a.k.a. AL-KHALIDI MONEY TRANSFER OFFICE; a.k.a. KHALIDI COMPANY; a.k.a. KHALIDI COMPANY FOR JEWELRY), Cankaya Mahallesi, Silifke Cd. Akdeniz, Mersin 33070, Turkey; 7 Ilkbahar Cd, Bursa, Turkey; Raqqah, Syria; Nishtaman building second floor, New Borsa, Irbil, Iraq; Kapali Carsi, Reisoglu Sk., No: 25-27 Beyazit-Fatih, Istanbul, Turkey; Atikali Mahallesi, Fevzi Pasa Cd. 98-100, Fatih, Istanbul 34087, Turkey; Sanliurfa Market Yildiz Field Maidan, Sanliurfa, Turkey; Yildiz field, Sanliurfa, Turkey; Kapali Carsi, Istanbul, Turkey; Aksaray, Istanbul, Turkey; Zeytoun Bourno, Istanbul, Turkey; Iquitli Mimat Akef Street, Istanbul, Turkey; Oak Square, Istanbul, Turkey; Asnioret, Istanbul, Turkey; Independence, Mersin, Turkey; Sarashieh, Anteb, Turkey; Al-Sharshieh, Bursa, Turkey; Al-Sharsheh, Adana, Turkey; Gaziantep, Turkey; Dayr Az Zawr, Syria; Al Mayadin, Syria; Ismet Inonu Buvari 86, Mersin 33050, Turkey; Halaskar Gazi Caddesi 224, Istanbul 34384, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KHALIL, Husayn (a.k.a. KHALIL, Hossein; a.k.a. KHALIL, Husain; a.k.a. KHALIL, Hussein), Lebanon; DOB 1955; POB Burj Al Barajinah, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Political Adviser to the Secretary General of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

ALKHAMAEL CO. MARITIME SERVICES (a.k.a. AL KHAMAEL MARITIME SERVICES (Arabic: شركة الخمائل الخدامات البحرية و النقل); a.k.a. AL KHAMAIL MARINE SERVICE; a.k.a. ALKHAMAEL TERMINAL AND PORT OPERATION MANAGEMENT; a.k.a. SHARIKAH AL-KHAMA'IL LILKHADAMAT AL-BAHRIYYAH WALNQL), Umm Qasr, Iraq; Basrah, Iraq; Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ALKHAMAEL TERMINAL AND PORT OPERATION MANAGEMENT (a.k.a. AL KHAMAEL MARITIME SERVICES (Arabic: شركة الخمائل الخدامات البحرية و النقل); a.k.a. AL KHAMAIL MARINE SERVICE; a.k.a. ALKHAMAEL CO. MARITIME SERVICES; a.k.a. SHARIKAH AL-KHAMA'IL LILKHADAMAT AL-BAHRIYYAH WALNQL), Umm Qasr, Iraq; Basrah, Iraq; Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-KHANJAR, Khamis (a.k.a. ALESSAWI, Khamis F Ali; a.k.a. ALI, Khamees Farhan Ali; a.k.a. ALI, Khames Farhan Ali; a.k.a. AL-ISSAWI, Khamis Farhan Al-Khanjar), Jordan; Iraq; DOB 1965; alt. DOB 08 Sep 1968; alt. DOB 08 Sep 1965; POB Fallujah, Iraq; nationality Iraq; Gender Male; Passport D1022354 (Iraq) expires 21 May 2023 (individual) [GLOMAG].

AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz (a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.;

a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

AL-KHASHIBAN, Fahad (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

AL-KHASHIBAN, Fahad H.A. (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16

Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

AL-KHATAB, Abd Al Rahman (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. ISMAIL, Mohammed; a.k.a. MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya (individual) [SDGT].

AL-KHATAB, Abu Baker (a.k.a. AL-ADNANI, Abu Mohamed; a.k.a. AL-ADNANI, Abu Mohammed; a.k.a. AL-ADNANI, Abu Mohammed; a.k.a. AL-BANSHI, Taha; a.k.a. AL-RAWI, Abu Sadek; a.k.a. AL-RAWI, Yasser Khalaf Hussein Nazal; a.k.a. AL-SHAMI, Abu-Muhammad al-Adnani; a.k.a. FALAH, Jaber Taha; a.k.a. FALAHA, Taha Sobhi), Syria; Iraq; DOB 1977; POB Banash, Syria; nationality Syria (individual) [SDGT].

AL-KHATIB, Ahmad (a.k.a. AL KHATIB, Ahmad; a.k.a. EL KHATIB, Ahmad; a.k.a. HISHMAH, Ahmad), Sao Paulo, Brazil; DOB 03 Jul 1969; alt. DOB 03 Jul 1967; POB Majdal Anjar, Lebanon; nationality Egypt; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0554365 (Lebanon) issued 20 Mar 2011 expires 29 Mar 2016; Tax ID No. 234.904.268-51 (Brazil) (individual) [SDGT].

AL-KHATIB, Ridwan, Syria; DOB 03 Sep 1975; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-KHATUNI, Abd Al Hamid Salim Ibrahim Brukan (a.k.a. ALISMAEEL, Abdulhameed Salim Ibrahim; a.k.a. AL-KHATUNI, 'Abd-al-Hamid Salim Ibrahim Isma'il; a.k.a. "AL-KHATUNI, Brukan"), Mersin, Turkey; DOB 01 Sep 1970; alt. DOB 12 Jan 1970; POB Ba'aj, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KHATUNI, 'Abd-al-Hamid Salim Ibrahim Isma'il (a.k.a. ALISMAEEL, Abdulhameed Salim Ibrahim; a.k.a. AL-KHATUNI, Abd Al Hamid Salim Ibrahim Ismail Brukan; a.k.a. "AL-KHATUNI, Brukan"), Mersin, Turkey; DOB 01 Sep 1970; alt. DOB 12 Jan 1970; POB Ba'aj, Iraq; nationality Iraq; Gender Male; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KHATUNI, Muhammad Abdul Hamid Salim Brukan (a.k.a. AL-ISMAEEL, Mohammed Abdulhameed Salim), Mersin, Turkey; DOB 06 Jan 2002; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KHATUNI, Umar Abdul Hamid Salim Brukan (a.k.a. ALESMAIL, Omar Abdulhameed), Mersin, Turkey; DOB 15 May 1995; POB Mosul, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KHAWAR, Abdullah Ghalib Mahfuz Muslim (a.k.a. AL-KHOWAR, Abdullah; a.k.a. KHAWAR, Abdallah Ghanim Mahfuz Muslim; a.k.a. KHAWAR, Abdullah Ghanem Mahfouz Muslim; a.k.a. KHOWAR, Abdullah); DOB 17 Aug 1981; nationality Qatar; Passport 28163402296 (individual) [SDGT].

AL-KHAYARI, Bilal Mansur Mahmud (a.k.a. AL-HIYARI, Bilal Mansur), Suwaylah, Jordan; DOB circa 1969; POB al-Salt, Jordan; nationality Jordan (individual) [SDGT].

AL-KHAYAT, Samir Ahmed (a.k.a. ABU HAMZAH; a.k.a. KHATTAB, Anas Hasan; a.k.a. "HANI"); DOB 07 Apr 1986; POB Damascus, Syria; National ID No. 00351762055 (individual) [SDGT].

AL-KHAZALI, Laith (a.k.a. ALAZIREG, Layth Hadi Sayyid; a.k.a. AL-KHAZ'ALI, Layth Hadi Sa'id; a.k.a. AL-KHAZ'ALI, Layth; a.k.a. AL-KHAZALI, Layth Hadi Sa'id), Iraq; DOB 14 Oct 1975; nationality Iraq; Gender Male; Passport A10537439 (Iraq) expires 16 Oct 2023 (individual) [SDGT] [GLOMAG].

AL-KHAZ'ALI, Layth Hadi Sa'id (a.k.a. ALAZIREG, Layth Hadi Sayyid; a.k.a. AL-KHAZALI, Laith; a.k.a. AL-KHAZ'ALI, Layth; a.k.a. AL-KHAZALI, Layth Hadi Sa'id), Iraq; DOB 14 Oct 1975; nationality Iraq; Gender Male; Passport A10537439 (Iraq) expires 16 Oct 2023 (individual) [SDGT] [GLOMAG].

AL-KHAZ'ALI, Layth (a.k.a. ALAZIREG, Layth Hadi Sayyid; a.k.a. AL-KHAZALI, Laith; a.k.a. AL-KHAZ'ALI, Layth Hadi Sa'id; a.k.a. AL-KHAZALI, Layth Hadi Sa'id), Iraq; DOB 14 Oct

1975; nationality Iraq; Gender Male; Passport A10537439 (Iraq) expires 16 Oct 2023 (individual) [SDGT] [GLOMAG].

AL-KHAZALI, Layth Hadi Sa'id (a.k.a. ALAZIREG, Layth Hadi Sayyid; a.k.a. AL-KHAZALI, Laith; a.k.a. AL-KHAZ'ALI, Layth Hadi Sa'id; a.k.a. AL-KHAZ'ALI, Layth), Iraq; DOB 14 Oct 1975; nationality Iraq; Gender Male; Passport A10537439 (Iraq) expires 16 Oct 2023 (individual) [SDGT] [GLOMAG].

AL-KHAZALI, Qais (a.k.a. ALAZEREJ, Qays Hadi Sayyid; a.k.a. AL-KHAZALI, Qais Hadi Sayed Hasan; a.k.a. AL-KHAZALI, Qays; a.k.a. AL-KHAZ'ALI, Qays; a.k.a. AL-KHAZALI, Qays Hadi Sa'id), Iraq; DOB 20 Jun 1974; alt. DOB 1974; alt. DOB 24 Apr 1974; POB Baghdad, Iraq; nationality Iraq; Gender Male (individual) [SDGT] [GLOMAG].

AL-KHAZALI, Qais Hadi Sayed Hasan (a.k.a. ALAZEREJ, Qays Hadi Sayyid; a.k.a. AL-KHAZALI, Qais; a.k.a. AL-KHAZALI, Qays; a.k.a. AL-KHAZ'ALI, Qays; a.k.a. AL-KHAZALI, Qays Hadi Sa'id), Iraq; DOB 20 Jun 1974; alt. DOB 1974; alt. DOB 24 Apr 1974; POB Baghdad, Iraq; nationality Iraq; Gender Male (individual) [SDGT] [GLOMAG].

AL-KHAZALI, Qays (a.k.a. ALAZEREJ, Qays Hadi Sayyid; a.k.a. AL-KHAZALI, Qais; a.k.a. AL-KHAZALI, Qais Hadi Sayed Hasan; a.k.a. AL-KHAZ'ALI, Qays; a.k.a. AL-KHAZALI, Qays Hadi Sa'id), Iraq; DOB 20 Jun 1974; alt. DOB 1974; alt. DOB 24 Apr 1974; POB Baghdad, Iraq; nationality Iraq; Gender Male (individual) [SDGT] [GLOMAG].

AL-KHAZ'ALI, Qays (a.k.a. ALAZEREJ, Qays Hadi Sayyid; a.k.a. AL-KHAZALI, Qais; a.k.a. AL-KHAZALI, Qais Hadi Sayed Hasan; a.k.a. AL-KHAZALI, Qays; a.k.a. AL-KHAZALI, Qays Hadi Sa'id), Iraq; DOB 20 Jun 1974; alt. DOB 1974; alt. DOB 24 Apr 1974; POB Baghdad, Iraq; nationality Iraq; Gender Male (individual) [SDGT] [GLOMAG].

AL-KHAZALI, Qays Hadi Sa'id (a.k.a. ALAZEREJ, Qays Hadi Sayyid; a.k.a. AL-KHAZALI, Qais; a.k.a. AL-KHAZALI, Qais Hadi Sayed Hasan; a.k.a. AL-KHAZALI, Qays; a.k.a. AL-KHAZ'ALI, Qays), Iraq; DOB 20 Jun 1974; alt. DOB 1974; alt. DOB 24 Apr 1974; POB Baghdad, Iraq; nationality Iraq; Gender Male (individual) [SDGT] [GLOMAG].

AL-KHEIR, Najm (a.k.a. AL QARAWI, Abu Yahya; a.k.a. AL QARAWI, Saleh; a.k.a. AL QARAWI, Saleh Abudullah Saleh; a.k.a. AL SAGHIR, Akhuk; a.k.a. AL-QARAWI, Saleh bin Abdullah; a.k.a. "FAWAKEH"; a.k.a.

"MOOTASEM"); DOB 15 Nov 1982; POB Brydah, Saudi Arabia; nationality Saudi Arabia; Passport E646989 (individual) [SDGT].

AL-KHOBARA FOR ACCOUNTING, AUDITING, AND STUDIES (Arabic: الخبراء المحاسبة والتدقيق والدراسات) (a.k.a. AL KHOBARA CO. ACCOUNTING-AUDITING STUDIES), Hadi Nasrallah Highway, Al-Qard Al-Hasan Building, First Floor, Baabda, Mount Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 81396 (Lebanon) [SDGT] (Linked To: MANSOUR, Adel Mohamad).

AL-KHODAIR, Ahmad Hussein (a.k.a. SAMARRAI, Ahmad Husayn Khudayir); DOB 1941; Former Minister of Finance, Iraq (individual) [IRAQ2].

AL-KHOSHIBAN, Fahad Mohammad A. (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

AL-KHOSHIBAN, Fahad Muhammad A. (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

AL-KHOSIBAN, Fahad H.A. (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

AL-KHOSBIAN, Fahad H.A. (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

AL-KHOWAR, Abdullah (a.k.a. AL-KHAWAR, Abdullah Ghalib Mahfuz Muslim; a.k.a. KHAWAR, Abdallah Ghanim Mahfuz Muslim; a.k.a. KHAWAR, Abdullah Ghanem Mahfouz Muslim; a.k.a. KHOWAR, Abdullah); DOB 17 Aug 1981; nationality Qatar; Passport 28163402296 (individual) [SDGT].

AL-KHOZMRI, Ahmed Abdullah Saleh al-Zahrani (a.k.a. AL-AZADI, Abu Maryam; a.k.a. AL-SAUDI, Abu Maryam; a.k.a. AL-ZAHRANI, Abu Maryam; a.k.a. AL-ZAHRANI, Ahmad Abdullah Salih; a.k.a. AL-ZAHRANI, Ahmed Abdullah S; a.k.a. AL-ZAHRANI, Ahmed Abdullah Saleh al-Khazmari; a.k.a. BIN AL-ZAHRANI, Ahmed bin Abdullah Saleh), Iran; Pakistan; DOB 15 Sep 1978; POB Dammam, Saudi Arabia; Passport E126785 (Saudi Arabia) issued 27 May 2002 expires 03 Apr 2007; Interpol: Red Notice. File No. 2009/3599. March 24, 2009. Orange Notice. File No. 2009/52/OS/CCC. February 10, 2009. (individual) [SDGT].

AL-KHUDAYR, Muhammad 'Arif al-Hasan, Syria; DOB 05 Sep 1985; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-KHURI, Attiyah (a.k.a. AL-KHURY, Atiyah; a.k.a. KHOURI, Atiya; a.k.a. KHOURY, Attiyah; a.k.a. KHURI, Atiyah; a.k.a. KHURI, Attiyah; a.k.a. KHURY, Attiyah); DOB 25 Jul 1971; POB Homs, Syria; citizen Syria (individual) [SYRIA] (Linked To: MAKHLUF, Rami; Linked To: SYRIATEL; Linked To: MAYALEH, Adib).

AL-KHURY, Atiyah (a.k.a. AL-KHURI, Attiyah; a.k.a. KHOURI, Atiya; a.k.a. KHOURY, Attiyah; a.k.a. KHURI, Atiyah; a.k.a. KHURI, Attiyah; a.k.a. KHURY, Attiyah); DOB 25 Jul 1971; POB Homs, Syria; citizen Syria (individual) [SYRIA]

(Linked To: MAKHLUF, Rami; Linked To: SYRIATEL; Linked To: MAYALEH, Adib).

AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahah H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

AL-KHUWAYLID, Ibrahim, Syria; DOB 25 Apr 1966; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-KILDANI, Rayan (a.k.a. AL-KALDANI, Rayyan; a.k.a. DODI, Rian Salim Sadeq; a.k.a. KALDANI, Rayan), Palestine Street, DIST 505 ST 60 H 19, Baghdad, Iraq; DOB 03 Sep 1989; POB Baghdad, Iraq; nationality Iraq; Gender Male; National ID No. 00365298 (Iraq) (individual) [GLOMAG].

AL-KIMAWI (a.k.a. AL-MAJID, General Ali Hasan; a.k.a. AL-MAJID, General Ali Hassan; a.k.a. AL-TIKRITI, Ali Hassan al-Majid); DOB 1943; alt. DOB 1941; POB al-Awja, near Tikrit, Iraq; nationality Iraq; presidential advisor and senior member of Revolutionary Command Council (individual) [IRAQ2].

AL-KINAYA, Lina Muhammed Nazir (a.k.a. AL-CANAIYA, Leena Muhammad Nathir; a.k.a. AL-KINAYEH, Leena; a.k.a. AL-KINAYEH, Lina (Arabic: لينا الكناية); a.k.a. AL-KINAYEH, Lina Mohammad Natheer; a.k.a. AL-KINAYEH, Lina Mohammed Nazir (Arabic: لينا محمد نذير الكناية); a.k.a. KINAYEH, Lina (Arabic: لينا كناية); a.k.a. KNAYA, Lina; a.k.a. KNIYA, Lina), Al-Zahiriya, Northern Tripoli, Lebanon; DOB 20 Jan 1980; nationality Lebanon; alt. nationality Syria; Gender Female; National ID No. 000036055655 (Lebanon) (individual) [SYRIA].

AL-KINAYEH, Leena (a.k.a. AL-CANAIYA, Leena Muhammad Nathir; a.k.a. AL-KINAYA, Lina Muhammed Nazir; a.k.a. AL-KINAYEH, Lina (Arabic: لينا الكناية); a.k.a. AL-KINAYEH, Lina Mohammad Natheer; a.k.a. AL-KINAYEH, Lina

Mohammed Nazir (Arabic: لينا محمد نذير الكناية); a.k.a. KINAYEH, Lina (Arabic: لينا كناية); a.k.a. KNAYA, Lina; a.k.a. KNIYA, Lina), Al-Zahiriya, Northern Tripoli, Lebanon; DOB 20 Jan 1980; nationality Lebanon; alt. nationality Syria; Gender Female; National ID No. 000036055655 (Lebanon) (individual) [SYRIA].

AL-KINAYEH, Lina (Arabic: لينا الكناية) (a.k.a. AL-CANAIYA, Leena Muhammad Nathir; a.k.a. AL-KINAYA, Lina Muhammed Nazir; a.k.a. AL-KINAYEH, Leena; a.k.a. AL-KINAYEH, Lina Mohammad Natheer; a.k.a. AL-KINAYEH, Lina Mohammed Nazir (Arabic: لينا محمد نذير الكناية); a.k.a. KINAYEH, Lina (Arabic: لينا كناية); a.k.a. KNAYA, Lina; a.k.a. KNIYA, Lina), Al-Zahiriya, Northern Tripoli, Lebanon; DOB 20 Jan 1980; nationality Lebanon; alt. nationality Syria; Gender Female; National ID No. 000036055655 (Lebanon) (individual) [SYRIA].

AL-KINAYEH, Lina Mohammad Natheer (a.k.a. AL-CANAIYA, Leena Muhammad Nathir; a.k.a. AL-KINAYA, Lina Muhammed Nazir; a.k.a. AL-KINAYEH, Leena; a.k.a. AL-KINAYEH, Lina (Arabic: لينا الكناية); a.k.a. AL-KINAYEH, Lina Mohammed Nazir (Arabic: لينا محمد نذير الكناية); a.k.a. KINAYEH, Lina (Arabic: لينا كناية); a.k.a. KNAYA, Lina; a.k.a. KNIYA, Lina), Al-Zahiriya, Northern Tripoli, Lebanon; DOB 20 Jan 1980; nationality Lebanon; alt. nationality Syria; Gender Female; National ID No. 000036055655 (Lebanon) (individual) [SYRIA].

AL-KINAYEH, Lina Mohammed Nazir (Arabic: لينا محمد نذير الكناية) (a.k.a. AL-CANAIYA, Leena Muhammad Nathir; a.k.a. AL-KINAYA, Lina Muhammed Nazir; a.k.a. AL-KINAYEH, Leena; a.k.a. AL-KINAYEH, Lina (Arabic: لينا الكناية); a.k.a. AL-KINAYEH, Lina Mohammad Natheer; a.k.a. KINAYEH, Lina (Arabic: لينا كناية); a.k.a. KNAYA, Lina; a.k.a. KNIYA, Lina), Al-Zahiriya, Northern Tripoli, Lebanon; DOB 20 Jan 1980; nationality Lebanon; alt. nationality Syria; Gender Female; National ID No. 000036055655 (Lebanon) (individual) [SYRIA].

AL-KIRD, Ahmad (a.k.a. AL KURD, Ahmed; a.k.a. AL-KARD, Ahmad; a.k.a. ALKURD, Ahmad; a.k.a. AL-KURD, Ahmad Harb; a.k.a. AL-KURD, Ahmed Hard; a.k.a. EL-KURD, Ahmed), Deir Al-Balah, Gaza, Palestinian; DOB circa 1949; alt. DOB circa 1951; POB Deir Al-Balah, Gaza (individual) [SDGT].

AL-KOWARI, Salim (a.k.a. AL KAWARI, Salim Hasan Khalifa; a.k.a. AL KUWARI, Salim Hassan Khalifa Rashid; a.k.a. AL-KUWARI, Salem; a.k.a. AL-KUWARI, Salim Hasan

Khalifah Rashid; DOB 1977; alt. DOB 1978; nationality Qatar (individual) [SDGT].

ALKTRANJI, Mohammed (a.k.a. KATRANGI, Mohamad; a.k.a. KATRANJI, Mohammed); DOB 1928 (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

AL-KUBAISI, Muneer (a.k.a. AL-KUBAYSI, Munir; a.k.a. AL-QUBAYSI, Munir; a.k.a. AWAD, Munir A.; a.k.a. AWAD, Munir Mamduh), Syria; DOB 1966; POB Heet, Iraq; nationality Iraq (individual) [IRAQ2].

AL-KUBAYSI ARHAYM, Umar Mahmud (a.k.a. AL-KUBAYSI, 'Umar; a.k.a. AL-KUBAYSI, Umar Mahmud Rahim; a.k.a. AL-QUBAYSI, Umar Mahmud Rahim; a.k.a. ARHAYM, 'Umar Mahmud; a.k.a. RAHIM, 'Umar Mahmud), al-Qaim, al-Anbar Province, Iraq; DOB 01 Jan 1967; nationality Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KUBAYSI, Munir (a.k.a. AL-KUBAISI, Muneer; a.k.a. AL-QUBAYSI, Munir; a.k.a. AWAD, Munir A.; a.k.a. AWAD, Munir Mamduh), Syria; DOB 1966; POB Heet, Iraq; nationality Iraq (individual) [IRAQ2].

AL-KUBAYSI, Ugla Abid Saqar (a.k.a. SAQR AL-KABISI ABD AQALA); DOB 1944; POB Kubaisi, al-Anbar Governorate, Iraq; nationality Iraq; Former Ba'th party regional command chairman, Maysan (individual) [IRAQ2].

AL-KUBAYSI, 'Umar (a.k.a. AL-KUBAYSI ARHAYM, Umar Mahmud; a.k.a. AL-KUBAYSI, Umar Mahmud Rahim; a.k.a. AL-QUBAYSI, Umar Mahmud Rahim; a.k.a. ARHAYM, 'Umar Mahmud; a.k.a. RAHIM, 'Umar Mahmud); al-Qaim, al-Anbar Province, Iraq; DOB 01 Jan 1967; nationality Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-KUBAYSI, Umar Mahmud Rahim (a.k.a. AL-KUBAYSI ARHAYM, Umar Mahmud; a.k.a. AL-KUBAYSI, 'Umar; a.k.a. AL-QUBAYSI, Umar Mahmud Rahim; a.k.a. ARHAYM, 'Umar Mahmud; a.k.a. RAHIM, 'Umar Mahmud), al-Qaim, al-Anbar Province, Iraq; DOB 01 Jan 1967; nationality Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALKURD, Ahmad (a.k.a. AL KURD, Ahmed; a.k.a. AL-KARD, Ahmad; a.k.a. AL-KIRD, Ahmad; a.k.a. AL-KURD, Ahmad Harb; a.k.a. AL-KURD, Ahmed Hard; a.k.a. EL-KURD, Ahmed), Deir Al-Balah, Gaza, Palestinian; DOB circa 1949; alt. DOB circa 1951; POB Deir Al-Balah, Gaza (individual) [SDGT].

AL-KURD, Ahmad Harb (a.k.a. AL KURD, Ahmed; a.k.a. AL-KARD, Ahmad; a.k.a. AL-KIRD, Ahmad; a.k.a. ALKURD, Ahmad; a.k.a. AL-KURD, Ahmed Hard; a.k.a. EL-KURD, Ahmed), Deir Al-Balah, Gaza, Palestinian; DOB circa 1949; alt. DOB circa 1951; POB Deir Al-Balah, Gaza (individual) [SDGT].

AL-KURD, Ahmed Hard (a.k.a. AL KURD, Ahmed; a.k.a. AL-KARD, Ahmad; a.k.a. AL-KIRD, Ahmad; a.k.a. ALKURD, Ahmad; a.k.a. AL-KURD, Ahmad Harb; a.k.a. EL-KURD, Ahmed), Deir Al-Balah, Gaza, Palestinian; DOB circa 1949; alt. DOB circa 1951; POB Deir Al-Balah, Gaza (individual) [SDGT].

AL-KUWARI, 'Abd-al-Latif 'Abdallah Salih (a.k.a. AL-KAWARI, 'Abd al-Latif Bin 'Abdallah Salih Muhammad; a.k.a. AL-KAWARI, 'Abd-al-Latif 'Abdallah; a.k.a. AL-KAWARI, 'Abd-al-Latif 'Abdallah Salih; a.k.a. AL-KAWWARI, 'Abd-al-Latif 'Abdallah; a.k.a. "Abu Ali al-Kawari"), al-Laqtah, Qatar; DOB 28 Sep 1973; nationality Qatar; Passport 01020802 (Qatar); alt. Passport 00754833 (Qatar) issued 20 May 2007; alt. Passport 00490327 (Qatar) issued 28 Jul 2001; National ID No. 27363400684 (Qatar) (individual) [SDGT] (Linked To: AL QA'IDA).

AL-KUWARI, Salem (a.k.a. AL KAWARI, Salim Hasan Khalifa; a.k.a. AL KUWARI, Salim Hassan Khalifa Rashid; a.k.a. AL-KOWARI, Salim; a.k.a. AL-KUWARI, Salim Hasan Khalifah Rashid); DOB 1977; alt. DOB 1978; nationality Qatar (individual) [SDGT].

AL-KUWARI, Salim Hasan Khalifah Rashid (a.k.a. AL KAWARI, Salim Hasan Khalifa; a.k.a. AL KUWARI, Salim Hassan Khalifa Rashid; a.k.a. AL-KOWARI, Salim; a.k.a. AL-KUWARI, Salem); DOB 1977; alt. DOB 1978; nationality Qatar (individual) [SDGT].

ALL ENERGY INVESTMENTS LTD, Juba, South Sudan [SOUTH SUDAN].

ALL RUSSIA PETROLEUM RESEARCH EXPLORATION INSTITUTE JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO VSEROSSISKI NEFTYANOI NAUCHNO ISSLEDOVATELSKI GEOLOGORAZVEDOCHNY INSTITUT; a.k.a. VNIGRI JSC; a.k.a. VNIGRI PAO), d. 20 k. 2 litera A pom. 208, ul. Fayansovaya, St. Petersburg 192019, Russia; Organization Established Date 01 Aug 2016; Target Type State-Owned Enterprise; Tax ID No. 7816334628 (Russia); Government Gazette Number 01423435 (Russia); Registration Number 1167847310916 (Russia) [RUSSIA-EO14024].

ALL RUSSIAN CHILDREN AND YOUTH MILITARY PATRIOTIC PUBLIC MOVEMENT YOUTH ARMY (Cyrillic: ВСЕРОССИЙСКОЕ ВОЕННО ПАТРИОТИЧЕСКОЕ ОБЩЕСТВЕННОЕ ДВИЖЕНИЕ ЮНАРМИЯ) (a.k.a. ALL-RUSSIA YOUNG ARMY MILITARY PATRIOTIC SOCIAL MOVEMENT; a.k.a. VSEROSSISKOE DETSKO-YUNOSHESKOE VOENNOPATRIOTICHESKOE OBSHCHESTVENNOE DVIZHENIE YUNARMIYA; a.k.a. "YUNARMIA"; a.k.a. "YUNARMIYA"), 1st Krasnokursantskiy Passage, 1/4, Building 1, Moscow 111033, Russia; Znamenka Street, Building 19, Moscow 119160, Russia; Organization Established Date 28 Jul 2016; Tax ID No. 7704366170 (Russia); Registration Number 1167700061540 (Russia) [RUSSIA-EO14024].

ALL RUSSIAN RESEARCH INSTITUTE OF GEOPHYSICAL EXPLORATION METHODS JSC (a.k.a. ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF GEOPHYSICAL PROSPECTING JOINT STOCK COMPANY; a.k.a. AO ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF GEOPHYSICAL PROSPECTING (Cyrillic: АО ВСЕРОССИЙСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ГЕОФИЗИЧЕСКИХ МЕТОДОВ РАЗВЕДКИ); a.k.a. VNIIGEOFIZIKA JSC), Nizhnyaya Krasnoselskaya Street 4, Moscow 107140, Russia; Organization Established Date 06 Dec 2013; Target Type State-Owned Enterprise; Tax ID No. 7708802773 (Russia); Government Gazette Number 01424392 (Russia); Registration Number 5137746162945 (Russia) [RUSSIA-EO14024].

ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF GEOPHYSICAL PROSPECTING JOINT STOCK COMPANY (a.k.a. ALL RUSSIAN RESEARCH INSTITUTE OF GEOPHYSICAL EXPLORATION METHODS JSC; a.k.a. AO ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF GEOPHYSICAL PROSPECTING (Cyrillic: АО ВСЕРОССИЙСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ГЕОФИЗИЧЕСКИХ МЕТОДОВ РАЗВЕДКИ); a.k.a. VNIIGEOFIZIKA JSC), Nizhnyaya Krasnoselskaya Street 4, Moscow 107140, Russia; Organization Established Date 06 Dec 2013; Target Type State-Owned Enterprise; Tax ID No. 7708802773 (Russia); Government Gazette Number 01424392 (Russia);

Registration Number 5137746162945 (Russia) [RUSSIA-EO14024].

ALLAHDAD, Hushang (a.k.a. ALLAHDADI, Hushang; a.k.a. GOLZARI, Sa'id); Additional Sanctions Information - Subject to Secondary Sanctions; Passport A0022791; alt. Passport 08550695 (individual) [SDGT] [IRGC] [IFSR].

ALLAHDADI, Hushang (a.k.a. ALLAHDAD, Hushang; a.k.a. GOLZARI, Sa'id); Additional Sanctions Information - Subject to Secondary Sanctions; Passport A0022791; alt. Passport 08550695 (individual) [SDGT] [IRGC] [IFSR].

ALLAHKARAM, Hossein (Arabic: حسین الله کرم), Iran; DOB 1944 to 1946; POB Najafabad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: ANSAR-E HEZBOLLAH).

AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France;

Website h-terre.org [SDGT] (Linked To: HAMAS).

AL-LAMI, Abu Zainab (a.k.a. AL-LAMI, Hussein Falah; a.k.a. AZIZ, Hussein Faleh), Iraq; DOB 20 Jun 1969; POB Baghdad, Iraq; nationality Iraq; Gender Male (individual) [GLOMAG].

AL-LAMI, Hamid Muhammad (a.k.a. 'ABD AL-YUNIS, Hamid Majid; a.k.a. AL-MASUI, Husayn Muhammad Jabur; a.k.a. AL-MUSAWI, Ali Mussa Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Jabur; a.k.a. AL-MUSUI, Hamid Muhammad Jabur; a.k.a. DAQDUQ, Ali Mussa; a.k.a. JABUR AL-LAMI, Hamid Muhammad); DOB 01 Sep 1969; alt. DOB 31 Dec 1971; alt. DOB 09 Aug 1971; alt. DOB 09 Sep 1970; alt. DOB 09 Aug 1969; alt. DOB 05 Mar 1972; POB Beirut, Lebanon; alt. POB Al-Karradah, Baghdad; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

AL-LAMI, Hussein Falah (a.k.a. AL-LAMI, Abu Zainab; a.k.a. AZIZ, Hussein Faleh), Iraq; DOB 20 Jun 1969; POB Baghdad, Iraq; nationality Iraq; Gender Male (individual) [GLOMAG].

AL-LAMI, Ismail (a.k.a. AL LAMI, Isma'il Hafiz; a.k.a. AL-LAMI, Isma'il Hafith Abid 'Ali; a.k.a. AL-ZARGAWI, Ismai'il Hafuz; a.k.a. IZAJAWI, Ismail Hafefh; a.k.a. "DAR'A, Abu"; a.k.a. "DIRI, Abu"; a.k.a. "DURA, Abu"; a.k.a. "HAYDAR, Abu"), Sadr City, Baghdad, Iraq; Iran; DOB circa 1957; POB Baghdad, Iraq; citizen Iraq (individual) [IRAQ3].

AL-LAMI, Isma'il Hafith Abid 'Ali (a.k.a. AL LAMI, Isma'il Hafiz; a.k.a. AL-LAMI, Ismail; a.k.a. AL-ZARGAWI, Ismai'il Hafuz; a.k.a. IZAJAWI, Ismail Hafefh; a.k.a. "DAR'A, Abu"; a.k.a. "DIRI, Abu"; a.k.a. "DURA, Abu"; a.k.a. "HAYDAR, Abu"), Sadr City, Baghdad, Iraq; Iran; DOB circa 1957; POB Baghdad, Iraq; citizen Iraq (individual) [IRAQ3].

ALLANE, Hacene (a.k.a. ABDELHAY, al-Sheikh; a.k.a. AHCENE, Cheib; a.k.a. "ABU AL-FOUTOUH"; a.k.a. "BOULAHIA"; a.k.a. "HASSAN THE OLD"); DOB 17 Jan 1941; POB El Menea, Algeria (individual) [SDGT].

AL-LAW, Tawfiq (a.k.a. AL-LAW, Tawfiq Muhammad Sa'id; a.k.a. ALLOU, Tawfik), Beirut, Lebanon; DOB 04 May 1992; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Digital Currency Address - USDT TWBAPzpPiZarfVsY2BLXeaLhNHurn4wkWG; Passport N013053807 (Syria) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-LAW, Tawfiq Muhammad Sa'id (a.k.a. AL-LAW, Tawfiq; a.k.a. ALLOU, Tawfik), Beirut, Lebanon; DOB 04 May 1992; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Digital Currency Address - USDT TWBAPzpPiZarfVsY2BLXeaLhNHurn4wkWG; Passport N013053807 (Syria) (individual) [SDGT] (Linked To: HIZBALLAH).

ALLAWI, Salam (a.k.a. ALAWI, Abdel-Salam Abdel-Rahman), Iraq; General Manager of INDUSTRIAL BANK OF IRAQ (individual) [IRAQ2].

AL-LAYIQ, Baha', Syria; DOB 31 Aug 1985; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ALLAYTH ALZAHABE (Arabic: اللیت الذهبي) (a.k.a. AL-LAYTH ALZAHABE TRANSPORTATION AND SHIPPING SERVICES (Arabic: اللیت الذهبي لخدمات النقل والشحن); a.k.a. GOLDEN LAITH FREIGHT FORWARD SERVICES; a.k.a. GOLDEN LEIH TRANSPORTATION & SHIPMENT SERVICES L.L.C.; a.k.a. GOLDEN LEIH TRANSPORTATION AND SHIPMENT SERVICES L.L.C.; a.k.a. GOLDEN LEITH FOR TRANSPORTATION AND SHIPPING SERVICES), Damascus, Syria; Organization Established Date 26 May 2019; Registration Number 12388 (Syria) [SYRIA] (Linked To: KHITI HOLDING GROUP).

AL-LAYTH ALZAHABE TRANSPORTATION AND SHIPPING SERVICES (Arabic: اللیت الذهبي لخدمات النقل والشحن) (a.k.a. ALLAYTH ALZAHABE (Arabic: اللیت الذهبي); a.k.a. GOLDEN LAITH FREIGHT FORWARD SERVICES; a.k.a. GOLDEN LEIH TRANSPORTATION & SHIPMENT SERVICES L.L.C.; a.k.a. GOLDEN LEIH TRANSPORTATION AND SHIPMENT SERVICES L.L.C.; a.k.a. GOLDEN LEITH FOR TRANSPORTATION AND SHIPPING SERVICES), Damascus, Syria; Organization Established Date 26 May 2019; Registration Number 12388 (Syria) [SYRIA] (Linked To: KHITI HOLDING GROUP).

ALLIANCE ENERGY PVT. LIMITED (a.k.a. "ALLIANCE ENERGY CO."), Huse No 64-A, St No 1, Gechs Phase-II Model Town Link Road, Lahore, Punjab 54000, Pakistan; Website allianceenergy.pk/; Organization Established Date 19 Dec 2016; Registration Number 0104304 (Pakistan) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

AL-LIBI, Abd al-Muhsin (a.k.a. ABU BAKR, Ibrahim Ali Muhammad; a.k.a. SABRI, Abdel Ilah; a.k.a. TANTOUCHE, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Abubaker; a.k.a. TANTOUSH, Ibrahim Ali Abu Bakr; a.k.a. "'ABD AL-MUHSI"; a.k.a. "'ABD AL-RAHMAN"; a.k.a. "ABU ANAS"), Johannesburg, South Africa; DOB 1966; alt. DOB 27 Oct 1969; nationality Libya; Passport 203037 (Libya) (individual) [SDGT].

AL-LIBI, Abu Yahya (a.k.a. ABU BAKAR, Mohammad Hassan; a.k.a. AL SAHRAWI, Abu Yahya Yunis; a.k.a. AL-LIBI, Muhammad Hasan; a.k.a. QA'ID, Hasan; a.k.a. QA'ID, Hasan Muhammad Abu Bakr; a.k.a. QAYED, Muhammad Hassan; a.k.a. RASHID, Abu Yunus; a.k.a. SHEIKH YAHYA, Abu Yahya); DOB 1963; POB Libya; nationality Libya (individual) [SDGT].

AL-LIBI, 'Atiyah 'Abd al-Rahman (a.k.a. ABD AL-RAHMAN, Atiyah; a.k.a. AL-SHATIWI, Jamal; a.k.a. AL-SHITAYWI, Jamal Ibrahim Muhammad; a.k.a. AL-SHITIWI, Jamal; a.k.a. AL-SHTIWI, Jamal; a.k.a. "AL-LIBI, Shaykh Mahmud"); DOB 1969; alt. DOB 1965; alt. DOB 1966; alt. DOB 1967; alt. DOB 1957; alt. DOB 1958; alt. DOB 1959; alt. DOB 1960; POB Misrata, Libya; nationality Libya (individual) [SDGT].

AL-LIBI, Muhammad Hasan (a.k.a. ABU BAKAR, Mohammad Hassan; a.k.a. AL SAHRAWI, Abu Yahya Yunis; a.k.a. AL-LIBI, Abu Yahya; a.k.a. QA'ID, Hasan; a.k.a. QA'ID, Hasan Muhammad Abu Bakr; a.k.a. QAYED, Muhammad Hassan; a.k.a. RASHID, Abu Yunus; a.k.a. SHEIKH YAHYA, Abu Yahya); DOB 1963; POB Libya; nationality Libya (individual) [SDGT].

AL-LIBI, Talha (a.k.a. MOHAMED SALEM, Abderrahmane Ould; a.k.a. MOHAMED SALEM, Sidi Mohamed Ould; a.k.a. "AL-AZAWADI, Abu Talha"); a.k.a. "AL-BARBOUCI, Abu Talha"), Mali; DOB 1974; POB Zouerate, Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

ALLIED DEMOCRATIC FORCES (a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS;

a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda [FTO] [SDGT] [DRCONGO].

AL-LIIBAAN GENERAL TRADING CO. (a.k.a. LIIBAN TRADING; a.k.a. LIIBAAN GENERAL TRADING CO.; a.k.a. LIIBAAN TRADING; a.k.a. LIIBAN TRADING), Bosaso, Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 14(RV. NO: 103100149) (Somalia) [SDGT] (Linked To: YUSUF, Mohamed Mire Ali; Linked To: MOHAMED, Liibaan Yousuf).

ALLOU, Tawfik (a.k.a. AL-LAW, Tawfiq; a.k.a. AL-LAW, Tawfiq Muhammad Sa'id), Beirut, Lebanon; DOB 04 May 1992; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Digital Currency Address - USDT TWBAPzPiZarfVsY2BLXeaLhNHurn4wkWG; Passport N013053807 (Syria) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-LOUBIRI, Habib Ben Ahmed (a.k.a. LOUBIRI, Habib Ben Ahmed), via Brughiera, n. 5, Castronno, Varese, Italy; DOB 17 Nov 1961; POB Menzel Temime, Tunisia; nationality Tunisia; Passport M 788439 issued 20 Oct 2001 expires 19 Oct 2006; Italian Fiscal Code LBRHBB61S17Z352F (individual) [SDGT].

ALLOUCH, Aziz (a.k.a. 'ALLUSH, 'Aziz Ahmad); DOB 26 Oct 1977; General Director, Technolab (individual) [NPWMD] (Linked To: NATIONAL STANDARDS AND CALIBRATION LABORATORY; Linked To: HIGHER INSTITUTE OF APPLIED SCIENCE AND TECHNOLOGY; Linked To: TECHNOLAB; Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

ALLRUS GROUP (a.k.a. LIMITED LIABILITY COMPANY ALLRUS), Ul. Krasnoproletarskaya D. 16, Str. 2, Floor 3, Moscow 127473, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7707637710 (Russia); Registration Number 1077759803362 (Russia) [RUSSIA-EO14024].

ALL-RUSSIA RESEARCH INSTITUTE OF AUTOMATICS (a.k.a. FEDERAL STATE UNITARY ENTERPRISE ALL-RUSSIAN AUTOMATICS RESEARCH INSTITUTE NAMED AFTER N.L. DUKHOV; a.k.a. FEDERAL STATE UNITARY ENTERPRISE DUKHOV AUTOMATICS RESEARCH INSTITUTE; a.k.a. "VNIIA"), 22 Sushchevskaya st., Moscow 127055, Russia; Organization Established Date 15 Apr 1994; Tax ID No. 7707074137 (Russia); Registration Number 1027739646164 (Russia) [RUSSIA-EO14024].

ALL-RUSSIA YOUNG ARMY MILITARY PATRIOTIC SOCIAL MOVEMENT (a.k.a. ALL RUSSIAN CHILDREN AND YOUTH MILITARY PATRIOTIC PUBLIC MOVEMENT YOUTH ARMY (Cyrillic: ВСЕРОССИЙСКОЕ ВОЕННО ПАТРИОТИЧЕСКОЕ ОБЩЕСТВЕННОЕ ДВИЖЕНИЕ ЮНАРМИЯ); a.k.a. VSEROSSISKOE DETSKO-YUNOSHESKOE VOENNOPATRIOTICHESKOE OBSHCHESTVENNOE DVIZHENIE YUNARMIYA; a.k.a. "YUNARMIA"; a.k.a. "YUNARMIYA"), 1st Krasnokursantskiy Passage, 1/4, Building 1, Moscow 111033, Russia; Znamenka Street, Building 19, Moscow 119160, Russia; Organization Established Date 28 Jul 2016; Tax ID No. 7704366170 (Russia); Registration Number 1167700061540 (Russia) [RUSSIA-EO14024].

ALL-RUSSIAN PUBLIC ORGANIZATION SOCIETY FOR THE DEVELOPMENT OF RUSSIAN HISTORICAL EDUCATION DOUBLE-HEADED EAGLE (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ОБЩЕСТВО РАЗВИТИЯ РУССКОГО ИСТОРИЧЕСКОГО ПРОСВЕЩЕНИЯ ДВУГЛАВЫЙ ОРЕЛ) (a.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION SOCIETY FOR THE PROMOTION OF RUSSIAN HISTORICAL DEVELOPMENT TSARGRAD (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ

ОБЩЕСТВО СОДЕЙСТВИЯ РУССКОМУ ИСТОРИЧЕСКОМУ РАЗВИТИЮ ЦАРЬГРАД); a.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION TSARGRAD (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ЦАРЬГРАД); f.k.a. DOUBLE HEADED EAGLE SOCIETY; f.k.a. SOCIETY OF THE DOUBLE-HEADED EAGLE FOR THE PROPAGATION OF RUSSIAN HISTORICAL ENLIGHTENMENT; a.k.a. TSARGRAD SOCIETY (Cyrillic: ОБЩЕСТВО ЦАРЬГРАД)), 1s3 Partynnyi pereulok, Moscow 115093, Russia; kom. 51, pomeshch. d, 1, k. 57, str. 3, Per Partynniy, Intra-Urban Area Danilovskiy, Moscow 115093, Russia; Organization Established Date 01 Nov 2015; Tax ID No. 7743141413 (Russia); Registration Number 1167700052618 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Konstantin).

ALL-RUSSIAN PUBLIC ORGANIZATION SOCIETY FOR THE PROMOTION OF RUSSIAN HISTORICAL DEVELOPMENT TSARGRAD (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ОБЩЕСТВО СОДЕЙСТВИЯ РУССКОМУ ИСТОРИЧЕСКОМУ РАЗВИТИЮ ЦАРЬГРАД) (f.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION SOCIETY FOR THE DEVELOPMENT OF RUSSIAN HISTORICAL EDUCATION DOUBLE-HEADED EAGLE (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ОБЩЕСТВО РАЗВИТИЯ РУССКОГО ИСТОРИЧЕСКОГО ПРОСВЕЩЕНИЯ ДВУГЛАВЫЙ ОРЕЛ); a.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION TSARGRAD (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ЦАРЬГРАД); f.k.a. DOUBLE HEADED EAGLE SOCIETY; f.k.a. SOCIETY OF THE DOUBLE-HEADED EAGLE FOR THE PROPAGATION OF RUSSIAN HISTORICAL ENLIGHTENMENT; a.k.a. TSARGRAD SOCIETY (Cyrillic: ОБЩЕСТВО ЦАРЬГРАД)), 1s3 Partynnyi pereulok, Moscow 115093, Russia; kom. 51, pomeshch. 1, d. 1, k. 57, str. 3, Per Partynniy, Intra-Urban Area Danilovskiy, Moscow 115093, Russia; Organization Established Date 01 Nov 2015; Tax ID No. 7743141413 (Russia); Registration Number 1167700052618 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Konstantin).

ALL-RUSSIAN PUBLIC ORGANIZATION TSARGRAD (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ЦАРЬГРАД) (f.k.a. ALL-RUSSIAN PUBLIC

ORGANIZATION SOCIETY FOR THE DEVELOPMENT OF RUSSIAN HISTORICAL EDUCATION DOUBLE-HEADED EAGLE (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ОБЩЕСТВО РАЗВИТИЯ РУССКОГО ИСТОРИЧЕСКОГО ПРОСВЕЩЕНИЯ ДВУГЛАВЫЙ ОРЕЛ); a.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION SOCIETY FOR THE PROMOTION OF RUSSIAN HISTORICAL DEVELOPMENT TSARGRAD (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ОБЩЕСТВО СОДЕЙСТВИЯ РУССКОМУ ИСТОРИЧЕСКОМУ РАЗВИТИЮ ЦАРЬГРАД); f.k.a. DOUBLE HEADED EAGLE SOCIETY; f.k.a. SOCIETY OF THE DOUBLE-HEADED EAGLE FOR THE PROPAGATION OF RUSSIAN HISTORICAL ENLIGHTENMENT; a.k.a. TSARGRAD SOCIETY (Cyrillic: ОБЩЕСТВО ЦАРЬГРАД)), 1s3 Partynniy pereulok, Moscow 115093, Russia; kom. 51, pomeshch. 1, d. 1, k. 57, str. 3, Per Partynniy, Intra-Urban Area Danilovskiy, Moscow 115093, Russia; Organization Established Date 01 Nov 2015; Tax ID No. 7743141413 (Russia); Registration Number 1167700052618 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Konstantin).

ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF AVIATION MATERIALS (a.k.a. FEDERAL STATE UNITARY ENTERPRISE ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF AVIATION MATERIALS OF THE NATIONAL RESEARCH CENTER KURCHATOV INSTITUTE STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION; a.k.a. NRC KURCHATOV INSTITUTE - VIAM; a.k.a. VSEROSSISKIY INSTITUT AVIATSIONNYKH MATERIALOV (Cyrillic: ВСЕРОССИЙСКИЙ ИНСТИТУТ АВИАЦИОННЫХ МАТЕРИАЛОВ); a.k.a. VSEROSSISKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT AVIATSIONNYKH MATERIALOV; a.k.a. "VIAM" (Cyrillic: "ВИАМ")), 17, Radio Street, Moscow, Russia; Website www.viam.ru; Tax ID No. 7701024933 (Russia) [RUSSIA-EO14024].

ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS (a.k.a. ARZAMAS-16; a.k.a. AVANGARD ELECTROMECHANICAL PLANT; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS;

a.k.a. KHARITON INSTITUTE; a.k.a. SAROV NUCLEAR WEAPONS PLANT; a.k.a. VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT EKSPERIMENTALNOY; a.k.a. "RFNC-VNIIEF"; a.k.a. "VNIIEF"), 10 Muzrukov Ave, Sarov, Nizhny Novgorod Region 607188, Russia; Organization Established Date 1992; Tax ID No. 5254001230 (Russia); Registration Number 1025202199791 (Russia) [RUSSIA-EO14024].

'ALLUSH, 'Aziz Ahmad (a.k.a. ALLOUCH, Aziz); DOB 26 Oct 1977; General Director, Technolab (individual) [NPWMD] (Linked To: NATIONAL STANDARDS AND CALIBRATION LABORATORY; Linked To: HIGHER INSTITUTE OF APPLIED SCIENCE AND TECHNOLOGY; Linked To: TECHNOLAB; Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

'ALLUSH, Ridwan Hasan, Syria; DOB 20 May 1970; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ALLYRISE TECHNOLOGY GROUP CO., LIMITED (Chinese Traditional: 聯升科技集團有限公司), Room 1611B, 16/F, Ho King Commercial Centre, 2-16 FA Yuen Street, Mongkok, Kowloon, Hong Kong; Suite 1503, 15/F, Carnival Commercial Building, 18 Java Road, North Point, Hong Kong; Commercial Registry Number 2005087 (Hong Kong) [SDNTK].

ALMACEN ELECTRO SONY STAR (a.k.a. "MICROEMPRESA KHANSA"), Calle 13, No. 10-45, Maicao, La Guajira, Colombia; NIT # 639000271-8 (Colombia) [SDNTK].

ALMACEN FUTURO NO. 1, Carrera 50A No. 83-165, Oficina 402, Medellin, Colombia; NIT # 6070026706 (Colombia) [SDNT].

ALMACEN JUNIOR, Carrera 13 No. 11-24, Maicao, Colombia; Matricula Mercantil No 00002911 (Colombia) [SDNTK].

ALMACEN JUNIOR NO. 2, Calle 10 No. 12-46, Maicao, Colombia; Matricula Mercantil No 00008712 (Colombia) [SDNTK].

AL-MADAN, Abu Mahdi (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-

Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-MADANI, 'Abdallah al-Halabi (a.k.a. ABU-AL-KHAYR, Muhammad Abdallah Hasan; a.k.a. ABU-AL-KHAYR, Muhammad Bin-'Abdullah Bin-Hamd; a.k.a. ABUL-KHAIR, Mohammed Abdullah Hassan; a.k.a. AL-HALABI, Abdallah; a.k.a. AL-HALABI, Abdullah; a.k.a. AL-HALABI, Abu 'Abdallah; a.k.a. AL-JADDAWI, Muhannad; a.k.a. AL-MADANI, Abu Abdallah; a.k.a. AL-MAKKI, Abdallah); DOB 19 Jun 1975; alt. DOB 18 Jun 1975; POB Al-Madinah al-Munawwarah, (Medina) Saudi Arabia; Passport A741097 (Saudi Arabia) issued 14 Nov 1995 expires 19 Sep 2000; National ID No. 1006010555 (Saudi Arabia) (individual) [SDGT].

AL-MADANI, Abu Abdallah (a.k.a. ABU-AL-KHAYR, Muhammad Abdallah Hasan; a.k.a. ABU-AL-KHAYR, Muhammad Bin-'Abdullah Bin-Hamd; a.k.a. ABUL-KHAIR, Mohammed Abdullah Hassan; a.k.a. AL-HALABI, Abdallah; a.k.a. AL-HALABI, Abdullah; a.k.a. AL-HALABI, Abu 'Abdallah; a.k.a. AL-JADDAWI, Muhannad; a.k.a. AL-MADANI, 'Abdallah al-Halabi; a.k.a. AL-MAKKI, Abdallah; a.k.a. EL HALABI, Abdallah); DOB 19 Jun 1975; alt. DOB 18 Jun 1975; POB Al-Madinah al-Munawwarah, (Medina) Saudi Arabia; Passport A741097 (Saudi Arabia) issued 14 Nov 1995 expires 19 Sep 2000; National ID No. 1006010555 (Saudi Arabia) (individual) [SDGT].

AL-MADANI, Abu Gharib (a.k.a. GHUL, Hassan; a.k.a. GUL, Hasan; a.k.a. GUL, Hassan; a.k.a. KHAN, Mustafa Hajji Muhammad; a.k.a. MAHMUD, Khalid; a.k.a. MUHAMMAD, Mustafa; a.k.a. SHAHJI, Ahmad; a.k.a. "ABU-SHAIMA"; a.k.a. "ABU-SHAYMA"); DOB Aug 1977; alt. DOB Sep 1977; alt. DOB 1976; POB Madinah, Saudi Arabia; alt. POB Sangrar, Sindh Province, Pakistan; nationality Pakistan; alt. nationality Saudi Arabia (individual) [SDGT].

AL-MADANI, Mustafa (a.k.a. ALMADANI, Mustafa Mohammed M.); DOB 08 Dec 1961; POB Riyadh, Saudi Arabia; alt. POB Makkah, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport P797794 (Saudi Arabia) issued 16 Mar 2015 expires 20 Jan 2020; National ID No. 1011123229 (Saudi Arabia) (individual) [GLOMAG].

ALMADANI, Mustafa Mohammed M. (a.k.a. AL-MADANI, Mustafa); DOB 08 Dec 1961; POB Riyadh, Saudi Arabia; alt. POB Makkah, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport P797794 (Saudi Arabia) issued 16 Mar 2015 expires 20 Jan 2020; National ID No. 1011123229 (Saudi Arabia) (individual) [GLOMAG].

AL-MADANI, Yousef Ahssan Ismail (a.k.a. AL-MADANI, Youssef; a.k.a. AL-MADANI, Yusif; a.k.a. AL-MADANI, Yusuf; a.k.a. "ABU HUSAYN"), Yemen; DOB 1977; POB Muhatta Directorate, Hajjah Province, Yemen; Gender Male (individual) [SDGT].

AL-MADANI, Youssef (a.k.a. AL-MADANI, Yousef Ahssan Ismail; a.k.a. AL-MADANI, Yusif; a.k.a. AL-MADANI, Yusuf; a.k.a. "ABU HUSAYN"), Yemen; DOB 1977; POB Muhatta Directorate, Hajjah Province, Yemen; Gender Male (individual) [SDGT].

AL-MADANI, Yusif (a.k.a. AL-MADANI, Yousef Ahssan Ismail; a.k.a. AL-MADANI, Youssef; a.k.a. AL-MADANI, Yusuf; a.k.a. "ABU HUSAYN"), Yemen; DOB 1977; POB Muhatta Directorate, Hajjah Province, Yemen; Gender Male (individual) [SDGT].

AL-MADANI, Yusuf (a.k.a. AL-MADANI, Yousef Ahssan Ismail; a.k.a. AL-MADANI, Youssef; a.k.a. AL-MADANI, Yusif; a.k.a. "ABU HUSAYN"), Yemen; DOB 1977; POB Muhatta Directorate, Hajjah Province, Yemen; Gender Male (individual) [SDGT].

AL-MADINA TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAIMAR TRUST; a.k.a. MAYMAR TRUST; a.k.a. MEYMAR TRUST; a.k.a. MOMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operates in: Kosovo, Chechnya [SDGT].

AL-MAGHRABI, Haytham Ahmad Shukri Ahmad (a.k.a. ELMAGHRABY, Haytham Ahmed S.A.; a.k.a. ELMAGHRABY, Haytham Ahmed Shokry Ahmed; a.k.a. ELMAGHRABY, Haytham Ahmed Shukri Ahmad), Brazil; DOB 07 Sep 1986; POB Egypt; nationality Egypt; Gender Male; Passport A09538178 (Egypt); Tax ID No. 238.624.338-97 (Brazil) (individual) [SDGT].

AL-MAGHREBI, Abd al-Rahman (a.k.a. ABBATAY, Mohamed; a.k.a. ABBATAY, Muhammad; a.k.a. AL-MAGHREBI, Abdul Rahman), Iran; DOB 01 Jul 1970; POB Marrakech, Morocco; nationality Morocco; Gender Male (individual) [SDGT].

AL-MAGHREBI, Abdul Rahman (a.k.a. ABBATAY, Mohamed; a.k.a. ABBATAY, Muhammad; a.k.a. AL-MAGHREBI, Abd al-Rahman), Iran; DOB 01 Jul 1970; POB Marrakech, Morocco; nationality Morocco; Gender Male (individual) [SDGT].

AL-MAGHRIBI, Rashid (a.k.a. AL-AMRIKI, Abu-Ahmad; a.k.a. AL-HAWEN, Abu-Ahmad; a.k.a. AL-SHAHID, Abu-Ahmad; a.k.a. HIJAZI, Raed M; a.k.a. HIJAZI, Riad), Jordan; DOB 1968; POB California, USA; SSN 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 (United States) (individual) [SDGT].

ALMAHDI ALUMINUM CO. (a.k.a. AL MAHDI ALUMINUM COMPANY), 1st Floor, No. 12, Bibie Shahrbanoei Ally., West Saeb Tabrizi St., North Sheikh Bahaei St., Molla Sadra St., Vanak Sq., Tehran, Iran; 18th Km., Shahid Rajaee Quay Road, Bandar Abbas, Iran; Website http://almahdi.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

AL-MAHMUD, Khalid, Syria; DOB 20 Sep 1984; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-MAINUKI, Abu Bakr ibn Muhammad ibn 'Ali (a.k.a. AL-MINUKI, Abu-Bilal; a.k.a. MAINOK, Abor; a.k.a. MAINOK, Abubakar), Nigeria; DOB 1982; POB Mainok, Benisheikh, Borno State, Nigeria; nationality Nigeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-MAJID, General Ali Hasan (a.k.a. AL-KIMAWI; a.k.a. AL-MAJID, General Ali Hassan; a.k.a. AL-TIKRITI, Ali Hassan al-Majid); DOB 1943; alt. DOB 1941; POB al-Awja, near Tikrit, Iraq; nationality Iraq; presidential advisor and senior member of Revolutionary Command Council (individual) [IRAQ2].

AL-MAJID, General Ali Hassan (a.k.a. AL-KIMAWI; a.k.a. AL-MAJID, General Ali Hasan; a.k.a. AL-TIKRITI, Ali Hassan al-Majid); DOB 1943; alt. DOB 1941; POB al-Awja, near Tikrit, Iraq; nationality Iraq; presidential advisor and senior member of Revolutionary Command Council (individual) [IRAQ2].

AL-MAJID, Husayn Kamil Hasan (a.k.a. AL-MAJID, Hussein Kamel Hassan), Baghdad, Iraq; DOB 1955; Former Minister of Industry and Minerals and Advisor to the President (individual) [IRAQ2].

AL-MAJID, Hussein Kamel Hassan (a.k.a. AL-MAJID, Husayn Kamil Hasan), Baghdad, Iraq; DOB 1955; Former Minister of Industry and Minerals and Advisor to the President (individual) [IRAQ2].

AL-MAJID, Rukan abd al-Gafur (a.k.a. AL-MAJID, Rukan abdal-Ghaffur Sulayman; a.k.a. AL-MAJID, Rukan Razuqi abd al-Gahfur; a.k.a. AL-TIKRITI, Rukan abd al-Ghaffur al-Majid; a.k.a. AL-TIKRITI, Rukan 'abd al-Ghaffur al-Majid; a.k.a. AL-TIKRITI, Rukan Razuki abd-al-Ghafur Sulaiman; a.k.a. "ABU WALID"); DOB 1956; POB Tikrit, Iraq; nationality Iraq; head of Tribal Affairs Office in presidential office (individual) [IRAQ2].

AL-MAJID, Rukan abdal-Ghaffur Sulayman (a.k.a. AL-MAJID, Rukan abd al-Gafur; a.k.a. AL-MAJID, Rukan Razuqi abd al-Gahfur; a.k.a. AL-TIKRITI, Rukan abd al-Ghaffur al-Majid; a.k.a. AL-TIKRITI, Rukan 'abd al-Ghaffur al-Majid; a.k.a. AL-TIKRITI, Rukan Razuki abd-al-Ghafur Sulaiman; a.k.a. "ABU WALID"); DOB 1956; POB Tikrit, Iraq; nationality Iraq; head of Tribal Affairs Office in presidential office (individual) [IRAQ2].

AL-MAJID, Rukan Razuqi abd al-Gahfur (a.k.a. AL-MAJID, Rukan abd al-Gafur; a.k.a. AL-MAJID, Rukan abdal-Ghaffur Sulayman; a.k.a. AL-TIKRITI, Rukan abd al-Ghaffur al-Majid;

a.k.a. AL-TIKRITI, Rukan 'abd al-Ghaffur al-Majid; a.k.a. AL-TIKRITI, Rukan Razuki abd-al-Ghafur Sulaiman; a.k.a. "ABU WALID"); DOB 1956; POB Tikrit, Iraq; nationality Iraq; head of Tribal Affairs Office in presidential office (individual) [IRAQ2].

AL-MAJIDI, Basim Hasan (a.k.a. AL-MAJIDI, Basim Mohammad Hasab (Arabic: باسم محمد حسب المجيدي), Iraq; DOB 02 May 1969; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G1240293 (Iraq) (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

AL-MAJIDI, Basim Mohammad Hasab (Arabic: باسم محمد حسب المجيدي (a.k.a. AL-MAJIDI, Basim Hasan); Iraq; DOB 02 May 1969; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport G1240293 (Iraq) (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

AL-MAKANI, Adil Abd Fari (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtab Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

AL-MAKKI, Abdalla (a.k.a. ABU-AL-KHAYR, Muhammad Abdallah Hasan; a.k.a. ABU-AL-KHAYR, Muhammad Bin-'Abdullah Bin-Hamd; a.k.a. ABUL-KHAIR, Mohammed Abdullah Hassan; a.k.a. AL-HALABI, Abdallah; a.k.a. AL-HALABI, Abdullah; a.k.a. AL-HALABI, Abu 'Abdallah; a.k.a. AL-JADDAWI, Muhannad; a.k.a. AL-MADANI, 'Abdallah al-Halabi; a.k.a. AL-MADANI, Abu Abdallah; a.k.a. EL HALABI,

Abdallah); DOB 19 Jun 1975; alt. DOB 18 Jun 1975; POB Al-Madinah al-Munawwarah, (Medina) Saudi Arabia; Passport A741097 (Saudi Arabia) issued 14 Nov 1995 expires 19 Sep 2000; National ID No. 1006010555 (Saudi Arabia) (individual) [SDGT].

AL-MAKSUSI, Sayyid Salah Mahdi Hantush (a.k.a. AL-MUSAWI, Sayyid Salah; a.k.a. "HAWRA, Abu"; a.k.a. "SALAH, Sayyid"); DOB 1973; alt. DOB 1971; nationality Iraq (individual) [SDGT].

AL-MAKY, Abu Muslem (a.k.a. AL-HARBI, Abu Abdalla; a.k.a. AL-HARBI, Abu Suliman; a.k.a. AL-HARBI, Mansur; a.k.a. ALSBHUA, Azam A.R.; a.k.a. ALSBHUA, Azam Abdullah Razeeq Al Mouled; a.k.a. AL-SUBHI, Azzam; a.k.a. AL-SUBHI, Azzam Abdullah Zureik Al-Mauled), Afghanistan; Pakistan; DOB 12 Apr 1976; POB Al Baraka, Saudi Arabia; nationality Saudi Arabia; Passport C389664 issued 15 Sep 2000 expires 15 Sep 2005 (individual) [SDGT].

AL-MALAHI, 'Abd-al-Jalil (a.k.a. AL-MALLAH, 'Abd-al-Jalil; a.k.a. MALLAH, Abdul Jalil), Greece; Malmo, Sweden; DOB 05 Jan 1975; nationality Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Identification Number 750105-3735 (Sweden) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL-MALEKI, Shebib Lazim (a.k.a. AL-MALIKI, Shabib Lazem), Iraq; DOB 1936; Former Minister of Justice (individual) [IRAQ2].

AL-MALIKI MALL (Arabic: مول المالكي (a.k.a. MALKI MALL; a.k.a. MASSA PLAZA MALL), Malki District, Damascus, Syria [SYRIA].

AL-MALIKI, Shabib Lazem (a.k.a. AL-MALEKI, Shebib Lazim), Iraq; DOB 1936; Former Minister of Justice (individual) [IRAQ2].

AL-MALKAB, Adil Fari (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtab Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality

Yemen; Gender Male; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

AL-MALLAH, 'Abd-al-Jalil (a.k.a. AL-MALAHI, 'Abd-al-Jalil; a.k.a. MALLAH, Abdul Jalil), Greece; Malmo, Sweden; DOB 05 Jan 1975; nationality Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Identification Number 750105-3735 (Sweden) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL-MAMUN, Chowdhury Abdullah (a.k.a. ABDULLAH AL MAMUN, Chowdhury), Bangladesh; DOB 12 Jan 1964; POB Sunamganj, Bangladesh; nationality Bangladesh; Gender Male; National ID No. 8224061617 (Bangladesh) (individual) [GLOMAG] (Linked To: RAPID ACTION BATTALION).

ALMANCI, Abdurrahman (a.k.a. AL UBAYDA, Mulfit Kar Iiyas; a.k.a. KAR, Mavlut; a.k.a. KAR, Mawlud; a.k.a. KAR, Meluvet; a.k.a. KAR, Mevlut; a.k.a. KAR, Mivlut; a.k.a. YUSOV, Yanal; a.k.a. ZIKARA, Mevlut; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEIDAH AL TURKI"; a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "ABU UDEJF EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

AL-MANSOORI, Ali Hussein Falih (a.k.a. AL-MANSURI, 'Ali Husayn Falih; a.k.a. "ABU-REZVAN"; a.k.a. "REZVAN, Seyyed"; a.k.a. "REZWAN, Seyyed"), Iraq; DOB 15 Sep 1971; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IFSR] (Linked To: AL KHAMAEL MARITIME SERVICES).

AL-MANSUR, Salim Mustafa Muhammad (a.k.a. MANSUR AL-IFRI, Salim Mustafa Muhammad; a.k.a. MANSUR, Salim; a.k.a. MUSTAFA, Salim Mansur; a.k.a. "AL-IFRI, Saleem"; a.k.a. "AL-SHAKLAR, Hajji Salim"), Mersin, Turkey; Istanbul, Turkey; Adana, Turkey; DOB 1959; nationality Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-MANSURI, 'Ali Husayn Falih (a.k.a. AL-MANSOORI, Ali Hussein Falih; a.k.a. "ABU-REZVAN"; a.k.a. "REZVAN, Seyyed"; a.k.a.

"REZWAN, Seyyed"), Iraq; DOB 15 Sep 1971; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IFSR] (Linked To: AL KHAMAEL MARITIME SERVICES).

AL-MAQDISI, Abu-al-Muhtasib (a.k.a. AL ASHQAR, Abdullah Jihad; a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, Abdallah; a.k.a. AL-'ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-TAWHID, Muhandes; a.k.a. AL-TAWHID, Muhandis; a.k.a. ASHKAR, Abdallah; a.k.a. "ABU-HAJIR"; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian (individual) [SDGT].

AL-MARFADI, Khalid (a.k.a. AL-YAFI'I, Abu Anas; a.k.a. AL-YAFI'I, Khalid Abdallah Salah Ahmad Hussayn al-'Umari al-Marfadi), al-Bayda' Governorate, Yemen; al-Sharafa', al-Qurayshiyah District, al-Bayda' Governorate, Yemen; al-Wuhayshi Village, Az Zahir District, al Bayda' Governorate, Yemen; Marfad Village, Marfad District, Yafia, Yemen; DOB 1966; Gender Male (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-MARKAZIYA LI-SIARAFA (Arabic: شركة المركزية للصرافة) (a.k.a. AL MUTAHADUN COMPANY; a.k.a. AL MUTAHADUN FOR EXCHANGE), Gaza; Aksaray Mah. Cerrahpasa Cad. Muratpasa, Apt. No: 3/12, Fatih, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 563157932 (Palestinian); Istanbul Chamber of Comm. No. 142520-5 (Turkey); Business Registration Number 267113103200001 (Turkey) [SDGT] (Linked To: SHAMLAKH, Zuhair).

AL-MARRANI, Motlaq Amer (a.k.a. AL MARRANI, Mutlaq Ali Aamer; a.k.a. "EMAD, Abu"), Al-Jawf, Yemen; DOB 01 Jan 1984; Gender Male (individual) [GLOMAG].

AL-MARSUMI, Sa'da Jalut Hassam (a.k.a. AL-MARSUMI, Saddah Jaylut; a.k.a. JALOUD, Sa'daa; a.k.a. JALOUT, Saddaa), Al Shajlah Village, Syria; As Susah Village, Syria; Baghuz, Syria; DOB 1955; alt. DOB 1956; citizen Syria (individual) [SDGT].

AL-MARSUMI, Saddah Jaylut (a.k.a. AL-MARSUMI, Sa'da Jalut Hassam; a.k.a. JALOUD, Sa'daa; a.k.a. JALOUT, Saddaa), Al Shajlah Village, Syria; As Susah Village, Syria; Baghuz, Syria; DOB 1955; alt. DOB 1956; citizen Syria (individual) [SDGT].

ALMAS MOBIN TRADING (a.k.a. TEJARAT ALMAS MOBIN HOLDING), 57 Akhtaran Lane, West Nahid Street, Africa Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR].

AL-MASHAIKHI, Gharib Muhammad Fazel (a.k.a. GHARIB, Fadil Mahmud); DOB 1944; POB Dujail, Iraq; nationality Iraq; Ba'th party regional command chairman, Babil; chairman, General Federation of Iraqi Trade Unions (individual) [IRAQ2].

AL-MASHHADANI, Abdullah Ahmad (a.k.a. AL-MASHHADANI, Abdullah Ahmed; a.k.a. AL-MESHEDANI, Abdullah Ahmed; a.k.a. "Abu al-Qasem"; a.k.a. "Abu Kassem"; a.k.a. "Abu Qassim"), Iraq; Syria; DOB 21 Jan 1968; POB Iraq (individual) [SDGT].

AL-MASHHADANI, Abdullah Ahmed (a.k.a. AL-MASHHADANI, Abdullah Ahmad; a.k.a. AL-MESHEDANI, Abdullah Ahmed; a.k.a. "Abu al-Qasem"; a.k.a. "Abu Kassem"; a.k.a. "Abu Qassim"), Iraq; Syria; DOB 21 Jan 1968; POB Iraq (individual) [SDGT].

AL-MASHHADANI, Saif-al-Din; DOB 1956; POB Baghdad, Iraq; nationality Iraq; Ba'th party regional command chairman, al-Muthanna (individual) [IRAQ2].

AL-MASLI, 'Abd al-Hamid Muhammad 'Abd al-Hamid (a.k.a. AL-DARNAVI, Hamza; a.k.a. AL-DARNAWI, Abu-Hamzah; a.k.a. AL-DARNAWI, Hamza; a.k.a. AL-DARNAWI, Hamzah; a.k.a. AL-MASLI, 'Abd-al-Hamid; a.k.a. DARNAVI, Hamza; a.k.a. DARNAWI, Abdullah; a.k.a. DARNAWI, Hamza; a.k.a. DARNAWI, Hamzah; a.k.a. DIRNAWI, Hamzah; a.k.a. MASLI, Hamid; a.k.a. MUSALLI, 'Abd-al-Hamid), Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1976; POB Darnah, Libya; alt. POB Danar, Libya; nationality Libya (individual) [SDGT].

AL-MASLI, 'Abd-al-Hamid (a.k.a. AL-DARNAVI, Hamza; a.k.a. AL-DARNAWI, Abu-Hamzah; a.k.a. AL-DARNAWI, Hamza; a.k.a. AL-DARNAWI, Hamzah; a.k.a. AL-MASLI, 'Abd al-Hamid Muhammad 'Abd al-Hamid; a.k.a. DARNAVI, Hamza; a.k.a. DARNAWI, Abdullah; a.k.a. DARNAWI, Hamza; a.k.a. DARNAWI, Hamzah; a.k.a. DIRNAWI, Hamzah; a.k.a. MASLI, Hamid; a.k.a. MUSALLI, 'Abd-al-Hamid), Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1976; POB Darnah, Libya; alt. POB Danar, Libya; nationality Libya (individual) [SDGT].

AL-MASRI, Abd Al-Aziz (a.k.a. MUSTAFA BAKRI, Ali Sa'd Muhammad); DOB 18 Apr 1966; nationality Egypt (individual) [SDGT].

AL-MASRI, Abu Ahmad (a.k.a. 'ABDU, Muhammad Jamal; a.k.a. ABDU, Muhammad Jamal Ahmad; a.k.a. ABDUH, Mohammad Jamal; a.k.a. AHMAD, Muhammad Gamal Abu; a.k.a. AHMAD, Muhammad Jamal Abu; a.k.a. AHMED, Mohammad Jamal Abdo; a.k.a. AL KASHEF, Muhammad Jamal; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-Al Rahim; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-al Rahim Ahmad; a.k.a. JAMAL, Muhammad); DOB 01 Jan 1964; alt. DOB 01 Feb 1964; POB Cairo, Egypt; nationality Egypt (individual) [SDGT].

AL-MASRI, Abu al-Walid (a.k.a. AL-MISRI, Abu Walid; a.k.a. ATIYA, Mustafa; a.k.a. HAMID, Mustafa; a.k.a. HAMID, Mustafa Muhammad 'Atiya; a.k.a. "AL-MAKKI, Hashim"; a.k.a. "AL-WALID, Abu"); DOB Mar 1945; POB Alexandria, Egypt; nationality Egypt; alt. nationality Pakistan (individual) [SDGT].

AL-MASRI, Abu Ayman (a.k.a. AL-BANNA, Ibrahim; a.k.a. AL-BANNA, Ibrahim Muhammad Salih; a.k.a. AL-BANNA, Ibrahim Muhammad Salih; a.k.a. AL-BANNA, Shaykh Ibrahim Muhammad Salih); DOB 1965; nationality Egypt; Gender Male (individual) [SDGT].

AL-MASRI, Abu Dujana (a.k.a. AL-BAHTITI, Muhammad Mahmud; a.k.a. AL-BAHTITI, Muhammad Mahmud Rabi' al-Zayd; a.k.a. AL-BAHTITI, Muhammad Rabi'; a.k.a. AL-BAHTIYTI, Muhammad Rab'a al-Sayid; a.k.a. AL-HATITI, Muhammad Rabi' al-Sa'id); DOB 1971; POB al-Sharqiyyah, Egypt; nationality Egypt (individual) [SDGT].

AL-MASRI, Abu Hafs (a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU SITTA, Subhi; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. "ABU HAFS"; a.k.a. "TAYSIR"); DOB 1951; alt. DOB 1956; alt. DOB 1944; POB Alexandria, Egypt (individual) [SDGT].

AL-MASRI, Abu Hamza (a.k.a. AL-MISRI, Abu Hamza; a.k.a. EMAN, Adam Ramsey; a.k.a. KAMEL, Mustafa; a.k.a. MUSTAFA, Mustafa Kamel), 9 Albourne Road, Shepherds Bush, London W12 OLW, United Kingdom; 8 Adie Road, Hammersmith, London W6 OPW, United Kingdom; DOB 15 Apr 1958 (individual) [SDGT].

AL-MASRI, Abu Mohamed (a.k.a. ABDULLAH, Abdullah Ahmed; a.k.a. "ABU MARIAM"; a.k.a.

"SALEH"), Afghanistan; DOB 1963; POB Egypt; citizen Egypt (individual) [SDGT].

AL-MASRI, Ahd, Syria; DOB 01 May 1967; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-MASRI, Ahmad (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-SURIR, Abu Islam; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIJAH"; a.k.a. "AHMED HAMED"; a.k.a. "AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT].

AL-MASRI, Hamam (a.k.a. AL-SA'IDI, Abu Hammam; a.k.a. AL-SA'IDI, Abu Humam; a.k.a. AL-SA'IDI, Hamam; a.k.a. BAYUMI, Yasri Muhammad Ibrahim; a.k.a. BAYUMI, Yisra Muhammad Ibrahim), Iran; DOB 20 May 1968; POB Aswan Governorate, Egypt; nationality Egypt; Shaykh (individual) [SDGT] (Linked To: AL QA'IDA).

AL-MASRI, Mohammed (a.k.a. AL-DAYF, Muhammad; a.k.a. DEIF, Muhammed), Gaza, Palestinian; DOB 01 Jan 1963 to 31 Dec 1965; POB Khan Younis, Gaza; nationality Palestinian (individual) [SDGT] (Linked To: HAMAS).

AL-MASRI, Rahf, Syria; DOB 05 Oct 1984; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-MASSAL LAND TRAVEL AND TOURISM COMPANY (a.k.a. ARD AL-MUSAL COMPANY FOR TOURISM AND TRAVEL LLC), Property Number 20362/4, Street 7, Sector 714, Zayuna, Baghdad, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2014; Organization Type: Travel agency activities [SDGT] (Linked To: AL-HAMIDAWI, Awqad Muhsin Faraj).

AL-MASUI, Husayn Muhammad Jabur (a.k.a. 'ABD AL-YUNIS, Hamid Majid; a.k.a. AL-LAMI, Hamid Muhammad; a.k.a. AL-MUSAWI, Ali Mussa Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Daqduq; a.k.a. AL-MUSUI, Hamid Muhammad Jabur; a.k.a. DAQDUQ, Ali Mussa; a.k.a. JABUR AL-LAMI, Hamid Muhammad); DOB 01 Sep 1969; alt. DOB 31 Dec 1971; alt. DOB 09 Aug 1971; alt. DOB 09

Sep 1970; alt. DOB 09 Aug 1969; alt. DOB 05 Mar 1972; POB Beirut, Lebanon; alt. POB Al-Karradah, Baghdad, Iraq; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

AL-MATAR, 'Abdu Tahir, Syria; DOB 17 Oct 1965; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-MATUTI, Arkan Ahmad 'Abbas (a.k.a. ALBU-MITEUTI, Arkan Ahmad Abbas Albu-Mazida; a.k.a. AL-MITIWITI, Arkan Ahmad 'Abbas; a.k.a. "Abu Sarhan"), Nineveh Governorate, Iraq; Syria; DOB 06 Oct 1982; POB Mosul, Iraq; alt. POB Sinjar District, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-MAWARI, Abu Hisham (a.k.a. AL-GHAZALI, Muhammad; a.k.a. AL-GHAZALI, Muhammad Abd al-Karim; a.k.a. MAWARI, Abu Hisham; a.k.a. "Abu Faris"; a.k.a. "Abu Sa'id"; a.k.a. "Rashid"); DOB 1988; alt. DOB 1987; alt. DOB 1989; POB Ibb Governorate, Yemen; nationality Yemen (individual) [SDGT].

AL-MAWLA, Amir Muhammad Sa'id Abdal-Rahman (a.k.a. AL-MAWLA, Muhammad Sa'id 'Abd-al-Rahman; a.k.a. AL-MULA, Amir Muhammad Sa'id 'Abd-al-Rahman Muhammad; a.k.a. SALBI, 'Abdul Amir Muhammad Sa'id; a.k.a. "Abdullah Qardash"; a.k.a. "Abu Ibrahim al-Hashimi al-Qurashi"; a.k.a. "Abu-'Abdullah Qardash"; a.k.a. "Abu-'Umar al-Turkmani"; a.k.a. "al-Hajj Abdullah Qardash"; a.k.a. "Hajji Abdallah"; a.k.a. "Hajji Abdullah al-Afari"), Iraq; Syria; DOB 01 Oct 1976; alt. DOB 05 Oct 1976; POB Mosul, Iraq; alt. POB Tall 'Afar, Iraq; nationality Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-MAWLA, Mohamed Attta (a.k.a. ABBAS, Mohamed Atta Emoula; a.k.a. 'ABBAS, Muhammad 'Ata-al-Mawla), Kafouri 9, Khartoum, Sudan; DOB 27 Apr 1957; POB Khartoum, Sudan; nationality Sudan; Gender Male; Passport D025725 (Sudan) expires 19 Mar 2023 (individual) [SUDAN-EO14098].

AL-MAWLA, Muhammad Sa'id 'Abd-al-Rahman (a.k.a. AL-MAWLA, Amir Muhammad Sa'id Abdal-Rahman; a.k.a. AL-MULA, Amir Muhammad Sa'id 'Abd-al-Rahman Muhammad;

a.k.a. SALBI, 'Abdul Amir Muhammad Sa'id; a.k.a. "Abdullah Qardash"; a.k.a. "Abu Ibrahim al-Hashimi al-Qurashi"; a.k.a. "Abu-'Abdullah Qardash"; a.k.a. "Abu-'Umar al-Turkmani"; a.k.a. "al-Hajj Abdullah Qardash"; a.k.a. "Hajji Abdallah"; a.k.a. "Hajji Abdullah al-Afari"), Iraq; Syria; DOB 01 Oct 1976; alt. DOB 05 Oct 1976; POB Mosul, Iraq; alt. POB Tall 'Afar, Iraq; nationality Iraq; citizen Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALMAZ CENTRAL MARINE DESIGN BUREAU (a.k.a. ALMAZ CENTRAL MARINE DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. ALMAZ DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY CENTRAL MARINE DESIGN BUREAU ALMAZ; a.k.a. JOINT-STOCK COMPANY CENTRAL SEA ENGINEERING OFFICE ALMAZ; a.k.a. JOINT-STOCK COMPANY TSMKB ALMAZ; a.k.a. JSC TSENTRALNOYE MORSKOYE KONSTRUKTORSKOYE BYURO ALMAZ (Cyrillic: АО ЦЕНТРАЛЬНОЕ МОРСКОЕ КОНСТРУКТОРСКОЕ БЮРО АЛМАЗ)), Warshavskaya Street, 50, Saint-Petersburg 196128, Russia; 50 Varshavskaya Str., St. Petersburg 196070, Russia; Website www.almaz-kb.ru; Organization Established Date 18 Nov 2008; Organization Type: Operation of sports facilities; Tax ID No. 7810537558 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

ALMAZ CENTRAL MARINE DESIGN BUREAU JOINT STOCK COMPANY (a.k.a. ALMAZ CENTRAL MARINE DESIGN BUREAU; a.k.a. ALMAZ DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY CENTRAL MARINE DESIGN BUREAU ALMAZ; a.k.a. JOINT-STOCK COMPANY CENTRAL SEA ENGINEERING OFFICE ALMAZ; a.k.a. JOINT-STOCK COMPANY TSMKB ALMAZ; a.k.a. JSC TSENTRALNOYE MORSKOYE KONSTRUKTORSKOYE BYURO ALMAZ (Cyrillic: АО ЦЕНТРАЛЬНОЕ МОРСКОЕ КОНСТРУКТОРСКОЕ БЮРО АЛМАЗ)), Warshavskaya Street, 50, Saint-Petersburg 196128, Russia; 50 Varshavskaya Str., St. Petersburg 196070, Russia; Website www.almaz-kb.ru; Organization Established Date 18 Nov 2008; Organization Type: Operation of sports facilities; Tax ID No. 7810537558 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

ALMAZ DESIGN BUREAU (a.k.a. ALMAZ CENTRAL MARINE DESIGN BUREAU; a.k.a. ALMAZ CENTRAL MARINE DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMPANY CENTRAL MARINE DESIGN BUREAU ALMAZ; a.k.a. JOINT-STOCK COMPANY CENTRAL SEA ENGINEERING OFFICE ALMAZ; a.k.a. JOINT-STOCK COMPANY TSMKB ALMAZ; a.k.a. JSC TSENTRALNOYE MORSKOYE KONSTRUKTORSKOYE BYURO ALMAZ (Cyrillic: АО ЦЕНТРАЛЬНОЕ МОРСКОЕ КОНСТРУКТОРСКОЕ БЮРО АЛМАЗ)), Warshavskaya Street, 50, Saint-Petersburg 196128, Russia; 50 Varshavskaya Str., St. Petersburg 196070, Russia; Website www.almaz-kb.ru; Organization Established Date 18 Nov 2008; Organization Type: Operation of sports facilities; Tax ID No. 7810537558 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

ALMAZ SCIENTIFIC PRODUCTION ASSOCIATION (a.k.a. JSC NPO ALMAZ NAMED AFTER A.A. RASPLETIN; a.k.a. PJSC NPO ALMAZ; a.k.a. PUBLIC JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION ALMAZ NAMED AFTER ACADEMICIAN A.A. RASPLETIN; a.k.a. PUBLICHNOE AKTCIONERNOE OBSHESTVO NAUCHNO-PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA), 80 Leningradsky prospect, building 16, Moscow 125190, Russia; Organization Established Date 1947; Tax ID No. 7712040285 (Russia); Registration Number 1027700118984 (Russia) [RUSSIA-EO14024].

ALMAZ-ANTEY GPTP GRANITE (a.k.a. AKTSIONERNOE OSCHEVSTVO GOLOVNOE PROIZVODSTVENNO-TEHNICHESKOE PREDPRIYATIE GRANIT; a.k.a. JSC GPTP GRANIT; a.k.a. JSC HEAD TECHNOLOGICAL ENTERPRISE GRANIT; a.k.a. LEADING PRODUCTION AND TECHNICAL ENTERPRISE GRANIT), 7 Molodogvardeyskaya Str., Moscow 121467, Russia; Organization Established Date 18 Oct 2002; Tax ID No. 7731263174 (Russia); Registration Number 1027731005323 (Russia) [RUSSIA-EO14024].

ALMAZ-ANTEY GSKB (a.k.a. A.A. RASPLETIN MAIN SYSTEM DESIGN BUREAU; a.k.a. ALMAZ-ANTEY GSKB IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. ALMAZ-ANTEY MSDB; a.k.a. ALMAZ-ANTEY PVO 'AIR DEFENSE' CONCERN LEAD SYSTEMS DESIGN BUREAU OAO 'OPEN JOINT-STOCK COMPANY' IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. GOLOVNOYE SISTEMNOYE KONSTRUKTORSKOYE BYURO OPEN JOINT-STOCK COMPANY OF ALMAZ-ANTEY PVO CONCERN IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. JOINT STOCK COMPANY ALMAZ-ANTEY AIR DEFENSE CONCERN MAIN SYSTEM DESIGN BUREAU NAMED BY ACADEMICIAN A.A. RASPLETIN; a.k.a. JSC 'ALMAZ-ANTEY' MSDB; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA; a.k.a. "GSKB"), 16-80, Leningradsky Prospect, Moscow 125190, Russia; Website http://www.raspletin.ru/; Email Address info@raspletin.ru; alt. Email Address almaz_zakupki@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

ALMAZ-ANTEY GSKB IMENI ACADEMICIAN A.A. RASPLETIN (a.k.a. A.A. RASPLETIN MAIN SYSTEM DESIGN BUREAU; a.k.a. ALMAZ-ANTEY GSKB; a.k.a. ALMAZ-ANTEY MSDB; a.k.a. ALMAZ-ANTEY PVO 'AIR DEFENSE' CONCERN LEAD SYSTEMS DESIGN BUREAU OAO 'OPEN JOINT-STOCK COMPANY' IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. GOLOVNOYE SISTEMNOYE KONSTRUKTORSKOYE BYURO OPEN JOINT-STOCK COMPANY OF ALMAZ-ANTEY PVO CONCERN IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. JOINT STOCK COMPANY ALMAZ-ANTEY AIR DEFENSE CONCERN MAIN SYSTEM DESIGN BUREAU NAMED BY ACADEMICIAN A.A. RASPLETIN; a.k.a. JSC 'ALMAZ-ANTEY' MSDB; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA; a.k.a. "GSKB"), 16-80, Leningradsky Prospect, Moscow 125190, Russia; Website http://www.raspletin.ru/; Email Address info@raspletin.ru; alt. Email Address almaz_zakupki@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

ALMAZ-ANTEY MSDB (a.k.a. A.A. RASPLETIN MAIN SYSTEM DESIGN BUREAU; a.k.a.

ALMAZ-ANTEY GSKB; a.k.a. ALMAZ-ANTEY GSKB IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. ALMAZ-ANTEY PVO 'AIR DEFENSE' CONCERN LEAD SYSTEMS DESIGN BUREAU OAO 'OPEN JOINT-STOCK COMPANY' IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. GOLOVNOYE SISTEMNOYE KONSTRUKTORSKOYE BYURO OPEN JOINT-STOCK COMPANY OF ALMAZ-ANTEY PVO CONCERN IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. JOINT STOCK COMPANY ALMAZ-ANTEY AIR DEFENSE CONCERN MAIN SYSTEM DESIGN BUREAU NAMED BY ACADEMICIAN A.A. RASPLETIN; a.k.a. JSC 'ALMAZ-ANTEY' MSDB; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA; a.k.a. "GSKB"), 16-80, Leningradsky Prospect, Moscow 125190, Russia; Website http://www.raspletin.ru/; Email Address info@raspletin.ru; alt. Email Address almaz_zakupki@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

ALMAZ-ANTEY PVO 'AIR DEFENSE' CONCERN LEAD SYSTEMS DESIGN BUREAU OAO 'OPEN JOINT-STOCK COMPANY' IMENI ACADEMICIAN A.A. RASPLETIN (a.k.a. A.A. RASPLETIN MAIN SYSTEM DESIGN BUREAU; a.k.a. ALMAZ-ANTEY GSKB; a.k.a. ALMAZ-ANTEY GSKB IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. ALMAZ-ANTEY MSDB; a.k.a. GOLOVNOYE SISTEMNOYE KONSTRUKTORSKOYE BYURO OPEN JOINT-STOCK COMPANY OF ALMAZ-ANTEY PVO CONCERN IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. JOINT STOCK COMPANY ALMAZ-ANTEY AIR DEFENSE CONCERN MAIN SYSTEM DESIGN BUREAU NAMED BY ACADEMICIAN A.A. RASPLETIN; a.k.a. JSC 'ALMAZ-ANTEY' MSDB; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA; a.k.a. "GSKB"), 16-80, Leningradsky Prospect, Moscow 125190, Russia; Website http://www.raspletin.ru/; Email Address info@raspletin.ru; alt. Email Address almaz_zakupki@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

AL-MAZIDIH, Akram Turki Hishan (a.k.a. AL MAZIDIH, Akram Turki Hishan; a.k.a. AL-HISHAN, Akram Turki; a.k.a. "ABU AKRAM"; a.k.a. "ABU JARRAH"), Zabadani, Syria; DOB 1974; alt. DOB 1975; alt. DOB 1979 (individual) [SDGT].

AL-MAZIDIH, Badran Turki al-Hishan (a.k.a. AL MAZIDIH, Badran Turki Hishan; a.k.a. AL MEZIDI, Badran Turki Hishan; a.k.a. AL-SHA'BANI, Badran Turki Hisham al-Mazidih; a.k.a. AL-TURKI, Badran; a.k.a. HISHAM, Badran al-Turki; a.k.a. HISHAN, Badran Turki; a.k.a. SHALASH, Badran Turki Hayshan; a.k.a. "ABU 'ABDALLAH"; a.k.a. "ABU ABDULLAH"; a.k.a. "ABU 'AZZAM"; a.k.a. "ABU GHADIYAH"), Zabadani, Syria; DOB 1977; alt. DOB 1978; alt. DOB 1979; POB Mosul, Iraq (individual) [SDGT].

ALMENOR HOLDINGS LIMITED, Louloupis Court, Floor No: 7, Christodoylou Chatzipaylou 205, Limassol 3036, Cyprus; Organization Established Date 30 Jan 2018; Registration Number C379400 (Cyprus) [RUSSIA-EO14024] (Linked To: THE SISTER TRUST).

ALMERINA INVESTMENTS (a.k.a. ALMERINA PROPERTIES LIMITED), Virgin Islands, British [GLOMAG] (Linked To: ORIENTAL IRON COMPANY SPRL).

ALMERINA PROPERTIES LIMITED (a.k.a. ALMERINA INVESTMENTS), Virgin Islands, British [GLOMAG] (Linked To: ORIENTAL IRON COMPANY SPRL).

AL-MESHEDANI, Abdullah Ahmed (a.k.a. AL-MASHHADANI, Abdullah Ahmad; a.k.a. AL-MASHHADANI, Abdullah Ahmed; a.k.a. "Abu al-Qasem"; a.k.a. "Abu Kassem"; a.k.a. "Abu Qassim"), Iraq; Syria; DOB 21 Jan 1968; POB Iraq (individual) [SDGT].

ALMETYEVSK STATE OIL INSTITUTE (a.k.a. STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION ALMETYEVSK STATE OIL INSTITUTE (Cyrillic: ГОСУДАРСТВЕННОЕ БЮДЖЕТНОЕ ОБРАЗОВАТЕЛЬНОЕ УЧРЕЖДЕНИЕ ВЫСШЕГО ОБРАЗОВАНИЯ АЛЬМЕТЬЕВСКИЙ ГОСУДАРСТВЕННЫЙ НЕФТЯНОЙ ИНСТИТУТ); a.k.a. "GBOU VO AGNI"), ul. Lenina, d. 2, Almetyevsk, Republic of Tatarstan 423450, Russia; Tax ID No. 1644005183 (Russia); Government Gazette Number 33861852 (Russia); Registration Number 1021601629642 (Russia) [RUSSIA-EO14024].

AL-MILAD, Osama (a.k.a. AL KUNI, Osama; a.k.a. IBRAHIM, Osama Al Kuni (Arabic: أسامة الكوني ابراهيم); a.k.a. MILAD, Osama; a.k.a. "ZAWIYA, Osama"; a.k.a. "ZAWIYAH, Osama"), Zawiyah, Libya; DOB 04 Apr 1976; alt. DOB 02 Apr 1976; POB Tripoli, Libya; nationality Libya; Gender Male (individual) [LIBYA3].

AL-MILHEM, Kifah (a.k.a. MELHEM, Kifah; a.k.a. MILHEM, Kifah; a.k.a. MOULHEM, Kifah (Arabic: كفاح ملحم); a.k.a. MOULHIM, Kifah; a.k.a. MULHEM, Kifah; a.k.a. MULHIM, Kifah), Damascus, Syria; DOB 28 Nov 1961; POB Junayrat Ruslan, Tartous, Syria; nationality Syria; Gender Male (individual) [SYRIA] [SYRIA-EO13894] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

AL-MINALA, Muhammad 'Ali, Damascus, Syria; DOB 03 Jun 1985; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA] (Linked To: CENTRAL BANK OF SYRIA).

AL-MINUKI, Abu-Bilal (a.k.a. AL-MAINUKI, Abu Bakr ibn Muhammad ibn 'Ali; a.k.a. MAINOK, Abor; a.k.a. MAINOK, Abubakar), Nigeria; DOB 1982; POB Mainok, Benisheikh, Borno State, Nigeria; nationality Nigeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-MISRI, Abu Hamza (a.k.a. AL-MASRI, Abu Hamza; a.k.a. EMAN, Adam Ramsey; a.k.a. KAMEL, Mustafa; a.k.a. MUSTAFA, Mustafa Kamel), 9 Albourne Road, Shepherds Bush, London W12 OLW, United Kingdom; 8 Adie Road, Hammersmith, London W6 OPW, United Kingdom; DOB 15 Apr 1958 (individual) [SDGT].

AL-MISRI, Abu Walid (a.k.a. AL-MASRI, Abu al-Walid; a.k.a. ATIYA, Mustafa; a.k.a. HAMID, Mustafa; a.k.a. HAMID, Mustafa Muhammad 'Atiya; a.k.a. "AL-MAKKI, Hashim"; a.k.a. "AL-WALID, Abu"); DOB Mar 1945; POB Alexandria, Egypt; nationality Egypt; alt. nationality Pakistan (individual) [SDGT].

AL-MITIWITI, Arkan Ahmad 'Abbas (a.k.a. ALBU-MITEUTI, Arkan Ahmad Abbas Albu-Mazida; a.k.a. AL-MATUTI, Arkan Ahmad 'Abbas; a.k.a. "Abu Sarhan"), Nineveh Governorate, Iraq; Syria; DOB 06 Oct 1982; POB Mosul, Iraq; alt. POB Sinjar District, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT]

(Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-MOALI, Mohammed Yunis Ahmed (a.k.a. AHMAD, Muhammad Yunis; a.k.a. AHMED, Muhammad Yunis; a.k.a. AL-AHMED, Muhammad Yunis; a.k.a. AL-BADRANI, Muhammad Yunis Ahmad), Al-Dawar Street, Bludan, Syria; Damascus, Syria; Mosul, Iraq; Wadi al-Hawi, Iraq; Dubai, United Arab Emirates; Al-Hasaka, Syria; DOB 1949; POB Al-Mowall, Mosul, Iraq; nationality Iraq (individual) [IRAQ2].

AL-MOALLEM, Walid (a.k.a. AL-MOUALEM, Walid; a.k.a. AL-MOUALLEM, Walid; a.k.a. AL-MUALEM, Walid; a.k.a. AL-MUALLEM, Walid; a.k.a. MOALLEM, Walid; a.k.a. MUALLEM, Walid; a.k.a. MUHI EDDINE MOALLEM, Walid); DOB 1941; POB Damascus, Syria; Foreign and Expatriates Minister; Minister for Foreign Affairs (individual) [SYRIA].

AL-MOHAIMEN FOR TRANSPORTING & CONTRACTING (a.k.a. AL MOHAIMEN FOR TRANSPORTATION AND CONTRACTING; a.k.a. AL-MOHAIMEN FOR TRANSPORTING AND CONTRACTING), Lattakia, Syria [SYRIA] (Linked To: AMAN HOLDING COMPANY).

AL-MOHAIMEN FOR TRANSPORTING AND CONTRACTING (a.k.a. AL MOHAIMEN FOR TRANSPORTATION AND CONTRACTING; a.k.a. AL-MOHAIMEN FOR TRANSPORTING & CONTRACTING), Lattakia, Syria [SYRIA] (Linked To: AMAN HOLDING COMPANY).

AL-MOHAMMEDAWI, Abdul Aziz (a.k.a. MIRJIRASH AL-MUHAMMADAWI, Abd al-Aziz Malluh; a.k.a. MJERESH, Abdulazeez Mlawwah Mjeresh; a.k.a. "Abu Fadak"; a.k.a. "Al Khal"; a.k.a. "AL-MOHAMMEDAWI, Abu Fadak"), Iraq; DOB 20 Jan 1968; POB Iraq; citizen Iraq; Gender Male; Passport A6108489 (Iraq) expires 28 Apr 2020 (individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

AL-MOHANDAS, Abu-Mahdi (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal

Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-MOHANDESS, Abu Mehdi (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-MOSSALEM, Ali Said (Arabic: على سعيد المسلم) (a.k.a. MOSSALEM, Ali; a.k.a. MOSSALEM, Ali Said), Lebanon; DOB 23 Dec 1983; POB Arnoun, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 000023845887 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

AL-MOUALEM, Walid (a.k.a. AL-MOALLEM, Walid; a.k.a. AL-MOUALLEM, Walid; a.k.a. AL-MUALEM, Walid; a.k.a. AL-MUALLEM, Walid; a.k.a. MOALLEM, Walid; a.k.a. MUALLEM, Walid; a.k.a. MUHI EDDINE MOALLEM, Walid); DOB 1941; POB Damascus, Syria; Foreign and Expatriates Minister; Minister for Foreign Affairs (individual) [SYRIA].

AL-MOUALLEM, Walid (a.k.a. AL-MOALLEM, Walid; a.k.a. AL-MOUALEM, Walid; a.k.a. AL-MUALEM, Walid; a.k.a. AL-MUALLEM, Walid;

a.k.a. MOALLEM, Walid; a.k.a. MUALLEM, Walid; a.k.a. MUHI EDDINE MOALLEM, Walid); DOB 1941; POB Damascus, Syria; Foreign and Expatriates Minister; Minister for Foreign Affairs (individual) [SYRIA].

AL-MOUSSAWI, Hamad (a.k.a. AL MOSAWI, Hamad Yasir Mohsin; a.k.a. AL MUSAWI, Hamad Yasir Mohsin; a.k.a. AL MUSAWI, Hammed Muhsen; a.k.a. AL-MUSAWI, Hamad Yasir Muhsin), Baghdad, Iraq; DOB 12 May 1970; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AI3624852 (Iraq) expires 26 Jun 2026; alt. Passport AII035307 (Iraq) expires 01 Apr 2024; National ID No. 00385065 (Iraq) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ALMTHAJE, Ameer Abdulazeez Jaafar (a.k.a. AL-MUTAHAJI, Amir 'Abd-al-'Aziz Ja'far; a.k.a. AL-TAA'EI, Amir; a.k.a. DIANAT, Amir; a.k.a. DIANAT, Amir Abdolaziz; a.k.a. DIANET, Amir; a.k.a. DIYANAT, Amir; a.k.a. JAFAR, Amir Abdulaziz; a.k.a. MUSHTAQ, Abu), Iran; Iraq; Oman; DOB 15 Mar 1967; alt. DOB 25 Dec 1970; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport W44473918 (Iran); alt. Passport A12688767 (Iraq); alt. Passport F35307926 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-MUA'ASSAT AL-SHAHID (a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION; a.k.a. AL-SHAHID FOUNDATION; a.k.a. AL-SHAHID ORGANIZATION; a.k.a. HIZBALLAH MARTYRS FOUNDATION; a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNDATION; a.k.a. LEBANESE MARTYR ASSOCIATION; a.k.a. LEBANESE MARTYR FOUNDATION; a.k.a. MARTYRS FOUNDATION IN LEBANON; a.k.a. MARTYRS INSTITUTE), P.O. Box 110 24, Bir al-Abed, Beirut, Lebanon; Biqa' Valley, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

AL-MUAJIRIN BRIGADE (a.k.a. ARMY OF FOREIGN FIGHTERS AND SUPPORTERS; a.k.a. ARMY OF THE EMIGRANTS AND HELPERS; a.k.a. BRIGADE OF THE EMIGRANTS AND HELPERS; a.k.a. JAISH AL-MUHAJIREEN WA ANSAR; a.k.a. JAISH AL-MUHAJIREEN WAL-ANSAR; a.k.a. JAYSH AL-

MUHAJIRIN AND AL-ANSAR ARMY; a.k.a. JAYSH AL-MUHAJIRIN WAL-ANSAR; a.k.a. KATEEB AL MUHAJIREEN WAL ANSAR; a.k.a. KATIBA AL-MUHAJIREEN; a.k.a. MUHAJIRIN AND ANSAR ARMY), Syria [SDGT].

AL-MU'AJJAL, Dr. Abd Al-Hamid (a.k.a. AL MOJIL, Abdulhamid Sulaiman M.; a.k.a. AL MUJAL, Dr. Abd al-Hamid; a.k.a. AL MU'JIL, Abd al-Hamid Sulaiman; a.k.a. AL-MUJIL, Abd Al Hamid Sulaiman Muhammed; a.k.a. AL-MU'JIL, Dr. Abd Abdul-Hamid bin Sulaiman; a.k.a. MUJEL, A.S.; a.k.a. MU'JIL, Abd al-Hamid; a.k.a. "ABDALLAH, Abu"); DOB 28 Apr 1949; alt. DOB 29 Apr 1949; POB Kuwait; nationality Saudi Arabia; citizen Saudi Arabia; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT].

AL-MUALEM, Walid (a.k.a. AL-MOALLEM, Walid; a.k.a. AL-MOALLEM, Walid; a.k.a. AL-MOUALEM, Walid; a.k.a. AL-MOUALLEM, Walid; a.k.a. AL-MUALLEM, Walid; a.k.a. MOALLEM, Walid; a.k.a. MUALLEM, Walid; a.k.a. MUHI EDDINE MOALLEM, Walid); DOB 1941; POB Damascus, Syria; Foreign and Expatriates Minister; Minister for Foreign Affairs (individual) [SYRIA].

AL-MUALLEM, Walid (a.k.a. AL-MOALLEM, Walid; a.k.a. AL-MOUALEM, Walid; a.k.a. AL-MOUALLEM, Walid; a.k.a. AL-MUALEM, Walid; a.k.a. MOALLEM, Walid; a.k.a. MUALLEM, Walid; a.k.a. MUHI EDDINE MOALLEM, Walid); DOB 1941; POB Damascus, Syria; Foreign and Expatriates Minister; Minister for Foreign Affairs (individual) [SYRIA].

AL-MUAMEN, Qassim (a.k.a. ABDULLAH ALI, Qassim; a.k.a. ABDULLAH, Qassim; a.k.a. AHMED, Qassim Abdullah Ali; a.k.a. AL MUAMEN, Qassim), Iran; DOB 1989; alt. DOB 1988; alt. DOB 1990; alt. DOB 08 Sep 1989; POB Sitrah, Bahrain; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1948673 (Bahrain) issued 18 Oct 2010 expires 18 Oct 2020; National ID No. 890906491 (Bahrain) (individual) [SDGT] (Linked To: AL-ASHTAR BRIGADES).

AL-MU'AYYAD, Abdallah (a.k.a. AL HAKIM, Abdullah Yahya; a.k.a. AL HAKIM, Abu Ali; a.k.a. AL-HAKIM, Abdallah; a.k.a. ALHAKIM, Abu Ali; a.k.a. AL-HAKIM, Abu-Ali), Dahyan, Sa'dah Governorate, Yemen; DOB 1985; alt. DOB 1984; alt. DOB 1986; POB Dahyan, Yemen; alt. POB Sa'dah Governorate, Yemen;

nationality Yemen; Gender Male; Houthi Chief of Military Intelligence Staff (individual) [YEMEN].

AL-MUDALLAL, Muhammad Zuhayr, Syria; DOB 24 May 1953; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-MUGHASSIL, Ahmad Ibrahim (a.k.a. AL-MUGHASSIL, Ahmed Ibrahim; a.k.a. "ABU OMRAN"); DOB 26 Jun 1967; POB Qatif-Bab al Shamal, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT].

AL-MUGHASSIL, Ahmed Ibrahim (a.k.a. AL-MUGHASSIL, Ahmad Ibrahim; a.k.a. "ABU OMRAN"); DOB 26 Jun 1967; POB Qatif-Bab al Shamal, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT].

AL-MUHAJIR, Shahab (a.k.a. GHAFARI, Sanaullah), Afghanistan; DOB 28 Oct 1994; POB Afghanistan; nationality Afghanistan; Gender Male; Passport O1503093 (individual) [SDGT].

AL-MUHAMMAD, Khamis Sirhan (a.k.a. "DR. KHAMIS"); nationality Iraq; Ba'th party regional command chairman, Karbala (individual) [IRAQ2].

AL-MUHAMMAD, Muhammad, Syria; DOB 02 Feb 1964; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-MUHAMMADIA STUDENTS (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR;

a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

AL-MUHANDES, Abu Mahdi (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-MUHANDIS, Abu Mahdi (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi

Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-MUHANDIS, Abu Mahdi al-Basri (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-MUHANDIS, Abu-Muhannad (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-MUHAYSINI, 'Abdallah Muhammad Bin-Sulayman (a.k.a. ALMUHAYSINI, Abdullah); DOB 30 Oct 1987; POB Al Qasim, Saudi Arabia; nationality Saudi Arabia; Passport K163255 (Saudi Arabia) issued 11 Jun 2011 expires 16 Apr 2016 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

ALMUHAYSINI, Abdullah (a.k.a. AL-MUHAYSINI, 'Abdallah Muhammad Bin-Sulayman); DOB 30 Oct 1987; POB Al Qasim, Saudi Arabia; nationality Saudi Arabia; Passport K163255 (Saudi Arabia) issued 11 Jun 2011 expires 16 Apr 2016 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUJAHEDEEN, Taqni (a.k.a. AL-MUJAHIDIN, Taqni; a.k.a. SALIM, Mu'min al-Mawgy Mahmud; a.k.a. SALIM, Mu'min al-Mawji Mahmud (Arabic: مؤمن الموجى محمود سليم); a.k.a. SALIM, Mu'min al-Mogy Mahmud), Egypt; DOB 16 Oct 1991; POB Egypt; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-MUJAHIDIN BRIGADES (a.k.a. AL MUJAHIDEEN BRIGADES; a.k.a. ANSAR AL-MUJAHIDIN MOVEMENT; a.k.a. HOLY WARRIORS BATTALION; a.k.a. KHATIB AL-MUJAHIDIN), West Bank, Palestinian; Gaza Strip, Palestinian; Cairo, Egypt [SDGT].

AL-MUJAHIDIN, Taqni (a.k.a. AL-MUJAHEDEEN, Taqni; a.k.a. SALIM, Mu'min al-Mawgy Mahmud; a.k.a. SALIM, Mu'min al-Mawji Mahmud (Arabic: مؤمن الموجى محمود سليم); a.k.a. SALIM, Mu'min al-Mogy Mahmud), Egypt; DOB 16 Oct 1991; POB Egypt; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-MUJIL, Abd Al Hamid Sulaiman Muhammed (a.k.a. AL MOJIL, Abdulhamid Sulaiman M.; a.k.a. AL MUJAL, Dr. Abd al-Hamid; a.k.a. AL MU'JIL, Abd al-Hamid Sulaiman; a.k.a. AL-MU'AJJAL, Dr. Abd Al-Hamid; a.k.a. AL-MU'JIL, Dr. Abd Abdul-Hamid bin Sulaiman; a.k.a. MUJEL, A.S.; a.k.a. MU'JIL, Abd al-Hamid; a.k.a. "ABDALLAH, Abu"); DOB 28 Apr 1949; alt. DOB 29 Apr 1949; POB Kuwait; nationality Saudi Arabia; citizen Saudi Arabia; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT].

AL-MU'JIL, Dr. Abd Abdul-Hamid bin Sulaiman (a.k.a. AL MOJIL, Abdulhamid Sulaiman M.; a.k.a. AL MUJAL, Dr. Abd al-Hamid; a.k.a. AL MU'JIL, Abd al-Hamid Sulaiman; a.k.a. AL-MU'AJJAL, Dr. Abd Al-Hamid; a.k.a. AL-MUJIL, Abd Al Hamid Sulaiman Muhammed; a.k.a. MUJEL, A.S.; a.k.a. MU'JIL, Abd al-Hamid; a.k.a. "ABDALLAH, Abu"); DOB 28 Apr 1949; alt. DOB 29 Apr 1949; POB Kuwait; nationality Saudi Arabia; citizen Saudi Arabia; Passport F 137998 issued 18 Apr 2004 expires 24 Feb 2009; Doctor (individual) [SDGT].

AL-MUKAHHAL, Aminah, Syria; DOB 01 Jan 1988; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-MUKHTAR BRIGADES (a.k.a. AL-MUKHTAR COMPANIES; a.k.a. AL-MUQAWAMA AL-ISLAMIYYA AL-BAHRANIA; a.k.a. BAHRAINI ISLAMIC RESISTANCE; a.k.a. BAHRAINI ISLAMIC RESISTANCE AL-MUKHTAR COMPANIES; a.k.a. SARAYA AL-MOKHTAR; a.k.a. SARAYA AL-MUKHTAR; a.k.a. "AMB"; a.k.a. "SAM"), Iran; Bahrain [SDGT].

AL-MUKHTAR COMPANIES (a.k.a. AL-MUKHTAR BRIGADES; a.k.a. AL-MUQAWAMA AL-ISLAMIYYA AL-BAHRANIA; a.k.a. BAHRAINI ISLAMIC RESISTANCE; a.k.a. BAHRAINI ISLAMIC RESISTANCE AL-MUKHTAR COMPANIES; a.k.a. SARAYA AL-MOKHTAR; a.k.a. SARAYA AL-MUKHTAR; a.k.a. "AMB"; a.k.a. "SAM"), Iran; Bahrain [SDGT].

AL-MULA, Amir Muhammad Sa'id 'Abd-al-Rahman Muhammad (a.k.a. AL-MAWLA, Amir Muhammad Sa'id Abdal-Rahman; a.k.a. AL-MAWLA, Muhammad Sa'id 'Abd-al-Rahman; a.k.a. SALBI, 'Abdul Amir Muhammad Sa'id; a.k.a. "Abdullah Qardash"; a.k.a. "Abu Ibrahim al-Hashimi al-Qurashi"; a.k.a. "Abu-'Abdullah Qardash"; a.k.a. "Abu-'Umar al-Turkmani"; a.k.a. "al-Hajj Abdullah Qardash"; a.k.a. "Hajji Abdallah"; a.k.a. "Hajji Abdullah al-Afari"), Iraq; Syria; DOB 01 Oct 1976; alt. DOB 05 Oct 1976; POB Mosul, Iraq; alt. POB Tall 'Afar, Iraq; nationality Iraq; citizen Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-MULATHAMUN BATTALION (a.k.a. AL-MULATHAMUN BRIGADE; a.k.a. AL-MULATHAMUN MASKED ONES BRIGADE; a.k.a. AL-MURABITOUN; a.k.a. AL-MUWAQQI'UN BIL-DIMA; a.k.a. KHALED ABU AL-ABBAS BRIGADE; a.k.a. SIGNATORIES IN BLOOD; a.k.a. SIGNED-IN-BLOOD BATTALION; a.k.a. THOSE SIGNED IN BLOOD BATTALION; a.k.a. THOSE WHO SIGN IN BLOOD; a.k.a. "MASKED MEN BRIGADE"; a.k.a. "THE SENTINELS"; a.k.a. "WITNESSES IN BLOOD"), Algeria; Mali [FTO] [SDGT].

AL-MULATHAMUN BRIGADE (a.k.a. AL-MULATHAMUN BATTALION; a.k.a. AL-MULATHAMUN MASKED ONES BRIGADE; a.k.a. AL-MURABITOUN; a.k.a. AL-MUWAQQI'UN BIL-DIMA; a.k.a. KHALED ABU AL-ABBAS BRIGADE; a.k.a. SIGNATORIES IN BLOOD; a.k.a. SIGNED-IN-BLOOD BATTALION; a.k.a. THOSE SIGNED IN BLOOD BATTALION; a.k.a. THOSE WHO SIGN IN BLOOD; a.k.a. "MASKED MEN BRIGADE"; a.k.a. "THE SENTINELS"; a.k.a. "WITNESSES IN BLOOD"), Algeria; Mali [FTO] [SDGT].

AL-MULATHAMUN MASKED ONES BRIGADE (a.k.a. AL-MULATHAMUN BATTALION; AL-MULATHAMUN BRIGADE; a.k.a. AL-MURABITOUN; a.k.a. AL-MUWAQQI'UN BIL-DIMA; a.k.a. KHALED ABU AL-ABBAS BRIGADE; a.k.a. SIGNATORIES IN BLOOD; a.k.a. SIGNED-IN-BLOOD BATTALION; a.k.a. THOSE SIGNED IN BLOOD BATTALION; a.k.a. THOSE WHO SIGN IN BLOOD; a.k.a. "MASKED MEN BRIGADE"; a.k.a. "THE SENTINELS"; a.k.a. "WITNESSES IN BLOOD"), Algeria; Mali [FTO] [SDGT].

AL-MUNADAMA AL-KHAYRIA LILTANMIA (a.k.a. AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE

GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

AL-MUNADDAMA AL-KAIRYIA LIL-TANMIYA OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH (a.k.a. AL-MUNADAMA AL-KHAYRIA LILTANMIA; a.k.a. M/S WELFARE & DEVELOPMENT ORGANIZATION; a.k.a. MASHARIA AL-KHAYRIA; a.k.a. MASHARYA AL-KHAIRYA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN AFGHANISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION IN PAKISTAN; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF ADVOCACY GROUP TO THE KORAN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH ILA AL-QUR'AN WA-AL-SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMA'AT AL-DA'WAH LI-L-QUR'AN WA-L-SUNNA; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF JAMAAT-UD-DAWAH FOR QUR'AN AND SUNNAH; a.k.a. WELFARE AND DEVELOPMENT ORGANIZATION OF THE GROUP FOR THE CALL TO QUR'AN AND SUNNAH; a.k.a. "WDO"; a.k.a. "WELFARE & DEVELOPMENT ORGANIZATION"; a.k.a. "WELFARE AND DEVELOPMENT ORG"; a.k.a. "WELFARE AND DEVELOPMENT ORGANIZATION"), P.O. Box 1202, Badhi Road, Chamkani, Peshawar 25000, Pakistan; 81-E/A, Old Bara Road, University Town, Peshawar 25000, Pakistan; P.O. Box 769, University Town, Peshawar, Pakistan; 45 D/3, Old Jamrud Road, University Town, Peshawar 25000, Pakistan; Shahen Town, House 46, near

airport, Peshawar, Pakistan; Jalalabad, Nangarhar, Afghanistan; Upper Chatter Near Water Supply, Muzaffarabad, Azad Jammu and Kashmir, Pakistan; Registration ID F.5 (29) AR-11/2002 (Pakistan); alt. Registration ID 827 (Afghanistan) [SDGT] (Linked To: RAHMAN, Inayat ur).

AL-MUQAWAMA AL-ISLAMIYYA AL-BAHRANIA (a.k.a. AL-MUKHTAR BRIGADES; a.k.a. AL-MUKHTAR COMPANIES; a.k.a. BAHRAINI ISLAMIC RESISTANCE; a.k.a. BAHRAINI ISLAMIC RESISTANCE AL-MUKHTAR COMPANIES; a.k.a. SARAYA AL-MOKHTAR; a.k.a. SARAYA AL-MUKHTAR; a.k.a. "AMB"; a.k.a. "SAM"), Iran; Bahrain [SDGT].

AL-MURABITOUN (a.k.a. AL-MULATHAMUN BATTALION; a.k.a. AL-MULATHAMUN BRIGADE; a.k.a. AL-MULATHAMUN MASKED ONES BRIGADE; a.k.a. AL-MUWAQQI'UN BIL-DIMA; a.k.a. KHALED ABU AL-ABBAS BRIGADE; a.k.a. SIGNATORIES IN BLOOD; a.k.a. SIGNED-IN-BLOOD BATTALION; a.k.a. THOSE SIGNED IN BLOOD BATTALION; a.k.a. THOSE WHO SIGN IN BLOOD; a.k.a. "MASKED MEN BRIGADE"; a.k.a. "THE SENTINELS"; a.k.a. "WITNESSES IN BLOOD"), Algeria; Mali [FTO] [SDGT].

AL-MUSAWI, Ali Mussa Daqduq (a.k.a. 'ABD AL-YUNIS, Hamid Majid; a.k.a. AL-LAMI, Hamid Muhammad; a.k.a. AL-MASUI, Husayn Muhammad Jabur; a.k.a. AL-MUSAWI, Hamid Muhammad Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Jabur; a.k.a. AL-MUSUI, Hamid Muhammad Jabur; a.k.a. DAQDUQ, Ali Mussa; a.k.a. JABUR AL-LAMI, Hamid Muhammad); DOB 01 Sep 1969; alt. DOB 31 Dec 1971; alt. DOB 09 Aug 1971; alt. DOB 09 Sep 1970; alt. DOB 09 Aug 1969; alt. DOB 05 Mar 1972; POB Beirut, Lebanon; alt. POB Al-Karradah, Baghdad, Iraq; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

AL-MUSAWI, Hamad Yasir Muhsin (a.k.a. AL MOSAWI, Hamad Yasir Mohsin; a.k.a. AL MUSAWI, Hamad Yasir Mohsin; a.k.a. AL MUSAWI, Hammed Muhsen; a.k.a. AL-MOUSSAWI, Hamad), Baghdad, Iraq; DOB 12 May 1970; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AI3624852 (Iraq) expires 26 Jun 2026; alt. Passport AII035307 (Iraq) expires 01 Apr 2024; National

ID No. 00385065 (Iraq) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-MUSAWI, Hamid Muhammad Daqduq (a.k.a. 'ABD AL-YUNIS, Hamid Majid; a.k.a. AL-LAMI, Hamid Muhammad; a.k.a. AL-MASUI, Husayn Muhammad Jabur; a.k.a. AL-MUSAWI, Ali Mussa Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Jabur; a.k.a. AL-MUSUI, Hamid Muhammad Jabur; a.k.a. DAQDUQ, Ali Mussa; a.k.a. JABUR AL-LAMI, Hamid Muhammad); DOB 01 Sep 1969; alt. DOB 31 Dec 1971; alt. DOB 09 Aug 1971; alt. DOB 09 Sep 1970; alt. DOB 09 Aug 1969; alt. DOB 05 Mar 1972; POB Beirut, Lebanon; alt. POB Al-Karradah, Baghdad, Iraq; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

AL-MUSAWI, Hamid Muhammad Jabur (a.k.a. 'ABD AL-YUNIS, Hamid Majid; a.k.a. AL-LAMI, Hamid Muhammad; a.k.a. AL-MASUI, Husayn Muhammad Jabur; a.k.a. AL-MUSAWI, Ali Mussa Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Daqduq; a.k.a. AL-MUSUI, Hamid Muhammad Jabur; a.k.a. DAQDUQ, Ali Mussa; a.k.a. JABUR AL-LAMI, Hamid Muhammad); DOB 01 Sep 1969; alt. DOB 31 Dec 1971; alt. DOB 09 Aug 1971; alt. DOB 09 Sep 1970; alt. DOB 09 Aug 1969; alt. DOB 05 Mar 1972; POB Beirut, Lebanon; alt. POB Al-Karradah, Baghdad, Iraq; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

AL-MUSAWI, Sayyid Salah (a.k.a. AL-MAKSUSI, Sayyid Salah Mahdi Hantush; a.k.a. "HAWRA, Abu"; a.k.a. "SALAH, Sayyid"); DOB 1973; alt. DOB 1971; nationality Iraq (individual) [SDGT].

AL-MUSTAFA INTERNATIONAL UNIVERSITY (Arabic: جامعه المصطفى العالمية) (a.k.a. AL-MUSTAFA UNIVERSITY), Muallim Boulevard, PO Box 439, Qom, Iran; Central District, Moalem Square, 8 Moalem Ally Shahid Golbarg, Moalem Boulevard, No. 0, Basement, Qom, Qom Province 3715697867, Iran; Website http://en.miu.ac/ir/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Type: Higher education; National ID No. 10590000383 (Iran) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-MUSTAFA UNIVERSITY (a.k.a. AL-MUSTAFA INTERNATIONAL UNIVERSITY (Arabic: جامعه المصطفى العالمية)), Muallim

Boulevard, PO Box 439, Qom, Iran; Central District, Moalem Square, 8 Moalem Ally Shahid Golbarg, Moalem Boulevard, No. 0, Basement, Qom, Qom Province 3715697867, Iran; Website http://en.miu.ac.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Type: Higher education; National ID No. 10590000383 (Iran) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-MUSUI, Hamid Muhammad Jabur (a.k.a. 'ABD AL-YUNIS, Hamid Majid; a.k.a. AL-LAMI, Hamid Muhammad; a.k.a. AL-MASUI, Husayn Muhammad Jabur; a.k.a. AL-MUSAWI, Ali Mussa Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Jabur; a.k.a. DAQDUQ, Ali Mussa; a.k.a. JABUR AL-LAMI, Hamid Muhammad); DOB 01 Sep 1969; alt. DOB 31 Dec 1971; alt. DOB 09 Aug 1971; alt. DOB 09 Sep 1970; alt. DOB 09 Aug 1969; alt. DOB 05 Mar 1972; POB Beirut, Lebanon; alt. POB Al-Karradah, Baghdad, Iraq; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

AL-MUTAFAQ COMMERCIAL COMPANY, Boosaaso, Somalia [SDGT] (Linked To: YUSUF, Mohamed Mire Ali).

AL-MUTAHAJI, Amir 'Abd-al-'Aziz Ja'far (a.k.a. ALMTHAJE, Ameer Abdulazeez Jaafar; a.k.a. AL-TAA'EI, Amir; a.k.a. DIANAT, Amir; a.k.a. DIANAT, Amir Abdolaziz; a.k.a. DIANET, Amir; a.k.a. DIYANAT, Amir; a.k.a. JAFAR, Amir Abdulaziz; a.k.a. MUSHTAQ, Abu), Iran; Iraq; Oman; DOB 15 Mar 1967; alt. DOB 25 Dec 1970; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport W44473918 (Iran); alt. Passport A12688767 (Iraq); alt. Passport F35307926 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-MUTAIRI, 'Abd al-Muhsin (a.k.a. AL-MUTAIRI, Abdolmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabn Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-

Mushin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAIRI, Abdulmohsen Zeben Mutaab (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabn Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYRI, 'Abd al-Muhsin Zaban (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabn Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a.

AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-

MUTAYYRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYRI, 'Abd al-Muhsin Zubin (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib

Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYRI, 'Abd al-Muhsin Zabin (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYYIRI, 'Abd al-Muhsin Zabn (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-

Mushin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabn Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUTAYYIRI, 'Abd al-Muhsin (a.k.a. AL-MUTAIRI, 'Abd al-Muhsin; a.k.a. AL-MUTAIRI, Abdulmohsen Zeben Mutaab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zaban; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabn Mut'ab; a.k.a. AL-MUTAYRI, Abd al-Muhsin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zabin Naif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibin Mut'ib Nayif; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zibn Muta'ab; a.k.a. AL-MUTAYRI, 'Abd al-Muhsin Zubin; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabin Mutib Naif; a.k.a. AL-MUTAYRI, 'Abd al-Mushin Zabn; a.k.a. AL-MUTAYRI, Dr. 'Abd al-Muhsin Zabn Mut'ib; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabin Mutab Nayif; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zabn; a.k.a. AL-MUTAYYIRI, 'Abd al-Muhsin Zubyn; a.k.a. "AL-ZIBIN, Muhsin"; a.k.a. "NAYIF, 'Abd al-Muhsin Zayn Mun'ib"), Kuwait; DOB 01 Jul 1973; POB Kuwait; nationality Kuwait (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-MUWAQQI'UN BIL-DIMA (a.k.a. AL-MULATHAMUN BATTALION; a.k.a. AL-MULATHAMUN BRIGADE; a.k.a. AL-MULATHAMUN MASKED ONES BRIGADE;

a.k.a. AL-MURABITOUN; a.k.a. KHALED ABU AL-ABBAS BRIGADE; a.k.a. SIGNATORIES IN BLOOD; a.k.a. SIGNED-IN-BLOOD BATTALION; a.k.a. THOSE SIGNED IN BLOOD BATTALION; a.k.a. THOSE WHO SIGN IN BLOOD; a.k.a. "MASKED MEN BRIGADE"; a.k.a. "THE SENTINELS"; a.k.a. "WITNESSES IN BLOOD"), Algeria; Mali [FTO] [SDGT].

AL-NABI, Muhammad Fadl Abd (a.k.a. NABI, Mohammed Fadl Abdul), Yemen; DOB 01 Jan 1952; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-NAIMI, A. Rahman (a.k.a. AL NAIMEH, Abdelrahman Imer al Jaber; a.k.a. AL NEAIMI, Abdulrahman Omair; a.k.a. ALNAIMI, A. Rahman Omair J; a.k.a. AL-NA'IMI, Abd al-Rahman bin 'Amir; a.k.a. AL-NUA'YMI, 'Abd al-Rahman; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Umayr; a.k.a. AL-NU'AYMI, 'Abdallah Muhammad; a.k.a. AL-NU'IMI, 'Abd al-Rahman bin 'Amir), Qatar; DOB 1954; Passport 00868774 (Qatar) expires 27 Apr 2014; Personal ID Card 25463401784 (Qatar) expires 06 Dec 2019 (individual) [SDGT].

ALNAIMI, A. Rahman Omair J (a.k.a. AL NAIMEH, Abdelrahman Imer al Jaber; a.k.a. AL NEAIMI, Abdulrahman Omair; a.k.a. AL-NAIMI, A. Rahman; a.k.a. AL-NA'IMI, Abd al-Rahman bin 'Amir; a.k.a. AL-NUA'YMI, 'Abd al-Rahman; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Umayr; a.k.a. AL-NU'AYMI, 'Abdallah Muhammad; a.k.a. AL-NU'IMI, 'Abd al-Rahman bin 'Amir), Qatar; DOB 1954; Passport 00868774 (Qatar) expires 27 Apr 2014; Personal ID Card 25463401784 (Qatar) expires 06 Dec 2019 (individual) [SDGT].

AL-NA'IMI, Abd al-Rahman bin 'Amir (a.k.a. AL NAIMEH, Abdelrahman Imer al Jaber; a.k.a. AL NEAIMI, Abdulrahman Omair; a.k.a. ALNAIMI, A. Rahman Omair J; a.k.a. AL-NAIMI, A. Rahman; a.k.a. AL-NUA'YMI, 'Abd al-Rahman; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Umayr; a.k.a. AL-NU'AYMI, 'Abdallah Muhammad; a.k.a. AL-NU'IMI, 'Abd al-Rahman bin 'Amir), Qatar; DOB 1954; Passport 00868774 (Qatar) expires 27 Apr 2014; Personal ID Card 25463401784

(Qatar) expires 06 Dec 2019 (individual) [SDGT].

AL-NA'IMI, Muhammad Iyad, Syria; DOB 29 Oct 1955; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-NAJDI, Abd-al-Latif (a.k.a. AL CHAREKH, Abdul Mohsen Abdallah Ibrahim; a.k.a. AL-NASR, Sanafi; a.k.a. ALSHAREKH, Abdul Mohsen Abdullah Ibrahim; a.k.a. AL-SHARIKH, Abd-al-Muhsin Abdallah; a.k.a. AL-SHARIKH, Abdul Mohsen Abdullah Ibrahim; a.k.a. "KARIMI, Ali"; a.k.a. "NAJDI, Abdul Mohsin"), DOB 12 Jul 1985; alt. DOB 13 Jul 1985; alt. DOB 07 Dec 1985; POB Shagraa, Saudi Arabia; nationality Saudi Arabia; Passport G895402; National ID No. 1050433349 (Saudi Arabia) (individual) [SDGT].

AL-NAJDI, Muhannad (a.k.a. AL-'UTAYBI, 'Ali Manahi 'Ali al-Mahaydali; a.k.a. "AL-TAJIKI, Ghassan"); DOB 19 May 1984; POB al-Duwadmi, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

AL-NAJDI, Qital (a.k.a. AL-'ABDALI, Qattal; a.k.a. AL-'ABDALI, Qital; a.k.a. AL-'ARIF, Sultan Yusuf Hasan; a.k.a. AL-SAUDI, Abu Musab), Afghanistan; Iran; DOB 28 Jun 1986; alt. DOB 27 Jun 1986; POB Jeddah, Saudi Arabia; nationality Saudi Arabia; Gender Male (individual) [SDGT].

AL-NAJIM, Samir abd al-Aziz; DOB 1937; alt. DOB 1938; POB Baghdad, Iraq; nationality Iraq; Ba'th party regional command chairman, East Baghdad (individual) [IRAQ2].

AL-NAJJAR, Qasim, Syria; DOB 01 Feb 1958; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-NAKHALAH, Ziyad (a.k.a. "ABU TARIQ"), Iran; DOB 03 Jan 1953; alt. DOB 1953; nationality Palestinian (individual) [SDGT].

AL-NAQAZ, Basil Muhsin Ahmad (a.k.a. AL-ADANI, Abu 'Abd al-Rahman; a.k.a. KANAN, Radwan; a.k.a. KANNA, Radwan; a.k.a. QANAN, Radwan Muhammad Husayn Ali), Aden, Yemen; al-Tawilah, Kraytar District, Aden, Yemen; DOB 07 Sep 1975; alt. DOB 1982; POB Abyan Governorate, Khanfar, Al-Rumilah, Yemen; Gender Male (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-NAQIB, Zuhair Talib abd-al-Sattar; DOB circa 1948; nationality Iraq; Director, Military Intelligence (individual) [IRAQ2].

ALNASER AIRLINES (a.k.a. AL NASER WINGS; a.k.a. AL NASER WINGS AIRLINES; a.k.a. AL-NASER AIRLINES), Al-Karrada, Babil Region -

District 929, St. 21, Home 46, Baghdad, Iraq; P.O. Box 28360, Dubai, United Arab Emirates; P.O. Box 911399, Amman 11191, Jordan; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR).

AL-NASER AIRLINES (a.k.a. AL NASER WINGS; a.k.a. AL NASER WINGS AIRLINES; a.k.a. ALNASER AIRLINES), Al-Karrada, Babil Region - District 929, St. 21, Home 46, Baghdad, Iraq; P.O. Box 28360, Dubai, United Arab Emirates; P.O. Box 911399, Amman 11191, Jordan; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR).

AL-NASHIRI, Ibrahim (a.k.a. AL-NASHIRI, Ibrahim Muhammad; a.k.a. AL-NASHIRI, Ibrahim Muhammad Lutf; a.k.a. "ABU HAYDAR"; a.k.a. "WALTER, Muhammad"), Yemen; China; DOB 1977; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 07761836 (Yemen); National ID No. 115330051 (Yemen) (individual) [SDGT].

AL-NASHIRI, Ibrahim Muhammad (a.k.a. AL-NASHIRI, Ibrahim; a.k.a. AL-NASHIRI, Ibrahim Muhammad Lutf; a.k.a. "ABU HAYDAR"; a.k.a. "WALTER, Muhammad"), Yemen; China; DOB 1977; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 07761836 (Yemen); National ID No. 115330051 (Yemen) (individual) [SDGT].

AL-NASHIRI, Ibrahim Muhammad Lutf (a.k.a. AL-NASHIRI, Ibrahim; a.k.a. AL-NASHIRI, Ibrahim Muhammad; a.k.a. "ABU HAYDAR"; a.k.a. "WALTER, Muhammad"), Yemen; China; DOB 1977; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 07761836 (Yemen); National ID No. 115330051 (Yemen) (individual) [SDGT].

AL-NASIRI, Walid Hamid Tawfiq (a.k.a. AL-TIKRITI, Walid Hamid Tawfiq); DOB circa 1950; POB Tikrit, Iraq; nationality Iraq; Governor of Basrah (individual) [IRAQ2].

AL-NASR, Sanafi (a.k.a. AL CHAREKH, Abdul Mohsen Abdallah Ibrahim; a.k.a. AL-NAJDI, Abd-al-Latif; a.k.a. ALSHAREKH, Abdul Mohsen Abdullah Ibrahim; a.k.a. AL-SHARIKH, Abd-al-Muhsin Abdallah; a.k.a. AL-SHARIKH, Abdul Mohsen Abdullah Ibrahim; a.k.a.

"KARIMI, Ali"); DOB 12 Jul 1985; alt. DOB 13 Jul 1985; alt. DOB 07 Dec 1985; POB Shagraa, Saudi Arabia; nationality Saudi Arabia; Passport G895402; National ID No. 1050433349 (Saudi Arabia) (individual) [SDGT].

AL-NASSER, Abdelkarim Hussein Mohamed; POB Al Ihsa, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT].

AL-NASSER, Hala Mohammad; DOB 1964; POB Raqqa, Syria; Minister of Tourism (individual) [SYRIA].

AL-NAYEF, Sa'ad Abdel-Salam; DOB 1959; POB Aleppo, Syria; Minister of Health (individual) [SYRIA].

ALNEZAM AL ASASY GENERAL TRADING (a.k.a. AL NEZAAM AL ASASY GENERAL TRADING COMPANY; a.k.a. AL NEZAM AL ASASY GENERAL TRADING L.L.C (Arabic: النظام الأساسي للتجارة العامة ش.ذ.م.م.)), PO Box 40450, Dubai, United Arab Emirates; Kuwait Building 104, Deira, Dubai, United Arab Emirates; Organization Established Date 24 Aug 2011; Identification Number 196181 (United Arab Emirates); License 658287 (United Arab Emirates); Registration Number 1081418 (United Arab Emirates) [SOMALIA] (Linked To: ABDI, Abdulwahab Noor).

AL-NU'AIMI, 'Abd al-Rahman (a.k.a. AL NAIMEH, Abdelrahman Imer al Jaber; a.k.a. AL NEAIMI, Abdulrahman Omair; a.k.a. AL-NAIMI, A. Rahman; a.k.a. ALNAIMI, A. Rahman Omair J; a.k.a. AL-NA'IMI, Abd al-Rahman bin 'Amir; a.k.a. AL-NUA'YMI, 'Abd al-Rahman; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Umayr; a.k.a. AL-NU'AYMI, 'Abdallah Muhammad; a.k.a. AL-NU'IMI, 'Abd al-Rahman bin 'Amir), Qatar; DOB 1954; Passport 00868774 (Qatar) expires 27 Apr 2014; Personal ID Card 25463401784 (Qatar) expires 06 Dec 2019 (individual) [SDGT].

AL-NUA'YMI, 'Abd al-Rahman (a.k.a. AL NAIMEH, Abdelrahman Imer al Jaber; a.k.a. AL NEAIMI, Abdulrahman Omair; a.k.a. AL-NAIMI, A. Rahman; a.k.a. ALNAIMI, A. Rahman Omair J; a.k.a. AL-NA'IMI, Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AIMI, 'Abd al-Rahman; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Umayr; a.k.a. AL-NU'AYMI, 'Abdallah Muhammad; a.k.a. AL-NU'IMI, 'Abd al-Rahman bin 'Amir), Qatar; DOB 1954; Passport 00868774 (Qatar) expires 27 Apr 2014; Personal ID Card 25463401784 (Qatar) expires 06 Dec 2019 (individual) [SDGT].

AL-NU'IMI, 'Abd al-Rahman bin 'Amir (a.k.a. AL NAIMEH, Abdelrahman Imer al Jaber; a.k.a. AL NEAIMI, Abdulrahman Omair; a.k.a. AL-NAIMI, A. Rahman; a.k.a. ALNAIMI, A. Rahman Omair

AL-NU'AYMI, 'Abd al-Rahman bin 'Amir (a.k.a. AL NAIMEH, Abdelrahman Imer al Jaber; a.k.a. AL NEAIMI, Abdulrahman Omair; a.k.a. AL-NAIMI, A. Rahman; a.k.a. ALNAIMI, A. Rahman Omair J; a.k.a. AL-NA'IMI, Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AIMI, 'Abd al-Rahman; a.k.a. AL-NUA'YMI, 'Abd al-Rahman; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Umayr; a.k.a. AL-NU'AYMI, 'Abdallah Muhammad; a.k.a. AL-NU'IMI, 'Abd al-Rahman bin 'Amir), Qatar; DOB 1954; Passport 00868774 (Qatar) expires 27 Apr 2014; Personal ID Card 25463401784 (Qatar) expires 06 Dec 2019 (individual) [SDGT].

AL-NU'AYMI, 'Abd al-Rahman bin 'Umayr (a.k.a. AL NAIMEH, Abdelrahman Imer al Jaber; a.k.a. AL NEAIMI, Abdulrahman Omair; a.k.a. AL-NAIMI, A. Rahman; a.k.a. ALNAIMI, A. Rahman Omair J; a.k.a. AL-NA'IMI, Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AIMI, 'Abd al-Rahman; a.k.a. AL-NUA'YMI, 'Abd al-Rahman; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AYMI, 'Abdallah Muhammad; a.k.a. AL-NU'IMI, 'Abd al-Rahman bin 'Amir), Qatar; DOB 1954; Passport 00868774 (Qatar) expires 27 Apr 2014; Personal ID Card 25463401784 (Qatar) expires 06 Dec 2019 (individual) [SDGT].

AL-NU'AYMI, 'Abdallah Muhammad (a.k.a. AL NAIMEH, Abdelrahman Imer al Jaber; a.k.a. AL NEAIMI, Abdulrahman Omair; a.k.a. AL-NAIMI, A. Rahman; a.k.a. ALNAIMI, A. Rahman Omair J; a.k.a. AL-NA'IMI, Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AIMI, 'Abd al-Rahman; a.k.a. AL-NUA'YMI, 'Abd al-Rahman; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Umayr; a.k.a. AL-NU'IMI, 'Abd al-Rahman bin 'Amir), Qatar; DOB 1954; Passport 00868774 (Qatar) expires 27 Apr 2014; Personal ID Card 25463401784 (Qatar) expires 06 Dec 2019 (individual) [SDGT].

AL-NUBI, Abu (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. "ANIS, Abu"; a.k.a. "HUSSEIN"; a.k.a. "KHALID"; a.k.a. "YUSSRR, Abu"); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

AL-NU'IMI, 'Abd al-Rahman bin 'Amir (a.k.a. AL NAIMEH, Abdelrahman Imer al Jaber; a.k.a. AL NEAIMI, Abdulrahman Omair; a.k.a. AL-NAIMI, A. Rahman; a.k.a. ALNAIMI, A. Rahman Omair

J; a.k.a. AL-NA'IMI, Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AIMI, 'Abd al-Rahman; a.k.a. AL-NUA'YMI, 'Abd al-Rahman; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Amir; a.k.a. AL-NU'AYMI, 'Abd al-Rahman bin 'Umayr; a.k.a. AL-NU'AYMI, 'Abdallah Muhammad), Qatar; DOB 1954; Passport 00868774 (Qatar) expires 27 Apr 2014; Personal ID Card 25463401784 (Qatar) expires 06 Dec 2019 (individual) [SDGT].

AL-NUJABA TV (a.k.a. AL-HAMAD BRIGADE; a.k.a. AMMAR IBN YASIR BRIGADE; a.k.a. GOLAN LIBERATION BRIGADE; a.k.a. HARAKAT AL-NUJABA; a.k.a. HARAKAT HEZBOLLAH AL-NUJABA; a.k.a. IMAM AL-HASAN AL-MUJTABA BRIGADE; a.k.a. MOVEMENT OF THE NOBLE ONES HEZBOLLAH; a.k.a. THE MOVEMENT OF THE NOBLE ONES), Iraq; Syria [SDGT].

AL-NUMAN, Aziz Salih; DOB 1941; alt. DOB 1945; POB An Nasiriyah, Iraq; nationality Iraq; Ba'th party regional command chairman (individual) [IRAQ2].

AL-NURISTANI, 'Abd al-Aziz (a.k.a. AL-NURISTANI, Abdul Aziz; a.k.a. NOORISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz-e; a.k.a. "AL-'AZIZ, Abd"; a.k.a. "AZIZ, Abdul"; a.k.a. "AZIZ, Abdullah"), Takal region, Peshawar, Pakistan; DOB 01 Jan 1943 to 31 Dec 1943; POB Du Ab, Nuristan Province, Afghanistan; alt. POB Parun, Nuristan Province, Afghanistan; citizen Pakistan; Passport AK1814292 (Pakistan); alt. Passport AK1814291 (Pakistan) issued 22 Nov 2006 expires 21 Nov 2011; National ID No. 1730190144291 (Pakistan); alt. National ID No. 13743484497 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: AL QA'IDA; Linked To: TALIBAN).

AL-NURISTANI, Abdul Aziz (a.k.a. AL-NURISTANI, 'Abd al-Aziz; a.k.a. NOORISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz; a.k.a. NURISTANI, Abdul Aziz-e; a.k.a. "AL-'AZIZ, Abd"; a.k.a. "AZIZ, Abdul"; a.k.a. "AZIZ, Abdullah"), Takal region, Peshawar, Pakistan; DOB 01 Jan 1943 to 31 Dec 1943; POB Du Ab, Nuristan Province, Afghanistan; alt. POB Parun, Nuristan Province, Afghanistan; citizen Pakistan; Passport AK1814292 (Pakistan); alt. Passport AK1814291 (Pakistan) issued 22 Nov 2006 expires 21 Nov 2011; National ID No. 1730190144291 (Pakistan); alt. National ID No. 13743484497 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: AL QA'IDA; Linked To: TALIBAN).

AL-NUSRAH FRONT (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

AL-NUSRAH FRONT IN LEBANON (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF

AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

AL-OBEIDI, Ahmed Hassan Kaka (a.k.a. AL NOBANI, Ali; a.k.a. AL-UBAYDI, Ahmad Hassan Kaka; a.k.a. HAZIM KAKA), Al Humayra Village, Taza sub district, Iraq; Kurdi Al Nasir village, Iraq; DOB 1949; POB Baghdad, Iraq; nationality Iraq; Passport F032516 (Iraq) issued 04 May 1976 (individual) [IRAQ3].

ALODHARI, Khaled Yahya Rageh (a.k.a. AL ATHARI, Khaled; a.k.a. AL-'UDARI, Khalid (Arabic: ((خالد العذري)), Yemen; DOB 01 Jan 1976; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 08213902 (Yemen) expires 30 Dec 2024 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL-OLABI, Adel Anwar (Arabic: عادل انور العلبي) (a.k.a. AL-OLABI, Adil Anwar; a.k.a. AL-'ULABI, 'Adel Anwar; a.k.a. EL-OULABI, Adel Anouar), Damascus, Syria; DOB 1976; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

AL-OLABI, Adil Anwar (a.k.a. AL-OLABI, Adel Anwar (Arabic: عادل انور العلبي); a.k.a. AL-'ULABI, 'Adel Anwar; a.k.a. EL-OULABI, Adel Anouar), Damascus, Syria; DOB 1976; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

AL-OMAG AND BROS EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR

OFFICE OF FOREIGN ASSETS CONTROL                                    SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMAGI & BRO. MONEY EXCHANGE COMPANY (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA;

a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMAIRI, Faruk (a.k.a. AL-UMAYRI, Faruz; a.k.a. OMAIRI, Farouk; a.k.a. OMAIRI, Farouk Abdul Haj; a.k.a. UMAIRI, Faruq), 605 Avenida Brasil, Apt No. 48, Foz do Iguacu, Brazil; DOB 06 Dec 1945; POB Hermel, Lebanon; citizen Brazil; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

AL-OMAKI EXCHANGE COMPANY (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND

INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMAQI, Saeed Salah Abed Rabboh (a.k.a. AL-AMQI, Said Salih Abd-Rabbuh; a.k.a. ALOMGY, Said Saleh Abed Rubbah; a.k.a. AL-OMGY, Said Salih Abd-Rabbuh (Arabic: سعيد صالح عبدريه العمقي); a.k.a. AL-OMQI, Saeed Salih Abdrabah; a.k.a. AL-OMQI, Saeed Salih Abd-Rabboh; a.k.a. AL-OMQY, Saeed Salih Abed Rabbo; a.k.a. AL-UMAQY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMGY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMQI, Said Salah Abd-Rabbuh; a.k.a. AL-UMQY, Said Saleh Abd-Rabbu), Mahal, Al Mukalla, Yemen; DOB 01 Jan 1956; POB Hadramawt Governorate, Yemen; nationality Yemen (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-OMAQY EXCHANGE CORPORATION (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a.

OFFICE OF FOREIGN ASSETS CONTROL                                    SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMAQY, Mohammed Saleh Abd Rabo (a.k.a. ABDORABOH, Mohammed Saleh; a.k.a. AL OMQI, Mohammed Saleh Abdurabu; a.k.a. ALAMQE, Mohammed Saleh A; a.k.a. AL-AMQI, Muhammad Salih 'Abd-Rabbuh; a.k.a. ALAMQY, Mohammed Saleh Abd-Rabbuh; a.k.a. AL-OMGY, Mohammed Saleh Abd'rabbo; a.k.a. AL-OMGY, Muhammad Salih Abd-Rabbuh (Arabic: محمد صالح عبدربه العمقي); a.k.a. AL-UMAQI, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMGY, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMQI, Mohammad Salih Abdurabbuh; a.k.a. AL-UMQI, Muhammad Saleh Abd-Rabbuh; a.k.a. AL-UMQY, Muhammad Saleh Abd-Rabbuh), Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'a' Street, J Dirham, Salam, Hadramawt, Yemen; Al Amqi Company, Al Makla, Ash Shaykh Uthman, Hadramawt, Yemen; Sayyiun, Suq As Sarrafin, Sayun, Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt. Passport 00692808 (Yemen) issued 03 Mar 2001 expires 03 Mar 2007; Identification Number 08010019189 (Yemen) (individual) [SDGT]

AL-OMGI EXCHANGE COMPANY (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-

SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMGI EXCHANGE COMPANY (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-

SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMGY & BROS. MONEY EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE

COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

ALOMGY AND BROS MONEY EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. MONEY EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY;

ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

ALOMGY AND BROS. EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY;

a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMGY AND BROTHERS MONEY EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser,

Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMGY COMPANY FOR MONEY EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMGY, Mohammed Saleh Abd'rabbo (a.k.a. ABDORABOH, Mohammed Saleh; a.k.a. AL OMQI, Mohammed Saleh Abdurabu; a.k.a. ALAMQE, Mohammed Saleh A; a.k.a. AL-AMQI, Muhammad Salih 'Abd-Rabbuh; a.k.a. ALAMQY, Mohammed Salih Abdrabah; a.k.a. AL-OMAQY, Mohammed Saleh Abd Rabo; a.k.a. AL-OMGY, Muhammad Salih Abd-Rabbuh (Arabic: محمد صالح عبدربه العمقي); a.k.a. AL-UMAQI, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMGY, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMQI, Muhammad Saleh Abdurabbuh; a.k.a. AL-UMQI, Muhammad Saleh Abd-Rabbuh; a.k.a. AL-UMQY, Muhammad Saleh Abd-Rabbuh), Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'a' Street, J Dirham, Salam, Hadramawt, Yemen; Al Amqi Company, Al Makla, Ash Shaykh Uthman, Hadramawt, Yemen; Sayyiun, Suq As Sarrafin, Sayun, Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt. Passport 00692808 (Yemen) issued 03 Mar 2001 expires 03 Mar 2007; Identification Number 08010019189 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-OMGY, Muhammad Salih Abd-Rabbuh (Arabic: محمد صالح عبدربه العمقي; a.k.a. ABDORABOH, Mohammed Saleh; a.k.a. AL OMQI, Mohammed Saleh Abdurabu; a.k.a. ALAMQE, Mohammed Saleh A; a.k.a. AL-AMQI, Muhammad Salih 'Abd-Rabbuh; a.k.a. ALAMQY, Mohammed Salih Abdrabah; a.k.a. AL-OMAQY, Mohammed Saleh Abd Rabo; a.k.a. AL-OMGY, Mohammed Saleh Abd'rabbo; a.k.a. AL-UMAQI, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMGY, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMQI, Muhammad Salih Abdurabbuh; a.k.a. AL-UMQI, Muhammad Saleh Abd-Rabbuh; a.k.a. AL-UMQY, Muhammad Saleh Abd-Rabbuh), Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'a' Street, J Dirham, Salam, Hadramawt, Yemen; Al Amqi Company, Al Makla, Ash Shaykh Uthman, Hadramawt, Yemen; Sayyiun, Suq As Sarrafin, Sayun, Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt. Passport 00692808 (Yemen) issued 03 Mar 2001 expires 03 Mar 2007; Identification

OFFICE OF FOREIGN ASSETS CONTROL

Number 08010019189 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked to: AL-OMGY AND BROTHERS MONEY EXCHANGE).

ALOMGY, Said Saleh Abed Rubbah (a.k.a. AL-AMQI, Said Salih Abd-Rabbuh; a.k.a. AL-OMAQI, Saeed Salah Abed Rabboh; a.k.a. AL-OMGY, Said Salih Abd-Rabbuh (Arabic: سعيد صالح عبدره العمقي); a.k.a. AL-OMQI, Saeed Salih Abdrabah; a.k.a. AL-OMQY, Saeed Salih Abed-Rabboh; a.k.a. AL-UMAQY, Saeed Saleh Abed Rabbo; a.k.a. AL-UMGY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMQI, Said Salah Abd-Rabbu), Mahal, Al Mukalla, Yemen; DOB 01 Jan 1956; POB Hadramawt Governorate, Yemen; nationality Yemen (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked to: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-OMGY, Said Salih Abd-Rabbuh (Arabic: سعيد صالح عبدره العمقي) (a.k.a. AL-AMQI, Said Salih Abd-Rabbuh; a.k.a. AL-OMAQI, Saeed Salah Abed Rabboh; a.k.a. ALOMGY, Said Saleh Abed Rubbah; a.k.a. AL-OMQI, Saeed Salih Abdrabah; a.k.a. AL-OMQI, Saeed Salih Abd-Rabboh; a.k.a. AL-OMQY, Saeed Salih Abed Rabbo; a.k.a. AL-UMAQY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMGY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMQI, Said Salah Abd-Rabbuh; a.k.a. AL-UMQY, Said Saleh Abd-Rabbu), Mahal, Al Mukalla, Yemen; DOB 01 Jan 1956; POB Hadramawt Governorate, Yemen; nationality Yemen (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked to: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-OMIRAH, Othman Ahmed Othman (a.k.a. AL-GHAMDI, Al Umairah; a.k.a. AL-GHAMDI, Othman; a.k.a. AL-GHAMDI, Uthman; a.k.a. AL-GHAMDI, Uthman Ahmad Uthman; a.k.a. AL-GHAMIDI, Uthman); DOB 27 May 1979; nationality Saudi Arabia; National ID No. 1089516791 (individual) [SDGT].

AL-OMQI FOR EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE

COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQI AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked to: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMQI, Saeed Salih Abdrabah (a.k.a. AL-AMQI, Said Salih Abd-Rabbuh; a.k.a. AL-OMAQI, Saeed Salah Abed Rabboh; a.k.a. ALOMGY, Said Saleh Abed Rubbah; a.k.a. AL-OMGY, Said Salih Abd-Rabbuh (Arabic: صالح عبدره العمقي); a.k.a. AL-OMQI, Saeed Salih Abd-Rabboh; a.k.a. AL-OMQY, Saeed Salih Abed Rabbo; a.k.a. AL-UMAQY, Saeed Saleh Abed Rabbuh; a.k.a. AL-UMGY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMQI, Said Salah Abd-Rabbuh; a.k.a. AL-UMQY, Said Saleh Abd-Rabbu), Mahal, Al Mukalla, Yemen; DOB 01 Jan 1956; POB Hadramawt Governorate, Yemen; nationality Yemen (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked to: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-OMGY, Saeed Salih Abd-Rabboh (a.k.a. AL-AMQI, Said Salih Abd-Rabbuh; a.k.a. AL-OMAQI, Saeed Salah Abed Rabboh; a.k.a. ALOMGY, Said Saleh Abed Rubbah; a.k.a. AL-OMGY, Said Salih Abd-Rabbuh (Arabic: سعيد صالح عبدره العمقي); a.k.a. AL-OMQI, Saeed Salih Abdrabah; a.k.a. AL-OMQY, Saeed Salih Abed Rabbo; a.k.a. AL-UMAQY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMQI, Said Salah Abd-Rabbuh; a.k.a. AL-UMQY, Said Saleh Abd-Rabbu), Mahal, Al Mukalla, Yemen; DOB 01 Jan 1956; POB Hadramawt Governorate, Yemen; nationality Yemen (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked to: AL-OMGY AND BROTHERS MONEY EXCHANGE).

ALOMQY & BROS. FOR MONEY EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. AL-OMQI AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen;

Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMGI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-OMQY, Saeed Salih Abed Rabbo (a.k.a. AL-AMQI, Said Salih Abd-Rabbuh; a.k.a. AL-OMAQI, Saeed Salah Abed Rabboh; a.k.a. ALOMGY, Said Saleh Abed Rubbah; a.k.a. AL-OMGY, Said Salih Abd-Rabbuh (Arabic: سعيد صالح عبدربه العمقي); a.k.a. AL-OMQI, Saeed

AL-OMQY FOR EXCHANGING CO. (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

Salih Abdrabah; a.k.a. AL-OMQI, Saeed Salih Abd-Rabboh; a.k.a. AL-UMAQY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMGY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMQI, Said Saleh Abd-Rabbu; a.k.a. AL-UMQY, Said Saleh Abd-Rabbu), Mahal, Al Mukalla, Yemen; DOB 01 Jan 1956; POB Hadramawt Governorate, Yemen; nationality Yemen (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

ALONDRA PRODUCE, S.P.R. DE R.I. (a.k.a. "ALONDRA PRODUCE", SOCIEDAD DE PRODUCCION RURAL DE RESPONSABILIDAD ILIMITADA), Genaro Estrada, Municipio de Sinaloa, Sinaloa, Mexico; Business Registration Document # CUD: A201404010921001167 (Mexico) [SDNTK].

AL-OSAMA TRADING CO. LTD. (a.k.a. AL-'USAMA TRADING COMPANY; a.k.a. ASYAF GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT; a.k.a. DAN ISDICO; a.k.a. M/S OSAMA KHAIRY HAFEZ TRADING EST.; a.k.a. OSAMA TRADING COMPANY LTD; a.k.a. "AL-'USAMAH COMPANY"; a.k.a. "ASAMA COMMERCIAL COMPANY"; a.k.a. "ASAMA COMPANY"; a.k.a. "NURIN COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah, Saudi Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia; Al Kharaj, Saudi Arabia; Qasim, Saudi Arabia; Khartoum, Sudan [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

ALOTAIBI, Badr Lafi M. (a.k.a. AL OTAIBI, Badr Lafi M.); DOB 06 Jul 1973; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport P667604 (Saudi Arabia) issued 07 Jan 2015 expires 13 Nov 2019 (individual) [GLOMAG].

ALOTAIBI, Khalid Aedh G. (a.k.a. ALTAIBI, Khaled Aedh G); DOB 28 Jun 1988; POB Afif, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport P139681 (Saudi Arabia) issued 27 May 2014 expires 04 Apr 2019; National ID No. 1053629885 (Saudi Arabia) (individual) [GLOMAG].

AL-OTAIBI, Mohammad (a.k.a. ALOTAIBI, Mohammed I.); DOB 06 Nov 1964; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Gender Male (individual) [GLOMAG].

ALOTAIBI, Mohammed I. (a.k.a. AL-OTAIBI, Mohammad); DOB 06 Nov 1964; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Gender Male (individual) [GLOMAG].

ALOTAIBI, Mubarak Mohammed A (a.k.a. AL-JAZRAWI, Waqqas; a.k.a. "ABU GHAYTH"), Syria; DOB 08 Jan 1986; POB Riyadh, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

AL-OUSTA, Raw'a (a.k.a. AL-ASTAH, Raw'ah; a.k.a. ALOUSTA, Rawaa; a.k.a. AL-'USTA, Rawa; a.k.a. AL-USTA, Raw'a; a.k.a. AL-USTA, Rawa; a.k.a. AL-USTA, Raw'ah; a.k.a. AL-USTAH, Raw'ah), Damascus, Syria; DOB 1982; nationality Syria (individual) [IRAQ3].

ALOUSTA, Rawaa (a.k.a. AL-ASTAH, Raw'ah; a.k.a. AL-OUSTA, Raw'a; a.k.a. AL-'USTA, Rawa; a.k.a. AL-USTA, Raw'a; a.k.a. AL-USTA, Rawa; a.k.a. AL-USTA, Raw'ah; a.k.a. AL-USTAH, Raw'ah), Damascus, Syria; DOB 1982; nationality Syria (individual) [IRAQ3].

AL-PESHAWARI, Shaykh Abu Mohammed Ameen (a.k.a. AL-BISHAURI, Abu Mohammad Shaykh Aminullah; a.k.a. AL-PESHAWARI, Shaykh Aminullah; a.k.a. AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed; a.k.a. BISHAWRI, Abu Mohammad Amin; a.k.a. GUL AL-PAKISTANI, Niaz Muhammad Muhammada; a.k.a. MUHAMMAD, Niaz; a.k.a. PESHAWARI, Abu Mohammad Aminullah; a.k.a. "AMINULLAH, Shaykh"; a.k.a. "AMINULLAH, Sheik"; a.k.a. "SHAYKH AMEEN"), Ganj District, Peshawar, Khyber Pakhtunkhwa, Pakistan; House number T-876 Galli Mohallah, Sheikh Abad number 4, Peshawar, Khyber Pakhtunkhwa, Pakistan; Saudi Arabia; DOB circa 01 Jan 1961; POB Shunkrai village, Sarkani District, Konar Province, Afghanistan; Passport FU0152122 (Pakistan) expires 24 Apr 2017; alt. Passport FU0152121 (Pakistan) (individual) [SDGT] (Linked To: JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

AL-PESHAWARI, Shaykh Aminullah (a.k.a. AL-BISHAURI, Abu Mohammad Shaykh Aminullah; a.k.a. AL-PESHAWARI, Shaykh Abu Mohammed Ameen; a.k.a. AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed; a.k.a. BISHAWRI, Abu Mohammad Amin; a.k.a. GUL AL-PAKISTANI, Niaz Muhammad Muhammada; a.k.a. MUHAMMAD, Niaz; a.k.a. PESHAWARI, Abu Mohammad Aminullah; a.k.a. "AMINULLAH, Shaykh"; a.k.a. "AMINULLAH, Sheik"; a.k.a. "SHAYKH AMEEN"), Ganj District, Peshawar, Khyber Pakhtunkhwa, Pakistan; House number T-876 Galli Mohallah, Sheikh Abad number 4, Peshawar, Khyber Pakhtunkhwa, Pakistan; Saudi Arabia; DOB circa 01 Jan 1961; POB Shunkrai village, Sarkani District, Konar Province, Afghanistan; Passport FU0152122 (Pakistan) expires 24 Apr 2017; alt. Passport FU0152121 (Pakistan) (individual) [SDGT] (Linked To: JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

ALPHA IMPEX IMPORT EXPORT FOREIGN TRADE LLC (a.k.a. ALPHA IMPEX ITHALAT VE IHRACAT DIS TICARET LIMITED SIRKETI), Atakoy 7-8-9-10, Kisim Mah Cobancesme E-5 Yan Yol, Cad. A Blok No: 22/1 Ic Kapi No: 30, Bakirkoy, Istanbul, Turkey; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 13 Apr 2022 [RUSSIA-EO14024].

ALPHA IMPEX ITHALAT VE IHRACAT DIS TICARET LIMITED SIRKETI (a.k.a. ALPHA IMPEX IMPORT EXPORT FOREIGN TRADE LLC), Atakoy 7-8-9-10, Kisim Mah Cobancesme E-5 Yan Yol, Cad. A Blok No: 22/1 Ic Kapi No: 30, Bakirkoy, Istanbul, Turkey; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 13 Apr 2022 [RUSSIA-EO14024].

ALPHA M JOINT STOCK COMPANY RESEARCH AND PRODUCTION COMPLEX (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZODSTVENNYI KOMPLEKS ALFA M; a.k.a. AO NPK ALFA M), Ul. Chkalova D. 36A, Office 31, Zhukovskiy 140180, Russia; Svyazi st., 25, Ryazan 390047, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy

determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5040125679 (Russia); Registration Number 1135040005594 (Russia) [RUSSIA-EO14024].

ALPHA TECH TRADING FZE, Sharjah, United Arab Emirates; Organization Type: Support activities for petroleum and natural gas extraction [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

ALPHA TRADING INVESTMENTS LIMITED, Unit 617, 6/F, 131-132 Connaught Road West, Solo Workshops, Hong Kong, China; Registration Number 3014289 (Hong Kong) [RUSSIA-EO14024].

ALPHA VISIT SHOP DIS TICARET LIMITED SIRKET (Latin: ALPHA VISIT SHOP DIŞ TICARET LIMITED ŞIRKETI) (a.k.a. ALPHA VISIT SHOP FOREIGN TRADE LIMITED COMPANY), Yesilkoy Mah. Ataturk Cad. Egs Business Park, Blok No. 12 Ic Kapi No: 388, Istanbul, Turkey; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration Number 379886-5 (Turkey) [RUSSIA-EO14024].

ALPHA VISIT SHOP FOREIGN TRADE LIMITED COMPANY (a.k.a. ALPHA VISIT SHOP DIS TICARET LIMITED SIRKET (Latin: ALPHA VISIT SHOP DIŞ TICARET LIMITED ŞIRKETI)), Yesilkoy Mah. Ataturk Cad. Egs Business Park, Blok No. 12 Ic Kapi No: 388, Istanbul, Turkey; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration Number 379886-5 (Turkey) [RUSSIA-EO14024].

ALPHABET INTERNATIONAL DMCC, Unit No. 451, DMCC Business Centre, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number DMCC-388799 (United Arab Emirates) [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

ALPHALOGIC (a.k.a. ALFALODZHIK), Ter. Portovaya Osobaya Ekonomicheskaya Zona, Pr-d Industrialnyi Zd. 12, Str. 1, Floor 2, S.p. Mirnovskoe 433405, Russia; Secondary

sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7328095687 (Russia); Registration Number 1177325019343 (Russia) [RUSSIA-EO14024].

ALPHAONE PHARMACEUTICAL B.V., Kampenringweg 45 D, 1st Floor, Gouda 2803 PE, Netherlands; Organization Established Date 18 Jan 2017; Organization Type: Activities of holding companies; Tax ID No. 857196583 (Netherlands); Business Registration Number 67846017 (Netherlands) [GLOMAG] (Linked To: RG GROUP FZE).

AL-QADDUMI, Khaled (a.k.a. AL-QADDUMI, Khalid; a.k.a. ASAAD, Khaled Farid Ahmed; a.k.a. GHODOMI, Khaled; a.k.a. QADDOUMI, Khaled (Arabic: خالد القدومي)), Tehran, Iran; DOB 08 Oct 1970; alt. DOB 01 Jan 1970; POB Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 9701027203 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

AL-QADDUMI, Khalid (a.k.a. AL-QADDUMI, Khaled; a.k.a. ASAAD, Khaled Farid Ahmed; a.k.a. GHODOMI, Khaled; a.k.a. QADDOUMI, Khaled (Arabic: خالد القدومي)), Tehran, Iran; DOB 08 Oct 1970; alt. DOB 01 Jan 1970; POB Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 9701027203 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

AL-QADHAFI (a.k.a. AL-GADDAFI, Khamis; a.k.a. AL-QADHAFI, Khamis; a.k.a. ELKADDAFI, Khamis; a.k.a. EL-QADDAFI, Khamis; a.k.a. GADDAFI, Khamis; a.k.a. GADHAFI, Khamis; a.k.a. GHADAFFI, Khamis; a.k.a. GHATHAFI, Khamis; a.k.a. QADDAFI, Khamis; a.k.a. QADHAFI, Khamis); DOB 1980 (individual) [LIBYA2].

AL-QADHAFI, Aisha (a.k.a. AL-GADDAFI, Ayesha; a.k.a. ELKADDAFI, Aisha; a.k.a. EL-QADDAFI, Aisha; a.k.a. GADDAFI, Ayesha; a.k.a. GADHAFI, Aisha; a.k.a. GHADAFFI, Aisha; a.k.a. GHATHAFI, Aisha; a.k.a. GHATHAFI, Aisha Muammer; a.k.a. QADDAFI, Aisha; a.k.a. QADHAFI, Aisha; a.k.a. QADHAFI, Aisha Muammar Muhammed Abu Minyar; a.k.a.

QADHAFI, Ayesha), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt. Passport B/011641; alt. Passport 03824970 (Oman) issued 04 May 2014 expires 03 May 2024; National ID No. 98606612 (individual) [LIBYA2].

AL-QADHAFI, Hannibal (a.k.a. AL-GADDAFI, Hannibal; a.k.a. ELKADDAFI, Hannibal; a.k.a. EL-QADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal Muammar; a.k.a. GHADAFFI, Hannibal; a.k.a. GHATHAFI, Hannibal; a.k.a. QADDAFI, Hannibal; a.k.a. QADHAFI, Hannibal Muammar); DOB 20 Sep 1975; alt. DOB 1977; POB Tripoli, Libya; Passport B/002210 (Libya) (individual) [LIBYA2].

AL-QADHAFI, Khamis (a.k.a. AL-GADDAFI, Khamis; a.k.a. AL-QADHAFI; a.k.a. ELKADDAFI, Khamis; a.k.a. EL-QADDAFI, Khamis; a.k.a. GADDAFI, Khamis; a.k.a. GADHAFI, Khamis; a.k.a. GHADAFFI, Khamis; a.k.a. GHATHAFI, Khamis; a.k.a. QADDAFI, Khamis; a.k.a. QADHAFI, Khamis); DOB 1980 (individual) [LIBYA2].

AL-QADHAFI, Mohammed (a.k.a. AL-GADDAFI, Muhammad; a.k.a. ELKADDAFI, Muhammad; a.k.a. EL-QADDAFI, Muhammad; a.k.a. GADDAFI, Muhammad; a.k.a. GADHAFFI, Mohammad Moammar; a.k.a. GADHAFI, Mohammed; a.k.a. GHATHAFI, Muhammad; a.k.a. QADDAFI, Muhammad; a.k.a. QADHAFI, Mohammed Muammar); DOB 1970; POB Tripoli, Libya (individual) [LIBYA2].

AL-QADHAFI, Muammar (a.k.a. AL-GADDAFI, Muammar; a.k.a. AL-QADHAFI, Muammar Abu Minyar; a.k.a. ELKADDAFI, Muammar; a.k.a. EL-QADDAFI, Muammar; a.k.a. GADDAFI, Mu'ammar; a.k.a. GADDAFI, Muammar; a.k.a. GADHAFI, Muammar; a.k.a. GHADAFFI, Muammar Muhammad; a.k.a. GHATHAFI, Muammar; a.k.a. QADDAFI, Muammar; a.k.a. QADHAFI, Muammar); DOB 1942; POB Sirte, Libya (individual) [LIBYA2].

AL-QADHAFI, Muammar Abu Minyar (a.k.a. AL-GADDAFI, Muammar; a.k.a. AL-QADHAFI, Muammar; a.k.a. ELKADDAFI, Muammar; a.k.a. EL-QADDAFI, Muammar; a.k.a. GADDAFI, Mu'ammar; a.k.a. GADDAFI, Muammar; a.k.a. GADHAFI, Muammar; a.k.a. GHADAFFI, Muammar Muhammad; a.k.a. GHATHAFI, Muammar; a.k.a. QADDAFI, Muammar; a.k.a. QADHAFI, Muammar); DOB 1942; POB Sirte, Libya (individual) [LIBYA2].

AL-QADHAFI, Mutassim (a.k.a. AL-GADDAFI, Mutassim; a.k.a. ELKADDAFI, Mutassim; a.k.a. EL-QADDAFI, Mutassim; a.k.a. GADDAFI, Mutassim; a.k.a. GADDAFI, Mutassim Billah; a.k.a. GHADAFFI, Mutassim; a.k.a. GHATHAFI, Mutassim; a.k.a. QADDAFI, Mutassim; a.k.a. QADHAFI, Mutassim); DOB 1975 (individual) [LIBYA2].

AL-QADHAFI, Sa'adi Mu'ammar (a.k.a. AL-GADDAFI, Saadi; a.k.a. ELKADDAFI, Saadi; a.k.a. EL-QADDAFI, Saadi; a.k.a. GADDAFI, Saadi; a.k.a. GADHAFI, Saadi; a.k.a. GHATHAFI, Saadi; a.k.a. QADDAFI, Saadi; a.k.a. QADHAFI, Saadi); DOB 27 May 1973; alt. DOB 25 May 1973; POB Tripoli, Libya; Passport 010433 (Libya); alt. Passport 014797 (Libya) (individual) [LIBYA2].

AL-QADHAFI, Saif Al-Arab (a.k.a. AL-GADDAFI, Saif Al-Arab; a.k.a. ELKADDAFI, Saif Al-Arab; a.k.a. EL-QADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Seif Al-Arab; a.k.a. GADHAFI, Saif Al-Arab; a.k.a. GHATHAFI, Saif Al-Arab; a.k.a. QADDAFI, Saif Al-Arab; a.k.a. QADHAFI, Saif Al-Arab); DOB 1979; alt. DOB 1982; alt. DOB 1983; POB Tripoli, Libya (individual) [LIBYA2].

AL-QADHAFI, Saif al-Islam (a.k.a. AL-GADDAFI, Saif al-Islam; a.k.a. ELKADDAFI, Saif al-Islam; a.k.a. EL-QADDAFI, Seif al-Islam; a.k.a. GADDAFI, Saif al-Islam; a.k.a. GADHAFI, Saif al-Islam; a.k.a. GHADAFFI, Saif al-Islam; a.k.a. GHATHAFI, Saif al-Islam; a.k.a. QADDAFI, Saif al-Islam; a.k.a. QADHAFI, Saif al-Islam); DOB 25 Jun 1972; POB Tripoli, Libya (individual) [LIBYA2].

ALQADHI, Mohammed Nawar Mohammed (a.k.a. ALKHALD, Ahmad; a.k.a. NOURE, Yassine), Raqqa, Syria; DOB 01 Jan 1992; alt. DOB 18 Aug 1993; alt. DOB 21 Jul 1992; POB Aleppo, Syria; alt. POB Brussels, Belgium; alt. POB Baghdad, Iraq; nationality Syria; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-QADIRI, Muhammad (a.k.a. AL-QADIRI, Muhammad Ali; a.k.a. AL-QADRI, Muhammad), Yemen; DOB 1970; POB Hudaydah Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-QADIRI, Muhammad Ali (a.k.a. AL-QADIRI, Muhammad; a.k.a. AL-QADRI, Muhammad), Yemen; DOB 1970; POB Hudaydah Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-QADRI, Ahmad; DOB 1956; POB Hasaka, Syria; Minister of Agriculture and Agrarian Reform (individual) [SYRIA].

AL-QADRI, Muhammad (a.k.a. AL-QADIRI, Muhammad; a.k.a. AL-QADIRI, Muhammad Ali), Yemen; DOB 1970; POB Hudaydah Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT].

AL-QADULI, Abd Al-Rahman Muhammad Mustafa (a.k.a. AHMAD, Aliazra Ra'ad; a.k.a. AL-BAYATI, Abdul Rahman Muhammad; a.k.a. AL-BAYATI, Tahir Muhammad Khalil Mustafa; a.k.a. MUSTAFA, Umar Muhammad Khalil; a.k.a. SHAYKHLARI, 'Abd al-Rahman Muhammad Mustafa; a.k.a. "ABU ALA"; a.k.a. "ABU HASAN"; a.k.a. "ABU IMAN"; a.k.a. "ABU MUHAMMAD"; a.k.a. "ABU ZAYNA"; a.k.a. "ABU-SHUAYB"; a.k.a. "HAJJI IMAN"); DOB 1959; alt. DOB 1957; POB Mosul, Ninawa Province, Iraq; nationality Iraq (individual) [SDGT].

AL-QAEDA IN THE INDIAN SUBCONTINENT (a.k.a. AL-QA'IDA IN THE INDIAN SUBCONTINENT; a.k.a. QAEDAT AL-JIHAD IN THE INDIAN SUBCONTINENT), Afghanistan; Pakistan; Bangladesh [FTO] [SDGT].

AL-QAHTANI AL-QATARI, Farouq (a.k.a. AL-HABABI, Nayef Salam Muhammad Ujaym; a.k.a. AL-HABABI, Nayf Salam Muhammad Ujaym; a.k.a. AL-QAHTANI, Faruq; a.k.a. AL-QAHTANI, Sheikh Farooq; a.k.a. AL-QATARI, Faruq; a.k.a. AL-QATARI, Sheikh Farooq; a.k.a. FAROUK, Shaykh Imran), Afghanistan; DOB 01 Jan 1979 to 31 Dec 1981; POB Saudi Arabia; nationality Qatar; alt. nationality Saudi Arabia; Passport 592667 (Qatar) issued 03 May 2007; Sheikh (individual) [SDGT] (Linked To: AL QA'IDA).

AL-QAHTANI, Faruq (a.k.a. AL-HABABI, Nayef Salam Muhammad Ujaym; a.k.a. AL-HABABI, Nayf Salam Muhammad Ujaym; a.k.a. AL-QAHTANI AL-QATARI, Farouq; a.k.a. AL-QAHTANI, Sheikh Farooq; a.k.a. AL-QATARI, Faruq; a.k.a. AL-QATARI, Sheikh Farooq; a.k.a. FAROUK, Shaykh Imran), Afghanistan; DOB 01 Jan 1979 to 31 Dec 1981; POB Saudi Arabia; nationality Qatar; alt. nationality Saudi Arabia; Passport 592667 (Qatar) issued 03 May 2007; Sheikh (individual) [SDGT] (Linked To: AL QA'IDA).

AL-QAHTANI, Mus'ab (a.k.a. AL-JIBURI, Muyassir; a.k.a. AL-JUBURI, Maysar Ali Musa Abdallah; a.k.a. AL-SHAMMARI; a.k.a. AL-SHAMMARI, Muyassir; a.k.a. HARARA, Muyassir; a.k.a. HASSAN, Muhammad Khalid); DOB 01 Jun 1976; POB Al-Shura, Mosul, Iraq; alt. POB Harara, Ninawa Province, Iraq; citizen Iraq (individual) [SDGT].

ALQAHTANI, Saif Saad Q.; DOB 1973; nationality Saudi Arabia; Gender Male (individual) [GLOMAG].

AL-QAHTANI, Saud (a.k.a. ALQAHTANI, Saud Abdullah S), Riyadh, Saudi Arabia; DOB 07 Jul 1978; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport D079021 (individual) [GLOMAG].

ALQAHTANI, Saud Abdullah S (a.k.a. AL-QAHTANI, Saud), Riyadh, Saudi Arabia; DOB 07 Jul 1978; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport D079021 (individual) [GLOMAG].

AL-QAHTANI, Sheikh Farooq (a.k.a. AL-HABABI, Nayef Salam Muhammad Ujaym; a.k.a. AL-HABABI, Nayf Salam Muhammad Ujaym; a.k.a. AL-QAHTANI AL-QATARI, Farouq; a.k.a. AL-QAHTANI, Faruq; a.k.a. AL-QATARI, Faruq; a.k.a. AL-QATARI, Sheikh Farooq; a.k.a. FAROUK, Shaykh Imran), Afghanistan; DOB 01 Jan 1979 to 31 Dec 1981; POB Saudi Arabia; nationality Qatar; alt. nationality Saudi Arabia; Passport 592667 (Qatar) issued 03 May 2007; Sheikh (individual) [SDGT] (Linked To: AL QA'IDA).

AL-QAIDA GROUP OF JIHAD IN IRAQ (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL

TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-

JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

AL-QA'IDA IN EGYPT (a.k.a. ABU AHMED GROUP; a.k.a. JAMAL NETWORK; a.k.a. MUHAMMAD JAMAL GROUP; a.k.a. MUHAMMAD JAMAL NETWORK), Egypt [SDGT].

AL-QAIDA IN IRAQ (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

AL-QAIDA IN MESOPOTAMIA (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

AL-QAIDA IN SYRIA (a.k.a. GUARDIANS OF RELIGION; a.k.a. HURRAS AL-DIN; a.k.a. SHAM AL-RIBAT; a.k.a. TANDHIM HURRAS AL-DEEN; a.k.a. TANZIM HURRAS AL-DIN; a.k.a. "AQ-S"), Syria [SDGT].

AL-QA'IDA IN THE ARABIAN PENINSULA (a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia [FTO] [SDGT].

AL-QA'IDA IN THE INDIAN SUBCONTINENT (a.k.a. AL-QAEDA IN THE INDIAN SUBCONTINENT; a.k.a. QAEDAT AL-JIHAD IN THE INDIAN SUBCONTINENT), Afghanistan; Pakistan; Bangladesh [FTO] [SDGT].

AL-QA'IDA IN THE ISLAMIC MAGHREB (a.k.a. AQIM; a.k.a. GSPC; a.k.a. LE GROUPE SALAFISTE POUR LA PREDICATION ET LE COMBAT; a.k.a. SALAFIST GROUP FOR CALL AND COMBAT; a.k.a. SALAFIST GROUP FOR PREACHING AND COMBAT; a.k.a. TANZIM AL-QA'IDA FI BILAD AL-MAGHRIB AL-ISLAMIYA) [FTO] [SDGT].

AL-QAIDA IN THE LAND OF THE TWO RIVERS (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE

ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia [FTO] [SDGT].

AL-QA'IDA IN YEMEN (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia [FTO] [SDGT].

AL-QA'IDA KURDISH BATTALIONS (a.k.a. KURDISTAN BATTALION OF ISLAMIC STATE IN IRAQ; a.k.a. KURDISTAN BRIGADE OF AL-QAEDA IN IRAQ; a.k.a. KURDISTAN BRIGADES; a.k.a. "AQKB"), Iran; Iraq [SDGT].

AL-QAIDA OF JIHAD IN IRAQ (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-

SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF

HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia [FTO] [SDGT].

AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN

MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT-AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia [FTO] [SDGT].

AL-QALAA COMPANY FOR SECURITY SERVICES (a.k.a. AL-QALA'A FOR PROTECTION, GUARDING, AND SECURITY SERVICES (Arabic: شركة القلعة للحماية والحراسة والخدمات الامنية); a.k.a. C.S.P. CASTLE

PROTECTION, GUARDING AND SECURITY SERVICES; a.k.a. CASTLE COMPANY FOR PROTECTION, GUARDING AND SECURITY SERVICES; a.k.a. CASTLE SECURITY AND PROTECTION LLC; a.k.a. CITADEL FOR PROTECTION, GUARD AND SECURITY SERVICES; a.k.a. "CASTLE SECURITY AND PROTECTION"), Opposite the gas station, enter hospital 601, Sheikh Saad, Mazzeh, West Villas, Damascus, Syria; Aleppo, Syria; Organization Type: Private security activities [SYRIA] (Linked To: BIN ALI, Khodr Taher).

AL-QALA'A FOR PROTECTION, GUARDING, AND SECURITY SERVICES (Arabic: شركة AL-QALAA COMPANY FOR SECURITY (القلعة للحماية والحراسة والخدمات الامنية SERVICES; a.k.a. C.S.P. CASTLE PROTECTION, GUARDING AND SECURITY SERVICES; a.k.a. CASTLE COMPANY FOR PROTECTION, GUARDING AND SECURITY SERVICES; a.k.a. CASTLE SECURITY AND PROTECTION LLC; a.k.a. CITADEL FOR PROTECTION, GUARD AND SECURITY SERVICES; a.k.a. "CASTLE SECURITY AND PROTECTION"), Opposite the gas station, enter hospital 601, Sheikh Saad, Mazzeh, West Villas, Damascus, Syria; Aleppo, Syria; Organization Type: Private security activities [SYRIA] (Linked To: BIN ALI, Khodr Taher).

AL-QARAWI, Saleh bin Abdullah (a.k.a. AL QARAWI, Abu Yahya; a.k.a. AL QARAWI, Saleh; a.k.a. AL QARAWI, Saleh Abudullah Saleh; a.k.a. AL SAGHIR, Akhuk; a.k.a. AL-KHEIR, Najm; a.k.a. "FAWAKEH"; a.k.a. "MOOTASEM"); DOB 15 Nov 1982; POB Brydah, Saudi Arabia; nationality Saudi Arabia; Passport E646989 (individual) [SDGT].

AL-QARD AL-HASSAN ASSOCIATION (a.k.a. AL-QUARD AL-HASSAN ASSOCIATION; a.k.a. AL-QUARDH AL-HASSAN ASSOCIATION; a.k.a. KARADH AL-HASSAN), Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

ALQASI MEHR, Delavar (a.k.a ALGHASI MEHR, Delavar; a.k.a. ALGHASIMEHR, Delavar; a.k.a. ALGHASI-MEHR, Delavar (Arabic: دلاور القاصی مهر)), East Tehran Province, Iran; DOB 23 Aug 1974; POB Chegeni, Lorestan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M51374090 (Iran) issued 03 Nov 2024 (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

AL-QASIR, Nazar Jumah Ali (a.k.a. AL-QASSIR, Nizar Jomaa Ali), Iraq; Former Minister of Irrigation (individual) [IRAQ2].

AL-QASIUN (a.k.a. AL-QASIUN FIRM; a.k.a. AL-QASIUN SECURITY SERVICES LLC; a.k.a. QASIYUN; a.k.a. QASIYUN SECURITY COMPANY), Jurmana, Damascus, Syria [SYRIA] (Linked To: MAKHLUF, Rami).

AL-QASIUN FIRM (a.k.a. AL-QASIUN; a.k.a. AL-QASIUN SECURITY SERVICES LLC; a.k.a. QASIYUN; a.k.a. QASIYUN SECURITY COMPANY), Jurmana, Damascus, Syria [SYRIA] (Linked To: MAKHLUF, Rami).

AL-QASIUN SECURITY SERVICES LLC (a.k.a. AL-QASIUN; a.k.a. AL-QASIUN FIRM; a.k.a. QASIYUN; a.k.a. QASIYUN SECURITY COMPANY), Jurmana, Damascus, Syria [SYRIA] (Linked To: MAKHLUF, Rami).

AL-QASSIR, Nizar Jomaa Ali (a.k.a. AL-QASIR, Nazar Jumah Ali), Iraq; Former Minister of Irrigation (individual) [IRAQ2].

AL-QATAN, Waseem (a.k.a. AL-KATAN, Wassim Anouar; a.k.a. AL-KATTAN, Waseem; a.k.a. AL-KATTAN, Wasseem; a.k.a. AL-QATTAN, Wassim Anwar (Arabic: وسیم انوار القطان); a.k.a. AL-QATTAN, Waseem; a.k.a. AL-QATTAN, Wasim), Damascus, Syria; DOB 04 Mar 1976; nationality Syria; Gender Male (individual) [SYRIA] [SYRIA-CAESAR].

AL-QATARI, Faruq (a.k.a. AL-HABABI, Nayef Salam Muhammad Ujaym; a.k.a. AL-HABABI, Nayf Salam Muhammad Ujaym; a.k.a. AL-QAHTANI AL-QATARI, Farouq; a.k.a. AL-QAHTANI, Faruq; a.k.a. AL-QAHTANI, Sheikh Farooq; a.k.a. AL-QATARI, Sheikh Farooq; a.k.a. FAROUK, Shaykh Imran), Afghanistan; DOB 01 Jan 1979 to 31 Dec 1981; POB Saudi Arabia; nationality Qatar; alt. nationality Saudi Arabia; Passport 592667 (Qatar) issued 03 May 2007; Sheikh (individual) [SDGT] (Linked To: AL QA'IDA).

AL-QATARI, Sheikh Farooq (a.k.a. AL-HABABI, Nayef Salam Muhammad Ujaym; a.k.a. AL-HABABI, Nayf Salam Muhammad Ujaym; a.k.a. AL-QAHTANI AL-QATARI, Farouq; a.k.a. AL-QAHTANI, Faruq; a.k.a. AL-QAHTANI, Sheikh Farooq; a.k.a. AL-QATARI, Faruq; a.k.a. FAROUK, Shaykh Imran), Afghanistan; DOB 01 Jan 1979 to 31 Dec 1981; POB Saudi Arabia; nationality Qatar; alt. nationality Saudi Arabia; Passport 592667 (Qatar) issued 03 May 2007; Sheikh (individual) [SDGT] (Linked To: AL QA'IDA).

AL-QATIRJI COMPANY (a.k.a. AL-SHAM AND AL-DARWISH COMPANY; a.k.a. KHATIRJI GROUP), Mazzah, Damascus, Syria [SYRIA].

AL-QATIRJI, Bara' (a.k.a. AL-QATIRJI, Muhammad; a.k.a. KATARJI, Bara'; a.k.a. KHATARJI, Bara Ahmad; a.k.a. KHATIRJI, Bara Ahmad; a.k.a. QATARJI, Abu al-Bara'; a.k.a. QATIRJI, Muhammad Bara'; a.k.a. QATIRJI, Muhammad Bara; a.k.a. QATIRJI, Muhammad Bara Ahmad Rushdi; a.k.a. QATRJI, Muhammad Nur al-Din; a.k.a. "Abu Bara"); DOB 10 Nov 1976; POB Raqqah; nationality Syria; Gender Male; National ID No. 11010046398 (Syria); Registration Number 11824466 (Syria) (individual) [SYRIA].

AL-QATIRJI, Hossam (Arabic: حسام القاطرجي) (a.k.a. AL-QATIRJI, Hussam; a.k.a. BIN AHMED RUSHDI AL-QATIRJI, Hussam (Arabic: حسام بن أحمد رشدي قاطرجي); a.k.a. KATARJI, Hussam; a.k.a. KATERJI, Hussam; a.k.a. KHATARJI, Hussam; a.k.a. KHATIRJI, Hussam; a.k.a. QATARJI, Hossam; a.k.a. QATERJI, Hussam; a.k.a. QATIRJI BIN AHMED RUSHDI, Hussam (Arabic: حسام قاطرجي بن احمد رشدي)), Syria; DOB 11 Jan 1982; POB Raqqa, Syria; nationality Syria; Gender Male (individual) [SYRIA].

AL-QATIRJI, Hussam (a.k.a. AL-QATIRJI, Hossam (Arabic: حسام القاطرجي); a.k.a. BIN AHMED RUSHDI AL-QATIRJI, Hussam (Arabic: حسام بن أحمد رشدي قاطرجي); a.k.a. KATARJI, Hussam; a.k.a. KATERJI, Hussam; a.k.a. KHATARJI, Hussam; a.k.a. KHATIRJI, Hussam; a.k.a. QATARJI, Hossam; a.k.a. QATERJI, Hussam; a.k.a. QATIRJI BIN AHMED RUSHDI, Hussam (Arabic: حسام قاطرجي بن احمد رشدي)), Syria; DOB 11 Jan 1982; POB Raqqa, Syria; nationality Syria; Gender Male (individual) [SYRIA].

AL-QATIRJI, Muhammad (a.k.a. AL-QATIRJI, Bara'; a.k.a. KATARJI, Bara'; a.k.a. KHATARJI, Bara Ahmad; a.k.a. KHATIRJI, Bara Ahmad; a.k.a. QATARJI, Abu al-Bara'; a.k.a. QATIRJI, Muhammad Bara'; a.k.a. QATIRJI, Muhammad Bara; a.k.a. QATIRJI, Muhammad Bara Ahmad Rushdi; a.k.a. QATRJI, Muhammad Nur al-Din; a.k.a. "Abu Bara"); DOB 10 Nov 1976; POB Raqqah; nationality Syria; Gender Male; National ID No. 11010046398 (Syria); Registration Number 11824466 (Syria) (individual) [SYRIA].

AL-QATTAN, Wassim Anwar (Arabic: وسيم انوار القطان) (a.k.a. AL-KATAN, Wassim Anouar; a.k.a. AL-KATTAN, Waseem; a.k.a. AL-KATTAN, Wasseem; a.k.a. AL-QATAN, Waseem; a.k.a. QATTAN, Waseem; a.k.a. QATTAN, Wasim), Damascus, Syria; DOB 04 Mar 1976; nationality Syria; Gender Male (individual) [SYRIA] [SYRIA-CAESAR].

AL-QAYRAWAN MEDIA FOUNDATION (a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A IN TUNISIA; a.k.a. ANSAR AL-SHARIA IN TUNISIA; a.k.a. ANSAR AL-SHARI'AH; a.k.a. ANSAR AL-SHARI'AH IN TUNISIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Tunisia [FTO] [SDGT].

AL-QAYSI, Nayif Salih Salim (a.k.a. AL QAISI, Naif Saleh Salem; a.k.a. AL QAYSI, Nayif Salih Salim; a.k.a. AL-GHAYSI, Nayif), Al-Bayda Governorate, Yemen; Sana, Sana Governorate, Yemen; DOB 01 Jan 1983; POB Albaidah, Yemen; citizen Yemen; Passport 04796738 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-QIZANI, Ashraf (a.k.a. AL-GIZANI, Ashraf; a.k.a. AL-KAFI, Abu 'Ubaydah; a.k.a. GUIZANI, Achraf Ben Fathi Ben Mabrouk; a.k.a. GUIZANI, Achref Ben Fethi Ben Mabrouk), Tunisia; DOB 05 Oct 1991; POB El Gouazine, Dahmani, Governorate of Le Kef, Tunisia; nationality Tunisia; Gender Male; National ID No. 13601334 (Tunisia) (individual) [SDGT].

AL-QUARD AL-HASSAN ASSOCIATION (a.k.a. AL-QARD AL-HASSAN ASSOCIATION; a.k.a. AL-QUARDH AL-HASSAN ASSOCIATION; a.k.a. KARADH AL-HASSAN), Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

AL-QUARDH AL-HASSAN ASSOCIATION (a.k.a. AL-QARD AL-HASSAN ASSOCIATION; a.k.a. AL-QUARD AL-HASSAN ASSOCIATION; a.k.a. KARADH AL-HASSAN), Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

AL-QUBAYSI, Abd-al-Munim (a.k.a. KOBEISSI, Abd Al Menhem; a.k.a. KOBEISSI, Abdel Menhem; a.k.a. KOBEISSI, Abdul Menhem; a.k.a. KUBAYSY, Abd Al Munhim; a.k.a. QUBAYSA, Abd Al Menhem); DOB 01 Jan 1964; alt. DOB 1961; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport RL 1622378 (Lebanon) (individual) [SDGT].

AL-QUBAYSI, Munir (a.k.a. AL-KUBAISI, Muneer; a.k.a. AL-KUBAYSI, Munir; a.k.a. AWAD, Munir A.; a.k.a. AWAD, Munir Mamduh), Syria; DOB 1966; POB Heet, Iraq; nationality Iraq (individual) [IRAQ2].

AL-QUBAYSI, Umar Mahmud Rahim (a.k.a. AL-KUBAYSI ARHAYM, Umar Mahmud; a.k.a. AL-KUBAYSI, 'Umar; a.k.a. AL-KUBAYSI, Umar Mahmud Rahim; a.k.a. ARHAYM, 'Umar Mahmud; a.k.a. RAHIM, 'Umar Mahmud), al-Qaim, al-Anbar Province, Iraq; DOB 01 Jan 1967; nationality Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-QUDS BRIGADES (a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [FTO] [SDGT].

AL-QUDS FOUNDATION (a.k.a. AL QUDS INSTITUTE; a.k.a. AL QUDS INTERNATIONAL INSTITUTION; a.k.a. AL-QUDS INTERNATIONAL FOUNDATION; a.k.a. INTERNATIONAL AL QUDS INSTITUTE; a.k.a. INTERNATIONAL JERUSALEM FOUNDATION; a.k.a. JERUSALEM INTERNATIONAL ESTABLISHMENT; a.k.a. JERUSALEM INTERNATIONAL FOUNDATION; a.k.a. MU'ASSASAT AL-QUDS; a.k.a. THE INTERNATIONAL AL QUDS FOUNDATION; a.k.a. "IJF"), Hamra Street, Saroulla Building, 11th Floor; P.O. Box Beirut-Hamra 113/5647, Beirut, Lebanon; Website www.alquds-online.org; Email Address institution@alquds-online.org; alt. Email Address alquds_institution@yahoo.com; alt. Email Address info@alquds-city.com [SDGT].

AL-QUDS INTERNATIONAL FOUNDATION (a.k.a. AL QUDS INSTITUTE; a.k.a. AL QUDS INTERNATIONAL INSTITUTION; a.k.a. AL-QUDS INTERNATIONAL FOUNDATION; a.k.a. INTERNATIONAL AL QUDS INSTITUTE; a.k.a. INTERNATIONAL JERUSALEM FOUNDATION; a.k.a. JERUSALEM INTERNATIONAL ESTABLISHMENT; a.k.a. JERUSALEM INTERNATIONAL FOUNDATION; a.k.a. MU'ASSASAT AL-QUDS; a.k.a. THE INTERNATIONAL AL QUDS FOUNDATION; a.k.a. "IJF"), Hamra Street, Saroulla Building, 11th Floor; P.O. Box Beirut-Hamra 113/5647, Beirut, Lebanon; Website www.alquds-

online.org; Email Address institution@alquds-online.org; alt. Email Address alquds_institution@yahoo.com; alt. Email Address info@alquds-city.com [SDGT].

AL-QUDS SQUADS (a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [FTO] [SDGT].

AL-QURAISHI, Abu Bakr al-Baghdadi al-Husayni (a.k.a. AL-BADRI, Dr. Ibrahim 'Awwad Ibrahim 'Ali; a.k.a. AL-BAGHDADI, Abu Bakr al-Husayni; a.k.a. AL-QURASHI, Abu Bakr al-Baghdadi al-Husseini; a.k.a. AL-SAMARRA'I, Dr. Ibrahim Awwad Ibrahim; a.k.a. AL-SAMARRA'I, Ibrahim 'Awad Ibrahim al-Badri; a.k.a. AL-SAMARRA'I, Ibrahim Awwad Ibrahim; a.k.a. "ABU BAKR AL-BAGHDADI"; a.k.a. "ABU DU'A"; a.k.a. "DR. IBRAHIM"), Iraq; DOB 1971; POB Samarra'i, Iraq (individual) [SDGT].

AL-QURASHI, Abu Bakr al-Baghdadi al-Husseini (a.k.a. AL-BADRI, Dr. Ibrahim 'Awwad Ibrahim 'Ali; a.k.a. AL-BAGHDADI, Abu Bakr al-Husayni; a.k.a. AL-QURAISHI, Abu Bakr al-Baghdadi al-Husayni; a.k.a. AL-SAMARRA'I, Dr. Ibrahim Awwad Ibrahim; a.k.a. AL-SAMARRA'I, Ibrahim 'Awad Ibrahim al-Badri; a.k.a. AL-SAMARRA'I, Ibrahim Awwad Ibrahim; a.k.a. "ABU BAKR AL-BAGHDADI"; a.k.a. "ABU DU'A"; a.k.a. "DR. IBRAHIM"), Iraq; DOB 1971; POB Samarra'i, Iraq (individual) [SDGT].

AL-QURESHI EXECUTIVES, 4 Culham Court, Redford Way, Uxbridge, London UB8 1SY, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Dec 2021; Organization Type: Other business support service activities n.e.c.; Company Number 13808616 (United Kingdom) [SDGT] (Linked To: SULTANA, Aozma).

AL-QUTMAH, Akram, Syria; DOB 04 Dec 1961; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-RABI'I, Nidal, Iraq; DOB circa 1965; POB Al-Dur, Iraq; nationality Iraq; wife of Izzat Ibrahim Al-Duri (individual) [IRAQ2].

AL-RAFI'I, 'Abdallah Makki Muslih Mahdi (a.k.a. AL-RUFAY'I, Abdallah Muslih; a.k.a. "ABU KHADIJAH"; a.k.a. "ABU MUSAB"), Anbar Province, Iraq; DOB 1991; POB Balad District, Salah ad Din Province, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-RAHAMA RELIEF FOUNDATION LIMITED (a.k.a. SANABEL L'IL-IGATHA; a.k.a. SANABEL RELIEF AGENCY; a.k.a. SANABEL RELIEF AGENCY LIMITED; a.k.a. "SARA"; a.k.a. "SRA"), 63 South Road, Sparkbrook, Birmingham B11 1EX, United Kingdom; 1011 Stockport Road, Levenshulme, Manchester M9 2TB, United Kingdom; P.O. Box 50, Manchester M19 2SP, United Kingdom; 98 Gresham Road, Middlesbrough, United Kingdom; 54 Anson Road, London NW2 6AD, United Kingdom; Registration ID 3713110 (United Kingdom); Registered Charity No. 1083469 (United Kingdom); http://www.sanabel.org.uk (website); info@sanabel.org.uk (email). [SDGT].

AL-RAHHAL, Muhammad, Syria; DOB 01 Mar 1960; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-RAHMA CHARITY FOUNDATION (a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

AL-RAHMA FOUNDATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

AL-RAHMAH CHARITABLE ASSOCIATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

AL-RAHMAH CHARITY FOUNDATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA

CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

AL-RAHMAH CHARITY ORGANIZATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

AL-RAHMAH FOUNDATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

AL-RAHMAH ORGANIZATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-

RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

ALRAHMAH WELFARE ORG (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMAH WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANISATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

ALRAHMAH WELFARE ORGANISATION (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR

RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

AL-RAHMAH WELFARE ORGANIZATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

AL-RAHMAN WELFARE ORGANIZATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL

RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

AL-RAHMAN, 'Inayat (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

AL-RAHMAT TRUST (a.k.a. AL REHMAT TRUST; a.k.a. AL-REHMAN TRUST; a.k.a. AR-RAHMAN TRUST; a.k.a. UR-RAHMAN TRUST; a.k.a. UR-RAMAT TRUST), 537/1-Z Defense Housing Area (DHA), Lahore, Pakistan; Office 22, Third Floor, al Fatah Plaza, Commerical Market, Rawalpindi, Pakistan; Room No. 22, 3rd Floor, al-Fateh Plaza, Commerical Market Road, Chandi Chowk, Rawalpindi, Pakistan; Karachi, Pakistan; Nelam Road, Bandi Chehza, Muzaffarabad, Pakistan; Balakot, Besyan Chouk, Pakistan; Rajana Road, Srah-Salah, Haripur, Pakistan; Rehana Road, Sirai Salih, Post Box #22, G.P.O. Haripur, Northwest Frontier Province, Pakistan [SDGT].

AL-RAHYAH, Fadi, Syria; DOB 27 Dec 1971; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-RA'I SATELLITE CHANNEL (a.k.a. AL RAIE TV CHANNEL; a.k.a. AL RA'Y SATELLITE TELEVISION STATION; a.k.a. AL RA'Y TV; a.k.a. AL-RA'Y SATELLITE CHANNEL; a.k.a. AL-RA'Y SATELLITE TELEVISION CHANNEL; a.k.a. ARRAI TV; a.k.a. SATELLITE TELEVISION CHANNEL AL RA'Y; a.k.a. THE OPINION SATELLITE TELEVISION CHANNEL), Near Damascus in the Yaafur area, Syria; Website www.arrai.tv; Email Address info@arrai.tv [IRAQ3].

AL-RAIMI, Qassim (a.k.a. AL-RAMI, Qasim; a.k.a. AL-RAYMI, Qasim; a.k.a. AL-RAYMI, Qassim; a.k.a. AL-REMI, Qassem; a.k.a. AL-RIMI, Qasim; a.k.a. "ABU 'AMMAR"; a.k.a. "ABU HARAYRAH"; a.k.a. "ABU HURAYRAH AL-SAN'AI"); DOB 05 Jun 1978; nationality Yemen; Passport 00344994 issued 03 Jul 1999 (individual) [SDGT].

AL-RAMI, Qasim (a.k.a. AL-RAIMI, Qassim; a.k.a. AL-RAYMI, Qasim; a.k.a. AL-RAYMI, Qassim; a.k.a. AL-REMI, Qassem; a.k.a. AL-RIMI, Qasim; a.k.a. "ABU 'AMMAR"; a.k.a. "ABU HARAYRAH"; a.k.a. "ABU HURAYRAH AL-SAN'AI"); DOB 05 Jun 1978; nationality Yemen; Passport 00344994 issued 03 Jul 1999 (individual) [SDGT].

AL-RASHEED TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHID TRUST; a.k.a. MAIMAR TRUST; a.k.a. MAYMAR TRUST; a.k.a. MEYMAR TRUST; a.k.a. MOMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office

Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

AL-RASHEED TRUST (a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-RASHID TRUST; a.k.a. THE AID ORGANIZATION OF THE ULEMA), Kitab Ghar, Darul Ifta Wal Irshad, Nazimabad No. 4, Karachi, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; 302b-40, Good Earth Court, Opposite Pia Planitarium, Block 13a, Gulshan -I Iqbal, Karachi, Pakistan; 617 Clifton Center, Block 5, 6th Floor, Clifton, Karachi, Pakistan; 605 Landmark Plaza, 11 Chundrigar Road, Opposite Jang Building, Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif; Also operations in: Kosovo,Chechnya [SDGT].

AL-RASHID TRUST (a.k.a. AL AMEEN TRUST; a.k.a. AL AMIN TRUST; a.k.a. AL AMIN WELFARE TRUST; a.k.a. AL MADINA TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-AMEEN TRUST; a.k.a. AL-MADINA TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. MAIMAR TRUST; a.k.a. MAYMAR TRUST; a.k.a. MEYMAR TRUST; a.k.a. MOMAR TRUST), Kitab Ghar, 4 Dar-el-Iftah, Nazimabad, Karachi, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan;

Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; University Road, Opposite Baitul Mukaram, Gulshan-e Iqbal, Karachi, Pakistan; Opposite Jang Press, I.I. Chundrigar Road, Karachi, Pakistan; TE-365, 3rd Floor, Deans Trade Centre, Peshawar Cantt., Pakistan; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya [SDGT].

AL-RASHID TRUST (a.k.a. AL RASHEED TRUST; a.k.a. AL RASHID TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. THE AID ORGANIZATION OF THE ULEMA), Kitab Ghar, Darul Ifta Wal Irshad, Nazimabad No. 4, Karachi, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan; 302b-40, Good Earth Court, Opposite Pia Planitarium, Block 13a, Gulshan -I Iqbal, Karachi, Pakistan; 617 Clifton Center, Block 5, 6th Floor, Clifton, Karachi, Pakistan; 605 Landmark Plaza, 11 Chundrigar Road, Opposite Jang Building, Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan; Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif; Also operations in: Kosovo,Chechnya [SDGT].

AL-RASHIDI, Mohammad Yaqub (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Yaqub Mansoor; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt.

nationality Pakistan; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked to: AL QA'IDA).

AL-RASHIDI, Nawaf Ahmad Alwan (a.k.a. SADA, Qahtan Nawaf Ahmad Alwan; a.k.a. "Abu Faris"; a.k.a. "ALWAN, Nawaf Ahmed"), Syria; Turkey; Mosul, Iraq; DOB 1984; POB Mosul, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-RASHIDI, Yaqub Mansoor (a.k.a. AL RASHIDI, Yaqoob Mansoor; a.k.a. AL-RASHIDI, Mohammad Yaqub; a.k.a. MACCLINTOCK, Yakoob; a.k.a. MCLINTOCK, James Alexander; a.k.a. MCLINTOCK, Yaqub; a.k.a. MCLINTOK, James Alexander; a.k.a. UR RASHIDI, Yaqoob Mansoor; a.k.a. "AL SCOTLANDI, Qari"; a.k.a. "AL-SKOTLANDI, Abu Abdullah"; a.k.a. "MANSOOR, Yaqub"; a.k.a. "MOHAMMED, Yaqub"; a.k.a. "YACOUB, Qari"; a.k.a. "YACUB, Qari"; a.k.a. "YAKUB, Qari"; a.k.a. "YAQOOB, Muhammad"; a.k.a. "YAQOOB, Qari"; a.k.a. "YAQUB, Muhammad Qari Maulana"; a.k.a. "YAQUB, Qari"), House 6B, Street 40,, Sector F-10/4, Islamabad, Pakistan; Peshawar, Pakistan; DOB 23 Mar 1964; alt. DOB 22 Mar 1964; POB Borehamwood, Hertfordshire, England, United Kingdom; alt. POB Dundee, Scotland, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Passport 706309249 (United Kingdom); alt. Passport 40526584 (United Kingdom) issued 10 Nov 2003; alt. Passport 039822418 (United Kingdom); alt. Passport AA1721192 (Pakistan); alt. Passport AA1721191 (Pakistan); National ID No. 6110159731197 (Pakistan); alt. National ID No. 8265866120651 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked to: AL QA'IDA).

AL-RASLAN, Abd-al-Salam, Syria; DOB 17 Nov 1968; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-RAWI, Abd-al-Rahman (a.k.a. AL RAWI, Abdulrahman; a.k.a. AL-RAWI, Abd-al-Rahman

'Ali Husayn al-Ahmad; a.k.a. AL-RAWI, Abdul Rahman; a.k.a. AL-RAWI, Abu Abd Al Rahman), Turkey; DOB 1983; POB Albu Kamal, Dayr az Zawr Province, Syria; nationality Syria; Gender Male; Phone Number 905515983567; alt. Phone Number 9647718635788; alt. Phone Number 96351667406; alt. Phone Number 9647715959705 (individual) [SDGT].

AL-RAWI, Abd-al-Rahman 'Ali Husayn al-Ahmad (a.k.a. AL RAWI, Abdulrahman; a.k.a. AL-RAWI, Abd-al-Rahman; a.k.a. AL-RAWI, Abdul Rahman; a.k.a. AL-RAWI, Abu Abd Al Rahman), Turkey; DOB 1983; POB Albu Kamal, Dayr az Zawr Province, Syria; nationality Syria; Gender Male; Phone Number 905515983567; alt. Phone Number 9647718635788; alt. Phone Number 96351667406; alt. Phone Number 9647715959705 (individual) [SDGT].

AL-RAWI, Abdul Rahman (a.k.a. AL RAWI, Abdulrahman; a.k.a. AL-RAWI, Abd-al-Rahman; a.k.a. AL-RAWI, Abd-al-Rahman 'Ali Husayn al-Ahmad; a.k.a. AL-RAWI, Abu Abd Al Rahman), Turkey; DOB 1983; POB Albu Kamal, Dayr az Zawr Province, Syria; nationality Syria; Gender Male; Phone Number 905515983567; alt. Phone Number 9647718635788; alt. Phone Number 9647715959705 (individual) [SDGT].

AL-RAWI, Abu Abd Al Rahman (a.k.a. AL RAWI, Abdulrahman; a.k.a. AL-RAWI, Abd-al-Rahman; a.k.a. AL-RAWI, Abd-al-Rahman 'Ali Husayn al-Ahmad; a.k.a. AL-RAWI, Abdul Rahman), Turkey; DOB 1983; POB Albu Kamal, Dayr az Zawr Province, Syria; nationality Syria; Gender Male; Phone Number 905515983567; alt. Phone Number 9647718635788; alt. Phone Number 96351667406; alt. Phone Number 9647715959705 (individual) [SDGT].

AL-RAWI, Abu Mus'ab (a.k.a. AL-HASHIMI, Mushtaq Talib Zughayar Karhut; a.k.a. AL-RAWI, Mushtaq; a.k.a. AL-RAWI, Mushtaq Talib; a.k.a. AL-RAWI, Mushtaq Talib Zaghayir; a.k.a. AL-RAWI, Mushtaq Talib Zughayr), Turkey; Belgium; DOB 1964; alt. DOB 1969; Gender Male; Phone Number 905537471039 (individual) [SDGT].

AL-RAWI, Abu Sadek (a.k.a. AL-ADNANI, Abu Mohamed; a.k.a. AL-ADNANI, Abu Mohammad; a.k.a. AL-ADNANI, Abu Mohammed; a.k.a. AL-BANSHI, Taha; a.k.a. AL-KHATAB, Abu Baker; a.k.a. AL-RAWI, Yasser Khalaf Hussein Nazal; a.k.a. AL-SHAMI, Abu-Muhammad al-Adnani; a.k.a. FALAH, Jaber Taha; a.k.a. FALAHA, Taha Sobhi), Syria; Iraq; DOB 1977; POB

Banash, Syria; nationality Syria (individual) [SDGT].

ALRAWI, Adnan Mahmoud (a.k.a. AL RAWI, Adnan Mahmood; a.k.a. AL-RAWI, 'Adnan Muhammad Amin; a.k.a. AL-RAWI, Amin Muhammad; a.k.a. AMIN, 'Adnan Muhammad; a.k.a. RAWI, Adnan Mahmood; a.k.a. "ALDEEN, Mohammed Amad Az"; a.k.a. "EMAD, Mohammad"; a.k.a. "EZALDEEN, Mohammed Emad"), Erbil, Iraq; Amman, Jordan; Sulaymaniyah, Iraq; Istanbul, Turkey; Adana, Turkey; Bazaz Abd, Syria; al-Rawah, Anbar, Iraq; DOB 07 Jan 1985; alt. DOB 28 Aug 1982; Gender Male; National ID No. 649474 (Iraq); Identification Number 00260818 (Iraq); alt. Identification Number 658032 (Jordan); alt. Identification Number 635464 (Jordan); alt. Identification Number 1251025 (Jordan); alt. Identification Number 1200701 (Jordan); alt. Identification Number 24906658031 (Jordan); alt. Identification Number 1465967 (Jordan); alt. Identification Number 1194396 (Jordan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-RAWI, 'Adnan Muhammad Amin (a.k.a. AL RAWI, Adnan Mahmood; a.k.a. ALRAWI, Adnan Mahmoud; a.k.a. AL-RAWI, Amin Muhammad; a.k.a. AMIN, 'Adnan Muhammad; a.k.a. RAWI, Adnan Mahmood; a.k.a. "ALDEEN, Mohammed Amad Az"; a.k.a. "EMAD, Mohammad"; a.k.a. "EZALDEEN, Mohammed Emad"), Erbil, Iraq; Amman, Jordan; Sulaymaniyah, Iraq; Istanbul, Turkey; Adana, Turkey; Bazaz Abd, Syria; al-Rawah, Anbar, Iraq; DOB 07 Jan 1985; alt. DOB 28 Aug 1982; Gender Male; National ID No. 649474 (Iraq); Identification Number 00260818 (Iraq); alt. Identification Number 658032 (Jordan); alt. Identification Number 635464 (Jordan); alt. Identification Number 1251025 (Jordan); alt. Identification Number 1200701 (Jordan); alt. Identification Number 24906658031 (Jordan); alt. Identification Number 1465967 (Jordan); alt. Identification Number 1194396 (Jordan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-RAWI, Amin Muhammad (a.k.a. AL RAWI, Adnan Mahmood; a.k.a. ALRAWI, Adnan Mahmoud; a.k.a. AL-RAWI, 'Adnan Muhammad Amin; a.k.a. AMIN, 'Adnan Muhammad; a.k.a. RAWI, Adnan Mahmood; a.k.a. "ALDEEN, Mohammed Amad Az"; a.k.a. "EMAD, Mohammad"; a.k.a. "EZALDEEN, Mohammed Emad"), Erbil, Iraq; Amman, Jordan; Sulaymaniyah, Iraq; Istanbul, Turkey; Adana,

Turkey; Bazaz Abd, Syria; al-Rawah, Anbar, Iraq; DOB 07 Jan 1985; alt. DOB 28 Aug 1982; Gender Male; National ID No. 649474 (Iraq); Identification Number 00260818 (Iraq); alt. Identification Number 658032 (Jordan); alt. Identification Number 635464 (Jordan); alt. Identification Number 1251025 (Jordan); alt. Identification Number 1200701 (Jordan); alt. Identification Number 24906658031 (Jordan); alt. Identification Number 1465967 (Jordan); alt. Identification Number 1194396 (Jordan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-RAWI, Ayad Futayyih (a.k.a. AL-RAWI, Saif-al-Din Fulayyih Hassan Taha); DOB 1953; POB Ar Ramadi, al-Anbar Governorate, Iraq; nationality Iraq; Republican Guard chief of staff (individual) [IRAQ2].

AL-RAWI, Ayad Futayyih Khalifa; DOB 1942; POB Rawah, Iraq; nationality Iraq; Quds Force Chief of Staff (individual) [IRAQ2].

AL-RAWI, Fawzi Isma'il Al-Husayni (a.k.a. AL-RAWI, Fawzi Mutlaq; a.k.a. "ABU AKRAM"; a.k.a. "ABU FIRAS"), SYRIAN GOVERNMENT-OWNED APARTMENT, AL-MAZZAH DISTRICT, DAMASCUS, Syria; SYRIAN BA'TH PARTY COMMAND BUILDING, AL-HALBUNI DISTRICT, DAMASCUS, Syria; DOB 1940; POB RAWAH CITY, IRAQ; nationality Iraq; citizen Syria; CHAIRMAN, IRAQI WING OF THE SYRIAN BA'TH PARTY (individual) [SDGT].

AL-RAWI, Fawzi Mutlaq (a.k.a. AL-RAWI, Fawzi Isma'il Al-Husayni; a.k.a. "ABU AKRAM"; a.k.a. "ABU FIRAS"), SYRIAN GOVERNMENT-OWNED APARTMENT, AL-MAZZAH DISTRICT, DAMASCUS, Syria; SYRIAN BA'TH PARTY COMMAND BUILDING, AL-HALBUNI DISTRICT, DAMASCUS, Syria; DOB 1940; POB RAWAH CITY, IRAQ; nationality Iraq; citizen Syria; CHAIRMAN, IRAQI WING OF THE SYRIAN BA'TH PARTY (individual) [SDGT].

AL-RAWI, Hajj Fawaz (a.k.a. AL-ARWEE, Hajji Fouaz; a.k.a. JABIR AL-RAWI, Fawaz Muhamed; a.k.a. JABUR AL-RAWI, Fawwaz; a.k.a. JUBAYR AL-RAWI, Fawaz Muhammad; a.k.a. JUBAYR AL-RAWI, Fawwaz Muhammad), Syria; DOB 1974; POB Albu Kamal, Syria; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALRAWI, Marwan (a.k.a. AL-RAWI, Marwan Mahdi; a.k.a. AL-RAWI, Marwan Mahdi Salah), Istanbul, Turkey; DOB 1981; POB Ramadi, Iraq;

nationality Iraq; Email Address marwanalrawi2@gmail.com; Gender Male (individual) [SDGT] (Linked To: REDIN EXCHANGE).

AL-RAWI, Marwan Mahdi (a.k.a. ALRAWI, Marwan; a.k.a. AL-RAWI, Marwan Mahdi Salah), Istanbul, Turkey; DOB 1981; POB Ramadi, Iraq; nationality Iraq; Email Address marwanalrawi2@gmail.com; Gender Male (individual) [SDGT] (Linked To: REDIN EXCHANGE).

AL-RAWI, Marwan Mahdi Salah (a.k.a. ALRAWI, Marwan; a.k.a. AL-RAWI, Marwan Mahdi), Istanbul, Turkey; DOB 1981; POB Ramadi, Iraq; nationality Iraq; Email Address marwanalrawi2@gmail.com; Gender Male (individual) [SDGT] (Linked To: REDIN EXCHANGE).

AL-RAWI, Muhammad Abd-al-Qadir Mutni Assaf (a.k.a. MATNEE, Mohammed Abdulqader; a.k.a. MATNI, Muhammad 'Abd-al-Qadir; a.k.a. MUTNI, Mohammad Abdul Kadir; a.k.a. MUTNI, Muhammad Abdul Qadar; a.k.a. "ABD-AL-QARIM, Abu"), Erbil, Iraq; DOB 15 Apr 1983; Gender Male; Passport G2590897 (individual) [SDGT].

AL-RAWI, Muhannad Mushtaq Talib Zghayir Karhout (a.k.a. TALIB, Mohanad M.; a.k.a. TALIB, Muhannad Mushtaq; a.k.a. ZUGHAYAR, Muhanad Mushtaq; a.k.a. ZUGHAYAR, Muhanad Mushtaq Talib), Baghdad, Iraq; Samsun, Turkey; DOB 26 Dec 1996; POB Al-Qa'im, Iraq; nationality Iraq; Email Address mohand.alrawii@gmail.com; Gender Male; Phone Number 9647821757598; National Foreign ID Number 00167950 (Iraq) (individual) [SDGT].

AL-RAWI, Mushtaq (a.k.a. AL-HASHIMI, Mushtaq Talib Zughayar Karhut; a.k.a. AL-RAWI, Abu Mus'ab; a.k.a. AL-RAWI, Mushtaq Talib; a.k.a. AL-RAWI, Mushtaq Talib Zaghayir; a.k.a. AL-RAWI, Mushtaq Talib Zughayr), Turkey; Belgium; DOB 1964; alt. DOB 1969; Gender Male; Phone Number 905537471039 (individual) [SDGT].

AL-RAWI, Mushtaq Talib (a.k.a. AL-HASHIMI, Mushtaq Talib Zughayar Karhut; a.k.a. AL-RAWI, Abu Mus'ab; a.k.a. AL-RAWI, Mushtaq; a.k.a. AL-RAWI, Mushtaq Talib Zaghayir; a.k.a. AL-RAWI, Mushtaq Talib Zughayr), Turkey; Belgium; DOB 1964; alt. DOB 1969; Gender Male; Phone Number 905537471039 (individual) [SDGT].

AL-RAWI, Mushtaq Talib Zaghayir (a.k.a. AL-HASHIMI, Mushtaq Talib Zughayar Karhut;

a.k.a. AL-RAWI, Abu Mus'ab; a.k.a. AL-RAWI, Mushtaq; a.k.a. AL-RAWI, Mushtaq Talib; a.k.a. AL-RAWI, Mushtaq Talib Zughayr), Turkey; Belgium; DOB 1964; alt. DOB 1969; Gender Male; Phone Number 905537471039 (individual) [SDGT].

AL-RAWI, Mushtaq Talib Zughayr (a.k.a. AL-HASHIMI, Mushtaq Talib Zughayar Karhut; a.k.a. AL-RAWI, Abu Mus'ab; a.k.a. AL-RAWI, Mushtaq; a.k.a. AL-RAWI, Mushtaq Talib; a.k.a. AL-RAWI, Mushtaq Talib Zaghayir), Turkey; Belgium; DOB 1964; alt. DOB 1969; Gender Male; Phone Number 905537471039 (individual) [SDGT].

AL-RAWI, Saif-al-Din Fulayyih Hassan Taha (a.k.a. AL-RAWI, Ayad Futayyih); DOB 1953; POB Ar Ramadi, al-Anbar Governorate, Iraq; nationality Iraq; Republican Guard chief of staff (individual) [IRAQ2].

AL-RAWI, Talib 'Ali Husayn Al-Ahmad (a.k.a. AL-AHMAD, Talib (Arabic: طالب الاحمد)), Istanbul, Turkey; DOB 23 Dec 1973; POB Al Bukamal, Syria; nationality Syria; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL-RAWI, 'Umar Talib (a.k.a. AL-HASHIMI, Umar Talib Zughayr; a.k.a. AL-RAWI, Umar Talib Zughayr; a.k.a. AL-RAWI, Umar Talib Zughayr Karhoot; a.k.a. ZGHYR, 'Umr Talib; a.k.a. "AL-RAWI, Abu Umar"), Samsun, Turkey; al-Qa'im, Anbar Province, Iraq; Mersin Province, Turkey; DOB 1970; alt. DOB 1971; POB Iraq; nationality Iraq; Gender Male; Phone Number 907816941101; alt. Phone Number 9647734097694 (individual) [SDGT].

AL-RAWI, Umar Talib Zughayr (a.k.a. AL-HASHIMI, Umar Talib Zughayr; a.k.a. AL-RAWI, 'Umar Talib; a.k.a. AL-RAWI, Umar Talib Zughayr Karhoot; a.k.a. ZGHYR, 'Umr Talib; a.k.a. "AL-RAWI, Abu Umar"), Samsun, Turkey; al-Qa'im, Anbar Province, Iraq; Mersin Province, Turkey; DOB 1970; alt. DOB 1971; POB Iraq; nationality Iraq; Gender Male; Phone Number 907816941101; alt. Phone Number 9647734097694 (individual) [SDGT].

AL-RAWI, Umar Talib Zughayr Karhoot (a.k.a. AL-HASHIMI, Umar Talib Zughayr; a.k.a. AL-RAWI, 'Umar Talib; a.k.a. AL-RAWI, Umar Talib Zughayr; a.k.a. ZGHYR, 'Umr Talib; a.k.a. "AL-RAWI, Abu Umar"), Samsun, Turkey; al-Qa'im, Anbar Province, Iraq; Mersin Province, Turkey; DOB 1970; alt. DOB 1971; POB Iraq; nationality Iraq; Gender Male; Phone Number

907816941101; alt. Phone Number 9647734097694 (individual) [SDGT].

AL-RAWI, Waleed Talib Zghayir Karhout (a.k.a. AL-HASHIMI, Walid Talib Zughayr; a.k.a. AL-RAWI, Walid Talib Zughayr; a.k.a. ZGHAIR, Waleed Talib Zghair; a.k.a. ZGHYR, Walid Talib; a.k.a. "AL-RAWI, Abu Khalid"), Baghdad, Iraq; DOB 11 Nov 1988; nationality Iraq; Email Address waleed198811@gmail.com; Gender Male; Phone Number 9647807890955; alt. Phone Number 96407707840824; alt. Phone Number 9647720364973; Passport A11071541 (individual) [SDGT].

AL-RAWI, Walid Talib Zughayr (a.k.a. AL-HASHIMI, Walid Talib Zughayr; a.k.a. AL-RAWI, Waleed Talib Zghayir Karhout; a.k.a. ZGHAIR, Waleed Talib Zghair; a.k.a. ZGHYR, Walid Talib; a.k.a. "AL-RAWI, Abu Khalid"), Baghdad, Iraq; DOB 11 Nov 1988; nationality Iraq; Email Address waleed198811@gmail.com; Gender Male; Phone Number 9647807890955; alt. Phone Number 96407707840824; alt. Phone Number 9647720364973; Passport A11071541 (individual) [SDGT].

AL-RAWI, Yasser Khalaf Hussein Nazal (a.k.a. AL-ADNANI, Abu Mohamed; a.k.a. AL-ADNANI, Abu Mohammad; a.k.a. AL-ADNANI, Abu Mohammed; a.k.a. AL-BANSHI, Taha; a.k.a. AL-KHATAB, Abu Baker; a.k.a. AL-RAWI, Abu Sadek; a.k.a. AL-SHAMI, Abu-Muhammad al-Adnani; a.k.a. FALAH, Jaber Taha; a.k.a. FALAHA, Taha Sobhi), Syria; DOB 1977; POB Banash, Syria; nationality Syria (individual) [SDGT].

AL-RA'Y SATELLITE CHANNEL (a.k.a. AL RAIE TV CHANNEL; a.k.a. AL RA'Y SATELLITE TELEVISION STATION; a.k.a. AL RA'Y TV; a.k.a. AL-RA'I SATELLITE CHANNEL; a.k.a. AL-RA'Y SATELLITE TELEVISION CHANNEL; a.k.a. ARRAI TV; a.k.a. SATELLITE TELEVISION CHANNEL AL RA'Y; a.k.a. THE OPINION SATELLITE TELEVISION CHANNEL), Near Damascus in the Yaafur area, Syria; Website www.arrai.tv; Email Address info@arrai.tv [IRAQ3].

AL-RA'Y SATELLITE TELEVISION CHANNEL (a.k.a. AL RAIE TV CHANNEL; a.k.a. AL RA'Y SATELLITE TELEVISION STATION; a.k.a. AL RA'Y TV; a.k.a. AL-RA'I SATELLITE CHANNEL; a.k.a. AL-RA'Y SATELLITE CHANNEL; a.k.a. ARRAI TV; a.k.a. SATELLITE TELEVISION CHANNEL AL RA'Y; a.k.a. THE OPINION SATELLITE TELEVISION CHANNEL), Near Damascus in the Yaafur area,

Syria; Website www.arrai.tv; Email Address info@arrai.tv [IRAQ3].

AL-RAYA ESTABLISHMENT FOR MEDIA PRODUCTION (a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A BRIGADE; a.k.a. ANSAR AL-SHARI'A IN BENGHAZI; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. ANSAR AL-SHARIAH; a.k.a. ANSAR AL-SHARIAH BRIGADE; a.k.a. ANSAR AL-SHARIAH-BENGHAZI; a.k.a. KATIBAT ANSAR AL-SHARIA IN BENGHAZI; a.k.a. SOLDIERS OF THE SHARIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Benghazi, Libya [FTO] [SDGT].

AL-RAYMI, Qasim (a.k.a. AL-RAIMI, Qassim; a.k.a. AL-RAMI, Qasim; a.k.a. AL-RAYMI, Qassim; a.k.a. AL-REMI, Qassem; a.k.a. AL-RIMI, Qasim; a.k.a. "ABU 'AMMAR"; a.k.a. "ABU HARAYRAH"; a.k.a. "ABU HURAYRAH AL-SAN'AI"); DOB 05 Jun 1978; nationality Yemen; Passport 00344994 issued 03 Jul 1999 (individual) [SDGT].

AL-RAYMI, Qassim (a.k.a. AL-RAIMI, Qassim; a.k.a. AL-RAMI, Qasim; a.k.a. AL-RAYMI, Qasim; a.k.a. AL-REMI, Qassem; a.k.a. AL-RIMI, Qasim; a.k.a. "ABU 'AMMAR"; a.k.a. "ABU HARAYRAH"; a.k.a. "ABU HURAYRAH AL-SAN'AI"); DOB 05 Jun 1978; nationality Yemen; Passport 00344994 issued 03 Jul 1999 (individual) [SDGT].

AL-RAYS, Hassan, Syria; DOB 03 Nov 1963; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-REDA, Salman (a.k.a. AL-RIDA, Samwil Salman; a.k.a. EL-REDA, Samuel Salman; a.k.a. REMAL, Salman; a.k.a. SALMAN, Salman Raof; a.k.a. SALMAN, Salman Raouf; a.k.a. SALMAN, Salman Rauf; a.k.a. "MARQUEZ, Andree"), Lebanon; DOB 05 Jun 1963; alt. DOB 1965; nationality Colombia; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport AD 059541 (Colombia); alt. Passport AC 128856 (Colombia); National ID No. 84.049.097 (Colombia) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-REHMAH WELFARE ORGANIZATION (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a.

ALRAHMAH WELFARE ORGANISATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANIZATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

AL-REHMAN TRUST (a.k.a. AL REHMAT TRUST; a.k.a. AL-RAHMAT TRUST; a.k.a. AR-RAHMAN TRUST; a.k.a. UR-RAHMAN TRUST; a.k.a. UR-RAMAT TRUST), 537/1-Z Defense Housing Area (DHA), Lahore, Pakistan; Office 22, Third Floor, al Fatah Plaza, Commerical Market, Rawalpindi, Pakistan; Room No. 22, 3rd Floor, al-Fateh Plaza, Commerical Market Road, Chandi Chowk, Rawalpindi, Pakistan; Karachi, Pakistan; Nelam Road, Bandi Chehza, Muzaffarabad, Pakistan; Balakot, Besyan Chouk, Pakistan; Rajana Road, Srah-Salah, Haripur, Pakistan; Rehana Road, Sirai Salih, Post Box #22, G.P.O. Haripur, Northwest Frontier Province, Pakistan [SDGT].

AL-REHMAN, Matti (a.k.a. RAHMAN, Matiur; a.k.a. REHMAN, Mati ur; a.k.a. REHMAN, Matiur; a.k.a. REHMAN, Mati-ur; a.k.a. SAMAD, Abdul; a.k.a. SIAL, Abdul Samad; a.k.a. SIAL, Samad; a.k.a. UR-REHMAN, Mati); DOB 1977; nationality Pakistan (individual) [SDGT].

AL-REMI, Qassem (a.k.a. AL-RAIMI, Qassim; a.k.a. AL-RAMI, Qasim; a.k.a. AL-RAYMI, Qasim; a.k.a. AL-RAYMI, Qassim; a.k.a. AL-RIMI, Qasim; a.k.a. "ABU 'AMMAR"; a.k.a. "ABU HARAYRAH"; a.k.a. "ABU HURAYRAH AL-SAN'AI"); DOB 05 Jun 1978; nationality Yemen; Passport 00344994 issued 03 Jul 1999 (individual) [SDGT].

AL-RESAFA REFINERY COMPANY PRIVATE JSC (a.k.a. AL-RUSAFA REFINERY COMPANY (Arabic: شركة مصفاة الرصافة)), Al-

Rusafa, Raqqa, Syria; Organization Established Date 09 Feb 2020; Organization Type: Manufacture of refined petroleum products [SYRIA].

AL-RIDA, Karim Hasan (a.k.a. RIDA, Karim Hassan), Iraq; DOB 1944; Former Minister of Agriculture (individual) [IRAQ2].

AL-RIDA, Samwil Salman (a.k.a. AL-REDA, Salman; a.k.a. EL-REDA, Samuel Salman; a.k.a. REMAL, Salman; a.k.a. SALMAN, Salman Raof; a.k.a. SALMAN, Salman Raouf; a.k.a. SALMAN, Salman Rauf; a.k.a. "MARQUEZ, Andree"), Lebanon; DOB 05 Jun 1963; alt. DOB 1965; nationality Colombia; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport AD 059541 (Colombia); alt. Passport AC 128856 (Colombia); National ID No. 84.049.097 (Colombia) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-RIMI, Qasim (a.k.a. AL-RAIMI, Qassim; a.k.a. AL-RAMI, Qasim; a.k.a. AL-RAYMI, Qasim; a.k.a. AL-RAYMI, Qassim; a.k.a. AL-REMI, Qassem; a.k.a. "ABU 'AMMAR"; a.k.a. "ABU HARAYRAH"; a.k.a. "ABU HURAYRAH AL-SAN'AI"); DOB 05 Jun 1978; nationality Yemen; Passport 00344994 issued 03 Jul 1999 (individual) [SDGT].

ALROSA GROUP (a.k.a. AK ALROSA PAO (Cyrillic: АК АЛРОСА ПАО); a.k.a. PJSC ALROSA; a.k.a. PUBLIC JOINT STOCK COMPANY ALROSA (Cyrillic: АКЦИОНЕРНАЯ КОМПАНИЯ АЛРОСА ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 24 Ozerkovskaya Naberezhnaya, Moscow 115184, Russia; 6 ulitsa Lenina, Mirny, Republic of Sakha (Yakutia) 678174, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No.

1433000147 (Russia); Legal Entity Number 894500DKUWVBYZLLE651 (Russia); Registration Number 1021400967092 (Russia) [RUSSIA-EO14024].

AL-ROSTOM, Saqer Asaad (a.k.a. AL-RUSTUM, Saqr As'ad (Arabic: صقر أسعد الرستم); a.k.a. ROSTOM, Saker; a.k.a. RUSTUM, Sakkar; a.k.a. RUSTOM, Sakker; a.k.a. RUSTOM, Sakr; a.k.a. RUSTOM, Saqqar; a.k.a. RUSTOM, Saqqer; a.k.a. RUSTOM, Saqr (Arabic: صقر رستم)), Homs, Syria; DOB 1974; POB Khirbet al-Hamam, Homs, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

ALROWAD COMPANY (a.k.a. AL ROWAD REAL ESTATE DEVELOPMENT (Arabic: الرواد للتطوير العقاري); a.k.a. ALROWAD FOR REAL ESTATE; a.k.a. ALROWAD FOR REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD RESIDENTIAL COMPOUND; a.k.a. PIONEER COMPANY FOR REAL ESTATE DEVELOPMENT CO. LTD.; a.k.a. PIONEER REAL ESTATE DEVELOPMENT CO. LTD. OF SUDAN-SAUDI ARABIA; a.k.a. RUWWAD AL-QABIDAH COMPANY; a.k.a. RUWWAD REAL ESTATE DEVELOPMENT), West Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2010; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

ALROWAD FOR REAL ESTATE (a.k.a. AL ROWAD REAL ESTATE DEVELOPMENT (Arabic: الرواد للتطوير العقاري); a.k.a. ALROWAD COMPANY; a.k.a. ALROWAD FOR REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD RESIDENTIAL COMPOUND; a.k.a. PIONEER COMPANY FOR REAL ESTATE DEVELOPMENT CO. LTD.; a.k.a. PIONEER REAL ESTATE DEVELOPMENT CO. LTD. OF SUDAN-SAUDI ARABIA; a.k.a. RUWWAD AL-QABIDAH COMPANY; a.k.a. RUWWAD REAL ESTATE DEVELOPMENT), West Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2010; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

ALROWAD FOR REAL ESTATE DEVELOPMENT COMPANY (a.k.a. AL ROWAD REAL ESTATE DEVELOPMENT (Arabic: الرواد للتطوير العقاري); a.k.a. ALROWAD COMPANY; a.k.a. ALROWAD FOR REAL ESTATE; a.k.a. ALROWAD REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD RESIDENTIAL COMPOUND; a.k.a. PIONEER COMPANY FOR REAL ESTATE DEVELOPMENT CO. LTD.; a.k.a. PIONEER REAL ESTATE DEVELOPMENT CO. LTD. OF SUDAN-SAUDI ARABIA; a.k.a. RUWWAD AL-QABIDAH COMPANY; a.k.a. RUWWAD REAL ESTATE DEVELOPMENT), West Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2010; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

ALROWAD REAL ESTATE DEVELOPMENT COMPANY (a.k.a. AL ROWAD REAL ESTATE DEVELOPMENT (Arabic: الرواد للتطوير العقاري); a.k.a. ALROWAD COMPANY; a.k.a. ALROWAD FOR REAL ESTATE; a.k.a. ALROWAD FOR REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD RESIDENTIAL COMPOUND; a.k.a. PIONEER COMPANY FOR REAL ESTATE DEVELOPMENT CO. LTD.; a.k.a. PIONEER REAL ESTATE DEVELOPMENT CO. LTD. OF SUDAN-SAUDI ARABIA; a.k.a. RUWWAD AL-QABIDAH COMPANY; a.k.a. RUWWAD REAL ESTATE DEVELOPMENT), West Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2010; Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

ALROWAD RESIDENTIAL COMPOUND (a.k.a. AL ROWAD REAL ESTATE DEVELOPMENT (Arabic: الرواد للتطوير العقاري); a.k.a. ALROWAD COMPANY; a.k.a. ALROWAD FOR REAL ESTATE; a.k.a. ALROWAD FOR REAL ESTATE DEVELOPMENT COMPANY; a.k.a. ALROWAD REAL ESTATE DEVELOPMENT COMPANY; a.k.a. PIONEER COMPANY FOR REAL ESTATE DEVELOPMENT CO. LTD.; a.k.a. PIONEER REAL ESTATE DEVELOPMENT CO. LTD. OF SUDAN-SAUDI ARABIA; a.k.a. RUWWAD AL-QABIDAH COMPANY; a.k.a. RUWWAD REAL ESTATE

DEVELOPMENT), West Khartoum, Sudan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2010; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

AL-RUBA, Dr. Khadim, Iraq; Managing Director of REAL ESTATE BANK (individual) [IRAQ2].

AL-RUFAY'I, Abdallah Makki Muslih (a.k.a. AL-RAFI'I, 'Abdallah Makki Muslih Mahdi; a.k.a. "ABU KHADIJAH"; a.k.a. "ABU MUSAB"), Anbar Province, Iraq; DOB 1991; POB Balad District, Salah ad Din Province, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-RUMAYSH, Mu'tassim Yahya 'Ali (a.k.a. "ABU-RAYHANAH"; a.k.a. "AL-JEDDAWI, Abu-Rayhanah al-'Ansari"; a.k.a. "HANDALAH"; a.k.a. "RAYHANAH"); DOB 04 Jan 1973; POB Jeddah, Saudi Arabia; citizen Yemen; Passport 01055336 (Yemen); Residency Number 2054275397 (Saudi Arabia) issued 22 Jul 1998 (individual) [SDGT].

AL-RUSAFA REFINERY COMPANY (Arabic: شركة مصفاة الرصافة) (a.k.a. AL-RESAFA REFINERY COMPANY PRIVATE JSC), Al-Rusafa, Raqqa, Syria; Organization Established Date 09 Feb 2020; Organization Type: Manufacture of refined petroleum products [SYRIA].

AL-RUSTOM, Saqr As'ad (Arabic: صقر أسعد الرستم) (a.k.a. AL-ROSTOM, Saqer Asaad; a.k.a. ROSTOM, Saker; a.k.a. RUSTUM, Sakkar; a.k.a. RUSTOM, Sakker; a.k.a. RUSTOM, Sakr; a.k.a. RUSTOM, Saqqar; a.k.a. RUSTOM, Saqqer; a.k.a. RUSTOM, Saqr (Arabic: صقر رستم)), Homs, Syria; DOB 1974; POB Khirbet al-Hamam, Homs, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

AL-SA'ADI, Mansur (a.k.a. AL SAADI, Mansoor Ahmed; a.k.a. AL-SA'ADI, Mansur Ahmad; a.k.a. "Abu Sajjad"), Yemen; DOB 1988; nationality Yemen; Gender Male; Houthi Commander of Yemen's Naval and Coastal Defense Forces (individual) [YEMEN].

AL-SA'ADI, Mansur Ahmad (a.k.a. AL SAADI, Mansoor Ahmed; a.k.a. AL-SA'ADI, Mansur; a.k.a. "Abu Sajjad"), Yemen; DOB 1988; nationality Yemen; Gender Male; Houthi

Commander of Yemen's Naval and Coastal Defense Forces (individual) [YEMEN].

AL-SAATI, Ammar (Arabic: عمار الساعاتي) (a.k.a. SAATI BIN MOHAMAD NAWZAD, Mohamad Ammar (Arabic: محمد عمار ساعاتي بن محمد نوزاد); a.k.a. SAATI, Amar; a.k.a. SAATI, Ammar; a.k.a. SAATI, Mohamed Ammar; a.k.a. SA'ATI, Mohamed Ammar; a.k.a. SA'ATI, Mohammad Ammar; a.k.a. SAATI, Mohammad Ammar (Arabic: محمد عمار ساعاتي); a.k.a. SA'ATI, Mohammed Ammar; a.k.a. SAATI, Mohammed Ammar; a.k.a. SAATI, Muhammed Ammar), Syria; DOB 01 Jan 1967; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

AL-SABIREEN (a.k.a. AL-SABIREEN FOR THE VICTORY OF PALESTINE; a.k.a. AL-SABIREEN MOVEMENT FOR SUPPORTING PALESTINE; a.k.a. AL-SABIRIN; a.k.a. A-SABRIN ORGANIZATION; a.k.a. HARAKAT AL-SABIREEN; a.k.a. MOVEMENT OF THE PATIENT ONES; a.k.a. MOVEMENT OF THOSE WHO ENDURE WITH PATIENCE; a.k.a. THE SABIREEN MOVEMENT; a.k.a. "HESN"), Gaza Strip, Palestinian; West Bank, Palestinian; Jerusalem, Israel [SDGT].

AL-SABIREEN FOR THE VICTORY OF PALESTINE (a.k.a. AL-SABIREEN; a.k.a. AL-SABIREEN MOVEMENT FOR SUPPORTING PALESTINE; a.k.a. AL-SABIRIN; a.k.a. A-SABRIN ORGANIZATION; a.k.a. HARAKAT AL-SABIREEN; a.k.a. MOVEMENT OF THE PATIENT ONES; a.k.a. MOVEMENT OF THOSE WHO ENDURE WITH PATIENCE; a.k.a. THE SABIREEN MOVEMENT; a.k.a. "HESN"), Gaza Strip, Palestinian; West Bank, Palestinian; Jerusalem, Israel [SDGT].

AL-SABIREEN MOVEMENT FOR SUPPORTING PALESTINE (a.k.a. AL-SABIREEN; a.k.a. AL-SABIREEN FOR THE VICTORY OF PALESTINE; a.k.a. AL-SABIRIN; a.k.a. A-SABRIN ORGANIZATION; a.k.a. HARAKAT AL-SABIREEN; a.k.a. MOVEMENT OF THE PATIENT ONES; a.k.a. MOVEMENT OF THOSE WHO ENDURE WITH PATIENCE; a.k.a. THE SABIREEN MOVEMENT; a.k.a. "HESN"), Gaza Strip, Palestinian; West Bank, Palestinian; Jerusalem, Israel [SDGT].

AL-SABIRIN (a.k.a. AL-SABIREEN; a.k.a. AL-SABIREEN FOR THE VICTORY OF PALESTINE; a.k.a. AL-SABIREEN MOVEMENT FOR SUPPORTING PALESTINE; a.k.a. A-SABRIN ORGANIZATION; a.k.a. HARAKAT AL-SABIREEN; a.k.a. MOVEMENT OF THE PATIENT ONES; a.k.a. MOVEMENT

OF THOSE WHO ENDURE WITH PATIENCE; a.k.a. THE SABIREEN MOVEMENT; a.k.a. "HESN"), Gaza Strip, Palestinian; West Bank, Palestinian; Jerusalem, Israel [SDGT].

AL-SA'DI, Amir Hamudi Hassan; DOB 05 Apr 1938; POB Baghdad, Iraq; nationality Iraq; Passport NO33301/862 issued 17 Oct 1997 expires 01 Oct 2005; alt. Passport M0003264580; alt. Passport H0100009 issued 01 May 2002; presidential scientific advisor (individual) [IRAQ2].

AL-SAD'UN, Abd-al-Baqi abd-al-Karim Abdallah; DOB 1947; nationality Iraq; Ba'th party regional command chairman, Diyala (individual) [IRAQ2].

AL-SA'DUN, Muhammad Zimam abd-al-Razzaq; DOB 1942; POB Suq ash-Shuyukh District, Dhi-Qar, Iraq; nationality Iraq; Ba'th party regional chairman, at-Tamim (individual) [IRAQ2].

AL-SAEDI, Ahmed Kadhim Raheem (a.k.a. AL-HAMIDAWI, Ahmad; a.k.a. AL-HAMIDAWI, Ahmad Muhsin Faraj; a.k.a. AL-SA'IDI, Ahmad Kazim Rahim; a.k.a. "HUSAYN, Abu"), Baghdad, Iraq; DOB 25 Mar 1974; POB Iraq; nationality Iraq; Gender Male (individual) [SDGT].

AL-SAFIR COMPANY (a.k.a. AL-SAFIR OTO (Arabic: السفير للسيارات); a.k.a. EL SAFIR OTO; a.k.a. EL SAFIR OTOMOTIV; a.k.a. ELSAFIROTO; a.k.a. SAFIR CAR TRADING COMPANY IN TURKEY), 4222 Sokak, N Block, Number 49, Istanbul, Istanbul Province 34218, Turkey; Oto Center Galericiler Sitesi, 100. Yil, 3. Yol Sokak., Bagcilar, Istanbul 34204, Turkey; Gaziantep, Turkey; Kilis, Turkey; Urfa, Turkey; Organization Type: Sale of motor vehicles [SYRIA-EO13894] (Linked To: AL-JASIM, Mohammad Hussein).

AL-SAFIR OTO (Arabic: السفير للسيارات) (a.k.a. AL-SAFIR COMPANY; a.k.a. EL SAFIR OTO; a.k.a. EL SAFIR OTOMOTIV; a.k.a. ELSAFIROTO; a.k.a. SAFIR CAR TRADING COMPANY IN TURKEY), 4222 Sokak, N Block, Number 49, Istanbul, Istanbul Province 34218, Turkey; Oto Center Galericiler Sitesi, 100. Yil, 3. Yol Sokak., Bagcilar, Istanbul 34204, Turkey; Gaziantep, Turkey; Kilis, Turkey; Urfa, Turkey; Organization Type: Sale of motor vehicles [SYRIA-EO13894] (Linked To: AL-JASIM, Mohammad Hussein).

AL-SAFRANI, Ali Ahmidah (a.k.a. AL SIFRANI, Ali; a.k.a. AS-SAFRANI, Ali Samida; a.k.a. ZAFRANI, Ali), Libya; DOB 1982; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-SAGHIR, Mohd (a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

AL-SAHAF, Mohammed Said (a.k.a. AL-SAHHAF, Muhammad Said Kazim), Iraq; DOB 1940; Former Minister of Foreign Affairs (individual) [IRAQ2].

AL-SAHEL REFINERY COMPANY (a.k.a. COAST REFINERY COMPANY (Arabic: شركة مصافة الساحل); a.k.a. COASTAL REFINERY COMPANY PRIVATE JSC), Tartous, Syria; Organization Established Date 09 Feb 2020; Organization Type: Manufacture of refined petroleum products [SYRIA].

AL-SAHHAF, Muhammad Said Kazim (a.k.a. AL-SAHAF, Mohammed Said), Iraq; DOB 1940; Former Minister of Foreign Affairs (individual) [IRAQ2].

AL-SAHLOUL MONEY EXCHANGE COMPANY (a.k.a. SAHLOUL MONEY EXCHANGE COMPANY; a.k.a. SAHLUL HAWALA OFFICE), Axray, Masseeh Basha, Lalleli Street, Kalvan Centre Building #22, Office #203, Istanbul, Turkey; Mersin, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-SAHRAOUI, Adnan Abu Walid (a.k.a. AL-SAHRAWI, Adnan Abu Waleed; a.k.a. AL-SAHRAWI, Adnan Abu Walid; a.k.a. JOUMANI, Lehbib Ould Ali Ould Said Ould; a.k.a. "AL SAHRAWI, Abu Walid"), Menaka, Mali; DOB 16 Feb 1973; POB Laayoune, Western Sahara; Gender Male (individual) [SDGT].

AL-SAHRAWI, Adnan Abu Waleed (a.k.a. AL-SAHRAOUI, Adnan Abu Walid; a.k.a. AL-SAHRAWI, Adnan Abu Walid; a.k.a. JOUMANI, Lehbib Ould Ali Ould Said Ould; a.k.a. "AL SAHRAWI, Abu Walid"), Menaka, Mali; DOB 16 Feb 1973; POB Laayoune, Western Sahara; Gender Male (individual) [SDGT].

AL-SAHRAWI, Adnan Abu Walid (a.k.a. AL-SAHRAOUI, Adnan Abu Walid; a.k.a. AL-SAHRAWI, Adnan Abu Waleed; a.k.a. JOUMANI, Lehbib Ould Ali Ould Said Ould; a.k.a. "AL SAHRAWI, Abu Walid"), Menaka, Mali; DOB 16 Feb 1973; POB Laayoune,

Western Sahara; Gender Male (individual) [SDGT].

AL-SA'ID, Nidal, Syria; DOB 18 Apr 1976; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-SA'ID, Wasim, Syria; DOB 02 Jan 1980; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-SA'IDI, Abu Hammam (a.k.a. AL-MASRI, Hamam; a.k.a. AL-SA'IDI, Abu Humam; a.k.a. AL-SA'IDI, Hamam; a.k.a. BAYUMI, Yasri Muhammad Ibrahim; a.k.a. BAYUMI, Yisra Muhammad Ibrahim), Iran; DOB 20 May 1968; POB Aswan Governorate, Egypt; nationality Egypt; Shaykh (individual) [SDGT] (Linked To: AL QA'IDA).

AL-SA'IDI, Abu Humam (a.k.a. AL-MASRI, Hamam; a.k.a. AL-SA'IDI, Abu Hammam; a.k.a. AL-SA'IDI, Hamam; a.k.a. BAYUMI, Yasri Muhammad Ibrahim; a.k.a. BAYUMI, Yisra Muhammad Ibrahim; DOB 20 May 1968; POB Aswan Governorate, Egypt; nationality Egypt; Shaykh (individual) [SDGT] (Linked To: AL QA'IDA).

AL-SA'IDI, Ahmad Kazim Rahim (a.k.a. AL-HAMIDAWI, Ahmad; a.k.a. AL-HAMIDAWI, Ahmad Muhsin Faraj; a.k.a. AL-SAEDI, Ahmed Kadhim Raheem; a.k.a. "HUSAYN, Abu"), Baghdad, Iraq; DOB 25 Mar 1974; POB Iraq; nationality Iraq; Gender Male (individual) [SDGT].

AL-SA'IDI, Hamam (a.k.a. AL-MASRI, Hamam; a.k.a. AL-SA'IDI, Abu Hammam; a.k.a. AL-SA'IDI, Abu Humam; a.k.a. BAYUMI, Yasri Muhammad Ibrahim; a.k.a. BAYUMI, Yisra Muhammad Ibrahim), Iran; DOB 20 May 1968; POB Aswan Governorate, Egypt; nationality Egypt; Shaykh (individual) [SDGT] (Linked To: AL QA'IDA).

AL-SAKSUK COMPANY (a.k.a. SAKSOUK COMPANY FOR EXCHANGE AND MONEY TRANSFER; a.k.a. SAKSOUK COMPANY FOR MONETARY TRANSFERS ANTIOCH; a.k.a. SAKSOUK EXCHANGE; a.k.a. SAKSOUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSOUK EXCHANGE COMPANY; a.k.a. SAKSOUK FINANCIAL EXCHANGE; a.k.a. SAKSUK EXCHANGE AND MONEY TRANSFER COMPANY; a.k.a. SAKSUK MONEY EXCHANGE; a.k.a. SOKOK MONEY TRANSFER COMPANY; a.k.a. THE SAKSUK COMPANY FOR EXCHANGE AND FINANCIAL TRANSFERS), Turkey [SDGT]

(Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-SALAH (a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT].

AL-SALAH ASSOCIATION (a.k.a. AL-SALAH; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT].

AL-SALAH ISLAMIC ASSOCIATION (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a.

ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT].

AL-SALAH ISLAMIC COMMITTEE (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT].

AL-SALAH ISLAMIC FOUNDATION (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza,

Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT].

AL-SALAH ISLAMIC SOCIETY (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT].

AL-SALAH ORGANIZATION (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT].

AL-SALAH SOCIETY (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH

ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT].

AL-SALIH, Muhammad Mahdi (a.k.a. SALEH, Mohammed Mahdi); DOB 1947; alt. DOB 1949; POB al-Anbar Governorate, Iraq; nationality Iraq; Minister of Trade (individual) [IRAQ2].

AL-SAMAHI, Alaa Ali Ali Mohammed (a.k.a. AL-SAMAHY, Allaa), Turkey; DOB 08 Sep 1976; alt. DOB 1981; Gender Male (individual) [SDGT].

AL-SAMAHY, Allaa (a.k.a. AL-SAMAHI, Alaa Ali Ali Mohammed), Turkey; DOB 08 Sep 1976; alt. DOB 1981; Gender Male (individual) [SDGT].

AL-SAMARRA'I, Dr. Ibrahim Awwad Ibrahim (a.k.a. AL-BADRI, Dr. Ibrahim 'Awwad Ibrahim 'Ali; a.k.a. AL-BAGHDADI, Abu Bakr al-Husayni; a.k.a. AL-QURAISHI, Abu Bakr al-Baghdadi al-Husayni; a.k.a. AL-QURASHI, Abu Bakr al-Baghdadi al-Husseini; a.k.a. AL-SAMARRA'I, Ibrahim 'Awad Ibrahim al-Badri; a.k.a. AL-SAMARRA'I, Ibrahim Awwad Ibrahim; a.k.a. "ABU BAKR AL-BAGHDADI"; a.k.a. "ABU DU'A"; a.k.a. "DR. IBRAHIM"), Iraq; DOB 1971; POB Samarra'i, Iraq (individual) [SDGT].

AL-SAMARRA'I, Ibrahim 'Awad Ibrahim al-Badri (a.k.a. AL-BADRI, Dr. Ibrahim 'Awwad Ibrahim 'Ali; a.k.a. AL-BAGHDADI, Abu Bakr al-Husayni; a.k.a. AL-QURAISHI, Abu Bakr al-Baghdadi al-Husayni; a.k.a. AL-QURASHI, Abu Bakr al-Baghdadi al-Husseini; a.k.a. AL-SAMARRA'I, Dr. Ibrahim Awwad Ibrahim; a.k.a. AL-SAMARRA'I, Ibrahim Awwad Ibrahim; a.k.a. "ABU BAKR AL-BAGHDADI"; a.k.a. "ABU DU'A"; a.k.a. "DR. IBRAHIM"), Iraq; DOB 1971; POB Samarra'i, Iraq (individual) [SDGT].

AL-SAMARRA'I, Ibrahim Awwad Ibrahim (a.k.a. AL-BADRI, Dr. Ibrahim 'Awwad Ibrahim 'Ali; a.k.a. AL-BAGHDADI, Abu Bakr al-Husayni; a.k.a. AL-QURAISHI, Abu Bakr al-Baghdadi al-

Husayni; a.k.a. AL-QURASHI, Abu Bakr al-Baghdadi al-Husseini; a.k.a. AL-SAMARRA'I, Dr. Ibrahim Awwad Ibrahim; a.k.a. AL-SAMARRA'I, Ibrahim 'Awad Ibrahim al-Badri; a.k.a. "ABU BAKR AL-BAGHDADI"; a.k.a. "ABU DU'A"; a.k.a. "DR. IBRAHIM"), Iraq; DOB 1971; POB Samarra, Iraq (individual) [SDGT].

AL-SANBAL (a.k.a. AL SANABIL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT].

AL-SANDUQ AL-FILISTINI LIL-IGHATHA (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Registered Charity No. 1040094 [SDGT].

AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE;

a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Registered Charity No. 1040094 [SDGT].

AL-SANHAJI, Abou Abderrahmane (a.k.a. AL SANHAJI, Abu Abdul Rahman Ali; a.k.a. AL-SANHAJI, Abu 'Abd Al-Rahman Ali; a.k.a. AL-SENHADJI, Abou Abderrahman; a.k.a. MAYCHOU, Ali, a.k.a. "ABDERAHMANE AL MAGHREBI"), Mali; DOB 25 May 1983; POB Taza, Morocco; nationality Morocco; Gender Male (individual) [SDGT].

AL-SANHAJI, Abu 'Abd Al-Rahman Ali (a.k.a. AL SANHAJI, Abu Abdul Rahman Ali; a.k.a. AL-SANHAJI, Abou Abderrahmane; a.k.a. AL-SENHADJI, Abou Abderrahman; a.k.a. MAYCHOU, Ali, a.k.a. "ABDERAHMANE AL MAGHREBI"), Mali; DOB 25 May 1983; POB Taza, Morocco; nationality Morocco; Gender Male (individual) [SDGT].

AL-SARAF COMPANY FOR GENERAL TRADE (f.k.a. ALSARAF HAWALA OFFICE; f.k.a. AL-SARAF HAWALA OFFICE; a.k.a. WADI ALRRAFIDAYN FOR FOODSTUFFS; a.k.a. WADI ALRRAFIDAYN GIDA YAS SEBZE MEYVE BAKLIYAT OTOMOTIV TEKSTIL ITH IHR SAN VE TIC LTD STI), No. 1-11 Bahce Mahallesi, Mersin 33010, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Sep 2019; Business Registration Number 53175 (Turkey) [SDGT] (Linked To: AL-KHATUNI, Abd Al Hamid Salim Ibrahim Ismail Brukan).

ALSARAF HAWALA OFFICE (f.k.a. AL-SARAF COMPANY FOR GENERAL TRADE; f.k.a. AL-SARAF HAWALA OFFICE; a.k.a. WADI ALRRAFIDAYN FOR FOODSTUFFS; a.k.a. WADI ALRRAFIDAYN GIDA YAS SEBZE MEYVE BAKLIYAT OTOMOTIV TEKSTIL ITH IHR SAN VE TIC LTD STI), No. 1-11 Bahce Mahallesi, Mersin 33010, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Sep 2019; Business Registration Number 53175 (Turkey) [SDGT] (Linked To: AL-KHATUNI, Abd Al Hamid Salim Ibrahim Ismail Brukan).

AL-SARAF HAWALA OFFICE (f.k.a. AL-SARAF COMPANY FOR GENERAL TRADE; f.k.a. ALSARAF HAWALA OFFICE; a.k.a. WADI ALRRAFIDAYN FOR FOODSTUFFS; a.k.a. WADI ALRRAFIDAYN GIDA YAS SEBZE MEYVE BAKLIYAT OTOMOTIV TEKSTIL ITH IHR SAN VE TIC LTD STI), No. 1-11 Bahce

Mahallesi, Mersin 33010, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Sep 2019; Business Registration Number 53175 (Turkey) [SDGT] (Linked To: AL-KHATUNI, Abd Al Hamid Salim Ibrahim Ismail Brukan).

AL-SARAJI, Hashim Banyan Finyan Rahim (a.k.a. AL-SARAJI, Hashim Finyan Rahim; a.k.a. AL-SARAYJI, Ali Abd-al-Zahra Hafiz; a.k.a. UL AWLIYA, Hashim Banyan; a.k.a. "AL WALAI, Abu Ala"), Baghdad, Iraq; Lebanon; DOB 01 Jul 1966; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: KATA'IB SAYYID AL-SHUHADA).

AL-SARAJI, Hashim Finyan Rahim (a.k.a. AL-SARAJI, Hashim Banyan Finyan Rahim; a.k.a. AL-SARAYJI, Ali Abd-al-Zahra Hafiz; a.k.a. UL AWLIYA, Hashim Banyan; a.k.a. "AL WALAI, Abu Ala"), Baghdad, Iraq; Lebanon; DOB 01 Jul 1966; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: KATA'IB SAYYID AL-SHUHADA).

AL-SARAYJI, Ali Abd-al-Zahra Hafiz (a.k.a. AL-SARAJI, Hashim Banyan Finyan Rahim; a.k.a. AL-SARAJI, Hashim Finyan Rahim; a.k.a. UL AWLIYA, Hashim Banyan; a.k.a. "AL WALAI, Abu Ala"), Baghdad, Iraq; Lebanon; DOB 01 Jul 1966; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: KATA'IB SAYYID AL-SHUHADA).

AL-SASI, Jumanah, Syria; DOB 05 Oct 1960; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-SAUDI, Abu Maryam (a.k.a. AL-AZADI, Abu Maryam; a.k.a. AL-KHOZMRI, Ahmed Abdullah Saleh al-Zahrani; a.k.a. AL-ZAHRANI, Abu Maryam; a.k.a. AL-ZAHRANI, Ahmad Abdullah Salih; a.k.a. AL-ZAHRANI, Ahmed Abdullah S; a.k.a. AL-ZAHRANI, Ahmed Abdullah Saleh al-Khazmari; a.k.a. BIN AL-ZAHRANI, Ahmed bin Abdullah Saleh), Iran; Pakistan; DOB 15 Sep 1978; POB Dammam, Saudi Arabia; Passport E126785 (Saudi Arabia) issued 27 May 2002 expires 03 Apr 2007; Interpol: Red Notice. File No. 2009/3599. March 24, 2009. Orange Notice.

File No. 2009/52/OS/CCC. February 10, 2009. (individual) [SDGT].

AL-SAUDI, Abu Musab (a.k.a. AL-'ABDALI, Qattal; a.k.a. AL-'ABDALI, Qital; a.k.a. AL-'ARIF, Sultan Yusuf Hasan; a.k.a. AL-NAJDI, Qital), Afghanistan; Iran; DOB 28 Jun 1986; alt. DOB 27 Jun 1986; POB Jeddah, Saudi Arabia; nationality Saudi Arabia; Gender Male (individual) [SDGT].

AL-SAUDI, Abu Wafa (a.k.a. AL-JAHANI, Abd al-Rahman Muhammad Zafir al-Dabisi; a.k.a. AL-JAHANI, 'Abd al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. ALJAHANI, Abdulrhman Mohammed D.; a.k.a. AL-JAHNI, 'Abd al-Rahman Muhammad Thafir; a.k.a. AL-JAHNI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHANI, Abd al-Rahman Muhammad; a.k.a. AL-JUHANI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. AL-JUHNI, 'Abd Al-Rahman Muhammad Zafir al-Dubaysi; a.k.a. "ABU AL-WAFA'"; a.k.a. "ABU ANAS"); DOB 04 Dec 1971; alt. DOB 1977; POB Kharj, Saudi Arabia; nationality Saudi Arabia; Passport F508591 (Saudi Arabia); National ID No. 1027508157 (Saudi Arabia) (individual) [SDGT].

AL-SAY'ARI, Muhammad Ahmed (a.k.a. ABU-SULAYMAN, Nashwan al-Adani; a.k.a. AL-ADANI, Abu Sulayman; a.k.a. AL-ADANI, Nashwan; a.k.a. AL-ADANI, Sulayman; a.k.a. AL-HASHIMI, Abu Ma'ali; a.k.a. AL-SAY'ARI, Muhammad Qan'an; a.k.a. AL-SAY'ARI, Nashwan; a.k.a. MUTHANA, Mohsen Ahmed Saleh; a.k.a. MUTHANNA, Muhsin Ahmad Salah; a.k.a. QAN'AN, Muhammad Salih Muhammad; a.k.a. "AL-MUHAJIR, Abu Usama"), Yemen; DOB 13 Jan 1988; Gender Male; Passport 05867398 (Yemen); alt. Passport 04988639 (Jordan) (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-SAY'ARI, Muhammad Qan'an (a.k.a. ABU-SULAYMAN, Nashwan al-Adani; a.k.a. AL-ADANI, Abu Sulayman; a.k.a. AL-ADANI, Nashwan; a.k.a. AL-ADANI, Sulayman; a.k.a. AL-HASHIMI, Abu Ma'ali; a.k.a. AL-SAY'ARI, Muhammad Ahmed; a.k.a. AL-SAY'ARI, Nashwan; a.k.a. MUTHANA, Mohsen Ahmed Saleh; a.k.a. MUTHANNA, Muhsin Ahmad Salah; a.k.a. QAN'AN, Muhammad Salih Muhammad; a.k.a. "AL-MUHAJIR, Abu Usama"), Yemen; DOB 13 Jan 1988; Gender Male; Passport 05867398 (Yemen); alt. Passport 04988639 (Jordan) (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-SAY'ARI, Nashwan (a.k.a. ABU-SULAYMAN, Nashwan al-Adani; a.k.a. AL-ADANI, Abu

Sulayman; a.k.a. AL-ADANI, Nashwan; a.k.a. AL-ADANI, Sulayman; a.k.a. AL-HASHIMI, Abu Ma'ali; a.k.a. AL-SAY'ARI, Muhammad Ahmed; a.k.a. AL-SAY'ARI, Muhammad Qan'an; a.k.a. MUTHANA, Mohsen Ahmed Saleh; a.k.a. MUTHANNA, Muhsin Ahmad Salah; a.k.a. QAN'AN, Muhammad Salih Muhammad; a.k.a. "AL-MUHAJIR, Abu Usama"), Yemen; DOB 13 Jan 1988; Gender Male; Passport 05867398 (Yemen); alt. Passport 04988639 (Jordan) (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-SAYED, Jamil Muhammad Amin Amin (Arabic: جميل محمد امين امين السيد) (a.k.a. EL SAYED, Jamil; a.k.a. EL SAYED, Jamil Mohamad Amin; a.k.a. SAYYED, Jamil), Sea Road Summerland, Jnah, Beirut, Lebanon; Nabi Aylah, Zahleh, Bekaa, Lebanon; DOB 15 Jul 1950; POB Nabi Ayla, Beqaa, Lebanon; nationality Lebanon; Gender Male; Passport RL3234354 (Lebanon) expires 07 Jun 2020 (individual) [LEBANON].

AL-SAYF, Mahmud (a.k.a. SAJADDINIA, Mohsen; a.k.a. SAJADINIA, Mohsen; a.k.a. SAJJADI NIA, Mohsen; a.k.a. SAJJADINIA, Mohsen; a.k.a. SEIF, Mahmoud), DOB 05 Jun 1964; alt. DOB 05 Jun 1967; alt. DOB 05 Jun 1969; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR].

AL-SAYYED, Mohammad Abdul-Sattar; DOB 1958; POB Tartus, Syria; Minister of Religious Endowments (individual) [SYRIA].

AL-SAYYID, 'Ali Sulayman Mas'ud 'Abd (a.k.a. AL-JAWZIYYAH, Ibn al-Qayyim; a.k.a. SAYED, Aly Soliman Massoud Abdul; a.k.a. "AL-QAYYIM, 'Ibn"; a.k.a. "AL-ZAWL"; a.k.a. "EL-QAIM, Ibn"; a.k.a. "OSMAN, Mohamed") DOB 1969; POB Tripoli, Libya; nationality Libya; Gender Male; Passport 96/184442 (Libya) (individual) [SDGT].

AL-SAYYID, Ibrahim Amin (a.k.a. SAYYED, Ibrahim Amin; a.k.a. "AL-AMIN, Ibrahim"), Lebanon; DOB 1953; POB Nabi Ayla, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Head of the Political Council of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

AL-SAYYID, Sarah Jamal Muhammad (Arabic: ساره جمال محمد السيد) (a.k.a. GAMAL, Sarah; a.k.a. JAMAL, Sarah), Egypt; DOB 07 Jul 1985; POB Egypt; nationality Egypt; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT]

(Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALSBHUA, Azam A.R. (a.k.a. AL-HARBI, Abu Abdalla; a.k.a. AL-HARBI, Abu Suliman; a.k.a. AL-HARBI, Mansur; a.k.a. AL-MAKY, Abu Muslem; a.k.a. ALSBHUA, Azam Abdullah Razeeq Al Mouled; a.k.a. AL-SUBHI, Azzam; a.k.a. AL-SUBHI, Azzam Abdullah Zureik Al-Maulid), Afghanistan; Pakistan; DOB 12 Apr 1976; POB Al Baraka, Saudi Arabia; nationality Saudi Arabia; Passport C389664 issued 15 Sep 2000 expires 15 Sep 2005 (individual) [SDGT].

ALSBHUA, Azam Abdullah Razeeq Al Mouled (a.k.a. AL-HARBI, Abu Abdalla; a.k.a. AL-HARBI, Abu Suliman; a.k.a. AL-HARBI, Mansur; a.k.a. AL-MAKY, Abu Muslem; a.k.a. ALSBHUA, Azam A.R.; a.k.a. AL-SUBHI, Azzam; a.k.a. AL-SUBHI, Azzam Abdullah Zureik Al-Maulid), Afghanistan; Pakistan; DOB 12 Apr 1976; POB Al Baraka, Saudi Arabia; nationality Saudi Arabia; Passport C389664 issued 15 Sep 2000 expires 15 Sep 2005 (individual) [SDGT].

ALSEHRI, Turki Muserref M. (a.k.a. ALSEHRI, Turki Musharraf M); DOB 1982; nationality Saudi Arabia; Gender Male (individual) [GLOMAG].

ALSEHRI, Turki Musharraf M (a.k.a. ALSEHRI, Turki Muserref M); DOB 1982; nationality Saudi Arabia; Gender Male (individual) [GLOMAG].

ALSEHRI, Waleed Abdullah M. (a.k.a. ALSEHRI, Waleed Abdullah M.); DOB 05 Nov 1980; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport R120404 (Saudi Arabia) issued 31 May 2015 expires 06 Apr 2020 (individual) [GLOMAG].

AL-SENHADJI, Abou Abderrahman (a.k.a. AL SANHAJI, Abu Abdul Rahman Ali; a.k.a. AL-SANHAJI, Abou Abderrahmane; a.k.a. AL-SANHAJI, Abu 'Abd Al-Rahman Ali; a.k.a. MAYCHOU, Ali; a.k.a. "ABDERAHMANE AL MAGHREBI"), Mali; DOB 25 May 1983; POB Taza, Morocco; nationality Morocco; Gender Male (individual) [SDGT].

AL-SENUSSI, Abdullah (a.k.a. SENUSSI, Abdullah); DOB 1949; POB Sudan; Director of Military Intelligence; Colonel (individual) [LIBYA2].

AL-SHAAR, Mohammad Ibrahim (a.k.a. AL-CHAAR, Mohammad Ibrahim; a.k.a. AL-SHAAR, Mohammed Ibrahim; a.k.a. AL-SHA'AR, Muhammed Ibrahim; a.k.a. AL-SHAAR, Muhammad Ibrahim); DOB 1950; POB Lattakia Province, Syria; Major General, Minister of the Interior (individual) [SYRIA].

AL-SHAAR, Mohammed Ibrahim (a.k.a. AL-CHAAR, Mohammad Ibrahim; a.k.a. AL-SHAAR, Mohammad Ibrahim; a.k.a. AL-SHA'AR, Muhammed Ibrahim; a.k.a. AL-SHAAR, Muhammad Ibrahim); DOB 1950; POB Lattakia Province, Syria; Major General, Minister of the Interior (individual) [SYRIA].

AL-SHAAR, Muhammad Ibrahim (a.k.a. AL-CHAAR, Mohammad Ibrahim; a.k.a. AL-SHAAR, Mohammad Ibrahim; a.k.a. AL-SHAAR, Mohammed Ibrahim; a.k.a. AL-SHA'AR, Muhammed Ibrahim); DOB 1950; POB Lattakia Province, Syria; Major General, Minister of the Interior (individual) [SYRIA].

AL-SHA'AR, Muhammed Ibrahim (a.k.a. AL-CHAAR, Mohammad Ibrahim; a.k.a. AL-SHAAR, Mohammad Ibrahim; a.k.a. AL-SHAAR, Mohammed Ibrahim; a.k.a. AL-SHAAR, Muhammad Ibrahim); DOB 1950; POB Lattakia Province, Syria; Major General, Minister of the Interior (individual) [SYRIA].

AL-SHA'ARI, Hasan al-Salahayn Salih (a.k.a. AL-SHA'IRI, Husayn Al-Salihin Salih; a.k.a. "ABU-HABIB, Hasan"; a.k.a. "AL-LIBI, Abu-Habib"; a.k.a. "AL-SALIHIN, Habib"); DOB 01 Jan 1975 to 31 Dec 1975; POB Darna, Libya; citizen Libya; Passport 542858 (Libya); Personal ID Card 55252 (Libya) (individual) [SDGT].

AL-SHABAAB (a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SDGT] [SOMALIA].

AL-SHABAAB AL-ISLAAM (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN

YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SDGT] [SOMALIA].

AL-SHABAAB AL-ISLAMIYA (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SDGT] [SOMALIA].

AL-SHABAAB AL-JIHAAD (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SDGT] [SOMALIA].

AL-SHABAAB IN MOZAMBIQUE (a.k.a. AHL AL-SUNNA WA AL-JAMAA; a.k.a. ANSAAR KALIMAT ALLAH; a.k.a. ANSAR AL-SUNNA; a.k.a. ISLAMIC STATE - MOZAMBIQUE; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. "ADHERENTS TO THE TRADITIONS AND THE COMMUNITY"; a.k.a. "HELPERS OF TRADITION"; a.k.a. "ISIS-MOZAMBIQUE"; a.k.a. "SUPPORTERS OF THE WORD OF ALLAH"), Cabo Delgado Province, Mozambique; Tanzania [FTO] [SDGT].

AL-SHABAB (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SDGT] [SOMALIA].

AL-SHABAN, Hasan (a.k.a. ALSHABAN, Hasan Suliman), Manbij, Syria; Sahinbey, Gaziantep, Turkey; DOB 07 Jan 1987; nationality Syria; Gender Male; Passport 02812L004397 (Syria); Identification Number 02120304806 (Syria); alt. Identification Number N006695928 (Syria); alt. Identification Number 99071138750 (Turkey) (individual) [SDGT].

ALSHABAN, Hasan Suliman (a.k.a. AL-SHABAN, Hasan), Manbij, Syria; Sahinbey, Gaziantep, Turkey; DOB 07 Jan 1987; nationality Syria; Gender Male; Passport 02812L004397 (Syria); Identification Number 02120304806 (Syria); alt. Identification Number N006695928 (Syria); alt. Identification Number 99071138750 (Turkey) (individual) [SDGT].

AL-SHA'BANI, Badran Turki Hisham al-Mazidih (a.k.a. AL MAZIDIH, Badran Turki Hishan; a.k.a. AL MEZIDI, Badran Turki Hishan; a.k.a. AL-MAZIDIH, Badran Turki al-Hishan; a.k.a. AL-TURKI, Badran; a.k.a. HISHAM, Badran al-Turki; a.k.a. HISHAN, Badran Turki; a.k.a. SHALASH, Badran Turki Hayshan; a.k.a. "ABU 'ABDALLAH"; a.k.a. "ABU ABDULLAH"; a.k.a. "ABU 'AZZAM"; a.k.a. "ABU GHADIYAH"), Zabadani, Syria; DOB 1977; alt. DOB 1978; alt. DOB 1979; POB Mosul, Iraq (individual) [SDGT].

AL-SHABANI, Bashir Abd al Kazim Alwan (a.k.a. ALSHABBANI, Basheer; a.k.a. AL-SHABBANI, Basheer Abdulkadhim Alwan; a.k.a. SHABBAN, Basheer), Baghdad, Iraq; DOB 01 May 1986; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A14930891 (Iraq) expires 27 Jan 2027; alt. Passport A9836915 (Iraq) expires 19 Aug 2024; National ID No. AA2889593 (Iraq) expires 21 Oct 2026 (individual) [SDGT] (Linked To: FLY BAGHDAD AIRLINES COMPANY).

ALSHABBANI, Basheer (a.k.a. AL-SHABANI, Bashir Abd al Kazim Alwan; a.k.a. AL-SHABBANI, Basheer Abdulkadhim Alwan; a.k.a. SHABBAN, Basheer), Baghdad, Iraq; DOB 01 May 1986; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A14930891 (Iraq) expires 27 Jan 2027; alt. Passport A9836915 (Iraq) expires 19 Aug 2024; National ID No. AA2889593 (Iraq) expires 21 Oct 2026 (individual) [SDGT] (Linked To: FLY BAGHDAD AIRLINES COMPANY).

AL-SHABBANI, Basheer Abdulkadhim Alwan (a.k.a. AL-SHABANI, Bashir Abd al Kazim Alwan; a.k.a. ALSHABBANI, Basheer; a.k.a. SHABBAN, Basheer), Baghdad, Iraq; DOB 01 May 1986; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A14930891 (Iraq) expires 27 Jan 2027; alt. Passport A9836915 (Iraq) expires 19 Aug 2024; National ID No. AA2889593 (Iraq) expires 21 Oct 2026 (individual) [SDGT] (Linked To: FLY BAGHDAD AIRLINES COMPANY).

AL-SHABBIHAH (a.k.a. SHABBIHA; a.k.a. SHABBIHAH; a.k.a. SHABEEHA; a.k.a. SHABIHA), Syria [SYRIA].

AL-SHA'BI COMMITTEES (a.k.a. JAYSH AL-SHAAB; a.k.a. JAYSH AL-SHA'BI; a.k.a. JISH SHAABI; a.k.a. SHA'BI COMMITTEES; a.k.a. SHA'BI FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCES; a.k.a. "ARMY OF THE PEOPLE"; a.k.a. "PEOPLE'S ARMY"; a.k.a. "POPULAR COMMITTEES"; a.k.a. "POPULAR FORCES"; a.k.a. "SHA'BI"; a.k.a. "THE POPULAR ARMY") [SYRIA].

AL-SHAER, Ali (a.k.a. AL-SHA'IR, Ali), Sultanah, Bint Jbeil, Nabatieh, Lebanon; DOB 26 Jan 1967; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions

Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 000013901514 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-SHAER, Saleh (a.k.a. ALSHAER, Saleh Mesfer; a.k.a. ALSHAER, Saleh Mesfer Saleh; a.k.a. AL-SHAER, Salih Misfer; a.k.a. "ABU YASSER"), Sana'a, Yemen; DOB 1965; alt. DOB 1966; alt. DOB 1967; POB Razih District, Saada Governorate, Yemen; nationality Yemen; Gender Male (individual) [YEMEN].

ALSHAER, Saleh Mesfer (a.k.a. AL-SHAER, Saleh; a.k.a. ALSHAER, Saleh Mesfer Saleh; a.k.a. AL-SHAER, Salih Misfer; a.k.a. "ABU YASSER"), Sana'a, Yemen; DOB 1965; alt. DOB 1966; alt. DOB 1967; POB Razih District, Saada Governorate, Yemen; nationality Yemen; Gender Male (individual) [YEMEN].

ALSHAER, Saleh Mesfer Saleh (a.k.a. AL-SHAER, Saleh; a.k.a. ALSHAER, Saleh Mesfer; a.k.a. AL-SHAER, Salih Misfer; a.k.a. "ABU YASSER"), Sana'a, Yemen; DOB 1965; alt. DOB 1966; alt. DOB 1967; POB Razih District, Saada Governorate, Yemen; nationality Yemen; Gender Male (individual) [YEMEN].

AL-SHAER, Salih Misfer (a.k.a. AL-SHAER, Saleh; a.k.a. ALSHAER, Saleh Mesfer; a.k.a. ALSHAER, Saleh Mesfer Saleh; a.k.a. "ABU YASSER"), Sana'a, Yemen; DOB 1965; alt. DOB 1966; alt. DOB 1967; POB Razih District, Saada Governorate, Yemen; nationality Yemen; Gender Male (individual) [YEMEN].

AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES (a.k.a. AL-SHAHID CORPORATION; a.k.a. BONYAD SHAHID; a.k.a. BONYAD-E SHAHID; a.k.a. BONYAD-E SHAHID VA ISARGARAN; a.k.a. ES-SHAHID; a.k.a. IRANIAN MARTYRS FUND; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHID FOUNDATION; a.k.a. SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815-1394, Tehran 15900, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION (a.k.a. AL-MUA'ASSAT AL-SHAHID; a.k.a. AL-SHAHID FOUNDATION; a.k.a. AL-SHAHID ORGANIZATION; a.k.a. HIZBALLAH MARTYRS FOUNDATION; a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNDATION; a.k.a. LEBANESE MARTYR ASSOCIATION; a.k.a. LEBANESE MARTYR

FOUNDATION; a.k.a. MARTYRS FOUNDATION IN LEBANON; a.k.a. MARTYRS INSTITUTE), P.O. Box 110 24, Bir al-Abed, Beirut, Lebanon; Biqa' Valley, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

AL-SHAHID CORPORATION (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. BONYAD SHAHID; a.k.a. BONYAD-E SHAHID; a.k.a. BONYAD-E SHAHID VA ISARGARAN; a.k.a. ES-SHAHID; a.k.a. IRANIAN MARTYRS FUND; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHID FOUNDATION; a.k.a. SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815-1394, Tehran 15900, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

AL-SHAHID FOUNDATION (a.k.a. AL-MUA'ASSAT AL-SHAHID; a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION; a.k.a. AL-SHAHID ORGANIZATION; a.k.a. HIZBALLAH MARTYRS FOUNDATION; a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNDATION; a.k.a. LEBANESE MARTYR ASSOCIATION; a.k.a. LEBANESE MARTYR FOUNDATION; a.k.a. MARTYRS FOUNDATION IN LEBANON; a.k.a. MARTYRS INSTITUTE), P.O. Box 110 24, Bir al-Abed, Beirut, Lebanon; Biqa' Valley, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

AL-SHAHID FOUNDATION- PALESTINIAN BRANCH (a.k.a. MUASSASAT SHAHID FILISTIN; a.k.a. PALESTINIAN MARTYRS FOUNDATION; a.k.a. PALESTINIAN MARTYRS INSTITUTION GROUP; a.k.a. SHAHID FUND), Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

AL-SHAHID ORGANIZATION (a.k.a. AL-MUA'ASSAT AL-SHAHID; a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION; a.k.a. AL-SHAHID FOUNDATION; a.k.a. HIZBALLAH MARTYRS FOUNDATION; a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNDATION; a.k.a. LEBANESE MARTYR ASSOCIATION; a.k.a. LEBANESE MARTYR FOUNDATION; a.k.a. MARTYRS

FOUNDATION IN LEBANON; a.k.a. MARTYRS INSTITUTE), P.O. Box 110 24, Bir al-Abed, Beirut, Lebanon; Biqa' Valley, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

AL-SHAHID SOCIAL ASSOCIATION (f.k.a. EDUCATIONAL DEVELOPMENT ASSOCIATION; a.k.a. GOODWILL CHARITABLE ORGANIZATION, INC.), 13106 Warren Ave. Suite #4, Dearborn, MI 48126, United States; PO Box 1794, Dearborn, MI 48126, United States; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

AL-SHAHID, Abu-Ahmad (a.k.a. AL-AMRIKI, Abu-Ahmad; a.k.a. AL-HAWEN, Abu-Ahmad; a.k.a. AL-MAGHRIBI, Rashid; a.k.a. HIJAZI, Raed M; a.k.a. HIJAZI, Riad), Jordan; DOB 1968; POB California, USA; SSN 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 (United States) (individual) [SDGT].

AL-SHA'IR, Ali (a.k.a. AL-SHAER, Ali), Sultanah, Bint Jbeil, Nabatieh, Lebanon; DOB 26 Jan 1967; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 000013901514 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-SHA'IR, Samir, Syria; DOB 12 Sep 1978; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-SHA'IRI, Husayn Al-Salihin Salih (a.k.a. AL-SHA'ARI, Hasan al-Salahayn Salih; a.k.a. "ABU-HABIB, Hasan"; a.k.a. "AL-LIBI, Abu-Habib"; a.k.a. "AL-SALIHIN, Habib"); DOB 01 Jan 1975 to 31 Dec 1975; POB Darna, Libya; citizen Libya; Passport 542858 (Libya); Personal ID Card 55252 (Libya) (individual) [SDGT].

AL-SHAKHAN, Fuad Ahmad Nuri Ali (a.k.a. AL-CHAMCHAMALI, Bilal; a.k.a. "KARIM, Mam"; a.k.a. "KIRKUKI, Bilal"), Iran; DOB 10 Aug 1979; POB Gadir Karam, Tuz Khurmatu, Sala Ad-Din Province, Iraq; nationality Iraq; Gender Male; National ID No. 00060543 (Iraq) (individual) [SDGT].

AL-SHALISH, Dhu Al-Himma (a.k.a. AL-HEMMEH, Thu; a.k.a. SHALEESH, Dhu Himma; a.k.a. SHALEESH, Thu Al Hima; a.k.a. SHALISH, Dhu Al Himma; a.k.a. SHALISH, Dhuil Himma; a.k.a. SHALISH, Zuhayr; a.k.a. SHALISH, Zuhilma), Damascus, Syria; DOB

circa 1956; POB Al-Ladhiqiyah, Syria; nationality Syria; Brigadier General; Major General (individual) [SYRIA] [IRAQ2].

AL-SHALISH, Dr. Asef (a.k.a. ISSA, Assef; a.k.a. SHALEESH, Asef Isa; a.k.a. SHALEESH, Dr. Assef Essa; a.k.a. SHALISH, Asif), Damascus, Syria; DOB 01 Jan 1959; nationality Syria; Passport 4713277 (Syria) (individual) [IRAQ2].

AL-SHAM AND AL-DARWISH COMPANY (a.k.a. AL-QATIRJI COMPANY; a.k.a. KHATIRJI GROUP), Mazzah, Damascus, Syria [SYRIA].

AL-SHAM COMPANY (a.k.a. AL SHAM COMPANY; a.k.a. CHAM HOLDING; a.k.a. CHAM INVESTMENT GROUP; a.k.a. SHAM HOLDING COMPANY SAL; a.k.a. "CHAM"; a.k.a. "SHAM HOLDING"), Cham Holding Building, Daraa Highway, Sahnaya Area, P.O. Box 9525, Damascus, Syria [SYRIA].

AL-SHAM WINGS (a.k.a. AJNEHAT AL SHAM; a.k.a. CHAM WINGS (Arabic: أجنحة الشام); a.k.a. CHAM WINGS AIRLINES (Arabic: أجنحة الشام للطيران); f.k.a. SHAM WING AIRLINES), Al Fardous Street, Damascus, Syria; Saadoon Street, Baghdad, Iraq; 8 March Street, Lattakia, Syria; Hai Al Gharbi-Alraees Street, Kamishli, Syria; P.O. Box 1620 Tal-Kurdi, Adra, Damascus, Syria; Registration ID 14683 (Syria) [SYRIA] (Linked To: SYRIAN ARAB AIRLINES).

AL-SHAMI, Abdul Qader (a.k.a. AL SHAMI, Abdelkader Kassim Ahmed; a.k.a. AL-SHAMI, Abdulqader), Yemen; DOB 10 Oct 1954; POB Yemen; nationality Yemen; Gender Male (individual) [GLOMAG].

AL-SHAMI, Abdulqader (a.k.a. AL SHAMI, Abdelkader Kassim Ahmed; a.k.a. AL-SHAMI, Abdul Qader), Yemen; DOB 10 Oct 1954; POB Yemen; nationality Yemen; Gender Male (individual) [GLOMAG].

AL-SHAMI, Abu-Malik (a.k.a. AL-ANSARI, Abu-Malik; a.k.a. AL-TALLI, Abu-Malik; a.k.a. ZAYNIYAH, Jamal Husayn), Al-Qalamun, Syria; DOB 17 Aug 1972; alt. DOB 01 Jan 1972; POB Al-Tal, Syria; alt. POB Tell Mnin, Syria; nationality Syria; Passport 3987189 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-SHAMI, Abu-Muhammad al-Adnani (a.k.a. AL-ADNANI, Abu Mohamed; a.k.a. AL-ADNANI, Abu Mohammed; a.k.a. AL-ADNANI, Abu Mohammed; a.k.a. AL-BANSHI, Taha; a.k.a. AL-KHATAB, Abu Baker; a.k.a. AL-RAWI, Abu Sadek; a.k.a. AL-RAWI, Yasser Khalaf Hussein Nazal; a.k.a. FALAH, Jaber Taha; a.k.a. FALAHA, Taha Sobhi), Syria; Iraq; DOB 1977; POB Banash, Syria; nationality Syria (individual) [SDGT].

AL-SHAMI, Ahmad; DOB 1965; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

AL-SHAMI, Faruk (a.k.a. ASH-SHAMI, Faruk; a.k.a. FAYZIMATOV, Farrukh Furkatovitch; a.k.a. FAYZIMATOV, Faruk Furkatovich; a.k.a. SHAMI, Faruk; a.k.a. SHAMI, Faruq (Cyrillic: ШАМИ, Фарук)), Idlib, Syria; DOB 02 Mar 1996; citizen Tajikistan; Gender Male; Digital Currency Address - XBT 17a5bpKvEp1j1Trs4qTbcNZrby53JbaS9C (individual) [SDGT].

AL-SHAMI, Haj Husayn (a.k.a. AL-SHAMI, Husayn; a.k.a. AL-SHAMY, Husayn; a.k.a. ASHAMI, Husayn; a.k.a. SHAIMI, Husayn; a.k.a. SHAMAI, Husayn; a.k.a. SHAMY, Husayn), Lebanon; DOB 1948; alt. DOB 1954; alt. DOB 1960; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

AL-SHAMI, Husayn (a.k.a. AL-SHAMI, Haj Husayn; a.k.a. AL-SHAMY, Husayn; a.k.a. ASHAMI, Husayn; a.k.a. SHAIMI, Husayn; a.k.a. SHAMAI, Husayn; a.k.a. SHAMY, Husayn), Lebanon; DOB 1948; alt. DOB 1954; alt. DOB 1960; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

AL-SHAMMARI (a.k.a. AL-JIBURI, Muyassir; a.k.a. AL-JUBURI, Maysar Ali Musa Abdallah; a.k.a. AL-QAHTANI, Mus'ab; a.k.a. AL-SHAMMARI, Muyassir; a.k.a. HARARA, Muyassir; a.k.a. HASSAN, Muhammad Khalid); DOB 01 Jun 1976; POB Al-Shura, Mosul, Iraq; alt. POB Harara, Ninawa Province, Iraq; citizen Iraq (individual) [SDGT].

AL-SHAMMARI, Hamad Awad Dahi Sarhan (a.k.a. "AL-KUWAITI, Abu Uqlah"); DOB 31 Jan 1984; citizen Kuwait; Passport 155454275 (Kuwait); Identification Number 284013101406 (Kuwait) (individual) [SDGT].

AL-SHAMMARI, Muhammad (a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shiryan; a.k.a. AL-ANIZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd-al-Rahman Fihan Shiryan; a.k.a. AL-'ANIZI, Muhammad Hadi 'Abd al-Rahman Fayhan Shariyan; a.k.a. AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharban; a.k.a.

AL-'ANZI, Muhammad Hadi 'Abd-al-Rahman Fayhan Sharyan; a.k.a. ALENEZI, Mohammad H A F; a.k.a. "AL-KUWAITI, Abu Hudhayfa"; a.k.a. "HUDAYTH, Abu"; a.k.a. "HUDHAYFAH, Abu"), Kuwait; DOB 26 May 1986; nationality Kuwait; citizen Kuwait; Gender Male (individual) [SDGT] (Linked To: AL QA'IDA; Linked To: AL-NUSRAH FRONT).

AL-SHAMMARI, Muyassir (a.k.a. AL-JIBURI, Muyassir; a.k.a. AL-JUBURI, Maysar Ali Musa Abdallah; a.k.a. AL-QAHTANI, Mus'ab; a.k.a. AL-SHAMMARI; a.k.a. HARARA, Muyassir; a.k.a. HASSAN, Muhammad Khalid); DOB 01 Jun 1976; POB Al-Shura, Mosul, Iraq; alt. POB Harara, Ninawa Province, Iraq; citizen Iraq (individual) [SDGT].

AL-SHAMMARI, Sa'ad Uwayyid 'Ubayd Mu'jil (a.k.a. ABU HAMMUDI AL-SHAMMARI; a.k.a. SA'AD AL-SHAMMARI; a.k.a. "ABU KHALAF"; a.k.a. "SAAD OWAIED OBAID"), Tal Hamis, Syria; 'Awinat Village, Rabi'ah District, Iraq; Tal Wardan, Iraq; DOB 03 Jul 1972; POB Tal Wardan, Ninevah, Iraq; alt. POB Tal Afar, Ninevah, Iraq (individual) [SDGT].

AL-SHAMMAT, Kinda; DOB 1973; POB Damascus, Syria; Minister of Social Affairs (individual) [SYRIA].

AL-SHAMY, Husayn (a.k.a. AL-SHAMI, Haj Husayn; a.k.a. AL-SHAMI, Husayn; a.k.a. ASHAMI, Husayn; a.k.a. SHAIMI, Husayn; a.k.a. SHAMAI, Husayn; a.k.a. SHAMY, Husayn), Lebanon; DOB 1948; alt. DOB 1954; alt. DOB 1960; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

AL-SHANQITI, Khalid (a.k.a. AL-WALID, Mafouz Walad; a.k.a. AL-WALID, Mahfouz Ould (Arabic: محفوظ ولد الوليد); a.k.a. "ABU HAFS THE MAURITANIAN"), Mauritania; DOB 01 Jan 1975; POB Mauritania; nationality Mauritania; Gender Male (individual) [SDGT].

AL-SHAQRA, Abu Hatim (a.k.a. AL-HAYES, Ahmad Ihsan Fayyad (Arabic: أحمد إحسان فياض الهايس); a.k.a. AL-HAYES, Ahmad Ihsan Fayyad; a.k.a. SHAKRA, Abu Hatem; a.k.a. SHAQRA, Abu Hatim; a.k.a. SHAQRA, Abu Hattam), Syria; DOB 1987; POB Al-Shaqra, Deir ez-Zor, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894] (Linked To: AHRAR AL-SHARQIYA).

AL-SHARA, Farouk (a.k.a. AL SHARAA, Farouk; a.k.a. AL-SHARA, Farouq; a.k.a. AL-SHARAA, Farouk; a.k.a. SHARAA, Farouk); DOB 1938;

POB Dar'a, Syria; Vice president (individual) [SYRIA].

AL-SHARA, Farouq (a.k.a. AL SHARAA, Farouk; a.k.a. AL-SHARAA, Farouk; a.k.a. AL-SHARAA, Farouk; a.k.a. SHARAA, Farouk); DOB 1938; POB Dar'a, Syria; Vice president (individual) [SYRIA].

AL-SHARAA, Farouk (a.k.a. AL SHARAA, Farouk; a.k.a. AL-SHARA, Farouk; a.k.a. AL-SHARA, Farouq; a.k.a. SHARAA, Farouk); DOB 1938; POB Dar'a, Syria; Vice president (individual) [SYRIA].

ALSHAREKH, Abdul Mohsen Abdullah Ibrahim (a.k.a. AL CHAREKH, Abdul Mohsen Abdallah Ibrahim; a.k.a. AL-NAJDI, Abd-al-Latif; a.k.a. AL-NASR, Sanafi; a.k.a. AL-SHARIKH, Abd-al-Muhsin Abdallah; a.k.a. AL-SHARIKH, Abdul Mohsen Abdullah Ibrahim; a.k.a. "KARIMI, Ali"); DOB 12 Jul 1985; alt. DOB 13 Jul 1985; alt. DOB 07 Dec 1985; POB Shagraa, Saudi Arabia; nationality Saudi Arabia; Passport G895402; National ID No. 1050433349 (Saudi Arabia) (individual) [SDGT].

AL-SHARIF, Sa'd Abdullah Hussein; DOB 1969; alt. DOB 1963; alt. DOB 11 Feb 1964; POB Al-Medinah, Saudi Arabia; nationality Saudi Arabia; Passport B 960789; alt. Passport G 649385 issued 08 Sep 2006 expires 17 Jul 2011 (individual) [SDGT].

AL-SHARIKH, Abd-al-Muhsin Abdallah (a.k.a. AL CHAREKH, Abdul Mohsen Abdallah Ibrahim; a.k.a. AL-NAJDI, Abd-al-Latif; a.k.a. AL-NASR, Sanafi; a.k.a. ALSHAREKH, Abdul Mohsen Abdullah Ibrahim; a.k.a. AL-SHARIKH, Abdul Mohsen Abdullah Ibrahim; a.k.a. "KARIMI, Ali"); DOB 12 Jul 1985; alt. DOB 13 Jul 1985; alt. DOB 07 Dec 1985; POB Shagraa, Saudi Arabia; nationality Saudi Arabia; Passport G895402; National ID No. 1050433349 (Saudi Arabia) (individual) [SDGT].

AL-SHARIKH, Abdul Mohsen Abdullah Ibrahim (a.k.a. AL CHAREKH, Abdul Mohsen Abdallah Ibrahim; a.k.a. AL-NAJDI, Abd-al-Latif; a.k.a. AL-NASR, Sanafi; a.k.a. ALSHAREKH, Abdul Mohsen Abdullah Ibrahim; a.k.a. AL-SHARIKH, Abd-al-Muhsin Abdallah; a.k.a. "KARIMI, Ali"); DOB 12 Jul 1985; alt. DOB 13 Jul 1985; alt. DOB 07 Dec 1985; POB Shagraa, Saudi Arabia; nationality Saudi Arabia; Passport G895402; National ID No. 1050433349 (Saudi Arabia) (individual) [SDGT].

AL-SHARQI, Abdulrahman (a.k.a. SIHAB, Ahmed Abdulrahman Sihab Ahmed); DOB 16 Aug 1983; POB Muharraq, Bahrain; nationality Bahrain; Passport 1732174 (Bahrain) issued 20 Aug 2007 (individual) [SDGT].

AL-SHATIWI, Jamal (a.k.a. ABD AL-RAHMAN, Atiyah; a.k.a. AL-LIBI, 'Atiyah 'Abd al-Rahman; a.k.a. AL-SHITAYWI, Jamal Ibrahim Muhammad; a.k.a. AL-SHITIWI, Jamal; a.k.a. AL-SHITIWI, Jamal; a.k.a. "AL-LIBI, Shaykh Mahmud"); DOB 1969; alt. DOB 1965; alt. DOB 1966; alt. DOB 1967; alt. DOB 1957; alt. DOB 1958; alt. DOB 1959; alt. DOB 1960; POB Misrata, Libya; nationality Libya (individual) [SDGT].

AL-SHATTI, Jamal Husayn 'Abd 'Ali 'Abd-al-Rahim (a.k.a. ALSHATTI, Jamal Hussein Abd Ali; a.k.a. "ALSHUTTI, Jamal H A A A"); Kuwait; DOB 20 Aug 1964; nationality Kuwait; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport 004465264 (Kuwait) expires 13 Dec 2021; National ID No. 264082000213 (Kuwait) (individual) [SDGT] (Linked To: HIZBALLAH).

ALSHATTI, Jamal Hussein Abd Ali (a.k.a. AL-SHATTI, Jamal Husayn 'Abd 'Ali 'Abd-al-Rahim; a.k.a. "ALSHUTTI, Jamal H A A A"); Kuwait; DOB 20 Aug 1964; nationality Kuwait; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport 004465264 (Kuwait) expires 13 Dec 2021; National ID No. 264082000213 (Kuwait) (individual) [SDGT] (Linked To: HIZBALLAH).

AL-SHAVA, Amar (a.k.a. ALSHAVA, Amer; a.k.a. AL-SHAVA, Amer; a.k.a. AL-SHAWA, Amer; a.k.a. ALSHAWA, Amer Kamal Sharif; a.k.a. ALSHAWA, Amer Kamel), Turkey; DOB 29 Apr 1964; POB Kuwait; nationality Turkey; alt. nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U12937160 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

ALSHAVA, Amer (a.k.a. AL-SHAVA, Amar; a.k.a. AL-SHAVA, Amer; a.k.a. AL-SHAWA, Amer; a.k.a. ALSHAWA, Amer Kamal Sharif; a.k.a. ALSHAWA, Amer Kamel), Turkey; DOB 29 Apr 1964; POB Kuwait; nationality Turkey; alt. nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U12937160 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

AL-SHAVA, Amer (a.k.a. AL-SHAVA, Amar; a.k.a. ALSHAVA, Amer; a.k.a. AL-SHAWA, Amer; a.k.a. ALSHAWA, Amer Kamal Sharif; a.k.a. ALSHAWA, Amer Kamel), Turkey; DOB 29 Apr 1964; POB Kuwait; nationality Turkey; alt. nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U12937160 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

AL-SHAWA, Amer (a.k.a. AL-SHAVA, Amar; a.k.a. ALSHAVA, Amer; a.k.a. AL-SHAVA, Amer; a.k.a. ALSHAWA, Amer Kamal Sharif; a.k.a. ALSHAWA, Amer Kamel), Turkey; DOB 29 Apr 1964; POB Kuwait; nationality Turkey; alt. nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U12937160 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

ALSHAWA, Amer Kamal Sharif (a.k.a. AL-SHAVA, Amar; a.k.a. ALSHAVA, Amer; a.k.a. AL-SHAVA, Amer; a.k.a. AL-SHAWA, Amer; a.k.a. ALSHAWA, Amer Kamel), Turkey; DOB 29 Apr 1964; POB Kuwait; nationality Turkey; alt. nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U12937160 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

ALSHAWA, Amer Kamel (a.k.a. AL-SHAVA, Amar; a.k.a. ALSHAVA, Amer; a.k.a. AL-SHAVA, Amer; a.k.a. AL-SHAWA, Amer; a.k.a. ALSHAWA, Amer Kamal Sharif), Turkey; DOB 29 Apr 1964; POB Kuwait; nationality Turkey; alt. nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U12937160 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

AL-SHAWAGH, 'Ali Musa (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-SHAWAKH, Ali Musa; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. AL-SHAWWAKH, Ibrahim; a.k.a. "AL-HAMUD, 'Ali"; a.k.a. "AL-SAHL, Abu Luqman"; a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AWAS, Ali"; a.k.a. "AYYUB, Abu"; a.k.a. "DERWISH, 'Ali"; a.k.a. "HAMMUD, 'Ali"; a.k.a. "LUQMAN, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria (individual) [SDGT].

AL-SHAWAKH, Ali al-Hamoud (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali Musa; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. AL-SHAWWAKH, Ibrahim; a.k.a. "AL-HAMUD, 'Ali"; a.k.a. "AL-SAHL, Abu Luqman";

a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AWAS, Ali"; a.k.a. "AYYUB, Abu"; a.k.a. "DERWISH, 'Ali"; a.k.a. "HAMMUD, Ali"; a.k.a. "LUQMAN, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria (individual) [SDGT].

AL-SHAWAKH, Ali Musa (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. AL-SHAWWAKH, Ibrahim; a.k.a. "AL-HAMUD, 'Ali"; a.k.a. "AL-SAHL, Abu Luqman"; a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AWAS, Ali"; a.k.a. "AYYUB, Abu"; a.k.a. "DERWISH, 'Ali"; a.k.a. "HAMMUD, Ali"; a.k.a. "LUQMAN, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria (individual) [SDGT].

AL-SHAWAKH, Muhammad 'Ali (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-SHAWAKH, Ali Musa; a.k.a. AL-SHAWWAKH, Ibrahim; a.k.a. "AL-HAMUD, 'Ali"; a.k.a. "AL-SAHL, Abu Luqman"; a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AWAS, Ali"; a.k.a. "AYYUB, Abu"; a.k.a. "DERWISH, 'Ali"; a.k.a. "HAMMUD, Ali"; a.k.a. "LUQMAN, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria (individual) [SDGT].

AL-SHAWWA, Ghayth, Syria; DOB 13 Apr 1956; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-SHAWWAKH, Ibrahim (a.k.a. AL-'AUJAYD, Abdullah Shuwar; a.k.a. AL-SHAWAGH, 'Ali Musa; a.k.a. AL-SHAWAKH, Ali al-Hamoud; a.k.a. AL-SHAWAKH, Ali Musa; a.k.a. AL-SHAWAKH, Muhammad 'Ali; a.k.a. "AL-HAMUD, 'Ali"; a.k.a. "AL-SAHL, Abu Luqman"; a.k.a. "AL-SURI, Abu Luqman"; a.k.a. "AWAS, Ali"; a.k.a. "AYYUB, Abu"; a.k.a. "DERWISH, 'Ali"; a.k.a. "HAMMUD, Ali"; a.k.a. "LUQMAN, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; POB Sahl village, Raqqa province, Syria; nationality Syria (individual) [SDGT].

AL-SHAYBANI, Abu Mustafa (a.k.a. AL-ATTABI, Hameid Thajeil Wareij; a.k.a. AL-SHAYBANI, Hamid; a.k.a. AL-SHEBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Hamid Thajeel; a.k.a. AL-SHEIBANI, Mustafa; a.k.a. THAJIL, Hamid), Tehran, Iran; DOB circa 1959; alt. DOB circa 1960; POB Nasiriyah, Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-SHAYBANI, Hamid (a.k.a. AL-ATTABI, Hameid Thajeil Wareij; a.k.a. AL-SHAYBANI, Abu Mustafa; a.k.a. AL-SHEBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Hamid Thajeel; a.k.a. AL-SHEIBANI, Mustafa; a.k.a. THAJIL, Hamid), Tehran, Iran; DOB circa 1959; alt. DOB circa 1960; POB Nasiriyah, Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-SHAYKH, Diyab, Syria; DOB 11 Dec 1953; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-SHAYKH, Muhammad, Syria; DOB 08 Mar 1971; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ALSHEAK, Omar (a.k.a. AL-SHEIKH, Jihad Issa; a.k.a. "ZAKKUR, Abu-Ahmad"; a.k.a. "ZAKOUR, Abu Ahmed"), Kilis Province, Turkey; DOB 05 Jan 1979; POB Aleppo, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 011965412 (Syria) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-SHEBANI, Abu Mustafa (a.k.a. AL-ATTABI, Hameid Thajeil Wareij; a.k.a. AL-SHAYBANI, Abu Mustafa; a.k.a. AL-SHAYBANI, Hamid; a.k.a. AL-SHEIBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Hamid Thajeel; a.k.a. AL-SHEIBANI, Mustafa; a.k.a. THAJIL, Hamid), Tehran, Iran; DOB circa 1959; alt. DOB circa 1960; POB Nasiriyah, Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

ALSHEBEL, Luna (a.k.a. AL CHEBEL, Luna; a.k.a. AL CHEBIL, Luna; a.k.a. AL SHEBEL, Luna; a.k.a. AL SHEBIL, Luna; a.k.a. AL SHIBIL, Luna; a.k.a. AL SHIBL, Luna (Arabic: لونا الشبل); a.k.a. AL-SHIBL, Luna; a.k.a. ALSHEBEL, Luna; a.k.a. CHEBEL, Luna; a.k.a. SHIBL, Luna), Damascus, Syria; DOB 01 Sep 1975; POB Suweida, Syria; alt. POB Damascus, Syria; nationality Syria; Gender Female (individual) [SYRIA].

ALSHEHRI, Waleed Abdullah M. (a.k.a. ALSEHRI, Waleed Abdullah M.); DOB 05 Nov 1980; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport R120404

(Saudi Arabia) issued 31 May 2015 expires 06 Apr 2020 (individual) [GLOMAG].

AL-SHEIBANI, Abu Mustafa (a.k.a. AL-ATTABI, Hameid Thajeil Wareij; a.k.a. AL-SHAYBANI, Abu Mustafa; a.k.a. AL-SHAYBANI, Hamid; a.k.a. AL-SHEBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Hamid Thajeel; a.k.a. AL-SHEIBANI, Mustafa; a.k.a. THAJIL, Hamid), Tehran, Iran; DOB circa 1959; alt. DOB circa 1960; POB Nasiriyah, Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-SHEIBANI, Hamid Thajeel (a.k.a. AL-ATTABI, Hameid Thajeil Wareij; a.k.a. AL-SHAYBANI, Abu Mustafa; a.k.a. AL-SHAYBANI, Hamid; a.k.a. AL-SHEBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Mustafa; a.k.a. THAJIL, Hamid), Tehran, Iran; DOB circa 1959; alt. DOB circa 1960; POB Nasiriyah, Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-SHEIBANI, Mustafa (a.k.a. AL-ATTABI, Hameid Thajeil Wareij; a.k.a. AL-SHAYBANI, Abu Mustafa; a.k.a. AL-SHAYBANI, Hamid; a.k.a. AL-SHEBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Abu Mustafa; a.k.a. AL-SHEIBANI, Hamid Thajeel), Tehran, Iran; DOB circa 1959; alt. DOB circa 1960; POB Nasiriyah, Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

AL-SHEIKH, Jihad Issa (a.k.a. ALSHEAK, Omar; a.k.a. "ZAKKUR, Abu-Ahmad"; a.k.a. "ZAKOUR, Abu Ahmed"), Kilis Province, Turkey; DOB 05 Jan 1979; POB Aleppo, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 011965412 (Syria) (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

ALSHEVSKIKH, Andrey Gennadyevich (Cyrillic: АЛЬШЕВСКИХ, Андрей Геннадьевич), Russia; DOB 14 May 1972; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AL-SHIBL, Luna (a.k.a. AL CHEBEL, Luna; a.k.a. AL CHEBIL, Luna; a.k.a. AL SHEBEL, Luna; a.k.a. AL SHEBIL, Luna; a.k.a. AL SHIBIL, Luna; a.k.a. AL SHIBL, Luna (Arabic: لونا الشبل); a.k.a. ALSHEBEL, Luna; a.k.a. CHEBEL, Luna; a.k.a. SHIBL, Luna), Damascus, Syria; DOB 01 Sep 1975; POB Suweida, Syria; alt. POB

Damascus, Syria; nationality Syria; Gender Female (individual) [SYRIA].

AL-SHIHABI, Usama Amin (a.k.a. AL-SHIHABI, Usamah Amin; a.k.a. AL-SHOUHABI, Ossama Amin; a.k.a. "DAJANAH, Abu"), Lebanon; DOB 1971; alt. DOB 1970; alt. DOB 1972; nationality Palestinian (individual) [SDGT].

AL-SHIHABI, Usamah Amin (a.k.a. AL-SHIHABI, Usama Amin; a.k.a. AL-SHOUHABI, Ossama Amin; a.k.a. "DAJANAH, Abu"), Lebanon; DOB 1971; alt. DOB 1970; alt. DOB 1972; nationality Palestinian (individual) [SDGT].

AL-SHISHANI, Abu Umar (a.k.a. AL-SHISHANI, Omar; a.k.a. BATIRASHVILI, Tarkhan; a.k.a. BATIRASHVILI, Tarkhan Tayumurazovich; a.k.a. BATYRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Omar; a.k.a. SHISHANI, Umar; a.k.a. "Abu Hudhayfah"; a.k.a. "Abu Umar"; a.k.a. "Chechen Omar"; a.k.a. "Omar the Chechen"; a.k.a. "Omer the Chechen"; a.k.a. "Umar the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani, Georgia; citizen Georgia; Passport 09AL14455 (Georgia) expires 26 Jun 2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

AL-SHISHANI, Muslim Abu al-Walid (a.k.a. MADAEV, Lova; a.k.a. MADAEV, Murad; a.k.a. MADAYEV, Murad Akhmadovich; a.k.a. MARGOSHVILI, Lova; a.k.a. MARGOSHVILI, Murad; a.k.a. MARGOSHVILI, Murad Muslim Akhmetovich; a.k.a. MARGOSHVILI, Muslim Akhmetovich Georgik; a.k.a. MARGOSHVILI, Muslim Akhmadovich; a.k.a. "Artur"; a.k.a. "Dzhordzhik"; a.k.a. "Dzhorzhik"; a.k.a. "Kus"; a.k.a. "Muslim Georgia"); DOB 26 May 1972; POB Duisi, Akhmeta District, Georgia; nationality Georgia; alt. nationality Russia; National ID No. 08091001080 (individual) [SDGT].

AL-SHISHANI, Omar (a.k.a. AL-SHISHANI, Abu Umar; a.k.a. BATIRASHVILI, Tarkhan; a.k.a. BATIRASHVILI, Tarkhan Tayumurazovich; a.k.a. BATYRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Omar; a.k.a. SHISHANI, Umar; a.k.a. "Abu Hudhayfah"; a.k.a. "Abu Umar"; a.k.a. "Chechen Omar"; a.k.a. "Omar the Chechen"; a.k.a. "Omer the Chechen"; a.k.a. "Umar the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani, Georgia; citizen Georgia; Passport 09AL14455 (Georgia) expires 26 Jun 2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

AL-SHITAYWI, Jamal Ibrahim Muhammad (a.k.a. ABD AL-RAHMAN, Atiyah; a.k.a. AL-LIBI, 'Atiyah 'Abd al-Rahman; a.k.a. AL-SHATIWI, Jamal; a.k.a. AL-SHITIWI, Jamal; a.k.a. AL-SHTIWI, Jamal; a.k.a. "AL-LIBI, Shaykh Mahmud"); DOB 1969; alt. DOB 1965; alt. DOB 1966; alt. DOB 1967; alt. DOB 1957; alt. DOB 1958; alt. DOB 1959; alt. DOB 1960; POB Misrata, Libya; nationality Libya (individual) [SDGT].

AL-SHITIWI, Jamal (a.k.a. ABD AL-RAHMAN, Atiyah; a.k.a. AL-LIBI, 'Atiyah 'Abd al-Rahman, a.k.a. AL-SHATIWI, Jamal; a.k.a. AL-SHITAYWI, Jamal Ibrahim Muhammad; a.k.a. AL-SHTIWI, Jamal; a.k.a. "AL-LIBI, Shaykh Mahmud"); DOB 1969; alt. DOB 1965; alt. DOB 1966; alt. DOB 1967; alt. DOB 1957; alt. DOB 1958; alt. DOB 1959; alt. DOB 1960; POB Misrata, Libya; nationality Libya (individual) [SDGT].

ALSHIVAN LINE TRADING FZE (Arabic: الشيفان لاين تريدنج م م ح), Office No. FZJOAB2405, Jebel Ali Free Zone, Dubai, United Arab Emirates; Organization Established Date 09 Dec 2019; Business Registration Number 181939 (United Arab Emirates); Economic Register Number (CBLS) 11489405 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

ALSHOFA, Ali Abdulnabi Ahmed Ebrahim M (a.k.a. AL-SHUFA, 'Ali 'Abd-al-Nabi), Iran; DOB 25 Jul 1991; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1934514 (Bahrain) expires 15 Apr 2019; National ID No. 910707480 (Bahrain) (individual) [SDGT] (Linked To: AL-ASHTAR BRIGADES).

AL-SHOUHABI, Ossama Amin (a.k.a. AL-SHIHABI, Usama Amin; a.k.a. AL-SHIHABI, Usamah Amin; a.k.a. "DAJANAH, Abu"), Lebanon; DOB 1971; alt. DOB 1970; alt. DOB 1972; nationality Palestinian (individual) [SDGT].

AL-SHTIWI, Jamal (a.k.a. ABD AL-RAHMAN, Atiyah; a.k.a. AL-LIBI, 'Atiyah 'Abd al-Rahman; a.k.a. AL-SHATIWI, Jamal; a.k.a. AL-SHITAYWI, Jamal Ibrahim Muhammad; a.k.a. AL-SHITIWI, Jamal; a.k.a. "AL-LIBI, Shaykh Mahmud"); DOB 1969; alt. DOB 1965; alt. DOB 1966; alt. DOB 1967; alt. DOB 1957; alt. DOB 1958; alt. DOB 1959; alt. DOB 1960; POB Misrata, Libya; nationality Libya (individual) [SDGT].

AL-SHUFA, 'Ali 'Abd-al-Nabi (a.k.a. ALSHOFA, Ali Abdulnabi Ahmed Ebrahim M), Iran; DOB 25 Jul 1991; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1934514 (Bahrain) expires 15 Apr 2019; National ID No. 910707480 (Bahrain) (individual) [SDGT] (Linked To: AL-ASHTAR BRIGADES).

AL-SHURAYQI, Isma'il, Syria; DOB 14 Jul 1956; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-SHUWAYKI, Muhammad 'Amir Muhammad Akram (a.k.a. AL CHWIKI, Mohamad Amer Mohamad Akram; a.k.a. ALCHWIKI, Amer; a.k.a. ALCHWIKI, Amer Mhd; a.k.a. ALCHWIKI, Mhd Amer; a.k.a. ALCHWIKI, Mohamad Amer; a.k.a. AL-SHWEIKI, Mohamad Amer; a.k.a. AL-SHWEIKI, Muhammad Omar; a.k.a. ALSHWIKI, Mhd Amer (Cyrillic: АЛЬШВИКИ, Мхд Амер); a.k.a. CHWIKI, Mohammad Amer; a.k.a. SHUWAYKI, Mohamad Amer; a.k.a. SHWEIKI, Mohammad Amer), 71 Linton Road, Acton, London W3 9HL, United Kingdom; Syria; DOB 04 Sep 1972; POB Damascus, Syria; nationality Syria; citizen Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N012430661; alt. Passport N010794545; alt. Passport N007024509; alt. Passport N005668098 (individual) [SDGT] [SYRIA] [IFSR] (Linked To: GLOBAL VISION GROUP; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

AL-SHWEIKI, Mohamad Amer (a.k.a. AL CHWIKI, Mohamad Amer Mohamad Akram; a.k.a. ALCHWIKI, Amer; a.k.a. ALCHWIKI, Amer Mhd; a.k.a. ALCHWIKI, Mhd Amer; a.k.a. ALCHWIKI, Mohamad Amer; a.k.a. AL-SHUWAYKI, Muhammad 'Amir Muhammad Akram; a.k.a. AL-SHWEIKI, Muhammad Omar; a.k.a. ALSHWIKI, Mhd Amer (Cyrillic: АЛЬШВИКИ, Мхд Амер); a.k.a. CHWIKI, Mohammad Amer; a.k.a. SHUWAYKI, Mohamad Amer; a.k.a. SHWEIKI, Mohammad Amer), 71 Linton Road, Acton, London W3 9HL, United Kingdom; Syria; DOB 04 Sep 1972; POB Damascus, Syria; nationality Syria; citizen Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the

OFFICE OF FOREIGN ASSETS CONTROL                                                SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N012430661; alt. Passport N010794545; alt. Passport N007024509; alt. Passport N005668098 (individual) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: GLOBAL VISION GROUP; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

AL-SHWEIKI, Muhammad Omar (a.k.a. AL CHWIKI, Mohamad Amer Mohamad Akram; a.k.a. ALCHWIKI, Amer; a.k.a. ALCHWIKI, Amer Mhd; a.k.a. ALCHWIKI, Mhd Amer; a.k.a. ALCHWIKI, Mohamad Amer; a.k.a. AL-SHUWAYKI, Muhammad 'Amir Muhammad Akram; a.k.a. AL-SHWEIKI, Mohamad Amer; a.k.a. ALSHWIKI, Mhd Amer (Cyrillic: АЛЬШВИКИ, Мхд Амер); a.k.a. CHWIKI, Mohammad Amer; a.k.a. SHUWAYKI, Mohamad Amer; a.k.a. SHWEIKI, Mohammad Amer), 71 Linton Road, Acton, London W3 9HL, United Kingdom; Syria; DOB 04 Sep 1972; POB Damascus, Syria; nationality Syria; citizen Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N012430661; alt. Passport N010794545; alt. Passport N007024509; alt. Passport N005668098 (individual) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: GLOBAL VISION GROUP; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

ALSHWIKI, Mhd Amer (Cyrillic: АЛЬШВИКИ, Мхд Амер) (a.k.a. AL CHWIKI, Mohamad Amer Mohamad Akram; a.k.a. ALCHWIKI, Amer; a.k.a. ALCHWIKI, Amer Mhd; a.k.a. ALCHWIKI, Mhd Amer; a.k.a. ALCHWIKI, Mohamad Amer; a.k.a. AL-SHUWAYKI, Muhammad 'Amir Muhammad Akram; a.k.a. AL-SHWEIKI, Mohamad Amer; a.k.a. AL-SHWEIKI, Muhammad Omar; a.k.a. CHWIKI, Mohammad Amer; a.k.a. SHUWAYKI, Mohamad Amer; a.k.a. SHWEIKI, Mohammad Amer), 71 Linton Road, Acton, London W3 9HL, United Kingdom; Syria; DOB 04 Sep 1972; POB Damascus, Syria; nationality Syria; citizen Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N012430661; alt.

Passport N010794545; alt. Passport N007024509; alt. Passport N005668098 (individual) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: GLOBAL VISION GROUP; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

AL-SIBAEI, Yasser; DOB 1951; POB Homs, Syria; Minister of Public Works (individual) [SYRIA].

AL-SIBA'I, Hani Mohammad Yusuf (a.k.a. YUSUF, Hani al-Sayid Al-Sibai), United Kingdom; DOB 01 Mar 1961; POB Qaylubiyah, Egypt; nationality Egypt (individual) [SDGT].

AL-SIFAWI, Yahya Rahim (a.k.a. RAHIM SAFAWI, Yahia; a.k.a. RAHIM-SAFAVI, Yahya; a.k.a. SAFAVI, Rahim; a.k.a. SAFAVI, Yahya Rahim; a.k.a. YAHYA RAHIM-SAFAVI, Seyyed; a.k.a. YAHYA SAFAVI, Sayed); DOB circa 1952; POB Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

AL-SILMU, Ahmad-al-Hasan, Syria; DOB 28 Jun 1982; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-SINDHI, Abdallah (a.k.a. AL-SINDHI, Abdullah; a.k.a. AL-SINDI, Abdullah; a.k.a. AZMARAI, Umar Siddique Kathio; a.k.a. CHANDIO, Umar Kathio; a.k.a. CHANDUO, Umar; a.k.a. CHANDYO, Omar; a.k.a. KATHIO, Muhammad Umar; a.k.a. KATIO, Muhammad Umar Sidduque; a.k.a. OMER, Muhammad; a.k.a. SINDHI, 'Abdallah; a.k.a. UMAR, Muhammad), Karachi, Pakistan; Miram Shah, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1977; POB Saudi Arabia; nationality Pakistan; National ID No. 466-77-221879 (Pakistan); alt. National ID No. 42201-015024707-7 (individual) [SDGT].

AL-SINDHI, Abdul Rehman (a.k.a. AL-SINDHI, Abdur Rahman; a.k.a. RAHMAN, Abdur; a.k.a. REHMAN, Abdul; a.k.a. REHMAN, Abdur; a.k.a. SINDHI, Abdul Rehman; a.k.a. SINDHI, Abdurahman; a.k.a. SINDI, Abdur Rehman; a.k.a. UR-REHMAN, Abd; a.k.a. YAMIN, Abdur Rehman Muhammad; a.k.a. "ABDULLAH SINDHI"), Karachi, Pakistan; DOB 03 Oct 1965; POB Mirpur Khas, Pakistan; nationality Pakistan; Passport CV9157521 (Pakistan) issued 08 Sep 2008 expires 07 Sep 2013; National ID No. 44103-5251752-5 (Pakistan) (individual) [SDGT].

AL-SINDHI, Abdullah (a.k.a. AL-SINDHI, Abdallah; a.k.a. AL-SINDI, Abdullah; a.k.a. AZMARAI, Umar Siddique Kathio; a.k.a. CHANDIO, Umar Kathio; a.k.a. CHANDUO, Umar; a.k.a. CHANDYO, Omar; a.k.a. KATHIO, Muhammad Umar; a.k.a. KATIO, Muhammad Umar Sidduque; a.k.a. OMER, Muhammad; a.k.a. SINDHI, 'Abdallah; a.k.a. UMAR, Muhammad), Karachi, Pakistan; Miram Shah, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1977; POB Saudi Arabia; nationality Pakistan; National ID No. 466-77-221879 (Pakistan); alt. National ID No. 42201-015024707-7 (individual) [SDGT].

AL-SINDHI, Abdur Rahman (a.k.a. AL-SINDHI, Abdul Rehman; a.k.a. RAHMAN, Abdur; a.k.a. REHMAN, Abdul; a.k.a. REHMAN, Abdur; a.k.a. SINDHI, Abdul Rehman; a.k.a. SINDHI, Abdurahman; a.k.a. SINDI, Abdur Rehman; a.k.a. UR-REHMAN, Abd; a.k.a. YAMIN, Abdur Rehman Muhammad; a.k.a. "ABDULLAH SINDHI"), Karachi, Pakistan; DOB 03 Oct 1965; POB Mirpur Khas, Pakistan; nationality Pakistan; Passport CV9157521 (Pakistan) issued 08 Sep 2008 expires 07 Sep 2013; National ID No. 44103-5251752-5 (Pakistan) (individual) [SDGT].

AL-SINWAR, Yehya (a.k.a. SINWAR, Yahya; a.k.a. SINWAR, Yahya Ibrahim Hassan; a.k.a. SINWAR, Yehia; a.k.a. SINWAR, Yehiyeh), Gaza, Palestinian; DOB 01 Jan 1961 to 31 Dec 1963 (individual) [SDGT] (Linked To: HAMAS).

ALSKENI, Khalid Kadhim Jasim (Arabic: خالد كاظم جاسم السكيني) (a.k.a. AL-SUKAYNI, Abu-Humayyid), Iraq; DOB 01 Sep 1972; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A17876107 (Iraq) expires 01 Feb 2029

(individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

ALSOLADZH MINING COMPANY (a.k.a. ALSOLAG MINING COMPANY; a.k.a. MEROE GOLD CO. LTD.; a.k.a. SULLAJ MINING COMPANY; a.k.a. "AL SULLAJ"; a.k.a. "ALSOLAGE"; a.k.a. "SOLANGE"; a.k.a. "SULLAG"), Al-jref Gharb Plot 134, Blok 1h, Khartoum, Sudan; Al-'Abdiya, River Nile State, Sudan; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Mining of other non-ferrous metal ores [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: M INVEST, OOO).

ALSOLAG MINING COMPANY (a.k.a. ALSOLADZH MINING COMPANY; a.k.a. MEROE GOLD CO. LTD.; a.k.a. SULLAJ MINING COMPANY; a.k.a. "AL SULLAJ"; a.k.a. "ALSOLAGE"; a.k.a. "SOLANGE"; a.k.a. "SULLAG"), Al-jref Gharb Plot 134, Blok 1h, Khartoum, Sudan; Al-'Abdiya, River Nile State, Sudan; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Mining of other non-ferrous metal ores [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: M INVEST, OOO).

ALSTONE INVESTMENT AG (a.k.a. ALSTONE INVESTMENT LTD; a.k.a. ALSTONE INVESTMENT SA; f.k.a. SWIRU HOLDING AG; f.k.a. SWIRU TRUSTEE LTD), Zentralstrasse 44, Luzern 6003, Switzerland; Matthofstrand 8, Luzern 6005, Switzerland; 380 Avenue Mrs L'D'Beaumont, Antibes 06160, France; Organization Established Date 30 May 1996; Tax ID No. 103488986 (Switzerland); alt. Tax ID No. 893478818 (France); Legal Entity Number 5493009YJ817TFZ7IY48; Registration Number CH-150.3.002.065-2 (Switzerland) [RUSSIA-EO14024] (Linked To: KATZ, Laurin).

ALSTONE INVESTMENT LTD (a.k.a. ALSTONE INVESTMENT AG; a.k.a. ALSTONE INVESTMENT SA; f.k.a. SWIRU HOLDING AG; f.k.a. SWIRU TRUSTEE LTD), Zentralstrasse 44, Luzern 6003, Switzerland; Matthofstrand 8, Luzern 6005, Switzerland; 380 Avenue Mrs L'D'Beaumont, Antibes 06160, France; Organization Established Date 30 May 1996; Tax ID No. 103488986 (Switzerland); alt. Tax ID No. 893478818 (France); Legal Entity Number 5493009YJ817TFZ7IY48; Registration Number CH-150.3.002.065-2 (Switzerland) [RUSSIA-EO14024] (Linked To: KATZ, Laurin).

ALSTONE INVESTMENT SA (a.k.a. ALSTONE INVESTMENT AG; a.k.a. ALSTONE INVESTMENT LTD; f.k.a. SWIRU HOLDING AG; f.k.a. SWIRU TRUSTEE LTD), Zentralstrasse 44, Luzern 6003, Switzerland; Matthofstrand 8, Luzern 6005, Switzerland; 380 Avenue Mrs L'D'Beaumont, Antibes 06160, France; Organization Established Date 30 May 1996; Tax ID No. 103488986 (Switzerland); alt. Tax ID No. 893478818 (France); Legal Entity Number 5493009YJ817TFZ7IY48; Registration Number CH-150.3.002.065-2 (Switzerland) [RUSSIA-EO14024] (Linked To: KATZ, Laurin).

ALSUBAIE, Khalifa Mohd Turki (a.k.a. AL-SUBAIE, Khalifa Mohd Turki; a.k.a. AL-SUBAIY, Khalifa Muhammad Turki; a.k.a. AL-SUBAYI, Khalifa; a.k.a. BIN AL-SUAIY, Khalifa Turki bin Muhammad); DOB 01 Jan 1965; POB Doha, Qatar; citizen Qatar; Passport 00685868 (Qatar); National ID No. 26563400140 (Qatar) (individual) [SDGT].

AL-SUBAIE, Khalifa Mohd Turki (a.k.a. ALSUBAIE, Khalifa Mohd Turki; a.k.a. AL-SUBAIY, Khalifa Muhammad Turki; a.k.a. AL-SUBAYI, Khalifa; a.k.a. BIN AL-SUAIY, Khalifa Turki bin Muhammad); DOB 01 Jan 1965; POB Doha, Qatar; citizen Qatar; Passport 00685868 (Qatar); National ID No. 26563400140 (Qatar) (individual) [SDGT].

AL-SUBAIY, Khalifa Muhammad Turki (a.k.a. ALSUBAIE, Khalifa Mohd Turki; a.k.a. AL-SUBAIE, Khalifa Mohd Turki; a.k.a. AL-SUBAYI, Khalifa; a.k.a. BIN AL-SUAIY, Khalifa Turki bin Muhammad); DOB 01 Jan 1965; POB Doha, Qatar; citizen Qatar; Passport 00685868 (Qatar); National ID No. 26563400140 (Qatar) (individual) [SDGT].

AL-SUBAYI, Khalifa (a.k.a. ALSUBAIE, Khalifa Mohd Turki; a.k.a. AL-SUBAIE, Khalifa Mohd Turki; a.k.a. AL-SUBAIY, Khalifa Muhammad Turki; a.k.a. BIN AL-SUAIY, Khalifa Turki bin Muhammad); DOB 01 Jan 1965; POB Doha, Qatar; citizen Qatar; Passport 00685868 (Qatar); National ID No. 26563400140 (Qatar) (individual) [SDGT].

AL-SUBHI, Azzam (a.k.a. AL-HARBI, Abu Abdalla; a.k.a. AL-HARBI, Abu Suliman; a.k.a. AL-HARBI, Mansur; a.k.a. AL-MAKY, Abu Muslem; a.k.a. ALSBHUA, Azam A.R.; a.k.a. ALSBHUA, Azam Abdullah Razeeq Al Mouled; a.k.a. AL-SUBHI, Azzam Abdullah Zureik Al-Maulid), Afghanistan; Pakistan; DOB 12 Apr 1976; POB Al Baraka, Saudi Arabia; nationality Saudi Arabia; Passport C389664 issued 15 Sep 2000 expires 15 Sep 2005 (individual) [SDGT].

AL-SUBHI, Azzam Abdullah Zureik Al-Maulid (a.k.a. AL-HARBI, Abu Abdalla; a.k.a. AL-HARBI, Abu Suliman; a.k.a. AL-HARBI, Mansur; a.k.a. AL-MAKY, Abu Muslem; a.k.a. ALSBHUA, Azam A.R.; a.k.a. ALSBHUA, Azam Abdullah Razeeq Al Mouled; a.k.a. AL-SUBHI, Azzam), Afghanistan; Pakistan; DOB 12 Apr 1976; POB Al Baraka, Saudi Arabia; nationality Saudi Arabia; Passport C389664 issued 15 Sep 2000 expires 15 Sep 2005 (individual) [SDGT].

AL-SUDANI, Abu Faris (a.k.a. ABD EL-RAHMAN, Suhayl Salim; a.k.a. ABDURAHAMAN, Suhayl; a.k.a. FARIS, Abu; a.k.a. MUHAMMAD, Sahib; a.k.a. MUHAMMAD, Suhayl Salim; a.k.a. SALIM, Suhayl; a.k.a. UL-ABIDEEN, Zain; a.k.a. ZAYN, Haytham; a.k.a. "SABA"; a.k.a. "SANA"; a.k.a. "SUNDUS"); DOB 17 Jun 1984; alt. DOB 1990; POB Rabak, Sudan; Passport C0004350; Personal ID Card A00710804 (individual) [SOMALIA].

AL-SUDANI, Khalid Ahmad Jumah, Amman, Jordan; Passport H649956 (Sudan) issued 08 Apr 2002; IARA Middle East Regional Director (individual) [SDGT].

AL-SUGAIR, Muhammad 'Abdallah Salih (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

AL-SUGAYER, Muhammad (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

AL-SUGHAIER, Muhammad 'Abdallah Salih (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-

SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

AL-SUGHAIR, Muhammad 'Abdallah Salih (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

AL-SUGHAYER, Muhammad 'Abdallah Salih (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

AL-SUGHAYIR, Muhammad 'Abdallah Salih (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUQAYR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

AL-SUKAYNI, Abu-Humayyid (a.k.a. ALSKENI, Khalid Kadhim Jasim (Arabic: خالد كاظم جاسم (السكني)), Iraq; DOB 01 Sep 1972; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A17876107 (Iraq) expires 01 Feb 2029

(individual) [SDGT] (Linked To: KATA'IB HIZBALLAH).

AL-SUKHNI, Adnan Abdo; DOB 1961; POB Aleppo, Syria; Minister of Industry (individual) [SYRIA].

AL-SULTAN JEWELRY & GENERAL TRADING CO (a.k.a. AL SULTAN GOLD & JEWELRY; a.k.a. AL SULTAN GOLD AND JEWELRY; a.k.a. AL SULTAN JEWELRY; a.k.a. AL SULTAN MONEY TRANSFER COMPANY; a.k.a. AL-SULTAN JEWELRY AND GENERAL TRADING CO; a.k.a. ALSULTAN KUYUMCULUK; a.k.a. ALSULTAN KUYUMCULUK ELEKTRONIK GIDA ITHALAT IHRACAT LIMITED SIRKETI; a.k.a. SULTAN GOLD), Ataturk Mah. Sehit Nusret Cad., No: 17 A/1 Haliliye-Haliliye, Sanliurfa, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-SULTAN JEWELRY AND GENERAL TRADING CO (a.k.a. AL SULTAN GOLD & JEWELRY; a.k.a. AL SULTAN GOLD AND JEWELRY; a.k.a. AL SULTAN JEWELRY; a.k.a. AL SULTAN MONEY TRANSFER COMPANY; a.k.a. AL-SULTAN JEWELRY & GENERAL TRADING CO; a.k.a. ALSULTAN KUYUMCULUK; a.k.a. ALSULTAN KUYUMCULUK ELEKTRONIK GIDA ITHALAT IHRACAT LIMITED SIRKETI; a.k.a. SULTAN GOLD), Ataturk Mah. Sehit Nusret Cad., No: 17 A/1 Haliliye-Haliliye, Sanliurfa, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALSULTAN KUYUMCULUK (a.k.a. AL SULTAN GOLD & JEWELRY; a.k.a. AL SULTAN GOLD AND JEWELRY; a.k.a. AL SULTAN JEWELRY; a.k.a. AL SULTAN MONEY TRANSFER COMPANY; a.k.a. AL-SULTAN JEWELRY & GENERAL TRADING CO; a.k.a. AL-SULTAN JEWELRY AND GENERAL TRADING CO; a.k.a. ALSULTAN KUYUMCULUK ELEKTRONIK GIDA ITHALAT IHRACAT LIMITED SIRKETI; a.k.a. SULTAN GOLD), Ataturk Mah. Sehit Nusret Cad., No: 17 A/1 Haliliye-Haliliye, Sanliurfa, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALSULTAN KUYUMCULUK ELEKTRONIK GIDA ITHALAT IHRACAT LIMITED SIRKETI (a.k.a. AL SULTAN GOLD & JEWELRY; a.k.a. AL SULTAN GOLD AND JEWELRY; a.k.a. AL SULTAN JEWELRY; a.k.a. AL SULTAN MONEY TRANSFER COMPANY; a.k.a. AL-SULTAN JEWELRY & GENERAL TRADING CO; a.k.a. AL-SULTAN JEWELRY AND

GENERAL TRADING CO; a.k.a. ALSULTAN KUYUMCULUK; a.k.a. SULTAN GOLD), Ataturk Mah. Sehit Nusret Cad., No.: 17 A/1 Haliliye-Haliliye, Sanliurfa, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-SULTAN, Nawfal Hammadi (a.k.a. AL-AKOUB, Nawfal; a.k.a. SULTAN, Nawfal Hamadi), Iraq; DOB 23 Feb 1964; nationality Iraq; Gender Male; National ID No. 71719043 (Iraq) (individual) [GLOMAG].

AL-SUQAYR, Muhammad 'Abdallah Salih (a.k.a. AL-SAGHIR, Mohd; a.k.a. AL-SUGAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGAYER, Muhammad; a.k.a. AL-SUGHAIER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAIR, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYER, Muhammad 'Abdallah Salih; a.k.a. AL-SUGHAYIR, Muhammad 'Abdallah Salih; a.k.a. SUGHAYR, Muhammad 'Abdallah Salih; a.k.a. "ABDULLAH, Abu"; a.k.a. "BAKR, Abu"); DOB 20 Aug 1972; alt. DOB 10 Aug 1972; POB Al-Karawiya, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

AL-SURI, Faruq (a.k.a. HIJAZI, Samir; a.k.a. HIJAZI, Samir 'Abd al-Latif; a.k.a. "AL-ASKARI, Abu Hammam"; a.k.a. "AL-SHAMI, Abu Hammam"; a.k.a. "AL-SHAMI, Abu Humam"), Syria; DOB 1977; POB Damascus, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HURRAS AL-DIN).

AL-SURI, Yaseen (a.k.a. AL-ABADIN, Zayn; a.k.a. AL-SURI, Yasin; a.k.a. KHALIL, Ezedin Abdel Aziz; a.k.a. KHALIL, Izz al-Din Abd al-Farid); DOB 1982; POB al-Qamishli, Syria; nationality Syria; ethnicity Kurdish (individual) [SDGT].

AL-SURI, Yasin (a.k.a. AL-ABADIN, Zayn; a.k.a. AL-SURI, Yaseen; a.k.a. KHALIL, Ezedin Abdel Aziz; a.k.a. KHALIL, Izz al-Din Abd al-Farid); DOB 1982; POB al-Qamishli, Syria; nationality Syria; ethnicity Kurdish (individual) [SDGT].

AL-SURIR, Abu Islam (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED HAMED"; a.k.a. "AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"),

Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT].

AL-TAA'EI, Amir (a.k.a. ALMTHAJE, Ameer Abdulazeez Jaafar; a.k.a. AL-MUTAHAJI, Amir 'Abd-al-'Aziz Ja'far; a.k.a. DIANAT, Amir; a.k.a. DIANAT, Amir Abdolaziz; a.k.a. DIYANAT, Amir; a.k.a. DIYANAT, Amir; a.k.a. JAFAR, Amir Abdulaziz; a.k.a. MUSHTAQ, Abu), Iran; Iraq; Oman; DOB 15 Mar 1967; alt. DOB 25 Dec 1970; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport W44473918 (Iran); alt. Passport A12688767 (Iraq); alt. Passport F35307926 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ALTABAEVA, Ekaterina (Cyrillic: АЛТАБАЄВА, Катерина) (a.k.a. ALTABAEVA, Ekaterina Borisovna; a.k.a. ALTABAEVA, Ekateryna Borysivna (Cyrillic: АЛТАБАЄВА, Катерина Борисівна); a.k.a. ALTABAEVA, Kateryna Borysivna (Cyrillic: АЛТАБАЄВА, Катерина Борисівна); a.k.a. ALTABAEVA, Yekaterina Borisovna), Russia; DOB 27 May 1956; POB Uglich, Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

ALTABAEVA, Ekaterina Borisovna (a.k.a. ALTABAEVA, Ekaterina (Cyrillic: АЛТАБАЄВА, Катерина); a.k.a. ALTABAEVA, Ekateryna Borysivna (Cyrillic: АЛТАБАЄВА, Катерина Борисівна); a.k.a. ALTABAEVA, Kateryna Borysivna (Cyrillic: АЛТАБАЄВА, Катерина Борисівна); a.k.a. ALTABAEVA, Yekaterina Borisovna), Russia; DOB 27 May 1956; POB Uglich, Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

ALTABAEVA, Ekateryna Borysovna (Cyrillic: АЛТАБАЄВА, Катерина Борисовна) (a.k.a. ALTABAEVA, Ekaterina (Cyrillic: АЛТАБАЄВА, Катерина); a.k.a. ALTABAEVA, Ekaterina Borisovna; a.k.a. ALTABAEVA, Kateryna Borysivna (Cyrillic: АЛТАБАЄВА, Катерина Борисівна); a.k.a. ALTABAEVA, Yekaterina Borisovna), Russia; DOB 27 May 1956; POB Uglich, Russia; nationality Russia; Gender

Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

ALTABAEVA, Kateryna Borysivna (Cyrillic: АЛТАБАЄВА, Катерина Борисівна) (a.k.a. ALTABAEVA, Ekaterina (Cyrillic: АЛТАБАЄВА, Катерина); a.k.a. ALTABAEVA, Ekaterina Borisovna; a.k.a. ALTABAEVA, Ekateryna Borysivna (Cyrillic: АЛТАБАЄВА, Катерина Борисівна); a.k.a. ALTABAEVA, Yekaterina Borisovna), Russia; DOB 27 May 1956; POB Uglich, Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

ALTABAEVA, Yekaterina Borisovna (a.k.a. ALTABAEVA, Ekaterina (Cyrillic: АЛТАБАЄВА, Катерина); a.k.a. ALTABAEVA, Ekaterina Borisovna; a.k.a. ALTABAEVA, Ekateryna Borysivna (Cyrillic: АЛТАБАЄВА, Катерина Борисовна); a.k.a. ALTABAEVA, Kateryna Borysivna (Cyrillic: АЛТАБАЄВА, Катерина Борисівна)), Russia; DOB 27 May 1956; POB Uglich, Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

AL-TABATABA'I, Abu 'Ali (a.k.a. TABATABAI, Abu Ali; a.k.a. TABATABA'I, Haytham 'Ali; a.k.a. TABTABAI, Abu Ali), Syria; Yemen; DOB 1968; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

AL-TABBAL, Saba, Syria; DOB 08 Apr 1972; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-TABUKI, Ali Saleh Husain (a.k.a. 'ALA'LAH, 'Ali Salih Husayn; a.k.a. AL-TABUKI, 'Ali Salih Husayn al-Dhahak; a.k.a. AL-YEMENI, Abu Dhahak; a.k.a. HUSAIN, Ali Saleh; a.k.a. 'ULA'LAH, 'Ali Salih Husayn; a.k.a. "DAHHAK, Abu"); DOB circa 1970; POB al-Hudaydah, Yemen; nationality Yemen; Individual's height is 5 feet 9 inches. (individual) [SDGT].

AL-TABUKI, 'Ali Salih Husayn al-Dhahak (a.k.a. 'ALA'LAH, 'Ali Salih Husayn; a.k.a. AL-TABUKI, Ali Saleh Husain; a.k.a. AL-YEMENI, Abu Dhahak; a.k.a. HUSAIN, Ali Saleh; a.k.a. 'ULA'LAH, 'Ali Salih Husayn; a.k.a. "DAHHAK, Abu"); DOB circa 1970; POB al-Hudaydah, Yemen; nationality Yemen; Individual's height is 5 feet 9 inches. (individual) [SDGT].

ALTAF KHANANI MONEY LAUNDERING ORGANIZATION, Australia; Canada; Pakistan; United Arab Emirates; United Kingdom; United States [TCO].

AL-TAF, Ali Asghar (a.k.a. ATTAF GHOLAMHOSEIN, Ali Asghar), Shahin Shahr, Iran; DOB 21 Dec 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2529687692 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

AL-TAI, Sultan Hashim Ahmad; DOB circa 1944; POB Mosul, Iraq; nationality Iraq; Minister of Defense (individual) [IRAQ2].

ALTAIBI, Khaled Aedh G (a.k.a. ALOTAIBI, Khalid Aedh G.); DOB 28 Jun 1988; POB Afif, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport P139681 (Saudi Arabia) issued 27 May 2014 expires 04 Apr 2019; National ID No. 1053629885 (Saudi Arabia) (individual) [GLOMAG].

AL-TAIR AL-HUR (Arabic: الطير الحر) (a.k.a. FREE BIRD COMPANY; a.k.a. FREEBIRD TRAVEL AND TOURISM), Maysaloon Street, Al Muhandiseen Building Floor No. 12, Damascus, Syria; Hour al-Enz al-Mammzar Center, Second Floor, Office 12, Dubai, United Arab Emirates; Athens, Greece; Organization Established Date 2022; Organization Type: Travel agency activities [SYRIA] (Linked To: AL-DJ, Mahmoud Abdulilah).

AL-TA'IR COMPANY (Arabic: شركة الطير), Damascus, Syria; Organization Established Date 17 Dec 2012; Organization Type: Transportation and storage [SYRIA] (Linked To: AL-DJ, Mahmoud Abdullah).

AL-TAKRITI, Barzan Ibrahim Hassan (a.k.a. AL-TIKRITI, Barzan Ibrahim Hasan; a.k.a. AL-TIKRITI, Barzan Ibrahim Hassan), Geneva, Switzerland; DOB 17 Feb 1951; POB Tikrit, Iraq; nationality Iraq; Passport M0001666/970; alt. Passport M0000860/114; alt. Passport M0009851/1; presidential advisor; half-brother of Saddam Hussein al-Tikriti (individual) [IRAQ2].

OFFICE OF FOREIGN ASSETS CONTROL
SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

AL-TAKRITI, Sabawi Ibrahim Hassan (a.k.a. AL-TIKRITI, Sab'awi Ibrahim Hassan); DOB 1947; POB Tikrit, Iraq; nationality Iraq; presidential advisor; half-brother of Saddam Hussein al-Tikriti (individual) [IRAQ2].

AL-TAKRITI, Watban (a.k.a. AL-HASSAN, Watab Ibrahim; a.k.a. AL-TIKRITI, Watban Ibrahim al-Hasan; a.k.a. AL-TIKRITI, Watban Ibrahim Hassan); DOB 1952; POB Tikrit, Iraq; nationality Iraq; presidential advisor; half-brother of Saddam Hussein al-Tikriti (individual) [IRAQ2].

AL-TALAHI, Abe Al-Rahim (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

AL-TALHI, 'Abd al-Rahim (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

AL-TALHI, Abd' Al-Rahim Hamad (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi

Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

AL-TALHI, Abdul Rahim (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

AL-TALHI, Abdul Rahim Hammad Ahmad (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

AL-TALHI, 'Abdul-Rahim Hammad (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

ALTALHI, Abdulrheem Hammad A (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim;

a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

AL-TALIBI, Muhammad Ahmad (a.k.a. "AL-TALIBI, Abi Ja'far"), Yemen; DOB 01 Jan 1983; POB Dhahyan, Sa'dah, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 01197425 (Yemen) (individual) [SDGT].

AL-TALJI, 'Abd-Al-Rahim (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, Abdulrahim; a.k.a. JUNAYD, Shuwayb; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

AL-TALJI, Abdulrahim (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. JUNAYD, Shuwayb; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

AL-TALLI, Abu-Malik (a.k.a. AL-ANSARI, Abu-Malik; a.k.a. AL-SHAMI, Abu-Malik; a.k.a. ZAYNIYAH, Jamal Husayn), Al-Qalamun, Syria; DOB 17 Aug 1972; alt. DOB 01 Jan 1972; POB Al-Tal, Syria; alt. POB Tell Mnin, Syria; nationality Syria; Passport 3987189 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-TAMIMI, Muhamad Juma Y (a.k.a. AL-TAMIMI, Muhannad Juma Y); DOB 1956; POB Baghdad, Iraq; Passport M0817630 (Iraq); alt. Passport H0284744 (Iraq) (individual) [IRAQ2].

AL-TAMIMI, Muhannad Juma Y (a.k.a. AL-TAMIMI, Muhamad Juma Y); DOB 1956; POB Baghdad, Iraq; Passport M0817630 (Iraq); alt. Passport H0284744 (Iraq) (individual) [IRAQ2].

ALTAMIRANO LOPEZ, Hector, Ave. De los Angeles #5183-4, Fracc. Las Palmas, Tijuana, Baja California, Mexico; c/o KONTROLES ELECTRONICOS DE BAJA CALIFORNIA, S.A. DE C.V., Ave. Azueta 11750, Col. Libertad, Tijuana, Baja California CP 22400, Mexico; DOB 18 Feb 1975; POB Baja California, Mexico; C.U.R.P. AALH750218HBCLPC02 (Mexico) (individual) [SDNTK].

AL-TAQI, Rim Nadir, Syria; DOB 15 Sep 1975; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-TAWASUL COMPANY (a.k.a. TAWASUL COMPANY; a.k.a. TAWASUL FINANCIAL EXCHANGE; a.k.a. TAWASUL HAWALA COMPANY), Harim, Syria [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-TAWHID (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

AL-TAWHID, Muhandes (a.k.a. AL ASHQAR, Abdullah Jihad; a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, Abdallah; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandis; a.k.a. ASHKAR, Abdullah; a.k.a. "ABU-HAJIR"; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian (individual) [SDGT].

AL-TAWHID, Muhandis (a.k.a. AL ASHQAR, Abdullah Jihad; a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, Abdallah; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandes; a.k.a. ASHKAR, Abdullah; a.k.a. "ABU-HAJIR"; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian (individual) [SDGT].

AL-TAWWAKHI, Iman, Syria; DOB 04 Mar 1956; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-TAYAR AL-RISALI (a.k.a. ASA'IB AHL AL-HAQ; a.k.a. ASA'IB AHL AL-HAQ MIN AL-IRAQ; a.k.a. ASA'IB AHL AL-HAQQ; a.k.a. ASAIB AL HAQ; a.k.a. KHAZALI NETWORK; a.k.a. KHAZALI SPECIAL GROUP; a.k.a. KHAZALI SPECIAL GROUPS NETWORK; a.k.a. LEAGUE OF THE RIGHTEOUS; a.k.a. QAZALI NETWORK; a.k.a. "AAH"; a.k.a. "THE MISSIONARY CURRENT"; a.k.a. "THE PEOPLE OF THE CAUSE"), Iraq [SDGT].

ALTERNATIVNA TELEVIZIJA D.O.O. BANJA LUKA (a.k.a. ALTERNATIVNA TELEVIZIJA DRUSTVO ZA INFORMISANJE D.O.O. BANJA LUKA; a.k.a. ALTERNATIVNE TELEVIZIJE; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. "ALTERNATIVE TV"; a.k.a. "ATV"), Ulica Gunduliceva 33, Banja Luka 78000, Bosnia and Herzegovina; Organization Established Date 1997; Tax ID No. 4400946870008 (Bosnia and Herzegovina); Registration Number 1-9857-00 (Bosnia and Herzegovina) [BALKANS-EO14033] (Linked To: DODIK, Milorad).

ALTERNATIVNA TELEVIZIJA DRUSTVO ZA INFORMISANJE D.O.O. BANJA LUKA (a.k.a. ALTERNATIVNA TELEVIZIJA D.O.O. BANJA LUKA; a.k.a. ALTERNATIVNE TELEVIZIJE; a.k.a. "ALTERNATIVE TV"; a.k.a. "ATV"), Ulica Gunduliceva 33, Banja Luka 78000, Bosnia and Herzegovina; Organization Established Date 1997; Tax ID No. 4400946870008 (Bosnia and Herzegovina); Registration Number 1-9857-00 (Bosnia and Herzegovina) [BALKANS-EO14033] (Linked To: DODIK, Milorad).

ALTERNATIVNE TELEVIZIJE (a.k.a. ALTERNATIVNA TELEVIZIJA D.O.O. BANJA LUKA; a.k.a. ALTERNATIVNA TELEVIZIJA DRUSTVO ZA INFORMISANJE D.O.O. BANJA LUKA; a.k.a. "ALTERNATIVE TV"; a.k.a. "ATV"), Ulica Gunduliceva 33, Banja Luka 78000, Bosnia and Herzegovina; Organization Established Date 1997; Tax ID No. 4400946870008 (Bosnia and Herzegovina); Registration Number 1-9857-00 (Bosnia and Herzegovina) [BALKANS-EO14033] (Linked To: DODIK, Milorad).

AL-TIKRITI, Abid Hamid Mahmud (a.k.a. HAMMUD, Abed Mahmoud; a.k.a. MAHMOUD, Col. Abdel Hamid; a.k.a. MAHMUD, Abid Hamid bid Hamid); DOB circa 1957; POB al-Awja, near Tikrit, Iraq; nationality Iraq; Saddam Hussein al-Tikriti's presidential secretary and key advisor (individual) [IRAQ2].

AL-TIKRITI, Ahmad Watban Ibrahim Hasan (a.k.a. AL-TIKRITI, Ahmed Watban Ibrahim Hasan; a.k.a. MUHAWDAR, 'Imad 'Udi), Al-Ra'is Building, Mina Street, Tartus, Tartus, Syria; Jirmanah Neighborhood, Damascus, Syria; Al-Hadda Hotel, Sana'a, Yemen; DOB 1975; alt. DOB 1979; POB Baghdad, Iraq; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Ahmed Watban Ibrahim Hasan (a.k.a. AL-TIKRITI, Ahmad Watban Ibrahim Hasan; a.k.a. MUHAWDAR, 'Imad 'Udi), Al-Ra'is Building, Mina Street, Tartus, Tartus, Syria; Jirmanah Neighborhood, Damascus, Syria; Al-Hadda Hotel, Sana'a, Yemen; DOB 1975; alt. DOB 1979; POB Baghdad, Iraq; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Aiman Sabawi Ibrahim Hasan (a.k.a. AL-TIKRITI, Ayman Sab'awi Ibrahim Hasan;

a.k.a. AL-TIKRITI, Ayman Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ayman Sabawi Ibrahim Hassan; a.k.a. SALMAN, Qais Muhammad), Bludan, Syria; Mutanabi Area, Al Monsur, Baghdad, Iraq; DOB 21 Oct 1971; POB Baghdad, Iraq; alt. POB Al-Owja, Iraq; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Ali Barzan Ibrahim Hasan, Geneva, Switzerland; DOB 18 Apr 1981; nationality Iraq; son of Barzan Ibrahim Hasan al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Ali Hassan al-Majid (a.k.a. AL-KIMAWI; a.k.a. AL-MAJID, General Ali Hasan; a.k.a. AL-MAJID, General Ali Hassan); DOB 1943; alt. DOB 1941; POB al-Awja, near Tikrit, Iraq; nationality Iraq; presidential advisor and senior member of Revolutionary Command Council (individual) [IRAQ2].

AL-TIKRITI, Ali Saddam Hussein (a.k.a. "HASSAN"); DOB 1980; alt. DOB 1983; POB Iraq; nationality Iraq; son of Saddam Hussein al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Ayman Sabawi Ibrahim Hasan (a.k.a. AL-TIKRITI, Aiman Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ayman Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ayman Sabawi Ibrahim Hassan; a.k.a. SALMAN, Qais Muhammad), Bludan, Syria; Mutanabi Area, Al Monsur, Baghdad, Iraq; DOB 21 Oct 1971; POB Baghdad, Iraq; alt. POB Al-Owja, Iraq; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Ayman Sab'awi Ibrahim Hasan (a.k.a. AL-TIKRITI, Aiman Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ayman Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ayman Sabawi Ibrahim Hassan; a.k.a. SALMAN, Qais Muhammad), Bludan, Syria; Mutanabi Area, Al Monsur, Baghdad, Iraq; DOB 21 Oct 1971; POB Baghdad, Iraq; alt. POB Al-Owja, Iraq; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Ayman Sabawi Ibrahim Hassan (a.k.a. AL-TIKRITI, Aiman Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ayman Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ayman Sabawi Ibrahim Hasan; a.k.a. SALMAN, Qais Muhammad), Bludan, Syria; Mutanabi Area, Al Monsur, Baghdad, Iraq; DOB 21 Oct 1971; POB Baghdad, Iraq; alt. POB Al-Owja, Iraq; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Barzan abd al-Ghafur Sulaiman Majid (a.k.a. AL-GHAFUR, Barzan Razuki abd); DOB 1960; POB Salah al-Din, Iraq; nationality Iraq; commander, Special Republican Guard (individual) [IRAQ2].

AL-TIKRITI, Barzan Ibrahim Hasan (a.k.a. AL-TAKRITI, Barzan Ibrahim Hassan; a.k.a. AL-TIKRITI, Barzan Ibrahim Hassan), Geneva, Switzerland; DOB 17 Feb 1951; POB Tikrit, Iraq; nationality Iraq; Passport M001666/970; alt. Passport NM0000860/114; alt. Passport M0009851/1; presidential advisor; half-brother of Saddam Hussein al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Barzan Ibrahim Hassan (a.k.a. AL-TAKRITI, Barzan Ibrahim Hassan; a.k.a. AL-TIKRITI, Barzan Ibrahim Hasan), Geneva, Switzerland; DOB 17 Feb 1951; POB Tikrit, Iraq; nationality Iraq; Passport M001666/970; alt. Passport NM0000860/114; alt. Passport M0009851/1; presidential advisor; half-brother of Saddam Hussein al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Bashar Sabawi Ibrahim Hasan (a.k.a. 'ABDULLAH, 'Ali Zafir; a.k.a. AL-BAYJAT, Bashar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashar Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashir Sabawi Ibrahim Al-Hassan), Fuad Dawod Farm, Az Zabadani, Damascus, Syria; Beirut, Lebanon; DOB 17 Jul 1970; POB Baghdad, Iraq; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Bashar Sab'awi Ibrahim Hasan (a.k.a. 'ABDULLAH, 'Ali Zafir; a.k.a. AL-BAYJAT, Bashar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashir Sabawi Ibrahim Al-Hassan), Fuad Dawod Farm, Az Zabadani, Damascus, Syria; Beirut, Lebanon; DOB 17 Jul 1970; POB Baghdad, Iraq; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Bashir Sab'awi Ibrahim Al-Hasan (a.k.a. 'ABDULLAH, 'Ali Zafir; a.k.a. AL-BAYJAT, Bashar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashar Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashir Sabawi Ibrahim Al-Hassan), Fuad Dawod Farm, Az Zabadani, Damascus, Syria; Beirut, Lebanon; DOB 17 Jul 1970; POB Baghdad, Iraq; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Bashir Sabawi Ibrahim Al-Hassan (a.k.a. 'ABDULLAH, 'Ali Zafir; a.k.a. AL-BAYJAT, Bashar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashar Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Bashir Sab'awi Ibrahim Al-Hasan), Fuad Dawod Farm, Az

Zabadani, Damascus, Syria; Beirut, Lebanon; DOB 17 Jul 1970; POB Baghdad, Iraq; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Hala Saddam Hussein; DOB 1972; POB Iraq; nationality Iraq; daughter of Saddam Hussein al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Hamid Raja Shalah (a.k.a. AL-TIKRITI, Hamid Raja Shalah Hassan; a.k.a. AL-TIKRITI, Hamid Raja-Shalah Hassum); DOB 1950; POB Bayji, Salah al-Din Governorate, Iraq; nationality Iraq; air force commander (individual) [IRAQ2].

AL-TIKRITI, Hamid Raja Shalah Hassan (a.k.a. AL-TIKRITI, Hamid Raja-Shalah; a.k.a. AL-TIKRITI, Hamid Raja-Shalah Hassum); DOB 1950; POB Bayji, Salah al-Din Governorate, Iraq; nationality Iraq; air force commander (individual) [IRAQ2].

AL-TIKRITI, Hamid Raja-Shalah Hassum (a.k.a. AL-TIKRITI, Hamid Raja Shalah; a.k.a. AL-TIKRITI, Hamid Raja Shalah Hassan); DOB 1950; POB Bayji, Salah al-Din Governorate, Iraq; nationality Iraq; air force commander (individual) [IRAQ2].

AL-TIKRITI, Hani abd-al-Latif Tilfah; DOB circa 1962; POB al-Awja, near Tikrit, Iraq; nationality Iraq; #2 in Special Security Organization (individual) [IRAQ2].

AL-TIKRITI, Ibrahim Ahmad abd al-Sattar Muhammed; DOB 1943; alt. DOB 1950; alt. DOB 1952; POB Ba'qubah or al-Sumayda/Shirqat, Iraq; nationality Iraq; armed forces chief of staff (individual) [IRAQ2].

AL-TIKRITI, Ibrahim Sabawi Ibrahim Al-Hassan (a.k.a. AL-TIKRITI, Ibrahim Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ibrahim Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ibrahim Sabawi Ibrahim Hassan; a.k.a. SALMAN, Muhammad Da'ud), Iraq; Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Fuad Dawod Farm, Az Zabadani, Damascus, Syria; DOB 25 Oct 1983; alt. DOB 1977; POB Baghdad, Iraq; nationality Iraq; Passport 284173 (Iraq) expires 21 Aug 2005 (individual) [IRAQ2].

AL-TIKRITI, Ibrahim Sabawi Ibrahim Hasan (a.k.a. AL-TIKRITI, Ibrahim Sabawi Ibrahim Al-Hassan; a.k.a. AL-TIKRITI, Ibrahim Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ibrahim Sabawi Ibrahim Hassan; a.k.a. SALMAN, Muhammad Da'ud), Iraq; Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Fuad Dawod Farm, Az Zabadani, Damascus, Syria; DOB 25 Oct 1983; alt. DOB 1977; POB Baghdad, Iraq; nationality Iraq; Passport

284173 (Iraq) expires 21 Aug 2005 (individual) [IRAQ2].

AL-TIKRITI, Ibrahim Sab'awi Ibrahim Hasan (a.k.a. AL-TIKRITI, Ibrahim Sabawi Ibrahim Al-Hassan; a.k.a. AL-TIKRITI, Ibrahim Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ibrahim Sabawi Ibrahim Hassan; a.k.a. SALMAN, Muhammad Da'ud), Iraq; Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Fuad Dawod Farm, Az Zabadani, Damascus, Syria; DOB 25 Oct 1983; alt. DOB 1977; POB Baghdad, Iraq; nationality Iraq; Passport 284173 (Iraq) expires 21 Aug 2005 (individual) [IRAQ2].

AL-TIKRITI, Ibrahim Sabawi Ibrahim Hassan (a.k.a. AL-TIKRITI, Ibrahim Sabawi Ibrahim Al-Hassan; a.k.a. AL-TIKRITI, Ibrahim Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Ibrahim Sabawi Ibrahim Hasan; a.k.a. SALMAN, Muhammad Da'ud), Iraq; Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Fuad Dawod Farm, Az Zabadani, Damascus, Syria; DOB 25 Oct 1983; alt. DOB 1977; POB Baghdad, Iraq; nationality Iraq; Passport 284173 (Iraq) expires 21 Aug 2005 (individual) [IRAQ2].

AL-TIKRITI, Jamal Mustafa Abdallah Sultan; DOB 04 May 1955; POB al-Samnah, near Tikrit, Iraq; nationality Iraq; deputy head of tribal affairs in presidential office (individual) [IRAQ2].

AL-TIKRITI, Kamal Mustafa Abdallah Sultan (a.k.a. ABDALLAH, Kamal Mustafa; a.k.a. AL-TIKRITI, Kamal Mustafa Sultan Abdallah); DOB 1952; alt. DOB 04 May 1955; POB Tikrit, Iraq; nationality Iraq; Republican Guard Secretary; led Special Republican Guard and commanded both Republican Guard corps (individual) [IRAQ2].

AL-TIKRITI, Kamal Mustafa Sultan Abdallah (a.k.a. ABDALLAH, Kamal Mustafa; a.k.a. AL-TIKRITI, Kamal Mustafa Abdallah Sultan); DOB 1952; alt. DOB 04 May 1955; POB Tikrit, Iraq; nationality Iraq; Republican Guard Secretary; led Special Republican Guard and commanded both Republican Guard corps (individual) [IRAQ2].

AL-TIKRITI, Khawla Barzan Ibrahim Hasan, Geneva, Switzerland; DOB 03 Dec 1986; nationality Iraq; daughter of Barzan Ibrahim Hasan al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Mohammad Barzan Ibrahim Hasan, Geneva, Switzerland; DOB 02 Nov 1972; nationality Iraq; son of Barzan Ibrahim Hasan al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Muzahim Sa'b Hassan; DOB circa 1946; alt. DOB 1949; POB al-Awja, near Tikrit, Iraq; nationality Iraq; led Iraq's Air Defense Forces; Deputy Director, Organization of Military Industrialization (individual) [IRAQ2].

AL-TIKRITI, Noor Barzan Ibrahim Hasan, Geneva, Switzerland; DOB 02 Nov 1983; nationality Iraq; daughter of Barzan Ibrahim Hasan al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Omar Sabawi Ibrahim Hasan (a.k.a. AL-ALUSI, Umar Ahmad Ali; a.k.a. AL-TIKRITI, Omar Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Omar Sabawi Ibrahim Hassan; a.k.a. AL-TIKRITI, Umar Sabawi Ibrahim Hasan), Damascus, Syria; Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Yemen; DOB circa 1970; POB Baghdad, Iraq; nationality Iraq; Passport 2863795S (Iraq) expires 23 Aug 2005 (individual) [IRAQ2].

AL-TIKRITI, Omar Sab'awi Ibrahim Hasan (a.k.a. AL-ALUSI, Umar Ahmad Ali; a.k.a. AL-TIKRITI, Omar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Omar Sabawi Ibrahim Hassan; a.k.a. AL-TIKRITI, Umar Sabawi Ibrahim Hasan), Damascus, Syria; Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Yemen; DOB circa 1970; POB Baghdad, Iraq; nationality Iraq; Passport 2863795S (Iraq) expires 23 Aug 2005 (individual) [IRAQ2].

AL-TIKRITI, Omar Sabawi Ibrahim Hassan (a.k.a. AL-ALUSI, Umar Ahmad Ali; a.k.a. AL-TIKRITI, Omar Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Omar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Umar Sabawi Ibrahim Hasan), Damascus, Syria; Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Yemen; DOB circa 1970; POB Baghdad, Iraq; nationality Iraq; Passport 2863795S (Iraq) expires 23 Aug 2005 (individual) [IRAQ2].

AL-TIKRITI, Qusay Saddam Hussein; DOB 1965; alt. DOB 1966; POB Baghdad, Iraq; nationality Iraq; Saddam Hussein al-Tikriti's second son; oversaw Special Republican Guard, Special Security Organization, and Republican Guard (individual) [IRAQ2].

AL-TIKRITI, Rafi abd-al-Latif Tilfah; DOB circa 1954; POB Tikrit, Iraq; nationality Iraq; Director, Directorate of General Security (individual) [IRAQ2].

AL-TIKRITI, Raghad Saddam Hussein, Amman, Jordan; DOB 1967; POB Iraq; nationality Iraq; daughter of Saddam Hussein al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Rana Saddam Hussein, Amman, Jordan; DOB 1969; POB Iraq; nationality Iraq;

daughter of Saddam Hussein al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Rukan abd al-Ghaffur al-Majid (a.k.a. AL-MAJID, Rukan abd al-Gafur; a.k.a. AL-MAJID, Rukan abdal-Ghaffur Sulayman; a.k.a. AL-MAJID, Rukan Razuqi abd al-Gahfur; a.k.a. AL-TIKRITI, Rukan 'abd al-Ghaffur al-Majid; a.k.a. AL-TIKRITI, Rukan Razuki abd al-Ghafur Sulaiman; a.k.a. "ABU WALID"); DOB 1956; POB Tikrit, Iraq; nationality Iraq; head of Tribal Affairs Office in presidential office (individual) [IRAQ2].

AL-TIKRITI, Rukan 'abd al-Ghaffur al-Majid (a.k.a. AL-MAJID, Rukan abd al-Gafur; a.k.a. AL-MAJID, Rukan abdal-Ghaffur Sulayman; a.k.a. AL-MAJID, Rukan Razuqi abd al-Gahfur; a.k.a. AL-TIKRITI, Rukan abd al-Ghaffur al-Majid; a.k.a. AL-TIKRITI, Rukan Razuki abd-al-Ghafur Sulaiman; a.k.a. "ABU WALID"); DOB 1956; POB Tikrit, Iraq; nationality Iraq; head of Tribal Affairs Office in presidential office (individual) [IRAQ2].

AL-TIKRITI, Rukan Razuki abd-al-Ghafur Sulaiman (a.k.a. AL-MAJID, Rukan abd al-Gafur; a.k.a. AL-MAJID, Rukan abdal-Ghaffur Sulayman; a.k.a. AL-MAJID, Rukan Razuqi abd al-Gahfur; a.k.a. AL-TIKRITI, Rukan abd al-Ghaffur al-Majid; a.k.a. AL-TIKRITI, Rukan 'abd al-Ghaffur al-Majid; a.k.a. "ABU WALID"); DOB 1956; POB Tikrit, Iraq; nationality Iraq; head of Tribal Affairs Office in presidential office (individual) [IRAQ2].

AL-TIKRITI, Sa'ad Sabawi Ibrahim Hasan (a.k.a. AL-TIKRITI, Sa'd Sab'awi Hasan; a.k.a. AL-TIKRITI, Sa'd Sabawi Ibrahim Hasan), Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Yemen; DOB 19 Sep 1988; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Sab'awi Ibrahim Hassan (a.k.a. AL-TAKRITI, Sabawi Ibrahim Hassan); DOB 1947; POB Tikrit, Iraq; nationality Iraq; presidential advisor; half-brother of Saddam Hussein al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Sa'd abd-al-Majid al-Faysal; DOB 1944; POB Tikrit, Iraq; nationality Iraq; Ba'th party regional command chairman, Salah al-Din (individual) [IRAQ2].

AL-TIKRITI, Sa'd Sab'awi Ibrahim Hasan (a.k.a. AL-TIKRITI, Sa'ad Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Sa'd Sabawi Ibrahim Hasan), Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Yemen; DOB 19 Sep 1988; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Sa'd Sabawi Ibrahim Hasan (a.k.a. AL-TIKRITI, Sa'ad Sabawi Ibrahim Hasan;

a.k.a. AL-TIKRITI, Sa'd Sab'awi Hasan), Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Yemen; DOB 19 Sep 1988; nationality Iraq (individual) [IRAQ2].

AL-TIKRITI, Saddam Hussein (a.k.a. HUSAYN, Saddam; a.k.a. HUSSAIN, Saddam; a.k.a. HUSSEIN, Saddam; a.k.a. "ABU ALI"); DOB 28 Apr 1937; POB al-Awja, near Tikrit, Iraq; nationality Iraq; named in UNSCR 1483; President since 1979 (individual) [IRAQ2].

AL-TIKRITI, Saja Barzan Ibrahim Hasan, Geneva, Switzerland; DOB 01 Jan 1978; nationality Iraq; daughter of Barzan Ibrahim Hasan al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Tahir Jalil Habbush; DOB 1950; POB Tikrit, Iraq; nationality Iraq; director of Iraqi Intelligence Service (individual) [IRAQ2].

AL-TIKRITI, Thoraya Barzan Ibrahim Hasan, Iraq; DOB 19 Dec 1980; alt. DOB 19 Jan 1980; nationality Iraq; daughter of Barzan Ibrahim Hasan al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Uday Saddam Hussein (a.k.a. HUSSEIN, Udai Saddam); DOB 1964; alt. DOB 1967; POB Baghdad, Iraq; nationality Iraq; Saddam Hussein al-Tikriti's eldest son; leader of paramilitary organization Fedayeen Saddam (individual) [IRAQ2].

AL-TIKRITI, Umar Sabawi Ibrahim Hasan (a.k.a. AL-ALUSI, Umar Ahmad Ali; a.k.a. AL-TIKRITI, Omar Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Omar Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Omar Sabawi Ibrahim Hassan), Damascus, Syria; Al-Shahid Street, Al-Mahata Neighborhood, Az Zabadani, Syria; Yemen; DOB circa 1970; POB Baghdad, Iraq; nationality Iraq; Passport 2863795S (Iraq) expires 23 Aug 2005 (individual) [IRAQ2].

AL-TIKRITI, Walid Hamid Tawfiq (a.k.a. AL-NASIRI, Walid Hamid Tawfiq); DOB circa 1950; POB Tikrit, Iraq; nationality Iraq; Governor of Basrah (individual) [IRAQ2].

AL-TIKRITI, Watban Ibrahim al-Hasan (a.k.a. AL-HASSAN, Watab Ibrahim; a.k.a. AL-TIKRITI, Watban; a.k.a. AL-TIKRITI, Watban Ibrahim Hassan); DOB 1952; POB Tikrit, Iraq; nationality Iraq; presidential advisor; half-brother of Saddam Hussein al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Watban Ibrahim Hassan (a.k.a. AL-HASSAN, Watab Ibrahim; a.k.a. AL-TAKRITI, Watban; a.k.a. AL-TIKRITI, Watban Ibrahim al-Hasan); DOB 1952; POB Tikrit, Iraq; nationality Iraq; presidential advisor; half-brother of Saddam Hussein al-Tikriti (individual) [IRAQ2].

AL-TIKRITI, Yasir Sabawi Ibrahim Hasan (a.k.a. ABDALLAH, Ali Thafir; a.k.a. AL-TIKRITI, Yasir Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yasir Sabawi Ibrahim Hassan; a.k.a. AL-TIKRITI, Yasser Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yassir Sabawi Ibrahim Hasan), Mosul, Iraq; Az Zabadani, Syria; DOB 15 May 1968; alt. DOB 1970; POB Al-Owja, Iraq; alt. POB Baghdad, Iraq; nationality Iraq; Passport 284158 (Iraq) expires 21 Aug 2005 (individual) [IRAQ2].

AL-TIKRITI, Yasir Sab'awi Ibrahim Hasan (a.k.a. ABDALLAH, Ali Thafir; a.k.a. AL-TIKRITI, Yasir Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yasir Sabawi Ibrahim Hassan; a.k.a. AL-TIKRITI, Yasser Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yassir Sabawi Ibrahim Hasan), Mosul, Iraq; Az Zabadani, Syria; DOB 15 May 1968; alt. DOB 1970; POB Al-Owja, Iraq; alt. POB Baghdad, Iraq; nationality Iraq; Passport 284158 (Iraq) expires 21 Aug 2005 (individual) [IRAQ2].

AL-TIKRITI, Yasir Sabawi Ibrahim Hassan (a.k.a. ABDALLAH, Ali Thafir; a.k.a. AL-TIKRITI, Yasir Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yasir Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yasser Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yassir Sabawi Ibrahim Hasan), Mosul, Iraq; Az Zabadani, Syria; DOB 15 May 1968; alt. DOB 1970; POB Al-Owja, Iraq; alt. POB Baghdad, Iraq; nationality Iraq; Passport 284158 (Iraq) expires 21 Aug 2005 (individual) [IRAQ2].

AL-TIKRITI, Yasser Sabawi Ibrahim Hasan (a.k.a. ABDALLAH, Ali Thafir; a.k.a. AL-TIKRITI, Yasir Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yasir Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yasir Sabawi Ibrahim Hassan; a.k.a. AL-TIKRITI, Yassir Sabawi Ibrahim Hasan), Mosul, Iraq; Az Zabadani, Syria; DOB 15 May 1968; alt. DOB 1970; POB Al-Owja, Iraq; alt. POB Baghdad, Iraq; nationality Iraq; Passport 284158 (Iraq) expires 21 Aug 2005 (individual) [IRAQ2].

AL-TIKRITI, Yassir Sabawi Ibrahim Hasan (a.k.a. ABDALLAH, Ali Thafir; a.k.a. AL-TIKRITI, Yasir Sab'awi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yasir Sabawi Ibrahim Hasan; a.k.a. AL-TIKRITI, Yasir Sabawi Ibrahim Hassan; a.k.a. AL-TIKRITI, Yasser Sabawi Ibrahim Hasan), Mosul, Iraq; Az Zabadani, Syria; DOB 15 May 1968; alt. DOB 1970; POB Al-Owja, Iraq; alt. POB Baghdad, Iraq; nationality Iraq; Passport 284158 (Iraq) expires 21 Aug 2005 (individual) [IRAQ2].

ALTITUDE X3 (a.k.a. ALTITUDE X3 LTD), c/o Appleby Canons Court 22 Victoria Street HM12, Bermuda; Organization Established Date 2008; Target Type Private Company; Business Registration Number 42337 (Bermuda) [RUSSIA-EO14024] (Linked To: SHUVALOV, Evgeny Igorevich).

ALTITUDE X3 LTD (a.k.a. ALTITUDE X3), c/o Appleby Canons Court 22 Victoria Street HM12, Bermuda; Organization Established Date 2008; Target Type Private Company; Business Registration Number 42337 (Bermuda) [RUSSIA-EO14024] (Linked To: SHUVALOV, Evgeny Igorevich).

AL-TOUBASI, Iyad (a.k.a. AL-TUBASI, Iyad; a.k.a. KHALIL, Ayyad Nazmi Salih; a.k.a. KHALIL, Eyad Nazmi Saleh; a.k.a. KHALIL, Iyad Nazmi Salih; a.k.a. "ABU-JULAYBIB"; a.k.a. "AL-DARDA', Abu"; a.k.a. "AL-URDUNI, Abu-Julaybib"), Syria; DOB 01 Jan 1974 to 31 Dec 1974; POB Syria; nationality Jordan; Gender Male; Passport 286062 (Jordan) issued 05 Apr 1999 expires 04 Apr 2004; alt. Passport 654781 (Jordan) issued 01 Jan 2008 to 31 Dec 2010 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-TRABELSI, Mourad Ben Ali Ben Al-Basheer (a.k.a. ABOU DJARRAH; a.k.a. TRABELSI, Mourad), Via Geromini 15, Cremona, Italy; DOB 20 May 1969; POB Menzel Temime, Tunisia; nationality Tunisia; Passport G 827238 issued 01 Jun 1996 expires 31 May 2001; arrested 1 Apr 2003 (individual) [SDGT].

AL-TUBAIQI, Salah (a.k.a. TUBAIGY, Salah Muhammed A.); DOB 20 Aug 1971; POB Jazan, Saudi Arabia; nationality Saudi Arabia; Gender Male (individual) [GLOMAG].

AL-TUBASI, Iyad (a.k.a. AL-TOUBASI, Iyad; a.k.a. KHALIL, Ayyad Nazmi Salih; a.k.a. KHALIL, Eyad Nazmi Saleh; a.k.a. KHALIL, Iyad Nazmi Salih; a.k.a. "ABU-JULAYBIB"; a.k.a. "AL-DARDA', Abu"; a.k.a. "AL-URDUNI, Abu-Julaybib"), Syria; DOB 01 Jan 1974 to 31 Dec 1974; POB Syria; nationality Jordan; Gender Male; Passport 286062 (Jordan) issued 05 Apr 1999 expires 04 Apr 2004; alt. Passport 654781 (Jordan) issued 01 Jan 2008 to 31 Dec 2010 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

ALTUG, Risa (a.k.a. ALTUN, Ali Riza; a.k.a. KIVIRCIK, Ali; a.k.a. RIZA, Ebubekir); DOB 01 Jan 1956; POB Kucuk Sobecimen, Turkey; nationality Turkey (individual) [SDNTK].

AL-TUHAMI, Khaled (a.k.a. KHALED, Al-Tohamy; a.k.a. KHALED, al-Tuhami; a.k.a.

KHALED, Tohami); DOB 1946; POB Genzur, Libya; General; Director of the Internal Security Office (individual) [LIBYA2].

ALTUKHOV, Sergey Viktorovich (Cyrillic: АЛТУХОВ, Сергей Викторович), Russia; DOB 23 Feb 1982; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ALTUN, Ali Riza (a.k.a. ALTUG, Risa; a.k.a. KIVIRCIK, Ali; a.k.a. RIZA, Ebubekir); DOB 01 Jan 1956; POB Kucuk Sobecimen, Turkey; nationality Turkey (individual) [SDNTK].

AL-TUNISI, Abu 'Umar (a.k.a. AI-HARZI, Tariq Bin Tahir Bin Al-Falih Al-Auni; a.k.a. AL-HARZI, Tariq Tahir Falih Al-Awni; a.k.a. AL-HARAZI, Tarik Bin al-Falah al-Awni; a.k.a. AL-HARZI, Tariq Bin-Al-Tahar Bin Al Falih Al-'Awni; a.k.a. AL-HARZI, Tariq Tahir Faleh Al-Awni; a.k.a. AL-TUNISI, Tariq; a.k.a. AL-TUNISI, Tariq Abu 'Umar; a.k.a. AL-TUNISI, Tariq Abu Umar; a.k.a. EL HARAZI, Tarek Ben El Felah El Aouni; a.k.a. HARZI, Tariq Tahir Falih 'Awni; a.k.a. "HOUDOUD, Abu Omar"); DOB 03 May 1982; alt. DOB 05 Mar 1982; alt. DOB 1981; POB Tunis, Tunisia; Passport Z-050399 (individual) [SDGT].

AL-TUNISI, Tariq (a.k.a. AI-HARZI, Tariq Bin Tahir Bin Al-Falih Al-Auni; a.k.a. AI-HARZI, Tariq Tahir Falih Al-Awni; a.k.a. AL-HARAZI, Tarik Bin al-Falah al-Awni; a.k.a. AL-HARZI, Tariq Bin-Al-Tahar Bin Al Falih Al-'Awni; a.k.a. AL-HARZI, Tariq Tahir Faleh Al-Awni; a.k.a. AL-TUNISI, Abu 'Umar; a.k.a. AL-TUNISI, Tariq Abu 'Umar; a.k.a. AL-TUNISI, Tariq Abu Umar; a.k.a. EL HARAZI, Tarek Ben El Felah El Aouni; a.k.a. HARZI, Tariq Tahir Falih 'Awni; a.k.a. "HOUDOUD, Abu Omar"); DOB 03 May 1982; alt. DOB 05 Mar 1982; alt. DOB 1981; POB Tunis, Tunisia; Passport Z-050399 (individual) [SDGT].

AL-TUNISI, Tariq Abu Umar (a.k.a. AI-HARZI, Tariq Bin Tahir Bin Al-Falih Al-Auni; a.k.a. AI-HARZI, Tariq Tahir Falih Al-Awni; a.k.a. AL-HARAZI, Tarik Bin al-Falah al-Awni; a.k.a. AL-HARZI, Tariq Bin-Al-Tahar Bin Al Falih Al-'Awni; a.k.a. AL-HARZI, Tariq Tahir Faleh Al-Awni; a.k.a. AL-TUNISI, Abu 'Umar; a.k.a. AL-TUNISI, Tariq; a.k.a. AL-TUNISI, Tariq Abu 'Umar; a.k.a. EL HARAZI, Tarek Ben El Felah El Aouni; a.k.a. HARZI, Tariq Tahir Falih 'Awni; a.k.a. "HOUDOUD, Abu Omar"); DOB 03 May 1982; alt. DOB 05 Mar 1982; alt. DOB 1981; POB Tunis, Tunisia; Passport Z-050399 (individual) [SDGT].

AL-TUNISI, Tariq Abu 'Umar (a.k.a. AI-HARZI, Tariq Bin Tahir Bin Al-Auni; a.k.a. AI-HARZI, Tariq Tahir Falih Al-Awni; a.k.a. AL-HARAZI, Tarik Bin al-Falah al-Awni; a.k.a. AL-HARZI, Tariq Bin-Al-Tahar Bin Al Falih Al-'Awni; a.k.a. AL-HARZI, Tariq Tahir Faleh Al-Awni; a.k.a. AL-TUNISI, Abu 'Umar; a.k.a. AL-TUNISI, Tariq; a.k.a. AL-TUNISI, Tariq Abu Umar; a.k.a. EL HARAZI, Tarek Ben El Felah El Aouni; a.k.a. HARZI, Tariq Tahir Falih 'Awni; a.k.a. "HOUDOUD, Abu Omar"); DOB 03 May 1982; alt. DOB 05 Mar 1982; alt. DOB 1981; POB Tunis, Tunisia; Passport Z-050399 (individual) [SDGT].

AL-TURAZ ORGANIZATION (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town,

Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

AL-TURAZ TRUST (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

AL-TURKI, Badran (a.k.a. AL MAZIDIH, Badran Turki Hishan; a.k.a. AL MEZIDI, Badran Turki Hishan; a.k.a. AL-MAZIDIH, Badran Turki al-Hishan; a.k.a. AL-SHA'BANI, Badran Turki Hisham al-Mazidih; a.k.a. HISHAM, Badran al-Turki; a.k.a. HISHAN, Badran Turki; a.k.a.

SHALASH, Badran Turki Hayshan; a.k.a. "ABU 'ABDALLAH"; a.k.a. "ABU ABDULLAH"; a.k.a. "ABU 'AZZAM"; a.k.a. "ABU GHADIYAH"), Zabadani, Syria; DOB 1977; alt. DOB 1978; alt. DOB 1979; POB Mosul, Iraq (individual) [SDGT].

AL-TURKI, Hassan (a.k.a. AL-TURKI, Hassan Abdullah Hersi); DOB circa 1944; POB Ogaden Region, Ethiopia (individual) [SDGT].

AL-TURKI, Hassan (a.k.a. AL-TURKI, Hassan Abdullah Hersi; a.k.a. TURKI, Hassan; a.k.a. TURKI, Hassan Abdillahi Hersi; a.k.a. TURKI, Sheikh Hassan; a.k.a. XIRSI, Xasan Cabdilaahi; a.k.a. XIRSI, Xasan Cabdulle), Somalia; DOB circa 1944; POB Ogaden Region, Ethiopia; nationality Somalia (individual) [SOMALIA].

AL-TURKI, Hassan Abdullah Hersi (a.k.a. AL-TURKI, Hassan); DOB circa 1944; POB Ogaden Region, Ethiopia (individual) [SDGT].

AL-TURKI, Hassan Abdullah Hersi (a.k.a. AL-TURKI, Hassan; a.k.a. TURKI, Hassan; a.k.a. TURKI, Hassan Abdillahi Hersi; a.k.a. TURKI, Sheikh Hassan; a.k.a. XIRSI, Xasan Cabdilaahi; a.k.a. XIRSI, Xasan Cabdulle), Somalia; DOB circa 1944; POB Ogaden Region, Ethiopia; nationality Somalia (individual) [SOMALIA].

ALTUSHKIN, Igor Alekseevich (Cyrillic: АЛТУШКИН, Игорь Алексеевич), Russia; DOB 10 Sep 1970; POB Ekaterinburg, Russia; nationality Russia; Gender Male; Tax ID No. 770470510081 (Russia) (individual) [RUSSIA-EO14024].

AL-UBAIDI, Amir Rashid Muhammad; DOB 1939; POB Baghdad, Iraq; nationality Iraq; Minister of Oil (individual) [IRAQ2].

AL-UBAIDI, Ghazi Hammud; DOB 1944; POB Baghdad, Iraq; nationality Iraq; Ba'th party regional command chairman, Wasit (individual) [IRAQ2].

AL-UBAIDI, Yahia Abdallah; nationality Iraq; Ba'th party regional command chairman, al-Basrah (individual) [IRAQ2].

AL-UBAYDI, Ahmad Hassan Kaka (a.k.a. AL NOBANI, Ali; a.k.a. AL-OBEIDI, Ahmed Hassan Kaka; a.k.a. HAZIM KAKA), Al Humayra Village, Taza sub district, Iraq; Kurdi Al Nasir village, Iraq; DOB 1949; POB Baghdad, Iraq; nationality Iraq; Passport F032516 (Iraq) issued 04 May 1976 (individual) [IRAQ3].

AL-UBAYDI, Intissar, Iraq; DOB 1974; nationality Iraq; wife of Izzat Ibrahim Al-Duri (individual) [IRAQ2].

AL-UBAYDI, Khalid Sa'id Ghabish (a.k.a. AL-UBAYDI, Khalid Sa'id Ghubaysh; a.k.a. "UBAYDI, Abu-Amr"), Hadramawt Governorate,

Yemen; DOB 1984 to 1986; POB United Arab Emirates; Gender Male (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-UBAYDI, Khalid Sa'id Ghubaysh (a.k.a. AL-UBAYDI, Khalid Sa'id Ghabish; a.k.a. "UBAYDI, Abu-Amr"), Hadramawt Governorate, Yemen; DOB 1984 to 1986; POB United Arab Emirates; Gender Male (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-'UBAYDI, Tarik (a.k.a. AL OBAIDI, Tarik Nasser S.; a.k.a. AL-'UBAYDI, Tariq), Baghdad, Iraq; DOB 1945; POB Baghdad, Iraq; nationality Iraq; Passport 212331 (Iraq) (individual) [IRAQ2].

AL-'UBAYDI, Tariq (a.k.a. AL OBAIDI, Tarik Nasser S.; a.k.a. AL-'UBAYDI, Tarik), Baghdad, Iraq; DOB 1945; POB Baghdad, Iraq; nationality Iraq; Passport 212331 (Iraq) (individual) [IRAQ2].

AL-UBAYSI, Mus'id, Syria; DOB 01 Jul 1965; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-'UDARI, Khalid (Arabic: خالد العذري) (a.k.a. AL ATHARI, Khaled; a.k.a. ALODHARI, Khaled Yahya Rageh), Yemen; DOB 01 Jan 1976; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 08213902 (Yemen) expires 30 Dec 2024 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AL-'ULABI, 'Adel Anwar (a.k.a. AL-OLABI, Adel Anwar (Arabic: عادل انور العلبي); a.k.a. AL-OLABI, Adil Anwar; a.k.a. EL-OULABI, Adel Anouar), Damascus, Syria; DOB 1976; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

AL-UMAQI, Muhammad Salih Abd-Rabbuh (a.k.a. ABDORABOH, Mohammed Saleh; a.k.a. AL OMQI, Mohammed Saleh Abdurabu; a.k.a. ALAMQE, Mohammed Saleh A; a.k.a. AL-AMQI, Muhammad Salih 'Abd-Rabbuh; a.k.a. ALAMQY, Mohammed Salih Abdrabah; a.k.a. AL-OMAQY, Mohammed Saleh Abd Rabo; a.k.a. AL-OMGY, Mohammed Saleh Abd'rabbo; a.k.a. AL-OMGY, Muhammad Salih Abd-Rabbuh (Arabic: محمد صالح عبده العمقي); a.k.a. AL-UMGY, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMQI, Mohammad Salih Abdurabbuh; a.k.a. AL-UMQI, Muhammad Saleh Abd-Rabbuh; a.k.a. AL-UMQY, Muhammad Saleh Abd-Rabbuh), Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'a' Street, J Dirham, Salam, Hadramawt,

Yemen; Al Amqi Company, Al Makla, Ash Shaykh Uthman, Hadramawt, Yemen; Sayyiun, Suq As Sarrafin, Sayun, Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt. Passport 00692808 (Yemen) issued 03 Mar 2001 expires 03 Mar 2007; Identification Number 08010019189 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-UMAQY, Saeed Saleh Abd-Rabbuh (a.k.a. AL-AMQI, Said Salih Abd-Rabbuh; a.k.a. AL-OMAQI, Saeed Salah Abed Rabboh; a.k.a. ALOMGY, Said Saleh Abed Rubbah; a.k.a. AL-OMGY, Saleh Salih Abd-Rabbuh (Arabic: سعيد صالح عبديه العمقي); a.k.a. AL-OMQI, Saeed Salih Abrdabah; a.k.a. AL-OMQI, Saeed Salih Abd-Rabboh; a.k.a. AL-OMQY, Saeed Salih Abed Rabbo; a.k.a. AL-UMGY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMQI, Said Salah Abd-Rabbuh; a.k.a. AL-UMQY, Said Saleh Abd-Rabbu), Mahal, Al Mukalla, Yemen; DOB 01 Jan 1956; POB Hadramawt Governorate, Yemen; nationality Yemen (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-UMAYRI, Faruz (a.k.a. AL-OMAIRI, Faruk; a.k.a. OMAIRI, Farouk; a.k.a. OMAIRI, Farouk Abdul Haj; a.k.a. UMAIRI, Faruq), 605 Avenida Brasil, nor No. 48, Foz do Iguacu, Brazil; DOB 06 Dec 1945; POB Hermel, Lebanon; citizen Brazil; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

ALUMGY AND BROS MONEY EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI AND BROS MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE

COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-UMGY, Muhammad Salih Abd-Rabbuh (a.k.a. ABDORABOH, Mohammed Saleh; a.k.a. AL OMQI, Mohammed Saleh Abdurabu; a.k.a. ALAMQE, Mohammed Saleh A; a.k.a. AL-AMQI, Muhammad Salih 'Abd-Rabbuh; a.k.a. ALAMQY, Mohammed Salih Abdrabah; a.k.a. AL-OMAQY, Mohammed Saleh Abd Rabo; a.k.a. AL-OMGY, Mohammed Saleh Abd'rabbo; a.k.a. AL-OMGY, Muhammad Salih Abd-Rabbah (Arabic: محمد صالح عبدربه العمقي); a.k.a. AL-UMAQI, Muhammad Salih Abd-Rabboh; a.k.a. AL-UMQI, Mohammad Salih Abdurabbuh; a.k.a. AL-UMQI, Muhammad Saleh Abd-Rabbuh; a.k.a. AL-UMQY, Muhammad Saleh Abd-Rabbuh), Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'a' Street, J Dirham, Salam, Hadramawt, Yemen; Al Amqi Company, Al Makla, Ash Shaykh Uthman, Hadramawt, Yemen; Sayyiun, Suq As Sarrafin, Sayun, Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt. Passport 00692808 (Yemen) issued 03 Mar 2001 expires 03 Mar 2007; Identification Number 08010019189 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-UMGY, Saeed Saleh Abd-Rabbuh (a.k.a. AL-AMQI, Said Salih Abd-Rabbuh; a.k.a. AL-OMAQI, Saeed Salah Abed Rabboh; a.k.a. ALOMGY, Said Saleh Abed Rubbah; a.k.a. AL-OMGY, Said Salih Abd-Rabbuh (Arabic: سعيد صالح عبدربه العمقي); a.k.a. AL-OMQI, Saeed Salih Abdrabah; a.k.a. AL-OMQY, Saeed Salih Abd-Rabboh; a.k.a. AL-UMAQY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMQY, Said Salah Abd-Rabbuh; a.k.a. AL-UMQY, Said Saleh Abd-Rabbu), Mahal, Al Mukalla, Yemen; DOB 01 Jan 1956; POB Hadramawt Governorate, Yemen; nationality Yemen (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

ALUMINAT (a.k.a. ALUMINAT PRODUCTION AND INDUSTRIAL COMPANY), Unit 38, 5th Floor, No. 9, Golfam Avenue, Africa Avenue, Tehran, Iran; Factory-Kilometer 13, Arak Road, Parcham Street, Arak, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ALUMINAT PRODUCTION AND INDUSTRIAL COMPANY (a.k.a. ALUMINAT), Unit 38, 5th Floor, No. 9, Golfam Avenue, Africa Avenue, Tehran, Iran; Factory-Kilometer 13, Arak Road, Parcham Street, Arak, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ALUMINIOM JONUB (a.k.a. SOUTH ALUMINUM; a.k.a. SOUTH ALUMINUM COMPANY (Arabic: شرکت مجتمع صنایع آلومینیوم جنوب); a.k.a. "SALCO"), Iran; No. 35, 13th, Asadabadi Av., Tehran, Iran; Lamerd Special Economic Zone for Energy Intensive Industries, 8th km, Lamerd-khonj Road, Lamerd City, Fars Province, Iran; Website http://salcocompany.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13871] (Linked To: GHADIR INVESTMENT COMPANY).

ALUMIX (f.k.a. DOGMOCH; a.k.a. DOMAL SAL; a.k.a. NATIONAL ALUMINUM DRAWING AND DRAWING COMPANY SAL; a.k.a. NATIONAL COMPANY FOR ALUMINUM EXTRUSION AND COLORING; a.k.a. "ALOMEX"), Calot Center, Sami El Solh Street, Badaro, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Commercial Registry Number 1010799 (Lebanon) [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

AL-UMGY AND BROS MONEY EXCHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a.

OFFICE OF FOREIGN ASSETS CONTROL

SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

AL-'UMQI BUREAUX DE CHANGE (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-'UMQI CURRENCY EXCHANGE COMPANY (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-'UMQI GROUP FOR TRADE AND INVESTMENT (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-UMQI HAWALA; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-UMQI HAWALA (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND

OFFICE OF FOREIGN ASSETS CONTROL

SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY; a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-'UMQI MONEY EXCHANGE COMPANY; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-'UMQI MONEY EXCHANGE COMPANY (a.k.a. AL OMGE AND BROS COMPANY MONEY EXCHANGE; a.k.a. AL OMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL OMGI AND BROS COMPANY; a.k.a. AL-AMAQI LIL-SARAFAH COMPANY; a.k.a. AL-AMQI EXCHANGE; a.k.a. AL-AMQI MONEY EXCHANGE; a.k.a. AL-OMAG AND BROS EXCHANGE; a.k.a. AL-OMAGI & BRO. MONEY EXCHANGE COMPANY; a.k.a. AL-OMAKI EXCHANGE COMPANY; a.k.a. AL-OMAQY EXCHANGE CORPORATION; a.k.a. ALOMGE AND BROS FOR EXCHANGE COMPANY; a.k.a. AL-OMGI EXCHANGE COMPANY; a.k.a. AL-OMGY & BROS. MONEY EXCHANGE; a.k.a. ALOMGY AND BROS MONEY EXCHANGE; a.k.a. ALOMGY AND BROS. EXCHANGE; a.k.a. AL-OMGY AND BROTHERS MONEY EXCHANGE; a.k.a. AL-OMGY COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMGY EXCHANGE COMPANY; a.k.a. AL-OMQI FOR EXCHANGE; a.k.a. ALOMQY & BROS. FOR MONEY EXCHANGE; a.k.a. AL-OMQY AND BROS COMPANY FOR MONEY EXCHANGE; a.k.a. AL-OMQY FOR EXCHANGING CO.; a.k.a. ALUMGY AND BROS MONEY EXCHANGE; a.k.a. AL-UMGY AND BROS MONEY EXCHANGE; a.k.a. AL-'UMQI BUREAUX DE CHANGE; a.k.a. AL-UMQI CURRENCY EXCHANGE COMPANY;

a.k.a. AL-'UMQI GROUP FOR TRADE AND INVESTMENT; a.k.a. AL-UMQI HAWALA; a.k.a. OMQI COMPANY; a.k.a. UMQI EXCHANGE), Al-Mukalla Branch, Al-Kabas, Near Al-Mukalla Post Office, Al-Mukalla, Hadhramout, Yemen; Galam Street, Taiz, Yemen; 6 Dr. Mostafa Abu Zahra Street, Naser, Cairo, Egypt; Ash Shihr, Hadramawt, Yemen; Qusayir, Hadramawt, Yemen; Hadhramout, Yemen; Aden, Yemen; Taix, Yemen; Abian, Yemen; Sanaa, Yemen; Hudidah, Yemen; Ibb, Yemen; Almhahra, Yemen; Albaidah, Yemen; Shabwah, Yemen; Lahej, Yemen; Suqatra, Yemen [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY, Said Salih Abd-Rabbuh; Linked To: AL-OMGY, Muhammad Salih Abd-Rabbuh).

AL-UMQI, Mohammad Salih Abdurabbuh (a.k.a. ABDORABOH, Mohammed Saleh; a.k.a. AL OMQI, Mohammed Saleh Aburabu; a.k.a. ALAMQE, Mohammed Saleh A; a.k.a. AL-AMQI, Muhammad Salih 'Abd-Rabbuh; a.k.a. ALAMQY, Mohammed Salih Abdrabah; a.k.a. AL-OMAQY, Mohammed Saleh Abd Rabo; a.k.a. AL-OMGY, Mohammed Saleh Abd'rabbo; a.k.a. AL-OMGY, Muhammad Salih Abd-Rabbuh (Arabic: محمد صالح عبدربه); a.k.a. AL-UMAQI, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMGY, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMQI, Muhammad Saleh Abd-Rabbuh; a.k.a. AL-UMQY, Muhammad Saleh Abd-Rabbuh), Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'a' Street, J Dirham, Salam, Hadramawt, Yemen; Al Amqi Company, Al Makla, Ash Shaykh Uthman, Hadramawt, Yemen; Sayyiun, Suq As Sarrafin, Sayun, Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt. Passport 00692808 (Yemen) issued 03 Mar 2001 expires 03 Mar 2007; Identification Number 08010019189 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-UMQI, Muhammad Saleh Abd-Rabbuh (a.k.a. ABDORABOH, Mohammed Saleh; a.k.a. AL OMQI, Mohammed Saleh Aburabu; a.k.a. ALAMQE, Mohammed Saleh A; a.k.a. AL-AMQI, Muhammad Salih 'Abd-Rabbuh; a.k.a. ALAMQY, Mohammed Salih Abdrabah; a.k.a.

AL-OMAQY, Mohammed Saleh Abd Rabo; a.k.a. AL-OMGY, Mohammed Saleh Abd'rabbo; a.k.a. AL-OMGY, Muhammad Salih Abd-Rabbuh (Arabic: محمد صالح عبدربه); a.k.a. AL-UMAQI, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMGY, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMQI, Mohammad Salih Abdurabbuh; a.k.a. AL-UMQY, Muhammad Saleh Abd-Rabbuh), Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'a' Street, J Dirham, Salam, Hadramawt, Yemen; Al Amqi Company, Al Makla, Ash Shaykh Uthman, Hadramawt, Yemen; Sayyiun, Suq As Sarrafin, Sayun, Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt. Passport 00692808 (Yemen) issued 03 Mar 2001 expires 03 Mar 2007; Identification Number 08010019189 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-UMQI, Said Salah Abd-Rabbuh (a.k.a. AL-AMQI, Said Salih Abd-Rabbuh; a.k.a. AL-OMAQI, Saeed Salah Abed Rabboh; a.k.a. ALOMGY, Said Saleh Abed Rubbah; a.k.a. AL-OMGY, Said Salih Abd-Rabbuh (Arabic: سعيد صالح عبدربه); a.k.a. AL-OMQI, Saeed Salih Abdrabah; a.k.a. AL-OMQI, Saeed Salih Abd-Rabboh; a.k.a. AL-OMQY, Saeed Salih Abed Rabbo; a.k.a. AL-UMAQY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMGY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMQY, Said Saleh Abd-Rabbu), Mahal, Al Mukalla, Yemen; DOB 01 Jan 1956; POB Hadramawt Governorate, Yemen; nationality Yemen (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-UMQY, Muhammad Saleh Abd-Rabbuh (a.k.a. ABDORABOH, Mohammed Saleh; a.k.a. AL OMQI, Mohammed Saleh Aburabu; a.k.a. ALAMQE, Mohammed Saleh A; a.k.a. AL-AMQI, Muhammad Salih 'Abd-Rabbuh; a.k.a. ALAMQY, Mohammed Salih Abdrabah; a.k.a. AL-OMAQY, Mohammed Saleh Abd Rabo; a.k.a. AL-OMGY, Mohammed Saleh Abd'rabbo; a.k.a. AL-OMGY, Muhammad Salih Abd-Rabbuh (Arabic: محمد صالح عبدربه); a.k.a. AL-UMAQI, Muhammad Salih Abd-Rabbuh; a.k.a. AL-UMGY, Muhammad Salih Abd-

Rabbuh; a.k.a. AL-UMQI, Mohammad Salih Abdurrabbuh; a.k.a. AL-UMQI, Muhammad Saleh Abd-Rabbuh), Jamal Street, under Royal Hotel, Taiz, Yemen; Mukalla, Yemen; Al Hudaydah San'a' Street, J Dirham, Salam, Hadramawt, Yemen; Al Amqi Company, Al Makla, Ash Shaykh Uthman, Hadramawt, Yemen; Sayyiun, Suq As Sarrafin, Sayun, Yemen; Shabwat, Ataq, Shabwah, Yemen; Tarim, At Tawahi Street, Tarim, Yemen; DOB 11 Feb 1962; alt. DOB 12 Feb 1962; POB Shakhawi, Hadramawt Governorate, Yemen; nationality Yemen; Passport 02729375 (Yemen) issued 29 Dec 2009 expires 08 Dec 2013; alt. Passport 00692808 (Yemen) issued 03 Mar 2001 expires 03 Mar 2007; Identification Number 08010019189 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

AL-UMQY, Said Saleh Abd-Rabbu (a.k.a. AL-AMQI, Said Salih Abd-Rabbuh; a.k.a. AL-OMAQI, Saeed Salah Abed Rabboh; a.k.a. ALOMGY, Said Saleh Abed Rubbah; a.k.a. AL-OMGY, Said Saleh Abd-Rabbuh (Arabic: سعيد عبدربه العمقي); a.k.a. AL-OMQI, Saeed Salih Abdrabah; a.k.a. AL-OMQY, Saeed Salih Abed Rabbo; a.k.a. AL-UMAQY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMGY, Saeed Saleh Abd-Rabbuh; a.k.a. AL-UMQI, Said Salah Abd-Rabbuh), Mahal, Al Mukalla, Yemen; DOB 01 Jan 1956; POB Hadramawt Governorate, Yemen; nationality Yemen (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: AL-OMGY AND BROTHERS MONEY EXCHANGE).

ALUOALII, Mohamad (a.k.a. AL HAMIDAN, Mohamad Alsaied; a.k.a. ALHEMEDAN, Mohamad Alsaeed; a.k.a. ALHMEDAN, Mohamad; a.k.a. ALHMIDAN, Mohamad; a.k.a. ALHMIDAN, Mohamad Alsaied; a.k.a. ALWAKIE, Mohamad; a.k.a. AYSSA, Walid), Turkey; DOB 20 Feb 1976; alt. DOB 13 Feb 1975; alt. DOB 07 Jan 1977; alt. DOB 15 Feb 1976; Passport N010084435 (Syria); Identification Number N002595610 (Syria); alt. Identification Number 00407L012704 (Syria); alt. Identification Number N0097000224 (Syria); alt. Identification Number L07521 (Syria) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-URAYDI, Sami Mahmud Mohammed (a.k.a. ERIDI, Sami Mahmoud Mohammad; a.k.a. "AL-

SHAMI, Abu Mahmud"), Syria; DOB 1973; POB Amman, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K086725 (Jordan) issued 12 Oct 2008; Identification Number 973103364 (Jordan) (individual) [SDGT] (Linked To: HURRAS AL-DIN).

AL-URDUNI, Abu Raghad (a.k.a. AL-'ALLAK, Ashraf Ahmad Fari'; a.k.a. AL-ALLAL, Ashraf Ahmad Fari; a.k.a. BASHQ, Abu Raghad; a.k.a. FARI', Ashraf Ahmad; a.k.a. "BASHIQ") Dar'a, Syria; DOB 15 Dec 1978; POB Amman, Jordan; nationality Jordan (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

AL-'USAMA TRADING COMPANY (a.k.a. AL-OSAMA TRADING CO. LTD.; a.k.a. ASYAF GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT; a.k.a. DAN ISDICO; a.k.a. M/S OSAMA KHAIRY HAFEZ TRADING EST.; a.k.a. OSAMA TRADING COMPANY LTD; a.k.a. "AL-'USAMAH COMPANY"; a.k.a. "ASAMA COMMERCIAL COMPANY"; a.k.a. "ASAMA COMPANY"; a.k.a. "NURIN COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah, Saudi Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia; Al Kharaj, Saudi Arabia; Qasim, Saudi Arabia; Khartoum, Sudan [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

AL-USTA, 'Abd Al-Razzaq Al-Sharif (a.k.a. AL USTA, Abdelrazag Elsharif; a.k.a. ELOSTA, Abdelrazag Elsharif; a.k.a. SHARIF, 'Abd al-Razzaq; a.k.a. "ABU MU'AWIYA"; a.k.a. "AL-MULAY, 'Abd"), undetermined; DOB 20 Jun 1963; POB SOGUMA, LIBYA; nationality United Kingdom (individual) [SDGT].

AL-USTA, Raw'a (a.k.a. AL-ASTAH, Raw'ah; a.k.a. AL-OUSTA, Raw'a; a.k.a. ALOUSTA, Rawaa; a.k.a. AL-'USTA, Rawa; a.k.a. AL-USTA, Raw'ah; a.k.a. AL-USTAH, Raw'ah), Damascus, Syria; DOB 1982; nationality Syria (individual) [IRAQ3].

AL-'USTA, Rawa (a.k.a. AL-ASTAH, Raw'ah; a.k.a. AL-OUSTA, Raw'a; a.k.a. ALOUSTA, Rawaa; a.k.a. AL-USTA, Raw'a; a.k.a. AL-

USTA, Raw'ah; a.k.a. AL-USTAH, Raw'ah), Damascus, Syria; DOB 1982; nationality Syria (individual) [IRAQ3].

AL-USTA, Raw'ah (a.k.a. AL-ASTAH, Raw'ah; a.k.a. AL-OUSTA, Raw'a; a.k.a. ALOUSTA, Rawaa; a.k.a. AL-'USTA, Rawa; a.k.a. AL-USTA, Raw'a; a.k.a. AL-USTAH, Raw'ah), Damascus, Syria; DOB 1982; nationality Syria (individual) [IRAQ3].

AL-USTAD, Majdi Fayiz Hasan (Arabic: مجدي فايز حسن الاستاد); a.k.a. AL-USTADZ, Majdi Fa'iz; a.k.a. AL-'USTADZ, Majid Fayiz), Istanbul, Turkey; DOB 27 Feb 1966; nationality Palestinian; Gender Male; Identification Number 26699990002 (Palestinian) (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

AL-USTADZ, Majdi Fa'iz (a.k.a. AL-USTAD, Majdi Fayiz Hasan (Arabic: مجدي فايز حسن الاستاد); a.k.a. AL-'USTADZ, Majid Fayiz), Istanbul, Turkey; DOB 27 Feb 1966; nationality Palestinian; Gender Male; Identification Number 26699990002 (Palestinian) (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

AL-'USTADZ, Majid Fayiz (a.k.a. AL-USTAD, Majdi Fayiz Hasan (Arabic: مجدي فايز حسن الاستاد); a.k.a. AL-USTADZ, Majdi Fa'iz), Istanbul, Turkey; DOB 27 Feb 1966; nationality Palestinian; Gender Male; Identification Number 26699990002 (Palestinian) (individual) [SDGT] (Linked To: AL BANAI, Ali Reda Hassan).

AL-USTAH, Raw'ah (a.k.a. AL-ASTAH, Raw'ah; a.k.a. AL-OUSTA, Raw'a; a.k.a. ALOUSTA, Rawaa; a.k.a. AL-'USTA, Rawa; a.k.a. AL-USTA, Raw'a; a.k.a. AL-USTA, Raw'ah), Damascus, Syria; DOB 1982; nationality Syria (individual) [IRAQ3].

AL-'UTAYBI, 'Ali Manahi 'Ali al-Mahaydali (a.k.a. AL-NAJDI, Muhannad; a.k.a. "AL-TAJIKI, Ghassan"); DOB 19 May 1984; POB al-Duwadmi, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

AL-UWAYR, Ibrahim (Arabic: ابراهيم العوير) (a.k.a. AGAOGLU, Ibrahim; a.k.a. AL-'UWAYR, Ibrahim Talal), Istanbul, Turkey; DOB 30 Apr 1991; POB Hama, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MIRA IHRACAT ITHALAT PETROL URUNLERI SANAYI TICARET LIMITED SIRKETI).

AL-'UWAYR, Ibrahim Talal (a.k.a. AGAOGLU, Ibrahim; a.k.a. AL-UWAYR, Ibrahim (Arabic: ابراهيم العوير), Istanbul, Turkey; DOB 30 Apr 1991; POB Hama, Syria; nationality Syria;

Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: MIRA IHRACAT ITHALAT PETROL URUNLERI SANAYI TICARET LIMITED SIRKETI).

AL-UZBEK, Jaffar (a.k.a. AL-UZBEKI, Jafar; a.k.a. MUHIDINOV, Jafar; a.k.a. MUIDINOV, Dilshod Alimovich; a.k.a. MUIDINOV, Djafar; a.k.a. MUIDINOV, Jafar; a.k.a. SADIKOV, Olimzhon Adkhamovich); DOB 01 Jan 1977 to 31 Dec 1985; nationality Uzbekistan (individual) [SDGT].

AL-UZBEKI, Jafar (a.k.a. AL-UZBEK, Jaffar; a.k.a. MUHIDINOV, Jafar; a.k.a. MUIDINOV, Dilshod Alimovich; a.k.a. MUIDINOV, Djafar; a.k.a. MUIDINOV, Jafar; a.k.a. SADIKOV, Olimzhon Adkhamovich); DOB 01 Jan 1977 to 31 Dec 1985; nationality Uzbekistan (individual) [SDGT].

ALVAND MOTORBUILDING INDUSTRIES PRIVATE COMPANY (a.k.a. SANAYE MOTORSAZI ALVAND PRIVATE COMPANY (Arabic: شرکت صنایع موتورسازی الوند)), Central Sector, Bagh Saba-Sohrevardi Street, Ghabousnameh Street, Shahid Mohammad Bakhshi Movaghar Alley, No. 27, First Floor, Tehran, Tehran Province 1588856641, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 01 Jan 2023; National ID No. 14011819996 (Iran); Registration Number 606989 (Iran) [NPWMD] [IFSR] (Linked To: ABDI ASJERD, Abbas).

ALVARADO RUBIO, Teresa De Jesus, Puerto Vallarta, Jalisco, Mexico; DOB 27 Oct 1972; POB Puerto Vallarta, Jalisco, Mexico; nationality Mexico; Gender Female; C.U.R.P. AART721027MJCLBR09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ALVARADO, Arnulfo (a.k.a. AKMAL, Hakid; a.k.a. BERUSA, Brandon; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Ahmad; a.k.a. DELLOSA, Habil Ahmad; a.k.a. DELLOSA, Habil Akmad; a.k.a. DELLOSA, Redendo Cain; a.k.a. DELLOSA, Redendo Cain Jabil; a.k.a. "ILONGGO, Abu"; a.k.a. "LLONGGO, Abu"; a.k.a. "MUADZ, Abu"), 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; SSN 33-3208848-3 (Philippines) (individual) [SDGT].

ALVARADO, Imad Abdul Rahim, Lebanon; DOB 26 Jan 1970; nationality Colombia; citizen Colombia; Cedula No. 0005629133 (Colombia) (individual) [SDNT].

ALVARES, Carlos, Moscow, Russia; DOB 18 May 1971; POB Spain; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. AV176942 (Spain) (individual) [CYBER2] (Linked To: EVIL CORP).

ALVAREZ ALVAREZ, Dobel (a.k.a. ALVAREZ ALVAREZ, Wenceslao; a.k.a. ALVAREZ ALVAREZ, Wenchin; a.k.a. ALVAREZ ALVAREZ, Wencho; a.k.a. ALVAREZ ALVAREZ, Wencholin), Esquina de la Calle Vicente Guerrero y Plan de Iguala Numero 74, Colonia Libertad, Nueva Italia, Michoacan, Mexico; Calle Articulo 123 Numero 103, Colonia Centro, Nueva Italia, Michoacan, Mexico; Avenida Circuito Mexico Numero 1204 L-29, Colonia Las Americas Britania, Morelia, Michoacan CP 58270, Mexico; Calle Ignacio Allende, S/N Casi Esquina Con Lazaro Cardenas Norte, Nueva Italia, Michoacan, Mexico; Esquina de Ignacio Allende Numero y Lazaro Cardenas Norte Numero 500, Nueva Italia, Michoacan, Mexico; DOB 13 Jun 1972; POB Mugica, Michoacan, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. AAAW720613HMNLLN02 (Mexico) (individual) [SDNTK].

ALVAREZ ALVAREZ, Gerardo (a.k.a. ALVAREZ VASQUEZ, Joel; a.k.a. ALVAREZ VASQUEZ, Jose Gerardo; a.k.a. ALVAREZ VAZQUEZ, Jose Gerardo; a.k.a. ALVAREZ VELASQUEZ, Jose Gerardo; a.k.a. SANCHEZ SALAMANCA, Salvador; a.k.a. ZALDIVAR VEGA, Javier; a.k.a. "EL GERA"; a.k.a. "EL INDIO"), c/o AMERICAN TUNE UP, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Avenida Gonzalez Gallo #2537, Sector Reforma, Guadalajara, Jalisco, Mexico; DOB 03 Nov 1963; alt. DOB 24 Sep 1965; alt. DOB 10 May 1966; POB Las Avilas, Guerrero, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

ALVAREZ ALVAREZ, Wenceslao (a.k.a. ALVAREZ ALVAREZ, Dobel; a.k.a. ALVAREZ ALVAREZ, Wenchin; a.k.a. ALVAREZ ALVAREZ, Wencho; a.k.a. ALVAREZ ALVAREZ, Wencholin), Esquina de la Calle Vicente Guerrero y Plan de Iguala Numero 74, Colonia Libertad, Nueva Italia, Michoacan, Mexico; Calle Articulo 123 Numero 103, Colonia Centro, Nueva Italia, Michoacan, Mexico; Avenida Circuito Mexico Numero 1204 L-29, Colonia Las Americas Britania, Morelia,

Michoacan CP 58270, Mexico; Calle Ignacio Allende, S/N Casi Esquina Con Lazaro Cardenas Norte, Nueva Italia, Michoacan, Mexico; Esquina de Ignacio Allende Numero y Lazaro Cardenas Norte Numero 500, Nueva Italia, Michoacan, Mexico; DOB 13 Jun 1972; POB Mugica, Michoacan, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. AAAW720613HMNLLN02 (Mexico) (individual) [SDNTK].

ALVAREZ ALVAREZ, Wenchin (a.k.a. ALVAREZ ALVAREZ, Dobel; a.k.a. ALVAREZ ALVAREZ, Wenceslao; a.k.a. ALVAREZ ALVAREZ, Wencho; a.k.a. ALVAREZ ALVAREZ, Wencholin), Esquina de la Calle Vicente Guerrero y Plan de Iguala Numero 74, Colonia Libertad, Nueva Italia, Michoacan, Mexico; Calle Articulo 123 Numero 103, Colonia Centro, Nueva Italia, Michoacan, Mexico; Avenida Circuito Mexico Numero 1204 L-29, Colonia Las Americas Britania, Morelia, Michoacan CP 58270, Mexico; Calle Ignacio Allende, S/N Casi Esquina Con Lazaro Cardenas Norte, Nueva Italia, Michoacan, Mexico; Esquina de Ignacio Allende Numero y Lazaro Cardenas Norte Numero 500, Nueva Italia, Michoacan, Mexico; DOB 13 Jun 1972; POB Mugica, Michoacan, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. AAAW720613HMNLLN02 (Mexico) (individual) [SDNTK].

ALVAREZ ALVAREZ, Wencho (a.k.a. ALVAREZ ALVAREZ, Dobel; a.k.a. ALVAREZ ALVAREZ, Wenceslao; a.k.a. ALVAREZ ALVAREZ, Wenchin; a.k.a. ALVAREZ ALVAREZ, Wencholin), Esquina de la Calle Vicente Guerrero y Plan de Iguala Numero 74, Colonia Libertad, Nueva Italia, Michoacan, Mexico; Calle Articulo 123 Numero 103, Colonia Centro, Nueva Italia, Michoacan, Mexico; Avenida Circuito Mexico Numero 1204 L-29, Colonia Las Americas Britania, Morelia, Michoacan CP 58270, Mexico; Calle Ignacio Allende, S/N Casi Esquina Con Lazaro Cardenas Norte, Nueva Italia, Michoacan, Mexico; Esquina de Ignacio Allende Numero y Lazaro Cardenas Norte Numero 500, Nueva Italia, Michoacan, Mexico; DOB 13 Jun 1972; POB Mugica, Michoacan, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. AAAW720613HMNLLN02 (Mexico) (individual) [SDNTK].

ALVAREZ ALVAREZ, Wencholin (a.k.a. ALVAREZ ALVAREZ, Dobel; a.k.a. ALVAREZ ALVAREZ, Wenceslao; a.k.a. ALVAREZ ALVAREZ, Wenchin; a.k.a. ALVAREZ ALVAREZ, Wencho), Esquina de la Calle

Vicente Guerrero y Plan de Iguala Numero 74, Colonia Libertad, Nueva Italia, Michoacan, Mexico; Calle Articulo 123 Numero 103, Colonia Centro, Nueva Italia, Michoacan, Mexico; Avenida Circuito Mexico Numero 1204 L-29, Colonia Las Americas Britania, Morelia, Michoacan CP 58270, Mexico; Calle Ignacio Allende, S/N Casi Esquina Con Lazaro Cardenas Norte, Nueva Italia, Michoacan, Mexico; Esquina de Ignacio Allende Numero y Lazaro Cardenas Norte Numero 500, Nueva Italia, Michoacan, Mexico; DOB 13 Jun 1972; POB Mugica, Michoacan, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. AAAW720613HMNLLN02 (Mexico) (individual) [SDNTK].

ALVAREZ CASAS, Lazaro Alberto, Cuba; DOB 1963; Gender Male (individual) [GLOMAG].

ALVAREZ CASTRO, Santiago, Colombia; DOB 31 Dec 1956; POB Medellin, Antioquia, Colombia; Gender Male; Cedula No. 70118888 (Colombia) (individual) [SDNTK] (Linked To: CLAMASAN S.A.S.; Linked To: AGROINDUSTRIAS CIMA S.A.S.; Linked To: AGROPECUARIA MAIS SOCIEDAD POR ACCIONES SIMPLIFICADA).

ALVAREZ DEL RIO, Fredy de Jesus; POB Colombia; Cedula No. 98557177 (Colombia) (individual) [SDNT].

ALVAREZ ESCOBAR, Jonathan (a.k.a. "Primo"), Colombia; DOB 10 Sep 1986; POB Tulua, Valle, Colombia; Gender Male; Cedula No. 1017136706 (Colombia) (individual) [SDNTK].

ALVAREZ INZUNZA, Juan Manuel (a.k.a. INZUNZA ZAZUETA, Erik Tadeo; a.k.a. OSUNA GODOY, Rolando; a.k.a. SALAS ROJO, Juan Manuel; a.k.a. TAMAYO IBARRA, Juan Manuel; a.k.a. "REY MIDAS"), 1538 Calle Turmalina Dos, Colonia Stase, Culiacan, Sinaloa, Mexico; DOB 08 Aug 1981; POB Culiacan, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. AAIJ810808HSLLNN01 (Mexico); RFC AAIJ810808SX4 (Mexico) (individual) [SDNTK] (Linked To: OPERADORA EFICAZ PEGASO; Linked To: NUEVA ATUNERA TRITON S.A. DE C.V.).

ALVAREZ PERALTA, Fernando Gustavo, Guadalajara, Jalisco, Mexico; DOB 23 Jan 1961; citizen Bolivia; Gender Male; R.F.C. AAPF610123BJ0 (Mexico); NIT # 2970301015 (Bolivia); C.U.R.P. AAPF610123HNELRR02 (Mexico); Residency Number 0434529 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION).

ALVAREZ PINEDA, Rafael (a.k.a. "CHEPE"); DOB 27 Mar 1975; POB Yacopi, Cundinamarca, Colombia; citizen Colombia; Cedula No. 98649747 (Colombia) (individual) [SDNTK].

ALVAREZ VASQUEZ, Joel (a.k.a. ALVAREZ ALVAREZ, Gerardo; a.k.a. ALVAREZ VASQUEZ, Jose Gerardo; a.k.a. ALVAREZ VAZQUEZ, Jose Gerardo; a.k.a. ALVAREZ VELASQUEZ, Jose Gerardo; a.k.a. SANCHEZ SALAMANCA, Salvador; a.k.a. ZALDIVAR VEGA, Javier; a.k.a. "EL GERA"; a.k.a. "EL INDIO"), c/o AMERICAN TUNE UP, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Avenida Gonzalez Gallo #2537, Sector Reforma, Guadalajara, Jalisco, Mexico; DOB 03 Nov 1963; alt. DOB 24 Sep 1965; alt. DOB 10 May 1966; POB Las Avilas, Guerrero, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

ALVAREZ VASQUEZ, Jose Gerardo (a.k.a. ALVAREZ ALVAREZ, Gerardo; a.k.a. ALVAREZ VASQUEZ, Joel; a.k.a. ALVAREZ VAZQUEZ, Jose Gerardo; a.k.a. ALVAREZ VELASQUEZ, Jose Gerardo; a.k.a. SANCHEZ SALAMANCA, Salvador; a.k.a. ZALDIVAR VEGA, Javier; a.k.a. "EL GERA"; a.k.a. "EL INDIO"), c/o AMERICAN TUNE UP, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Avenida Gonzalez Gallo #2537, Sector Reforma, Guadalajara, Jalisco, Mexico; DOB 03 Nov 1963; alt. DOB 24 Sep 1965; alt. DOB 10 May 1966; POB Las Avilas, Guerrero, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

ALVAREZ VAZQUEZ, Jose Gerardo (a.k.a. ALVAREZ ALVAREZ, Gerardo; a.k.a. ALVAREZ VASQUEZ, Joel; a.k.a. ALVAREZ VASQUEZ, Jose Gerardo; a.k.a. ALVAREZ VELASQUEZ, Jose Gerardo; a.k.a. SANCHEZ SALAMANCA, Salvador; a.k.a. ZALDIVAR VEGA, Javier; a.k.a. "EL GERA"; a.k.a. "EL INDIO"), c/o AMERICAN TUNE UP, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Avenida Gonzalez Gallo #2537, Sector Reforma, Guadalajara, Jalisco, Mexico; DOB 03 Nov 1963; alt. DOB 24 Sep 1965; alt. DOB 10 May 1966; POB Las Avilas, Guerrero, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

ALVAREZ VELASQUEZ, Jose Gerardo (a.k.a. ALVAREZ ALVAREZ, Gerardo; a.k.a. ALVAREZ VASQUEZ, Joel; a.k.a. ALVAREZ VASQUEZ, Jose Gerardo; a.k.a. ALVAREZ VAZQUEZ, Jose Gerardo; a.k.a. SANCHEZ

SALAMANCA, Salvador; a.k.a. ZALDIVAR VEGA, Javier; a.k.a. "EL GERA"; a.k.a. "EL INDIO"), c/o AMERICAN TUNE UP, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Avenida Gonzalez Gallo #2537, Sector Reforma, Guadalajara, Jalisco, Mexico; DOB 03 Nov 1963; alt. DOB 24 Sep 1965; alt. DOB 10 May 1966; POB Las Avilas, Guerrero, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

ALVAREZ ZEPEDA, Alfredo (a.k.a. ONTIVEROS RIOS, Gabino; a.k.a. RODRIGO ALVAREZ, Sacarias), C. Paloma 903, Col. Fatima, Durango, Durango C.P. 34080, Mexico; Colonia San Jose del Barranco, Badiraguato, Sinaloa, Mexico; Boulevard Jesus Kumate Rodriguez, Kilometro 2 Edificio 2, Colonia Rincon del Valle, Culiacan, Sinaloa C.P. 80155, Mexico; Calle Loc Cospita S/N, Colonia Loc Cospita, Culiacan, Sinaloa C.P. 80000, Mexico; DOB 12 Sep 1977; alt. DOB 19 Feb 1981; POB Culiacan, Sinaloa, Mexico; alt. POB Vicente Guerrero, Durango, Mexico; R.F.C. OIRG810219GGA (Mexico); Credencial electoral RDALSC77091210H700 (Mexico); C.U.R.P. OIRG810219HSLNSB09 (Mexico); alt. C.U.R.P. ROAS770912HDGDLC02 (Mexico) (individual) [SDNTK].

ALVAREZ ZEPEDA, Oscar, Avenida Francisco Solis No. 30-B, Colonia Vicente Lombardo Toledano, Culiacan, Sinaloa C.P. 80010, Mexico; Boulevard Universitarios No. 789, Local 4, Colonia Villa Universidad, Culiacan, Sinaloa C.P. 80010, Mexico; Localidad San Jose del Barranco S/N, Badiraguato, Sinaloa C.P. 80500, Mexico; DOB 15 Sep 1979; POB Badiraguato, Sinaloa, Mexico; R.F.C. AAZO790915AL6 (Mexico); C.U.R.P. AAZO790915HSLLPS09 (Mexico) (individual) [SDNTK].

ALVARO ENRIQUE BARRERA RIOS Y CIA. S. EN C.S., Calle 14 Oeste No. 2B1-45 apto. 302E, Cali, Colombia; NIT # 900105952-3 (Colombia) [SDNT].

ALVI, Abdul Rauf (a.k.a. AZHAR, Abdul Rauf; a.k.a. AZHAR, Abdur Rauf); DOB 1974; POB Bwawal Pur, Pakistan; alt. POB Bahawalpur, Pakistan (individual) [SDGT].

ALVI, Mohammad Masood Azhar (a.k.a. AZHAR, Masud; a.k.a. ESAH, Wali Adam; a.k.a. ISAH, Wali Adam), 1260/108, Block N0.6-B, Kausar Colony, Model Town-B, Bahawalpur, Punjab Province, Pakistan; Lahore City, Lahore District, Punjab Province, Pakistan; DOB 10 Jul 1968; alt. DOB 10 Jun 1968; POB Bahawalpur,

Punjab Province, Pakistan; nationality Pakistan; citizen Pakistan; Maulana (individual) [SDGT].

AL-WAAD AL-SADIQ (a.k.a. 'MASHURA WAAD LAADAT AL-AAMAR; a.k.a. WAAD; a.k.a. WA'AD AS SADIQ; a.k.a. WAAD COMPANY; a.k.a. WAAD FOR REBUILDING THE SOUTHERN SUBURB; a.k.a. WAAD PROJECT; a.k.a. WAAD PROJECT FOR RECONSTRUCTION; a.k.a. WA'D PROJECT; a.k.a. WAED; a.k.a. WA'ED ORGANIZATION; a.k.a. WA'ID COMPANY), Harat Hurayk, Lebanon; Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Telephone No. 009613679153; Telephone No. 009613380223; Telephone No. 03889402; Telephone No. 03669916 [SDGT].

AL-WADI, Anas, Syria; DOB 21 May 1987; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-WADI, Faysal (a.k.a. WADI, Faisal Mohamed M; a.k.a. WADY, Faisl Mohamed), Malta; DOB 15 Dec 1978; alt. DOB 15 Dec 1976; POB Libya; nationality Libya; Gender Male; Passport 530037 (Libya); National ID No. 037956A (Malta) (individual) [LIBYA3].

AL-WAFA, Ali Ibrahim (a.k.a. AL-WAFA, Alie Ibrahim; a.k.a. AL-WATFA, Ali Ibrahim; a.k.a. AL-WATFA, Alie Ibrahim; a.k.a. IBRAHIM, Al Hajj Alie), 26 Malama Thomas Street, Freetown, Sierra Leone; DOB 1969; POB Al Qalamun, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

AL-WAFA, Alie Ibrahim (a.k.a. AL-WAFA, Ali Ibrahim; a.k.a. AL-WATFA, Ali Ibrahim; a.k.a. AL-WATFA, Alie Ibrahim; a.k.a. IBRAHIM, Al Hajj Alie), 26 Malama Thomas Street, Freetown, Sierra Leone; DOB 1969; POB Al Qalamun, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

AL-WAFI, Bilal (a.k.a. AL-WAFI, Bilal 'Ali; a.k.a. AL-WAFI, Bilal Ali Muhammad; a.k.a. AL-WARAFI, 'Ali 'Abbad Muhammad; a.k.a. "ABU AL-WALEED"; a.k.a. "ABU AL-WALID"), Ta'izz Governorate, Yemen; DOB 1986 to 1989; POB Ta'izz Governorate, Yemen; Gender Male (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-WAFI, Bilal 'Ali (a.k.a. AL-WAFI, Bilal; a.k.a. AL-WAFI, Bilal Ali Muhammad; a.k.a. AL-WARAFI, 'Ali 'Abbad Muhammad; a.k.a. "ABU AL-WALEED"; a.k.a. "ABU AL-WALID"), Ta'izz Governorate, Yemen; DOB 1986 to 1989; POB Ta'izz Governorate, Yemen; Gender Male (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-WAFI, Bilal Ali Muhammad (a.k.a. AL-WAFI, Bilal; a.k.a. AL-WAFI, Bilal 'Ali; a.k.a. AL-WARAFI, 'Ali 'Abbad Muhammad; a.k.a. "ABU AL-WALEED"; a.k.a. "ABU AL-WALID"), Ta'izz Governorate, Yemen; DOB 1986 to 1989; POB Ta'izz Governorate, Yemen; Gender Male (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-WAKALA AL-ISLAMIYA AL-AFRIKIA L'IL-IGHATHA (a.k.a. AL-WAKALA AL-ISLAMIYA L'IL-IGHATHA; a.k.a. IARA; a.k.a. ISLAMIC AFRICAN RELIEF AGENCY; a.k.a. ISLAMIC AMERICAN RELIEF AGENCY; a.k.a. ISLAMIC RELIEF AGENCY; a.k.a. "ISRA"), 201 E. Cherry Street, Suite D, Columbia, MO 65205, United States; all offices worldwide [SDGT].

AL-WAKALA AL-ISLAMIYA L'IL-IGHATHA (a.k.a. AL-WAKALA AL-ISLAMIYA AL-AFRIKIA L'IL-IGHATHA; a.k.a. IARA; a.k.a. ISLAMIC AFRICAN RELIEF AGENCY; a.k.a. ISLAMIC AMERICAN RELIEF AGENCY; a.k.a. ISLAMIC RELIEF AGENCY; a.k.a. "ISRA"), 201 E. Cherry Street, Suite D, Columbia, MO 65205, United States; all offices worldwide [SDGT].

ALWAKIE, Mohamad (a.k.a. AL HAMIDAN, Mohamad Alsaieed; a.k.a. ALHEMEDAN, Mohamad Alsaeed; a.k.a. ALHMEDAN, Mohamad Alsaeed; a.k.a. ALHMIDAN, Mohamad; a.k.a. ALHMIDAN, Mohamad Alsaied; a.k.a. ALUOALII, Mohamad; a.k.a. AYSSA, Walid), Turkey; DOB 20 Feb 1976; alt. DOB 13 Feb 1975; alt. DOB 07 Jan 1977; alt. DOB 15 Feb 1976; Passport N010084435 (Syria); Identification Number N002595610 (Syria); alt. Identification Number 00407L012704 (Syria); alt. Identification Number N0097000224 (Syria); alt. Identification Number L07521 (Syria) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-WALID, Mafouz Walad (a.k.a. AL-SHANQITI, Khalid; a.k.a. AL-WALID, Mahfouz Ould (Arabic: محفوظ ولد الوليد); a.k.a. "ABU HAFS THE MAURITANIAN"), Mauritania; DOB 01 Jan 1975; POB Mauritania; nationality Mauritania; Gender Male (individual) [SDGT].

AL-WALID, Mahfouz Ould (Arabic: محفوظ ولد الوليد) (a.k.a. AL-SHANQITI, Khalid; a.k.a. AL-WALID, Mafouz Walad; a.k.a. "ABU HAFS THE

MAURITANIAN"), Mauritania; DOB 01 Jan 1975; POB Mauritania; nationality Mauritania; Gender Male (individual) [SDGT].

ALWAN, Alla Idin Hussain (a.k.a. ALWAN, Allaidin Hussain), Baghdad, Iraq (individual) [IRAQ2].

ALWAN, Allaidin Hussain (a.k.a. ALWAN, Alla Idin Hussain), Baghdad, Iraq (individual) [IRAQ2].

ALWANEO CO. L.L.C. (a.k.a. ALWANEO L.L.C. CO.; a.k.a. ALWANEO TRADE DMCC), Plot No. 133-257, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

ALWANEO L.L.C. CO. (a.k.a. ALWANEO CO. L.L.C.; a.k.a. ALWANEO TRADE DMCC), Plot No. 133-257, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

ALWANEO TRADE DMCC (a.k.a. ALWANEO CO. L.L.C.; a.k.a. ALWANEO L.L.C. CO.), Plot No. 133-257, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

AL-WAQFIYA ASSOCIATION (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address

Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

AL-WARAFI, 'Ali 'Abbad Muhammad (a.k.a. AL-WAFI, Bilal; a.k.a. AL-WAFI, Bilal 'Ali; a.k.a. AL-WAFI, Bilal Ali Muhammad; a.k.a. "ABU AL-WALEED"; a.k.a. "ABU AL-WALID"), Ta'izz Governorate, Yemen; DOB 1986 to 1989; POB Ta'izz Governorate, Yemen; Gender Male (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

ALWARDIAN, Hasan Mohamed Ali (a.k.a. AL-WARDIAN, Hassan; a.k.a. AL-WARDIAN, Hassan Muhammad 'Ali (Arabic: حسن محمد على الورديان); a.k.a. WARDYAN, Hasan), Bethlehem, West Bank; DOB 28 Dec 1954; POB Bethlehem, West Bank; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No.

985260348 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-WARDIAN, Hassan (a.k.a. ALWARDIAN, Hasan Mohamed Ali; a.k.a. AL-WARDIAN, Hassan Muhammad 'Ali (Arabic: حسن محمد على الورديان); a.k.a. WARDYAN, Hasan), Bethlehem, West Bank; DOB 28 Dec 1954; POB Bethlehem, West Bank; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 985260348 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-WARDIAN, Hassan Muhammad 'Ali (Arabic: حسن محمد على الورديان) (a.k.a. ALWARDIAN, Hasan Mohamed Ali; a.k.a. AL-WARDIAN, Hassan; a.k.a. WARDYAN, Hasan), Bethlehem, West Bank; DOB 28 Dec 1954; POB Bethlehem, West Bank; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 985260348 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AL-WARFALI, Abdelhadi al-Hussain Zargoun (a.k.a. AL-WARFALLI, Abd al-Hadi Zarqun; a.k.a. EL-OUARFALI, Abdelhadi el-Houssein Zirgoune; a.k.a. ZARGON, Abdulhadi; a.k.a. ZARGOON, Al Hadi; a.k.a. ZARGUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARGUN, Abd-al-Hadi; a.k.a. ZARQUN, Abd al Hadi; a.k.a. ZARQUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARQUN, Abd-al-Hadi Al Husayn Al Shabani), Libya; DOB 1983; POB Sirte, Libya; nationality Libya; Gender Male; Passport H/188292 (Libya); National ID No. 123844 (Libya) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-WARFALLI, Abd al-Hadi Zarqun (a.k.a. AL-WARFALI, Abdelhadi al-Hussain Zargoun; a.k.a. EL-OUARFALI, Abdelhadi el-Houssein Zirgoune; a.k.a. ZARGON, Abdulhadi; a.k.a. ZARGOON, Al Hadi; a.k.a. ZARGUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARGUN, Abd-al-Hadi; a.k.a. ZARQUN, Abd al Hadi; a.k.a. ZARQUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARQUN, Abd-al-Hadi Al Husayn Al Shabani), Libya; DOB 1983; POB Sirte, Libya; nationality Libya; Gender Male; Passport H/188292 (Libya); National ID No. 123844 (Libya) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-WARFALLI, Mahmud (a.k.a. AL-WERFALLI, Mahmoud; a.k.a. AL-WERFALLI, Mahmoud Mustafa Busayf), Benghazi, Libya; DOB 1978;

nationality Libya; Gender Male (individual) [GLOMAG].

AL-WATFA, Ali Ibrahim (a.k.a. AL-WAFA, Ali Ibrahim; a.k.a. AL-WAFA, Alie Ibrahim; a.k.a. AL-WATFA, Alie Ibrahim; a.k.a. IBRAHIM, Al Hajj Alie), 26 Malama Thomas Street, Freetown, Sierra Leone; DOB 1969; POB Al Qalamun, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

AL-WATFA, Alie Ibrahim (a.k.a. AL-WAFA, Ali Ibrahim; a.k.a. AL-WAFA, Alie Ibrahim; a.k.a. AL-WATFA, Ali Ibrahim; a.k.a. IBRAHIM, Al Hajj Alie), 26 Malama Thomas Street, Freetown, Sierra Leone; DOB 1969; POB Al Qalamun, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

ALWAYS SMOOTH LIMITED (a.k.a. ALWAYS SMOOTH LTD), London, United Kingdom; c/o Weihai Huijiang Trade Limited, Room 602, 28 Crown Garden District, Weihai Economic and Technological Development Zone, Poyuzhen, Huancui Qu, Weihai, Shandong 264200, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 6013334; Company Number 11032231 (United Kingdom) [DPRK4].

ALWAYS SMOOTH LTD (a.k.a. ALWAYS SMOOTH LIMITED), London, United Kingdom; c/o Weihai Huijiang Trade Limited, Room 602, 28 Crown Garden District, Weihai Economic and Technological Development Zone, Poyuzhen, Huancui Qu, Weihai, Shandong 264200, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 6013334; Company Number 11032231 (United Kingdom) [DPRK4].

AL-WAZ, Najib Ben Mohamed Ben Salem (a.k.a. OUAZ, Najib), Vicolo dei Prati n.2/2, Bologna, Italy; DOB 12 Apr 1960; POB Hekaima Al-Mehdiya, Tunisia; nationality Tunisia; Passport K 815205 issued 17 Sep 1994 expires 16 Sep 1999 (individual) [SDGT].

AL-WAZZ, Hazwan; DOB 1962; POB Damascus, Syria; Minister of Education (individual) [SYRIA].

ALWEFAQ LTD, 15 Grognet Street, Mosta MST 3613, Malta; 22 Freedom Street, Famagusta, Cyprus; Registration Number C 68939 (Malta) [LIBYA3] (Linked To: MUSBAH, Nourddin Milood M; Linked To: WADI, Musbah Mohamad M).

AL-WERFALLI, Mahmoud (a.k.a. AL-WARFALLI, Mahmud; a.k.a. AL-WERFALLI, Mahmoud Mustafa Busayf), Benghazi, Libya; DOB 1978; nationality Libya; Gender Male (individual) [GLOMAG].

AL-WERFALLI, Mahmoud Mustafa Busayf (a.k.a. AL-WARFALLI, Mahmud; a.k.a. AL-WERFALLI, Mahmoud), Benghazi, Libya; DOB 1978; nationality Libya; Gender Male (individual) [GLOMAG].

'ALYA, Mazin, Syria; DOB 28 Feb 1977; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-YACOUB, Ibrahim Salih Mohammed; DOB 16 Oct 1966; POB Tarut, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT].

AL-YAFI'I, Abu Anas (a.k.a. AL-MARFADI, Khalid; a.k.a. AL-YAFI'I, Khalid Abdallah Salah Ahmad Hussayn al-'Umari al-Marfadi), al-Bayda' Governorate, Yemen; al-Sharafa', al-Qurayshiyah District, al-Bayda' Governorate, Yemen; al-Wuhayshi Village, Az Zahir District, al Bayda' Governorate, Yemen; Marfad Village, Marfad District, Yafia, Yemen; DOB 1966; Gender Male (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-YAFI'I, Khalid Abdallah Salah Ahmad Hussayn al-'Umari al-Marfadi (a.k.a. AL-MARFADI, Khalid; a.k.a. AL-YAFI'I, Abu Anas), al-Bayda' Governorate, Yemen; al-Sharafa', al-Qurayshiyah District, al-Bayda' Governorate, Yemen; al-Wuhayshi Village, Az Zahir District, al Bayda' Governorate, Yemen; Marfad Village, Marfad District, Yafia, Yemen; DOB 1966; Gender Male (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-YAFI'I, Nashwan al-Wali (a.k.a. AL-YAFI'I, Nishwan al-Wali; a.k.a. AL-YAFI'I, Wali Nashwan), Yafi' District, Lahij Governorate, Yemen; DOB 1984; Gender Male (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-YAFI'I, Nishwan al-Wali (a.k.a. AL-YAFI'I, Nashwan al-Wali; a.k.a. AL-YAFI'I, Wali Nashwan), Yafi' District, Lahij Governorate,

Yemen; DOB 1984; Gender Male (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-YAFI'I, Wali Nashwan (a.k.a. AL-YAFI'I, Nashwan al-Wali; a.k.a. AL-YAFI'I, Nishwan al-Wali), Yafi' District, Lahij Governorate, Yemen; DOB 1984; Gender Male (individual) [SDGT] (Linked To: ISIL-YEMEN).

AL-YAMI, 'Ali Abu Hasan (a.k.a. AL-'AJAMI, 'Ali Hasan; a.k.a. AL-'AJMI, Abu al-Hassan; a.k.a. AL-'AJMI, 'Ali Hasan 'Ali; a.k.a. AL-'AJMI, 'Ali Hassan 'Ali; a.k.a. AL-YAMI, Hassan; a.k.a. AL-YAMI, Husayn; a.k.a. "AL-HASSAN, Abu"; a.k.a. "HASAN, 'Ali bin") DOB 14 Jan 1979; nationality Kuwait; Passport 002981367 (Kuwait) (individual) [SDGT].

AL-YAMI, Hassan (a.k.a. AL-'AJAMI, 'Ali Hasan; a.k.a. AL-'AJMI, Abu al-Hassan; a.k.a. AL-'AJMI, 'Ali Hasan 'Ali; a.k.a. AL-'AJMI, 'Ali Hassan 'Ali; a.k.a. AL-YAMI, 'Ali Abu Hasan; a.k.a. AL-YAMI, Husayn; a.k.a. "AL-HASSAN, Abu"; a.k.a. "HASAN, 'Ali bin") DOB 14 Jan 1979; nationality Kuwait; Passport 002981367 (Kuwait) (individual) [SDGT].

AL-YAMI, Husayn (a.k.a. AL-'AJAMI, 'Ali Hasan; a.k.a. AL-'AJMI, Abu al-Hassan; a.k.a. AL-'AJMI, 'Ali Hasan 'Ali; a.k.a. AL-'AJMI, 'Ali Hassan 'Ali; a.k.a. AL-YAMI, 'Ali Abu Hasan; a.k.a. AL-YAMI, Hassan; a.k.a. "AL-HASSAN, Abu"; a.k.a. "HASAN, 'Ali bin") DOB 14 Jan 1979; nationality Kuwait; Passport 002981367 (Kuwait) (individual) [SDGT].

ALYANS OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ALYANS), Ul. Plekhanova D. 4A, Komnata 14K, Moscow 111123, Russia; d. 5 pomeshch./etazh 1.1-2/Tsokolny N 0, ul. Parkovaya D. Sukhanovo Vidnoe, Moscow region 142702, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 11 Dec 2006; Tax ID No. 7710655004 (Russia); Government Gazette Number 98911549 (Russia); Registration Number 1067760832259 (Russia) [RUSSIA-EO14024].

AL-YASMEEN CONTRACTING COMPANY (a.k.a. AL-YASMEEN FOR CONTRACTING; a.k.a. AL-YAZMEEN FOR CONTRACTING; a.k.a. JASMINE CONTRACTING COMPANY (Arabic: شركة الياسمين للتعهدات); a.k.a. YASMIN FOR CONTRACTING), Damascus, Syria;

Organization Established Date 14 Dec 2017 [SYRIA] (Linked To: BIN ALI, Khodr Taher).

AL-YASMEEN FOR CONTRACTING (a.k.a. AL-YASMEEN CONTRACTING COMPANY; a.k.a. AL-YAZMEEN FOR CONTRACTING; a.k.a. JASMINE CONTRACTING COMPANY (Arabic: شركة الياسمين للتعهدات); a.k.a. YASMIN FOR CONTRACTING), Damascus, Syria; Organization Established Date 14 Dec 2017 [SYRIA] (Linked To: BIN ALI, Khodr Taher).

AL-YASSIN, Husam Muhammad Amin; DOB 1953; alt. DOB 1958; POB Tikrit, Iraq; nationality Iraq; head, National Monitoring Directorate (individual) [IRAQ2].

AL-YAZMEEN FOR CONTRACTING (a.k.a. AL-YASMEEN CONTRACTING COMPANY; a.k.a. AL-YASMEEN FOR CONTRACTING; a.k.a. JASMINE CONTRACTING COMPANY (Arabic: شركة الياسمين للتعهدات); a.k.a. YASMIN FOR CONTRACTING), Damascus, Syria; Organization Established Date 14 Dec 2017 [SYRIA] (Linked To: BIN ALI, Khodr Taher).

AL-YEMENI, Abu Dhahak (a.k.a. 'ALA'LAH, 'Ali Salih Husayn; a.k.a. AL-TABUKI, Ali Saleh Husain; a.k.a. AL-TABUKI, 'Ali Salih Husayn al-Dhahak; a.k.a. HUSAIN, Ali Saleh; a.k.a. 'ULA'LAH, 'Ali Salih Husayn; a.k.a. "DAHHAK, Abu"); DOB circa 1970; POB al-Hudaydah, Yemen; nationality Yemen; Individual's height is 5 feet 9 inches. (individual) [SDGT].

ALYOKSA, Aleksandr Ivanovich (Cyrillic: АЛЁКСА, Александр Иванович), 12-27 Golubka St., Minsk, Belarus (Cyrillic: 12-27, ул. Голубка, г. Минск, Belarus); DOB 07 Apr 1978; nationality Belarus; Gender Male; National ID No. 3070478A082PB7 (Belarus); Tax ID No. AB8645179 (Belarus) (individual) [BELARUS-EO14038].

AL-YUSUF, Samir al-Ahmad, Syria; DOB 02 May 1975; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AL-ZADI, Shibl Muhsin Ubayd (a.k.a. AL ZAIDI, Shebl; a.k.a. AL ZAIDI, Shibl; a.k.a. AL-ZAYDI, Hajji Shibl Muhsin; a.k.a. AL-ZAYDI, Shibl Muhsin 'Ubayd; a.k.a. MAHDI, Ja'far Salih; a.k.a. "SHIBL, Hajji"), Iraq; DOB 28 Oct 1968; POB Baghdad, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY

GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

AL-ZAFIR, Ali (a.k.a. AL-DAFEER, Ali); DOB 1962; POB Tartous, Syria; Minister of Communications and Technology; Minister of Telecommunications and Technology (individual) [SYRIA].

AL-ZAHIR, Rajabi Ali (a.k.a. ESLAMI, Mortaza Rajabi; a.k.a. RAJABI, Morteza; a.k.a. RAJABIESLAMI, Morteza), #2007, 20th Floor, Grand Hyatt Residence, Qudmetha St., Dubai 7167, United Arab Emirates; DOB 05 Jul 1969; POB Tehran, Iran; nationality Iran; citizen Saint Kitts and Nevis; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Personal ID Card 166730510001 (United Kingdom) (individual) [IRAN-EO13846] (Linked To: NAFTIRAN INTERTRADE CO. (NICO) LIMITED).

AL-ZAHRANI, Abu Maryam (a.k.a. AL-AZADI, Abu Maryam; a.k.a. AL-KHOZMRI, Ahmed Abdullah Saleh al-Zahrani; a.k.a. AL-SAUDI, Abu Maryam; a.k.a. AL-ZAHRANI, Ahmad Abdullah Salih; a.k.a. AL-ZAHRANI, Ahmed Abdullah S; a.k.a. AL-ZAHRANI, Ahmed Abdullah Saleh al-Khazmari; a.k.a. BIN AL-ZAHRANI, Ahmed bin Abdullah Saleh), Iran; Pakistan; DOB 15 Sep 1978; POB Dammam, Saudi Arabia; Passport E126785 (Saudi Arabia) issued 27 May 2002 expires 03 Apr 2007; Interpol: Red Notice. File No. 2009/3599. March 24, 2009. Orange Notice. File No. 2009/52/OS/CCC. February 10, 2009. (individual) [SDGT].

AL-ZAHRANI, Ahmad Abdullah Salih (a.k.a. AL-AZADI, Abu Maryam; a.k.a. AL-KHOZMRI, Ahmed Abdullah Saleh al-Zahrani; a.k.a. AL-SAUDI, Abu Maryam; a.k.a. AL-ZAHRANI, Abu Maryam; a.k.a. AL-ZAHRANI, Ahmed Abdullah S; a.k.a. AL-ZAHRANI, Ahmed Abdullah Saleh al-Khazmari; a.k.a. BIN AL-ZAHRANI, Ahmed bin Abdullah Saleh), Iran; Pakistan; DOB 15 Sep 1978; POB Dammam, Saudi Arabia; Passport E126785 (Saudi Arabia) issued 27 May 2002 expires 03 Apr 2007; Interpol: Red Notice. File No. 2009/3599. March 24, 2009. Orange Notice. File No. 2009/52/OS/CCC. February 10, 2009. (individual) [SDGT].

AL-ZAHRANI, Ahmed Abdullah S (a.k.a. AL-AZADI, Abu Maryam; a.k.a. AL-KHOZMRI, Ahmed Abdullah Saleh al-Zahrani; a.k.a. AL-SAUDI, Abu Maryam; a.k.a. AL-ZAHRANI, Abu Maryam; a.k.a. AL-ZAHRANI, Ahmad Abdullah Salih; a.k.a. AL-ZAHRANI, Ahmed Abdullah Saleh al-Khazmari; a.k.a. BIN AL-ZAHRANI,

Ahmed bin Abdullah Saleh), Iran; Pakistan; DOB 15 Sep 1978; POB Dammam, Saudi Arabia; Passport E126785 (Saudi Arabia) issued 27 May 2002 expires 03 Apr 2007; Interpol: Red Notice. File No. 2009/3599. March 24, 2009. Orange Notice. File No. 2009/52/OS/CCC. February 10, 2009. (individual) [SDGT].

AL-ZAHRANI, Ahmed Abdullah Saleh al-Khazmari (a.k.a. AL-AZADI, Abu Maryam; a.k.a. AL-KHOZMRI, Ahmed Abdullah Saleh al-Zahrani; a.k.a. AL-SAUDI, Abu Maryam; a.k.a. AL-ZAHRANI, Abu Maryam; a.k.a. AL-ZAHRANI, Ahmad Abdullah Salih; a.k.a. AL-ZAHRANI, Ahmed Abdullah S; a.k.a. BIN AL-ZAHRANI, Ahmed bin Abdullah Saleh), Iran; Pakistan; DOB 15 Sep 1978; POB Dammam, Saudi Arabia; Passport E126785 (Saudi Arabia) issued 27 May 2002 expires 03 Apr 2007; Interpol: Red Notice. File No. 2009/3599. March 24, 2009. Orange Notice. File No. 2009/52/OS/CCC. February 10, 2009. (individual) [SDGT].

ALZAHRANI, Faisal Ahmed Ali (a.k.a. AL ZAHRANI, Faysal Ahmad Bin Ali; a.k.a. AL-ZAHRANI, Faysal Ahmad Bin Ali; a.k.a. "AL-JAZRAWI, Abu-Sara"; a.k.a. "AL-SAUDI, Abu Sarah"; a.k.a. "AL-ZAHRANI, Abu-Sarah"; a.k.a. "ZAHRANI, Abu Sara"); DOB 19 Jan 1986; alt. DOB 18 Jan 1986; nationality Saudi Arabia; Passport K142736 (Saudi Arabia) issued 14 Jul 2011; alt. Passport G579315 (Saudi Arabia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AL-ZAHRANI, Faysal Ahmad 'Ali (a.k.a. AL ZAHRANI, Faysal Ahmad Bin Ali; a.k.a. ALZAHRANI, Faisal Ahmed Ali; a.k.a. "AL-JAZRAWI, Abu-Sara"; a.k.a. "AL-SAUDI, Abu Sarah"; a.k.a. "AL-ZAHRANI, Abu-Sarah"; a.k.a. "ZAHRANI, Abu Sara"); DOB 19 Jan 1986; alt. DOB 18 Jan 1986; nationality Saudi Arabia; Passport K142736 (Saudi Arabia) issued 14 Jul 2011; alt. Passport G579315 (Saudi Arabia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ALZAHRANI, Mohammed Saad H.; DOB 08 Mar 1988; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport T233763 (Saudi Arabia) issued 16 Jun 2016 expires 23 Apr 2021; National ID No. 1060613203 (Saudi Arabia) (individual) [GLOMAG].

AL-ZAIDI, Ghalib Abdullah (a.k.a. AL-ZAYDI, Ghalib 'Abdallah 'Ali), Yemen; DOB 1975; alt. DOB 1970; POB Raqqah Region, Marib Governorate, Yemen (individual) [SDGT]

(Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-ZAMUR, Abboud Abdul Latif Hassan (a.k.a. AL-ZOMOR, Abboud Abdul Latif Hassan (Arabic: عبود عبداللطيف حسن الزمر); a.k.a. AL-ZUMAR, Abbud; a.k.a. AL-ZUMOR, Abood Abdul Latif Hassan; a.k.a. EL-ZOMOR, Aboud Abdul Latif Hasan; a.k.a. ZUMAR, Abboud), Egypt; DOB 19 Apr 1947; POB Nahia, Giza, Egypt; nationality Egypt; Gender Male (individual) [SDGT].

AL-ZARGAWI, Ismai'il Hafuz (a.k.a. AL LAMI, Isma'il Hafiz; a.k.a. AL-LAMI, Ismail; a.k.a. AL-LAMI, Isma'il Hafith Abid 'Ali; a.k.a. IZAJAWI, Ismail Hafeth; a.k.a. "DAR'A, Abu"; a.k.a. "DIRI, Abu"; a.k.a. "DURA, Abu"; a.k.a. "HAYDAR, Abu"), Sadr City, Baghdad, Iraq; Iran; DOB circa 1957; POB Baghdad, Iraq; citizen Iraq (individual) [IRAQ3].

AL-ZARQAWI NETWORK (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ;

a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

AL-ZAWAHIRI, Aiman Muhammad Rabi (a.k.a. AL ZAWAHIRI, Dr. Ayman; a.k.a. AL-ZAWAHIRI, Ayman; a.k.a. SALIM, Ahmad Fuad); DOB 19 Jun 1951; POB Giza, Egypt; Passport 1084010 (Egypt); alt. Passport 19820215; Operational and Military Leader of JIHAD GROUP (individual) [SDGT].

AL-ZAWAHIRI, Ayman (a.k.a. AL ZAWAHIRI, Dr. Ayman; a.k.a. AL-ZAWAHIRI, Aiman Muhammad Rabi; a.k.a. SALIM, Ahmad Fuad); DOB 19 Jun 1951; POB Giza, Egypt; Passport 1084010 (Egypt); alt. Passport 19820215; Operational and Military Leader of JIHAD GROUP (individual) [SDGT].

AL-ZAWARA SATELLITE TELEVISION STATION (a.k.a. AL ZOURA NETWORK; a.k.a. AL ZAWRAH TELEVISION; a.k.a. AL ZOURA TV STATION; a.k.a. AL-ZAWRA TELEVISION STATION; a.k.a. ALZAWRAA TV; a.k.a. AL-ZAWRAA TV; a.k.a. EL-ZAWRA SATELLITE STATION; a.k.a. ZAWRAH TV STATION; a.k.a. ZORAH CHANNEL), Syria [IRAQ3].

AL-ZAWRA TELEVISION STATION (a.k.a. AL ZAOURA NETWORK; a.k.a. AL ZAWRAH TELEVISION; a.k.a. AL ZOURA TV STATION; a.k.a. AL-ZAWARA SATELLITE TELEVISION STATION; a.k.a. ALZAWRAA TV; a.k.a. AL-ZAWRAA TV; a.k.a. EL-ZAWRA SATELLITE STATION; a.k.a. ZAWRAH TV STATION; a.k.a. ZORAH CHANNEL), Syria [IRAQ3].

ALZAWRAA TV (a.k.a. AL ZAOURA NETWORK; a.k.a. AL ZAWRAH TELEVISION; a.k.a. AL ZOURA TV STATION; a.k.a. AL-ZAWARA SATELLITE TELEVISION STATION; a.k.a. AL-ZAWRA TELEVISION STATION; a.k.a. AL-ZAWRAA TV; a.k.a. EL-ZAWRA SATELLITE STATION; a.k.a. ZAWRAH TV STATION; a.k.a. ZORAH CHANNEL), Syria [IRAQ3].

AL-ZAWRAA TV (a.k.a. AL ZAOURA NETWORK; a.k.a. AL ZAWRAH TELEVISION; a.k.a. AL ZOURA TV STATION; a.k.a. AL-ZAWARA SATELLITE TELEVISION STATION; a.k.a. AL-ZAWRA TELEVISION STATION; a.k.a. ALZAWRAA TV; a.k.a. EL-ZAWRA SATELLITE STATION; a.k.a. ZAWRAH TV STATION; a.k.a. ZORAH CHANNEL), Syria [IRAQ3].

AL-ZAYDI, Ghalib 'Abdallah 'Ali (a.k.a. AL-ZAIDI, Ghalib Abdullah), Yemen; DOB 1975; alt. DOB 1970; POB Raqqah Region, Marib Governorate, Yemen (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

AL-ZAYDI, Hajji Shibl Muhsin (a.k.a. AL ZAIDI, Shebl; a.k.a. AL ZAIDI, Shibl; a.k.a. AL-ZADI, Shibl Muhsin Ubayd; a.k.a. AL-ZAYDI, Shibl Muhsin 'Ubayd; a.k.a. MAHDI, Ja'far Salih; a.k.a. "SHIBL, Hajji"), Iraq; DOB 28 Oct 1968; POB Baghdad, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

AL-ZAYDI, Issa (a.k.a. AL-ZEYDI, Issa); DOB 07 Feb 1939; POB Russia; nationality Russia; Passport 63N9437545 (Russia) (individual) [SYRIA].

AL-ZAYDI, Shibl Muhsin 'Ubayd (a.k.a. AL ZAIDI, Shebl; a.k.a. AL ZAIDI, Shibl; a.k.a. AL-ZADI, Shibl Muhsin Ubayd; a.k.a. AL-ZAYDI, Hajji Shibl Muhsin; a.k.a. MAHDI, Ja'far Salih; a.k.a. "SHIBL, Hajji"), Iraq; DOB 28 Oct 1968; POB Baghdad, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

AL-ZAYN, Muhammad (a.k.a. AL-ZAYN, Muhammad 'Ali; a.k.a. EL ZEIN, Mohamed), Beirut, Lebanon; Tehran, Iran; DOB 17 Feb 1987; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 3090014 (Lebanon) expires 09 Mar 2020 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-ZAYN, Muhammad 'Ali (a.k.a. AL-ZAYN, Muhammad; a.k.a. EL ZEIN, Mohamed), Beirut, Lebanon; Tehran, Iran; DOB 17 Feb 1987; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 3090014 (Lebanon) expires 09 Mar 2020 (individual) [SDGT] (Linked To:

HIZBALLAH; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AL-ZEIN, Mazen Hassan (Arabic: مازن حسان الزين) (a.k.a. EL ZEIN, Mazen Hassan; a.k.a. "AL-ZAYN, Mazin"; a.k.a. "EL ZEIN, Mazen"), Burj Daman Tower, Apartment 3406, Dubai International Financial Center, Dubai 99573, United Arab Emirates; Al Mustaqbal Street, Iris Bay Building, Apt. No. 2304, Business Bay, Dubai, United Arab Emirates; 51 Route des Vallees, Bis 3, Annemasse 74100, France; 46 Rue des Fontaines, Anthy Sur Leman 74200, France; DOB 21 Jun 1974; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 784197494718279 (Lebanon); Identification Number 178295160001 (United Kingdom) (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

AL-ZEYDI, Issa (a.k.a. AL-ZAYDI, Issa); DOB 07 Feb 1939; POB Russia; nationality Russia; Passport 63N9437545 (Russia) (individual) [SYRIA].

AL-ZIBARI, Arshad Muhammad Ahmad Muhammad, Iraq; DOB 1942; a former minister of state (individual) [IRAQ2].

AL-ZINDANI, Abdelmajid, Shaykh 'Abd Al-Majid; a.k.a. AL-ZINDANI, Shaykh Abd-al-Majid); DOB circa 1950; POB Yemen; nationality Yemen; Passport A005487 (Yemen) issued 13 Aug 1995 (individual) [SDGT].

AL-ZINDANI, Shaykh 'Abd Al-Majid (a.k.a. AL-ZINDANI, Abdelmajid; a.k.a. AL-ZINDANI, Shaykh Abd-al-Majid); DOB circa 1950; POB Yemen; nationality Yemen; Passport A005487 (Yemen) issued 13 Aug 1995 (individual) [SDGT].

AL-ZINDANI, Shaykh Abd-al-Majid (a.k.a. AL-ZINDANI, Abdelmajid; a.k.a. AL-ZINDANI, Shaykh 'Abd Al-Majid); DOB circa 1950; POB Yemen; nationality Yemen; Passport A005487 (Yemen) issued 13 Aug 1995 (individual) [SDGT].

AL-ZIRJAWI, Karim Jafar Hasan (a.k.a. AL-GHANIMI, Karim Ja'far Muhsin; a.k.a. AL-GHANIMI, Karim Mansur; a.k.a. "ABU ISLAM, Karim") DOB 1968; alt. DOB 1969; POB al-Amarah, Iraq; citizen Iraq (individual) [SDGT].

AL-ZOMOR, Abboud Abdul Latif Hassan (Arabic: عبود عبداللطيف حسن الزمر) (a.k.a. AL-ZAMUR, Abboud Abdul Latif Hassan; a.k.a. AL-ZUMAR, Abboud; a.k.a. AL-ZUMUR, Abood Abdul Latif Hassan; a.k.a. EL-ZOMOR, Aboud Abdul Latif Hasan; a.k.a. ZUMAR, Abbud), Egypt; DOB 19 Apr 1947; POB Nahia, Giza, Egypt; nationality Egypt; Gender Male (individual) [SDGT].

ALZROONI EXCHANGE (a.k.a. AL ZAROONI EXCHANGE; a.k.a. M/S. AL ZAROONI EXCHANGE), P.O. Box 116348, Dubai, United Arab Emirates; Near Florida Hotel, Building of Abdul Rahim Mohd. Ismail Badri, Al Sabkha Street, Naif Road, Deira, Dubai, United Arab Emirates; Sikhat Al Khail Road, Dubai, United Arab Emirates; Website www.alzarooniexchange.ae; C.R. No. 91715; Dubai Chamber of Commerce Membership No. 70103; RTN 823410101; License 535436 [TCO].

AL-ZUBAIDI, Khaled (Arabic: خالد الزبيدي) (a.k.a. AL-ZUBAIDI, Khaled Bassam; a.k.a. AL-ZUBAIDI, Mohammed Khaled Bassam; a.k.a. ZUBAIDI, Mohammed Khaled; a.k.a. ZUBEDI, Khalid), Syria; Canada; DOB 10 Apr 1976; nationality Syria; alt. nationality Canada; Gender Male; Passport N 006540969 (Syria); alt. Passport HC246053 (Canada) (individual) [SYRIA] [SYRIA-CAESAR].

AL-ZUBAIDI, Khaled Bassam (a.k.a. AL-ZUBAIDI, Khaled (Arabic: خالد الزبيدي); a.k.a. AL-ZUBAIDI, Mohammed Khaled Bassam; a.k.a. ZUBAIDI, Mohammed Khaled; a.k.a. ZUBEDI, Khalid), Syria; Canada; DOB 10 Apr 1976; nationality Syria; alt. nationality Canada; Gender Male; Passport N 006540969 (Syria); alt. Passport HC246053 (Canada) (individual) [SYRIA] [SYRIA-CAESAR].

AL-ZUBAIDI, Mohammed Hamza (a.k.a. AL-ZUBAYDI, Muhammad Hamsa; a.k.a. ZUBAIDI, Muhammad Hamza); DOB 1938; POB Babylon, Babil Governorate, Iraq; nationality Iraq; former prime minister (individual) [IRAQ2].

AL-ZUBAIDI, Mohammed Khaled Bassam (a.k.a. AL-ZUBAIDI, Khaled (Arabic: خالد الزبيدي); a.k.a. AL-ZUBAIDI, Khaled Bassam; a.k.a. ZUBAIDI, Mohammed Khaled; a.k.a. ZUBEDI, Khalid), Syria; Canada; DOB 10 Apr 1976; nationality Syria; alt. nationality Canada; Gender Male; Passport N 006540969 (Syria); alt. Passport HC246053 (Canada) (individual) [SYRIA] [SYRIA-CAESAR].

AL-ZUBAYDI, Muhammad Hamsa (a.k.a. AL-ZUBAIDI, Mohammed Hamza; a.k.a. ZUBAIDI, Muhammad Hamza); DOB 1938; POB Babylon, Babil Governorate, Iraq; nationality Iraq; former prime minister (individual) [IRAQ2].

AL-ZULAYTINI, Abd-Al-Hafid Mahmud (a.k.a. ZLEITNI, Abdel-Hafez; a.k.a. ZLITNI, Abdelhafidh; a.k.a. ZLITNI, Abdul Hafid; a.k.a. ZLITNI, Abdul Hafiz; a.k.a. ZLITNI, Abdulhafid; a.k.a. ZLITNI, Abdulhafid Mahmoud); DOB 1938; POB Tripoli, Libya; Secretary of the General People's Committee for Finance and Planning; Secretary of the General People's Committee for Planning and Finance; Finance Minister; Director and Deputy Chairman of the Libyan Investment Authority (individual) [LIBYA2].

AL-ZUMAR, Abbud (a.k.a. AL-ZAMUR, Abboud Abdul Latif Hassan; a.k.a. AL-ZOMOR, Abboud Abdul Latif Hassan (Arabic: عبود عبداللطيف حسن الزمر)); a.k.a. AL-ZUMUR, Abood Abdul Latif Hassan; a.k.a. EL-ZOMOR, Aboud Abdul Latif Hasan; a.k.a. ZUMAR, Abbud), Egypt; DOB 19 Apr 1947; POB Nahia, Giza, Egypt; nationality Egypt; Gender Male (individual) [SDGT].

AL-ZUMUR, Abood Abdul Latif Hassan (a.k.a. AL-ZAMUR, Abboud Abdul Latif Hassan; a.k.a. AL-ZOMOR, Abboud Abdul Latif Hassan (Arabic: عبود عبداللطيف حسن الزمر); a.k.a. AL-ZUMAR, Abbud; a.k.a. EL-ZOMOR, Aboud Abdul Latif Hasan; a.k.a. ZUMAR, Abbud), Egypt; DOB 19 Apr 1947; POB Nahia, Giza, Egypt; nationality Egypt; Gender Male (individual) [SDGT].

AMAD AL-DIN AL-MADANI, Kamal (a.k.a. IMAD AL-DEEN AL-MADANI, Kamal; a.k.a. IMAD AL-DIN AL-MADANI, Kamal (Arabic: كمال عماد الدين المدني), Beirut, Lebanon; DOB 08 Dec 1980; nationality Lebanon; Gender Male (individual) [SYRIA].

AMAD AL-DIN AL-MADANI, Tariq (a.k.a. IMAD AL-DEEN AL-MADANI, Tarek; a.k.a. IMAD AL-DIN AL-MADANI, Tareq; a.k.a. IMAD AL-DIN AL-MADANI, Tariq (Arabic: طارق عماد الدين المدني), Beirut, Lebanon; DOB 12 Dec 1984; nationality Lebanon; Gender Male (individual) [SYRIA].

AMADAR, Mohammed (a.k.a. AMADAR, Muamad; a.k.a. HAMDAR, Mohammed Galeb; a.k.a. HAMDAR, Mouhamad Ghaleb; a.k.a. HAMDAR, Muamad Ghaleb; a.k.a. HAMDAR, Muhammad Ghaleb); DOB 01 Aug 1986; alt. DOB 01 Jan 1986; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport E0063360 (Sierra Leone); alt. Passport RL-1108616 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AMADAR, Muamad (a.k.a. AMADAR, Mohammed; a.k.a. HAMDAR, Mohammed Galeb; a.k.a. HAMDAR, Mouhamad Ghaleb; a.k.a. HAMDAR, Muamad Ghaleb; a.k.a. HAMDAR, Muhammad Ghaleb); DOB 01 Aug 1986; alt. DOB 01 Jan 1986; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport E0063360 (Sierra Leone); alt. Passport RL-1108616 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AMAN DAMASCUS JOINT STOCK COMPANY (a.k.a. AMAN DAMASCUS JSC), Damascus, Syria [SYRIA] (Linked To: AMAN HOLDING COMPANY).

AMAN DAMASCUS JSC (a.k.a. AMAN DAMASCUS JOINT STOCK COMPANY), Damascus, Syria [SYRIA] (Linked To: AMAN HOLDING COMPANY).

AMAN GROUP (a.k.a. AMAN HOLDING COMPANY; a.k.a. AMAN HOLDING GROUP; a.k.a. AMAN HOLDING PRIVATE JSC), Al Shurafa Building Aman Group, Al Moutanabi Street, Lattika, Syria [SYRIA] (Linked To: FOZ, Samer).

AMAN HOLDING COMPANY (a.k.a. AMAN GROUP; a.k.a. AMAN HOLDING GROUP; a.k.a. AMAN HOLDING PRIVATE JSC), Al Shurafa Building Aman Group, Al Moutanabi Street, Lattika, Syria [SYRIA] (Linked To: FOZ, Samer).

AMAN HOLDING GROUP (a.k.a. AMAN GROUP; a.k.a. AMAN HOLDING COMPANY; a.k.a. AMAN HOLDING PRIVATE JSC), Al Shurafa Building Aman Group, Al Moutanabi Street, Lattika, Syria [SYRIA] (Linked To: FOZ, Samer).

AMAN HOLDING PRIVATE JSC (a.k.a. AMAN GROUP; a.k.a. AMAN HOLDING COMPANY; a.k.a. AMAN HOLDING GROUP), Al Shurafa Building Aman Group, Al Moutanabi Street, Lattika, Syria [SYRIA] (Linked To: FOZ, Samer).

AMAN, Mohammed (a.k.a. AKHUND, Mohammad Aman; a.k.a. NOORZAI, Mullah Mad Aman Ustad; a.k.a. OMAN, Mullah Mohammed; a.k.a. "SANAULLAH"); DOB 1970; POB Bande Tumur Village, Maiwand District, Qandahar Province, Afghanistan (individual) [SDGT].

AMANA DIAM (a.k.a. AMANA DIAM DMCC (Arabic: أمانة ديام), 3O-01-1609 Jewellery & Gemplex 3, Building No. 3, Plot No. 550-554,

Dubai, United Arab Emirates; Unit 3308, Platinum Tower, Jumeirah Lake Towers, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 02 Dec 2013; Registration Number DMCC-33511 (United Arab Emirates); alt. Registration Number DMCC4572 (United Arab Emirates); alt. Registration Number 11465558 (United Arab Emirates) [SDGT] (Linked To: BAKER, Rami Yaacoub).

AMANA DIAM DMCC (Arabic: ديام امانة) (a.k.a. AMANA DIAM), 3O-01-1609 Jewellery & Gemplex 3, Building No. 3, Plot No. 550-554, Dubai, United Arab Emirates; Unit 3308, Platinum Tower, Jumeirah Lake Towers, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 02 Dec 2013; Registration Number DMCC-33511 (United Arab Emirates); alt. Registration Number DMCC4572 (United Arab Emirates); alt. Registration Number 11465558 (United Arab Emirates) [SDGT] (Linked To: BAKER, Rami Yaacoub).

AMANA FOR HYDROCARBONS (a.k.a. AMANA FUEL CO.; a.k.a. "AL AMANA S.A.R.L."), Lebanon; Al Ghubairah, Lebanon; Airport Road, Ayn Diblah Junction, Lebanon; Commercial Registry Number 2005606 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

AMANA FUEL CO. (a.k.a. AMANA FOR HYDROCARBONS; a.k.a. "AL AMANA S.A.R.L."), Lebanon; Al Ghubairah, Lebanon; Airport Road, Ayn Diblah Junction, Lebanon; Commercial Registry Number 2005606 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

AMANA PLUS CO. (a.k.a. AMANA PLUS S.A.L.), Section 29, Block B, Property 327, Chiyah, Ghobeiri, Lebanon; Commercial Registry Number 2018014 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

AMANA PLUS S.A.L. (a.k.a. AMANA PLUS CO.), Section 29, Block B, Property 327, Chiyah, Ghobeiri, Lebanon; Commercial Registry Number 2018014 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

AMANA SANITARY AND PAINTS COMPANY L.T.D. (a.k.a. "APSCO"), second floor, Section 15B, Property 372, Chiyah, Ghobeiri, Lebanon; Commercial Registry Number 2010822

(Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

AMANOLLAH, Paydar Mohammad (a.k.a. PAIDAR, Amanallah (Arabic: پايدار اله امانالله); a.k.a. PAYDAR, Aman Ilah; a.k.a. PAYDAR, Amanollah; a.k.a. "AMIRI, Ahmad"; a.k.a. "AZARIAN, Amin"; a.k.a. "MURAT, Rajib"), Iran; DOB 08 Nov 1958; POB Rudsar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2690705257 (Iran) (individual) [NPWMD] [IFSR] (Linked To: DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER).

AMANOLLAHI BAHARVAND, Manouchehr (a.k.a. AMANOLLAHI, Manouchehr (Arabic: منوچهر امن اللهی)), Iran; DOB Mar 1965 to Mar 1966; POB Khorramabad, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Brigadier General (individual) [IRAN-HR].

AMANOLLAHI, Manouchehr (Arabic: امن منوچهر اللهی) (a.k.a. AMANOLLAHI BAHARVAND, Manouchehr), Iran; DOB Mar 1965 to Mar 1966; POB Khorramabad, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Brigadier General (individual) [IRAN-HR].

AMAQ NEWS AGENCY (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD

GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

AMARAL AREVALO, Wendy Dalaithy, Asuncion 747 Inter 301, Guadalajara, Jalisco 44660, Mexico; Calle 16 de Septiembre No. 21, Gral Manuel Avila Camacho, Naucalpan, Estado de Mexico 53910, Mexico; DOB 11 Jul 1980; POB Guadalajara, Jalisco, Mexico; R.F.C. AAAW800711FN9 (Mexico); C.U.R.P. AAAW800711MJCMRN05 (Mexico) (individual) [SDNTK] (Linked To: HD COLLECTION, S.A. DE C.V.; Linked To: HOTELITO DESCONOCIDO; Linked To: W&G ARQUITECTOS, S.A. DE C.V.).

AMAYA ALEMAN, Onecimo Antonio, c/o AERO EXPRESS INTERCONTINENTAL S.A. DE C.V., Mexico City, Distrito Federal, Mexico; c/o CIRCUITO ELECTRONICO S.A. DE C.V., Tijuana, Baja California Norte, Mexico; c/o COPY RED S.A. DE C.V., Tijuana, Baja California Norte, Mexico; Calle Astronomos No. 2214, Colonia Indeco Universidad, Fraccionamiento Otay Universidad, Tijuana, Baja California Norte, Mexico; DOB 25 Feb 1965; POB Aramberri, Nuevo Leon, Mexico; nationality Mexico; citizen Mexico; Passport 01190032480 (Mexico); R.F.C. AAAO-650225 (Mexico); Driver's License No. 210057967 (Mexico); C.U.R.P. AAAO650225HNLMLN03 (Mexico) (individual) [SDNTK].

AMC SERVICE FZC (a.k.a. AMC SERVICE FZE; a.k.a. "AIRCRAFT MAINTENANCE CENTER FZC"), Q3 95, Block Q3 Street G Floor, Al Ruqa Al Hamra, Sharjah, United Arab Emirates; License 10646 (United Arab Emirates); alt. License 4898 (United Arab Emirates); Economic Register Number (CBLS) 11613307 (United Arab Emirates); alt. Economic Register Number (CBLS) 11613308 (United Arab Emirates) [RUSSIA-EO14024].

AMC SERVICE FZE (a.k.a. AMC SERVICE FZC; a.k.a. "AIRCRAFT MAINTENANCE CENTER

FZC"), Q3 95, Block Q3 Street G Floor, Al Ruqa Al Hamra, Sharjah, United Arab Emirates; License 10646 (United Arab Emirates); alt. License 4898 (United Arab Emirates); Economic Register Number (CBLS) 11613307 (United Arab Emirates); alt. Economic Register Number (CBLS) 11613308 (United Arab Emirates) [RUSSIA-EO14024].

AMD CO. LTD AGENCY, Al-Tahrir Car Parking Building, Tahrir Sq., Floor 3, Office 33, P.O. Box 8044, Baghdad, Iraq [IRAQ2].

AMDOUNI, Meherez ben Ahdoud ben (a.k.a. AL-AMDOUNI, Mehrez Ben Mahmoud Ben Sassi; a.k.a. AMDOUNI, Mehrez; a.k.a. AMDOUNI, Mehrez ben Tah; a.k.a. FUSCO, Fabio; a.k.a. HAMDOUNI, Meherez; a.k.a. HASSAN, Mohamed; a.k.a. "ABU THALE"); DOB 18 Dec 1969; alt. DOB 25 May 1968; alt. DOB 18 Dec 1968; alt. DOB 14 Jul 1969; POB Tunis, Tunisia; alt. POB Naples, Italy; alt. POB Algeria; nationality Tunisia; Passport G737411 (Tunisia) issued 24 Oct 1990 expires 20 Sep 1997; alt. Passport 0801888 (Bosnia and Herzegovina) (individual) [SDGT].

AMDOUNI, Mehrez (a.k.a. AL-AMDOUNI, Mehrez Ben Mahmoud Ben Sassi; a.k.a. AMDOUNI, Meherez ben Ahdoud ben; a.k.a. AMDOUNI, Mehrez ben Tah; a.k.a. FUSCO, Fabio; a.k.a. HAMDOUNI, Meherez; a.k.a. HASSAN, Mohamed; a.k.a. "ABU THALE"); DOB 18 Dec 1969; alt. DOB 25 May 1968; alt. DOB 18 Dec 1968; alt. DOB 14 Jul 1969; POB Tunis, Tunisia; alt. POB Naples, Italy; alt. POB Algeria; nationality Tunisia; Passport G737411 (Tunisia) issued 24 Oct 1990 expires 20 Sep 1997; alt. Passport 0801888 (Bosnia and Herzegovina) (individual) [SDGT].

AMDOUNI, Mehrez ben Tah (a.k.a. AL-AMDOUNI, Mehrez Ben Mahmoud Ben Sassi; a.k.a. AMDOUNI, Meherez ben Ahdoud ben; a.k.a. AMDOUNI, Mehrez; a.k.a. FUSCO, Fabio; a.k.a. HAMDOUNI, Meherez; a.k.a. HASSAN, Mohamed; a.k.a. "ABU THALE"); DOB 18 Dec 1969; alt. DOB 25 May 1968; alt. DOB 18 Dec 1968; alt. DOB 14 Jul 1969; POB Tunis, Tunisia; alt. POB Naples, Italy; alt. POB Algeria; nationality Tunisia; Passport G737411 (Tunisia) issued 24 Oct 1990 expires 20 Sep 1997; alt. Passport 0801888 (Bosnia and Herzegovina) (individual) [SDGT].

AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed (a.k.a. AL-BISHAURI, Abu Mohammad Shaykh Aminullah; a.k.a. AL-PESHAWARI, Shaykh Abu Mohammed Ameen; a.k.a. AL-PESHAWARI, Shaykh Aminullah;

a.k.a. BISHAWRI, Abu Mohammad Amin; a.k.a. GUL AL-PAKISTANI, Niaz Muhammad Muhammada; a.k.a. MUHAMMAD, Niaz; a.k.a. PESHAWARI, Abu Mohammad Aminullah; a.k.a. "AMINULLAH, Shaykh"; a.k.a. "AMINULLAH, Sheik"; a.k.a. "SHAYKH AMEEN"), Ganj District, Peshawar, Khyber Pakhtunkhwa, Pakistan; House number T-876 Galli Mohallah, Sheikh Abad number 4, Peshawar, Khyber Pakhtunkhwa, Pakistan; Saudi Arabia; DOB circa 01 Jan 1961; POB Shunkrai village, Sarkani District, Konar Province, Afghanistan; Passport FU0152122 (Pakistan) expires 24 Apr 2017; alt. Passport FU0152121 (Pakistan) (individual) [SDGT] (Linked To: JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

AMEEN, Mohamad (a.k.a. "Amyne Didi"), Maldives; DOB 22 May 1984; nationality Maldives; Gender Male; National ID No. A114103 (Maldives) (individual) [SDGT] (Linked To: ISIL KHORASAN).

AMEGINO FZE, T1-9F-6D, RAKEZ Amenity Center, Al Hamra Industrial Zone-FZ, Ras Al Khaimah, United Arab Emirates; Organization Established Date 04 May 2017; Registration Number 5014362 (United Arab Emirates) [RUSSIA-EO14024].

AMELCHENKOVA, Olga Nikolayevna (Cyrillic: АМЕЛЬЧЕНКОВА, Ольга Николаевна), Russia; DOB 05 Sep 1990; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AMELIACH ORTA, Francisco Jose (Latin: AMELIACH ORTA, Francisco José), Carabobo, Venezuela; DOB 14 Jun 1963; POB Valencia, Carabobo, Venezuela; citizen Venezuela; Gender Male; Cedula No. 7062172 (Venezuela); Constituent of Venezuela's Constituent Assembly for Valencia Municipality in Carabobo State; Member of Venezuela's Presidential Commission for the Constituent Assembly (individual) [VENEZUELA].

AMERUS GROUP PTE LTD (f.k.a. AMERUS PARTNERS PTE LTD), 101 Cecil Street, Unit 22-101a, Tong Eng Building, Singapore 069533, Singapore; Legal Entity Number 984500Z6XE0C8OBC6018; Registration Number 201330833R (Singapore) [RUSSIA-EO14024] (Linked To: VOROBYEV, Maxim Yuryevich).

AMERUS PARTNERS PTE LTD (a.k.a. AMERUS GROUP PTE LTD), 101 Cecil

Street, Unit 22-101a, Tong Eng Building, Singapore 069533, Singapore; Legal Entity Number 984500Z6XE0C8OBC6018; Registration Number 201330833R (Singapore) [RUSSIA-EO14024] (Linked To: VOROBYEV, Maxim Yuryevich).

AMERICAN FRIENDS OF THE UNITED YESHIVA (a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

AMERICAN FRIENDS OF YESHIVAT RAV MEIR (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE

OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

AMERICAN TUNE UP, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Registration ID MAT 46-47 TOMO 460 L. (Mexico) [SDNTK].

AMERKO OOO (a.k.a. OBSCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VELESSTROI; a.k.a. VELESSTROI LIMITED LIABILITY COMPANY; a.k.a. VELESSTROY LIMITED LIABILITY COMPANY; a.k.a. "VELESSTROY"), UL. 2-YA Tverskaya-Yamskaya D. 10, Moscow 125047, Russia; Organization Established Date 04 Apr 2008; Tax ID No. 7709787790 (Russia); Government Gazette Number 85762734 (Russia); Registration Number 1087746466950 (Russia) [RUSSIA-EO14024].

AMESCUA, Chuey (a.k.a. AMEZCUA CONTRERAS, Jesus; a.k.a. AMEZCUA CONTRERAS, Jose de Jesus; a.k.a. AMEZCUA, Chuy; a.k.a. AMEZCUA, Jose de Jesus; a.k.a. HERNANDEZ, Adan); DOB 31 Jul 1964; alt. DOB 31 Jul 1964; alt. DOB 31 Jul 1965; POB Mexico (individual) [SDNTK].

AMEUR, Abderrahmane Ouid (a.k.a. EL AMAR, Abderrahmane Ould; a.k.a. EL TILEMSI, Ahmed; a.k.a. TELEMSI, Ahmed; a.k.a. TILEMSI, Ahmed; a.k.a. TOUDJI, Abderrahmane), Gao, Mali; DOB 1977; POB Mali; nationality Mali (individual) [SDGT].

AMEZCUA CONTRERAS ORGANIZATION, Mexico [SDNTK].

AMEZCUA CONTRERAS, Adan (a.k.a. MANZANO, Jose Luis), Carlos Chavez 5, Colima, Colima, Mexico; Francisco I. Madero 749, Colonia Moralete, Colima, Colima, Mexico; Toreros No. 672, Colonia Jardines de Guadalupe, Guadalajara, Jalisco, Mexico; Belizario Dominguez, No. 511, Colima, Colima, Mexico; Calle General Juan Alvarez 1010, Colonia Lomas Vista Hermosa, Colima, Colima, Mexico; DOB 27 Jun 1969; nationality Mexico;

citizen Mexico; R.F.C. AECA-690627 (Mexico) (individual) [SDNTK].

AMEZCUA CONTRERAS, Jesus (a.k.a. AMESCUA, Chuey; a.k.a. AMEZCUA CONTRERAS, Jose de Jesus; a.k.a. AMEZCUA, Chuy; a.k.a. AMEZCUA, Jose de Jesus; a.k.a. HERNANDEZ, Adan); DOB 31 Jul 1964; alt. DOB 31 Jul 1964; alt. DOB 31 Jul 1965; POB Mexico (individual) [SDNTK].

AMEZCUA CONTRERAS, Jose de Jesus (a.k.a. AMESCUA, Chuey; a.k.a. AMEZCUA CONTRERAS, Jesus; a.k.a. AMEZCUA, Chuy; a.k.a. AMEZCUA, Jose de Jesus; a.k.a. HERNANDEZ, Adan); DOB 31 Jul 1964; alt. DOB 31 Jul 1964; alt. DOB 31 Jul 1965; POB Mexico (individual) [SDNTK].

AMEZCUA CONTRERAS, Luis Ignacio (a.k.a. AMEZCUA, Luis; a.k.a. CONTRERAS, Luis C.; a.k.a. LOPEZ, Luis; a.k.a. LOZANO, Eduardo; a.k.a. OCHOA, Salvador; a.k.a. RODRIGUEZ LOPEZ, Sergio); DOB 22 Feb 1964; alt. DOB 21 Feb 1964; alt. DOB 21 Feb 1974; POB Mexico (individual) [SDNTK].

AMEZCUA CONTRERAS, Patricia (a.k.a. AMEZCUA CONTRERAS, Patty; a.k.a. AMEZCUA DE LADINO, Patricia), c/o FARMACIA JERLYNE, S.A. DE C.V., Tijuana, Baja California, Mexico; Calle Jesus Ponce 1083, Colonia Jardin Vista Hermosa, Colima, Colima, Mexico; DOB 18 Mar 1967; nationality Mexico; citizen Mexico; R.F.C. AECP-670318 (Mexico); C.U.R.P. AECP670318MJCMNT07 (Mexico) (individual) [SDNTK].

AMEZCUA CONTRERAS, Patty (a.k.a. AMEZCUA CONTRERAS, Patricia; a.k.a. AMEZCUA DE LADINO, Patricia), c/o FARMACIA JERLYNE, S.A. DE C.V., Tijuana, Baja California, Mexico; Calle Jesus Ponce 1083, Colonia Jardin Vista Hermosa, Colima, Colima, Mexico; DOB 18 Mar 1967; nationality Mexico; citizen Mexico; R.F.C. AECP-670318 (Mexico); C.U.R.P. AECP670318MJCMNT07 (Mexico) (individual) [SDNTK].

AMEZCUA DE LADINO, Patricia (a.k.a. AMEZCUA CONTRERAS, Patricia; a.k.a. AMEZCUA CONTRERAS, Patty), c/o FARMACIA JERLYNE, S.A. DE C.V., Tijuana, Baja California, Mexico; Calle Jesus Ponce 1083, Colonia Jardin Vista Hermosa, Colima, Colima, Mexico; DOB 18 Mar 1967; nationality Mexico; citizen Mexico; R.F.C. AECP-670318 (Mexico); C.U.R.P. AECP670318MJCMNT07 (Mexico) (individual) [SDNTK].

AMEZCUA, Chuy (a.k.a. AMESCUA, Chuey; a.k.a. AMEZCUA CONTRERAS, Jesus; a.k.a.

AMEZCUA CONTRERAS, Jose de Jesus; a.k.a. AMEZCUA, Jose de Jesus; a.k.a. HERNANDEZ, Adan); DOB 31 Jul 1964; alt. DOB 31 Jul 1964; alt. DOB 31 Jul 1965; POB Mexico (individual) [SDNTK].

AMEZCUA, Jose de Jesus (a.k.a. AMESCUA, Chuey; a.k.a. AMEZCUA CONTRERAS, Jesus; a.k.a. AMEZCUA CONTRERAS, Jose de Jesus; a.k.a. AMEZCUA, Chuy; a.k.a. HERNANDEZ, Adan); DOB 31 Jul 1964; alt. DOB 31 Jul 1964; alt. DOB 31 Jul 1965; POB Mexico (individual) [SDNTK].

AMEZCUA, Luis (a.k.a. AMEZCUA CONTRERAS, Luis Ignacio; a.k.a. CONTRERAS, Luis C.; a.k.a. LOPEZ, Luis; a.k.a. LOZANO, Eduardo; a.k.a. OCHOA, Salvador; a.k.a. RODRIGUEZ LOPEZ, Sergio); DOB 22 Feb 1964; alt. DOB 21 Feb 1964; alt. DOB 21 Feb 1974; POB Mexico (individual) [SDNTK].

AMG RICAS PIZZA (a.k.a. FUSION PIZZA & PARRILLA; a.k.a. RICA'S PIZZA), Carrera 45 No. 24A-05, Bogota, Colombia; Matricula Mercantil No 1323961 (Colombia) [SDNTK].

AMHAZ, Kamel (a.k.a. AL-AMHAZ, Kamel; a.k.a. AMHAZ, Kamel Mohamad; a.k.a. AMHAZ, Kamel Mohamed; a.k.a. AMHAZ, Kamil), 5th Floor, Ghadir Building, Kods Street, Haret Hreik, Baabda, Lebanon; Ghadir, 5th Floor, Safarat, Bir Hassan, Jenah, Lebanon; Ghadir 5th Floor, Embassies Street, Bir Hasan, Lebanon; Dallas Center, Saida Old Street, Chiah, Baabda, Lebanon; DOB 04 Aug 1973; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport RL2244333 (Lebanon); Identification Number 61 Niha El-Mehfara; President and Chief Executive Officer, Stars Group Holding (individual) [SDGT].

AMHAZ, Kamel Mohamad (a.k.a. AL-AMHAZ, Kamel; a.k.a. AMHAZ, Kamel; a.k.a. AMHAZ, Kamel Mohamed; a.k.a. AMHAZ, Kamil), 5th Floor, Ghadir Building, Kods Street, Haret Hreik, Baabda, Lebanon; Ghadir, 5th Floor, Safarat, Bir Hassan, Jenah, Lebanon; Ghadir 5th Floor, Embassies Street, Bir Hasan, Lebanon; Dallas Center, Saida Old Street, Chiah, Baabda, Lebanon; DOB 04 Aug 1973; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport RL2244333 (Lebanon); Identification Number 61 Niha El-Mehfara; President and

Chief Executive Officer, Stars Group Holding (individual) [SDGT].

AMHAZ, Kamel Mohamed (a.k.a. AL-AMHAZ, Kamel; a.k.a. AMHAZ, Kamel; a.k.a. AMHAZ, Kamel Mohamad; a.k.a. AMHAZ, Kamil), 5th Floor, Ghadir Building, Kods Street, Haret Hreik, Baabda, Lebanon; Ghadir, 5th Floor, Safarat, Bir Hassan, Jenah, Lebanon; Ghadir 5th Floor, Embassies Street, Bir Hasan, Lebanon; Dallas Center, Saida Old Street, Chiah, Baabda, Lebanon; DOB 04 Aug 1973; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport RL2244333 (Lebanon); Identification Number 61 Niha El-Mehfara; President and Chief Executive Officer, Stars Group Holding (individual) [SDGT].

AMHAZ, Kamil (a.k.a. AL-AMHAZ, Kamel; a.k.a. AMHAZ, Kamel; a.k.a. AMHAZ, Kamel Mohamad; a.k.a. AMHAZ, Kamel Mohamed), 5th Floor, Ghadir Building, Kods Street, Haret Hreik, Baabda, Lebanon; Ghadir, 5th Floor, Safarat, Bir Hassan, Jenah, Lebanon; Ghadir 5th Floor, Embassies Street, Bir Hasan, Lebanon; Dallas Center, Saida Old Street, Chiah, Baabda, Lebanon; DOB 04 Aug 1973; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport RL2244333 (Lebanon); Identification Number 61 Niha El-Mehfara; President and Chief Executive Officer, Stars Group Holding (individual) [SDGT].

AMIDI, Reza; DOB 30 Sep 1962; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

AMIG (a.k.a. AMMUNITION AND METALLURGY INDUSTRIES GROUP; a.k.a. AMMUNITION AND METALLURGY INDUSTRY GROUP; a.k.a. AMMUNITION INDUSTRIES GROUP; a.k.a. SANAYE MOHEMATSAZI), P.O. Box 16765-1835, Pasdaran Street, Tehran, Iran; Department 145-42, P.O. Box 16765-128, Moghan Avenue, Pasdaran Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

AMIGE AO (Cyrillic: АМИГЭ АО) (a.k.a. ARKTICHESKIE MORSKIE INZHERNO GEOLOGICHESKIE EKSPEDITSII AO (Cyrillic: АРКТИЧЕСКИЕ МОРСКИЕ ИНЖЕРНО ГЕОЛОГИЧЕСКИЕ ЭКСПЕДИЦИИ АО)), Ulitsa Karla Marksa. Dom 19, Murmansk 183025, Russia; Tax ID No. 5199000024

(Russia); Registration Number 1035100184811 (Russia) [RUSSIA-EO14024].

AMIGO SUPERMARKET (a.k.a. AMIGO SUPERMARKET LIMITED), 1023, Adetokunbo Ademola Crescent, Wuse II, Abuja, Nigeria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: FAWAZ, Mustapha Reda Darwish; Linked To: FAWAZ, Fouzi Reda Darwish).

AMIGO SUPERMARKET LIMITED (a.k.a. AMIGO SUPERMARKET), 1023, Adetokunbo Ademola Crescent, Wuse II, Abuja, Nigeria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: FAWAZ, Mustapha Reda Darwish; Linked To: FAWAZ, Fouzi Reda Darwish).

AMIGO, Mzee (a.k.a. AMIGO, Simba; a.k.a. KIBIRGE, Amigo; a.k.a. KIBIRIGE, Amigo; a.k.a. MUHAMMAND, Kibirige), Congo, Democratic Republic of the; DOB 1975 to 1979; POB Masaka District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

AMIGO, Simba (a.k.a. AMIGO, Mzee; a.k.a. KIBIRGE, Amigo; a.k.a. KIBIRIGE, Amigo; a.k.a. MUHAMMAND, Kibirige), Congo, Democratic Republic of the; DOB 1975 to 1979; POB Masaka District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

AMIN ABU SHANAB & SONS CO. (a.k.a. ABU SHANAB METALS ESTABLISHMENT; a.k.a. AMIN ABU SHANAB AND SONS CO.; a.k.a. SHANAB METALS ESTABLISHMENT; a.k.a. TARIQ ABU SHANAB EST.; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE & COMMERCE; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE AND COMMERCE; a.k.a. TARIQ ABU SHANAB METALS ESTABLISHMENT), Musherfeh, P.O. Box 766, Zarka, Jordan [IRAQ2].

AMIN ABU SHANAB AND SONS CO. (a.k.a. ABU SHANAB METALS ESTABLISHMENT; a.k.a. AMIN ABU SHANAB & SONS CO.; a.k.a. SHANAB METALS ESTABLISHMENT; a.k.a. TARIQ ABU SHANAB EST.; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE & COMMERCE; a.k.a. TARIQ ABU SHANAB EST. FOR TRADE AND COMMERCE; a.k.a. TARIQ ABU SHANAB METALS ESTABLISHMENT), Musherfeh, P.O. Box 766, Zarka, Jordan [IRAQ2].

AMIN INDUSTRIAL COMPANY (a.k.a. AMIN INDUSTRIAL COMPLEX; a.k.a. AMIN INDUSTRIAL COMPOUND), Amin Industrial Estate, Khalage Rd., Seyedi District, Mashad, Iran; Kaveh Complex, Khalaj Rd., Seyedi St., Mashad, Iran; P.O. Box 91735-549, Mashad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

AMIN INDUSTRIAL COMPLEX (a.k.a. AMIN INDUSTRIAL COMPANY; a.k.a. AMIN INDUSTRIAL COMPOUND), Amin Industrial Estate, Khalage Rd., Seyedi District, Mashad, Iran; Kaveh Complex, Khalaj Rd., Seyedi St., Mashad, Iran; P.O. Box 91735-549, Mashad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

AMIN INDUSTRIAL COMPOUND (a.k.a. AMIN INDUSTRIAL COMPANY; a.k.a. AMIN INDUSTRIAL COMPLEX), Amin Industrial Estate, Khalage Rd., Seyedi District, Mashad, Iran; Kaveh Complex, Khalaj Rd., Seyedi St., Mashad, Iran; P.O. Box 91735-549, Mashad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

AMIN INVESTMENT BANK (a.k.a. AMINIB; a.k.a. "AMIN IB"), No. 51 Ghobadiyan Street, Valiasr Street, Tehran 1968917173, Iran; Website http://www.aminib.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

AMIN, 'Adnan Muhammad (a.k.a. AL RAWI, Adnan Mahmood; a.k.a. ALRAWI, Adnan Mahmoud; a.k.a. AL-RAWI, 'Adnan Muhammad Amin; a.k.a. AL-RAWI, Amin Muhammad; a.k.a. RAWI, Adnan Mahmood; a.k.a. "ALDEEN, Mohammed Amad Az"; a.k.a. "EMAD, Mohammad"; a.k.a. "EZALDEEN, Mohammed Emad"), Erbil, Iraq; Amman, Jordan; Sulaymaniyah, Iraq; Istanbul, Turkey; Adana, Turkey; Bazaz Abd, Syria; al-Rawah, Anbar, Iraq; DOB 07 Jan 1985; alt. DOB 28 Aug 1982; Gender Male; National ID No. 649474 (Iraq); Identification Number 00260818 (Iraq); alt. Identification Number 658032 (Jordan); alt. Identification Number 635464 (Jordan); alt. Identification Number 1251025 (Jordan); alt. Identification Number 1200701 (Jordan); alt. Identification Number 24906658031 (Jordan); alt. Identification Number 1465967 (Jordan); alt. Identification Number 1194396 (Jordan) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AMIN, Alireza (Arabic: علیرضا امین); DOB 1965; alt. DOB 1966; POB Darab, Iran; nationality Iran; Additional Sanctions Information - Subject

to Secondary Sanctions; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); National ID No. 6549531071 (Iran); Managing Director (individual) [IRAN-EO13846] (Linked To: ABADAN OIL REFINING COMPANY).

AMIN, Muhammad (a.k.a. AH HAQ, Dr. Amin; a.k.a. AL-HAQ, Amin; a.k.a. UL-HAQ, Dr. Amin); DOB 1960; POB Nangahar Province, Afghanistan (individual) [SDGT].

AMIN, Shahzad (a.k.a. AHMED, Shahzad), Lahore, Pakistan; DOB 14 Dec 1987; nationality Pakistan; Email Address shy4angels@gmail.com; alt. Email Address shahzadsmb@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. 3420204688179 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

AMINAH, Khalil Pareja (a.k.a. PAREJA, Dinno Amor Rosalejos; a.k.a. PAREJA, Dinno Rosalejos; a.k.a. PAREJA, Johnny; a.k.a. PAREJA, Kahlil; a.k.a. PAREJA, Khalil; a.k.a. ROSALEJOS-PAREJA, Dino Amor); Atimonan, Quezon Province, Philippines; DOB 19 Jul 1981; POB Cebu City, Cebu Province, Philippines; nationality Philippines (individual) [SDGT].

AMINE, Mohamed Abdalla (a.k.a. AL AMEEN, Mohamed Abdullah; a.k.a. AL AMIN, Mohammad; a.k.a. AL AMIN, Muhammad Abdallah; a.k.a. AL AMIN, Muhammed; a.k.a. AL-AMIN, Mohamad; a.k.a. ALAMIN, Mohamed; a.k.a. AL-AMIN, Muhammad 'Abdallah; a.k.a. EL AMINE, Muhammed), Yusif Mishkhas T: 3 Ibn Sina, Bayrut Marjayoun, Lebanon; Beirut, Lebanon; DOB 11 Jan 1975; POB El Mezraah, Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

AMINI, Hosein Hafez (a.k.a. AMINI, Hossein Hafez; a.k.a. AMINI, Huseyin Hafez; a.k.a. AMINI, Hussein Hafiz; a.k.a. HAFEMAZAMINI,

Huseyin; a.k.a. HAFEZAMINI, Huseyin), Turkey; DOB 23 Aug 1969; nationality Iran; alt. nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A3784761 (Iran) expires 11 Aug 2021; alt. Passport U12438217 (Turkey) expires 30 Mar 2026 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AMINI, Hossein Hafez (a.k.a. AMINI, Hosein Hafez; a.k.a. AMINI, Huseyin Hafez; a.k.a. AMINI, Hussein Hafiz; a.k.a. HAFEMAZAMINI, Huseyin; a.k.a. HAFEZAMINI, Huseyin), Turkey; DOB 23 Aug 1969; nationality Iran; alt. nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A3784761 (Iran) expires 11 Aug 2021; alt. Passport U12438217 (Turkey) expires 30 Mar 2026 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AMINI, Huseyin Hafez (a.k.a. AMINI, Hosein Hafez; a.k.a. AMINI, Hossein Hafez; a.k.a. AMINI, Hussein Hafiz; a.k.a. HAFEMAZAMINI, Huseyin; a.k.a. HAFEZAMINI, Huseyin), Turkey; DOB 23 Aug 1969; nationality Iran; alt. nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A3784761 (Iran) expires 11 Aug 2021; alt. Passport U12438217 (Turkey) expires 30 Mar 2026 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AMINI, Hussein Hafiz (a.k.a. AMINI, Hosein Hafez; a.k.a. AMINI, Hossein Hafez; a.k.a. AMINI, Huseyin Hafez; a.k.a. HAFEMAZAMINI, Huseyin; a.k.a. HAFEZAMINI, Huseyin), Turkey; DOB 23 Aug 1969; nationality Iran; alt. nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A3784761 (Iran) expires 11 Aug 2021; alt. Passport U12438217 (Turkey) expires 30 Mar 2026 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AMINI, Meghdad; DOB 05 Jun 1982; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U36089349 (Iran); National ID No. 0071070222 (Iran) (individual) [SDGT] [IRGC

[IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AMINIAN, Ali (a.k.a. HEMMATIAN, Ali (Arabic: علی همتيان); a.k.a. "Raouf"), Iran; DOB 1982; alt. DOB 1983; POB Damghan, Semnan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IRAN-HR].

AMINIB (a.k.a. AMIN INVESTMENT BANK; a.k.a. "AMIN IB"), No. 51 Ghobadiyan Street, Valiasr Street, Tehran 1968917173, Iran; Website http://www.aminib.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

AMINPUR, Sayyed Sai'd (a.k.a. MOUSAVI, Seyed Ahmad Shid; a.k.a. MUSAVI, Sayyed Sa'id; a.k.a. MUSAVIR, Sayyed Yaser), Iran; Iraq; DOB 23 Aug 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AMIR AL MO'MENIN INDUSTRIES (a.k.a. AMIR-AL-MO'MENIN COMPLEX; a.k.a. AMIROLMOMENIN FACTORIES; a.k.a. AMIROLMOMENIN INDUSTRIES), Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

AMIR KABIR PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی امیر کبیر); a.k.a. AMIR KABIR PETROCHEMICAL COMPANY PUBLIC JOINT STOCK), P.O. Box 1465835661, Tehran, Iran; Derya Blvd - South Sarafahay Street, Ahmad Nafisi East (23) Street, Block 21, Sa'adat Abad, Tehran 1465835661, Iran; No. 21, Saadat Abad Street, Darya South Srafhay, P.O. Box 1465835661, Tehran, Iran; Website www.akpc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 01 Feb 1998; National ID No. 10101807733 (Iran); Business Registration Number 137672 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

AMIR KABIR PETROCHEMICAL COMPANY PUBLIC JOINT STOCK (a.k.a. AMIR KABIR PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی امیر کبیر)), P.O. Box 1465835661, Tehran, Iran; Derya Blvd - South Sarafahay Street, Ahmad Nafisi East (23) Street, Block 21, Sa'adat Abad, Tehran 1465835661, Iran; No. 21, Saadat Abad Street, Darya South Srafhay, P.O. Box 1465835661, Tehran, Iran; Website www.apkc.ir; Additional Sanctions Information -

Subject to Secondary Sanctions; Organization Established Date 01 Feb 1998; National ID No. 10101807733 (Iran); Business Registration Number 137672 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

AMIR-AL-MO'MENIN COMPLEX (a.k.a. AMIR AL MO'MENIN INDUSTRIES; a.k.a. AMIROLMOMENIN FACTORIES; a.k.a. AMIROLMOMENIN INDUSTRIES), Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

AMIRCO ELECTRONICS (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

AMIRI, Mahdi (Arabic: مهدی امیری) (a.k.a. AMIRI, Mehdi), Iran; DOB 25 Mar 1983; POB Shiraz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10520995 (Iran) expires 29 Sep 2026; National ID No. 229-555835-2 (Iran); Birth Certificate Number 272 (Iran); Technical Director of the Cyberspace Affairs Deputy of the Prosecutor General's Office of Iran (individual) [IRAN-EO13846] (Linked To: COMMITTEE TO DETERMINE INSTANCES OF CRIMINAL CONTENT).

AMIRI, Mehdi (a.k.a. AMIRI, Mahdi (Arabic: مهدی امیری)), Iran; DOB 25 Mar 1983; POB Shiraz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G10520995 (Iran) expires 29 Sep 2026; National ID No. 229-555835-2 (Iran); Birth Certificate Number 272 (Iran); Technical Director of the Cyberspace Affairs Deputy of the Prosecutor General's Office of Iran (individual) [IRAN-EO13846] (Linked To: COMMITTEE TO DETERMINE INSTANCES OF CRIMINAL CONTENT).

AMIRI, Mohsin Raza (a.k.a. RAZA, Mohsin), Karachi, Pakistan; DOB 25 May 1986; nationality Pakistan; Email Address alimohsin228@gmail.com; alt. Email Address mohsinrazaamiri@gmail.com; alt. Email Address alimohsin228@yahoo.com; alt. Email Address amestypezx@yahoo.com; alt. Email Address mohsin@forwarderz.com; alt. Email Address great_guy1102002@yahoo.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. 4220198261523 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

AMIRIAN, Amir (a.k.a. AZADFAR, Mansur; a.k.a. EYRLO, Hassan; a.k.a. EYRLOU, Hassan; a.k.a. HASSAN, Abu; a.k.a. IRLOO, Hassan; a.k.a. IRLU, Hasan; a.k.a. IRLU, Hasan Azir), Sanaa, Yemen; DOB 11 Jun 1964; alt. DOB 1959; alt. DOB 1958; alt. DOB 1960; POB Rey, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0089886348 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AMIROLMOMENIN FACTORIES (a.k.a. AMIR AL MO'MENIN INDUSTRIES; a.k.a. AMIR-AL-MO'MENIN COMPLEX; a.k.a. AMIROLMOMENIN INDUSTRIES), Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

AMIROLMOMENIN INDUSTRIES (a.k.a. AMIR AL MO'MENIN INDUSTRIES; a.k.a. AMIR-AL-MO'MENIN COMPLEX; a.k.a.

AMIROLMOMENIN FACTORIES), Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

AMISI, Nkumba (a.k.a. KUMBA, Gabriel Amisi; a.k.a. "Tango Fort"; a.k.a. "Tango Four"); DOB 28 May 1964; nationality Congo, Democratic Republic of the; Gender Male; Major General; Commander of the First Defense Zone; Former Armed Forces of the Democratic Republic of the Congo land forces commander (individual) [DRCONGO].

AMJADIAN, Hossein (Arabic: حسین امجدیان), Tehran, Iran; DOB 26 Jul 1971; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport H33409785 (Iran) expires 29 Feb 2020 (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

AMKODOR OAO (a.k.a. OPEN JOINT STOCK COMPANY AMKODOR MANAGEMENT HOLDING COMPANY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO AMKODOR UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA), D. 8, kom. 201, Nezhiloe pomeshchenie, ul. P. Brovki, Minsk 220013, Belarus; Tax ID No. 100135676 (Belarus); Government Gazette Number 05762507 (Belarus) [BELARUS-EO14038].

AMMAR IBN YASIR BRIGADE (a.k.a. AL-HAMAD BRIGADE; a.k.a. AL-NUJABA TV; a.k.a. GOLAN LIBERATION BRIGADE; a.k.a. HARAKAT AL-NUJABA; a.k.a. HARAKAT HEZBOLLAH AL-NUJABA; a.k.a. IMAM AL-HASAN AL-MUJTABA BRIGADE; a.k.a. MOVEMENT OF THE NOBLE ONES HEZBOLLAH; a.k.a. THE MOVEMENT OF THE NOBLE ONES), Iraq; Syria [SDGT].

'AMMAR, Salmi Salama Salim Sulayman (a.k.a. "ASRA, Abu"; a.k.a. "YUSRI"); DOB 01 Jan 1979 to 31 Dec 1979 (individual) [SDGT] (Linked To: ISIS-SINAI PROVINCE).

AMMARI, Saifi (a.k.a. "ABDALARAK"; a.k.a. "ABDERREZAK LE PARA"; a.k.a. "ABDERREZAK ZAIMECHE"; a.k.a. "ABDUL RASAK AMMANE ABU HAIDRA"; a.k.a. "ABOU HAIDARA"; a.k.a. "EL OURASSI"; a.k.a. "EL PARA"); DOB 01 Jan 1968; POB Kef Rih, Algeria; nationality Algeria (individual) [SDGT].

AMMASH, Huda Salih Mahdi; DOB 1953; POB Baghdad, Iraq; nationality Iraq; member, Ba'th party regional command (individual) [IRAQ2].

AMMERSHAM COMMERCIAL VENTURES LIMITED, Victoria, Seychelles; PostFach 432, Klagenfurt, Austria; Certificate of Incorporation Number 006939 (Seychelles) [SDNTK].

AMMOSOV, Petr Revoldovich (Cyrillic: АММОСОВ, Петр Револьдович), Russia; DOB 22 Sep 1966; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AMMUNITION AND METALLURGY INDUSTRIES GROUP (a.k.a. AMIG; a.k.a. AMMUNITION AND METALLURGY INDUSTRY GROUP; a.k.a. AMMUNITION INDUSTRIES GROUP; a.k.a. SANAYE MOHEMATSAZI), P.O. Box 16765-1835, Pasdaran Street, Tehran, Iran; Department 145-42, P.O. Box 16765-128, Moghan Avenue, Pasdaran Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

AMMUNITION AND METALLURGY INDUSTRY GROUP (a.k.a. AMIG; a.k.a. AMMUNITION AND METALLURGY INDUSTRIES GROUP; a.k.a. AMMUNITION INDUSTRIES GROUP; a.k.a. SANAYE MOHEMATSAZI), P.O. Box 16765-1835, Pasdaran Street, Tehran, Iran; Department 145-42, P.O. Box 16765-128, Moghan Avenue, Pasdaran Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

AMMUNITION INDUSTRIES GROUP (a.k.a. AMIG; a.k.a. AMMUNITION AND METALLURGY INDUSTRIES GROUP; a.k.a. AMMUNITION AND METALLURGY INDUSTRY GROUP; a.k.a. SANAYE MOHEMATSAZI), P.O. Box 16765-1835, Pasdaran Street, Tehran, Iran; Department 145-42, P.O. Box 16765-128, Moghan Avenue, Pasdaran Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

AMN PARDAZESH KHARAZMI (a.k.a. ITSEC TEAM; a.k.a. "IT SECURITY & PENETRATION TESTING TEAM"; a.k.a. "POOYA DIGITAL SECURITY GROUP"), Unit 2, No. 129, Mir Ali Akbari St, Motahari Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CYBER2].

AMNAFZAR (a.k.a. AMNAFZAR CORPORATION; a.k.a. AMNAFZAR GOSTAR-E SHARIF; a.k.a. SHARIF SECUREWARE), 5th Floor, No. 35, Qasemi St, North Side of Sharif University, Azadi Avenue, Tehran, Iran; No. 131, Pardis Technology Park, Pardis, Iran; Unit 3, 2nd Floor, No. 1176, Between 52, 54 VakilAbadi Blvd, Mashhad, Iran; Shahid Beheshti Ave, Sahand St., No. 20, 3rd, Tehran 1587677518, Iran; Website http://www.amnafzar.com; Email Address info@amnafzar.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

AMNAFZAR CORPORATION (a.k.a. AMNAFZAR; a.k.a. AMNAFZAR GOSTAR-E SHARIF; a.k.a. SHARIF SECUREWARE), 5th Floor, No. 35, Qasemi St, North Side of Sharif University, Azadi Avenue, Tehran, Iran; No. 131, Pardis Technology Park, Pardis, Iran; Unit 3, 2nd Floor, No. 1176, Between 52, 54 VakilAbadi Blvd, Mashhad, Iran; Shahid Beheshti Ave, Sahand St., No. 20, 3rd, Tehran 1587677518, Iran; Website http://www.amnafzar.com; Email Address info@amnafzar.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

AMNAFZAR GOSTAR-E SHARIF (a.k.a. AMNAFZAR; a.k.a. AMNAFZAR CORPORATION; a.k.a. SHARIF SECUREWARE), 5th Floor, No. 35, Qasemi St, North Side of Sharif University, Azadi Avenue, Tehran, Iran; No. 131, Pardis Technology Park, Pardis, Iran; Unit 3, 2nd Floor, No. 1176, Between 52, 54 VakilAbadi Blvd, Mashhad, Iran; Shahid Beheshti Ave, Sahand St., No. 20, 3rd, Tehran 1587677518, Iran; Website http://www.amnafzar.com; Email Address info@amnafzar.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

AMNOKKANG DEVELOPMENT BANK (a.k.a. AMROGGANG DEVELOPMENT BANK), Tongan-dong, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

AMROGGANG DEVELOPMENT BANK (a.k.a. AMNOKKANG DEVELOPMENT BANK), Tongan-dong, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

AMS GROUP LLC (a.k.a. AMS GRUPP; a.k.a. ANALYTICAL MARKETING CHEMICAL GROUP), Pl. Konstitutsii D. 3, K. 2 Lit. A, Pom. 101N, Saint Petersburg 196247, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7810819993 (Russia); Registration Number 1117847091856 (Russia) [RUSSIA-EO14024].

AMS GRUPP (a.k.a. AMS GROUP LLC; a.k.a. ANALYTICAL MARKETING CHEMICAL GROUP), Pl. Konstitutsii D. 3, K. 2 Lit. A, Pom. 101N, Saint Petersburg 196247, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7810819993 (Russia); Registration Number 1117847091856 (Russia) [RUSSIA-EO14024].

AMS TEHNIKA LLC (a.k.a. LIMITED LIABILITY COMPANY AMS TEKHNIKA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АМС ТЕХНИКА)), d. 9 str. 25 etazh 2 pom. II, Komn. 44, ul. Godovikova, Moscow 129085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9717115403 (Russia); Registration Number 1227700325270 (Russia) [RUSSIA-EO14024].

AMSTERDAM TRADE BANK NV, Strawinskylaan 1939, Amsterdam 1077 XX, Netherlands; SWIFT/BIC ATBANL2A; Website www.amsterdamtradebank.com; Organization Established Date 1994; Registration Number 33260432 (Netherlands) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALFA-BANK).

AMTCHENTSEV, Vladlen, Singapore; DOB 25 Jan 1969; POB Klimovsk, Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214; Passport M00021291 (South Africa) issued 04 May 2010 expires 03 May 2020; National ID No. 6901256079081 (South Africa) (individual) [DPRK3] (Linked To: VELMUR MANAGEMENT PTE LTD).

AMT-SPECSAVIA (a.k.a. AMT-SPETSAVIA; a.k.a. AMT-SPETSAVIA GROUP; a.k.a. LLC SPETSAVIA (Cyrillic: ООО СПЕЦАВИА)), Building 8, Office 1, Novoyaroslavskaya Station, Yaroslavl, Yaroslavl Region 150023, Russia; Tax ID No. 7604289701 (Russia); Government Gazette Number 21740072 (Russia); Registration Number 1157627030406 (Russia) [RUSSIA-EO14024].

AMT-SPETSAVIA (a.k.a. AMT-SPECSAVIA; a.k.a. AMT-SPETSAVIA GROUP; a.k.a. LLC SPETSAVIA (Cyrillic: ООО СПЕЦАВИА)), Building 8, Office 1, Novoyaroslavskaya Station, Yaroslavl, Yaroslavl Region 150023, Russia; Tax ID No. 7604289701 (Russia); Government Gazette Number 21740072 (Russia); Registration Number 1157627030406 (Russia) [RUSSIA-EO14024].

AMT-SPETSAVIA GROUP (a.k.a. AMT-SPECSAVIA; a.k.a. AMT-SPETSAVIA; a.k.a. LLC SPETSAVIA (Cyrillic: ООО СПЕЦАВИА)), Building 8, Office 1, Novoyaroslavskaya Station, Yaroslavl, Yaroslavl Region 150023, Russia; Tax ID No. 7604289701 (Russia); Government Gazette Number 21740072 (Russia); Registration Number 1157627030406 (Russia) [RUSSIA-EO14024].

AMUR SHIPBUILDING PLANT (a.k.a. AMUR SHIPBUILDING PLANT PUBLIC COMPANY; a.k.a. JSC AMURSKY SUDOSTROITELNY ZAVOD (Cyrillic: ПАО АМУРСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. PJSC AMURSKY SUDOSTROITELNY FACTORY; a.k.a. PUBLIC JOINT STOCK COMPANY AMURSKY SHIPBUILDING PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO AMURSKIY SUDOSTROITELNYI ZAVOD; a.k.a. "PJSC ASZ"), 1 Alleya Truda St., Komsomolsk-On-Amur, Khabarovsk Region 681000, Russia; Organization Established Date 21 Dec 1992; Tax ID No. 2703000015 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

AMUR SHIPBUILDING PLANT PUBLIC COMPANY (a.k.a. AMUR SHIPBUILDING PLANT; a.k.a. JSC AMURSKY SUDOSTROITELNY ZAVOD (Cyrillic: ПАО

АМУРСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. PJSC AMURSKY SUDOSTROITELNY FACTORY; a.k.a. PUBLIC JOINT STOCK COMPANY AMURSKY SHIPBUILDING PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO AMURSKIY SUDOSTROITELNYI ZAVOD; a.k.a. "PJSC ASZ"), 1 Alleya Truda St., Komsomolsk-On-Amur, Khabarovsk Region 681000, Russia; Organization Established Date 21 Dec 1992; Tax ID No. 2703000015 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

AMVAJ NILGOUN BUSHEHR CO., 7th Unit, Ofogh Building, Baskoul Ghadim Alley, Dehghan St., Bushehr, Iran; Unit 4, Number 53, Boostan 5, Pasdaran Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Company Number 10980066290 (Iran) [NPWMD] [IFSR] (Linked To: PARDAZAN SYSTEM NAMAD ARMAN).

ANALITICHESKI TSENTR KATEKHON OOO (a.k.a. ANALITICHESKII TSENTR KATEKHON; a.k.a. KATEHON), ul. Gorbunova d. 2, str. 3, e 9 pom II of 89, Moscow 121596, Russia; Organization Established Date 11 Feb 2016; Organization Type: Management consultancy activities; Tax ID No. 9710007769 (Russia); Registration Number 1167746154432 (Russia) [RUSSIA-EO14024] (Linked To: TSARGRAD OOO).

ANALITICHESKII TSENTR KATEKHON (a.k.a. ANALITICHESKI TSENTR KATEKHON OOO; a.k.a. KATEHON), ul. Gorbunova d. 2, str. 3, e 9 pom II of 89, Moscow 121596, Russia; Organization Established Date 11 Feb 2016; Organization Type: Management consultancy activities; Tax ID No. 9710007769 (Russia); Registration Number 1167746154432 (Russia) [RUSSIA-EO14024] (Linked To: TSARGRAD OOO).

ANALYTICAL MARKETING CHEMICAL GROUP (a.k.a. AMS GROUP LLC; a.k.a. AMS GRUPP), Pl. Konstitutsii D. 3, K. 2 Lit. A, Pom. 101N, Saint Petersburg 196247, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7810819993 (Russia); Registration Number 1117847091856 (Russia) [RUSSIA-EO14024].

ANANCHENKO, Aleksandr Evgenevich (a.k.a. ANANCHENKO, Aleksandr Evgenyevich (Cyrillic: АНАНЧЕНКО, Александр Евгеньевич); a.k.a. ANANCHENKO, Oleksandr Yevhenovych (Cyrillic: АНАНЧЕНКО, Олександр Євгенович)), Donetsk, Ukraine; DOB 02 Feb 1966; alt. DOB 1967; POB Selydove, Donetsk Oblast, Ukraine; nationality Ukraine; Gender Male (individual) [RUSSIA-EO14065].

ANANCHENKO, Aleksandr Evgenyevich (Cyrillic: АНАНЧЕНКО, Александр Евгеньевич) (a.k.a. ANANCHENKO, Aleksandr Evgenevich; a.k.a. ANANCHENKO, Oleksandr Yevhenovych (Cyrillic: АНАНЧЕНКО, Олександр Євгенович)), Donetsk, Ukraine; DOB 02 Feb 1966; alt. DOB 1967; POB Selydove, Donetsk Oblast, Ukraine; nationality Ukraine; Gender Male (individual) [RUSSIA-EO14065].

ANANCHENKO, Oleksandr Yevhenovych (Cyrillic: АНАНЧЕНКО, Олександр Євгенович) (a.k.a. ANANCHENKO, Aleksandr Evgenevich; a.k.a. ANANCHENKO, Aleksandr Evgenyevich (Cyrillic: АНАНЧЕНКО, Александр Евгеньевич)), Donetsk, Ukraine; DOB 02 Feb 1966; alt. DOB 1967; POB Selydove, Donetsk Oblast, Ukraine; nationality Ukraine; Gender Male (individual) [RUSSIA-EO14065].

ANANSKIKH, Igor Aleksandrovich (Cyrillic: АНАНСКИХ, Игорь Александрович), Russia; DOB 06 Sep 1966; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ANATOLIAN ULUSLARARASI ENERJI YATIRIM ANONIM SIRKETI, Istinye Mah. Bostan Sok. No: 12 Sariyer, Turkey; Resitpasa Mah. Denizbank Ust Sitesi Yol Sok. No. 29, Sariyer, Istanbul 34467, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Feb 2011; Istanbul Chamber of Comm. No. 765327 (Turkey); Registration Number 764662-0 (Turkey); Central Registration System Number 0068-0805-2410-0026 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

ANATOLYEVICH, Vorobyov Stanislav (a.k.a. VOROBEV, Stanislav; a.k.a. VOROBYEV, Stanislav Anatolyevich; a.k.a. VOROBYOV, Stanislav), VO 27 Liniya (P/YA) 8 17, Saint Petersburg, Russia; G.Sankt-Peterburg Petrogradskiy R-N Bolshoy P.S. PR. d. 106 kv. 5, Saint Petersburg, Russia; DOB 02 Jun 1960; nationality Russia; Gender Male; Passport

IVG678677 (Russia) (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

ANAYA MARTINEZ, Cesar Daniel (a.k.a. "TIERRA"); DOB 30 Apr 1981; POB Tierralta, Cordoba, Colombia; citizen Colombia; Cedula No. 78768807 (Colombia) (individual) [SDNTK].

ANBARAN, Armin Ghorsi (Arabic: آرمین قرصی عنبران) (a.k.a. ANBARAN, Armin Ghorssi), Tehran, Iran; DOB 21 Sep 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0065911601 (Iran) (individual) [NPWMD] [IFSR] (Linked To: FANAVARAN SANAT ERTEBATAT COMPANY).

ANBARAN, Armin Ghorssi (a.k.a. ANBARAN, Armin Ghorsi (Arabic: آرمین قرصی عنبران)), Tehran, Iran; DOB 21 Sep 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0065911601 (Iran) (individual) [NPWMD] [IFSR] (Linked To: FANAVARAN SANAT ERTEBATAT COMPANY).

ANCAR DINE (a.k.a. ANSAR AL-DIN; a.k.a. ANSAR AL-DINE; a.k.a. ANSAR DINE; a.k.a. ANSAR EDDINE; a.k.a. ANSAR UL-DINE; a.k.a. DEFENDERS OF THE FAITH), Region: Northern Mali [FTO] [SDGT].

ANCIENT HERITAGE AD (Cyrillic: АНТИЧНО НАСЛЕДСТВО - АД), 105, Tsarigradsko shose str., Slatina Distr., Sofia, Stolichna 1113, Bulgaria; Organization Established Date 2011; V.A.T. Number BG 201673717 (Bulgaria) [GLOMAG] (Linked To: THRACE FOUNDATION).

ANDA CO. (a.k.a. ANDA COMPANY; a.k.a. ANDA LTD.), Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

ANDA COMPANY (a.k.a. ANDA CO.; a.k.a. ANDA LTD.), Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

ANDA GAYRIMENKUL (f.k.a. ANDA REAL ESTATE AND CONSTRUCTION INDUSTRY TRADE LIMITED COMPANY; f.k.a. ANDA TURK; f.k.a. ANDA-TURK; f.k.a. ANDA-TURK CO.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI A.S.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI ANONIM SIRKETI; a.k.a. TREND GYO; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP, JOINT STOCK COMPANY), Gursel Neighborhood, Imrahor Street, Kagithane Polat Office Building, No. 23, A Block, 4th Floor, Kagithane, Istanbul 34400, Turkey; Polat Ofis, Kat 4, 23 / A, Imrahor Caddesi, Gursel Mahallesi, Kagithane, Istanbul 34400, Turkey; Website www.trendgyo.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ISIN TRETGYO00023; Tax ID No. Sisli TA/0690472808 (Turkey); Registration Number 599791 (Turkey); Central Registration System Number 69047680800020 (Turkey) [SDGT] (Linked To: HAMAS).

ANDA LTD. (a.k.a. ANDA CO.; a.k.a. ANDA COMPANY), Saudi Arabia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: HAMAS).

ANDA REAL ESTATE AND CONSTRUCTION INDUSTRY TRADE LIMITED COMPANY (f.k.a. ANDA GAYRIMENKUL; f.k.a. ANDA TURK; f.k.a. ANDA-TURK; f.k.a. ANDA-TURK CO.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI A.S.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI ANONIM SIRKETI; a.k.a. TREND GYO; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP, JOINT STOCK COMPANY), Gursel Neighborhood, Imrahor Street, Kagithane Polat Office Building, No. 23, A Block, 4th Floor, Kagithane, Istanbul 34400, Turkey; Polat Ofis, Kat 4, 23 / A, Imrahor Caddesi, Gursel Mahallesi, Kagithane, Istanbul 34400, Turkey; Website www.trendgyo.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ISIN TRETGYO00023; Tax ID No. Sisli TA/0690472808 (Turkey); Registration Number 599791 (Turkey); Central Registration System Number 69047680800020 (Turkey) [SDGT] (Linked To: HAMAS).

ANDA TURK (f.k.a. ANDA GAYRIMENKUL; f.k.a. ANDA REAL ESTATE AND CONSTRUCTION INDUSTRY TRADE LIMITED COMPANY; f.k.a. ANDA-TURK; f.k.a. ANDA-TURK CO.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI A.S.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI ANONIM SIRKETI; a.k.a. TREND GYO; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP, JOINT STOCK COMPANY), Gursel Neighborhood, Imrahor Street, Kagithane Polat Office Building, No. 23, A Block, 4th Floor,

Kagithane, Istanbul 34400, Turkey; Polat Ofis, Kat 4, 23 / A, Imrahor Caddesi, Gursel Mahallesi, Kagithane, Istanbul 34400, Turkey; Website www.trendgyo.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ISIN TRETGYO00023; Tax ID No. Sisli TA/0690472808 (Turkey); Registration Number 599791 (Turkey); Central Registration System Number 69047680800020 (Turkey) [SDGT] (Linked To: HAMAS).

ANDAMIOS DALMINE DE MEXICO, S.A., J.J. Rousseau #14, Colonia Anzures, Distrito Federal C.P. 11590, Mexico; Calzada Aeropuerto #7258, Colonia Bachigualato, Culiacan, Sinaloa, Mexico; Tuberosa #215, Colonia San Carlos, Guadalajara, Jalisco, Mexico; Avenida Guerrero #3298 Norte, Colonia Del Norte, Monterrey, Nuevo Leon, Mexico; Avenida 20 de Noviembre #12621, Colonia 20 de Noviembre, Tijuana, Baja California Norte, Mexico; Bugambilia #6313, Colonia Bugambilias, Puebla, Puebla, Mexico; Boulevard Luis Donaldo, Colosio Kilometer 10 Lote 44, Colonia Alfredo V. Bonfil, Cancun, Quintana Roo, Mexico; Calle 20 de Noviembre #8, Colonia Tezontepec, Cuernavaca, Morelos, Mexico; Avenida La Paz #3308, Colonia Santa Rosa, Los Cabos, Baja California Sur, Mexico; Carretera Internacional al Norte Kilometer 15, Bodega 309, El Venadillo, Mazatlan, Sinaloa, Mexico; Poniente 134 #769, Colonia Industrial Vallejo, Distrito Federal, Mexico; Constituyentes de 1975, #4770, Colonia Puesta del Sol, La Paz, Baja California Sur, Mexico; Roberto Barrios #2, Colonia Casa Blanca, Queretaro, Queretaro, Mexico; Cardenal #106, Colonia Los Sauces, Puerto Vallarta, Jalisco, Mexico; RFC ADM821230NBO (Mexico) [SDNTK].

ANDARIEL, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

ANDA-TURK (f.k.a. ANDA GAYRIMENKUL; f.k.a. ANDA REAL ESTATE AND CONSTRUCTION INDUSTRY TRADE LIMITED COMPANY; f.k.a. ANDA TURK; f.k.a. ANDA-TURK CO.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI A.S.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI ANONIM SIRKETI; a.k.a. TREND GYO; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP; a.k.a. TREND

OFFICE OF FOREIGN ASSETS CONTROL

REAL ESTATE INVESTMENT PARTNERSHIP, JOINT STOCK COMPANY), Gursel Neighborhood, Imrahor Street, Kagithane Polat Office Building, No. 23, A Block, 4th Floor, Kagithane, Istanbul 34400, Turkey; Polat Ofis, Kat 4, 23 / A, Imrahor Caddesi, Gursel Mahallesi, Kagithane, Istanbul 34400, Turkey; Website www.trendgyo.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ISIN TRETGYO00023; Tax ID No. Sisli TA/0690472808 (Turkey); Registration Number 599791 (Turkey); Central Registration System Number 69047680800020 (Turkey) [SDGT] (Linked To: HAMAS).

ANDA-TURK CO. (f.k.a. ANDA GAYRIMENKUL; f.k.a. ANDA REAL ESTATE AND CONSTRUCTION INDUSTRY TRADE LIMITED COMPANY; f.k.a. ANDA TURK; f.k.a. ANDA-TURK; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI A.S.; a.k.a. TREND GAYRIMENKUL YATIRIM ORTAKLIGI ANONIM SIRKETI; a.k.a. TREND GYO; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP; a.k.a. TREND REAL ESTATE INVESTMENT PARTNERSHIP, JOINT STOCK COMPANY), Gursel Neighborhood, Imrahor Street, Kagithane Polat Office Building, No. 23, A Block, 4th Floor, Kagithane, Istanbul 34400, Turkey; Polat Ofis, Kat 4, 23 / A, Imrahor Caddesi, Gursel Mahallesi, Kagithane, Istanbul 34400, Turkey; Website www.trendgyo.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; ISIN TRETGYO00023; Tax ID No. Sisli TA/0690472808 (Turkey); Registration Number 599791 (Turkey); Central Registration System Number 69047680800020 (Turkey) [SDGT] (Linked To: HAMAS).

ANDISHEH MEHVARAN INVESTMENT COMPANY, No. 13, 8th Street, Ghaem Magham Farahani Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: IRAN ZINC MINES DEVELOPMENT COMPANY).

ANDISHEH VESAL MIDDLE EAST COMPANY, No. 3, Unit 6, Daroos Building, Qanat Crossroad, Dolat St, Pasdaran Ave., Tehran, Iran [TCO] (Linked To: AJILY SOFTWARE PROCUREMENT GROUP).

ANDISHEH ZOLAL, 42 Niam Street, Shariati Avenue, P.O. Box 15875-4159, Tehran 19481, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ANDRADE PARRA, Alfredo, Ciudad Acuna, Coahuila, Mexico; DOB 30 Dec 1973; POB Ciudad Acuna, Coahuila, Mexico; alt. POB Coahuila, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. AAPA731230HCLNRL07 (Mexico) (individual) [SDNTK].

ANDRE, Johnson (Latin: ANDRÉ, Johnson) (a.k.a. "IZO"; a.k.a. "IZO 5 SECONDS"; a.k.a. "IZO 5 SEGONN"; a.k.a. "IZO VILAJ DE DYE"), Village de Dieu, Martissant, Port-au-Prince, Haiti; DOB 1997; POB Haiti; nationality Haiti; citizen Haiti; Gender Male (individual) [GLOMAG].

ANDRE, Karume (a.k.a. KALUME, Andre; a.k.a. KARUME, Andrew; a.k.a. NZABAMWITA, Lucien; a.k.a. NZABANITA, Lucien); DOB 15 Sep 1966; POB Kinyami, Byumba Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO].

ANDRE, Miyal (a.k.a. MAYALA, Adib; a.k.a. MAYALEH, Adib; a.k.a. MAYARD, Andre); DOB 1955; POB Daraa, Syria; Governor of Central Bank of Syria (individual) [SYRIA].

ANDREA MARTINA LIMITED, 22 Mensija Road, San Gwann SGN 1608, Malta; D-U-N-S Number 52-024-7549; Tax ID No. 18589029 (Malta); Trade License No. C 41309 (Malta); Company Number 5886249 (Malta) [LIBYA3] (Linked To: DEBONO, Darren).

ANDREEV, Pavel Viktorovich (Cyrillic: АНДРЕЕВ, Павел Викторович), Moscow, Russia; DOB 06 Feb 1980; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

ANDRESOV, Yuriy Nikolaevich (Cyrillic: АНДРЕСОВ, Юрий Николаевич), Russia; DOB 1969; POB Bashkortostan, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

ANDREYEV, Anton Nikolaeyvich (Cyrillic: АНДРЕЕВ, Антон Николаевич), 9 3 Bloshevikov Prospect Apt 35, Saint Petersburg, Russia; DOB 03 Mar 1985; POB Saint Petersburg, Russia; nationality Russia; Email Address antonandreyv@gmail.com; Gender Male; Digital Currency Address - XBT 1Fz29BQp82pE3vXXcsZoMNQ3KSHfMzfMe3; alt. Digital Currency Address - XBT 1AeSq93WDNdLoEJ92sex7T8xQZoYYm8BtS; alt. Digital Currency Address - XBT 1AoxtfiBQ22DvbhqAN9Ctb8sULMRhrdwTr; alt. Digital Currency Address - XBT 18Qj1THHuETfYhuRDZycXJbWwDMGw73Poa; alt. Digital Currency Address - XBT 1MnbhWe5wr7Ut45ReyQsm96PwnM9jD7KaH;

alt. Digital Currency Address - XBT 1DYFJ6CuBvrxyoQSuBzVsNcetY9tvdsrag; alt. Digital Currency Address - XBT 15Pt4NwZaUmMUwS2bQbyyncc7mzgWShtv8; alt. Digital Currency Address - XBT 1PhqQpaGCrqSxQ6QDXcv14QCd1U98Zp34E; alt. Digital Currency Address - XBT 13YBQr2Cp1YY3xqq2qngaPb7ca1o4ugeq6; alt. Digital Currency Address - XBT 1KgudqxMfYaGzqAA7MS4DcsqejtMteqhix; alt. Digital Currency Address - XBT 1FRyL9gmFGbzfYDAB4iY9836DJe3KSnjP9; alt. Digital Currency Address - XBT 1DbShx4r8i2XesthoDBf5EkYWz5dsKEusV; Digital Currency Address - ETH 0x8576acc5c05d6ce88f4e49bf65bdf0c62f91353c; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Phone Number 79315403678; Digital Currency Address - LTC LWnbjLYUfqeokfbWM4FcU7uk2FP2DSxuWS; alt. Digital Currency Address - LTC LaYUy1DGfVSuSF5KbPhbLrm8kRotqiwUJn; Digital Currency Address - ZEC t1WSKwCDL1QYRRUrCCknEs5tDLhtGVYu9KM; Digital Currency Address - BSV 12sjrrhoFEsedNRhtgwvvRqjFTh8fZTDX9; Passport 4005504207 (Russia) (individual) [CYBER2] [ELECTION-EO13848].

ANDRIANOPOULOS, Marianne Alexandros (a.k.a. HOAYEK, Marianne (Arabic: ‫ماريان حويك‬); a.k.a. HOUWAYEK, Marianne Hamid; a.k.a. HOYEK, Marianne Hamid Gebrayel), Beirut, Lebanon; DOB 14 May 1980; POB Faytroun, Lebanon; nationality Lebanon; Gender Female; Passport RL3598301 (Lebanon) expires 11 Feb 2021; alt. Passport LR1934306 (Lebanon) expires 11 Nov 2030; National ID No. 000040732326 (Lebanon) (individual) [LEBANON].

ANDRIANOV, Nikolay Valentinovich (Cyrillic: АНДРИАНОВ, Николай Валентинович), Russia; DOB 18 Oct 1959; POB Moscow Region, Russia; nationality Russia; Gender Male; Passport 200227418 (Russia) (individual) [RUSSIA-EO14024].

ANDRIC, Goran, Serbia; DOB 21 Apr 1965; nationality Serbia; alt. nationality Bosnia and Herzegovina; citizen Serbia; alt. citizen United Kingdom; Gender Male (individual) [GLOMAG] (Linked To: TESIC, Slobodan).

ANDRIY PORTNOV FUND (Cyrillic: ФОНД АНДРІЯ ПОРТНОВА) (a.k.a. CHARITABLE ORGANIZATION ANDRIY PORTNOV FUND (Cyrillic: БЛАГОДІЙНА ОРГАНІЗАЦІЯ ФОНД

АНДРІЯ ПОРТНОВА)), Yevhena Konoval'tsya Street, Building 36-B, Apartment 50, Kyiv 01133, Ukraine (Cyrillic: ВУЛИЦЯ ЄВГЕНА КОНОВАЛЬЦЯ, будинок 36-B, квартира 50, Київ 01133, Ukraine); Target Type Charity or Nonprofit Organization; Company Number 43465723 (Ukraine) [GLOMAG] (Linked To: PORTNOV, Andriy Volodymyrovych).

ANEI, Paul Malong Awan (a.k.a. AWAN, Paul Malong; a.k.a. MALONG, Bol; a.k.a. MALONG, Paul; a.k.a. MALONG, Paul Awan), Warawar, Aweil County, Northern Bahr el-Ghazal, South Sudan; Juba, South Sudan; Kampala, Uganda; Addis Ababa, Ethiopia; P.O. Box 73699, Nairobi 00200, Kenya; DOB 02 Jan 1962; alt. DOB 04 Dec 1960; alt. DOB 12 Apr 1960; alt. DOB 30 Jan 1960; POB Malualkon, Sudan; alt. POB Malualkon, South Sudan; alt. POB Warawar, Sudan; alt. POB Warawar, South Sudan; nationality South Sudan; alt. nationality Uganda; Gender Male; Passport S00004370 (South Sudan); alt. Passport D00001369 (South Sudan); alt. Passport 003606 (Sudan); alt. Passport 00606 (Sudan); alt. Passport B002606 (Sudan); Former Sudan People's Liberation Army Chief of General Staff (individual) [SOUTH SUDAN].

ANFASAR ENTERPRISES S PTE LTD (a.k.a. ANFASAR TRADING S PTE. LTD.; f.k.a. SWANSEAS SHIPPING S PTE. LTD.), 60 Paya Lebar Road, #09-36, Paya Lebar Square, 409051, Singapore; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 14 Sep 1993; Company Number 199306026D (Singapore) [DPRK4] (Linked To: KWEK, Kee Seng).

ANFASAR TRADING S PTE. LTD. (f.k.a. ANFASAR ENTERPRISES S PTE LTD; f.k.a. SWANSEAS SHIPPING S PTE. LTD.), 60 Paya Lebar Road, #09-36, Paya Lebar Square, 409051, Singapore; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 14 Sep 1993; Company Number 199306026D (Singapore) [DPRK4] (Linked To: KWEK, Kee Seng).

ANGLO-CARIBBEAN CO., LTD. (a.k.a. AVIA IMPORT), Ibex House, The Minories, London EC3N 1DY, United Kingdom [CUBA].

ANGSTREM JSC (a.k.a. JOINT STOCK COMPANY ANGSTREM), 2str3 Shokina Square, Zelenograd, Moscow 124498, Russia; Organization Established Date 23 Jun 1993; Tax ID No. 7735010706 (Russia); Registration Number 1027700140930 (Russia) [RUSSIA-EO14024].

ANHUI LAND GROUP CO., LIMITED, Shop T18, 3/F, Cathay Pacific 88 Malls, No. 125, Wanchai Road, Wanchai, Hong Kong; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 1774300 (Hong Kong) [NPWMD] [IFSR].

ANICHIN, Aleksey Vasilyevich (a.k.a. ANICHIN, Alexei Vasilievich); DOB 01 Dec 1949; POB Sevastopol, Ukraine (individual) [MAGNIT].

ANICHIN, Alexei Vasilievich (a.k.a. ANICHIN, Aleksey Vasilyevich); DOB 01 Dec 1949; POB Sevastopol, Ukraine (individual) [MAGNIT].

ANIKEEV, Grigory Viktorovich (Cyrillic: АНИКЕЕВ, Григорий Викторович), Russia; DOB 28 Feb 1972; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ANIKEYEV, Andrey Anatolyevich (Cyrillic: АНИКЕЕВ, Андрей Анатольевич), Russia; DOB 16 Dec 1961; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ANIS, Ibrahim Shaikh Mohd (a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. DILIP, Aziz; a.k.a. EBRAHIM, Dawood; a.k.a. HASAN, Shaikh Daud; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SABRI, Dawood; a.k.a. SAHEB, Amir; a.k.a. SETH, Iqbal), 617 CP Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen

Pakistan; alt. citizen United Arab Emirates; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

ANIS, Samih, Syria; DOB 19 Jul 1957; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ANIS, Zafar (a.k.a. HUSSAIN, Zafar Anis Ishteyaq), United Arab Emirates; nationality India; Additional Sanctions Information - Subject to Secondary Sanctions; Residency Number 784-1973-1617539-3 (United Arab Emirates) (individual) [SDGT] (Linked To: FOURTEEN STAR SHIPPING MANAGEMENT).

ANISOPRINT RUS LLC (a.k.a. ANIZOPRINT RUS), Pr-D Sosnovyi D. 8, Kv. 55, Krasnyi Bor 150518, Russia; Tax ID No. 7627051977 (Russia); Registration Number 1197627007588 (Russia) [RUSSIA-EO14024].

ANIZOPRINT RUS (a.k.a. ANISOPRINT RUS LLC), Pr-D Sosnovyi D. 8, Kv. 55, Krasnyi Bor 150518, Russia; Tax ID No. 7627051977 (Russia); Registration Number 1197627007588 (Russia) [RUSSIA-EO14024].

ANKA ENERJI URETIM SANAYI VE TICARET ANONIM SIRKETI (a.k.a. ANKA ENERJI URETIM SANAYI VE TICARET LTD STI; f.k.a. TASFIYE HALINDE ANKA ENERJI URETIM SANAYI VE TICARET LIMITED SIRKETI), Resitpasa Mah. Denizbank Ust Sitesi Yol Sok. No. 29 Sariyer, 34467, Turkey; Instinye Mah, Bostan Sok. No. 12 Sariyer, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Jun 2006; Istanbul Chamber of Comm. No. 593158 (Turkey); Registration Number 593158-0 (Turkey); Central Registration System Number 0069-0405-7030-0026 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

ANKA ENERJI URETIM SANAYI VE TICARET LTD STI (a.k.a. ANKA ENERJI URETIM SANAYI VE TICARET ANONIM SIRKETI; f.k.a. TASFIYE HALINDE ANKA ENERJI URETIM

SANAYI VE TICARET LIMITED SIRKETI), Resitpasa Mah. Denizbank Ust Sitesi Yol Sok. No. 29 Sariyer, 34467, Turkey; Instinye Mah, Bostan Sok. No. 12 Sariyer, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 23 Jun 2006; Istanbul Chamber of Comm. No. 593158 (Turkey); Registration Number 593158-0 (Turkey); Central Registration System Number 0069-0405-7030-0026 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

ANKA PORT IC VE DIS TICARET INSAAT LOJISTIK SANAYI LIMITED SIRKETI, Mahmutbey Tasocagi Yolu No: 19/34, Istanbul, Turkey; Website www.ankaport-tr.com; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Private Company [NPWMD] [IFSR] (Linked To: PISHGAM ELECTRONIC SAFEH COMPANY).

ANNINSKII ELEVATOR OOO, Ul. Engelsa D.1, Anna 396254, Russia; Organization Established Date 06 Dec 2006; Organization Type: Post-harvest crop activities; Tax ID No. 3016051334 (Russia); Registration Number 1063016048083 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

ANO INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT (Cyrillic: АНО МЕЖДУНАРОДНОЕ АГЕНТСТВО СУВЕРЕННОГО РАЗВИТИЯ) (a.k.a. AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ПО ИЗУЧЕНИЮ И РАЗВИТИЮ МЕЖДУНАРОДНОГО СОТРУДНИЧЕСТВА В ЭКОНОМИЧЕСКОЙ СФЕРЕ МЕЖДУНАРОДНОЕ АГЕНТСТВО СУВЕРЕННОГО РАЗВИТИЯ); a.k.a. INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT RBK), Prospekt Mira, dom 19, stroeniye 1, E/Pom/K/Of 1/I/6/17U, Moscow 129090, Russia; Organization Established Date 14 May 2020; Tax ID No. 9702016897 (Russia); Registration Number 120770165727 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Konstantin).

ANO PO KSI (a.k.a. AUTONOMOUS NONCOMMERCIAL ORGANIZATION PROFESSIONAL ASSOCIATION OF DESIGNERS OF DATA PROCESSING SYSTEMS), Prospekt Mira D 68, Str 1A, Moscow 129110, Russia; Dom 3, Lazurnaya Ulitsa, Solnechnogorskiy Raion, Andreyevka, Moscow Region 141551, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Registration ID 1027739734098 (Russia); Tax ID No. 7702285945 (Russia) [CYBER2].

ANOKHIN, Vasiliy Nikolaevich (Cyrillic: АНОХИН, Василий Николаевич) (a.k.a. ANOKHIN, Vasily Nikolayevich), Smolensk Region, Russia; DOB 24 May 1983; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 502009476264 (Russia) (individual) [RUSSIA-EO14024].

ANOKHIN, Vasily Nikolayevich (a.k.a. ANOKHIN, Vasiliy Nikolaevich (Cyrillic: АНОХИН, Василий Николаевич)), Smolensk Region, Russia; DOB 24 May 1983; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 502009476264 (Russia) (individual) [RUSSIA-EO14024].

ANOSOV, Viktor Yurevich (a.k.a. ANOSOV, Viktor Yuriyovich (Cyrillic: АНОСОВ, Віктор Юрійович); a.k.a. ANOSOV, Viktor Yuryevich (Cyrillic: АНОСОВ, Виктор Юрьевич)), Russia; DOB 31 Oct 1965; nationality Russia; alt. nationality Ukraine; Gender Male (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

ANOSOV, Viktor Yuriyovich (Cyrillic: АНОСОВ, Віктор Юрійович) (a.k.a. ANOSOV, Viktor Yurevich; a.k.a. ANOSOV, Viktor Yuryevich (Cyrillic: АНОСОВ, Виктор Юрьевич)), Russia; DOB 31 Oct 1965; nationality Russia; alt. nationality Ukraine; Gender Male (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

ANOSOV, Viktor Yuryevich (Cyrillic: АНОСОВ, Виктор Юрьевич) (a.k.a. ANOSOV, Viktor Yurevich; a.k.a. ANOSOV, Viktor Yuriyovich (Cyrillic: АНОСОВ, Віктор Юрійович)), Russia; DOB 31 Oct 1965; nationality Russia; alt. nationality Ukraine; Gender Male (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

ANSAAR KALIMAT ALLAH (a.k.a. AHL AL-SUNNA WA AL-JAMAA; a.k.a. AL-SHABAAB IN MOZAMBIQUE; a.k.a. ANSAR AL-SUNNA; a.k.a. ISLAMIC STATE - MOZAMBIQUE; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. "ADHERENTS TO THE TRADITIONS AND THE COMMUNITY"; a.k.a. "HELPERS OF TRADITION"; a.k.a. "ISIS-MOZAMBIQUE"; a.k.a. "SUPPORTERS OF THE WORD OF ALLAH", Cabo Delgado Province, Mozambique; Tanzania [FTO] [SDGT].

ANSAR AL SHARIAH (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia [FTO] [SDGT].

ANSAR AL-DIN (a.k.a. ANCAR DINE; a.k.a. ANSAR AL-DINE; a.k.a. ANSAR DINE; a.k.a. ANSAR EDDINE; a.k.a. ANSAR UL-DINE; a.k.a. DEFENDERS OF THE FAITH), Region: Northern Mali [FTO] [SDGT].

ANSAR AL-DINE (a.k.a. ANCAR DINE; a.k.a. ANSAR AL-DIN; a.k.a. ANSAR DINE; a.k.a. ANSAR EDDINE; a.k.a. ANSAR UL-DINE; a.k.a. DEFENDERS OF THE FAITH), Region: Northern Mali [FTO] [SDGT].

ANSAR AL-ISLAM (a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq [FTO] [SDGT].

ANSAR AL-ISLAM (a.k.a. ANSAR UL ISLAM OF MALAM BOUREIMA DICKO; a.k.a. ANSAROUR ISLAM; a.k.a. ANSARUL ISLAM; a.k.a. ANSAR-UL-ISLAM LIL-ICHAD WAL JIHAD; a.k.a. DEFENDERS OF ISLAM; a.k.a.

"IRSAD"), Douna, Mali; Soum Province, Burkina Faso; Burkina Faso; Selba, Mali [SDGT].

ANSAR ALLAH (a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [FTO] [SDGT] [SYRIA].

ANSAR ALLAH (a.k.a. ANSARALLAH; a.k.a. ANSARULLAH; a.k.a. "HOUTHI GROUP"; a.k.a. "PARTISANS OF GOD"; a.k.a. "SUPPORTERS OF GOD"), Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ANSAR AL-MUJAHIDIN MOVEMENT (a.k.a. AL MUJAHIDEEN BRIGADES; a.k.a. AL-MUJAHIDIN BRIGADES; a.k.a. HOLY WARRIORS BATTALION; a.k.a. KHATIB AL-MUJAHIDIN), West Bank, Palestinian; Gaza Strip, Palestinian; Cairo, Egypt [SDGT].

ANSAR AL-SHARIA (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF

ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia [FTO] [SDGT].

ANSAR AL-SHARIA (a.k.a. AL-RAYA ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. ANSAR AL-SHARI'A BRIGADE; a.k.a. ANSAR AL-SHARI'A IN BENGHAZI; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. ANSAR AL-SHARIAH; a.k.a. ANSAR AL-SHARIAH BRIGADE; a.k.a. ANSAR AL-SHARIAH-BENGHAZI; a.k.a. KATIBAT ANSAR AL-SHARIA IN BENGHAZI; a.k.a. SOLDIERS OF THE SHARIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Benghazi, Libya [FTO] [SDGT].

ANSAR AL-SHARIA (a.k.a. ANSAR AL-SHARIA BRIGADE IN DARNAH; a.k.a. ANSAR AL-SHARI'A IN DARNAH; a.k.a. ANSAR AL-SHARIA IN DERNA; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Darnah, Libya [FTO] [SDGT].

ANSAR AL-SHARIA (a.k.a. AL-QAYRAWAN MEDIA FOUNDATION; a.k.a. ANSAR AL-SHARI'A IN TUNISIA; a.k.a. ANSAR AL-SHARIA IN TUNISIA; a.k.a. ANSAR AL-SHARI'AH; a.k.a. ANSAR AL-SHARI'AH IN TUNISIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Tunisia [FTO] [SDGT].

ANSAR AL-SHARI'A (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIAH; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia [FTO] [SDGT].

ANSAR AL-SHARI'A BRIGADE (a.k.a. AL-RAYA ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A IN BENGHAZI; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. ANSAR AL-SHARIAH; a.k.a. ANSAR AL-SHARIAH BRIGADE; a.k.a. ANSAR AL-

SHARIAH-BENGHAZI; a.k.a. KATIBAT ANSAR AL-SHARIA IN BENGHAZI; a.k.a. SOLDIERS OF THE SHARIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Benghazi, Libya [FTO] [SDGT].

ANSAR AL-SHARIA BRIGADE IN DARNAH (a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A IN DARNAH; a.k.a. ANSAR AL-SHARIA IN DERNA; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Darnah, Libya [FTO] [SDGT].

ANSAR AL-SHARI'A IN BENGHAZI (a.k.a. AL-RAYA ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A BRIGADE; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. ANSAR AL-SHARIAH; a.k.a. ANSAR AL-SHARIAH BRIGADE; a.k.a. ANSAR AL-SHARIAH-BENGHAZI; a.k.a. KATIBAT ANSAR AL-SHARIA IN BENGHAZI; a.k.a. SOLDIERS OF THE SHARIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Benghazi, Libya [FTO] [SDGT].

ANSAR AL-SHARI'A IN DARNAH (a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIA BRIGADE IN DARNAH; a.k.a. ANSAR AL-SHARIA IN DERNA; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Darnah, Libya [FTO] [SDGT].

ANSAR AL-SHARIA IN DERNA (a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIA BRIGADE IN DARNAH; a.k.a. ANSAR AL-SHARI'A IN DARNAH; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Darnah, Libya [FTO] [SDGT].

ANSAR AL-SHARIA IN LIBYA (a.k.a. AL-RAYA ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A BRIGADE; a.k.a. ANSAR AL-SHARI'A IN BENGHAZI; a.k.a. ANSAR AL-SHARIAH; a.k.a. ANSAR AL-SHARIAH BRIGADE; a.k.a. ANSAR AL-SHARIAH-BENGHAZI; a.k.a. KATIBAT ANSAR AL-SHARIA IN BENGHAZI; a.k.a. SOLDIERS OF THE SHARIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Benghazi, Libya [FTO] [SDGT].

ANSAR AL-SHARIA IN LIBYA (a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIA BRIGADE IN DARNAH; a.k.a. ANSAR AL-SHARI'A IN DARNAH; a.k.a. ANSAR AL-SHARIA IN DERNA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Darnah, Libya [FTO] [SDGT].

ANSAR AL-SHARIA IN TUNISIA (a.k.a. AL-QAYRAWAN MEDIA FOUNDATION; a.k.a.

ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A IN TUNISIA; a.k.a. ANSAR AL-SHARI'AH; a.k.a. ANSAR AL-SHARI'AH IN TUNISIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Tunisia [FTO] [SDGT].

ANSAR AL-SHARI'A IN TUNISIA (a.k.a. AL-QAYRAWAN MEDIA FOUNDATION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARIA IN TUNISIA; a.k.a. ANSAR AL-SHARI'AH; a.k.a. ANSAR AL-SHARI'AH IN TUNISIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Tunisia [FTO] [SDGT].

ANSAR AL-SHARIAH (a.k.a. AL-QA'IDA IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN THE SOUTH ARABIAN PENINSULA; a.k.a. AL-QA'IDA IN YEMEN; a.k.a. AL-QA'IDA OF JIHAD ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. AL-QA'IDA ORGANIZATION IN THE ARABIAN PENINSULA; a.k.a. ANSAR AL SHARIAH; a.k.a. ANSAR AL-SHARI'A; a.k.a. ANSAR AL-SHARIA; a.k.a. PARTISANS OF ISLAMIC LAW; a.k.a. TANZIM QA'IDAT AL-JIHAD FI JAZIRAT AL-ARAB; a.k.a. "AQAP"; a.k.a. "AQY"; a.k.a. "CIVIL COUNCIL OF HADRAMAWT"; a.k.a. "NATIONAL HADRAMAWT COUNCIL"; a.k.a. "SONS OF ABYAN"; a.k.a. "SONS OF HADRAMAWT"; a.k.a. "SONS OF HADRAMAWT COMMITTEE"), Yemen; Saudi Arabia [FTO] [SDGT].

ANSAR AL-SHARIAH (a.k.a. AL-RAYA ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A BRIGADE; a.k.a. ANSAR AL-SHARI'A IN BENGHAZI; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. ANSAR AL-SHARIAH BRIGADE; a.k.a. ANSAR AL-SHARIAH-BENGHAZI; a.k.a. KATIBAT ANSAR AL-SHARIA IN BENGHAZI; a.k.a. SOLDIERS OF THE SHARIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Benghazi, Libya [FTO] [SDGT].

ANSAR AL-SHARI'AH (a.k.a. AL-QAYRAWAN MEDIA FOUNDATION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A IN TUNISIA; a.k.a. ANSAR AL-SHARIA IN TUNISIA; a.k.a. ANSAR AL-SHARI'AH IN TUNISIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Tunisia [FTO] [SDGT].

ANSAR AL-SHARIAH BRIGADE (a.k.a. AL-RAYA ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A BRIGADE; a.k.a. ANSAR AL-SHARI'A IN BENGHAZI; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. ANSAR

AL-SHARIAH; a.k.a. ANSAR AL-SHARIAH-BENGHAZI; a.k.a. KATIBAT ANSAR AL-SHARIA IN BENGHAZI; a.k.a. SOLDIERS OF THE SHARIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Benghazi, Libya [FTO] [SDGT].

ANSAR AL-SHARI'AH IN TUNISIA (a.k.a. AL-QAYRAWAN MEDIA FOUNDATION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A IN TUNISIA; a.k.a. ANSAR AL-SHARIA IN TUNISIA; a.k.a. ANSAR AL-SHARI'AH; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Tunisia [FTO] [SDGT].

ANSAR AL-SHARIA-BENGHAZI (a.k.a. AL-RAYA ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A BRIGADE; a.k.a. ANSAR AL-SHARI'A IN BENGHAZI; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. ANSAR AL-SHARIAH; a.k.a. ANSAR AL-SHARIAH BRIGADE; a.k.a. KATIBAT ANSAR AL-SHARIA IN BENGHAZI; a.k.a. SOLDIERS OF THE SHARIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Benghazi, Libya [FTO] [SDGT].

ANSAR AL-SUNNA (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq [FTO] [SDGT].

ANSAR AL-SUNNA (a.k.a. AHL AL-SUNNA WA AL-JAMAA; a.k.a. AL-SHABAAB IN MOZAMBIQUE; a.k.a. ANSAAR KALIMAT ALLAH; a.k.a. ISLAMIC STATE - MOZAMBIQUE; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. "ADHERENTS TO THE TRADITIONS AND THE COMMUNITY"; a.k.a. "HELPERS OF TRADITION"; a.k.a. "ISIS-MOZAMBIQUE"; a.k.a. "SUPPORTERS OF THE WORD OF ALLAH"), Cabo Delgado Province, Mozambique; Tanzania [FTO] [SDGT].

ANSAR AL-SUNNA ARMY (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "DEVOTEES OF ISLAM"; a.k.a.

"FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq [FTO] [SDGT].

ANSAR BANK (a.k.a. ANSAR FINANCE AND CREDIT FUND; a.k.a. ANSAR FINANCIAL AND CREDIT INSTITUTE; a.k.a. BANK ANSAR; a.k.a. BANK-E ANSAR; f.k.a. "ANSAR AL-MOJAHEDIN NO-INTEREST LOAN INSTITUTE"; f.k.a. "ANSAR INSTITUTE"; f.k.a. "ANSAR SAVING AND INTEREST FREE-LOANS FUND"), Building No. 539, North Pasdaran Street, Tehran 19575-497, Iran; Website www.ansarbank.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ANSAR BANK BROKERAGE COMPANY (f.k.a. PAR GOSTAR KHOBREH), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 24467 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: ANSAR BANK).

ANSAR BAYT AL-MAQDES (a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt [FTO] [SDGT].

ANSAR BAYT AL-MAQDIS (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR

OFFICE OF FOREIGN ASSETS CONTROL                                    SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt [FTO] [SDGT].

ANSAR BEIT AL-MAQDIS (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt [FTO] [SDGT].

ANSAR DINE (a.k.a. ANCAR DINE; a.k.a. ANSAR AL-DIN; a.k.a. ANSAR AL-DINE; a.k.a. ANSAR EDDINE; a.k.a. ANSAR UL-DINE; a.k.a. DEFENDERS OF THE FAITH), Region: Northern Mali [FTO] [SDGT].

ANSAR EDDINE (a.k.a. ANCAR DINE; a.k.a. ANSAR AL-DIN; a.k.a. ANSAR AL-DINE; a.k.a. ANSAR DINE; a.k.a. ANSAR UL-DINE; a.k.a. DEFENDERS OF THE FAITH), Region: Northern Mali [FTO] [SDGT].

ANSAR EXCHANGE (a.k.a. SARAFI ANSAR; a.k.a. SARAFI ANSAR COMPANY), No. 41, Joibar Street, Fatemi Square, Tehran, Iran; Website Ansarexchange.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320743975 (Iran); Business Registration Number 423264 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: ANSAR BANK; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ANSAR FINANCE AND CREDIT FUND (a.k.a. ANSAR BANK; a.k.a. ANSAR FINANCIAL AND CREDIT INSTITUTE; a.k.a. BANK ANSAR; a.k.a. BANK-E ANSAR; f.k.a. "ANSAR AL-MOJAHEDIN NO-INTEREST LOAN INSTITUTE"; f.k.a. "ANSAR INSTITUTE"; f.k.a. "ANSAR SAVING AND INTEREST FREE-LOANS FUND"), Building No. 539, North Pasdaran Street, Tehran 19575-497, Iran; Website www.ansarbank.com; Additional

Sanctions Information - Subject to Secondary Sanctions [IRAN] [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ANSAR FINANCIAL AND CREDIT INSTITUTE (a.k.a. ANSAR BANK; a.k.a. ANSAR FINANCE AND CREDIT FUND; a.k.a. BANK ANSAR; a.k.a. BANK-E ANSAR; f.k.a. "ANSAR AL-MOJAHEDIN NO-INTEREST LOAN INSTITUTE"; f.k.a. "ANSAR INSTITUTE"; f.k.a. "ANSAR SAVING AND INTEREST FREE-LOANS FUND"), Building No. 539, North Pasdaran Street, Tehran 19575-497, Iran; Website www.ansarbank.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ANSAR HEZBOLLAH (a.k.a. ANSAR UL HEZBOLLAH; a.k.a. ANSAR-E HEZBOLLAH (Arabic: انصار حزب الله); a.k.a. ANSAR-I HEZBOLLAH; a.k.a. ANSAR-I HIZBULLAH; a.k.a. SUPPORTERS OF THE PARTY OF GOD), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

ANSAR INFORMATION TECHNOLOGY COMPANY (f.k.a. FANAVARAN HAFIZEH SAMANEH), No. 59, West Taban Street, Jordon (Nelson Mandela) Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 190617 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: ANSAR BANK).

ANSAR UL HEZBOLLAH (a.k.a. ANSAR HEZBOLLAH; a.k.a. ANSAR-E HEZBOLLAH (Arabic: انصار حزب الله); a.k.a. ANSAR-I HEZBOLLAH; a.k.a. ANSAR-I HIZBULLAH; a.k.a. SUPPORTERS OF THE PARTY OF GOD), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

ANSAR UL ISLAM OF MALAM BOUREIMA DICKO (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAROUR ISLAM; a.k.a. ANSARUL ISLAM; a.k.a. ANSAR-UL-ISLAM LIL-ICHAD WAL JIHAD; a.k.a. DEFENDERS OF ISLAM; a.k.a. "IRSAD"), Douna, Mali; Soum Province, Burkina Faso; Burkina Faso; Selba, Mali [SDGT].

ANSAR UL-DINE (a.k.a. ANCAR DINE; a.k.a. ANSAR AL-DIN; a.k.a. ANSAR AL-DINE; a.k.a. ANSAR DINE; a.k.a. ANSAR EDDINE; a.k.a.

DEFENDERS OF THE FAITH), Region: Northern Mali [FTO] [SDGT].

ANSARALLAH (a.k.a. ANSAR ALLAH; a.k.a. ANSARULLAH; a.k.a. "HOUTHI GROUP"; a.k.a. "PARTISANS OF GOD"; a.k.a. "SUPPORTERS OF GOD"), Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ANSAR-E HEZBOLLAH (Arabic: انصار حزب الله) (a.k.a. ANSAR HEZBOLLAH; a.k.a. ANSAR UL HEZBOLLAH; a.k.a. ANSAR-I HEZBOLLAH; a.k.a. ANSAR-I HIZBULLAH; a.k.a. SUPPORTERS OF THE PARTY OF GOD), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

ANSARI BARKIRSAGHI, Mohammadreza (a.k.a. ANSARI, Mohammad Reza; a.k.a. ANSARI, Mohammadreza; a.k.a. ANSARI, Mohammad-Reza; a.k.a. NASERI, Mostafa), Syria; DOB 22 Nov 1975; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ANSAR-I HEZBOLLAH (a.k.a. ANSAR HEZBOLLAH; a.k.a. ANSAR UL HEZBOLLAH; a.k.a. ANSAR-E HEZBOLLAH (Arabic: انصار حزب الله); a.k.a. ANSAR-I HIZBULLAH; a.k.a. SUPPORTERS OF THE PARTY OF GOD), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

ANSAR-I HIZBULLAH (a.k.a. ANSAR HEZBOLLAH; a.k.a. ANSAR UL HEZBOLLAH; a.k.a. ANSAR-E HEZBOLLAH (Arabic: انصار حزب الله); a.k.a. ANSAR-I HEZBOLLAH; a.k.a. SUPPORTERS OF THE PARTY OF GOD), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

ANSARI, Haji Abdullah (a.k.a. BARAKZAI ANSARI, Haji Abdullah; a.k.a. BARAKZAI, Haji Abdullah), Afghanistan; DOB 1962; nationality Afghanistan; Gender Male; National ID No. 10331 (Afghanistan) (individual) [SDNTK] (Linked To: NEW ANSARI MONEY EXCHANGE).

ANSARI, Mohammad Reza (a.k.a. ANSARI BARKIRSAGHI, Mohammadreza; a.k.a. ANSARI, Mohammadreza; a.k.a. ANSARI, Mohammad-Reza; a.k.a. NASERI, Mostafa), Syria; DOB 22 Nov 1975; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT]

(Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ANSARI, Mohammadreza (a.k.a. ANSARI BARKIRSAGHI, Mohammadreza; a.k.a. ANSARI, Mohammad Reza; a.k.a. ANSARI, Mohammad-Reza; a.k.a. NASERI, Mostafa), Syria; DOB 22 Nov 1975; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ANSARI, Mohammad-Reza (a.k.a. ANSARI BARKIRSAGHI, Mohammadreza; a.k.a. ANSARI, Mohammad Reza; a.k.a. ANSARI, Mohammadreza; a.k.a. NASERI, Mostafa), Syria; DOB 22 Nov 1975; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ANSAROUR ISLAM (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR UL ISLAM OF MALAM BOUREIMA DICKO; a.k.a. ANSARUL ISLAM; a.k.a. ANSAR-UL-ISLAM LIL-ICHAD WAL JIHAD; a.k.a. DEFENDERS OF ISLAM; a.k.a. "IRSAD"), Douna, Mali; Soum Province, Burkina Faso; Burkina Faso; Selba, Mali [SDGT].

ANSARU (a.k.a. ANSARUL MUSLIMINA FI BILADIS SUDAN; a.k.a. JAMA'ATU ANSARIL MUSLIMINA FI BILADIS SUDAN; a.k.a. JAMA'ATU ANSARUL MUSLIMINA FI BILADIS-SUDAN; a.k.a. VANGUARDS FOR THE PROTECTION OF MUSLIMS IN BLACK AFRICA; a.k.a. "JAMBS"), Nigeria [FTO] [SDGT].

ANSARUL ISLAM (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR UL ISLAM OF MALAM BOUREIMA DICKO; a.k.a. ANSAROUR ISLAM; a.k.a. ANSAR-UL-ISLAM LIL-ICHAD WAL JIHAD; a.k.a. DEFENDERS OF ISLAM; a.k.a. "IRSAD"), Douna, Mali; Soum Province, Burkina Faso; Burkina Faso; Selba, Mali [SDGT].

ANSARUL MUSLIMINA FI BILADIS SUDAN (a.k.a. ANSARU; a.k.a. JAMA'ATU ANSARIL MUSLIMINA FI BILADIS SUDAN; a.k.a. JAMA'ATU ANSARUL MUSLIMINA FI BILADIS-SUDAN; a.k.a. VANGUARDS FOR THE PROTECTION OF MUSLIMS IN BLACK AFRICA; a.k.a. "JAMBS"), Nigeria [FTO] [SDGT].

ANSAR-UL-ISLAM LIL-ICHAD WAL JIHAD (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR UL ISLAM OF MALAM BOUREIMA DICKO; a.k.a.

ANSAROUR ISLAM; a.k.a. ANSARUL ISLAM; a.k.a. DEFENDERS OF ISLAM; a.k.a. "IRSAD"), Douna, Mali; Soum Province, Burkina Faso; Burkina Faso; Selba, Mali [SDGT].

ANSARULLAH (a.k.a. ANSAR ALLAH; a.k.a. ANSARALLAH; a.k.a. "HOUTHI GROUP"; a.k.a. "PARTISANS OF GOD"; a.k.a. "SUPPORTERS OF GOD"), Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

ANSAR-UL-UMMAH (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. JAMIAT UL-ANSAR; a.k.a. "HUA"; a.k.a. "HUM") [FTO] [SDGT].

ANSHORI, Abdullah (a.k.a. THOYIB, Ibnu; a.k.a. TOYIB, Ibnu; a.k.a. "ABU FATHI"; a.k.a. "ABU FATIH"); DOB 1958; POB Pacitan, East Java, Indonesia; nationality Indonesia (individual) [SDGT].

ANSI METALLURGY INDUSTRY CO. LTD. (a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

ANSING, Michael (a.k.a. DAVIS, Mason; a.k.a. PEARSON, Adam Richard), British Columbia, Canada; DOB 14 May 1994; alt. DOB 28 Apr 1995; POB Canada; nationality Canada;

Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport QG963705 (Canada) (individual) [IRAN-HR] (Linked To: RYAN, Damion Patrick John).

ANTARES LLC (a.k.a. ANTARES OOO (Cyrillic: ООО АНТАРЕС); a.k.a. LIMITED LIABILITY COMPANY ANTARES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АНТАРЕС)), Ul. Smirnovskaya d. 10, Str. 8. kabinet 10, Moscow 109052, Russia (Cyrillic: Ул. Смирновская, д. 10, стр. 8, каб. 10, Москва 109052, Russia); Organization Established Date 02 Jun 2017; Tax ID No. 7722399997 (Russia); Registration Number 7722399997 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

ANTARES OOO (Cyrillic: ООО АНТАРЕС) (a.k.a. ANTARES LLC; a.k.a. LIMITED LIABILITY COMPANY ANTARES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АНТАРЕС)), Ul. Smirnovskaya d. 10, Str. 8. kabinet 10, Moscow 109052, Russia (Cyrillic: Ул. Смирновская, д. 10, стр. 8, каб. 10, Москва 109052, Russia); Organization Established Date 02 Jun 2017; Tax ID No. 7722399997 (Russia); Registration Number 7722399997 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

ANTELS OOO (a.k.a. LIMITED LIABILITY COMPANY ANTELS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АНТЭЛС)), 1005 Stavskovo Street, 79A, Velikie Luki City, Pskov Region 182100, Russia; Organization Established Date 13 Oct 2009; Tax ID No. 6025034034 (Russia); Registration Number 1096025002590 (Russia) [RUSSIA-EO14024].

ANTIGLOBALISTSKOE DVIZHENIE, OD (Cyrillic: РОО АНТИГЛОБАЛИСТСКОЕ ДВИЖЕНИЕ) (a.k.a. ANTIGLOBALIZATION MOVEMENT OF RUSSIA; a.k.a. ANTI-GLOBALIZATION MOVEMENT OF RUSSIA (Cyrillic: АНТИГЛОБАЛИСТСКОЕ ДВИЖЕНИЕ РОССИИ)), ul. Klary Tsetkin, 4, Moscow 127299, Russia (Cyrillic: ул. Клары Цеткин, д. 4, Москва 127299, Russia); Website anti-global.ru; Target Type Charity or Nonprofit Organization; Registration ID 1127799004541 (Russia); Tax ID No. 7724300682 (Russia) [RUSSIA-EO14024] (Linked To: IONOV, Aleksandr Viktorovich).

ANTIGLOBALIZATION MOVEMENT OF RUSSIA (a.k.a. ANTIGLOBALISTSKOE DVIZHENIE, OD

(Cyrillic: РОО АНТИГЛОБАЛИСТСКОЕ ДВИЖЕНИЕ); a.k.a. ANTI-GLOBALIZATION MOVEMENT OF RUSSIA (Cyrillic: АНТИГЛОБАЛИСТСКОЕ ДВИЖЕНИЕ РОССИИ)), ul. Klary Tsetkin, 4, Moscow 127299, Russia (Cyrillic: ул. Клары Цеткин, д. 4, Москва 127299, Russia); Website anti-global.ru; Target Type Charity or Nonprofit Organization; Registration ID 1127799004541 (Russia); Tax ID No. 7724300682 (Russia) [RUSSIA-EO14024] (Linked To: IONOV, Aleksandr Viktorovich).

ANTI-GLOBALIZATION MOVEMENT OF RUSSIA (Cyrillic: АНТИГЛОБАЛИСТСКОЕ ДВИЖЕНИЕ РОССИИ) (a.k.a. ANTIGLOBALISTSKOE DVIZHENIE, OD (Cyrillic: РОО АНТИГЛОБАЛИСТСКОЕ ДВИЖЕНИЕ); a.k.a. ANTIGLOBALIZATION MOVEMENT OF RUSSIA), ul. Klary Tsetkin, 4, Moscow 127299, Russia (Cyrillic: ул. Клары Цеткин, д. 4, Москва 127299, Russia); Website anti-global.ru; Target Type Charity or Nonprofit Organization; Registration ID 1127799004541 (Russia); Tax ID No. 7724300682 (Russia) [RUSSIA-EO14024] (Linked To: IONOV, Aleksandr Viktorovich).

ANTIPINA, Irina Aleksandrovna (a.k.a. SHOIGU, Irina Aleksandrovna (Cyrillic: ШОЙГУ, Ирина Александровна); a.k.a. SHOYGU, Irina Aleksandrovna), Russia; DOB 31 May 1955; POB Krasnoyarsk; nationality Russia; Gender Female; Tax ID No. 503201763587 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SHOIGU, Sergei Kuzhugetovich).

ANTIPOV, Igor Yurievich (a.k.a. ANTIPOV, Ihor), 23 Prospect Mayakovskogo, Apt. 110, Donetsk, Ukraine; 26 Ulitsa Turbinnaya, Donetsk, Ukraine; DOB 26 May 1961; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

ANTIPOV, Ihor (a.k.a. ANTIPOV, Igor Yurievich), 23 Prospect Mayakovskogo, Apt. 110, Donetsk, Ukraine; 26 Ulitsa Turbinnaya, Donetsk, Ukraine; DOB 26 May 1961; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

ANTIQUA DEL CARIBE S.A.S., Via 40 No 71 197, Barranquilla, Atlantico, Colombia; NIT #

9005387011 (Colombia) [VENEZUELA-EO13850].

ANTIUFEEV, Vladimir Iurievici (a.k.a. ALEXANDROV, Vladimir Gheorghievici; a.k.a. ANTIUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir Yuryevich; a.k.a. SHEVTSOV, Vadim; a.k.a. SHEVTSOV, Vadim Gheorghievici; a.k.a. SHEVTSOV, Vladimir); DOB 19 Feb 1951; POB Novosibirsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ANTIUFEYEV, Vladimir (a.k.a. ALEXANDROV, Vladimir Gheorghievici; a.k.a. ANTIUFEEV, Vladimir Iurievici; a.k.a. ANTYUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir Yuryevich; a.k.a. SHEVTSOV, Vadim; a.k.a. SHEVTSOV, Vadim Gheorghievici; a.k.a. SHEVTSOV, Vladimir); DOB 19 Feb 1951; POB Novosibirsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ANTONOV, Boris Alekseyevich, Russia; DOB 19 Dec 1980; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

ANTONOV, Vladimir Nikolaevich (Cyrillic: АНТОНОВ, Владимир Николаевич) (a.k.a. ANTONOV, Volodymyr Mykolayovych (Cyrillic: АНТОНОВ, Володимир Миколайович)), Donetsk, Ukraine; DOB 24 Dec 1979; nationality Ukraine; alt. nationality Russia; Gender Male (individual) [RUSSIA-EO14065].

ANTONOV, Volodymyr Mykolayovych (Cyrillic: АНТОНОВ, Володимир Миколайович) (a.k.a. ANTONOV, Vladimir Nikolaevich (Cyrillic: АНТОНОВ, Владимир Николаевич)), Donetsk, Ukraine; DOB 24 Dec 1979; nationality Ukraine; alt. nationality Russia; Gender Male (individual) [RUSSIA-EO14065].

ANTONOV, Yevgeni Yuvenalievich; DOB 1955; nationality Russia (individual) [MAGNIT].

ANTROPENKO, Igor Aleksandrovich (Cyrillic: АНТРОПЕНКО, Игорь Александрович), Russia; DOB 10 Dec 1969; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ANTUNEZ MUSSO, Washington (a.k.a. "PAPO"), Colombia; DOB 20 Aug 1987; POB Salto,

Uruguay; citizen Colombia; Gender Male; Cedula No. 1015413405 (Colombia); Passport AU199512 (Colombia) (individual) [SDNTK].

ANTYUFEYEV, Vladimir (a.k.a. ALEXANDROV, Vladimir Gheorghievici; a.k.a. ANTIUFEEV, Vladimir Iurievici; a.k.a. ANTIUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir Yuryevich; a.k.a. SHEVTSOV, Vadim; a.k.a. SHEVTSOV, Vadim Gheorghievici; a.k.a. SHEVTSOV, Vladimir); DOB 19 Feb 1951; POB Novosibirsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ANTYUFEYEV, Vladimir Yuryevich (a.k.a. ALEXANDROV, Vladimir Gheorghievici; a.k.a. ANTIUFEEV, Vladimir Iurievici; a.k.a. ANTIUFEYEV, Vladimir; a.k.a. ANTYUFEYEV, Vladimir; a.k.a. SHEVTSOV, Vadim; a.k.a. SHEVTSOV, Vadim Gheorghievici; a.k.a. SHEVTSOV, Vladimir); DOB 19 Feb 1951; POB Novosibirsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ANUFRIYEVA, Olga Nikolayevna (Cyrillic: АНУФРИЕВА, Ольга Николаевна), Russia; DOB 18 Aug 1974; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ANWAR, Rao (a.k.a. AHMED, Rao Anwar; a.k.a. KHAN, Anwar Ahmed; a.k.a. KHAN, Anwar Ahmed Rao; a.k.a. KHAN, Rao Anwar Ahmed), Pakistan; DOB 01 Jan 1959; POB Karachi, Pakistan; nationality Pakistan; Gender Male; Passport MU-4112252 (Pakistan) issued 27 May 2014 expires 26 May 2019 (individual) [GLOMAG].

ANYANG CNC FORGING EQUIPMENT CO LTD (a.k.a. ANYANG FORGING PRESS NUMERICAL; a.k.a. ANYANG FORGING PRESS NUMERICAL CONTROL EQUIPMENT CO LTD (Chinese Simplified: 安阳锻压数控设备有限公司)), North Road, West Section of Changjiang Avenue, High-tech Zone, Anyang, Henan 455000, China; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Unified Social Credit Code (USCC)

914105006634036367 (China) [RUSSIA-EO14024].

ANYANG FORGING PRESS NUMERICAL (a.k.a. ANYANG CNC FORGING EQUIPMENT CO LTD; a.k.a. ANYANG FORGING PRESS NUMERICAL CONTROL EQUIPMENT CO LTD (Chinese Simplified: 安阳锻压数控设备有限公司)), North Road, West Section of Changjiang Avenue, High-tech Zone, Anyang, Henan 455000, China; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Unified Social Credit Code (USCC) 914105006634036367 (China) [RUSSIA-EO14024].

ANYANG FORGING PRESS NUMERICAL CONTROL EQUIPMENT CO LTD (Chinese Simplified: 安阳锻压数控设备有限公司) (a.k.a. ANYANG CNC FORGING EQUIPMENT CO LTD; a.k.a. ANYANG FORGING PRESS NUMERICAL), North Road, West Section of Changjiang Avenue, High-tech Zone, Anyang, Henan 455000, China; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Unified Social Credit Code (USCC) 914105006634036367 (China) [RUSSIA-EO14024].

ANYUKHINA, Anna Vladimirovna; DOB 14 Jan 1985; POB Naidyonovka, Crimean Oblast, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

AO 10 SRZ (a.k.a. 10 SHIPYARD; a.k.a. JOINT STOCK COMPANY 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI DOCKYARD; a.k.a. JOINT STOCK COMPANY 10TH AWARDS OF THE LABOR RED BANNER A SHIP REPAIR FACTORY; a.k.a. JOINT-STOCK COMPANY 10 SRZ; a.k.a. JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY FACTORY; a.k.a. JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY ZAVOD (Cyrillic: АО 10 ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ СУДОРЕМОНТНЫЙ

ЗАВОД), 19, Lunina Str., Korp.1, Bld.2, Polyarny, Murmansk Region 184650, Russia; Organization Established Date 03 Jun 2010; Tax ID No. 5116001041 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

AO ABR MANAGEMENT (Cyrillic: АО АБР МЕНЕДЖМЕНТ) (a.k.a. ABR MANAGEMENT AO (Cyrillic: АБР МЕНЕДЖМЕНТ АО); a.k.a. AKTSIONERNOE OBSHCHESTVO ABR MENEDZHMENT; a.k.a. AO ABR MENEDZHMENT; a.k.a. JOINT STOCK COMPANY ABR MANAGEMENT; a.k.a. "ABR MANAGEMENT"), ul. Graftio, d. 7 litera A, g. Sankt-Peterburg 197022, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7842467053 (Russia); Registration Number 1117847707383 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: BANK ROSSIYA).

AO ABR MENEDZHMENT (a.k.a. ABR MANAGEMENT AO (Cyrillic: АБР МЕНЕДЖМЕНТ АО); a.k.a. AKTSIONERNOE OBSHCHESTVO ABR MENEDZHMENT; a.k.a. AO ABR MANAGEMENT (Cyrillic: АО АБР МЕНЕДЖМЕНТ); a.k.a. JOINT STOCK COMPANY ABR MANAGEMENT; a.k.a. "ABR MANAGEMENT"), ul. Graftio, d. 7 litera A, g. Sankt-Peterburg 197022, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7842467053 (Russia); Registration Number 1117847707383 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: BANK ROSSIYA).

AO AGD DAIMONDS (a.k.a. JSC AGD DIAMONDS), Pr-Kt Troitski D.168, Arkhangel'sk 163001, Russia; Organization Established Date 22 Apr 1931; Tax ID No. 2901071160 (Russia); Registration Number 1022900508036 (Russia) [RUSSIA-EO14024].

AO AK AVIAKON TSITOTRANS (a.k.a. AIR COMPANY AVIACON ZITOTRANS; a.k.a. AVIACON AIR CARGO; a.k.a. JSC AVIACON ZITOTRANS; a.k.a. OAO AVIAKOMPANIYA AVIAKON TSITOTRANS (Cyrillic: ОАО АВИАКОМПАНИЯ АВИАКОН ЦИТОТРАНС)), Ul. Belinskogo D. 56, Pom. 605, Yekaterinburg 620026, Russia; Organization Established Date 02 Jun 1995; Organization Type: Freight air transport; Tax ID No. 6658039390 (Russia); Registration Number 1026602311240 (Russia) [RUSSIA-EO14024].

AO AKB EVROFINANS MOSNARBANK (Cyrillic: АО АКБ ЕВРОФИНАНС МОСНАРБАНК) (a.k.a. AKTSIONERNOE OBSHCHESTVO EVROFINANS MOSNARBANK; a.k.a. AKTSIONERNY KOMMERCHESKI BANK EVROFINANS MOSNARBANK; a.k.a. EVROFINANCE MOSNARBANK; a.k.a. EVROFINANS MOSNARBANK, AO; f.k.a. EVROFINANS MOSNARBANK, PAO), 29, ul. Novy Arbat, Moscow 121099, Russia; SWIFT/BIC EVRFRUMM; Registration ID 1027700565970 (Russia); Tax ID No. 7703115760 (Russia); Government Gazette Number 09610839 (Russia) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

AO AKB NOVIKOMBANK (Cyrillic: АО АКБ НОВИКОМБАНК) (a.k.a. AKTSIONERNY KOMMERCHESKI BANK NOVIKOMBANK AKTSIONERNOE OBSHCHESTVO; a.k.a. JOINT STOCK COMMERCIAL BANK NOVIKOMBANK (Cyrillic: АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК НОВИКОМБАНК АКЦИОНЕРНОЕ ОБЩЕСТВО); a.k.a. JOINT STOCK COMMERCIAL BANK NOVIKOMBANK JOINT STOCK COMPANY; f.k.a. NOVIKOMBANK AO; a.k.a. NOVIKOMBANK JCSB), bld.1,Polyanka Bolshaya str. 50/1, Moscow 119180, Russia (Cyrillic: ул. Полянка Большая, д. 50/1, стр. 1, Москва 119180, Russia); SWIFT/BIC CNOVRUMM; Website http://www.novikom.ru; BIK (RU) 044583162; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1993; Registration ID 1027739075891; Tax ID No. 7706196340; Government Gazette Number 17541272; All offices worldwide. For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

AO AKOM IM. N.M.IGNATYEVA (a.k.a. AKTSIONERNOE OBSHCHESTVO AKKUMULYATORNYI ZAVOD IM. N.M.IGNATYEVA AKOM), PR-D Otvazhnyi D. 22, Zhigulevsk 445359, Russia; Tax ID No. 6345011371 (Russia); Registration Number 1026303242547 (Russia) [RUSSIA-EO14024].

AO ALFA-BANK (Cyrillic: АО АЛЬФА-БАНК) (a.k.a. ALFA-BANK; a.k.a. JOINT STOCK

COMPANY ALFA-BANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АЛЬФА-БАНК); a.k.a. JSC ALFA-BANK; f.k.a. OPEN JOINT STOCK COMPANY ALFA-BANK), Kalanchevskaya Street 27, Moscow 107078, Russia (Cyrillic: Ул. Каланчевская. Д.27, Город москва 107078, Russia); 27, Kalanchyovskaya Ul., Moscow 107078, Russia; SWIFT/BIC ALFARUMM; Website alfabank.ru; alt. Website alfabank.com; BIK (RU) 044525593; Organization Established Date 1990; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7728168971 (Russia); Registration Number 1027700067328 (Russia) [RUSSIA-EO14024].

AO ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF GEOPHYSICAL PROSPECTING (Cyrillic: АО ВСЕРОССИЙСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ГЕОФИЗИЧЕСКИХ МЕТОДОВ РАЗВЕДКИ) (a.k.a. ALL RUSSIAN RESEARCH INSTITUTE OF GEOPHYSICAL EXPLORATION METHODS JSC; a.k.a. ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF GEOPHYSICAL PROSPECTING JOINT STOCK COMPANY; a.k.a. VNIIGEOFIZIKA JSC), Nizhnyaya Krasnoselskaya Street 4, Moscow 107140, Russia; Organization Established Date 06 Dec 2013; Target Type State-Owned Enterprise; Tax ID No. 7708802773 (Russia); Government Gazette Number 01424392 (Russia); Registration Number 5137746162945 (Russia) [RUSSIA-EO14024].

AO ASKON (a.k.a. JOINT STOCK COMPANY ASCON), Ul. Odoevskogo D.5, Lit. A, Saint Petersburg 199155, Russia; Tax ID No.

7809009923 (Russia); Registration Number 1027810229908 (Russia) [RUSSIA-EO14024].

AO AVIASTAR-SP (a.k.a. AVIASTAR-SP; a.k.a. AVIASTAR-SP AIRCRAFT MANUFACTURING ENTERPRISE; a.k.a. JOINT STOCK COMPANY AVIASTAR-SP; a.k.a. JSC AVIASTAR-SP (Cyrillic: АО АВИАСТАР-СП)), Antonova Avenue 1, Ulyanovsk 432072, Russia; Tax ID No. 7328032711 (Russia) [RUSSIA-EO14024].

AO AVTOVAZ (a.k.a. JOINT STOCK COMPANY AVTOVAZ; a.k.a. OPEN JOINT STOCK COMPANY AVTOVAZ), Sh. Yuzhnoe D. 36, Tol'yatti 445024, Russia; Organization Established Date 20 Jul 1966; Tax ID No. 6320002223 (Russia); Government Gazette Number 00232934 (Russia); Registration Number 1026301983113 (Russia) [RUSSIA-EO14024].

AO BALTIISKAYA PROMYSHLENNAYA KOMPANIYA (a.k.a. BALTIYSKAYA PROMISHLENNAYA KOMPANIYA), Malaya Bukharestskaya str., 5, building 2/39, St. Petersburg 192288, Russia; Prospekt Kultury, 49A, St. Petersburg 195276, Russia; 3rd Ribatskii lane, 3 production, St. Petersburg 192177, Russia; Tax ID No. 7801200558 (Russia); Registration Number 1037800041773 (Russia) [RUSSIA-EO14024].

AO BRYANSK AVTOMOBILNY ZAVOD (a.k.a. BRYANSK AUTOMOBILE FACTORY; a.k.a. JOINT STOCK COMPANY BRYANSK AUTOMOBILE PLANT; a.k.a. "AO BAZ"; a.k.a. "JSC BAF"), 1 Staleliteinaia Ul., Bryansk 241035, Russia; 20 Novaia Basmannaia Ul., Str. 8, Moscow, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3255502838 (Russia); Registration Number 1083254005141 (Russia) [RUSSIA-EO14024].

AO CARGO SERVICE CENTER (a.k.a. CARGO SERVICE CENTRE; a.k.a. CARGO SERVICE LIMITED LIABILITY COMPANY; a.k.a. KARGO SERVIS OOO), proezd 5-I Predportovyi d. 26, lit. e, pomeshch. 1.29, office 2, Saint Petersburg 196240, Russia; Tax ID No. 7810853472 (Russia); Registration Number 1117847644265 (Russia) [RUSSIA-EO14024].

AO ECHELON TECHNOLOGIES (a.k.a. AKTSIONERNOE OBSCHESTVO ESHELON TEKHNOLOGII; a.k.a. JOINT STOCK

COMPANY ECHELON TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЭШЕЛОН ТЕХНОЛОГИИ); a.k.a. JSC ECHELON TECHNOLOGIES), Ul. Elektrozavodskaya d. 24 Office 24, Moscow 107023, Russia; Organization Established Date 06 Sep 2011; Tax ID No. 7718859120 (Russia); Registration Number 1117746703480 (Russia) [RUSSIA-EO14024].

AO EIRBURG (a.k.a. AKTSIONERNOE OBSCHCHESTVO EIRBURG; a.k.a. "JSC AIRBURG"; a.k.a. "OKB UZGA, OOO"), ul. 8, Marta Str. 49, Floor 3, Yekaterinburg, Sverdlovsk Oblast 6200063, Russia; Website air-burg.ru; Organization Established Date 09 Jul 2021; alt. Organization Established Date 08 Oct 2013; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 6671172432 (Russia); Government Gazette Number 49681112 (Russia); Business Registration Number 1216600040194 (Russia) [RUSSIA-EO14024].

AO EKOS1 (a.k.a. EKOS1 JOINT STOCK COMPANY), Ul. Elektrozavodskaya D. 24, Str 3, Moscow 107023, Russia; A/YA Post Box 42, Moscow 107076, Russia; Tax ID No. 7729328949 (Russia); Registration Number 1027739085252 (Russia) [RUSSIA-EO14024].

AO ELARA (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNYI KOMPLEKS ELARA IMENI G.A. ILYENKO; a.k.a. ILYENKO ELARA RESEARCH AND PRODUCTION COMPLEX OJSC; a.k.a. OPEN JOINT STOCK COMPANY ILYENKO ELARA RESEARCH AND PRODUCTION COMPLEX), Moskovsky Prospekt 40, Cheboksary, Chuvash Republic 428015, Russia; Organization Established Date 1970; Tax ID No. 2129017646 (Russia); Registration Number 1022101269123 (Russia) [RUSSIA-EO14024].

AO ELEKOND (a.k.a. JOINT STOCK COMPANY ELECOND), 3 Kalinin Street, Sarapul 427968, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1827003592 (Russia); Registration Number 1021800993752 (Russia) [RUSSIA-EO14024].

AO ELEKTROISTOCHNIK, Ul. Rabochaya D. 205, Saratov 410071, Russia; Ul. Monastyrka D. 17A, Pomeshch. 42, 42/1, Nizhniy Novgorod

603016, Russia; Tax ID No. 6455053279 (Russia); Registration Number 1116455001629 (Russia) [RUSSIA-EO14024].

AO ELEKTRON OPTRONIK (a.k.a. AKTSIONERNOE OBSHCHESTVO ELEKTRON OPTRONIK; a.k.a. ELEKTRON OPTRONIK PAO), Pr-Kt Morisa Toreza, D. 68, Saint Petersburg 194223, Russia; Organization Established Date 19 Dec 1997; Tax ID No. 7802362079 (Russia); Registration Number 5067847207698 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AO ELEKTROTYAGA (a.k.a. AKTSIONERNOE OBSHCHESTVO ELEKTROTYAGA; a.k.a. JOINT STOCK COMPANY ELECTROTYAGA), Ul. Kalinina D. 50 A, Saint Petersburg 198099, Russia; Organization Established Date 01 Nov 2001; Tax ID No. 7805230257 (Russia); Registration Number 1027802718437 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

AO ENPIVI INZHINIRING (a.k.a. AKTSIONERNOE OBSHCHESTVO ENPIVI INZHINIRING; a.k.a. ENPIVI INZHINIRING, AO; a.k.a. NPV ENGINEERING JOINT STOCK COMPANY; a.k.a. NPV ENGINEERING OPEN JOINT STOCK COMPANY; a.k.a. OJSC NPV ENGINEERING), 5, per. Strochenovski B., Moscow 115054, Russia; PER. Strochenovskii B. D. 5, Moscow 115054, Russia; Website www.npve.narod.ru; Email Address npw@npv.su; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 106774653683; Tax ID No. 7707587805; Government Gazette Number 95533058 [UKRAINE-EO13662] (Linked To: ROTENBERG, Igor Arkadyevich).

AO FINTENDER (a.k.a. AKTSIONERNOE OBSHCHESTVO FINTENDER; a.k.a. FINTENDER JOINT STOCK COMPANY; a.k.a. FINTENDER JSC), Pr-Kt Tekstilshchikov D. 46, Pomeshch. 1, Kom.56, Kostroma 156000, Russia; Tax ID No. 7743113487 (Russia); Registration Number 1157746705930 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

AO GAZSTROYPROM (a.k.a. AKTSIONERNOE OBSHCHESTVO GAZSTROIPROM; a.k.a. GAZSTROIPROM AO; a.k.a. JOINT STOCK COMPANY GAZSTROIPROM), Ul. Tashkentskaya D. 3, Korpus 3 Lit. B, Saint Petersburg 196084, Russia; Organization Established Date 21 Jun 2018; Tax ID No. 7842155505 (Russia); Government Gazette Number 29749701 (Russia); Registration Number 1187847178705 (Russia) [RUSSIA-EO14024].

AO GK ELEKTRONINVEST (a.k.a. THE GROUP OF COMPANIES ELECTRONINVEST JOINT STOCK COMPANY), Ul. Nizhnaya D. 14, Str. 2, Moscow 125040, Russia; 19A, Ul. Alabushevskaya Zelenograd Moscow, Moscow 124460, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7710346180 (Russia); Registration Number 1027739381812 (Russia) [RUSSIA-EO14024].

AO GK RADIANT (a.k.a. RADIANT EK AO (Cyrillic: РАДИАНТ ЭК АО)), Ulitsa Profsoyuznaya, Dom 65, Korpus 1, Moscow 117342, Russia; Tax ID No. 7728792756 (Russia); Registration Number 1117746996377 (Russia) [RUSSIA-EO14024].

AO GLOBATEK (a.k.a. GLOBATEK 3D; a.k.a. JOINT STOCK COMPANY GLOBATEK GROUP), Sh Varshavskoe D. 42, Moscow, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7724739790 (Russia); Registration Number 1107746187999 (Russia) [RUSSIA-EO14024].

AO GNPP REGION (a.k.a. AKTSIONERNOE OBSHCHESTVO GOSUDARSTVENNOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE REGION; a.k.a. REGION SCIENTIFIC & PRODUCTION ENTERPRISE JSC; a.k.a. REGION SCIENTIFIC AND PRODUCTION ENTERPRISE JSC), Sh Kashirskoe D. 13A, Moscow 115230, Russia; Organization Established Date 13 Jan 1992; Tax ID No. 7724552070 (Russia); Registration Number 1057747873875 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AO GOS MKB VYMPEL IM. I.I. TOROPOVA (a.k.a. GOS MKB VYMPEL IM. I.I. TOROPOVA AO; a.k.a. JOINT STOCK COMPANY STATE MACHINE BUILDING DESIGN BUREAU VYMPEL BY NAME I.I. TOROPOV; a.k.a. VYMPEL STATE ENGINEERING DESIGN BUREAU JSC NAMED AFTER I.I. TOROPOV), Sh. Volokolamskoe D. 90, Moscow 125424, Russia; Organization Established Date 26 Dec 1991; Tax ID No. 7733546058 (Russia); Registration Number 1057747296166 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AO GOSMKB RADUGA IM. A.YA.BEREZNYAKA (a.k.a. RADUGA DESIGN BUREAU; a.k.a. RADUGA STATE ENGINEERING DESIGN BUREAU JSC NAMED AFTER A.Y. BEREZNYAK; a.k.a. RADUGA STATE MACHINE BUILDING DESIGN BUREAU JOINT STOCK COMPANY), Ul. Zhukovskogo D. 2, Lit. A, Dubna 141980, Russia; Organization Established Date 25 Dec 1991; Tax ID No. 5010031470 (Russia); Registration Number 1055024900006 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AO GOSNIIMASH (a.k.a. SCIENTIFIC RESEARCH INSTITUTE FOR MECHANICAL ENGINEERING JSC IN THE NAME OF V.V. BAKHIREV; a.k.a. STATE SCIENTIFIC RESEARCH INSTITUTE OF MECHANICAL ENGINEERING IMENI V.V. BAKHIREVA), PR-KT Sverdlova D. 11 A, Dzerzhinsk 606002, Russia; Organization Established Date 13 Jan 1992; Tax ID No. 5249093130 (Russia); Registration Number 1085249000650 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AO GOSNIIP (a.k.a. AKTSIONERNOE OBSHCHESTVO GOSUDARSTVENNYI NAUCHNO ISSLEDOVATELSKII INSTITUT PRIBOROSTROENIIA; a.k.a. JOINT STOCK COMPANY STATE RESEARCH INSTITUTE OF INSTRUMENT ENGINEERING), PR-KT Mira D. 125, Moscow 129226, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7717693545 (Russia); Registration Number 1117746132811 (Russia) [RUSSIA-EO14024].

AO GRAND SERVIS EKSPRESS (a.k.a. GRAND SERVICE EXPRESS (Cyrillic: ГРАНД СЕРВИС ЭКСПРЕСС); a.k.a. JOINT STOCK COMPANY GRAND SERVICE EXPRESS; a.k.a. JOINT STOCK COMPANY TRANSPORT COMPANY

GRAND SERVICE EXPRESS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСПОРТНАЯ КОМПАНИЯ ГРАНД СЕРВИС ЭКСПРЕСС); a.k.a. "GRAND EXPRESS" (Cyrillic: "ГРАНД ЭКСПРЕСС"); a.k.a. "JSC GSE"), 85 Sheremetevskaya St., Building 1, Moscow 129075, Russia; ul. Sheremetevskaya, d. 85, str. 1, Moscow 129075, Russia; P.O. Box 15, Moscow 129075, Russia; a/ya 15, Moscow 129075, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7705445700 (Russia) [UKRAINE-EO13685].

AO GRUPPA KREMNY EL (a.k.a. CJSC KREMNY AI GROUP; a.k.a. JSC GRUPPA KREMNY EL; a.k.a. KREMNY GROUP; a.k.a. PUBLIC JOINT STOCK COMPANY KREMNY), Krasnoarmeyskaya 103, Bryansk 241037, Russia; Organization Established Date 26 Feb 1993; Tax ID No. 3234000876 (Russia); Registration Number 1023202739218 (Russia) [RUSSIA-EO14024].

AO IBS IT USLUGI (a.k.a. JOINT STOCK COMPANY IBS IT SERVICES), ul. Skladochnaya d. 3, str. 1, Moscow 127018, Russia; sh. Dmitrovskoe, d. 9B, et. 5, pom. XIII, kom. 23, Moscow 127434, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7713444361 (Russia); Registration Number 1177746672905 (Russia) [RUSSIA-EO14024].

AO IEMZ KUPOL (Cyrillic: АО ИЭМЗ КУПОЛ) (a.k.a. AKTSIONERNOE OBSHCHESTVO IZHEVSKI ELEKTROMEKHANICHESKI ZAVOD KUPOL; a.k.a. JOINT STOCK COMPANY IZHEVSK ELECTROMECHANICAL PLANT KUPOL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ИЖЕВСКИЙ ЭЛЕКТРОМЕХАНИЧЕСКИЙ ЗАВОД КУПОЛ); a.k.a. JSC IEMZ KUPOL), ul. Pesochnaya 3, Izhevsk, Udmurtia Republic 426033, Russia (Cyrillic: УЛИЦА ПЕСОЧНАЯ, 3, Город Ижевск, РЕСПУБЛИКА УДМУРТСКАЯ 426033, Russia); Website www.kupol.ru; Organization Established Date 23 Apr 2002; alt. Organization Established Date 1957; Tax ID No. 1831083343 (Russia); Government Gazette Number 07502963 (Russia); Business

Registration Number 1021801143374 (Russia) [RUSSIA-EO14024].

AO INFORUS (Cyrillic: АО ИНФОРУС), d. 9 etazh 2 pom. I kom. 1, ul. Marshala Sokolovskogo, Moscow 123060, Russia; Organization Established Date 05 Jul 2012; Organization Type: Other information technology and computer service activities; Tax ID No. 7705990670 (Russia); Government Gazette Number 09933992 (Russia); Registration Number 1127746519988 (Russia) [RUSSIA-EO14024].

AO INFRAVEB (a.k.a. AKTSIONERNOE OBSHCHESTVO VEB INFRASTRUKTURA; a.k.a. JSC INFRAVEB), ul. Mashi Poryvaevoi D. 7 str. V, Moscow 107078, Russia; ul. Vozdvizhenka D. 7/6, str. 1, et/pom/kom 3/II/7, Moscow 119019, Russia; Website vebinfra.ru; Tax ID No. 7704133578 (Russia); Registration Number 1027739088410 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

AO INNOVATSIONNYE ORUZHEINYE TEKHNOLOGII (a.k.a. JSC INNOVATION WEAPONS TECHNOLOGIES), PR-D 2-I Yuzhnoportovyi D. 16, Str. 8, Kom. 108, 109, Moscow 115088, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7723633336 (Russia); Registration Number 1077761841860 (Russia) [RUSSIA-EO14024].

AO INSTITUT STROIPROEKT (a.k.a. AKTSIONERNOE OBSHCHESTVO INSTITUT STROIPROEKT; a.k.a. AO INSTITUTE STROYPROEKT; f.k.a. INSTITUT STROIPROEKT ZAKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. INSTITUT STROIPROEKT, AO; a.k.a. INSTITUTE STROYPROECT; a.k.a. STROYPROEKT; a.k.a. STROYPROEKT ENGINEERING GROUP), D. 13 Korp. 2 LiteraA Prospekt Dunaiski, St. Petersburg 196158, Russia; 13/2 Dunaisky Prospect, St. Petersburg 196158, Russia; Website http://www.stpr.ru; Email Address Most@stpr.ru; alt. Email Address Murina@stpr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027810258673; Tax ID No.

7826688390; Government Gazette Number 11117863 [UKRAINE-EO13685].

AO 'INSTITUTE GIPROSTROYMOST-SAINT-PETERSBURG' (a.k.a. AO 'INSTITUTE GIPROSTROYMOST-SANKT-PETERBURG'; f.k.a. INSTITUT GIPROSTROIMOST-SANKT-PETERBURG, ZAO; a.k.a. JSC 'INSTITUTE GIPROSTROYMOST-SAINT-PETERBURG'; a.k.a. JSC 'INSTITUTE GIPROSTROYMOST-SANKT-PETERBURG'; f.k.a. ZAO 'INSTITUTE GIPROSTROYMOST SAINT-PETERBURG'), 7 Yablochkova Street, St. Petersburg 197198, Russia; Website www.gpsm.ru; Email Address office@gpsm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037828021660 (Russia); Tax ID No. 7826717210 (Russia); Government Gazette Number 53289443 (Russia) [UKRAINE-EO13685].

AO 'INSTITUTE GIPROSTROYMOST-SANKT-PETERBURG' (a.k.a. AO 'INSTITUTE GIPROSTROYMOST-SAINT-PETERBURG'; f.k.a. INSTITUT GIPROSTROIMOST-SANKT-PETERBURG, ZAO; a.k.a. JSC 'INSTITUTE GIPROSTROYMOST-SAINT-PETERBURG'; a.k.a. JSC 'INSTITUTE GIPROSTROYMOST-SANKT-PETERBURG'; f.k.a. ZAO 'INSTITUTE GIPROSTROYMOST SAINT-PETERBURG'), 7 Yablochkova Street, St. Petersburg 197198, Russia; Website www.gpsm.ru; Email Address office@gpsm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037828021660 (Russia); Tax ID No. 7826717210 (Russia); Government Gazette Number 53289443 (Russia) [UKRAINE-EO13685].

AO INSTITUTE STROYPROEKT (a.k.a. AKTSIONERNOE OBSHCESTVO INSTITUT STROIPROEKT; a.k.a. AO INSTITUT STROIPROEKT; f.k.a. INSTITUT STROIPROEKT ZAKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. INSTITUT STROIPROEKT, AO; a.k.a. INSTITUTE STROYPROECT; a.k.a. STROYPROEKT; a.k.a. STROYPROEKT ENGINEERING GROUP), D. 13 Korp. 2 LiteraA Prospekt Dunaiski, St. Petersburg 196158, Russia; 13/2 Dunaisky Prospect, St. Petersburg 196158, Russia; Website http://www.stpr.ru; alt. Email Address Murina@stpr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209;

Registration ID 1027810258673; Tax ID No. 7826688390; Government Gazette Number 11117863 [UKRAINE-EO13685].

AO INVESTITSIONNAYA NEFTYANAYA KOMPANIYA (Cyrillic: AO ИНВЕСТИЦИОННАЯ НЕФТЯНАЯ КОМПАНИЯ) (a.k.a. JOINT STOCK COMPANY INKOMNEFT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ИНКОМНЕФТЬ)), Ulitsa Mira, Dom 60, A, Pom.34, Nizhnevartovsk, Khanty-Mansi Autonomous Okrug-Yugra 628611, Russia; Organization Established Date 22 Nov 1995; Organization Type: Support activities for other mining and quarrying; Tax ID No. 8620001545 (Russia); Registration Number 1028601870770 (Russia) [RUSSIA-EO14024].

AO IPF (a.k.a. INSTITUTE OF APPLIED PHYSICS JSC; a.k.a. "INSTITUTE OF APPLIED PHYSICS IAP"), Ul. Arbuzova D. 1/1, Novosibirsk 630117, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5408106299 (Russia); Registration Number 1025403638831 (Russia) [RUSSIA-EO14024].

AO IPN STANKOSTROENIE (a.k.a. AKTSIONERNOE OBSHCHESTVO IPN STANKOSTROENIE; a.k.a. JOINT STOCK COMPANY IPN STANKOSTROENIE), Ul. 3-ya yamskogo polya D. 2, K. 26, Moscow 125124, Russia; Tax ID No. 7457008611 (Russia); Registration Number 1177456104638 (Russia) [RUSSIA-EO14024].

AO IVK (a.k.a. IVK JOINT STOCK COMPANY; a.k.a. IVK JSC), Ul. Butyrskaya D. 75, Moscow 127015, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7702157005 (Russia); Registration Number 1027700115453 (Russia) [RUSSIA-EO14024].

AO IZHEVSKII MOTOZAVOD AKSION KHOLDING (a.k.a. IZHEVSK MOTOZAVOD AXION HOLDING JSC; a.k.a. JSC IZHEVSK MOTOR PLANT AKSION HOLDING), 90 Maksima Gorkogo Street, Izhevsk 426008, Russia; Per. Furmannyi D. 12 Str 1, Moscow 105062, Russia; Secondary sanctions risk: this

person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1826000616 (Russia); Registration Number 1021801140833 (Russia) [RUSSIA-EO14024].

AO KAZANSKII VERTOLETNYI ZAVOD (a.k.a. JOINT STOCK COMPANY KAZAN HELICOPTERS; a.k.a. KAZAN HELICOPTERS; a.k.a. KAZANSKI VERTOLETNY ZAVOD AO), Ul. Tetsevskaya D. 14, Kazan 420085, Russia; Organization Established Date 1993; Tax ID No. 1656002652 (Russia); Registration Number 1021603881683 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

AO KB ARSENAL (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSTRUKTORSKOE BYURO ARSENAL IMENI M.V. FRUNZE; a.k.a. M.V. FRUNZE ARSENAL DESIGN BUREAU JOINT STOCK COMPANY), ul. Komsomola, D.1-3, Saint Petersburg 195009, Russia; Target Type State-Owned Enterprise; Tax ID No. 7804588900 (Russia); Government Gazette Number 06506278 (Russia); Registration Number 1177847042229 (Russia) [RUSSIA-EO14024].

AO KB FARVATER (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSTRUKTORSKOE BYURO FARVATER; a.k.a. CLOSED JOINT STOCK COMPANY DESIGN BUREAU FARVATER; a.k.a. DESIGN CENTER FARVATER JSC; a.k.a. JOINT STOCK COMPANY DESIGN CENTER FARVATER), Nansena St., 154B,, Rostov-on-Don 344010, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6163106808 (Russia); Registration Number 1116195002307 (Russia) [RUSSIA-EO14024].

AO KB NAVIS (a.k.a. "NAVIS INC."), ul. Kulneva, d. 3, str. 1, pom/kom III/5,6, Moscow 121170, Russia; sh. Dmitrovskoe, d. 157, k. 5, Moscow 127411, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No.

7725075060 (Russia); Registration Number 1027700456024 (Russia) [RUSSIA-EO14024].

AO KB YUNISTRIM (a.k.a. UNISTREAM COMMERCIAL BANK JSC), Ul. Verkhnyaya Maslovka D. 20, Str. 2, Moscow 127083, Russia; SWIFT/BIC UMTNRUMM; Website www.unistream.ru; Organization Established Date 31 May 2006; Target Type Financial Institution; Tax ID No. 7750004009 (Russia); Identification Number 2S1RNS.99999.SL.643 (Russia); Registration Number 1067711004437 (Russia) [RUSSIA-EO14024].

AO KBE XXI CENTURY (a.k.a. AKTSIONERNOE OBSHCHESTVO CONSTRUCTION BUREAU ELECTRICAL PRODUCTS XXI CENTURY; a.k.a. AO KBE XXI VEKA; a.k.a. JOINT STOCK COMPANY DESIGN OFFICE OF ELECTROITEMS; a.k.a. JSC KBE XXI CENTURY; a.k.a. XXI CENTURY ELECTRO ITEMS DESIGN OFFICE JOINT STOCK COMPANY), Ul. Lermontova D. 2, Sarapul 427960, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1827013520 (Russia); Registration Number 1021800997228 (Russia) [RUSSIA-EO14024].

AO KBE XXI VEKA (a.k.a. AKTSIONERNOE OBSHCHESTVO CONSTRUCTION BUREAU ELECTRICAL PRODUCTS XXI CENTURY; a.k.a. AO KBE XXI CENTURY; a.k.a. JOINT STOCK COMPANY DESIGN OFFICE OF ELECTROITEMS; a.k.a. JSC KBE XXI CENTURY; a.k.a. XXI CENTURY ELECTRO ITEMS DESIGN OFFICE JOINT STOCK COMPANY), Ul. Lermontova D. 2, Sarapul 427960, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1827013520 (Russia); Registration Number 1021800997228 (Russia) [RUSSIA-EO14024].

AO KOMPOZIT (a.k.a. JSC KOMPOZIT), Ul. Pionerskaya D. 4, Korolev 141074, Russia; Organization Established Date 28 Jan 2002; Tax ID No. 5018078448 (Russia); Registration Number 1025002043813 (Russia) [RUSSIA-EO14024].

AO KONSTERN GRANIT ELEKTRON (a.k.a. AKTSIONERNOE OBSCHCHESTVO KONTSERN GRANIT ELEKTRON; a.k.a. JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON; a.k.a. JSC CONCERN GRANIT ELEKTRON), Ul. Gospitalnaya D. 3, Saint Petersburg 191014, Russia; Organization Established Date 1910; Tax ID No. 7842335610 (Russia); Registration Number 5067847016782 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AO KONSTERN MPO GIDROPRIBOR (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSTERN MORSKOE PODVONOE ORUZHIE GIDROPRIBOR; a.k.a. JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR; a.k.a. JSC CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR), PR-KT B. Sampsonievskii D. 24, Saint Petersburg 194044, Russia; Organization Established Date 15 Sep 1943; Tax ID No. 7802375889 (Russia); Registration Number 1069847557394 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AO KONTSERN AVTOMATIKA (a.k.a. JOINT STOCK COMPANY CONCERN AVTOMATIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН АВТОМАТИКА); a.k.a. JSC CONCERN AVTOMATIKA (Cyrillic: AO КОНЦЕРН АВТОМАТИКА)), Ul. Botanicheskaya D. 25, Moscow 127106, Russia; Tax ID No. 7715906332 (Russia); Registration Number 1127746139564 (Russia) [RUSSIA-EO14024].

AO KONTSERN OKEANPRIBOR (Cyrillic: AO КОНЦЕРН ОКЕАНПРИБОР) (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN OKEANPRIBOR (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ОКЕАНПРИБОР); a.k.a. JOINT STOCK COMPANY CONCERN OKEANPRIBOR; a.k.a. JSC CONCERN OKEANPRIBOR; a.k.a. KONTSERN OKEANPRIBOR, PAO), 46, Chkalovskii Prospect, St. Petersburg 197376, Russia; Website www.oceanpribor.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067847424160 (Russia); Tax ID No. 7813341546 (Russia) [UKRAINE-EO13662].

AO KONTSERN VKO ALMAZ-ANTEI (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN VOZDUSHNO-KOSMICHESKOI OBORONY ALMAZ-ANTEI; a.k.a. JOINT STOCK COMPANY AEROSPACE DEFENSE CONCERN ALMAZ-ANTEY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ВОЗДУШНО-КОСМИЧЕСКОЙ ОБОРОНЫ АЛМАЗ-АНТЕЙ); a.k.a. JOINT STOCK COMPANY AIR AND SPACE DEFENSE CONCERN ALMAZ-ANTEY; a.k.a. JOINT-STOCK COMPANY CONCERN ALMAZ-ANTEY; a.k.a. JSC CONCERN VKO ALMAZ-ANTEY (Cyrillic: AO КОНЦЕРН ВКО АЛМАЗ-АНТЕЙ); f.k.a. OAO CONCERN PVO ALMAZ-ANTEY; f.k.a. OPEN JOINT STOCK COMPANY CONCERN PVO ALMAZ-ANTEY), D. 41, ul. Vereiskaya, Moscow 121471, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 19 Nov 1991; Target Type State-Owned Enterprise; Tax ID No. 7731084175 (Russia); Government Gazette Number 11593871 (Russia); Registration Number 1027739001993 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

AO KORDEKS (Cyrillic: AO КОРДЕКС) (a.k.a. KORDEX AO; a.k.a. KORDEX JOINT STOCK COMPANY; f.k.a. KORDEX OOO; a.k.a. NEPUBLICHNOE AKTSIONERNOE OBSCHCHESTVO KORDEX), 44, shosse Yaroslavskoe, Moscow 129337, Russia; Organization Established Date 13 Nov 2009; Organization Type: Management consultancy activities; Tax ID No. 7716823181 (Russia); Government Gazette Number 63681478 (Russia); Registration Number 1167746394881 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

AO KRAFTVEI KORPOREISHN PLS (a.k.a. AO KRAFTWAY PSC; a.k.a. CRAFTWAY CORPORATON PLS; a.k.a. JOINT STOCK COMPANY KRAFTVEY KORPOREYSHN PLS; a.k.a. JOINT STOCK COMPANY KRAFTWAY CORPORATION PLS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КРАФТВЭЙ КОРПОРЭЙШН ПЛС); a.k.a. JSC KRAFTVEY KORPOREYSHN PLS; a.k.a. JSC KRAFTWAY CORPORATION PLC), Sh. Kievskoe d. 64, Obninsk, Kaluga Region 249032, Russia; 16, 3rd Mytishchinskaya Street, Moscow 129626, Russia; Website kraftway.ru; Organization Type: Other information technology and computer service activities; Tax ID No. 5018037096 (Russia); Registration Number 1025002041525 (Russia) [RUSSIA-EO14024].

AO KRAFTWAY PSC (a.k.a. AO KRAFTVEI KORPOREISHN PLS; a.k.a. CRAFTWAY CORPORATON PLS; a.k.a. JOINT STOCK COMPANY KRAFTVEY KORPOREYSHN PLS; a.k.a. JOINT STOCK COMPANY KRAFTWAY CORPORATION PLS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КРАФТВЭЙ КОРПОРЭЙШН ПЛС); a.k.a. JSC KRAFTVEY KORPOREYSHN PLS; a.k.a. JSC KRAFTWAY CORPORATION PLC), Sh. Kievskoe d. 64, Obninsk, Kaluga Region 249032, Russia; 16, 3rd Mytishchinskaya Street, Moscow 129626, Russia; Website kraftway.ru; Organization Type: Other information technology and computer service activities; Tax ID No. 5018037096 (Russia); Registration Number 1025002041525 (Russia) [RUSSIA-EO14024].

AO KRASNYI DELFIN (a.k.a. I SPHERA JOINT STOCK COMPANY; a.k.a. RED DOLPHIN JOINT STOCK COMPANY), Per. Khimicheskii D. 1, Lit. BE, Floor 3, Pomeshch. 60, Saint Petersburg 198095, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration ID 1077847590040 (Russia); Tax ID No. 7805439611 (Russia) [RUSSIA-EO14024].

AO KRONSHTADT (a.k.a. AKTSIONERNOE OBSHCHESTVO KRONSHTADT; a.k.a. JOINT STOCK COMPANY KRONSHTADT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КРОНШТАДТ)), Descartes Business Center, Building 9, No. 18, Andropova Prospekt, Moscow 1115432, Russia (Cyrillic: Бизнес-центр Декарт, д. 18, корп. 9, Пр. Андропова, Москва 1115432, Russia); Building 4, No. 54, Maliy Prospekt, Vasilevskiy Island, St. Petersburg 199178, Russia; Organization Established Date 1990; Tax ID No. 7808035536 (Russia); Registration Number 1027809176141 (Russia) [RUSSIA-EO14024].

AO LITII ELEMENT (a.k.a. LITHIUM ELEMENT JOINT STOCK COMPANY), Ul. Im Ordzhonikidze G.K.D. 11A, Saratov 410015, Russia; Tax ID No. 6451115083 (Russia); Registration Number 1026402485581 (Russia) [RUSSIA-EO14024].

AO MANEL (a.k.a. JOINT STOCK COMPANY MANEL), Ul. Vladimira Vysotskogo D. 25, Str. 12, Tomsk 634040, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base

pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7017259678 (Russia); Registration Number 1107017006854 (Russia) [RUSSIA-EO14024].

AO MARPOSADKABEL (a.k.a. AKTSIONERNOE OBSHCHESTVO MARPOSADKABEL), Ul. Nikolaeva 93-V, Mariinskiy Posad 429570, Russia; Organization Established Date 26 Apr 2004; Tax ID No. 2111006918 (Russia); Registration Number 1042135001600 (Russia) [RUSSIA-EO14024].

AO METMA (a.k.a. AKTSIONERNOE OBSHCHESTVO ZAVOD METALLOKERAMICHESKIKH MATERIALOV METMA; a.k.a. METMA METAL AND CERAMIC MATERIALS PLANT JSC), Ul. Krylova D. 53A, Yoshkar Ola 424007, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1215055989 (Russia); Registration Number 1021200754266 (Russia) [RUSSIA-EO14024].

AO MIB KAPITAL (a.k.a. CJSC IIB CAPITAL; a.k.a. JOINT STOCK COMPANY IIB CAPITAL), ul. Mashi Poryvaevoi d. 11, str. B, floor 1, pomeshch. 15, Moscow 107078, Russia; Organization Established Date 25 Jul 2012; Tax ID No. 7708767021 (Russia); Registration Number 1127746575516 (Russia) [RUSSIA-EO14024] (Linked To: INTERNATIONAL INVESTMENT BANK).

AO NATSIONALNY EKSPORTNY TSENTR (a.k.a. AKTSIONERNOE OBSHCHESTVO ROSSIISKII EKSPORTNYI TSENTR; a.k.a. AO ROSSIISKII EKSPORTNYI TSENTR; a.k.a. AO ROSSISKII EKSPORTNY TSENTR; a.k.a. JSC RUSSIAN EXPORT CENTER), D. 12 etazh 13 pom. 1301, naberezhnaya Krasnopresnenskaya, Moscow 123610, Russia; Website exportcenter.ru; Tax ID No. 7703376553 (Russia); Registration Number 1157746363994 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

AO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE START IM. A.I. IASKINA (a.k.a. AKTSIONERNOYE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOYE

PREDPRIYATIYE START IM. A.I. YASKINA; a.k.a. JSC START SCIENTIFIC AND PRODUCTION ENTERPRISE NAMED AFTER A.YASKIN; a.k.a. NPP START IM. A. I. YASKINA AO; a.k.a. OPEN JOINT STOCK COMPANY START SCIENTIFIC AND PRODUCTION ENTERPRISE NAMED AFTER A. YASKIN), 24 Pribaltiyskaya Str., Yekaterinburg, Sverdlovsk 620007, Russia; Tax ID No. 6662054224 (Russia) [RUSSIA-EO14024].

AO NII EKRAN (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT EKRAN; a.k.a. JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE EKRAN), 24 Kirova Ave, Samara 443022, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6319169796 (Russia); Registration Number 1136319002731 (Russia) [RUSSIA-EO14024].

AO NII FERRIT DOMEN (a.k.a. FERRITE DOMEN COMPANY; a.k.a. RESEARCH INSTITUTE FERRIT DOMAIN; a.k.a. SCIENTIFIC AND RESEARCH INSTITUTE FERRIT DOMEN (Cyrillic: НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ФЕРРИТ-ДОМЕН)), Ul. Tsvetochnaya, D. 25, Korp. 3, Saint Petersburg 196084, Russia; Organization Established Date 22 May 1959; Tax ID No. 7810245940 (Russia); Registration Number 1037821019631 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AO NII GIRIKOND (a.k.a. JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE GIRICOND; a.k.a. RESEARCH INSTITUTE GIRIKOND), Ul. Kurchatova D. 10, Saint Petersburg 194223, Russia; Organization Established Date 1939; Tax ID No. 7802144144 (Russia); Registration Number 1027801555143 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AO NII MORTEPLOTEKHNIKI (a.k.a. JOINT STOCK COMPANY RESEARCH AND DESIGN INSTITUTE SEA THERMAL ENGINEERING; a.k.a. JSC RESEARCH & DESIGN INSTITUTE MORTEPLOTEKHNIKA; a.k.a. JSC RESEARCH AND DESIGN INSTITUTE

MORTEPLOTEKHNIKA), Ul. Chernikova, D. 44, Lomonosov 189510, Russia; Organization Established Date 15 Dec 1991; Tax ID No. 7819308094 (Russia); Registration Number 1047401500046 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

AO NII PLATAN S ZAVODOM PRI NII (a.k.a. JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE PLATAN WITH PLANT), Proezd Zavodskoi D. 2, Fryazino 141190, Russia; Organization Established Date Oct 1965; Tax ID No. 5052023047 (Russia); Registration Number 1115050010460 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AO NII VEKTOR (a.k.a. JOINT STOCK COMPANY SCIENTIFIC-RESEARCH INSTITUTE VEKTOR), ul. Akademika Pavlova d. 14-A, Saint Petersburg 197376, Russia; Ul. Kantemirovskaya D. 10, Saint Petersburg 197342, Russia; Website nii-vektor.ru; Email Address nii@nii-vektor.ru; Organization Established Date 1908; Tax ID No. 7813491943 (Russia); Trade License No. 1117847020400 (Russia) [RUSSIA-EO14024].

AO NIIPT RASTR (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT PROMYSHLENNOGO TELEVIDENIYA RASTR), Ul. Bolshaya Sankt-Peterburgskaya D. 39, Velikiy Novgorod 173001, Russia; Organization Established Date 1982; Tax ID No. 4345309407 (Russia); Registration Number 1114345026784 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AO NIIVK N.A. M.A. KARTSEV (a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH VYCHISLITELNYKH KOMPLEKSOV NAMED AFTER M. A. KARTSEVA; a.k.a. JOINT STOCK COMPANY NIIVK NAMED AFTER M. A. KARTSEVA; a.k.a. JSC NII VYCHISLITELNYKH KOMPLEKSOV IM. M.A. KARTSEVA), Profsoyuznaya St., 108, Moscow 117437, Russia; Organization Established Date 24 May 1993; Tax ID No. 7728032882 (Russia); Registration Number 1037700128828 (Russia) [RUSSIA-EO14024].

AO NIZHEGORODSKIY ZAVOD 70 LETIYA POBEDY (a.k.a. AO NZ 70 LETIYA POBEDY; a.k.a. JOINT STOCK COMPANY NIZHNY NOVGOROD PLANT OF THE 70TH

ANNIVERSARY OF VICTORY; a.k.a. ZAVOD 70 LETIYA POBEDY; a.k.a. "NZSLP"), 21 Sormovskoe Highway, Nizhny Novgorod 603052, Russia; Tax ID No. 5259113339 (Russia); Registration Number 1145259004296 (Russia) [RUSSIA-EO14024].

AO NMZ ISKRA (a.k.a. AKTSIONERNOE OBSHCHESTVO NOVOSIBIRSKII MEKHANICHESKII ZAVOD ISKRA; a.k.a. JOINT STOCK COMPANY NOVOSIBIRSK MECHANICAL PLANT ISKRA), Chekalina St., Building 8, Novosibirsk 630900, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5410039642 (Russia); Registration Number 1115476008890 (Russia) [RUSSIA-EO14024].

AO NOVOSIBIRSKIY AVIAREMONTNYI ZAVOD (Cyrillic: АО НОВОСИБИРСКИЙ АВИАРЕМОНТНЫЙ ЗАВОД) (a.k.a. JSC NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. JSC NOVOSIBIRSKY AVIAREMONTNY FACTORY; a.k.a. NOVOSIBIRSK AIRCRAFT ENTERPRISE; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AVIATION FACTORY; a.k.a. NOVOSIBIRSK AVIATION PLANT; a.k.a. "NAPO"; a.k.a. "NAZ"), 15 Polzunov St., Novosibirsk 630051, Russia; Tax ID No. 5402112867 (Russia) [RUSSIA-EO14024].

AO NP PODOLSKKABEL (a.k.a. PODOLSKKABEL), Ul. Bronnitskaya D. 11, Podolsk 142103, Russia; Organization Established Date 09 Jun 1941; Tax ID No. 5036002480 (Russia); Registration Number 1025004706825 (Russia) [RUSSIA-EO14024].

AO NPF DIPOL (a.k.a. DIPAUL COMPANY; a.k.a. DIPAUL TECHNOLOGIES JSC; a.k.a. SCIENTIFIC INDUSTRIAL COMPANY DIPAUL PRIVATE JOINT STOCK COMPANY), 5B, Rentgena Street, St. Petersburg 197101, Russia; 20/1, Ogorodny Proezd, Moscow 127372, Russia; Tax ID No. 7804137537 (Russia); Registration Number 1027802497656 (Russia) [RUSSIA-EO14024].

AO NPF MERIDIAN (a.k.a. MERIDIAN RESEARCH AND PRODUCTION FIRM JSC; a.k.a. RPF MERIDIAN JSC), Ul. Blokhina D. 19, Saint Petersburg 197198, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7813113934 (Russia); Registration Number 1027806864535 (Russia) [RUSSIA-EO14024].

AO NPF OTKRYTIE (a.k.a. AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNYI PENSIONNYI FOND OTKRYTIE; a.k.a. NPF OTKRITIE GROUP (Cyrillic: ГРУППА НПФ ОТКРЫТИЕ)), ul. Timura Frunze, d. 11, str. 13, Moscow 119021, Russia; ul. Gilyarovskogo, d. 39, str. 3, Moscow 129110, Russia; Organization Established Date 09 Jun 2014; Tax ID No. 7704300571 (Russia); Registration Number 1147799009104 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

AO NPF PERVYI PROMYSHLENNYI ALYANS (a.k.a. AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND PERVY PROMYSHLENNY ALYANS; a.k.a. JOINT-STOCK COMPANY NON-GOVERNMENTAL PENSION FUND FIRST INDUSTRIAL ALLIANCE; a.k.a. NON-STATE PENSION FUND FIRST INDUSTRIAL ALLIANCE; a.k.a. NPF PERVY PROMYSHLENNY ALYANS AO), 2E, ul. Vishnevskogo Kazan, Tatarstan Resp. 420097, Russia; Organization Established Date 02 Mar 1999; Tax ID No. 1655319199 (Russia); Government Gazette Number 50607380 (Russia); Registration Number 1151600000210 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

AO NPK ALFA M (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZODSTVENNYI KOMPLEKS ALFA M; a.k.a. ALPHA M JOINT STOCK COMPANY RESEARCH AND PRODUCTION COMPLEX), Ul. Chkalova D. 36A, Office 31, Zhukovsky 140180, Russia; Svyazi st., 25, Ryazan 390047, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of

Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5040125679 (Russia); Registration Number 1135040005594 (Russia) [RUSSIA-EO14024].

AO NPK BARL (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNY KONTSERN BARL; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CONCERN BARL), Murmanskii PR D 14, Moscow 129075, Russia; Organization Established Date 16 Jul 2004; Tax ID No. 7717513841 (Russia); Government Gazette Number 74062057 (Russia); Registration Number 1047796519220 (Russia) [RUSSIA-EO14024].

AO NPO BAZALT (a.k.a. FEDERAL STATE UNITARY ENTERPRISE STATE RESEARCH AND PRODUCTION ENTERPRISE BAZALT; a.k.a. FSUE SRPE BAZALT; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION BAZALT), 32 Velyaminovskaya, Moscow 105318, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7719830028 (Russia); Registration Number 1127747209501 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

AO NPO ELEKTROMASHINA (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ELEKTROMASHINA; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION ELECTROMASHINA), 2 Mashinostroiteley st, Chelyabinsk 454119, Russia; Tax ID No. 7449044990 (Russia); Registration Number 1047422507736 (Russia) [RUSSIA-EO14024].

AO NPO KURGANPRIBOR (Cyrillic: АО НПО КУРГАНПРИБОР) (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNOPROIZVODSTVENNOE OBEDINENIE KURGANPRIBOR (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНОПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ КУРГАНПРИБОР); a.k.a. KURGANPRIBOR JSC), Ul. Yastrzhembskogo D. 41A, Kurgan 640007, Russia; Tax ID No.

4501129676 (Russia); Registration Number 1074501002839 (Russia) [RUSSIA-EO14024].

AO NPO KVANT (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION KVANT; a.k.a. JSC R AND PA KVANT; a.k.a. JSC R&PA KVANT; a.k.a. JSC RESEARCH AND PRODUCTION ASSOCIATION KVANT; a.k.a. JSC RPA KVANT), Bolshaya Sankt-Peterburgskaya St., 73, Veliky Novgorod 173001, Russia; Website www.npp-kvant.kret.com; Organization Established Date 09 Dec 2011; Target Type State-Owned Enterprise; Tax ID No. 5321151441 (Russia) [RUSSIA-EO14024].

AO NPO OKB IM MP SIMONOVA (a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESICH BUREU COKOL; a.k.a. JSC SCIENTIFIC PRODUCTION ASSOCIATION EXPERIMENTAL DESIGN BUREAU NAMED AFTER M SIMONOV; a.k.a. OKB SIMONOV; a.k.a. OKB SOKOL; a.k.a. SIMONOV DESIGN BUREAU; a.k.a. SOKOL DESIGN BUREAU), 2A ul Akademika Pavlova St, Kazan 420036, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1661007166 (Russia); Registration Number 1021603886622 (Russia) [RUSSIA-EO14024].

AO NPO PRIBOR IMENI S S GOLEMBIOVSKOGO (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE PRIBOR IMENI S S GOLEMBIOVSKOGO; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION PRIBOR NAMED AFTER S S GOLEMBIOVSKY), 1 Kirovgradskaya St., Moscow 117587, Russia; 2 ul. Novorossiiskaia, Chelyabinsk, Russia; 3 ul. Sovnarkhoznaia, Noginsk 142400, Russia; 1/21 ul. 1-ia Krasnoarmeiskaia, Saint Petersburg, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7726700943 (Russia); Registration Number 1127746541427 (Russia) [RUSSIA-EO14024].

AO NPO RUSBITEKH (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION RUSBITECH; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION RUSSIAN BASIC INFORMATION TECHNOLOGIES; a.k.a. RPA RUSBITECH JSC), Sh. Varshavskoe D. 26, Str. 11, Moscow 117105, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7726604816 (Russia); Registration Number 5087746137023 (Russia) [RUSSIA-EO14024].

AO NPO TRANSKOM (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE TRANSKOM; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION TRANSCOM), Proezd Entuziastov D. 19, Na Ter-Rii 403, Remontnogo Zavoda, Moscow 111024, Russia; 4 str.1, per. Malyi Ivanovskii, Moscow 109028, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7709163294 (Russia); Registration Number 1027739687975 (Russia) [RUSSIA-EO14024].

AO NPP ALMAZ (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE ALMAZ; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE ALMAZ; a.k.a. JSC RPE ALMAZ; a.k.a. SCIENTIFIC MANUFACTURING ENTERPRISE ALMAZ), Panfilova st., 1, Saratov 410033, Russia; Organization Establishment Date 30 Dec 2011; Tax ID No. 6453119615 (Russia); Registration Number 1116453009155 (Russia) [RUSSIA-EO14024].

AO NPP ISTOK IM. SHOKINA (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE ISTOK IMENI A. I.SHOKINA; a.k.a. ISTOK RESEARCH AND PRODUCTION CORPORATION NAMED AFTER SHOKIN JSC; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. JSC RPC ISTOK NAMED AFTER SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER A.I. SHOKIN; a.k.a. RESEARCH AND PRODUCTION CORPORATION ISTOK), 2A Vokzalnaya Str., Fryazino, Moscow Region 141190, Russia; Organization Established Date 31 Dec 2013; Tax ID No. 5050108496 (Russia); Registration Number 1135050007400 (Russia) [RUSSIA-EO14024].

AO NPP KONTAKT (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE KONTAKT; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE KONTAKT; a.k.a. JSC SPE KONTAKT; a.k.a. "NPP CONTACT"), 1, Ul. Spitsyna, Saratov, Saratovskaya Oblast 410086, Russia; Organization Established Date 11 Dec 1991; Tax ID No. 6453097665 (Russia); Government Gazette Number 07619636 (Russia); Registration Number 1086453000567 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AO NPP RADIOSVIAZ (a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE RADIOSVYAZ; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVIAZ; a.k.a. JSC NPP RADIOSVYAZ; a.k.a. JSC SPE RADIOSVYAZ; a.k.a. RESEARCH AND PRODUCTION ENTERPRISE RADIOSVYAZ; a.k.a. SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVYAZ JOINT STOCK COMPANY), 19 Dekabristov Str., Krasnoyarsk, Krasnoyarsk Territory 660021, Russia; Organization Established Date 27 Dec 2012; Tax ID No. 2460243408 (Russia); Registration Number 1122468072231 (Russia) [RUSSIA-EO14024].

AO NPP RADIY (a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RADIY), Ul. Chasovaya D. 28, Moscow 125315, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID

No. 7712001254 (Russia); Registration Number 1027700133141 (Russia) [RUSSIA-EO14024].

AO NPP SAPFIR (a.k.a. AKTSIONERNOYE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOYE PREDPRIYATIYE SAPFIR; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE SAPFIR; a.k.a. RESEARCH AND PRODUCTION ENTERPRISE SAPFIR JOINT STOCK COMPANY; a.k.a. RPE SAPFIR JSC; a.k.a. RPE SAPFIR PJSC), 53 Shcherbakovskaya Str., Moscow 105318, Russia; Organization Established Date 13 Sep 1993; Tax ID No. 7719007689 (Russia); Registration Number 1027700070661 (Russia) [RUSSIA-EO14024].

AO NPP SVYAZ (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE SVYAZ), Ul. Shkolnaya D. 19, Balakirevo 301214, Russia; Organization Established Date 1964; Tax ID No. 7118011916 (Russia); Registration Number 1027101505133 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AO NPP TOPAZ (a.k.a. CLOSED JOINT-STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE TOPAZ; a.k.a. JOINT-STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE TOPAZ), 16k34 3 Mytishchinskaya Str., Moscow 129626, Russia; Organization Established Date 24 Jul 1997; Tax ID No. 5008011331 (Russia); Registration Number 1035001851125 (Russia) [RUSSIA-EO14024].

AO NPP TSIKLON TEST (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE CIKLON TEST; a.k.a. NPP CYCLONE TEST), Proezd Zavodskoi D. 4, Fryazino 141190, Russia; Organization Established Date 19 Dec 1991; Tax ID No. 5052022886 (Russia); Registration Number 1115050007676 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AO NPTSAP (a.k.a. JSC ACADEMICIAN PILYUGIN CENTER; a.k.a. RESEARCH AND PRODUCTION CENTER FOR AUTOMATION AND INSTRUMENTATION NAMED AFTER ACADEMIC NA PILYUGIN), Ul. Vvedenskogo D. 1, Moscow 117342, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to

support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9728050571 (Russia); Registration Number 1217700553344 (Russia) [RUSSIA-EO14024].

AO NTSLSK ASTROFIZIKA (a.k.a. AKTSIONERNOE OBSHCHESTVO NATSIONALNIY TSENTR LAZERNYKH SISTEM I KOMPLEKSOV ASTROFIZIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАЦИОНАЛЬНЫЙ ЦЕНТР ЛАЗЕРНЫХ СИСТЕМ И КОМПЛЕКСОВ АСТРОФИЗИКА); a.k.a. GP NPO ASTROFIZIKA; a.k.a. JOINT STOCK COMPANY ASTROPHYSIKA NATIONAL CENTRE OF LASER SYSTEMS AND COMPLEXES), Ul. Aleksandra Solzhenitsyna D. 27, Pomeshch. I, Moscow 109004, Russia; Tax ID No. 7733826256 (Russia); Registration Number 1127747254744 (Russia) [RUSSIA-EO14024].

AO NTTS REB (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-TEKHNICHESKI TSENTR RADIOELEKTRONNOI BORBY; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND TECHNICAL CENTER OF RADIOELECTRONIC WARFARE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР РАДИОЭЛЕКТРОННОЙ БОРЬБЫ); a.k.a. JSC NTTS REB (Cyrillic: АО НТЦ РЭБ); a.k.a. SCIENTIFIC-TECHNICAL CENTER FOR ELECTRONIC WARFARE (Cyrillic: НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР РАДИОЭЛЕКТРОННОЙ БОРЬБЫ)), d. 29 korp. 135, ul. vereiskaya, Moscow 121357, Russia; Organization Established Date 29 Aug 2005; Tax ID No. 7731529843 (Russia); Government Gazette Number 78506999 (Russia); Registration Number 1057748002850 (Russia) [RUSSIA-EO14024].

AO NZ 70 LETIYA POBEDY (a.k.a. AO NIZHEGORODSKIY ZAVOD 70 LETIYA POBEDY; a.k.a. JOINT STOCK COMPANY NIZHNY NOVGOROD PLANT OF THE 70TH ANNIVERSARY OF VICTORY; a.k.a. ZAVOD 70 LETIYA POBEDY; a.k.a. "NZSLP"), 21 Sormovskoe Highway, Nizhny Novgorod 603052, Russia; Tax ID No. 5259113339 (Russia); Registration Number 1145259004296 (Russia) [RUSSIA-EO14024].

AO ODK-KLIMOV (Cyrillic: АО ОДК-КЛИМОВ) (a.k.a. JOINT STOCK COMPANY ODK-KLIMOV; a.k.a. JOINT-STOCK COMPANY ODK-KLIMOV; a.k.a. ODK-KLIMOV), 11

Kantemirovskaya Str., Saint Petersburg 194100, Russia; Tax ID No. 7802375335 (Russia) [RUSSIA-EO14024].

AO ODK-STAR (a.k.a. JOINT STOCK COMPANY STAR; a.k.a. JSC UEC STAR), Ul. Kuibysheva D. 140A, Perm 614990, Russia; Website www.ao-star.ru; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1943; Tax ID No. 5904100329 (Russia); Business Registration Number 1025900895712 (Russia) [NPWMD] [IFSR] [RUSSIA-EO14024] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

AO OEZ PPT ALABUGA (a.k.a. AKTSIONERNOE OBSHCHESTVO OSOBAYA EKONOMICHESKAYA ZONA PROMYSHLENNO-PROIZVODSTVENNOGO TIPA ALABUGA; a.k.a. JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОСОБАЯ ЭКОНОМИЧЕСКАЯ ЗОНА ПРОМЫШЛЕННО-ПРОИЗВОДСТВЕННОГО ТИПА АЛАБУГА; Cyrillic: АО ОЭЗ ППТ АЛАБУГА)), ul. Sh-2 (Oez Alabuga Ter.) 4/1, Yelabuga, Tatarstan 423600, Russia (Cyrillic: ТЕРРИТОРИЯ ОЭЗ АЛАБУГА, УЛИЦА Ш-2, КОРПУС 4/1, Елабужский Район, Республика Татарстан 423600, Russia); Promploshchadka Alabuga, ul. Sh-2, Korp. 4/1, Yelabuga, Volga federal region, Republic of Tatarstan 423600, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 24 Jul 2006; Tax ID No. 1646019914 (Russia); Registration Number 1061674037259; alt. Registration Number 95427882 (Russia) [RUSSIA-EO14024].

AO OKB AEROKOSMICHESKIE SISTEMY (a.k.a. JOINT STOCK COMPANY AEROSPACE SYSTEMS DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY DESIGN BUREAU AEROSPACE SYSTEMS; a.k.a. JSC EDB AEROSPACE SYSTEMS; a.k.a. JSC EXPERIMENTAL DESIGN BUREAU AEROSPACE SYSTEMS), Ul. Programmistov D. 4, Dubna 141983, Russia; Tax ID No. 5010041950 (Russia); Registration Number 1105010002240 (Russia) [RUSSIA-EO14024].

AO OKB FAKEL (a.k.a. AKTSIONERNOE OBSHCHESTVO OPYTNOE KONSTRUKTORSKOE BYURO FAKEL; a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU FAKEL; a.k.a. JSC EDB FAKEL), Moskovskii PR D. 181, Kaliningrad 236001, Russia; Target Type State-Owned Enterprise; Tax ID No. 3906390669 (Russia); Government Gazette Number 44161069 (Russia); Registration Number 1203900004670 (Russia) [RUSSIA-EO14024].

AO OKB NOVATOR (a.k.a. AKTCIONERNOE OBSHESTVO OPITNOE KONSTRUKTORSKOE BYURO NOVATOR; a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU NOVATOR; a.k.a. NPO NOVATOR), 18 Kosmonautov Ave., Yekaterinburg 620017, Russia; Tax ID No. 6673092045 (Russia); Registration Number 1026605611339 (Russia) [RUSSIA-EO14024].

AO OTKRYTIE BROKER (a.k.a. AKTSIONERNOE OBSHCHESTVO OTKRYTIE BROKER; a.k.a. OTKRITIE BROKER GROUP (Cyrillic: ГРУППА ОТКРЫТИЕ БРОКЕР)), ul. Letnikovskaya, d. 2, str. 4, Moscow 115114, Russia; Organization Established Date 28 Dec 1995; Tax ID No. 7710170659 (Russia); Registration Number 1027739704772 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

AO PEMZ MOLOT (a.k.a. AKTSIONERNOE OBSHCHESTVO PETROVSKII ELEKTROMEKHANICHESKII ZAVOD MOLOT; a.k.a. PETROVSKY ELECTROMECHANICAL ZAVOD MOLOT), Ul. Gogolya D. 40, Petrovsk 412540, Russia; Organization Established Date 27 Dec 1991; Tax ID No. 6444009038 (Russia); Registration Number 5067847016782 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

AO PERMSKIY ZAVOD MASHINOSTROITEL (a.k.a. JOINT STOCK COMPANY PERMSKIY ZAVOD MASHINOSTROITEL; a.k.a. JSC PERM PLANT MASHINOSTROITEL; a.k.a. JSC PERMSKY ZAVOD MASHINOSTROITEL; a.k.a. MASHINOSTROITEL PERM FACTORY JSC), 57 Novozvyaginskaya Street, Perm 614014, Russia; Organization Established Date 29 Jun 2007; Tax ID No. 5906075029 (Russia); Registration Number 1075906004217 (Russia) [RUSSIA-EO14024].

AO PERVYI KANAL (Cyrillic: АО ПЕРВЫЙ КАНАЛ) (a.k.a. JOINT STOCK COMPANY CHANNEL ONE; a.k.a. JOINT STOCK COMPANY CHANNEL ONE RUSSIA; a.k.a. JSC CHANNEL ONE), Akademika Koroleva D.12, Moscow 127427, Russia; Tax ID No. 7717039300 (Russia); Registration Number 1027700222330 (Russia) [RUSSIA-EO14024].

AO PFK TSSKA (a.k.a. JOINT STOCK COMPANY PROFESSIONAL FOOTBALL CLUB CSKA; a.k.a. JSC PFC CSKA), Ul. 3-ya Peschanaya, d, 2a, severo-zapadnoe administrativnoe zdanie, 10-I et, Moscow 125252, Russia; Website www.pfc-cska.com; Tax ID No. 7734046851 (Russia); Registration Number 1027739880893 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

AO PKB RIO (a.k.a. AKTSIONERNOE OBSHCHESTVO PROEKTNO KONSTRUKTORSKOE BYURO RIO), d. 19 k. 9 litera Zh, ul. Uralskaya, Saint Petersburg 199155, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7805069865 (Russia); Registration Number 1027800540162 (Russia) [RUSSIA-EO14024].

AO PPIT (a.k.a. JOINT STOCK COMPANY PERSPECTIVE INDUSTRIAL AND INFRASTRUCTURAL TECHNOLOGIES; a.k.a. JOINT STOCK COMPANY PROMISING INDUSTRIAL AND INFRASTRUCTURE TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПЕРСПЕКТИВНЫЕ ПРОМЫШЛЕННЫЕ И ИНФРАСТРУКТУРНЫЕ ТЕХОЛОГИИ); a.k.a. JSC PERSPECTIVE INDUSTRIAL AND INFRASTRUCTURAL TECHNOLOGIES; a.k.a. JSC PPIT (Cyrillic: АО ППИТ)), Nab. Presnenskaya D. 8, Str. 1, ET. 7, Pom. I, Kom. 3 Rab. Mesto 7.10, Moscow 123112, Russia (Cyrillic: Пресненская наб., д. 8 стр. 1, эт. 7, пом. i, ком. 3 раб. место 7.10, город Москва 123112, Russia); Organization Established Date 09 Aug 2021; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 9709073580 (Russia); Government Gazette Number 51643627 (Russia); Registration Number 1217700369193 (Russia) [RUSSIA-EO14024].

AO PROMTEKH (a.k.a. AKTSIONERNOE OBSHCHESTVO PROMYSHLENNYE TEKHNOLOGII; a.k.a. CLOSED JOINT STOCK COMPANY INDUSTRIAL TECHNOLOGIES), Pr-Kt Nauki D. 14, K. 5, Pomeshch. 7, Dubna 141984, Russia; Tax ID No. 5024101198 (Russia); Registration Number 1085024625510 (Russia) [RUSSIA-EO14024].

AO PROMTEKH DUBNA (a.k.a. JOINT STOCK COMPANY PROMTECH DUBNA), Ul. Programmistov D. 4, Dubna 141983, Russia; Tax ID No. 5010041037 (Russia); Registration Number 1105010000974 (Russia) [RUSSIA-EO14024].

AO PROMTEKHKOMPLEKT (a.k.a. CLOSED JOINT STOCK COMPANY PROMTEHKOMPLEKT; a.k.a. PROMTECHCOMPLEKT JSC), 69 Km Mkad, Business Park Grinvud Str. 9, Putilkovo 143441, Russia; Tax ID No. 5032030550 (Russia); Registration Number 1035006458772 (Russia) [RUSSIA-EO14024].

AO PROTON (a.k.a. AKTSIONERNOE OBSHCHESTVO PROTON; a.k.a. JSC PROTON), ul. Leskova 19, Orel 302040, Russia; Moscow, Russia; Saratov, Russia; Tax ID No. 5753018359 (Russia); Registration Number 1025700827283 (Russia) [RUSSIA-EO14024].

AO PROTON-ELEKTROTEKS (a.k.a. AKTSIONERNOE OBSHCHESTVO PROTON-ELEKTROTEKS; a.k.a. JSC PROTON-ELECTROTEX), ul. Leskova d. 19, pom. 27, of. 14, Orel 302040, Russia; Tax ID No. 5753020414 (Russia); Registration Number 1025700825248 (Russia) [RUSSIA-EO14024].

AO RADAR 2633 (a.k.a. AKTSIONERNOE OBSHCHESTVO PROIZVODSTVENNOE PREDPRIIATIE RADAR 2633; a.k.a. JOINT STOCK COMPANY PRODUCTION ENTERPRISE RADAR 2633), 30 Smirnovskaya Street, Lyubertsy 140000, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5027149374 (Russia); Registration Number 1095027005820 (Russia) [RUSSIA-EO14024].

AO RAMEK VS (a.k.a. JOINT STOCK COMPANY RAMEC VS), 5th Verhniy lane, 1/A2, Saint Petersburg 194292, Russia; Ul. Obruchevykh D. 1, Saint Petersburg 195220,

Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7804060845 (Russia); Registration Number 1027802486502 (Russia) [RUSSIA-EO14024].

AO RAU FARM (Cyrillic: АО РАУ ФАРМ) (a.k.a. AKTSIONERNOE OBSHCHESTVO RAU FARM (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАУ ФАРМ); a.k.a. JOINT STOCK COMPANY RAU PHARM; a.k.a. JSC RAW FARM), ul. Mnevniki, D. 3, K. 1, ET/KOM 1/12, Moscow 123308, Russia (Cyrillic: УЛИЦА МНЁВНИКИ, ДОМ 3, КОРПУС 1, ЭТ/КОМ 1/12, МОСКВА 123308, Russia); Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 05 Oct 1999; alt. Organization Established Date 27 Aug 2002; Tax ID No. 7701220889 (Iran); Government Gazette Number 51115868 (Iran); Business Registration Number 1027739119650 (Russia) [NPWMD] [RUSSIA-EO14024] (Linked To: 27TH SCIENTIFIC CENTER).

AO RAVENSTVO (a.k.a. JSC RAWENSTVO; a.k.a. SC RAWENSTVO, Ul. Promyshlennaya D. 19, Saint Petersburg 198099, Russia; Organization Established Date 24 Mar 1988; Tax ID No. 7805395957 (Russia); Registration Number 1069847101169 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

AO RAVENSTVO-SERVICE (a.k.a. AKTSIONERNOE OBSHCHESTVO RAVENSTVO-SERVICE; a.k.a. SC RAWENSTVO-SERVICE), Ul. Promyshlennaya D. 19, Saint Petersburg 198099, Russia; Organization Established Date 25 Mar 1993; Tax ID No. 7805417618 (Russia); Registration Number 1079847012453 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

AO REDUKTOR-PM (a.k.a. JOINT STOCK COMPANY REDUCTOR - PM; a.k.a. JSC REDUCTOR - PM), Pr-Kt Komsomolskii D. 93, Perm 614990, Russia; Organization Established Date 31 Aug 1995; Tax ID No. 5948017501 (Russia); Registration Number 1025902394385

(Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

AO RFK-BANK (a.k.a. BANK ROSSISKAYA FINANSOVAYA KORPORATSIYA AKTSIONERNOE OBSHCHESTVO; a.k.a. RFC-BANK; a.k.a. RUSSIAN FINANCIAL CORPORATION; a.k.a. RUSSIAN FINANCIAL CORPORATION BANK JSC), St. George's Lane, D. 1, p. 1, Moscow 125009, Russia; d. 1 korp, 1 per. Georgievski, Moscow 125009, Russia; SWIFT/BIC RFCBRUMM; BIK (RU) 044525257 [SYRIA].

AO RKB GLOBUS (a.k.a. GLOBUS RYAZAN DESIGN BUREAU JSC; a.k.a. JOINT STOCK COMPANY RYAZANSKOE KONSTRUKTORSKOE BJURO GLOBUS; a.k.a. RKB GLOBUS PAO), Ul. Vysokovoltnaya D. 6, Ryazan 390013, Russia; Organization Established Date 01 Oct 1955; Tax ID No. 6229060995 (Russia); Registration Number 1086229000560 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AO RNII ELEKTROSTANDART (a.k.a. JOINT STOCK COMPANY RUSSIAN RESEARCH INSTITUTE ELECTRONSTANDART; a.k.a. RNII ELECTRONSTANDARD), Ul. Tsvetochnaya D. 25, Korp. 3, Saint Petersburg 196006, Russia; Organization Established Date 1943; Tax ID No. 7810196298 (Russia); Registration Number 1027804880135 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AO ROSEKSIMBANK (Cyrillic: АО РОСЭКСИМБАНК) (a.k.a. EXIMBANK OF RUSSIA; a.k.a. EXIMBANK OF RUSSIA JSC; a.k.a. EXIMBANK OF RUSSIA ZAO; a.k.a. GOSUDARSTVENNY SPETSIALIZIROVANNY ROSSISKI EKSPORTNO-IMPORTNY BANK (ZAKRYTOE AKTSIONERNOE OBSHCHESTVO); a.k.a. ROSEKSIMBANK, ZAO; a.k.a. RUSSIAN EXPORT-IMPORT BANK; a.k.a. STATE SPECIALIZED RUSSIAN EXPORT-IMPORT BANK JOINT-STOCK COMPANY (Cyrillic: ГОСУДАРСТВЕННЫЙ СПЕЦИАЛИЗИРОВАННЫЙ РОССИЙСКИЙ ЭКСПОРТНО-ИМПОРТНЫЙ БАНК АКЦИОНЕРНОЕ ОБЩЕСТВО)), 12 Krasnopresnenskaya Embankments, Moscow 123610, Russia; SWIFT/BIC EXIRRUMM; Website eximbank.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209; Organization Established Date 24 May 1994; Target Type Financial Institution; Tax ID No. 7704001959 (Russia); Legal Entity Number 253400HA6URWT39X2982; Registration Number 1027739109133 (Russia); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

AO ROSELEKTRONIKA (a.k.a. JSC RUSELECTRONICS (Cyrillic: АО РОСЭЛЕКТРОНИКА); a.k.a. JSC RUSSIAN ELECTRONICS; a.k.a. OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО РОССИЙСКАЯ ЭЛЕКТРОНИКА)), 12 Kosmonavta Volkova, Moscow 127299, Russia; Ul. Vereiskaya D. 29, Str. 141, Moscow 121357, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type State-Owned Enterprise; Organization Established Date 15 Dec 2009; Registration Number 1027739000475 (Russia); Tax ID No. 7710277994 (Russia); Government Gazette Number 48532918 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

AO ROSGEO (Cyrillic: АО РОСГЕО) (a.k.a. JSC ROSGEOLOGIA (Cyrillic: АО РОСГЕОЛОГИЯ); a.k.a. ROSGEO; a.k.a. ROSGEOLOGIYA OAO; a.k.a. ROSGEOLOGY), Khersonskaya st., 43/3, Moscow 117246, Russia; Tax ID No. 7724294887 (Russia); Registration Number 1047724014040 (Russia) [RUSSIA-EO14024].

AO ROSSIISKII EKSPORTNYI TSENTR (a.k.a. AKTSIONERNOE OBSHCHESTVO ROSSIISKII EKSPORTNYI TSENTR; f.k.a. AO NATSIONALNY EKSPORTNY TSENTR; a.k.a. AO ROSSISKI EKSPORTNY TSENTR; a.k.a. JSC RUSSIAN EXPORT CENTER), D. 12 etazh 13 pom. 1301, naberezhnaya Krasnopresnenskaya, Moscow 123610, Russia;

Website exportcenter.ru; Tax ID No. 7703376553 (Russia); Registration Number 1157746363994 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

AO ROSSISKI EKSPORTNY TSENTR (a.k.a. AKTSIONERNOE OBSHCHESTVO ROSSIISKII EKSPORTNYI TSENTR; f.k.a. AO NATSIONALNY EKSPORTNY TSENTR; a.k.a. AO ROSSIISKII EKSPORTNYI TSENTR; a.k.a. JSC RUSSIAN EXPORT CENTER), D. 12 etazh 13 pom. 1301, naberezhnaya Krasnopresnenskaya, Moscow 123610, Russia; Website exportcenter.ru; Tax ID No. 7703376553 (Russia); Registration Number 1157746363994 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

AO RT-PROEKTNYE TEKHNOLOGII (a.k.a. JSC RT - PROJECT TECHNOLOGIES; a.k.a. RT-PROEKTNYE TEKHNOLOGII, PAO; a.k.a. RT-PROJECT TECHNOLOGY OPEN JOINT STOCK COMPANY), Berezhkovskaya Nab D. 6, Moscow 121059, Russia; Organization Established Date 15 Sep 2011; Target Type State-Owned Enterprise; Tax ID No. 7724804619 (Russia); Registration Number 1117746729682 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

AO RTS-KHOLDING (a.k.a. AKTSIONERNOE OBSHCHESTVO RTS-KHOLDING; a.k.a. RTS-HOLDING JOINT STOCK COMPANY; a.k.a. RTS-HOLDING JSC), Nab. Tarasa Shevchenko D. 23A, Ofisnoe Zd. Bashnya-2000, Moscow 121151, Russia; Website fintender.ru; Tax ID No. 7723825581 (Russia); Registration Number 1127746030411 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

AO RUSSIAN HIGH TECHNOLOGIES (Cyrillic: АО РОССИЙСКИЕ НАУКОЕМКИЕ ТЕХНОЛОГИИ) (a.k.a. AKTSIONEROE OBSHCHESTVO RNT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РНТ); a.k.a. CLOSED JOINT STOCK COMPANY RNT; a.k.a. "AO RNT" (Cyrillic: "АО РНТ"); a.k.a. "CJSC RNT"; a.k.a. "RNT COMPANY"; a.k.a. "ZAO RNT"), 6, ul. 2-Ya Ostankinskaya, Moscow 129515, Russia; Website www.rnt.ru; Organization Established Date 16 Jun 1993; Organization Type: Other information

technology and computer service activities; Target Type Private Company; Tax ID No. 7720010693 (Russia); Government Gazette Number 17917145 (Russia); Registration Number 1027700248256 (Russia) [RUSSIA-EO14024].

AO RUSSKAYA MEDNAYA COMPANY (a.k.a. JOINT STOCK COMPANY RUSSIAN COPPER COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РУССКАЯ МЕДНАЯ КОМПАНИЯ); a.k.a. "RCC GROUP"), 57 Gorkogo Street, Ekaterinburg, Sverdlovsk Region 620026, Russia; Tax ID No. 6670061296 (Russia); Registration Number 1046603513450 (Russia) [RUSSIA-EO14024].

AO SEVASTOPOLSKIY MORSKOY BANK (a.k.a. AKTSIONERNOE OBSHCHESTVO SEVASTOPOLSKIY MORSKOY BANK; a.k.a. JOINT STOCK COMPANY SEVASTOPOLSKY MORSKOY BANK; a.k.a. JSC SEVASTOPOLSKY MORSKOY BANK), 18a Brestska Street, Sevastopol, Crimea 99001, Ukraine; 18/A Ulitsa Brestskaya, Sevastopol, Crimea 299001, Ukraine; SWIFT/BIC MORKUAUK; Website www.morskoybank.com; Email Address root@morskoybank.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149204013397 [UKRAINE-EO13685].

AO SEVERNYI PRESS (a.k.a. JOINT STOCK COMPANY SEVERNIY PRESS; a.k.a. JSC SEVERNY PRESS; a.k.a. SEVERNY PRESS AO), Ul. Tallinskaya D. 7, Saint Petersburg 195196, Russia; Organization Established Date 24 Feb 1992; Tax ID No. 7806337732 (Russia); Registration Number 1146444000010 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

AO SHIP REPAIR CENTER 'ZVEZDOCHKA' (a.k.a. JOINT STOCK COMPANY SHIP REPAIR CENTER 'ZVEZDOCHKA'; a.k.a. OAO SHIP REPAIR CENTER 'ZVEZDOCHKA'; a.k.a. SHIP REPAIR CENTER ZVEZDOCHKA; a.k.a. 'ZVEZDOCHKA' SHIPYARD), 12, proyezd Mashinostroiteley, Severodvinsk, Arkhangelskaya Oblast 164509, Russia; 13 Geroyev Sevastopolya Street, Sevastopol, Crimea 99001, Ukraine; Website www.star.ru; alt. Website http://starsmz.ru/; alt. Website http://sevmorzavod.com/; Email Address info@star.ru; alt. Email Address star_sev@mail.ru; alt. Email Address office@smp.com.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1082902002677 (Russia); Tax ID No. 2902060361 (Russia) [UKRAINE-EO13685].

AO SHIPYARD 'ZALIV' (f.k.a. JSC SHIPYARD 'ZALIV'; f.k.a. JSC ZALIV SHIPYARD; a.k.a. LLC SHIPYARD 'ZALIV'; f.k.a. OJSC ZALIV SHIPYARD; a.k.a. OOO SHIPYARD 'ZALIV'; a.k.a. ZALIV SHIPYARD LLC), 4 Tankistov Street, Kerch, Crimea 98310, Ukraine; Website http://www.zalivkerch.com/; alt. Website http://www.zaliv.com/; Email Address zaliv@zalivkerch.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

AO SHVABE (a.k.a. AKTSIONERNOE OBSHCHESTVO SHVABE; a.k.a. JOINT STOCK COMPANY SHVABE; f.k.a. SHVABE PAO), 176, Prospekt Mira, Moscow 119366, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type State-Owned Enterprise; Registration ID 1107746256727 (Russia); Tax ID No. 7717671799 (Russia); Government Gazette Number 07508641 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

AO SIBANTRATSIT (a.k.a. JOINT STOCK COMPANY RAZREZ KOLYVANSKIY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАЗРЕЗ КОЛЫВАНСКИЙ); a.k.a. JSC SIBERIAN ANTHRACITE; a.k.a. SIBANTHRACITE JSC), ul. Sovetskaya d. 2A Pos., Litvyanski 633224, Russia; Tax ID No. 5406192366 (Russia); Registration Number 1025404670620 (Russia) [RUSSIA-EO14024].

AO SIBIRSKAYA SERVISNAYA KOMPANIYA (a.k.a. JSC SIBERIAN SERVICE COMPANY (Cyrillic: АО СИБИРСКАЯ СЕРВИСНАЯ КОМПАНИЯ); a.k.a. SIBERIA SERVICE CO CJSC), Dom 31A, Stroenie 1, Etazh 9, Prospekt Leningradskii, Moscow 125284, Russia; Tax ID No. 0814118403 (Russia); Registration Number 1028601792878 (Russia) [RUSSIA-EO14024].

AO SIGNALTEK (a.k.a. JOINT STOCK COMPANY SIGNALTEK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СИГНАЛТЕК);

a.k.a. JSC SIGNALTEK; a.k.a. SIGNALTEK CLOSED CORPORATION), Ul. Ivovaya D. 2 Et/Pom/Kom 4/I/45, Moscow, Russia 129329, Russia; Website signaltec.ru; Organization Established Date 20 Sep 2011; Organization Type: Other information technology and computer service activities; Tax ID No. 7722756624 (Russia); Registration Number 1117746741210 (Russia) [RUSSIA-EO14024].

AO SISOFT DEVELOPMENT (a.k.a. CSOFT DEVELOPMENT), Ul. Boitsovaya D. 17, K. 3, Pomeshch. 12 Komnata 3B, Moscow 107150, Russia; Tax ID No. 7722570620 (Russia); Registration Number 1067746335711 (Russia) [RUSSIA-EO14024].

AO SLAVA (a.k.a. JSC SLAVA; a.k.a. MOSCOW JOINT STOCK COMPANY SLAVA SECOND WATCH FACTORY), Ul. Verkhnaya d. 34, Str. 1, 2 Et, Pom. 8, Komn. 50, Moscow 125040, Russia; Tax ID No. 7714046028 (Russia); Registration Number 1027700324530 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

AO SMP BANK (Cyrillic: АО СМП БАНК) (a.k.a. AKTSIONERNOYE OBSHCHESTVO BANK SEVERNY MORSKOY PUT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО БАНК СЕВЕРНЫЙ МОРСКОЙ ПУТЬ); a.k.a. SMP BANK; a.k.a. SMP BANK OPEN JOINT STOCK COMPANY; a.k.a. SMP BANK, AO), d. 71 k. 11, ul. Sadovnicheskaya Street, Moscow 115035, Russia; SWIFT/BIC SMBKRUMM; Website www.smpbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Tax ID No. 7750005482 (Russia); Government Gazette Number 56657657 (Russia); Registration Number 1097711000078 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

AO SOVKOMBANK STRAKHOVANIE (a.k.a. AKTSIONERNOE OBSHCHESTVO SOVKOMBANK STRAKHOVANIE; a.k.a. SOVCOMBANK INSURANCE JSC), Pr-Kt Moskovskii D.79a, Lit.A, Saint Petersburg 196084, Russia; Website kfins.ru; Tax ID No. 7812016906 (Russia); Registration Number 1027810229150 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

AO SPETSMASH (a.k.a. AKTSIONERNOE OBSHCHESTVO SPETSIALNOE KONSTRUKTORSKOE BIURO TRANSPORTNOGOMASHINOSTROENIIA; a.k.a. JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF TRANSPORT MECHANICAL ENGINEERING; a.k.a. SPECMASH KB), 47 Stachek Ave., Korp 2, Saint Petersburg 198097, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7805019624 (Russia); Registration Number 1027802749061 (Russia) [RUSSIA-EO14024].

AO TASKOM (a.k.a. AKTSIONERNOE OBSHCHESTVO TASKOM; a.k.a. TACKOM), Ter. Severnaya Promyshlennaya Zona, Vladenie 6, Str. 1, Vorsino 249020, Russia; Tax ID No. 4025422770 (Russia); Registration Number 1094025002246 (Russia) [RUSSIA-EO14024].

AO TD PROTON-ELEKTROTEKS (a.k.a. AKTSIONERNOE OBSHCHESTVO TORGOVYI DOM PROTON-ELEKTROTEKS; a.k.a. TRADING HOUSE PROTON-ELECTROTEX), ul. Leskova d. 19, pomeshchenie 27, office 14, Orel 302040, Russia; Tax ID No. 5753039510 (Russia); Registration Number 1065753010641 (Russia) [RUSSIA-EO14024].

AO TEKHNODINAMIKA (a.k.a. AKTSIONERNOE OBSHCHESTVO TEKHNODINAMIKA; a.k.a. JOINT STOCK COMPANY AVIATION EQUIPMENT; a.k.a. JOINT STOCK COMPANY TEKHNODINAMIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТЕХНОДИНАМИКА); a.k.a. JSC TEKHNODINAMIKA (Cyrillic: АО ТЕХНОДИНАМИКА); a.k.a. TEKNODINAMIKA JSC), Ul. Bolshaya Tatarskaya D. 35, Str. 5, Moscow 115184, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037719005873 (Russia); Tax ID No. 7719265496 (Russia); Government Gazette Number 07543117 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

AO TELEKOMPANIYA NTV (a.k.a. JOINT STOCK COMPANY NTV BROADCASTING COMPANY), ul. Akademika Koroleva d. 12, Moscow 127427, Russia; ul. Argunovskaya d. 5, Moscow 129075, Russia; Organization Established Date 1993; Tax ID No. 7703191457 (Russia); Registration Number 1027739667218 (Russia) [RUSSIA-EO14024].

AO TERRA TEKH (Cyrillic: АО ТЕРРА ТЕХ) (a.k.a. AKTSIONERNOE OBSHCHESTVO TERRA TEKH; a.k.a. JOINT STOCK COMPANY TERRA TECH (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТЕРРА ТЕХ)), Ul. Aviamotornaya D. 53, Str. 1, Kom. 93, Moscow 111250, Russia; Organization Established Date 25 Dec 2017; Target Type State-Owned Enterprise; Tax ID No. 7722429553 (Russia); Registration Number 5177746378431 (Russia) [RUSSIA-EO14024].

AO TESTPRIBOR (a.k.a. AKTSIONERNOE OBSHCHESTVO TESTPRIBOR; a.k.a. JSC TESTPRIBOR), ul. Planernaya d. 7A, Moscow 125480, Russia; Tax ID No. 7733627211 (Russia); Registration Number 1077761778423 (Russia) [RUSSIA-EO14024].

AO TMKB SOYUZ (a.k.a. AKTSIONERNOE OBSHCHESTVO TURAEVSKOE MASHINOSTROITELNOE KONSTRUKTORSKOE BYURO SOYUZ; a.k.a. SOYUZ TURAEVO ENGINEERING DESIGN BUREAU JSC), Ter. Promzona Turaevo Str 10, Lytkarino 140080, Russia; Organization Established Date 01 Aug 1964; Tax ID No. 5026000759 (Russia); Registration Number 1035004901700 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AO T-PLATFORMS (a.k.a. T-PLATFORMS (Cyrillic: Т-ПЛАТФОРМЫ)), Ul. Krupskoi D.4, Korp.2, Moscow 119311, Russia; Website t-platforms.ru; Tax ID No. 7736588433 (Russia); Trade License No. 5087746658984 (Russia) [RUSSIA-EO14024].

AO TRANSMASHHOLDING (a.k.a. TRANSMASHHOLDING JSC; a.k.a. "TMH"), ul. Efremova D. 10, Moscow 119048, Russia; Tax ID No. 7723199790 (Russia); Registration Number 1027739893246 (Russia) [RUSSIA-EO14024].

AO TSENTRKVARTS (a.k.a. TSENTRKVARTS PAO), D. 40 k. 4, Ul. Narodnogo Opolcheniya, Moscow 123298, Russia; Tax ID No. 7743909617 (Russia); Registration Number 5137746176497 (Russia) [RUSSIA-EO14024].

AO TSKB LAZURIT (a.k.a. AKTSIONERNOYE OBSHCHESTVO TSENTRALNOYE KONSTRUKTORSKOYE BYURO LAZURIT (Cyrillic: ЦЕНТРАЛЬНОЕ КОНСТРУКТОРСКОЕ БЮРО ЛАЗУРИТ); a.k.a. LAZURIT CENTRAL DESIGN BUREAU JOINT STOCK COMPANY), 57 Ulitsa Svobody, Nizhni Novgorod 603003, Russia; Organization Established Date 07 Feb 1994; Tax ID No. 5263000105 (Russia); Registration Number 1025204408910 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

AO TSNII TSIKLON (a.k.a. JOINT STOCK COMPANY CENTRAL RESEARCH INSTITUTE CYCLONE), Sh. Shchelkovskoe D. 77, Moscow 107497, Russia; Organization Established Date 25 Nov 1991; Tax ID No. 7718159209 (Russia); Registration Number 1027700223352 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AO TSNIRTI IM AKADEMIKA A I BERGA (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTRALNYI NAUCHNO ISSLEDOVATELSKII RADIOTEKHNICHESKII INSTITUIMENI AKADEMIKA A I BERGA; a.k.a. CENTRAL RESEARCH RADIO ENGINEERING INSTITUTE NAMED AFTER ACADEMICIAN A I BERG; a.k.a. JOINT STOCK COMPANY TSNIRTI NAMED AFTER ACADEMICIAN A I BERG; a.k.a. "108 INSTITUTE"), 20 Nova Basmanna Street, Building 9, Moscow 107078, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9701039940 (Russia); Registration Number 1167746458648 (Russia) [RUSSIA-EO14024].

AO TULSKIY MASHINOSTROITELNY ZAVOD (a.k.a. AKTSIONERNOE OBSHCHESTVO AKTSIONERNAIA KOMPANIIA TULAMASHZAVOD; a.k.a. JOINT STOCK COMPANY TULA MACHINE BUILDING PLANT; a.k.a. JOINT STOCK COMPANY TULAMASHZAVOD; a.k.a. TULAMASHZAVOD PRODUCTION ASSOCIATION), 2 Mosina St., Tula 300002, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation

economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7106002836 (Russia); Registration Number 1027100507114 (Russia) [RUSSIA-EO14024].

AO UPKB DETAL (a.k.a. DETAL URAL DESIGN BUREAU JSC; a.k.a. JOINT STOCK COMPANY URAL DESIGN BUREAU DETAL), Ul. Pionerskaya D.8, Kamensk-Uralskiy 623409, Russia; Organization Established Date 1949; Tax ID No. 6612011546 (Russia); Registration Number 1026600930630 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AO URAL CIVIL AVIATION FACTORY (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKI ZAVOD GRAZHDANSKOI AVIATSII; a.k.a. JOINT STOCK COMPANY URALS WORKS OF CIVIL AVIATION; a.k.a. "UZGA AO"), Ul. Bakhchivandzhi 2G,, Ekaterinburg, Svedlovskaya Oblast 620025, Russia; Organization Established Date 16 Mar 1939; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 6664013640 (Russia); Government Gazette Number 01128452 (Russia); Registration Number 1026605766560 (Russia) [RUSSIA-EO14024].

AO URALELEMENT (a.k.a. AKTSIONERNOE OBSHCHESTVO VERKHNEUFALEISKII ZAVOD URALELEMENT; a.k.a. JSC VERHNEUFALEYSKY ZAVOD URALELEMENT), Ul. Dmitrieva D. 24, Verkhniy Ufaley 456800, Russia; Organization Established Date 12 May 1992; Tax ID No. 7402006277 (Russia); Registration Number 1047401500046 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

AO VEB.DV (f.k.a. FAR EAST AND BAIKAL REGION DEVELOPMENT FUND OJSC; f.k.a. JSC FAR EAST AND ARCTIC REGION DEVELOPMENT FUND; a.k.a. JSC VEB.DV; f.k.a. OJSC THE FAR EAST AND BAIKAL REGION DEVELOPMENT FUND), Nab. Presnenskaya D. 10, pom II komn 8-59, Moscow 123112, Russia; Website fondvostok.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 2721188289 (Russia); Registration Number

1112721010995 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

AO VMP AVITEK (a.k.a. AVITEK VYATSKOE MACHINE BUILDING ENTERPRISE JSC; a.k.a. JOINT STOCK COMPANY VYATSKOYE MASHINOSTROITELNOYE PREDPRIYATIYE AVITEK; a.k.a. JSC VMP AVITEC; a.k.a. JSC VMP AVITEK; a.k.a. VYATKA MACHINERY PLANT AVITEC JSC), 1A Prospekt Oktyabrskiy, Kirov, Kirov Oblast 610047, Russia; Tax ID No. 4345047310 (Russia); Registration Number 1024301320977 (Russia) [RUSSIA-EO14024].

AO VNII SIGNAL (a.k.a. JOINT STOCK COMPANY ALL-RUSSIAN RESEARCH INSTITUTE SIGNAL; a.k.a. OAO VNII SIGNAL; a.k.a. OAO VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT SIGNAL; a.k.a. OJSC ALL-RUSSIAN RESEARCH INSTITUTE SIGNAL; a.k.a. VNII SIGNAL JSC), 57 UL. Krupskoy, Kovrov, Vladimir Oblast 601903, Russia; Tax ID No. 3305708964 (Russia); Registration Number 1103332000232 (Russia) [RUSSIA-EO14024].

AO VNIIZARUBEZHGEOLOGIIA (a.k.a. VNIIZARUBEZHGEOLOGIYA AO; a.k.a. VNIIZARUBEZHGEOLOGIYA VZG OAO (Cyrillic: ВНИИЗАРУБЕЖГЕОЛОГИЯ ВЗГ ОАО); a.k.a. VSEROSSIISKII NAUCHNO ISSLEDOVATELSKII INSTITUT GEOLOGII ZARUBEZHNYKH STRAN OAO (Cyrillic: ВСЕРОССИЙСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ГЕОЛОГИИ ЗАРУБЕЖНЫХ СТРАН ОАО)), Ulitsa Novocheremushkinskaya, 69, Moscow 117418, Russia; Tax ID No. 7727048431 (Russia); Registration Number 1027739016436 (Russia) [RUSSIA-EO14024].

AO VOSTOCHNAYA VERF (Cyrillic: АО ВОСТОЧНАЯ ВЕРФЬ) (a.k.a. VOSTOCHNAYA VERF JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВОСТОЧНАЯ ВЕРФЬ); a.k.a. VOSTOCHNAYA VERF PAO), 1 Geroev Tikhookeantsev St., Vladivostok 690017, Russia; Tax ID No. 2537009643 (Russia); Registration Number 1022501797064 (Russia) [RUSSIA-EO14024].

AO VOSTOK TREID INVEST (Cyrillic: АО ВОСТОК ТРЕЙД ИНВЕСТ), d. 18A pom. 7, ul. Pobedy, Kholmsk 694620, Russia; Tax ID No. 9705144294 (Russia); Registration Number 1207700186210 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SAKHALIN SHIPPING COMPANY).

AO VTB DEVELOPMENT (Cyrillic: АО ВТБ ДЕВЕЛОПМЕНТ) (a.k.a. AKTSIONERNOE OBSHCHESTVO VTB DEVELOPMENT; a.k.a. JOINT STOCK COMPANY VTB DEVELOPMENT; a.k.a. VTB DEVELOPMENT AO), Ul. B. Morskaya D. 30, Saint Petersburg 190000, Russia; d. 11 litera A kom 560, per. Degtyarny, St. Petersburg 191144, Russia; Organization Established Date 07 Jul 2005; Organization Type: Non-specialized wholesale trade; Tax ID No. 7838327945 (Russia); Registration Number 1057811461091 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

AO VTB LIZING (a.k.a. JSC VTB LEASING; a.k.a. VTB LEASING JOINT STOCK COMPANY; a.k.a. VTB LEASING JSC), Per. 2-I Volkonskii, D. 10, Moscow 127473, Russia; Ul. Vorontsovskaya, D. 43, Str.1, Moscow 109147, Russia; Website www.vtb-leasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 13 Jun 2002; Organization Type: Financial leasing; Registration ID 1037700259244 (Russia); Tax ID No. 7709378229 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

AO VZPS (a.k.a. AKTSIONERNOE OBSHCHESTVO VLADIMIRSKII ZAVOD PRETSIZIONNYKH SPLAVOV; a.k.a. JSC VLADIMIR PLANT OF PRECISION ALLOYS), Ul Kuibysheva 26, Vladimir 600035, Russia; Per. Ozerkovskii D. 12, Pomeshch. I, Kom. 21, Moscow 115184, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID

No. 3328459312 (Russia); Registration Number 1083328004044 (Russia) [RUSSIA-EO14024].

AO YUMIRS (a.k.a. JOINT STOCK COMPANY UMIRS), Antonova st., 3, Penza 440600, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5835015359 (Russia); Registration Number 1025801217947 (Russia) [RUSSIA-EO14024].

AO ZAVOD FIOLENT (Cyrillic: АО ЗАВОД ФИОЛЕНТ) (a.k.a. AKTSIONERNOE OBSHCHESTVO ZAVOD FIOLENT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЗАВОД ФИОЛЕНТ); a.k.a. JOINT STOCK COMPANY FIOLENT PLANT; a.k.a. JSC FIOLENT PLANT; a.k.a. ZAVOD FIOLENT, PAT), House 34/2, Kievskaya Street, Simferopol, Crimea 295017, Ukraine; Website www.phiolent.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102048745 (Russia); Registration Number 1149102099640 (Russia) [UKRAINE-EO13685].

AO ZAVOD IM. A.A.KULAKOVA (a.k.a. JOINT STOCK COMPANY ZAVOD KULAKOVA; a.k.a. JSC ZAVOD KULAKOVA), Ul. Yablochkova D. 12, Saint Petersburg 197198, Russia; Organization Established Date 30 Jan 1992; Tax ID No. 7813346618 (Russia); Registration Number 5067847003428 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

AO ZAVOD METEOR (a.k.a. JOINT STOCK COMPANY METEOR PLANT; a.k.a. METEOR PLANT JSC), Ul. Gorkogo D. 1, Volzhskiy 404130, Russia; Organization Established Date 17 Jul 1959; Tax ID No. 3435000717 (Russia); Registration Number 1023402012050 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

AO, KRIMTETS (a.k.a. AKTSIONERNOE OBSHCHESTVO KRYMTEPLOELEKTROTSENTRAL; f.k.a. KRYMTEPLOELEKTROTSENTRAL, AO; a.k.a. KRYMTETS, AO), 1, ul. Montazhnaya Pgt. Gresovski, Simferopol, Crimea 295493, Ukraine; Website www.krimtec.com; Email Address e.hmelnitskiy@krimtec.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209; Tax ID No. 9102070194 (Russia); Government Gazette Number 00828288 (Russia); Registration Number 1159102014169 (Russia) [UKRAINE-EO13685].

AO, VAD (a.k.a. AKTSIONERNOE OBSHCHESTVO VAD; a.k.a. CJSC VAD; a.k.a. JOINT STOCK COMPANY VAD; a.k.a. JSC VAD; a.k.a. VAD, AO; a.k.a. ZAO VAD; a.k.a. "HIGH-QUALITY HIGHWAYS"), 133, ul. Chernyshevskogo, Vologda, Vologodskaya Obl 160019, Russia; 122 Grazhdanskiy Prospect, Suite 5, Liter A, St. Petersburg 195267, Russia; Website www.zaovad.com; Email Address office@zaovad.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037804006811 (Russia); Tax ID No. 7802059185 (Russia); Government Gazette Number 34390716 (Russia) [UKRAINE-EO13685].

AOUADI, Mohamed Ben Belgacem (a.k.a. AOUADI, Mohamed Ben Belkacem), Via A. Masina n.7, Milano, Italy; DOB 11 Dec 1974; POB Tunisia; nationality Tunisia; Passport L 191609 issued 28 Feb 1996 expires 27 Feb 2001; Italian Fiscal Code DAOMMD74T11Z352Z (individual) [SDGT].

AOUADI, Mohamed Ben Belkacem (a.k.a. AOUADI, Mohamed Ben Belgacem), Via A. Masina n.7, Milano, Italy; DOB 11 Dec 1974; POB Tunisia; nationality Tunisia; Passport L 191609 issued 28 Feb 1996 expires 27 Feb 2001; Italian Fiscal Code DAOMMD74T11Z352Z (individual) [SDGT].

APADANA PERSIAN GULF PETROCHEMICAL COMPANY (a.k.a. PERSIAN GULF APADANA PETROCHEMICAL COMPANY), Unit 14, 3rd Floor, No. 22, 5th Alley, Vozara St (Khalede Eslamboli), District 6, Tehran, Iran; Website http://pgapco.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

APANASENKO, Elena (a.k.a. APANASENKO, Elena Mikhailovna); DOB 19 Sep 1970; Deputy Chairman, Executive Board, Tempbank (individual) [SYRIA] (Linked To: TEMPBANK).

APANASENKO, Elena Mikhailovna (a.k.a. APANASENKO, Elena); DOB 19 Sep 1970; Deputy Chairman, Executive Board, Tempbank (individual) [SYRIA] (Linked To: TEMPBANK).

APAOLAZA SANCHO, Ivan; DOB 10 Nov 1971; POB Beasain, Guipuzcoa Province, Spain;

D.N.I. 44.129.178; Member ETA (individual) [SDGT].

APEX DEVELOPMENT AND PROJECTS LLC (Arabic: شركة القمة للتطوير والمشاريع المحدودة المسؤولية) (a.k.a. AL 'QIMA DEVELOPMENT AND PROJECTS LLC; a.k.a. SUMMIT DEVELOPMENT AND PROJECTS LLC), Rural Damascus, Syria; Organization Established 17 Jan 2018; Organization Type: Real estate activities with own or leased property [SYRIA] [SYRIA-CAESAR].

APH S. DE R.L. DE C.V. (a.k.a. AUTO PARTES HANDAL S. DE R.L. DE C.V.; a.k.a. SUPERTIENDAS & AUTO PARTES HANDAL), 3 Ave y 14 Calle N.O., Barrio Las Acacias, Apartado Postal No 1018, San Pedro Sula, Cortes, Honduras; 14 de Julio, La Ceiba, Atlantida, Honduras; Ave Junior, Entre 7 y 6 Calle Sureste, San Pedero Sula, Cortes, Honduras; Tax ID No. 3ET38QN (Honduras); alt. Tax ID No. 05019001468346 (Honduras) [SDNTK].

APHICHART, Cheewinprapasi (f.k.a. HAI HSING, Sae Wei; a.k.a. HKIM, Aik Hsam; a.k.a. SOONTHRON, Cheewinprapasri; a.k.a. SUNTHORN, Chiwinpraphasi; a.k.a. WEI, Hsueh Lung; a.k.a. "CHAIRMAN KEUN"; a.k.a. "KEUN DONG"; a.k.a. "KEUN SEU CHANG"; a.k.a. "TI JUNG"; a.k.a. "WEI HSUEH LUNG"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; Pang Poi, Shan, Burma; Na Lot, Shan, Burma; 409/4, Soi Wachiratham Sathit 34, Khwaeng Bang Chak, Khet Phra Khanong, Bangkok, Thailand; DOB 1936; POB Chiang Rai, Thailand; Passport B265235 (Thailand); National Foreign ID Number 5570700010951 (Thailand) (individual) [SDNTK].

APK VORONEZHSKII (a.k.a. AGROPROMYSHLENNY KOMPLEKS VORONEZHSKI OOO; a.k.a. VORONEZHSKI OOO), Ul Molodezhnaya D.1A, Kuzminskoye 601769, Russia; Organization Established Date 04 Jul 1994; Organization Type: Mixed farming; Tax ID No. 3306009951 (Russia); Registration Number 1053300906900 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

APOLLON LLC (a.k.a. APOLLON OOO; a.k.a. "APOLLON"), Ul. Semenovskaya D., 8B, Kv. 28, Vladivostok 690091, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North

Korea Sanctions Regulations section 510.214; Organization Established Date 29 Jun 2015; Organization Type: Wholesale of food, beverages and tobacco; Tax ID No. 2540211930 (Russia); Registration Number 1152540004253 (Russia) [DPRK2] (Linked To: PAK, Kwang Hun).

APOLLON OOO (a.k.a. APOLLON LLC; a.k.a. "APOLLON"), Ul. Semenovskaya D., 8B, Kv. 28, Vladivostok 690091, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 29 Jun 2015; Organization Type: Wholesale of food, beverages and tobacco; Tax ID No. 2540211930 (Russia); Registration Number 1152540004253 (Russia) [DPRK2] (Linked To: PAK, Kwang Hun).

APOLO INFORMATICA (a.k.a. APOLO INFORMATICA S.A.; a.k.a. APOLO INFORMATICA SA; a.k.a. APOLO INFORMATICA SOCIEDAD ANONIMA), Ciudad del Este, Paraguay; RUC # 80068480-0 (Paraguay) [GLOMAG] (Linked To: HIJAZI, Khalil Ahmad).

APOLO INFORMATICA S.A. (a.k.a. APOLO INFORMATICA; a.k.a. APOLO INFORMATICA SA; a.k.a. APOLO INFORMATICA SOCIEDAD ANONIMA), Ciudad del Este, Paraguay; RUC # 80068480-0 (Paraguay) [GLOMAG] (Linked To: HIJAZI, Khalil Ahmad).

APOLO INFORMATICA SA (a.k.a. APOLO INFORMATICA; a.k.a. APOLO INFORMATICA S.A.; a.k.a. APOLO INFORMATICA SOCIEDAD ANONIMA), Ciudad del Este, Paraguay; RUC # 80068480-0 (Paraguay) [GLOMAG] (Linked To: HIJAZI, Khalil Ahmad).

APOLO INFORMATICA SOCIEDAD ANONIMA (a.k.a. APOLO INFORMATICA; a.k.a. APOLO INFORMATICA S.A.; a.k.a. APOLO INFORMATICA SA), Ciudad del Este, Paraguay; RUC # 80068480-0 (Paraguay) [GLOMAG] (Linked To: HIJAZI, Khalil Ahmad).

APPLIED ACOUSTICS RESEARCH INSTITUTE (a.k.a. FEDERAL STATE UNITARY ENTERPRISE NIIPA; a.k.a. FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE NAUCHNO ISSLEDOVATELSKII INSTITUT PRIKLADNOI AKUSTIKI; a.k.a. SCIENTIFIC RESEARCH INSTITUTE OF APPLIED ACOUSTICS; a.k.a. "AARI"; a.k.a. "FGUP NIIPA"; a.k.a. "RIAA"), 9

May St., 7A, Dubna 141981, Russia; 16A Nagatinskaia Ul, Moscow, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5010007607 (Russia); Registration Number 1035002202070 (Russia) [RUSSIA-EO14024].

APPLIKATA (a.k.a. LLC APPLICATA; a.k.a. "3D FORMAT"), Pr-D Stroitelnyi D. 7A, K. 28, Pomeshch. 29, Moscow 125362, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7733287011 (Russia); Registration Number 1167746511008 (Russia) [RUSSIA-EO14024].

APRIL 26 CHILDREN'S ANIMATION FILM STUDIO (a.k.a. SCIENTIFIC EDUCATION KOREA STUDIO; a.k.a. SEK STUDIO), Pyongyang, Korea, North; China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Motion picture, video and television programme production activities; Target Type State-Owned Enterprise [DPRK3].

APT39 (a.k.a. ADVANCED PERSISTENT THREAT 39; a.k.a. CADELSPY; a.k.a. CHAFER; a.k.a. ITG07; a.k.a. REMEXI), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

APVA S.A., Calle 5A No. 22-13, Cali, Colombia; NIT # 805010421-0 (Colombia) [SDNT].

AQAI-FIRUZABADI, Hassan (a.k.a. FIROOZABADI, Hassan; a.k.a. FIROUZABADI, Hassan; a.k.a. FIRUZABADI, Hasan); DOB 03 Feb 1951; POB Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Chief of Staff of the Joint Armed Forces of the Islamic Republic of Iran; Chairman of the Armed Forces' Joint Chiefs of Staff; Major General (individual) [IRAN-HR].

AQAJANI, Azim (a.k.a. ADHAJANI, Azim; a.k.a. AGAJANY, Azimi; a.k.a. AGHAJANI, Asim;

a.k.a. AGHAJANI, Azim; a.k.a. AGHAJANI, Azimi; a.k.a. AGHAJANI, Hosein); DOB 1967; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRGC] [IFSR].

AQEEL, Amer Muhammad (a.k.a. RADA, Amer Mohamed Akil), Lebanon; DOB 07 Sep 1964; alt. DOB 10 Dec 1967; nationality Lebanon; alt. nationality Colombia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 67121004582 (Colombia); Identification Number V-28426454 (Venezuela) (individual) [SDGT] (Linked To: HIZBALLAH).

'AQIL, Abd al-Qadr (a.k.a. AKIEL, Ibrahim Mohamed; a.k.a. AKIL, Ibrahim Mohamed; a.k.a. AQIL, Ibrahim; a.k.a. 'AQIL, Ibrahim; a.k.a. MEHDI, Ghosn Ali Abdel; a.k.a. '"ABD-AL-QADIR"; a.k.a. "TAHSIN"), Syria; Lebanon; DOB 24 Dec 1962; alt. DOB 01 Jan 1962; alt. DOB 20 Mar 1961; alt. DOB 1958; POB Bidnayil, Lebanon; alt. POB Younine, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] [SYRIA] (Linked To: HIZBALLAH).

AQIL, Ibrahim (a.k.a. AKIEL, Ibrahim Mohamed; a.k.a. AKIL, Ibrahim Mohamed; a.k.a. 'AQIL, Abd al-Qadr; a.k.a. 'AQIL, Ibrahim; a.k.a. MEHDI, Ghosn Ali Abdel; a.k.a. '"ABD-AL-QADIR"; a.k.a. "TAHSIN"), Syria; Lebanon; DOB 24 Dec 1962; alt. DOB 01 Jan 1962; alt. DOB 20 Mar 1961; alt. DOB 1958; POB Bidnayil, Lebanon; alt. POB Younine, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] [SYRIA] (Linked To: HIZBALLAH).

'AQIL, Ibrahim (a.k.a. AKIEL, Ibrahim Mohamed; a.k.a. AKIL, Ibrahim Mohamed; a.k.a. 'AQIL, Abd al-Qadr; a.k.a. AQIL, Ibrahim; a.k.a. MEHDI, Ghosn Ali Abdel; a.k.a. '"ABD-AL-QADIR"; a.k.a. "TAHSIN"), Syria; Lebanon; DOB 24 Dec 1962; alt. DOB 01 Jan 1962; alt. DOB 20 Mar 1961; alt. DOB 1958; POB Bidnayil, Lebanon; alt. POB Younine, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions

Regulations; Gender Male (individual) [SDGT] [SYRIA] (Linked To: HIZBALLAH).

AQIL, Mahdi Amer (a.k.a. AKIL, Madhy; a.k.a. AKIL, Mahdi Amer; a.k.a. AQIL, Mahdi Amir; a.k.a. HELBAWI, Mahdy Akil), Colombia; DOB 30 Oct 1987; POB Maicao, Colombia; nationality Lebanon; citizen Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 1126038243 (Colombia); Passport LR0159572 (Lebanon) expires 14 Nov 2021; alt. Passport PE092928 (Colombia); National ID No. 000050624602 (Lebanon); Identification Number 3664441 (Lebanon) (individual) [SDGT] (Linked To: RADA, Amer Mohamed Akil).

AQIL, Mahdi Amir (a.k.a. AKIL, Madhy; a.k.a. AKIL, Mahdi Amer; a.k.a. AQIL, Mahdi Amer; a.k.a. HELBAWI, Mahdy Akil), Colombia; DOB 30 Oct 1987; POB Maicao, Colombia; nationality Lebanon; citizen Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 1126038243 (Colombia); Passport LR0159572 (Lebanon) expires 14 Nov 2021; alt. Passport PE092928 (Colombia); National ID No. 000050624602 (Lebanon); Identification Number 3664441 (Lebanon) (individual) [SDGT] (Linked To: RADA, Amer Mohamed Akil).

AQIM (a.k.a. AL-QA'IDA IN THE ISLAMIC MAGHREB; a.k.a. GSPC; a.k.a. LE GROUPE SALAFISTE POUR LA PREDICATION ET LE COMBAT; a.k.a. SALAFIST GROUP FOR CALL AND COMBAT; a.k.a. SALAFIST GROUP FOR PREACHING AND COMBAT; a.k.a. TANZIM AL-QA'IDA FI BILAD AL-MAGHRIB AL-ISLAMIYA) [FTO] [SDGT].

AQLYL, Ahmad (a.k.a. AGLEEL, Ahmed), Addu City, Maldives; DOB 30 Jan 1980; POB Gurahaage, Feydhoo, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. A298637 (Maldives) (individual) [SDGT] (Linked To: AL QA'IDA).

'AQQAD, Ziyad, Syria; DOB 02 Aug 1950; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AQSA SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA

INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT].

AQSSA SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; <Head Office> [SDGT].

AQSSA SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a.

MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands [SDGT].

AQSSA SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT].

AQSSA SOCIETY (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium [SDGT].

AQSSA SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen [SDGT].

AQSSA SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden [SDGT].

AQSSA SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-

AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT].

AQSSA SOCIETY (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT].

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'

ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen [SDGT].

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT].

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; <Head Office> [SDGT].

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a.

AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands [SDGT].

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT].

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE

SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium [SDGT].

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden [SDGT].

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA;

a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT].

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT].

AQUA SHIPPING LTD. (a.k.a. AQUA SHIPPING LTD.-MAI), c/o Milenyum Denizcilik Gemi Hizmetleri Acentelik ve Ozel Ogretim Hizmetleri Ltd. Sti, Nazli Sokak 9, Halilrifatpasa Mah, Sisli, Istanbul 34384, Turkey; Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Marshall Islands; Identification Number IMO 5849194 [SYRIA] (Linked To: MILENYUM ENERGY S.A.).

AQUA SHIPPING LTD.-MAI (a.k.a. AQUA SHIPPING LTD.), c/o Milenyum Denizcilik Gemi Hizmetleri Acentelik ve Ozel Ogretim Hizmetleri Ltd. Sti, Nazli Sokak 9, Halilrifatpasa Mah, Sisli, Istanbul 34384, Turkey; Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Marshall Islands; Identification Number IMO 5849194 [SYRIA] (Linked To: MILENYUM ENERGY S.A.).

AQUANIKA (a.k.a. AQUANIKA LLC; a.k.a. LLC RUSSKOYE VREMYA; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUSSKOE VREMYA; a.k.a. RUSSKOE VREMYA OOO; a.k.a. RUSSKOYE VREMYA LLC), 47A, Sevastopolskiy Ave., of. 304, Moscow 117186, Russia; 1/2 Rodnikovaya ul., Savasleika s., Kulebakski raion, Nizhegorodskaya oblast 607007, Russia;

Website http://www.aquanika.com; alt. Website http://aquanikacompany.ru; Email Address office@aquanika.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1075247000036 [UKRAINE-EO13661].

AQUANIKA LLC (a.k.a. AQUANIKA; a.k.a. LLC RUSSKOYE VREMYA; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUSSKOE VREMYA; a.k.a. RUSSKOE VREMYA OOO; a.k.a. RUSSKOYE VREMYA LLC), 47A, Sevastopolskiy Ave., of. 304, Moscow 117186, Russia; 1/2 Rodnikovaya ul., Savasleika s., Kulebakski raion, Nizhegorodskaya oblast 607007, Russia; Website http://www.aquanika.com; alt. Website http://aquanikacompany.ru; Email Address office@aquanika.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1075247000036 [UKRAINE-EO13661].

AQUILA CAPITAL GROUP (a.k.a. ACG FINANCE LIMITED; a.k.a. EI SI DZHI FAINENS LIMITED PREDSTAVITELSTVO), Elenion Building, Floor No: 2, Themistokli Dervi 3, Nicosia 1066, Cyprus; d. 23 Str. 1 of 2, Naberezhnaya Savvinskaya, Moscow 119435, Russia; Organization Established Date 24 Oct 2005; Tax ID No. 9909197551 (Russia); Registration Number C167057 (Cyprus) [RUSSIA-EO14024].

AR RAHMA WELFARE TRUST (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAN WELFARE FOUNDATION; a.k.a. AR RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. AR-RAHNA WELFARE ORGANIZATION), a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra

Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

AR RAHMAH CHARITY FOUNDATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH WELFARE FOUNDATION), Ash Shihr City, Hadramawt Governorate, Yemen [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

AR RAHMAH FOUNDATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

AR RAHMAH WELFARE ORGANIZATION (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL

RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANIZATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

AR RAMMA WELFARE ORGANISATION (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANIZATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

AR.P.C. (a.k.a. ARAK PETROCHEMICAL COMPANY; a.k.a. SHAZAND PETROCHEMICAL COMPANY; a.k.a. SHAZAND PETROCHEMICAL CORPORATION), No. 68, Taban St., Vali Asr Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ARA JANI, Saeed (a.k.a. AGHAJANI, Saeed), Iran; DOB 03 Apr 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V47528711 (Iran); Brigadier General (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE).

ARAB CHINA TRADING COMPANY (a.k.a. "ARAB COMPANY TO STATE TRADING"; a.k.a. "ARAB TRADING COMPANY CHINA"), Gaza; Aksaray MAH. Cerrahpasa CAD. Muratpasa Apt. No 3/12 Fatih, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 563157932 (Palestinian) [SDGT] (Linked To: SHAMLAKH, Zuhair).

ARAB PALESTINIAN BEIT EL-MAL COMPANY (a.k.a. BEIT EL MAL HOLDINGS; a.k.a. BEIT EL MAL AL-PHALASTINI AL-ARABI AL-MUSHIMA AL-AAMA AL-MAHADUDA LTD.; a.k.a. BEIT EL-MAL HOLDINGS; a.k.a. PALESTINIAN ARAB BEIT EL MAL CORPORATION, LTD.), P.O. Box 662, Ramallah, West Bank [SDGT].

ARAB PETROLEUM ENGINEERING COMPANY LTD, Amman, Jordan [IRAQ2].

ARAB PROJECTS COMPANY S.A. LTD., P.O. Box 1318, Amman, Jordan; P.O. Box 1972, Riyadh, Saudi Arabia; P.O. Box 7939, Beirut, Lebanon [IRAQ2].

ARABISC HARAM (a.k.a. AL HARAM COMMERCIAL COMPANY; a.k.a. AL HARAM FOREIGN EXCHANGE CO. LTD; a.k.a. AL HARAM TRANSFER CO.; a.k.a. AL-HARAM COMPANY FOR MONEY TRANSFER; a.k.a. AL-HARAM EXCHANGE COMPANY; a.k.a. ALHARAM FOR EXCHANGE LTD; a.k.a. AL-HARM TRADING COMPANY; a.k.a. HARAM TRADING COMPANY; a.k.a. SHARIKAT AL-HARAM LIL-HIWALAT AL-MALIYYAH; a.k.a. TRADING AL-HARM COMPANY), Istanbul, Turkey; Mersin, Turkey; Gaziantep, Turkey; Antakya, Turkey; Reyhanli, Turkey; Iskenderun, Turkey; Belen, Turkey; Surmez, Turkey; Kirikhan, Turkey; Bursa, Turkey; Islahiye,

Turkey; Alanya, Turkey; Urfa, Turkey; Antalya, Turkey; Narlica, Turkey; Ankara, Turkey; Izmir, Turkey; Konya, Turkey; Kayseri, Turkey; Turkey; Lebanon; Jordan; Sudan; Palestinian; Website www.arabisc-haram.com [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ARABNEJAD, Hamid; DOB 16 Apr 1961; alt. DOB 03 May 1956; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport E1929795 (Iran) expires 25 May 2010; alt. Passport V08716254 (Iran) expires 15 Jul 2011; alt. Passport V11630399 (Iran) expires 20 Jun 2012; alt. Passport U8356901 (Iran) expires 09 May 2011; alt. Passport H10395121 (Iran) expires 18 Jan 2012; alt. Passport K11946257 (Iran) expires 27 Oct 2012; alt. Passport X13567677 (Iran) expires 02 Jul 2013; alt. Passport D14818825 (Iran) expires 16 Mar 2014; alt. Passport F16438158 (Iran) expires 18 Nov 2014; alt. Passport R19234531 (Iran) expires 02 Nov 2015; alt. Passport L95280222 (Iran) expires 23 Jul 2016; alt. Passport L95273714 (Iran) expires 22 Aug 2016; alt. Passport P95418009 (Iran) expires 27 Apr 2017 (individual) [SDGT] [IFSR].

ARADA, Khalid (a.k.a. AL-ARADAH, Khalid Ali; a.k.a. AL-ARADAH, Khalid Ali Mabkhut; a.k.a. AL-ARADEH, Khalid; a.k.a. AL-ARRADAH, Khalid), Marib, Marib Governorate, Yemen; DOB 01 Jan 1965; alt. DOB 01 Aug 1957; alt. DOB 01 Jan 1957; nationality Yemen; Gender Male (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

ARAFA, Ahmed (a.k.a. ARAFA, Ahmed Ibrahim Hassab; a.k.a. ARAFA, Ahmed Ibrahim Hassan; a.k.a. ARAFA, Ahmed Ibrahim Hassan Ahmed; a.k.a. SELEM, Ahmed Conami), 22 Mensija Street, San Gwann, Malta; 8, Simoha, Alexandria, Egypt; DOB 04 Jan 1976; POB Egypt; nationality Egypt; citizen Egypt; alt. citizen Malta; Gender Male; National ID No. 46447A (Malta) (individual) [LIBYA3].

ARAFA, Ahmed Ibrahim Hassab (a.k.a. ARAFA, Ahmed; a.k.a. ARAFA, Ahmed Ibrahim Hassan; a.k.a. ARAFA, Ahmed Ibrahim Hassan Ahmed; a.k.a. SELEM, Ahmed Conami), 22 Mensija Street, San Gwann, Malta; 8, Simoha, Alexandria, Egypt; DOB 04 Jan 1976; POB Egypt; nationality Egypt; citizen Egypt; alt. citizen Malta; Gender Male; National ID No. 46447A (Malta) (individual) [LIBYA3].

ARAFA, Ahmed Ibrahim Hassan (a.k.a. ARAFA, Ahmed; a.k.a. ARAFA, Ahmed Ibrahim Hassab; a.k.a. ARAFA, Ahmed Ibrahim Hassan Ahmed;

a.k.a. SELEM, Ahmed Conami), 22 Mensija Street, San Gwann, Malta; 8, Simoha, Alexandria, Egypt; DOB 04 Jan 1976; POB Egypt; nationality Egypt; citizen Egypt; alt. citizen Malta; Gender Male; National ID No. 46447A (Malta) (individual) [LIBYA3].

ARAFA, Ahmed Ibrahim Hassan Ahmed (a.k.a. ARAFA, Ahmed; a.k.a. ARAFA, Ahmed Ibrahim Hassab; a.k.a. ARAFA, Ahmed Ibrahim Hassan; a.k.a. SELEM, Ahmed Conami), 22 Mensija Street, San Gwann, Malta; 8, Simoha, Alexandria, Egypt; DOB 04 Jan 1976; POB Egypt; nationality Egypt; citizen Egypt; alt. citizen Malta; Gender Male; National ID No. 46447A (Malta) (individual) [LIBYA3].

'ARAFAT, Muhammad, Syria; DOB 28 Jul 1964; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ARAGHI, Abdollah (a.k.a. ARAQI, Abdollah; a.k.a. ARAQI, Abdullah; a.k.a. ERAGHI, Abdollah; a.k.a. ERAQI, Abdollah); DOB 1945; POB Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Lieutenant Commander, IRGC Ground Force; Deputy Commander, IRGC Ground Forces; Brigadier General; Former Commander, Greater Tehran's Mohammad Rasulollah IRGC; Former Chief, Greater Tehran Revolutionary Guards (individual) [SDGT] [IRGC] [IRAN-HR].

A'RAJ, Sami (a.k.a. AL-'AJUZ, Sami Jasim; a.k.a. AL-'AJUZ, Sami Jasim Muhammad; a.k.a. AL-JABURI, Sami Jasim Muhammad; a.k.a. MUHAMMAD, Sami Jasim; a.k.a. "ASIA, Abu"; a.k.a. "ASIYA, Abu"; a.k.a. "HAMAD, Hajji"; a.k.a. "HAMID, Hajji"; a.k.a. "HAMID, Ustadh"; a.k.a. "SAMIYAH, Abu"; a.k.a. "SUMAYYAH, Abu"); DOB 01 Jan 1973 to 31 Dec 1973; alt. DOB 01 Jan 1970 to 31 Dec 1970; POB Al-Sharqat, Salah ad-Din Province, Iraq; alt. POB Mosul, Iraq; nationality Iraq (individual) [SDGT].

ARAK PETROCHEMICAL COMPANY (a.k.a. AR.P.C.; a.k.a. SHAZAND PETROCHEMICAL COMPANY; a.k.a. SHAZAND PETROCHEMICAL CORPORATION), No. 68, Taban St., Vali Asr Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ARAMBUNEZHAD, Hasan (a.k.a. HABIBI, Hasan), Iran; DOB 23 Sep 1975; POB Varamin, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 6589640386 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC;

Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ARAMOUN 1506 SAL, Jnah, Adnan Al Hakim Street, Al Wazeer Building, First Floor, Real Estate No. 3673, Beirut, Lebanon; Commercial Registry Number 1013408 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

ARANEKS DOO (a.k.a. ARANEKS DOO BEOGRAD-VOZDOVAC), Bulevar Oslobodenja 166, Belgrade 11010, Serbia; Tax ID No. 110965174 (Serbia); Registration Number 21407429 (Serbia) [GLOMAG] (Linked To: TESIC, Slobodan).

ARANEKS DOO BEOGRAD-VOZDOVAC (a.k.a. ARANEKS DOO), Bulevar Oslobodenja 166, Belgrade 11010, Serbia; Tax ID No. 110965174 (Serbia); Registration Number 21407429 (Serbia) [GLOMAG] (Linked To: TESIC, Slobodan).

ARANI, Hossein Firouzi (Arabic: حسن فیروزی أرانی), Iran; DOB 22 Dec 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); National ID No. 6199571101 (Iran); Managing Director of Bakhtar Commercial Company; CEO of Bakhtar Commercial Company (individual) [IRAN-EO13846] (Linked To: BAKHTAR COMMERCIAL COMPANY).

ARAPOV, Georgy Konstantinovich (Cyrillic: АРАПОВ, Георгий Константинович), Russia; DOB 11 Sep 1999; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ARAQI, Abdollah (a.k.a. ARAGHI, Abdollah; a.k.a. ARAQI, Abdullah; a.k.a. ERAGHI, Abdollah; a.k.a. ERAQI, Abdollah); DOB 1945; POB Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Lieutenant Commander, IRGC Ground Force; Deputy Commander, IRGC Ground Forces; Brigadier General; Former Commander, Greater Tehran's Mohammad Rasulollah IRGC; Former Chief, Greater Tehran Revolutionary Guards (individual) [SDGT] [IRGC] [IRAN-HR].

ARAQI, Abdullah (a.k.a. ARAGHI, Abdollah; a.k.a. ARAQI, Abdollah; a.k.a. ERAGHI,

Abdollah; a.k.a. ERAQI, Abdollah); DOB 1945; POB Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Lieutenant Commander, IRGC Ground Force; Deputy Commander, IRGC Ground Forces; Brigadier General; Former Commander, Greater Tehran's Mohammad Rasulollah IRGC; Former Chief, Greater Tehran Revolutionary Guards (individual) [SDGT] [IRGC] [IRAN-HR].

ARASH SHIPPING ENTERPRISES LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22678777) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ARAUJO INZUNZA, Gonzalo (a.k.a. INZUNZA INZUNZA, Gonzalo; a.k.a. LEON ANDRADE, Bernabe; a.k.a. "MACHO PRIETO"), Sonora, Mexico; Mexicali, Baja California, Mexico; DOB 17 Aug 1971; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 040016733 (Mexico); C.U.R.P. IUIG710817HSLNNN08 (Mexico) (individual) [SDNTK].

ARAUJO LAVEAGA, Carmen Amelia, c/o ESTANCIA INFANTIL NINO FELIZ S.C., Culiacan, Sinaloa, Mexico; DOB 29 Jan 1967; POB Sinaloa, Mexico; C.U.R.P. AALC670129MSLRVR00 (Mexico) (individual) [SDNTK].

ARAUJO MONZON, Elvira, Avenida Ramon Lopez Velarde No. 3240, Colonia Presidentes de Mexico, Culiacan, Sinaloa, Mexico; DOB 25 Jan 1961; POB Bacacoragua, Badiraguato, Sinaloa, Mexico; R.F.C. AAME610125-QP6 (Mexico); C.U.R.P. AAME610125MSLRNL05 (Mexico) (individual) [SDNTK] (Linked To: ESTACIONES DE SERVICIOS CANARIAS, S.A. DE C.V.; Linked To: GASOLINERA ALAMOS COUNTRY, S.A. DE C.V.; Linked To: GASOLINERA Y SERVICIOS VILLABONITA, S.A. DE C.V.).

ARAUJO PERALTA, Hector Alfonso, Mexico; DOB 21 Apr 1968; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. AAPH680421HSLRRC05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ARAUJO URIARTE, Alejandra, Blvd. Guillermo Batiz Paredes No. 1100, Col. Buenos Aires, Culiacan, Sinaloa C.P. 80199, Mexico; Blvd. Enrique Felix Castro No. 1029, Col. Desarrollo Urbano Tres Rios, Culiacan, Sinaloa C.P. 80020, Mexico; Blvd. Pedro Infante No. 3050, Col. Recursos Hidraulicos, Culiacan, Sinaloa C.P. 80100, Mexico; Av. Benjamin Hill No.

5602, Col. Industrial El Palmito, Culiacan, Sinaloa C.P. 80160, Mexico; Blvd. Las Torres No. 2622 Pte., Fracc. Prados del Sol, Culiacan, Sinaloa C.P. 80197, Mexico; Lote de terreno urbano 3 manzana A, Avenida Carlos Lineo antes Avenida Andres Quintana Roo, Colonia Burocrata, Clave Catastral 07000-017-071-020-001, Culiacan Sinaloa, Mexico; Calle General Mariano Escobedo y Avenida Ramon Corona, Clave Catastral 07000-07-001-015-001, Culiacan, Sinaloa, Mexico; Avenida Carlos Lineo No. 17 Manzana E, Fraccionamiento Prolongacion Chapultepec, Clave Catastral 7000-018-104-017-001, Culiacan, Sinaloa, Mexico; Avenida Carlos Lineo No. 18 Manzana E, Fraccionamiento Prolongacion Chapultepec, Clave Catastral 7000-018-104-018-001, Culiacan, Sinaloa, Mexico; Lote de terreno urbano 14 manzana 58 zona 9, Avenida Constituyentes Alberto Terrones Benitez, Clave Catastral 7000-028-650-014, Culiacan, Sinaloa, Mexico; Lote de terreno urbano 1 manzana 58 zona 9, Avenida Alberto Terrones Benitez y Calle Francisco J. Mujica, Clave Catastral 7000-028-650-001, Culiacan, Sinaloa, Mexico; Lote de terreno urbano 23 manzana 5 primera etapa, Avenida Cerro de los Pilares, Clave Catastral 7000-15-170-023, Culiacan, Sinaloa, Mexico; Calle Topolobampo 1628, Fraccionamiento Nuevo Culiacan, Clave Catastral 07000-029-015-050-001, Culiacan, Sinaloa, Mexico; Calle Bahia de Topolobampo 1723, Fraccionamiento Nuevo Culiacan, Clave Catastral 07000-029-015-056-001, Culiacan, Sinaloa, Mexico; Lote de terreno urbano 27 manzana 181, Calle Constituyente Hilario Medina y Avenida Constituyente Antonio Ancona Albertos, Colonia Diaz Ordaz, Clave Catastral 07000-028-181-027-001, Culiacan, Sinaloa, Mexico; Departamento habitacional 103-B edificio 3-B, Calle Carlos Lineo y Avenida Josefa Ortiz de Dominguez 663, Clave Catastral 07000-018-105-029-001, Culiacan, Sinaloa, Mexico; Alvaro Obregon 6040, Colonia Villa Bonita, Culiacan, Sinaloa, Mexico; DOB 09 Feb 1929; alt. DOB 09 Feb 1931; alt. DOB 09 Feb 1932; POB Bacacoragua, Badiraguato, Sinaloa, Mexico; R.F.C. AAUA290209GZ8 (Mexico); C.U.R.P. AAUA290209MSLRRL06 (Mexico) (individual) [SDNTK].

ARBABSIAR, Mansour (a.k.a. ARBABSIAR, Manssor), 805 Cisco Valley CV, Round Rock, TX 78664, United States; 5403 Everhardt Road, Corpus Christi, TX 78411, United States; DOB 15 Mar 1955; alt. DOB 06 Mar 1955; POB Iran;

citizen United States; Additional Sanctions Information - Subject to Secondary Sanctions; Passport C2002515 (Iran); alt. Passport 477845448 (United States); Driver's License No. 07442833 (United States) expires 15 Mar 2016; Driver's License is issued by the State of Texas (individual) [SDGT] [IRGC] [IFSR].

ARBABSIAR, Manssor (a.k.a. ARBABSIAR, Mansour), 805 Cisco Valley CV, Round Rock, TX 78664, United States; 5403 Everhardt Road, Corpus Christi, TX 78411, United States; DOB 15 Mar 1955; alt. DOB 06 Mar 1955; POB Iran; citizen United States; Additional Sanctions Information - Subject to Secondary Sanctions; Passport C2002515 (Iran); alt. Passport 477845448 (United States); Driver's License No. 07442833 (United States) expires 15 Mar 2016; Driver's License is issued by the State of Texas (individual) [SDGT] [IRGC] [IFSR].

ARBASH, Yusef Mikhail (a.k.a. ARBASH, Yusuf); DOB Oct 1960; nationality Russia; Position: Head of Hesco Engineering and Construction Ltd's Office in Russia (individual) [SYRIA] (Linked To: HESCO ENGINEERING & CONSTRUCTION CO).

ARBASH, Yusuf (a.k.a. ARBASH, Yusef Mikhail); DOB Oct 1960; nationality Russia; Position: Head of Hesco Engineering and Construction Ltd's Office in Russia (individual) [SYRIA] (Linked To: HESCO ENGINEERING & CONSTRUCTION CO).

ARBUZOV, Sergey G. (a.k.a. ARBUZOV, Serhiy; a.k.a. ARBUZOV, Serhiy Hennadiyovych); DOB 24 Mar 1976; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Former First Deputy Prime Minister of Ukraine (individual) [UKRAINE-EO13660].

ARBUZOV, Serhiy (a.k.a. ARBUZOV, Sergey G.; a.k.a. ARBUZOV, Serhiy Hennadiyovych); DOB 24 Mar 1976; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Former First Deputy Prime Minister of Ukraine (individual) [UKRAINE-EO13660].

ARBUZOV, Serhiy Hennadiyovych (a.k.a. ARBUZOV, Sergey G.; a.k.a. ARBUZOV, Serhiy); DOB 24 Mar 1976; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Former First Deputy Prime Minister of Ukraine (individual) [UKRAINE-EO13660].

ARC CONSTRUCTION COMPANY LIMITED (a.k.a. AFRICA RESOURCE CORPORATION - ARC; a.k.a. AFRICAN RESOURCE COMPANY; a.k.a. AFRICAN RESOURCE CORPORATION; a.k.a. AFRICAN RESOURCE CORPORATION LIMITED; a.k.a. ARC LIMITED GROUP; a.k.a. ARC RESOURCES CORPORATION LTD), 7300-7398 Juba Rd, Juba, South Sudan; ARC Head Office, Kakora Road, Nimra-Talata, Juba, South Sudan; Organization Established Date 17 Jan 2019; Registration Number 31137 (South Sudan) [GLOMAG] (Linked To: BOL MEL, Benjamin).

ARC LIMITED GROUP (a.k.a. AFRICA RESOURCE CORPORATION - ARC; a.k.a. AFRICAN RESOURCE COMPANY; a.k.a. AFRICAN RESOURCE CORPORATION; a.k.a. AFRICAN RESOURCE CORPORATION LIMITED; a.k.a. ARC CONSTRUCTION COMPANY LIMITED; a.k.a. ARC RESOURCES CORPORATION LTD), 7300-7398 Juba Rd, Juba, South Sudan; ARC Head Office, Kakora Road, Nimra-Talata, Juba, South Sudan; Organization Established Date 17 Jan 2019; Registration Number 31137 (South Sudan) [GLOMAG] (Linked To: BOL MEL, Benjamin).

ARC RESOURCES CORPORATION LTD (a.k.a. AFRICA RESOURCE CORPORATION - ARC; a.k.a. AFRICAN RESOURCE COMPANY; a.k.a. AFRICAN RESOURCE CORPORATION; a.k.a. AFRICAN RESOURCE CORPORATION LIMITED; a.k.a. ARC CONSTRUCTION COMPANY LIMITED; a.k.a. ARC LIMITED GROUP), 7300-7398 Juba Rd, Juba, South Sudan; ARC Head Office, Kakora Road, Nimra-Talata, Juba, South Sudan; Organization Established Date 17 Jan 2019; Registration Number 31137 (South Sudan) [GLOMAG] (Linked To: BOL MEL, Benjamin).

ARCE BORBOA, Ana Cristina, c/o COPA DE PLATA S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o MINERA LA CASTELLANA Y ANEXAS S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o MINERA RIO PRESIDIO S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o COMPANIA MINERA DEL RIO CIANURY S.A. DE C.V., Culiacan, Sinaloa, Mexico; Calle Artesanos No. 255, Colonia Burocrata, Culiacan, Sinaloa, Mexico; Prof. Raul Franco Barreda 97, Fracc. Arboles, Culiacan, Sinaloa, Mexico; DOB 22 May 1961; POB Navolato, Sinaloa, Mexico; alt. POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. AEBA610522 (Mexico); C.U.R.P. AEBA610522MSLRRN00 (Mexico); alt.

C.U.R.P. AEBA610522MSLRRN18 (Mexico) (individual) [SDNTK].

ARCE JARAMILLO, Melba Rosa, Calle Culiacan 101 Int. 702 Col. La Condesa, Mexico City, Mexico; Calle Auehuetes No. 1320 Col. Lomas de Tecamachalco, Mexico City, Mexico; c/o AEROCOMERCIAL ALAS DE COLOMBIA, Bogota, Colombia; DOB 17 Nov 1964; POB Cali, Colombia; Cedula No. 31945032 (Colombia); Passport AI666987 (Colombia); alt. Passport AD369724 (Colombia); alt. Passport AE869914 (Colombia); alt. Passport PP31235 (Colombia) (individual) [SDNT].

ARCH CONSULTING (Arabic: أرش للإستشارات والدراسات الهندسية ش.م.م) (a.k.a. ARCH CONSULTING AND ENGINEERING; a.k.a. ARCH CONSULTING COMPANY; a.k.a. "ARCH COMPANY"; a.k.a. "ARCH CONSTRUCTION"), Al Huda Building, 2nd Floor, Al Miqdad Street, Haret Hreik, Lebanon; Old Airport Way, Amir Bldg, 4th Floor, Beirut, Lebanon; Website https://www.archconsulting.com.lb/; Commercial Registry Number 2008487 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

ARCH CONSULTING AND ENGINEERING (a.k.a. ARCH CONSULTING (Arabic: أرش للإستشارات والدراسات الهندسية ش.م.م); a.k.a. ARCH CONSULTING COMPANY; a.k.a. "ARCH COMPANY"; a.k.a. "ARCH CONSTRUCTION"), Al Huda Building, 2nd Floor, Al Miqdad Street, Haret Hreik, Lebanon; Old Airport Way, Amir Bldg, 4th Floor, Beirut, Lebanon; Website https://www.archconsulting.com.lb/; Commercial Registry Number 2008487 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

ARCH CONSULTING COMPANY (a.k.a. ARCH CONSULTING (Arabic: أرش للإستشارات والدراسات الهندسية ش.م.م); a.k.a. ARCH CONSULTING AND ENGINEERING; a.k.a. "ARCH COMPANY"; a.k.a. "ARCH CONSTRUCTION"), Al Huda Building, 2nd Floor, Al Miqdad Street, Haret Hreik, Lebanon; Old Airport Way, Amir Bldg, 4th Floor, Beirut, Lebanon; Website https://www.archconsulting.com.lb/; Commercial Registry Number 2008487 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

ARCHAGA CARIAS, Yulan Adonay (a.k.a. "MENDOZA, Alexander"; a.k.a. "PORKY"), Honduras; DOB 13 Feb 1982; alt. DOB 21 Jan 1982; POB San Pedro Sula, Cortes, Honduras; nationality Honduras; Gender Male (individual) [TCO] (Linked To: MS-13).

ARCHI CENTRE I.C.E. LIMITED, 3 Mandeville Place, London, United Kingdom [IRAQ2].

ARCHICONSULT LIMITED, 128 Buckingham Place, London 5, United Kingdom [IRAQ2].

ARCTIC BULKER LIMITED LIABILITY COMPANY (Cyrillic: АРКТИК БАЛКЕР ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ), d. 13 pom. 18, ul. Vodopyanova Pgt., Dikson 647340, Russia; Organization Established Date 19 May 2022; Organization Type: Sea and coastal freight water transport; Tax ID No. 2469004757 (Russia); Government Gazette Number 55487319 (Russia); Registration Number 1222400012218 (Russia) [RUSSIA-EO14024] (Linked To: ARCTIC ENERGY GROUP LIMITED LIABILITY COMPANY).

ARCTIC ENERGY GROUP LIMITED LIABILITY COMPANY (Cyrillic: ГРУППА АРКТИК ЭНЕРДЖИ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU GRUPPA ARKTIK ENERDZHI), d. 3A str. 6 etazh 1 pom. 2, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Organization Established Date 26 Aug 2021; Tax ID No. 9704085543 (Russia); Government Gazette Number 48643351 (Russia); Registration Number 1217700401302 (Russia) [RUSSIA-EO14024].

ARCTIC TRANSSHIPMENT LIMITED LIABILITY COMPANY (Cyrillic: АРКТИЧЕСКАЯ ПЕРЕВАЛКА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. LLC ARKTICHESKAYA PEREVALKA; a.k.a. LLC NOVATEK ZAPADNAYA ARKTIKA), 59 Leninskaya Street, Office 705, Petropavlovsk-Kamchatskiy, Kamchatskiy Territory 683001, Russia; Spolokhi Street, Building 4A, Floor 4, Room 14, Murmansk, Murmansk Region 183025, Russia; Tax ID No. 5190080642 (Russia); Registration Number 1195190002875 (Russia) [RUSSIA-EO14024].

ARD AL-KHAIR INTERNATIONAL COMPANY (a.k.a. ARD AL-KHER INTERNATIONAL COMPANY; a.k.a. GOOD LAND COMPANY (Arabic: شركة ارض الخير); a.k.a. GOOD LAND INTERNATIONAL COMPANY (Arabic: شركة أرض الخير الدولية); a.k.a. GOOD LAND INTERNATIONAL COMPANY FOR THE IMPORTING AND EXPORTING OF VEGETABLES AND FRUIT (Arabic: شركة ارض الخير الدولية لاستيراد وتصدير الخضار و الفواكة); a.k.a. GOOD LAND LIMITED LIABILITY COMPANY), Duma, Syria; Oman; Jordan; Egypt;

Organization Established Date 1995; alt. Organization Established Date 2016; Organization Type: Wholesale of food, beverages and tobacco; Registration Number 10845 (Syria) [SYRIA] (Linked To: KHITI, Amer Taysir).

ARD AL-KHER INTERNATIONAL COMPANY (a.k.a. ARD AL-KHAIR INTERNATIONAL COMPANY; a.k.a. GOOD LAND COMPANY (Arabic: شركة ارض الخير); a.k.a. GOOD LAND INTERNATIONAL COMPANY (Arabic: شركة أرض الخير الدولية); a.k.a. GOOD LAND INTERNATIONAL COMPANY FOR THE IMPORTING AND EXPORTING OF VEGETABLES AND FRUIT (Arabic: شركة ارض الخير الدولية لاستيراد وتصدير الخضار و الفواكة); a.k.a. GOOD LAND LIMITED LIABILITY COMPANY), Duma, Syria; Oman; Jordan; Egypt; Organization Established Date 1995; alt. Organization Established Date 2016; Organization Type: Wholesale of food, beverages and tobacco; Registration Number 10845 (Syria) [SYRIA] (Linked To: KHITI, Amer Taysir).

ARD AL-MUSAL COMPANY FOR TOURISM AND TRAVEL LLC (a.k.a. AL-MASSAL LAND TRAVEL AND TOURISM COMPANY), Property Number 20362/4, Street 7, Sector 714, Zayuna, Baghdad, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2014; Organization Type: Travel agency activities [SDGT] (Linked To: AL-HAMIDAWI, Awqad Muhsin Faraj).

ARDAKANI HOSEIN, Gholamreza Ebrahimzadeh (a.k.a. ARDAKANI, Gholam Reza Ebrahimzadeh; a.k.a. ARDAKANI, Gholamreza Ebrahimzadeh; a.k.a. "Denise Lee"), Iran; DOB 20 Aug 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M34961597 (Iran) expires 27 Sep 2020; National ID No. 4440049443 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

ARDAKANI, Gholam Reza Ebrahimzadeh (a.k.a. ARDAKANI HOSEIN, Gholamreza Ebrahimzadeh; a.k.a. ARDAKANI, Gholamreza Ebrahimzadeh; a.k.a. "Denise Lee"), Iran; DOB 20 Aug 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M34961597 (Iran) expires 27 Sep 2020; National ID No. 4440049443 (Iran) (individual) [NPWMD]

[IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

ARDAKANI, Gholamreza Ebrahimzadeh (a.k.a. ARDAKANI HOSEIN, Gholamreza Ebrahimzadeh; a.k.a. ARDAKANI, Gholam Reza Ebrahimzadeh; a.k.a. "Denise Lee"), Iran; DOB 20 Aug 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M34961597 (Iran) expires 27 Sep 2020; National ID No. 4440049443 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

ARDAKANI, Hosein Hatefi (a.k.a. ARDAKANI, Hossein Hatefi; a.k.a. ARDAKANI, Hussein Hatefi; a.k.a. ARDEKANI, Hossein Hatafi; a.k.a. "Seatha Murugiah"), Tehran, Iran; DOB 21 Sep 1985; POB Ardakan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U34290111 (Iran); National ID No. 4449916581 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

ARDAKANI, Hossein Hatefi (a.k.a. ARDAKANI, Hosein Hatefi; a.k.a. ARDAKANI, Hussein Hatefi; a.k.a. ARDEKANI, Hossein Hatafi; a.k.a. "Seatha Murugiah"), Tehran, Iran; DOB 21 Sep 1985; POB Ardakan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U34290111 (Iran); National ID No. 4449916581 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

ARDAKANI, Hussein Hatefi (a.k.a. ARDAKANI, Hosein Hatefi; a.k.a. ARDAKANI, Hossein Hatefi; a.k.a. ARDEKANI, Hossein Hatafi; a.k.a. "Seatha Murugiah"), Tehran, Iran; DOB 21 Sep 1985; POB Ardakan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U34290111 (Iran); National ID No. 4449916581 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

ARDAKANI, Mehdi Hosein Ebrahimzadeh (a.k.a. EBRAHIMZADEH, Mahdi); DOB 1985; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4449759990

(Iran) (individual) [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed).

ARDALAN MACHINERIES COMPANY (a.k.a. SAHAND ALUMINUM PARTS INDUSTRIAL COMPANY; a.k.a. SHAHID HEMMAT INDUSTRIAL GROUP; a.k.a. "ARMACO"; a.k.a. "SAPICO"; a.k.a. "SHIG"), Damavand Tehran Highway, Tehran, Iran; P.O. Box 16595-159, Tehran, Iran; No. 5, Eslami St., Golestane Sevvom St., Pasdaran St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ARDEKANI, Hossein Hatafi (a.k.a. ARDAKANI, Hosein Hatefi; a.k.a. ARDAKANI, Hossein Hatefi; a.k.a. ARDAKANI, Hussein Hatefi; a.k.a. "Seatha Murugiah"), Tehran, Iran; DOB 21 Sep 1985; POB Ardakan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U34290111 (Iran); National ID No. 4449916581 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

ARDESTANI, Mohammad Mahdi Khanpour (Arabic: محمدمهدی خانپور اردستانی) (a.k.a. KHANI, Mohammad; a.k.a. KHANPUR, Ali Akbar; a.k.a. KHANPUR, Mohammad Mehdi Ali Akbar), Iran; Venezuela; DOB 21 Sep 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A37895565 (Iran) expires 25 Jul 2021; National ID No. 1189355825 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ARDHAN BIN ABU JIBRIL, Muhammad Ricky (a.k.a. ABDUL RAHMAN, Muhammad Jibriel; a.k.a. ABDUL RAHMAN, Muhammad Jibril; a.k.a. ABDURRAHMAN, Mohammad Jibriel; a.k.a. ABDURRAHMAN, Mohammad Jibril; a.k.a. ARDHAN BIN MUHAMMAD IQBAL, Muhammad Ricky; a.k.a. ARDHAN, Muhamad Ricky; a.k.a. "SYAH, Heris"; a.k.a. "YUNUS, Muhammad"), Jl. M Saidi RT 010 RW 001 Pesanggrahan, South Petukangan, South Jakarta, Indonesia; Jl. Nakula of Witana Harja Complex, Block C, Pamulang, Tangerang, Banten, Indonesia; DOB 28 May 1984; alt. DOB 03 Dec 1979; alt. DOB 08 Aug 1980; alt. DOB 03 Mar 1979; POB East Lombok, West Nusa Tenggara, Indonesia; nationality Indonesia; Passport S335026 (Indonesia); National ID No. 3219222002.2181558; Identification Number 2181558 (individual) [SDGT].

ARDHAN BIN MUHAMMAD IQBAL, Muhammad Ricky (a.k.a. ABDUL RAHMAN, Muhammad Jibriel; a.k.a. ABDUL RAHMAN, Muhammad Jibril; a.k.a. ABDURRAHMAN, Mohammad Jibriel; a.k.a. ABDURRAHMAN, Mohammad Jibril; a.k.a. ARDHAN BIN ABU JIBRIL, Muhammad Ricky; a.k.a. ARDHAN, Muhamad Ricky; a.k.a. "SYAH, Heris"; a.k.a. "YUNUS, Muhammad"), Jl. M Saidi RT 010 RW 001 Pesanggrahan, South Petukangan, South Jakarta, Indonesia; Jl. Nakula of Witana Harja Complex, Block C, Pamulang, Tangerang, Banten, Indonesia; DOB 28 May 1984; alt. DOB 03 Dec 1979; alt. DOB 08 Aug 1980; alt. DOB 03 Mar 1979; POB East Lombok, West Nusa Tenggara, Indonesia; nationality Indonesia; Passport S335026 (Indonesia); National ID No. 3219222002.2181558; Identification Number 2181558 (individual) [SDGT].

ARDHAN, Muhamad Ricky (a.k.a. ABDUL RAHMAN, Muhammad Jibriel; a.k.a. ABDUL RAHMAN, Muhammad Jibril; a.k.a. ABDURRAHMAN, Mohammad Jibriel; a.k.a. ABDURRAHMAN, Mohammad Jibril; a.k.a. ARDHAN BIN ABU JIBRIL, Muhammad Ricky; a.k.a. ARDHAN BIN MUHAMMAD IQBAL, Muhammad Ricky; a.k.a. "SYAH, Heris"; a.k.a. "YUNUS, Muhammad"), Jl. M Saidi RT 010 RW 001 Pesanggrahan, South Petukangan, South Jakarta, Indonesia; Jl. Nakula of Witana Harja Complex, Block C, Pamulang, Tangerang, Banten, Indonesia; DOB 28 May 1984; alt. DOB 03 Dec 1979; alt. DOB 08 Aug 1980; alt. DOB 03 Mar 1979; POB East Lombok, West Nusa Tenggara, Indonesia; nationality Indonesia; Passport S335026 (Indonesia); National ID No. 3219222002.2181558; Identification Number 2181558 (individual) [SDGT].

ARDIS-BEARINGS LLC, Office 35, Number2, 1/13/6 Pokrovka Street, Moscow 101000, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] (Linked To: KOREA TANGUN TRADING CORPORATION).

ARECHIGA GAMBOA, Jose Rodrigo (a.k.a. "CHINO ANTRAX"), Calle Clavel 1487, Colonia Margarita, Culiacan, Sinaloa, Mexico; DOB 15 Jun 1980; POB Culiacan, Sinaloa, Mexico; Passport 040061677 (Mexico); Driver's License No. ARGARD80061 (Mexico); C.U.R.P. AEGR800615HSLRMD01 (Mexico) (individual) [SDNTK].

AREFYEV, Nikolay Vasilyevich (Cyrillic: АРЕФЬЕВ, Николай Васильевич), Russia; DOB 11 Mar 1949; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AREGON, Max (a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

ARELLANO FELIX DE TOLEDO, Enedina (a.k.a. ARELLANO FELIX, Enedina), c/o Farmacia Vida Suprema, S.A. DE C.V., Tijuana, Baja California, Mexico; DOB 12 Apr 1961 (individual) [SDNTK].

ARELLANO FELIX ORGANIZATION (a.k.a. AFO; a.k.a. TIJUANA CARTEL), Mexico [SDNTK].

ARELLANO FELIX, Benjamin Alberto; DOB 12 Mar 1952; alt. DOB 08 Nov 1954; alt. DOB 11 Aug 1955; POB Mexico (individual) [SDNTK].

ARELLANO FELIX, Eduardo Ramon (a.k.a. ARELLANO FELIX, Javier Eduardo); DOB 10 Nov 1956; POB Mexico (individual) [SDNTK].

ARELLANO FELIX, Enedina (a.k.a. ARELLANO FELIX DE TOLEDO, Enedina), c/o Farmacia Vida Suprema, S.A. DE C.V., Tijuana, Baja California, Mexico; DOB 12 Apr 1961 (individual) [SDNTK].

ARELLANO FELIX, Francisco Javier (a.k.a. ARELLANO FELIX, Javier; a.k.a. BELTRAN MEZA, Ramon; a.k.a. DIAZ MEDINA, Javier; a.k.a. LARA ALVAREZ, Jose Luis); DOB 21 Nov 1969; alt. DOB 12 Dec 1969; POB Culiacan, Sinaloa, Mexico (individual) [SDNTK].

ARELLANO FELIX, Javier (a.k.a. ARELLANO FELIX, Francisco Javier; a.k.a. BELTRAN MEZA, Ramon; a.k.a. DIAZ MEDINA, Javier; a.k.a. LARA ALVAREZ, Jose Luis); DOB 21 Nov 1969; alt. DOB 12 Dec 1969; POB Culiacan, Sinaloa, Mexico (individual) [SDNTK].

ARELLANO FELIX, Javier Eduardo (a.k.a. ARELLANO FELIX, Eduardo Ramon); DOB 10 Nov 1956; POB Mexico (individual) [SDNTK].

ARELLANO FELIX, Ramon Eduardo (a.k.a. COMACHO RODRIGUES, Gilberto; a.k.a. TORRES MENDEZ, Ramon); DOB 31 Aug 1964; POB Mexico (individual) [SDNTK].

ARENAS DE LORETO, Pedro Moreno 1421, Col. Americana, Guadalajara, Jalisco 44160, Mexico; Playon de Mismaloya s/n, La Cruz de Loreto, Tomatlan, Jalisco 48460, Mexico; Website www.arenasdeloreto.com [SDNTK].

ARENDOFF OOO (a.k.a. LIMITED LIABILITY COMPANY ARENDOFF), per. Sezzhinski, d. 3 str. 1, Moscow, Russia; Tax ID No. 7710724547 (Russia); Registration Number 1087746891594 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

ARENIN, Sergei Petrovich (Cyrillic: АРЕНИН, Сергей Петрович), Russia; DOB 29 Aug 1958; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ARESHEV, Andrey Grigoryevich, Russia; DOB 21 Jul 1974; nationality Russia; Gender Male (individual) [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

ARFA IRON & STEEL COMPANY (a.k.a. ARFA IRON AND STEEL COMPANY; a.k.a. ARFA STEEL), No. 4, 4th Floor, Iraj Allay, Nelson Mandela (Africa) Street, Tehran, Iran; 25 km into the Ardakan-Nain Road, Ardakan, Iran; Website www.arfasteel.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 242295 (Iran) [IRAN-EO13871].

ARFA IRON AND STEEL COMPANY (a.k.a. ARFA IRON & STEEL COMPANY; a.k.a. ARFA STEEL), No. 4, 4th Floor, Iraj Allay, Nelson Mandela (Africa) Street, Tehran, Iran; 25 km into the Ardakan-Nain Road, Ardakan, Iran; Website www.arfasteel.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 242295 (Iran) [IRAN-EO13871].

ARFA PAINT COMPANY (a.k.a. ARFEH COMPANY; a.k.a. FARASEPEHR ENGINEERING COMPANY; a.k.a. HOSSEINI NEJAD TRADING CO.; a.k.a. IRAN SAFFRON COMPANY; a.k.a. IRANSAFFRON CO; a.k.a. SHETAB G; a.k.a. SHETAB GAMAN; a.k.a. SHETAB TRADING; a.k.a. Y.A.S. CO LTD.; a.k.a. YASA PART), West Lavansai, Tehran 009821, Iran; Sa'adat Abaad, Shahrdari Sq Sarv Building, 9th Floor, Unit 5, Tehran, Iran; No 17, Balooch Alley, Vaezi St, Shariati Ave, Tehran, Iran; Additional Sanctions Information -

Subject to Secondary Sanctions [NPWMD] [IFSR].

ARFA STEEL (a.k.a. ARFA IRON & STEEL COMPANY; a.k.a. ARFA IRON AND STEEL COMPANY), No. 4, 4th Floor, Iraj Allay, Nelson Mandela (Africa) Street, Tehran, Iran; 25 km into the Ardakan-Nain Road, Ardakan, Iran; Website www.arfasteel.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 242295 (Iran) [IRAN-EO13871].

ARFADA PETROLEUM COMPANY JSC (a.k.a. ARFADA PETROLEUM PRIVATE JOINT STOCK COMPANY (Arabic: شركة أرفادا للبترولة المساهمة المغفلة الخاصة); a.k.a. ARVADA PETROLEUM COMPANY JSC), Mashroua Dummar, Lot No. 13, Building 12/2, Damascus, Syria; Website https://www.arfada.com/; Organization Established Date 24 Apr 2018; Organization Type: Support activities for petroleum and natural gas extraction; Registration Number 18394 (Syria) [SYRIA] [SYRIA-CAESAR].

ARFADA PETROLEUM PRIVATE JOINT STOCK COMPANY (Arabic: شركة أرفادا للبترولة المساهمة المغفلة الخاصة); a.k.a. ARFADA PETROLEUM COMPANY JSC; a.k.a. ARVADA PETROLEUM COMPANY JSC), Mashroua Dummar, Lot No. 13, Building 12/2, Damascus, Syria; Website https://www.arfada.com/; Organization Established Date 24 Apr 2018; Organization Type: Support activities for petroleum and natural gas extraction; Registration Number 18394 (Syria) [SYRIA] [SYRIA-CAESAR].

ARFEH COMPANY (a.k.a. ARFA PAINT COMPANY; a.k.a. FARASEPEHR ENGINEERING COMPANY; a.k.a. HOSSEINI NEJAD TRADING CO.; a.k.a. IRAN SAFFRON COMPANY; a.k.a. IRANSAFFRON CO; a.k.a. SHETAB G; a.k.a. SHETAB GAMAN; a.k.a. SHETAB TRADING; a.k.a. Y.A.S. CO LTD.; a.k.a. YASA PART), West Lavansai, Tehran 009821, Iran; Sa'adat Abaad, Shahrdari Sq Sarv Building, 9th Floor, Unit 5, Tehran, Iran; No 17, Balooch Alley, Vaezi St, Shariati Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ARFEL TRANSPORTADORA COOL LOGISTIC, S.A. DE C.V. (a.k.a. "ARFEL COOL LOGISTICS"), Guadalajara, Jalisco, Mexico; Organization Established Date 17 Nov 2015; Folio Mercantil No. 93093 (Mexico) [ILLICIT-DRUGS-EO14059].

ARGON OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ARGON; a.k.a. "ARGON"), Ul. Saratovskoe Shosse D. 2, Balakovo 413841, Russia; Organization Established Date 09 Jun 2005; Tax ID No. 6454074501 (Russia); Government Gazette Number 75969440 (Russia); Registration Number 1056405421192 (Russia) [RUSSIA-EO14024] (Linked To: UMATEX JOINT-STOCK COMPANY).

ARGUMENT JSC (a.k.a. JOINT STOCK COMPANY ARGUMENT; a.k.a. JSC ARGUMENT), Ul. 2-Ya Entuziastov D. 5, K. 40, Floor 4, Kom. 8A, Office 3, Moscow 111024, Russia; Office 36, ul Novorossiyskaya 163R, Gelendzhik, Krasnodarskiy Kray 353460, Russia; Organization Established Date 10 Dec 2020; Tax ID No. 7720649916 (Russia); Identification Number IMO 6297782; Registration Number 1207700471110 (Russia) [RUSSIA-EO14024] (Linked To: PUTIN, Vladimir Vladimirovich).

ARGUS CONSTRUCTION, P.O. Box 556, Main Street, Charlestown, Saint Kitts and Nevis [SYRIA] (Linked To: ABDULKARIM, Wael).

ARGUS SFK AO (a.k.a. ARGUS SFK OOO; a.k.a. JOINT STOCK COMPANY ARGUS SFK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АРГУС СФК)), Zavodskaya St., Building 1, Serovskiy District, Vostochny, Sverdlovsk Region 624975, Russia; Organization Established Date 16 May 2005; Tax ID No. 6680008541 (Russia); Registration Number 1186658094083 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ARGUS HOLDING).

ARGUS SFK OOO (a.k.a. ARGUS SFK AO; a.k.a. JOINT STOCK COMPANY ARGUS SFK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АРГУС СФК)), Zavodskaya St., Building 1, Serovskiy District, Vostochny, Sverdlovsk Region 624975, Russia; Organization Established Date 16 May 2005; Tax ID No. 6680008541 (Russia); Registration Number 1186658094083 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ARGUS HOLDING).

ARGUS-KHOLDING AO (a.k.a. JOINT STOCK COMPANY ARGUS HOLDING (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АРГУС ХОЛДИНГ)), Osnovinskaya St., Building 10, Floor 12, Office 1222, Ekaterinburg 620041, Russia; Organization Established Date 26 Jan 2009; Tax ID No. 7718750919 (Russia); Registration Number 1097746027125 (Russia) [RUSSIA-EO14024].

ARHAYM, 'Umar Mahmud (a.k.a. AL-KUBAYSI ARHAYM, Umar Mahmud; a.k.a. AL-KUBAYSI, 'Umar; a.k.a. AL-KUBAYSI, Umar Mahmud Rahim; a.k.a. AL-QUBAYSI, Umar Mahmud Rahim; a.k.a. RAHIM, 'Umar Mahmud), al-Qaim, al-Anbar Province, Iraq; DOB 01 Jan 1967; nationality Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ARIA NIKAN (a.k.a. ARIA NIKAN MARINE INDUSTRY; a.k.a. PERGAS ARIA MOVALLED LTD.), Suite 1, 59 Azadi Ali North Sohrevardi Avenue, Tehran, Iran; No. 1 alloy 7 koy-e-nasr street, Tehran 144875, Iran; Aria Nikan Tehran PJS, Suite 59, No 2 Azadi Alley, North Sohrevardi Street, Tehran, Iran; Suite 4, No. 8 Iraj Alley, Mozafarikhah Avenue, Golha Street, Golha Square, Tehran, Iran; Website www.arianikan.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ARIA NIKAN MARINE INDUSTRY (a.k.a. ARIA NIKAN; a.k.a. PERGAS ARIA MOVALLED LTD.), Suite 1, 59 Azadi Ali North Sohrevardi Avenue, Tehran, Iran; No. 1 alloy 7 koy-e-nasr street, Tehran 144875, Iran; Aria Nikan Tehran PJS, Suite 59, No 2 Azadi Alley, North Sohrevardi Street, Tehran, Iran; Suite 4, No. 8 Iraj Alley, Mozafarikhah Avenue, Golha Street, Golha Square, Tehran, Iran; Website www.arianikan.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ARIA ROYAL CONSTRUCTION COMPANY (a.k.a. ROYAL ARYA CO.), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ARIAN BANK, House 103, Shir Ali Khan Street, Charahi Torabaz Khan, District 10, Kabul, Afghanistan; Sherpoor, Hajj and religious affairs directorate Square, Etisalat Street, Kabul, Afghanistan; Opposite of Attorney General, Hanzala Mosque Road, Shahre now, Kabul, Afghanistan; PO Box 5810, Afghanistan; Ferdawsi Street (old telecommunication street), Between Alley 12 & 14, Herat, Afghanistan; SWIFT/BIC AFABAFKA; Website www.arian-bank.com.af; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

ARIF, Said (a.k.a. ABDALLAH AL-JAZAIRI; a.k.a. ARIF, Said Mohamed; a.k.a. CHABANI, Slimane; a.k.a. GHARIB, Omar; a.k.a. "ABDERAHMANE"; a.k.a. "ABDERRAHMANE";

a.k.a. "SOULEIMAN"), Syria; DOB 05 Dec 1965; POB Oran, Algeria; nationality Algeria (individual) [SDGT].

ARIF, Said Mohamed (a.k.a. ABDALLAH AL-JAZAIRI; a.k.a. ARIF, Said; a.k.a. CHABANI, Slimane; a.k.a. GHARIB, Omar; a.k.a. "ABDERAHMANE"; a.k.a. "ABDERRAHMANE"; a.k.a. "SOULEIMAN"), Syria; DOB 05 Dec 1965; POB Oran, Algeria; nationality Algeria (individual) [SDGT].

ARIMERO HOLDING LIMITED, Agiou Andreou, 332, Partician Chambers, Limassol 3035, Cyprus; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration Number C146742 (Cyprus) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

ARIZONA S.A., Carrera 8N No. 17A-12, Cartago, Colombia; NIT # 836000489-0 (Colombia) [SDNT].

ARJAN ELECTRICITY AND ENERGY GENERATION MANAGEMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

ARKHAROV, Yuri Viktorovich (Cyrillic: АРХАРОВ, Юрий Викторович), Russia; DOB 13 Jun 1977; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ARKTEC DOO (a.k.a. ARKTEC TEHNOLOGIJE NA PODROCJU ELEKTRONIKE DOO), Grajski Trg 15, Zuzemberk 8360, Slovenia; Tax ID No. 16665236 (Slovenia); Registration Number 6186700000 (Slovenia) [RUSSIA-EO14024] (Linked To: KHOKHLUN, Andrei Rostislavovich).

ARKTEC TEHNOLOGIJE NA PODROCJU ELEKTRONIKE DOO (a.k.a. ARKTEC DOO), Grajski Trg 15, Zuzemberk 8360, Slovenia; Tax ID No. 16665236 (Slovenia); Registration Number 6186700000 (Slovenia) [RUSSIA-EO14024] (Linked To: KHOKHLUN, Andrei Rostislavovich).

ARKTICHESKIE MORSKIE INZHERNO GEOLOGICHESKIE EKSPEDITSII AO (Cyrillic: АРКТИЧЕСКИЕ МОРСКИЕ ИНЖЕРНО

ГЕОЛОГИЧЕСКИЕ ЭКСПЕДИЦИИ АО) (a.k.a. AMIGE AO (Cyrillic: АМИГЭ АО)), Ulitsa Karla Marksa. Dom 19, Murmansk 183025, Russia; Tax ID No. 5199000024 (Russia); Registration Number 1035100184811 (Russia) [RUSSIA-EO14024].

ARLANI ZADEH, Vali (a.k.a. ARLANIZADEH, Vali (Arabic: ولی ارلنی زاده)), Iran; DOB 22 Nov 1979; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2802738003 (Iran) (individual) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

ARLANIZADEH, Vali (Arabic: ولی ارلنی زاده) (a.k.a. ARLANI ZADEH, Vali), Iran; DOB 22 Nov 1979; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2802738003 (Iran) (individual) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

ARMAMENT INDUSTRIES GROUP (a.k.a. "AIG - ARMAMENT INDUSTRIES GROUP"), Pasdaran Ave., P.O. Box 19585/777, Tehran, Iran; Sepah Islam Road, Karaj Special Road Km 10, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ARMAN RESOURCES EQUIP AND SUPPORT MANAGEMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

ARMANAZI, Amr (a.k.a. AL-ARMANAZI, Amr Muhammad Najib; a.k.a. ARMANAZI, Amr Najib); DOB 07 Feb 1944 (individual) [NPWMD].

ARMANAZI, Amr Najib (a.k.a. AL-ARMANAZI, Amr Muhammad Najib; a.k.a. ARMANAZI, Amr); DOB 07 Feb 1944 (individual) [NPWMD].

ARMAR, Mohammad Shafi (a.k.a. ARMAR, Mohammed Shafi; a.k.a. ARMAR, Safi; a.k.a. ARMAR, Shafi; a.k.a. "Anjan Bhai"; a.k.a. "Chote Maula"; a.k.a. "Yousouf al-Hindi"; a.k.a. "Yousuf-Al Hindi"; a.k.a. "Yusuf al-Hindi"), Syria; DOB 1989 to 1991; POB Bhatkal, Karnataka, India; Gender Male (individual) [SDGT].

ARMAR, Mohammed Shafi (a.k.a. ARMAR, Mohammad Shafi; a.k.a. ARMAR, Safi; a.k.a. ARMAR, Shafi; a.k.a. "Anjan Bhai"; a.k.a. "Chote Maula"; a.k.a. "Yousouf al-Hindi"; a.k.a. "Yousuf-Al Hindi"; a.k.a. "Yusuf al-Hindi"), Syria; DOB 1989 to 1991; POB Bhatkal, Karnataka, India; Gender Male (individual) [SDGT].

ARMAR, Safi (a.k.a. ARMAR, Mohammad Shafi; a.k.a. ARMAR, Mohammed Shafi; a.k.a. ARMAR, Shafi; a.k.a. "Anjan Bhai"; a.k.a.

"Chote Maula"; a.k.a. "Yousouf al-Hindi"; a.k.a. "Yousuf-Al Hindi"; a.k.a. "Yusuf al-Hindi"), Syria; DOB 1989 to 1991; POB Bhatkal, Karnataka, India; Gender Male (individual) [SDGT].

ARMAR, Shafi (a.k.a. ARMAR, Mohammad Shafi; a.k.a. ARMAR, Mohammed Shafi; a.k.a. ARMAR, Safi; a.k.a. "Anjan Bhai"; a.k.a. "Chote Maula"; a.k.a. "Yousouf al-Hindi"; a.k.a. "Yousuf-Al Hindi"; a.k.a. "Yusuf al-Hindi"), Syria; DOB 1989 to 1991; POB Bhatkal, Karnataka, India; Gender Male (individual) [SDGT].

ARMED FORCES GENERAL STAFF (a.k.a. GENERAL STAFF OF IRANIAN ARMED FORCES; a.k.a. "AFGS"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13876].

ARMED FORCES SOCIAL SECURITY AND PENSION FUND INVESTMENT - SHESTAN (a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT FUND SHASTAN (Arabic: سرمايه گذار تامين اجتماعي نيروهاي مسلح شستان); a.k.a. ARMED FORCES SOCIAL WELFARE INVESTMENT ORGANIZATION OF IRAN; a.k.a. SATA INVESTMENT COMPANY (Arabic: سرمايه گذاری ساتا); a.k.a. SATA MILITARY POWERS SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. SHASTAN ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY (Arabic: شرکت سرمايه گذاری تامين اجتماعی نيروهای مسلح شستان; a.k.a. "SHASTAN"), No. 132, Khoramshahr Street, Tehran, Iran (Arabic: خيابان خرمشهر پلاک ۱۳۲، تهران, Iran); Shahid Beheshti Avenue, Khorramshahr, Number 138, Tehran, Iran; No. 138, Khorramshahr Street, District 7, Tehran, Tehran Province 1533775511, Iran; Website http://www.esata.ir; alt. Website shastan.ir; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE

OFFICERS. Sec. 5(a)(vii); National ID No. 10103653560 (Iran); Registration Number 326039 (Iran) [IRAN-EO13846].

ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY (a.k.a. ARMED FORCES SOCIAL SECURITY AND PENSION FUND INVESTMENT - SHESTAN; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT FUND SHASTAN (Arabic: سرمايه گذار تامين اجتماعي نيروهاي مسلح شستان); a.k.a. ARMED FORCES SOCIAL WELFARE INVESTMENT ORGANIZATION OF IRAN; a.k.a. SATA INVESTMENT COMPANY (Arabic: سرمايه گذاری ساتا); a.k.a. SATA MILITARY POWERS SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. SHASTAN ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY (Arabic: شرکت سرمايه گذاری تامين اجتماعی نيروهای مسلح شستان; a.k.a. "SHASTAN"), No. 132, Khoramshahr Street, Tehran, Iran (Arabic: خيابان خرمشهر پلاک ۱۳۲، تهران, Iran); Shahid Beheshti Avenue, Khorramshahr, Number 138, Tehran, Iran; No. 138, Khorramshahr Street, District 7, Tehran, Tehran Province 1533775511, Iran; Website http://www.esata.ir; alt. Website shastan.ir; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10103653560 (Iran); Registration Number 326039 (Iran) [IRAN-EO13846].

ARMED FORCES SOCIAL SECURITY INVESTMENT FUND SHASTAN (Arabic: سرمايه گذار تامين اجتماعي نيروهاي مسلح شستان) (a.k.a. ARMED FORCES SOCIAL SECURITY AND PENSION FUND INVESTMENT - SHESTAN; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. ARMED FORCES SOCIAL WELFARE INVESTMENT ORGANIZATION OF IRAN; a.k.a. SATA INVESTMENT COMPANY (Arabic: سرمايه گذاری

سانا); a.k.a. SATA MILITARY POWERS SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. SHASTAN ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY (Arabic: شرکت سرمایه گذاری تامین اجتماعی نیروهای مسلح شستان); a.k.a. "SHASTAN"; a.k.a. "SHESTAN"), No. 132, Khoramshahr Street, Tehran, Iran (Arabic: خیابان خرمشهر پلاک ۱۳۲, تهران, Iran); Shahid Beheshti Avenue, Khorramshahr, Number 138, Tehran, Iran; No. 138, Khorramshahr Street, District 7, Tehran, Tehran Province 1533775511, Iran; Website http://www.esata.ir; alt. Website shastan.ir; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10103653560 (Iran); Registration Number 326039 (Iran) [IRAN-EO13846].

ARMED FORCES SOCIAL WELFARE INVESTMENT ORGANIZATION OF IRAN (a.k.a. ARMED FORCES SOCIAL SECURITY AND PENSION FUND INVESTMENT - SHESTAN; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. ARMED FORCES SOCIAL SECURITY INVESTMENT FUND SHASTAN (Arabic: سرمایه گذار تامین اجتماعی نیروهای مسلح شستان); a.k.a. SATA INVESTMENT COMPANY (Arabic: سرمایه گذاری سانا); a.k.a. SATA MILITARY POWERS SOCIAL SECURITY INVESTMENT COMPANY; a.k.a. SHASTAN ARMED FORCES SOCIAL SECURITY INVESTMENT COMPANY (Arabic: شرکت سرمایه گذاری تامین اجتماعی نیروهای مسلح شستان); a.k.a. "SHASTAN"; a.k.a. "SHESTAN"), No. 132, Khoramshahr Street, Tehran, Iran (Arabic: خیابان خرمشهر پلاک ۱۳۲, تهران, Iran); Shahid Beheshti Avenue, Khorramshahr, Number 138, Tehran, Iran; No. 138, Khorramshahr Street, District 7, Tehran, Tehran Province 1533775511, Iran; Website http://www.esata.ir; alt. Website shastan.ir;

Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10103653560 (Iran); Registration Number 326039 (Iran) [IRAN-EO13846].

ARMED ISLAMIC GROUP (a.k.a. AL-JAMA'AH AL-ISLAMIYAH AL-MUSALLAH; a.k.a. GROUPEMENT ISLAMIQUE ARME; a.k.a. "GIA") [SDGT].

ARMED MEN OF THE NAQSHABANDI ORDER (a.k.a. ARMY OF THE MEN OF THE NAQSHBANDI ORDER; a.k.a. JAYSH RAJAL AL-TARIQAH AL-NAQSHBANDIA; a.k.a. JAYSH RIJAL AL-TARIQ AL-NAQSHABANDI; a.k.a. MEN OF THE ARMY OF AL-NAQSHBANDIA WAY; a.k.a. NAQSHABANDI ARMY; a.k.a. NAQSHBANDI ARMY; a.k.a. "AMNO"; a.k.a. "JRN"; a.k.a. "JRTN"), Iraq; Website: www.alnakshabandia-army.org; www.alnakshabndia-army.com [IRAQ3] [SDGT] [IRAQ3].

ARMED STRUGGLE FOR REVOLUTIONARY INDEPENDENCE SECT OF REVOLUTIONARIES (a.k.a. REBEL SECT; a.k.a. REVOLUTIONARIES SECT; a.k.a. SECT OF REVOLUTIONARIES; a.k.a. SECTA EPANASTATON; a.k.a. SEKHTA EPANASTATON; a.k.a. SEKTA EPANASTATON; a.k.a. "SE"), Greece [SDGT].

ARMEE REVOLUTIONAIRE CONGOLAISE (a.k.a. CONGOLESE REVOLUTIONARY ARMY; a.k.a. M23; a.k.a. MARCH 23 MOVEMENT; a.k.a. MOUVEMENT DU 23 MARS), North-Kivu, Congo, Democratic Republic of the; Website www.m23mars.org [DRCONGO].

ARMS OF EGYPT MOVEMENT (a.k.a. HARAKAH SAWA'ID MISR; a.k.a. HARAKAT SAWA'D MISR; a.k.a. HASM; a.k.a. HASM MOVEMENT; a.k.a. MOVEMENT OF EGYPT'S ARMS; a.k.a. MOVEMENT OF EGYPT'S

FOREARMS; a.k.a. "HAMMS"; a.k.a. "HASAM"; a.k.a. "HASSAM"; a.k.a. "HASSM"), Beheira, Egypt; Beni Suef, Egypt; Cairo, Egypt; Giza, Egypt; Damietta, Egypt; Fayoum, Egypt; Qalyubia, Egypt; Turkey; Sudan [FTO] [SDGT].

ARMY OF FOREIGN FIGHTERS AND SUPPORTERS (a.k.a. AL-MUAJIRIN BRIGADE; a.k.a. ARMY OF THE EMIGRANTS AND HELPERS; a.k.a. BRIGADE OF THE EMIGRANTS AND HELPERS; a.k.a. JAISH AL-MUHAJIREEN WA ANSAR; a.k.a. JAISH AL-MUHAJIREEN WAL-ANSAR; a.k.a. JAYSH AL-MUHAJIRIN AND AL-ANSAR ARMY; a.k.a. JAYSH AL-MUHAJIRIN WAL-ANSAR; a.k.a. KATEEB AL MUHAJIREEN WAL ANSAR; a.k.a. KATIBA AL-MUHAJIREEN; a.k.a. MUHAJIRIN AND ANSAR ARMY), Syria [SDGT].

ARMY OF GOD (GOD'S ARMY) (a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JUNDALLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan [FTO] [SDGT].

ARMY OF ISLAM (a.k.a. JAISH AL-ISLAM; a.k.a. JAYSH AL-ISLAM) [FTO] [SDGT].

ARMY OF JUSTICE (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JUNDALLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan [FTO] [SDGT].

ARMY OF KHALED BIN ALWALEED (a.k.a. AL YARMUK BRIGADE; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALID BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria [SDGT].

ARMY OF MOHAMMED (a.k.a. JAISH-E-MOHAMMED; a.k.a. JAISH-I-MOHAMMED; a.k.a. KHUDAMUL ISLAM; a.k.a. KHUDDAM-UL-ISLAM; a.k.a. KUDDAM E ISLAMI; a.k.a. MOHAMMED'S ARMY; a.k.a. TEHRIK UL-FURQAAN), Pakistan [FTO] [SDGT].

ARMY OF THE EMIGRANTS AND HELPERS (a.k.a. AL-MUAJIRIN BRIGADE; a.k.a. ARMY OF FOREIGN FIGHTERS AND SUPPORTERS; a.k.a. BRIGADE OF THE EMIGRANTS AND HELPERS; a.k.a. JAISH AL-MUHAJIREEN WA ANSAR; a.k.a. JAISH AL-MUHAJIREEN WAL-ANSAR; a.k.a. JAYSH AL-MUHAJIRIN AND AL-ANSAR ARMY; a.k.a. JAYSH AL-MUHAJIRIN WAL-ANSAR; a.k.a. KATEEB AL MUHAJIREEN WAL ANSAR; a.k.a. KATIBA AL-MUHAJIREEN; a.k.a. MUHAJIRIN AND ANSAR ARMY), Syria [SDGT].

ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION (a.k.a. AGIR; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a.

SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

ARMY OF THE MEN OF THE NAQSHBANDI ORDER (a.k.a. ARMED MEN OF THE NAQSHABANDI ORDER; a.k.a. JAYSH RAJAL AL-TARIQAH AL-NAQSHBANDIA; a.k.a. JAYSH RIJAL AL-TARIQ AL-NAQSHBANDI; a.k.a. MEN OF THE ARMY OF AL-NAQSHBANDIA WAY; a.k.a. NAQSHABANDI ARMY; a.k.a. NAQSHBANDI ARMY; a.k.a. "AMNO"; a.k.a. "JRN"; a.k.a. "JRTN"), Iraq; Website: www.alnakshabandia-army.org; www.alnakshabndia-army.com [FTO] [SDGT] [IRAQ3].

ARMY OF THE PURE (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-

AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

ARMY OF THE PURE AND RIGHTEOUS (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

ARMY OF THE REPUBLIC OF ILIRIDA (a.k.a. "ARI") [BALKANS].

ARMY OF THE RIGHTEOUS (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-

INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

ARMY SUPPLY BUREAU, P.O. Box 3361, Damascus, Syria; Additional Sanctions Information - Subject to Secondary Sanctions [SYRIA] [NPWMD] [IFSR].

ARMZ MINING MACHINERY (a.k.a. LLC ARMZ MINING MACHINES (Cyrillic: ООО АРМЗ ГОРНЫЕ МАШИНЫ); f.k.a. LLC FIRMA GEOSTAR), 1 Avtodoroga N 46, Office 47, 48, Krasnokamensk Municipal Regional City, Zabaykalskiy Territory 674674, Russia; Tax ID No. 5213000558 (Russia); Registration Number 1025201099032 (Russia) [RUSSIA-EO14024].

ARNOUS, Hussein; DOB 1953; POB Idleb, Syria; Minister of Public Works (individual) [SYRIA].

AROSFRAN (a.k.a. GRUPO AROSFRAM; a.k.a. GRUPO AROSFRAN; a.k.a. GRUPO AROSFRAN EMPREENDIMENTOS E PARTICIPACOES SARL), 1st Floor, Avenida Comandante Valodia, No. 65, Luanda, Angola; Rua Clube Maritimo Africano, No 22 r/c, Luanda, Angola; Rua Comandante de Volodia, No 67, Premiero Andar, Luanda, Angola; Avenida Comandante de Valodia, No. 0.67, 1 Andar, Luanda, Angola; Rua General Rocadas

5, Luanda, Angola; Website www.grupoarosfran.net [SDGT].

ARQUITECTURA Y DISENO EN BALANCE, S.A. DE C.V. (a.k.a. ADB ARQUITECTOS Y INMOBILIARIA; a.k.a. ADB INMOBILIARIA), Pegaso 3261, Colonia La Calma, Zapopan, Jalisco, Mexico; R.F.C. ADB130606VA4 (Mexico) [SDNTK].

AR-RAHMA WELFARE ORGANISATION (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

AR-RAHMAH WELFARE ORGANISATION (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a.

"RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

AR-RAHMAN TRUST (a.k.a. AL REHMAT TRUST; a.k.a. AL-RAHMAT TRUST; a.k.a. AL-REHMAN TRUST; a.k.a. UR-RAHMAN TRUST; a.k.a. UR-RAMAT TRUST), 537/1-Z Defense Housing Area (DHA), Lahore, Pakistan; Office 22, Third Floor, al Fatah Plaza, Commerical Market, Rawalpindi, Pakistan; Room No. 22, 3rd Floor, al-Fateh Plaza, Commerical Market Road, Chandi Chowk, Rawalpindi, Pakistan; Karachi, Pakistan; Nelam Road, Bandi Chehza, Muzaffarabad, Pakistan; Balakot, Besyan Chouk, Pakistan; Rajana Road, Srah-Salah, Haripur, Pakistan; Rehana Road, Sirai Salih, Post Box #22, G.P.O. Haripur, Northwest Frontier Province, Pakistan [SDGT].

AR-RAHMAN WELFARE ORGANIZATION (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAMMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHNA WELFARE ORGANISATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

AR-RAHNA WELFARE ORGANISATION (a.k.a. AL RAHMAH WELFARE ORGANISATION; a.k.a. AL RAHMAH WELFARE ORGANIZATION; a.k.a. AL RAHMAN WELFARE ORGANISATION; a.k.a. ALRAHMAH WELFARE ORG; a.k.a. ALRAHMAH WELFARE ORGANISATION; a.k.a. AL-REHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE TRUST; a.k.a. AR RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMA WELFARE ORGANISATION; a.k.a. AR-RAHMAH WELFARE ORGANISATION; a.k.a. AR-RAHMAN WELFARE ORGANIZATION; a.k.a. SCOTPAK BUILD PVT LTD; a.k.a. "AL RAHMAN ORGANIZATION"; a.k.a. "AL RAHMAN WELFARE FOUNDATION"; a.k.a. "RWO"), House A, Street 40,, Sector F-10/4, Islamabad, Pakistan; RWO Head Office, House B, Street 40, Sector F-10/4, Islamabad, Pakistan; Jamiah Asma Lil Banaat, New Nadra Office, Lakki Marwat, Pakistan; Near the Mahdi Imami Bohamri Mosque, Sam Kano Moor, Peshawar, Pakistan; Peshawar, Pakistan; Registered Charity No. 2150/5/4129 (Pakistan); alt. Registered Charity No. 749/5/4129 (Pakistan) [SDGT] (Linked To: MCLINTOCK, James Alexander).

ARRAI TV (a.k.a. AL RAIE TV CHANNEL; a.k.a. AL RA'Y SATELLITE TELEVISION STATION; a.k.a. AL RA'Y TV; a.k.a. AL-RA'I SATELLITE CHANNEL; a.k.a. AL-RA'Y SATELLITE CHANNEL; a.k.a. AL-RA'Y SATELLITE TELEVISION CHANNEL; a.k.a. SATELLITE TELEVISION CHANNEL AL RA'Y; a.k.a. THE OPINION SATELLITE TELEVISION CHANNEL), Near Damascus in the Yaafur area, Syria; Website www.arrai.tv; Email Address info@arrai.tv [IRAQ3].

ARRAIZA BETANCUR, Mario Jorge (a.k.a. CORDON, Mario; a.k.a. PAREDES CORDOVA, Jorge Mario; a.k.a. PAREDEZ CORDOVA, Jorge Mario; a.k.a. "EL GORDO"; a.k.a. "HIPER"), Morazan El Progreso, Guatemala; DOB 09 Jan 1966; POB Morazan, El Progreso, Guatemala; nationality Guatemala; citizen Guatemala; Passport 1102020001107JK (Guatemala) (individual) [SDNTK].

ARREAZA MONTSERRAT, Jorge Alberto (a.k.a. ARREAZA, Jorge), Caracas, Capital District, Venezuela; DOB 06 Jun 1973; Gender Male; Cedula No. 11945178 (Venezuela) (individual) [VENEZUELA].

ARREAZA, Jorge (a.k.a. ARREAZA MONTSERRAT, Jorge Alberto), Caracas, Capital District, Venezuela; DOB 06 Jun 1973; Gender Male; Cedula No. 11945178 (Venezuela) (individual) [VENEZUELA].

ARREDONDO BELTRAN, Jose Santana, Culiacan, Sinaloa, Mexico; DOB 27 Jun 1977; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. AEBS770627HSLRLRN05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ARREDONDO ORTIZ, Carlos Arturo (a.k.a. "MATEO"); DOB 22 Nov 1966; POB Itagui, Antioquia, Colombia; citizen Colombia; Cedula No. 98520515 (Colombia) (individual) [SDNTK].

ARREOLA GOMEZ, Guadalupe Armando, Mexico; c/o CORRALES SAN IGNACIO S.P.R. DE R.L. DE C.V., Saucillo, Chihuahua, Mexico; DOB 25 Sep 1956; POB Saucillo, Chihuahua, Mexico; nationality Mexico; citizen Mexico; R.F.C. AEGG560925 (Mexico); C.U.R.P. AEGG560925HCHRMD05 (Mexico) (individual) [SDNTK].

ARREOLA LUNA, Paola (a.k.a. ARRIOLA LUNA, Paola), Mexico; c/o CORRALES SAN IGNACIO S.P.R. DE R.L. DE C.V., Saucillo, Chihuahua, Mexico; DOB 26 Jan 1986; POB Chihuahua, Chihuahua, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. AILP860126MCHRNL06 (Mexico) (individual) [SDNTK].

ARREOLA MARQUEZ, Edgar (a.k.a. ARRIOLA MARQUEZ, Edgar Fernando), c/o AUTO EXPRESS DORADOS S.A. DE C.V., Saucillo, Mexico; c/o GASOLINERAS SAN FERNANDO S.A. DE C.V., Saucillo, Mexico; 5th & Mina No. 10, Saucillo, Chihuahua, Mexico; DOB 23 Nov 1973; POB Delicias, Chihuahua, Mexico; nationality Mexico; citizen Mexico; R.F.C. AIME-731123-115 (Mexico) (individual) [SDNTK].

ARREOLA MARQUEZ, Luis Raul (a.k.a. ARRIOLA MARQUEZ, Luis Raul), c/o AUTO EXPRESS DORADOS S.A. DE C.V., Saucillo, Mexico; c/o INMOBILIARIA EL PRESON S.A. DE C.V., Chihuahua, Mexico; c/o CHIHUAHUA FOODS S.A. DE C.V., Cuauhtemoc, Mexico; c/o INDIO VITORIO S. DE P.R. DE R.L. DE C.V., Saucillo, Mexico; Avenida Octava No. 72, Saucillo, Chihuahua, Mexico; Calle Sierra San Diego No. 2502, Fraccionamiento Santa Fe Chihuahua, Chihuahua, Mexico; DOB 09 May 1971; POB Saucillo, Chihuahua, Mexico; nationality Mexico; citizen Mexico; R.F.C. AIML-710509-V89 (Mexico); alt. R.F.C. AEML-710509-Q27 (Mexico); C.U.R.P. AIML710509HCHRRS09 (Mexico); alt. C.U.R.P. AIML710509HCHRRS07 (Mexico) (individual) [SDNTK].

ARREOLA MARQUEZ, Miguel Angel (a.k.a. ARRIOLA MARQUEZ, Miguel Angel), Calle Mina No. 15, Saucillo, Chihuahua, Mexico; c/o AUTO EXPRESS DORADOS S.A. DE C.V., Saucillo, Chihuahua, Mexico; c/o DEL NORTES CARNES FINAS SAN IGNACIO S.A. DE C.V., Mexico; c/o INMOBILIARIA EL ESCORPION DEL NORTE S.A. DE C.V., Mexico; c/o CORRALES SAN IGNACIO S.P.R. DE R.L. DE C.V., Mexico; Carretera Camargo-Ojinaga Km. 2, La Aurora, Camargo, Chihuahua, Mexico; c/o CORRALES SAN IGNACIO L.L.C., Presidio, TX, United States; c/o RIO GRANDE STOCKYARDS, INC., Presidio, TX, United States; DOB 15 Dec 1967; POB Chihuahua, Mexico; nationality Mexico; citizen Mexico; R.F.C. AIMM-671215-387 (Mexico); C.U.R.P. AIMM67125HCHRRG06 (Mexico) issued 1968 (individual) [SDNTK].

ARREOLA MARQUEZ, Oscar Arturo (a.k.a. ARRIOLA MARQUEZ, Oscar Arturo), Avenida Sexta No. 68, Saucillo, Chihuahua, Mexico; c/o AUTO EXPRESS DORADOS S.A. DE C.V., Saucillo, Chihuahua, Mexico; c/o DEL NORTES CARNES FINAS SAN IGNACIO S.A. DE C.V., Mexico; c/o INMOBILIARIA EL ESCORPION DEL NORTE S.A. DE C.V., Mexico; c/o CORRALES SAN IGNACIO S.P.R. DE R.L. DE C.V., Mexico; c/o CORRALES SAN IGNACIO L.L.C., Presidio, TX, United States; c/o RIO GRANDE STOCKYARDS, INC., Presidio, TX, United States; DOB 06 Nov 1968; alt. DOB 11 Jun 1968; POB Chihuahua, Mexico; nationality Mexico; citizen Mexico; R.F.C. AIMO-681106-9F7 (Mexico); C.U.R.P. AIMO681106HCHRRS01 (Mexico) issued 1969 (individual) [SDNTK].

ARRIOLA LUNA, Paola (a.k.a. ARREOLA LUNA, Paola), Mexico; c/o CORRALES SAN IGNACIO S.P.R. DE R.L. DE C.V., Saucillo, Chihuahua, Mexico; DOB 26 Jan 1986; POB Chihuahua, Chihuahua, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. AILP860126MCHRNL06 (Mexico) (individual) [SDNTK].

ARRIOLA MARQUEZ ORGANIZATION, Mexico [SDNTK].

ARRIOLA MARQUEZ, Edgar Fernando (a.k.a. ARREOLA MARQUEZ, Edgar), c/o AUTO EXPRESS DORADOS S.A. DE C.V., Saucillo, Mexico; c/o GASOLINERAS SAN FERNANDO S.A. DE C.V., Saucillo, Mexico; 5th & Mina No. 10, Saucillo, Chihuahua, Mexico; DOB 23 Nov 1973; POB Delicias, Chihuahua, Mexico;

nationality Mexico; citizen Mexico; R.F.C. AIME-731123-115 (Mexico) (individual) [SDNTK].

ARRIOLA MARQUEZ, Luis Raul (a.k.a. ARREOLA MARQUEZ, Luis Raul), c/o AUTO EXPRESS DORADOS S.A. DE C.V., Saucillo, Mexico; c/o INMOBILIARIA EL PRESON S.A. DE C.V., Chihuahua, Mexico; c/o CHIHUAHUA FOODS S.A. DE C.V., Cuauhtemoc, Mexico; c/o INDIO VITORIO S. DE P.R. DE R.L. DE C.V., Saucillo, Mexico; Avenida Octava No. 72, Saucillo, Chihuahua, Mexico; Calle Sierra San Diego No. 2502, Fraccionamiento Santa Fe Chihuahua, Chihuahua, Mexico; DOB 09 May 1971; POB Saucillo, Chihuahua, Mexico; nationality Mexico; citizen Mexico; R.F.C. AIML-710509-V89 (Mexico); alt. R.F.C. AEML-710509-Q27 (Mexico); C.U.R.P. AIML710509HCHRRS09 (Mexico); alt. C.U.R.P. AEML710509HCHRRS07 (Mexico) (individual) [SDNTK].

ARRIOLA MARQUEZ, Miguel Angel (a.k.a. ARREOLA MARQUEZ, Miguel Angel), Calle Mina No. 15, Saucillo, Chihuahua, Mexico; c/o AUTO EXPRESS DORADOS S.A. DE C.V., Saucillo, Chihuahua, Mexico; c/o DEL NORTES CARNES FINAS SAN IGNACIO S.A. DE C.V., Mexico; c/o INMOBILIARIA EL ESCORPION DEL NORTE S.A. DE C.V., Mexico; c/o CORRALES SAN IGNACIO S.P.R. DE R.L. DE C.V., Mexico; Carretera Camargo-Ojinaga Km. 2, La Aurora, Camargo, Chihuahua, Mexico; c/o CORRALES SAN IGNACIO L.L.C., Presidio, TX, United States; c/o RIO GRANDE STOCKYARDS, INC., Presidio, TX, United States; DOB 15 Dec 1967; POB Chihuahua, Mexico; nationality Mexico; citizen Mexico; R.F.C. AIMM-671215-387 (Mexico); C.U.R.P. AIMM67125HCHRRG06 (Mexico) issued 1968 (individual) [SDNTK].

ARRIOLA MARQUEZ, Oscar Arturo (a.k.a. ARREOLA MARQUEZ, Oscar Arturo), Avenida Sexta No. 68, Saucillo, Chihuahua, Mexico; c/o AUTO EXPRESS DORADOS S.A. DE C.V., Saucillo, Mexico; c/o DEL NORTES CARNES FINAS SAN IGNACIO S.A. DE C.V., Mexico; c/o INMOBILIARIA EL ESCORPION DEL NORTE S.A. DE C.V., Mexico; c/o CORRALES SAN IGNACIO S.P.R. DE R.L. DE C.V., Mexico; c/o CORRALES SAN IGNACIO L.L.C., Presidio, TX, United States; c/o RIO GRANDE STOCKYARDS, INC., Presidio, TX, United States; DOB 06 Nov 1968; alt. DOB 11 Jun 1968; POB Chihuahua, Mexico; nationality Mexico; citizen Mexico; R.F.C. AIMO-681106-9F7 (Mexico); C.U.R.P.

AIMO681106HCHRRS01 (Mexico) issued 1969 (individual) [SDNTK].

ARROYAVE RUIZ, Elkin Alberto (a.k.a. LOPEZ, Cesar), Carrera 9 No. 71D-10, Cali, Colombia; DOB 03 Sep 1968; POB Caucasia, Antioquia, Colombia; Cedula No. 4652820 (Colombia) (individual) [SDNTK].

ARSALAN, Mike (a.k.a. BIN ZEIN, Hisyam; a.k.a. JAFAR, Anis Alawi; a.k.a. KECIL, Umar; a.k.a. PATEK, Omar; a.k.a. PATEK, Umar; a.k.a. "AL ABU SYEKH AL ZACKY"; a.k.a. "PAK TAEK"; a.k.a. "PA'TEK"; a.k.a. "UMANGIS MIKE"); DOB 20 Jul 1966; POB Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

ARSANG SAFE TRADING CO. (Arabic: شركت ارسنگ تجارت امن), 901, Negin Sai Tower, Vali-asr St., Tehran 14338, Iran; Website www.arsangco.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Mar 2014; National ID No. 14003927492 (Iran); Business Registration Number 450913 (Iran) [SDGT] [IFSR] (Linked To: SAHARA THUNDER).

ARSENAL MACHINE BUILDING PLANT OJSC (a.k.a. ARSENAL MACHINE BUILDING PLANT OPEN JOINT STOCK COMPANY; a.k.a. MZ ARSENAL OAO; a.k.a. MZ ARSENAL PAO; a.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO MASHINOSTROITELNYI ZAVOD ARSENAL), 1-3, Komsomola Street, Saint Petersburg 195009, Russia; Tax ID No. 7804040302 (Russia); Government Gazette Number 07541733 (Russia); Registration Number 1027802490540 (Russia) [RUSSIA-EO14024].

ARSENAL MACHINE BUILDING PLANT OPEN JOINT STOCK COMPANY (a.k.a. ARSENAL MACHINE BUILDING PLANT OJSC; a.k.a. MZ ARSENAL OAO; a.k.a. MZ ARSENAL PAO; a.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO MASHINOSTROITELNYI ZAVOD ARSENAL), 1-3, Komsomola Street, Saint Petersburg 195009, Russia; Tax ID No. 7804040302 (Russia); Government Gazette Number 07541733 (Russia); Registration Number 1027802490540 (Russia) [RUSSIA-EO14024].

ARSHAD, Abu Waheed Irshad Ahmad (a.k.a. LAKHVI, Zaki-ur-Rehman; a.k.a. LAKVI, Zaki Ur-Rehman; a.k.a. LAKVI, Zakir Rehman; a.k.a. REHMAN, Zakir; a.k.a. UR-REHMAN, Zaki; a.k.a. "CHACHAJEE"), Barahkoh, P.O. DO, Tehsil and District Islamabad, Pakistan; Chak No. 18/IL, Rinala Khurd, Tehsil Rinala Khurd,

District Okara, Pakistan; DOB 30 Dec 1960; POB Okara, Pakistan; nationality Pakistan; Passport AC8342321 (Pakistan) issued 22 Aug 2007 expires 20 Aug 2012; alt. Passport Booklet A4827048 (Pakistan); National ID No. 61101-9618232-1 (Pakistan); alt. National ID No. 33960047268 (Pakistan) (individual) [SDGT].

ARSHBA, Otary Ionovich (Cyrillic: АРШБА, Отари Ионович), Russia; DOB 12 Apr 1955; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ARSHINOVA, Alena Igorevna (Cyrillic: АРШИНОВА, Алёна Игоревна), Russia; DOB 03 Mar 1985; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ART HOUSE GMBH, Sieveringerstrasse 164, Vienna 1190, Austria; National ID No. FN292891 y (Austria) [SYRIA] (Linked To: CASTLE HOLDING GMBH).

ARTA SHIPPING ENTERPRISES LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22678777) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ARTA SYSTEM LIMITED, Ul. Komsomolskaya Str., 17B, Pomeshch 3, Fryazino 141195, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5050155030 (Russia); Registration Number 1225000045951 (Russia) [RUSSIA-EO14024].

ARTA WAVE SDN BHD, No. 46-1, Jalan Tasik Utama, 5 Medan, Niaga, Kuala Lumpur 57000, Malaysia; 26-2, Jalan 9/23 E, Taman Danau Kota, Off Jalan Genting Klang, Kuala Lumpur 53300, Malaysia; Rm. 1014, Favor Industrial Centre, 2-6 King Hong Street, Kwai Chung, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 10 Dec 2018; Commercial Registry Number 1306915A (Malaysia); Registration Number 201801044883 (Malaysia) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

ARTAMANOVA, Evgeniya Vladimirovna (a.k.a. BERNOVA, Evgeniya Vladimirovna), Malta; Russia; France; Germany; DOB 26 Mar 1974; POB Potsdam, Germany; nationality Russia; alt. nationality Malta; citizen Russia; Gender Female; Passport 1185334 (Malta); alt. Passport 716415548 (Russia); National ID No. 4502572626 (Russia) (individual) [RUSSIA-EO14024] (Linked To: MALBERG LIMITED).

ARTAMONOV, Anatoly Dmitrievich (Cyrillic: АРТАМОНОВ, Анатолий Дмитриевич), Russia; DOB 05 May 1952; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ARTAMONOV, Igor Georgievich (a.k.a. ARTAMONOV, Igor Georgiyevich (Cyrillic: АРТАМОНОВ, Игорь Георгиевич)), Lipetsk Region, Russia; DOB 14 Mar 1967; POB Budennovsk, Stavropol Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 262400998479 (Russia) (individual) [RUSSIA-EO14024].

ARTAMONOV, Igor Georgiyevich (Cyrillic: АРТАМОНОВ, Игорь Георгиевич) (a.k.a. ARTAMONOV, Igor Georgievich), Lipetsk Region, Russia; DOB 14 Mar 1967; POB Budennovsk, Stavropol Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 262400998479 (Russia) (individual) [RUSSIA-EO14024].

ARTAMONOVA, Valentina Nikolayevna (Cyrillic: АРТАМОНОВА, Валентина Николаевна), Russia; DOB 13 Dec 1960; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ARTE Y DISENO DE CULIACAN S.A. DE C.V., Calle Rio Santa Maria, No. 1252, Colonia Los Pinos, Culiacan, Sinaloa, Mexico; R.F.C. ADC-000927-SY9 (Mexico) [SDNTK].

ARTEKS LIMITED COMPANY, Ul. Dmitriya Ulyanova D. 19, Floor/Pomeshch./Kom. 1/I/52, Moscow 117292, Russia; Ul. Tvardovskogo D. 31, Of. Kv. 37, Moscow 123458, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7702815751 (Russia); Registration Number 1137746448542 (Russia) [RUSSIA-EO14024].

ARTEMOV, Viktor Sergiyovich, Chemin Des Princes 2, 1223, Cologny, Switzerland; Geneva, Switzerland; DOB 20 Oct 1975; alt. DOB 31 Dec 1975; POB Donetska Oblast, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport FN356229 (Ukraine) expires 17 Apr 2028 (individual) [SDGT] (Linked To: HIZBALLAH; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ARTIN SANA'AT TABAAN COMPANY (a.k.a. ARTIN SANAT TABAN; a.k.a. ARTIN SANAT TABAN CO; a.k.a. "SOLMATE"), 3rd Floor, No 158, Keshavarz Str., Tehran, Iran; 1 North Bridge Road, #25-05, High Street Center, 179094, Singapore; #14, Bashardust Ave, Roudbare-Sharghie, Madar Sq., Shariati St., Mirdamad, Tehran, Iran; 404, 4th Floor, Atrium Centre, Bur-Dubai, Dubai, United Arab Emirates; P.O. Box 112724, Dubai, United Arab Emirates; Shariati Street, after MirDamand Blvd, Lushah Street, Rabie Street, Bashar Dost Alley, Plaque 14, Tehran, Iran; TWTC Em, 6C-21(6F), No. 5, Hsin Yi Rd, Taipei, Taiwan; Website http://solmatepciran.com; alt. Website http://www.solmateco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 368623 (Iran) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

ARTIN SANAT TABAN (a.k.a. ARTIN SANA'AT TABAAN COMPANY; a.k.a. ARTIN SANAT TABAN CO; a.k.a. "SOLMATE"), 3rd Floor, No 158, Keshavarz Str., Tehran, Iran; 1 North Bridge Road, #25-05, High Street Center, 179094, Singapore; #14, Bashardust Ave, Roudbare-Sharghie, Madar Sq., Shariati St., Mirdamad, Tehran, Iran; 404, 4th Floor, Atrium Centre, Bur-Dubai, Dubai, United Arab Emirates; P.O. Box 112724, Dubai, United Arab Emirates; Shariati Street, after MirDamand Blvd, Lushah Street, Rabie Street, Bashar Dost Alley, Plaque 14, Tehran, Iran; TWTC Em, 6C-21(6F), No. 5, Hsin Yi Rd, Taipei, Taiwan; Website http://solmatepciran.com; alt. Website http://www.solmateco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 368623 (Iran) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

ARTIN SANAT TABAN CO (a.k.a. ARTIN SANA'AT TABAAN COMPANY; a.k.a. ARTIN SANAT TABAN; a.k.a. "SOLMATE"), 3rd Floor,

No 158, Keshavarz Str., Tehran, Iran; 1 North Bridge Road, #25-05, High Street Center, 179094, Singapore; #14, Bashardust Ave, Roudbare-Sharghie, Madar Sq., Shariati St., Mirdamad, Tehran, Iran; 404, 4th Floor, Atrium Centre, Bur-Dubai, Dubai, United Arab Emirates; P.O. Box 112724, Dubai, United Arab Emirates; Shariati Street, after MirDamand Blvd, Lushah Street, Rabie Street, Bashar Dost Alley, Plaque 14, Tehran, Iran; TWTC Em, 6C-21(6F), No. 5, Hsin Yi Rd, Taipei, Taiwan; Website http://solmatepciran.com; alt. Website http://www.solmateco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 368623 (Iran) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

ARTJAKOV, Vladimir Vladimirovich (a.k.a. ARTYAKOV, Vladimir Vladimirovich (Cyrillic: АРТЯКОВ, Владимир Владимирович)), 3 Chobotovskaya Apt. 148, Moscow 119634, Russia; DOB 30 Jul 1959; POB Moscow, Russia; nationality Russia; Gender Male; Passport 511528697 (Russia); Tax ID No. 773202974213 (Russia) (individual) [RUSSIA-EO14024].

ARTMARINE LLC, ul. Novgorodskaya d. 23, pomeshch. 146-n, office 248, Saint Petersburg 191124, Russia; ul. Ramenki, d. 5, korp. 1, et. 3, pom. V, of. 2, Moscow 119607, Russia; 1st floor of Building Dockworks 4, Waalhaven O.Z. 77, Rotterdam 3087 BM, Netherlands; Tax ID No. 7805634884 (Russia); Registration Number 1137847421689 (Russia) [RUSSIA-EO14024].

ARTTRONIX INTERNATIONAL HK LIMITED (Chinese Traditional: 億電國際香港有限公司) (a.k.a. ADERAL INDUSTRIAL HK LTD.), 15/B 15/F Cheuk Nang Plaza, 250 Hennessy Road, Hong Kong, China; 610 Nathan Road, Rooms 1318-20, 13/F, Hollywood Plaza, Mong Kok, Hong Kong, China; Rm3A25, Bldg A Zhihui Innovation CTR Huashenghui 2nd Qianjin Rd Baoan Dist, Shenzhen, Guangdong, China; Website www.arttronix.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Nov 2012; Company Number 1823593 (Hong Kong) [NPWMD] [IFSR] (Linked To: PARDAZAN SYSTEM NAMAD ARMAN).

ARTUAL GALLERY (a.k.a. "THE ART GALLERY" (Arabic: "معرض الفني")), Eden Garden Building, Ground Floor, Fawzi Al Daouk Street, Beirut, Lebanon; Wazir Building, 1st Floor, Ahmad Soloh Street, Jnah, Beirut, Lebanon; Property No. 3673, 1st Floor, Ahmed

Saleh Street, Msaytbeh, Beirut, Lebanon; Website http://artual.co; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Mar 2018; Registration Number 3427220 (Lebanon); alt. Registration Number 1024026 (Lebanon) [SDGT] (Linked To: AHMAD, Hind Nazem).

ARTURO QUINONEZ LTDA. (a.k.a. RESTAURANTE SANTA COLOMBIA), Calle 10 No. 46-120, Cali, Colombia; NIT # 900093492-3 (Colombia) [SDNT].

ARTVIN MARITIME AND TRADE LIMITED COMPANY (Latin: ARTVIN DENIZCILIK VE TICARET LIMITED ŞIRKETI), Ic Kapi 116, Blok A, Monumento Kartal Sitesi, Milangaz Caddesi 75a, Esentepe Mah, Kartal, Istanbul, Turkey; Registration Number 384095-5 (Turkey) [RUSSIA-EO14024] (Linked To: POLA RAIZ OOO).

ARTYAKOV, Dmitriy Vladimirovich (Cyrillic: АРТЯКОВ, Дмитрий Владимирович), A 148 3 Chobotovskaya Street, Moscow 119634, Russia; DOB 14 Mar 1983; POB Moscow, Russia; nationality Russia; Gender Male; Passport 626823752 (Russia); National ID No. 4506783344 (individual) [RUSSIA-EO14024] (Linked To: ARTYAKOV, Vladimir Vladimirovich).

ARTYAKOV, Vladimir Vladimirovich (Cyrillic: АРТЯКОВ, Владимир Владимирович) (a.k.a. ARTJAKOV, Vladimir Vladimirovich), 3 Chobotovskaya Apt. 148, Moscow 119634, Russia; DOB 30 Jul 1959; POB Moscow, Russia; nationality Russia; Gender Male; Passport 511528697 (Russia); Tax ID No. 773202974213 (Russia) (individual) [RUSSIA-EO14024].

ARTYAKOVA, Tatiana Vladimirovna (Cyrillic: АРТЯКОВА, Татьяна Владимировна) (f.k.a. KUREPINA, Tatyana Vladimirovna), A 148 3 Chobotovskaya Street, Moscow 119634, Russia; DOB 23 Dec 1960; POB Moscow, Russia; nationality Russia; Gender Female; Passport 512034624 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ARTYAKOV, Vladimir Vladimirovich).

ARTYUKHOV, Dmitriy Andreevich (Cyrillic: АРТЮХОВ, Дмитрий Андреевич), Yamalo-Nenets Autonomous Area, Russia; DOB 17 Feb 1988; alt. DOB 07 Feb 1988; POB Tyumen, Tyumen Region, Russia; alt. POB Yamalo-Nenets Autonomous Area, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID

No. 720414941639 (Russia) (individual) [RUSSIA-EO14024].

ARVADA PETROLEUM COMPANY JSC (a.k.a. ARFADA PETROLEUM COMPANY JSC; a.k.a. ARFADA PETROLEUM PRIVATE JOINT STOCK COMPANY (Arabic: شركة أرفادا البترولية (المساهمة المقفلة الخاصة)), Mashroua Dummar, Lot No. 13, Building 12/2, Damascus, Syria; Website https://www.arfada.com/; Organization Established Date 24 Apr 2018; Organization Type: Support activities for petroleum and natural gas extraction; Registration Number 18394 (Syria) [SYRIA] [SYRIA-CAESAR].

ARVAN CLOUD (a.k.a ABR ARVAN; a.k.a. ARVANCLOUD; a.k.a. NAVYAN ABR ARVAN PRIVATE LIMITED COMPANY (Arabic: شرکت نویان ابرآروان شرکت سهامی خاص)); a.k.a. NOYAN ABR ARVAN CO.), No. 247, Shahid Dastgerdi (Zafar) St., Nelson Mandela Boulevard (Africa), Tehran 1917717553, Iran; Website www.arvancloud.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2015; National ID No. 14005500319 (Iran); Business Registration Number 489175 (Iran) [IRAN-EO13846].

ARVANCLOUD (a.k.a. ABR ARVAN; a.k.a. ARVAN CLOUD; a.k.a. NAVYAN ABR ARVAN PRIVATE LIMITED COMPANY (Arabic: شرکت نویان ابرآروان شرکت سهامی خاص)); a.k.a. NOYAN ABR ARVAN CO.), No. 247, Shahid Dastgerdi (Zafar) St., Nelson Mandela Boulevard (Africa), Tehran 1917717553, Iran; Website www.arvancloud.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2015; National ID No. 14005500319 (Iran); Business Registration Number 489175 (Iran) [IRAN-EO13846].

ARVANCLOUD GLOBAL TECHNOLOGIES L.L.C., Naif-Deira, Dubai 394815, United Arab Emirates; Organization Established Date 17 Oct 2022; Business Number 1108938 (United Arab Emirates); Business Registration Number 11955950 (United Arab Emirates) [IRAN-EO13846] (Linked To: NAVYAN ABR ARVAN PRIVATE LIMITED COMPANY).

ARVAND KAVEH STEEL CO. (Arabic: شرکت فولاد کاوه اروند), Industrial complex, Imam Sadeq AS Road, Arvand Free Zone, Khorramshahr, Khouzestan, Iran; Website http://www.aks.co.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14003160402 (Iran); Registration Number 2663 (Iran) [IRAN-EO13876] (Linked To: KAVEH

PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

ARVAND PETROCHEMICAL COMPANY, East 9th Floor, Building No. 46, Karimkhan Zand Boulevard, Near by Ansar Bank, Hafte-E-Tir Square, Tehran 1584893117, Iran; Site 3, Mahshahr 1584851181, Iran; Website www.arvandpvc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 6494 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

ARX FINANCIAL ENGINEERING LIMITED, 17-35 Central Park Towers, DIFC, Dubai, United Arab Emirates; Organization Established Date 10 Mar 2021; Registration Number 11649186 (United Arab Emirates) [RUSSIA-EO14024].

ARYA SASOL POLYMER (Arabic: آریا ساسول پلیمر) (a.k.a. ARYA SASOL POLYMER CO.; a.k.a. ARYA SASOL POLYMER COMPANY; a.k.a. ARYA SASOL POLYMERS; a.k.a. ARYASASOL POLYMER COMPANY; a.k.a. ARYASASOL POLYMERS; a.k.a. POLIMER ARYA SAASOOL; a.k.a. POLYMER ARIA SASOL COMPANY; a.k.a. "ASPC"), Qian Tower, No 2551, Vali-e-Asr Avenue, Naseri Street, P.O. Box: 15875-8393, Tehran 1968643111, Iran; Pars Energy Specific Economic Zone, Lenj Square, Kangan, Assaluyeh, Bushehr Province 7511811365, Iran; No. 114, 10th Street, Qaem Maqame Farahani Street, Tehran, Iran; 7th Floor, Kian Tower, No. 2551, Naseri St., Vali-e-Asr Ave, Tehran, Iran; Nakhl Taghi City, Nakhl Taghi Road, Kolmeter 15, Number 0, Ground Floor Kangan, Bushehr 7511811365, Iran; Phase 1 Petrochemical, Special Petrochemical Zone Assaluyeh, Tehran, Iran; Website www.aryasasol.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information:

SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10320053498 (Iran); Registration Number 777 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

ARYA SASOL POLYMER CO. (a.k.a. ARYA SASOL POLYMER (Arabic: پلیمر اریا ساسول); a.k.a. ARYA SASOL POLYMER COMPANY; a.k.a. ARYA SASOL POLYMERS; a.k.a. ARYASASOL POLYMER COMPANY; a.k.a. ARYASASOL POLYMERS; a.k.a. POLIMER ARYA SAASOOL; a.k.a. POLYMER ARIA SASOL COMPANY; a.k.a. "ASPC"), Qian Tower, No 2551, Vali-e-Asr Avenue, Naseri Street, P.O. Box: 15875-8393, Tehran 1968643111, Iran; Pars Energy Specific Economic Zone, Lenj Square, Kangan, Assaluyeh, Bushehr Province 7511811365, Iran; No. 114, 10th Street, Qaem Maqame Farahani Street, Tehran, Iran; 7th Floor, Kian Tower, No. 2551, Naseri St., Vali-e-Asr Ave, Tehran, Iran; Nakhl Taghi City, Nakhl Taghi Road, Kolmeter 15, Number 0, Ground Floor Kangan, Bushehr 7511811365, Iran; Phase 1 Petrochemical, Special Petrochemical Zone Assaluyeh, Tehran, Iran; Website www.aryasasol.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10320053498 (Iran); Registration Number 777 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

ARYA SASOL POLYMER COMPANY (a.k.a. ARYA SASOL POLYMER (Arabic: پلیمر اریا ساسول); a.k.a. ARYA SASOL POLYMER CO.; a.k.a. ARYA SASOL POLYMERS; a.k.a. ARYASASOL POLYMER COMPANY; a.k.a. ARYASASOL POLYMERS; a.k.a. POLIMER ARYA SAASOOL; a.k.a. POLYMER ARIA

SASOL COMPANY; a.k.a. "ASPC"), Qian Tower, No 2551, Vali-e-Asr Avenue, Naseri Street, P.O. Box: 15875-8393, Tehran 1968643111, Iran; Pars Energy Specific Economic Zone, Lenj Square, Kangan, Assaluyeh, Bushehr Province 7511811365, Iran; No. 114, 10th Street, Qaem Maqame Farahani Street, Tehran, Iran; 7th Floor, Kian Tower, No. 2551, Naseri St., Vali-e-Asr Ave, Tehran, Iran; Nakhl Taghi City, Nakhl Taghi Road, Kolmeter 15, Number 0, Ground Floor Kangan, Bushehr 7511811365, Iran; Phase 1 Petrochemical, Special Petrochemical Zone Assaluyeh, Tehran, Iran; Website www.aryasasol.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10320053498 (Iran); Registration Number 777 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

ARYA SASOL POLYMERS (a.k.a. ARYA SASOL POLYMER (Arabic: پلیمر اریا ساسول); a.k.a. ARYA SASOL POLYMER CO.; a.k.a. ARYA SASOL POLYMER COMPANY; a.k.a. ARYASASOL POLYMER COMPANY; a.k.a. ARYASASOL POLYMERS; a.k.a. POLIMER ARYA SAASOOL; a.k.a. POLYMER ARIA SASOL COMPANY; a.k.a. "ASPC"), Qian Tower, No 2551, Vali-e-Asr Avenue, Naseri Street, P.O. Box: 15875-8393, Tehran 1968643111, Iran; Pars Energy Specific Economic Zone, Lenj Square, Kangan, Assaluyeh, Bushehr Province 7511811365, Iran; No. 114, 10th Street, Qaem Maqame Farahani Street, Tehran, Iran; 7th Floor, Kian Tower, No. 2551, Naseri St., Vali-e-Asr Ave, Tehran, Iran; Nakhl Taghi City, Nakhl Taghi Road, Kolmeter 15, Number 0, Ground Floor Kangan, Bushehr 7511811365, Iran; Phase 1

Petrochemical, Special Petrochemical Zone Assaluyeh, Tehran, Iran; Website www.aryasasol.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10320053498 (Iran); Registration Number 777 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

ARYASASOL POLYMER COMPANY (a.k.a. ARYA SASOL POLYMER (Arabic: اریا ساسول); a.k.a. ARYA SASOL POLYMER CO.; a.k.a. ARYA SASOL POLYMER COMPANY; a.k.a. ARYA SASOL POLYMERS; a.k.a. ARYASASOL POLYMERS; a.k.a. POLIMER ARYA SAASOOL; a.k.a. POLYMER ARIA SASOL COMPANY; a.k.a. "ASPC"), Qian Tower, No 2551, Vali-e-Asr Avenue, Naseri Street, P.O. Box: 15875-8393, Tehran 1968643111, Iran; Pars Energy Specific Economic Zone, Lenj Square, Kangan, Assaluyeh, Bushehr Province 7511811365, Iran; No. 114, 10th Street, Qaem Maqame Farahani Street, Tehran, Iran; 7th Floor, Kian Tower, No. 2551, Naseri St., Vali-e-Asr Ave, Tehran, Iran; Nakhl Taghi City, Nakhl Taghi Road, Kolmeter 15, Number 0, Ground Floor Kangan, Bushehr 7511811365, Iran; Phase 1 Petrochemical, Special Petrochemical Zone Assaluyeh, Tehran, Iran; Website www.aryasasol.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING

PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10320053498 (Iran); Registration Number 777 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

ARYASASOL POLYMERS (a.k.a. ARYA SASOL POLYMER (Arabic: پلیمر اریا ساسول); a.k.a. ARYA SASOL POLYMER CO.; a.k.a. ARYA SASOL POLYMER COMPANY; a.k.a. ARYA SASOL POLYMERS; a.k.a. ARYASASOL POLYMER COMPANY; a.k.a. POLIMER ARYA SAASOOL; a.k.a. POLYMER ARIA SASOL COMPANY; a.k.a. "ASPC"), Qian Tower, No 2551, Vali-e-Asr Avenue, Naseri Street, P.O. Box: 15875-8393, Tehran 1968643111, Iran; Pars Energy Specific Economic Zone, Lenj Square, Kangan, Assaluyeh, Bushehr Province 7511811365, Iran; No. 114, 10th Street, Qaem Maqame Farahani Street, Tehran, Iran; 7th Floor, Kian Tower, No. 2551, Naseri St., Vali-e-Asr Ave, Tehran, Iran; Nakhl Taghi City, Nakhl Taghi Road, Kolmeter 15, Number 0, Ground Floor Kangan, Bushehr 7511811365, Iran; Phase 1 Petrochemical, Special Petrochemical Zone Assaluyeh, Tehran, Iran; Website www.aryasasol.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10320053498 (Iran); Registration Number 777 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

ARZALLUS TAPIA, Eusebio; DOB 08 Nov 1957; POB Regil, Guipuzcoa Province, Spain; D.N.I. 15.927.207 (Spain); Member ETA (individual) [SDGT].

ARZAMAS INSTRUMENT PLANT (a.k.a. AKTSIONERNOE OBSCHESTVO ARZAMASSKIY PRIBOROSTROITELNYI ZAVOD IMENI P I PLANDINA), 8A, 50let Vlksm Street, Arzamas, Nizhny Novgorod 607220, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5243001742 (Russia); Registration Number 1025201334850 (Russia) [RUSSIA-EO14024].

ARZAMAS-16 (a.k.a. ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. AVANGARD ELECTROMECHANICAL PLANT; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. KHARITON INSTITUTE; a.k.a. SAROV NUCLEAR WEAPONS PLANT; a.k.a. VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT EKSPERIMENTALNOY; a.k.a. "RFNC-VNIIEF"; a.k.a. "VNIIEF"), 10 Muzrukov Ave, Sarov, Nizhny Novgorod Region 607188, Russia; Organization Established Date 1992; Tax ID No. 5254001230 (Russia); Registration Number 1025202199791 (Russia) [RUSSIA-EO14024].

ARZATE GARCIA, Alfonso (a.k.a. "AQUILES"), Mexico; DOB 02 Dec 1973; POB Baja California, Mexico; nationality Mexico; Gender Male; C.U.R.P. AAGA731202HBCRRL05 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ARZATE GARCIA, Rene (a.k.a. "LA RANA"), Mexico; DOB 11 Jun 1983; POB Baja California, Mexico; nationality Mexico; Gender Male; C.U.R.P. AAGR830611HBCRRN02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ASAAD, Hajj Sultan (a.k.a. ASAAD, Sultan; a.k.a. AS'AD, Sultan Khalifah (Arabic: سلطان خليفة اسعد); a.k.a. ASSAD, Sultan Khalife), Jezzine, Lebanon; DOB 31 Oct 1962; nationality Lebanon; Gender Male; (individual) [SDGT] (Linked To: HIZBALLAH).

ASAAD, Khaled Farid Ahmed (a.k.a. AL-QADDUMI, Khaled; a.k.a. AL-QADDUMI, Khalid; a.k.a. GHODOMI, Khaled; a.k.a. QADDOUMI, Khaled (Arabic: خالد القدومي)), Tehran, Iran; DOB 08 Oct 1970; alt. DOB 01 Jan 1970; POB Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 9701027203 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

ASAAD, Sultan (a.k.a. ASAAD, Hajj Sultan; a.k.a. AS'AD, Sultan Khalifah (Arabic: سلطان خليفة اسعد); a.k.a. ASSAD, Sultan Khalife), Jezzine, Lebanon; DOB 31 Oct 1962; nationality Lebanon; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

A-SABRIN ORGANIZATION (a.k.a. AL-SABIREEN; a.k.a. AL-SABIREEN FOR THE VICTORY OF PALESTINE; a.k.a. AL-SABIREEN MOVEMENT FOR SUPPORTING PALESTINE; a.k.a. AL-SABIRIN; a.k.a. HARAKAT AL-SABIREEN; a.k.a. MOVEMENT OF THE PATIENT ONES; a.k.a. MOVEMENT OF THOSE WHO ENDURE WITH PATIENCE; a.k.a. THE SABIREEN MOVEMENT; a.k.a. "HESN"), Gaza Strip, Palestinian; West Bank, Palestinian; Jerusalem, Israel [SDGT].

AS'AD, Hani 'Abd-al-Majid Muhammad (Arabic: هاني عبدالمجيد محمد اسعد) (a.k.a. AL-'ABSI, Hani; a.k.a. ASAD, Hani Abdulmajeed Mohammed), Turkey; DOB 16 Apr 1977; POB Yemen; nationality Yemen; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

ASAD, Hani Abdulmajeed Mohammed (a.k.a. AL-'ABSI, Hani; a.k.a. AS'AD, Hani 'Abd-al-Majid Muhammad (Arabic: هاني عبدالمجيد محمد اسعد)), Turkey; DOB 16 Apr 1977; POB Yemen; nationality Yemen; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

AS'AD, Murad, Syria; DOB 28 Jan 1985; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AS'AD, Sultan Khalifah (Arabic: سلطان خليفة اسعد) (a.k.a. ASAAD, Hajj Sultan; a.k.a. ASAAD, Sultan; a.k.a. ASSAD, Sultan Khalife), Jezzine, Lebanon; DOB 31 Oct 1962; nationality Lebanon; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

ASADI, Ali Farhan, Iran; Iraq; DOB 24 Feb 1962; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport L35172959 (Iran); alt. Passport P41219083 (Iran) (individual) [SDGT] [IFSR] (Linked To: AL KHAMAEL MARITIME SERVICES).

ASADI, Mohsen (Arabic: محسن اسدی), Iran; DOB 16 Sep 1971; POB Kerman, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2992534080 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

ASADI, Shamsollah; DOB 23 Aug 1971; POB Khorram Abad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Y46559184 (Iran) expires 11 Sep 2023 (individual) [SDGT] (Linked To: QASIR, Ali).

ASADOLLAH, Hossein (Arabic: حسین اسداله) (a.k.a. ASSADOLLAH, Hossein; a.k.a. ASSADOLLAHI, Hossein), Iran; DOB 14 May 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K34433062 (Iran) expires 02 Aug 2020; National ID No. 0063410176 (Iran) (individual) [SDGT] [IFSR] (Linked To: AMINI, Meghdad).

ASADULLAH, Syed (a.k.a. ABDULLAH, Sayed), Islamabad, Pakistan; DOB 04 Jan 1964; POB Karachi, Pakistan; nationality Pakistan; Gender Male; Passport AD1876722 (Pakistan) issued 12 Aug 2010 expires 11 Aug 2015; Identification Number 6110164716723 (Pakistan) (individual) [RUSSIA-EO14024] (Linked To: HU, Xiaoxun).

ASA'IB AHL AL-HAQ (a.k.a. AL-TAYAR AL-RISALI; a.k.a. ASA'IB AHL AL-HAQ MIN AL-IRAQ; a.k.a. ASA'IB AHL AL-HAQQ; a.k.a. ASAIB AL HAQ; a.k.a. KHAZALI NETWORK; a.k.a. KHAZALI SPECIAL GROUP; a.k.a. KHAZALI SPECIAL GROUPS NETWORK; a.k.a. LEAGUE OF THE RIGHTEOUS; a.k.a. QAZALI NETWORK; a.k.a. "AAH"; a.k.a. "THE MISSIONARY CURRENT"; a.k.a. "THE PEOPLE OF THE CAVE"), Iraq [SDGT].

ASA'IB AHL-HAQ MIN AL-IRAQ (a.k.a. AL-TAYAR AL-RISALI; a.k.a. ASA'IB AHL AL-HAQ; a.k.a. ASA'IB AHL AL-HAQQ; a.k.a. ASAIB AL HAQ; a.k.a. KHAZALI NETWORK; a.k.a. KHAZALI SPECIAL GROUP; a.k.a. KHAZALI SPECIAL GROUPS NETWORK; a.k.a. LEAGUE OF THE RIGHTEOUS; a.k.a. QAZALI NETWORK; a.k.a. "AAH"; a.k.a. "THE

MISSIONARY CURRENT"; a.k.a. "THE PEOPLE OF THE CAVE"), Iraq [SDGT].

ASA'IB AHL AL-HAQQ (a.k.a. AL-TAYAR AL-RISALI; a.k.a. ASA'IB AHL AL-HAQ; a.k.a. ASA'IB AHL AL-HAQ MIN AL-IRAQ; a.k.a. ASAIB AL HAQ; a.k.a. KHAZALI NETWORK; a.k.a. KHAZALI SPECIAL GROUP; a.k.a. KHAZALI SPECIAL GROUPS NETWORK; a.k.a. LEAGUE OF THE RIGHTEOUS; a.k.a. QAZALI NETWORK; a.k.a. "AAH"; a.k.a. "THE MISSIONARY CURRENT"; a.k.a. "THE PEOPLE OF THE CAVE"), Iraq [SDGT].

ASAIB AL HAQ (a.k.a. AL-TAYAR AL-RISALI; a.k.a. ASA'IB AHL AL-HAQ; a.k.a. ASA'IB AHL AL-HAQ MIN AL-IRAQ; a.k.a. ASA'IB AHL AL-HAQQ; a.k.a. KHAZALI NETWORK; a.k.a. KHAZALI SPECIAL GROUP; a.k.a. KHAZALI SPECIAL GROUPS NETWORK; a.k.a. LEAGUE OF THE RIGHTEOUS; a.k.a. QAZALI NETWORK; a.k.a. "AAH"; a.k.a. "THE MISSIONARY CURRENT"; a.k.a. "THE PEOPLE OF THE CAVE"), Iraq [SDGT].

ASALOUYEH PETROCHEMICAL COMPANY (a.k.a. PARS PETROCHEMICAL CO.; a.k.a. PARS PETROCHEMICAL COMPANY; a.k.a. "P.P.C."), Pars Special Economic Energy Zone, PO Box 163-75391, Assaluyeh, Bushehr, Iran; P.O. Box 163-75391, 11370-75118, Iran; Pars Economic Special Zone, Asalouyeh, Bushehr, Iran; Website www.parspc.net; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

ASAN SHIPPING ENTERPRISE LIMITED, 85 St. John Street, Valletta VLT 1165, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (356)(21241817); Fax (356)(25990640) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ASAN, Nihat (a.k.a. ASAN, Nihat Abdul Kadir (Arabic: نهات عبدالقدیر أسان); a.k.a. ASAN, Nihat Abdulkadir; a.k.a. ASHAN, Nihat; a.k.a. EBRAHIMIHARKIAN, Ramin; a.k.a. KURD, Ibrahim; a.k.a. "BAHTIYAR"), Orumiyeh, West Azerbaijan, Iran; DOB 01 Oct 1981; alt. DOB 11 Nov 1981; POB Van, Turkey; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U13927927 (Turkey) expires 25 Jan 2027; National ID No. 2751062326 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ASAN, Nihat Abdul Kadir (Arabic: نهات عبدالقدیر أسان) (a.k.a. ASAN, Nihat; a.k.a. ASAN, Nihat Abdulkadir; a.k.a. ASHAN, Nihat; a.k.a. EBRAHIMIHARKIAN, Ramin; a.k.a. KURD, Ibrahim; a.k.a. "BAHTIYAR"), Orumiyeh, West Azerbaijan, Iran; DOB 01 Oct 1981; alt. DOB 11 Nov 1981; POB Van, Turkey; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U13927927 (Turkey) expires 25 Jan 2027; National ID No. 2751062326 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ASAN, Nihat Abdulkadir (a.k.a. ASAN, Nihat; a.k.a. ASAN, Nihat Abdul Kadir (Arabic: نهات عبدالقدیر أسان); a.k.a. ASHAN, Nihat; a.k.a. EBRAHIMIHARKIAN, Ramin; a.k.a. KURD, Ibrahim; a.k.a. "BAHTIYAR"), Orumiyeh, West Azerbaijan, Iran; DOB 01 Oct 1981; alt. DOB 11 Nov 1981; POB Van, Turkey; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U13927927 (Turkey) expires 25 Jan 2027; National ID No. 2751062326 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ASANABIL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT].

ASANBEK, Kamchi (a.k.a. ASANBEK, Kamchy; a.k.a. KAMCHI, Asanbeka; a.k.a. KOLBAEV, Kamchi; a.k.a. KOLBAEV, Kamchibek; a.k.a. KOLBAYEV, Kamchi (Cyrillic: КОЛЬБАЕВ, КАМЧЫ); a.k.a. KOLBAYEV, Kamchibek (Cyrillic: КОЛЬБАЕВ, КАМЧИБЕК); a.k.a. KOLBAYEV, Kamchy; a.k.a. KOLBAYEV, Kamchybek Asanbekovich; a.k.a. "KAMCHI BISHKEKSKIY" (Cyrillic: "КАМЧИ БИШКЕКСКИЙ"); a.k.a. "KOLYA-KYRGYZ"), Bahar 1 Sector, C09-T02 Tower, Apartment 3203, Dubai 31672, United Arab Emirates; Murjan 6, Jumeirah Beach Residences, Dubai, United Arab Emirates; DOB 03 Aug 1974; alt. DOB 01 Jan 1973; POB Cholpon-Ata,

Kyrgyzstan; nationality Kyrgyzstan; Gender Male; Passport AC2499982 (Kyrgyzstan); alt. Passport AC732709 (Kyrgyzstan); Identification Number 20308197410028 (Kyrgyzstan); alt. Identification Number 1002001 (Kyrgyzstan) (individual) [SDNTK] [TCO] (Linked To: THIEVES-IN-LAW).

ASANBEK, Kamchy (a.k.a. ASANBEK, Kamchi; a.k.a. KAMCHI, Asanbeka; a.k.a. KOLBAEV, Kamchi; a.k.a. KOLBAEV, Kamchibek; a.k.a. KOLBAYEV, Kamchi (Cyrillic: КОЛЬБАЕВ, КАМЧЫ); a.k.a. KOLBAYEV, Kamchibek (Cyrillic: КОЛЬБАЕВ, КАМЧИБЕК); a.k.a. KOLBAYEV, Kamchy; a.k.a. KOLBAYEV, Kamchybek Asanbekovich; a.k.a. "KAMCHI BISHKEKSKIY" (Cyrillic: "КАМЧИ БИШКЕКСКИЙ"; a.k.a. "KOLYA-KYRGYZ"), Bahar 1 Sector, C09-T02 Tower, Apartment 3203, Dubai 31672, United Arab Emirates; Murjan 6, Jumeirah Beach Residences, Dubai, United Arab Emirates; DOB 03 Aug 1974; alt. DOB 01 Jan 1973; POB Cholpon-Ata, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; Passport AC2499982 (Kyrgyzstan); alt. Passport AC732709 (Kyrgyzstan); Identification Number 20308197410028 (Kyrgyzstan); alt. Identification Number 1002001 (Kyrgyzstan) (individual) [SDNTK] [TCO] (Linked To: THIEVES-IN-LAW).

ASASI FOOD FZE (a.k.a. ASASI FOODS FZC), Rakeem Building, Ras Al Khaimah Economic Zone, Ras-Al-Khaimah, United Arab Emirates; P.O. Box 40803, Ras-Al-Khaimah, United Arab Emirates; P.O. Box 0843-01732, Panama [VENEZUELA-EO13850] (Linked To: SAAB MORAN, Alex Nain).

ASASI FOODS FZC (a.k.a. ASASI FOOD FZE), Rakeem Building, Ras Al Khaimah Economic Zone, Ras-Al-Khaimah, United Arab Emirates; P.O. Box 40803, Ras-Al-Khaimah, United Arab Emirates; P.O. Box 0843-01732, Panama [VENEZUELA-EO13850] (Linked To: SAAB MORAN, Alex Nain).

ASAY IC VE DIS TICARET LIMITED SIRKETI (a.k.a. ASAY IC VE DIS TICARET LTD STI), Ic Kapi: 2 Gul Tomruk Sitesi, No: 13 Cinar 3 Sk. Cirpici Mah., Zeytinburnu, Istanbul, Turkey; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration Number 41713-5 (Turkey) [RUSSIA-EO14024].

ASAY IC VE DIS TICARET LTD STI (a.k.a. ASAY IC VE DIS TICARET LIMITED SIRKETI), Ic Kapi: 2 Gul Tomruk Sitesi, No: 13 Cinar 3 Sk. Cirpici Mah., Zeytinburnu, Istanbul, Turkey; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration Number 41713-5 (Turkey) [RUSSIA-EO14024].

ASAYRAN, Ali Raaouf (a.k.a. ASAYRAN, Ali Ra'ouf; a.k.a. OSSEIRAN, Ali; a.k.a. OSSEIRAN, Ali Raouf), Dubai, United Arab Emirates; DOB 12 May 1967; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2898488 (Lebanon) expires 11 Aug 2019 (individual) [SDGT] (Linked To: AHMAD, Nazem Said; Linked To: AHMAD, Firas Nazem).

ASAYRAN, Ali Ra'ouf (a.k.a. ASAYRAN, Ali Raaouf; a.k.a. OSSEIRAN, Ali; a.k.a. OSSEIRAN, Ali Raouf), Dubai, United Arab Emirates; DOB 12 May 1967; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL2898488 (Lebanon) expires 11 Aug 2019 (individual) [SDGT] (Linked To: AHMAD, Nazem Said; Linked To: AHMAD, Firas Nazem).

ASB GROUP OF COMPANIES LIMITED, 13/15 Giro's Passage Gibraltar, GX11 1AA, Gibraltar; Istinye Mahallesi Bostan Sokak No: 12, 34460, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 101499 (Gibraltar) [SDGT] (Linked To: AYAN, Sitki).

ASB GRUP ENERJI SANAYI VE TICARET ANONIM SIRKETI, No: 12, Istinye Mahallesi Bostan Sokak, Sariyer, Istanbul 34460, Turkey; Website www.asbgroup.com.tr; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 0860484730 (Turkey); Registration Number 820745 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

ASBAT AL-ANSAR [FTO] [SDGT].

ASCENT HOLDINGS LIMITED (a.k.a. ASCENT HOLDINGS LTD), P.O. Box 29389, Office No. 301, Bur Dubai, Al Karam, Dubai, United Arab Emirates; Organization Established Date 19 Sep 2013; Business Registration Number A08609137106 (United Arab Emirates) [GLOMAG] (Linked To: RAHMANI, Ajmal).

ASCENT HOLDINGS LTD (a.k.a. ASCENT HOLDINGS LIMITED), P.O. Box 29389, Office No. 301, Bur Dubai, Al Karam, Dubai, United Arab Emirates; Organization Established Date 19 Sep 2013; Business Registration Number A08609137106 (United Arab Emirates) [GLOMAG] (Linked To: RAHMANI, Ajmal).

ASCOTEC GMBH (f.k.a. AHWAZ STEEL COMMERCIAL & TECHNICAL SERVICE GMBH  ASCOTEC; f.k.a. AHWAZ STEEL COMMERCIAL AND TECHNICAL SERVICE GMBH ASCOTEC; a.k.a. ASCOTEC HOLDING GMBH), Tersteegen Strasse 10, Dusseldorf 40474, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 26136 (Germany); all offices worldwide [IRAN].

ASCOTEC HOLDING GMBH (f.k.a. AHWAZ STEEL COMMERCIAL & TECHNICAL SERVICE GMBH  ASCOTEC; f.k.a. AHWAZ STEEL COMMERCIAL AND TECHNICAL SERVICE GMBH ASCOTEC; a.k.a. ASCOTEC GMBH), Tersteegen Strasse 10, Dusseldorf 40474, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 26136 (Germany); all offices worldwide [IRAN].

ASCOTEC JAPAN K.K., 8th Floor, Shiba East Building, 2-3-9 Shiba, Minato-ku, Tokyo 105-0014, Japan; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

ASCOTEC MINERAL & MACHINERY GMBH (a.k.a. ASCOTEC MINERAL AND MACHINERY GMBH; f.k.a. BREYELLER KALTBAND GMBH), Tersteegenstr. 10, Dusseldorf 40474, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 55668 (Germany); all offices worldwide [IRAN].

ASCOTEC MINERAL AND MACHINERY GMBH (a.k.a. ASCOTEC MINERAL & MACHINERY GMBH; f.k.a. BREYELLER KALTBAND GMBH), Tersteegenstr. 10, Dusseldorf 40474, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 55668 (Germany); all offices worldwide [IRAN].

ASCOTEC SCIENCE & TECHNOLOGY GMBH (a.k.a. ASCOTEC SCIENCE AND TECHNOLOGY GMBH), Tersteegenstrasse 10, Dusseldorf D 40474, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 58745 (Germany); all offices worldwide [IRAN].

ASCOTEC SCIENCE AND TECHNOLOGY GMBH (a.k.a. ASCOTEC SCIENCE & TECHNOLOGY GMBH), Tersteegenstrasse 10, Dusseldorf D 40474, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 58745 (Germany); all offices worldwide [IRAN].

ASCOTEC STEEL (a.k.a. ASCOTEC STEEL TRADING GMBH), Tersteegenstr. 10, Dusseldorf 40474, Germany; Georg-Glock-Str. 3, Dusseldorf 40474, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 48319 (Germany); all offices worldwide [IRAN].

ASCOTEC STEEL TRADING GMBH (a.k.a. ASCOTEC STEEL), Tersteegenstr. 10, Dusseldorf 40474, Germany; Georg-Glock-Str. 3, Dusseldorf 40474, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 48319 (Germany); all offices worldwide [IRAN].

ASECOM S.A. (a.k.a. COINEMP S.A.; a.k.a. CONSULTORIA INTEGRAL Y ASESORIA EMPRESARIAL S.A.), Calle 15 Norte No. 6N-34 ofc. 404, Cali, Colombia; NIT # 890326149-8 (Colombia) [SDNT].

ASELDAROV, Rustam (a.k.a. ASELDEROV, Rustam; a.k.a. ASILDAROV, Rustam; a.k.a. "Abu Mohammad al-Qadari"; a.k.a. "Abu Muhammad al-Kadarskii"; a.k.a. "Abu Mukhammad al-Kadar"; a.k.a. "Abu Mukhammad Kadarskiy"; a.k.a. "Abu Mukhammad Kadarsky"); DOB 01 Jan 1980 to 31 Dec 1982; POB Kalmykia, Russia (individual) [SDGT].

ASELDEROV, Rustam (a.k.a. ASELDAROV, Rustam; a.k.a. ASILDAROV, Rustam; a.k.a. "Abu Mohammad al-Qadari"; a.k.a. "Abu Muhammad al-Kadarskii"; a.k.a. "Abu Mukhammad al-Kadar"; a.k.a. "Abu Mukhammad Kadarskiy"; a.k.a. "Abu Mukhammad Kadarsky"); DOB 01 Jan 1980 to 31 Dec 1982; POB Kalmykia, Russia (individual) [SDGT].

ASEMAN PISHRANEH CO. LTD (a.k.a. ASEMAN PISHRANEH ENGINEERING SERVICES LIMITED LIABILITY COMPANY; a.k.a. SKY PROPULSION ENGINEERING RESEARCH AND SERVICES CONSULTING COMPANY; a.k.a. SKY PROPULSION ENGINEERING SERVICES COMPANY), Kilometer 13 of Shahid Babaei Highway, Intersection of Telo Road (Northwest Side), Aerospace Complex (Sepehr Airport), Tehran, Iran; Additional Sanctions Information - Subject

to Secondary Sanctions; Organization Established Date 14 Apr 1999; National ID No. 10101922753 (Iran); Registration Number 149432 (Iran) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

ASEMAN PISHRANEH ENGINEERING SERVICES LIMITED LIABILITY COMPANY (a.k.a. ASEMAN PISHRANEH CO. LTD; a.k.a. SKY PROPULSION ENGINEERING RESEARCH AND SERVICES CONSULTING COMPANY; a.k.a. SKY PROPULSION ENGINEERING SERVICES COMPANY), Kilometer 13 of Shahid Babaei Highway, Intersection of Telo Road (Northwest Side), Aerospace Complex (Sepehr Airport), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Apr 1999; National ID No. 10101922753 (Iran); Registration Number 149432 (Iran) [NPWMD] [IFSR] (Linked To: PARAVAR PARS COMPANY).

ASES DE COMPETENCIA Y CIA. S.A., Carrera 30 No. 74-45, Bogota, Colombia; Carrera 6A No. 22-46 Int. 110, Medellin, Colombia; Carrera 66A No. 3-50 Int. 69, Medellin, Colombia; NIT # 800213156-7 (Colombia) [SDNT].

ASESORES TURISTICOS S.A. DE C.V., Dr. Jose Maria Vertiz 646, Col. Narvarte, Mexico, DF 03010, Mexico; R.F.C. ATU8707108U5 (Mexico) [SDNTK].

ASESORES Y PROMOTORES ACG, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 17 Sep 2015; Organization Type: Other business support service activities n.e.c.; Folio Mercantil No. 92430 (Mexico) [ILLICIT-DRUGS-EO14059].

ASESORIA Y SERVICIOS ADMINISTRATIVOS, TECNICOS Y OPERATIVOS DUREL, S.A. DE C.V., Av. Mexico No. 2798, Int 3B, Col. Terranova, Guadalajara, Jalisco C.P. 44689, Mexico; Folio Mercantil No. 3048*1 (Mexico) [SDNTK].

ASESORIA Y SOLUCIONES GRUPO CONSULTOR S.A., Calle 15 Norte No. 6N-34 ofc. 404, Cali, Colombia; NIT # 805018000-1 (Colombia) [SDNT].

ASESORIAS PROFESIONALES LTDA., Calle 21 No. 15-26, Ofc. 304, Armenia, Quindio, Colombia; NIT # 801000611-6 (Colombia) [SDNT].

ASGARI, Hassan (Arabic: حسن عسکری) (a.k.a. ASKARI, Hassan (Arabic: حسن عسکری)), Sanandaj, Iran; POB Bijar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Governor,

Sanandaj (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ASGARI, Mansur, DOB 03 Jun 1958; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A4249926 (Iran) (individual) [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

ASGHARIAN, Reza (Arabic: رضا اصغریان), 1334697778, Iran; DOB 21 Mar 1973; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0056549555 (Iran); Birth Certificate Number 1932 (Iran); CEO of Naji Pas Company (individual) [IRAN-HR] (Linked To: NAJI PAS COMPANY).

ASGHARZADEH, Abdollah; DOB 16 Sep 1968; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

ASHAMI, Husayn (a.k.a. AL-SHAMI, Haj Husayn; a.k.a. AL-SHAMI, Husayn; a.k.a. AL-SHAMY, Husayn; a.k.a. SHAIMI, Husayn; a.k.a. SHAMAI, Husayn; a.k.a. SHAMY, Husayn), Lebanon; DOB 1948; alt. DOB 1954; alt. DOB 1960; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

ASHAN, Nihat (a.k.a. ASAN, Nihat; a.k.a. ASAN, Nihat Abdul Kadir (Arabic: نهات عبدالقدیر أسان); a.k.a. ASAN, Nihat Abdulkadir; a.k.a. EBRAHIMIHARKIAN, Ramin; a.k.a. KURD, Ibrahim; a.k.a. "BAHTIYAR"), Orumiyeh, West Azerbaijan, Iran; DOB 01 Oct 1981; alt. DOB 11 Nov 1981; POB Van, Turkey; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U13927927 (Turkey) expires 25 Jan 2027; National ID No. 2751062326 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ASHDALE SETTLEMENT GERCO SAS (f.k.a. GERCO SAS), 67 Boulevard Du 30 Juin, Immeuble Golf, 5eme etage, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; 32 BIS, Avenue KIVU, Ngaliema, Kinshasa, Kinshasa, Congo, Democratic Republic of the; 8eme etage, immeuble 1113, Boulevard Du 30 Juin No. 110, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; 70 Batetela, Immeuble Tilipia, 5eme

etage, Municipality of Gombe, Kinshasa, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/17-B-01379 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: MUKONDA MAYANDU, Alain).

ASHFIELD, Jeffrey John James, Hayselden Manor, Sissinghurst, Cranbrook, Kent TN172A, United Kingdom; DOB 11 Feb 1950; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 307893124 (United Kingdom) (individual) [SDGT] [IFSR] (Linked To: MAHAN AIR).

ASHIQ JEWELLERS CC, 115 Russel St, Durban, KwaZulu-Natal 4001, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Aug 2009; Tax ID No. 9176936178 (South Africa); Trade License No. 2009/151008/23 (South Africa); Enterprise Number B2009151008 (South Africa) [SDGT] (Linked To: HOOMER, Farhad).

ASHKAR, Abdallah (a.k.a. AL ASHQAR, Abdullah Jihad; a.k.a. AL MAQDISI, Abu al Muhtasib; a.k.a. AL-ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, Abdallah; a.k.a. AL-'ASHQAR, 'Abdallah; a.k.a. AL-ASHQAR, 'Abdallah Jihad Musa; a.k.a. AL-ASHQAR, Abdullah; a.k.a. AL-ASHQAR, Abdullah Jihad; a.k.a. AL-MAQDISI, Abu-al-Muhtasib; a.k.a. AL-TAWHID, Muhandes; a.k.a. AL-TAWHID, Muhandis; a.k.a. "ABU-HAJIR"; a.k.a. "AL MUHTASIB, Abu"), Region: Gaza; DOB 1986; nationality Palestinian (individual) [SDGT].

ASHRAF, Haji M. (a.k.a. ASHRAF, Haji Muhammad; a.k.a. MANSHA, Muhammad Ashraf; a.k.a. MANSHAH, Muhammad Ashraf; a.k.a. MUNSHA, Muhammad Ashraf); DOB 1955; POB Faisalabad, Pakistan; Passport A-374184 (Pakistan); alt. Passport AT0712501 (Pakistan) issued 12 Mar 2008 expires 11 Mar 2013; National ID No. 6110125312507 (Pakistan); alt. National ID No. 24492025390 (Pakistan) (individual) [SDGT].

ASHRAF, Haji Muhammad (a.k.a. ASHRAF, Haji M.; a.k.a. MANSHA, Muhammad Ashraf; a.k.a. MANSHAH, Muhammad Ashraf; a.k.a. MUNSHA, Muhammad Ashraf); DOB 1955; POB Faisalabad, Pakistan; Passport A-374184 (Pakistan); alt. Passport AT0712501 (Pakistan) issued 12 Mar 2008 expires 11 Mar 2013; National ID No. 6110125312507 (Pakistan); alt. National ID No. 24492025390 (Pakistan) (individual) [SDGT].

ASHRAQ, Hamidraza, Iran; POB Abadan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 11817387375 (Iran); alt. National ID No. 1817387375 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ASH-SHAMI, Faruk (a.k.a. AL-SHAMI, Faruk; a.k.a. FAYZIMATOV, Farrukh Furkatovitch; a.k.a. FAYZIMATOV, Faruk Furkatovich; a.k.a. SHAMI, Faruk; a.k.a. SHAMI, Faruq (Cyrillic: ШАМИ, Фарук)), Idlib, Syria; DOB 02 Mar 1996; citizen Tajikistan; Gender Male; Digital Currency Address - XBT 17a5bpKvEp1j1Trs4qTbcNZrby53JbaS9C (individual) [SDGT].

ASHTARI FARD, Hossein (a.k.a. AHSTARI, Hossein), Iran; DOB 1962; alt. DOB 1963; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ASHTARI, Mahmood (a.k.a. ASHTARI, Mahmoud; a.k.a. ASHTARI, Mahmud); POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 0062502034 (Iran) (individual) [SDGT] (Linked To: QASIR, Ali).

ASHTARI, Mahmoud (a.k.a. ASHTARI, Mahmood; a.k.a. ASHTARI, Mahmud); POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 0062502034 (Iran) (individual) [SDGT] (Linked To: QASIR, Ali).

ASHTARI, Mahmud (a.k.a. ASHTARI, Mahmood; a.k.a. ASHTARI, Mahmoud); POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 0062502034 (Iran) (individual) [SDGT] (Linked To: QASIR, Ali).

ASHTIANI, Mohammad-Reza (a.k.a. ASHTIANI, Mohammed Reza Gharayi), Iran; DOB 1960; alt. DOB 1961; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

ASHTIANI, Mohammed Reza Gharayi (a.k.a. ASHTIANI, Mohammad-Reza), Iran; DOB 1960; alt. DOB 1961; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject

to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

ASHULUK FIRING RANGE (a.k.a. ASHULUK TEST RANGE), Astrakhan Oblast, Russia; Organization Type: Defense activities [RUSSIA-EO14024].

ASHULUK TEST RANGE (a.k.a. ASHULUK FIRING RANGE), Astrakhan Oblast, Russia; Organization Type: Defense activities [RUSSIA-EO14024].

ASI, El Yusuf Abd al-Rida (a.k.a. AASI, Sheikh Yusuf), Majma Ahl al-Bayt, 6 Meqdad Burj al-Barajinah, Beirut, Lebanon; DOB 05 Feb 1962; alt. DOB 1962; POB Beirut, Lebanon (individual) [SDGT] (Linked To: MARTYRS FOUNDATION IN LEBANON).

'ASI, Salih 'Ali (a.k.a. ASSI, Salah; a.k.a. ASSI, Saleh; a.k.a. ASSI, Saleh Ali; a.k.a. ASSI, Salih), Congo, Democratic Republic of the; Etage 5 (5th Floor), 3 Avenue Bosquet, Paris 27007, France; Bashoura, Beirut, Lebanon; Immeuble Verdun 750, 5E Etage-Rue Rachid Karame Verdun, Beyrouth, Lebanon; DOB 14 May 1960; citizen France; Gender Male; Passport 04FE50421 (France) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

ASIA ENERGY GENERAL TRADING (LLC), Suite 703, Twin Tower, Baniyas Street, Deira, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ASIA ENTERPRISE SERVICE LIMITED (a.k.a. ASIA INTERNATIONAL TRADE PROVIDER LLC (Arabic: م.م.ذ ديفورب ديرت لانويشانرتنا ايسآ)), Sharjah Media City, United Arab Emirates; License 1906788.01 (United Arab Emirates) [RUSSIA-EO14024].

ASIA FUEL PTE. LTD., Far East Finance Building, 14 Robinson Road #08-0IA 48545, Singapore, Singapore; Website asiafuel.net; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 30 Jan 2020; Business Registration Number 202003540C (Singapore) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

ASIA GREEN DEVELOPMENT BANK LIMITED (a.k.a. AGD BANK; a.k.a. ASIA GREEN DEVELOPMENT BANK LTD; a.k.a. ASIA GREEN DEVELOPMENT BANK PUBLIC COMPANY LIMITED), No. 73/75, Sule Pagoda Road, Pebadan Township, Yangon, Burma;

SWIFT/BIC AGDBMMMY; Website http://www.agdbank.com; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; National ID No. 103903351 (Burma) [BURMA-EO14014].

ASIA GREEN DEVELOPMENT BANK LTD (a.k.a. AGD BANK; a.k.a. ASIA GREEN DEVELOPMENT BANK LIMITED; a.k.a. ASIA GREEN DEVELOPMENT BANK PUBLIC COMPANY LIMITED), No. 73/75, Sule Pagoda Road, Pebadan Township, Yangon, Burma; SWIFT/BIC AGDBMMMY; Website http://www.agdbank.com; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; National ID No. 103903351 (Burma) [BURMA-EO14014].

ASIA GREEN DEVELOPMENT BANK PUBLIC COMPANY LIMITED (a.k.a. AGD BANK; a.k.a. ASIA GREEN DEVELOPMENT BANK LIMITED; a.k.a. ASIA GREEN DEVELOPMENT BANK LTD), No. 73/75, Sule Pagoda Road, Pebadan Township, Yangon, Burma; SWIFT/BIC AGDBMMMY; Website http://www.agdbank.com; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; National ID No. 103903351 (Burma) [BURMA-EO14014].

ASIA INTERNATIONAL TRADE PROVIDER LLC (Arabic: آسیا إنترناشیونال تريد بروفايدر ذ م م) (a.k.a. ASIA ENTERPRISE SERVICE LIMITED), Sharjah Media City, United Arab Emirates; License 1906788.01 (United Arab Emirates) [RUSSIA-EO14024].

ASIA MARINE CROWN AGENCY (Arabic: شرکت تاج دریای آسیا) (a.k.a. TAJ DARYAE ASIA COMPANY), First Floor, Khalij Abi Complex, No. 0, Imam Khomeini Street, Shahid Jahan Ara Street, Manazel 38 Ghermez Neighborhood, Bandar Imam Khomeini City, Bandar Imam Khomeini Section, Bandar Mahshahr, Khuzestan 6356174826, Iran; Apt. 7, 1st Floor, South Wing, Bldg. No. 21, Kar Va Tejarat St., Vanak Sq., Tehran 1991943845, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Jan 2019; National ID No. 14008069775 (Iran); Business Registration Number 10977 (Iran) [SDGT] [IFSR] (Linked To: SAHARA THUNDER).

ASIA PACIFIC LINKS LIMITED, Shing Hing Commercial Building, Office 8E, 21-27 Wing Kut Street, Hong Kong 510000, China; Organization Established Date 17 Dec 2014; Business Registration Number 64199990-000 (Hong Kong); Registration Number 2182045 (Hong Kong) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY SMT-ILOGIC).

ASIA SUN AVIATION PTE. LTD. (a.k.a. SHOON ENERGY PTE. LTD.), Singapore; Organization Established Date 27 Jun 2018; Organization Type: Activities of holding companies; Registration Number 201821798H (Singapore) [BURMA-EO14014] (Linked To: WIN, Khin Phyu).

ASIA SUN GROUP (a.k.a. ASIA SUN GROUP COMPANY LIMITED), Yangon-Insein Road No. 218, Building A, 16 Floor, Room A, Hlaing Township, Yangon Region, Burma; Organization Established Date 29 Mar 2012; Organization Type: Activities of holding companies; Business Registration Number 104355110 (Burma) [BURMA-EO14014].

ASIA SUN GROUP COMPANY LIMITED (a.k.a. ASIA SUN GROUP), Yangon-Insein Road No. 218, Building A, 16 Floor, Room A, Hlaing Township, Yangon Region, Burma; Organization Established Date 29 Mar 2012; Organization Type: Activities of holding companies; Business Registration Number 104355110 (Burma) [BURMA-EO14014].

ASIA SUN TRADING CO. LTD. (a.k.a. ASIA SUN TRADING COMPANY LIMITED; a.k.a. "ASIA SUN TRADING"), Ubc Tower, Unit 04-01, 4th Floor, Bo Cho Quarter, Bahan, Yangon Region, Burma; Organization Established Date 16 Dec 2015; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Business Registration Number 104099424 (Burma) [BURMA-EO14014].

ASIA SUN TRADING COMPANY LIMITED (a.k.a. ASIA SUN TRADING CO. LTD.; a.k.a. "ASIA SUN TRADING"), Ubc Tower, Unit 04-01, 4th Floor, Bo Cho Quarter, Bahan, Yangon Region, Burma; Organization Established Date 16 Dec 2015; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Business Registration Number 104099424 (Burma) [BURMA-EO14014].

ASIA TRADING & CONSTRUCTION PTE LTD (a.k.a. ASIA TRADING AND CONSTRUCTION PTE LTD; f.k.a. FIVE STAR RESORT PTE LTD), 20 Peck Seah Street #02-00, Singapore 79312, Singapore; Organization Established Date 18 Jan 2014; Organization Type: Construction of buildings; Registration Number 201401923D (Singapore) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

ASIA TRADING AND CONSTRUCTION PTE LTD (a.k.a. ASIA TRADING & CONSTRUCTION PTE LTD; f.k.a. FIVE STAR RESORT PTE LTD), 20 Peck Seah Street #02-00, Singapore 79312, Singapore; Organization Established Date 18 Jan 2014; Organization Type: Construction of buildings; Registration Number 201401923D (Singapore) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

ASIABANI, Korosh (a.k.a. ASIABANI, Kourosh (Arabic: کورش آسیابانی; a.k.a. ASIABANI, Kurosh (Arabic: کوروش آسیابانی); a.k.a. ASIYABANI, Koresh), Number 0, Floor 2, Golrizan Boulevard, Fajr Alley, District 22 Bahman, Kermanshah 6714699785, Iran; Unit 1, Paradise Building, across from Kokab Rashidi Mosque, Nobehar Boulevard, between Shahid Iraj Faizi Alley and Shahid Khosro Abassi Alley, District 22 Bahman, Kermanshah 6714699785, Iran; DOB 31 May 1962; alt. DOB 31 May 1961; POB Harsin, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3319728962 (Iran); Birth Certificate Number 28 (Iran); Deputy Commander of IRGC West Regional Headquarters (Najaf Ashraf); Second Brigadier General (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ASIABANI, Kourosh (Arabic: کورش آسیابانی) (a.k.a. ASIABANI, Korosh; a.k.a. ASIABANI, Kurosh (Arabic: کوروش آسیابانی); a.k.a. ASIYABANI, Koresh), Number 0, Floor 2, Golrizan Boulevard, Fajr Alley, District 22 Bahman, Kermanshah 6714699785, Iran; Unit 1, Paradise Building, across from Kokab Rashidi Mosque, Nobehar Boulevard, between Shahid Iraj Faizi Alley and Shahid Khosro Abassi Alley, District 22 Bahman, Kermanshah 6714699785, Iran; DOB 31 May 1962; alt. DOB 31 May 1961; POB Harsin, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3319728962 (Iran); Birth Certificate Number 28 (Iran); Deputy Commander of IRGC West Regional Headquarters (Najaf Ashraf); Second Brigadier General (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ASIABANI, Kurosh (Arabic: کوروش آسیابانی) (a.k.a. ASIABANI, Korosh; a.k.a. ASIABANI, Kourosh (Arabic: کورش آسیابانی); a.k.a.

ASIYABANI, Koresh, Number 0, Floor 2, Golrizan Boulevard, Fajr Alley, District 22 Bahman, Kermanshah 6714699785, Iran; Unit 1, Paradise Building, across from Kokab Rashidi Mosque, Nobehar Boulevard, between Shahid Iraj Faizi Alley and Shahid Khosro Abassi Alley, District 22 Bahman, Kermanshah 6714699785, Iran; DOB 31 May 1962; alt. DOB 31 May 1961; POB Harsin, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3319728962 (Iran); Birth Certificate Number 28 (Iran); Deputy Commander of IRGC West Regional Headquarters (Najaf Ashraf); Second Brigadier General (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ASIAN AVIATION LOGISTICS COMPANY LIMITED, 805 Srinakarin Road, 2nd Floor Zone A 21 Tower, Suan Luang, Bangkok 10540, Thailand; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR).

ASIAN TRADE AGENCY LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU AZIATSKOYE TORGOVOYE AGENTSTVO), Mgstr. Vokzalnaya D. 1/1, Office 704, Novosibirsk 630004, Russia; Tax ID No. 5404418441 (Russia); Registration Number 1105476039745 (Russia) [RUSSIA-EO14024].

ASIAN ZONE TRADING L.L.C (Arabic: ايشين زون للتجارة ذ.م.م), Al Owais Business Tower, 5th Floor, Office 505, Baniyas Road, Deira, P.O. Box 14781, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 11 Sep 2019; License 851326 (United Arab Emirates); Business Registration Number 2092078 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

ASIC AND ELECTRONIC ENGINEERING DESIGN CENTER DIGITAL SOLUTIONS JSC (a.k.a. LLC SCIENTIFIC PRODUCTION ENTERPRISE DIGITAL SOLUTIONS), Room 4, Office 1, 3rd Floor, Building 7, House 9a, 2nd Sinichkina Str., Moscow 111020, Russia; Tax ID No. 7715500090 (Russia) [RUSSIA-EO14024].

ASILDAROV, Rustam (a.k.a. ASELDAROV, Rustam; a.k.a. ASELDEROV, Russtam; a.k.a. "Abu Mohammad al-Qadari"; a.k.a. "Abu Muhammad al-Kadarskii"; a.k.a. "Abu Mukhammad al-Kadar"; a.k.a. "Abu Mukhammad Kadarskiy"; a.k.a. "Abu

Mukhammad Kadarsky"); DOB 01 Jan 1980 to 31 Dec 1982; POB Kalmykia, Russia (individual) [SDGT].

ASIMOV, Rahim Azizboyevich (Cyrillic: АЗИМОВ, Рахим Азизбоевич), Russia; DOB 16 Aug 1964; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

'ASIRI, Ibrahim Hasan Tali'A (a.k.a. AL ASIRI, Ibrahim Hassan; a.k.a. AL-'ASIRI, Ibrahim; a.k.a. AL-'ASIRI, Ibrahim Hasan Tali; a.k.a. AL-ASIRI, Ibrahim Hassan Tali; a.k.a. ASSIRI, Ibrahim Hassan Tali; a.k.a. "ABOSSLAH"; a.k.a. "ABU SALEH"); DOB 19 Apr 1982; alt. DOB 18 Apr 1982; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Passport F654645 issued 30 Apr 2005; National ID No. 1028745097 (Saudi Arabia); Member of al-Qa'ida in the Arabian Peninsula, is wanted by the Government of Saudi Arabia and Interpol has issued an Orange Notice: File no. 2009/52/OS/CCC (individual) [SDGT].

ASIYABANI, Koresh (a.k.a. ASIABANI, Korosh; a.k.a. ASIABANI, Kourosh (Arabic: کورش آسیابانی); a.k.a. ASIABANI, Kurosh (Arabic: کوروش آسیابانی)), Number 0, Floor 2, Golrizan Boulevard, Fajr Alley, District 22 Bahman, Kermanshah 6714699785, Iran; Unit 1, Paradise Building, across from Kokab Rashidi Mosque, Nobehar Boulevard, between Shahid Iraj Faizi Alley and Shahid Khosro Abassi Alley, District 22 Bahman, Kermanshah 6714699785, Iran; DOB 31 May 1962; alt. DOB 31 May 1961; POB Harsin, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3319728962 (Iran); Birth Certificate Number 28 (Iran); Deputy Commander of IRGC West Regional Headquarters (Najaf Ashraf); Second Brigadier General (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ASKA ENERJI TOPTAN SATIS SANAYI VE TICARET ANONIM SIRKETI, Istinye Mah. Bostan Sok. No: 12 Sariyer, Turkey; No. 29, Resitpasa Mah. Denizbank Ust Sitesi Yol Sok. Sariyer, Istanbul 34467, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 31 Jul 2013; Istanbul Chamber of Comm. No. 879494 (Turkey); Registration Number 878346-0 (Turkey); Central Registration System Number

0086-0498-2047-6374 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

ASKARI, Hassan (Arabic: حسن عسکری) (a.k.a. ASGARI, Hassan (Arabic: حسن عسکری)), Sanandaj, Iran; POB Bijar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Governor, Sanandaj (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ASKATASUNA (f.k.a. GESTORAS PRO-AMNISTIA), Spain [SDGT].

ASKATASUNA (a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. EPANASTATIKI PIRINES; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. XAKI; a.k.a. "ETA"; a.k.a. "K.A.S.") [SDGT].

ASL ENERJI SANAYI VE TICARET ANONIM SIRKETI, No: 12 Istinye Mahallesi, Bostan Sokak, Sariyer, Istanbul 34467, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Nov 2012; Istanbul Chamber of Comm. No. 843769 (Turkey); Registration Number 842743-0 (Turkey); Central Registration System Number 0086-0489-8593-7973 (Turkey) [SDGT] (Linked To: AYAN, Bahaddin).

ASLAN, Aus; DOB 1959; alt. DOB 1960 (individual) [SYRIA].

ASLAN, Hasmet (a.k.a. QAFISHEH, Hisham Younis Yahia; a.k.a. QAFISHEH, Hisham Younis Yahya; a.k.a. QAFISHEH, Hisham Yunis Ichiyeh; a.k.a. QAFISHIH, Hisham Yunis Yahya; a.k.a. QUFAYSHAH, Hisham Yunis Yahya), Turkey; DOB 01 Sep 1956; alt. DOB 01 Jan 1956; POB Jordan; nationality Jordan; alt. nationality Saudi Arabia; citizen Jordan; alt. citizen Palestinian; alt. citizen Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport H161563 (Jordan) expires 27 Mar 2006; Identification Number 050449004 (Jordan); alt. Identification Number 9561014063 (Jordan); alt. Identification Number 2024660934 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

ASLANOV, Dzheykhun Nasimi Ogly (a.k.a. ASLANOV, Jay; a.k.a. ASLANOV, Jayhoon), Russia; DOB 01 Jan 1990; POB Sumgait, Azerbaijan; nationality Russia; Gender Male;

Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 629512112 (Russia); National ID No. 2504139886 (individual) [CYBER2] [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

ASLANOV, Jay (a.k.a. ASLANOV, Dzheykhun Nasimi Ogly (a.k.a. ASLANOV, Jayhoon), Russia; DOB 01 Jan 1990; POB Sumgait, Azerbaijan; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 629512112 (Russia); National ID No. 2504139886 (individual) [CYBER2] [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

ASLANOV, Jayhoon (a.k.a. ASLANOV, Dzheykhun Nasimi Ogly; a.k.a. ASLANOV, Jay), Russia; DOB 01 Jan 1990; POB Sumgait, Azerbaijan; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 629512112 (Russia); National ID No. 2504139886 (individual) [CYBER2] [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

ASLANOVA, Darya Dmitriyevna (Cyrillic: АСЛАНОВА, Дарья Дмитриевна) (a.k.a. TIMOSHENKOVA, Darya Dmitriyevna), Saint Petersburg, Russia; DOB 08 Sep 1985; POB Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 44N2592883 (Russia) (individual) [CYBER2] [ELECTION-EO13848].

ASMA AUTHORISED MONEY EXCHANGERS (a.k.a. ASMA MONEY CHANGERS; a.k.a. ASMA MONEY EXCHANGERS; a.k.a. ASMA MONEY EXCHANGER'S), Shop #2, Saddiq Plaza, Near Regal Chowk, Shahrah-e-Quaid-e-Azam, Lahore, Pakistan; Shop #2, Sadiq Plaza, 69-The Mall, Lahore, Punjab, Pakistan; Shop No. 2 Siddique Plaza, Shahrah e Quaid e Azam, Lahore, Punjab, Pakistan; Tax ID No. 2583018-0 [SDGT] (Linked To: IQBAL, Muhammad; Linked To: LASHKAR E-TAYYIBA).

ASMA MONEY CHANGERS (a.k.a. ASMA AUTHORISED MONEY EXCHANGERS; a.k.a. ASMA MONEY EXCHANGERS; a.k.a. ASMA MONEY EXCHANGER'S), Shop #2, Saddiq Plaza, Near Regal Chowk, Shahrah-e-Quaid-e-Azam, Lahore, Pakistan; Shop #2, Sadiq Plaza, 69-The Mall, Lahore, Punjab, Pakistan; Shop No. 2 Siddique Plaza, Shahrah e Quaid e

Azam, Lahore, Punjab, Pakistan; Tax ID No. 2583018-0 [SDGT] (Linked To: IQBAL, Muhammad; Linked To: LASHKAR E-TAYYIBA).

ASMA MONEY EXCHANGERS (a.k.a. ASMA AUTHORISED MONEY EXCHANGERS; a.k.a. ASMA MONEY CHANGERS; a.k.a. ASMA MONEY EXCHANGER'S), Shop #2, Saddiq Plaza, Near Regal Chowk, Shahrah-e-Quaid-e-Azam, Lahore, Pakistan; Shop #2, Sadiq Plaza, 69-The Mall, Lahore, Punjab, Pakistan; Shop No. 2 Siddique Plaza, Shahrah e Quaid e Azam, Lahore, Punjab, Pakistan; Tax ID No. 2583018-0 [SDGT] (Linked To: IQBAL, Muhammad; Linked To: LASHKAR E-TAYYIBA).

ASMA MONEY EXCHANGER'S (a.k.a. ASMA AUTHORISED MONEY EXCHANGERS; a.k.a. ASMA MONEY CHANGERS; a.k.a. ASMA MONEY EXCHANGERS), Shop #2, Saddiq Plaza, Near Regal Chowk, Shahrah-e-Quaid-e-Azam, Lahore, Pakistan; Shop #2, Sadiq Plaza, 69-The Mall, Lahore, Punjab, Pakistan; Shop No. 2 Siddique Plaza, Shahrah e Quaid e Azam, Lahore, Punjab, Pakistan; Tax ID No. 2583018-0 [SDGT] (Linked To: IQBAL, Muhammad; Linked To: LASHKAR E-TAYYIBA).

ASMAR, Haytham, Syria; DOB 02 Nov 1969; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ASOCIACION CIVIL LOS PROMOTORES AERONAUTICOS, Jr. Los Robles 152, Oficina 7, San Martin de Porres, URB Valdiviezo, Lima, Peru; RUC # 20336637733 (Peru) [SDNTK].

ASOCIACION TURISTICA INTERNACIONAL S.C.S. (f.k.a. LUIS A. HERNANDEZ Z Y CIA. S.C.S.), Carrera 35 No. 53-53, Bogota, Colombia; NIT # 890325040-4 (Colombia) [SDNT].

ASPECT DWC LLC, Business Center, Dubai World Central, PO Box 390667, Dubai, United Arab Emirates; License 8198 (United Arab Emirates); Economic Register Number (CBLS) 11455387 (United Arab Emirates) [RUSSIA-EO14024].

ASPERMAN, Joe, Syria; DOB 1987; alt. DOB 1986; alt. DOB 1988; POB Cannes Region, France; Gender Male (individual) [SDGT].

ASRC (a.k.a. ADVANCED SYSTEMS RESEARCH COMPANY; a.k.a. CENTER FOR ADVANCED SYSTEMS RESEARCH; a.k.a. CRAS; a.k.a. PISHRO COMPANY; a.k.a. PISHRO SYSTEMS RESEARCH COMPANY),

Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ASR-E SANAT ESHRAGH (a.k.a. ASRE SANAT ESHRAGH CO.; a.k.a. ASRE SANAT ESHRAGH CO.; a.k.a. ASRE SANATE ESHRAGH CO.; a.k.a. ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY; a.k.a. ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY LTD.; a.k.a. "ASE CO."), U6, No. 1 Gol Alley, N. Makran St., Vafamanesh Ave., Heavry Sq., Tehran 1668745517, Iran; No. 699 Farjam St., Tehran, Iran; Website www.asealu.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ASRE SANAT ESHRAGH CO. (a.k.a. ASR-E SANAT ESHRAGH; a.k.a. ASRE SANAT ESHRAGH COMPANY; a.k.a. ASRE SANATE ESHRAGH CO.; a.k.a. ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY; a.k.a. ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY LTD.; a.k.a. "ASE CO."), U6, No. 1 Gol Alley, N. Makran St., Vafamanesh Ave., Heavry Sq., Tehran 1668745517, Iran; No. 699 Farjam St., Tehran, Iran; Website www.asealu.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ASRE SANAT ESHRAGH COMPANY (a.k.a. ASR-E SANAT ESHRAGH; a.k.a. ASRE SANAT ESHRAGH CO.; a.k.a. ASRE SANATE ESHRAGH CO.; a.k.a. ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY; a.k.a. ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY LTD.; a.k.a. "ASE CO."), U6, No. 1 Gol Alley, N. Makran St., Vafamanesh Ave., Heavry Sq., Tehran 1668745517, Iran; No. 699 Farjam St., Tehran, Iran; Website www.asealu.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ASRE SANATE ESHRAGH CO. (a.k.a. ASR-E SANAT ESHRAGH; a.k.a. ASRE SANAT ESHRAGH CO.; a.k.a. ASRE SANAT ESHRAGH COMPANY; a.k.a. ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY LTD.; a.k.a. "ASE CO."), U6, No. 1 Gol Alley, N. Makran St., Vafamanesh Ave., Heavry Sq., Tehran 1668745517, Iran; No. 699 Farjam St., Tehran, Iran; Website

www.asealu.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY (a.k.a. ASR-E SANAT ESHRAGH; a.k.a. ASRE SANAT ESHRAGH CO.; a.k.a. ASRE SANAT ESHRAGH COMPANY; a.k.a. ASRE SANATE ESHRAGH CO.; a.k.a. ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY LTD.; a.k.a. "ASE CO."), U6, No. 1 Gol Alley, N. Makran St., Vafamanesh Ave., Heravy Sq., Tehran 1668745517, Iran; No. 699 Farjam St., Tehran, Iran; Website www.asealu.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY LTD. (a.k.a. ASR-E SANAT ESHRAGH; a.k.a. ASRE SANAT ESHRAGH CO.; a.k.a. ASRE SANAT ESHRAGH COMPANY; a.k.a. ASRE SANATE ESHRAGH CO.; a.k.a. ASR-E-SAN'AT ESHRAGH ENGINEERING COMPANY; a.k.a. "ASE CO."), U6, No. 1 Gol Alley, N. Makran St., Vafamanesh Ave., Heravy Sq., Tehran 1668745517, Iran; No. 699 Farjam St., Tehran, Iran; Website www.asealu.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ASSAD, Bashar (a.k.a. AL ASSAD, Bashar Hafez; a.k.a. AL-ASAD, Bashar; a.k.a. AL-ASSAD, Bashar (Arabic: بشار الأسد)), Damascus, Syria; DOB 11 Sep 1965; POB Damascus, Syria; nationality Syria; Gender Male; President of the Syrian Arab Republic (individual) [SYRIA] [SYRIA-EO13894].

ASSAD, Hafez (a.k.a. AL-ASSAD, Hafez (Arabic: حافظ الأسد)), Syria; DOB 04 Dec 2001; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894] (Linked To: AL-ASSAD, Bashar).

ASSAD, Karam (a.k.a. AL-ASSAD, Karam (Arabic: كرام الأسد)), Syria; DOB 1978; POB Qardaha, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894] (Linked To: AL-ASSAD, Zuhair Tawfik).

ASSAD, Mahar (a.k.a. AL-ASAD, Mahir; a.k.a. AL-ASSAD, Maher (Arabic: ماهر الأسد); a.k.a. ASSAD, Maher), Damascus, Syria; DOB 08 Dec 1967; POB Damascus, Syria; nationality Syria; Gender Male; Diplomatic Passport 4138 (Syria); Major General; Commander of the

Syrian Army's 4th Armored Division (individual) [SYRIA] [SYRIA-EO13894].

ASSAD, Maher (a.k.a. AL-ASAD, Mahir; a.k.a. AL-ASSAD, Maher (Arabic: ماهر الأسد); a.k.a. ASSAD, Mahar), Damascus, Syria; DOB 08 Dec 1967; POB Damascus, Syria; nationality Syria; Gender Male; Diplomatic Passport 4138 (Syria); Major General; Commander of the Syrian Army's 4th Armored Division (individual) [SYRIA] [SYRIA-EO13894].

ASSAD, Sultan Khalife (a.k.a. ASAAD, Hajj Sultan; a.k.a. ASAAD, Sultan; a.k.a. AS'AD, Sultan Khalifah (Arabic: سلطان خليفة اسعد), Jezzine, Lebanon; DOB 31 Oct 1962; nationality Lebanon; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

ASSAD, Zuhair (a.k.a. AL-ASSAD, Zuhair Tawfik (Arabic: زهير توفيق الأسد); a.k.a. AL-ASSAD, Zuhair Tawfiq; a.k.a. AL-ASSAD, Zuheir Tawfiq), Syria; DOB 1958; POB Qardaha, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

ASSADOLLAH, Hossein (a.k.a. ASADOLLAH, Hossein (Arabic: حسين اسداله); a.k.a. ASSADOLLAHI, Hossein), Iran; DOB 14 May 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K34433062 (Iran) expires 2 Aug 2020; National ID No. 0063410176 (Iran) (individual) [SDGT] [IFSR] (Linked To: AMINI, Meghdad).

ASSADOLLAHI, Hossein (a.k.a. ASADOLLAH, Hossein (Arabic: حسين اسداله); a.k.a. ASSADOLLAH, Hossein), Iran; DOB 14 May 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K34433062 (Iran) expires 2 Aug 2020; National ID No. 0063410176 (Iran) (individual) [SDGT] [IFSR] (Linked To: AMINI, Meghdad).

ASSAF, Hosein (a.k.a. YAZBAK, Muhammad; a.k.a. YAZBECK, Mohammad; a.k.a. YAZBEK, Mohammad; a.k.a. YAZBIK, Muhammad; a.k.a. YAZBIK, Muhammad), Lebanon; DOB 1950; POB Bodai, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Head of the Judicial Council of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

ASSAF, Nabil (a.k.a. ASSAF, Nabil Mahmoud; a.k.a. ASSAF, Nabil Muhammad; a.k.a. ASSAF, Nabil Mohammed), Lebanon; DOB 11 Sep 1964; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male

(individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

ASSAF, Nabil Mahmoud (a.k.a. ASSAF, Nabil; a.k.a. ASSAF, Nabil Muhammad), Lebanon; DOB 11 Sep 1964; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

ASSAF, Nabil Muhammad (a.k.a. ASSAF, Nabil; a.k.a. ASSAF, Nabil Mahmoud), Lebanon; DOB 11 Sep 1964; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

AS-SAFRANI, Ali Samida (a.k.a. AL SIFRANI, Ali; a.k.a. AL-SAFRANI, Ali Ahmidah; a.k.a. ZAFRANI, Ali), Libya; DOB 1982; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ASSEMBLY FOR LIBERATION OF THE LEVANT (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH (a.k.a. JAMA'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a.

JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAMA'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAMA'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAMA'AT UL DAWA AL-QU'RAN; a.k.a. JAMAAT-UD-DAWA AL QURAN WAL SUNNAH; a.k.a. JAMIAT AL-DAWA-QURAN WAL-SUNNA; a.k.a. SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA; a.k.a. "JDQ"; a.k.a. "JDQS"; a.k.a. "SALAFI GROUP"), Afghanistan [SDGT].

ASSEMBLY FOR THE LIBERATION OF SYRIA (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

ASSERI, Ahmed Hassan M. (a.k.a. AL ASIRI, Ahmad Hassan Mohammed; a.k.a. AL-ASIRI, Ahmed; a.k.a. AL-ASSIRI, Ahmed; a.k.a. ASSIRI, Ahmed), King Abdullah Rd., Ishbilyah, Riyadh, Saudi Arabia; DOB 15 Oct 1966; POB Tabok, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport D106103 (Saudi Arabia) expires 05 Oct 2021 (individual) [GLOMAG].

ASSET AUTOMATION LLC (Cyrillic: ООО ЭССЕТ АВТОМАТИЗАЦИЯ), d. 2 str. 1, per.2-I Petra Alekseeva, Moscow 121471, Russia; Organization Established Date 2012; Tax ID No. 2130102938 (Russia); Government Gazette

Number 90966261 (Russia); Registration Number 1122130005502 (Russia) [RUSSIA-EO14024] (Linked To: POPOVIC, Nenad).

ASSET ELECTRO LLC (Cyrillic: ООО ЭССЕТ ЭЛЕКТРО) (f.k.a. ООО ABS ELEKTRO; f.k.a. ООО ESSET ENERGO), 29 Naberezhnaya Serebryanicheskaya, Moscow 109028, Russia; Organization Established Date 2012; Tax ID No. 7710911530 (Russia); Government Gazette Number 09272556 (Russia); Registration Number 1127746315762 (Russia) [RUSSIA-EO14024].

ASSI, Salah (a.k.a. 'ASI, Salih 'Ali; a.k.a. ASSI, Saleh; a.k.a. ASSI, Saleh Ali; a.k.a. ASSI, Salih), Congo, Democratic Republic of the; Etage 5 (5th Floor), 3 Avenue Bosquet, Paris 27007, France; Bashoura, Beirut, Lebanon; Immeuble Verdun 750, 5E Etage-Rue Rachid Karame Verdun, Beyrouth, Lebanon; DOB 14 May 1960; citizen France; Gender Male; Passport 04FE50421 (France) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

ASSI, Saleh (a.k.a. 'ASI, Salih 'Ali; a.k.a. ASSI, Salah; a.k.a. ASSI, Saleh Ali; a.k.a. ASSI, Salih), Congo, Democratic Republic of the; Etage 5 (5th Floor), 3 Avenue Bosquet, Paris 27007, France; Bashoura, Beirut, Lebanon; Immeuble Verdun 750, 5E Etage-Rue Rachid Karame Verdun, Beyrouth, Lebanon; DOB 14 May 1960; citizen France; Gender Male; Passport 04FE50421 (France) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

ASSI, Saleh Ali (a.k.a. 'ASI, Salih 'Ali; a.k.a. ASSI, Salah; a.k.a. ASSI, Saleh; a.k.a. ASSI, Salih), Congo, Democratic Republic of the; Etage 5 (5th Floor), 3 Avenue Bosquet, Paris 27007, France; Bashoura, Beirut, Lebanon; Immeuble Verdun 750, 5E Etage-Rue Rachid Karame Verdun, Beyrouth, Lebanon; DOB 14 May 1960; citizen France; Gender Male; Passport 04FE50421 (France) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

ASSI, Salih (a.k.a. 'ASI, Salih 'Ali; a.k.a. ASSI, Salah; a.k.a. ASSI, Saleh; a.k.a. ASSI, Saleh Ali), Congo, Democratic Republic of the; Etage 5 (5th Floor), 3 Avenue Bosquet, Paris 27007, France; Bashoura, Beirut, Lebanon; Immeuble Verdun 750, 5E Etage-Rue Rachid Karame Verdun, Beyrouth, Lebanon; DOB 14 May 1960; citizen France; Gender Male; Passport 04FE50421 (France) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

ASSIRI, Ahmed (a.k.a. AL ASIRI, Ahmad Hassan Mohammed; a.k.a. AL-ASIRI, Ahmed; a.k.a. AL-ASSIRI, Ahmed; a.k.a. ASSERI, Ahmed Hassan

M.), King Abdullah Rd., Ishbilyah, Riyadh, Saudi Arabia; DOB 15 Oct 1966; POB Tabok, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport D106103 (Saudi Arabia) expires 05 Oct 2021 (individual) [GLOMAG].

ASSIRI, Ibrahim Hassan Tali (a.k.a. AL ASIRI, Ibrahim Hassan; a.k.a. AL-'ASIRI, Ibrahim; a.k.a. AL-'ASIRI, Ibrahim Hasan Tali; a.k.a. AL-ASIRI, Ibrahim Hassan Tali; a.k.a. 'ASIRI, Ibrahim Hasan Tali'A; a.k.a. "ABOSSLAH"; a.k.a. "ABU SALEH"); DOB 19 Apr 1982; alt. DOB 18 Apr 1982; POB Riyadh, Saudi Arabia; nationality Saudi Arabia; Passport F654645 issued 30 Apr 2005; National ID No. 1028745097 (Saudi Arabia); Member of al-Qa'ida in the Arabian Peninsula, is wanted by the Government of Saudi Arabia and Interpol has issued an Orange Notice: File no. 2009/52/OS/CCC (individual) [SDGT].

ASSIS REALTY AND VACATION CLUB, S.A. DE C.V., Puerto Vallarta, Jalisco, Mexico; Organization Established Date 16 Feb 2018; Organization Type: Real estate activities with own or leased property [ILLICIT-DRUGS-EO14059].

ASSOCIATED ENGINEERS, United Kingdom [IRAQ2].

ASSOCIATES OF PARTNERS SAL OFF-SHORE (Arabic: شركة اسوسيتس اوف بارتنرز ش.م.ل. اوف شور), Sami el Solh Street, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 May 2009; Registration Number 1803328 (Lebanon) [SDGT] (Linked To: ISMAIL, Mohamad Hassan).

ASSOCIATION DE SECOURS PALESTINIENS (a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE; a.k.a. "ASP"), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, Geneva CH-1201, Switzerland; Gartnerstrasse 25, Basel CH-4109, Switzerland; Postfach 406, Basel CH-4109, Switzerland [SDGT].

ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY -

SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEM'IJJETUL FURQAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, Sarajevo 71 000, Bosnia and Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia and Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia and Herzegovina [SDGT].

ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEM'IJJETUL FURQAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, Sarajevo 71 000, Bosnia and Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia and Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia and Herzegovina [SDGT].

ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEM'IJJETUL FURQAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, Sarajevo 71 000, Bosnia and Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia and Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia and Herzegovina [SDGT].

ASSOCIATION FOR FREE RESEARCH AND INTERNATIONAL COOPERATION (a.k.a. "AFRIC"), Russia; Email Address Africonline@protonmail.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Digital Currency Address - ZEC t1MMXtBrSp1XG38Lx9cePcNUCJj5vdWfUWL;

Digital Currency Address - DASH XyARKoupuArYtToA2S6yMdnoquDCDaBsaT [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

ASSOCIATION FOR PALESTINIAN AID (a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE; a.k.a. "ASP"), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, Geneva CH-1201, Switzerland; Gartnerstrasse 55, Basel CH-4109, Switzerland; Postfach 406, Basel CH-4109, Switzerland [SDGT].

ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEM'IJJETUL FURQAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, Sarajevo 71 000, Bosnia and Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia and Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia and Herzegovina [SDGT].

ASSOCIATION SECOUR PALESTINIEN (a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE; a.k.a. "ASP"), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, Geneva CH-1201, Switzerland; Gartnerstrasse 55, Basel CH-4109, Switzerland; Postfach 406, Basel CH-4109, Switzerland [SDGT].

AST, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO AST (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АСТ)), d. 3k2 str. 4 etazh 5 kom. 55, shosse Kashirskoe, Moscow 115230, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7724244406 (Russia) [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024].

ASTAN QODS RAZAVI (a.k.a. ASTAN QUDS RAZAVI (Arabic: آستان قدس رضوی)), Shohada Intersection, Mashhad 9133743588, Iran; Website https://www.razavi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14004342173 (Iran) [IRAN-EO13876].

ASTAN QUDS RAZAVI (Arabic: آستان قدس رضوی) (a.k.a. ASTAN QODS RAZAVI), Shohada Intersection, Mashhad 9133743588, Iran; Website https://www.razavi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14004342173 (Iran) [IRAN-EO13876].

ASTANIN, Eddi Vladimirovich (a.k.a. ASTANIN, Eddie Vladimirovich (Cyrillic: АСТАНИН, Эдди Владимирович)), Russia; DOB 16 Dec 1961; POB Moscow; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

ASTANIN, Eddie Vladimirovich (Cyrillic: АСТАНИН, Эдди Владимирович) (a.k.a. ASTANIN, Eddi Vladimirovich), Russia; DOB 16 Dec 1961; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

ASTRACOM CO. LTD. (a.k.a. LIMITED LIABILITY COMPANY ASTRAKOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АСТРАКОМ)), Shpalernaya Street, Building 24, Letter A, Warehouse 1-N, Office 6 & 7, Saint Petersburg 191123, Russia; Tax ID No. 7804085896 (Russia); Registration Number 1027802483972 (Russia) [RUSSIA-EO14024].

ASTRAFTEROS TECHNOKOSMOS LTD, Aigyptou 36, Larnaca 6030, Cyprus; Organization Established Date 19 Nov 2021; Registration Number HE428104 (Cyprus) [RUSSIA-EO14024].

ASTREIKA, Aliaksandr (a.k.a. ASTREIKA, Aliaksandr Viachaslavavich; a.k.a. ASTREIKA, Alyaksandr Vyachaslavavich (Cyrillic: АСТРЭЙКА, Аляксандр Вячаслававіч); a.k.a. ASTREIKO, Aleksandr (Cyrillic: АСТРЕЙКО, Александр); a.k.a. ASTREIKO, Aleksandr Vyacheslavovich (Cyrillic: АСТРЕЙКО,

Александр Вячеславович); a.k.a. ASTREIKO, Alexander; a.k.a. ASTREIKO, Alexander Viachaslavovich), Minsk Oblast, Belarus; DOB 22 Dec 1971; POB Kapyl, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

ASTREIKA, Aliaksandr Viachaslavavich (a.k.a. ASTREIKA, Aliaksandr; a.k.a. ASTREIKA, Alyaksandr Vyachaslavavich (Cyrillic: АСТРЭЙКА, Аляксандр Вячаславаіч); a.k.a. ASTREIKO, Aleksandr (Cyrillic: АСТРЕЙКО, Александр); a.k.a. ASTREIKO, Aleksandr Vyacheslavovich (Cyrillic: АСТРЕЙКО, Александр Вячеславович); a.k.a. ASTREIKO, Alexander; a.k.a. ASTREIKO, Alexander Viachaslavovich), Minsk Oblast, Belarus; DOB 22 Dec 1971; POB Kapyl, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

ASTREIKA, Alyaksandr Vyachaslavavich (Cyrillic: АСТРЭЙКА, Аляксандр Вячаславаіч) (a.k.a. ASTREIKA, Aliaksandr; a.k.a. ASTREIKA, Aliaksandr Viachaslavavich; a.k.a. ASTREIKO, Aleksandr (Cyrillic: АСТРЕЙКО, Александр); a.k.a. ASTREIKO, Aleksandr Vyacheslavovich (Cyrillic: АСТРЕЙКО, Александр Вячеславович); a.k.a. ASTREIKO, Alexander; a.k.a. ASTREIKO, Alexander Viachaslavovich), Minsk Oblast, Belarus; DOB 22 Dec 1971; POB Kapyl, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

ASTREIKO, Aleksandr (Cyrillic: АСТРЕЙКО, Александр) (a.k.a. ASTREIKA, Aliaksandr; a.k.a. ASTREIKA, Aliaksandr Viachaslavavich; a.k.a. ASTREIKA, Alyaksandr Vyachaslavavich (Cyrillic: АСТРЭЙКА, Аляксандр Вячаславаіч); a.k.a. ASTREIKO, Aleksandr Vyacheslavovich (Cyrillic: АСТРЕЙКО, Александр Вячеславович); a.k.a. ASTREIKO, Alexander; a.k.a. ASTREIKO, Alexander Viachaslavovich), Minsk Oblast, Belarus; DOB 22 Dec 1971; POB Kapyl, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

ASTREIKO, Aleksandr Vyacheslavovich (Cyrillic: АСТРЕЙКО, Александр Вячеславович) (a.k.a. ASTREIKA, Aliaksandr; a.k.a. ASTREIKA, Aliaksandr Viachaslavavich; a.k.a. ASTREIKA, Alyaksandr Vyachaslavavich (Cyrillic: АСТРЭЙКА, Аляксандр Вячаславаіч); a.k.a. ASTREIKO, Aleksandr (Cyrillic: АСТРЕЙКО, Александр); a.k.a. ASTREIKO, Alexander; a.k.a. ASTREIKO, Alexander Viachaslavovich), Minsk Oblast, Belarus; DOB 22 Dec 1971; POB Kapyl, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

ASTREIKO, Alexander (a.k.a. ASTREIKA, Aliaksandr; a.k.a. ASTREIKA, Aliaksandr Viachaslavavich; a.k.a. ASTREIKA, Alyaksandr Vyachaslavavich (Cyrillic: АСТРЭЙКА, Аляксандр Вячаславаіч); a.k.a. ASTREIKO, Aleksandr (Cyrillic: АСТРЕЙКО, Александр); a.k.a. ASTREIKO, Aleksandr Vyacheslavovich (Cyrillic: АСТРЕЙКО, Александр Вячеславович); a.k.a. ASTREIKO, Alexander Viachaslavovich), Minsk Oblast, Belarus; DOB 22 Dec 1971; POB Kapyl, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

ASTREIKO, Alexander Viachaslavovich (a.k.a. ASTREIKA, Aliaksandr; a.k.a. ASTREIKA, Aliaksandr Viachaslavavich; a.k.a. ASTREIKA, Alyaksandr Vyachaslavavich (Cyrillic: АСТРЭЙКА, Аляксандр Вячаславаіч); a.k.a. ASTREIKO, Aleksandr (Cyrillic: АСТРЕЙКО, Александр); a.k.a. ASTREIKO, Aleksandr Vyacheslavovich (Cyrillic: АСТРЕЙКО, Александр Вячеславович); a.k.a. ASTREIKO, Alexander), Minsk Oblast, Belarus; DOB 22 Dec 1971; POB Kapyl, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

ASTRONAUTICS RESEARCH INSTITUTE (a.k.a. AEROSPACE RESEARCH INSTITUTE; a.k.a. ASTRONAUTICS SYSTEMS RESEARCH CENTER), P.O. Box 15875-3885, Tehran, Iran; 15th St, Mahestan St, Iran Zamin St, Shahrak Ghods, Tehran 1465774111, Iran; Aerospace Rd, Mahestan Rd, Iran Zamin Rd, PO Box 14665-834, Tehran, Iran; Shahrak-e-Ghods, Zamin St, Mahestan St, 15 Metri St, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ASTRONAUTICS SYSTEMS RESEARCH CENTER (a.k.a. AEROSPACE RESEARCH INSTITUTE; a.k.a. ASTRONAUTICS RESEARCH INSTITUTE), P.O. Box 15875-3885, Tehran, Iran; 15th St, Mahestan St, Iran Zamin St, Shahrak Ghods, Tehran 1465774111, Iran; Aerospace Rd, Mahestan Rd, Iran Zamin Rd, PO Box 14665-834, Tehran, Iran; Shahrak-e-Ghods, Zamin St, Mahestan St, 15 Metri St, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ASUNG, Sit Thaing (a.k.a. AUNG, Sit Taing; a.k.a. AUNG, Sitt Thaing), Burma; DOB 13 Nov 1971; nationality Burma; citizen Burma; Gender Male (individual) [BURMA-EO14014].

ASU-UKKH-GISU OAO (a.k.a. OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING (Cyrillic: ОАО АГАТ-СИСТЕМЫ УПРАВЛЕНИЯ-УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА ГЕОИНФОРМАЦИОННЫЕ СИСТЕМЫ УПРАВЛЕНИЯ); f.k.a. OJSC AGAT-CONTROL SYSTEMS; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO AGAT-SISTEMY UPRAVLENIYA- UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA GEOINFORMATSIONNYYE SISTEMY UPRAVLENIYA (Cyrillic: ААТ АГАТ СІСТЭМЫ КІРАВАННЯ КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ ГЕАІНФАРМАЦЫЙНЫЯ СІСТЭМЫ КІРАВАННЯ)), 117 Nezavisimosti Ave., Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100230547 (Belarus) [BELARUS-EO14038].

ASWAD, Ahmad, Syria; DOB 21 Aug 1966; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ASWAD, Ali, Syria; DOB 10 Nov 1958; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ASYAF GROUP (a.k.a. AL-OSAMA TRADING CO. LTD.; a.k.a. AL-'USAMA TRADING COMPANY; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT; a.k.a. DAN ISDICO; a.k.a. M/S OSAMA KHAIRY HAFEZ TRADING EST.; a.k.a. OSAMA TRADING COMPANY LTD; a.k.a. "AL-'USAMAH COMPANY"; a.k.a. "ASAMA COMMERCIAL COMPANY"; a.k.a. "ASAMA COMPANY"; a.k.a. "NURIN COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah, Saudi Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia; Al Kharaj, Saudi Arabia; Qasim, Saudi Arabia; Khartoum, Sudan [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

ASYAF INTERNATIONAL HOLDING GROUP (a.k.a. AL-OSAMA TRADING CO. LTD.; a.k.a. AL-'USAMA TRADING COMPANY; a.k.a. ASYAF GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT; a.k.a. DAN ISDICO; a.k.a. M/S OSAMA KHAIRY HAFEZ TRADING EST.; a.k.a. OSAMA TRADING COMPANY LTD; a.k.a. "AL-'USAMAH

COMPANY"; a.k.a. "ASAMA COMMERCIAL COMPANY"; a.k.a. "ASAMA COMPANY"; a.k.a. "NURIN COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah, Saudi Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia; Al Kharaj, Saudi Arabia; Qasim, Saudi Arabia; Khartoum, Sudan [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT (a.k.a. AL-OSAMA TRADING CO. LTD.; a.k.a. AL-'USAMA TRADING COMPANY; a.k.a. ASYAF GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT; a.k.a. DAN ISDICO; a.k.a. M/S OSAMA KHAIRY HAFEZ TRADING EST.; a.k.a. OSAMA TRADING COMPANY LTD; a.k.a. "AL-'USAMAH COMPANY"; a.k.a. "ASAMA COMMERCIAL COMPANY"; a.k.a. "ASAMA COMPANY"; a.k.a. "NURIN COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah, Saudi Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia; Al Kharaj, Saudi Arabia; Qasim, Saudi Arabia; Khartoum, Sudan [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT (a.k.a. AL-OSAMA TRADING CO. LTD.; a.k.a. AL-'USAMA TRADING COMPANY; a.k.a. ASYAF GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT; a.k.a. M/S OSAMA KHAIRY HAFEZ TRADING EST.; a.k.a. OSAMA TRADING COMPANY LTD; a.k.a. "AL-'USAMAH COMPANY"; a.k.a. "ASAMA COMMERCIAL COMPANY"; a.k.a. "ASAMA COMPANY"; a.k.a. "NURIN COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business

Center, 3rd Floor, Khalidiya, Jeddah, Saudi Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia; Al Kharaj, Saudi Arabia; Qasim, Saudi Arabia; Khartoum, Sudan [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

ATABAK, Mohammad (a.k.a. ATABAK, Seyed Mohammad; a.k.a. ATABAK, Seyyed Mohammad (Arabic: سید محمد اتابک)), Iran; POB Central Tehran, Tehran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0039263215 (Iran) (individual) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

ATABAK, Seyed Mohammad (a.k.a. ATABAK, Mohammad; a.k.a. ATABAK, Seyyed Mohammad (Arabic: سید محمد اتابک)), Iran; POB Central Tehran, Tehran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0039263215 (Iran) (individual) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

ATABAK, Seyyed Mohammad (Arabic: سید محمد اتابک) (a.k.a. ATABAK, Mohammad; a.k.a. ATABAK, Seyed Mohammad), Iran; POB Central Tehran, Tehran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0039263215 (Iran) (individual) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

ATABAKI, Alireza; DOB 1961; POB Tehran Province, Central Tehran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 0042773296 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ANSAR EXCHANGE).

ATABEKAU, Khazalbek Bakhtsibekavich (Cyrillic: АТАБЕКАЎ, Хазалбек Бахцiбекавiч) (a.k.a. ATABEKOV, Khazalbek; a.k.a. ATABEKOV, Khazalbek Bakhtibekovich (Cyrillic: АТАБЕКОВ, Хазалбек Бахтибекович)), Belarus; DOB 18 Mar 1967; nationality Belarus; Gender Male (individual) [BELARUS].

ATABEKOV, Khazalbek (a.k.a. ATABEKAU, Khazalbek Bakhtsibekavich (Cyrillic: АТАБЕКАЎ, Хазалбек Бахцiбекавiч); a.k.a. ATABEKOV, Khazalbek Bakhtibekovich (Cyrillic: АТАБЕКОВ, Хазалбек Бахтибекович)), Belarus; DOB 18 Mar 1967;

nationality Belarus; Gender Male (individual) [BELARUS].

ATABEKOV, Khazalbek Bakhtibekovich (Cyrillic: АТАБЕКОВ, Хазалбек Бахтибекович) (a.k.a. ATABEKAU, Khazalbek Bakhtsibekavich (Cyrillic: АТАБЕКАЎ, Хазалбек Бахцiбекавiч); a.k.a. ATABEKOV, Khazalbek), Belarus; DOB 18 Mar 1967; nationality Belarus; Gender Male (individual) [BELARUS].

ATABIEV, Islam (a.k.a. ATABIYEV, Islam; a.k.a. ATABIYEV, Islam Seit-Umarovich; a.k.a. DZHIKHAD, Abu; a.k.a. "AL-SHISHANI, Abu-Jihad"; a.k.a. "THE CHECHEN, Abu Jihad"); DOB 29 Jun 1983; POB Stavropol Region, Russia; nationality Russia; Passport 620169661 (Russia); alt. Passport 9103314932 (Russia) issued 16 Aug 2003 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ATABIYEV, Islam (a.k.a. ATABIEV, Islam; a.k.a. ATABIYEV, Islam Seit-Umarovich; a.k.a. DZHIKHAD, Abu; a.k.a. "AL-SHISHANI, Abu-Jihad"; a.k.a. "THE CHECHEN, Abu Jihad"); DOB 29 Jun 1983; POB Stavropol Region, Russia; nationality Russia; Passport 620169661 (Russia); alt. Passport 9103314932 (Russia) issued 16 Aug 2003 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ATABIYEV, Islam Seit-Umarovich (a.k.a. ATABIEV, Islam; a.k.a. ATABIYEV, Islam; a.k.a. DZHIKHAD, Abu; a.k.a. "AL-SHISHANI, Abu-Jihad"; a.k.a. "THE CHECHEN, Abu Jihad"); DOB 29 Jun 1983; POB Stavropol Region, Russia; nationality Russia; Passport 620169661 (Russia); alt. Passport 9103314932 (Russia) issued 16 Aug 2003 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ATACAR OTOMOTIV DIS TICARET VE SAVUNMA SANAYI LIMITED SIRKETI (a.k.a. FALCON INTERNATIONAL SIA; f.k.a. MURAT INSAAT DIS TICARET VE SAVUNMA SANAYI LIMITED SIRKETI; a.k.a. SABIEDRIBA AR IEROBEZOTU ATBILDIBU 'FALON INTERNATIONAL'; a.k.a. SIA FALCON INTERNATIONAL GROUP; a.k.a. SIA FALCON INTERNATIONAL TARIM VE HAYVANCILIK LIMITED SIKRETI), Fulya Mah. Buyukdere Cad. Akabe Ticaret Merkezi 78-80A Kat: 1 D: 1 Mecidiyekoy, Sisli, Istanbul, Turkey; Akabe Is Hani, 78-80 A/1, Fulya Mahallesi Buyukdere Caddesi Sisli, Istanbul, Turkey; Varpas Baldones pagasts Baldones novads, LV 2125, Latvia; Istanbul, Turkey; Riga, Latvia;

Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 6240194059 (Turkey); Registration Number 464933 (Turkey); alt. Registration Number 45403041088 (Latvia) [DPRK].

ATAR, Mussa (a.k.a. ATARI, Musah; a.k.a. HATARI, Musa; a.k.a. MUSA, Atari; a.k.a. TAHIR, Musa; a.k.a. TARAH, Musah; a.k.a. TARAK, Musah; a.k.a. TARK, Musa), Songo, Kafia Kingi; DOB 1965; alt. DOB 1964; alt. DOB 1966; nationality Sudan (individual) [CAR] (Linked To: LORD'S RESISTANCE ARMY).

ATAR, Oussama (a.k.a. ATAR, Oussama Ahmad; a.k.a. ATAR, Usama; a.k.a. ATTAR, Usama), Raqqa, Syria; DOB 1983 to 1985; POB Belgium; nationality Belgium; alt. nationality Morocco; Gender Male (individual) [SDGT].

ATAR, Oussama Ahmad (a.k.a. ATAR, Oussama; a.k.a. ATAR, Usama; a.k.a. ATTAR, Usama), Raqqa, Syria; DOB 1983 to 1985; POB Belgium; nationality Belgium; alt. nationality Morocco; Gender Male (individual) [SDGT].

ATAR, Usama (a.k.a. ATAR, Oussama; a.k.a. ATAR, Oussama Ahmad; a.k.a. ATTAR, Usama), Raqqa, Syria; DOB 1983 to 1985; POB Belgium; nationality Belgium; alt. nationality Morocco; Gender Male (individual) [SDGT].

ATARI, Musah (a.k.a. ATAR, Mussa; a.k.a. HATARI, Musa; a.k.a. MUSA, Atari; a.k.a. TAHIR, Musa; a.k.a. TARAH, Musah; a.k.a. TARAK, Musah; a.k.a. TARK, Musa), Songo, Kafia Kingi; DOB 1965; alt. DOB 1964; alt. DOB 1966; nationality Sudan (individual) [CAR] (Linked To: LORD'S RESISTANCE ARMY).

ATCHARA, Chiwinpraphasri (a.k.a. ATCHARA, Praptwora; a.k.a. ATCHARA, Samsaeng; a.k.a. PRAPATWORA, Atchara; a.k.a. SAENGKHAM, Samsaeng), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 88/2 Soi Klong Nam Kaew, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; DOB 09 Sep 1948; Passport V487440 (Thailand) expires May 2007; National ID No. 3509900001907 (Thailand) expires Sep 2006 (individual) [SDNTK].

ATCHARA, Praptwora (a.k.a. ATCHARA, Chiwinpraphasri; a.k.a. ATCHARA, Samsaeng; a.k.a. PRAPATWORA, Atchara; a.k.a. SAENGKHAM, Samsaeng), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 88/2 Soi Klong Nam Kaew,

Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; DOB 09 Sep 1948; Passport V487440 (Thailand) expires May 2007; National ID No. 3509900001907 (Thailand) expires Sep 2006 (individual) [SDNTK].

ATCHARA, Samsaeng (a.k.a. ATCHARA, Chiwinpraphasri; a.k.a. ATCHARA, Praptwora; a.k.a. PRAPATWORA, Atchara; a.k.a. SAENGKHAM, Samsaeng), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; 88/2 Soi Klong Nam Kaew, Tambon Sam Sen Nok, Huay Khwang, Bangkok, Thailand; DOB 09 Sep 1948; Passport V487440 (Thailand) expires May 2007; National ID No. 3509900001907 (Thailand) expires Sep 2006 (individual) [SDNTK].

A-TEAM CHEMICALS COMPANY LTD., 95/53 Soi Lasal, Sukhumwit 105 Road, Bang Na, Phra Khanong district, Bangkok, Thailand [SDNTK].

ATEF, Muhammad (a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU SITTA, Subhi; a.k.a. AL-MASRI, Abu Hafs; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. "ABU HAFS"; a.k.a. "TAYSIR"); DOB 1951; alt. DOB 1956; alt. DOB 1944; POB Alexandria, Egypt (individual) [SDGT].

ATENCIA PITALUA, Rafael Dario, c/o FUNDACION PARA LA PAZ DE CORDOBA, Monteria, Cordoba, Colombia; DOB 04 Feb 1963; Cedula No. 6889653 (Colombia) (individual) [SDNTK].

ATI SAZAN FARHANG TASNIM INSTITUTE (a.k.a. TASNIM CULTURAL INFORMATION ORGANIZATION (Arabic: موسسه آتی سازان (فرهنگ تسنیم); a.k.a. TASNIM NEWS AGENCY (Arabic: (خبرگزاری تسنیم)), South Side First Floor, 2 Plaque 12 Pourfallah Street-Shahid Doctor Hassan Azdi St, Tehran, Iran; Website www.tasnimnews.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320794964 (Iran); Business Registration Number 29478 (Iran) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ATIA, Hachim K., 2 Stratford Place, London W1N 9AE, United Kingdom (individual) [IRAQ2].

ATIA, Hachim K., Hay Al-Adil Mahala-645, Zukak-8, No.-39, Baghdad, Iraq (individual) [IRAQ2].

ATIA, Hachim K., Lane 15, Area 902, Hai Al-Wahda, Baghdad, Iraq (individual) [IRAQ2].

ATIEH SAZAN DAY, No. 12, Taheri Street, Africa Blvd, Tehran, Iran; Additional Sanctions

Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: DAY BANK).

ATIEH, Hussein (a.k.a. ATIYAH, Husayn; a.k.a. ATTIA, Hussein Kamel (Arabic: حسین کامل عطیة); a.k.a. ATTIEH, Hussein Kamel; a.k.a. ATTIYAH, Husayn), Lebanon; DOB 19 Dec 1965; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ABDALLAH, Ahmad Jalal Reda).

ATIF, Mohamed (a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU SITTA, Subhi; a.k.a. AL-MASRI, Abu Hafs; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. "ABU HAFS"; a.k.a. "TAYSIR"); DOB 1951; alt. DOB 1956; alt. DOB 1944; POB Alexandria, Egypt (individual) [SDGT].

ATIF, Muhammad (a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU SITTA, Subhi; a.k.a. AL-MASRI, Abu Hafs; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. "ABU HAFS"; a.k.a. "TAYSIR"); DOB 1951; alt. DOB 1956; alt. DOB 1944; POB Alexandria, Egypt (individual) [SDGT].

ATIYA, Mustafa (a.k.a. AL-MASRI, Abu al-Walid; a.k.a. AL-MISRI, Abul Walid; a.k.a. HAMID, Mustafa; a.k.a. HAMID, Mustafa Muhammad 'Atiya; a.k.a. "AL-MAKKI, Hashim"; a.k.a. "AL-WALID, Abu"); DOB Mar 1945; POB Alexandria, Egypt; nationality Egypt; alt. nationality Pakistan (individual) [SDGT].

ATIYAH, Husayn (a.k.a. ATIEH, Hussein; a.k.a. ATTIA, Hussein Kamel (Arabic: حسین کامل عطیة); a.k.a. ATTIEH, Hussein Kamel; a.k.a. ATTIYAH, Husayn), Lebanon; DOB 19 Dec 1965; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ABDALLAH, Ahmad Jalal Reda).

ATLANT S LIMITED (a.k.a. ATLANT S OOO; a.k.a. LIMITED LIABILITY COMPANY ATLANT S (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АТЛАНТ С); a.k.a. LLC ATLANT S (Cyrillic: ООО АТЛАНТ С)), et 1 pom 1 kom 17, dom 20, ulitsa Pleshcheyeva, Moscow 127560, Russia; Organization Established Date 16 Mar 1992; Tax ID No. 7715023288 (Russia); Registration Number 1027700084312 (Russia) [RUSSIA-EO14024] (Linked To: PUCHKOV, Andrey Sergeyevich).

ATLANT S OOO (a.k.a. ATLANT S LIMITED; a.k.a. LIMITED LIABILITY COMPANY ATLANT S (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АТЛАНТ С); a.k.a. LLC ATLANT S (Cyrillic: ООО АТЛАНТ С)), et 1 роm 1 kom 17, dom 20, ulitsa Pleshcheyeva, Moscow 127560, Russia; Organization Established Date 16 Mar 1992; Tax ID No. 7715023288 (Russia); Registration Number 1027700084312 (Russia) [RUSSIA-EO14024] (Linked To: PUCHKOV, Andrey Sergeyevich).

ATLANTIC DIAMOND GROUP, S.A. DE C.V., Bucerias, Nayarit, Mexico; Organization Established Date 13 Nov 2015; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. 2106 (Mexico) [ILLICIT-DRUGS-EO14059].

ATLANTIC PELICAN COMPANY LTD, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

ATLANTIC SHIP MANAGEMENT COMPANY (a.k.a. ATLANTIC SHIP MANAGEMENT LLC), Office Number 3803, Churchill Tower, 38 Floor, Business Bay, Bur Dubai, Burj Khalifa, Dubai, United Arab Emirates; P.O. Box 128650, No 1902, Churchill Tower, Business Bay, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 663558 (United Arab Emirates) [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ATLANTIC SHIP MANAGEMENT LLC (a.k.a. ATLANTIC SHIP MANAGEMENT COMPANY), Office Number 3803, Churchill Tower, 38 Floor, Business Bay, Bur Dubai, Burj Khalifa, Dubai, United Arab Emirates; P.O. Box 128650, No 1902, Churchill Tower, Business Bay, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 663558 (United Arab Emirates) [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ATLANTIC SHIPPING & TRANS (a.k.a. ATLANTIC SHIPPING AND TRANS; a.k.a. ATLANTIC SHIPPING AND TRANSPORTATION LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ATLANTIC SHIPPING AND TRANS (a.k.a. ATLANTIC SHIPPING & TRANS; a.k.a. ATLANTIC SHIPPING AND TRANSPORTATION LIMITED), East Shahid

Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ATLANTIC SHIPPING AND TRANSPORTATION LIMITED (a.k.a. ATLANTIC SHIPPING & TRANS; a.k.a. ATLANTIC SHIPPING AND TRANS), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ATLAS AIR CONDITIONING COMPANY LIMITED, 55 Roebuck House, Palace Street, London, United Kingdom [IRAQ2].

ATLAS CURRENCY EXCHANGE (a.k.a. ATLAS EXCHANGE; a.k.a. TAZAMONI VAKILI AND PARTNERS; a.k.a. VAKILI JOINT PARTNERSHIP), No. 77, Commercial Center Market (Bazar Markazi Tejari), Ferdosi Street, Kish Island, Iran; Website www.atlassarafi.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: ANSAR EXCHANGE).

ATLAS DOVIZ (a.k.a. ATLAS DOVIZ TICARETI A.S.), Tayahatun Mah., Tclar Sok. No: 83, Mercan Kaps-Kapal Car, Eminonu, Istanbul, Turkey; Website www.atlasdoviz.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: SAKAN, Suleyman).

ATLAS DOVIZ TICARETI A.S. (a.k.a. ATLAS DOVIZ), Tayahatun Mah., Tclar Sok. No: 83, Mercan Kaps-Kapal Car, Eminonu, Istanbul, Turkey; Website www.atlasdoviz.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: SAKAN, Suleyman).

ATLAS EQUIPMENT COMPANY LIMITED, 55 Roebuck House, Palace Street, London, United Kingdom [IRAQ2].

ATLAS EXCHANGE (a.k.a. ATLAS CURRENCY EXCHANGE; a.k.a. TAZAMONI VAKILI AND PARTNERS; a.k.a. VAKILI JOINT PARTNERSHIP), No. 77, Commercial Center Market (Bazar Markazi Tejari), Ferdosi Street, Kish Island, Iran; Website www.atlassarafi.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: ANSAR EXCHANGE).

ATLAS HOLDING (a.k.a. ATLAS HOLDING SAL), Lebanon; Mount Lebanon Mohafaza, Baabda Casa, MEC Center, Ghobairy, Lebanon; Chiyah, Ghobeiry, Lebanon;

Commercial Registry Number 1900656 (Lebanon) [SDGT] (Linked To: MARTYRS FOUNDATION IN LEBANON).

ATLAS HOLDING SAL (a.k.a. ATLAS HOLDING), Lebanon; Mount Lebanon Mohafaza, Baabda Casa, MEC Center, Ghobairy, Lebanon; Chiyah, Ghobeiry, Lebanon; Commercial Registry Number 1900656 (Lebanon) [SDGT] (Linked To: MARTYRS FOUNDATION IN LEBANON).

ATLAS KIAN QESHM (a.k.a. ATLAS SHIPPING; a.k.a. ATLAS SHIPPING COMPANY), No. 44, East Atefi Ave., Nelsonmandella Blvd., Tehran, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ATLAS NEDVIZHIMOST OOO (a.k.a. LIMITED LIABILITY COMPANY ATLAS REAL ESTATE), prospekt Kutuzovski, d. 24, etazh 1 pom. XVII kom. 26, Moscow, Russia; Tax ID No. 7730710599 (Russia); Registration Number 1147746869896 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

ATLAS OCEAN AND PETROCHEMICAL (AOPC), Dubai Airport Free Zone, United Arab Emirates [NPWMD] (Linked To: ILAM PETROCHEMICAL COMPANY).

ATLAS SHIP MANAGEMENT (a.k.a. ATLAS SHIPS MANAGEMENT), Fujairah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ATLAS SHIPPING (a.k.a. ATLAS KIAN QESHM; a.k.a. ATLAS SHIPPING COMPANY), No. 44, East Atefi Ave., Nelsonmandella Blvd., Tehran, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ATLAS SHIPPING COMPANY (a.k.a. ATLAS KIAN QESHM; a.k.a. ATLAS SHIPPING), No. 44, East Atefi Ave., Nelsonmandella Blvd., Tehran, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

ATLAS SHIPS MANAGEMENT (a.k.a. ATLAS SHIP MANAGEMENT), Fujairah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

'ATO, Mustaf (a.k.a. "ATO, Abdi Karim"), Qunyo Barrow, Middle Juba, Somalia; DOB 1977; POB Beledweyn, Hiraan, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

ATOM, Mohamed Sa'id (a.k.a. ATOM, Mohamed Siad; a.k.a. SA'ID, Mohamed; a.k.a. "ATOM"), Galgala, Puntland, Somalia; Badhan, Somalia; DOB circa 1966; POB Galgala, Puntland, Somalia (individual) [SOMALIA].

ATOM, Mohamed Siad (a.k.a. ATOM, Mohamed Sa'id; a.k.a. SA'ID, Mohamed; a.k.a. "ATOM"), Galgala, Puntland, Somalia; Badhan, Somalia; DOB circa 1966; POB Galgala, Puntland, Somalia (individual) [SOMALIA].

ATOMIC ENERGY ORGANIZATION OF IRAN (a.k.a. "AEOI"), North Kargar Street, P.O. Box 14155-1339, Tehran, Iran; Website http://www.aeoi.org.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR].

ATOMIC FUEL DEVELOPMENT ENGINEERING COMPANY (a.k.a. ENERGY NOVIN INDUSTRIAL DEVELOPMENT; a.k.a. MATSA COMPANY; a.k.a. "ENID"; a.k.a. "MATSA"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

ATOMSPETSPROJECT JOINT STOCK COMPANY (a.k.a. CLOSED JOINT STOCK COMPANY MOSINTERM), Ul. Svyazistov D. 9, Krasnoznamensk 143090, Russia; Tax ID No. 5006008848 (Russia); Registration Number 1035001500137 (Russia) [RUSSIA-EO14024].

ATOMYZE (a.k.a. ATOMYZE RUSSIA; a.k.a. LIMITED LIABILITY COMPANY ATOMAYZ; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU ATOMAIZ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АТОМАЙЗ)), Nab. Presnenskaya D. 12, Pomeshch. 2/59, Moscow 123112, Russia; Website https://www.atomyze.ru; Organization Established Date 12 Nov 2020; Tax ID No. 9703021466 (Russia) [RUSSIA-EO14024].

ATOMYZE RUSSIA (a.k.a. ATOMYZE; a.k.a. LIMITED LIABILITY COMPANY ATOMAYZ; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU ATOMAIZ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АТОМАЙЗ)), Nab. Presnenskaya D. 12, Pomeshch. 2/59, Moscow 123112, Russia; Website

https://www.atomyze.ru; Organization Established Date 12 Nov 2020; Tax ID No. 9703021466 (Russia) [RUSSIA-EO14024].

ATRI, Sahar (a.k.a. AKHRAS, Sahar; a.k.a. AL-AKHRAS, Sahar Otri (Arabic: سحر عطري); a.k.a. ITRI, Sahar; a.k.a. OTRI, Sahar; a.k.a. UTRI, Sahar), 34 Allan Way, London, United Kingdom; DOB Nov 1949; nationality United Kingdom; alt. nationality Syria; Gender Female (individual) [SYRIA-EO13894].

ATRIS, Hussein (a.k.a. HUSSEIN, Atris); DOB 11 Nov 1964; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

ATTAF GHOLAMHOSEIN, Ali Asghar (a.k.a. AL-TAF, Ali Asghar), Shahin Shahr, Iran; DOB 21 Dec 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2529687692 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

ATTAR, Usama (a.k.a. ATAR, Oussama; a.k.a. ATAR, Oussama Ahmad; a.k.a. ATAR, Usama), Raqqa, Syria; DOB 1983 to 1985; POB Belgium; nationality Belgium; alt. nationality Morocco; Gender Male (individual) [SDGT].

ATTARAN, Mahdi (a.k.a. ATTARAN, Mohammad Mahdi; a.k.a. ATTARAN, Mohammad Mahdi Da'emi); DOB 13 Jul 1979; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: PUYA ELECTRO SAMAN NIRU).

ATTARAN, Mohammad Mahdi (a.k.a. ATTARAN, Mahdi; a.k.a. ATTARAN, Mohammad Mahdi Da'emi); DOB 13 Jul 1979; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: PUYA ELECTRO SAMAN NIRU).

ATTARAN, Mohammad Mahdi Da'emi (a.k.a. ATTARAN, Mahdi; a.k.a. ATTARAN, Mohammad Mahdi); DOB 13 Jul 1979; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: PUYA ELECTRO SAMAN NIRU).

ATTIA, Hussein Kamel (Arabic: حسين كامل عطية) (a.k.a. ATIEH, Hussein; a.k.a. ATIYAH, Husayn; a.k.a. ATTIEH, Hussein Kamel; a.k.a. ATTIYAH, Husayn), Lebanon; DOB 19 Dec 1965; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ABDALLAH, Ahmad Jalal Reda).

ATTIEH, Hussein Kamel (a.k.a. ATIEH, Hussein; a.k.a. ATIYAH, Husayn; a.k.a. ATTIA, Hussein Kamel (Arabic: حسين كامل عطية); a.k.a. ATTIYAH, Husayn), Lebanon; DOB 19 Dec 1965; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ABDALLAH, Ahmad Jalal Reda).

ATTIKOURIS, Kyriakos, Cyprus; DOB 09 May 1980; POB Limassol, Cyprus; nationality Cyprus; Gender Male; National ID No. 813057 (Cyprus) (individual) [RUSSIA-EO14024] (Linked To: WINDFEL PROPERTIES LIMITED; Linked To: SAVOLER DEVELOPMENT LIMITED; Linked To: MIRAMONTE INVESTMENTS LIMITED).

ATTIYAH, Husayn (a.k.a. ATIEH, Hussein; a.k.a. ATIYAH, Husayn; a.k.a. ATTIA, Hussein Kamel (Arabic: حسين كامل عطية; a.k.a. ATTIEH, Hussein Kamel), Lebanon; DOB 19 Dec 1965; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ABDALLAH, Ahmad Jalal Reda).

ATTO, Abdullah (a.k.a. BUR, Abdullah; a.k.a. ISSA, Issa Osman; a.k.a. "AFADEY"; a.k.a. "MUSSE"; a.k.a. "SUDANI, Abdala"); DOB 1973; POB Malindi, Kenya; nationality Kenya (individual) [SDGT].

ATWA, Ali (a.k.a. BOUSLIM, Ammar Mansour; a.k.a. SALIM, Hassan Rostom), Lebanon; DOB 1960; POB Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

AUC (a.k.a. AUTODEFENSAS UNIDAS DE COLOMBIA; a.k.a. UNITED SELF-DEFENSE FORCES OF COLOMBIA) [SDNTK] [SDGT].

AUCTION LIMITED LIABILITY COMPANY (a.k.a. AUKCION LIMITED LIABILITY COMPANY; a.k.a. AUKTSION OOO; a.k.a. LLC AUKCION; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AUKTSION), d.14 shosse Entuziastov, Moscow 111024, Russia; Room 12, room IB, ground floor, 32 Leninsky Ave, Moscow, Russia; Website www.aukcion-sbrf.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-

Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027000256297 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

AUDIO ALARMAS, S.A. DE C.V., Paseo de los Tilos No. 1344 A, Col. Rancho Blanco, Guadalajara, Jalisco C.P. 44890, Mexico; Calle Paseo de los Tilos No. 1344, Colonia Tabachines, Zapopan, Jalisco C.P. 45188, Mexico; R.F.C. AAL9802259P1 (Mexico); Folio Mercantil No. 10987-1 (Mexico) [SDNTK].

AUDITKONSALT OOO, Ul Velozavodskaya D 6, Moscow 115280, Russia; Organization Established Date 13 Apr 2006; Organization Type: Management consultancy activities; Tax ID No. 7725567505 (Russia); Registration Number 1067746493605 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

AUF, Awad Ibn (a.k.a. AUF, Awad Muhammad Ibn; a.k.a. AUF, Mohammed Ahmed Awad Ibn; a.k.a. AWF, Awad Ahmad Ibn; a.k.a. AWF, Awad Ibn; a.k.a. NAUF, Awad Mohammed Ahmed Ebni; a.k.a. OAF, Awad Mohamed Ahmed Ibn; a.k.a. OUF, Awad Mohamed Ahmed Ibn); DOB circa 1954; nationality Sudan; Head of Military Intelligence and Security (individual) [DARFUR].

AUF, Awad Muhammad Ibn (a.k.a. AUF, Awad Ibn; a.k.a. AUF, Mohammed Ahmed Awad Ibn; a.k.a. AWF, Awad Ahmad Ibn; a.k.a. AWF, Awad Ibn; a.k.a. NAUF, Awad Mohammed Ahmed Ebni; a.k.a. OAF, Awad Mohamed Ahmed Ibn; a.k.a. OUF, Awad Mohamed Ahmed Ibn); DOB circa 1954; nationality Sudan; Head of Military Intelligence and Security (individual) [DARFUR].

AUF, Mohammed Ahmed Awad Ibn (a.k.a. AUF, Awad Ibn; a.k.a. AUF, Awad Muhammad Ibn; a.k.a. AWF, Awad Ahmad Ibn; a.k.a. AWF, Awad Ibn; a.k.a. NAUF, Awad Mohammed Ahmed Ebni; a.k.a. OAF, Awad Mohamed Ahmed Ibn; a.k.a. OUF, Awad Mohamed Ahmed Ibn); DOB circa 1954; nationality Sudan; Head of Military Intelligence and Security (individual) [DARFUR].

AUKCION LIMITED LIABILITY COMPANY (a.k.a. AUCTION LIMITED LIABILITY COMPANY; a.k.a. AUKTSION OOO; a.k.a. LLC AUKCION; a.k.a. OBSHCHESTVO S OGRANICHENNOI

OTVETSTVENNOSTYU AUKTSION), d.14 shosse Entuziastov, Moscow 111024, Russia; Room 12, room IB, ground floor, 32 Leninsky Ave, Moscow, Russia; Website www.aukcion-sbrf.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027000256297 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

AUKTSION OOO (a.k.a. AUCTION LIMITED LIABILITY COMPANY; a.k.a. AUKCION LIMITED LIABILITY COMPANY; a.k.a. LLC AUKCION; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AUKTSION), d.14 shosse Entuziastov, Moscow 111024, Russia; Room 12, room IB, ground floor, 32 Leninsky Ave, Moscow, Russia; Website www.aukcion-sbrf.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027000256297 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

AULAQI, Anwar Nasser (a.k.a. AL-AULAQI, Anwar; a.k.a. AL-AWLAKI, Anwar; a.k.a. AL-AWLAQI, Anwar; a.k.a. AULAQI, Anwar Nasser Abdulla; a.k.a. AULAQI, Anwar Nasswer); DOB 21 Apr 1971; alt. DOB 22 Apr 1971; POB Las Cruces, New Mexico; citizen United States; alt. citizen Yemen (individual) [SDGT].

AULAQI, Anwar Nasser Abdulla (a.k.a. AL-AULAQI, Anwar; a.k.a. AL-AWLAKI, Anwar; a.k.a. AL-AWLAQI, Anwar; a.k.a. AULAQI, Anwar Nasser; a.k.a. AULAQI, Anwar Nasswer); DOB 21 Apr 1971; alt. DOB 22 Apr 1971; POB Las Cruces, New Mexico; citizen United States; alt. citizen Yemen (individual) [SDGT].

AULAQI, Anwar Nasswer (a.k.a. AL-AULAQI, Anwar; a.k.a. AL-AWLAKI, Anwar; a.k.a. AL-AWLAQI, Anwar; a.k.a. AULAQI, Anwar Nasser; a.k.a. AULAQI, Anwar Nasser Abdulla); DOB 21

Apr 1971; alt. DOB 22 Apr 1971; POB Las Cruces, New Mexico; citizen United States; alt. citizen Yemen (individual) [SDGT].

AUM SHINRIKYO (a.k.a. A.I.C. COMPREHENSIVE RESEARCH INSTITUTE; a.k.a. A.I.C. SOGO KENKYUSHO; a.k.a. ALEPH; a.k.a. AUM SUPREME TRUTH) [SDGT].

AUM SUPREME TRUTH (a.k.a. A.I.C. COMPREHENSIVE RESEARCH INSTITUTE; a.k.a. A.I.C. SOGO KENKYUSHO; a.k.a. ALEPH; a.k.a. AUM SHINRIKYO) [SDGT].

AUNG, Aung, Burma; DOB 1973; Gender Male (individual) [GLOMAG].

AUNG, Daw Shwe Ye Phu (a.k.a. AUNG, Shwe Ye Phu), Burma; DOB 18 Apr 1990; nationality Burma; Gender Female; National ID No. 9PAOULAN025761 (Burma) (individual) [BURMA-EO14014].

AUNG, Daw Thet Thet (a.k.a. AUNG, Thet Thet), Naypyitaw, Burma; DOB 22 Dec 1961; nationality Burma; Gender Female; National ID No. 9MAHTALAN230610 (Burma) (individual) [BURMA-EO14014].

AUNG, Hlaing Bwar (a.k.a. AUNG, U Hlaing Bwar), Burma; DOB 22 May 1993; nationality Burma; Gender Male; National ID No. 9PAOULAN025759 (Burma) (individual) [BURMA-EO14014].

AUNG, Htun (a.k.a. AUNG, Tun), Burma; DOB 1967; nationality Burma; Gender Male; Commander-in-Chief (Air) (individual) [BURMA-EO14014].

AUNG, Naing Htut, Burma; DOB 27 Jan 1968; nationality Burma; Gender Male (individual) [BURMA-EO14014].

AUNG, Phyo Arkar (a.k.a. AUNG, U Phyo Akar), Burma; DOB 30 Apr 1995; nationality Burma; Gender Male; National ID No. 9PAOULAN013500 (Burma) (individual) [BURMA-EO14014].

AUNG, Shwe Ye Phu (a.k.a. AUNG, Daw Shwe Ye Phu), Burma; DOB 18 Apr 1990; nationality Burma; Gender Female; National ID No. 9PAOULAN025761 (Burma) (individual) [BURMA-EO14014].

AUNG, Sit Taing (a.k.a. ASUNG, Sit Thaing; a.k.a. AUNG, Sitt Thaing), Burma; DOB 13 Nov 1971; nationality Burma; citizen Burma; Gender Male (individual) [BURMA-EO14014].

AUNG, Sitt Thaing (a.k.a. ASUNG, Sit Thaing; a.k.a. AUNG, Sit Taing), Burma; DOB 13 Nov 1971; nationality Burma; citizen Burma; Gender Male (individual) [BURMA-EO14014].

AUNG, Swe Swe, Burma; DOB 1960; nationality Burma; Gender Female (individual) [BURMA-EO14014].

AUNG, Thet Thet (a.k.a. AUNG, Daw Thet Thet), Naypyitaw, Burma; DOB 22 Dec 1961; nationality Burma; Gender Female; National ID No. 9MAHTALAN230610 (Burma) (individual) [BURMA-EO14014].

AUNG, Tun (a.k.a. AUNG, Htun), Burma; DOB 1967; nationality Burma; Gender Male; Commander-in-Chief (Air) (individual) [BURMA-EO14014].

AUNG, U Hlaing Bwar (a.k.a. AUNG, Hlaing Bwar), Burma; DOB 22 May 1993; nationality Burma; Gender Male; National ID No. 9PAOULAN025759 (Burma) (individual) [BURMA-EO14014].

AUNG, U Phyo Akar (a.k.a. AUNG, Phyo Arkar), Burma; DOB 30 Apr 1995; nationality Burma; Gender Male; National ID No. 9PAOULAN013500 (Burma) (individual) [BURMA-EO14014].

AUNG, Ye, Burma; DOB 08 Jun 1960; POB Chauk, Burma; Gender Male (individual) [BURMA-EO14014].

AURAMENKA, Aliaksei Mikalaevich (Cyrillic: АЎРАМЕНКА, Аляксей Мікалаевіч) (a.k.a. AVRAMENKO, Aleksey; a.k.a. AVRAMENKO, Aleksey Nikolaevich; a.k.a. AVRAMENKO, Alexey Nikolaevich (Cyrillic: АВРАМЕНКО, Алексей Николаевич)), Minsk, Belarus; DOB 11 May 1977; POB Minsk, Belarus; nationality Belarus; Gender Male; Passport MP3102183 (Belarus); National ID No. 3110577A020PB2 (Belarus) (individual) [BELARUS-EO14038].

AURELIANO FELIX, Jorge (a.k.a. "MACUMBA"); DOB 15 Apr 1952; nationality Mexico (individual) [SDNTK].

AURIGA LIMITED LIABILITY COMPANY, sh. Varshavskoe d.125, STR.16A, Moscow 117587, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7726636575 (Russia); Registration Number 1097746556577 (Russia) [RUSSIA-EO14024].

AURUM SHIP MANAGEMENT (Arabic: اورم شيب ماتجمنت) (a.k.a. AURUM SHIP MANAGEMENT FZC; a.k.a. AURUM SHIP MANAGEMENT PTE. LTD.), L1-29, PO Box 9632, Sharjah, United Arab Emirates; 204-A Wing, Sai Chamber 11, Cbd Belapur, Navi Mumbai 400614, India; Room 29, Ground Floor, Executive Suite L1, Sharjah, Sharjah, United Arab Emirates; 196, Pantech Business Hub, 28, Pandan Loop, Singapore, Singapore; Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Aug 2012; Organization Type: Sea and coastal freight water transport; Tax ID No. 100382504700003 (United Arab Emirates); License 10879 (United Arab Emirates); Registration Number 11615989 (United Arab Emirates) [SDGT] (Linked To: MAHAMUD, Abdi Nasir Ali).

AURUM SHIP MANAGEMENT FZC (a.k.a. AURUM SHIP MANAGEMENT (Arabic: اورم شيب ماتجمنت); a.k.a. AURUM SHIP MANAGEMENT PTE. LTD.), L1-29, PO Box 9632, Sharjah, United Arab Emirates; 204-A Wing, Sai Chamber 11, Cbd Belapur, Navi Mumbai 400614, India; Room 29, Ground Floor, Executive Suite L1, Sharjah, Sharjah, United Arab Emirates; 196, Pantech Business Hub, 28, Pandan Loop, Singapore, Singapore; Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Aug 2012; Organization Type: Sea and coastal freight water transport; Tax ID No. 100382504700003 (United Arab Emirates); License 10879 (United Arab Emirates); Registration Number 11615989 (United Arab Emirates) [SDGT] (Linked To: MAHAMUD, Abdi Nasir Ali).

AURUM SHIP MANAGEMENT PTE. LTD. (a.k.a. AURUM SHIP MANAGEMENT (Arabic: اورم شيب ماتجمنت); a.k.a. AURUM SHIP MANAGEMENT FZC), L1-29, PO Box 9632, Sharjah, United Arab Emirates; 204-A Wing, Sai Chamber 11, Cbd Belapur, Navi Mumbai 400614, India; Room 29, Ground Floor, Executive Suite L1, Sharjah, Sharjah, United Arab Emirates; 196, Pantech Business Hub, 28, Pandan Loop, Singapore, Singapore; Nigeria; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Aug 2012; Organization Type: Sea and coastal freight water transport; Tax ID No. 100382504700003 (United Arab Emirates); License 10879 (United Arab Emirates); Registration Number 11615989 (United Arab Emirates) [SDGT] (Linked To: MAHAMUD, Abdi Nasir Ali).

AUTO EXPRESS DORADOS S.A. DE C.V., Panamericana 110 Colonia Altavista, Saucillo, Chihuahua C.P. 33620, Mexico; Avenida Cristobal Colon, Saucillo, Chihuahua, Mexico [SDNTK].

AUTO PARTES HANDAL S. DE R.L. DE C.V. (a.k.a. APH S. DE R.L. DE C.V.; a.k.a. SUPERTIENDAS & AUTO PARTES HANDAL), 3 Ave y 14 Calle N.O., Barrio Las Acacias, Apartado Postal No 1018, San Pedro Sula, Cortes, Honduras; 14 de Julio, La Ceiba, Atlantida, Honduras; Ave Junior, Entre 7 y 6 Calle Sureste, San Pedero Sula, Cortes, Honduras; Tax ID No. 3ET38QN (Honduras); alt. Tax ID No. 05019001468346 (Honduras) [SDNTK].

AUTO SERVICIO JATZIRY S.A. DE C.V., Guasave, Sinaloa, Mexico; Registration ID 12577 (Mexico) [SDNTK] (Linked To: MEZA FLORES, Fausto Isidro).

AUTODEFENSAS UNIDAS DE COLOMBIA (a.k.a. AUC; a.k.a. UNITED SELF-DEFENSE FORCES OF COLOMBIA) [SDNTK] [SDGT].

AUTODROMO CULIACAN RACE PARK, Blvd. Universitarios No. 196 Ote., Piso 4, Colonia Tierra Blanca, Culiacan, Sinaloa, Mexico; Carretera Libre, Culiacan-Mazatlan KM 8, Culiacan, Sinaloa, Mexico; Constitucion No. 1006 Pte., Esquina con Victoria, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico [SDNTK].

AUTOLEX TRANSPORT LTD., Alpha Centre, Providence Office, Number 22, Mahe, Seychelles; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

AUTOMOBILE PLANT URAL JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO AVTOMOBILNYI ZAVOD URAL; a.k.a. JOINT STOCK COMPANY URAL MOTOR VEHICLES PLANT; a.k.a. "AO AZ URAL"), 1 Avtozavodtsev pr-kt, Miass 456304, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7415029289 (Russia); Registration Number 1027400870826 (Russia) [RUSSIA-EO14024].

AUTONOMOUS ENERGY SYSTEMS (a.k.a. SISTEMY AVTONOMNOI ENERGII; a.k.a. "SAE OOO"), Dor. Torfyanaya D. 7, Lit. F,

Pomeshch. 17-N, KAB. 13 (1120-1121), Saint Petersburg 197374, Russia; Poligrafmashevsky pr. 3A, Saint Petersburg, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7813645488 (Russia); Registration Number 1207800085701 (Russia) [RUSSIA-EO14024].

AUTONOMOUS NONCOMMERCIAL ORGANIZATION CENTER FOR TESTS AND CERTIFICATION PROMTECHNOCERT (a.k.a. AUTONOMOUS NONPROFIT ORGANIZATION TESTING AND CERTIFICATION CENTER PROMTECHNOCERT (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ЦЕНТР ИСПЫТАНИЙ И СЕРТИФИКАЦИИ ПРОМТЕХНОСЕРТ)), 24A Kolpakova St., Room 7.01-7.14; 3.09-3.10, Mytishchi, Moscow Region 141008, Russia; Tax ID No. 7743089160 (Russia); Registration Number 1107799004323 (Russia) [RUSSIA-EO14024].

AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ПО ИЗУЧЕНИЮ И РАЗВИТИЮ МЕЖДУНАРОДНОГО СОТРУДНИЧЕСТВА В ЭКОНОМИЧЕСКОЙ СФЕРЕ МЕЖДУНАРОДНОЕ АГЕНТСТВО СУВЕРЕННОГО РАЗВИТИЯ) (a.k.a. ANO INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT (Cyrillic: АНО МЕЖДУНАРОДНОЕ АГЕНТСТВО СУВЕРЕННОГО РАЗВИТИЯ); a.k.a. INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT RBK), Prospekt Mira, dom 19, stroeniye 1, E/Pom/K/Of 1/I/6/17U, Moscow 129090, Russia; Organization Established Date 14 May 2020; Tax ID No. 9702016897 (Russia); Registration Number 120770165727 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Konstantin).

AUTONOMOUS NONCOMMERCIAL ORGANIZATION PROFESSIONAL ASSOCIATION OF DESIGNERS OF DATA PROCESSING SYSTEMS (a.k.a. ANO PO KSI), Prospekt Mira D 68, Str 1A, Moscow 129110, Russia; Dom 3, Lazurnaya Ulitsa,

Solnechnogorskiy Raion, Andreyevka, Moscow Region 141551, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Registration ID 1027739734098 (Russia); Tax ID No. 7702285945 (Russia) [CYBER2].

AUTONOMOUS NONPROFIT ORGANIZATION INSTITUTE OF MARINE INSTRUMENTATION AND ROBOTICS (a.k.a. INSTITUT MORSKOGO PRIBOROSTROENIYA I ROBOTOTEKHNIKI), Ul. Universitetskaya D. 31, Pom. 2.8, Sevastopol, Ukraine; Tax ID No. 9200000727 (Russia); Registration Number 1209200006366 (Russia) [RUSSIA-EO14024].

AUTONOMOUS NON-PROFIT ORGANIZATION OF ADDITIONAL PROFESSIONAL EDUCATION ECHELON TRAINING CENTER (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ДОПОЛНИТЕЛЬНОГО ПРОФЕССИОНАЛЬНОГО ОБРАЗОВАНИЯ УЧЕБНЫЙ ЦЕНТР ЭШЕЛОН) (a.k.a. AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA DOPOLNITELNOGO PROFESSIONALNOGO OBRAZOVANIYA UCHEBNYI TSENTR ESHELON; a.k.a. UCHEBNY TSENTR ESHELON, ANO), Ul. Elektrozavodskaya d. 24, str. 1, Moscow 107023, Russia; Organization Established Date 23 Oct 2008; Tax ID No. 7718271218 (Russia); Registration Number 1087799033519 (Russia) [RUSSIA-EO14024].

AUTONOMOUS NONPROFIT ORGANIZATION TESTING AND CERTIFICATION CENTER PROMTECHNOCERT (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ЦЕНТР ИСПЫТАНИЙ И СЕРТИФИКАЦИИ ПРОМТЕХНОСЕРТ) (a.k.a. AUTONOMOUS NONCOMMERCIAL ORGANIZATION CENTER FOR TESTS AND CERTIFICATION PROMTECHNOCERT), 24A Kolpakova St., Room 7.01-7.14; 3.09-3.10, Mytishchi, Moscow Region 141008, Russia; Tax ID No. 7743089160 (Russia); Registration Number 1107799004323 (Russia) [RUSSIA-EO14024].

AUTOS MINI, Avenida Delante, No. 1806, Colonia Costa Bella, Ensenada, Baja California, Mexico [SDNTK].

AUTOTRANSPORTES JYM S.A. DE C.V., Calle Primera S/N 820,  Poste No. 1504, Colonia Piggy Back, Poblado Campo El Diez, Culiacan, Sinaloa, Mexico; R.F.C. AJY-960612-HPO (Mexico) [SDNTK].

AUTOTRANSPORTES TERRESTRES S.A. DE C.V., Guasave, Sinaloa, Mexico [SDNTK] (Linked To: MEZA FLORES, Fausto Isidro).

AVA PETROLEUM SERVICES S.A., Rue Rodolphe-Toepffer 8, Geneva 1206, Switzerland; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Jul 2009; Commercial Registry Number CH-660.1.612.009-4 (Switzerland) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

AVANFORT OOO (Cyrillic: ООО АВАНФОРТ), d. 6 str. 1 etazh TSOKOL, kab. 1B, per. Sechenovski, Moscow 119034, Russia; Tax ID No. 7716520363; Business Registration Number 1057746164519 (Russia) [RUSSIA-EO14024] (Linked To: SHUVALOV, Igor Ivanovich).

AVANGARD BANK (a.k.a. AVANGARD JOINT STOCK BANK), St. Bolshaya Yakimanka 1, Moscow 119180, Russia; Sadovnicheskaya Street 12, Bld. 1, Moscow 115035, Russia; SWIFT/BIC AVJSRUMM; Website www.avangard.ru; Target Type Financial Institution; Tax ID No. 7702021163 (Russia); Legal Entity Number 253400K1TTC1FABJCE13; Registration Number 1027700367507 (Russia) [RUSSIA-EO14024].

AVANGARD ELECTROMECHANICAL PLANT (a.k.a. ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. ARZAMAS-16; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. KHARITON INSTITUTE; a.k.a. SAROV NUCLEAR WEAPONS PLANT; a.k.a. VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT EKSPERIMENTALNOY; a.k.a. "RFNC-VNIIEF"; a.k.a. "VNIIEF"), 10 Muzrukov Ave, Sarov, Nizhny Novgorod Region 607188, Russia; Organization Established Date 1992; Tax ID No. 5254001230 (Russia); Registration Number 1025202199791 (Russia) [RUSSIA-EO14024].

AVANGARD JOINT STOCK BANK (a.k.a. AVANGARD BANK), St. Bolshaya Yakimanka 1, Moscow 119180, Russia; Sadovnicheskaya Street 12, Bld. 1, Moscow 115035, Russia; SWIFT/BIC AVJSRUMM; Website www.avangard.ru; Target Type Financial Institution; Tax ID No. 7702021163 (Russia); Legal Entity Number 253400K1TTC1FABJCE13; Registration Number 1027700367507 (Russia) [RUSSIA-EO14024].

AVANGARD PLASTIK (a.k.a. JC AVANGARD; a.k.a. JOINT STOCK COMPANY AVANGARD; a.k.a. JSC AVANGARD (Cyrillic: AO АВАНГАРД)), 78 Oktyabrskaya St., Safonovo, Smolensk Region 215500, Russia; Website www.avangard-plastik.ru; Organization Established Date 05 Nov 2008; Tax ID No. 6726504312 (Russia) [RUSSIA-EO14024].

AVANTI GLOBAL GROUP S.A.S., Carrera 48 76 10 PI 3, Barranquilla, Atlantico, Colombia; NIT # 9004786647 (Colombia) [VENEZUELA-EO13850].

AVDEEV, Alexander Aleksandrovich (a.k.a. AVDEYEV, Aleksandr Aleksandrovich (Cyrillic: АВДЕЕВ, Александр Александрович)), Vladimir Region, Russia; DOB 12 Aug 1975; alt. DOB 08 Dec 1975; POB Kaluga, Kaluga region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 402802522687 (Russia) (individual) [RUSSIA-EO14024].

AVDEEVA, Elena (a.k.a. AVDEEVA, Elena Osipovna (Cyrillic: АВДЕЕВА, Елена Осиповна)), Russia; DOB 19 Jul 1968; POB Cherepovets, Vologda Oblast, Russia; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AVDEEVA, Elena Osipovna (Cyrillic: АВДЕЕВА, Елена Осиповна) (a.k.a. AVDEEVA, Elena), Russia; DOB 19 Jul 1968; POB Cherepovets, Vologda Oblast, Russia; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AVDEYEV, Aleksandr Aleksandrovich (Cyrillic: АВДЕЕВ, Александр Александрович) (a.k.a. AVDEEV, Alexander Aleksandrovich), Vladimir Region, Russia; DOB 12 Aug 1975; alt. DOB 08 Dec 1975; POB Kaluga, Kaluga region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 402802522687 (Russia) (individual) [RUSSIA-EO14024].

AVDEYEV, Mikhail Yuryevich (Cyrillic: АВДЕЕВ, Михаил Юрьевич), Russia; DOB 06 Mar 1977; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AVELAR GUTIERREZ, Isidro, Islas Aleutianas 2307, Guadalajara, Jalisco 44540, Mexico; Santa Esther 845, Colonia Santa Margarita, Primera Seccion, Zapopan, Jalisco, Mexico; DOB 13 Jun 1962; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P.

AEGI620613HJCVTS05 (Mexico) (individual) [SDNTK].

AVELLAN MEDAL, Ramon Antonio, Bello Horizonte 6TA Etapa Nl 4, Managua, Nicaragua; DOB 11 Nov 1954; POB Jinotepe, Nicaragua; nationality Nicaragua; Gender Male; Passport A0008696 (Nicaragua) issued 17 Oct 2011 expires 17 Oct 2021; National ID No. 0411111540000Q (Nicaragua) (individual) [NICARAGUA] [NICARAGUA-NHRAA].

AVEN, Peter Olegovich (a.k.a. AVEN, Petr Olegovich (Cyrillic: АВЕН, Пётр Олегович); a.k.a. AVEN, Pjotr; a.k.a. AVEN, Pyotr; a.k.a. AVENS, Pjotrs), Surrey, United Kingdom; Moscow, Russia; Latvia; DOB 16 Mar 1955; POB Moscow, Russia; nationality Russia; alt. nationality Latvia; Gender Male; Tax ID No. 770400328495 (Russia) (individual) [RUSSIA-EO14024].

AVEN, Petr Olegovich (Cyrillic: АВЕН, Пётр Олегович) (a.k.a. AVEN, Peter Olegovich; a.k.a. AVEN, Pjotr; a.k.a. AVEN, Pyotr; a.k.a. AVENS, Pjotrs), Surrey, United Kingdom; Moscow, Russia; Latvia; DOB 16 Mar 1955; POB Moscow, Russia; nationality Russia; alt. nationality Latvia; Gender Male; Tax ID No. 770400328495 (Russia) (individual) [RUSSIA-EO14024].

AVEN, Pjotr (a.k.a. AVEN, Peter Olegovich; a.k.a. AVEN, Petr Olegovich (Cyrillic: АВЕН, Пётр Олегович); a.k.a. AVEN, Pyotr; a.k.a. AVENS, Pjotrs), Surrey, United Kingdom; Moscow, Russia; Latvia; DOB 16 Mar 1955; POB Moscow, Russia; nationality Russia; alt. nationality Latvia; Gender Male; Tax ID No. 770400328495 (Russia) (individual) [RUSSIA-EO14024].

AVEN, Pyotr (a.k.a. AVEN, Peter Olegovich; a.k.a. AVEN, Petr Olegovich (Cyrillic: АВЕН, Пётр Олегович); a.k.a. AVEN, Pjotr; a.k.a. AVENS, Pjotrs), Surrey, United Kingdom; Moscow, Russia; Latvia; DOB 16 Mar 1955; POB Moscow, Russia; nationality Russia; alt. nationality Latvia; Gender Male; Tax ID No. 770400328495 (Russia) (individual) [RUSSIA-EO14024].

AVENDANO LOPEZ, Martin (a.k.a. AVENDANO OJEDA, Martin Guadencio; a.k.a. AVENDANO, Mariano; a.k.a. NARANJO, Carlos; a.k.a. OJEDA AVENDANO, Martin), c/o AUTOS MINI, Ensenada, Baja California, Mexico; c/o AUTODROMO CULIACAN, Culiacan, Sinaloa, Mexico; San Bernardino, Colombia; Iguala, Guerrero, Mexico; Ensenada, Baja California, Mexico; Mexicali, Baja California, Mexico; La

Paz, Baja California Sur, Mexico; Avenida Jose Lopez Portillo No. 2031, Culiacan, Sinaloa, Mexico; Calle Antonio Caso No. 500, Colonia Aurora, Culiacan, Sinaloa, Mexico; Calle Amapola No. 12, Colonia 10 de Mayo, Culiacan, Sinaloa, Mexico; Calle Venustiano Carranza No. 34, Colonia Centro, Comondu, Baja California Sur, Mexico; Avenida Delante No. 1806, Colonia Miguel Hidalgo, Ensenada, Baja California, Mexico; DOB 14 Nov 1968; alt. DOB 14 Nov 1966; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. AEOM-681114-818 (Mexico) (individual) [SDNTK].

AVENDANO OJEDA, Hector Manuel, c/o AUTODROMO CULIACAN, Culiacan, Sinaloa, Mexico; Calle Antonio Caso No. 500, Colonia Aurora, Culiacan, Sinaloa, Mexico; Calle Mision de Sab Gabriel Arcangel No 2335, Interior A, Colonia Real Nueva Galicia, Culiacan, Sinaloa, Mexico; DOB 02 Nov 1971; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. AEOH-711102-I99 (Mexico); C.U.R.P. AEOH711102HSLVJC08 (Mexico) (individual) [SDNTK].

AVENDANO OJEDA, Martin Guadencio (a.k.a. AVENDANO LOPEZ, Martin; a.k.a. AVENDANO, Mariano; a.k.a. NARANJO, Carlos; a.k.a. OJEDA AVENDANO, Martin), c/o AUTOS MINI, Ensenada, Baja California, Mexico; c/o AUTODROMO CULIACAN, Culiacan, Sinaloa, Mexico; San Bernardino, Colombia; Iguala, Guerrero, Mexico; Ensenada, Baja California, Mexico; Mexicali, Baja California, Mexico; La Paz, Baja California Sur, Mexico; Avenida Jose Lopez Portillo No. 2031, Culiacan, Sinaloa, Mexico; Calle Antonio Caso No. 500, Colonia Aurora, Culiacan, Sinaloa, Mexico; Calle Amapola No. 12, Colonia 10 de Mayo, Culiacan, Sinaloa, Mexico; Calle Venustiano Carranza No. 34, Colonia Centro, Comondu, Baja California Sur, Mexico; Avenida Delante No. 1806, Colonia Miguel Hidalgo, Ensenada, Baja California, Mexico; DOB 14 Nov 1968; alt. DOB 14 Nov 1966; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. AEOM-681114-818 (Mexico) (individual) [SDNTK].

AVENDANO OJEDA, Sergio, Calle Paseo Humaya No. 1466, Colonia Rincon de Guadalupe, Culiacan, Sinaloa, Mexico; Calle Delante No. 1806, Colonia Miguel Hidalgo, Ensenada, Baja California, Mexico; Calle Amapola No. 21, Colonia Diez de Mayo, Culiacan de Rosales, Culiacan, Sinaloa,

Mexico; DOB 31 Mar 1980; POB Baja California Sur, Mexico; nationality Mexico; citizen Mexico; R.F.C. AEOS-800331-QH2 (Mexico); C.U.R.P. AEOS800331HBSVJR06 (Mexico) (individual) [SDNTK].

AVENDANO, Mariano (a.k.a. AVENDANO LOPEZ, Martin; a.k.a. AVENDANO OJEDA, Martin Guadencio; a.k.a. NARANJO, Carlos; a.k.a. OJEDA AVENDANO, Martin), c/o AUTOS MINI, Ensenada, Baja California, Mexico; c/o AUTODROMO CULIACAN, Culiacan, Sinaloa, Mexico; San Bernardino, Colombia; Iguala, Guerrero, Mexico; Ensenada, Baja California, Mexico; Mexicali, Baja California, Mexico; La Paz, Baja California Sur, Mexico; Avenida Jose Lopez Portillo No. 2031, Culiacan, Sinaloa, Mexico; Calle Antonio Caso No. 500, Colonia Aurora, Culiacan, Sinaloa, Mexico; Calle Amapola No. 12, Colonia 10 de Mayo, Culiacan, Sinaloa, Mexico; Calle Venustiano Carranza No. 34, Colonia Centro, Comondu, Baja California Sur, Mexico; Avenida Delante No. 1806, Colonia Miguel Hidalgo, Ensenada, Baja California, Mexico; DOB 14 Nov 1968; alt. DOB 14 Nov 1966; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. AEOM-681114-818 (Mexico) (individual) [SDNTK].

AVENS, Pjotrs (a.k.a. AVEN, Peter Olegovich; a.k.a. AVEN, Petr Olegovich (Cyrillic: АВЕН, Пётр Олегович); a.k.a. AVEN, Pjotr; a.k.a. AVEN, Pyotr), Surrey, United Kingdom; Moscow, Russia; Latvia; DOB 16 Mar 1955; POB Moscow, Russia; nationality Russia; alt. nationality Latvia; Gender Male; Tax ID No. 770400328495 (Russia) (individual) [RUSSIA-EO14024].

AVERUCA, C.A. (a.k.a. AGENCIA VEHICULOS ESPECIALES RURALES Y URBANOS, C.A.), Calle Paris, Torre Global, Piso 5, Las Mercedes, Caracas, Venezuela [VENEZUELA] (Linked To: SARRIA DIAZ, Rafael Alfredo).

AVERYANOV, Yuriy Timofeevich (a.k.a. AVERYANOV, Yuriy Timofeyevich (Cyrillic: АВЕРЬЯНОВ, Юрий Тимофеевич)), Moscow, Russia; DOB 17 Jan 1950; POB Bender, Moldova; alt. POB Bendery, Moldova; nationality Russia; citizen Russia; Gender Male; Tax ID No. 772918457831 (Russia) (individual) [RUSSIA-EO14024].

AVERYANOV, Yuriy Timofeyevich (Cyrillic: АВЕРЬЯНОВ, Юрий Тимофеевич) (a.k.a. AVERYANOV, Yuriy Timofeevich), Moscow, Russia; DOB 17 Jan 1950; POB Bender, Moldova; alt. POB Bendery, Moldova;

nationality Russia; citizen Russia; Gender Male; Tax ID No. 772918457831 (Russia) (individual) [RUSSIA-EO14024].

AVESTO OOO, ul. Gelsingforsskaya d. 3, lit. Z, pomeshch. 411-416, Saint Petersburg 194044, Russia; Tax ID No. 7813618950 (Russia); Registration Number 1187847245520 (Russia) [RUSSIA-EO14024].

AVIA FED SERVICE JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO AVIA FED SERVICE), Pl. Revolyutsii D. 6, Istra 143500, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7710023333 (Russia); Registration Number 1027739037160 (Russia) [RUSSIA-EO14024].

AVIA GROUP LLC (a.k.a. AVIA GROUP LTD), Terminal Aeroport Sheremetyevo Khimki, 141400 Moskovskaya obl., Russia; Website http://www.avia-group.su/; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

AVIA GROUP LTD (a.k.a. AVIA GROUP LLC), Terminal Aeroport Sheremetyevo Khimki, 141400 Moskovskaya obl., Russia; Website http://www.avia-group.su/; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

AVIA GROUP NORD LLC, 17 A, Stratoyava St., Saint Petersburg, Russia; Website http://www.ag-nord.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

AVIA GROUP TERMINAL LIMITED LIABILITY COMPANY (a.k.a. AG TERMINAL OOO; a.k.a. LLC AG TERMINAL; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AVIA GRUPP TERMINAL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АВИА ГРУПП ТЕРМИНАЛ)), Ter. Aeroport Sheremetyevo, Khimki, Moscovskaya Oblast 141400, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: AVIA GROUP LLC).

AVIA IMPORT (a.k.a. ANGLO-CARIBBEAN CO., LTD.), Ibex House, The Minories, London EC3N 1DY, United Kingdom [CUBA].

AVIA TRUST FZE, P.O. Box 54541, Dubai, United Arab Emirates [SDGT].

AVIAAVTOMATIKA NAMED AFTER V. TARASOV JSC (a.k.a. LLC EXPERIMENTAL DESIGN OFFICE AVIAAUTOMATIKA), Zapolnaya st., 47, Kursk 305040, Russia; Organization Established Date 16 Oct 2006; Tax ID No. 4632071042 (Russia); Registration Number 1064632050152 (Russia) [RUSSIA-EO14024].

AVIACON AIR CARGO (a.k.a. AIR COMPANY AVIACON ZITOTRANS; a.k.a. AO AK AVIAKON TSITOTRANS; a.k.a. JSC AVIACON ZITOTRANS; a.k.a. OAO AVIAKOMPANIYA AVIAKON TSITOTRANS (Cyrillic: ОАО АВИАКОМПАНИЯ АВИАКОН ЦИТОТРАНС)), Ul. Belinskogo D. 56, Pom. 605, Yekaterinburg 620026, Russia; Organization Established Date 02 Jun 1995; Organization Type: Freight air transport; Tax ID No. 6658039390 (Russia); Registration Number 1026602311240 (Russia) [RUSSIA-EO14024].

AVIAKOMPANIYA DALNEVOSTOCHNAYA KSM OOO (a.k.a. LIMITED LIABILITY COMPANY AVIAKOMPANIYA DALNEVOSTOCHNAYA KSM), ul. Pionerskaya d. 39, pomeshch. 1001, Komsomolsk-on-Amur 681000, Russia; Organization Established Date 08 Oct 2014; Organization Type: Freight air transport; Tax ID No. 2703080980 (Russia); Registration Number 1142703004014 (Russia) [RUSSIA-EO14024] (Linked To: ALIEV, Murat Magomedovich).

AVIAKOMPANIYA KHORS, TOV (a.k.a. KHORS AIR; a.k.a. KHORS AIRCOMPANY; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'AVIAKOMPANIYA 'KHORS'; a.k.a. "HORS AIRLINES LTD."), 60 Volunska Street, Kiev 03151, Ukraine; Bud. 34 Bul.Lesi Ukrainky, Kyiv 01133, Ukraine; Lesi Ukraini Bulvar 34, Kiev 252133, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Government Gazette Number 04937956 (Ukraine) [SDGT] [IFSR].

AVIAKOMPANIYA TRANSAVIAEKSPORT OAO (f.k.a. AAT AVIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: ААТ АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. AAT TAE AVIYA (Cyrillic: ААТ ТАЕ АВІЯ); f.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА

АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ);
a.k.a. ADKRYTAE AKTSYIANERNAE
TAVARYSTVA TAE AVIYA (Cyrillic:
АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА
ТАЕ АВІЯ); a.k.a. JOINT STOCK COMPANY
TRANSAVIAEXPORT AIRLINES; a.k.a. JSC
TRANSAVIAEXPORT AIRLINES; f.k.a. OAO
AVIAKOMPANIYA TRANSAVIAEKSPORT
(Cyrillic: ОАО АВИАКОМПАНИЯ
ТРАНСАВИАЭКСПОРТ); a.k.a. OAO TAE
AVIA (Cyrillic: ОАО ТАЕ АВИА); f.k.a.
OTKRYTOYE AKTSIONERNOYE
OBSCHESTVO AVIAKOMPANIYA
TRANSAVIAEKSPORT; a.k.a. OTKRYTOYE
AKTSIONERNOYE OBSCHESTVO TAE AVIA
(Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ
ОБЩЕСТВО ТАЕ АВИА); a.k.a.
TRANSAVIAEXPORT AIRLINES), 44,
Zakharova Str., Minsk 220034, Belarus (Cyrillic:
Ул. Захарова, 44, Минск 220034, Belarus); d.
11, Ul. Pervomayskaya, Minsk 220034, Belarus
(Cyrillic: д. 11, ул. Первомайская, Минск
220034, Belarus); Organization Established
Date 28 Dec 1992; Registration Number
100027245 (Belarus) [BELARUS-EO14038].

AVIANDINA S.A.C., Avenida Jose Pardo 601,
Lima, Peru; RUC # 20423916541 (Peru)
[SDNTK].

AVIASTAR-SP (a.k.a. AO AVIASTAR-SP; a.k.a.
AVIASTAR-SP AIRCRAFT MANUFACTURING
ENTERPRISE; a.k.a. JOINT STOCK
COMPANY AVIASTAR-SP; a.k.a. JSC
AVIASTAR-SP (Cyrillic: АО АВИАСТАР-СП)),
Antonova Avenue 1, Ulyanovsk 432072,
Russia; Tax ID No. 7328032711 (Russia)
[RUSSIA-EO14024].

AVIASTAR-SP AIRCRAFT MANUFACTURING
ENTERPRISE (a.k.a. AO AVIASTAR-SP; a.k.a.
AVIASTAR-SP; a.k.a. JOINT STOCK
COMPANY AVIASTAR-SP; a.k.a. JSC
AVIASTAR-SP (Cyrillic: АО АВИАСТАР-СП)),
Antonova Avenue 1, Ulyanovsk 432072,
Russia; Tax ID No. 7328032711 (Russia)
[RUSSIA-EO14024].

AVIATION CAPITAL SOLUTIONS LTD., 50 St.
Leonards Road, Bexhill on Sea, East Sussex,
United Kingdom; Additional Sanctions
Information - Subject to Secondary Sanctions
[SDGT] [IFSR] (Linked To: MAHAN AIR).

AVIATRADE LLC (a.k.a. AVIATREID, OOO;
a.k.a. LIMITED LIABILITY COMPANY
AVIATRADE (Cyrillic: ОБЩЕСТВО С
ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ
АВИАТРЭЙД)), d. 59 kv. 228, ul.,
Kholmogorova, Izhevsk, Udmurtia Republic

426065, Russia; Organization Established Date
31 Mar 2017 [SUDAN-EO14098].

AVIATRANS ANSTALT (a.k.a. AVIATRANS
ESTABLISHMENT), Ruggell, Liechtenstein
[IRAQ2].

AVIATRANS ESTABLISHMENT (a.k.a.
AVIATRANS ANSTALT), Ruggell, Liechtenstein
[IRAQ2].

AVIATREID, OOO (a.k.a. AVIATRADE LLC;
a.k.a. LIMITED LIABILITY COMPANY
AVIATRADE (Cyrillic: ОБЩЕСТВО С
ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ
АВИАТРЭЙД)), d. 59 kv. 228, ul.,
Kholmogorova, Izhevsk, Udmurtia Republic
426065, Russia; Organization Established Date
31 Mar 2017 [SUDAN-EO14098].

AVICAL S.A., Transversal 72 No. 16 - 11,
Glorieta de Milan, Manizales, Caldas, Colombia;
Carrera 18 No. 30 - 65, Manizales, Caldas,
Colombia; Calle 161 No. 91A - 53, Bogota,
Cundinamarca, Colombia; Medellin, Antioquia,
Colombia; Dosquebradas, Risaralda, Colombia;
NIT # 810006556-9 (Colombia) [SDNTK].

AVILA DE LA ROCHA, Maria Monserrate (a.k.a.
AVILA ROCHA, Maria Monserrat (Latin: ÁVILA
ROCHA, María Monserrat); a.k.a. AVILA
ROCHA, Maria Monserrate), Genaro Estrada,
Sinaloa, Sinaloa 81960, Mexico; DOB 11 Feb
1960; citizen Mexico; Gender Female; I.F.E.
AVRCMN60021125M800 (Mexico) (individual)
[SDNTK] (Linked To: RUELAS TORRES DRUG
TRAFFICKING ORGANIZATION).

AVILA ROCHA, Maria Monserrat (Latin: ÁVILA
ROCHA, María Monserrat) (a.k.a. AVILA DE LA
ROCHA, Maria Monserrate; a.k.a. AVILA
ROCHA, Maria Monserrate), Genaro Estrada,
Sinaloa, Sinaloa 81960, Mexico; DOB 11 Feb
1960; citizen Mexico; Gender Female; I.F.E.
AVRCMN60021125M800 (Mexico) (individual)
[SDNTK] (Linked To: RUELAS TORRES DRUG
TRAFFICKING ORGANIZATION).

AVILA ROCHA, Maria Monserrate (a.k.a. AVILA
DE LA ROCHA, Maria Monserrate; a.k.a. AVILA
ROCHA, Maria Monserrat (Latin: ÁVILA
ROCHA, María Monserrat)), Genaro Estrada,
Sinaloa, Sinaloa 81960, Mexico; DOB 11 Feb
1960; citizen Mexico; Gender Female; I.F.E.
AVRCMN60021125M800 (Mexico) (individual)
[SDNTK] (Linked To: RUELAS TORRES DRUG
TRAFFICKING ORGANIZATION).

AVILA VILLADIEGO, Jobanis de Jesus (a.k.a.
"CHIQUITO MALO"), Turbo, Antioquia,
Colombia; DOB 10 Apr 1977; POB San Pedro
de Uraba, Antioquia, Colombia; nationality
Colombia; citizen Colombia; Gender Male;

Cedula No. 71987498 (Colombia) (individual)
[ILLICIT-DRUGS-EO14059].

AVILES CASTILLO, Julio Cesar, Managua,
Nicaragua; DOB 11 Aug 1956; POB Nicaragua;
nationality Nicaragua; Gender Male; Passport
A00000371 (Nicaragua) (individual)
[NICARAGUA].

AVILES, Jesus Labra (a.k.a. LABRA AVILES,
Jesus Abraham; a.k.a. "CHUY LABRA"); DOB
1945; nationality Mexico (individual) [SDNTK].

AVITEK VYATSKOE MACHINE BUILDING
ENTERPRISE JSC (a.k.a. AO VMP AVITEK;
a.k.a. JOINT STOCK COMPANY VYATSKOYE
MASHINOSTROITELNOE PREDPRIYATIYE
AVITEK; a.k.a. JSC VMP AVITEC; a.k.a. JSC
VMP AVITEK; a.k.a. VYATKA MACHINERY
PLANT AVITEC JSC), 1A Prospekt
Oktyabrskiy, Kirov, Kirov Oblast 610047,
Russia; Tax ID No. 4345047310 (Russia);
Registration Number 1024301320977 (Russia)
[RUSSIA-EO14024].

AVIV GRUPP (a.k.a. AVIV LLC), Nikoloyamskaya
St., 16/2, bldg. 6, Moscow 109240, Russia; Ul.
2-ya Karacharovskaya D. 1, str. 1, et. 2, kom
39, Moscow 109202, Russia; Secondary
sanctions risk: this person is designated for
operating or having operated in a sector of the
Russian Federation economy determined to
support Russia's military-industrial base
pursuant to section 11 of Executive Order
14024, as amended by Executive Order 14114.;
Tax ID No. 7722837270 (Russia); Registration
Number 1147746259924 (Russia) [RUSSIA-
EO14024].

AVIV LLC (a.k.a. AVIV GRUPP), Nikoloyamskaya
St., 16/2, bldg. 6, Moscow 109240, Russia; Ul.
2-ya Karacharovskaya D. 1, str. 1, et. 2, kom
39, Moscow 109202, Russia; Secondary
sanctions risk: this person is designated for
operating or having operated in a sector of the
Russian Federation economy determined to
support Russia's military-industrial base
pursuant to section 11 of Executive Order
14024, as amended by Executive Order 14114.;
Tax ID No. 7722837270 (Russia); Registration
Number 1147746259924 (Russia) [RUSSIA-
EO14024].

AVKSENTIEVA, Sardana Vladimirovna (Cyrillic:
АВКСЕНТЬЕВА, Сардана Владимировна),
Russia; DOB 02 Jul 1970; nationality Russia;
Gender Female; Member of the State Duma of
the Federal Assembly of the Russian
Federation (individual) [RUSSIA-EO14024].

AVRAMENKO, Aleksey (a.k.a. AURAMENKA,
Aliaksei Mikalaevich (Cyrillic: АЎРАМЕНКА,

Аляксей Мікалаевіч); a.k.a. AVRAMENKO, Aleksey Nikolaevich; a.k.a. AVRAMENKO, Alexey Nikolaevich (Cyrillic: АВРАМЕНКО, Алексей Николаевич), Minsk, Belarus; DOB 11 May 1977; POB Minsk, Belarus; nationality Belarus; Gender Male; Passport MP3102183 (Belarus); National ID No. 3110577A020PB2 (Belarus) (individual) [BELARUS-EO14038].

AVRAMENKO, Aleksey Nikolaevich (a.k.a. AURAMENKA, Aliaksei Mikalaevich (Cyrillic: АЎРАМЕНКА, Аляксей Мікалаевіч); a.k.a. AVRAMENKO, Aleksey; a.k.a. AVRAMENKO, Alexey Nikolaevich (Cyrillic: АВРАМЕНКО, Алексей Николаевич), Minsk, Belarus; DOB 11 May 1977; POB Minsk, Belarus; nationality Belarus; Gender Male; Passport MP3102183 (Belarus); National ID No. 3110577A020PB2 (Belarus) (individual) [BELARUS-EO14038].

AVRAMENKO, Alexey Nikolaevich (Cyrillic: АВРАМЕНКО, Алексей Николаевич) (a.k.a. AURAMENKA, Aliaksei Mikalaevich (Cyrillic: АЎРАМЕНКА, Аляксей Мікалаевіч); a.k.a. AVRAMENKO, Aleksey; a.k.a. AVRAMENKO, Aleksey Nikolaevich), Minsk, Belarus; DOB 11 May 1977; POB Minsk, Belarus; nationality Belarus; Gender Male; Passport MP3102183 (Belarus); National ID No. 3110577A020PB2 (Belarus) (individual) [BELARUS-EO14038].

AVRORA CAPITAL SRO, Eliasova 964/24, Prague 16000, Czech Republic; Organization Established Date 29 Jan 2007; Tax ID No. CZ27649598 (Czech Republic); Registration Number C 121509 (Czech Republic) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

AVRORA JSC (a.k.a. CONCERN AVRORA SCIENTIFIC AND PRODUCTION ASSOCIATION JSC; a.k.a. JOINT STOCK COMPANY CONCERN AVRORA SCIENTIFIC AND PRODUCTION ASSOCIATION; a.k.a. JOINT STOCK COMPANY CONCERN RESEARCH AND PRODUCTION ASSOCIATION AVRORA), 15 Karbysheva Str., Saint Petersburg 194021, Russia; 10 Nikolskaya Str., Shopping and Office Center Nikolskaya Plaza, Office No. 406, Moscow, Russia; Organization Established Date 27 Feb 2009; Tax ID No. 7802463197 (Russia); Registration Number 1097847058143 (Russia) [RUSSIA-EO14024].

AVTODOR GK (a.k.a. GOSUDARSTVENNAYA KOMPANIYA AVTODOR; a.k.a. GOSUDARSTVENNAYA KOMPANIYA ROSSIISKIE AVTOMOBILNYE DOROGI; a.k.a. RUSSIAN HIGHWAYS STATE COMPANY), B-

R Strastnoi D. 9, Moscow 127006, Russia; Organization Established Date 12 Aug 2009; Tax ID No. 7717151380 (Russia); Government Gazette Number 94158138 (Russia); Registration Number 1097799013652 (Russia) [RUSSIA-EO14024].

AVTOMATIZATSIYA I SVYAZ SERVICE (a.k.a. LIMITED LIABILITY COMPANY AUTOMIZATION AND COMMUNICATION SERVICE), Ul. 9P D. 25, Kabinet 1, Nizhnevartovsk 628624, Russia; Tax ID No. 8605016748 (Russia); Registration Number 1038602103671 (Russia) [RUSSIA-EO14024].

AVTONOMNAYA NEKOMMERCHESKAYA ORGANIZATSIYA DOPOLNITELNOGO PROFESSIONALNOGO OBRAZOVANIYA UCHEBNYI TSENTR ESHELON (a.k.a. AUTONOMOUS NON-PROFIT ORGANIZATION OF ADDITIONAL PROFESSIONAL EDUCATION ECHELON TRAINING CENTER (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ДОПОЛНИТЕЛЬНОГО ПРОФЕССИОНАЛЬНОГО ОБРАЗОВАНИЯ УЧЕБНЫЙ ЦЕНТР ЭШЕЛОН); a.k.a. UCHEBNY TSENTR ESHELON, ANO), Ul. Elektrozavodskaya d. 24, str. 1, Moscow 107023, Russia; Organization Established Date 23 Oct 2008; Tax ID No. 7718271218 (Russia); Registration Number 1087799033519 (Russia) [RUSSIA-EO14024].

AVTUKHOV, Mikhail Olegovich (Cyrillic: АВТУХОВ, Михаил Олегович), Russia; DOB 13 Oct 1974; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

AW MOHAMMED, Ahmed Abdi (a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. "ABU ZUBEYR"; a.k.a. "GODANE"; a.k.a. "GODANI"; a.k.a. "SHAYKH MUKHTAR"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia (individual) [SDGT].

AW MOHAMMED, Ahmed Abdi (a.k.a. ABU ZUBEYR, Muktar Abdirahman; a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. AW-MOHAMUD, Ahmed Abdi; a.k.a. "GODANE"; a.k.a. "GODANI"; a.k.a. "MUKHTAR, Shaykh"; a.k.a. "ZUBEYR, Abu"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia (individual) [SOMALIA].

AWAAD, Mohamedsherif Mohamed Mohamed (a.k.a. AWAAD, Muhammad Sharif Muhammad

Muhammad; a.k.a. AWADD, Mohamed Sherif Mohamed Mohamed), Brazil; DOB 08 Jul 1973; nationality Egypt; alt. nationality Syria; Gender Male; Passport A17058452 (Egypt); Tax ID No. 713.286.841-13 (Brazil) (individual) [SDGT].

AWAAD, Muhammad Sharif Muhammad Muhammad (a.k.a. AWAAD, Mohamedsherif Mohamed Mohamed; a.k.a. AWADD, Mohamed Sherif Mohamed Mohamed), Brazil; DOB 08 Jul 1973; nationality Egypt; alt. nationality Syria; Gender Male; Passport A17058452 (Egypt); Tax ID No. 713.286.841-13 (Brazil) (individual) [SDGT].

AWAD, Hamid Rida Muhammad (a.k.a. AWAD, Mohammed Reda Mohammed Anwar; a.k.a. "AWAD, Rida"; a.k.a. "REDA, Haj"), United Kingdom; DOB 24 Sep 1954; nationality Egypt (individual) [SDGT] (Linked To: HAMAS).

AWAD, Kamal (a.k.a. AWAD, Kamal Abdelrahman Aref), Gaza, Palestinian; DOB 07 Aug 1978; POB Nablus, West Bank; Gender Male; National ID No. 905037545 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AWAD, Kamal Abdelrahman Aref (a.k.a. AWAD, Kamal), Gaza, Palestinian; DOB 07 Aug 1978; POB Nablus, West Bank; Gender Male; National ID No. 905037545 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AWAD, Mohammed Reda Mohammed Anwar (a.k.a. AWAD, Hamid Rida Muhammad; a.k.a. "AWAD, Rida"; a.k.a. "REDA, Haj"), United Kingdom; DOB 24 Sep 1954; nationality Egypt (individual) [SDGT] (Linked To: HAMAS).

AWAD, Muhammad (a.k.a. ABBUD, Bin Muhammad Awad; a.k.a. ABUD, Sa'ad Muhammad Awad; a.k.a. ABDUD, Muhammad 'Awad; a.k.a. BAABOOD, Sa'ad Muhammad; a.k.a. BIN LADEN, Sa'ad; a.k.a. BIN LADEN, Sad; a.k.a. "AL-KAHTANE, Abdul Rahman"); DOB 1982; POB Saudi Arabia; nationality Saudi Arabia; Passport 520951 (Sudan); alt. Passport 530951 (Sudan) (individual) [SDGT].

AWAD, Munir A. (a.k.a. AL-KUBAISI, Muneer; a.k.a. AL-KUBAYSI, Munir; a.k.a. AL-QUBAYSI, Munir; a.k.a. AWAD, Munir Mamduh), Syria; DOB 1966; POB Heet, Iraq; nationality Iraq (individual) [IRAQ2].

AWAD, Munir Mamduh (a.k.a. AL-KUBAISI, Muneer; a.k.a. AL-KUBAYSI, Munir; a.k.a. AL-QUBAYSI, Munir; a.k.a. AWAD, Munir A.), Syria; DOB 1966; POB Heet, Iraq; nationality Iraq (individual) [IRAQ2].

AWADALLAH, Nazar Muhammad Mahmud (a.k.a. AWADALLAH, Nizar Bin Mohammed; a.k.a. AWADALLAH, Nizar M; a.k.a.

AWADALLAH, Nizar Mohammed; a.k.a. "AWAD ALLAH, Nizar"), Sheikh Radwad, Gaza City, Gaza; DOB 11 Dec 1957; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 931005433 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AWADALLAH, Nizar Bin Mohammed (a.k.a. AWADALLAH, Nazar Muhammad Mahmud; a.k.a. AWADALLAH, Nizar M; a.k.a. AWADALLAH, Nizar Mohammed; a.k.a. "AWAD ALLAH, Nizar"), Sheikh Radwad, Gaza City, Gaza; DOB 11 Dec 1957; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 931005433 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AWADALLAH, Nizar M (a.k.a. AWADALLAH, Nazar Muhammad Mahmud; a.k.a. AWADALLAH, Nizar Bin Mohammed; a.k.a. AWADALLAH, Nizar Mohammed; a.k.a. "AWAD ALLAH, Nizar"), Sheikh Radwad, Gaza City, Gaza; DOB 11 Dec 1957; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 931005433 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AWADALLAH, Nizar Mohammed (a.k.a. AWADALLAH, Nazar Muhammad Mahmud; a.k.a. AWADALLAH, Nizar Bin Mohammed; a.k.a. AWADALLAH, Nizar M; a.k.a. "AWAD ALLAH, Nizar"), Sheikh Radwad, Gaza City, Gaza; DOB 11 Dec 1957; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 931005433 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

AWADD, Mohamed Sherif Mohamed Mohamed (a.k.a. AWAAD, Mohamedsherif Mohamed Mohamed; a.k.a. AWAAD, Muhammad Sharif Muhammad Muhammad), Brazil; DOB 08 Jul 1973; nationality Egypt; alt. nationality Syria; Gender Male; Passport A17058452 (Egypt); Tax ID No. 713.286.841-13 (Brazil) (individual) [SDGT].

AWADH, Omar (a.k.a. OMAR, Omar Awadh; a.k.a. SAHAL, Omar); DOB 20 Sep 1973; POB Mombasa, Kenya; Passport A764712 (Kenya) expires 27 Mar 2013; alt. Passport B002271 (Kenya); alt. Passport KE007776 expires Aug 2009; Possibly Located in Kenya (individual) [SOMALIA].

AWALE, Mohamed Jumale Ali, Langata Royal Park Lr 19952/476, Nairobi West/P.O. Box 634-00100, Nairobi, Kenya; DOB 07 Jul 1959; alt. DOB 31 Dec 1959; alt. DOB 01 Jan 1959; POB Mombasa, Kenya; nationality Somalia; alt. nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 5964769 (Kenya) (individual) [SDGT] (Linked To: AL-SHABAAB).

AWAN, Paul Malong (a.k.a. ANEI, Paul Malong Awan; a.k.a. MALONG, Bol; a.k.a. MALONG, Paul; a.k.a. MALONG, Paul Awan), Warawar, Aweil County, Northern Bahr el-Ghazal, South Sudan; Juba, South Sudan; Kampala, Uganda; Addis Ababa, Ethiopia; P.O. Box 73699, Nairobi 00200, Kenya; DOB 02 Jan 1962; alt. DOB 04 Dec 1960; alt. DOB 12 Apr 1960; alt. DOB 30 Jan 1960; POB Malualkon, Sudan; alt. POB Malualkon, South Sudan; alt. POB Warawar, Sudan; alt. POB Warawar, South Sudan; nationality South Sudan; alt. nationality Uganda; Gender Male; Passport S00004370 (South Sudan); alt. Passport D00001369 (South Sudan); alt. Passport 003606 (Sudan); alt. Passport 00606 (Sudan); alt. Passport B002606 (Sudan); Former Sudan People's Liberation Army Chief of General Staff (individual) [SOUTH SUDAN].

AWDA, Abd Al Aziz; DOB 1946; Chief Ideological Figure of PALESTINIAN ISLAMIC JIHAD - SHIQAQI (individual) [SDGT].

'AWDAH, Nasim, Syria; DOB 19 Feb 1980; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AWES, Hassan Dahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYES, Hassen Dahir; a.k.a. AWEYS, Ahmed Dahir; a.k.a. AWEYS, Hassan Dahir; a.k.a. AWEYS, Sheikh; a.k.a. AWEYS, Sheikh Hassan Dahir; a.k.a. DAHIR, Aweys Hassan; a.k.a. IBRAHIM, Mohammed Hassan; a.k.a. OAIS, Hassan Tahir; a.k.a. UWAYS, Hassan Tahir; a.k.a. "HASSAN, Sheikh"), Somalia; Eritrea; DOB 1935; nationality Somalia; citizen Somalia (individual) [SOMALIA].

AWES, Shaykh Hassan Dahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWEYS, Hassan Dahir); DOB 1935; citizen Somalia (individual) [SDGT].

AWES, Shaykh Hassan Dahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Hassan Dahir; a.k.a. AWEYES, Hassen Dahir; a.k.a. AWEYS, Ahmed Dahir; a.k.a. AWEYS, Hassan Dahir; a.k.a. AWEYS, Sheikh; a.k.a. AWEYS, Sheikh Hassan Dahir; a.k.a. DAHIR, Aweys Hassan; a.k.a. IBRAHIM, Mohammed Hassan; a.k.a. OAIS, Hassan Tahir; a.k.a. UWAYS, Hassan Tahir; a.k.a. "HASSAN, Sheikh"), Somalia; Eritrea; DOB 1935; nationality Somalia; citizen Somalia (individual) [SOMALIA].

AWEX CRYPTO EXPLORER DMCC (a.k.a. CRYPTO EXPLORER DMCC (Arabic: كريتو إكسبلورر م.د.م.ص; Cyrillic: КРИПТО ЭКСПЛОРЕР ДМСИСИ); a.k.a. "AWEX"; a.k.a. "BANKOFF"), 12 Presnenskaya Embankment (Federation Tower), Moscow City, Moscow 123317, Russia; 612 Gold Crest Executive Tower, Jumeirah Lake Towers, Dubai, United Arab Emirates; Website https://www.awex.pro; Organization Established Date 09 Aug 2023; Registration Certificate Number (Dubai) DMCC193946 (United Arab Emirates); License DMCC-852167 (United Arab Emirates); Economic Register Number (CBLS) 11934635 (United Arab Emirates) [RUSSIA-EO14024].

AWEYES, Hassen Dahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Hassan Dahir; a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYS, Ahmed Dahir; a.k.a. AWEYS, Hassan Dahir; a.k.a. AWEYS, Sheikh; a.k.a. AWEYS, Sheikh Hassan Dahir; a.k.a. DAHIR, Aweys Hassan; a.k.a. IBRAHIM, Mohammed Hassan; a.k.a. OAIS, Hassan Tahir; a.k.a. UWAYS, Hassan Tahir; a.k.a. "HASSAN, Sheikh"), Somalia; Eritrea; DOB 1935; nationality Somalia; citizen Somalia (individual) [SOMALIA].

AWEYS, Ahmed Dahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Hassan Dahir; a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYES, Hassen Dahir; a.k.a. AWEYS, Hassan Dahir; a.k.a. AWEYS, Sheikh; a.k.a. AWEYS, Sheikh Hassan Dahir; a.k.a. DAHIR, Aweys Hassan; a.k.a. IBRAHIM, Mohammed Hassan; a.k.a. OAIS, Hassan Tahir; a.k.a. UWAYS, Hassan Tahir; a.k.a. "HASSAN, Sheikh"), Somalia; Eritrea; DOB 1935; nationality Somalia; citizen Somalia (individual) [SOMALIA].

AWEYS, Hassan Dahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Shaykh Hassan Dahir Aweys; a.k.a. AWES, Shaykh Hassan Dahir); DOB 1935; citizen Somalia (individual) [SDGT].

AWEYS, Hassan Dahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Hassan Dahir; a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYES, Hassen Dahir; a.k.a. AWEYS, Ahmed Dahir; a.k.a. AWEYS, Sheikh; a.k.a. AWEYS, Sheikh Hassan Dahir; a.k.a. DAHIR, Aweys Hassan; a.k.a. IBRAHIM, Mohammed Hassan; a.k.a. OAIS, Hassan Tahir; a.k.a. UWAYS, Hassan Tahir; a.k.a. "HASSAN, Sheikh"), Somalia; Eritrea; DOB 1935; nationality Somalia; citizen Somalia (individual) [SOMALIA].

AWEYS, Sheikh (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Hassan Dahir; a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYES, Hassen Dahir; a.k.a. AWEYS, Ahmed Dahir; a.k.a. AWEYS, Hassan Dahir; a.k.a. AWEYS, Sheikh Hassan Dahir; a.k.a. DAHIR, Aweys Hassan; a.k.a. IBRAHIM, Mohammed Hassan; a.k.a. OAIS, Hassan Tahir; a.k.a. UWAYS, Hassan Tahir; a.k.a. "HASSAN, Sheikh"), Somalia; Eritrea; DOB 1935; nationality Somalia; citizen Somalia (individual) [SOMALIA].

AWEYS, Sheikh Hassan Dahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Hassan Dahir; a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYES, Hassen Dahir; a.k.a. AWEYS, Ahmed Dahir; a.k.a. AWEYS, Hassan Dahir; a.k.a. AWEYS, Sheikh; a.k.a. DAHIR, Aweys Hassan; a.k.a. IBRAHIM, Mohammed Hassan; a.k.a. OAIS, Hassan Tahir; a.k.a. UWAYS, Hassan Tahir; a.k.a. "HASSAN, Sheikh"), Somalia; Eritrea; DOB 1935; nationality Somalia; citizen Somalia (individual) [SOMALIA].

AWF, Awad Ahmad Ibn (a.k.a. AUF, Awad Ibn; a.k.a. AUF, Awad Muhammad Ibn; a.k.a. AUF, Mohammed Ahmed Awad Ibn; a.k.a. AWF, Awad Ibn; a.k.a. NAUF, Awad Mohammed Ahmed Ebni; a.k.a. OAF, Awad Mohamed Ahmed Ibn; a.k.a. OUF, Awad Mohamed Ahmed Ibn); DOB circa 1954; nationality Sudan; Head of Military Intelligence and Security (individual) [DARFUR].

AWF, Awad Ibn (a.k.a. AUF, Awad Ibn; a.k.a. AUF, Awad Muhammad Ibn; a.k.a. AUF, Mohammed Ahmed Awad Ibn; a.k.a. AWF, Awad Ahmad Ibn; a.k.a. NAUF, Awad Mohammed Ahmed Ebni; a.k.a. OAF, Awad Mohamed Ahmed Ibn; a.k.a. OUF, Awad Mohamed Ahmed Ibn); DOB circa 1954; nationality Sudan; Head of Military Intelligence and Security (individual) [DARFUR].

AW-MAHAMUD, Abdiweli (a.k.a. WALAAC, Ina-Waran; a.k.a. YUSUF, Abdiweli Mohamed), Bari, Somalia; DOB 1982; alt. DOB 1981; alt. DOB 1980; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

AW-MOHAMED, Ahmed Abdi (a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. "ABU ZUBEYR"; a.k.a. "GODANE"; a.k.a. "GODANI"; a.k.a. "SHAYKH MUKHTAR"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia (individual) [SDGT].

AW-MOHAMED, Ahmed Abdi (a.k.a. ABU ZUBEYR, Muktar Abdirahman; a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMUD, Ahmed Abdi; a.k.a. "GODANE"; a.k.a. "GODANI"; a.k.a. "MUKHTAR, Shaykh"; a.k.a. "ZUBEYR, Abu"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia (individual) [SOMALIA].

AW-MOHAMUD, Ahmed Abdi (a.k.a. ABU ZUBEYR, Muktar Abdirahman; a.k.a. ABUZUBAIR, Muktar Abdulrahim; a.k.a. AW MOHAMMED, Ahmed Abdi; a.k.a. AW-MOHAMED, Ahmed Abdi; a.k.a. "GODANE"; a.k.a. "GODANI"; a.k.a. "MUKHTAR, Shaykh"; a.k.a. "ZUBEYR, Abu"); DOB 10 Jul 1977; POB Hargeysa, Somalia; nationality Somalia (individual) [SOMALIA].

AXIMU, Memetiming (a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; National ID No. 653225197110100533 (China) (individual) [SDGT].

AXIS SALE & MAINTENANCE BUILDINGS, S.A. DE C.V. (a.k.a. AXIS SALE AND MAINTENANCE BUILDINGS, S.A. DE C.V.), Puerto Vallarta, Jalisco, Mexico; Organization Established Date 16 Feb 2018; Organization Type: Real estate activities with own or leased property [ILLICIT-DRUGS-EO14059].

AXIS SALE AND MAINTENANCE BUILDINGS, S.A. DE C.V. (a.k.a. AXIS SALE & MAINTENANCE BUILDINGS, S.A. DE C.V.), Puerto Vallarta, Jalisco, Mexico; Organization Established Date 16 Feb 2018; Organization Type: Real estate activities with own or leased property [ILLICIT-DRUGS-EO14059].

AYA UNIVERSAL TRADING DENIZCILIK KUMANYACILIK LIMAN HIZMETLERI ITHALAT IHRACAT LTD STI (a.k.a. A Y A UNIVERSAL DENIZCILIK KUMANYACILIK LIMAN HIZMETLERI ITHALAT IHRACAT LIMITED SIRKETI), G.M.K. Bulvari Capital Ticaret Merkezi B Blok Kat, Mersin 42250, Turkey; Organization Established Date 16 May 2022; Organization Type: Other transportation support activities [RUSSIA-EO14024].

AYACH, Hassan (a.k.a. AYACHE, Hassan Mahmoud; a.k.a. AYACHE, Hassan Mohamad; a.k.a. AYASH, Hassan; a.k.a. AYASH, Hassan Muhammad; a.k.a. AYASH, Hassane), Beirut, Lebanon; DOB 01 May 1963; POB Beirut, Lebanon; nationality Lebanon; citizen Lebanon; Passport RL0361632 (Lebanon) (individual) [SDNTK].

AYACHE, Hassan Mahmoud (a.k.a. AYACH, Hassan; a.k.a. AYACHE, Hassan Mohamad; a.k.a. AYASH, Hassan; a.k.a. AYASH, Hassan Muhammad; a.k.a. AYASH, Hassane), Beirut, Lebanon; DOB 01 May 1963; POB Beirut, Lebanon; nationality Lebanon; citizen Lebanon; Passport RL0361632 (Lebanon) (individual) [SDNTK].

AYACHE, Hassan Mohamad (a.k.a. AYACH, Hassan; a.k.a. AYACHE, Hassan Mahmoud; a.k.a. AYASH, Hassan; a.k.a. AYASH, Hassan Muhammad; a.k.a. AYASH, Hassane), Beirut, Lebanon; DOB 01 May 1963; POB Beirut, Lebanon; nationality Lebanon; citizen Lebanon; Passport RL0361632 (Lebanon) (individual) [SDNTK].

AYACHE, Mahmoud Hassan (a.k.a. AYASH, Hassan), Beirut, Lebanon; DOB 1943; POB Miziara, Lebanon; nationality Lebanon (individual) [SDNTK].

AYAD, Adnan (a.k.a. ADNAN, Ali Ayad; a.k.a. 'IYAD, Adnan 'Ali (Arabic: عدنان على عياد)), Lebanon; Germany; Morocco; Ethiopia; Iraq; Ghana; Nigeria; Turkey; DOB 10 Mar 1963; alt. DOB 01 Jan 1963; nationality Lebanon; alt. nationality Germany; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0435095 (Lebanon); alt. Passport

C3T81VJJX (Germany) (individual) [SDGT] (Linked To: HIZBALLAH).

AYAD, Jaden (a.k.a. AYAD, Jehad; a.k.a. AYAD, Jihad Adnan (Arabic: جهاد عدنان عياد)), Zambia; DOB 26 Nov 1988; nationality Germany; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C480ZRLP5 (Germany) expires 02 Apr 2027; National ID No. 2865885 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AYAD, Jehad (a.k.a. AYAD, Jaden; a.k.a. AYAD, Jihad Adnan (Arabic: جهاد عدنان عياد)), Zambia; DOB 26 Nov 1988; nationality Germany; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C480ZRLP5 (Germany) expires 02 Apr 2027; National ID No. 2865885 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AYAD, Jihad Adnan (Arabic: جهاد عدنان عياد) (a.k.a. AYAD, Jaden; a.k.a. AYAD, Jehad), Zambia; DOB 26 Nov 1988; nationality Germany; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport C480ZRLP5 (Germany) expires 02 Apr 2027; National ID No. 2865885 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

AYAD, Yosef (a.k.a. AYAD, Yosef de Castro; a.k.a. AYAD, Youssef); DOB 27 Jan 1989; POB Lebanon; nationality Philippines; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

AYAD, Yosef de Castro (a.k.a. AYAD, Yosef; a.k.a. AYAD, Youssef); DOB 27 Jan 1989; POB Lebanon; nationality Philippines; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

AYAD, Youssef (a.k.a. AYAD, Yosef; a.k.a. AYAD, Yosef de Castro); DOB 27 Jan 1989; POB Lebanon; nationality Philippines; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

AYADI CHAFIK, Ben Muhammad (a.k.a. AIADI, Ben Muhammad; a.k.a. AIADY, Ben Muhammad; a.k.a. AYADI SHAFIQ, Ben Muhammad; a.k.a. BIN MUHAMMAD, Ayadi Chafiq), Helene Meyer Ring 10-1415-80809, Munich, Germany; 129 Park Road, NW8, London, United Kingdom; 28 Chaussee de Lille, Mouscron, Belgium; Darvingasse 1/2/58-60, Vienna, Austria; Tunisia; DOB 21 Jan 1963; POB Safais (Sfax), Tunisia (individual) [SDGT].

AYADI SHAFIQ, Ben Muhammad (a.k.a. AIADI, Ben Muhammad; a.k.a. AIADY, Ben Muhammad; a.k.a. AYADI CHAFIK, Ben Muhammad; a.k.a. BIN MUHAMMAD, Ayadi Chafiq), Helene Meyer Ring 10-1415-80809, Munich, Germany; 129 Park Road, NW8, London, United Kingdom; 28 Chaussee de Lille, Mouscron, Belgium; Darvingasse 1/2/58-60, Vienna, Austria; Tunisia; DOB 21 Jan 1963; POB Safais (Sfax), Tunisia (individual) [SDGT].

AYADMIROVA, Medni Musaevna (Cyrillic: АЙДАМИРОВА, Медни Мусаевна) (a.k.a. KADYROVA, Medni Musaevna (Cyrillic: КАДЫРОВА, Медни Мусаевна); a.k.a. KADYROVA, Medny (Cyrillic: КАДЫРОВА, Медни)), Republic of Chechnya, Russia; Moscow, Russia; DOB 07 Sep 1978; nationality Russia; citizen Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: KADYROV, Ramzan Akhmatovich).

AYAKS OOO (a.k.a. LIMITED LIABILITY COMPANY AYAKS), ul. Bolshaya Yakimanka, d. 22, pom. XIII chast kom. 3, Moscow, Russia; Tax ID No. 7706809452 (Russia); Registration Number 1147746522582 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

AYALA BARRERA, Rubi Yiceth; DOB 13 Feb 1982; Cedula No. 52784570 (Colombia) (individual) [SDNTK] (Linked To: HERJEZ LTDA.).

AYALA ROMERO, Diego, Mexico; DOB 27 Nov 1974; POB Acatic, Jalisco, Mexico; citizen Mexico; Gender Male; R.F.C. AARD7411274XA (Mexico); C.U.R.P. AARD741127HJCYMG09 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION).

AYAN, Bahaddin (a.k.a. AYAN, Bahattin), Bahcekoy Mah Ihlamur Sk N4 Bahcekoy Sariyer, Istanbul, Turkey; Resit Pasa Birgul Mh Denizbank Ust Sit Yol Sk N29 Istinye, Istanbul, Turkey; DOB 07 Jan 1989; POB Ankara, Turkey; nationality Turkey; citizen Turkey; Gender Male; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 37937088634 (Turkey) (individual) [SDGT] (Linked To: ASB GROUP OF COMPANIES LIMITED).

AYAN, Bahattin (a.k.a. AYAN, Bahaddin), Bahcekoy Mah Ihlamur Sk N4 Bahcekoy Sariyer, Istanbul, Turkey; Resit Pasa Birgul Mh Denizbank Ust Sit Yol Sk N29 Istinye, Istanbul, Turkey; DOB 07 Jan 1989; POB Ankara, Turkey; nationality Turkey; citizen Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 37937088634 (Turkey) (individual) [SDGT] (Linked To: ASB GROUP OF COMPANIES LIMITED).

AYAN, Sidki (a.k.a. AYAN, Sitki), Istanbul, Turkey; DOB 01 Jan 1963; POB Golova, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 37982087194 (Turkey) expires 20 Apr 2025; alt. Passport U02536259 (Turkey) expires 28 Jun 2021 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AYAN, Sitki (a.k.a. AYAN, Sidki), Istanbul, Turkey; DOB 01 Jan 1963; POB Golova, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 37982087194 (Turkey) expires 20 Apr 2025; alt. Passport U02536259 (Turkey) expires 28 Jun 2021 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AYANDEH BANK, Ayandeh Bank Bldg. Floor 1, 15 Shahid Ahmadian St. (15th St.) Ahmad Ghasir (Bucharest) Ave, Tehran, Iran; SWIFT/BIC AYBKIRTH; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [IRAN-TRA] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

AYARI, Chiheb Ben Mohamed (a.k.a. AL-AYARI, Chiheb Ben Mohamed Ben Mokhtar; a.k.a. "HICHEM ABU HCHEM"), Via di Saliceto n.51/9, Bologna, Italy; DOB 19 Dec 1965; POB Tunis, Tunisia; nationality Tunisia; Passport L246084 issued 10 Jun 1996 expires 09 Jun 2001 (individual) [SDGT].

AYASH EXCHANGE COMPANY SARL (a.k.a. AYASH XCHANGE CO.; a.k.a. HASSAN AYACH EXCHANGE; a.k.a. HASSAN AYAS PARTNER EXCHANGE CO; a.k.a. HASSAN AYASH EXCHANGE COMPANY; a.k.a. HASSANE AYASH EXCHANGE CO. SARL; a.k.a. MAKDESSI SAYRAFI COMPANY), Madame Curie St., Hamra St., Beirut, Lebanon [SDNTK].

AYASH XCHANGE CO. (a.k.a. AYASH EXCHANGE COMPANY SARL; a.k.a. HASSAN AYACH EXCHANGE; a.k.a. HASSAN AYAS PARTNER EXCHANGE CO; a.k.a. HASSAN AYASH EXCHANGE COMPANY; a.k.a. HASSANE AYASH EXCHANGE CO. SARL; a.k.a. MAKDESSI SAYRAFI COMPANY), Madame Curie St., Hamra St., Beirut, Lebanon [SDNTK].

AYASH, Hassan (a.k.a. AYACHE, Mahmoud Hassan), Beirut, Lebanon; DOB 1943; POB Miziara, Lebanon; nationality Lebanon (individual) [SDNTK].

AYASH, Hassan (a.k.a. AYACH, Hassan; a.k.a. AYACHE, Hassan Mahmoud; a.k.a. AYACHE, Hassan Mohamad; a.k.a. AYASH, Hassan Muhammad; a.k.a. AYASH, Hassane), Beirut, Lebanon; DOB 01 May 1963; POB Beirut, Lebanon; nationality Lebanon; citizen Lebanon; Passport RL0361632 (Lebanon) (individual) [SDNTK].

AYASH, Hassan Muhammad (a.k.a. AYACH, Hassan; a.k.a. AYACHE, Hassan Mahmoud; a.k.a. AYACHE, Hassan Mohamad; a.k.a. AYASH, Hassan; a.k.a. AYASH, Hassane), Beirut, Lebanon; DOB 01 May 1963; POB Beirut, Lebanon; nationality Lebanon; citizen Lebanon; Passport RL0361632 (Lebanon) (individual) [SDNTK].

AYASH, Hassane (a.k.a. AYACH, Hassan; a.k.a. AYACHE, Hassan Mahmoud; a.k.a. AYACHE, Hassan Mohamad; a.k.a. AYASH, Hassan; a.k.a. AYASH, Hassan Muhammad), Beirut, Lebanon; DOB 01 May 1963; POB Beirut, Lebanon; nationality Lebanon; citizen Lebanon; Passport RL0361632 (Lebanon) (individual) [SDNTK].

AYASH, Mostafa Moin Mahmoud (a.k.a. AYASH, Mustafa; a.k.a. AYYASH, Mustafa), Wienerstrasse 20, Linz 4020, Austria; DOB 18 Sep 1992; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K1332951 (Austria) issued 17 Dec 2018 expires 16 Dec 2023; National ID No. 160715450005

(Austria) issued 04 Dec 2018 (individual) [SDGT] (Linked To: GAZA NOW).

AYASH, Mustafa (a.k.a. AYASH, Mostafa Moin Mahmoud; a.k.a. AYYASH, Mustafa), Wienerstrasse 20, Linz 4020, Austria; DOB 18 Sep 1992; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K1332951 (Austria) issued 17 Dec 2018 expires 16 Dec 2023; National ID No. 160715450005 (Austria) issued 04 Dec 2018 (individual) [SDGT] (Linked To: GAZA NOW).

AYDAH TRADING AL AIN (a.k.a. AYDAH TRADING LLC), P.O. Box 89103, Dubai, United Arab Emirates; P.O. Box 16524, Al Ain, Abu Dhabi, United Arab Emirates; Rm. 413, Jumma Bldg., Naif Rd., Deira, Dubai, United Arab Emirates [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

AYDAH TRADING LLC (a.k.a. AYDAH TRADING AL AIN), P.O. Box 89103, Dubai, United Arab Emirates; P.O. Box 16524, Al Ain, Abu Dhabi, United Arab Emirates; Rm. 413, Jumma Bldg., Naif Rd., Deira, Dubai, United Arab Emirates [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

AYDAR, Zubayin (a.k.a. AYDAR, Zubayir); DOB 01 Jan 1961; POB Yanikses, Turkey; nationality Turkey (individual) [SDNTK].

AYDAR, Zubayir (a.k.a. AYDAR, Zubayin); DOB 01 Jan 1961; POB Yanikses, Turkey; nationality Turkey (individual) [SDNTK].

AYDIN, Mustafa, Turkey; DOB 26 May 1988; Passport U04663595 (Turkey) (individual) [SYRIA] (Linked To: MILENYUM ENERGY S.A.; Linked To: BLUE ENERGY TRADE LTD. CO.; Linked To: ABDULKARIM GROUP).

AYE, Daw Than Than (a.k.a. AYE, Than Than), Naypyitaw, Burma; DOB 08 Jan 1960; nationality Burma; Gender Female; National ID No. 12LAMANAN089490 (Burma) (individual) [BURMA-EO14014].

AYE, Maung Maung (a.k.a. "AYE, Mg Mg"), Burma; DOB 1962; POB Burma; nationality Burma; Gender Male (individual) [BURMA-EO14014].

AYE, Nu Sein (a.k.a. SEIN, Aye Nu; a.k.a. SEIN, Daw Aye Nu), Naypyitaw, Burma; DOB 24 Mar 1957; POB Sittwe, Burma; nationality Burma; citizen Burma; Gender Female; State Administrative Council Member (individual) [BURMA-EO14014].

AYE, Than Than (a.k.a. AYE, Daw Than Than), Naypyitaw, Burma; DOB 08 Jan 1960;

nationality Burma; Gender Female; National ID No. 12LAMANAN089490 (Burma) (individual) [BURMA-EO14014].

AYERAS, Abdul Kareem (a.k.a. AYERAS, Abdul Karem; a.k.a. AYERAS, Abdul Karim; a.k.a. AYERAS, Khalil; a.k.a. AYERAS, Ricardo Abdulkareem; a.k.a. AYERAS, Ricardo Abdulkarim; a.k.a. AYERAS, Ricardo Perez; a.k.a. AYERAS, Ricky; a.k.a. AYERS, Abdul Karim; a.k.a. PEREZ, Isaac Jay Galang; a.k.a. PEREZ, Jay; a.k.a. "MUJIB, Abdul"), 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; DOB 15 Sep 1973; POB 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; nationality Philippines (individual) [SDGT].

AYERAS, Abdul Karem (a.k.a. AYERAS, Abdul Kareem; a.k.a. AYERAS, Abdul Karim; a.k.a. AYERAS, Khalil; a.k.a. AYERAS, Ricardo Abdulkareem; a.k.a. AYERAS, Ricardo Abdulkarim; a.k.a. AYERAS, Ricardo Perez; a.k.a. AYERAS, Ricky; a.k.a. AYERS, Abdul Karim; a.k.a. PEREZ, Isaac Jay Galang; a.k.a. PEREZ, Jay; a.k.a. "MUJIB, Abdul"), 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; DOB 15 Sep 1973; POB 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; nationality Philippines (individual) [SDGT].

AYERAS, Abdul Karim (a.k.a. AYERAS, Abdul Kareem; a.k.a. AYERAS, Abdul Karem; a.k.a. AYERAS, Khalil; a.k.a. AYERAS, Ricardo Abdulkareem; a.k.a. AYERAS, Ricardo Abdulkarim; a.k.a. AYERAS, Ricardo Perez; a.k.a. AYERAS, Ricky; a.k.a. AYERS, Abdul Karim; a.k.a. PEREZ, Isaac Jay Galang; a.k.a. PEREZ, Jay; a.k.a. "MUJIB, Abdul"), 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; DOB 15 Sep 1973; POB 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; nationality Philippines (individual) [SDGT].

AYERAS, Khalil (a.k.a. AYERAS, Abdul Kareem; a.k.a. AYERAS, Abdul Karem; a.k.a. AYERAS, Abdul Karim; a.k.a. AYERAS, Ricardo Abdulkareem; a.k.a. AYERAS, Ricardo Abdulkarim; a.k.a. AYERAS, Ricardo Perez; a.k.a. AYERAS, Ricky; a.k.a. AYERS, Abdul Karim; a.k.a. PEREZ, Isaac Jay Galang; a.k.a. PEREZ, Jay; a.k.a. "MUJIB, Abdul"), 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; DOB 15 Sep 1973; POB 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; nationality Philippines (individual) [SDGT].

AYERAS, Ricardo Abdulkareem (a.k.a. AYERAS, Abdul Kareem; a.k.a. AYERAS, Abdul Karem; a.k.a. AYERAS, Abdul Karim; a.k.a. AYERAS, Khalil; a.k.a. AYERAS, Ricardo Abdulkarim; a.k.a. AYERAS, Ricardo Perez; a.k.a. AYERAS, Ricky; a.k.a. AYERS, Abdul Karim; a.k.a. PEREZ, Isaac Jay Galang; a.k.a. PEREZ, Jay; a.k.a. "MUJIB, Abdul"), 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; DOB 15 Sep 1973; POB 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; nationality Philippines (individual) [SDGT].

AYERAS, Ricardo Abdulkarim (a.k.a. AYERAS, Abdul Kareem; a.k.a. AYERAS, Abdul Karem; a.k.a. AYERAS, Abdul Karim; a.k.a. AYERAS, Khalil; a.k.a. AYERAS, Ricardo Abdulkareem; a.k.a. AYERAS, Ricardo Perez; a.k.a. AYERAS, Ricky; a.k.a. AYERS, Abdul Karim; a.k.a. PEREZ, Isaac Jay Galang; a.k.a. PEREZ, Jay; a.k.a. "MUJIB, Abdul"), 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; DOB 15 Sep 1973; POB 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; nationality Philippines (individual) [SDGT].

AYERAS, Ricardo Perez (a.k.a. AYERAS, Abdul Kareem; a.k.a. AYERAS, Abdul Karem; a.k.a. AYERAS, Abdul Karim; a.k.a. AYERAS, Khalil; a.k.a. AYERAS, Ricardo Abdulkareem; a.k.a. AYERAS, Ricardo Abdulkarim; a.k.a. AYERAS, Ricky; a.k.a. AYERS, Abdul Karim; a.k.a. PEREZ, Isaac Jay Galang; a.k.a. PEREZ, Jay; a.k.a. "MUJIB, Abdul"), 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; DOB 15 Sep 1973; POB 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; nationality Philippines (individual) [SDGT].

AYERAS, Ricky (a.k.a. AYERAS, Abdul Kareem; a.k.a. AYERAS, Abdul Karem; a.k.a. AYERAS, Abdul Karim; a.k.a. AYERAS, Khalil; a.k.a. AYERAS, Ricardo Abdulkareem; a.k.a. AYERAS, Ricardo Abdulkarim; a.k.a. AYERAS, Ricardo Perez; a.k.a. AYERS, Abdul Karim; a.k.a. PEREZ, Isaac Jay Galang; a.k.a. PEREZ, Jay; a.k.a. "MUJIB, Abdul"), 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; DOB 15 Sep 1973; POB 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; nationality Philippines (individual) [SDGT].

AYERS, Abdul Karim (a.k.a. AYERAS, Abdul Kareem; a.k.a. AYERAS, Abdul Karem; a.k.a. AYERAS, Abdul Karim; a.k.a. AYERAS, Khalil;

a.k.a. AYERAS, Ricardo Abdulkareem; a.k.a. AYERAS, Ricardo Abdulkarim; a.k.a. AYERAS, Ricardo Perez; a.k.a. AYERAS, Ricky; a.k.a. PEREZ, Isaac Jay Galang; a.k.a. PEREZ, Jay; a.k.a. "MUJIB, Abdul"), 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; DOB 15 Sep 1973; POB 24 Paraiso Street, Barangay Poblacion, Mandaluyong City, Manila, Philippines; nationality Philippines (individual) [SDGT].

AYINI, Hosein (a.k.a. A'INI, Hosein Omid; a.k.a. A'INI, Husayn), Iran; DOB 15 Jan 1976; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3801669696 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

AYKUT, Alaaddin, Istanbul, Turkey; DOB 03 Jan 1965; POB Kilis, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Identification Number 61516474396 (Turkey) (individual) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

AYMAN, Maalim (a.k.a. ABDI, Nuh Ibrahim; a.k.a. ALI, Abdiaziz Dubow; a.k.a. AYMAN, Ma'alim; a.k.a. AYMAN, Mo'alim; a.k.a. "KABO, Ayman"), Kenya; Badamadow, Lower Juba Region, Somalia; DOB 1973; alt. DOB 1983; POB Kenya; Gender Male (individual) [SDGT].

AYMAN, Ma'alim (a.k.a. ABDI, Nuh Ibrahim; a.k.a. ALI, Abdiaziz Dubow; a.k.a. AYMAN, Maalim; a.k.a. AYMAN, Mo'alim; a.k.a. "KABO, Ayman"), Kenya; Badamadow, Lower Juba Region, Somalia; DOB 1973; alt. DOB 1983; POB Kenya; Gender Male (individual) [SDGT].

AYMAN, Mo'alim (a.k.a. ABDI, Nuh Ibrahim; a.k.a. ALI, Abdiaziz Dubow; a.k.a. AYMAN, Maalim; a.k.a. AYMAN, Ma'alim; a.k.a. "KABO, Ayman"), Kenya; Badamadow, Lower Juba Region, Somalia; DOB 1973; alt. DOB 1983; POB Kenya; Gender Male (individual) [SDGT].

AYOUB, Ali Abdullah (Arabic: علي عبدالله أيوب); DOB 28 Apr 1952; POB Latakia, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

AYSSA, Walid (a.k.a. AL HAMIDAN, Mohamad Alsaied; a.k.a. ALHEMEDAN, Mohamad Alsaeed; a.k.a. ALHMEDAN, Mohamad Alsaeed; a.k.a. ALHMIDAN, Mohamad; a.k.a. ALHMIDAN, Mohamad Alsaied; a.k.a. ALUOALII, Mohamad; a.k.a. ALWAKIE, Mohamad), Turkey; DOB 20 Feb 1976; alt. DOB

13 Feb 1975; alt. DOB 07 Jan 1977; alt. DOB 15 Feb 1976; Passport N010084435 (Syria); Identification Number N002595610 (Syria); alt. Identification Number 00407L012704 (Syria); alt. Identification Number N0097000224 (Syria); alt. Identification Number L07521 (Syria) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

AYTEK, Mustafa Cankat, Turkey; DOB 19 Sep 1980; nationality Turkey; Gender Male; Tax ID No. 51343151980 (Turkey) (individual) [RUSSIA-EO14024] (Linked To: TURKIK UNION DIGITAL TECHNOLOGY TRANSFORMATION OFFICE INCORPORATED COMPANY).

AYUB, Qari Muhammad (a.k.a. BASHAR, Alhaj Qari Ayub; a.k.a. BASHIR, Ayob; a.k.a. BASHIR, Qari Ayyub), Mir Ali, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1966; alt. DOB 1964; alt. DOB 1969; alt. DOB 1971; nationality Uzbekistan; alt. nationality Afghanistan (individual) [SDGT].

AYUBI, Salahuddin (a.k.a. KHAN, Bahawal), South Waziristan, Pakistan; Paktika, Afghanistan; Zabul, Afghanistan; Helmand, Afghanistan; Kandahar, Afghanistan; DOB 1979 (individual) [SDGT].

AYUPOV, Rinat Zaydulayevich (Cyrillic: АЮПОВ, Ринат Зайдулаевич), Russia; DOB 13 Aug 1974; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

AYUTO, Siyaat (a.k.a. AYUTO, Siyad; a.k.a. AYUUTO, Siyaad; a.k.a. AYUUTO, Siyat; a.k.a. YUSUF, Siyaad Isaaq), Kamjiron, Somalia; Hargeisa, Somalia; Lower Juba, Somalia; DOB 1981; alt. DOB 1982; POB Beer Xaani, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

AYUTO, Siyad (a.k.a. AYUTO, Siyaat; a.k.a. AYUUTO, Siyaad; a.k.a. AYUUTO, Siyat; a.k.a. YUSUF, Siyaad Isaaq), Kamjiron, Somalia; Hargeisa, Somalia; Lower Juba, Somalia; DOB 1981; alt. DOB 1982; POB Beer Xaani, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

AYUUTO, Siyaad (a.k.a. AYUTO, Siyaat; a.k.a. AYUTO, Siyad; a.k.a. AYUUTO, Siyat; a.k.a.

YUSUF, Siyaad Isaaq), Kamjiron, Somalia; Hargeisa, Somalia; Lower Juba, Somalia; DOB 1981; alt. DOB 1982; POB Beer Xaani, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

AYUUTO, Siyat (a.k.a. AYUTO, Siyaat; a.k.a. AYUTO, Siyad; a.k.a. AYUUTO, Siyaad; a.k.a. YUSUF, Siyaad Isaaq), Kamjiron, Somalia; Hargeisa, Somalia; Lower Juba, Somalia; DOB 1981; alt. DOB 1982; POB Beer Xaani, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

AYYASH, Mustafa (a.k.a. AYASH, Mostafa Moin Mahmoud; a.k.a. AYASH, Mustafa), Wienerstrasse 20, Linz 4020, Austria; DOB 18 Sep 1992; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K1332951 (Austria) issued 17 Dec 2018 expires 16 Dec 2023; National ID No. 160715450005 (Austria) issued 04 Dec 2018 (individual) [SDGT] (Linked To: GAZA NOW).

AYYUBI, Rashid, Syria; DOB 25 Jul 1994; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AZAD, Khan Mohammad (a.k.a. "AZAD, K M"), Bangladesh; DOB 15 Oct 1974; POB Barisal, Bangladesh; nationality Bangladesh; Gender Male; National ID No. 2650898262191 (Bangladesh) (individual) [GLOMAG] (Linked To: RAPID ACTION BATTALION).

AZADFAR, Mansur (a.k.a. AMIRIAN, Amir; a.k.a. EYRLO, Hassan; a.k.a. EYRLOU, Hassan; a.k.a. HASSAN, Abu; a.k.a. IRLOO, Hassan; a.k.a. IRLU, Hasan; a.k.a. IRLU, Hasan Azir), Sanaa, Yemen; DOB 11 Jun 1964; alt. DOB 1959; alt. DOB 1958; alt. DOB 1960; POB Rey, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0089886348 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AZADKHANI, Amirhossein, Iran; DOB 23 Jan 1996; POB Shemiran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Y33935483 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

AZAM, Amir (a.k.a. SHEIKH MOHAMMED, Amir Azam), c/o A A TRADING FZCO, Dubai, United Arab Emirates; Dubai, United Arab Emirates; DOB 02 Nov 1971; POB Chiswick, England; citizen United Arab Emirates; Passport 039856039 (United Kingdom) (individual) [SDNTK].

AZAM, Khalil Mouhamad (a.k.a. AZZAM, Khalil Mohammed; a.k.a. 'AZZAM, Khalil Muhammad; a.k.a. 'AZZAM, Khalil Muhammad Khalil (Arabic: خليل محمد خليل عزام)), Tripoli, Lebanon; DOB 01 Jan 1968; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

AZAM, Sultan Aziz, Afghanistan; DOB 1985; POB Afghanistan; nationality Afghanistan; Gender Male (individual) [SDGT].

A'ZAMI, Majid (Arabic: مجید اعظمی), Iran; DOB 06 Jan 1983; POB Esfahan, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1287272045 (Iran) (individual) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

AZAMI, Reza Mousavi (a.k.a. AZAMI, Seyed Reza Mousavi (Arabic: رضا موسوی اعظمی)), Iran; DOB 05 May 1971; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Y53914437 (Iran) (individual) [IRAN-HR] (Linked To: SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES).

AZAMI, Seyed Reza Mousavi (Arabic: سید رضا موسوی اعظمی (a.k.a. AZAMI, Reza Mousavi), Iran; DOB 05 May 1971; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Y53914437 (Iran) (individual) [IRAN-HR] (Linked To: SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES).

AZAR INVESTMENT, Iran [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

AZAR PAD QESHM (a.k.a. AZARPAD QESHM; a.k.a. AZARPAD QESHM CO; a.k.a. "APCO"), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; No. 303, Mahtab Building, Pardis Cross Road, Golden City, Qeshm, Iran; No. 44, East Atefi St., Africa Blvd., Tehran, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

AZARI JAHROMI, Mohammad Javad, Iran; DOB 16 Sep 1981; POB Jahrom, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN] [IRAN-TRA].

AZAROV, Dmitriy Igorevich (Cyrillic: АЗАРОВ, Дмитрий Игоревич) (a.k.a. AZAROV, Dmitry Igorevich), Samara, Russia; DOB 09 Aug 1970; POB Samara, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 631500379803 (Russia) (individual) [RUSSIA-EO14024].

AZAROV, Dmitry Igorevich (a.k.a. AZAROV, Dmitriy Igorevich (Cyrillic: АЗАРОВ, Дмитрий Игоревич)), Samara, Russia; DOB 09 Aug 1970; POB Samara, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 631500379803 (Russia) (individual) [RUSSIA-EO14024].

AZAROV, Mykola Nikolai Yanovych (a.k.a. AZAROV, Mykola Yanovych; a.k.a. PAKHLO, Nikolai Yanovich); DOB 17 Dec 1947; POB Kaluga, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Former Prime Minister of Ukraine (individual) [UKRAINE-EO13660].

AZAROV, Mykola Yanovych (a.k.a. AZAROV, Mykola Nikolai Yanovych; a.k.a. PAKHLO, Nikolai Yanovich); DOB 17 Dec 1947; POB Kaluga, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Former Prime Minister of Ukraine (individual) [UKRAINE-EO13660].

AZARPAD QESHM (a.k.a. AZAR PAD QESHM; a.k.a. AZARPAD QESHM CO; a.k.a. "APCO"), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; No. 303, Mahtab Building, Pardis Cross Road, Golden City, Qeshm, Iran; No. 44, East Atefi St., Africa Blvd., Tehran, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

AZARPAD QESHM CO (a.k.a. AZAR PAD QESHM; a.k.a. AZARPAD QESHM; a.k.a. "APCO"), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; No. 303, Mahtab Building, Pardis Cross Road,

Golden City, Qeshm, Iran; No. 44, East Atefi St., Africa Blvd., Tehran, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

AZARPISHEH, Mehdi (a.k.a. "MANSURI, Mehdi"), Iran; DOB 31 Jul 1983; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 26338775 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AZEMSHA, Sergei Yakovlevich (Cyrillic: АЗЕМША, Сергей Яковлевич) (a.k.a. AZEMSHA, Siarhei Yakaulevich (Cyrillic: АЗЕМША, Сяргей Якаўлевіч)), Minsk, Belarus; DOB 17 Jul 1974; POB Rechitsa, Gomel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

AZEMSHA, Siarhei Yakaulevich (Cyrillic: АЗЕМША, Сяргей Якаўлевіч) (a.k.a. AZEMSHA, Sergei Yakovlevich (Cyrillic: АЗЕМША, Сергей Яковлевич)), Minsk, Belarus; DOB 17 Jul 1974; POB Rechitsa, Gomel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

AZERBAIJAN CONSTRUCTION, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

AZHAR, Abdul Rauf (a.k.a. ALVI, Abdul Rauf; a.k.a. AZHAR, Abdur Rauf); DOB 1974; POB Bwawal Pur, Pakistan; alt. POB Bahawalpur, Pakistan (individual) [SDGT].

AZHAR, Abdur Rauf (a.k.a. ALVI, Abdul Rauf; a.k.a. AZHAR, Abdul Rauf); DOB 1974; POB Bwawal Pur, Pakistan; alt. POB Bahawalpur, Pakistan (individual) [SDGT].

AZHAR, Masud (a.k.a. ALVI, Mohammad Masood Azhar; a.k.a. ESAH, Wali Adam; a.k.a. ISAH, Wali Adam), 1260/108, Block N0.6-B, Kausar Colony, Model Town-B, Bahawalpur, Punjab Province, Pakistan; Lahore City, Lahore District, Punjab Province, Pakistan; DOB 10 Jul 1968; alt. DOB 10 Jun 1968; POB Bahawalpur, Punjab Province, Pakistan; nationality Pakistan; citizen Pakistan; Maulana (individual) [SDGT].

AZHAR, Mohammad (a.k.a. MAHAZAR, Maulawi Mohammad; a.k.a. MAZAR, Hakim Muhammed; a.k.a. MAZAR, Maulana; a.k.a. MAZHAR, Hakeem Mohammad; a.k.a. MAZHAR, Hakim; a.k.a. MAZHAR, Maulana Hakim Mohammad; a.k.a. MAZHAR, Mohammad; a.k.a. MAZHAR, Mohammed; a.k.a. MAZHAR, Molana; a.k.a.

MAZHAR, Molavi Muhammad), ST 1/A, Block 2, Gulshan-e-Iqbal, Karachi, Pakistan; DOB 05 Oct 1951; POB Azamgarh, Uttar Pradesh, India; nationality Pakistan; Passport KZ 550207 (Pakistan); alt. Passport KC550207 (Pakistan); alt. Passport G154297 (Pakistan) (individual) [SDGT].

AZIA SHIPPING COMPANY (a.k.a. OOO SUDOKHODNAIA KOMPANIIA AZIA; a.k.a. "AZSCO"), 29, Posetskaya Str., Vladivostok 690091, Russia; Tax ID No. 2540195189 (Russia); Identification Number IMO 5766589; Registration Number 1132540008732 (Russia) [RUSSIA-EO14024].

AZIA SHIPPING HOLDINGS LIMITED, Office 4, 1st Floor Mitsi Building, 1, Stasinou Avenue, Nicosia 1060, Cyprus; Identification Number IMO 5053924; Registration Number HE 131171 (Cyprus) [RUSSIA-EO14024].

AZIMI, Mohammad (Arabic: محمد عظیمی) (a.k.a. AZIMI, Mohammad Nazar (Arabic: محمد نظر عظیمی)), Iran; DOB 21 Mar 1960; POB Kangavar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3309730409 (Iran); Commander of Najaf Ashraf West Headquarters; Brigadier General (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

AZIMI, Mohammad Nazar (Arabic: محمد نظر عظیمی) (a.k.a. AZIMI, Mohammad (Arabic: محمد عظیمی)), Iran; DOB 21 Mar 1960; POB Kangavar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3309730409 (Iran); Commander of Najaf Ashraf West Headquarters; Brigadier General (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

AZIMI, Ruhollah (a.k.a. BAZGHANDI, Rouhollah (Arabic: روح اله بازغندی)), Basement Floor 1, No. 51, 51 Sadoughi Alley, Shahid Sadoughi Boulevard, Qom, Zanbilabad District 3716945864, Iran; DOB 20 Sep 1981; POB Sabzevar, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0793640271 (Iran); Birth Certificate Number 4697 (Iran) (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

AZIMIAN, Hamidreza, Iran; DOB 23 Jul 1961; POB Tabriz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Executive Order

13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e); Passport L29727205 (Iran) (individual) [IFCA] (Linked To: ESFAHAN'S MOBARAKEH STEEL COMPANY).

AZIMUT LLC (a.k.a. GLAVSET LLC; a.k.a. GLAVSET, OOO; a.k.a. INTERNET RESEARCH AGENCY LLC; a.k.a. LAKHTA INTERNET RESEARCH; a.k.a. MEDIASINTEZ LLC; a.k.a. MEDIASINTEZ, OOO; a.k.a. MIXINFO LLC; a.k.a. NOVINFO LLC; a.k.a. NOVINFO, OOO), 55 Savushkina Street, St. Petersburg, Russia; d. 4 korp. 3 litera A pom. 9-N, ofis 238, ul. Optikov, St. Petersburg, Russia; d. 4 litera B pom. 22-N, ul. Starobelskaya, St. Petersburg, Russia; d. 79 litera A. pom 1-N, ul. Planernaya, St. Petersburg, Russia; 4 Optikov Street, Building 3, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [ELECTION-EO13848].

AZINT ELEKTRONIK MAKINA GIDA URUNLERI TEKSTIL NAKLIYAT ITHALAT IHRACAT SANAYI TICARET LIMITED, Veysel Karani Mah. Kanuni Cad E Blok D.23, Sancaktepe, Istanbul, Turkey; Tax ID No. 1270919292 (Turkey); Istanbul Chamber of Comm. No. 232409-5 (Turkey) [RUSSIA-EO14024].

AZIZ, Abdul (a.k.a. "BALOCH, Abdul Aziz"; a.k.a. "ZAMANI, Aziz Shah"), House #29, 30th St., Karachi, Pakistan; Quetta, Pakistan; DOB 1985; Gender Male; Passport AP1810244 expires 31 Oct 2026 (individual) [SDGT] (Linked To: TALIBAN).

AZIZ, Abdul Hamid Abdul (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. DILIP, Aziz; a.k.a. EBRAHIM, Dawood; a.k.a. HASAN, Shaikh Daud; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SABRI, Dawood; a.k.a. SAHEB, Amir; a.k.a. SETH, Iqbal), 617 CP Berar Society, Block 7-8, Karachi, Pakistan;

House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

AZIZ, Hussein Faleh (a.k.a. AL-LAMI, Abu Zainab; a.k.a. AL-LAMI, Hussein Falah), Iraq; DOB 20 Jun 1969; POB Baghdad, Iraq; nationality Iraq; Gender Male (individual) [GLOMAG].

AZIZ, Mohammad (a.k.a. AFGHAN, Shear; a.k.a. AFGHAN, Sher; a.k.a. AFGHAN, Shir; a.k.a. KHAN, Abdullah); DOB 1962; alt. DOB 1959; POB Pakistan (individual) [SDNTK].

AZIZ, Mohammad Yahya (a.k.a. MUJAHID, Mohammed Yahya; a.k.a. MUJAHID, Muhammad Yahya; a.k.a. MUJAHID, Yahya); DOB 12 Mar 1961; POB Lahore, Punjab Province, Pakistan; alt. POB Sheikhupura, Pakistan; National ID No. 35404-1577309-9 (Pakistan); alt. National ID No. 26961341469 (Pakistan) (individual) [SDGT].

AZIZ, Sa'id Yusif Abu (a.k.a. 'AZIZ, Sa'ud Abu; a.k.a. AZIZA, Said Youssef Ali Abu; a.k.a. AZIZAH, Sa'id Yusif Ali Abu; a.k.a. AZIZAT, Sa'id Yusif Ali Abu; a.k.a. "AL-HAMID, Abd"; a.k.a. "HAMID, Abdul"; a.k.a. "THERAB, Abu"; a.k.a. "THURAB, Abu"; a.k.a. "TURAB, Abu"); DOB 1958; POB Tripoli, Libya; Passport 87/437555 (Libya) (individual) [SDGT].

'AZIZ, Sa'ud Abu (a.k.a. AZIZ, Sa'id Yusif Abu; a.k.a. AZIZA, Said Youssef Ali Abu; a.k.a. AZIZAH, Sa'id Yusif Ali Abu; a.k.a. AZIZAT, Sa'id Yusif Ali Abu; a.k.a. "AL-HAMID, Abd";

a.k.a. "HAMID, Abdul"; a.k.a. "THERAB, Abu"; a.k.a. "THURAB, Abu"; a.k.a. "TURAB, Abu"); DOB 1958; POB Tripoli, Libya; Passport 87/437555 (Libya) (individual) [SDGT].

AZIZ, Tariq (a.k.a. AZIZ, Tariq Mikhail); DOB 01 Jul 1936; POB Mosul or Baghdad, Iraq; nationality Iraq; Passport NO34409/129 issued Jul 1997; Deputy Prime Minister (individual) [IRAQ2].

AZIZ, Tariq Mikhail (a.k.a. AZIZ, Tariq); DOB 01 Jul 1936; POB Mosul or Baghdad, Iraq; nationality Iraq; Passport NO34409/129 issued Jul 1997; Deputy Prime Minister (individual) [IRAQ2].

AZIZA, Said Youssef Ali Abu (a.k.a. AZIZ, Sa'id Yusif Abu; a.k.a. 'AZIZ, Sa'ud Abu; a.k.a. AZIZAH, Sa'id Yusif Ali Abu; a.k.a. AZIZAT, Sa'id Yusif Ali Abu; a.k.a. "AL-HAMID, Abd"; a.k.a. "HAMID, Abdul"; a.k.a. "THERAB, Abu"; a.k.a. "THURAB, Abu"; a.k.a. "TURAB, Abu"); DOB 1958; POB Tripoli, Libya; Passport 87/437555 (Libya) (individual) [SDGT].

AZIZABADI, Reza Mohammadi, Iran; DOB 11 Jul 1992; POB Karaj, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

AZIZAH, Sa'id Yusif Ali Abu (a.k.a. AZIZ, Sa'id Yusif Abu; a.k.a. 'AZIZ, Sa'ud Abu; a.k.a. AZIZA, Said Youssef Ali Abu; a.k.a. AZIZAT, Sa'id Yusif Ali Abu; a.k.a. "AL-HAMID, Abd"; a.k.a. "HAMID, Abdul"; a.k.a. "THERAB, Abu"; a.k.a. "THURAB, Abu"; a.k.a. "TURAB, Abu"); DOB 1958; POB Tripoli, Libya; Passport 87/437555 (Libya) (individual) [SDGT].

AZIZAT, Sa'id Yusif Ali Abu (a.k.a. AZIZ, Sa'id Yusif Abu; a.k.a. 'AZIZ, Sa'ud Abu; a.k.a. AZIZA, Said Youssef Ali Abu; a.k.a. AZIZAH, Sa'id Yusif Ali Abu; a.k.a. "AL-HAMID, Abd"; a.k.a. "HAMID, Abdul"; a.k.a. "THERAB, Abu"; a.k.a. "THURAB, Abu"; a.k.a. "TURAB, Abu"); DOB 1958; POB Tripoli, Libya; Passport 87/437555 (Libya) (individual) [SDGT].

'AZIZI, Fu'ad, Syria; DOB 28 Mar 1968; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

AZIZKHANI, Esma'il, Sepahan City, Iran; DOB 07 Oct 1981; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1285006501 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

AZIZPUR, Amir (a.k.a. GHASEMZADEH, Mehdi), Iran; DOB 21 Sep 1981; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

AZIZULLAH, Haji (a.k.a. ALIZAI, Haji Azizullah), Musa Qala District, Helmund Province, Afghanistan; Musa Qaleh District, Helmand Province, Afghanistan; Yatim Chah, Afghanistan; Lashkar Gah, Helmand Province, Afghanistan; Kabul, Afghanistan; DOB 1950; alt. DOB 1952; POB Gereshk District, Helmund Province, Afghanistan; alt. POB Kabul City, Afghanistan; citizen Afghanistan; Electoral Registry No. 07385114 (Afghanistan) (individual) [SDNTK].

AZMARAI, Umar Siddique Kathio (a.k.a. AL-SINDHI, Abdallah; a.k.a. AL-SINDHI, Abdullah; a.k.a. AL-SINDI, Abdullah; a.k.a. CHANDIO, Umar Kathio; a.k.a. CHANDUO, Umar; a.k.a. CHANDYO, Omar; a.k.a. KATHIO, Muhammad Umar; a.k.a. KATIO, Muhammad Umar Sidduque; a.k.a. OMER, Muhammad; a.k.a. SINDHI, 'Abdallah; a.k.a. UMAR, Muhammad), Karachi, Pakistan; Miram Shah, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1977; POB Saudi Arabia; nationality Pakistan; National ID No. 466-77-221879 (Pakistan); alt. National ID No. 42201-015024707-7 (individual) [SDGT].

AZMAT PAKISTAN TRUST (a.k.a. AKHTARABAD MEDICAL CAMP; a.k.a. AL-AKHTAR MEDICAL CENTRE; a.k.a. AL-AKHTAR TRUST INTERNATIONAL; a.k.a. AZMAT-E-PAKISTAN TRUST; a.k.a. PAKISTAN RELIEF FOUNDATION; a.k.a. PAKISTANI RELIEF FOUNDATION), ST-1/A, Gulshan-e-Iqbal, Block 2, Karachi 75300, Pakistan; Bahawalpur, Pakistan; Bawalnagar, Pakistan; Gilgit, Pakistan; Gulistan-e-Jauhar, Block 12, Karachi, Pakistan; Islamabad, Pakistan; Mirpur Khas, Pakistan; Spin Boldak, Afghanistan; Tando-Jan-Muhammad, Pakistan; and all other offices worldwide [SDGT].

AZMAT-E-PAKISTAN TRUST (a.k.a. AKHTARABAD MEDICAL CAMP; a.k.a. AL-AKHTAR MEDICAL CENTRE; a.k.a. AL-AKHTAR TRUST INTERNATIONAL; a.k.a. AZMAT PAKISTAN TRUST; a.k.a. PAKISTAN RELIEF FOUNDATION; a.k.a. PAKISTANI RELIEF FOUNDATION), ST-1/A, Gulshan-e-Iqbal, Block 2, Karachi 75300, Pakistan; Bahawalpur, Pakistan; Bawalnagar, Pakistan; Gilgit, Pakistan; Gulistan-e-Jauhar, Block 12,

Karachi, Pakistan; Islamabad, Pakistan; Mirpur Khas, Pakistan; Spin Boldak, Afghanistan; Tando-Jan-Muhammad, Pakistan; and all other offices worldwide [SDGT].

AZORIA SHIPPING COMPANY LIMITED, Karaiskaki, 13, Limassol 3032, Cyprus; Organization Type: Sea and coastal freight water transport; Registration Number 408043 (Cyprus) [RUSSIA-EO14024].

AZOUZ, Abdelbassed (a.k.a. AZUZ, Abdulbasit; a.k.a. AZZOUZ, Abd al-Baset); DOB 07 Feb 1966; POB Doma, Libya; Passport 223611 (Libya); alt. Passport C00146605 (United Kingdom) (individual) [SDGT].

AZOV OPTOMECHANICAL PLANT JSC (a.k.a. JOINT STOCK COMPANY AZOVSKI OPTIKO MECHANICHESKY ZAVOD; a.k.a. "AOMZ AO"), Ul. Promyshlennaya D. 5, Azov 346780, Russia; Organization Established Date 04 Mar 1992; Tax ID No. 6140022069 (Russia); Registration Number 1046140009530 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

AZOVSKAYA ZERNOVAYA KOMPANIYA OOO, Ul. Engelsa D. 14, Kabinet 4, Azov 346780, Russia; Organization Established Date 18 Apr 2016; Organization Type: Post-harvest crop activities; Tax ID No. 6140004060 (Russia); Registration Number 1166196071238 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

AZOVSKY LIKEROGORILCHANY ZAVOD, KRYMSKE RESPUBLIKANSKE PIDPRYEMSTVO (a.k.a. AZOVSKY LIKEROVO-DOCHNY ZAVOD; a.k.a. CRIMEAN ENTERPRISE AZOV DISTILLERY PLANT; a.k.a. CRIMEAN REPUBLICAN ENTERPRISE AZOV DISTILLERY; a.k.a. CRIMEAN REPUBLICAN ENTERPRISE AZOVSKY LIKEROVODOCHNY ZAVOD; a.k.a. KRYMSKE RESPUBLIKANSKE PIDPRYEMSTVO AZOVSKY LIKEROGORILCHANY ZAVOD), Bud. 40 vul. Zaliznychna, Smt Azovske, Dzhankoisky R-N, Crimea 96178, Ukraine; 40 Railway St., Azov, Dzhankoy District 96178, Ukraine; 40 Zeleznodorozhnaya str., Azov, Jankoysky District 96178, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01271681 (Ukraine) [UKRAINE-EO13685].

AZOVSKY LIKEROVO-DOCHNY ZAVOD (a.k.a. AZOVSKY LIKEROGORILCHANY ZAVOD, KRYMSKE RESPUBLIKANSKE

PIDPRYEMSTVO; a.k.a. CRIMEAN ENTERPRISE AZOV DISTILLERY PLANT; a.k.a. CRIMEAN REPUBLICAN ENTERPRISE AZOV DISTILLERY; a.k.a. CRIMEAN REPUBLICAN ENTERPRISE AZOVSKY LIKEROVODOCHNY ZAVOD; a.k.a. KRYMSKE RESPUBLIKANSKE PIDPRYEMSTVO AZOVSKY LIKEROGORILCHANY ZAVOD), Bud. 40 vul. Zaliznychna, Smt Azovske, Dzhankoisky R-N, Crimea 96178, Ukraine; 40 Railway St., Azov, Dzhankoy District 96178, Ukraine; 40 Zeleznodorozhnaya str., Azov, Jankoysky District 96178, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01271681 (Ukraine) [UKRAINE-EO13685].

AZU INTERNATIONAL BILGI TEKN VE DIS TI LTD STI (a.k.a. AZU INTERNATIONAL BILGI TEKNOLOJILERI VE DIS TICARET LIMITED SIRKETI (Latin: AZU INTERNATIONAL BILGI TEKNOLOJILERI VE DIŞ TICARET LIMITED ŞIRKET); a.k.a. AZU INTERNATIONAL INFORMATION TECHNOLOGIES AND FOREIGN TRADE LIMITED COMPANY), Huseyinaga neighborhood Istiklal Str., Grandpera Block No: 56-58 Inner door No: 5, Beyoglu, Istanbul, Turkey; Organization Established Date 30 Mar 2022; Organization Type: Wholesale of electronic and telecommunications equipment and parts; Registration Number 371692-5 (Turkey); alt. Registration Number 0127108975400001 (Turkey) [RUSSIA-EO14024].

AZU INTERNATIONAL BILGI TEKNOLOJILERI VE DIS TICARET LIMITED SIRKETI (Latin: AZU INTERNATIONAL BILGI TEKNOLOJILERI VE DIŞ TICARET LIMITED ŞIRKET) (a.k.a. AZU INTERNATIONAL BILGI TEKN VE DIS TI LTD STI; a.k.a. AZU INTERNATIONAL INFORMATION TECHNOLOGIES AND FOREIGN TRADE LIMITED COMPANY), Huseyinaga neighborhood Istiklal Str., Grandpera Block No: 56-58 Inner door No: 5, Beyoglu, Istanbul, Turkey; Organization Established Date 30 Mar 2022; Organization Type: Wholesale of electronic and telecommunications equipment and parts; Registration Number 371692-5 (Turkey); alt. Registration Number 0127108975400001 (Turkey) [RUSSIA-EO14024].

AZU INTERNATIONAL INFORMATION TECHNOLOGIES AND FOREIGN TRADE LIMITED COMPANY (a.k.a. AZU INTERNATIONAL BILGI TEKN VE DIS TI LTD

STI; a.k.a. AZU INTERNATIONAL BILGI TEKNOLOJILERI VE DIS TICARET LIMITED SIRKETI (Latin: AZU INTERNATIONAL BILGI TEKNOLOJILERI VE DIŞ TICARET LIMITED ŞIRKET)), Huseyinaga neighborhood Istiklal Str., Grandpera Block No: 56-58 Inner door No: 5, Beyoglu, Istanbul, Turkey; Organization Established Date 30 Mar 2022; Organization Type: Wholesale of electronic and telecommunications equipment and parts; Registration Number 371692-5 (Turkey); alt. Registration Number 0127108975400001 (Turkey) [RUSSIA-EO14024].

AZUL VISTA SHIPPING CORPORATION, Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 107790 (Marshall Islands) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

AZUZ, Abdulbasit (a.k.a. AZOUZ, Abdelbassed; a.k.a. AZZOUZ, Abd al-Baset); DOB 07 Feb 1966; POB Doma, Libya; Passport 223611 (Libya); alt. Passport C00146605 (United Kingdom) (individual) [SDGT].

AZZA AIR TRANSPORT COMPANY LTD. (a.k.a. AZZA AVIATION COMPANY; a.k.a. AZZA TRANSPORT), German Culture Center, McNimer Street, P. O. Box 11586, Khartoum, Sudan [DARFUR].

AZZA AVIATION COMPANY (a.k.a. AZZA AIR TRANSPORT COMPANY LTD.; a.k.a. AZZA TRANSPORT), German Culture Center, McNimer Street, P. O. Box 11586, Khartoum, Sudan [DARFUR].

AZZA TRANSPORT (a.k.a. AZZA AIR TRANSPORT COMPANY LTD.; a.k.a. AZZA AVIATION COMPANY), German Culture Center, McNimer Street, P. O. Box 11586, Khartoum, Sudan [DARFUR].

AZZAM, Khalil Mohammed (a.k.a. AZAM, Khalil Mouhamad; a.k.a. 'AZZAM, Khalil Muhammad; a.k.a. 'AZZAM, Khalil Muhammad Khalil (Arabic: عزام خليل محمد خليل)), Tripoli, Lebanon; DOB 01 Jan 1968; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

'AZZAM, Khalil Muhammad (a.k.a. AZAM, Khalil Mouhamad; a.k.a. AZZAM, Khalil Mohammed; a.k.a. 'AZZAM, Khalil Muhammad Khalil (Arabic: عزام خليل محمد خليل)), Tripoli, Lebanon; DOB 01 Jan 1968; nationality Palestinian; Gender Male;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

'AZZAM, Khalil Muhammad Khalil (Arabic: خليل محمد خليل عزام) (a.k.a. AZAM, Khalil Mouhamad; a.k.a. AZZAM, Khalil Mohammed; a.k.a. 'AZZAM, Khalil Muhammad), Tripoli, Lebanon; DOB 01 Jan 1968; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

AZZAM, Mansour Fadlallah; DOB 1960; POB Sweida, Syria; Minister of Presidential Affairs (individual) [SYRIA].

AZZOUZ, Abd al-Baset (a.k.a. AZOUZ, Abdelbassed; a.k.a. AZUZ, Abdulbasit); DOB 07 Feb 1966; POB Doma, Libya; Passport 223611 (Libya); alt. Passport C00146605 (United Kingdom) (individual) [SDGT].

B R C S.A. (a.k.a. BARRERA RIOS CAMACHO ADMINISTRACION Y FINANZAS S.A.), Calle 28N No. 6BN-54, Cali, Colombia; NIT # 900021843-7 (Colombia) [SDNT].

B S COMPANY (a.k.a. B.S. COMPANY OFFSHORE; a.k.a. BS COMPANY OFFSHORE; a.k.a. BS COMPANY SAL OFFSHORE), Salame Building, Beit Mery, Lebanon [SYRIA].

B&W CONSULTING (a.k.a. IPM LIMITED), Suite A, 6/F, Ritz Plaza, 122 Austin Road, Tsimshatsui, Kowloon, Hong Kong, China; 1080, Blindengasse 46/15, Vienna, Austria; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 23 Nov 2012; Registration Number 1829992 (Hong Kong) [RUSSIA-EO14024].

B.S. COMPANY OFFSHORE (a.k.a. B S COMPANY; a.k.a. BS COMPANY OFFSHORE; a.k.a. BS COMPANY SAL OFFSHORE), Salame Building, Beit Mery, Lebanon [SYRIA].

BA DAS, Muhammad Ali (a.k.a. BADAAS, Mohamed Ali; a.k.a. BADAS, Mohamed Ali), 'Azzan, Shabwah Governorate, Yemen; DOB 1965; POB al-Juwayl Mayfah, Shabwah Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

BAABOOD, Sa'ad Muhammad (a.k.a. ABBUD, Bin Muhammad Awad; a.k.a. ABUD, Sa'ad Muhammad Awad; a.k.a. ADBUD, Muhammad 'Awad; a.k.a. AWAD, Muhammad; a.k.a. BIN LADEN, Sa'ad; a.k.a. BIN LADEN, Sad; a.k.a. "AL-KAHTANE, Abdul Rahman"); DOB 1982; POB Saudi Arabia; nationality Saudi Arabia; Passport 520951 (Sudan); alt. Passport 530951 (Sudan) (individual) [SDGT].

BA'ASYIR, 'Abd Al-Rahim (a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Aburochim; a.k.a. BA'ASYIR, Aburrahim; a.k.a. BA'ASYIR, Aburrahman; a.k.a. BA'ASYIR, Aburrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

BA'ASYIR, Abdul Rachim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Aburochim; a.k.a. BA'ASYIR, Aburrahim; a.k.a. BA'ASYIR, Aburrahman; a.k.a. BA'ASYIR, Aburrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

BA'ASYIR, Abdul Rahim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Aburochim; a.k.a. BA'ASYIR, Aburrahim; a.k.a. BA'ASYIR, Aburrahman; a.k.a. BA'ASYIR, Aburrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central

Java, Indonesia; nationality Indonesia (individual) [SDGT].

BA'ASYIR, Abdul Rochim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Aburrahim; a.k.a. BA'ASYIR, Aburrahman; a.k.a. BA'ASYIR, Aburrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

BA'ASYIR, Abdul Rosyid Ridho (a.k.a. BA'ASYIR, Rashid Rida; a.k.a. BA'ASYIR, Rasyid Ridho; a.k.a. BA'ASYIR, Rosyid Ridho; a.k.a. BASHIR, Abdul Rosyid Ridho; a.k.a. BASHIR, Rashid Rida; a.k.a. BASHIR, Rasyid Ridho; a.k.a. BASHIR, Rosyid Ridho), Pondok Pesantren Al Wayain Ngrandu, Sumber Agung, Magetan, East Java, Indonesia; DOB 31 Jan 1974; POB Sukoharjo, Indonesia; nationality Indonesia; National ID No. 1127083101740003 (Indonesia) (individual) [SDGT].

BA'ASYIR, Aburochim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Aburrahim; a.k.a. BA'ASYIR, Aburrahman; a.k.a. BA'ASYIR, Aburrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

BA'ASYIR, Aburrahim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Aburochim; a.k.a. BA'ASYIR, Aburrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB

Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

BA'ASYIR, Abdurrahman (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

BA'ASYIR, Abdurrochim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

BAASYIR, Abu Bakar (a.k.a. BA'ASYIR, Abu Bakar; a.k.a. BASHIR, Abu Bakar; a.k.a. "ABDUS SAMAD"; a.k.a. "ABDUS SOMAD"); DOB 17 Aug 1938; POB Jombang, East Java, Indonesia; nationality Indonesia (individual) [SDGT].

BA'ASYIR, Abu Bakar (a.k.a. BAASYIR, Abu Bakar; a.k.a. BASHIR, Abu Bakar; a.k.a. "ABDUS SAMAD"; a.k.a. "ABDUS SOMAD"); DOB 17 Aug 1938; POB Jombang, East Java, Indonesia; nationality Indonesia (individual) [SDGT].

BA'ASYIR, Rashid Rida (a.k.a. BA'ASYIR, Abdul Rosyid Ridho; a.k.a. BA'ASYIR, Rasyid Ridho; a.k.a. BA'ASYIR, Rosyid Ridho; a.k.a. BASHIR, Abdul Rosyid Ridho; a.k.a. BASHIR, Rashid Rida; a.k.a. BASHIR, Rasyid Ridho; a.k.a. BASHIR, Rosyid Ridho), Pondok Pesantren Al Wayain Ngrandu, Sumber Agung, Magetan, East Java, Indonesia; DOB 31 Jan 1974; POB Sukoharjo, Indonesia; nationality Indonesia;

National ID No. 1127083101740003 (Indonesia) (individual) [SDGT].

BA'ASYIR, Rasyid Ridho (a.k.a. BA'ASYIR, Abdul Rosyid Ridho; a.k.a. BA'ASYIR, Rashid Rida; a.k.a. BA'ASYIR, Rosyid Ridho; a.k.a. BASHIR, Abdul Rosyid Ridho; a.k.a. BASHIR, Rashid Rida; a.k.a. BASHIR, Rasyid Ridho; a.k.a. BASHIR, Rosyid Ridho), Pondok Pesantren Al Wayain Ngrandu, Sumber Agung, Magetan, East Java, Indonesia; DOB 31 Jan 1974; POB Sukoharjo, Indonesia; nationality Indonesia; National ID No. 1127083101740003 (Indonesia) (individual) [SDGT].

BA'ASYIR, Rosyid Ridho (a.k.a. BA'ASYIR, Abdul Rosyid Ridho; a.k.a. BA'ASYIR, Rashid Rida; a.k.a. BA'ASYIR, Rasyid Ridho; a.k.a. BASHIR, Abdul Rosyid Ridho; a.k.a. BASHIR, Rashid Rida; a.k.a. BASHIR, Rasyid Ridho; a.k.a. BASHIR, Rosyid Ridho), Pondok Pesantren Al Wayain Ngrandu, Sumber Agung, Magetan, East Java, Indonesia; DOB 31 Jan 1974; POB Sukoharjo, Indonesia; nationality Indonesia; National ID No. 1127083101740003 (Indonesia) (individual) [SDGT].

BA'ATH PARTY NATIONAL SECURITY BUREAU (a.k.a. MAKTAB AL-AMN AL-QAWMI; a.k.a. SYRIAN NATIONAL SECURITY BUREAU), Syria [SYRIA].

BAAZAOUI, Mondher (a.k.a. AL-BAAZAOUI, Mondher Ben Mohsen Ben Ali; a.k.a. "HAMZA"), Via di Saliceto n.51/9, Bologna, Italy; DOB 18 Mar 1967; POB Kairouan, Tunisia; nationality Tunisia; Passport K602878 issued 05 Nov 1993 expires 09 Jun 2001 (individual) [SDGT].

BABA, Samiya, Syria; DOB 26 Feb 1960; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

BABAEI, Nemat Hossein (a.k.a. BABAIE, Nematollah Hosein), Iran; DOB 10 Apr 1990; POB Rasht, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

BABAIE, Nematollah Hosein (a.k.a. BABAEI, Nemat Hossein), Iran; DOB 10 Apr 1990; POB Rasht, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

BABAKOV, Aleksandr Mikhailovich (a.k.a. BABAKOV, Aleksandr Mikhaylovich; a.k.a.

BABAKOV, Alexander Mikhailovich (Cyrillic: БАБАКОВ, Александр Михайлович)), Russia; DOB 08 Feb 1963; POB Kishinev, Moldova; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

BABAKOV, Aleksandr Mikhaylovich (a.k.a. BABAKOV, Aleksandr Mikhailovich; a.k.a. BABAKOV, Alexander Mikhailovich (Cyrillic: БАБАКОВ, Александр Михайлович)), Russia; DOB 08 Feb 1963; POB Kishinev, Moldova; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

BABAKOV, Alexander Mikhailovich (Cyrillic: БАБАКОВ, Александр Михайлович) (a.k.a. BABAKOV, Aleksandr Mikhailovich; a.k.a. BABAKOV, Aleksandr Mikhaylovich), Russia; DOB 08 Feb 1963; POB Kishinev, Moldova; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

BABAMORADI, Jamal (Arabic: جمال بابامرادی) (a.k.a. BABAMORADI, Jamal Ali); Iran; DOB 24 Mar 1960; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0036824240 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: BONYAD TAAVON SEPAH).

BABAMORADI, Jamal Ali (a.k.a. BABAMORADI, Jamal (Arabic: جمال بابامرادی)), Iran; DOB 24 Mar 1960; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0036824240 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: BONYAD TAAVON SEPAH).

BABAN, Alla Fedorovna, United Kingdom; Moscow, Russia; DOB 13 Sep 1964; POB Arioneshty, Moldova; nationality Russia; Gender Female; Tax ID No. 772911723121 (Russia)

(individual) [RUSSIA-EO14024] (Linked To: OKROYAN, Mkrtich Okroevich).

BABARIKIN, Vadim Aleksandrovich (Cyrillic: БАБАРИКИН, Вадим Александрович) (a.k.a. BABARYKIN, Vadzim Aliaksandravich (Cyrillic: БАБАРЫКIН, Вадзiм Аляксандравiч)), Sergey Esenin St. 36, Apt. 76, Minsk, Belarus (Cyrillic: Ул. Сергея Есенина, д. 36, кв. 76, Г. Минск, Belarus); DOB 07 Aug 1980; nationality Belarus; citizen Belarus; National ID No. 3070880M020PB2 (Belarus) (individual) [BELARUS-EO14038].

BABARYKIN, Vadzim Aliaksandravich (Cyrillic: БАБАРЫКIН, Вадзiм Аляксандравiч) (a.k.a. BABARIKIN, Vadim Aleksandrovich (Cyrillic: БАБАРИКИН, Вадим Александрович)), Sergey Esenin St. 36, Apt. 76, Minsk, Belarus (Cyrillic: Ул. Сергея Есенина, д. 36, кв. 76, Г. Минск, Belarus); DOB 07 Aug 1980; nationality Belarus; citizen Belarus; National ID No. 3070880M020PB2 (Belarus) (individual) [BELARUS-EO14038].

BABASHOV, Leonid Ivanovich (Cyrillic: БАБАШОВ, Леонид Иванович), Russia; DOB 31 Jan 1966; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BABBAR KHALSA INTERNATIONAL [SDGT].

BABESTAN, Abeni O. (a.k.a. OGUNGBUYI, Abeni O.; a.k.a. SHOFESO, Olatutu Temitope); DOB 30 Jun 1952; POB Nigeria (individual) [SDNTK].

BABESTAN, Wole A. (a.k.a. ADEMULERO, Babestan Oluwole; a.k.a. OGUNGBUYI, Oluwole A.; a.k.a. OGUNGBUYI, Wally; a.k.a. OGUNGBUYI, Wole A.; a.k.a. SHOFESO, Olatude I.; a.k.a. SHOFESO, Olatunde Irewole); DOB 04 Mar 1953; POB Nigeria (individual) [SDNTK].

BABICH, Ivan Nikolayevich (Cyrillic: БАБИЧ, Иван Николаевич), Russia; DOB 02 Sep 1982; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BABRI, Mehran, Iran; DOB 03 Oct 1968; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport L36915048 (Iran) expires 03 Mar 2021 (individual) [NPWMD] [IFSR] (Linked To: SHAHID MEISAMI GROUP).

BABUSHKIN, Igor Yuryevich (Cyrillic: БАБУШКИН, Игорь Юрьевич), Astrakhan region, Russia; DOB 05 Apr 1976; POB

Rybinsk, Yaroslavl region, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

BADAAS, Mohamed Ali (a.k.a. BA DAS, Muhammad Ali; a.k.a. BADAS, Mohamed Ali), 'Azzan, Shabwah Governorate, Yemen; DOB 1965; POB al-Juwayl Mayfah, Shabwah Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

BADAS, Mohamed Ali (a.k.a. BA DAS, Muhammad Ali; a.k.a. BADAAS, Mohamed Ali), 'Azzan, Shabwah Governorate, Yemen; DOB 1965; POB al-Juwayl Mayfah, Shabwah Governorate, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

BADEGE, Eric; DOB 1971; Lieutenant Colonel; Alternate Title:  Colonel (individual) [DRCONGO].

BADGIE, Yankuba (a.k.a. BADJI, Yankouba; a.k.a. BADJIE, Yankuba), Banjul, The Gambia; DOB 25 Feb 1973; alt. DOB 24 Feb 1973; POB New Jeshwang, Kanifang Municipality, The Gambia; Gender Male (individual) [GLOMAG].

BADI, Omal Salem Salah (a.k.a. BADI, Saladin; a.k.a. BADI, Salah; a.k.a. BADI, Salah Edine Omar; a.k.a. BADI, Salahdin; a.k.a. BADI, Salah-Eddin; a.k.a. BADI, Salahidin), Tripoli, Libya; DOB 23 May 1957; POB Misrata, Libya; nationality Libya; Gender Male (individual) [LIBYA3].

BADI, Saladin (a.k.a. BADI, Omal Salem Salah; a.k.a. BADI, Salah; a.k.a. BADI, Salah Edine Omar; a.k.a. BADI, Salahdin; a.k.a. BADI, Salah-Eddin; a.k.a. BADI, Salahidin), Tripoli, Libya; DOB 23 May 1957; POB Misrata, Libya; nationality Libya; Gender Male (individual) [LIBYA3].

BADI, Salah (a.k.a. BADI, Omal Salem Salah; a.k.a. BADI, Saladin; a.k.a. BADI, Salah Edine Omar; a.k.a. BADI, Salahdin; a.k.a. BADI, Salah-Eddin; a.k.a. BADI, Salahidin), Tripoli, Libya; DOB 23 May 1957; POB Misrata, Libya; nationality Libya; Gender Male (individual) [LIBYA3].

BADI, Salah Edine Omar (a.k.a. BADI, Omal Salem Salah; a.k.a. BADI, Saladin; a.k.a. BADI, Salah; a.k.a. BADI, Salahdin; a.k.a. BADI, Salah-Eddin; a.k.a. BADI, Salahidin), Tripoli, Libya; DOB 23 May 1957; POB Misrata, Libya;

nationality Libya; Gender Male (individual) [LIBYA3].

BADI, Salahdin (a.k.a. BADI, Omal Salem Salah; a.k.a. BADI, Saladin; a.k.a. BADI, Salah; a.k.a. BADI, Salah Edine Omar; a.k.a. BADI, Salah-Eddin; a.k.a. BADI, Salahidin), Tripoli, Libya; DOB 23 May 1957; POB Misrata, Libya; nationality Libya; Gender Male (individual) [LIBYA3].

BADI, Salah-Eddin (a.k.a. BADI, Omal Salem Salah; a.k.a. BADI, Saladin; a.k.a. BADI, Salah; a.k.a. BADI, Salah Edine Omar; a.k.a. BADI, Salahdin; a.k.a. BADI, Salahidin), Tripoli, Libya; DOB 23 May 1957; POB Misrata, Libya; nationality Libya; Gender Male (individual) [LIBYA3].

BADI, Salahidin (a.k.a. BADI, Omal Salem Salah; a.k.a. BADI, Saladin; a.k.a. BADI, Salah; a.k.a. BADI, Salah Edine Omar; a.k.a. BADI, Salahdin; a.k.a. BADI, Salah-Eddin), Tripoli, Libya; DOB 23 May 1957; POB Misrata, Libya; nationality Libya; Gender Male (individual) [LIBYA3].

BADICA (a.k.a. BUREAU D'ACHAT DE DIAMANT EN CENTRAFRIQUE), BP 333, Bangui, Central African Republic [CAR].

BADIN, Yadollah (a.k.a. BADIN, Yadullah), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BADIN, Yadullah (a.k.a. BADIN, Yadollah), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BADJI, Yankouba (a.k.a. BADGIE, Yankuba; a.k.a. BADJIE, Yankuba), Banjul, The Gambia; DOB 25 Feb 1973; alt. DOB 24 Feb 1973; POB New Jeshwang, Kanifang Municipality, The Gambia; Gender Male (individual) [GLOMAG].

BADJIE, Yankuba (a.k.a. BADGIE, Yankuba; a.k.a. BADJI, Yankouba), Banjul, The Gambia; DOB 25 Feb 1973; alt. DOB 24 Feb 1973; POB New Jeshwang, Kanifang Municipality, The Gambia; Gender Male (individual) [GLOMAG].

BADR AL DIN, Mustafa (a.k.a. AL FIQAR, Dhu; a.k.a. BADREDDINE, Mustafa Amine; a.k.a. BADREDDINE, Mustafa Youssef; a.k.a. ISSA, Sami; a.k.a. SAAB, Elias Fouad; a.k.a. SA'B, Ilyas), Beirut, Lebanon; DOB 06 Apr 1961; POB Al-Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial

Sanctions Regulations (individual) [SDGT] [SYRIA] (Linked To: HIZBALLAH).

BADR-AL-DIN, Muhammad (a.k.a. BADREDDINE, Mohamed; a.k.a. BADREDDINE, Mohammed), Iraq; DOB 12 Oct 1958; POB El Ghbayr 5, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

BADREDDINE, Mohamed (a.k.a. BADR-AL-DIN, Muhammad; a.k.a. BADREDDINE, Mohammed), Iraq; DOB 12 Oct 1958; POB El Ghbayr 5, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

BADREDDINE, Mohammed (a.k.a. BADR-AL-DIN, Muhammad; a.k.a. BADREDDINE, Mohamed), Iraq; DOB 12 Oct 1958; POB El Ghbayr 5, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

BADREDDINE, Mustafa Amine (a.k.a. AL FIQAR, Dhu; a.k.a. BADR AL DIN, Mustafa; a.k.a. BADREDDINE, Mustafa Youssef; a.k.a. ISSA, Sami; a.k.a. SAAB, Elias Fouad; a.k.a. SA'B, Ilyas), Beirut, Lebanon; DOB 06 Apr 1961; POB Al-Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT] [SYRIA] (Linked To: HIZBALLAH).

BADREDDINE, Mustafa Youssef (a.k.a. AL FIQAR, Dhu; a.k.a. BADR AL DIN, Mustafa; a.k.a. BADREDDINE, Mustafa Amine; a.k.a. ISSA, Sami; a.k.a. SAAB, Elias Fouad; a.k.a. SA'B, Ilyas), Beirut, Lebanon; DOB 06 Apr 1961; POB Al-Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT] [SYRIA] (Linked To: HIZBALLAH).

BADRI, Gabril Abdul Kareem (a.k.a. BAREY, Djibril Abdul Kareem; a.k.a. BARI, Gabril Abdul Karim; a.k.a. KAREEM, Djibril Abdul), Darfur, Sudan; DOB circa 1961; Colonel for the National Movement for Reform and Development (NMRD) (individual) [DARFUR].

BAEKSOL TRADING (a.k.a. BAEKSUL TRADING; a.k.a. KOREA PAEK SOL TRADING; a.k.a. PAEK SOL TRADING CORPORATION; a.k.a. PAEKSO'L CORPORATION; a.k.a. PAEKSOL TRADING CORPORATION; a.k.a. PAEKSO'L TRADING CORPORATION), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

BAEKSUL TRADING (a.k.a. BAEKSOL TRADING; a.k.a. KOREA PAEK SOL TRADING; a.k.a. PAEK SOL TRADING CORPORATION; a.k.a. PAEKSO'L CORPORATION; a.k.a. PAEKSOL TRADING CORPORATION; a.k.a. PAEKSO'L TRADING CORPORATION), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

BAGANDA, Bosco (a.k.a. NTAGANDA, Bosco; a.k.a. NTAGANDA, Jean Bosco; a.k.a. NTAGENDA, Bosco; a.k.a. NTANGANA, Bosco; a.k.a. NTANGANDA, Bosco; a.k.a. TAGANDA, Bosco; a.k.a. TANGANDA, Bosco), Runyoni, Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1973; POB Nord-Kivu, DRC; alt. POB Rwanda; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

BAGAYOKO, Adama, Mali; DOB 14 Sep 1979; POB Bamako, Mali; nationality Mali; citizen Mali; Gender Male; Passport AA0262268 (Mali) (individual) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

BAGHBANI, Gholamreza (a.k.a. BAQBANI, Mohammad Akhusa; a.k.a. BAQBANI, Qolam Reza); DOB 05 Jan 1961; alt. DOB 1947; POB Zabol, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Islamic Revolutionary Guard Corps - Qods Force General (individual) [SDNTK].

BAGHDADI, Sheikh Hassan (a.k.a. AL-BAGHDADI, Hassan (Arabic: حسن بغدادي); a.k.a. AL-BAGHDADI, Sheikh Hassan; a.k.a. "AL-BAGHDADI, Sheikh"), Lebanon; DOB 05 Oct 1961; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial

Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

BAGHERI AFSHORDI, Mohammad (a.k.a. BAGHERI, Mohammad; a.k.a. BAGHERI, Mohammed; a.k.a. BAQERI, Mohammad Hossein), Iran; DOB 1960; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

BAGHERI, Mahmud Kazemabad (a.k.a. BAGHERI-KAZEMABAD, Mahmud; a.k.a. KAZEMABAD, Mahmoud Bagheri; a.k.a. KAZEMABAD, Mahmud Bagheri; a.k.a. KZEMABAD, Mahmoud Bagheri; a.k.a. "BAGHERI, Mahmoud"; a.k.a. "BAGHERI, Mahmud"), Iran; DOB 26 Jun 1965; POB Meybod, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport J32377129 (Iran) expires 31 Aug 2020; National ID No. 448947941 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AL-GHADIR MISSILE COMMAND).

BAGHERI, Mohammad (a.k.a. BAGHERI AFSHORDI, Mohammad; a.k.a. BAGHERI, Mohammed; a.k.a. BAQERI, Mohammad Hossein), Iran; DOB 1960; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

BAGHERI, Mohammed (a.k.a. BAGHERI AFSHORDI, Mohammad; a.k.a. BAGHERI, Mohammad; a.k.a. BAQERI, Mohammad Hossein), Iran; DOB 1960; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

BAGHERI-KAZEMABAD, Mahmud (a.k.a. BAGHERI, Mahmud Kazemabad; a.k.a. KAZEMABAD, Mahmoud Bagheri; a.k.a. KAZEMABAD, Mahmud Bagheri; a.k.a. KZEMABAD, Mahmoud Bagheri; a.k.a. "BAGHERI, Mahmoud"; a.k.a. "BAGHERI, Mahmud"), Iran; DOB 26 Jun 1965; POB Meybod, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport J32377129 (Iran) expires 31 Aug 2020; National ID No. 448947941 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AL-GHADIR MISSILE COMMAND).

BAGHIATOLLAH MEDICAL SCIENCES UNIVERSITY (a.k.a. BAGHYATOLLAH

MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQIYATTALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQYATOLLAH MEDICAL SCIENCES UNIVERSITY), Vanak Square, Molla-Sadra Avenue, Box number: 19945, Tehran, Iran; Website http://www.bmsu.ac.ir/; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

BAGHMISHEH RESIDENTIAL DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

BAGHYATOLLAH MEDICAL SCIENCES UNIVERSITY (a.k.a. BAGHIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQIYATTALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQYATOLLAH MEDICAL SCIENCES UNIVERSITY), Vanak Square, Molla-Sadra Avenue, Box number: 19945, Tehran, Iran; Website http://www.bmsu.ac.ir/; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

BAGIATOLLAH MEDICAL SCIENCES UNIVERSITY (a.k.a. BAGHIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGHYATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQIYATTALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQYATOLLAH MEDICAL SCIENCES UNIVERSITY), Vanak Square, Molla-Sadra Avenue, Box number: 19945, Tehran, Iran; Website http://www.bmsu.ac.ir/; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

BAHADHIQ, Mahmud (a.k.a. BAHADHIQ, Mahmud Muhammad Ahmad; a.k.a. BAHAZIQ,

Mahmud; a.k.a. BAHAZIQ, Mahmoud Mohammad Ahmed; a.k.a. "ABU 'ABD AL-'AZIZ"; a.k.a. "ABU ABDUL AZIZ"; a.k.a. "SHAYKH SAHIB"), Jeddah, Saudi Arabia; DOB 17 Aug 1943; alt. DOB 1943; alt. DOB 1944; alt. DOB 21 Jun 1944; POB India; nationality Saudi Arabia; citizen Saudi Arabia; Passport C284181 (Saudi Arabia) issued 12 Aug 2000 expires 19 Jun 2005; National ID No. 1004860324 (Saudi Arabia); Registration ID 4-6032-0048-1 (Saudi Arabia) (individual) [SDGT].

BAHADHIQ, Mahmud Muhammad Ahmad (a.k.a. BAHADHIQ, Mahmud; a.k.a. BAHAZIQ, Mahmud; a.k.a. BAHAZIQ, Mahmoud Mohammad Ahmed; a.k.a. "ABU 'ABD AL-'AZIZ"; a.k.a. "ABU ABDUL AZIZ"; a.k.a. "SHAYKH SAHIB"), Jeddah, Saudi Arabia; DOB 17 Aug 1943; alt. DOB 1943; alt. DOB 1944; alt. DOB 21 Jun 1944; POB India; nationality Saudi Arabia; citizen Saudi Arabia; Passport C284181 (Saudi Arabia) issued 12 Aug 2000 expires 19 Jun 2005; National ID No. 1004860324 (Saudi Arabia); Registration ID 4-6032-0048-1 (Saudi Arabia) (individual) [SDGT].

BAHADORI, Masoud; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport T12828814 (Iran); Managing Director, Petro Suisse Intertrade Company (individual) [IRAN].

BAHAJI, Said, 12 Rue Descartes, Meknes, Morocco; Bunatwiete #23, Hamburg 21073, Germany; Marienstr #54, Hamburg 21073, Germany; Wiesendamm #135, Hamburg 22303, Germany; DOB 15 Jul 1975; POB Haselunne, Lower Saxony, Germany; nationality Morocco; alt. nationality Germany (individual) [SDGT].

BAHAR, Bakht Gul (a.k.a. GUL, Bakht; a.k.a. GUL, Bakhta; a.k.a. "SHUQIB"), Miram Shah, North Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1980; POB Aki Village, Zadran District, Paktiya Province, Afghanistan; nationality Afghanistan (individual) [SDGT].

BAHARESTAN KISH COMPANY (Arabic: شرکت بهارستان کیش), Sheikh Fazlollah Highway, Teimuri Blvd, before Sharif University Metro Station, Yas Building, Number 116, Fifth Floor, Unit 17, Tehran, Iran; Sheikh Fazlollah Highway, Teimuri Blvd, before Sharif University Metro Station, Yas Building, Number 116, Fifth Floor, Unit 18, Tehran, Iran; Sheikh Fazlollah Highway, Teimuri Blvd, before Sharif University Metro Station, Yas Building, Number 166, Fifth Floor, Unit 19, Tehran, Iran; Sa'adat Abad, Farhang Boulevard, East 18th Street, No. 47, Tehran 1997857976, Iran; Exhibition Industrial

Town, Number 2, EX35, First Floor, Unit 2, Kish Island 7941659854, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861531217 (Iran); Tax ID No. 411146547979 (Iran); Registration Number 1480 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BAHAZIQ, Mahmoud (a.k.a. BAHADHIQ, Mahmud; a.k.a. BAHADHIQ, Mahmud Muhammad Ahmad; a.k.a. BAHAZIQ, Mahmoud Mohammad Ahmed; a.k.a. "ABU 'ABD AL-'AZIZ"; a.k.a. "ABU ABDUL AZIZ"; a.k.a. "SHAYKH SAHIB"), Jeddah, Saudi Arabia; DOB 17 Aug 1943; alt. DOB 1943; alt. DOB 1944; alt. DOB 21 Jun 1944; POB India; nationality Saudi Arabia; citizen Saudi Arabia; Passport C284181 (Saudi Arabia) issued 12 Aug 2000 expires 19 Jun 2005; National ID No. 1004860324 (Saudi Arabia); Registration ID 4-6032-0048-1 (Saudi Arabia) (individual) [SDGT].

BAHAZIQ, Mahmoud Mohammad Ahmed (a.k.a. BAHADHIQ, Mahmud; a.k.a. BAHADHIQ, Mahmud Muhammad Ahmad; a.k.a. BAHAZIQ, Mahmoud; a.k.a. "ABU 'ABD AL-'AZIZ"; a.k.a. "ABU ABDUL AZIZ"; a.k.a. "SHAYKH SAHIB"), Jeddah, Saudi Arabia; DOB 17 Aug 1943; alt. DOB 1943; alt. DOB 1944; alt. DOB 21 Jun 1944; POB India; nationality Saudi Arabia; citizen Saudi Arabia; Passport C284181 (Saudi Arabia) issued 12 Aug 2000 expires 19 Jun 2005; National ID No. 1004860324 (Saudi Arabia); Registration ID 4-6032-0048-1 (Saudi Arabia) (individual) [SDGT].

BAHENA MARTINEZ, Rogelio (a.k.a. LIRA SOTELO, Alfonso; a.k.a. "EL ATLANTE"), Mexico; DOB 24 May 1970; alt. DOB 02 Dec 1970; POB Mexico City, D.F., Mexico; alt. POB Ixtlahuatenco Pedro Ascencio Alquisiras, Guerrero, Mexico; citizen Mexico; Gender Male; Passport G02447186 (Mexico) issued 01 Apr 2010 expires 01 Apr 2016; R.F.C. LISA7005242Y8 (Mexico); National ID No. 25887069638 (Mexico); C.U.R.P. LISA700524HDFRTL03 (Mexico) (individual) [SDNTK].

BAHJAT AL KAWTHAR COMPANY FOR CONSTRUCTION AND TRADING LTD. (a.k.a. AL-KAWTHAR FOUNDATION; a.k.a. KOSAR COMPANY), Khabateh, Toosi St., Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

BAHMAN DIESEL CO. (Arabic: شرکت بهمن دیزل), No. 279, 13th Km of Karaj Makhsoos Rd.,

Tehran 13999-39711, Iran; 10th Hekmat Ave., North Ebn-e Sina St., Alborz Industrial City, Qazvin 343151456, Iran; No. 279, Kilometer 13, Shahid Lashgari Highway, Tehran, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Jan 2004; National ID No. 10102571964 (Iran); Business Registration Number 215834 (Iran) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BAHMAN GROUP (Arabic: شرکت گروه بهمن), No. 279, 13th Km of Lashgari Hwy, Tehran 13999-39711, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Jan 1953; National ID No. 10100231402 (Iran); Business Registration Number 3939 (Iran) [SDGT] [IFSR] (Linked To: BAHMAN DIESEL CO.; Linked To: IRAN DOCHARKH CO.; Linked To: IRAN CHASSIS MANUFACTURING CO.).

BAHMANYAR, Bahmanyar Morteza; DOB 31 Dec 1952; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport I0005159 (Iran); alt. Passport 10005159 (Iran) (individual) [NPWMD] [IFSR].

BAHNAM, Hikmat Jarjes (a.k.a. GARGEES, Hikmat), Baghdad, Iraq; nationality Iraq; Passport 035667 (Iraq) (individual) [IRAQ2].

BAHRAINI ISLAMIC RESISTANCE AL-MUKHTAR BRIGADES; a.k.a. AL-MUKHTAR COMPANIES; a.k.a. AL-MUQAWAMA AL-ISLAMIYYA AL-BAHRANIA; a.k.a. BAHRAINI ISLAMIC RESISTANCE AL-MUKHTAR COMPANIES; a.k.a. SARAYA AL-MOKHTAR; a.k.a. SARAYA AL-MUKHTAR; a.k.a. "AMB"; a.k.a. "SAM"), Iran; Bahrain [SDGT].

BAHRAINI ISLAMIC RESISTANCE AL-MUKHTAR COMPANIES (a.k.a. AL-MUKHTAR BRIGADES; a.k.a. AL-MUKHTAR COMPANIES; a.k.a. AL-MUQAWAMA AL-ISLAMIYYA AL-BAHRANIA; a.k.a. BAHRAINI ISLAMIC RESISTANCE; a.k.a. SARAYA AL-MOKHTAR; a.k.a. SARAYA AL-MUKHTAR; a.k.a. "AMB"; a.k.a. "SAM"), Iran; Bahrain [SDGT].

BAHZAD, Ahmad Abdullah Mohamed Abdullah (a.k.a. BEHZAD BSTAKI, Ahmad Abdullah Mohammed Abdullah; a.k.a. BEHZAD, Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohammad A; a.k.a. BEHZAD, Ahmad Abdulla Mohammad Abdulla; a.k.a. BEHZAD, Ahmad

Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmed Abdullah; a.k.a. "ABDULLA MOHAMAD ABDULLA MOHAMAD BEHZAD"; a.k.a. "ABDULLAH AHMAD ABDULLAH MOHAMAD BAHZAD"; a.k.a. "ABDULLAH MOHAMMED ABDULLAH BAHZAD"; a.k.a. "AHMED BEHZA"; a.k.a. "AHMED MOHAMMED ABDULLAH"; a.k.a. "MOHAMMED ABDULLAH MOHAMMED BAHZAD"), c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; DOB 02 Nov 1971; POB Dubai, United Arab Emirates; citizen United Arab Emirates; Passport A1042768 (United Arab Emirates); alt. Passport A0269124 (United Arab Emirates) (individual) [SDNTK].

BAIA CONSULTING LIMITED (a.k.a. CONSULTADORIA BAIA LIMITADA), 7th Floor, Lun Pong Building, No. 763 Avenida da Praia Grande, Macau; Avenidada Praia Grande, No. 763, Edificio Lun Pong, 7 Andara, Macau; Organization Established Date 26 Jan 2016; Registration Number 60367 SO (Macau) [GLOMAG] (Linked To: VIEIRA DIAS, Manuel Helder).

BAIGUSKAROV, Zarif Zakirovich (Cyrillic: БАЙГУСКАРОВ, Зариф Закирович), Russia; DOB 30 Jun 1967; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BAIK. V. TSENTR (a.k.a. BAIK. V. TSENTR, OOO; a.k.a. BIKE CENTER; a.k.a. BIKE V. CENTER), Nizhnije Mnevniki, 110, Moscow, Russia; ul. Nikitskaya B. D. 11/4, korp. 3, Moscow 103009, Russia; 1 1/4, str.3 ul. Nikitskaya B., Moscow 103009, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Trade License No. 1037739620390 (Russia); Government Gazette Number 54842899 (Russia) [UKRAINE-EO13660].

BAIK. V. TSENTR, OOO (a.k.a. BAIK. V. TSENTR; a.k.a. BIKE CENTER; a.k.a. BIKE V. CENTER), Nizhnije Mnevniki, 110, Moscow, Russia; ul. Nikitskaya B. D. 11/4, korp. 3, Moscow 103009, Russia; 1 1/4, str.3 ul. Nikitskaya B., Moscow 103009, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Trade License No. 1037739620390 (Russia); Government Gazette

Number 54842899 (Russia) [UKRAINE-EO13660].

BAIKAL (a.k.a. IZHEVSKY MEKHANICHESKY ZAVOD JSC), 8 Promyshlennaya Str., Izhevsk 426063, Russia; Website http://www.baikalinc.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

BAIKAL ELECTRONICS JSC (a.k.a. JSC BAYKAL ELEKTRONIKS), Block B, 2nd Floor, Riga Land Business Center, 29 KM M9 Baltyia Highway, Krasnogorskiy District, Moscow Region 143421, Russia; Tax ID No. 7707767484 (Russia); Registration Number 1127746006926 (Russia) [RUSSIA-EO14024].

BAIKAL.TSENTR (a.k.a. LLC BAIKAL CENTER; a.k.a. TSENTR RAZVITIYA BAIKALSKOGO REGIONA), Vozdvizhenka d. 7/6, str. 1, pomeshch. 10, Moscow 119019, Russia; Tax ID No. 7704732846 (Russia); Registration Number 1097746515240 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

BAIKOV INSTITUTE OF METALLURGY AND MATERIALS SCIENCE, RUSSIAN ACADEMY OF SCIENCES (a.k.a. "IMET RAS"), Leninskii Pr-T D. 49, Moscow 119991, Russia; Organization Established Date 24 May 1994; Tax ID No. 7736045483 (Russia); Registration Number 1027700298702 (Russia) [RUSSIA-EO14024].

BAILEY HOLDINGS PTY LTD, 38 Cunningham Rd, Durban, KwaZulu-Natal 4001, South Africa; P.O. Box 14544, Pretoria, Johannesburg, Gauteng 0037, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Mar 2018; Tax ID No. 9141736232 (South Africa); Trade License No. 2018/215018/07 (South Africa) [SDGT] (Linked To: AKBAR, Yunus Mohamad).

BAJAGIC, Zvonko (a.k.a. "DUGA PUSKA"); DOB 06 Sep 1953; POB Vlasenica, Bosnia-Herzegovina (individual) [BALKANS].

BAJER S.R.L. (a.k.a. BAJER SOCIEDAD DE RESPONSABILIDAD LIMITADA), Nazarre 3336, Buenos Aires 1417, Argentina; C.U.I.T. 30712314156 (Argentina) [SDNTK].

BAJER SOCIEDAD DE RESPONSABILIDAD LIMITADA (a.k.a. BAJER S.R.L.), Nazarre 3336, Buenos Aires 1417, Argentina; C.U.I.T. 30712314156 (Argentina) [SDNTK].

BAK, Gwang Hun (a.k.a. PAK, Gwang Hun; a.k.a. PAK, Kwang Hun; a.k.a. PAK, Kwang-hun), Vladivostok, Russia; DOB 01 Jan 1970 to 31 Dec 1970; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Representative of Korea Ryonbong General Corporation in Vladivostok, Russia (individual) [DPRK2].

BAKE AND KITCHEN (a.k.a. COMERCIALIZADORA TRADE CLEAR, S.A. DE C.V.), Av. Naciones Unidas 6875, Zapopan, Jalisco 45017, Mexico; Patria No. 1347-1, Col. Mirador del Sol, Zapopan, Jalisco CP 45054, Mexico; Av. Lopez Mateos Nte 1133, Plaza Midtown, Guadalajara, Jalisco, Mexico; Website www.bakeandkitchen.com; R.F.C. CTC140807HHA (Mexico) [SDNTK].

BAKER, Rami Kamel Yaacoub (Arabic: رامي كامل يعقوب باقر) (a.k.a. BAKER, Rami Yaacoub; a.k.a. BAKER, Ramy Kamel Yaacoub; a.k.a. RAMI, Yaacoub Baker), Eden Gardens Building, Floor 3A-3B, Mina El Hosn-Zeytoune Street, Beirut, Lebanon; 38 El Kawthar, Adnan Al Hakim Street, 7th Floor, Jnah, Beirut, Lebanon; DOB 29 May 1968; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EN992200 (Belgium) expires 20 Dec 2022; alt. Passport EH970706 (Belgium) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

BAKER, Rami Yaacoub (a.k.a. BAKER, Rami Kamel Yaacoub (Arabic: رامي كامل يعقوب باقر); a.k.a. BAKER, Ramy Kamel Yaacoub; a.k.a. RAMI, Yaacoub Baker), Eden Gardens Building, Floor 3A-3B, Mina El Hosn-Zeytoune Street, Beirut, Lebanon; 38 El Kawthar, Adnan Al Hakim Street, 7th Floor, Jnah, Beirut, Lebanon; DOB 29 May 1968; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EN992200 (Belgium) expires 20 Dec 2022; alt. Passport EH970706 (Belgium) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

BAKER, Ramy Kamel Yaacoub (a.k.a. BAKER, Rami Kamel Yaacoub (Arabic: رامي كامل يعقوب باقر); a.k.a. BAKER, Rami Yaacoub; a.k.a. RAMI, Yaacoub Baker), Eden Gardens Building,

Floor 3A-3B, Mina El Hosn-Zeytoune Street, Beirut, Lebanon; 38 El Kawthar, Adnan Al Hakim Street, 7th Floor, Jnah, Beirut, Lebanon; DOB 29 May 1968; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport EN992200 (Belgium) expires 20 Dec 2022; alt. Passport EH970706 (Belgium) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

BAKER, Rima Kamel Yaacoub (Arabic: ريما كامل يعقوب باقر) (a.k.a. AHMAD, Rima Kamel Nazem; a.k.a. BAKER, Rima Yaacoub; a.k.a. BAQER, Rima Kamel), Eden Gardens Building, 5th Floor, Fawzi Street, Beirut, Lebanon; DOB 25 Feb 1970; POB Beirut, Lebanon; nationality Lebanon; alt. nationality Belgium; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0503197 (Lebanon) expires 01 Aug 2022; alt. Passport EM719287 (Belgium) expires 02 Mar 2022; alt. Passport E1277888 (Belgium) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

BAKER, Rima Yaacoub (a.k.a. AHMAD, Rima Kamel Nazem; a.k.a. BAKER, Rima Kamel Yaacoub (Arabic: ريما كامل يعقوب باقر); a.k.a. BAQER, Rima Kamel), Eden Gardens Building, 5th Floor, Fawzi Street, Beirut, Lebanon; DOB 25 Feb 1970; POB Beirut, Lebanon; nationality Lebanon; alt. nationality Belgium; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0503197 (Lebanon) expires 01 Aug 2022; alt. Passport EM719287 (Belgium) expires 02 Mar 2022; alt. Passport E1277888 (Belgium) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

BAKERIES AND PASTRIES JAMMOUL SARL (a.k.a. JAMMOUL AND AYAD FOR INDUSTRY AND TRADE; a.k.a. JAMOOL AND AYYAD COMPANY FOR INDUSTRY AND TRADE), Building 1046, Jiyeh, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Apr 2003; Business Registration Number 2000776 (Lebanon) [SDGT] (Linked To: AYAD, Adnan).

BAKHAREV, Konstantin Mikhailovich (Cyrillic: БАХАРЕВ, Константин Михайлович) (a.k.a. BAKHAREV, Konstantin Mikhaylovich), Russia; DOB 20 Oct 1972; POB Simferopol, Crimea, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-

Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

BAKHAREV, Konstantin Mikhaylovich (a.k.a. BAKHAREV, Konstantin Mikhailovich (Cyrillic: БАХАРЕВ, Константин Михайлович)), Russia; DOB 20 Oct 1972; POB Simferopol, Crimea, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

BAKHMETYEV, Vitaly Viktorovich (Cyrillic: БАХМЕТЬЕВ, Виталий Викторович)), Russia; DOB 12 Aug 1961; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BAKHSH HABIBI, Raham (a.k.a. BAKHSH HABIBI, Roham (Arabic: رهام بخش حبیبی)), Shiraz, Fars Province, Iran; DOB 24 Oct 1964; POB Basht, Kohgiluyeh and Boyer Ahmad; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; LEF Commander Fars Province (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

BAKHSH HABIBI, Roham (Arabic: رهام بخش حبیبی) (a.k.a. BAKHSH HABIBI, Raham), Shiraz, Fars Province, Iran; DOB 24 Oct 1964; POB Basht, Kohgiluyeh and Boyer Ahmad; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; LEF Commander Fars Province (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

BAKHSHAISH, Hussein (a.k.a. BAKHSHAYESH, Hossein (Arabic: حسین بخشایش)), Tehran, Iran; DOB 22 May 1964; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1189810190 (Iran) (individual) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: SAHARA THUNDER).

BAKHSHAYESH, Hossein (Arabic: حسین بخشایش) (a.k.a. BAKHSHAISH, Hussein), Tehran, Iran; DOB 22 May 1964; nationality Iran; Gender Male; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1189810190 (Iran) (individual) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: SAHARA THUNDER).

BAKHSHI, Dariush (Arabic: داریوش بخشی), Orumiyeh, West Azerbaijan Province, Iran; DOB 10 Mar 1974; POB Salmas, West Azerbaijan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2851316567 (Iran) (individual) [IRAN-HR].

BAKHTAR COMMERCIAL COMPANY (Arabic: شرکت بازرگان کالای باختر) (a.k.a. "BCCO"), North Kargar Street, Above Taghateh Fatemi, Plaque 1286, Tehran 73441-4118, Iran; No. 1286, North Karegar Avenue, Tehran, Iran; Ashrafi Esfahani Highway, Fourth Road Punak, Falahzadeh Boulevard, Plaque 40, Floor 5, Tehran, Iran; Website www.bccco.co; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10320817213 (Iran); Registration Number 429515 (Iran) [IRAN-EO13846].

BAKHTAR RAAD ENGINEERING COMPANY (a.k.a. BAKHTAR RAAD SEPAHAN CO.; a.k.a. BAKHTAR RAAD SEPAHAN COMPANY; a.k.a. RADSEPAHAN), Number 8, Keyvan 2 Building, between 2nd & 3rd Western Avenue, Mohaberat Street, Shahinshahr, Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

BAKHTAR RAAD SEPAHAN CO. (a.k.a. BAKHTAR RAAD ENGINEERING COMPANY; a.k.a. BAKHTAR RAAD SEPAHAN COMPANY; a.k.a. RADSEPAHAN), Number 8, Keyvan 2 Building, between 2nd & 3rd Western Avenue,

Mohaberat Street, Shahinshahr, Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

BAKHTAR RAAD SEPAHAN COMPANY (a.k.a. BAKHTAR RAAD ENGINEERING COMPANY; a.k.a. BAKHTAR RAAD SEPAHAN CO.; a.k.a. RADSEPAHAN), Number 8, Keyvan 2 Building, between 2nd & 3rd Western Avenue, Mohaberat Street, Shahinshahr, Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

BAKHTIAR, Hisham (a.k.a. AL IKHTEYAR, Hisham; a.k.a. AL IKHTIYAR, Hisham; a.k.a. AL-IKHTIYAR, Hisham; a.k.a. AL-IKHTIYAR, Hisham Ahmad; a.k.a. BAKHTIYAR, Hisham; a.k.a. ICHTIJAR, Hisham; a.k.a. IKHTEYAR, Hisham; a.k.a. IKHTIYAR, Hisham), Maliki, Damascus, Syria; DOB 1941; Major General; Director, Syria Ba'ath Party Regional Command National Security Bureau (individual) [SYRIA].

BAKHTIARI, Mashaallah (a.k.a. BAKHTIARI, Mashallah), Iran; Iraq; DOB 01 Sep 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T47383807 (Iran); National ID No. 0053317963 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

BAKHTIARI, Mashallah (a.k.a. BAKHTIARI, Mashaallah), Iran; Iraq; DOB 01 Sep 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T47383807 (Iran); National ID No. 0053317963 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

BAKHTIYAR, Hisham (a.k.a. AL IKHTEYAR, Hisham; a.k.a. AL IKHTIYAR, Hisham; a.k.a. AL-IKHTIYAR, Hisham; a.k.a. AL-IKHTIYAR, Hisham Ahmad; a.k.a. BAKHTIAR, Hisham; a.k.a. ICHTIJAR, Hisham; a.k.a. IKHTEYAR, Hisham; a.k.a. IKHTIYAR, Hisham), Maliki, Damascus, Syria; DOB 1941; Major General; Director, Syria Ba'ath Party Regional Command National Security Bureau (individual) [SYRIA].

BAKI, Abdul (a.k.a. AL-BAKI, 'Abd; a.k.a. AL-BARI, 'Abd; a.k.a. BAQI, Abdul; a.k.a. BARI, Abdul; a.k.a. BARI, Abdul Baqi; a.k.a. BARI, Haji Abdul; a.k.a. IBRAHIM, 'Abd Al-Baqi

Muhammad; a.k.a. IBRAHIM, 'Abd Labaqi Muhammad; a.k.a. ISHAQZAI, Rais Abdul Bari; a.k.a. "ABDELBAKI"); DOB 01 Jan 1953; alt. DOB 1952; POB Kandahar, Afghanistan; Passport 306749 (Afghanistan) expires 28 Jun 2014; alt. Passport 47168 (Afghanistan) (individual) [SDGT].

BAKR, Osama Abd Elmongy Abdalla (a.k.a. BAKR, Osama Abdelmongy Abdalla; a.k.a. BAKR, Osama Abdelmongy Abdallah; a.k.a. BAKR, Osama Ebdelmongy Abdalla), Rua Joaquim Nabuco 15, Alto Parana, Parana 87750-000, Brazil; DOB 08 Sep 1968; POB Port Said, Egypt; nationality Egypt; alt. nationality Brazil; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number V356783-K (Brazil); alt. Identification Number 83423818034 (Brazil); alt. Identification Number 07229181914 (Brazil); alt. Identification Number 154564654 (Brazil) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

BAKR, Osama Abdelmongy Abdalla (a.k.a. BAKR, Osama Abd Elmongy Abdalla; a.k.a. BAKR, Osama Abdelmongy Abdallah; a.k.a. BAKR, Osama Ebdelmongy Abdalla), Rua Joaquim Nabuco 15, Alto Parana, Parana 87750-000, Brazil; DOB 08 Sep 1968; POB Port Said, Egypt; nationality Egypt; alt. nationality Brazil; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number V356783-K (Brazil); alt. Identification Number 83423818034 (Brazil); alt. Identification Number 07229181914 (Brazil); alt. Identification Number 154564654 (Brazil) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

BAKR, Osama Abdelmongy Abdallah (a.k.a. BAKR, Osama Abd Elmongy Abdalla; a.k.a. BAKR, Osama Abdelmongy Abdalla; a.k.a. BAKR, Osama Ebdelmongy Abdalla), Rua Joaquim Nabuco 15, Alto Parana, Parana 87750-000, Brazil; DOB 08 Sep 1968; POB Port Said, Egypt; nationality Egypt; alt. nationality Brazil; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number V356783-K (Brazil); alt. Identification Number 83423818034 (Brazil); alt. Identification Number 07229181914 (Brazil); alt. Identification Number 154564654 (Brazil) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

BAKR, Osama Ebdelmongy Abdalla (a.k.a. BAKR, Osama Abd Elmongy Abdalla; a.k.a. BAKR, Osama Abdelmongy Abdalla; a.k.a. BAKR, Osama Abdelmongy Abdallah), Rua Joaquim Nabuco 15, Alto Parana, Parana 87750-000, Brazil; DOB 08 Sep 1968; POB Port Said, Egypt; nationality Egypt; alt. nationality Brazil; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number V356783-K (Brazil); alt. Identification Number 83423818034 (Brazil); alt. Identification Number 07229181914 (Brazil); alt. Identification Number 154564654 (Brazil) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

BALABA, Dmitriy Vladimirovich (Cyrillic: БАЛАБА, Дмитрий Владимирович) (a.k.a. BALABA, Dmitry (Cyrillic: БАЛАБА, Дмитрий); a.k.a. BALABA, Dzmitriy Uladzimiravich (Cyrillic: БАЛАБА, Дзмітрый Уладзіміравіч)), Minsk, Belarus; DOB 1972; POB Haradzilava, Minsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

BALABA, Dmitry (Cyrillic: БАЛАБА, Дмитрий) (a.k.a. BALABA, Dmitriy Vladimirovich (Cyrillic: БАЛАБА, Дмитрий Владимирович); a.k.a. BALABA, Dzmitriy Uladzimiravich (Cyrillic: БАЛАБА, Дзмітрый Уладзіміравіч)), Minsk, Belarus; DOB 1972; POB Haradzilava, Minsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

BALABA, Dzmitriy Uladzimiravich (Cyrillic: БАЛАБА, Дзмітрый Уладзіміравіч) (a.k.a. BALABA, Dmitriy Vladimirovich (Cyrillic: БАЛАБА, Дмитрий Владимирович); a.k.a. BALABA, Dmitry (Cyrillic: БАЛАБА, Дмитрий)), Minsk, Belarus; DOB 1972; POB Haradzilava, Minsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

BALASHIKHA CASTING MECHANICAL PLANT OJSC (a.k.a. OPEN JOINT STOCK COMPANY BALASHIKHINSKIY LITEYNO MEKHANICHESKIY ZAVOD; a.k.a. "BLMZ"), 4, Entuziastov, Balashikha 143912, Russia; Tax ID No. 5001000027 (Russia); Registration Number 1025000510534 (Russia) [RUSSIA-EO14024].

BALAWI, Mut'i (a.k.a. AL-BALAWI, Mut'i; a.k.a. BALWI, Maarouf; a.k.a. BALWI, Moutee Maarouf; a.k.a. BALWI, Mut'i Ma'ruf (Arabic: مطيع معروف بلوي)), Syria; DOB 01 Jan 1985; POB Nubl, Syria; nationality Syria; Gender Male; Passport 2488186 (Syria) (individual) [SYRIA] [SYRIA-CAESAR] (Linked To: AL-

FADEL EXCHANGE AND MONEY TRANSFER COMPANY).

BALBEK, Ruslan Ismailovich; DOB 28 Aug 1977; POB Uzbekistan; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BALDOUSKAYA, Alena Anatolieuna (Cyrillic: БАЛДОЎСКАЯ, Алена Анатольеўна) (a.k.a. BALDOVSKAYA, Yelena; a.k.a. BALDOVSKAYA, Yelena Anatolievna (Cyrillic: БАЛДОВСКАЯ, Елена Анатольевна)), Minsk Oblast, Belarus; DOB 1980; nationality Belarus; Gender Female (individual) [BELARUS-EO14038].

BALDOVSKAYA, Yelena (a.k.a. BALDOUSKAYA, Alena Anatolieuna (Cyrillic: БАЛДОЎСКАЯ, Алена Анатольеўна); a.k.a. BALDOVSKAYA, Yelena Anatolievna (Cyrillic: БАЛДОВСКАЯ, Елена Анатольевна)), Minsk Oblast, Belarus; DOB 1980; nationality Belarus; Gender Female (individual) [BELARUS-EO14038].

BALDOVSKAYA, Yelena Anatolievna (Cyrillic: БАЛДОВСКАЯ, Елена Анатольевна) (a.k.a. BALDOUSKAYA, Alena Anatolieuna (Cyrillic: БАЛДОЎСКАЯ, Алена Анатольеўна); a.k.a. BALDOVSKAYA, Yelena), Minsk Oblast, Belarus; DOB 1980; nationality Belarus; Gender Female (individual) [BELARUS-EO14038].

BALITSKIY, Yevgeniy (a.k.a. BALITSKY, Evgeniy Vitalevich (Cyrillic: БАЛИЦКИЙ, Евгений Витальевич); a.k.a. BALYTSKY, Yevhen; a.k.a. BALYTSKYI, Yevhen Vitaliiovych (Cyrillic: БАЛИЦЬКИЙ, Евген Віталійович)), Zaporizhzhia Region, Ukraine; DOB 10 Dec 1969; POB Melitopol, Ukraine; nationality Ukraine; Gender Male (individual) [RUSSIA-EO14024].

BALITSKY, Evgeniy Vitalevich (Cyrillic: БАЛИЦКИЙ, Евгений Витальевич) (a.k.a. BALITSKIY, Yevgeniy; a.k.a. BALYTSKY, Yevhen; a.k.a. BALYTSKYI, Evhenii; a.k.a. BALYTSKYI, Yevhen Vitaliiovych (Cyrillic: БАЛИЦЬКИЙ, Евген Віталійович)), Zaporizhzhia Region, Ukraine; DOB 10 Dec 1969; POB Melitopol, Ukraine; nationality Ukraine; Gender Male (individual) [RUSSIA-EO14024].

BALLITO BAY SHIPPING INC (a.k.a. BALLITO BAY SHIPPING INCORPORATED), 80 Broad Street, Monrovia, Liberia; Identification Number IMO 5804961 [VENEZUELA-EO13850].

BALLITO BAY SHIPPING INCORPORATED (a.k.a. BALLITO BAY SHIPPING INC), 80

Broad Street, Monrovia, Liberia; Identification Number IMO 5804961 [VENEZUELA-EO13850].

BALLUL, Ahmad (a.k.a. BALLUL, Ahmad Muhammad; a.k.a. BALLUL, Ahmed); DOB 10 Oct 1954; Major General, Syrian Air Force and Air Defense Forces Commander (individual) [SYRIA] (Linked To: SYRIAN AIR FORCE; Linked To: SYRIAN ARAB AIR DEFENSE FORCES).

BALLUL, Ahmad Muhammad (a.k.a. BALLUL, Ahmad; a.k.a. BALLUL, Ahmed); DOB 10 Oct 1954; Major General, Syrian Air Force and Air Defense Forces Commander (individual) [SYRIA] (Linked To: SYRIAN AIR FORCE; Linked To: SYRIAN ARAB AIR DEFENSE FORCES).

BALLUL, Ahmed (a.k.a. BALLUL, Ahmad; a.k.a. BALLUL, Ahmad Muhammad); DOB 10 Oct 1954; Major General, Syrian Air Force and Air Defense Forces Commander (individual) [SYRIA] (Linked To: SYRIAN AIR FORCE; Linked To: SYRIAN ARAB AIR DEFENSE FORCES).

BALOCH LIBERATION ARMY (a.k.a. BALOCHISTAN LIBERATION ARMY; a.k.a. "BLA"), Balochistan, Pakistan [SDGT].

BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM) (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan [FTO] [SDGT].

BALOCHISTAN LIBERATION ARMY (a.k.a. BALOCH LIBERATION ARMY; a.k.a. "BLA"), Balochistan, Pakistan [SDGT].

BALTELEKTRON LIMITED LIABILITY COMPANY (Cyrillic: БАЛТЕЛЕКТРОН ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ), d. 17, k. 12, etazh 3, kom. 20, ul. 1-Ya Yamskogo Polya, Moscow 125124, Russia; Tax ID No. 7714417321 (Russia); Registration Number 5177746131888 (Russia) [RUSSIA-EO14024].

BALTIC PLANT (Cyrillic: БАЛТИЙСКИЙ ЗАВОД) (a.k.a. BALTIC SHIPYARD; a.k.a. BALTIC SHIPYARD JSC; a.k.a. JSC BALTIC PLANT (Cyrillic: АО БАЛТИЙСКИЙ ЗАВОД)), St. Oblique Line, House 16, St. Petersburg 199106, Russia; Tax ID No. 7801560631 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

BALTIC SHIPYARD (a.k.a. BALTIC PLANT (Cyrillic: БАЛТИЙСКИЙ ЗАВОД); a.k.a. BALTIC SHIPYARD JSC; a.k.a. JSC BALTIC PLANT (Cyrillic: АО БАЛТИЙСКИЙ ЗАВОД)), St. Oblique Line, House 16, St. Petersburg 199106, Russia; Tax ID No. 7801560631 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

BALTIC SHIPYARD JSC (a.k.a. BALTIC PLANT (Cyrillic: БАЛТИЙСКИЙ ЗАВОД); a.k.a. BALTIC SHIPYARD; a.k.a. JSC BALTIC PLANT (Cyrillic: АО БАЛТИЙСКИЙ ЗАВОД)), St. Oblique Line, House 16, St. Petersburg 199106, Russia; Tax ID No. 7801560631 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

BALTINFOKOM (a.k.a. LIMITED LIABILITY COMPANY BALTINFOCOM; a.k.a. LIMITED LIABILITY COMPANY BALTINFOKOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БАЛТИНФОКОМ); a.k.a. LLC BALTINFOCOM; a.k.a. OOO BALTINFOKOM), Pr-Kt Yaroslavskii D.78, Lit. A, Pom.19N, Saint Petersburg 194214, Russia; 7H, 71, Komstromskoy Avenue, Saint Petersburg 194214, Russia; Website www.baltinfocom.ru; Organization Established Date 06 Jul 2007; Organization Type: Other information technology and computer service activities; Tax ID No. 7810481785 (Russia); Registration Number 1077847481535 (Russia) [RUSSIA-EO14024].

BALTIYSKAYA PROMISHLENNAYA KOMPANIYA (a.k.a. AO BALTIISKAYA PROMYSHLENNAYA KOMPANIYA), Malaya Bukharestskaya str., 5, building 2/39, St. Petersburg 192288, Russia; Prospekt Kultury, 49A, St. Petersburg 195276, Russia; 3rd Ribatskii lane, 3 production, St. Petersburg 192177, Russia; Tax ID No. 7801200558 (Russia); Registration Number 1037800041773 (Russia) [RUSSIA-EO14024].

BALTPROMSERVIS, Ul. Kaspiiskaya D. 22, K. 1 Str. 3, Pomeshch. I Kom. 6-12, Moscow

115304, Russia; Tax ID No. 5048057212 (Russia); Registration Number 1205000079954 (Russia) [RUSSIA-EO14024].

BALUKU, Seka (a.k.a. BALUKU, Seka Musa; a.k.a. KAJUJU, Mzee; a.k.a. "LUMONDE"; a.k.a. "LUMU"; a.k.a. "MAKUBA"), Congo, Democratic Republic of the; North Kivu Province, Congo, Democratic Republic of the; DOB 1976; alt. DOB 1975; POB Kasese District, Rwenzururu Sub-Region, Western Uganda; nationality Uganda; Gender Male (individual) [SDGT] [GLOMAG].

BALUKU, Seka Musa (a.k.a. BALUKU, Seka; a.k.a. KAJUJU, Mzee; a.k.a. "LUMONDE"; a.k.a. "LUMU"; a.k.a. "MAKUBA"), Congo, Democratic Republic of the; North Kivu Province, Congo, Democratic Republic of the; DOB 1976; alt. DOB 1975; POB Kasese District, Rwenzururu Sub-Region, Western Uganda; nationality Uganda; Gender Male (individual) [SDGT] [GLOMAG].

BALWI, Fadel Ma'ruf (Arabic: فاضل معروف بلوي) (a.k.a. AL-BALAWI, Fadel), Syria; DOB 01 Jan 1983; POB Nubl, Syria; nationality Syria; Gender Male; Passport 2251748 (Syria) (individual) [SYRIA] [SYRIA-CAESAR] (Linked To: AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY).

BALWI, Maarouf (a.k.a. AL-BALAWI, Mut'i; a.k.a. BALAWI, Mut'i; a.k.a. BALWI, Moutee Maarouf; a.k.a. BALWI, Mut'i Ma'ruf (Arabic: مطيع معروف بلوي)), Syria; DOB 01 Jan 1985; POB Nubl, Syria; nationality Syria; Gender Male; Passport 2488186 (Syria) (individual) [SYRIA] [SYRIA-CAESAR] (Linked To: AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY).

BALWI, Moutee Maarouf (a.k.a. AL-BALAWI, Mut'i; a.k.a. BALAWI, Mut'i; a.k.a. BALWI, Maarouf; a.k.a. BALWI, Mut'i Ma'ruf (Arabic: مطيع معروف بلوي)), Syria; DOB 01 Jan 1985; POB Nubl, Syria; nationality Syria; Gender Male; Passport 2488186 (Syria) (individual) [SYRIA] [SYRIA-CAESAR] (Linked To: AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY).

BALWI, Muhammad Ma'ruf (Arabic: محمد معروف بلوي) (a.k.a. AL-BALAWI, Muhammad; a.k.a. AL-BALWI, Muhammad Ma'ruf), Sayyida Zeynab, Damascus, Syria; DOB 01 Jan 1981; POB Nubl, Syria; nationality Syria; Gender Male; Passport 1982538 (Syria) (individual) [SYRIA] [SYRIA-CAESAR] (Linked To: AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY).

BALWI, Mut'i Ma'ruf (Arabic: مطيع معروف بلوي) (a.k.a. AL-BALAWI, Mut'i; a.k.a. BALAWI, Mut'i; a.k.a. BALWI, Maarouf; a.k.a. BALWI, Moutee Maarouf), Syria; DOB 01 Jan 1985; POB Nubl, Syria; nationality Syria; Gender Male; Passport 2488186 (Syria) (individual) [SYRIA] [SYRIA-CAESAR] (Linked To: AL-FADEL EXCHANGE AND MONEY TRANSFER COMPANY).

BALYTSKY, Yevhen (a.k.a. BALITSKIY, Yevgeniy; a.k.a. BALITSKY, Evgenii Vitalevich (Cyrillic: БАЛИЦКИЙ, Евгений Витальевич); a.k.a. BALYTSKYI, Evhenii; a.k.a. BALYTSKYI, Yevhen Vitaliiovych (Cyrillic: БАЛИЦЬКИЙ, Євген Віталійович)), Zaporizhzhia Region, Ukraine; DOB 10 Dec 1969; POB Melitopol, Ukraine; nationality Ukraine; Gender Male (individual) [RUSSIA-EO14024].

BALYTSKYI, Evhenii (a.k.a. BALITSKIY, Yevgeniy; a.k.a. BALITSKY, Evgenii Vitalevich (Cyrillic: БАЛИЦКИЙ, Евгений Витальевич); a.k.a. BALYTSKY, Yevhen; a.k.a. BALYTSKYI, Yevhen Vitaliiovych (Cyrillic: БАЛИЦЬКИЙ, Євген Віталійович)), Zaporizhzhia Region, Ukraine; DOB 10 Dec 1969; POB Melitopol, Ukraine; nationality Ukraine; Gender Male (individual) [RUSSIA-EO14024].

BALYTSKYI, Yevhen Vitaliiovych (Cyrillic: БАЛИЦЬКИЙ, Євген Віталійович) (a.k.a. BALITSKIY, Yevgeniy; a.k.a. BALITSKY, Evgenii Vitalevich (Cyrillic: БАЛИЦКИЙ, Евгений Витальевич); a.k.a. BALYTSKY, Yevhen; a.k.a. BALYTSKYI, Evhenii), Zaporizhzhia Region, Ukraine; DOB 10 Dec 1969; POB Melitopol, Ukraine; nationality Ukraine; Gender Male (individual) [RUSSIA-EO14024].

BAMEX LIMITED, PostFach 52, Klagenfurt 9023, Austria; Company Number 94593 (Gibraltar) [SDNTK].

BANA, Hama (a.k.a. HAMANI, Hamma; a.k.a. HAMANI, Mohammed; a.k.a. "DJANET, el Hadj Hama"); DOB 1967; POB Illizi, Algeria; nationality Algeria (individual) [SDGT] [LIBYA3] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

BANAGRICOLA S.A. (a.k.a. BANANERA AGRICOLA S.A.), Carrera 2B No. 26-12, Santa Marta, Colombia; NIT # 800142651-6 (Colombia) [SDNT].

BANANERA AGRICOLA S.A. (a.k.a. BANAGRICOLA S.A.), Carrera 2B No. 26-12, Santa Marta, Colombia; NIT # 800142651-6 (Colombia) [SDNT].

BANCO BANDES (a.k.a. BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE

VENEZUELA; a.k.a. BANDES; f.k.a. FONDO DE INVERSIONES DE VENEZUELA), Av. Universidad, Esq. de Traposos a Colon, P-1, Torre BANDES, CARACAS, DISTRITO FEDERAL 1010, Venezuela; Edificio Fondo de Inversiones de Venezuela Avenida Norte 1, Esquina Colon a Traposos, Caracas, Venezuela; SWIFT/BIC FIVVVECA; National ID No. G200047526 (Venezuela) [VENEZUELA-EO13850].

BANCO BANDES URUGUAY S.A. (a.k.a. BANDES URUGUAY), Zabala 1338, Montevideo 11000, Uruguay; SWIFT/BIC CFACUYMM; National ID No. 215395820015 (Uruguay) [VENEZUELA-EO13850] (Linked To: BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE VENEZUELA).

BANCO BICENTENARIO BANCO UNIVERSAL C.A. (a.k.a. BANCO BICENTENARIO DEL PUEBLO; a.k.a. BANCO BICENTENARIO DEL PUEBLO, DE LA CLASE OBRERA, MUJER Y COMUNAS, BANCO UNIVERSAL CA; a.k.a. BANCO BICENTENARIO DEL PUEBLO, DE LA CLASE OBRERA, MUJER Y COMUNIAS, BANCO UNIVERSAL C.A.), Av Venezuela, Torre Banco Bicentenario, P.P, El Rosal, Caracas, Distrito Capital, Venezuela; SWIFT/BIC CONDVECP; National ID No. G200091487 (Venezuela) [VENEZUELA-EO13850].

BANCO BICENTENARIO DEL PUEBLO (f.k.a. BANCO BICENTENARIO BANCO UNIVERSAL C.A.; a.k.a. BANCO BICENTENARIO DEL PUEBLO, DE LA CLASE OBRERA, MUJER Y COMUNAS, BANCO UNIVERSAL CA; a.k.a. BANCO BICENTENARIO DEL PUEBLO, DE LA CLASE OBRERA, MUJER Y COMUNIAS, BANCO UNIVERSAL C.A.), Av Venezuela, Torre Banco Bicentenario, P.P, El Rosal, Caracas, Distrito Capital, Venezuela; SWIFT/BIC CONDVECP; National ID No. G200091487 (Venezuela) [VENEZUELA-EO13850].

BANCO BICENTENARIO DEL PUEBLO, DE LA CLASE OBRERA, MUJER Y COMUNAS, BANCO UNIVERSAL CA (f.k.a. BANCO BICENTENARIO BANCO UNIVERSAL C.A.; a.k.a. BANCO BICENTENARIO DEL PUEBLO; a.k.a. BANCO BICENTENARIO DEL PUEBLO, DE LA CLASE OBRERA, MUJER Y COMUNIAS, BANCO UNIVERSAL C.A.), Av Venezuela, Torre Banco Bicentenario, P.P, El Rosal, Caracas, Distrito Capital, Venezuela; SWIFT/BIC CONDVECP; National ID No.

G200091487 (Venezuela) [VENEZUELA-EO13850].

BANCO BICENTENARIO DEL PUEBLO, DE LA CLASE OBRERA, MUJER Y COMUNIAS, BANCO UNIVERSAL C.A. (f.k.a. BANCO BICENTENARIO BANCO UNIVERSAL C.A.; a.k.a. BANCO BICENTENARIO DEL PUEBLO; a.k.a. BANCO BICENTENARIO DEL PUEBLO, DE LA CLASE OBRERA, MUJER Y COMUNAS, BANCO UNIVERSAL CA), Av Venezuela, Torre Banco Bicentenario, P.P, El Rosal, Caracas, Distrito Capital, Venezuela; SWIFT/BIC CONDVECP; National ID No. G200091487 (Venezuela) [VENEZUELA-EO13850].

BANCO CENTRAL DE VENEZUELA (a.k.a. CENTRAL BANK OF VENEZUELA), Av. Urdaneta, Esquina Las Carmelitas, Edif. Banco Central, Caracas, Venezuela; Av. Urdaneta, Esquina de Carmelitas, Distrito Capital, Caracas 1010, Venezuela; SWIFT/BIC BCVEVECA; Tax ID No. G200001100 (Venezuela) [VENEZUELA-EO13850].

BANCO CORPORATIVO SA (a.k.a. "BANCO NACIONAL"; a.k.a. "BANCO NATIONAL"; a.k.a. "BANCORP"; a.k.a. "NATIONAL BANK"), 2 Cuadras Aloeste y 3 Cuadras Alnorte, Managua, Nicaragua; SWIFT/BIC BOFPNIMA [NICARAGUA].

BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE VENEZUELA (a.k.a. BANCO BANDES; a.k.a. BANDES; f.k.a. FONDO DE INVERSIONES DE VENEZUELA), Av. Universidad, Esq. de Traposos a Colon, P-1, Torre BANDES, CARACAS, DISTRITO FEDERAL 1010, Venezuela; Edificio Fondo de Inversiones de Venezuela Avenida Norte 1, Esquina Colon a Traposos, Caracas, Venezuela; SWIFT/BIC FIVVVECA; National ID No. G200047526 (Venezuela) [VENEZUELA-EO13850].

BANCO DE VENEZUELA (a.k.a. BANCO DE VENEZUELA SA BANCO UNIVERSAL; a.k.a. BANCO DE VENEZUELA SA, BANCO UNIVERSAL; f.k.a. BANCO DE VENEZUELA, S.A.; a.k.a. BANCO DE VENEZUELA, S.A.C.A.), Av Universidad Esq. de Sociedad, Torre Banco de Venezuela, Caracas, Distrito Federal, Venezuela; SWIFT/BIC VZLAVECA; National ID No. G200099976 (Venezuela) [VENEZUELA-EO13850] (Linked To: BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE VENEZUELA).

BANCO DE VENEZUELA SA BANCO UNIVERSAL (a.k.a. BANCO DE VENEZUELA;

a.k.a. BANCO DE VENEZUELA SA, BANCO UNIVERSAL; f.k.a. BANCO DE VENEZUELA, S.A.; a.k.a. BANCO DE VENEZUELA, S.A.C.A.), Av Universidad Esq. de Sociedad, Torre Banco de Venezuela, Caracas, Distrito Federal, Venezuela; SWIFT/BIC VZLAVECA; National ID No. G200099976 (Venezuela) [VENEZUELA-EO13850] (Linked To: BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE VENEZUELA).

BANCO DE VENEZUELA SA, BANCO UNIVERSAL (a.k.a. BANCO DE VENEZUELA; a.k.a. BANCO DE VENEZUELA SA BANCO UNIVERSAL; f.k.a. BANCO DE VENEZUELA, S.A.; a.k.a. BANCO DE VENEZUELA, S.A.C.A.), Av Universidad Esq. de Sociedad, Torre Banco de Venezuela, Caracas, Distrito Federal, Venezuela; SWIFT/BIC VZLAVECA; National ID No. G200099976 (Venezuela) [VENEZUELA-EO13850] (Linked To: BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE VENEZUELA).

BANCO DE VENEZUELA, S.A. (a.k.a. BANCO DE VENEZUELA; a.k.a. BANCO DE VENEZUELA SA BANCO UNIVERSAL; a.k.a. BANCO DE VENEZUELA SA, BANCO UNIVERSAL; a.k.a. BANCO DE VENEZUELA, S.A.C.A.), Av Universidad Esq. de Sociedad, Torre Banco de Venezuela, Caracas, Distrito Federal, Venezuela; SWIFT/BIC VZLAVECA; National ID No. G200099976 (Venezuela) [VENEZUELA-EO13850] (Linked To: BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE VENEZUELA).

BANCO DE VENEZUELA, S.A.C.A. (a.k.a. BANCO DE VENEZUELA; a.k.a. BANCO DE VENEZUELA SA BANCO UNIVERSAL; a.k.a. BANCO DE VENEZUELA SA, BANCO UNIVERSAL; f.k.a. BANCO DE VENEZUELA, S.A.), Av Universidad Esq. de Sociedad, Torre Banco de Venezuela, Caracas, Distrito Federal, Venezuela; SWIFT/BIC VZLAVECA; National ID No. G200099976 (Venezuela) [VENEZUELA-EO13850] (Linked To: BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE VENEZUELA).

BANCO INTERNACIONAL DE DESARROLLO, C.A. (a.k.a. "BID"), Urb. El Rosal, Av. Francisco de Miranda Edificio Dozsa - Piso 8, C.P. 1060, Caracas, Venezuela; SWIFT/BIC IDUNVECA; Website www.bid.com.ve; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: EXPORT DEVELOPMENT BANK OF IRAN).

BANCO NACIONAL DE CUBA (a.k.a. NATIONAL BANK OF CUBA; a.k.a. "BNC"), Zweierstrasse 35, Zurich CH-8022, Switzerland; Avenida de Concha Espina 8, Madrid E-28036, Spain; Dai-Ichi Bldg. 6th Floor, 10-2 Nihombashi, 2-chome, Chuo-ku, Tokyo 103, Japan; Federico Boyd Avenue & 51 Street, Panama City, Panama [CUBA].

BANCO PRODEM S.A. (f.k.a. FONDO FINANCIERO PRIVADO PRODEM S.A.), Calle Belisario Salinas No 520, esquina, Sanchez Lima, La Paz, La Paz, Bolivia; SWIFT/BIC BPRMBOLP; Tax ID No. 1029837028 (Bolivia) [VENEZUELA-EO13850] (Linked To: BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE VENEZUELA).

BANCO VTB AFRICA SA (a.k.a. VTB AFRICA), 22, Rua da Missao, Luanda, Angola; SWIFT/BIC VTBLAOLU; Website www.vtb.ao; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

BANDA CRIMINAL DE URABA (a.k.a. CLAN DEL GOLFO; a.k.a. CLAN USUGA; a.k.a. GULF CLAN; a.k.a. LOS AUTODEFENSAS GAITANISTAS DE COLOMBIA; a.k.a. LOS URABENOS (Latin: LOS URABEÑOS)), Colombia [SDNTK] [ILLICIT-DRUGS-EO14059].

BANDAR ABBAS ZINC PRODUCTION COMPANY, No. 15, Zarir Alley, Turkmenistan Street, Motahhari Avenue, Tehran 1565613115, Iran; Website www.bzpc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 1080000606618 (Iran); Registration Number 3249 (Iran) [SDGT] [IFSR] (Linked To: CALCIMIN).

BANDAR IMAM ABNIROO PETROCHEMICAL COMPANY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BANDAR IMAM BESPARAN PETROCHEMICAL COMPANY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BANDAR IMAM FARAVARESH PETROCHEMICAL COMPANY (a.k.a. FARAVARESH BANDAR IMAM COMPANY), Bandar Imam Petrochemical Complex, Bandar Imam Khomeini, Khuzestan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BANDAR IMAM KHARAZMI PETROCHEMICAL COMPANY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BANDAR IMAM KIMIYA PETROCHEMICAL COMPANY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BANDAR IMAM PETROCHEMICAL (a.k.a. BANDAR IMAM PETROCHEMICAL CO; a.k.a. BANDAR IMAM PETROCHEMICAL COMPANY; a.k.a. BANDAR IMAM PETROCHEMICAL COMPANY LTD; a.k.a. "BIPC"), North Kargar Street, Tehran, Iran; Mahshahr, Bandar Imam, Khuzestan Province, Iran; Imam Khumaini Port, Mahshahr, Khuzestan, Iran; P.O. Box 314, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 6301 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BANDAR IMAM PETROCHEMICAL CO (a.k.a. BANDAR IMAM PETROCHEMICAL; a.k.a. BANDAR IMAM PETROCHEMICAL COMPANY; a.k.a. BANDAR IMAM PETROCHEMICAL COMPANY LTD; a.k.a. "BIPC"), North Kargar Street, Tehran, Iran; Mahshahr, Bandar Imam, Khuzestan Province, Iran; Imam Khumaini Port, Mahshahr, Khuzestan, Iran; P.O. Box 314, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 6301 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BANDAR IMAM PETROCHEMICAL COMPANY (a.k.a. BANDAR IMAM PETROCHEMICAL; a.k.a. BANDAR IMAM PETROCHEMICAL CO; a.k.a. BANDAR IMAM PETROCHEMICAL COMPANY LTD; a.k.a. "BIPC"), North Kargar Street, Tehran, Iran; Mahshahr, Bandar Imam, Khuzestan Province, Iran; Imam Khumaini Port, Mahshahr, Khuzestan, Iran; P.O. Box 314, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 6301

(Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BANDAR IMAM PETROCHEMICAL COMPANY LTD (a.k.a. BANDAR IMAM PETROCHEMICAL; a.k.a. BANDAR IMAM PETROCHEMICAL CO; a.k.a. BANDAR IMAM PETROCHEMICAL COMPANY; a.k.a. "BIPC"), North Kargar Street, Tehran, Iran; Mahshahr, Bandar Imam, Khuzestan Province, Iran; Imam Khumaini Port, Mahshahr, Khuzestan, Iran; P.O. Box 314, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 6301 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BANDARABADI, Mohammad Reza Jafari (a.k.a. JAFARIBANDARABADI, Mohammadreza), Iran; DOB 29 Nov 1989; POB Yazd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M20385084 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

BANDES (a.k.a. BANCO BANDES; a.k.a. BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE VENEZUELA; f.k.a. FONDO DE INVERSIONES DE VENEZUELA), Av. Universidad, Esq. de Traposos a Colon, P-1, Torre BANDES, CARACAS, DISTRITO FEDERAL 1010, Venezuela; Edificio Fondo de Inversiones de Venezuela Avenida Norte 1, Esquina Colon a Traposos, Caracas, Venezuela; SWIFT/BIC FIVVVECA; National ID No. G200047526 (Venezuela) [VENEZUELA-EO13850].

BANDES URUGUAY (a.k.a. BANCO BANDES URUGUAY S.A.), Zabala 1338, Montevideo 11000, Uruguay; SWIFT/BIC CFACUYMM; National ID No. 215395820015 (Uruguay) [VENEZUELA-EO13850] (Linked To: BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE VENEZUELA).

BANDO, Haji; DOB 1971; POB Afghanistan; nationality Afghanistan; citizen Afghanistan (individual) [SDNTK].

BANDURA, Vladimir Vladimirovich (Cyrillic: БАНДУРА, Владимир Владимирович) (a.k.a. BANDURA, Volodymyr Volodymyrovych (Cyrillic: БАНДУРА, Володимир Володимирович)), 39 Shchorsa St., Donetsk, Donetsk region, Ukraine; DOB 15 Jul 1990; POB Toretsk, Donetsk region, Ukraine; nationality Ukraine; Gender Male; Tax ID No. 3306813910 (Ukraine) (individual) [RUSSIA-EO14024].

BANDURA, Volodymyr Volodymyrovich (Cyrillic: БАНДУРА, Володимир Володимирович) (a.k.a. BANDURA, Vladimir Vladimirovich (Cyrillic: БАНДУРА, Владимир Владимирович)), 39 Shchorsa St., Donetsk, Donetsk region, Ukraine; DOB 15 Jul 1990; POB Toretsk, Donetsk region, Ukraine; nationality Ukraine; Gender Male; Tax ID No. 3306813910 (Ukraine) (individual) [RUSSIA-EO14024].

BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP (a.k.a. HANG HUN SUAN CHAMKAT BANG KOK ATHI-FLORA DISAIN), 812/89 Ratchada Phisek Road, Din Daeng precinct, Huai Khwang district, Bangkok, Thailand [SDNTK].

BANGKOK SILK FLOWER COMPANY LTD., 277-279 Soi Thiam Ruammit, Ratchada Phisek Road, Huai Khwang district, Bangkok, Thailand [SDNTK].

BANIAS REFINERY COMPANY, Banias Refinery Building, 26 Latkia Main Road, Baniyas, Tartous, Syria; Banias Refinery Building, Latkia Main Road, Bania Industrial Area, Banias, Tartous, Syria; Postal Box 26, Tartous, Syria; P.O. Box 26, Banias, Syria [SYRIA].

BANIHASHEMI CHAHAROM, Seyed Mohammad (a.k.a. BANIHASHEMI, Mohammad), No 3, Mehr Alley, Kamran Alley, Bastan Alley, Firuzbakhsh Ave, Aghdasieh, Tehran 1957759678, Iran; DOB 26 Mar 1959; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport B32563329 (Iran) expires 17 Dec 2019; National ID No. 0940486229 (Iran) (individual) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

BANIHASHEMI, Mohammad (a.k.a. BANIHASHEMI CHAHAROM, Seyed Mohammad), No 3, Mehr Alley, Kamran Alley, Bastan Alley, Firuzbakhsh Ave, Aghdasieh, Tehran 1957759678, Iran; DOB 26 Mar 1959; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport B32563329 (Iran) expires 17 Dec 2019; National ID No. 0940486229 (Iran) (individual) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

BANK ANSAR (a.k.a. ANSAR BANK; a.k.a. ANSAR FINANCE AND CREDIT FUND; a.k.a. ANSAR FINANCIAL AND CREDIT INSTITUTE; a.k.a. BANK-E ANSAR; f.k.a. "ANSAR AL-MOJAHEDIN NO-INTEREST LOAN INSTITUTE"; f.k.a. "ANSAR INSTITUTE"; f.k.a. "ANSAR SAVING AND INTEREST FREE-

LOANS FUND"), Building No. 539, North Pasdaran Street, Tehran 19575-497, Iran; Website www.ansarbank.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BANK BELVEB OJSC (a.k.a. BANK BELVEB OPEN JOINT STOCK COMPANY; a.k.a. BELVESHECONOMBANK OAO; a.k.a. BELVNESHECONOMBANK OPEN JOINT STOCK COMPANY), 29 Pobediteli ave., Minsk 220004, Belarus; Myasnikova, 32, Minsk 220050, Belarus; SWIFT/BIC BELBBY2X; Website bveb.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 23 Dec 1991; Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Legal Entity Number 25340038P8SYW80B9W34 (Russia); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

BANK BELVEB OPEN JOINT STOCK COMPANY (a.k.a. BANK BELVEB OJSC; a.k.a. BELVESHECONOMBANK OAO; a.k.a. BELVNESHECONOMBANK OPEN JOINT STOCK COMPANY), 29 Pobediteli ave., Minsk 220004, Belarus; Myasnikova, 32, Minsk 220050, Belarus; SWIFT/BIC BELBBY2X; Website bveb.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 23 Dec 1991; Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Legal Entity Number 25340038P8SYW80B9W34 (Russia); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-

EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

BANK 'CENTER FOR INTERNATIONAL SETTLEMENTS' LLC (a.k.a. BANK 'TSENTR MEZHDUNARODNYKH RASCHETOV' OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. LLC TSMRBANK; a.k.a. TSMRBANK, OOO), ul. Palikha, d. 10, Str. 7, Moscow 127055, Russia; Website www.nko-cmr.ru; Email Address cmr@cmrbank.ru; BIK (RU) 044525059; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1157700005759 (Russia); Tax ID No. 7750056670 (Russia); Government Gazette Number 45000256 (Russia) [UKRAINE-EO13660].

BANK CHBRR, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII; a.k.a. BANK CHBRR, PAO; a.k.a. 'CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII, OTKRYTOE AKTSIONERNOE OBSHCHESTVO'; a.k.a. JOINT STOCK COMPANY BLACK SEA BANK OF DEVELOPMENT AND RECONSTRUCTION; a.k.a. JSC 'BLACK SEA BANK FOR DEVELOPMENT & RECONSTRUCTION'; f.k.a. OPEN JOINT STOCK COMPANY BLACK SEA DEVELOPMENT AND RECONSTRUCTION BANK), 24 ul. Bolshevistskaya, Simferopol, Crimea 295001, Ukraine; BIK (RU) 043510101; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102030186 (Russia); Tax ID No. 9102019769 (Russia); Government Gazette Number 00204814 (Russia); License 3527 (Russia) [UKRAINE-EO13685].

BANK CHBRR, PAO (a.k.a. AKTSIONERNOE OBSHCHESTVO CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII; a.k.a. BANK CHBRR, AO; a.k.a. 'CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII, OTKRYTOE AKTSIONERNOE OBSHCHESTVO'; a.k.a. JOINT STOCK COMPANY BLACK SEA BANK OF DEVELOPMENT AND RECONSTRUCTION; a.k.a. JSC 'BLACK SEA BANK FOR DEVELOPMENT & RECONSTRUCTION'; f.k.a. OPEN JOINT STOCK COMPANY BLACK SEA DEVELOPMENT AND RECONSTRUCTION

BANK), 24 ul. Bolshevistskaya, Simferopol, Crimea 295001, Ukraine; BIK (RU) 043510101; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102030186 (Russia); Tax ID No. 9102019769 (Russia); Government Gazette Number 00204814 (Russia); License 3527 (Russia) [UKRAINE-EO13685].

BANK DABRABYT JOINT STOCK COMPANY (a.k.a. BANK DABRABYT JSC; f.k.a. BANK MOSCOW-MINSK JOINT STOCK COMPANY; f.k.a. FOREIGN BANK MOSKVA-MINSK; f.k.a. MOSCOW-MINSK FOREIGN BANK; a.k.a. OJSC BANK DABRABYT (Cyrillic: ОАО БАНК ДАБРАБЫТ)), Kommunisticheskaya Str. 49, premises 1, Minsk 220002, Belarus; SWIFT/BIC MMBNBY22; Website www.bankdabrabyt.by; Organization Established Date 07 Apr 2000; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Registration Number 807000002 (Belarus) [BELARUS-EO14038].

BANK DABRABYT JSC (a.k.a. BANK DABRABYT JOINT STOCK COMPANY; f.k.a. BANK MOSCOW-MINSK JOINT STOCK COMPANY; f.k.a. FOREIGN BANK MOSKVA-MINSK; f.k.a. MOSCOW-MINSK FOREIGN BANK; a.k.a. OJSC BANK DABRABYT (Cyrillic: ОАО БАНК ДАБРАБЫТ)), Kommunisticheskaya Str. 49, premises 1, Minsk 220002, Belarus; SWIFT/BIC MMBNBY22; Website www.bankdabrabyt.by; Organization Established Date 07 Apr 2000; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Registration Number 807000002 (Belarus) [BELARUS-EO14038].

BANK EGHTESAD NOVIN (a.k.a. BANK-E EGHTESAD NOVIN; a.k.a. EGHTESAD NOVIN BANK; a.k.a. EN BANK PJSC), Vali Asr Street, Above Vanak Circle, across Niayesh, Esfandiari Blvd., No. 24, Tehran, Iran; SWIFT/BIC BEGNIRTH; Website www.enbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANK FOR FOREIGN TRADE OF RSFSR (f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK FOR FOREIGN TRADE OF THE U.S.S.R. (a.k.a. GK VEB.RF; a.k.a. GOSUDARSTVENNAYA KORPORATSIYA RAZVITIYA VEB.RF; a.k.a. STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK; a.k.a. STATE DEVELOPMENT CORPORATION VEB.RF (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ РАЗВИТИЯ ВЭБ.РФ); a.k.a. VEB.RF (Cyrillic: ВЭБ.РФ); f.k.a. VNESHECONOMBANK; f.k.a. VNESHEKONOMBANK GK; f.k.a. VNESHEKONOMBANK SSSR; a.k.a. "BANK FOR DEVELOPMENT"; a.k.a. "VEB"), Akademik Sakharov Ave 9, Moscow 107996, Russia; Pr-kt, Akademika Sakharova, D. 9, Moscow 107078, Russia (Cyrillic: Пр-Кт Академика Сахарова, Д. 9, Город Москва 107078, Russia); SWIFT/BIC BFEARUMM; Website www.veb.ru; BIK (RU) 044525060; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 18 Aug 1922; Target Type State-Owned Enterprise; alt. Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Government Gazette Number 00005061 (Russia); Registration Number 1077711000102 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK HEKMAT IRANIAN (a.k.a. BANK-E HEKMAT IRANIAN; a.k.a. HEKMAT IRANIAN BANK), Argentine Circle, beginning of Africa St., Corner of 37th St., (Dara Cul-de-sac), No.26, Tehran, Iran; No. 26, Afrigha Ave, Argentina Sq., Tehran, Iran; No. 26, Africa Hwy, Argantin Sq., Tehran, Iran; Website www.hibank24.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: BANK SEPAH).

BANK IZHKOMBANK JSC (a.k.a. JOINT STOCK COMMERCIAL BANK IZHKOMBANK; a.k.a. JOINT STOCK COMPANY DATABANK), Str Lenina 30, Izhevsk 426076, Russia; SWIFT/BIC IZHBRU31; Website online.databank.ru; alt. Website online.databank.ru; Target Type Financial Institution; Tax ID No. 1835047032 (Russia); Registration Number 1021800000090 (Russia) [RUSSIA-EO14024].

BANK KARGOSHAEE, 587 Mohammadiye Square, Mowlavi Street, Tehran, Iran; Mohamadiyeh Square, Tehran 11986, Iran;

Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

BANK KESHAVARZI (a.k.a. AGRICULTURAL BANK OF IRAN; a.k.a. BANK KESHAVARZI IRAN), PO Box 14155-6395, 129 Patrice Lumumba St, Jalal-al-Ahmad Expressway, Tehran 14454, Iran; Website www.agri-bank.com; alt. Website www.bki.ir; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] [IRAN-EO13902].

BANK KESHAVARZI IRAN (a.k.a. AGRICULTURAL BANK OF IRAN; a.k.a. BANK KESHAVARZI), PO Box 14155-6395, 129 Patrice Lumumba St, Jalal-al-Ahmad Expressway, Tehran 14454, Iran; Website www.agri-bank.com; alt. Website www.bki.ir; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] [IRAN-EO13902].

BANK MARKAZI IRAN (a.k.a. BANK MARKAZI JOMHOURI ISLAMI IRAN; a.k.a. CENTRAL BANK OF IRAN; a.k.a. CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN (Arabic: بانک مرکزی جمهوری اسلامی ایران)), PO Box 15875/7177, 144 Mirdamad Blvd, Tehran, Iran; 213 Ferdowsi Avenue, Tehran 11365, Iran; Mirdamad Blvd, 144 - P.O. Box 15875/7/77, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

BANK MARKAZI JOMHOURI ISLAMI IRAN (a.k.a. BANK MARKAZI IRAN; a.k.a. CENTRAL BANK OF IRAN; a.k.a. CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN (Arabic: بانک مرکزی جمهوری اسلامی ایران)), PO Box 15875/7177, 144 Mirdamad Blvd, Tehran, Iran; 213 Ferdowsi Avenue, Tehran 11365, Iran; Mirdamad Blvd, 144 - P.O. Box 15875/7/77, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

BANK MASKAN (a.k.a. HOUSING BANK - OF IRAN), PO Box 11365/5699, No 247 3rd Floor Fedowsi Ave, Cross Sarhang Sakhaei St, Tehran, Iran; P.O. Box 11365-3499, Ferdowsi Ave, Cross Sarhang Sakhaie St, Tehran, Iran; Website www.bank-maskan.ir; Additional Sanctions Information - Subject to Secondary

Sanctions; all offices worldwide [IRAN] [IRAN-EO13902].

BANK MELLAT, Head Office Bldg, 276 Taleghani Ave, Tehran, Iran; SWIFT/BIC BKMTIRTH; Website www.bankmellat.ir; Additional Sanctions Information - Subject to Secondary Sanctions; All Branches Worldwide [IRAN] [SDGT] [IFSR] (Linked To: MEHR EQTESAD BANK).

BANK MELLAT YEREVAN (a.k.a. MELLAT BANK ARMENIA; a.k.a. MELLAT BANK CLOSED JOINT-STOCK COMPANY; f.k.a. MELLAT BANK SB CJSC), PO Box 24, Amiryan Street 6, 0010, Yerevan, Armenia; 5 Tumanyan St, 0001, Yerevan, Armenia; SWIFT/BIC BKMTAM22; Website www.mellatbank.am; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [SDGT] [IFSR] (Linked To: BANK MELLAT).

BANK MELLI (a.k.a. BANK MELLI IRAN; a.k.a. MELLI BANK; a.k.a. NATIONAL BANK OF IRAN; a.k.a. "BMI"), Ferdowsi Avenue - PO Box 11365-171, Tehran, Iran; 43 Avenue Montaigne, Paris 75008, France; Room 704-6, Wheelock Hse, 20 Pedder St, Hong Kong; Bank Melli Iran Bldg, 111 St 24, 929 Arasat, Baghdad, Iraq; PO Box 2643, Ruwi, 112, Muscat, Oman; PO Box 2656, Liva Street, Abu Dhabi, United Arab Emirates; PO Box 248, Hamad Bin Abdulla St, Fujairah, United Arab Emirates; PO Box 1888, Clock Tower, Industrial Rd, Al Ain Club Bldg, Al Ain, Abu Dhabi, United Arab Emirates; PO Box 1894, Baniyas St, Deira, Dubai, United Arab Emirates; PO Box 5270, Oman Street Al Nakheel, Ras Al-Khaimah, United Arab Emirates; PO Box 459, Al Borj St, Sharjah, United Arab Emirates; PO Box 3093, Ahmed Seddiqui Bldg, Khalid Bin El-Walid St, Bur-Dubai, Dubai, United Arab Emirates; PO Box 1894, Al Wasl Rd, Jumeirah, Dubai, United Arab Emirates; Postfach 112 129, Holzbruecke 2, 20421, Hamburg, Germany; 23 Nobel Avenue, Baku, Azerbaijan; Bank Melli Iran Building, Ferdowsi Avenue, Tehran 11365-144, Iran; No. 136 Mirdamad Boulevard, Opposite Al-ghadir Mosque, Tehran, Iran; Al Ashar Estiqlal Street - Hal Al Zohor, Basra, Iraq; 98a Kensington High Street, London W8 4SG, United Kingdom; 767 5th Ave, 44th Fl, New York, NY 10153, United States; PO Box 1420, New York, NY 10153, United States; Website www.bmi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [IRAN] [SDGT] [IFSR] (Linked To:

ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

BANK MELLI IRAN (a.k.a. BANK MELLI; a.k.a. MELLI BANK; a.k.a. NATIONAL BANK OF IRAN; a.k.a. "BMI"), Ferdowsi Avenue - PO Box 11365-171, Tehran, Iran; 43 Avenue Montaigne, Paris 75008, France; Room 704-6, Wheelock Hse, 20 Pedder St, Hong Kong; Bank Melli Iran Bldg, 111 St 24, 929 Arasat, Baghdad, Iraq; PO Box 2643, Ruwi, 112, Muscat, Oman; PO Box 2656, Liva Street, Abu Dhabi, United Arab Emirates; PO Box 248, Hamad Bin Abdulla St, Fujairah, United Arab Emirates; PO Box 1888, Clock Tower, Industrial Rd, Al Ain Club Bldg, Al Ain, Abu Dhabi, United Arab Emirates; PO Box 1894, Baniyas St, Deira, Dubai, United Arab Emirates; PO Box 5270, Oman Street Al Nakheel, Ras Al-Khaimah, United Arab Emirates; PO Box 459, Al Borj St, Sharjah, United Arab Emirates; PO Box 3093, Ahmed Seddiqui Bldg, Khalid Bin El-Walid St, Bur-Dubai, Dubai, United Arab Emirates; PO Box 1894, Al Wasl Rd, Jumeirah, Dubai, United Arab Emirates; Postfach 112 129, Holzbruecke 2, 20421, Hamburg, Germany; 23 Nobel Avenue, Baku, Azerbaijan; Bank Melli Iran Building, Ferdowsi Avenue, Tehran 11365-144, Iran; No. 136 Mirdamad Boulevard, Opposite Al-ghadir Mosque, Tehran, Iran; Al Ashar Estiqlal Street - Hal Al Zohor, Basra, Iraq; 98a Kensington High Street, London W8 4SG, United Kingdom; 767 5th Ave, 44th Fl, New York, NY 10153, United States; PO Box 1420, New York, NY 10153, United States; Website www.bmi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [IRAN] [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

BANK MELLI IRAN INVESTMENT COMPANY (a.k.a. IRAN MELLI BANK INVESTMENT COMPANY; a.k.a. NATIONAL DEVELOPMENT AND INVESTMENT GROUP; a.k.a. TOSEE MELLI GROUP INVESTMENT COMPANY; a.k.a. TOSE-E MELLI GROUP INVESTMENT COMPANY; a.k.a. TOSE-E MELLI GROUP INVESTMENT COMPANY PUBLIC SHAREHOLDING COMPANY; a.k.a. "TMGIC"), 2 Nader Alley, After Dr Vali e Asr Avenue, Tehran 15116, Iran; PO Box 15875-3898, Iran; Building 89, Khoddami Street, Vanak, Tehran 53158753898, Iran; Number 89, Shahid Khodami Street, After Kurdistan Bridge, Vanak Square, Iran; Vank Square, Shahid Khademi Street, after Kurdistan bridge, No. 89, Tehran

1958698856, Iran; Website www.bmiic.ir; alt. Website www.en.tmgic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101339590 (Iran); Registration Number 89584 (Iran) [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

BANK MELLI IRAN ZAO (a.k.a. JOINT STOCK COMPANY 'MIR BUSINESS BANK'; a.k.a. JSC 'MB BANK'; a.k.a. MB BANK; a.k.a. MB BANK, AO; a.k.a. MIR BIZNES BANK; a.k.a. MIR BIZNES BANK, AO; a.k.a. MIR BUSINESS BANK (Cyrillic: МИР БИЗНЕС БАНК); a.k.a. MIR BUSINESS BANK ZAO), 9/1 ul Mashkova, Moscow 105062, Russia; Russia; 9/1 Mashkova St., Moscow 105062, Russia; 6a Lenin Square Bld. A, Astrakhan 414000, Russia; SWIFT/BIC MRBBRUMM; Website www.mbbru.com; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [SDGT] [SYRIA] [IFSR] (Linked To: BANK MELLI IRAN; Linked To: GLOBAL VISION GROUP).

BANK MOSCOW-MINSK JOINT STOCK COMPANY (a.k.a. BANK DABRABYT JOINT STOCK COMPANY; a.k.a. BANK DABRABYT JSC; f.k.a. FOREIGN BANK MOSKVA-MINSK; f.k.a. MOSCOW-MINSK FOREIGN BANK; a.k.a. OJSC BANK DABRABYT (Cyrillic: ОАО БАНК ДАБРАБЫТ)), Kommunisticheskaya Str. 49, premises 1, Minsk 220002, Belarus; SWIFT/BIC MMBNBY22; Website www.bankdabrabyt.by; Organization Established Date 07 Apr 2000; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Registration Number 807000002 (Belarus) [BELARUS-EO14038].

BANK MOSKVY PAO (f.k.a. AKTSIONERNY KOMMERCHESKI BANK BANK MOSKVY OTKRYTOE AKTSIONERNOE OBSHCHCHESTVO; f.k.a. BANK OF MOSCOW; a.k.a. BM BANK AO; a.k.a. BM BANK JSC; a.k.a. BM BANK PUBLIC JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMMERCIAL BANK - BANK OF MOSCOW OPEN JOINT STOCK COMPANY; a.k.a. PAO BM BANK), 8/15 Korp. 3 ul. Rozhdestvenka, Moscow 107996, Russia; Bld 3 8/15, Rozhdestvenka St., Moscow 107996, Russia; SWIFT/BIC MOSWRUMM; BIK (RU) 044525219; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Registration ID 1027700159497

(Russia); Government Gazette Number 29292940 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

BANK NATIONAL FACTORING COMPANY JOINT STOCK COMPANY (a.k.a. BANK NATIONAL FACTORING COMPANY JSC; a.k.a. BANK NFC JOINT STOCK COMPANY; a.k.a. "BANK NFC JSC"), 14 UI Kozhevnicheskaya, Moscow 115114, Russia; Tax ID No. 7722159794 (Russia); Registration Number 1027700385954 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

BANK NATIONAL FACTORING COMPANY JSC (a.k.a. BANK NATIONAL FACTORING COMPANY JOINT STOCK COMPANY; a.k.a. BANK NFC JOINT STOCK COMPANY; a.k.a. "BANK NFC JSC"), 14 UI Kozhevnicheskaya, Moscow 115114, Russia; Tax ID No. 7722159794 (Russia); Registration Number 1027700385954 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

BANK NFC JOINT STOCK COMPANY (a.k.a. BANK NATIONAL FACTORING COMPANY JOINT STOCK COMPANY; a.k.a. BANK NATIONAL FACTORING COMPANY JSC; a.k.a. "BANK NFC JSC"), 14 UI Kozhevnicheskaya, Moscow 115114, Russia; Tax ID No. 7722159794 (Russia); Registration Number 1027700385954 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

BANK OF EAST LAND (a.k.a. DONGBANG BANK; a.k.a. TONGBANG BANK; a.k.a. TONGBANG U'NHAENG), PO Box 32, BEL Building, Jonseung-Dong, Moranbong District, Pyongyang, Korea, North; SWIFT/BIC BOELKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a.

BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx

#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK OF INDUSTRY & MINE (a.k.a. BANK OF INDUSTRY AND MINE; a.k.a. BANK SANAD VA MADAN; a.k.a. "BIM"), 1655 Vali-E-Asr After Chamran Crossroad, Tehran, Iran; PO Box 15875-4456, Firouzeh Tower, No 2917 Vali-Asr Ave (after Chamran Crossroads), Tehran 1965643511, Iran; SWIFT/BIC BOIMIRTH; Website www.bim.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 38705 (Iran); All Offices Worldwide [IRAN] [NPWMD] [IFSR] (Linked To: BANK SEPAH).

BANK OF INDUSTRY AND MINE (a.k.a. BANK OF INDUSTRY & MINE; a.k.a. BANK SANAD VA MADAN; a.k.a. "BIM"), 1655 Vali-E-Asr After Chamran Crossroad, Tehran, Iran; PO Box 15875-4456, Firouzeh Tower, No 2917 Vali-Asr Ave (after Chamran Crossroads), Tehran 1965643511, Iran; SWIFT/BIC BOIMIRTH; Website www.bim.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 38705 (Iran); All Offices Worldwide [IRAN] [NPWMD] [IFSR] (Linked To: BANK SEPAH).

BANK OF MOSCOW (f.k.a. AKTSIONERNY KOMMERCHESKI BANK BANK MOSKVY OTKRYTOE AKTSIONERNOE OBSHCHESTVO; f.k.a. BANK MOSKVY PAO; a.k.a. BM BANK AO; a.k.a. BM BANK JSC; a.k.a. BM BANK PUBLIC JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMMERCIAL BANK - BANK OF MOSCOW OPEN JOINT STOCK COMPANY; a.k.a. PAO BM BANK), 8/15 Korp. 3 ul. Rozhdestvenka, Moscow 107996, Russia; Bld 3 8/15, Rozhdestvenka St., Moscow 107996, Russia; SWIFT/BIC MOSWRUMM; BIK (RU) 044525219; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Registration ID 1027700159497 (Russia); Government Gazette Number 29292940 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

BANK PASARGAD (a.k.a. BANK-E PASARGAD; a.k.a. PASARGAD BANK), Valiasr St.,

Mirdamad St., No. 430, Tehran, Iran; No. 430, Mirdamad Ave, Tehran 19697774511, Iran; SWIFT/BIC BKBPIRTH; Website www.bpi.ir; alt. Website www.bankpasargad.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANK QAVAMIN (a.k.a. GHAVAMIN BANK; f.k.a. GHAVAMIN FINANCIAL & CREDIT INS.; a.k.a. QAVAMIN BANK; a.k.a. QAVVAMIN BANK), Ghavamin Tower, Argentina Sq., Tehran, Iran; Website www.ghbi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 397957 (Iran) [IRAN] [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

BANK REFAH (a.k.a. BANK REFAH KARGARAN; a.k.a. WORKERS' WELFARE BANK - OF IRAN), No. 40 North Shiraz Street, Mollasadra Ave, Vanak Sq, Tehran 19917, Iran; No. 40, North Shiraz St, Mollasadra Ave, Tehran, Iran; 40, Northern Shirazi St, Molla Sadra Ave, Tehran 19917, Iran; Website www.bankrefah.ir; alt. Website www.refah-bank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] [IRAN-EO13902].

BANK REFAH KARGARAN (a.k.a. BANK REFAH; a.k.a. WORKERS' WELFARE BANK - OF IRAN), No. 40 North Shiraz Street, Mollasadra Ave, Vanak Sq, Tehran 19917, Iran; No. 40, North Shiraz St, Mollasadra Ave, Tehran, Iran; 40, Northern Shirazi St, Molla Sadra Ave, Tehran 19917, Iran; Website www.bankrefah.ir; alt. Website www.refah-bank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] [IRAN-EO13902].

BANK ROSSISKAYA FINANSOVAYA KORPORATSIYA AKTSIONERNOE OBSHCHESTVO (a.k.a. AO RFK-BANK; a.k.a. RFC-BANK; a.k.a. RUSSIAN FINANCIAL CORPORATION; a.k.a. RUSSIAN FINANCIAL CORPORATION BANK JSC), St. George's Lane, D. 1, p. 1, Moscow 125009, Russia; d. 1 korp, 1 per. Georgievski, Moscow 125009, Russia; SWIFT/BIC RFCBRUMM; BIK (RU) 044525257 [SYRIA].

BANK ROSSIYA (a.k.a. AB ROSSIYA, OAO; f.k.a. AKTSIONERNY BANK RUSSIAN FEDERATION; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO AKTSIONERNY BANK ROSSIYA), 2 Liter A Pl. Rastrelli, Saint Petersburg 191124, Russia; SWIFT/BIC ROSYRU2P; Website www.abr.ru;

Email Address bank@abr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027800000084 (Russia); Tax ID No. 7831000122 (Russia); Government Gazette Number 09804148 (Russia) [UKRAINE-EO13661].

BANK ROSTFINANCE (a.k.a. KAVKAZSKY KOMSELKHOZBANK; a.k.a. LLC COMMERCIAL BANK ROSTFINANCE; a.k.a. OOO CB ROSTFINANS; a.k.a. ROSTFINANS), St 1st Mayskaya, 13a/11a, Rostov-on-Don 344037, Russia; SWIFT/BIC ROSFRU2A; Website www.rostfinance.ru; Target Type Financial Institution; Tax ID No. 2332006024 (Russia); Legal Entity Number 253400LTWKWWN6SQCF62; Registration Number 1022300003021 (Russia) [RUSSIA-EO14024].

BANK RUBLEV (a.k.a. AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK RUBLEV; a.k.a. JOINT STOCK COMMERCIAL BANK RUBLEV; a.k.a. JSC CB 'RUBLEV'; a.k.a. RUBLEV BANK), Elokhovsky passage, Building 3, p. 2, Metro - Baumanskaya, Moscow 105066, Russia; 12 Sevastopol Street, Simferopol, Crimea, Ukraine; 6 Gogol Street, Sevastopol, Crimea, Ukraine; SWIFT/BIC COUERUMM; BIK (RU) 044525253; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027700159233 (Russia); Tax ID No. 7744001151 (Russia); Government Gazette Number 40100094 (Russia) [UKRAINE-EO13685].

BANK SADERAT IRAN (a.k.a. IRAN EXPORT BANK), PO Box 15745-631, Bank Saderat Tower, 43 Somayeh Avenue, Tehran, Iran; 16 rue de la Paix, Paris 75002, France; Postfach 160151, Friedenstr 4, D-60311, Frankfurt am Main, Germany; PO Box 4308, 25-29 Venizelou St, Athens, Attica GR 105 64, Greece; 3rd Floor, Aliktisad Bldg, Ras El Ein Street Baalbak, Baalbak, Lebanon; Saida Branch, Sida Riad Elsoleh St, Martyrs Sq, Saida, Lebanon; Borj Albarajneh Branch - 20 Alholom Bldg, Sahat Mreijeh, Kafaat St, Beirut, Lebanon; 1st Floor, Alrose Bldg, Verdun - Rashid Karame St, Beirut, Lebanon; PO Box 5126, Beirut, Lebanon; 3rd Floor, Mteco Centre, Mar Elias, Facing Al Hellow Barrak, POB 5126, Beirut, Lebanon; Alghobeiri Branch - Aljawhara Bldg, Ghobeiry Blvd, Beirut, Lebanon; PO Box 1269, Muscat 112, Oman; PO Box 4425, Salwa Rd, Doha, Qatar; PO Box 2256, Doha, Qatar; 2nd Floor,

No 181 Makhtoomgholi Ave, Ashgabat, Turkmenistan; PO Box 700, Abu Dhabi, United Arab Emirates; PO Box 16, Liwara Street, Ajman, United Arab Emirates; PO Box 1140, Al-Am Road, Al-Ein, Al Ain, Abu Dhabi, United Arab Emirates; Bur Dubai, Khaled Bin Al Walid St, Dubai City, United Arab Emirates; Sheikh Zayed Rd, Dubai City, United Arab Emirates; PO Box 4182, Almaktoum Rd, Dubai City, United Arab Emirates; PO Box 4182, Murshid Bazar Branch, Dubai City, United Arab Emirates; PO Box 316, Bank Saderat Bldg, Alaroda St, Borj Ave, Sharjah, United Arab Emirates; Ground Floor Business Room, Building Banke Khoon Road, Harat, Afghanistan; No. 56, Opposite of Security Department, Toraboz Khan Str., Kabul, Afghanistan; 5 Lothbury, London EC2R 7HD, United Kingdom; Postfach 112227, Deichstrasse 11, 20459, Hamburg, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] [SDGT] [IFSR].

BANK SADERAT PLC (f.k.a. IRAN OVERSEAS INVESTMENT BANK LIMITED; f.k.a. IRAN OVERSEAS INVESTMENT BANK PLC; f.k.a. IRAN OVERSEAS INVESTMENT CORPORATION LIMITED), 5 Lothbury, London EC2R 7HD, United Kingdom; PO Box 15175/584, 6th Floor, Sadaf Bldg, 1137 Vali Asr Ave, Tehran 15119-43885, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 01126618 (United Kingdom); all offices worldwide [IRAN] [SDGT] [IFSR].

BANK SAINT PETERSBURG (a.k.a. BANK SAINT-PETERSBURG PJSC; a.k.a. BANK SAINT-PETERSBURG PUBLIC JOINT STOCK COMPANY; f.k.a. OJSC BANK SAINT PETERSBURG), 64A, Malookhtinsky PR, Saint Petersburg 195112, Russia; SWIFT/BIC JSBSRU2P; Website www.bspb.ru; Organization Established Date 01 Jan 1990; Target Type Financial Institution; Tax ID No. 7831000027 (Russia); Legal Entity Number 253400BEVESMWQRXBQ11; Registration Number 1027800000140 (Russia) [RUSSIA-EO14024].

BANK SAINT-PETERSBURG PJSC (a.k.a. BANK SAINT PETERSBURG; a.k.a. BANK SAINT-PETERSBURG PUBLIC JOINT STOCK COMPANY; f.k.a. OJSC BANK SAINT PETERSBURG), 64A, Malookhtinsky PR, Saint Petersburg 195112, Russia; SWIFT/BIC JSBSRU2P; Website www.bspb.ru;

BANK SAINT-PETERSBURG PUBLIC JOINT STOCK COMPANY (a.k.a. BANK SAINT PETERSBURG; a.k.a. BANK SAINT-PETERSBURG PJSC; f.k.a. OJSC BANK SAINT PETERSBURG), 64A, Malookhtinsky PR, Saint Petersburg 195112, Russia; SWIFT/BIC JSBSRU2P; Website www.bspb.ru; Organization Established Date 01 Jan 1990; Target Type Financial Institution; Tax ID No. 7831000027 (Russia); Legal Entity Number 253400BEVESMWQRXBQ11; Registration Number 1027800000140 (Russia) [RUSSIA-EO14024].

BANK SANAD VA MADAN (a.k.a. BANK OF INDUSTRY & MINE; a.k.a. BANK OF INDUSTRY AND MINE; a.k.a. "BIM"), 1655 Vali-E-Asr After Chamran Crossroad, Tehran, Iran; PO Box 15875-4456, Firouzeh Tower, No 2917 Vali-Asr Ave (after Chamran Crossroads), Tehran 1965643511, Iran; SWIFT/BIC BOIMIRTH; Website www.bim.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 38705 (Iran); All Offices Worldwide [IRAN] [NPWMD] [IFSR] (Linked To: BANK SEPAH).

BANK SARMAYEH (a.k.a. BANK-E SARMAYEH; a.k.a. SARMAYEH BANK), Sepahod Gharani No. 24, Corner of Arak St., Tehran, Iran; No. 34, Corner of Arak St, Gharani Ave, Tehran; 24, Arak Street, Sepahbod Gharani Avenue, Tehran 19395-6415, Iran; Website www.sbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANK SEPAH, Negin Sepah Building, Head Office of Bank Sepah, Nowrouz Street, Africa Hwy, Argentina Square, Tehran, Iran; 6th Floor, Negin Sepah Building, Nowrouz St., Africa Hwy., Argentina Sq., Tehran 1519662840, Iran; Imam Khomeini Square - PO Box 11364, Tehran, Iran; Hafenstrasse 54, D-60327, Frankfurt am Main, Germany; PO Box 110261, Franfurt am Main, Hessen 60037, Germany; 20 Rue Auguste Vacquerie, Paris 75016, France; Via Barberini 50, Rome 00187, Italy; SWIFT/BIC SEPBIRTH; Website www.banksepah.ir; alt. Website www.banksepah.de; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 4293; All Offices Worldwide [IRAN] [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

BANK SEPAH INTERNATIONAL PLC, 5/7 Eastcheap, EC3M 1JT, London, United Kingdom; SWIFT/BIC SEPBGB2L; Website www.banksepah.co.uk; alt. Website www.banksepah.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: BANK SEPAH).

BANK SINA (a.k.a. BANQUE SINA BONYAD FINANCE AND CREDIT COMPANY; a.k.a. SINA BANK; a.k.a. SINA BANK COMPANY; a.k.a. SINA FINANCE AND CREDIT COMPANY; a.k.a. SINA FINANCE AND CREDIT INSTITUTE; a.k.a. "BFCC"; a.k.a. "SFCC"), Between Miremad Street and Mofateh Street, Motahari Avenue, Tehran 15888-6457, Iran; No. 238, Ostad Motahari Avenue, District 6, Tehran, Tehran Province 1588864571, Iran; Near by Mofateh Street, No. 187, Ostad Mothari Street, Tehran 1587998411, Iran; 187 Motahri Avenue, Tehran 1587998411, Iran; No. 187, Ostad Mottahari St., Tehran, Iran; 187 Motahhari Ave, Tehran 1587998411, Iran; SWIFT/BIC SINAIRTH; Website www.sinabank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10860246171 (Iran); Registration Number 2904 (Iran) [IRAN] [SDGT] [IFSR] [IRAN-EO13876] (Linked To: ANDISHEH MEHVARAN INVESTMENT COMPANY; Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BANK SPUTNIK (a.k.a. BANK SPUTNIK CJSC; a.k.a. CB SPUTNIK; a.k.a. CB SPUTNIK PJSC; a.k.a. COMMERCIAL BANK SPUTNIK PUBLIC JOINT-STOCK COMPANY; f.k.a. OPEN JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK'; a.k.a. PUBLIC JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK'), Agibalov St. 48, Office 70, Samara, Samarskaya, Oblast 443041, Russia; SWIFT/BIC CSPJRU33; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 1071 (Russia) [NPWMD].

BANK SPUTNIK CJSC (a.k.a. BANK SPUTNIK; a.k.a. CB SPUTNIK; a.k.a. CB SPUTNIK PJSC; a.k.a. COMMERCIAL BANK SPUTNIK PUBLIC JOINT-STOCK COMPANY; f.k.a. OPEN JOINT-

STOCK COMPANY COMMERCIAL BANK 'SPUTNIK'; a.k.a. PUBLIC JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK'), Agibalov St. 48, Office 70, Samara, Samarskaya, Oblast 443041, Russia; SWIFT/BIC CSPJRU33; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 1071 (Russia) [NPWMD].

BANK TAATTA (a.k.a. BANK TAATTA AKTSIONERNOE OBSHCHESTVO; a.k.a. JOINT STOCK COMPANY TAATTA BANK; a.k.a. JSC TAATTA BANK; a.k.a. TAATTA, AO), 36 ul. Chepalova, Yakutsk, Sakha (Yakutiya) Resp. 677018, Russia; Bld. 41, Bolshaya Morskaya Street, Sevastopol, Crimea 299011, Ukraine; Bld. 66, Kirova Avenue, Simferopol, Crimea, Ukraine; Bld. 36, Kulakova Street, Sevastopol, Crimea, Ukraine; SWIFT/BIC TAAARU8Y; BIK (RU) 049805709; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1021400000380 (Russia); Tax ID No. 1435126628 (Russia); Government Gazette Number 09287233 (Russia); License 1249 (Russia) [UKRAINE-EO13685].

BANK TAATTA AKTSIONERNOE OBSHCHESTVO (a.k.a. BANK TAATTA; a.k.a. JOINT STOCK COMPANY TAATTA BANK; a.k.a. JSC TAATTA BANK; a.k.a. TAATTA, AO), 36 ul. Chepalova, Yakutsk, Sakha (Yakutiya) Resp. 677018, Russia; Bld. 41, Bolshaya Morskaya Street, Sevastopol, Crimea 299011, Ukraine; Bld. 66, Kirova Avenue, Simferopol, Crimea, Ukraine; Bld. 36, Kulakova Street, Sevastopol, Crimea, Ukraine; SWIFT/BIC TAAARU8Y; BIK (RU) 049805709; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1021400000380 (Russia); Tax ID No. 1435126628 (Russia); Government Gazette Number 09287233 (Russia); License 1249 (Russia) [UKRAINE-EO13685].

BANK TEJARAT (a.k.a. TEJARAT BANK), 152 Taleghani Avenue, Tehran, Iran; No. 247, Taleghani Avenue, Tehran, Iran; PO Box 11365-3139, 130 Taleghani Avenue, Tehran, Iran; PO Box 1598617818, Tehran, Iran; PO Box 71345, Karim Khan Zand Blv, Nouri Ave, Opposite Eram Hotel, Shiraz, Iran; 124-126 Rue de Provence, (Angle 76 bd Haussmann), Paris 75008, France; PO Box 734001, Rudaki Ave 88, Dushanbe 734001, Tajikistan; Office C208, Beijing Lufthansa Center No 50, Liangmaqiao Rd, Chaoyang District, Beijing 100016, China; PO Box 119871, 4th Floor, c/o Persia International Bank PLC, The Gate Bldg, Dubai, United Arab Emirates; Esfahan Region Management Bldg, Sheikh Bahayee Ave & Abuzar St Junction, Esfahan, Iran; SWIFT/BIC BTEJIRTH; Website www.tejaratbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 38027; alt. Registration Number 8828215; All Offices Worldwide [IRAN] [SDGT] [NPWMD] [IFSR] (Linked To: MAHAN AIR; Linked To: BANK SEPAH).

BANK TORGOVOY KAPITAL (a.k.a. BANK TORGOVOY KAPITAL ZAO; a.k.a. BANK TORGOVY KAPITAL; a.k.a. TRADE CAPITAL BANK; a.k.a. "TC BANK"; a.k.a. "TK BANK"), 65A Timiriazeva, Minsk 220035, Belarus; SWIFT/BIC BBTKBY2X; Website www.tcbank.by; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 807000163 (Belarus) [IRAN] [SDGT] [NPWMD] [IFSR] (Linked To: BANK TEJARAT).

BANK TORGOVOY KAPITAL ZAO (a.k.a. BANK TORGOVOY KAPITAL; a.k.a. BANK TORGOVY KAPITAL; a.k.a. TRADE CAPITAL BANK; a.k.a. "TC BANK"; a.k.a. "TK BANK"), 65A Timiriazeva, Minsk 220035, Belarus; SWIFT/BIC BBTKBY2X; Website www.tcbank.by; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 807000163 (Belarus) [IRAN] [SDGT] [NPWMD] [IFSR] (Linked To: BANK TEJARAT).

BANK TORGOVY KAPITAL (a.k.a. BANK TORGOVOY KAPITAL; a.k.a. BANK TORGOVOY KAPITAL ZAO; a.k.a. TRADE CAPITAL BANK; a.k.a. "TC BANK"; a.k.a. "TK BANK"), 65A Timiriazeva, Minsk 220035, Belarus; SWIFT/BIC BBTKBY2X; Website www.tcbank.by; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 807000163 (Belarus) [IRAN] [SDGT] [NPWMD] [IFSR] (Linked To: BANK TEJARAT).

BANK TOSEE SADERAT IRAN (a.k.a. BANK TOSEH SADERAT IRAN; a.k.a. BANK TOSEYEH SADERAT IRAN; a.k.a. BANK TOWSEEH SADERAT IRAN; a.k.a. EXPORT DEVELOPMENT BANK OF IRAN; a.k.a. IRANIAN EXPORT DEVELOPMENT BANK; a.k.a. "EDBI"), No. 26, Tosee Tower (Export Development Building), Corner of 15th Street, Ahmad Qasir Avenue, Argentina Square, Tehran 1513815111, Iran; Website www.edbi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 86936 (Iran) [IRAN] [SDGT] [IFSR] (Linked To: MB BANK).

BANK TOSEH SADERAT IRAN (a.k.a. BANK TOSEE SADERAT IRAN; a.k.a. BANK TOSEYEH SADERAT IRAN; a.k.a. BANK TOWSEEH SADERAT IRAN; a.k.a. EXPORT DEVELOPMENT BANK OF IRAN; a.k.a. IRANIAN EXPORT DEVELOPMENT BANK; a.k.a. "EDBI"), No. 26, Tosee Tower (Export Development Building), Corner of 15th Street, Ahmad Qasir Avenue, Argentina Square, Tehran 1513815111, Iran; Website www.edbi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 86936 (Iran) [IRAN] [SDGT] [IFSR] (Linked To: MB BANK).

BANK TOSEYEH SADERAT IRAN (a.k.a. BANK TOSEE SADERAT IRAN; a.k.a. BANK TOSEH SADERAT IRAN; a.k.a. BANK TOWSEEH SADERAT IRAN; a.k.a. EXPORT DEVELOPMENT BANK OF IRAN; a.k.a. IRANIAN EXPORT DEVELOPMENT BANK; a.k.a. "EDBI"), No. 26, Tosee Tower (Export Development Building), Corner of 15th Street, Ahmad Qasir Avenue, Argentina Square, Tehran 1513815111, Iran; Website www.edbi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 86936 (Iran) [IRAN] [SDGT] [IFSR] (Linked To: MB BANK).

BANK TOWSEEH SADERAT IRAN (a.k.a. BANK TOSEE SADERAT IRAN; a.k.a. BANK TOSEH SADERAT IRAN; a.k.a. BANK TOSEYEH SADERAT IRAN; a.k.a. EXPORT DEVELOPMENT BANK OF IRAN; a.k.a. IRANIAN EXPORT DEVELOPMENT BANK; a.k.a. "EDBI"), No. 26, Tosee Tower (Export Development Building), Corner of 15th Street, Ahmad Qasir Avenue, Argentina Square, Tehran 1513815111, Iran; Website www.edbi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 86936 (Iran) [IRAN] [SDGT] [IFSR] (Linked To: MB BANK).

BANK 'TSENTR MEZHDUNARODNYKH RASCHETOV' OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU (a.k.a. BANK 'CENTER FOR INTERNATIONAL

SETTLEMENTS' LLC; a.k.a. LLC TSMRBANK; a.k.a. TSMRBANK, OOO), ul. Palikha, d. 10, Str. 7, Moscow 127055, Russia; Website www.nko-cmr.ru; Email Address cmr@cmrbank.ru; BIK (RU) 044525059; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1157700005759 (Russia); Tax ID No. 7750056670 (Russia); Government Gazette Number 45000256 (Russia) [UKRAINE-EO13660].

BANK URALSIB OAO (f.k.a. BANK URALSIB OJSC; a.k.a. BANK URALSIB PAO; f.k.a. BASHCREDITBANK; a.k.a. PUBLIC JOINT STOCK COMPANY BANK URALSIB; f.k.a. URALO-SIBIRSKIY BANK OAO; f.k.a. URAL-SIBERIAN BANK), 8 Efremova Street, Moscow 119048, Russia; SWIFT/BIC AVTBRUMM; Website https://www.uralsib.ru; Organization Established Date 27 Jan 1993; Target Type Financial Institution; Tax ID No. 0274062111 (Russia); Legal Entity Number 253400HYBTF10T9XBR98; Registration Number 1020280000190 (Russia) [RUSSIA-EO14024].

BANK URALSIB OJSC (f.k.a. BANK URALSIB OAO; a.k.a. BANK URALSIB PAO; f.k.a. BASHCREDITBANK; a.k.a. PUBLIC JOINT STOCK COMPANY BANK URALSIB; f.k.a. URALO-SIBIRSKIY BANK OAO; f.k.a. URAL-SIBERIAN BANK), 8 Efremova Street, Moscow 119048, Russia; SWIFT/BIC AVTBRUMM; Website https://www.uralsib.ru; Organization Established Date 27 Jan 1993; Target Type Financial Institution; Tax ID No. 0274062111 (Russia); Legal Entity Number 253400HYBTF10T9XBR98; Registration Number 1020280000190 (Russia) [RUSSIA-EO14024].

BANK URALSIB PAO (f.k.a. BANK URALSIB OAO; f.k.a. BANK URALSIB OJSC; f.k.a. BASHCREDITBANK; a.k.a. PUBLIC JOINT STOCK COMPANY BANK URALSIB; f.k.a. URALO-SIBIRSKIY BANK OAO; f.k.a. URAL-SIBERIAN BANK), 8 Efremova Street, Moscow 119048, Russia; SWIFT/BIC AVTBRUMM; Website https://www.uralsib.ru; Organization Established Date 27 Jan 1993; Target Type Financial Institution; Tax ID No. 0274062111 (Russia); Legal Entity Number 253400HYBTF10T9XBR98; Registration Number 1020280000190 (Russia) [RUSSIA-EO14024].

BANK VNESHI TORGOVLI OAO (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; a.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; a.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette

Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; a.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187;

Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK VNESHNEI TORGOVLI RSFSR (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1,

Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic:

БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a.

VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a.

BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK VTB AZERBAIJAN OJSC (a.k.a. JSC VTB BANK AZERBAIJAN; f.k.a. OJSC AF BANK; a.k.a. VTB BANK AZERBAIJAN OPEN JOINT STOCK COMPANY), 38 Khatai ave. Nasimi district, Baku AZ 1008, Azerbaijan; 60, Samed Vurgun str, Baku 1022, Azerbaijan; SWIFT/BIC VTBAAZ22; Website http://en.vtb.az/; Executive

Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

BANK VTB KAZAKHSTAN JOINT STOCK COMPANY (a.k.a. BANK VTB KAZAKHSTAN JSC; a.k.a. JOINT STOCK COMPANY VTB BANK KAZAKHSTAN; a.k.a. SUBSIDIARY JSC BANK VTB KAZAKHSTAN), 28 Timiryazev Street, Almaty 050040, Kazakhstan; SWIFT/BIC VTBAKZKZ; Website http://en.vtb-bank.kz/; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

BANK VTB KAZAKHSTAN JSC (a.k.a. BANK VTB KAZAKHSTAN JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMPANY VTB BANK KAZAKHSTAN; a.k.a. SUBSIDIARY JSC BANK VTB KAZAKHSTAN), 28 Timiryazev Street, Almaty 050040, Kazakhstan; SWIFT/BIC VTBAKZKZ; Website http://en.vtb-bank.kz/; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

BANK VTB OAO (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY

TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK VTB OPEN JOINT STOCK COMPANY (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; a.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; a.k.a. BANK VTB OAO; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette

Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK VTB PAO (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187;

Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia;

Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

BANK ZENIT OAO (a.k.a. BANK ZENIT PAO; a.k.a. BANK ZENIT PUBLIC JOINT STOCK COMPANY; f.k.a. OJSC BANK ZENIT; a.k.a. PJSC BANK ZENIT), Ul. Odesskaya D. 2, Moscow 117638, Russia; SWIFT/BIC ZENIRUMM; Website www.zenit.ru; Organization Established Date 01 Jan 1995; Target Type Financial Institution; Tax ID No. 7729405872 (Russia); Legal Entity Number 253400NT4MB307747N58; Registration Number 1927739056927 (Russia) [RUSSIA-EO14024].

BANK ZENIT PAO (f.k.a. BANK ZENIT OAO; a.k.a. BANK ZENIT PUBLIC JOINT STOCK COMPANY; f.k.a. OJSC BANK ZENIT; a.k.a. PJSC BANK ZENIT), Ul. Odesskaya D. 2, Moscow 117638, Russia; SWIFT/BIC ZENIRUMM; Website www.zenit.ru; Organization Established Date 01 Jan 1995; Target Type Financial Institution; Tax ID No. 7729405872 (Russia); Legal Entity Number 253400NT4MB307747N58; Registration Number 1927739056927 (Russia) [RUSSIA-EO14024].

BANK ZENIT PUBLIC JOINT STOCK COMPANY (f.k.a. BANK ZENIT OAO; a.k.a. BANK ZENIT PAO; f.k.a. OJSC BANK ZENIT; a.k.a. PJSC BANK ZENIT), Ul. Odesskaya D. 2, Moscow 117638, Russia; SWIFT/BIC ZENIRUMM; Website www.zenit.ru; Organization Established Date 01 Jan 1995; Target Type Financial Institution; Tax ID No. 7729405872 (Russia);

Legal Entity Number 253400NT4MB307747N58; Registration Number 1927739056927 (Russia) [RUSSIA-EO14024].

BANK-E ANSAR (a.k.a. ANSAR BANK; a.k.a. ANSAR FINANCE AND CREDIT FUND; a.k.a. ANSAR FINANCIAL AND CREDIT INSTITUTE; a.k.a. BANK ANSAR; a.k.a. "ANSAR AL-MOJAHEDIN NO-INTEREST LOAN INSTITUTE"; f.k.a. "ANSAR INSTITUTE"; f.k.a. "ANSAR SAVING AND INTEREST FREE-LOANS FUND"), Building No. 539, North Pasdaran Street, Tehran 19575-497, Iran; Website www.ansarbank.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BANK-E EGHTESAD NOVIN (a.k.a. BANK EGHTESAD NOVIN; a.k.a. EGHTESAD NOVIN BANK; a.k.a. EN BANK PJSC), Vali Asr Street, Above Vanak Circle, across Niayesh, Esfandiari Blvd., No. 24, Tehran, Iran; SWIFT/BIC BEGNIRTH; Website www.enbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANK-E GARDESHGARI (a.k.a. GARDESHGARI BANK; a.k.a. TOURISM BANK), Vali Asr St., above Vey Park, Shahid Fiazi St., No. 51, first floor, Tehran, Iran; No. 51, Shahid Fayazi St, ValiAsr Ave, Tehran, Iran; Website www.tourismbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANK-E GHARZOLHASANEH MEHR IRAN (a.k.a. GHARZOLHASANEH MEHR IRAN BANK; a.k.a. MEHR IRAN CREDIT UNION BANK), Taleghani St., No.204, Before the intersection of Mofateh, across from the former U.S. embassy, Tehran, Iran; No. 204, Taleghani Street, Tehran, Iran; 204, Before the Mofatteh Crossroad, Taleghani Ave., Tehran, Iran; Website www.qmb.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANK-E GHARZOLHASANEH RESALAT (a.k.a. GHARZOLHASANEH RESALAT BANK), Beside the No. 1 Baghestan Alley, Saadat Abad Ave., Kaj Sq., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; All offices worldwide [IRAN] [IRAN-EO13902].

BANK-E HEKMAT IRANIAN (a.k.a. BANK HEKMAT IRANIAN; a.k.a. HEKMAT IRANIAN BANK), Argentine Circle, beginning of Africa St., Corner of 37th St., (Dara Cul-de-sac), No.26, Tehran, Iran; No. 26, Afrigha Ave, Argentina Sq., Tehran, Iran; No. 26, Africa Hwy, Argantin Sq., Tehran, Iran; Website www.hibank24.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: BANK SEPAH).

BANK-E IRAN ZAMIN (a.k.a. IRAN ZAMIN BANK), Seyyed Jamal-oldin Asadabadi St., Corner of 68th St., No. 472, Tehran, Iran; Website www.izbank.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANK-E KARAFARIN (a.k.a. KARAFARIN BANK), Zafar St. No. 315, Between Vali Asr and Jordan, Tehran, Iran; SWIFT/BIC KBIDIRTH; Website www.karafarinbank.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANK-E PASARGAD (a.k.a. BANK PASARGAD; a.k.a. PASARGAD BANK), Valiasr St., Mirdamad St., No. 430, Tehran, Iran; No. 430, Mirdamad Ave, Tehran 19697774511, Iran; SWIFT/BIC BKBPIRTH; Website www.bpi.ir; alt. Website www.bankpasargad.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANK-E SAMAN (a.k.a. SAMAN BANK), Vali Asr. St. No. 3, Before Vey Park intersection, corner of Tarakesh Dooz St., Tehran, Iran; 2, Tarkeshdooz Alley, before Parkway Cross, Valiasr St., Tehran, Iran; SWIFT/BIC SABCIRTH; Website sb24.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANK-E SARMAYEH (a.k.a. BANK SARMAYEH; a.k.a. SARMAYEH BANK), Sepahod Gharani No. 24, Corner of Arak St., Tehran, Iran; No. 34, Corner of Arak St, Gharani Ave, Tehran, Iran; 24, Arak Street, Sepahbod Gharani Avenue, Tehran 19395-6415, Iran; Website www.sbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANK-E SHAHR, Sepahod Gharani, Corner of Khosro St., No. 147, Tehran, Iran; Website shahr-bank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANK-E TAAWON MANTAGHEEY-E ESLAMI (a.k.a. ISLAMIC REGIONAL COOPERATION BANK; a.k.a. REGIONAL COOPERATION OF

THE ISLAMIC BANK FOR DEVELOPMENT AND INVESTMENT), Building No. 59, District 929, Street No. 17, Arsat Al-Hindia, Al Masbah, Baghdad, Iraq; Tohid Street, Before Tohid Circle, No. 33, Upper Level of Eghtesad-e Novin Bank, Tehran 1419913464, Iran; Arsat Indian, 59 District-929, Street-17, Baghdad, Iraq; Arrasat Al Hindiya, Al Masbah Street, Baghdad, Iraq; SWIFT/BIC RCDFIQBA; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902] (Linked To: EGHTESAD NOVIN BANK).

BANK-E TAT (a.k.a. TAT BANK), Shahid Ahmad Ghasir (Bocharest), Shahid Ahmadian (15th) St., No. 1, Tehran, Iran; No. 1 Ahmadian Street, Bokharest Avenue, Tehran, Iran; SWIFT/BIC TATBIRTH [IRAN].

BANK-E TOSE'E TA'AVON (a.k.a. COOPERATIVE DEVELOPMENT BANK; a.k.a. TOSEE TAAVON BANK; a.k.a. TOSE'E TA'AVON BANK), Mirdamad Blvd., North East Corner of Mirdamad Bridge, No. 271, Tehran, Iran; No. 271, 4th Floor, Mirdamad Blvd, Northeast of Mirdamad Bridge, Tehran, Iran; Website www.ttbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

BANKRUPTCY TECHNOLOGY CENTER LIMITED LIABILITY COMPANY (a.k.a. TSENTR TEKHNOLOGII BANKROTSTVA; a.k.a. "BTC LLC"), 19 Vavilova St., Moscow 117997, Russia; Tax ID No. 7736303529 (Russia); Registration Number 1177746502944 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

BANLU COMERCIALIZADORA, S.A. DE C.V. (a.k.a. CEAR GYM; a.k.a. CENTRO DE ENTRENAMIENTO SEAR), Calle Jilguero 171, Fraccionamiento Los Sauces, Puerto Vallarta, Jalisco 48328, Mexico; Calle Volcan Popocatepetl 5250, Col. El Colli Urbano, Zapopan, Jalisco 45070, Mexico; Organization Type: Non-specialized wholesale trade; alt. Organization Type: Activities of sports clubs; R.F.C. BCO150928QF3 (Mexico); Folio Mercantil No. 92027 (Mexico) [ILLICIT-DRUGS-EO14059].

BANNA PROPERTIES (a.k.a. BENA; a.k.a. BENA PROPERTIES), Cham Holding Building, Daraa Highway, Sahnaya Area, P.O. Box 9525, P.O. Box 9525, Damascus, Syria, Syria [SYRIA].

BANNER OF THE LINE OF FIRE BRIGADE (a.k.a. AL-AMSHAT; f.k.a. LOWAA KHAT AL-

NARR; a.k.a. SULEIMAN SHAH BRIGADE; a.k.a. SULTAN SULEIMAN SHAH BRIGADE (Arabic: لواء السلطان سليمان شاه); a.k.a. SULTAN SULEIMAN SHAH DIVISION (Arabic: فرقة السلطان سليمان شاه)), Afrin District, Aleppo Governorate, Syria; Organization Established Date 2011 [SYRIA-EO13894].

BANNER OF THE REVOLUTION (a.k.a. LEWAA AL-THAWRA; a.k.a. LIWA AL THOWRA; a.k.a. LIWA AL-THAWRA; a.k.a. LIWA AL-THAWRAH; a.k.a. LIWA' AL-THAWRAH; a.k.a. LIWAA AL-THAWRA; a.k.a. THE REVOLUTION BRIGADE), Qalyubia, Egypt; Monofeya, Egypt [SDGT].

BANOVIC, Predrag; DOB 28 Oct 1969; POB Prijedor, Bosnia-Herzegovina; ICTY indictee in custody (individual) [BALKANS].

BANQUE CENTRALE DE SYRIE (a.k.a. CENTRAL BANK OF SYRIA (Arabic: مصرف سوريا المركزي); a.k.a. MASRIF SOURIYA AL-MARKAZI), P.O. Box 2254, Altajrida Al Mughrabia Square, Damascus, Syria; Sabaa Bahrat Square, Damascus, Syria; SWIFT/BIC CBSYSYDA; Organization Established Date 28 Mar 1953; alt. Organization Established Date 01 Aug 1956; Organization Type: Central banking [SYRIA].

BANQUE SINA BONYAD FINANCE AND CREDIT COMPANY (a.k.a. BANK SINA; a.k.a. SINA BANK; a.k.a. SINA BANK COMPANY; a.k.a. SINA FINANCE AND CREDIT COMPANY; a.k.a. SINA FINANCE AND CREDIT INSTITUTE; a.k.a. "BFCC"; a.k.a. "SFCC"), Between Miremad Street and Mofateh Street, Motahari Avenue, Tehran 15888-6457, Iran; No. 238, Ostad Motahari Avenue, District 6, Tehran, Tehran Province 1588864571, Iran; Near by Mofateh Street, No. 187, Ostad Mothari Street, Tehran 1587998411, Iran; 187 Motahari Avenue, Tehran 1587998411, Iran; No. 187, Ostad Mottahari St., Tehran, Iran; 187 Motahhari Ave, Tehran 1587998411, Iran; SWIFT/BIC SINAIRTH; Website www.sinabank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10860246171 (Iran); Registration Number 2904 (Iran) [IRAN] [SDGT] [IFSR] [IRAN-EO13876] (Linked To: ANDISHEH MEHVARAN INVESTMENT COMPANY; Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BANYAR, Aung Moe (a.k.a. MOE, Banya Aung; a.k.a. MOE, Banya Ong; a.k.a. MOE, Banyar Aung; a.k.a. MOE, Banyar Ong; a.k.a. MOE, Nai Banya Aung; a.k.a. MOE, Nai Banya Ong;

a.k.a. MOE, Nai Banyar Aung; a.k.a. MOE, Nai Banyar Ong), Naypyitaw, Burma; DOB 14 Aug 1947; POB Ye, Burma; nationality Burma; citizen Burma; Gender Male; National ID No. 10RAMANAN202348 (Burma); alt. National ID No. EYE089248 (Burma); State Administrative Council Member (individual) [BURMA-EO14014].

BAQBANI, Mohammad Akhusa (a.k.a. BAGHBANI, Gholamreza; a.k.a. BAQBANI, Qolam Reza); DOB 05 Jan 1961; alt. DOB 1947; POB Zabol, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Islamic Revolutionary Guard Corps - Qods Force General (individual) [SDNTK].

BAQBANI, Qolam Reza (a.k.a. BAGHBANI, Gholamreza; a.k.a. BAQBANI, Mohammad Akhusa); DOB 05 Jan 1961; alt. DOB 1947; POB Zabol, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Islamic Revolutionary Guard Corps - Qods Force General (individual) [SDNTK].

BAQER, Rima Kamel (a.k.a. AHMAD, Rima Kamel Nazem; a.k.a. BAKER, Rima Kamel Yaacoub (Arabic: باقر يعقوب كامل ريما); a.k.a. BAKER, Rima Yaacoub), Eden Gardens Building, 5th Floor, Fawzi Street, Beirut, Lebanon; DOB 25 Feb 1970; POB Beirut, Lebanon; nationality Lebanon; alt. nationality Belgium; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0503197 (Lebanon) expires 01 Aug 2022; alt. Passport EM719287 (Belgium) expires 02 Mar 2022; alt. Passport E1277888 (Belgium) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

BAQERI, Mohammad Hossein (a.k.a. BAGHERI AFSHORDI, Mohammad; a.k.a. BAGHERI, Mohammad; a.k.a. BAGHERI, Mohammed), Iran; DOB 1960; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

BAQI, Abdul (a.k.a. AL-BAKI, 'Abd; a.k.a. AL-BARI, 'Abd; a.k.a. BAKI, Abdul; a.k.a. BARI, Abdul; a.k.a. BARI, Abdul Baqi; a.k.a. BARI, Haji Abdul; a.k.a. IBRAHIM, 'Abd Al-Baqi Muhammad; a.k.a. IBRAHIM, 'Abd Labaqi Muhammad; a.k.a. ISHAQZAI, Rais Abdul Bari; a.k.a. "ABDELBAKI"); DOB 01 Jan 1953; alt. DOB 1952; POB Kandahar, Afghanistan; Passport 306749 (Afghanistan) expires 28 Jun 2014; alt. Passport 47168 (Afghanistan) (individual) [SDGT].

BAQIATOLLAH MEDICAL SCIENCES UNIVERSITY (a.k.a. BAGHIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGHYATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQIYATTALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQYATOLLAH MEDICAL SCIENCES UNIVERSITY), Vanak Square, Molla-Sadra Avenue, Box number: 19945, Tehran, Iran; Website http://www.bmsu.ac.ir/; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

BAQIYATALLAH MEDICAL SCIENCES UNIVERSITY (a.k.a. BAGHIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGHYATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQIYATTALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQYATOLLAH MEDICAL SCIENCES UNIVERSITY), Vanak Square, Molla-Sadra Avenue, Box number: 19945, Tehran, Iran; Website http://www.bmsu.ac.ir/; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

BAQIYATALLAH UNIVERSITY OF MEDICAL SCIENCES (a.k.a. BAGHIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGHYATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATTALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQYATOLLAH MEDICAL SCIENCES UNIVERSITY), Vanak Square, Molla-Sadra Avenue, Box number: 19945, Tehran, Iran; Website http://www.bmsu.ac.ir/; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

BAQIYATTALLAH UNIVERSITY OF MEDICAL SCIENCES (a.k.a. BAGHIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGHYATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQYATOLLAH MEDICAL SCIENCES UNIVERSITY), Vanak Square, Molla-Sadra Avenue, Box number: 19945, Tehran, Iran; Website http://www.bmsu.ac.ir/; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

BAQYATOLLAH MEDICAL SCIENCES UNIVERSITY (a.k.a. BAGHIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGHYATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAGIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIATOLLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH MEDICAL SCIENCES UNIVERSITY; a.k.a. BAQIYATALLAH UNIVERSITY OF MEDICAL SCIENCES; a.k.a. BAQIYATTALLAH UNIVERSITY OF MEDICAL SCIENCES), Vanak Square, Molla-Sadra Avenue, Box number: 19945, Tehran, Iran; Website http://www.bmsu.ac.ir/; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

BAR YOSEF, Zvi (Hebrew: צבי בר יוסף), Halamish, West Bank; DOB 20 Sep 1992; nationality Israel; Gender Male; National ID No. 204377998 (Israel) (individual) [WEST-BANK-EO14115].

BARAHONA CASTRO, Rosa Adelina (a.k.a. BARAHONA DE RIVAS, Rosa Adelina), Zona Central, Matagalpa, Nicaragua; DOB 10 May 1957; POB Murra, Nueva Segovia, Nicaragua; nationality Nicaragua; Gender Female; National ID No. 4901005570000R (Nicaragua) (individual) [NICARAGUA].

BARAHONA DE RIVAS, Rosa Adelina (a.k.a. BARAHONA CASTRO, Rosa Adelina), Zona Central, Matagalpa, Nicaragua; DOB 10 May 1957; POB Murra, Nueva Segovia, Nicaragua; nationality Nicaragua; Gender Female; National ID No. 4901005570000R (Nicaragua) (individual) [NICARAGUA].

BARAICH, Mullah Naeem (a.k.a. BARECH AKHUND, Mullah Naim; a.k.a. BARECH, Mullah Naim; a.k.a. BAREH, Mullah Naim; a.k.a. BARIC, Mullah Naeem; a.k.a. BARICH, Haji Gul Mohammed Naim; a.k.a. BARICH, Mohammad Naim; a.k.a. BARICH, Mullah Naim; a.k.a.

BERICH, Naim; a.k.a. "HAJI GUL MOHAMMAD"; a.k.a. "MULLAH NAIMULLAH"); DOB 01 Jan 1975; alt. DOB 01 Jan 1974; alt. DOB 01 Jan 1976; POB Lakhi Village, Hazarjuft Area, Garmsir District, Helmand Province, Afghanistan; alt. POB Laki Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Lakari Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Darvishan, Garmsir District, Helmand Province, Afghanistan; alt. POB De Luy Wiyalah Village, Garmsir District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

BARAJAS SAHD, Ana Paulina (a.k.a. SAHD, Paulina), Calle Alcamo 2870-501, Colonia Providencia, Guadalajara, Jalisco, Mexico; Kukulkan 4783, Col. Miradora Del Sol, Zapopan, Jalisco 45054, Mexico; Perla # 3880, Colonia Res. Loma Bonita, Zapopan, Jalisco, Mexico; DOB 03 Oct 1984; POB Jalisco, Mexico; nationality Mexico; Gender Female; C.U.R.P. BASA841003MJCRHN07 (Mexico) (individual) [SDNTK].

BARAKA, Ali (a.k.a. BARAKA, Ali Abed Al Rahman; a.k.a. BARAKAH, Ali), Sidon, Lebanon; DOB 1966; POB Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

BARAKA, Ali Abed Al Rahman (a.k.a. BARAKA, Ali; a.k.a. BARAKAH, Ali), Sidon, Lebanon; DOB 1966; POB Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

BARAKAH, Ali (a.k.a. BARAKA, Ali; a.k.a. BARAKA, Ali Abed Al Rahman), Sidon, Lebanon; DOB 1966; POB Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

BARAKAT AL FAHILIH, Nasif Jarjis (a.k.a. ABOUTARIF, Nassif; a.k.a. BARAKAT ALVAHILH, Nasif Gergers; a.k.a. BARAKAT, Nasif; a.k.a. BARAKAT, Nassif; a.k.a. BARKAT, Nasif; a.k.a. BARKAT, Nassif; a.k.a. TARIF, Abu), Fahel, Syria; Germana, Damascus, Syria; Al-Qassaa, Damascus, Syria; Al Fuhaylah, Homs, Syria; DOB 20 Jun 1971; alt. DOB 30 Nov 1970; citizen Syria; Gender Male; National ID No. 04010136281 (Syria) (individual) [TCO]

(Linked To: BARAKAT TRANSNATIONAL CRIMINAL ORGANIZATION).

BARAKAT ALVAHILH, Nasif Gergers (a.k.a. ABOUTARIF, Nassif; a.k.a. BARAKAT AL FAHILIH, Nasif Jarjis; a.k.a. BARAKAT, Nasif; a.k.a. BARAKAT, Nassif; a.k.a. BARKAT, Nasif; a.k.a. BARKAT, Nassif; a.k.a. TARIF, Abu), Fahel, Syria; Germana, Damascus, Syria; Al-Qassaa, Damascus, Syria; Al Fuhaylah, Homs, Syria; DOB 20 Jun 1971; alt. DOB 30 Nov 1970; citizen Syria; Gender Male; National ID No. 04010136281 (Syria) (individual) [TCO] (Linked To: BARAKAT TRANSNATIONAL CRIMINAL ORGANIZATION).

BARAKAT IMPORT EXPORT LTDA, Iquique, Chile; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Tax ID No. AABA 670850 Y [SDGT].

BARAKAT TRANSNATIONAL CRIMINAL ORGANIZATION (a.k.a. NASIF BARAKAT ALIEN SMUGGLING ORGANIZATION), Syria; Lebanon; United Arab Emirates; Turkey; Brazil; Colombia; Guatemala; Venezuela; Panama; Mexico [TCO].

BARAKAT, Assaad Ahmad (a.k.a. BARAKAT, Assad; a.k.a. BARAKAT, Assad Ahmad; a.k.a. BARAKAT, Assad Ahmed Muhammad; a.k.a. BARAKAT, Assad Hassan; a.k.a. BARAKAT, Jach Assad Ahmad; a.k.a. "HAJJ AS'AD AHMAD"), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile; Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

BARAKAT, Assad (a.k.a. BARAKAT, Assaad Ahmad; a.k.a. BARAKAT, Assad Ahmad; a.k.a. BARAKAT, Assad Ahmed Muhammad; a.k.a. BARAKAT, Assad Hassan; a.k.a. BARAKAT, Jach Assad Ahmad; a.k.a. "HAJJ AS'AD AHMAD"), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile;

111, Panorama Building, Iquique, Chile; Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

BARAKAT, Assad Ahmad (a.k.a. BARAKAT, Assaad Ahmad; a.k.a. BARAKAT, Assad; a.k.a. BARAKAT, Assad Ahmed Muhammad; a.k.a. BARAKAT, Assad Hassan; a.k.a. BARAKAT, Jach Assad Ahmad; a.k.a. "HAJJ AS'AD AHMAD"), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile; Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

BARAKAT, Assad Ahmed Muhammad (a.k.a. BARAKAT, Assaad Ahmad; a.k.a. BARAKAT, Assad; a.k.a. BARAKAT, Assad Ahmad; a.k.a. BARAKAT, Assad Hassan; a.k.a. BARAKAT, Jach Assad Ahmad; a.k.a. "HAJJ AS'AD AHMAD"), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile; Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

BARAKAT, Assad Hassan (a.k.a. BARAKAT, Assaad Ahmad; a.k.a. BARAKAT, Assad; a.k.a. BARAKAT, Assad Ahmad; a.k.a. BARAKAT, Assad Ahmed Muhammad; a.k.a. BARAKAT, Jach Assad Ahmad; a.k.a. "HAJJ AS'AD AHMAD"), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile;

Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

BARAKAT, Hamza Ahmad (a.k.a. BARAKAT, Hamze Ahmad; a.k.a. BARAKAT, Hamzi Ahmad; a.k.a. BARAKAT, Hamzi Muhammad); DOB 10 Jan 1963; POB Rubtlatine, Lebanon; alt. POB Beirut, Lebanon; citizen Lebanon (individual) [SDGT].

BARAKAT, Hamze Ahmad (a.k.a. BARAKAT, Hamza Ahmad; a.k.a. BARAKAT, Hamzi Ahmad; a.k.a. BARAKAT, Hamzi Muhammad); DOB 10 Jan 1963; POB Rubtlatine, Lebanon; alt. POB Beirut, Lebanon; citizen Lebanon (individual) [SDGT].

BARAKAT, Hamzi Ahmad (a.k.a. BARAKAT, Hamza Ahmad; a.k.a. BARAKAT, Hamze Ahmad; a.k.a. BARAKAT, Hamzi Muhammad); DOB 10 Jan 1963; POB Rubtlatine, Lebanon; alt. POB Beirut, Lebanon; citizen Lebanon (individual) [SDGT].

BARAKAT, Hamzi Muhammad (a.k.a. BARAKAT, Hamza Ahmad; a.k.a. BARAKAT, Hamze Ahmad; a.k.a. BARAKAT, Hamzi Ahmad); DOB 10 Jan 1963; POB Rubtlatine, Lebanon; alt. POB Beirut, Lebanon; citizen Lebanon (individual) [SDGT].

BARAKAT, Hatam Ahmad (a.k.a. BARAKAT, Hatem Ahmad; a.k.a. BARAKAT, Hatim Ahmad; a.k.a. BARAKAT, Hattem Ahmad; a.k.a. BARAKAT, Hotem Ahmad); DOB 25 Sep 1961; POB Mousaitbe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 183319 (Paraguay); alt. Passport 148842 (Paraguay); alt. Passport 106318 (Paraguay); Identification Number 2.194.575 (Paraguay); alt. Identification Number 2.194.975 (Paraguay) (individual) [SDGT].

BARAKAT, Hatem Ahmad (a.k.a. BARAKAT, Hatam Ahmad; a.k.a. BARAKAT, Hatim Ahmad; a.k.a. BARAKAT, Hattem Ahmad; a.k.a. BARAKAT, Hotem Ahmad); DOB 25 Sep 1961; POB Mousaitbe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 183319 (Paraguay); alt. Passport 148842 (Paraguay); alt. Passport 106318 (Paraguay); Identification Number 2.194.575 (Paraguay); alt. Identification Number 2.194.975 (Paraguay) (individual) [SDGT].

BARAKAT, Hatim Ahmad (a.k.a. BARAKAT, Hatam Ahmad; a.k.a. BARAKAT, Hatem Ahmad; a.k.a. BARAKAT, Hattem Ahmad; a.k.a. BARAKAT, Hotem Ahmad); DOB 25 Sep 1961; POB Mousaitbe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 183319 (Paraguay); alt. Passport 148842 (Paraguay); alt. Passport 106318 (Paraguay); Identification Number 2.194.575 (Paraguay); alt. Identification Number 2.194.975 (Paraguay) (individual) [SDGT].

BARAKAT, Hattem Ahmad (a.k.a. BARAKAT, Hatam Ahmad; a.k.a. BARAKAT, Hatem Ahmad; a.k.a. BARAKAT, Hatim Ahmad; a.k.a. BARAKAT, Hotem Ahmad); DOB 25 Sep 1961; POB Mousaitbe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 183319 (Paraguay); alt. Passport 148842 (Paraguay); alt. Passport 106318 (Paraguay); Identification Number 2.194.575 (Paraguay); alt. Identification Number 2.194.975 (Paraguay) (individual) [SDGT].

BARAKAT, Hotem Ahmad (a.k.a. BARAKAT, Hatam Ahmad; a.k.a. BARAKAT, Hatem Ahmad; a.k.a. BARAKAT, Hatim Ahmad; a.k.a. BARAKAT, Hattem Ahmad); DOB 25 Sep 1961; POB Mousaitbe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 183319 (Paraguay); alt. Passport 148842 (Paraguay); alt. Passport 106318 (Paraguay); Identification Number 2.194.575 (Paraguay); alt. Identification Number 2.194.975 (Paraguay) (individual) [SDGT].

BARAKAT, Jach Assad Ahmad (a.k.a. BARAKAT, Assaad Ahmad; a.k.a. BARAKAT, Assad; a.k.a. BARAKAT, Assad Ahmad; a.k.a. BARAKAT, Assad Ahmed Muhammad; a.k.a. BARAKAT, Assad Hassan; a.k.a. "HAJJ AS'AD AHMAD"), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile; Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon; Additional Sanctions Information - Subject to Secondary

Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

BARAKAT, Mohammad Fayez; DOB 11 Mar 1969; POB Rubtlatine, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Identification Number 2.121.948 (Paraguay) (individual) [SDGT].

BARAKAT, Nasif (a.k.a. ABOUTARIF, Nassif; a.k.a. BARAKAT AL FAHILIH, Nasif Jarjis; a.k.a. BARAKAT ALVAHILH, Nasif Gergers; a.k.a. BARAKAT, Nassif; a.k.a. BARKAT, Nasif; a.k.a. BARKAT, Nassif; a.k.a. TARIF, Abu), Fahel, Syria; Germana, Damascus, Syria; Al-Qassaa, Damascus, Syria; Al Fuhaylah, Homs, Syria; DOB 20 Jun 1971; alt. DOB 30 Nov 1970; citizen Syria; Gender Male; National ID No. 04010136281 (Syria) (individual) [TCO] (Linked To: BARAKAT TRANSNATIONAL CRIMINAL ORGANIZATION).

BARAKAT, Nassif (a.k.a. ABOUTARIF, Nassif; a.k.a. BARAKAT AL FAHILIH, Nasif Jarjis; a.k.a. BARAKAT ALVAHILH, Nasif Gergers; a.k.a. BARAKAT, Nasif; a.k.a. BARKAT, Nasif; a.k.a. BARKAT, Nassif; a.k.a. TARIF, Abu), Fahel, Syria; Germana, Damascus, Syria; Al-Qassaa, Damascus, Syria; Al Fuhaylah, Homs, Syria; DOB 20 Jun 1971; alt. DOB 30 Nov 1970; citizen Syria; Gender Male; National ID No. 04010136281 (Syria) (individual) [TCO] (Linked To: BARAKAT TRANSNATIONAL CRIMINAL ORGANIZATION).

BARAKHOYEV, Bekkhan Abdulkhamidovich (Cyrillic: БАРАХОЕВ, Беххан Абдулхамидович), Russia; DOB 01 Aug 1973; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BARAKHOYEV, Mukharbek Oybertovich (Cyrillic: БАРАХОЕВ, Мухарбек Ойбертович), Russia; DOB 04 Jan 1971; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BARAKZAI ANSARI, Haji Abdullah (a.k.a. ANSARI, Haji Abdullah; a.k.a. BARAKZAI, Haji Abdullah), Afghanistan; DOB 1962; nationality Afghanistan; Gender Male; National ID No. 10331 (Afghanistan) (individual) [SDNTK] (Linked To: NEW ANSARI MONEY EXCHANGE).

BARAKZAI, Haji Abdul Sattar (a.k.a. ABDULASATTAR; a.k.a. BARAKZAI, Haji

Satar; a.k.a. MANAN, Haji Abdul Satar Haji Abdul; a.k.a. SATAR, Haji Abdul), Kachray Road, Pashtunabad, Quetta, Balochistan Province, Pakistan; Nasrullah Khan Chowk, Pashtunabad Area, Balochistan Province, Pakistan; Chaman, Balochistan Province, Pakistan; Abdul Satar Food Shop, Eno Mina 0093, Kandahar, Afghanistan; DOB 1964; POB Mirmandaw Village, Nahr-e Saraj District, Helmand Province, Afghanistan; alt. POB Qilla Abdullah, Pakistan; alt. POB Mirmadaw Village, Gereshk District, Helmand Province, Afghanistan; Passport AM5421691 (Pakistan) expires 11 Aug 2013; National ID No. 5420250161699 (Pakistan); alt. National ID No. 585629 (Afghanistan) (individual) [SDGT] (Linked To: HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE; Linked To: TALIBAN).

BARAKZAI, Haji Abdullah (a.k.a. ANSARI, Haji Abdullah; a.k.a. BARAKZAI ANSARI, Haji Abdullah), Afghanistan; DOB 1962; nationality Afghanistan; Gender Male; National ID No. 10331 (Afghanistan) (individual) [SDNTK] (Linked To: NEW ANSARI MONEY EXCHANGE).

BARAKZAI, Haji Khairullah (a.k.a. KARIMULLAH, Haji; a.k.a. KHAIRULLAH, Haji; a.k.a. KHEIRULLAH, Haji; a.k.a. KHERULLAH, Haji; a.k.a. MOHAMMAD, Hajji Khair; a.k.a. ULLAH, Haji Khair), Abdul Manan Chowk, Pashtunabad, Quetta, Pakistan; DOB 1965; POB Zumbaleh Village, Nahr-e Saraj District, Helmand Province, Afghanistan; alt. POB Qal'ah Abdulla, Pakistan; alt. POB Mirmadaw Village, Gereshk District, Helmand Province, Afghanistan; Passport BP4199631 (Pakistan) expires 25 Jun 2014; National ID No. 5440005229635 (Pakistan) (individual) [SDGT] (Linked To: TALIBAN; Linked To: HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE).

BARAKZAI, Haji Satar (a.k.a. ABDULASATTAR; a.k.a. BARAKZAI, Haji Abdul Sattar; a.k.a. MANAN, Haji Abdul Satar Haji Abdul; a.k.a. SATAR, Haji Abdul), Kachray Road, Pashtunabad, Quetta, Balochistan Province, Pakistan; Nasrullah Khan Chowk, Pashtunabad Area, Balochistan Province, Pakistan; Chaman, Balochistan Province, Pakistan; Abdul Satar Food Shop, Eno Mina 0093, Kandahar, Afghanistan; DOB 1964; POB Mirmandaw Village, Nahr-e Saraj District, Helmand Province, Afghanistan; alt. POB Qilla Abdullah, Pakistan; alt. POB Mirmadaw Village, Gereshk District, Helmand Province, Afghanistan; Passport AM5421691 (Pakistan) expires 11 Aug 2013; National ID No. 5420250161699 (Pakistan); alt. National ID No. 585629 (Afghanistan) (individual) [SDGT] (Linked To: HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE; Linked To: TALIBAN).

BARAKZAI, Shah Mohammad; DOB 01 Jan 1979; POB Nava, Lash Kargah, Afghanistan; nationality Afghanistan (individual) [SDNTK] (Linked To: NEW AHMADI LTD.).

BARAN SAZAN CASPIAN ANZALI FREE ZONE COMPANY (Arabic: شرکت باران سازان کاسپین انزلی منطقه آزاد), Kiashahr Section, Koye Shahid Rajai Neighborhood, Shahid Seyyed Isa Jalili Alley, Shahid Ahmedpour Alley, 17 Shaghayegh, No. 0, Ground Floor, Astaneh Ashrafiyeh, Kiashahr, Gilan Province 4447114702, Iran; Anzali Commercial-Industrial Free Zone, Chappard Zaman, Laleh Alley Street 2, No. 178, 4349137899, Iran; North Kargar St., Above Jalal Al-Ahmad, 11th Alley, Shahid Khojaste, No. 2, Third Floor, Tehran 1439715333, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Aug 2019; National ID No. 14008086051 (Iran); Registration Number 3644 (Iran) [NPWMD] [IFSR] (Linked To: ABDI ASJERD, Abbas).

BARBARO RECORDS (a.k.a. BARBARO RECORDS SRL), Calle 34, Local No. 10, Los Cachorros, Cristo Rey, Santo Domingo, Distrito Nacional, Dominican Republic; Tax ID No. 131-48344-5 (Dominican Republic) [SDNTK].

BARBARO RECORDS SRL (a.k.a. BARBARO RECORDS), Calle 34, Local No. 10, Los Cachorros, Cristo Rey, Santo Domingo, Distrito Nacional, Dominican Republic; Tax ID No. 131-48344-5 (Dominican Republic) [SDNTK].

BARBATO, Francesco; DOB 21 Nov 1979; POB San Cipriano d'Aversa, Italy (individual) [TCO].

BARDIYA TEJARAT JAVID (a.k.a. MANDEGAR BASPAR FAJR ASIA; a.k.a. MANDEGAR BASPAR KIMIYA COMPANY), No. 510, 5th Floor, Saddi Trading Building, South SAA DI Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

BARECH AKHUND, Mullah Naim (a.k.a. BARAICH, Mullah Naeem; a.k.a. BARECH, Mullah Naim; a.k.a. BAREH, Mullah Naim; a.k.a. BARIC, Mullah Naeem; a.k.a. BARICH, Haji Gul Mohammed Naim; a.k.a. BARICH, Mohammad Naim; a.k.a. BARICH, Mullah Naim; a.k.a. BERICH, Naim; a.k.a. "HAJI GUL MOHAMMAD"; a.k.a. "MULLAH NAIMULLAH"); DOB 01 Jan 1975; alt. DOB 01 Jan 1974; alt. DOB 01 Jan 1976; POB Lakhi Village, Hazarjuft Area, Garmsir District, Helmand Province, Afghanistan; alt. POB Laki Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Lakari Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Darvishan, Garmsir District, Helmand Province, Afghanistan; alt. POB De Luy Wiyalah Village, Garmsir District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

BARECH, Mullah Naim (a.k.a. BARAICH, Mullah Naeem; a.k.a. BARECH AKHUND, Mullah Naim; a.k.a. BARECH, Mullah Naim; a.k.a. BAREH, Mullah Naim; a.k.a. BARIC, Mullah Naeem; a.k.a. BARICH, Haji Gul Mohammed Naim; a.k.a. BARICH, Mohammad Naim; a.k.a. BARICH, Mullah Naim; a.k.a. BERICH, Naim; a.k.a. "HAJI GUL MOHAMMAD"; a.k.a. "MULLAH NAIMULLAH"); DOB 01 Jan 1975; alt. DOB 01 Jan 1974; alt. DOB 01 Jan 1976; POB Lakhi Village, Hazarjuft Area, Garmsir District, Helmand Province, Afghanistan; alt. POB Laki Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Lakari Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Darvishan, Garmsir District, Helmand Province, Afghanistan; alt. POB De Luy Wiyalah Village, Garmsir District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

BAREH, Mullah Naim (a.k.a. BARAICH, Mullah Naeem; a.k.a. BARECH AKHUND, Mullah Naim; a.k.a. BARECH, Mullah Naim; a.k.a. BARIC, Mullah Naeem; a.k.a. BARICH, Haji Gul Mohammed Naim; a.k.a. BARICH, Mohammad Naim; a.k.a. BARICH, Mullah Naim; a.k.a. BERICH, Naim; a.k.a. "HAJI GUL MOHAMMAD"; a.k.a. "MULLAH NAIMULLAH"); DOB 01 Jan 1975; alt. DOB 01 Jan 1974; alt. DOB 01 Jan 1976; POB Lakhi Village, Hazarjuft Area, Garmsir District, Helmand Province, Afghanistan; alt. POB Laki Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Lakari Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Darvishan, Garmsir District, Helmand Province, Afghanistan; alt. POB De Luy Wiyalah Village, Garmsir District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

BAREY, Djibril Abdul Kareem (a.k.a. BADRI, Gabril Abdul Kareem; a.k.a. BARI, Gabril Abdul Karim; a.k.a. KAREEM, Djibril Abdul), Darfur, Sudan; DOB circa 1961; Colonel for the

OFFICE OF FOREIGN ASSETS CONTROL                                SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

National Movement for Reform and Development (NMRD) (individual) [DARFUR].

BARHAN, Dr. Sahir (a.k.a. AL-DEEN, Saher Burhan; a.k.a. BERHAN, Dr. Sahir; a.k.a. BURHAN, Dr. Sahir; a.k.a. BURHAN, Sahir), United Arab Emirates; Baghdad, Iraq; DOB 1967; nationality Iraq (individual) [IRAQ2].

BARHOUM, Ismail (a.k.a. BARHUM, Isma'il Musa Ahmad; a.k.a. BARHUM, Ismail Musa Ahmad (Arabic: إسماعيل موسى أحمد برهوم)), Rafah, Gaza; DOB 23 Dec 1968; POB Rafah, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 918496571 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

BARHOUM, Isma'il Musa Ahmad (a.k.a. BARHOUM, Ismail; a.k.a. BARHUM, Ismail Musa Ahmad (Arabic: إسماعيل أحمد موسى برهوم)), Rafah, Gaza; DOB 23 Dec 1968; POB Rafah, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 918496571 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

BARHUM, Ismail Musa Ahmad (Arabic: إسماعيل موسى أحمد برهوم) (a.k.a. BARHOUM, Ismail; a.k.a. BARHUM, Isma'il Musa Ahmad), Rafah, Gaza; DOB 23 Dec 1968; POB Rafah, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 918496571 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

BARI, Abdul (a.k.a. AL-BAKI, 'Abd; a.k.a. AL-BARI, 'Abd; a.k.a. BAKI, Abdul; a.k.a. BAQI, Abdul; a.k.a. BARI, Abdul Baqi; a.k.a. BARI, Haji Abdul; a.k.a. IBRAHIM, 'Abd Al-Baqi Muhammad; a.k.a. IBRAHIM, 'Abd Labaqi Muhammad; a.k.a. ISHAQZAI, Rais Abdul Bari; a.k.a. "ABDELBAKI"); DOB 01 Jan 1953; alt. DOB 1952; POB Kandahar, Afghanistan; Passport 306749 (Afghanistan) expires 28 Jun 2014; alt. Passport 47168 (Afghanistan) (individual) [SDGT].

BARI, Abdul Baqi (a.k.a. AL-BAKI, 'Abd; a.k.a. AL-BARI, 'Abd; a.k.a. BAKI, Abdul; a.k.a. BAQI, Abdul; a.k.a. BARI, Abdul; a.k.a. BARI, Haji Abdul; a.k.a. IBRAHIM, 'Abd Al-Baqi Muhammad; a.k.a. IBRAHIM, 'Abd Labaqi Muhammad; a.k.a. ISHAQZAI, Rais Abdul Bari; a.k.a. "ABDELBAKI"); DOB 01 Jan 1953; alt.

DOB 1952; POB Kandahar, Afghanistan; Passport 306749 (Afghanistan) expires 28 Jun 2014; alt. Passport 47168 (Afghanistan) (individual) [SDGT].

BARI, Gabril Abdul Karim (a.k.a. BADRI, Gabril Abdul Kareem; a.k.a. BAREY, Djibril Abdul Kareem; a.k.a. KAREEM, Djibril Abdul), Darfur, Sudan; DOB circa 1961; Colonel for the National Movement for Reform and Development (NMRD) (individual) [DARFUR].

BARI, Haji Abdul (a.k.a. AL-BAKI, 'Abd; a.k.a. AL-BARI, 'Abd; a.k.a. BAKI, Abdul; a.k.a. BAQI, Abdul; a.k.a. BARI, Abdul; a.k.a. BARI, Abdul Baqi; a.k.a. IBRAHIM, 'Abd Al-Baqi Muhammad; a.k.a. IBRAHIM, 'Abd Labaqi Muhammad; a.k.a. ISHAQZAI, Rais Abdul Bari; a.k.a. "ABDELBAKI"); DOB 01 Jan 1953; alt. DOB 1952; POB Kandahar, Afghanistan; Passport 306749 (Afghanistan) expires 28 Jun 2014; alt. Passport 47168 (Afghanistan) (individual) [SDGT].

BARIC, Mullah Naeem (a.k.a. BARAICH, Mullah Naeem; a.k.a. BARECH AKHUND, Mullah Naim; a.k.a. BARECH, Mullah Naim; a.k.a. BAREH, Mullah Naim; a.k.a. BARICH, Haji Gul Mohammed Naim; a.k.a. BARICH, Mohammad Naim; a.k.a. BARICH, Mullah Naim; a.k.a. BERICH, Naim; a.k.a. "HAJI GUL MOHAMMAD"; a.k.a. "MULLAH NAIMULLAH"); DOB 01 Jan 1975; alt. DOB 01 Jan 1974; alt. DOB 01 Jan 1976; POB Lakhi Village, Hazarjuft Area, Garmsir District, Helmand Province, Afghanistan; alt. POB Laki Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Lakari Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Darvishan, Garmsir District, Helmand Province, Afghanistan; alt. POB De Luy Wiyalah Village, Garmsir District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

BARICH, Haji Gul Mohammed Naim (a.k.a. BARAICH, Mullah Naeem; a.k.a. BARECH AKHUND, Mullah Naim; a.k.a. BARECH, Mullah Naim; a.k.a. BAREH, Mullah Naim; a.k.a. BARIC, Mullah Naeem; a.k.a. BARICH, Mohammad Naim; a.k.a. BARICH, Mullah Naim; a.k.a. BERICH, Naim; a.k.a. "HAJI GUL MOHAMMAD"; a.k.a. "MULLAH NAIMULLAH"); DOB 01 Jan 1975; alt. DOB 01 Jan 1974; alt. DOB 01 Jan 1976; POB Lakhi Village, Hazarjuft Area, Garmsir District, Helmand Province, Afghanistan; alt. POB Laki Village, Garmsir District, Helmand

Province, Afghanistan; alt. POB Darvishan, Garmsir District, Helmand Province, Afghanistan; alt. POB De Luy Wiyalah Village, Garmsir District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

BARICH, Mohammad Naim (a.k.a. BARAICH, Mullah Naeem; a.k.a. BARECH AKHUND, Mullah Naim; a.k.a. BARECH, Mullah Naim; a.k.a. BAREH, Mullah Naim; a.k.a. BARIC, Mullah Naeem; a.k.a. BARICH, Haji Gul Mohammed Naim; a.k.a. BARICH, Mullah Naim; a.k.a. BERICH, Naim; a.k.a. "HAJI GUL MOHAMMAD"; a.k.a. "MULLAH NAIMULLAH"); DOB 01 Jan 1975; alt. DOB 01 Jan 1974; alt. DOB 01 Jan 1976; POB Lakhi Village, Hazarjuft Area, Garmsir District, Helmand Province, Afghanistan; alt. POB Laki Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Lakari Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Darvishan, Garmsir District, Helmand Province, Afghanistan; alt. POB De Luy Wiyalah Village, Garmsir District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

BARICH, Mullah Naim (a.k.a. BARAICH, Mullah Naeem; a.k.a. BARECH AKHUND, Mullah Naim; a.k.a. BARECH, Mullah Naim; a.k.a. BAREH, Mullah Naim; a.k.a. BARIC, Mullah Naeem; a.k.a. BARICH, Haji Gul Mohammed Naim; a.k.a. BARICH, Mohammad Naim; a.k.a. BERICH, Naim; a.k.a. "HAJI GUL MOHAMMAD"; a.k.a. "MULLAH NAIMULLAH"); DOB 01 Jan 1975; alt. DOB 01 Jan 1974; alt. DOB 01 Jan 1976; POB Lakhi Village, Hazarjuft Area, Garmsir District, Helmand Province, Afghanistan; alt. POB Laki Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Lakari Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Darvishan, Garmsir District, Helmand Province, Afghanistan; alt. POB De Luy Wiyalah Village, Garmsir District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

BARICH, Musa Kalim (a.k.a. ALIZAI, Musa Khalim; a.k.a. KALEEM, Musa; a.k.a. KALIM, Mohammed Musa; a.k.a. KALIM, Musa; a.k.a. KHALEEM, Musa; a.k.a. KHALIM, Musa; a.k.a. QALEM, Musa; a.k.a. QALIM, Musa), Chaghay Bazaar, Chahgay, Pakistan; Haji Mohammed Plaza, Tol Aram Road, Nearest Jamal Dean Afghani Road, Quetta, Pakistan; Dr Barno Road, Quetta, Pakistan; POB Pakistan; citizen

Pakistan; Passport AD4756241 (Pakistan) issued 02 Nov 2008 expires 01 Nov 2013; National ID No. 54101-6356624-9 (Pakistan) (individual) [SDGT].

BARKAT VENTURES (Arabic: موسسه دانش بنیان برکت), No. 12, Zagros St., 12th Ave, Argentina Square, Tehran, Iran; Website https://barkatventures.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 38594 (Iran) [IRAN-EO13876] (Linked To: EXECUTION OF IMAM KHOMEINI'S ORDER).

BARKAT, Nasif (a.k.a. ABOUTARIF, Nassif; a.k.a. BARAKAT AL FAHILIH, Nasif Jarjis; a.k.a. BARAKAT ALVAHILH, Nasif Gergers; a.k.a. BARAKAT, Nasif; a.k.a. BARAKAT, Nassif; a.k.a. BARKAT, Nassif; a.k.a. TARIF, Abu), Fahel, Syria; Germana, Damascus, Syria; Al-Qassaa, Damascus, Syria; Al Fuhaylah, Homs, Syria; DOB 20 Jun 1971; alt. DOB 30 Nov 1970; citizen Syria; Gender Male; National ID No. 04010136281 (Syria) (individual) [TCO] (Linked To: BARAKAT TRANSNATIONAL CRIMINAL ORGANIZATION).

BARKAT, Nassif (a.k.a. ABOUTARIF, Nassif; a.k.a. BARAKAT AL FAHILIH, Nasif Jarjis; a.k.a. BARAKAT ALVAHILH, Nasif Gergers; a.k.a. BARAKAT, Nasif; a.k.a. BARAKAT, Nassif; a.k.a. BARKAT, Nasif; a.k.a. TARIF, Abu), Fahel, Syria; Germana, Damascus, Syria; Al-Qassaa, Damascus, Syria; Al Fuhaylah, Homs, Syria; DOB 20 Jun 1971; alt. DOB 30 Nov 1970; citizen Syria; Gender Male; National ID No. 04010136281 (Syria) (individual) [TCO] (Linked To: BARAKAT TRANSNATIONAL CRIMINAL ORGANIZATION).

BARKHANOEV, Malik Ruslanovish (a.k.a. "INGUSHI, Saifuddin"; a.k.a. "INGUSHI, Sayfuddin"), Iraq; Syria; DOB 14 Mar 1992; POB Ordzhonikidzevskaya, Ingushetia, Russia; nationality Russia; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

BARKHATNOVA, Alla Viktorivna (Cyrillic: БАРХАТНОВА, Алла Вікторівна) (a.k.a. BARKHATNOVA, Alla Viktorovna (Cyrillic: БАРХАТНОВА, Алла Викторовна)), Apt. 118, 57 Solidarnosti Street, Druzhkovka, Donetsk Region, Ukraine; DOB 25 Sep 1973; POB Kalinino, Oryol Region, Russia; nationality Russia; alt. nationality Ukraine; Gender Female; Tax ID No. 572008616682 (Russia); alt. Tax ID No. 2693114646 (Ukraine) (individual) [RUSSIA-EO14024].

BARKHATNOVA, Alla Viktorovna (Cyrillic: БАРХАТНОВА, Алла Викторовна) (a.k.a. BARKHATNOVA, Alla Viktorivna (Cyrillic: БАРХАТНОВА, Алла Вікторівна)), Apt. 118, 57 Solidarnosti Street, Druzhkovka, Donetsk Region, Ukraine; DOB 25 Sep 1973; POB Kalinino, Oryol Region, Russia; nationality Russia; alt. nationality Ukraine; Gender Female; Tax ID No. 572008616682 (Russia); alt. Tax ID No. 2693114646 (Ukraine) (individual) [RUSSIA-EO14024].

BARLY OFF-SHORE (a.k.a. BARLY OFF-SHORE S.A.L.), Lebanon [SYRIA] (Linked To: ABBAS, Muhammad).

BARLY OFF-SHORE S.A.L. (a.k.a. BARLY OFF-SHORE), Lebanon [SYRIA] (Linked To: ABBAS, Muhammad).

BARMAHANI, Mohsen (Arabic: محسن برمهانی) (a.k.a. BORMAHANI, Mohsen), Tehran, Iran; DOB 24 May 1979; POB Neishabur, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A54062245 (Iran) expires 12 Jul 2026; National ID No. 1063893488 (Iran); Deputy Director, Islamic Republic of Iran Broadcasting (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

BARMI, Ruhollah Ghaderi, Iran; DOB 1979; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: SHAHID FAKHAR MOGHADDAM GROUP).

BARNAWI, Khalid (a.k.a. AL-BARNAWI, Khaled; a.k.a. AL-BARNAWI, Khalid; a.k.a. EL-BARNAOUI, Khaled; a.k.a. HAFSAT, Abu; a.k.a. USMAN, Mohammed), Nigeria; DOB 1976; POB Maiduguri, Nigeria (individual) [SDGT].

BAROON SHIPPING COMPANY LIMITED, Haven Court, 5 Library Ramp, Gibraltar, United Kingdom [IRAQ2].

BAROZZI, Jeremy Eric Camille (a.k.a. STUDHALTER, Jeremy; a.k.a. STUDHALTER, Jeremy Eric Camille), Oberruti-Allee 14, Horw 6048, Switzerland; DOB 31 Oct 1996; POB Nice, Alpes-Maritimes, France; nationality France; Gender Male (individual) [RUSSIA-EO14024] (Linked To: SWISS INTERNATIONAL ADVISORY GROUP AG).

BARQAWI, Ahmad (a.k.a. AL-BARQAWI, Ahmad; a.k.a. BARQAWI, Ahmad Abed Allah; a.k.a. BARQAWI, Ahmad Abedallah; a.k.a. BARQAWI, Ahmed; a.k.a. "BARQAWI,

Hamodeh"), Dubai, United Arab Emirates; DOB 1985; POB Damascus, Syria; General Manager, Pangates International Corp. Ltd.; General Manager, Maxima Middle East Trading Co. (individual) [SYRIA] (Linked To: PANGATES INTERNATIONAL CORPORATION LIMITED; Linked To: MAXIMA MIDDLE EAST TRADING CO.).

BARQAWI, Ahmad Abed Allah (a.k.a. AL-BARQAWI, Ahmad; a.k.a. BARQAWI, Ahmad; a.k.a. BARQAWI, Ahmad Abedallah; a.k.a. BARQAWI, Ahmed; a.k.a. "BARQAWI, Hamodeh"), Dubai, United Arab Emirates; DOB 1985; POB Damascus, Syria; General Manager, Pangates International Corp. Ltd.; General Manager, Maxima Middle East Trading Co. (individual) [SYRIA] (Linked To: PANGATES INTERNATIONAL CORPORATION LIMITED; Linked To: MAXIMA MIDDLE EAST TRADING CO.).

BARQAWI, Ahmad Abedallah (a.k.a. AL-BARQAWI, Ahmad; a.k.a. BARQAWI, Ahmad; a.k.a. BARQAWI, Ahmad Abed Allah; a.k.a. BARQAWI, Ahmed; a.k.a. "BARQAWI, Hamodeh"), Dubai, United Arab Emirates; DOB 1985; POB Damascus, Syria; General Manager, Pangates International Corp. Ltd.; General Manager, Maxima Middle East Trading Co. (individual) [SYRIA] (Linked To: PANGATES INTERNATIONAL CORPORATION LIMITED; Linked To: MAXIMA MIDDLE EAST TRADING CO.).

BARQAWI, Ahmed (a.k.a. AL-BARQAWI, Ahmad; a.k.a. BARQAWI, Ahmad; a.k.a. BARQAWI, Ahmad Abed Allah; a.k.a. BARQAWI, Ahmad Abedallah; a.k.a. "BARQAWI, Hamodeh"), Dubai, United Arab Emirates; DOB 1985; POB Damascus, Syria; General Manager, Pangates International Corp. Ltd.; General Manager, Maxima Middle East Trading Co. (individual) [SYRIA] (Linked To: PANGATES INTERNATIONAL CORPORATION LIMITED; Linked To: MAXIMA MIDDLE EAST TRADING CO.).

BARRAGAN BALDERAS, Gilberto (a.k.a. "GILBERTO BARRAGAN"), Miguel Aleman, Tamaulipas, Mexico; DOB 19 May 1970; POB Miguel Aleman, Tamaulipas, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

BARRAZA ACEVES, Jose Carlos (Latin: BARRAZA ACEVES, José Carlos) (a.k.a. "Luis 2525"), Mexico; DOB 06 Dec 1982; POB Guasave, Sinaloa, Mexico; nationality Mexico; Gender Male; R.F.C. BAAC821206RV9 (Mexico); C.U.R.P. BAAC821206HSLRCR09

(Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

BARRE OMAR, Marian (a.k.a. BARREH OMAR, Mariam; a.k.a. BARREH, Mariam; a.k.a. "BARRE, Marian"), Altawun Area, Alkhan, Sharjah, United Arab Emirates; PO Box 80367, Ajman, United Arab Emirates; DOB 01 Jan 1971; alt. DOB 10 Apr 1971; POB Kismayo, Somalia; nationality Djibouti; alt. nationality Somalia; Gender Female; Passport 19RF19428 (Djibouti) issued 28 Dec 2020 expires 28 Dec 2025; Identification Number 156087 (Djibouti) (individual) [SOMALIA].

BARREH OMAR, Mariam (a.k.a. BARRE OMAR, Marian; a.k.a. BARREH, Mariam; a.k.a. "BARRE, Marian"), Altawun Area, Alkhan, Sharjah, United Arab Emirates; PO Box 80367, Ajman, United Arab Emirates; DOB 01 Jan 1971; alt. DOB 10 Apr 1971; POB Kismayo, Somalia; nationality Djibouti; alt. nationality Somalia; Gender Female; Passport 19RF19428 (Djibouti) issued 28 Dec 2020 expires 28 Dec 2025; Identification Number 156087 (Djibouti) (individual) [SOMALIA].

BARREH, Mariam (a.k.a. BARRE OMAR, Marian; a.k.a. BARREH OMAR, Mariam; a.k.a. "BARRE, Marian"), Altawun Area, Alkhan, Sharjah, United Arab Emirates; PO Box 80367, Ajman, United Arab Emirates; DOB 01 Jan 1971; alt. DOB 10 Apr 1971; POB Kismayo, Somalia; nationality Djibouti; alt. nationality Somalia; Gender Female; Passport 19RF19428 (Djibouti) issued 28 Dec 2020 expires 28 Dec 2025; Identification Number 156087 (Djibouti) (individual) [SOMALIA].

BARRERA BARRERA, Daniel (a.k.a. "EL LOCO BARRERA"), Colombia; DOB 06 Nov 1968; alt. DOB 15 Sep 1967; Cedula No. 18221599 (Colombia) (individual) [SDNTK].

BARRERA MARIN, Alvaro, c/o APVA S.A., Cali, Colombia; c/o BARRERA RIOS NEGOCIOS INMOBILIARIOS E.U., Cali, Colombia; c/o CECEP EDITORES S.A., Cali, Colombia; c/o CECEP S.A., Cali, Colombia; c/o COMERCIALIZADORA DE BIENES Y SERVICIOS ADMINISTRATIVOS Y FINANCIEROS S.A., Cali, Colombia; c/o ENSAMBLADORA COLOMBIANA AUTOMOTRIZ S.A., Barranquilla, Colombia; c/o NEGOCIOS Y CAPITALES S.A., Pereira, Colombia; c/o WORLD LINE SYSTEM S.A., Palmira, Valle, Colombia; Calle 56D No. 28B-73, Barrio Las Mercedes, Palmira, Valle, Colombia; DOB 21 Nov 1940; POB Sevilla,

Valle, Colombia; Cedula No. 6451857 (Colombia); Passport AG003135 (Colombia) (individual) [SDNT].

BARRERA MEDRANO, Nicandro (a.k.a. BARRERA MENDOZA, Nicandro; a.k.a. BARRERA, Nicandro; a.k.a. BARRERA, Robert; a.k.a. NICANDRO, Barrera Mendoza; a.k.a. "CHAPARRO"; a.k.a. "CHATO"; a.k.a. "EL NICA"; a.k.a. "EL NICE"; a.k.a. "EL NICO"; a.k.a. "NICA"; a.k.a. "NICO"), c/o Purepecha Trucking Co., Uruapan, Michoacan, Mexico; DOB 02 Nov 1964; POB Michoacan, Mexico; citizen Mexico; C.U.R.P. BAMN641102HMNRDC02 (Mexico) (individual) [SDNTK].

BARRERA MENDOZA, Nicandro (a.k.a. BARRERA MEDRANO, Nicandro; a.k.a. BARRERA, Nicandro; a.k.a. BARRERA, Robert; a.k.a. NICANDRO, Barrera Mendoza; a.k.a. "CHAPARRO"; a.k.a. "CHATO"; a.k.a. "EL NICA"; a.k.a. "EL NICE"; a.k.a. "EL NICO"; a.k.a. "NICA"; a.k.a. "NICO"), c/o Purepecha Trucking Co., Uruapan, Michoacan, Mexico; DOB 02 Nov 1964; POB Michoacan, Mexico; citizen Mexico; C.U.R.P. BAMN641102HMNRDC02 (Mexico) (individual) [SDNTK].

BARRERA RIOS CAMACHO ADMINISTRACION Y FINANZAS S.A. (a.k.a. B R C S.A.), Calle 28N No. 6BN-54, Cali, Colombia; NIT # 900021843-7 (Colombia) [SDNT].

BARRERA RIOS NEGOCIOS INMOBILIARIOS E.U., Carrera 22 No. 5A-21, Cali, Colombia; NIT # 805030626-9 (Colombia) [SDNT].

BARRERA RIOS, Alfonso, c/o ALFONSO BARRERA RIOS Y CIA. S. EN C.S., Cali, Colombia; c/o APVA S.A., Cali, Colombia; c/o BARRERA RIOS NEGOCIOS INMOBILIARIOS E.U., Cali, Colombia; c/o CECEP EDITORES S.A., Cali, Colombia; c/o CECEP S.A., Cali, Colombia; c/o ENSAMBLADORA COLOMBIANA AUTOMOTRIZ S.A., Barranquilla, Colombia; c/o NEGOCIOS Y CAPITALES S.A., Pereira, Colombia; c/o WORLD LINE SYSTEM S.A., Palmira, Valle, Colombia; Calle 14 Oeste No. 2B1-45 apto. 302E, Cali, Colombia; c/o A K DIFUSION S.A. PUBLICIDAD Y MERCADEO, Cali, Colombia; c/o A K EDUCAL S.A. EDUCACION CON CALIDAD, Cali, Colombia; c/o B R C S.A., Cali, Colombia; c/o SERPROVIS S.A. SERVICIOS Y PROVISIONES, Cali, Colombia; DOB 08 Dec 1975; POB Cali, Colombia; Cedula No. 79648943 (Colombia); Passport AJ963037 (Colombia) (individual) [SDNT].

BARRERA RIOS, Alvaro Enrique, c/o ALFONSO BARRERA RIOS Y CIA. S. EN C.S., Cali, Colombia; c/o ALVARO ENRIQUE BARRERA RIOS Y CIA S. EN C.S., Cali, Colombia; c/o APVA S.A., Cali, Colombia; c/o BARRERA RIOS NEGOCIOS INMOBILIARIOS E.U., Cali, Colombia; c/o CECEP EDITORES S.A., Cali, Colombia; c/o CECEP S.A., Cali, Colombia; c/o COMERCIALIZADORA DE BIENES Y SERVICIOS ADMINISTRATIVOS Y FINANCIEROS S.A., Cali, Colombia; c/o ENSAMBLADORA COLOMBIANA AUTOMOTRIZ S.A., Barranquilla, Colombia; c/o NEGOCIOS Y CAPITALES S.A., Pereira, Colombia; c/o WORLD LINE SYSTEM S.A., Palmira, Valle, Colombia; Carrera 54A No. 5A-21, Cali, Colombia; c/o A K DIFUSION S.A. PUBLICIDAD Y MERCADEO, Cali, Colombia; c/o A K EDUCAL S.A. EDUCACION CON CALIDAD, Cali, Colombia; c/o B R C S.A., Cali, Colombia; c/o SERPROVIS S.A. SERVICIOS Y PROVISIONES, Cali, Colombia; DOB 05 Dec 1968; POB Cali, Colombia; Cedula No. 16758185 (Colombia); Passport AJ149349 (Colombia) (individual) [SDNT].

BARRERA RIOS, Victoria Eugenia, c/o ALFONSO BARRERA RIOS Y CIA. S. EN C.S., Cali, Colombia; c/o APVA S.A., Cali, Colombia; c/o CECEP EDITORES S.A., Cali, Colombia; c/o CECEP S.A., Cali, Colombia; c/o ENSAMBLADORA COLOMBIANA AUTOMOTRIZ S.A., Barranquilla, Colombia; c/o NEGOCIOS Y CAPITALES S.A., Pereira, Colombia; c/o WORLD LINE SYSTEM S.A., Palmira, Valle, Colombia; Transversal 18 No. 127-43 Torre 4 apto. 1201, Bogota, Colombia; c/o A K DIFUSION S.A. PUBLICIDAD Y MERCADEO, Cali, Colombia; c/o A K EDUCAL S.A. EDUCACION CON CALIDAD, Cali, Colombia; c/o B R C S.A., Cali, Colombia; c/o RIOS JIMENEZ S. EN C.S., Bogota, Colombia; c/o SERPROVIS S.A. SERVICIOS Y PROVISIONES, Cali, Colombia; DOB 11 Dec 1970; POB Cali, Colombia; Cedula No. 66818996 (Colombia); Passport AI939751 (Colombia) (individual) [SDNT].

BARRERA, Nicandro (a.k.a. BARRERA MEDRANO, Nicandro; a.k.a. BARRERA MENDOZA, Nicandro; a.k.a. BARRERA, Robert; a.k.a. NICANDRO, Barrera Mendoza; a.k.a. "CHAPARRO"; a.k.a. "CHATO"; a.k.a. "EL NICA"; a.k.a. "EL NICE"; a.k.a. "EL NICO"; a.k.a. "NICA"; a.k.a. "NICO"), c/o Purepecha Trucking Co., Uruapan, Michoacan, Mexico; DOB 02 Nov 1964; POB Michoacan, Mexico;

citizen Mexico; C.U.R.P. BAMN641102HMNRDC02 (Mexico) (individual) [SDNTK].

BARRERA, Robert (a.k.a. BARRERA MEDRANO, Nicandro; a.k.a. BARRERA MENDOZA, Nicandro; a.k.a. BARRERA, Nicandro; a.k.a. NICANDRO, Barrera Mendoza; a.k.a. "CHAPARRO"; a.k.a. "CHATO"; a.k.a. "EL NICA"; a.k.a. "EL NICE"; a.k.a. "EL NICO"; a.k.a. "NICA"; a.k.a. "NICO"), c/o Purepecha Trucking Co., Uruapan, Michoacan, Mexico; DOB 02 Nov 1964; POB Michoacan, Mexico; citizen Mexico; C.U.R.P. BAMN641102HMNRDC02 (Mexico) (individual) [SDNTK].

BARRIOS HERNANDEZ, Mercedes (a.k.a. "LA MECHE"), Xochitepec, Morelos, Mexico; DOB 05 May 1971; POB Acapulco de Juarez, Guerrero, Mexico; citizen Mexico; Gender Female; R.F.C. BAHM710505Q91 (Mexico); C.U.R.P. BAHM710505MGRRRR07 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

BARROS FREDERICO, Lucio Francisco de Fatima (a.k.a. BARROS, Francisco de Fatima Frederico; a.k.a. "CHICO BARROS"); DOB 13 May 1967; alt. DOB 06 Jun 1970; POB Praia, Cabo Verde; nationality Cabo Verde; citizen Cabo Verde; alt. citizen Guinea-Bissau; Passport I066302 (Cabo Verde); alt. Passport CA0120780 (Guinea-Bissau) issued 08 Apr 2006 expires 07 Apr 2009; National ID No. 16128971 (Cabo Verde) (individual) [SDNTK].

BARROS, Francisco de Fatima Frederico (a.k.a. BARROS FREDERICO, Lucio Francisco de Fatima; a.k.a. "CHICO BARROS"); DOB 13 May 1967; alt. DOB 06 Jun 1970; POB Praia, Cabo Verde; nationality Cabo Verde; citizen Cabo Verde; alt. citizen Guinea-Bissau; Passport I066302 (Cabo Verde); alt. Passport CA0120780 (Guinea-Bissau) issued 08 Apr 2006 expires 07 Apr 2009; National ID No. 16128971 (Cabo Verde) (individual) [SDNTK].

BARSUKOU, Aliaksandr (a.k.a. BARSUKOU, Alyaksandr; a.k.a. BARSUKOU, Alyaksandr Pyatrovich (Cyrillic: БАРСУКОЎ, Аляксандр Пятровіч); a.k.a. BARSUKOV, Aleksandr; a.k.a. BARSUKOV, Aleksandr Petrovich (Cyrillic: БАРСУКОВ, Александр Петрович); a.k.a. BARSUKOV, Alexander), Minsk, Belarus; DOB 29 Apr 1965; POB Vetkovski District, Homyel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

BARSUKOU, Alyaksandr (a.k.a. BARSUKOU, Aliaksandr; a.k.a. BARSUKOU, Alyaksandr

Pyatrovich (Cyrillic: БАРСУКОЎ, Аляксандр Пятровіч); a.k.a. BARSUKOV, Aleksandr; a.k.a. BARSUKOV, Aleksandr Petrovich (Cyrillic: БАРСУКОВ, Александр Петрович); a.k.a. BARSUKOV, Alexander), Minsk, Belarus; DOB 29 Apr 1965; POB Vetkovski District, Homyel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

BARSUKOU, Alyaksandr Pyatrovich (Cyrillic: БАРСУКОЎ, Аляксандр Пятровіч) (a.k.a. BARSUKOU, Aliaksandr; a.k.a. BARSUKOU, Alyaksandr; a.k.a. BARSUKOV, Aleksandr; a.k.a. BARSUKOV, Aleksandr Petrovich (Cyrillic: БАРСУКОВ, Александр Петрович); a.k.a. BARSUKOV, Alexander), Minsk, Belarus; DOB 29 Apr 1965; POB Vetkovski District, Homyel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

BARSUKOV, Aleksandr (a.k.a. BARSUKOU, Aliaksandr; a.k.a. BARSUKOU, Alyaksandr; a.k.a. BARSUKOU, Alyaksandr Pyatrovich (Cyrillic: БАРСУКОЎ, Аляксандр Пятровіч); a.k.a. BARSUKOV, Aleksandr Petrovich (Cyrillic: БАРСУКОВ, Александр Петрович); a.k.a. BARSUKOV, Alexander), Minsk, Belarus; DOB 29 Apr 1965; POB Vetkovski District, Homyel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

BARSUKOV, Aleksandr Petrovich (Cyrillic: БАРСУКОВ, Александр Петрович) (a.k.a. BARSUKOU, Aliaksandr; a.k.a. BARSUKOU, Alyaksandr; a.k.a. BARSUKOU, Alyaksandr Pyatrovich (Cyrillic: БАРСУКОЎ, Аляксандр Пятровіч); a.k.a. BARSUKOV, Aleksandr; a.k.a. BARSUKOV, Alexander), Minsk, Belarus; DOB 29 Apr 1965; POB Vetkovski District, Homyel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

BARSUKOV, Alexander (a.k.a. BARSUKOU, Aliaksandr; a.k.a. BARSUKOU, Alyaksandr; a.k.a. BARSUKOU, Alyaksandr Pyatrovich (Cyrillic: БАРСУКОЎ, Аляксандр Пятровіч); a.k.a. BARSUKOV, Aleksandr; a.k.a. BARSUKOV, Aleksandr Petrovich (Cyrillic: БАРСУКОВ, Александр Петрович)), Minsk, Belarus; DOB 29 Apr 1965; POB Vetkovski District, Homyel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

BARTH, Frederik Heinz, Kientzheimer Strasse 1, Schwendi 88477, Germany; DOB 30 Aug 1965; POB Laupheim, Germany; citizen Germany; Occupation: Chemist (individual) [SDNTK].

BARUS (a.k.a. BARUS LIMITED LIABILITY COMPANY; a.k.a. OOO BARUS), 32 Leninsky Prospekt, Floor 1, Office IB, Room 1, Moscow

119334, Russia; Tax ID No. 7736324991 (Russia); Registration Number 1197746639860 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

BARUS LIMITED LIABILITY COMPANY (a.k.a. BARUS; a.k.a. OOO BARUS), 32 Leninsky Prospekt, Floor 1, Office IB, Room 1, Moscow 119334, Russia; Tax ID No. 7736324991 (Russia); Registration Number 1197746639860 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

BARYSHNIKOV, Dmitry Vladimirovich (Cyrillic: БАРЫШНИКОВ, Дмитрий Владимирович), Russia; DOB 06 Nov 1976; POB Moscow, Russia; nationality Russia; Gender Male; Passport 723393511 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

BARZA STYLE & MODE CO., LIMITED (a.k.a. BARZA STYLE AND MODE CO., LIMITED), Falt B51F Manning Ind Bldg, 116-118, Hongwing St, Kwun Tong Kln, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 15 Apr 2021; C.R. No. 3038707 (Hong Kong) [IRAN-EO13846] (Linked To: EDGAR COMMERCIAL SOLUTIONS FZE).

BARZA STYLE AND MODE CO., LIMITED (a.k.a. BARZA STYLE & MODE CO., LIMITED), Falt B51F Manning Ind Bldg, 116-118, Hongwing St, Kwun Tong Kln, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 15 Apr 2021; C.R. No. 3038707 (Hong Kong) [IRAN-EO13846] (Linked To: EDGAR COMMERCIAL SOLUTIONS FZE).

BARZINGY, Ata Abdoul Aziz (a.k.a. RASHID, Ata Abd Al-Aziz; a.k.a. RASHID, Ata Abdoulaziz), Schmidener Street 98, Stuttgart 70374, Germany; Stuttgart Prison, Stuttgart, Germany; DOB 01 Dec 1973; POB Sulaymaniyah, Iraq; nationality Iraq; Travel Document Number A0020375 (Germany) (individual) [SDGT].

BASAIR, Foad Salehi (a.k.a. BASIR, Foad Salehi; a.k.a. SALEHI, Foad); DOB 28 Apr 1986; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport J37945161 (Iran); National ID No. 0077849248 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-

QODS FORCE; Linked To: VALADZAGHARD, Mohammadreza Khedmati).

BASAL, Abd-al-Rahman, Syria; DOB 03 Mar 1958; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

BASALTOS TONALA, S.A. DE C.V., Zona Metropolitana, Guadalajara, Jalisco, Mexico; Camino a Colimilla Km. 6, Colonia San Gaspar, Tonala, Jalisco C.P. 45404, Mexico; R.F.C. BTO041104AH2 (Mexico); Folio Mercantil No. 24808 (Mexico) [SDNTK].

BASAMAD ELECTRONIC POUYA ENGINEERING LIMITED LIABILITY COMPANY (a.k.a. DYNAMIC ELECTRONIC FREQUENCY ENGINEERING LIMITED LIABILITY COMPANY), No. 63, Unit 4, Shahrara, Patrice Lumumba St., Abshori St., Tehran 1445934911, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 20 Jan 2015; National ID No. 14004684489 (Iran); Registration Number 466887 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

BASANSKY, Anton Aleksandrovich (Cyrillic: БАСАНСКИЙ, Антон Александрович), Russia; DOB 09 Jul 1987; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BASEEJ (a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked

To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BASEER, Abdul (a.k.a. 'ABD AL-BASIR, Haji; a.k.a. BASIR, Abdal; a.k.a. BASIR, Haji Abdul; a.k.a. NOORZAI, Haji Basir), Chaman, Pakistan; DOB 1965; alt. DOB 1963; alt. DOB 1960; POB Balochistan Province, Pakistan; nationality Afghanistan; Passport AA3829182 (Pakistan); National ID No. 5420124679187 (Pakistan) (individual) [SDGT].

BASENGEZI, Marcellin (a.k.a. BASENGEZI, Marcellin Mukolo; a.k.a. MAKOLO, Marcelin Basengezi; a.k.a. MUKOLO, Basengezi Marcellin), Appartement 29 Cite Du Fleuve, Cite Du Fleuve, Kingabwa Limete, Kinshasa, Congo, Democratic Republic of the; DOB 30 Nov 1985; POB Kaziba, Congo, Democratic Republic of the; Gender Male; Passport OP0155187 (Congo, Democratic Republic of the) issued 24 Jan 2016 expires 19 Jan 2021 (individual) [DRCONGO].

BASENGEZI, Marcellin Mukolo (a.k.a. BASENGEZI, Marcellin; a.k.a. MAKOLO, Marcelin Basengezi; a.k.a. MUKOLO, Basengezi Marcellin), Appartement 29 Cite Du Fleuve, Cite Du Fleuve, Kingabwa Limete, Kinshasa, Congo, Democratic Republic of the; DOB 30 Nov 1985; POB Kaziba, Congo, Democratic Republic of the; Gender Male; Passport OP0155187 (Congo, Democratic Republic of the) issued 24 Jan 2016 expires 19 Jan 2021 (individual) [DRCONGO].

BASERI, Mohammad (a.k.a. "SANAI"), Iran; DOB 19 Sep 1972; POB Semnan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

BASEVIC, Dragan; DOB 02 Mar 1976; POB Belgrade, Serbia (individual) [BALKANS].

BASHA, Ahmad Nadir Ibrahim, Syria; DOB 15 Apr 1986; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

BASHA, Imad Isma'il, Syria; DOB 12 May 1959; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

BASHANKAYEV, Badma Nikolayevich (Cyrillic: БАШАНКАЕВ, Бадма Николаевич), Russia; DOB 16 Jun 1978; nationality Russia; Gender Male; Member of the State Duma of the Federal

Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BASHAR, Alhaj Qari Ayub (a.k.a. AYUB, Qari Muhammad; a.k.a. BASHIR, Ayob; a.k.a. BASHIR, Qari Ayyub), Mir Ali, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1966; alt. DOB 1964; alt. DOB 1969; alt. DOB 1971; nationality Uzbekistan; alt. nationality Afghanistan (individual) [SDGT].

BASHCREDITBANK (f.k.a. BANK URALSIB OAO; f.k.a. BANK URALSIB OJSC; a.k.a. BANK URALSIB PAO; a.k.a. PUBLIC JOINT STOCK COMPANY BANK URALSIB; f.k.a. URALO-SIBIRSKIY BANK OAO; f.k.a. URAL-SIBERIAN BANK), 8 Efremova Street, Moscow 119048, Russia; SWIFT/BIC AVTBRUMM; Website https://www.uralsib.ru; Organization Established Date 27 Jan 1993; Target Type Financial Institution; Tax ID No. 0274062111 (Russia); Legal Entity Number 253400HYBTF10T9XBR98; Registration Number 1020280000190 (Russia) [RUSSIA-EO14024].

BASHIR, 'Abd Al-Rahim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

BASHIR, Abdul Rachim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

BASHIR, Abdul Rahim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a.

BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

BASHIR, Abdul Rochim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

BASHIR, Abdul Rosyid Ridho (a.k.a. BA'ASYIR, Abdul Rosyid Ridho; a.k.a. BA'ASYIR, Rashid Rida; a.k.a. BA'ASYIR, Rasyid Ridho; a.k.a. BA'ASYIR, Rosyid Ridho; a.k.a. BASHIR, Rashid Rida; a.k.a. BASHIR, Rasyid Ridho; a.k.a. BASHIR, Rosyid Ridho), Pondok Pesantren Al Wayain Ngrandu, Sumber Agung, Magetan, East Java, Indonesia; DOB 31 Jan 1974; POB Sukoharjo, Indonesia; nationality Indonesia; National ID No. 1127083101740003 (Indonesia) (individual) [SDGT].

BASHIR, Abdurochim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

BASHIR, Abdurrahim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahman; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

BASHIR, Abdurrahman (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrochim); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

BASHIR, Abdurrochim (a.k.a. BA'ASYIR, 'Abd Al-Rahim; a.k.a. BA'ASYIR, Abdul Rachim; a.k.a. BA'ASYIR, Abdul Rahim; a.k.a. BA'ASYIR, Abdul Rochim; a.k.a. BA'ASYIR, Abdurochim; a.k.a. BA'ASYIR, Abdurrahim; a.k.a. BA'ASYIR, Abdurrahman; a.k.a. BA'ASYIR, Abdurrochim; a.k.a. BASHIR, 'Abd Al-Rahim; a.k.a. BASHIR, Abdul Rachim; a.k.a. BASHIR, Abdul Rahim; a.k.a. BASHIR, Abdul Rochim; a.k.a. BASHIR, Abdurochim; a.k.a. BASHIR, Abdurrahim; a.k.a. BASHIR, Abdurrahman); DOB 16 Nov 1977; alt. DOB 16 Nov 1974; POB Solo, Indonesia; alt. POB Sukoharjo, Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

BASHIR, Abu Bakar (a.k.a. BAASYIR, Abu Bakar; a.k.a. BA'ASYIR, Abu Bakar; a.k.a. "ABDUS SAMAD"; a.k.a. "ABDUS SOMAD"); DOB 17 Aug 1938; POB Jombang, East Java, Indonesia; nationality Indonesia (individual) [SDGT].

BASHIR, Ali Lalobo (a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLA, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "Caesar"; a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

BASHIR, Ayob (a.k.a. AYUB, Qari Muhammad; a.k.a. BASHAR, Alhaj Qari Ayub; a.k.a. BASHIR, Qari Ayyub), Mir Ali, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1966; alt. DOB 1964; alt. DOB 1969; alt. DOB 1971; nationality Uzbekistan; alt. nationality Afghanistan (individual) [SDGT].

BASHIR, Bashir Saleh (a.k.a. SALEH, Bachir; a.k.a. SALEH, Bashir); DOB 1946; POB Traghen, Libya; Head of Cabinet of Leader Muammar Gaddafi; Chief of Staff; Chairman of Libya Africa Investment Portfolio (individual) [LIBYA2].

BASHIR, Qari Ayyub (a.k.a. AYUB, Qari Muhammad; a.k.a. BASHAR, Alhaj Qari Ayub; a.k.a. BASHIR, Ayob), Mir Ali, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1966; alt. DOB 1964; alt. DOB 1969; alt. DOB 1971; nationality Uzbekistan; alt. nationality Afghanistan (individual) [SDGT].

BASHIR, Rashid Rida (a.k.a. BA'ASYIR, Abdul Rosyid Ridho; a.k.a. BA'ASYIR, Rashid Rida; a.k.a. BA'ASYIR, Rasyid Ridho; a.k.a. BA'ASYIR, Rosyid Ridho; a.k.a. BASHIR, Abdul Rosyid Ridho; a.k.a. BASHIR, Rasyid Ridho; a.k.a. BASHIR, Rosyid Ridho), Pondok Pesantren Al Wayain Ngrandu, Sumber Agung, Magetan, East Java, Indonesia; DOB 31 Jan 1974; POB Sukoharjo, Indonesia; nationality Indonesia; National ID No. 1127083101740003 (Indonesia) (individual) [SDGT].

BASHIR, Rasyid Ridho (a.k.a. BA'ASYIR, Abdul Rosyid Ridho; a.k.a. BA'ASYIR, Rashid Rida; a.k.a. BA'ASYIR, Rasyid Ridho; a.k.a. BA'ASYIR, Rosyid Ridho; a.k.a. BASHIR, Rashid Rida; a.k.a. BASHIR, Rosyid Ridho), Pondok Pesantren Al Wayain Ngrandu, Sumber Agung, Magetan, East Java, Indonesia; DOB 31 Jan 1974; POB Sukoharjo, Indonesia; nationality Indonesia; National ID No. 1127083101740003 (Indonesia) (individual) [SDGT].

BASHIR, Rosyid Ridho (a.k.a. BA'ASYIR, Abdul Rosyid Ridho; a.k.a. BA'ASYIR, Rashid Rida; a.k.a. BA'ASYIR, Rasyid Ridho; a.k.a. BA'ASYIR, Rosyid Ridho; a.k.a. BASHIR, Abdul Rosyid Ridho; a.k.a. BASHIR, Rashid Rida; a.k.a. BASHIR, Rasyid Ridho), Pondok

Pesantren Al Wayain Ngrandu, Sumber Agung, Magetan, East Java, Indonesia; DOB 31 Jan 1974; POB Sukoharjo, Indonesia; nationality Indonesia; National ID No. 1127083101740003 (Indonesia) (individual) [SDGT].

BASHKIN, Aleksandr Davidovich (a.k.a. BASHKIN, Alexander Davidovich (Cyrillic: БАШКИН, Александр Давыдович), Russia; DOB 10 Jun 1962; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BASHKIN, Alexander Davidovich (Cyrillic: БАШКИН, Александр Давыдович) (a.k.a. BASHKIN, Aleksandr Davidovich), Russia; DOB 10 Jun 1962; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BASHKIR INDUSTRIAL HOLDING LLC (a.k.a. BASHKIRSKIY PROMYSHLENNYI HOLDING OOO; a.k.a. BPKH OOO; a.k.a. LLC SIBCAPITAL (Cyrillic: ООО СИБКАПИТАЛ); a.k.a. OOO BASHKIR INDUSTRIAL HOLDING COMPANY), d. 42 etazh 2 pom. 12, ul. Sotsialisticheskaya, Blagoveshchensk 453434, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 0258954788 (Russia); Registration Number 1210200047969 (Russia) [RUSSIA-EO14024].

BASHKIROV, Aleksei Vladimirovich (Cyrillic: БАШКИРОВ, Алексей Владимирович) (a.k.a. BASHKIROV, Alexey Vladimirovich), Christou Keli, 10A Residence Blanco, Flat 103, Neapoli, Limassol 3101, Cyprus; 26 Zoologicheskaya, Building 1, Apartment 25, Moscow 123056, Russia; DOB 15 Apr 1977; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Passport 530691501 (Russia); Tax ID No. 770300386581 (Russia) (individual) [RUSSIA-EO14024].

BASHKIROV, Alexey Vladimirovich (a.k.a. BASHKIROV, Aleksei Vladimirovich (Cyrillic: БАШКИРОВ, Алексей Владимирович)), Christou Keli, 10A Residence Blanco, Flat 103, Neapoli, Limassol 3101, Cyprus; 26 Zoologicheskaya, Building 1, Apartment 25, Moscow 123056, Russia; DOB 15 Apr 1977; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Passport

530691501 (Russia); Tax ID No. 770300386581 (Russia) (individual) [RUSSIA-EO14024].

BASHKIRSKIY PROMYSHLENNYI HOLDING OOO (a.k.a. BASHKIR INDUSTRIAL HOLDING LLC; a.k.a. BPKH OOO; a.k.a. LLC SIBCAPITAL (Cyrillic: ООО СИБКАПИТАЛ); a.k.a. OOO BASHKIR INDUSTRIAL HOLDING COMPANY), d. 42 etazh 2 pom. 12, ul. Sotsialisticheskaya, Blagoveshchensk 453434, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 0258954788 (Russia); Registration Number 1210200047969 (Russia) [RUSSIA-EO14024].

BASHLIKOV, Aleksei, Moscow, Russia; DOB 18 Mar 1988; POB Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 4509592875 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

BASHQ, Abu Raghad (a.k.a. AL-'ALLAK, Ashraf Ahmad Fari'; a.k.a. AL-ALLAL, Ashraf Ahmad Fari; a.k.a. AL-URDUNI, Abu Raghad; a.k.a. FARI', Ashraf Ahmad; a.k.a. "BASHIQ"), Dar'a, Syria; DOB 15 Dec 1978; POB Amman, Jordan; nationality Jordan (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

BASHVZRYVTECHNOLOGII JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO BASHVZRYVTEKHNOLOGII; a.k.a. "BVT AO"; a.k.a. "JSC BVT"), Ul. Rabochaya D. 42, Samara 443041, Russia; Ul. Rostovskaya D. 18, Ufa, Republic of Bashkortostan 450071, Russia; Organization Established Date 10 Nov 2000; Tax ID No. 0276061770 (Russia); Government Gazette Number 52989204 (Russia); Registration Number 1030204205382 (Russia) [RUSSIA-EO14024].

BASIC ELEMENT LIMITED (a.k.a. BAZOVY ELEMENT), Esplanade 44, Saint Helier JE4 9WG, Jersey; 30 Rochdelskaya Street, Moscow 123022, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 84039 [UKRAINE-EO13661] [UKRAINE-EO13662] (Linked To: DERIPASKA, Oleg Vladimirovich).

BASIJ (a.k.a. BASEEJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS

CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BASIJ COOPERATIVE FOUNDATION (a.k.a. BONYAD TAAVON BASIJ), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: BASIJ RESISTANCE FORCE).

BASIJ RESISTANCE CENTER OF THE AEOI (a.k.a. AEOI BASIJ RESISTANCE CENTER), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

BASIJ RESISTANCE FORCE (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to

Secondary Sanctions [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BASIJ RESISTANCE FORCES (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ-E MELLI; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BASIJ-E MELLI (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [IRGC]

[IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BASILEVS LOJISTIK MEDIKAL TARIM TICARET VE SANAYI LIMITED SIRKETI, Nordic Life Sitesi C Blok, No: 26C/35, Tosmur Mahallesi, Antalya 07400, Turkey; Organization Established Date 22 Jun 2020; Tax ID No. 1431371354 (Turkey) [RUSSIA-EO14024].

BASIR, Abdal (a.k.a. 'ABD AL-BASIR, Haji; a.k.a. BASEER, Abdul; a.k.a. BASIR, Haji Abdul; a.k.a. NOORZAI, Haji Basir), Chaman, Pakistan; DOB 1965; alt. DOB 1963; alt. DOB 1960; POB Balochistan Province, Pakistan; nationality Afghanistan; Passport AA3829182 (Pakistan); National ID No. 5420124679187 (Pakistan) (individual) [SDGT].

BASIR, Abdul Qadir (a.k.a. ABDUL BASEER, Abdul Qadeer Basir; a.k.a. AHMAT, Abdul Qadir; a.k.a. HAQQANI, Abdul Qadir; a.k.a. QADIR, Abdul; a.k.a. "Nasibullah"), Peshawar, Pakistan; DOB 1964; POB Nangarhar Province, Afghanistan; nationality Afghanistan; Gender Male; Passport D000974 (Afghanistan) (individual) [SDGT] (Linked To: TALIBAN).

BASIR, Foad Salehi (a.k.a. BASAIR, Foad Salehi; a.k.a. SALEHI, Foad); DOB 28 Apr 1986; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport J37945161 (Iran); National ID No. 0077849248 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: VALADZAGHARD, Mohammadreza Khedmati).

BASIR, Haji Abdul (a.k.a. 'ABD AL-BASIR, Haji; a.k.a. BASEER, Abdul; a.k.a. BASIR, Abdal; a.k.a. NOORZAI, Haji Basir), Chaman, Pakistan; DOB 1965; alt. DOB 1963; alt. DOB 1960; POB Balochistan Province, Pakistan; nationality Afghanistan; Passport AA3829182 (Pakistan); National ID No. 5420124679187 (Pakistan) (individual) [SDGT].

BASIS TRADE PROSOFT LLC (a.k.a. BAZIS TREID PROSOFT; a.k.a. "BTPTRADE"), Per. Savvinskii B D. 16, Pom/Et I/1, Moscow 119435, Russia; Tax ID No. 7704345974 (Russia); Registration Number 1167746176883 (Russia) [RUSSIA-EO14024].

BASKAU, Dzmitry Yurievich (Cyrillic: БАСКАЎ, Дзмітрый Юр'евіч) (a.k.a. BASKAU, Dzmitry; a.k.a. BASKOV, Dmitriy; a.k.a. BASKOV, Dmitriy Yurievich (Cyrillic: БАСКОВ, Дмитрий Юрьевич); a.k.a. BASKOV, Dmitry), ul. M.

Bogdanovicha, d. 124, kv. 68, Minsk, Belarus; DOB 25 Aug 1978; POB Minsk, Belarus; nationality Belarus; Gender; Passport MP3727671 (Belarus) issued 16 Sep 2015; National ID No. 3250878A013PB7 (Belarus) (individual) [BELARUS-EO14038].

BASKAU, Dzmitry (a.k.a. BASKAU, Dzmitriy Yurievich (Cyrillic: БАСКАЎ, Дзмітрый Юр'евіч); a.k.a. BASKOV, Dmitriy; a.k.a. BASKOV, Dmitriy Yurievich (Cyrillic: БАСКОВ, Дмитрий Юрьевич); a.k.a. BASKOV, Dmitry), ul. M. Bogdanovicha, d. 124, kv. 68, Minsk, Belarus; DOB 25 Aug 1978; POB Minsk, Belarus; nationality Belarus; Gender Male; Passport MP3727671 (Belarus) issued 16 Sep 2015; National ID No. 3250878A013PB7 (Belarus) (individual) [BELARUS-EO14038].

BASKOV, Dmitriy (a.k.a. BASKAU, Dzmitriy Yurievich (Cyrillic: БАСКАЎ, Дзмітрый Юр'евіч); a.k.a. BASKAU, Dzmitry; a.k.a. BASKOV, Dmitriy Yurievich (Cyrillic: БАСКОВ, Дмитрий Юрьевич); a.k.a. BASKOV, Dmitry), ul. M. Bogdanovicha, d. 124, kv. 68, Minsk, Belarus; DOB 25 Aug 1978; POB Minsk, Belarus; nationality Belarus; Gender Male; Passport MP3727671 (Belarus) issued 16 Sep 2015; National ID No. 3250878A013PB7 (Belarus) (individual) [BELARUS-EO14038].

BASKOV, Dmitriy Yurievich (Cyrillic: БАСКОВ, Дмитрий Юрьевич) (a.k.a. BASKAU, Dzmitriy Yurievich (Cyrillic: БАСКАЎ, Дзмітрый Юр'евіч); a.k.a. BASKAU, Dzmitry; a.k.a. BASKOV, Dmitriy; a.k.a. BASKOV, Dmitry), ul. M. Bogdanovicha, d. 124, kv. 68, Minsk, Belarus; DOB 25 Aug 1978; POB Minsk, Belarus; nationality Belarus; Gender Male; Passport MP3727671 (Belarus) issued 16 Sep 2015; National ID No. 3250878A013PB7 (Belarus) (individual) [BELARUS-EO14038].

BASKOV, Dmitry (a.k.a. BASKAU, Dzmitriy Yurievich (Cyrillic: БАСКАЎ, Дзмітрый Юр'евіч); a.k.a. BASKAU, Dzmitry; a.k.a. BASKOV, Dmitriy; a.k.a. BASKOV, Dmitriy Yurievich (Cyrillic: БАСКОВ, Дмитрий Юрьевич)), ul. M. Bogdanovicha, d. 124, kv. 68, Minsk, Belarus; DOB 25 Aug 1978; POB Minsk, Belarus; nationality Belarus; Gender Male; Passport MP3727671 (Belarus) issued 16 Sep 2015; National ID No. 3250878A013PB7 (Belarus) (individual) [BELARUS-EO14038].

BASLAM NAKLIYAT VE DIS TICARET LIMITED SIRKETI (a.k.a. BASLAM NAKLIYAT VE DIS TICARET LTD STI; a.k.a. BASLAM TRANSPORT AND FOREIGN TRADE), Deniz Bank Ust Sitesi, 29 Yol Sokak, Resitpasa,

Istinye, Sariyer, Istanbul 34467, Turkey; Istinye MH, Bostan Sk. N. 12 Sariyer, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 1480059591 (Turkey); Registration Number 389767-0 (Turkey); Central Registration System Number 0148-0059-5910-0013 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

BASLAM NAKLIYAT VE DIS TICARET LTD STI (a.k.a. BASLAM NAKLIYAT VE DIS TICARET LIMITED SIRKETI; a.k.a. BASLAM TRANSPORT AND FOREIGN TRADE), Deniz Bank Ust Sitesi, 29 Yol Sokak, Resitpasa, Istinye, Sariyer, Istanbul 34467, Turkey; Istinye MH, Bostan Sk. N. 12 Sariyer, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 1480059591 (Turkey); Registration Number 389767-0 (Turkey); Central Registration System Number 0148-0059-5910-0013 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

BASLAM PETROL SANAYI VE TICARET ANONIM SIRKETI, Sariyer Istinye Mahallesi Bostan Sokak No: 12, Istanbul 34460, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Istanbul Chamber of Comm. No. 985486 (Turkey); Registration Number 988020-0 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

BASLAM TRANSPORT AND FOREIGN TRADE (a.k.a. BASLAM NAKLIYAT VE DIS TICARET LIMITED SIRKETI; a.k.a. BASLAM NAKLIYAT VE DIS TICARET LTD STI), Deniz Bank Ust Sitesi, 29 Yol Sokak, Resitpasa, Istinye, Sariyer, Istanbul 34467, Turkey; Istinye MH, Bostan Sk. N. 12 Sariyer, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 1480059591 (Turkey); Registration Number 389767-0 (Turkey); Central Registration System Number 0148-0059-5910-0013 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

BASOV, Aleksandr Vasilevich (a.k.a. BASOV, Alexander; a.k.a. BASOV, Oleksandr), Ukraine; DOB 16 Oct 1971; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [SSIDES] (Linked To: MINISTRY OF STATE SECURITY).

BASOV, Alexander (a.k.a. BASOV, Aleksandr Vasilevich; a.k.a. BASOV, Oleksandr), Ukraine; DOB 16 Oct 1971; Gender Male; Secondary

sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [SSIDES] (Linked To: MINISTRY OF STATE SECURITY).

BASOV, Oleksandr (a.k.a. BASOV, Aleksandr Vasilevich; a.k.a. BASOV, Alexander), Ukraine; DOB 16 Oct 1971; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [SSIDES] (Linked To: MINISTRY OF STATE SECURITY).

BASOVA, Lidia Aleksandrovna (Cyrillic: БАСОВА, Лидия Александровна) (a.k.a. BASOVA, Lidiya Oleksandrivna (Cyrillic: БАСОВА, Лідія Олександрівна)), Sevastopol, Ukraine; DOB 1972; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BASOVA, Lidiya Oleksandrivna (Cyrillic: БАСОВА, Лідія Олександрівна) (a.k.a. BASOVA, Lidia Aleksandrovna (Cyrillic: БАСОВА, Лидия Александровна)), Sevastopol, Ukraine; DOB 1972; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BASQUE FATHERLAND AND LIBERTY (a.k.a. ASKATASUNA; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. EPANASTATIKI PIRINES; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. XAKI; a.k.a. "ETA"; a.k.a. "K.A.S.") [SDGT].

BASRAI, Murtuza Munir (a.k.a. BASRAI, Murtuza Mustafamunir), 125 Meyer Road, 27-04, The Makena, 437936, Singapore; DOB 29 Jul 1971; POB Surat, India; nationality India; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); National ID No. S7160185D (Singapore); Director of Strait Shipbrokers PTE. LTD.; Managing Director of Strait Shipbrokers PTE. LTD. (individual) [IRAN-EO13846] (Linked To: STRAIT SHIPBROKERS PTE. LTD.).

BASRAI, Murtuza Mustafamunir (a.k.a. BASRAI, Murtuza Munir), 125 Meyer Road, 27-04, The Makena, 437936, Singapore; DOB 29 Jul 1971; POB Surat, India; nationality India; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); National ID No. S7160185D (Singapore); Director of Strait Shipbrokers PTE. LTD.; Managing Director of Strait Shipbrokers PTE. LTD. (individual) [IRAN-EO13846] (Linked To: STRAIT SHIPBROKERS PTE. LTD.).

BASSIL, Gebran (a.k.a. BASSIL, Gebran Gerji (Arabic: جبران جرجي باسيل); a.k.a. BASSIL, Gebran Jerji; a.k.a. BASSIL, Gibran; a.k.a. BASSIL, Jibran), Embassies Street, Baabda, Mount Lebanon Governorate, Lebanon; Bank Street, Beirut, Beirut Governorate, Lebanon; Mar Mikhael Street, Beirut, Beirut Governorate, Lebanon; DOB 21 Jun 1970; POB Batroun, Northern Governorate, Lebanon; nationality Lebanon; Gender Male; Passport LD0000004 (Lebanon) expires 23 Aug 2022 (individual) [GLOMAG].

BASSIL, Gebran Gerji (Arabic: جبران جرجي باسيل) (a.k.a. BASSIL, Gebran; a.k.a. BASSIL, Gebran Jerji; a.k.a. BASSIL, Gibran; a.k.a. BASSIL, Jibran), Embassies Street, Baabda, Mount Lebanon Governorate, Lebanon; Bank Street, Beirut, Beirut Governorate, Lebanon; Mar Mikhael Street, Beirut, Beirut Governorate, Lebanon; DOB 21 Jun 1970; POB Batroun, Northern Governorate, Lebanon; nationality Lebanon; Gender Male; Passport LD0000004 (Lebanon) expires 23 Aug 2022 (individual) [GLOMAG].

BASSIL, Gebran Jerji (a.k.a. BASSIL, Gebran; a.k.a. BASSIL, Gebran Gerji (Arabic: جبران جرجي باسيل); a.k.a. BASSIL, Gibran; a.k.a. BASSIL, Jibran), Embassies Street, Baabda, Mount Lebanon Governorate, Lebanon; Bank Street, Beirut, Beirut Governorate, Lebanon; Mar Mikhael Street, Beirut, Beirut Governorate, Lebanon; DOB 21 Jun 1970; POB Batroun, Northern Governorate, Lebanon; nationality Lebanon; Gender Male; Passport LD0000004 (Lebanon) expires 23 Aug 2022 (individual) [GLOMAG].

BASSIL, Gibran (a.k.a. BASSIL, Gebran; a.k.a. BASSIL, Gebran Gerji (Arabic: جبران جرجي

باسيل); a.k.a. BASSIL, Gebran Jerji; a.k.a. BASSIL, Jibran), Embassies Street, Baabda, Mount Lebanon Governorate, Lebanon; Bank Street, Beirut, Beirut Governorate, Lebanon; Mar Mikhael Street, Beirut, Beirut Governorate, Lebanon; DOB 21 Jun 1970; POB Batroun, Northern Governorate, Lebanon; nationality Lebanon; Gender Male; Passport LD0000004 (Lebanon) expires 23 Aug 2022 (individual) [GLOMAG].

BASSIL, Jibran (a.k.a. BASSIL, Gebran; a.k.a. BASSIL, Gebran Gerji (Arabic: جبران جرجي باسيل); a.k.a. BASSIL, Gebran Jerji; a.k.a. BASSIL, Gibran), Embassies Street, Baabda, Mount Lebanon Governorate, Lebanon; Bank Street, Beirut, Beirut Governorate, Lebanon; Mar Mikhael Street, Beirut, Beirut Governorate, Lebanon; DOB 21 Jun 1970; POB Batroun, Northern Governorate, Lebanon; nationality Lebanon; Gender Male; Passport LD0000004 (Lebanon) expires 23 Aug 2022 (individual) [GLOMAG].

BASTARDO MENDOZA, Rafael Enrique (a.k.a. BASTARDO, Rafael), Caracas, Capital District, Venezuela; DOB 22 Sep 1978; citizen Venezuela; Gender Male; Cedula No. 14335819 (Venezuela) (individual) [VENEZUELA].

BASTARDO, Rafael (a.k.a. BASTARDO MENDOZA, Rafael Enrique), Caracas, Capital District, Venezuela; DOB 22 Sep 1978; citizen Venezuela; Gender Male; Cedula No. 14335819 (Venezuela) (individual) [VENEZUELA].

BASTIDAS ERENAS, Juan Pablo (a.k.a. "PAYO"), Mexico; DOB 11 Mar 1980; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. BAEJ800311HSLSRN16 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

BASTRYKIN, Alexander Ivanovich, Russia; DOB 27 Aug 1953; Gender Male (individual) [MAGNIT].

BASURIN, Eduard (a.k.a. BASURIN, Eduard Aleksandrovich); DOB 27 Jun 1966; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BASURIN, Eduard Aleksandrovich (a.k.a. BASURIN, Eduard); DOB 27 Jun 1966; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BATALOVA, Rima Akberdinovna (Cyrillic: БАТАЛОВА, Рима Акбердиновна), Russia; DOB 01 Jan 1964; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BATARFI, Khaled (a.k.a. BATARFI, Khaled Saeed; a.k.a. BATARFI, Khalid; a.k.a. BATARFI, Khalid Saeed; a.k.a. "AL-KINDI, Abu al-Miqdad"; a.k.a. "BATARFI, Khalid bin Umar"; a.k.a. "MIQDAD, Abu"), Yemen; DOB 1979; alt. DOB 1978; alt. DOB 1980; POB Riyadh, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

BATARFI, Khaled Saeed (a.k.a. BATARFI, Khaled; a.k.a. BATARFI, Khalid; a.k.a. BATARFI, Khalid Saeed; a.k.a. "AL-KINDI, Abu al-Miqdad"; a.k.a. "BATARFI, Khalid bin Umar"; a.k.a. "MIQDAD, Abu"), Yemen; DOB 1979; alt. DOB 1978; alt. DOB 1980; POB Riyadh, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

BATARFI, Khalid (a.k.a. BATARFI, Khaled; a.k.a. BATARFI, Khaled Saeed; a.k.a. BATARFI, Khalid Saeed; a.k.a. "AL-KINDI, Abu al-Miqdad"; a.k.a. "BATARFI, Khalid bin Umar"; a.k.a. "MIQDAD, Abu"), Yemen; DOB 1979; alt. DOB 1978; alt. DOB 1980; POB Riyadh, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

BATARFI, Khalid Saeed (a.k.a. BATARFI, Khaled; a.k.a. BATARFI, Khaled Saeed; a.k.a. BATARFI, Khalid; a.k.a. "AL-KINDI, Abu al-Miqdad"; a.k.a. "BATARFI, Khalid bin Umar"; a.k.a. "MIQDAD, Abu"), Yemen; DOB 1979; alt. DOB 1978; alt. DOB 1980; POB Riyadh, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

BATARJEE, Adel Abdul Jalil Ibrahim (a.k.a. AL-BATTARJEE, 'Adil; a.k.a. BATARJI, 'Adil 'Abd al Jalil; a.k.a. BATTERJEE, Adel; a.k.a. BATTERJEE, Adel Abdul Jaleel I.), 2 Helmi Kutbi Street, Jeddah, Saudi Arabia; DOB 01 Jul 1946; alt. DOB 01 Jun 1946; POB Jeddah, Saudi Arabia; citizen Saudi Arabia; Passport F 572010 issued 22 Dec 2004 expires 28 Oct 2009; Email:adelb@shabakah.net.sa (individual) [SDGT].

BATARJI, 'Adil 'Abd al Jalil (a.k.a. AL-BATTARJEE, 'Adil; a.k.a. BATARJEE, Adel Abdul Jalil Ibrahim; a.k.a. BATTERJEE, Adel; a.k.a. BATTERJEE, Adel Abdul Jaleel I.), 2 Helmi Kutbi Street, Jeddah, Saudi Arabia; DOB 01 Jul 1946; alt. DOB 01 Jun 1946; POB Jeddah, Saudi Arabia; citizen Saudi Arabia; Passport F 572010 issued 22 Dec 2004 expires

28 Oct 2009; Email:adelb@shabakah.net.sa (individual) [SDGT].

BATASUNA (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. EKIN; a.k.a. EPANASTATIKI PIRINES; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. XAKI; a.k.a. "ETA"; a.k.a. "K.A.S.") [SDGT].

BATEKHIN, Sergey Leonidovich (Cyrillic: БАТЕХИН, Сергей Леонидович), 9 Bolshaya Yakimanka Street, Moscow 119180, Russia; DOB 22 Sep 1965; POB Lebazhye, Leningrad Region, Russian Federation; nationality Russia; Gender Male; Tax ID No. 770400281769 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KHOLDINGOVAYA KOMPANIYA INTERROS OOO).

BATENI, Naser; DOB 16 Dec 1962; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN].

BATI ENERJI URETIM SANAYI VE TICARET ANONIM SIRKETI (a.k.a. GENT ELEKTRIK ENERJISI TOPTAN SATI AS; a.k.a. GENT ELEKTRIK ENERJISI TOPTAN SATIS ANONIM SIRKETI), No: 12, Istinye Mahallesi Bostan Sokak, Sariyer, Istanbul 34460, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Istanbul Chamber of Comm. No. 593351 (Turkey); Registration Number 593351-0 (Turkey); Central Registration System Number 0150-0522-0980-0013 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

BATIRASHVILI, Tarkhan (a.k.a. AL-SHISHANI, Abu Umar; a.k.a. AL-SHISHANI, Omar; a.k.a. BATIRASHVILI, Tarkhan Tayumurazovich; a.k.a. BATYRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Omar; a.k.a. SHISHANI, Umar; a.k.a. "Abu Hudhayfah"; a.k.a. "Abu Umar"; a.k.a. "Chechen Omar"; a.k.a. "Omar the Chechen"; a.k.a. "Omer the Chechen"; a.k.a. "Umar the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani, Georgia; citizen Georgia; Passport 09AL14455 (Georgia) expires 26 Jun 2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

BATIRASHVILI, Tarkhan Tayumurazovich (a.k.a. AL-SHISHANI, Abu Umar; a.k.a. AL-SHISHANI, Omar; a.k.a. BATIRASHVILI, Tarkhan; a.k.a. BATYRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Omar; a.k.a. SHISHANI, Umar; a.k.a. "Abu Hudhayfah"; a.k.a. "Abu

Umar"; a.k.a. "Chechen Omar"; a.k.a. "Omar the Chechen"; a.k.a. "Omer the Chechen"; a.k.a. "Umar the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani, Georgia; citizen Georgia; Passport 09AL14455 (Georgia) expires 26 Jun 2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

BATTALION OF THE SAYYID'S MARTYRS (a.k.a. KATA'IB ABU FADL AL-ABBAS; a.k.a. KATA'IB KARBALA; a.k.a. KATA'IB SAYYID AL-SHUHADA; a.k.a. THE MASTER OF THE MARTYRS BRIGADE; a.k.a. "KSS"), Iraq; Syria; Lebanon; Website www.saidshuhada.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

BATTERJEE, Adel (a.k.a. AL-BATTARJEE, 'Adil; a.k.a. BATARJEE, Adel Abdul Jalil Ibrahim; a.k.a. BATARJI, 'Adil 'Abd al Jalil; a.k.a. BATTERJEE, Adel Abdul Jaleel I.), 2 Helmi Kutbi Street, Jeddah, Saudi Arabia; DOB 01 Jul 1946; alt. DOB 01 Jun 1946; POB Jeddah, Saudi Arabia; citizen Saudi Arabia; Passport F 572010 issued 22 Dec 2004 expires 28 Oct 2009; Email:adelb@shabakah.net.sa (individual) [SDGT].

BATTERJEE, Adel Abdul Jaleel I. (a.k.a. AL-BATTARJEE, 'Adil; a.k.a. BATARJEE, Adel Abdul Jalil Ibrahim; a.k.a. BATARJI, 'Adil 'Abd al Jalil; a.k.a. BATTERJEE, Adel), 2 Helmi Kutbi Street, Jeddah, Saudi Arabia; DOB 01 Jul 1946; alt. DOB 01 Jun 1946; POB Jeddah, Saudi Arabia; citizen Saudi Arabia; Passport F 572010 issued 22 Dec 2004 expires 28 Oct 2009; Email:adelb@shabakah.net.sa (individual) [SDGT].

BATTERY COMPANY RIGEL JSC (a.k.a. JOINT STOCK COMPANY BATTERY COMPANY RIGEL (Cyrillic: АО АККУМУЛЯТОРНАЯ КОМПАНИЯ РИГЕЛЬ); a.k.a. JSC AKKUMULYATORNAYA COMPANY RIGEL; a.k.a. JSC AKKUMULYATORNAYA KOMPANIYA RIGEL), Professora Popova st., 38, Saint Petersburg 197376, Russia; Tax ID No. 7813054118 (Russia); Registration Number 1027806869991 (Russia) [RUSSIA-EO14024].

BATTERY SERVICE LIMITED LIABILITY COMPANY (a.k.a. BETTERI SERVIS; a.k.a. "BS OOO"), Pr-Kt Leningradskii D. 80/39, Moscow 125190, Russia; UL. Flotskaya D. 7, Floor 3, Pom.11, Moscow 125581, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7743738295 (Russia); Registration Number 1097746161810 (Russia) [RUSSIA-EO14024].

BATYRASHVILI, Tarkhan Tayumurazovich (a.k.a. AL-SHISHANI, Abu Umar; a.k.a. AL-SHISHANI, Omar; a.k.a. BATIRASHVILI, Tarkhan; a.k.a. BATIRASHVILI, Tarkhan Tayumurazovich; a.k.a. SHISHANI, Omar; a.k.a. SHISHANI, Umar; a.k.a. "Abu Hudhayfah"; a.k.a. "Abu Umar"; a.k.a. "Chechen Omar"; a.k.a. "Omar the Chechen"; a.k.a. "Omer the Chechen"; a.k.a. "Umar the Chechen"); DOB 11 Jan 1986; alt. DOB 1982; POB Akhmeta, Village Birkiani, Georgia; citizen Georgia; Passport 09AL14455 (Georgia) expires 26 Jun 2019; National ID No. 08001007864 (Georgia) (individual) [SDGT].

BAUM PVT LTD (a.k.a. "CAFE SHAZE"; a.k.a. "JAM ROLLED ICE CREAM"), Feyrugasdhoshuge, 1st Floor, Ameeru Ahmed Magu, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 Mar 2017; Organization Type: Non-specialized wholesale trade; Business Number BN-0734/2017 (Maldives); alt. Business Number BN-2097/2017 (Maldives); Registration Number C-0359/2017 (Maldives); Permit Number TS-0112/T10/2017 (Maldives); alt. Permit Number TS0040T102018 (Maldives); alt. Permit Number IG0593T102018 (Maldives) [SDGT] (Linked To: RAUF, Mohamed Inthif).

BAUMAN MOSCOW STATE TECHNICAL UNIVERSITY (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION MOSCOW STATE TECHNICAL UNIVERSITY NAMED AFTER NE BAUMAN NATIONAL RESEARCH UNIVERSITY (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ БЮДЖЕТНОЕ ОБРАЗОВАТЕЛЬНОЕ УЧРЕЖДЕНИЕ ВЫСШЕГО ОБРАЗОВАНИЯ МОСКОВСКИЙ ГОСУДАРСТВЕННЫЙ ТЕХНИЧЕСКИЙ УНИВЕРСИТЕТ ИМЕНИ НЭ БАУМАНА НАЦИОНАЛЬНЫЙ ИССЛЕДОВАТЕЛЬСКИЙ УНИВЕРСИТЕТ); a.k.a. MOSCOW STATE TECHNICAL UNIVERSITY NAMED AFTER NE BAUMAN (Cyrillic: МОСКОВСКИЙ ГОСУДАРСТВЕННЫЙ ТЕХНИЧЕСКИЙ УНИВЕРСИТЕТ ИМЕНИ НЭ БАУМАНА)), d. 5 str. 1, ul. 2-Ya Baumanskaya, Moscow 105005, Russia; Tax ID No. 7701002520 (Russia); Registration Number 1027739051779 (Russia) [RUSSIA-EO14024].

BAVI GENERAL TRADING CO L.L.C (Arabic: شركة باوي للتجارة العامة ش.ذ.م.م), PO Box 42350, Plot No. 115-142, Dubai, United Arab Emirates; Organization Established Date 11 Sep 2002; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Dubai Chamber of Commerce Membership No. 71680 (United Arab Emirates); Commercial Registry Number 60409 (United Arab Emirates); Business Registration Number 537517 (United Arab Emirates); Economic Register Number (CBLS) 10810578 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

BAWADUQJI, Nur-al-Din, Syria; DOB 07 Jan 1983; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

BAYALTUN, Ahmet, Atlikonak Mahallesi, Atlikonak Sokak, No:13, Eyyubiye, Shanliurfa, Turkey; DOB 21 Nov 1989; POB Akcakale, Turkey; nationality Turkey; citizen Turkey; Gender Male; Identification Number 43942946562 (Turkey) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

BAYALTUN, Ismail, Atlikonak Koyu Koyichi Shanliurfa, Merkez, Shanliurfa, Turkey; DOB 21 Nov 1980; POB Akcakale, Turkey; nationality Turkey; citizen Turkey; Gender Male; Identification Number 43951946270 (Turkey) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

BAYAN GOSTAR MEDIA INSTITUTE (a.k.a. BAYAN RASANE GOSTAR INSTITUTE; a.k.a. BAYAN RASANEH GOSTAR INSTITUTE), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [ELECTION-EO13848] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

BAYAN RASANE GOSTAR INSTITUTE (a.k.a. BAYAN GOSTAR MEDIA INSTITUTE; a.k.a. BAYAN RASANEH GOSTAR INSTITUTE), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [ELECTION-EO13848] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

BAYAN RASANEH GOSTAR INSTITUTE (a.k.a. BAYAN GOSTAR MEDIA INSTITUTE; a.k.a. BAYAN RASANE GOSTAR INSTITUTE), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [ELECTION-EO13848]

(Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

BAYANDARIAN, Ali (a.k.a. BAYANDORIAN, Ali); DOB 21 Sep 1974; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); National ID No. 0070631166 (Iran) (individual) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

BAYANDORIAN, Ali (a.k.a. BAYANDARIAN, Ali); DOB 21 Sep 1974; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); National ID No. 0070631166 (Iran) (individual) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

BAYIK, Cemil; DOB 26 Feb 1955; alt. DOB 1951; alt. DOB 1954; POB Keban, Elazig, Turkey; alt. POB Hazar, Elazig, Turkey; citizen Turkey; Turkish Identification Number 23860719950 (Turkey) (individual) [SDNTK].

BAYNAH, Yasin (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BAYNAH, Yasin Ali (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966;

nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BAYNAH, Yassin (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BAYNAX, Yasiin Cali (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BAYT AL-MAL (a.k.a. BAYT AL-MAL LIL MUSLIMEEN), Harat Hurayk, Beirut, Lebanon; Burj al-Barajinah, Lebanon; Sidon, Lebanon; Tyre, Lebanon; Al-Nabatiyah, Lebanon; Ba'albak, Lebanon; Hirmil, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

BAYT AL-MAL LIL MUSLIMEEN (a.k.a. BAYT AL-MAL), Harat Hurayk, Beirut, Lebanon; Burj al-Barajinah, Lebanon; Sidon, Lebanon; Tyre, Lebanon; Al-Nabatiyah, Lebanon; Ba'albak, Lebanon; Hirmil, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

BAYUMI, Yasri Muhammad Ibrahim (a.k.a. AL-MASRI, Hamam; a.k.a. AL-SA'IDI, Abu Hammam; a.k.a. AL-SA'IDI, Abu Humam; a.k.a. AL-SA'IDI, Hamam; a.k.a. BAYUMI, Yisra Muhammad Ibrahim), Iran; DOB 20 May 1968; POB Aswan Governorate, Egypt; nationality Egypt; Shaykh (individual) [SDGT] (Linked To: AL QA'IDA).

BAYUMI, Yisra Muhammad Ibrahim (a.k.a. AL-MASRI, Hamam; a.k.a. AL-SA'IDI, Abu Hammam; a.k.a. AL-SA'IDI, Abu Humam; a.k.a. AL-SA'IDI, Hamam; a.k.a. BAYUMI, Yasri Muhammad Ibrahim), Iran; DOB 20 May 1968;

POB Aswan Governorate, Egypt; nationality Egypt; Shaykh (individual) [SDGT] (Linked To: AL QA'IDA).

BAZAN OROZCO, Alberto (a.k.a. VASQUES HERNANDEZ, Alfredo; a.k.a. VASQUEZ HERNANDEZ, Alfredo; a.k.a. VAZQUEZ HERNANDEZ, Alfredo; a.k.a. "ALFREDO COMPADRE"; a.k.a. "DON ALFREDO"), Manuel Clouthier #486, Colonia Prados Vallarta, Guadalajara, Jalisco, Mexico; Plaza Del Sol Local #28, Zona R, Guadalajara, Jalisco, Mexico; Paseo Del Heliotropo 3426, Monraz, Guadalajara, Jalisco, Mexico; DOB 09 Aug 1955; POB Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 02140193905 (Mexico); alt. Passport 97140107075 (Mexico); C.U.R.P. VAHA550809HJCZRL02 (Mexico) (individual) [SDNTK].

BAZARGANI HAMRAHAN PISHRO TEJARAT (a.k.a. HAMRAHAN PISHRO TEJARAT; a.k.a. HAMRAHAN PISHRO TEJARAT COMMERCIAL TRADING COMPANY; a.k.a. HAMRAHAN PISHRO TEJARAT TRADING COMPANY), No. 750, 10th Floor, Bahar Tower, Bahar Street, Tehran 1561636847, Iran; Website http://pishro-tejarat.com/about/fa; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] (Linked To: ASHTARI, Mahmud).

BAZARGANI PISHGAMAN GOSTARESH OFOQ TEJARAT IRANIAN COMPANY (a.k.a. IRANIAN TEJARAT OFOG PISHGAMAN BAZARGANI COMPANY; a.k.a. IRANIAN TRADE HORIZON PIONEERS COMMERCIAL COMPANY; a.k.a. PISHGAMAN HORIZON DEVELOPMENT GOSTARESH OFOQ IRANIAN BUSINESS TRADING COMPANY; a.k.a. PISHGAMAN HORIZON DEVELOPMENT IRANIAN BUSINESS TRADING COMPANY (Arabic: شرکت بازرگانی پیشگامان گسترش افق تجارت ایرانیان); a.k.a. "PISHGAMAN COMPANY"), Resalat Expressway, Not Reaching Africa Central Building of the Foundation for the Oppressed of the Islamic Revolution, Ninth Floor, Tehran 1519613511, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320843860 (Iran); Registration Number 433545 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BAZGHANDI, Rouhollah (a.k.a. BAZGHANDI, Ruhollah), Iran; DOB 07 Mar 1981; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male;

Passport D10008106 (Iran) expires 24 May 2026; IRGC Intelligence Organization Counterintelligence Official (individual) [IRGC] [IFSR] [HOSTAGES-EO14078] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS INTELLIGENCE ORGANIZATION).

BAZGHANDI, Rouhollah (Arabic: روح اله بازغندی) (a.k.a. AZIMI, Ruhollah), Basement Floor 1, No. 51, 51 Sadoughi Alley, Shahid Sadoughi Boulevard, Qom, Zanbilabad District 3716945864, Iran; DOB 20 Sep 1981; POB Sabzevar, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0793640271 (Iran); Birth Certificate Number 4697 (Iran) (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BAZGHANDI, Ruhollah (a.k.a. BAZGHANDI, Rouhollah), Iran; DOB 07 Mar 1981; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10008106 (Iran) expires 24 May 2026; IRGC Intelligence Organization Counterintelligence Official (individual) [IRGC] [IFSR] [HOSTAGES-EO14078] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS INTELLIGENCE ORGANIZATION).

BAZHENOV, Timofey (Cyrillic: БАЖЕНОВ, Тимофей), Russia; DOB 25 Jan 1976; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BAZI, Qassem Mohammed Ali (a.k.a. BAZZI, Kassem Mohamad Ali; a.k.a. BAZZI, Qasim Mohammed Ali; a.k.a. BAZZI, Qasim Muhammad Ali), Lebanon; DOB 02 Mar 1964; nationality Lebanon; Gender Male (individual) [SDGT] (Linked To: ATLAS HOLDING).

BAZILEVSKY, Andrey Alexandrovich (Cyrillic: БАЗИЛЕВСКИЙ, Андрей Александрович), Russia; DOB 24 Feb 1967; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BAZINGO, Mohammad Hyat (a.k.a. BAZINJO, Imam; a.k.a. BHEEL, Imam; a.k.a. BIZENJO, Mir Yaqub), Jiwani, Pakistan; Turbat, Pakistan; Gwadar, Pakistan; DOB 1956; alt. DOB 1946; nationality Pakistan (individual) [SDNTK].

BAZINJO, Imam (a.k.a. BAZINGO, Mohammad Hyat; a.k.a. BHEEL, Imam; a.k.a. BIZENJO, Mir Yaqub), Jiwani, Pakistan; Turbat, Pakistan;

Gwadar, Pakistan; DOB 1956; alt. DOB 1946; nationality Pakistan (individual) [SDNTK].

BAZIS CENTER LLC, Ul. Makeeva 1-A, Office 116, Kolomna 140411, Russia; Tax ID No. 5022031587 (Russia); Registration Number 1025002741675 (Russia) [RUSSIA-EO14024].

BAZIS TREID PROSOFT (a.k.a. BASIS TRADE PROSOFT LLC; a.k.a. "BTPTRADE"), Per. Savvinskii B D. 16, Pom/Et I/1, Moscow 119435, Russia; Tax ID No. 7704345974 (Russia); Registration Number 1167746176883 (Russia) [RUSSIA-EO14024].

BAZOVY ELEMENT (a.k.a. BASIC ELEMENT LIMITED), Esplanade 44, Saint Helier JE4 9WG, Jersey; 30 Rochdelskaya Street, Moscow 123022, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 84039 [UKRAINE-EO13661] [UKRAINE-EO13662] (Linked To: DERIPASKA, Oleg Vladimirovich).

BAZZAL, Mohamad (a.k.a. AL-BAZZAL, Muhammad Qasim; a.k.a. "MU'IN"); DOB 26 Aug 1984; POB Ba'albakk, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport LR0510789; Identification Number 18349929 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

BAZZI, Kassem Mohamad Ali (a.k.a. BAZI, Qassem Mohammed Ali; a.k.a. BAZZI, Qasim Mohammed Ali; a.k.a. BAZZI, Qasim Muhammad Ali), Lebanon; DOB 02 Mar 1964; nationality Lebanon; Gender Male (individual) [SDGT] (Linked To: ATLAS HOLDING).

BAZZI, Mohamed (a.k.a. BAZZI, Mohammad Ibrahim; a.k.a. BAZZI, Muhammad Ibrahim; a.k.a. BAZZI, Muhammed), Adnan Al-Hakim Street, Yahala Bldg., Jnah, Lebanon; Eglantierlaan 13-15, 2020, Antwerpen, Belgium; Villa Bazzi, Dohat Al-Hoss, Lebanon; DOB 10 Aug 1964; POB Bent Jbeil, Lebanon; nationality Lebanon; alt. nationality Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport EJ341406 (Belgium) expires 31 May 2017; alt. Passport 750249737; alt. Passport 899002098 (United Kingdom); alt. Passport 487/2007 (Lebanon); alt. Passport RL3400400 (Lebanon); alt. Passport 0236370 (Sierra Leone); alt. Passport D0000687 (The Gambia) (individual) [SDGT] (Linked To: HIZBALLAH).

BAZZI, Mohammad Ibrahim (a.k.a. BAZZI, Mohamed; a.k.a. BAZZI, Muhammad Ibrahim; a.k.a. BAZZI, Muhammed), Adnan Al-Hakim Street, Yahala Bldg., Lebanon; Eglantierlaan 13-15, 2020, Antwerpen, Belgium; Villa Bazzi, Dohat Al-Hoss, Lebanon; DOB 10 Aug 1964; POB Lebanon; nationality Lebanon; alt. nationality Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport EJ341406 (Belgium) expires 31 May 2017; alt. Passport 750249737; alt. Passport 899002098 (United Kingdom); alt. Passport 487/2007 (Lebanon); alt. Passport RL3400400 (Lebanon); alt. Passport 0236370 (Sierra Leone); alt. Passport D0000687 (The Gambia) (individual) [SDGT] (Linked To: HIZBALLAH).

BAZZI, Muhammad Ibrahim (a.k.a. BAZZI, Mohamed; a.k.a. BAZZI, Mohammad Ibrahim; a.k.a. BAZZI, Muhammed), Adnan Al-Hakim Street, Yahala Bldg., Jnah, Lebanon; Eglantierlaan 13-15, 2020, Antwerpen, Belgium; Villa Bazzi, Dohat Al-Hoss, Lebanon; DOB 10 Aug 1964; POB Bent Jbeil, Lebanon; nationality Lebanon; alt. nationality Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport EJ341406 (Belgium) expires 31 May 2017; alt. Passport 750249737; alt. Passport 899002098 (United Kingdom); alt. Passport 487/2007 (Lebanon); alt. Passport RL3400400 (Lebanon); alt. Passport 0236370 (Sierra Leone); alt. Passport D0000687 (The Gambia) (individual) [SDGT] (Linked To: HIZBALLAH).

BAZZI, Muhammed (a.k.a. BAZZI, Mohamed; a.k.a. BAZZI, Mohammad Ibrahim; a.k.a. BAZZI, Muhammad Ibrahim), Adnan Al-Hakim Street, Yahala Bldg., Jnah, Lebanon; Eglantierlaan 13-15, 2020, Antwerpen, Belgium; Villa Bazzi, Dohat Al-Hoss, Lebanon; DOB 10 Aug 1964; POB Bent Jbeil, Lebanon; nationality Lebanon; alt. nationality Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport EJ341406 (Belgium) expires 31 May 2017; alt. Passport 750249737; alt. Passport 899002098 (United Kingdom); alt. Passport 487/2007 (Lebanon); alt. Passport RL3400400 (Lebanon); alt. Passport 0236370 (Sierra Leone); alt. Passport D0000687 (The Gambia) (individual) [SDGT] (Linked To: HIZBALLAH).

BAZZI, Qasim Mohammed Ali (a.k.a. BAZI, Qassem Mohammed Ali; a.k.a. BAZZI, Kassem Mohamad Ali; a.k.a. BAZZI, Qasim Muhammad Ali), Lebanon; DOB 02 Mar 1964; nationality Lebanon; Gender Male (individual) [SDGT] (Linked To: ATLAS HOLDING).

BAZZI, Qasim Muhammad Ali (a.k.a. BAZI, Qassem Mohammed Ali; a.k.a. BAZZI, Kassem Mohamad Ali; a.k.a. BAZZI, Qasim Mohammed Ali), Lebanon; DOB 02 Mar 1964; nationality Lebanon; Gender Male (individual) [SDGT] (Linked To: ATLAS HOLDING).

BAZZI, Wael (a.k.a. BAZZI, Wa'el; a.k.a. BAZZI, Wa'il Muhammad), Eglantierlaan 15, Antwerpen 2020, Belgium; DOB 01 Oct 1989 to 31 Oct 1989; alt. DOB 31 Oct 1989; POB Freetown, Sierra Leone; nationality Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport EN312261 (Belgium); National ID No. 89103150321 (individual) [SDGT] (Linked To: BAZZI, Mohammad Ibrahim).

BAZZI, Wa'el (a.k.a. BAZZI, Wael; a.k.a. BAZZI, Wa'il Muhammad), Eglantierlaan 15, Antwerpen 2020, Belgium; DOB 01 Oct 1989 to 31 Oct 1989; alt. DOB 31 Oct 1989; POB Freetown, Sierra Leone; nationality Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport EN312261 (Belgium); National ID No. 89103150321 (individual) [SDGT] (Linked To: BAZZI, Mohammad Ibrahim).

BAZZI, Wa'il Muhammad (a.k.a. BAZZI, Wael; a.k.a. BAZZI, Wa'el), Eglantierlaan 15, Antwerpen 2020, Belgium; DOB 01 Oct 1989 to 31 Oct 1989; alt. DOB 31 Oct 1989; POB Freetown, Sierra Leone; nationality Belgium; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport EN312261 (Belgium); National ID No. 89103150321 (individual) [SDGT] (Linked To: BAZZI, Mohammad Ibrahim).

BAZZONI, Alessandro, Via Cantonale 8, Lugano 6900, Switzerland; DOB 09 Jul 1971; POB Milan, Italy; citizen Italy; Gender Male; Passport YA9636063 (Italy) issued 12 Jul 2016 expires 11 Jul 2026 (individual) [VENEZUELA-EO13850].

BCI TECHNOLOGIES C.A., Avenue Don Julio Centeno, Centro Comercial Los Jarales, local N1-11, Valencia, Carabobo State, Venezuela; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other information technology and computer service activities [SDGT] (Linked To: RADA, Samer Akil).

BEATTIE BRIONES, Myriam Susana (a.k.a. BEATTIE DE BRIONES, Myriam Susana; a.k.a. BEATTIE MARTINEZ, Myriam Susana), Calle Segunda y Canales No. 10, Zona Centro, Matamoros, Tamaulipas, Mexico; DOB 17 Oct 1978; POB Monterrey, Nuevo Leon, Mexico; R.F.C. BESM781017MY2 (Mexico); alt. R.F.C. BESM781017HV1 (Mexico); alt. R.F.C. BESM781017162 (Mexico); C.U.R.P. BEMM781017MNLTRY05 (Mexico); I.F.E. 0539041296164 (Mexico) (individual) [SDNTK].

BEATTIE DE BRIONES, Myriam Susana (a.k.a. BEATTIE BRIONES, Myriam Susana; a.k.a. BEATTIE MARTINEZ, Myriam Susana), Calle Segunda y Canales No. 10, Zona Centro, Matamoros, Tamaulipas, Mexico; DOB 17 Oct 1978; POB Monterrey, Nuevo Leon, Mexico; R.F.C. BESM781017MY2 (Mexico); alt. R.F.C. BESM781017HV1 (Mexico); alt. R.F.C. BESM781017162 (Mexico); C.U.R.P. BEMM781017MNLTRY05 (Mexico); I.F.E. 0539041296164 (Mexico) (individual) [SDNTK].

BEATTIE MARTINEZ, Myriam Susana (a.k.a. BEATTIE BRIONES, Myriam Susana; a.k.a. BEATTIE DE BRIONES, Myriam Susana), Calle Segunda y Canales No. 10, Zona Centro, Matamoros, Tamaulipas, Mexico; DOB 17 Oct 1978; POB Monterrey, Nuevo Leon, Mexico; R.F.C. BESM781017MY2 (Mexico); alt. R.F.C. BESM781017HV1 (Mexico); alt. R.F.C. BESM781017162 (Mexico); C.U.R.P. BEMM781017MNLTRY05 (Mexico); I.F.E. 0539041296164 (Mexico) (individual) [SDNTK].

BEBIDAS USA INC., 4500 William Penn Highway, Easton, PA 18045, United States; Organization Established Date 13 Jan 2011; Business Registration Number 4927052 (Delaware) (United States); alt. Business Registration Number 4065904 (Pennsylvania) (United States) [GLOMAG].

BECERRA MIRELES, Martin (a.k.a. BECERRA, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE,

Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

BECERRA, Martin (a.k.a. BECERRA MIRELES, Martin; a.k.a. MACHERBE, Oscar; a.k.a. MAHERBE, Oscar; a.k.a. MAHLERBE, Oscar; a.k.a. MAHLERBE, Polo; a.k.a. MALARBE, Oscar; a.k.a. MALERBE, Oscar; a.k.a. MALERHBE DE LEON, Oscar; a.k.a. MALERVA, Oscar; a.k.a. MALHARBE DE LEON, Oscar; a.k.a. MALHERBE DE LEON, Oscar; a.k.a. MALHERBE DELEON, Oscar; a.k.a. MALMERBE, Oscar; a.k.a. MELARBE, Oscar; a.k.a. NALHERBE, Oscar; a.k.a. QALHARBE DE LEON, Oscar; a.k.a. VARGAS, Jorge); DOB 10 Jan 1964; POB Mexico (individual) [SDNTK].

BECF CHARITABLE EDUCATIONAL CENTER (a.k.a. BENEVOLENCE EDUCATIONAL CENTER; a.k.a. BIF-BOSNIA; a.k.a. BOSANSKA IDEALNA FUTURA; a.k.a. BOSNIAN IDEAL FUTURE), Salke Lagumdzije 12, Sarajevo 71000, Bosnia and Herzegovina; Hadzije, Mazica Put 16F, Zenica 72000, Bosnia and Herzegovina; Sehidska, Street, Breza, Bosnia and Herzegovina; Kanal, 1, Zenica 72000, Bosnia and Herzegovina; Hamze, Celenke 35, Ilidza, Sarajevo, Bosnia and Herzegovina [SDGT].

BEDOYA VELEZ, Jose Ignacio (a.k.a. "NACHO BEDOYA"), Calle 16 No. 71A-07/09, Cali, Colombia; Carrera 1G No. 71-07, Cali, Colombia; DOB 06 Jan 1959; POB Tulua, Valle, Colombia; alt. POB Armenia, Quindio, Colombia; citizen Colombia; Cedula No. 16351225 (Colombia) issued 20 Jun 1977; Passport AJ126708 (Colombia) issued 26 Mar 2004; alt. Passport 16351225 (Colombia) issued 26 Mar 2004 expires 26 Mar 2014 (individual) [SDNT].

BEDUNKEVICH, Mikhail (a.k.a. BEDUNKEVICH, Mikhail Petrovich (Cyrillic: БЕДУНКЕВИЧ, Михаил Петрович)), Golubka St., 12-43, Minsk, Belarus (Cyrillic: ул. Голубка, 12-43, г. Минск, Belarus); DOB 08 Oct 1977; nationality Belarus; Gender Male; National ID No. 3081077M065PB7 (Belarus); Tax ID No. AC4352590 (Belarus) (individual) [BELARUS-EO14038].

BEDUNKEVICH, Mikhail Petrovich (Cyrillic: БЕДУНКЕВИЧ, Михаил Петрович) (a.k.a. BEDUNKEVICH, Mikhail), Golubka St., 12-43, Minsk, Belarus (Cyrillic: ул. Голубка, 12-43, г. Минск, Belarus); DOB 08 Oct 1977; nationality

Belarus; Gender Male; National ID No. 3081077M065PB7 (Belarus); Tax ID No. AC4352590 (Belarus) (individual) [BELARUS-EO14038].

BEE PITRON LIMITED, Per. Vilenskii D. 4, Saint Petersburg 191014, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7801225979 (Russia); Registration Number 1037800000171 (Russia) [RUSSIA-EO14024].

BEENAH, Yasin (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BEENAH, Yassin (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BEENAX, Yasin (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BEENAX, Yassin (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAX, Yasiin Cali;

a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BEGEMOT MEDIA (a.k.a. SKEPTIK TOV (Cyrillic: СКЕПТІК ТОВ)), Vul. Harkivske Shose 201/203, Kiev, Darnitskyi R-N 02121, Ukraine; Website sceptic.online; alt. Website begemot.media; Email Address begemot.mail@gmail.com; Identification Number 39988031 (Ukraine) [ELECTION-EO13848] (Linked To: ZHURAVEL, Petro Anatoliyovich).

BEGISHEVO AIRPORT JOINT STOCK COMPANY (a.k.a. AEROPORT BEGISHEVO AO; a.k.a. AKTSIONERNOE OBSHCHESTVO AEROPORT BEGISHEVO; a.k.a. BEGISHEVO AIRPORT OPEN JOINT STOCK COMPANY; a.k.a. BEGISHEVO INTERNATIONAL AIRPORT), Aeroport Begishevo, Nizhnekamsk 423550, Russia; Aeroport S. Biklyan, Tukaevski Raion, Tatarstan Resp. 423878, Russia; Organization Established Date 24 Aug 2006; Tax ID No. 1650145238 (Russia); Government Gazette Number 96889449 (Russia); Registration Number 1061650059921 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

BEGISHEVO AIRPORT OPEN JOINT STOCK COMPANY (a.k.a. AEROPORT BEGISHEVO AO; a.k.a. AKTSIONERNOE OBSHCHESTVO AEROPORT BEGISHEVO; a.k.a. BEGISHEVO AIRPORT JOINT STOCK COMPANY; a.k.a. BEGISHEVO INTERNATIONAL AIRPORT), Aeroport Begishevo, Nizhnekamsk 423550, Russia; Aeroport S. Biklyan, Tukaevski Raion, Tatarstan Resp. 423878, Russia; Organization Established Date 24 Aug 2006; Tax ID No. 1650145238 (Russia); Government Gazette Number 96889449 (Russia); Registration Number 1061650059921 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

BEGISHEVO INTERNATIONAL AIRPORT (a.k.a. AEROPORT BEGISHEVO AO; a.k.a. AKTSIONERNOE OBSHCHESTVO AEROPORT BEGISHEVO; a.k.a. BEGISHEVO AIRPORT JOINT STOCK COMPANY; a.k.a. BEGISHEVO AIRPORT OPEN JOINT STOCK COMPANY), Aeroport Begishevo, Nizhnekamsk 423550, Russia; Aeroport S. Biklyan, Tukaevski

Raion, Tatarstan Resp. 423878, Russia; Organization Established Date 24 Aug 2006; Tax ID No. 1650145238 (Russia); Government Gazette Number 96889449 (Russia); Registration Number 1061650059921 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

BEGLOV, Aleksandr Dmitrievich (Cyrillic: БЕГЛОВ, Александр Дмитриевич) (a.k.a. BEGLOV, Alexander), St. Petersburg, Russia; Moscow, Russia; DOB 19 May 1956; POB Baku, Azerbaijan; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

BEGLOV, Alexander (a.k.a. BEGLOV, Aleksandr Dmitrievich (Cyrillic: БЕГЛОВ, Александр Дмитриевич)), St. Petersburg, Russia; Moscow, Russia; DOB 19 May 1956; POB Baku, Azerbaijan; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

BEGLOVA, Natalia Vladimirovna (a.k.a. BEGLOVA, Natalya Vladimirovna (Cyrillic: БЕГЛОВА, Наталья Владимировна)), Russia; DOB 12 Nov 1955; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: BEGLOV, Aleksandr Dmitrievich).

BEGLOVA, Natalya Vladimirovna (Cyrillic: БЕГЛОВА, Наталья Владимировна) (a.k.a. BEGLOVA, Natalia Vladimirovna), Russia; DOB 12 Nov 1955; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: BEGLOV, Aleksandr Dmitrievich).

BEGLOVA, Olga Aleksandrovna (Cyrillic: БЕГЛОВА, Ольга Александровна) (a.k.a. BEGLOVA, Olga Alexandrova; a.k.a. KUDRYASHOVA, Olga), Russia; DOB 11 May 1985; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: BEGLOV, Aleksandr Dmitrievich).

BEGLOVA, Olga Alexandrova (a.k.a. BEGLOVA, Olga Aleksandrovna (Cyrillic: БЕГЛОВА, Ольга Александровна); a.k.a. KUDRYASHOVA, Olga), Russia; DOB 11 May 1985; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: BEGLOV, Aleksandr Dmitrievich).

BEGLOVA, Yulia Aleksandrovna (Cyrillic: БЕГЛОВА, Юлия Александровна) (a.k.a. BEGLOVA, Yulia Alexandrovna; a.k.a. BELOVA, Yuliya Aleksandrovna (Cyrillic: БЕЛОВА, Юлия Александровна)), Russia; DOB 08 Jun 1981; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: BEGLOV, Aleksandr Dmitrievich).

BEGLOVA, Yulia Alexandrovna (a.k.a. BEGLOVA, Yulia Aleksandrovna (Cyrillic:

БЕГЛОВА, Юлия Александровна); a.k.a. BELOVA, Yuliya Aleksandrovna (Cyrillic: БЕЛОВА, Юлия Александровна)), Russia; DOB 08 Jun 1981; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: BEGLOV, Aleksandr Dmitrievich).

BEH TAM COMPANY (a.k.a. BEH TAM RAVANKAR; a.k.a. BEH TAM RAVANKAR COMPANY (Arabic: شرکت به نام روانکار); a.k.a. SHERKATE BEH TAAM; a.k.a. "BEH TAM"), Kian Tower, No. 2551 Vali-e-Asr Avenue, Tehran 1968643111, Iran; 9th Floor, Kian Tower, No. 1387, Naseri Alley, Zafar Dastgerdi Street, District 3, Tehran 1968643111, Iran; Hamid Alley, South Bahar Avenue, After Somayeh Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102308704 (Iran); Registration Number 188852 (Iran) [IRAN-EO13876] (Linked To: BEHRAN OIL CO.).

BEH TAM RAVANKAR (a.k.a. BEH TAM COMPANY; a.k.a. BEH TAM RAVANKAR COMPANY (Arabic: شرکت به نام روانکار); a.k.a. SHERKATE BEH TAAM; a.k.a. "BEH TAM"), Kian Tower, No. 2551 Vali-e-Asr Avenue, Tehran 1968643111, Iran; 9th Floor, Kian Tower, No. 1387, Naseri Alley, Zafar Dastgerdi Street, District 3, Tehran 1968643111, Iran; Hamid Alley, South Bahar Avenue, After Somayeh Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102308704 (Iran); Registration Number 188852 (Iran) [IRAN-EO13876] (Linked To: BEHRAN OIL CO.).

BEH TAM RAVANKAR COMPANY (Arabic: شرکت به نام روانکار) (a.k.a. BEH TAM COMPANY; a.k.a. BEH TAM RAVANKAR; a.k.a. SHERKATE BEH TAAM; a.k.a. "BEH TAM"), Kian Tower, No. 2551 Vali-e-Asr Avenue, Tehran 1968643111, Iran; 9th Floor, Kian Tower, No. 1387, Naseri Alley, Zafar Dastgerdi Street, District 3, Tehran 1968643111, Iran; Hamid Alley, South Bahar Avenue, After Somayeh Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102308704 (Iran); Registration Number 188852 (Iran) [IRAN-EO13876] (Linked To: BEHRAN OIL CO.).

BEHINEH TRADING, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR].

BEHNAM SHAHRIYARI TRADING COMPANY, Ziba Building, 10th floor, North Sohrevardi Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR].

BEHRAN OIL (a.k.a. BEHRAN OIL CO. (Arabic: شرکت نفت بهران) a.k.a. BEHRAN OIL PUBLIC JOINT STOCK COMPANY), No 2, Sharifi Alley, Dastgerdi St, Shariati Ave, Tehran, Iran; PO Box 15876, Tehran, Iran; End of rey's Tasisa-e-nafti boulevard, kheir Abad intersection, Qom old road shahid rajaei expressway, Tehran, Iran; Behran Oil Co, Sa'adi St, Basre, Iraq; Website www.behranoil.co; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100434484 (Iran); Registration Number 10844 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BEHRAN OIL CO. (Arabic: شرکت نفت بهران) (a.k.a. BEHRAN OIL; a.k.a. BEHRAN OIL PUBLIC JOINT STOCK COMPANY), No 2, Sharifi Alley, Dastgerdi St, Shariati Ave, Tehran, Iran; PO Box 15876, Tehran, Iran; End of rey's Tasisa-e-nafti boulevard, kheir Abad intersection, Qom old road shahid rajaei expressway, Tehran, Iran; Behran Oil Co, Sa'adi St, Basre, Iraq; Website www.behranoil.co; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100434484 (Iran); Registration Number 10844 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BEHRAN OIL PUBLIC JOINT STOCK COMPANY (a.k.a. BEHRAN OIL; a.k.a. BEHRAN OIL CO. (Arabic: شرکت نفت بهران)), No 2, Sharifi Alley, Dastgerdi St, Shariati Ave, Tehran, Iran; PO Box 15876, Tehran, Iran; End of rey's Tasisa-e-nafti boulevard, kheir Abad intersection, Qom old road shahid rajaei expressway, Tehran, Iran; Behran Oil Co, Sa'adi St, Basre, Iraq; Website www.behranoil.co; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100434484 (Iran); Registration Number 10844 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BEHRAN TRADING (a.k.a. BEHRAN TRADING COMPANY (Arabic: شرکت بازرگانی بهران)), 17 avenue, Argantine Square, Bukharest Street, 1513834713, Iran; Number 266, Shahid Dastgerdi Street East Zafar, Tehran 1918613365, Iran; Website www.btc.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101527013 (Iran); Registration Number 108934 (Iran) [IRAN-EO13876] (Linked To: BEHRAN OIL CO.).

BEHRAN TRADING COMPANY (Arabic: شرکت بازرگانی بهران) (a.k.a. BEHRAN TRADING), 17 avenue, Argantine Square, Bukharest Street, 1513834713, Iran; Number 266, Shahid Dastgerdi Street East Zafar, Tehran 1918613365, Iran; Website www.btc.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101527013 (Iran); Registration Number 108934 (Iran) [IRAN-EO13876] (Linked To: BEHRAN OIL CO.).

BEHSAZ KASHANE TEHRAN CONSTRUCTION CO. (a.k.a. BEHSAZ KASHANEH CO.), No. 40, East Street Journal, North Shiraz Street, Sadra Avenue, Tehran, Iran; Website http://www.behsazco.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

BEHSAZ KASHANEH CO. (a.k.a. BEHSAZ KASHANE TEHRAN CONSTRUCTION CO.), No. 40, East Street Journal, North Shiraz Street, Sadra Avenue, Tehran, Iran; Website http://www.behsazco.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

BEHSAZAN PARS EQUIPMENT DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

BEHSHAHR INDUSTRIAL DEVELOPMENT CORP., Number 8, 24 Alley, Past Motahari Street, Ghaem Magham Farahani Street, Tehran, Iran; Website www.bidc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 14393 (Iran) [SDGT] [IFSR] (Linked To: TOSE-E MELLI GROUP INVESTMENT COMPANY).

BEHZAD BSTAKI, Ahmad Abdullah Mohammed Abdullah (a.k.a. BAHZAD, Ahmad Abdullah Mohamed Abdullah; a.k.a. BEHZAD, Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohammad A; a.k.a. BEHZAD, Ahmad Abdulla Mohammad Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmed Abdullah; a.k.a. "ABDULLA MOHAMAD ABDULLA MOHAMAD BEHZAD"; a.k.a. "ABDULLAH AHMAD ABDULLAH MOHAMAD BAHZAD"; a.k.a. "ABDULLAH MOHAMMED ABDULLAH BAHZAD"; a.k.a. "AHMED BEHZA"; a.k.a. "AHMED MOHAMMED ABDULLAH"; a.k.a. "MOHAMMED ABDULLAH MOHAMMED BAHZAD"), c/o SHAHBAZ KHAN

GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; DOB 02 Nov 1971; POB Dubai, United Arab Emirates; citizen United Arab Emirates; Passport A1042768 (United Arab Emirates); alt. Passport A0269124 (United Arab Emirates) (individual) [SDNTK].

BEHZAD, Abdulla Mohd Abdulla (a.k.a. BAHZAD, Ahmad Abdullah Mohamed Abdullah; a.k.a. BEHZAD BSTAKI, Ahmad Abdullah Mohammed Abdullah; a.k.a. BEHZAD, Ahmad Abdulla Mohammad A; a.k.a. BEHZAD, Ahmad Abdulla Mohammad Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmed Abdullah; a.k.a. "ABDULLA MOHAMAD ABDULLA MOHAMAD BEHZAD"; a.k.a. "ABDULLAH AHMAD ABDULLAH MOHAMAD BAHZAD"; a.k.a. "ABDULLAH MOHAMMED ABDULLAH BAHZAD"; a.k.a. "AHMED BEHZA"; a.k.a. "AHMED MOHAMMED ABDULLAH"; a.k.a. "MOHAMMED ABDULLAH MOHAMMED BAHZAD"), c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; DOB 02 Nov 1971; POB Dubai, United Arab Emirates; citizen United Arab Emirates; Passport A1042768 (United Arab Emirates); alt. Passport A0269124 (United Arab Emirates) (individual) [SDNTK].

BEHZAD, Ahmad Abdulla Mohammad A (a.k.a. BAHZAD, Ahmad Abdullah Mohamed Abdullah; a.k.a. BEHZAD BSTAKI, Ahmad Abdullah Mohammed Abdullah; a.k.a. BEHZAD, Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohammad Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmed Abdullah; a.k.a. "ABDULLA MOHAMAD ABDULLA MOHAMAD BEHZAD"; a.k.a. "ABDULLAH AHMAD ABDULLAH MOHAMAD BAHZAD"; a.k.a. "ABDULLAH MOHAMMED ABDULLAH BAHZAD"; a.k.a. "AHMED BEHZA"; a.k.a. "AHMED MOHAMMED ABDULLAH"; a.k.a. "MOHAMMED ABDULLAH MOHAMMED BAHZAD"), c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; DOB 02 Nov 1971; POB Dubai, United Arab Emirates; citizen United Arab Emirates; Passport A1042768 (United Arab Emirates); alt. Passport A0269124 (United Arab Emirates) (individual) [SDNTK].

BEHZAD, Ahmad Abdulla Mohammad Abdulla (a.k.a. BAHZAD, Ahmad Abdullah Mohamed Abdullah; a.k.a. BEHZAD BSTAKI, Ahmad Abdullah Mohammed Abdullah; a.k.a. BEHZAD, Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohammad A; a.k.a. BEHZAD, Ahmad Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmed Abdullah; a.k.a. "ABDULLA MOHAMAD ABDULLA MOHAMAD BEHZAD"; a.k.a. "ABDULLAH AHMAD ABDULLAH MOHAMAD BAHZAD"; a.k.a. "ABDULLAH MOHAMMED ABDULLAH BAHZAD"; a.k.a. "AHMED BEHZA"; a.k.a. "AHMED MOHAMMED ABDULLAH"; a.k.a. "MOHAMMED ABDULLAH MOHAMMED BAHZAD"), c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; DOB 02 Nov 1971; POB Dubai, United Arab Emirates; citizen United Arab Emirates; Passport A1042768 (United Arab Emirates); alt. Passport A0269124 (United Arab Emirates) (individual) [SDNTK].

BEHZAD, Ahmed Abdullah (a.k.a. BAHZAD, Ahmad Abdullah Mohamed Abdullah; a.k.a. BEHZAD BSTAKI, Ahmad Abdullah Mohammed Abdullah; a.k.a. BEHZAD, Abdulla Mohd Abdulla; a.k.a. BEHZAD, Ahmad Abdulla

Mohammad A; a.k.a. BEHZAD, Ahmad Abdulla Mohammad Abdulla; a.k.a. BEHZAD, Ahmad Abdulla Mohd Abdulla; a.k.a. "ABDULLA MOHAMAD ABDULLA MOHAMAD BEHZAD"; a.k.a. "ABDULLAH AHMAD ABDULLAH MOHAMAD BAHZAD"; a.k.a. "ABDULLAH MOHAMMED ABDULLAH BAHZAD"; a.k.a. "AHMED BEHZA"; a.k.a. "AHMED MOHAMMED ABDULLAH"; a.k.a. "MOHAMMED ABDULLAH MOHAMMED BAHZAD"), c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Dubai, United Arab Emirates; Sharjah, United Arab Emirates; DOB 02 Nov 1971; POB Dubai, United Arab Emirates; citizen United Arab Emirates; Passport A1042768 (United Arab Emirates); alt. Passport A0269124 (United Arab Emirates) (individual) [SDNTK].

BEHZAD, Morteza (a.k.a. BEHZAD, Morteza Ahmadali; a.k.a. BEHZADI, Morteza); DOB 1959; alt. DOB 1960; POB Yazd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4432151609 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PISHRO SYSTEMS RESEARCH COMPANY).

BEHZAD, Morteza Ahmadali (a.k.a. BEHZAD, Morteza; a.k.a. BEHZADI, Morteza); DOB 1959; alt. DOB 1960; POB Yazd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4432151609 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PISHRO SYSTEMS RESEARCH COMPANY).

BEHZADI, Morteza (a.k.a. BEHZAD, Morteza; a.k.a. BEHZAD, Morteza Ahmadali); DOB 1959; alt. DOB 1960; POB Yazd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4432151609 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PISHRO SYSTEMS RESEARCH COMPANY).

BEIJING ALITE TECHNOLOGIES CO., LTD. (a.k.a. ALCO; a.k.a. BEIJING HAILI LIANHE KEJI YOUXIAN GONGSI), 12A Beisanhuan Zhong Road, P.O. Box 3042, Beijing, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

BEIJING CHENGXING TRADING CO. LTD. (Chinese Simplified: 北京成兴贸易有限公司), Room 2206 Floor 19, 602 Wangjing Yuan, Zhaoyang District, Beijing, China; Secondary

sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

BEIJING HAILI LIANHE KEJI YOUXIAN GONGSI (a.k.a. ALCO; a.k.a. BEIJING ALITE TECHNOLOGIES CO., LTD.), 12A Beisanhuan Zhong Road, P.O. Box 3042, Beijing, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

BEIJING JIAHEHENGDE TECHNOLOGY COMPANY LIMITED (a.k.a. JIAHE HENGDE TECHNOLOGY COMPANY; a.k.a. JIAHEHENGDE TECHNOLOGY COMPANY LIMITED), Beijing, China; Organization Established Date 06 Dec 2005; Unified Social Credit Code (USCC) 9111010878321053X0 (China) [RUSSIA-EO14024] (Linked To: LLC LASER COMPONENTS).

BEIJING LUCHENG WEIYE TECHNOLOGY DEVELOPMENT COMPANY LIMITED (Chinese Traditional: 北京鲁成伟业科技发展有限公司) (a.k.a. LUCHENGTECH CO. LTD), Room b311, Yinyan Building, No. 23, Anningzhuang East Road, Qinghe, Haidan District, Beijing 100085, China; Organization Established Date 29 Dec 2005; Tax ID No. 110108783965860 (China); Registration Number 110108009239044 (China); Unified Social Credit Code (USCC) 91110114783965860W (China) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY SMT-ILOGIC).

BEIJING LUO LUO TECHNOLOGY DEVELOPMENT CO LTD, Room 903, Building 1, No. 4 Wangjing Road, Chaoyang District, Beijing, China; Organization Type: Non-specialized wholesale trade [NPWMD].

BEIJING SHANGYIXIANDA TECHNOLOGY COMPANY LIMITED, Beijing, China; Organization Established Date 13 Dec 2012; Unified Social Credit Code (USCC) 91110108059235795A (China) [RUSSIA-EO14024] (Linked To: LLC LASER COMPONENTS).

BEIJING SHINY NIGHTS TECHNOLOGY DEVELOPMENT CO., LTD, Jing An Li 26 Hao Lou 2 Ceng 201 NEI 2091 Shi, Chao Yang Qu, Beijing, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Jun 2013; Registration Number 110000450235669 (China); Unified

Social Credit Code (USCC) 91110105069601824J (China) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

BEIJING SUKBAKSO, Qixingmen Store, No. 8 Apartment, Fangcaodi West Road, Chaoyang District, Beijing 100020, China (Chinese Simplified: 8号楼底商七星门踏, 芳草地面街, 朝阳区, 北京 100020, China); Liangzi Zu Way (Ground Level, White Gate), No. 42, Gangshan Road, Shunyi District, Beijing 101300, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3] [DPRK-NKSPEA].

BEIJING XINGHUA HENGCHENG TECHNOLOGY DEVELOPMENT COMPANY LIMITED (Chinese Traditional: 北京兴华恒成科技发展有限公司) (a.k.a. XINGHUA CO. LTD.; a.k.a. XINGHUATECH CO. LTD.; a.k.a. XINGTAC), Room 607, Unit 2, 5th Floor, Building 6, Yad 1, Beiqing Road, Changping District, Beijing 102208, China; Gate 1, Ya'an Optoelectronics Pioneering Park, No. 6 Luoping Road, Nankai District, Tianjin 300113, China; 1602, Kaiyuan Building, Zhongshan Road, Chang'an District, Shijiazhuang City 050036, China; 1201, Kangdu, University West Road, Hohhot, Inner Mongolia 010010, China; Organization Established Date 15 Mar 2010; Tax ID No. 110108551365479 (China); Registration Number 110108012686211 (China); Unified Social Credit Code (USCC) 91110114551365479A (China) [RUSSIA-EO14024] (Linked To: BEIJING LUCHENG WEIYE TECHNOLOGY DEVELOPMENT COMPANY LIMITED).

BEIJING YUNZE TECHNOLOGY CO., LTD. (Chinese Simplified: 北京云泽科技有限公司), Room 603, Floor 6, Building 4, Wulidian Area 1, Fengtai District, Beijing, China; Organization Established Date 21 Aug 2013; Unified Social Credit Code (USCC) 91110106076601507N (China) [RUSSIA-EO14024].

BEIRA-MAR, Fernandinho (a.k.a. DA COSTA, Luis Fernando); DOB 04 Jul 1967; POB Rio de Janeiro (individual) [SDNTK].

BEIRUT DIAM COMPANY SAL (a.k.a. BEIRUT DIAM SAL), Downtown Beirut, Solidere, Property No. 1479 of Marfa Real Estate, Block A, 4th Floor, Beirut, Lebanon; Commercial Registry Number 1005283 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

BEIRUT DIAM SAL (a.k.a. BEIRUT DIAM COMPANY SAL), Downtown Beirut, Solidere, Property No. 1479 of Marfa Real Estate, Block A, 4th Floor, Beirut, Lebanon; Commercial Registry Number 1005283 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

BEIRUT GEM SAL (a.k.a. BEIRUT GM SAL), Downtown Beirut, Solidere, Property No. 1479 of Marfa Real Estate, Block A, 4th Floor, Beirut, Lebanon; Commercial Registry Number 1005284 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

BEIRUT GM SAL (a.k.a. BEIRUT GEM SAL), Downtown Beirut, Solidere, Property No. 1479 of Marfa Real Estate, Block A, 4th Floor, Beirut, Lebanon; Commercial Registry Number 1005284 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

BEIRUT TRADE SAL, Maarad Street, Solidere King, Property 200, Harbor, Beirut, Lebanon; Building 200, Maarad Street, Beirut, Lebanon; Commercial Registry Number 1004271 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

BEIT AL MAL HOLDINGS (a.k.a. ARAB PALESTINIAN BEIT EL-MAL COMPANY; a.k.a. BEIT EL MAL AL-PHALASTINI AL-ARABI AL-MUSHIMA AL-AAMA AL-MAHADUDA LTD.; a.k.a. BEIT EL-MAL HOLDINGS; a.k.a. PALESTINIAN ARAB BEIT EL MAL CORPORATION, LTD.), P.O. Box 662, Ramallah, West Bank [SDGT].

BEIT EL MAL AL-PHALASTINI AL-ARABI AL-MUSHIMA AL-AAMA AL-MAHADUDA LTD. (a.k.a. ARAB PALESTINIAN BEIT EL-MAL COMPANY; a.k.a. BEIT AL MAL HOLDINGS; a.k.a. BEIT EL-MAL HOLDINGS; a.k.a. PALESTINIAN ARAB BEIT EL MAL CORPORATION, LTD.), P.O. Box 662, Ramallah, West Bank [SDGT].

BEIT EL-MAL HOLDINGS (a.k.a. ARAB PALESTINIAN BEIT EL-MAL COMPANY; a.k.a. BEIT AL MAL HOLDINGS; a.k.a. BEIT EL MAL AL-PHALASTINI AL-ARABI AL-MUSHIMA AL-AAMA AL-MAHADUDA LTD.; a.k.a. PALESTINIAN ARAB BEIT EL MAL CORPORATION, LTD.), P.O. Box 662, Ramallah, West Bank [SDGT].

BEKETOV, Vladimir Andreyevich (Cyrillic: БЕКЕТОВ, Владимир Андреевич), Russia; DOB 29 Mar 1949; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BELAL, Ghassan (a.k.a. BILAL, Ghassan Ali (Arabic: غسان علي بلال)), Damascus, Syria; DOB 1966; nationality Syria; Gender Male; Commander of the 555th Regiment and Director of the Security Bureau of the Fourth Division of the Syrian Arab Army (individual) [SYRIA-EO13894].

BELAN, Aleksei (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

BELAN, Aleksey Alekseyevich (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

BELAN, Aleksey Alexseyevich (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Alexsei; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

BELAN, Alexsei (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey

Alexseyevich; a.k.a. BELAN, Alexsey; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

BELAN, Alexsey (a.k.a. Abyr Valgov; a.k.a. BELAN, Aleksei; a.k.a. BELAN, Aleksey Alekseyevich; a.k.a. BELAN, Aleksey Alexseyevich; a.k.a. BELAN, Alexsei; a.k.a. "Abyrvaig"; a.k.a. "Abyrvalg"; a.k.a. "Anthony Anthony"; a.k.a. "Fedyunya"; a.k.a. "M4G"; a.k.a. "Mag"; a.k.a. "Mage"; a.k.a. "Magg"; a.k.a. "Moy.Yawik"; a.k.a. "Mrmagister"), 21 Karyakina St., Apartment 205, Krasnodar, Russia; DOB 27 Jun 1987; POB Riga, Latvia; nationality Latvia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport RU0313455106 (Russia); alt. Passport 0307609477 (Russia) (individual) [CYBER2].

BELARUSIAN CEMENT COMPANY HOLDING (a.k.a. REPUBLICAN PRODUCTION AND TRADE UNITARY ENTERPRISE MANAGEMENT COMPANY OF THE HOLDING BELARUSIAN CEMENT COMPANY (Cyrillic: РЕСПУБЛИКАНСКОЕ ПРОИЗВОДСТВЕННО ТОРГОВОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ УПРАВЛЯЮЩАЯКОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ ЦЕМЕНТНАЯ КОМПАНИЯ); a.k.a. RESPUBLIKANSKOE PROIZVODSTVENNO TORGOVOE UNITARNOE PREDPRIYATIE UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELORUSSKAYA TSEMENTNAYA KOMPANIYA; a.k.a. RPTUP MANAGEMENT COMPANY OF HOLDING BELARUSIAN CEMENT COMPANY (Cyrillic: РПТУП УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ ЦЕМЕНТНАЯ КОМПАНИЯ); a.k.a. STATE ENTERPRISE HOLDING MANAGEMENT COMPANY BELARUSSIAN CEMENT COMPANY; a.k.a. UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BTSK GP), Mulyavina Boulevard 6, Minsk 220005, Belarus; D. 28, Nezhiloe pomeshchenie, ul. Kuzmy Minina, Minsk 220014, Belarus; Target Type State-Owned

Enterprise; Tax ID No. 192039638 (Belarus) [BELARUS-EO14038].

BELARUSIAN CENTRAL ELECTION COMMISSION (a.k.a. CEC BELARUS; f.k.a. CENTRAL COMMISSION OF THE REPUBLIC OF BELARUS ON ELECTIONS AND HOLDING REPUBLICAN REFERENDA; a.k.a. CENTRAL ELECTION COMMISSION OF THE REPUBLIC OF BELARUS (Cyrillic: ЦЕНТРАЛЬНАЯ ИЗБИРАТЕЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ); f.k.a. TSENTRALNAYA KAMISIYA RESPUBLIKI BELARUS PA VYBARAKH I PRAVYADZENNI RESPUBLIKANSKIKH REFERENDUMAU (Cyrillic: ЦЭНТРАЛЬНАЯ КАМІСІЯ РЭСПУБЛІКІ БЕЛАРУСЬ ПА ВЫБАРАХ І ПРАВЯДЗЕННІ РЭСПУБЛІКАНСКІХ РЭФЕРЭНДУМАЎ); f.k.a. TSENTRALNAYA KOMISSIYA RESPUBLIKI BELARUS PO VYBORAM I PROVEDENIYU RESPUBLIKANSKIKH REFERENDUMOV (Cyrillic: ЦЕНТРАЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ ПО ВЫБОРАМ И ПРОВЕДЕНИЮ РЕСПУБЛИКАНСКИХ РЕФЕРЕНДУМОВ); a.k.a. "TSVK"), 11 Sovetskaya St., House of Government, Minsk 220010, Belarus; Target Type Government Entity [BELARUS] [BELARUS-EO14038].

BELARUSIAN INVESTIGATIVE COMMITTEE (a.k.a. INVESTIGATIVE COMMITTEE OF BELARUS; a.k.a. INVESTIGATIVE COMMITTEE OF THE REPUBLIC OF BELARUS (Cyrillic: СЛЕДСТВЕННЫЙ КОМИТЕТ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. SLEDSTVENNIY KOMITET RESPUBLIKI BELARUS), Frunze St., bldg. 19, Minsk 220034, Belarus; Organization Established Date 12 Sep 2011; Target Type Government Entity [BELARUS-EO14038].

BELARUSIAN KGB (a.k.a. BELARUSIAN STATE SECURITY COMMITTEE; a.k.a. KAMITET DZYARZHAUNAI BIASPEKI RESPUBLIKI BELARUS (Cyrillic: КАМІТЭТ ДЗЯРЖАЎНАЙ БЯСПЕКІ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. KOMITET GOSUDARSTVENNOI BEZOPASNOSTI RESPUBLIKI BELARUS (Cyrillic: КОМИТЕТ ГОСУДАРСТВЕННОЙ БЕЗОПАСНОСТИ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. STATE SECURITY COMMITTEE OF THE REPUBLIC OF BELARUS), Nezalezhnastsi Avenue, 17, Minsk 220030, Belarus; Komsomolskaya str., 30, Minsk 220030, Belarus; Target Type Government Entity [BELARUS].

BELARUSIAN NATIONAL OLYMPIC COMMITTEE (a.k.a. NAK BELARUSI (Cyrillic: НАК БЕЛАРУСІ); a.k.a. NATIONAL OLYMPIC COMMITTEE OF THE REPUBLIC OF BELARUS; a.k.a. NATSIONALNIY OLIMPIYSKIY KOMITET RESPUBLIKI BELARUS (Cyrillic: НАЦИОНАЛЬНЫЙ ОЛИМПИЙСКИЙ КОМИТЕТ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. NATSYYALNY ALIMPIYSKI KAMITET RESPUBLIKI BELARUS (Cyrillic: НАЦЫЯНАЛЬНЫ АЛІМПІЙСКІ КАМІТЭТ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. NOC OF THE REPUBLIC OF BELARUS; a.k.a. NOK BELARUSI (Cyrillic: НОК БЕЛАРУСІ)), Raduzhnaya Str, 27-2, Minsk 220020, Belarus; ul. Raduzhnaya, d. 27, pom. 2, Minsk 220020, Belarus (Cyrillic: ул. Радужная, д. 27, пом. 2, г. Минск 220020, Belarus); Organization Established Date 01 Jul 1991; Registration Number 100265118 (Belarus) [BELARUS].

BELARUSIAN OIL TRADE HOUSE (a.k.a. BELARUSIAN OIL TRADING HOUSE; a.k.a. BELARUSIAN OIL TRADING HOUSE REPUBLICAN SUBSIDIARY UNITARY ENTERPRISE; a.k.a. BELARUSIAN OIL TRADING HOUSE REPUBLICAN UNITARY SUBSIDIARY; a.k.a. UE BELARUSIAN OIL TRADE HOUSE; a.k.a. "B.O.T.H."; a.k.a. "UNITED TRADING SITE"), Prospect Dzerzhinskogo, 73, Minsk 220116, Belarus; 73 Derzhinskiy Ave., Minsk 220116, Belarus; Dzerzhinsky Avenue, 73, Minsk 220116, Belarus; Website WWW.BNTDTORG.BY; alt. Website WWW.BNTD.BY; Business Registration Document # UNP 101119568 (Belarus) [BELARUS].

BELARUSIAN OIL TRADING HOUSE (a.k.a. BELARUSIAN OIL TRADE HOUSE; a.k.a. BELARUSIAN OIL TRADING HOUSE REPUBLICAN SUBSIDIARY UNITARY ENTERPRISE; a.k.a. BELARUSIAN OIL TRADING HOUSE REPUBLICAN UNITARY SUBSIDIARY; a.k.a. UE BELARUSIAN OIL TRADE HOUSE; a.k.a. "B.O.T.H."; a.k.a. "UNITED TRADING SITE"), Prospect Dzerzhinskogo, 73, Minsk 220116, Belarus; 73 Derzhinskiy Ave., Minsk 220116, Belarus; Dzerzhinsky Avenue, 73, Minsk 220116, Belarus; Website WWW.BNTDTORG.BY; alt. Website WWW.BNTD.BY; Business Registration Document # UNP 101119568 (Belarus) [BELARUS].

BELARUSIAN OIL TRADING HOUSE REPUBLICAN SUBSIDIARY UNITARY ENTERPRISE (a.k.a. BELARUSIAN OIL TRADE HOUSE; a.k.a. BELARUSIAN OIL TRADING HOUSE; a.k.a. BELARUSIAN OIL TRADING HOUSE REPUBLICAN UNITARY SUBSIDIARY; a.k.a. UE BELARUSIAN OIL TRADE HOUSE; a.k.a. "B.O.T.H."; a.k.a. "UNITED TRADING SITE"), Prospect Dzerzhinskogo, 73, Minsk 220116, Belarus; 73 Derzhinskiy Ave., Minsk 220116, Belarus; Dzerzhinsky Avenue, 73, Minsk 220116, Belarus; Website WWW.BNTD.BY; alt. Website WWW.BNTD.BY; Business Registration Document # UNP 101119568 (Belarus) [BELARUS].

BELARUSIAN OPTICAL AND MECHANICAL ASSOCIATION (a.k.a. JSC MINSK MECHANICAL PLANT NAMED AFTER S.I. VAVILOV MANAGEMENT COMPANY OF BELOMO HOLDING (Cyrillic: ОАО МИНСКИЙ МЕХАНИЧЕСКИЙ ЗАВОД ИМЕНИ С.И. ВАВИЛОВА УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОМО); a.k.a. ОАО MMZ IMENI S.I. VAVILOVA UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELOMO (Cyrillic: ОАО ММЗ ИМЕНИ С. И. ВАВИЛОВА УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОМО); a.k.a. OJSC MMW NAMED AFTER S.I. VAVILOV MANAGING COMPANY OF BELOMO HOLDING (Cyrillic: ААТ ММЗ ІМЯ С.І. ВАВІЛАВА КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛОМА); a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII MEKHANICHESKII ZAVOD IMENI S.I. VAVILOVA UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELOMO), 23 Makayonok St., Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100185185 (Belarus); Government Gazette Number 14541426 (Belarus) [BELARUS-EO14038].

BELARUSIAN POTASH COMPANY (Cyrillic: БЕЛОРУССКАЯ КАЛИЙНАЯ КОМПАНИЯ) (a.k.a. ААТ BELARUSKAYA KALIYNAYA KAMPANIYA (Cyrillic: ААТ БЕЛАРУСКАЯ КАЛІЙНАЯ КАМПАНІЯ); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA BELARUSKAYA KALIYNAYA KAMPANIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА БЕЛАРУСКАЯ КАЛІЙНАЯ КАМПАНІЯ); a.k.a. BELORUSSKAYA KALINAYA KOMPANIYA OAO; a.k.a. JSC BELARUSIAN POTASH COMPANY; a.k.a. OAO BELORUSSKAYA KALIYNAYA KOMPANIYA (Cyrillic: ОАО БЕЛОРУССКАЯ КАЛІЙНАЯ КОМПАНИЯ); a.k.a. OJSC BELARUSIAN POTASH COMPANY; a.k.a. OPEN JOINT STOCK COMPANY BELARUSIAN POTASH COMPANY; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO BELORUSSKAYA KALIYNAYA KOMPANIYA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛОРУССКАЯ КАЛИЙНАЯ КОМПАНИЯ)), Masherova Ave, Building 35, Room 644, Minsk 220002, Belarus (Cyrillic: пр-т Машерова, д. 35, пом. 644, Минск 220002, Belarus); Organization Established Date 13 Sep 2013; Registration Number 192050251 (Belarus) [BELARUS-EO14038].

BELARUSIAN PRODUCTION AND TRADE CONCERN OF TIMBER WOODWORKING AND PULP AND PAPER INDUSTRY (Cyrillic: БЕЛОРУССКИЙ ПРОИЗВОДСТВЕННО ТОРГОВЫЙ КОНЦЕРН ЛЕСНОЙ ДЕРЕВООБРАБАТЫВАЮЩЕЙ И ЦЕЛЛЮЛОЗНО БУМАЖНОЙ ПРОМЫШЛЕННОСТИ) (a.k.a. BIELARUSKI VYTVORCHA HANDLIOVY KANCERN LIASNOJ DREVAAPRACOWCHAJ I CELIULOZNA PAPIAROVAJ PRAMYSLOVASCI (Cyrillic: БЕЛАРУСКІ ВЫТВОРЧА ГАНДЛЁВЫ КАНЦЭРН ЛЯСНОЙ ДРЭВААПРАЦОЎЧАЙ І ЦЭЛЮЛОЗНА ПАПЯРОВАЙ ПРАМЫСЛОВАСЦІ); a.k.a. KONTSERN BELLESBUMPROM (Cyrillic: КОНЦЕРН БЕЛЛЕСБУМПРОМ)), GSP, K. Marx Street, 16, Minsk 220030, Belarus; Organization Established Date 21 Jun 1991; Target Type State-Owned Enterprise; Tax ID No. 100377850 (Belarus) [BELARUS-EO14038].

BELARUSIAN STATE AUTHORITY FOR MILITARY INDUSTRY (a.k.a. STATE

AUTHORITY FOR MILITARY INDUSTRY OF THE REPUBLIC OF BELARUS; a.k.a. STATE MILITARY-INDUSTRIAL COMMITTEE OF BELARUS (Cyrillic: ГОСУДАРСТВЕННЫЙ ВОЕННО-ПРОМЫШЛЕННЫЙ КОМИТЕТ БЕЛАРУСИ)), 115 Nezavisimost ave, Minsk 220114, Belarus; 115 Nezavisimosti Avenue, Minsk 220114, Belarus; Organization Established Date 30 Dec 2003; Target Type Government Entity [BELARUS-EO14038].

BELARUSIAN STATE CONCERN FOR OIL AND CHEMISTRY (a.k.a. BELARUSIAN STATE PETROLEUM AND CHEMICALS CONCERN; a.k.a. BELNEFTEKHIM; a.k.a. BELNEFTEKHIM CONCERN; a.k.a. CONCERN BELNEFTEKHIM, 73 Dzerzhinskogo Avenue, Minsk 220116, Belarus; ul Trevskaya, 20/1, Room 536, Moscow 103789, Russia; ul Pavlovskaya, 29, Kiev 01135, Ukraine; Oederweg 43, Frankfurt-am-Main D-60318, Germany; Tower B 19-B Oriental Kenzo, 48 Dongzhimenwai Street, Dongcheng District, Beijing 100027, China; GP 1 Apes Street, Riga LV-1039, Latvia [BELARUS].

BELARUSIAN STATE PETROLEUM AND CHEMICALS CONCERN (a.k.a. BELARUSIAN STATE CONCERN FOR OIL AND CHEMISTRY; a.k.a. BELNEFTEKHIM; a.k.a. BELNEFTEKHIM CONCERN; a.k.a. CONCERN BELNEFTEKHIM, 73 Dzerzhinskogo Avenue, Minsk 220116, Belarus; ul Trevskaya, 20/1, Room 536, Moscow 103789, Russia; ul Pavlovskaya, 29, Kiev 01135, Ukraine; Oederweg 43, Frankfurt-am-Main D-60318, Germany; Tower B 19-B Oriental Kenzo, 48 Dongzhimenwai Street, Dongcheng District, Beijing 100027, China; GP 1 Apes Street, Riga LV-1039, Latvia [BELARUS].

BELARUSIAN STATE SECURITY COMMITTEE (a.k.a. BELARUSIAN KGB; a.k.a. KAMITET DZYARZHAUNAI BIASPEKI RESPUBLIKI BELARUS (Cyrillic: КАМІТЭТ ДЗЯРЖАЎНАЙ БЯСПЕКІ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. KOMITET GOSUDARSTVENNOI BEZOPASNOSTI RESPUBLIKI BELARUS (Cyrillic: КОМИТЕТ ГОСУДАРСТВЕННОЙ БЕЗОПАСНОСТИ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. STATE SECURITY COMMITTEE OF THE REPUBLIC OF BELARUS), Nezalezhnastsi Avenue, 17, Minsk 220030, Belarus; Komsomolskaya str., 30, Minsk 220030, Belarus; Target Type Government Entity [BELARUS].

BELARUSKALI OAO (Cyrillic: ОАО БЕЛАРУСЬКАЛИЙ) (a.k.a. AAT

BELARUSKALIY (Cyrillic: ААТ БЕЛАРУСЬКАЛІЙ); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA BELARUSKALIY (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА БЕЛАРУСЬКАЛІЙ); a.k.a. JSC BELARUSKALI; a.k.a. OAO BELARUSKALIY; a.k.a. OJSC BELARUSKALI; a.k.a. OPEN JOINT-STOCK COMPANY BELARUSKALI; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO BELARUSKALIY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛАРУСЬКАЛИЙ), Korzh Str., Soligorsk, Minsk Region 223710, Belarus (Cyrillic: Коржа, ул., Солигорск, Минская область 223710, Belarus); Organization Established Date 23 Dec 1996; Registration Number 600122610 (Belarus) [BELARUS-EO14038].

BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION BELINVESTBANK JOINT STOCK COMPANY (a.k.a. BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION JOINT STOCK COMPANY; a.k.a. BELINVESTBANK; a.k.a. BELINVESTBANK JSC), 29 Masherova Av., Minsk 220002, Belarus; SWIFT/BIC BLBBBY2X; Website www.belinvestbank.by; Organization Established Date 09 Jan 2001; Target Type Financial Institution; Registration Number 807000028 (Belarus) [BELARUS-EO14038].

BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION JOINT STOCK COMPANY (a.k.a. BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION BELINVESTBANK JOINT STOCK COMPANY; a.k.a. BELINVESTBANK; a.k.a. BELINVESTBANK JSC), 29 Masherova Av., Minsk 220002, Belarus; SWIFT/BIC BLBBBY2X; Website www.belinvestbank.by; Organization Established Date 09 Jan 2001; Target Type Financial Institution; Registration Number 807000028 (Belarus) [BELARUS-EO14038].

BELARUSSKI AVTOMOBILNYI ZAVOD (a.k.a. AAT BELAZ - KIRUYUCHAYA KAMPANIYA KHOLDYNGU BELAZ-KHOLDYNG (Cyrillic: АКА: ААТ БЕЛАЗ - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛАЗ-ХОЛДЫНГ); a.k.a. ОАО BELAZ - UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELAZ-KHOLDING (Cyrillic: ОАО БЕЛАЗ - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛАЗ-ХОЛДИНГ); a.k.a. OJSC BELAZ - MANAGEMENT COMPANY OF HOLDING BELAZ-HOLDING;

a.k.a. OPEN JOINT STOCK COMPANY BELARUSIAN AUTOMOBILE PLANT), 40 let Octyabrya Street 4, Zhodino, Minsk region 222161, Belarus; Target Type State-Owned Enterprise; Tax ID No. 600038906 (Belarus); Government Gazette Number 05808712 (Belarus) [BELARUS-EO14038].

BELAVENCEV, Oleg Evgenyevich (a.k.a. BELAVENTSEV, Oleg); DOB 15 Sep 1949; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Russian Presidential Envoy to the Crimean District; Member of the Russian Security Council (individual) [UKRAINE-EO13661].

BELAVENTSEV, Oleg (a.k.a. BELAVENCEV, Oleg Evgenyevich); DOB 15 Sep 1949; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Russian Presidential Envoy to the Crimean District; Member of the Russian Security Council (individual) [UKRAINE-EO13661].

BELAVIA BELARUSAN AIRLINES (a.k.a. JOINT STOCK COMPANY AVIACOMPANY BELAVIA; a.k.a. OAO AVIAKOMPANIYA BELAVIA (Cyrillic: ОАО АВИАКОМПАНИЯ БЕЛАВИА); a.k.a. OPEN JOINT STOCK COMPANY BELAVIA BELARUSIAN AIRLINES), 14A, Nemiga str., Minsk 220004, Belarus; Tax ID No. 600390798 (Belarus); Government Gazette Number 011286185000 (Belarus) [BELARUS-EO14038].

BELBIZNESLIZING ZAO (a.k.a. BELBUSINESS LEASING; a.k.a. CJSC BELBIZNESLIZING), 29 Masherov Ave., office 919, Minsk 220036, Belarus; 11A Korzh Str., Minsk 220036, Belarus; Organization Established Date 27 Apr 1994; Registration Number 100646748 (Belarus) [BELARUS-EO14038] (Linked To: BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION BELINVESTBANK JOINT STOCK COMPANY).

BELBUSINESS LEASING (a.k.a. BELBIZNESLIZING ZAO; a.k.a. CJSC BELBIZNESLIZING), 29 Masherov Ave., office 919, Minsk 220036, Belarus; 11A Korzh Str., Minsk 220036, Belarus; Organization Established Date 27 Apr 1994; Registration Number 100646748 (Belarus) [BELARUS-EO14038] (Linked To: BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION BELINVESTBANK JOINT STOCK COMPANY).

BELHIRECHE, Messaoud (a.k.a. AL-JAZA'IRI, Usama Abu-'Abd-al-Wahid; a.k.a. BELKACEM,

Usamah 'Abd-al-Wahid al-Jaza'iri; a.k.a. "AL-JAZA'IRI, Abu Usama), Mali; DOB 22 Jul 1970; POB Algeria; nationality Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

BELIK, Dmitriy Anatolyevich (a.k.a. BELIK, Dmitry Anatolievich (Cyrillic: БЕЛИК, Дмитрий Анатольевич)), Russia; DOB 17 Oct 1969; POB Kular, Ust-Yansky District, Sakha Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

BELIK, Dmitry Anatolievich (Cyrillic: БЕЛИК, Дмитрий Анатольевич) (a.k.a. BELIK, Dmitriy Anatolyevich), Russia; DOB 17 Oct 1969; POB Kular, Ust-Yansky District, Sakha Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

BELINTE ROBE (f.k.a. BELINTE ROBES; f.k.a. JOINT LIMITED LIABILITY COMPANY BELINTE-ROBA (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛИНТЕ-РОБА); a.k.a. LIMITED LIABILITY COMPANY DUBAI WATER FRONT; a.k.a. LLC DUBAI WATER FRONT; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DUBAI VOTER FRONT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДУБАЙ ВОТЕР ФРОНТ); a.k.a. OOO DUBAI VOTER FRONT (Cyrillic: ООО ДУБАЙ ВОТЕР ФРОНТ); a.k.a. TAA DUBAI VOTER FRONT (Cyrillic: ТАА ДУБАЙ ВОТЭР ФРОНТ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DUBAI VOTER FRONT (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДУБАЙ ВОТЭР ФРОНТ)), ul. Petra Mstislavtsa, d. 9, pom. 10 (kabinet 34), Minsk 220114, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10 (кабинет 34), г. Минск 220114, Belarus); Organization Established Date 30 Mar 2004; Registration

Number 190527399 (Belarus) [BELARUS-EO14038].

BELINTE ROBES (f.k.a. BELINTE ROBE; f.k.a. JOINT LIMITED LIABILITY COMPANY BELINTE-ROBA (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛИНТЕ-РОБА); a.k.a. LIMITED LIABILITY COMPANY DUBAI WATER FRONT; a.k.a. LLC DUBAI WATER FRONT; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DUBAI VOTER FRONT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДУБАЙ ВОТЕР ФРОНТ); a.k.a. OOO DUBAI VOTER FRONT (Cyrillic: ООО ДУБАЙ ВОТЕР ФРОНТ); a.k.a. TAA DUBAI VOTER FRONT (Cyrillic: ТАА ДУБАЙ ВОТЭР ФРОНТ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DUBAI VOTER FRONT (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДУБАЙ ВОТЭР ФРОНТ)), ul. Petra Mstislavtsa, d. 9, pom. 10 (kabinet 34), Minsk 220114, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10 (кабинет 34), г. Минск 220114, Belarus); Organization Established Date 30 Mar 2004; Registration Number 190527399 (Belarus) [BELARUS-EO14038].

BELINVESTBANK (a.k.a. BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION BELINVESTBANK JOINT STOCK COMPANY; a.k.a. BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION JOINT STOCK COMPANY; a.k.a. BELINVESTBANK JSC), 29 Masherova Av., Minsk 220002, Belarus; SWIFT/BIC BLBBBY2X; Website www.belinvestbank.by; Organization Established Date 09 Jan 2001; Target Type Financial Institution; Registration Number 807000028 (Belarus) [BELARUS-EO14038].

BELINVESTBANK JSC (a.k.a. BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION BELINVESTBANK JOINT STOCK COMPANY; a.k.a. BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION JOINT STOCK COMPANY; a.k.a. BELINVESTBANK), 29 Masherova Av., Minsk 220002, Belarus; SWIFT/BIC BLBBBY2X; Website www.belinvestbank.by; Organization Established Date 09 Jan 2001; Target Type Financial Institution; Registration Number 807000028 (Belarus) [BELARUS-EO14038].

BELINVEST-ENGINEERING (a.k.a. BELINVEST-INZHINIRING OOO; a.k.a. LIMITED LIABILITY COMPANY BELINVEST-ENGINEERING; a.k.a. LLC BELINVEST-ENGINEERING), 2 Melnikaite Str., office 10, Minsk 220004, Belarus; Organization Established Date 01 Jun 2011; Registration Number 191450284 (Belarus) [BELARUS-EO14038] (Linked To: BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION BELINVESTBANK JOINT STOCK COMPANY).

BELINVEST-INZHINIRING OOO (a.k.a. BELINVEST-ENGINEERING; a.k.a. LIMITED LIABILITY COMPANY BELINVEST-ENGINEERING; a.k.a. LLC BELINVEST-ENGINEERING), 2 Melnikaite Str., office 10, Minsk 220004, Belarus; Organization Established Date 01 Jun 2011; Registration Number 191450284 (Belarus) [BELARUS-EO14038] (Linked To: BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION BELINVESTBANK JOINT STOCK COMPANY).

BELINVESTSTROI OOO, B-R Svyato-Troitskii D. 38, Office 8, Belgorod 308009, Russia; Organization Established Date 06 Mar 2008; Organization Type: Construction of buildings; Tax ID No. 9715263396; Registration Number 1083123003842 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

BELIZE SHIP & LOGISTIC LTD (a.k.a. BELIZE SHIP AND LOGISTIC LIMITED; a.k.a. BELIZE SHIP AND LOGISTIC LTD), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

BELIZE SHIP AND LOGISTIC LIMITED (a.k.a. BELIZE SHIP & LOGISTIC LTD; a.k.a. BELIZE SHIP AND LOGISTIC LTD), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

BELIZE SHIP AND LOGISTIC LTD (a.k.a. BELIZE SHIP & LOGISTIC LTD; a.k.a. BELIZE SHIP AND LOGISTIC LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

BELIZE SHIPPING LINE SERV LTD (a.k.a. BELIZE SHIPPING LINE SERVICE LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

BELIZE SHIPPING LINE SERVICE LIMITED (a.k.a. BELIZE SHIPPING LINE SERV LTD), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

BELKACEM, Usamah 'Abd-al-Wahid al-Jaza'iri (a.k.a. AL-JAZA'IRI, Usama Abu-'Abd-al-Wahid; a.k.a. BELHIRECHE, Messaoud; a.k.a. "AL-JAZA'IRI, Abu Usama"), Mali; DOB 22 Jul 1970; POB Algeria; nationality Algeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

BELKALEM, Mohamed (a.k.a. "ABDELALI ABOU DHER"; a.k.a. "EL HARRACHI"); DOB 19 Dec 1969; nationality Algeria (individual) [SDGT].

BEL-KAP-STEEL LLC, Miami, FL 33130, United States; Organization Established Date 1998; Tax ID No. 52-2083095 (United States); Business Registration Number 0582030 (Connecticut) (United States); alt. Business Registration Number M99000000961 (Florida) (United States) [BELARUS-EO14038] (Linked To: OPEN JOINT STOCK COMPANY BYELORUSSIAN STEEL WORKS MANAGEMENT COMPANY OF HOLDING BYELORUSSIAN METALLURGICAL COMPANY).

BELKAZTRANS (Cyrillic: БЕЛКАЗТРАНС) (a.k.a. LIMITED LIABILITY COMPANY BELKAZTRANS; a.k.a. LLC BELKAZTRANS; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BELKAZTRANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛКАЗТРАНС); a.k.a. OOO BELKAZTRANS (Cyrillic: ООО БЕЛКАЗТРАНС); a.k.a. TAA BELKAZTRANS (Cyrillic: ТАА БЕЛКАЗТРАНС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU BELKAZTRANS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БЕЛКАЗТРАНС)), pr-t Pobeditelei, d. 20 korpus 3, pom. 215, Minsk 220020, Belarus (Cyrillic: пр-т Победителей, д.

20 корпус 3, пом. 215, г. Минск 220020, Belarus); Organization Established Date 26 Oct 2010; Registration Number 191434523 (Belarus) [BELARUS].

BELKAZTRANS UKRAINA TOV (a.k.a. BELKAZTRANS UKRAINE (Cyrillic: БЕЛКАЗТРАНС УКРАИНА); a.k.a. BELKAZTRANS UKRAINE LLC; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU BELKAZTRANS UKRAINA), Bud. 3, Korpus A, vul. Leiptsyzka, Kyiv 01015, Ukraine; Organization Established Date 2018; Tax ID No. 419096426535 (Ukraine); Government Gazette Number 41909645 (Ukraine) [BELARUS].

BELKAZTRANS UKRAINE (Cyrillic: БЕЛКАЗТРАНС УКРАИНА) (a.k.a. BELKAZTRANS UKRAINA TOV; a.k.a. BELKAZTRANS UKRAINE LLC; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU BELKAZTRANS UKRAINA), Bud. 3, Korpus A, vul. Leiptsyzka, Kyiv 01015, Ukraine; Organization Established Date 2018; Tax ID No. 419096426535 (Ukraine); Government Gazette Number 41909645 (Ukraine) [BELARUS].

BELKAZTRANS UKRAINE LLC (a.k.a. BELKAZTRANS UKRAINA TOV; a.k.a. BELKAZTRANS UKRAINE (Cyrillic: БЕЛКАЗТРАНС УКРАИНА); a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU BELKAZTRANS UKRAINA), Bud. 3, Korpus A, vul. Leiptsyzka, Kyiv 01015, Ukraine; Organization Established Date 2018; Tax ID No. 419096426535 (Ukraine); Government Gazette Number 41909645 (Ukraine) [BELARUS].

BELL FERNANDEZ, Gilbert Hernan de Los Angeles (a.k.a. "MACHO COCA"), Moin, Limon, Costa Rica; DOB 02 May 1963; POB Turrialba, Cartago, Costa Rica; nationality Costa Rica; Gender Male; Cedula No. 302600933 (Costa Rica) (individual) [ILLICIT-DRUGS-EO14059].

BELLATRIX ENERGY LIMITED, Unit 601, 6/F of Mill 5 of the Mills, 45 Pak Tin Par Street, Hong Kong, China; Organization Established Date 09 Dec 2020; Registration Number 3000934 (Hong Kong) [RUSSIA-EO14024].

BELLOSO RODRIGUEZ, Daniel (a.k.a. BELLOZO RODRIGUEZ, Daniel), Joaquin Aguirre 788, Guadalajara, Jalisco, Mexico; DOB 12 Oct 1973; POB Mexico; nationality Mexico; citizen Mexico; C.U.R.P. BERD731012HJCLDN07 (Mexico) (individual) [SDNTK].

BELLOSO RODRIGUEZ, Miguel Angel (a.k.a. BELLOZO RODRIGUEZ, Miguel Angel), Guadalajara, Jalisco, Mexico; DOB 25 Mar 1970; POB Jalisco, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. BERM700325HJCLDG04 (Mexico) (individual) [SDNTK].

BELLOSOM ENTERPRISE, INC., Avenida Central y Calle 4ta, Edificio Plaza Central, Oficina 32, Panama City, Panama; RUC # 2991141409851 (Panama) [SDNTK].

BELLOZO RODRIGUEZ, Daniel (a.k.a. BELLOSO RODRIGUEZ, Daniel), Joaquin Aguirre 788, Guadalajara, Jalisco, Mexico; DOB 12 Oct 1973; POB Mexico; nationality Mexico; citizen Mexico; C.U.R.P. BERD731012HJCLDN07 (Mexico) (individual) [SDNTK].

BELLOZO RODRIGUEZ, Miguel Angel (a.k.a. BELLOSO RODRIGUEZ, Miguel Angel), Guadalajara, Jalisco, Mexico; DOB 25 Mar 1970; POB Jalisco, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. BERM700325HJCLDG04 (Mexico) (individual) [SDNTK].

BELLUGA IC VE DIS TICARET LIMITED SIRKETI, Istanbul Han No: 24/503 Alibaba Turbe Sk. Molla Fenari Mah., Faith, Istanbul, Turkey; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration Number 450086-5 (Turkey) [RUSSIA-EO14024].

BELMAGISTRALAVTOTRANS SPEDITIONS GMBH (f.k.a. BMA SPEDITION GMBH), Justus-von-Liebig-Str. 21, Alzey 55232, Germany; Am Fuchsbau 1, Bad Saarow 15526, Germany; Siedlce, Poland; Smolensk, Russia; Pavlodar, Kazakhstan; Minsk, Belarus; Organization Established Date 20 Jan 1995; V.A.T. Number DE171692719 (Germany); Tax ID No. 08/666/09768 (Germany); Registration Number HRB 32490 (Mainz) (Germany) [RUSSIA-EO14024] (Linked To: KOSTIOUK, Evgueni).

BELMOKHTAR, Mokhtar; DOB 01 Jun 1972; POB Ghardaia, Algeria (individual) [SDGT].

BELNEFTEGAS (a.k.a. ADDITIONAL LIABILITY COMPANY BELNEFTEGAZ; a.k.a. ALC BELNEFTEGAZ; a.k.a. BELNEFTEGAZ (Cyrillic: БЕЛНЕФТЕГАЗ); a.k.a. OBSHCHESTVO S DOPOLNITELNOY OTVETSTVENNOSTYU BELNEFTEGAZ

(Cyrillic: ОБЩЕСТВО С ДОПОЛНИТЕЛЬНОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛНЕФТЕГАЗ); a.k.a. ODO BELNEFTEGAZ (Cyrillic: ОДО БЕЛНЕФТЕГАЗ); a.k.a. TAVARYSTVA Z DADATKOVAY ADKAZNASTSYU BELNAFTAHAZ (Cyrillic: ТАВАРЫСТВА З ДАДАТКОВАЙ АДКАЗНАСЦЮ БЕЛНАФТАГАЗ); a.k.a. TDA BELNAFTAHAZ (Cyrillic: ТДА БЕЛНАФТАГАЗ)), ul. Azgura, d. 5, pom. 68 (kabinet 1, 1st floor), Minsk 220088, Belarus (Cyrillic: ул. Азгура, д. 5, пом. 68 (кабинет 1, 1 этаж), г. Минск 220088, Belarus); Organization Established Date 23 Mar 1995; Registration Number 100878073 (Belarus) [BELARUS-EO14038].

BELNEFTEGAZ (Cyrillic: БЕЛНЕФТЕГАЗ) (a.k.a. ADDITIONAL LIABILITY COMPANY BELNEFTEGAZ; a.k.a. ALC BELNEFTEGAZ; a.k.a. BELNEFTEGAS; a.k.a. OBSHCHESTVO S DOPOLNITELNOY OTVETSTVENNOSTYU BELNEFTEGAZ (Cyrillic: ОБЩЕСТВО С ДОПОЛНИТЕЛЬНОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛНЕФТЕГАЗ); a.k.a. ODO BELNEFTEGAZ (Cyrillic: ОДО БЕЛНЕФТЕГАЗ); a.k.a. TAVARYSTVA Z DADATKOVAY ADKAZNASTSYU BELNAFTAHAZ (Cyrillic: ТАВАРЫСТВА З ДАДАТКОВАЙ АДКАЗНАСЦЮ БЕЛНАФТАГАЗ); a.k.a. TDA BELNAFTAHAZ (Cyrillic: ТДА БЕЛНАФТАГАЗ)), ul. Azgura, d. 5, pom. 68 (kabinet 1, 1st floor), Minsk 220088, Belarus (Cyrillic: ул. Азгура, д. 5, пом. 68 (кабинет 1, 1 этаж), г. Минск 220088, Belarus); Organization Established Date 23 Mar 1995; Registration Number 100878073 (Belarus) [BELARUS-EO14038].

BELNEFTEKHIM (a.k.a. BELARUSIAN STATE CONCERN FOR OIL AND CHEMISTRY; a.k.a. BELARUSIAN STATE PETROLEUM AND CHEMICALS CONCERN; a.k.a. BELNEFTEKHIM CONCERN; a.k.a. CONCERN BELNEFTEKHIM), 73 Dzerzhinskogo Avenue, Minsk 220116, Belarus; ul Trevskaya, 20/1, Room 536, Moscow 103789, Russia; ul Pavlovskaya, 29, Kiev 01135, Ukraine; Oederweg 43, Frankfurt-am-Main D-60318, Germany; Tower B 19-B Oriental Kenzo, 48 Dongzhimenwai Street, Beijing 100027, China; GP 1 Apes Street, Riga LV-1039, Latvia [BELARUS].

BELNEFTEKHIM CONCERN (a.k.a. BELARUSIAN STATE CONCERN FOR OIL AND CHEMISTRY; a.k.a. BELARUSIAN STATE PETROLEUM AND CHEMICALS CONCERN; a.k.a. BELNEFTEKHIM; a.k.a.

CONCERN BELNEFTEKHIM), 73 Dzerzhinskogo Avenue, Minsk 220116, Belarus; ul Trevskaya, 20/1, Room 536, Moscow 103789, Russia; ul Pavlovskaya, 29, Kiev 01135, Ukraine; Oederweg 43, Frankfurt-am-Main D-60318, Germany; Tower B 19-B Oriental Kenzo, 48 Dongzhimenwai Street, Dongcheng District, Beijing 100027, China; GP 1 Apes Street, Riga LV-1039, Latvia [BELARUS].

BELNEFTEKHIM USA, INC., 13 Branch St., # 213, Methuen, MA 01844, United States; US FEIN 000920912 (United States) [BELARUS].

BELORUSSKAYA KALINAYA KOMPANIYA OAO (a.k.a. AAT BELARUSKAYA KALIYNAYA KAMPANIYA (Cyrillic: ААТ БЕЛАРУСКАЯ КАЛІЙНАЯ КАМПАНІЯ); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA BELARUSKAYA KALIYNAYA KAMPANIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА БЕЛАРУСКАЯ КАЛІЙНАЯ КАМПАНІЯ); a.k.a. BELARUSIAN POTASH COMPANY (Cyrillic: БЕЛОРУССКАЯ КАЛИЙНАЯ КОМПАНИЯ); a.k.a. JSC BELARUSIAN POTASH COMPANY; a.k.a. OAO BELORUSSKAYA KALIYNAYA KOMPANIYA (Cyrillic: ОАО БЕЛОРУССКАЯ КАЛИЙНАЯ КОМПАНИЯ; a.k.a. OJSC OPEN JOINT STOCK COMPANY BELARUSIAN POTASH COMPANY; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO BELORUSSKAYA KALIYNAYA KOMPANIYA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛОРУССКАЯ КАЛИЙНАЯ КОМПАНИЯ)), Masherova Ave, Building 35, Room 644, Minsk 220002, Belarus (Cyrillic: пр-т Машерова, д. 35, пом. 644, Минск 220002, Belarus); Organization Established Date 13 Sep 2013; Registration Number 192050251 (Belarus) [BELARUS-EO14038].

BELORUSSKI METALLURGICHESKI ZAVOD RESPUBLIKANSKOE UNITARNOE PREDPRIYATIE (a.k.a. OAO BMZ UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BMK; a.k.a. OJSC BELARUSIAN METALLURGICAL PLANT MANAGEMENT COMPANY OF HOLDING BELARUSIAN METALLURGICAL COMPANY (Cyrillic: ОАО БЕЛОРУССКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ); a.k.a. OJSC BSW MANAGEMENT COMPANY OF

BMC HOLDING (Cyrillic: ОАО БМЗ УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БМК); a.k.a. OPEN JOINT STOCK COMPANY BYELORUSSIAN STEEL WORKS MANAGEMENT COMPANY OF HOLDING BYELORUSSIAN METALLURGICAL COMPANY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛОРУССКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОРУССКАЯ МЕТАЛЛУРГИЧЕСКАЯ КОМПАНИЯ)), 37, Promyshlennaya Street, Zhlobin, Gomel region 247210, Belarus (Cyrillic: ул. Промышленная, 37, г. Жлобин, Гомельская область 247210, Belarus); Target Type State-Owned Enterprise; Tax ID No. 400074854 (Belarus); Government Gazette Number 04778771 (Belarus) [BELARUS-EO14038].

BELOSEROV, Oleg (a.k.a. BELOZEROV, Oleg Valentinovich; a.k.a. BELOZYOROV, Oleg Valentinovich (Cyrillic: БЕЛОЗЁРОВ, Олег Валентинович)), Russia; DOB 26 Sep 1969; POB Ventspils, Latvia; nationality Russia; alt. nationality Latvia; Gender Male; Tax ID No. 781306504007 (Russia) (individual) [RUSSIA-EO14024].

BELOUS, Aleksei Petrovich (a.k.a. BELOUS, Alexey), Luxembourg; DOB 1969; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

BELOUS, Alexey (a.k.a. BELOUS, Aleksei Petrovich), Luxembourg; DOB 1969; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

BELOUS, German (Cyrillic: БЕЛОУС, Герман) (a.k.a. BELOUS, German Valentinovich (Cyrillic: БЕЛОУС, Герман Валентинович)), 12-2 Chistoprudny Boul, Apt 79, Moscow 101000, Russia; DOB 14 Nov 1977; POB Klin, Russia; nationality Russia; Gender Male; Passport 718489066 (Russia); National ID No. 4514863944 (Russia) (individual) [RUSSIA-EO14024].

BELOUS, German Valentinovich (Cyrillic: БЕЛОУС, Герман Валентинович) (a.k.a. BELOUS, German (Cyrillic: БЕЛОУС, Герман)), 12-2 Chistoprudny Boul, Apt 79, Moscow 101000, Russia; DOB 14 Nov 1977; POB Klin, Russia; nationality Russia; Gender Male; Passport 718489066 (Russia); National ID No. 4514863944 (Russia) (individual) [RUSSIA-EO14024].

BELOUSOV, Andrei Removich (a.k.a. BELOUSOV, Andrey Removich (Cyrillic:

БЕЛОУСОВ, Андрей Рэмович; a.k.a. BIELOUSOV, Andriy Removych; a.k.a. BYELOUSOV, Andrii Removych), Russia; DOB 17 Mar 1959; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

BELOUSOV, Andrey Removich (Cyrillic: БЕЛОУСОВ, Андрей Рэмович) (a.k.a. BELOUSOV, Andrei Removich; a.k.a. BIELOUSOV, Andriy Removych; a.k.a. BYELOUSOV, Andrii Removych), Russia; DOB 17 Mar 1959; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

BELOUSOV, Mikhail Nikolaevich (Cyrillic: БЕЛОУСОВ, Михаил Николаевич) (a.k.a. BELOUSOV, Mikhail Nikolayevich; a.k.a. BILOUSOV, Mikhailo Mikolaiovich (Cyrillic: БІЛОУСОВ, Михайло Миколайович), ul. Balaklavskaya 117, kv. 48, Simferopol, Crimea, Ukraine (Cyrillic: ул. Балаклавская 117, кв. 48, Симферополь, Крым, Ukraine); DOB 26 Nov 1964; POB Russia; nationality Ukraine; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

BELOUSOV, Mikhail Nikolayevich (a.k.a. BELOUSOV, Mikhail Nikolaevich (Cyrillic: БЕЛОУСОВ, Михаил Николаевич); a.k.a. BILOUSOV, Mikhailo Mikolaiovich (Cyrillic: БІЛОУСОВ, Михайло Миколайович), ul. Balaklavskaya 117, kv. 48, Simferopol, Crimea, Ukraine (Cyrillic: ул. Балаклавская 117, кв. 48, Симферополь, Крым, Ukraine); DOB 26 Nov 1964; POB Russia; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

BELOUSOV, Mikhail Vladimirovich (Cyrillic: БЕЛОУСОВ, Михаил Владимирович), Russia; DOB 11 Oct 1953; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BELOUSOV, Vadim Vladimirovich (Cyrillic: БЕЛОУСОВ, Вадим Владимирович), Russia; DOB 02 Oct 1960; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BELOVA, Yuliya Aleksandrovna (Cyrillic: БЕЛОВА, Юлия Александровна) (a.k.a. BEGLOVA, Yulia Aleksandrovna (Cyrillic:

БЕГЛОВА, Юлия Александровна); a.k.a. BEGLOVA, Yulia Alexandrovna), Russia; DOB 08 Jun 1981; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: BEGLOV, Aleksandr Dmitrievich).

BELOZEROV, Oleg Valentinovich (a.k.a. BELOSEROV, Oleg; a.k.a. BELOZYOROV, Oleg Valentinovich (Cyrillic: БЕЛОЗЁРОВ, Олег Валентинович)), Russia; DOB 26 Sep 1969; POB Ventspils, Latvia; nationality Russia; alt. nationality Latvia; Gender Male; Tax ID No. 781306504007 (Russia) (individual) [RUSSIA-EO14024].

BELOZYOROV, Oleg Valentinovich (Cyrillic: БЕЛОЗЁРОВ, Олег Валентинович) (a.k.a. BELOSEROV, Oleg; a.k.a. BELOZEROV, Oleg Valentinovich), Russia; DOB 26 Sep 1969; POB Ventspils, Latvia; nationality Russia; alt. nationality Latvia; Gender Male; Tax ID No. 781306504007 (Russia) (individual) [RUSSIA-EO14024].

BELS FLOWERS IMPORT EXPORT BVBA, Lange Lobroekstraat 8, Antwerpen 2060, Belgium; C.R. No. 478351540 (Belgium) [SDNTK].

BELSECURITYGROUP (a.k.a. GARDSERVICE; f.k.a. LIMITED LIABILITY COMPANY BELSEKYURITIGRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛСЕКЬЮРИТИГРУПП); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU GARDSERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАРДСЕРВИС); a.k.a. OOO GARDSERVIS (Cyrillic: ООО ГАРДСЕРВИС); a.k.a. TAA HARDSERVIS (Cyrillic: ТАА ГАРДСЭРВIС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU HARDSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ГАРДСЭРВIС)), Karvata St., Building 85, Minsk 220138, Belarus (Cyrillic: ул. Карвата, д. 85, Минск 220138, Belarus); Organization Established Date 19 Nov 2019; Registration Number 193344802 (Belarus) [BELARUS-EO14038].

BELSHINA OAO (a.k.a. BELSHINA OJSC; a.k.a. BELSHINA TYRE WORKS OAO; a.k.a. JSC BELSHINA; f.k.a. RUP BELORUSSKY SHINNY KOMBINAT BELSHINA), Minsk Highway, Bobruisk, Mogilev region, Belarus; Minsk Highway Bobruisk, 213824, Mogilev Region, Belarus; Minskoye schosse Bobruisk 213824, Mogilevskaya oblast, Belarus [BELARUS].

BELSHINA OJSC (a.k.a. BELSHINA OAO; a.k.a. BELSHINA TYRE WORKS OAO; a.k.a. JSC BELSHINA; f.k.a. RUP BELORUSSKY SHINNY KOMBINAT BELSHINA), Minsk Highway, Bobruisk, Mogilev region, Belarus; Minsk Highway Bobruisk, 213824, Mogilev Region, Belarus; Minskoye schosse Bobruisk 213824, Mogilevskaya oblast, Belarus [BELARUS].

BELSHINA TYRE WORKS OAO (a.k.a. BELSHINA OAO; a.k.a. BELSHINA OJSC; a.k.a. JSC BELSHINA; f.k.a. RUP BELORUSSKY SHINNY KOMBINAT BELSHINA), Minsk Highway, Bobruisk, Mogilev region, Belarus; Minsk Highway Bobruisk, 213824, Mogilev Region, Belarus; Minskoye schosse Bobruisk 213824, Mogilevskaya oblast, Belarus [BELARUS].

BELSPETSVNESHTECHNIKA GVTUP (Cyrillic: БЕЛСПЕЦВНЕШТЕХНИКА ГВТУП) (a.k.a. SFTUE BELSPETSVNESHTECHNIKA (Cyrillic: ГВТУП БЕЛСПЕЦВНЕШТЕХНИКА); a.k.a. STATE OWNED FOREIGN TRADE UNITARY ENTERPRISE BELSPETSVNESHTECHNIKA (Cyrillic: ГОСУДАРСТВЕННОЕ ВНЕШТОРГОВОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ БЕЛСПЕЦВНЕШТЕХНИКА)), st. Kalinovskogo, 8, Minsk 220103, Belarus (Cyrillic: ул. Калиновского, д. 8, Минск 220103, Belarus); Organization Established Date 18 Dec 1995; Registration Number 101080981 (Belarus) [BELARUS-EO14038].

BELTECHEXPORT (a.k.a. BELTECHEXPORT COMPANY; a.k.a. BELTECHEXPORT COMPANY CJSC; a.k.a. CJSC BELTECHEXPORT (Cyrillic: ЗАО БЕЛТЕХЭКСПОРТ)), Nezavisimosti Ave. 86-B, Minsk 220012, Belarus; Organization Established Date 26 Jan 1993 [BELARUS-EO14038].

BELTECHEXPORT COMPANY (a.k.a. BELTECHEXPORT; a.k.a. BELTECHEXPORT COMPANY CJSC; a.k.a. CJSC BELTECHEXPORT (Cyrillic: ЗАО БЕЛТЕХЭКСПОРТ)), Nezavisimosti Ave. 86-B, Minsk 220012, Belarus; Organization Established Date 26 Jan 1993 [BELARUS-EO14038].

BELTECHEXPORT COMPANY CJSC (a.k.a. BELTECHEXPORT; a.k.a. BELTECHEXPORT COMPANY; a.k.a. CJSC BELTECHEXPORT (Cyrillic: ЗАО БЕЛТЕХЭКСПОРТ)), Nezavisimosti Ave. 86-B, Minsk 220012, Belarus; Organization Established Date 26 Jan 1993 [BELARUS-EO14038].

BELTRAN ARAUJO, Amberto, Mexico; DOB 12 Dec 1988; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. BEAA881212HSLLRM08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

BELTRAN ARAUJO, Mario German (a.k.a. "EL NINON"), Mexico; DOB 14 May 1992; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. BEAM920514HSRLRR03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

BELTRAN GARCIA, Victor Francisco, Guadalajara, Jalisco, Mexico; DOB 07 May 1972; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. BEGV720507HJCLRC02 (Mexico) (individual) [SDNTK].

BELTRAN LEYVA ORGANIZATION (a.k.a. "BLO"), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

BELTRAN LEYVA, Alfredo (a.k.a. BELTRAN LEYVA, Hector Alfredo), Mexico; DOB 21 Jan 1971; POB La Palma, Badiraguato, Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

BELTRAN LEYVA, Arturo (a.k.a. BELTRAN LEYVA, Arturo Guzman; a.k.a. BELTRAN LEYVA, Marcos Arturo; a.k.a. "EL BARBAS"; a.k.a. "EL FANTASMA"), Avenida Juan de la Barrera No. 1970, Colonia Burocrata, Culiacan, Sinaloa, Mexico; Calle Francisco Marquez, Colonia Chapultepec, Culiacan, Sinaloa, Mexico; Calle Cerro, Colinas de San Miguel, Culiacan, Sinaloa, Mexico; Monterrey, Nuevo Leon, Mexico; Nogales, Sonora, Mexico; Tijuana, Baja California, Mexico; Acapulco, Guerrero, Mexico; Nuevo Leon, Nuevo Leon, Mexico; Guamuchil, Sinaloa, Mexico; DOB 27 Sep 1961; alt. DOB 21 Sep 1961; alt. DOB 05 Jun 1962; alt. DOB 05 Feb 1958; POB Culiacan, Sinaloa, Mexico; alt. POB Badiraguato, Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

BELTRAN LEYVA, Arturo Guzman (a.k.a. BELTRAN LEYVA, Arturo; a.k.a. BELTRAN LEYVA, Marcos Arturo; a.k.a. "EL BARBAS"; a.k.a. "EL FANTASMA"), Avenida Juan de la Barrera No. 1970, Colonia Burocrata, Culiacan, Sinaloa, Mexico; Calle Francisco Marquez, Colonia Chapultepec, Culiacan, Sinaloa, Mexico; Calle Cerro, Colinas de San Miguel, Culiacan, Sinaloa, Mexico; Monterrey, Nuevo Leon, Mexico; Nogales, Sonora, Mexico; Tijuana, Baja California, Mexico; Acapulco, Guerrero, Mexico; Nuevo Leon, Nuevo Leon,

Mexico; Guamuchil, Sinaloa, Mexico; DOB 27 Sep 1961; alt. DOB 21 Sep 1961; alt. DOB 05 Jun 1962; alt. DOB 05 Feb 1958; POB Culiacan, Sinaloa, Mexico; alt. POB Badiraguato, Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

BELTRAN LEYVA, Hector (a.k.a. BELTRAN LEYVA, Mario Alberto; a.k.a. RIVERA MUNOZ, Alonso), Mexico; DOB 01 Jan 1960; POB Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

BELTRAN LEYVA, Hector Alfredo (a.k.a. BELTRAN LEYVA, Alfredo), Mexico; DOB 21 Jan 1971; POB La Palma, Badiraguato, Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

BELTRAN LEYVA, Marcos Arturo (a.k.a. BELTRAN LEYVA, Arturo; a.k.a. BELTRAN LEYVA, Arturo Guzman; a.k.a. "EL BARBAS"; a.k.a. "EL FANTASMA"), Avenida Juan de la Barrera No. 1970, Colonia Burocrata, Culiacan, Sinaloa, Mexico; Calle Francisco Marquez, Colonia Chapultepec, Culiacan, Sinaloa, Mexico; Calle Cerro, Colinas de San Miguel, Culiacan, Sinaloa, Mexico; Monterrey, Nuevo Leon, Mexico; Nogales, Sonora, Mexico; Tijuana, Baja California, Mexico; Acapulco, Guerrero, Mexico; Nuevo Leon, Nuevo Leon, Mexico; Guamuchil, Sinaloa, Mexico; DOB 27 Sep 1961; alt. DOB 21 Sep 1961; alt. DOB 05 Jun 1962; alt. DOB 05 Feb 1958; POB Culiacan, Sinaloa, Mexico; alt. POB Badiraguato, Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

BELTRAN LEYVA, Mario Alberto (a.k.a. BELTRAN LEYVA, Hector; a.k.a. RIVERA MUNOZ, Alonso), Mexico; DOB 01 Jan 1960; POB Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

BELTRAN MEZA, Ramon (a.k.a. ARELLANO FELIX, Francisco Javier; a.k.a. ARELLANO FELIX, Javier; a.k.a. DIAZ MEDINA, Javier; a.k.a. LARA ALVAREZ, Jose Luis); DOB 21 Nov 1969; alt. DOB 12 Dec 1969; POB Culiacan, Sinaloa, Mexico (individual) [SDNTK].

BELTRAN ROMERO, Mireya Denisse, Paseo Estrella de Mar No. 1210, Seccion Coronado, Colonia Playas, Tijuana, Baja California, Mexico; c/o OPERADORA INTEGRAL DE COMERCIO, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o TECNOLOGIA DIGITAL Y SERVICIOS, S.A. DE C.V., Tijuana, Baja California, Mexico; DOB 11 Mar 1981; POB Tijuana, Baja California, Mexico; nationality Mexico; citizen Mexico; Passport 03900215458

(Mexico); R.F.C. BERM810311CF0 (Mexico) (individual) [SDNTK].

BELTRAN SANCHEZ, Hector Manuel, Paseo Estrella Del Mar No. 1210, Playas de Tijuana, Tijuana, Baja California, Mexico; c/o OPERADORA INTEGRAL DE COMERCIO, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o TECNOLOGIA DIGITAL Y SERVICIOS, S.A. DE C.V., Tijuana, Baja California, Mexico; Manuel M. Flores 20 Montebello, Tijuana, Baja California, Mexico; DOB 02 Mar 1952; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. BESH520302AS4 (Mexico) (individual) [SDNTK].

BELVESHECONOMBANK OAO (a.k.a. BANK BELVEB OJSC; a.k.a. BANK BELVEB OPEN JOINT STOCK COMPANY; a.k.a. BELVNESHECONOMBANK OPEN JOINT STOCK COMPANY), 29 Pobeditelei ave., Minsk 220004, Belarus; Myasnikova, 32, Minsk 220050, Belarus; SWIFT/BIC BELBBY2X; Website bveb.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 23 Dec 1991; Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Legal Entity Number 25340038P8SYW80B9W34 (Russia); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

BELVNESHECONOMBANK OPEN JOINT STOCK COMPANY (a.k.a. BANK BELVEB OJSC; a.k.a. BANK BELVEB OPEN JOINT STOCK COMPANY; a.k.a. BELVESHECONOMBANK OAO), 29 Pobeditelei ave., Minsk 220004, Belarus; Myasnikova, 32, Minsk 220050, Belarus; SWIFT/BIC BELBBY2X; Website bveb.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 23 Dec 1991; Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Legal Entity Number 25340038P8SYW80B9W34 (Russia); All offices

worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

BELVNESHPROMSERVICE, 2 Kazinets Street, Minsk 220099, Belarus; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

BELYAEVA, Maria Anatolyevna (a.k.a. BOVDA, Maria Anatolyevna), Russia; DOB 21 Feb 1986; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

BELYKH, Irina Viktorovna (Cyrillic: БЕЛЫХ, Ирина Викторовна), Russia; DOB 16 Aug 1964; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BEN ABDELHAKIM, Cherif Said (a.k.a. ABOU SALMAN; a.k.a. AL-CHERIF, Said Ben Abdelhakim Ben Omar; a.k.a. "DJALLAL"; a.k.a. "YOUCEF"), Corso Lodi 59, Milan, Italy; DOB 25 Jan 1970; POB Menzel Temine, Tunisia; nationality Tunisia; Passport M307968 issued 08 Sep 2001 expires 07 Sep 2006; arrested 30 Sep 2002 (individual) [SDGT].

BEN ATTIA, Nabil Ben Mohamed Ben Ali, Tunis, Tunisia; DOB 11 May 1966; POB Tunis, Tunisia; nationality Tunisia; Passport L289032 issued 22 Aug 2001 expires 21 Aug 2006 (individual) [SDGT].

BEN AZZA, Youssef (Arabic: يوسف بن عزة) (a.k.a. "YOUSSEF BENZ"), Apt 2806, Sadaf 6, Marsa, 34JP+9XJ, Jumeirah Beach Residence, Dubai, United Arab Emirates; DOB 24 Jan 1987; POB Antwerp, Belgium; nationality Belgium; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

BEN DAHA, Mahri Sidi Amar (a.k.a. DAHA, Sidi Amar Ould; a.k.a. DAHA, Yoro Ould; a.k.a. DAYA, Yoro Ould; a.k.a. "Yoro"), Golf Rue 708 Door 345, Gao, Mali; DOB 1978; POB Djebock, Mali; nationality Mali; Gender Male; National ID No. 11262/1547 (Mali) (individual) [MALI-EO13882].

BEN HAMMEDI, Mohammed (a.k.a. BENHAMMEDI, Mohammed; a.k.a. BIN HAMMIDI, Muhammad Muhammad; a.k.a.

HANNADI, Mohamed; a.k.a. "ABU AL QASSAM"; a.k.a. "ABU HAJIR"; a.k.a. "ABU HAJIR AL LIBI"; a.k.a. "HAMMEDI, Ben"; a.k.a. "PANHAMEDI"), Midlands, United Kingdom; DOB 22 Sep 1966; POB Libya; citizen Libya (individual) [SDGT].

BEN HANI, Al As'ad (a.k.a. BEN HENI, Lased); DOB 05 Feb 1969; POB Libya; alt. POB Tripoli (individual) [SDGT].

BEN HENI, Lased (a.k.a. BEN HANI, Al As'ad); DOB 05 Feb 1969; POB Libya; alt. POB Tripoli (individual) [SDGT].

BEN KHALIFA, Fahmi (a.k.a. AL IDRISI, Fehmi Abu Zaid Salem; a.k.a. BEN KHALIFA, Fahmi Mousa Saleem; a.k.a. BIN KHALIFA, Fahmi; a.k.a. SALEM, al Idrisi Fehmi Abu Zaid; a.k.a. "Fahmi Slim"; a.k.a. "King of Zawarah"), Sarage El Islam, Tripoli, Libya; Zuwarah, Libya; DOB 02 Jan 1972; nationality Libya; Gender Male; National ID No. 560147C (Libya) (individual) [LIBYA3].

BEN KHALIFA, Fahmi Mousa Saleem (a.k.a. AL IDRISI, Fehmi Abu Zaid Salem; a.k.a. BEN KHALIFA, Fahmi; a.k.a. BIN KHALIFA, Fahmi; a.k.a. SALEM, al Idrisi Fehmi Abu Zaid; a.k.a. "Fahmi Slim"; a.k.a. "King of Zawarah"), Sarage El Islam, Tripoli, Libya; Zuwarah, Libya; DOB 02 Jan 1972; nationality Libya; Gender Male; National ID No. 560147C (Libya) (individual) [LIBYA3].

BEN PAZI, Neria (a.k.a. BEN PAZI, Neriya (Hebrew: נריה בן פזי)), Havat Rimonim, West Bank; DOB 28 Nov 1993; nationality Israel; Gender Male; National ID No. 311509004 (Israel) (individual) [WEST-BANK-EO14115].

BEN PAZI, Neriya (Hebrew: נריה בן פזי) (a.k.a. BEN PAZI, Neria), Havat Rimonim, West Bank; DOB 28 Nov 1993; nationality Israel; Gender Male; National ID No. 311509004 (Israel) (individual) [WEST-BANK-EO14115].

BEN SOLTANE, Adel (a.k.a. BEN SOLTANE, Adel Ben Al-Azhar Ben Youssef), Via Latisana n. 6, Milan, Italy; DOB 14 Jul 1970; POB Tunis, Tunisia; nationality Tunisia; Passport M408665 issued 04 Oct 2000 expires 03 Oct 2005; Italian Fiscal Code BNSDLA70L14Z352B (individual) [SDGT].

BEN SOLTANE, Adel Ben Al-Azhar Ben Youssef (a.k.a. BEN SOLTANE, Adel), Via Latisana n. 6, Milan, Italy; DOB 14 Jul 1970; POB Tunis, Tunisia; nationality Tunisia; Passport M408665 issued 04 Oct 2000 expires 03 Oct 2005; Italian Fiscal Code BNSDLA70L14Z352B (individual) [SDGT].

BENA (a.k.a. BANNA PROPERTIES; a.k.a. BENA PROPERTIES), Cham Holding Building, Daraa Highway, Sahnaya Area, P.O. Box 9525, P.O. Box 9525, Damascus, Syria, Syria [SYRIA].

BENA PROPERTIES (a.k.a. BANNA PROPERTIES; a.k.a. BENA), Cham Holding Building, Daraa Highway, Sahnaya Area, P.O. Box 9525, P.O. Box 9525, Damascus, Syria, Syria [SYRIA].

BENAH, Yasin (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yassin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BENAH, Yassin (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yassin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BENAVIDES RONDON, Williams Jose, Venezuela; DOB 04 Apr 1981; POB Guanipa, Anzoategui, Venezuela; nationality Venezuela; Gender Male; Cedula No. V-15631775 (Venezuela) (individual) [VENEZUELA].

BENAVIDES TORRES, Antonio Jose (Latin: BENAVIDES TORRES, Antonio José); DOB 13 Jun 1961; POB Venezuela; citizen Venezuela; Gender Male; Cedula No. 6.371.374 (Venezuela); Passport 026719333 (Venezuela) expires 24 Aug 2014; Major General, Commander of the Strategic Region for the Integral Defense (REDI) of the Central Region, Venezuela's Bolivarian National Armed Forces (FANB); former Division General, Director of Operations, Venezuela's Bolivarian National Guard (GNB) (individual) [VENEZUELA].

BENAX, Yassin (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yasiin Cali; a.k.a.

BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BENDEBKA, L'Hadi (a.k.a. "ABD AL HADI"; a.k.a. "HADI"), Via Garibaldi, 70, San Zenone al Po, Pavia, Italy; Via Manzoni, 33, Cinisello Balsamo, Milan, Italy; DOB 17 Nov 1963; POB Algiers Algeria (individual) [SDGT].

BENDET, Salomon Tokolonga (a.k.a. TOKOLONGA, Salomon), Congo, Democratic Republic of the; DOB 17 Apr 1972; POB Kishandja, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO].

BENEATHCO DMCC (a.k.a. BENEATHCO GENERAL TRADING DMCC), Unit No: 3O-01-1432, Jewellery and Gemplex 3, Plot No: DMCC-PH2-JandGPlexS, Jewellery and Gemplex, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

BENEATHCO GENERAL TRADING DMCC (a.k.a. BENEATHCO DMCC), Unit No: 3O-01-1432, Jewellery and Gemplex 3, Plot No: DMCC-PH2-JandGPlexS, Jewellery and Gemplex, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13846] (Linked To: NATIONAL IRANIAN OIL COMPANY).

BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH

PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org [SDGT] (Linked To: HAMAS).

BENEVOLENCE EDUCATIONAL CENTER (a.k.a. BECF CHARITABLE EDUCATIONAL CENTER; a.k.a. BIF-BOSNIA; a.k.a. BOSANSKA IDEALNA FUTURA; a.k.a. BOSNIAN IDEAL FUTURE), Salke Lagumdzije 12, Sarajevo 71000, Bosnia and Herzegovina; Hadzije, Mazica Put 16F, Zenica 72000, Bosnia and Herzegovina; Sehidska, Street, Breza, Bosnia and Herzegovina; Kanal, 1, Zenica 72000, Bosnia and Herzegovina; Hamze, Celenke 35, Ilidza, Sarajevo, Bosnia and Herzegovina [SDGT].

BENEVOLENCE INTERNATIONAL FOUNDATION (a.k.a. AL BIR AL DAWALIA; a.k.a. BIF-USA; a.k.a. MEZHDUNARODNYJ BLAGOTVORITEL'NYJ FOND; a.k.a. "BIF"), Bashir Safar Ugli 69, Baku, Azerbaijan; 69 Boshir Safaroglu St., Baku, Azerbaijan; Sarajevo, Bosnia and Herzegovina; Zenica, Bosnia and Herzegovina; 3 King Street, South Waterloo, Ontario N2J 3Z6, Canada; P.O. Box 1508 Station B, Mississauga, Ontario L4Y 4G2, Canada; 2465 Cawthra Rd., #203, Mississauga, Ontario L5A 3P2, Canada; Ottawa, Canada; Grozny, Chechnya, Russia; 91 Paihonggou, Lanzhou, Gansu, China; Hrvatov 30, 41000, Zagreb, Croatia; Makhachkala, Daghestan, Russia; Duisi, Georgia; Tbilisi, Georgia; Nazran, Ingushetia, Russia; Burgemeester Kessensingel 40, Maastricht, Netherlands; House 111, First Floor, Street 64, F-10/3, Islamabad, Pakistan; Azovskaya 6, km. 3, off. 401, Moscow, Russia; P.O. Box 1055, Peshawar, Pakistan; Ulitsa Oktyabr'skaya, dom. 89, Moscow, Russia; P.O. Box 1937, Khartoum, Sudan; P.O. Box 7600, Jeddah 21472, Saudi Arabia; P.O. Box 10845,

Riyadh 11442, Saudi Arabia; Dushanbe, Tajikistan; United Kingdom; Afghanistan; Bangladesh; Bosnia and Herzegovina; Gaza Strip, Palestinian; Yemen; IL, United States; US FEIN 36-3823186 [SDGT].

BENEVOLENCE INTERNATIONAL FUND (a.k.a. BENEVOLENT INTERNATIONAL FUND; a.k.a. BIF-CANADA), 2465 Cawthra Rd., Unit 203, Mississauga, Ontario L5A 3P2, Canada; P.O. Box 1508, Station B, Mississauga, Ontario L4Y 4G2, Canada; P.O. Box 40015, 75 King Street South, Waterloo, Ontario N2J 4V1, Canada; 92 King Street, 201, Waterloo, Ontario N2J 1P5, Canada [SDGT].

BENEVOLENCE INTERNATIONAL NEDERLAND (a.k.a. STG.BENEVOLENCE INTERNATIONAL NEDERLAND; a.k.a. STICHTING BENEVOLENCE INTERNATIONAL NEDERLAND), Radeborg 14 B, Maastricht 6228CV, Netherlands; Postbus 1149, Maastricht 6201BC, Netherlands; Registration ID 14063277 [SDGT].

BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris

75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org [SDGT] (Linked To: HAMAS).

BENEVOLENT INTERNATIONAL FUND (a.k.a. BENEVOLENCE INTERNATIONAL FUND; a.k.a. BIF-CANADA), 2465 Cawthra Rd., Unit 203, Mississauga, Ontario L5A 3P2, Canada; P.O. Box 1508, Station B, Mississauga, Ontario L4Y 4G2, Canada; P.O. Box 40015, 75 King Street South, Waterloo, Ontario N2J 4V1, Canada; 92 King Street, 201, Waterloo, Ontario N2J 1P5, Canada [SDGT].

BENGHALEM, Salim, Syria; DOB 06 Jul 1980; POB Bourg la Reine, France; nationality France (individual) [SDGT].

BENGOECHEA, Jose Antonio Urruticoechea (a.k.a. BENGOETXEA, Jose Antonio Urrutikoetxea; a.k.a. TERNERA, Josu); DOB 24 Dec 1950; POB Miravalles, Vizcaya, Spain; nationality Spain; Identification Number 14 884 849 (Spain); Member of the Basque Fatherland and Liberty (ETA) and is Fugitive, Wanted for Terrorism (individual) [SDGT].

BENGOETXEA, Jose Antonio Urrutikoetxea (a.k.a. BENGOECHEA, Jose Antonio Urruticoechea; a.k.a TERNERA, Josu); DOB 24 Dec 1950; POB Miravalles, Vizcaya, Spain; nationality Spain; Identification Number 14 884 849 (Spain); Member of the Basque Fatherland and Liberty (ETA) and is Fugitive, Wanted for Terrorism (individual) [SDGT].

BENHAMMEDI, Mohammed (a.k.a. BEN HAMMEDI, Mohammed; a.k.a. BIN HAMMIDI, Muhammad Muhammad; a.k.a. HANNADI, Mohamed; a.k.a. "ABU AL QASSAM"; a.k.a. "ABU HAJIR"; a.k.a. "ABU HAJIR AL LIBI"; a.k.a. "HAMMEDI, Ben"; a.k.a. "PANHAMMEDI"), Midlands, United Kingdom; DOB 22 Sep 1966; POB Libya; citizen Libya (individual) [SDGT].

BENSON, Nnamdi Orson, Nigeria; DOB 21 Mar 1987; nationality Nigeria; Gender Male; Passport A06417829 (Nigeria) (individual) [CYBER2].

BEQIRI, Hidajet (a.k.a. BEQIRI, Idajet); DOB 20 Feb 1951; POB Mallakaster Fier, Albania (individual) [BALKANS].

BEQIRI, Idajet (a.k.a. BEQIRI, Hidajet); DOB 20 Feb 1951; POB Mallakaster Fier, Albania (individual) [BALKANS].

BERASATEGUI ESCUDERO, Ismael; DOB 15 Mar 1963; POB Eibar Guipuzcoa Province,

Spain; D.N.I. 15.379.555; Member ETA (individual) [SDGT].

BERATEX GROUP LIMITED (a.k.a. BERATEX GROUP LTD.), Suite 1, Sound and Vision House, Francis Rachel Street, Victoria, Mahe, Seychelles; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

BERATEX GROUP LTD. (a.k.a. BERATEX GROUP LIMITED), Suite 1, Sound and Vision House, Francis Rachel Street, Victoria, Mahe, Seychelles; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

BERCIAN MANCHON, Moris Alexander (a.k.a. "EL BARNEY"); DOB 30 Oct 1984; POB San Salvador, El Salvador; nationality El Salvador (individual) [TCO].

BEREZIN, Fedor (a.k.a. BEREZIN, Fyodor; a.k.a. BEREZIN, Fyodor Dmitrievich); DOB 07 Feb 1960; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BEREZIN, Fyodor (a.k.a. BEREZIN, Fedor; a.k.a. BEREZIN, Fyodor Dmitrievich); DOB 07 Feb 1960; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BEREZIN, Fyodor Dmitrievich (a.k.a. BEREZIN, Fedor; a.k.a. BEREZIN, Fyodor); DOB 07 Feb 1960; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BEREZKIN, Sergei Vladimirovich (Cyrillic: БЕРЁЗКИН, Сергей Владимирович) (a.k.a. BERYOZKIN, Sergey Vladimirovich), Russia; DOB 23 Jun 1955; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BERHAN, Dr. Sahir (a.k.a. AL-DEEN, Saher Burhan; a.k.a. BARHAN, Dr. Sahir; a.k.a. BURHAN, Dr. Sahir; a.k.a. BURHAN, Sahir), United Arab Emirates; Baghdad, Iraq; DOB 1967; nationality Iraq (individual) [IRAQ2].

BERICH, Naim (a.k.a. BARAICH, Mullah Naeem; a.k.a. BARECH AKHUND, Mullah Naim; a.k.a. BARECH, Mullah Naim; a.k.a. BAREH, Mullah

Naim; a.k.a. BARIC, Mullah Naeem; a.k.a. BARICH, Haji Gul Mohammed Naim; a.k.a. BARICH, Mohammad Naim; a.k.a. BARICH, Mullah Naim; a.k.a. "HAJI GUL MOHAMMAD"; a.k.a. "MULLAH NAIMULLAH"); DOB 01 Jan 1975; alt. DOB 01 Jan 1974; alt. DOB 01 Jan 1976; POB Lakhi Village, Hazarjuft Area, Garmsir District, Helmand Province, Afghanistan; alt. POB Laki Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Lakari Village, Garmsir District, Helmand Province, Afghanistan; alt. POB Darvishan, Garmsir District, Helmand Province, Afghanistan; alt. POB De Luy Wiyalah Village, Garmsir District, Helmand Province, Afghanistan; nationality Afghanistan (individual) [SDNTK].

BERIEV AIRCRAFT COMPANY (a.k.a. PJSC TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПАО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА); a.k.a. PJSC TASTC N.A. G.M. BERIEV; a.k.a. PUBLIC JOINT STOCK COMPANY TAGANROG AVIATION SCIENTIFIC-TECHNICAL COMPLEX N.A. G.M. BERIEV (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАГАНРОГСКИЙ АВИАЦИОННЫЙ НАУЧНО-ТЕХНИЧЕСКИЙ КОМПЛЕКС ИМ. Г.М. БЕРИЕВА); a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO TAGANROGSKI AVIATSIONNY NAUCHNO TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA; f.k.a. TAGANROGSKI AVIATSIONNY NAUCHNO-TEKHNICHESKI KOMPLEKS IM. G.M. BERIEVA PAO; a.k.a. TANTK IM.G.M. BERIEVA PAO), d. 1, pl. Aviatorov, Taganrog, Rostovskaya Oblast 347923, Russia (Cyrillic: д.1, пл. Авиаторов, Таганрог, Ростовская область 347923, Russia); Organization Established Date 13 Jul 1994; Target Type State-Owned Enterprise; Tax ID No. 6154028021 (Russia); Registration Number 1026102571065 (Russia) [RUSSIA-EO14024].

BERKENRODE BVBA (a.k.a. ALAXY; a.k.a. ALAXY BVBA), Jacob Jacobsstraat 56, Antwerp 2018, Belgium; Organization Type: Other business support service activities n.e.c.; Target Type Private Company; Enterprise Number 0478862274 (Belgium) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

BERMUDEZ MEJIA, Luis Antonio (a.k.a. "TATA"; a.k.a. "TONO" (Latin: "TOÑO")), Colombia;

DOB 11 Apr 1969; POB Barrancas, La Guajira, Colombia; citizen Colombia; Gender Male; Cedula No. 84006210 (Colombia); Passport AM019495 (Colombia) (individual) [SDNTK].

BERMUDEZ SUAZA, Pedro Antonio (a.k.a. AGUILAR DEL BOSQUE, Mauricio; a.k.a. AGUILAR VELEZ, Luis Antonio; a.k.a. VEGA LUJAN, Diego Rodrigo; a.k.a. "EL ARQUITECTO"), c/o ASES DE COMPETENCIA Y CIA. S.A., Medellin, Colombia; c/o CONSTRUCTORA GUADALEST S.A., Medellin, Colombia; c/o FRANZUL S.A., Medellin, Colombia; c/o GRUPO GUADALEST S.A. DE C.V., Mexico City, Distrito Federal, Mexico; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; Av. Hipolito Taine 253 2, Col. Chapultepec Morales, Miguel Hidalgo, Mexico City, Distrito Federal 11560, Mexico; Camino a San Mateo 41, edificio Mackenzie, la Cuspide departamento 1003, Colonia Lomas Verdes, Naucalpan de Juarez, Estado de Mexico, Mexico; DOB 30 Mar 1957; alt. DOB 10 Mar 1958; alt. DOB 30 Mar 1959; alt. DOB 22 Aug 1959; POB Medellin, Colombia; alt. POB Huamantla, Tlaxcala, Mexico; Cedula No. 70123377 (Colombia); Passport 05400005349 (Colombia); Passport 05400005349 (Mexico); R.F.C. VELD580310 (Mexico); Credencial electoral AGBSMR59033015H800 (Mexico) (individual) [SDNT].

BERMUDEZ VALDERREY, Alberto Mirtiliano (a.k.a. MIRTILIANO BERMUDEZ, Alberto), Anaco, Anzoategui, Venezuela; DOB 17 Feb 1968; Gender Male; Cedula No. 9895508 (Venezuela) (individual) [VENEZUELA].

BERNAL MARTINEZ, Manuel Gregorio (Latin: BERNAL MARTÍNEZ, Manuel Gregorio); DOB 12 Jul 1965; POB Caracas, Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Cedula No. 6.976.131 (Venezuela); Passport 0502004 (Venezuela) expires 19 Feb 2014; Brigadier General, Chief of the 31st Armored Brigade of Caracas of Venezuela's Bolivarian Army; former Director General of Venezuela's Bolivarian National Intelligence Service (SEBIN) (individual) [VENEZUELA].

BERNAL ROSALES, Freddy Alirio, Caracas, Capital District, Venezuela; DOB 16 Jun 1962; POB San Cristobal, Tachira State, Venezuela; Gender Male; Cedula No. 5665018 (Venezuela); Passport B0500324 (Venezuela); Venezuela's Minister of Urban Agriculture (individual) [VENEZUELA].

BERNIKOV, Boris Olegovich, Russia; DOB 11 Mar 1988; POB Moscow, Russia; nationality Russia; Gender Male; Passport 750722630 (Russia) (individual) [RUSSIA-EO14024].

BERNOVA, Evgeniya Vladimirovna (a.k.a. ARTAMANOVA, Evgeniya Vladimirovna), Malta; Russia; France; Germany; DOB 26 Mar 1974; POB Potsdam, Germany; nationality Russia; alt. nationality Malta; citizen Russia; Gender Female; Passport 1185334 (Malta); alt. Passport 716415548 (Russia); National ID No. 4502572626 (Russia) (individual) [RUSSIA-EO14024] (Linked To: MALBERG LIMITED).

BERULAVA, Mikhail Nikolaevich (Cyrillic: БЕРУЛАВА, Михаил Николаевич), Russia; DOB 03 Aug 1950; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BERUSA, Brandon (a.k.a. AKMAL, Hakid; a.k.a. ALVARADO, Arnulfo; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Ahmad; a.k.a. DELLOSA, Habil Ahmad; a.k.a. DELLOSA, Habil Akmad; a.k.a. DELLOSA, Redendo Cain; a.k.a. DELLOSA, Redendo Cain Jabil; a.k.a. "ILONGGO, Abu"; a.k.a. "LLONGGO, Abu"; a.k.a. "MUADZ, Abu"), 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; SSN 33-3208848-3 (Philippines) (individual) [SDGT].

BERYOZKIN, Sergey Vladimirovich (a.k.a. BEREZKIN, Sergei Vladimirovich (Cyrillic: БЕРЁЗКИН, Сергей Владимирович)), Russia; DOB 23 Jun 1955; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BESEDA, Sergei (a.k.a. BESEDA, Sergei Orestovoch; a.k.a. BESEDA, Sergey); DOB 1954; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Commander of the Fifth Service of the FSB; Commander of the Service for Operational Information and International Communications of the FSB; FSB Colonel General; Colonel-General (individual) [UKRAINE-EO13661].

BESEDA, Sergei Orestovoch (a.k.a. BESEDA, Sergei; a.k.a. BESEDA, Sergey); DOB 1954; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Commander of the Fifth Service of the FSB; Commander of the Service for Operational Information and International Communications of the FSB; FSB

Colonel General; Colonel-General (individual) [UKRAINE-EO13661].

BESEDA, Sergey (a.k.a. BESEDA, Sergei; a.k.a. BESEDA, Sergei Orestovoch); DOB 1954; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Commander of the Service for Operational Information and International Communications of the FSB; FSB Colonel General; Colonel-General (individual) [UKRAINE-EO13661].

BESPALOV, Anton Sergeyevich, Russia; DOB 02 Feb 1981; nationality Russia; Gender Male (individual) [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

BESPALOV, Vladimir Aleksandrovich (a.k.a. BESPALOV, Vladimir Alexandrovich (Cyrillic: БЕСПАЛОВ, Владимир Александрович)), Kherson Region, Ukraine; DOB 01 Oct 1958; nationality Russia; Gender Male; National ID No. 390804904347 (Russia) (individual) [RUSSIA-EO14024].

BESPALOV, Vladimir Alexandrovich (Cyrillic: БЕСПАЛОВ, Владимир Александрович) (a.k.a. BESPALOV, Vladimir Aleksandrovich), Kherson Region, Ukraine; DOB 01 Oct 1958; nationality Russia; Gender Male; National ID No. 390804904347 (Russia) (individual) [RUSSIA-EO14024].

BESPROZVANNYKH, Aleksey Sergeevich (Cyrillic: БЕСПРОЗВАННЫХ, Алексей Сергеевич) (a.k.a. BESPROZVANNYKH, Alexey Sergeyevich), Moscow, Russia; DOB 23 Aug 1979; POB Ridder, Kazakhstan; nationality Russia; Gender Male; Tax ID No. 222408092578 (Russia) (individual) [RUSSIA-EO14024].

BESPROZVANNYKH, Alexey Sergeyevich (a.k.a. BESPROZVANNYKH, Aleksey Sergeevich (Cyrillic: БЕСПРОЗВАННЫХ, Алексей Сергеевич)), Moscow, Russia; DOB 23 Aug 1979; POB Ridder, Kazakhstan; nationality Russia; Gender Male; Tax ID No. 222408092578 (Russia) (individual) [RUSSIA-EO14024].

BESSARAB, Svetlana Viktorovna (Cyrillic: БЕССАРАБ, Светлана Викторовна), Russia; DOB 07 Dec 1970; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BESSARABOV, Daniil Vladimirovich (Cyrillic: БЕССАРАБОВ, Даниил Владимирович), Russia; DOB 09 Jul 1976; nationality Russia;

Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BESSONOV, Evgeny Ivanovich (a.k.a. BESSONOV, Yevgeniy Ivanovich (Cyrillic: БЕССОНОВ, Евгений Иванович)), Russia; DOB 26 Nov 1968; POB Rostov-Na-Donu, Russia; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian (individual) [RUSSIA-EO14024].

BESSONOV, Yevgeniy Ivanovich (Cyrillic: БЕССОНОВ, Евгений Иванович) (a.k.a. BESSONOV, Evgeny Ivanovich), Russia; DOB 26 Nov 1968; POB Rostov-Na-Donu, Russia; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian (individual) [RUSSIA-EO14024].

BEST DIAMOND HOUSE DMCC (Arabic: بست دايموند هاوس د.م.م.), 23-C Almas Tower, Dubai, United Arab Emirates; P.O. Box 78501, Dubai, United Arab Emirates; 3O-01-3099 Jewellery & Gemplex 3, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 May 2005; Organization Type: Wholesale of jewelry, watches, precious stones, and precious metals; Registration Number DMCC-30193 (United Arab Emirates); alt. Registration Number DMCC-0399 (United Arab Emirates) [SDGT] (Linked To: AHMAD, Nazem Said).

BEST SPORT COMPANY, Purcellstraat 4, GZ, Boxtel 5283, Netherlands; Website www.bodylab.company; Organization Established Date 15 Jul 2019; Tax ID No. 860622253 (Netherlands) [ILLICIT-DRUGS-EO14059] (Linked To: DE KONING, Martinus Pterus Henrikus).

BEST SPORT COMPANY B.V. Purcellstraat 4, GZ, Boxtel 5283, Netherlands; Organization Established Date 31 Mar 2021; Tax ID No. 862457051 (Netherlands) [ILLICIT-DRUGS-EO14059] (Linked To: A.A.M. PEIJNENBURG HOLDING B.V.; Linked To: PEIJNENBURG, Alex Adrianus Martinus).

BEST2PAY LIMITED, Ul. Professora Popova D. 37, Lit. Shch, Pomeshch. 1-N (Komn.127), Saint Petersburg 197022, Russia; Website best2pay.net; Tax ID No. 7813531811 (Russia); Registration Number 1127847218674 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

BESTHINGS, S.A. DE C.V., Cancun, Quintana Roo, Mexico; Organization Established Date 26 Jul 2018; Organization Type: Travel agency activities; R.F.C. BES180726LM7 (Mexico); Folio Mercantil No. N-2018063459 (Mexico) [ILLICIT-DRUGS-EO14059].

BESTOP GLOBLE MFG LIMITED (Chinese Traditional: 百思拓 中國 製造有限公司), Room 10/1003, 1A-1L Weida Commercial Building, Tung Choi Street, Mong Kok, Kowloon, Hong Kong, China; 1398 Guanguang Road, Guanlan Town, Longhua, Shenzhen, China; Registration Number 1595837 (Hong Kong) [RUSSIA-EO14024].

BET CITY INTERNATIONAL D.O.O. SKOPJE, ADVERTISING, MARKETING, AND SERVICES COMPANY (a.k.a. BET SITI INTERNESHNL SKOPJE D.O.O.), Skupi 3A, Skopje 1020, North Macedonia, The Republic of; Tax ID No. 4057017537543 (North Macedonia, The Republic of) [BALKANS-EO14033] (Linked To: SAMSONENKO, Sergey; Linked To: KAMCEV, Jordan).

BET SITI INTERNESHNL SKOPJE D.O.O. (a.k.a. BET CITY INTERNATIONAL D.O.O. SKOPJE, ADVERTISING, MARKETING, AND SERVICES COMPANY), Skupi 3A, Skopje 1020, North Macedonia, The Republic of; Tax ID No. 4057017537543 (North Macedonia, The Republic of) [BALKANS-EO14033] (Linked To: SAMSONENKO, Sergey; Linked To: KAMCEV, Jordan).

BETONJERKA DOO ALEKSINAC (a.k.a. PRIVREDNO DRUSTVO ZA PROIZVODNJU BETONSKIH STUBOVA, TRAFO-STANICA I PRATECIH ELEMENATA ZA IZGRADNJU I ODRZAVANJE ELEKTROENERGETSKIH OBJEKATA BETONJERKA DOO ALEKSINAC), Autoput Bb, Aleksinac 18220, Serbia; Organization Established Date 28 Feb 1992; Organization Type: Manufacture of articles of concrete, cement and plaster; V.A.T. Number 100302988 (Serbia) [GLOMAG] (Linked To: INKOP DOO CUPRIJA).

BETTER FUTURE GENERAL TRADING CO LLC, P.O. Box 4358, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; License 561490 (United Arab Emirates); Registration Number 90960 (United Arab Emirates) [IRAN-EO13871] (Linked To: ESFAHAN'S MOBARAKEH STEEL COMPANY).

BETTERI SERVIS (a.k.a. BATTERY SERVICE LIMITED LIABILITY COMPANY; a.k.a. "BS OOO"), Pr-Kt Leningradskii D. 80/39, Moscow

125190, Russia; UL. Flotskaya D. 7, Floor 3, Pom.11, Moscow 125581, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7743738295 (Russia); Registration Number 1097746161810 (Russia) [RUSSIA-EO14024].

BEUN, Kimberley Catriona Lucinda, Eeklo, Belgium; DOB 21 May 1988; POB Oostburg, Netherlands; nationality Netherlands; Gender Female; Passport NUBF7PLH1 (Netherlands) expires 31 Oct 2024 (individual) [RUSSIA-EO14024] (Linked To: ERINER LIMITED).

BEURKLIAN, Anni (a.k.a. AJAKA, Anni), Lebanon; Bsalim, Majzoub St. #701, Bldg. #254, 3rd floor, Beirut, Lebanon; DOB 17 May 1969; nationality Lebanon; citizen United States (individual) [NPWMD] (Linked To: KATRANGI, Amir).

BEXHETI, Nuri; DOB 1962; POB Tetovo, Macedonia (individual) [BALKANS].

BEXLEY WAY GENERAL TRADING L.L.C. (Arabic: بكسلي واي للتجارة العامة ش.ذ.م.م.), Plot No. 114-405, Dubai, United Arab Emirates; P.O. Box 20579, Dubai, United Arab Emirates; P.O. Box 10847, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 06 Dec 2012; Commercial Registry Number 1105925 (United Arab Emirates); Registration Number 679880 (United Arab Emirates); alt. Registration Number 212281 (United Arab Emirates) [SDGT] (Linked To: AHMAD, Nazem Said).

BEYNAH, Yasin (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yassin; a.k.a. BINAH, Yassin; a.k.a. CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BEZDENEZHNYKH, Sergei Vyacheslavovich (Cyrillic: БЕЗДЕНЕЖНЫХ, Сергей Вячеславович) (a.k.a. BEZDENEZHNYKH, Sergey Vyacheslavovich), Russia; DOB 25 Aug

1979; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BEZDENEZHNYKH, Sergey Vyacheslavovich (a.k.a. BEZDENEZHNYKH, Sergei Vyacheslavovich (Cyrillic: БЕЗДЕНЕЖНЫХ, Сергей Вячеславович)), Russia; DOB 25 Aug 1979; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BEZDUDNIY, Yuriy Vasilevich (Cyrillic: БЕЗДУДНЫЙ, Юрий Васильевич) (a.k.a. BEZDUDNY, Yury Vasilevich), Nenets Autonomous Area, Russia; DOB 01 May 1969; POB Bryansk Region, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

BEZDUDNY, Yury Vasilevich (a.k.a. BEZDUDNIY, Yuriy Vasilevich (Cyrillic: БЕЗДУДНЫЙ, Юрий Васильевич)), Nenets Autonomous Area, Russia; DOB 01 May 1969; POB Bryansk Region, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

BEZLER, Igor (a.k.a. BEZLER, Igor Mykolaiovych; a.k.a. BEZLER, Igor Nikolayevich; a.k.a. BEZLER, Ihor); DOB 1965; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BEZLER, Igor Mykolaiovych (a.k.a. BEZLER, Igor; a.k.a. BEZLER, Igor Nikolayevich; a.k.a. BEZLER, Ihor); DOB 1965; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BEZLER, Igor Nikolayevich (a.k.a. BEZLER, Igor; a.k.a. BEZLER, Igor Mykolaiovych; a.k.a. BEZLER, Ihor); DOB 1965; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BEZLER, Ihor (a.k.a. BEZLER, Igor; a.k.a. BEZLER, Igor Mykolaiovych; a.k.a. BEZLER, Igor Nikolayevich); DOB 1965; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BEZRUKIKH, Dmitriy Nikolaevich (Cyrillic: БЕЗРУКИХ, Дмитрий Николаевич), Rostov Region, Russia; DOB 13 Dec 1973; POB Nevonka, Krasnoyarsk Region, Russia;

nationality Russia; citizen Russia; Gender Male; Tax ID No. 245719711109 (Russia) (individual) [RUSSIA-EO14024].

B-FINANCE LTD, Vanterpool Plaza, 2nd Floor, Wickhams Cay, Road Town, Tortola, Virgin Islands, British; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] [UKRAINE-EO13662] (Linked To: DERIPASKA, Oleg Vladimirovich).

BHAI, Chima (a.k.a. CHEEMA, Asim; a.k.a. CHEEMA, Azam; a.k.a. CHEEMA, Azzam; a.k.a. CHEEMA, Mohammed Azam; a.k.a. CHIMA, Azam; a.k.a. CHIMA, Azam), Islamabad, Pakistan; Muzaffarabad, Pakistan; Bahawalpur, Pakistan; DOB 1953; POB Faisalabad, Pakistan; nationality Pakistan; citizen Pakistan (individual) [SDGT].

BHARDWAJ, Anuj; Additional Sanctions Information - Subject to Secondary Sanctions; Passport Z4984865 expires 19 Jan 2029 (individual) [SDGT] (Linked To: MEHDI GROUP).

BHATTVI, Hafiz Abdul Salam (a.k.a. BHATTVI, Molvi Abdursalam; a.k.a. BHATTWI, Mullah Abdul Salaam; a.k.a. BHATTWI, Abdul Salam; a.k.a. BHUTTAVI, Hafiz Abdul Salam; a.k.a. BHUTVI, Abdul Salam; a.k.a. BHUTVI, Hafiz Abdussalaam; a.k.a. BUDVI, Abdul Salam; a.k.a. BUDVI, Hafiz Abdusalam); DOB 1940; POB Gujranwala, Punjab Province, Pakistan; nationality Pakistan (individual) [SDGT].

BHATTVI, Molvi Abdursalam (a.k.a. BHATTVI, Hafiz Abdul Salam; a.k.a. BHATTWI, Mullah Abdul Salaam; a.k.a. BHATTWI, Abdul Salam; a.k.a. BHUTTAVI, Hafiz Abdul Salam; a.k.a. BHUTVI, Abdul Salam; a.k.a. BHUTVI, Hafiz Abdussalaam; a.k.a. BUDVI, Abdul Salam; a.k.a. BUDVI, Hafiz Abdusalam); DOB 1940; POB Gujranwala, Punjab Province, Pakistan; nationality Pakistan (individual) [SDGT].

BHATTWI, Mullah Abdul Salaam (a.k.a. BHATTVI, Hafiz Abdul Salam; a.k.a. BHATTVI, Molvi Abdursalam; a.k.a. BHATTWI, Abdul Salam; a.k.a. BHUTTAVI, Hafiz Abdul Salam; a.k.a. BHUTVI, Abdul Salam; a.k.a. BHUTVI, Hafiz Abdussalaam; a.k.a. BUDVI, Abdul Salam; a.k.a. BUDVI, Hafiz Abdusalam); DOB 1940; POB Gujranwala, Punjab Province, Pakistan; nationality Pakistan (individual) [SDGT].

BHATTWI, Abdul Salam (a.k.a. BHATTVI, Hafiz Abdul Salam; a.k.a. BHATTVI, Molvi Abdursalam; a.k.a. BHATTWI, Mullah Abdul Salaam; a.k.a. BHUTTAVI, Hafiz Abdul Salam;

a.k.a. BHUTVI, Abdul Salam; a.k.a. BHUTVI, Hafiz Abdussalaam; a.k.a. BUDVI, Abdul Salam; a.k.a. BUDVI, Hafiz Abdusalam); DOB 1940; POB Gujranwala, Punjab Province, Pakistan; nationality Pakistan (individual) [SDGT].

BHEEL, Imam (a.k.a. BAZINGO, Mohammad Hyat; a.k.a. BAZINJO, Imam; a.k.a. BIZENJO, Mir Yaqub), Jiwani, Pakistan; Turbat, Pakistan; Gwadar, Pakistan; DOB 1956; alt. DOB 1946; nationality Pakistan (individual) [SDNTK].

BHORE, Mohammed Shaheed Ruknooddin, Flat No 14 Bhatiya Bldg, Mapari Mohalla Khend, Tal Chipiun Dis, Ratnagiri, Maharashtra, India; DOB 16 May 1987; nationality India; citizen India; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport J8854244 (India) (individual) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

BHUTTAVI, Hafiz Abdul Salam (a.k.a. BHATTVI, Hafiz Abdul Salam; a.k.a. BHATTVI, Molvi Abdursalam; a.k.a. BHATTWI, Mullah Abdul Salaam; a.k.a. BHATTWI, Abdul Salam; a.k.a. BHUTVI, Abdul Salam; a.k.a. BHUTVI, Hafiz Abdussalaam; a.k.a. BUDVI, Abdul Salam; a.k.a. BUDVI, Hafiz Abdusalam); DOB 1940; POB Gujranwala, Punjab Province, Pakistan; nationality Pakistan (individual) [SDGT].

BHUTVI, Abdul Salam (a.k.a. BHATTVI, Hafiz Abdul Salam; a.k.a. BHATTVI, Molvi Abdursalam; a.k.a. BHATTWI, Mullah Abdul Salaam; a.k.a. BHATTWI, Abdul Salam; a.k.a. BHUTTAVI, Hafiz Abdul Salam; a.k.a. BHUTVI, Hafiz Abdussalaam; a.k.a. BUDVI, Abdul Salam; a.k.a. BUDVI, Hafiz Abdusalam); DOB 1940; POB Gujranwala, Punjab Province, Pakistan; nationality Pakistan (individual) [SDGT].

BHUTVI, Hafiz Abdussalaam (a.k.a. BHATTVI, Hafiz Abdul Salam; a.k.a. BHATTVI, Molvi Abdursalam; a.k.a. BHATTWI, Mullah Abdul Salaam; a.k.a. BHATTWI, Abdul Salam; a.k.a. BHUTTAVI, Hafiz Abdul Salam; a.k.a. BHUTVI, Abdul Salam; a.k.a. BUDVI, Abdul Salam; a.k.a. BUDVI, Hafiz Abdusalam); DOB 1940; POB Gujranwala, Punjab Province, Pakistan; nationality Pakistan (individual) [SDGT].

BI MUHAMMED, Abu Muhammed Abubakar (a.k.a. BIN MOHAMMED, Abu Mohammed Abubakar; a.k.a. SHEKAU, Abubakar; a.k.a. "SHAYKU"; a.k.a. "SHEHU"; a.k.a. "SHEKAU"), Nigeria; DOB 1969; POB Shekau Village, Yobe State, Nigeria (individual) [SDGT].

BI SIDI, Souleymane (a.k.a. ABASS, Sidiki; a.k.a. ABBAS, Sidiki; a.k.a. SIDIKI, Abbas; a.k.a. SOULEMAN, Bi Sidi; a.k.a. SOULEMANE, Bi Sidi; a.k.a. SOULEYMANE, Bi Sidi; a.k.a. SOULIMANE, Sidiki Abass; a.k.a. "Sidiki"), Central African Republic; DOB 20 Jul 1962; POB Bocaranga, Ouham-Pende prefecture, Central African Republic; nationality Central African Republic; alt. nationality Chad; alt. nationality Cameroon; Gender Male (individual) [CAR].

BIBIKOVA, Yelena Vasilyevna (Cyrillic: БИБИКОВА, Елена Васильевна), Russia; DOB 23 Sep 1956; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BIBLIOS TRAVEL (a.k.a. BIBLOS TRAVEL AGENCY; a.k.a. BIBLOS TRAVEL CA; a.k.a. BIBLOS TRAVEL, C.A.), Avenida Baralt, Esquina Maderero, Edificio Santa Isabel II, PB, Loc. 1, Caracas, Venezuela; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

BIBLOS TRAVEL AGENCY (a.k.a. BIBLIOS TRAVEL; a.k.a. BIBLOS TRAVEL CA; a.k.a. BIBLOS TRAVEL, C.A.), Avenida Baralt, Esquina Maderero, Edificio Santa Isabel II, PB, Loc. 1, Caracas, Venezuela; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

BIBLOS TRAVEL CA (a.k.a. BIBLIOS TRAVEL; a.k.a. BIBLOS TRAVEL AGENCY; a.k.a. BIBLOS TRAVEL, C.A.), Avenida Baralt, Esquina Maderero, Edificio Santa Isabel II, PB, Loc. 1, Caracas, Venezuela; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

BIBLOS TRAVEL, C.A. (a.k.a. BIBLIOS TRAVEL; a.k.a. BIBLOS TRAVEL AGENCY; a.k.a. BIBLOS TRAVEL CA), Avenida Baralt, Esquina Maderero, Edificio Santa Isabel II, PB, Loc. 1, Caracas, Venezuela; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

BICHAYEV, Artyom Aleksandrovich (Cyrillic: БИЧАЕВ, Артём Александрович), Russia; DOB 04 Apr 1990; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BICHKOV, Peter Alexandrovich (a.k.a. BYCHKOV, Petr Alexandrovich; a.k.a. BYCHKOV, Pyotr Aleksandrovich (Cyrillic: БЫЧКОВ, Пётр Александрович)), St. Petersburg, Russia; DOB 25 Nov 1987; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 782513941021 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

BIDOGNETTI, Francesco (a.k.a. "CICCIOTTO E MEZZANOTTE"); DOB 29 Jan 1951; POB Casal di Principe, Italy (individual) [TCO].

BIDONKO, Sergey Yuryevich (Cyrillic: БИДОНЬКО, Сергей Юрьевич), Russia; DOB 18 Aug 1975; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BIEL, Gordon Koang (a.k.a. BIEL, Gordon Koang Char; a.k.a. CHAR, Koang Biel; a.k.a. "NYALUALGO, Koang"), Koch County, Unity, South Sudan; Bentiu, Unity, South Sudan; DOB 1973 to 1975; POB Gany, South Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

BIEL, Gordon Koang Char (a.k.a. BIEL, Gordon Koang; a.k.a. CHAR, Koang Biel; a.k.a. "NYALUALGO, Koang"), Koch County, Unity, South Sudan; Bentiu, Unity, South Sudan; DOB 1973 to 1975; POB Gany, South Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

BIELARUSKI VYTVORCHA HANDLIOVY KANCERN LIASNOJ DREVAAPRACOWCHAJ I CELIULOZNA PAPIAROVAJ PRAMYSLOVASCI (Cyrillic: БЕЛАРУСКІ ВЫТВОРЧА ГАНДЛЁВЫ КАНЦЭРН ЛЯСНОЙ ДРЭВААПРАЦОЎЧАЙ І ЦЭЛЮЛОЗНА ПАПЯРОВАЙ ПРАМЫСЛОВАСЦІ) (a.k.a. BELARUSIAN PRODUCTION AND TRADE CONCERN OF TIMBER WOODWORKING AND PULP AND PAPER INDUSTRY (Cyrillic: БЕЛОРУССКИЙ ПРОИЗВОДСТВЕННО ТОРГОВЫЙ КОНЦЕРН ЛЕСНОЙ ДЕРЕВООБРАБАТЫВАЮЩЕЙ И ЦЕЛЛЮЛОЗНО БУМАЖНОЙ ПРОМЫШЛЕННОСТИ); a.k.a. KONTSERN BELLESBUMPROM (Cyrillic: КОНЦЕРН БЕЛЛЕСБУМПРОМ)), GSP, K. Marx Street, 16, Minsk 220030, Belarus; Organization Established Date 21 Jun 1991; Target Type State-Owned Enterprise; Tax ID No. 100377850 (Belarus) [BELARUS-EO14038].

BIELOUSOV, Andriy Removych (a.k.a. BELOUSOV, Andrei Removich; a.k.a. BELOUSOV, Andrey Removich; a.k.a. BELOUSOV, Andrey Removich (Cyrillic: БЕЛОУСОВ, Андрей Рэмович); a.k.a. BYELOUSOV, Andrii Removych), Russia; DOB 17 Mar 1959; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

BIENES RAICES DEL CARIBE, S.A., Panama; RUC # 72212-1-374180 (Panama) [SDNTK].

BIESTRA S.A., Carrera 35 No. 31-114, Palmira, Valle, Colombia; NIT # 800227340-7 (Colombia) [SDNTK].

BIF-BOSNIA (a.k.a. BECF CHARITABLE EDUCATIONAL CENTER; a.k.a. BENEVOLENCE EDUCATIONAL CENTER; a.k.a. BOSANSKA IDEALNA FUTURA; a.k.a. BOSNIAN IDEAL FUTURE), Salke Lagumdzije 12, Sarajevo 71000, Bosnia and Herzegovina; Hadzije, Mazica Put 16F, Zenica 72000, Bosnia and Herzegovina; Sehidska, Street, Breza, Bosnia and Herzegovina; Kanal, 1, Zenica 72000, Bosnia and Herzegovina; Hamze, Celenke 35, Ilidza, Sarajevo, Bosnia and Herzegovina [SDGT].

BIF-CANADA (a.k.a. BENEVOLENCE INTERNATIONAL FUND; a.k.a. BENEVOLENT INTERNATIONAL FUND), 2465 Cawthra Rd., Unit 203, Mississauga, Ontario L5A 3P2, Canada; P.O. Box 1508, Station B, Mississauga, Ontario L4Y 4G2, Canada; P.O. Box 40015, 75 King Street South, Waterloo, Ontario N2J 4V1, Canada; 92 King Street, 201, Waterloo, Ontario N2J 1P5, Canada [SDGT].

BIFOV, Anatoly Zhamalovich (Cyrillic: БИФОВ, Анатолий Жамалович), Russia; DOB 07 Jan 1963; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BIF-USA (a.k.a. AL BIR AL DAWALIA; a.k.a. BENEVOLENCE INTERNATIONAL FOUNDATION; a.k.a. MEZHDUNARODNYJ BLAGOTVORITEL'NYJ FOND; a.k.a. "BIF"), Bashir Safar Ugli 69, Baku, Azerbaijan; 69 Boshir Safaroglu St., Baku, Azerbaijan; Sarajevo, Bosnia and Herzegovina; Zenica, Bosnia and Herzegovina; 3 King Street, South Waterloo, Ontario N2J 3Z6, Canada; P.O. Box 1508 Station B, Mississauga, Ontario L4Y 4G2, Canada; 2465 Cawthra Rd., #203, Mississauga, Ontario L5A 3P2, Canada; Ottawa, Canada; Grozny, Chechnya, Russia; 91 Paihonggou, Lanzhou, Gansu, China; Hrvatov 30, 41000, Zagreb, Croatia; Makhachkala, Daghestan,

Russia; Duisi, Georgia; Tbilisi, Georgia; Nazran, Ingushetia, Russia; Burgemeester Kessensingel 40, Maastricht, Netherlands; House 111, First Floor, Street 64, F-10/3, Islamabad, Pakistan; Azovskaya 6, km. 3, off. 401, Moscow, Russia; P.O. Box 1055, Peshawar, Pakistan; Ulitsa Oktyabr'skaya, dom. 89, Moscow, Russia; P.O. Box 1937, Khartoum, Sudan; P.O. Box 7600, Jeddah 21472, Saudi Arabia; P.O. Box 10845, Riyadh 11442, Saudi Arabia; Dushanbe, Tajikistan; United Kingdom; Afghanistan; Bangladesh; Bosnia and Herzegovina; Gaza Strip, Palestinian; Yemen; IL, United States; US FEIN 36-3823186 [SDGT].

BIGARUKA IZABAYO, Deogratias (a.k.a. IZABAYO DEO; a.k.a. NZEYIMANA, Stanislas; a.k.a. "BIGARUKA"; a.k.a. "BIGARURA"), Kalonge, Masisi, North Kivu, Congo, Democratic Republic of the; Kibua, Congo, Democratic Republic of the; DOB 01 Jan 1966; alt. DOB 28 Aug 1966; alt. DOB 1967; POB Mugusa (Butare), Rwanda; citizen Rwanda; Brig. General; Deputy Overall Commander FOCA (individual) [DRCONGO].

BIHAJ, Jamal Ja'afar Ibrahim al-Mikna (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-MUHANDIS, Abu-Muhannad; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

BIIS MARITIME LIMITED, 147/1, St. Lucia Street, Valletta VLT1185, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. C31530 (Malta) [IRAN].

BIKE CENTER (a.k.a. BAIK. V. TSENTR; a.k.a. BAIK. V. TSENTR, OOO; a.k.a. BIKE V. CENTER), Nizhnije Mnevniki, 110, Moscow,

Russia; ul. Nikitskaya B. D. 11/4, korp. 3, Moscow 103009, Russia; 1 1/4, str.3 ul. Nikitskaya B., Moscow 103009, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Trade License No. 1037739620390 (Russia); Government Gazette Number 54842899 (Russia) [UKRAINE-EO13660].

BIKE V. CENTER (a.k.a. BAIK. V. TSENTR; a.k.a. BAIK. V. TSENTR, OOO; a.k.a. BIKE CENTER), Nizhnije Mnevniki, 110, Moscow, Russia; ul. Nikitskaya B. D. 11/4, korp. 3, Moscow 103009, Russia; 1 1/4, str.3 ul. Nikitskaya B., Moscow 103009, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Trade License No. 1037739620390 (Russia); Government Gazette Number 54842899 (Russia) [UKRAINE-EO13660].

BILAKHIA, Aziz Moosa; DOB 03 Apr 1960; alt. DOB 1958; POB Mumbai, India; nationality India (individual) [SDNTK].

BILAL, Ghassan Ali (Arabic: غسان علي بلال (a.k.a. BELAL, Ghassan), Damascus, Syria; DOB 1966; nationality Syria; Gender Male; Commander of the 555th Regiment and Director of the Security Bureau of the Fourth Division of the Syrian Arab Army (individual) [SYRIA-EO13894].

BILAL, Muhammad (a.k.a. BILAL, Muhammad Nafi), Syria; DOB 25 May 1971; alt. DOB 1971; Gender Male; Syrian Air Force Intelligence Colonel (individual) [SYRIA] (Linked To: SYRIAN AIR FORCE INTELLIGENCE).

BILAL, Muhammad Nafi (a.k.a. BILAL, Muhammad), Syria; DOB 25 May 1971; alt. DOB 1971; Gender Male; Syrian Air Force Intelligence Colonel (individual) [SYRIA] (Linked To: SYRIAN AIR FORCE INTELLIGENCE).

BILOUSOV, Mikhailo Mikolaiovich (Cyrillic: БІЛОУСОВ, Михайло Миколайович) (a.k.a. BELOUSOV, Mikhail Nikolaevich (Cyrillic: БЕЛОУСОВ, Михаил Николаевич); a.k.a. BELOUSOV, Mikhail Nikolayevich), ul. Balaklavskaya 117, kv. 48, Simferopol, Crimea, Ukraine (Cyrillic: ул. Балаклавская 117, кв. 48, Симферополь, Крым, Ukraine); DOB 26 Nov 1964; POB Russia; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

BIMEH IRAN (a.k.a. IRAN INSURANCE COMPANY), 107 Dr Fatemi Avenue, Tehran 14155/6363, Iran; Abdolaziz-Al-Masaeed Building, Sheikh Maktoom St., Deira, P.O. Box 2004, Dubai, United Arab Emirates; P.O. Box 1867, Al Ain, Abu Dhabi, United Arab Emirates; P.O. Box 3281, Abu Dhabi, United Arab Emirates; P.O. Box 1666, Sharjah, United Arab Emirates; P.O. Box 849, Ras-Al-Khaimah, United Arab Emirates; P.O. Box 417, Muscat 113, Oman; P.O. Box 676, Salalah 211, Oman; P.O. Box 995, Manama, Bahrain; Al-Lami Center, Ali-Bin-Abi Taleb St. Sharafia, P.O. Box 11210, Jeddah 21453, Saudi Arabia; Al Alia Center, Salaheddine Rd., Al Malaz, P.O. Box 21944, Riyadh 11485, Saudi Arabia; Al Rajhi Bldg., 3rd Floor, Suite 23, Dhahran St., P.O. Box 1305, Dammam 31431, Saudi Arabia; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

BIMEH IRAN INSURANCE COMPANY (U.K.) LIMITED (a.k.a. BIUK), 4/5 Fenchurch Buildings, London EC3M 5HN, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 01223433 (United Kingdom); all offices worldwide [IRAN].

BIMLOGIC LIMITED LIABILITY COMPANY (a.k.a. BIMLOGIC LLC), PR-KT Narodnogo Opolcheniya D. 10, Lit. A, Pomeshch. 238-N, Office 238L, Saint Petersburg 198216, Russia; Organization Established Date 14 Apr 2022; Tax ID No. 7807255955 (Russia); Registration Number 1227800047200 (Russia) [RUSSIA-EO14024].

BIMLOGIC LLC (a.k.a. BIMLOGIC LIMITED LIABILITY COMPANY), PR-KT Narodnogo Opolcheniya D. 10, Lit. A, Pomeshch. 238-N, Office 238L, Saint Petersburg 198216, Russia; Organization Established Date 14 Apr 2022; Tax ID No. 7807255955 (Russia); Registration Number 1227800047200 (Russia) [RUSSIA-EO14024].

BIN ABDUL MADJID, Afief (a.k.a. ABDUL AL MAJID, Afif; a.k.a. ABDUL MADJID, Afif; a.k.a. ABDUL MAJID, Afif; a.k.a. BIN ABDUL MAJID, Afif); DOB 26 Apr 1952; POB Pacitan, East Java, Indonesia; nationality Indonesia (individual) [SDGT].

BIN ABDUL MAJID, Afif (a.k.a. ABDUL AL MAJID, Afif; a.k.a. ABDUL MADJID, Afif; a.k.a. ABDUL MAJID, Afif; a.k.a. BIN ABDUL MADJID, Afief); DOB 26 Apr 1952; POB

Pacitan, East Java, Indonesia; nationality Indonesia (individual) [SDGT].

BIN AHMED RUSHDI AL-QATIRJI, Hussam (Arabic: حسام بن أحمد رشدي قاطرجي); a.k.a. AL-QATIRJI, Hossam (Arabic: القاطرجي); a.k.a. AL-QATIRJI, Hussam; a.k.a. KATARJI, Hussam; a.k.a. KATERJI, Hussam; a.k.a. KHATARJI, Hussam; a.k.a. KHATIRJI, Hussam; a.k.a. QATARJI, Hossam; a.k.a. QATERJI, Hussam; a.k.a. QATIRJI BIN AHMED RUSHDI, Hussam (Arabic: حسام قاطرجي بن احمد رشدي), Syria; DOB 11 Jan 1982; POB Raqqa, Syria; nationality Syria; Gender Male (individual) [SYRIA].

BIN AL SHIBH, Ramzi (a.k.a. BINALSHEIDAH, Ramzi Mohamed Abdullah; a.k.a. BINALSHIBH, Ramzi Mohammed Abdullah; a.k.a. OMAR, Ramzi Mohammed Abdellah), Guantanamo Bay detention center, Cuba; DOB 01 May 1972; alt. DOB 16 Sep 1973; POB Hadramawt, Yemen; alt. POB Khartoum Sudan; nationality Yemen; Gender Male; Passport R85243 (Yemen); alt. Passport A755350 (Saudi Arabia); alt. Passport 00085243 (Yemen) (individual) [SDGT].

BIN ALI ABKAR, Hassan (a.k.a. ALI ABKAR, Al-Hassan; a.k.a. ALI ABKAR, Hasan; a.k.a. ALI ALI ABKAR, Al Hassan; a.k.a. ALI ALI ABKAR, Al-Hasan; a.k.a. ALI ALI ABKAR, Alihasan; a.k.a. BIN ALI ABKAR, Al-Hasan), Al-Ghail district, Al-Jawf Governorate, Yemen; DOB 05 Jun 1962; POB Yemen; citizen Yemen; Passport 02214513 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

BIN ALI, Khodr Taher (Arabic: خضر طاهر بن علي) (a.k.a. Al-Jaja; a.k.a. KHODR, Abou Ali; a.k.a. KHODR, Abu Ali (Arabic: أبو علي خضر); a.k.a. TAHER, Khader Ali; a.k.a. TAHER, Kheder Ali; a.k.a. TAHER, Khider Ali; a.k.a. TAHER, Khodr Ali (Arabic: خضر علي طاهر); a.k.a. "AL-KHUDUR, Khudhur Taher"; a.k.a. "JIJEH, Abu Ali"), Damascus, Syria; Tartous, Syria; DOB 1976; POB Safita, Tartous, Syria; nationality Syria; Gender Male (individual) [SYRIA].

BIN AL-SUAIY, Khalifa Turki bin Muhammad (a.k.a. ALSUBAIE, Khalifa Mohd Turki; a.k.a. AL-SUBAIE, Khalifa Mohd Turki; a.k.a. AL-SUBAIY, Khalifa Muhammad Turki; a.k.a. AL-SUBAYI, Khalifa); DOB 01 Jan 1965; POB Doha, Qatar; citizen Qatar; Passport 00685868 (Qatar); National ID No. 26563400140 (Qatar) (individual) [SDGT].

BIN AL-ZAHRANI, Ahmed bin Abdullah Saleh (a.k.a. AL-AZADI, Abu Maryam; a.k.a. AL-KHOZMRI, Ahmed Abdullah Saleh al-Zahrani;

a.k.a. AL-SAUDI, Abu Maryam; a.k.a. AL-ZAHRANI, Abu Maryam; a.k.a. AL-ZAHRANI, Ahmad Abdullah Salih; a.k.a. AL-ZAHRANI, Ahmed Abdullah S; a.k.a. AL-ZAHRANI, Ahmed Abdullah Saleh al-Khazmari), Iran; Pakistan; DOB 15 Sep 1978; POB Dammam, Saudi Arabia; Passport E126785 (Saudi Arabia) issued 27 May 2002 expires 03 Apr 2007; Interpol: Red Notice. File No. 2009/3599. March 24, 2009. Orange Notice. File No. 2009/52/OS/CCC. February 10, 2009. (individual) [SDGT].

BIN HAMMIDI, Muhammad Muhammad (a.k.a. BEN HAMMEDI, Mohammed; a.k.a. BENHAMMEDI, Mohammed; a.k.a. HANNADI, Mohamed; a.k.a. "ABU AL QASSAM"; a.k.a. "ABU HAJIR"; a.k.a. "ABU HAJIR AL LIBI"; a.k.a. "HAMMEDI, Ben"; a.k.a. "PANHAMMEDI"), Midlands, United Kingdom; DOB 22 Sep 1966; POB Libya; citizen Libya (individual) [SDGT].

BIN KHALIFA, Fahmi (a.k.a. AL IDRISI, Fehmi Abu Zaid Salem; a.k.a. BEN KHALIFA, Fahmi; a.k.a. BEN KHALIFA, Fahmi Mousa Saleem; a.k.a. SALEM, al Idrisi Fehmi Abu Zaid; a.k.a. "Fahmi Slim"; a.k.a. "King of Zawarah"), Sarage El Islam, Tripoli, Libya; Zuwarah, Libya; DOB 02 Jan 1972; nationality Libya; Gender Male; National ID No. 560147C (Libya) (individual) [LIBYA3].

BIN LADEN, Hamza; DOB 01 Jan 1989 to 31 Dec 1989; POB Jeddah, Saudi Arabia; citizen Saudi Arabia; Gender Male (individual) [SDGT].

BIN LADEN, Osama (a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN, Osama bin Muhammad bin Awad; a.k.a. BIN LADIN, Usama; a.k.a. BIN LADIN, Usama bin Muhammad bin Awad); DOB 30 Jul 1957; alt. DOB 1958; POB Jeddah, Saudi Arabia; alt. POB Yemen (individual) [SDGT].

BIN LADEN, Sa'ad (a.k.a. ABBUD, Bin Muhammad Awad; a.k.a. ABUD, Sa'ad Muhammad Awad; a.k.a. ADBUD, Muhammad 'Awad; a.k.a. AWAD, Muhammad; a.k.a. BAABOOD, Sa'ad Muhammad; a.k.a. BIN LADEN, Sad; a.k.a. "AL-KAHTANE, Abdul Rahman"); DOB 1982; POB Saudi Arabia; nationality Saudi Arabia; Passport 520951 (Sudan); alt. Passport 530951 (Sudan) (individual) [SDGT].

BIN LADEN, Sad (a.k.a. ABBUD, Bin Muhammad Awad; a.k.a. ABUD, Sa'ad Muhammad Awad; a.k.a. ADBUD, Muhammad 'Awad; a.k.a. AWAD, Muhammad; a.k.a. BAABOOD, Sa'ad Muhammad; a.k.a. BIN LADEN, Sa'ad; a.k.a.

"AL-KAHTANE, Abdul Rahman"); DOB 1982; POB Saudi Arabia; nationality Saudi Arabia; Passport 520951 (Sudan); alt. Passport 530951 (Sudan) (individual) [SDGT].

BIN LADEN, Usama (a.k.a. BIN LADEN, Osama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN, Osama bin Muhammad bin Awad; a.k.a. BIN LADIN, Usama; a.k.a. BIN LADIN, Usama bin Muhammad bin Awad); DOB 30 Jul 1957; alt. DOB 1958; POB Jeddah, Saudi Arabia; alt. POB Yemen (individual) [SDGT].

BIN LADIN, Osama (a.k.a. BIN LADEN, Osama; a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN, Usama; a.k.a. BIN LADIN, Osama bin Muhammad bin Awad; a.k.a. BIN LADIN, Usama bin Muhammad bin Awad); DOB 30 Jul 1957; alt. DOB 1958; POB Jeddah, Saudi Arabia; alt. POB Yemen (individual) [SDGT].

BIN LADIN, Osama bin Muhammad bin Awad (a.k.a. BIN LADEN, Osama; a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN, Usama; a.k.a. BIN LADIN, Usama bin Muhammad bin Awad); DOB 30 Jul 1957; alt. DOB 1958; POB Jeddah, Saudi Arabia; alt. POB Yemen (individual) [SDGT].

BIN LADIN, Usama (a.k.a. BIN LADEN, Osama; a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN, Osama bin Muhammad bin Awad; a.k.a. BIN LADIN, Usama bin Muhammad bin Awad); DOB 30 Jul 1957; alt. DOB 1958; POB Jeddah, Saudi Arabia; alt. POB Yemen (individual) [SDGT].

BIN LADIN, Usama bin Muhammad bin Awad (a.k.a. BIN LADEN, Osama; a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN, Osama bin Muhammad bin Awad; a.k.a. BIN LADIN, Usama); DOB 30 Jul 1957; alt. DOB 1958; POB Jeddah, Saudi Arabia; alt. POB Yemen (individual) [SDGT].

BIN MANSOR, Amran (a.k.a. BIN MANSOR, Henry; a.k.a. BIN MANSOUR, Amran; a.k.a. MANSOR, Amran); DOB 25 May 1965; POB Malaysia (individual) [SDGT].

BIN MANSOR, Henry (a.k.a. BIN MANSOR, Amran; a.k.a. BIN MANSOUR, Amran; a.k.a. MANSOR, Amran); DOB 25 May 1965; POB Malaysia (individual) [SDGT].

BIN MANSOUR, Amran (a.k.a. BIN MANSOR, Amran; a.k.a. BIN MANSOR, Henry; a.k.a. MANSOR, Amran); DOB 25 May 1965; POB Malaysia (individual) [SDGT].

BIN MARWAN, Bilal; DOB 1947 (individual) [SDGT].

BIN MARZUKI, Zulkifli (a.k.a. BIN ZUKEPLI, Marzuki; a.k.a. MARZUKI, Zulkepli; a.k.a.

MARZUKI, Zulkifli; a.k.a. "ZUKIPLI"; a.k.a. "ZULKIFLI") DOB 03 Jul 1968; POB Malaysia; nationality Malaysia (individual) [SDGT].

BIN MOHAMMED, Abu Mohammed Abubakar (a.k.a. BI MUHAMMED, Abu Muhammed Abubakar; a.k.a. SHEKAU, Abubakar; a.k.a. "SHAYKU"; a.k.a. "SHEHU"; a.k.a. "SHEKAU"), Nigeria; DOB 1969; POB Shekau Village, Yobe State, Nigeria (individual) [SDGT].

BIN MUHAMMAD, Ayadi Chafiq (a.k.a. AIADI, Ben Muhammad; a.k.a. AIADY, Ben Muhammad; a.k.a. AYADI CHAFIK, Ben Muhammad; a.k.a. AYADI SHAFIQ, Ben Muhammad), Helene Meyer Ring 10-1415-80809, Munich, Germany; 129 Park Road, NW8, London, United Kingdom; 28 Chaussee de Lille, Mouscron, Belgium; Darvingasse 1/2/58-60, Vienna, Austria; Tunisia; DOB 21 Jan 1963; POB Safais (Sfax), Tunisia (individual) [SDGT].

BIN SUFAAT, Yazud (a.k.a. SHUFAAT, Yazid; a.k.a. SUFAAT, Yazid); DOB 20 Jan 1964; POB Johor, Malaysia; nationality Malaysia; Passport A10472263 (Malaysia) (individual) [SDGT].

BIN ZEIN, Hisyam (a.k.a. ARSALAN, Mike; a.k.a. JAFAR, Anis Alawi; a.k.a. KECIL, Umar; a.k.a. PATEK, Omar; a.k.a. PATEK, Umar; a.k.a. "AL ABU SYEKH AL ZACKY"; a.k.a. "PAK TAEK"; a.k.a. "PA'TEK"; a.k.a. "UMANGIS MIKE") DOB 20 Jul 1966; POB Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

BIN ZUKEPLI, Marzuki (a.k.a. BIN MARZUKI, Zulkifli; a.k.a. MARZUKI, Zulkepli; a.k.a. MARZUKI, Zulkifli; a.k.a. "ZUKIPLI"; a.k.a. "ZULKIFLI") DOB 03 Jul 1968; POB Malaysia; nationality Malaysia (individual) [SDGT].

BINA GRUPP (a.k.a. LTD BINA GROUP), Ul. Elektrozavodskaya D. 27, Str. 7, Moscow 107023, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7706725428 (Russia); Registration Number 1097746585452 (Russia) [RUSSIA-EO14024].

BINAH, Yassin (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a.

CALI, Yasiin Baynax), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

BIN-ALI ABKAR, Al-Hasan (a.k.a. ALI ABKAR, Al-Hassan; a.k.a. ALI ABKAR, Hasan; a.k.a. ALI ALI ABKAR, Al Hassan; a.k.a. ALI ALI ABKAR, Al-Hasan; a.k.a. ALI ALI ABKAR, Alihasan; a.k.a. BIN ALI ABKAR, Hassan), Al-Ghail district, Al-Jawf Governorate, Yemen; DOB 05 Jun 1962; POB Yemen; citizen Yemen; Passport 02214513 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

BINALSHEIDAH, Ramzi Mohamed Abdullah (a.k.a. BIN AL SHIBH, Ramzi; a.k.a. BINALSHIBH, Ramzi Mohammed Abdullah; a.k.a. OMAR, Ramzi Mohammed Abdellah), Guantanamo Bay detention center, Cuba; DOB 01 May 1972; alt. DOB 16 Sep 1973; POB Hadramawt, Yemen; alt. POB Khartoum Sudan; nationality Yemen; Gender Male; Passport R85243 (Yemen); alt. Passport A755350 (Saudi Arabia); alt. Passport 00085243 (Yemen) (individual) [SDGT].

BINALSHIBH, Ramzi Mohammed Abdullah (a.k.a. BIN AL SHIBH, Ramzi; a.k.a. BINALSHEIDAH, Ramzi Mohamed Abdullah; a.k.a. OMAR, Ramzi Mohammed Abdellah), Guantanamo Bay detention center, Cuba; DOB 01 May 1972; alt. DOB 16 Sep 1973; POB Hadramawt, Yemen; alt. POB Khartoum Sudan; nationality Yemen; Gender Male; Passport R85243 (Yemen); alt. Passport A755350 (Saudi Arabia); alt. Passport 00085243 (Yemen) (individual) [SDGT].

BINGO INTERNACIONAL E.U., Avenida 19 No. 9-40, Bogota, Colombia; NIT # 900103490-3 (Colombia) [SDNTK].

BINRIN LIMITED (Chinese Traditional: 荞林有限公司), Room A3, 9/F., Goodwill Industrial Building, No 36-44 Pak Tin Par Street, Tsuen Wan, New Territories, Hong Kong, China; Flat H29, 1/F, Phase 2 Kwai Shing Ind. Bldg., No. 42-46 Tai Lin Pai Road, Kwai Chung, New Territories, Hong Kong, China; Unit 1307, Beverly commercial Centre, 87-105 Chatham South Road, Tsim Sha Tsui, Kowloon, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information:

BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); C.R. No. 2725675 (Hong Kong) [IRAN-EO13846] (Linked To: ARYA SASOL POLYMER).

BIN-UTHMAN, Adil Abdu Bin-Fari (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH FARI"; a.k.a. "ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

BIO CORPORATION (a.k.a. BOSNIAN INVESTMENT ORGANIZATION), Sarajevo, Bosnia and Herzegovina [BALKANS].

BIO PHARM TRADE LLC (Cyrillic: ООО БИО ФАРМ ТРЕЙД) (a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU BIO FARM TREID (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БИО ФАРМ ТРЕЙД)), Per Bolshoi Tishinskii, D. 43/20, Str. 2, Floor/Kom. 2/10, Moscow 123557, Russia; Organization Established Date 31 May 2021; Tax ID No. 9703036085 (Russia); Government Gazette Number 60163642 (Russia); Business Registration Number 1217700255024 (Russia) [NPWMD] [RUSSIA-EO14024] (Linked To: GAVRYUCHENKOV, Andrei Viktorovich).

BIOESPORT S.A. DE C.V., Avenida Ave. 13 y Morelos S/N, Colonia Bachoco, Hermosillo, Sonora 83148, Mexico; R.F.C. BIO901025VE2 (Mexico) [SDNTK].

BIOGRAD LLC (a.k.a. BIOGRADE LTD; a.k.a. JSC BIOGRAD; a.k.a. ZAO BIOGRAD), Ul. Mira 14, Kv 630, Saint Petersburg 197101, Russia; Pr-kt Petrovskii D. 14, Lit. A, Pom. 19N, Saint Petersburg 197110, Russia; Torzhkovskaya st. 5, BC Optima, Saint Petersburg 197342, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7813030678 (Russia); Registration Number 1027806867670 (Russia) [RUSSIA-EO14024].

BIOGRADE LTD (a.k.a. BIOGRAD LLC; a.k.a. JSC BIOGRAD; a.k.a. ZAO BIOGRAD), Ul. Mira 14, Kv 630, Saint Petersburg 197101, Russia; Pr-kt Petrovskii D. 14, Lit. A, Pom. 19N, Saint Petersburg 197110, Russia; Torzhkovskaya st. 5, BC Optima, Saint Petersburg 197342, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7813030678 (Russia); Registration Number 1027806867670 (Russia) [RUSSIA-EO14024].

BIR WA ELEHSSAN SOCIETY (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIRR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian [SDGT].

BIRR AND ELEHSSAN SOCIETY (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR

AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian [SDGT].

BISHAWRI, Abu Mohammad Amin (a.k.a. BISHAURI, Abu Mohammad Shaykh Aminullah; a.k.a. AL-PESHAWARI, Shaykh Abu Mohammed Ameen; a.k.a. AL-PESHAWARI, Shaykh Aminullah; a.k.a. AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed; a.k.a. GUL AL-PAKISTANI, Niaz Muhammad Muhammada; a.k.a. MUHAMMAD, Niaz; a.k.a. PESHAWARI, Abu Mohammad Aminullah; a.k.a. "AMINULLAH, Shaykh"; a.k.a. "AMINULLAH, Sheik"; a.k.a. "SHAYKH AMEEN"), Ganj District, Peshawar, Khyber Pakhtunkhwa, Pakistan; House number T-876 Galli Mohallah, Sheikh Abad number 4, Peshawar, Khyber Pakhtunkhwa, Pakistan; Saudi Arabia; DOB circa 01 Jan 1961; POB Shunkrai village, Sarkani District, Konar Province, Afghanistan; Passport FU0152122 (Pakistan) expires 24 Apr 2017; alt. Passport FU0152121 (Pakistan) (individual) [SDGT] (Linked To: JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

BITAR, Ahd, Syria; DOB 23 Jun 1961; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

BITAR, Bayan (a.k.a. AL-BITAR, Bayan), PO Box 11037, Damascus, Syria; DOB 08 Mar 1947; Managing Director of the Organization for Technological Industries (individual) [NPWMD] (Linked To: ORGANIZATION FOR TECHNOLOGICAL INDUSTRIES).

BITFINGROUP OU (Latin: BITFINGROUP OÜ), Lasnamae linnaosa, Vaike-Paala tn 2, Tallinn, Harju maakond 11415, Estonia; Organization Established Date 23 Sep 2021; Registration Number 16323700 (Estonia) [RUSSIA-EO14024].

BITPAPA (a.k.a. BITPAPA FZC LLC (Arabic: بيت بابا ش.م.ح/ذ.م.م); a.k.a. BITPAPA IC FZC LLC (Arabic: بيتبابا اى سى ش.م.ح / ذ.م.م); a.k.a. BITPAPA PAY; a.k.a. PAPA HOLDING LTD), A-0059-652 Flamingo Villas, Ajman Media City Free Zone, Ajman, United Arab Emirates; Website https://www.bitpapa.com; alt. Website https://www.bitpapa.org; Organization Established Date 29 Apr 2022; Registration Number 5069 (United Arab Emirates); alt. Registration Number RA000693_172229 (Belize); Economic Register Number (CBLS) 11874154 (United Arab Emirates) [RUSSIA-EO14024].

BITPAPA FZC LLC (Arabic: بيت بابا ش.م.ح/ذ.م.م) (a.k.a. BITPAPA; a.k.a. BITPAPA IC FZC LLC (Arabic: بيتبابا اى سى ش.م.ح / ذ.م.م); a.k.a. BITPAPA PAY; a.k.a. PAPA HOLDING LTD), A-0059-652 Flamingo Villas, Ajman Media City Free Zone, Ajman, United Arab Emirates; Website https://www.bitpapa.com; alt. Website https://www.bitpapa.org; Organization Established Date 29 Apr 2022; Registration Number 5069 (United Arab Emirates); alt. Registration Number RA000693_172229 (Belize); Economic Register Number (CBLS) 11874154 (United Arab Emirates) [RUSSIA-EO14024].

BITPAPA IC FZC LLC (Arabic: بيتبابا اى سى ش.م.ح / ذ.م.م) (a.k.a. BITPAPA; a.k.a. BITPAPA FZC LLC (Arabic: بيت بابا ش.م.ح/ذ.م.م); a.k.a. BITPAPA PAY; a.k.a. PAPA HOLDING LTD), A-0059-652 Flamingo Villas, Ajman Media City Free Zone, Ajman, United Arab Emirates; Website https://www.bitpapa.com; alt. Website https://www.bitpapa.org; Organization Established Date 29 Apr 2022; Registration Number 5069 (United Arab Emirates); alt. Registration Number RA000693_172229 (Belize); Economic Register Number (CBLS) 11874154 (United Arab Emirates) [RUSSIA-EO14024].

BITPAPA PAY (a.k.a. BITPAPA; a.k.a. BITPAPA FZC LLC (Arabic: بيت بابا ش.م.ح/ذ.م.م); a.k.a. BITPAPA IC FZC LLC (Arabic: بيتبابا اى سى ش.م.ح / ذ.م.م); a.k.a. PAPA HOLDING LTD), A-0059-652 Flamingo Villas, Ajman Media City Free Zone, Ajman, United Arab Emirates; Website https://www.bitpapa.com; alt. Website https://www.bitpapa.org; Organization Established Date 29 Apr 2022; Registration Number 5069 (United Arab Emirates); alt. Registration Number RA000693_172229 (Belize); Economic Register Number (CBLS)

11874154 (United Arab Emirates) [RUSSIA-EO14024].

BITRIVER AG, Baarerstrasse 135, Zug 6300, Switzerland; Organization Established Date 14 Apr 2021; Tax ID No. 412633295 (Switzerland); Registration Number CH-170.3.045.713-7 (Switzerland) [RUSSIA-EO14024].

BITRIVER RUS (a.k.a. OOO BITRIVER RUS), d. 11B ofis 1, Bratsk 665709, Russia; Organization Established Date 15 Nov 2017; Tax ID No. 3805731961 (Russia); Registration Number 1173850041749 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

BITRIVER-K, LLC (a.k.a. OOO BITRIVER-K), zd. 7 k. 1 pom. 2 kom. 213, ul. Tranzitnaya, Zheleznogorsk, Kransoyarski Kr. 662970, Russia; Organization Established Date 25 Jan 2021; Tax ID No. 2452048315 (Russia); Government Gazette Number 10690098 (Russia); Registration Number 1212400001197 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

BITRIVER-NORTH LLC (a.k.a. BITRIVER-SEVER, OOO; a.k.a. OOO BITRIVER-NORTH), Ul. Ozernaya D. 50A, Office 1, Norilsk 663321, Russia; Organization Established Date 15 Jun 2020; Tax ID No. 6658535180 (Russia); Government Gazette Number 44503601 (Russia); Registration Number 1206600031945 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

BITRIVER-SEVER, OOO (a.k.a. BITRIVER-NORTH LLC; a.k.a. OOO BITRIVER-NORTH), Ul. Ozernaya D. 50A, Office 1, Norilsk 663321, Russia; Organization Established Date 15 Jun 2020; Tax ID No. 6658535180 (Russia); Government Gazette Number 44503601 (Russia); Registration Number 1206600031945 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

BITRIVER-TURMA, LLC (a.k.a. OOO BITRIVER-TURMA), Ul. Stroitelnaya D. 12, Pomeshch. 1004, Turma 665760, Russia; Organization Established Date 02 Sep 2021; Tax ID No. 3805736568 (Russia); Registration Number 1213800018596 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

BIUK (a.k.a. BIMEH IRAN INSURANCE COMPANY (U.K.) LIMITED), 4/5 Fenchurch Buildings, London EC3M 5HN, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 01223433 (United Kingdom); all offices worldwide [IRAN].

BIZENJO, Mir Yaqub (a.k.a. BAZINGO, Mohammad Hyat; a.k.a. BAZINJO, Imam; a.k.a. BHEEL, Imam), Jiwani, Pakistan; Turbat, Pakistan; Gwadar, Pakistan; DOB 1956; alt. DOB 1946; nationality Pakistan (individual) [SDNTK].

BIZNESA ATTISTIBAS ASOCIACIJA (a.k.a. "BUSINESS DEVELOPMENT ASSOCIATION"), 8 - 1 Uzavas iela, Ventspils LV-3601, Latvia; Tax ID No. 40008055717 (Latvia) [GLOMAG] (Linked To: LEMBERGS, Aivars).

BIZNESPROMESTEIT (a.k.a. LIMITED LIABILITY COMPANY BUSINESSPROMESTATE), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Organization Established Date 23 Apr 2013; Tax ID No. 7731481060 (Russia); Registration Number 5147746189069 (Russia) [RUSSIA-EO14024] (Linked To: GARSHIN, Vadim Veniaminovich; Linked To: RAZORENOV, Aleksandr Gennadievich).

BIZNES-STOLITSA, OOO (Cyrillic: OOO БИЗНЕС-СТОЛИЦА) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BIZNES-STOLITSA), d. 14 korp. 1 pom. Khll/kom. 1, ul., Sokolovo-Meshcherskaya Moscow, Moscow 125466, Russia; D-U-N-S Number 50-722-4994; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7733904024 (Russia); Government Gazette Number 40335667 (Russia); Registration Number 5147746317682 (Russia) [CYBER2] (Linked To: GUSEV, Denis Igorevich).

BIZRAH, Muhammad, Syria; DOB 12 Mar 1968; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

BJELICA, Milovan (a.k.a. "CICKO"), Starine Novaka Street BB, Sokolac, Republika Srpska, Bosnia and Herzegovina; DOB 19 Oct 1958; POB Rogatica, Bosnia-Herzegovina; National ID No. 1910958130007 (individual) [BALKANS].

BLACK DIAMOND SARL, Beirut, Baabda, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Mar 2016; Commercial Registry Number 2044841 (Lebanon) [SDGT] (Linked To: ZANGA S.A.S.).

BLACK DROP INTL CO., LIMITED (f.k.a. UNITED PETROCHEMIAL CO., LIMITED), Rm. 910, Block 1, No. 132-1 Liuhua Square, Dongfeng West Rd., Yuexiu District, Guangzhou, China; Unit C2, 12F, Block A,

Universal Industrial Center, 19-25 Shan Mei Street, Fo Tan, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 2513558 (Hong Kong); Business Registration Number 6753441400003185 (Hong Kong) [SDGT] [IFSR] (Linked To: HASHEMI, Seyed Morteza Minaye).

BLACK SHIELD COMPANY FOR GENERAL TRADING LLC (a.k.a. BLACK SHIELD COMPANY LTD.), Villa S6/35, New Azadi Atconz, Ainkawa, Erbil, Iraq; Business Registration Number 21756 (Iraq) [BELARUS-EO14038] (Linked To: KIDMA TECH OJSC).

BLACK SHIELD COMPANY LTD. (a.k.a. BLACK SHIELD COMPANY FOR GENERAL TRADING LLC), Villa S6/35, New Azadi Atconz, Ainkawa, Erbil, Iraq; Business Registration Number 21756 (Iraq) [BELARUS-EO14038] (Linked To: KIDMA TECH OJSC).

BLAGOJEVIC, Vidoje; DOB 22 Jun 1950; POB Bratunac, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

BLANC BANK LIMITED LIABILITY COMPANY (a.k.a. BLANC BANK LLC; f.k.a. INVESTMENT BANK VESTA LIMITED LIABILITY COMPANY), d. 9 str. 1, shosse Varshavskoe, Moscow 117105, Russia; SWIFT/BIC VSTARUMM; Target Type Financial Institution; Tax ID No. 6027006032 (Russia); Identification Number ABTHPP.00007.ME.643 (Russia); Legal Entity Number 253400CW8F4L53HWU734; Registration Number 1026000001796 (Russia) [RUSSIA-EO14024].

BLANC BANK LLC (a.k.a. BLANC BANK LIMITED LIABILITY COMPANY; f.k.a. INVESTMENT BANK VESTA LIMITED LIABILITY COMPANY), d. 9 str. 1, shosse Varshavskoe, Moscow 117105, Russia; SWIFT/BIC VSTARUMM; Target Type Financial Institution; Tax ID No. 6027006032 (Russia); Identification Number ABTHPP.00007.ME.643 (Russia); Legal Entity Number 253400CW8F4L53HWU734; Registration Number 1026000001796 (Russia) [RUSSIA-EO14024].

BLANCO HURTADO, Nestor Neptali, Miranda, Venezuela; DOB 26 Sep 1982; nationality Venezuela; Gender Male; Cedula No. 15222057 (Venezuela) (individual) [VENEZUELA-EO13884].

BLANCO MARRERO, Rafael Ramon (Latin: BLANCO MARRERO, Rafael Ramón), Caracas, Capital District, Venezuela; DOB 28 Feb 1968;

Gender Male; Cedula No. 6250588 (Venezuela) (individual) [VENEZUELA].

BLANCO PUERTA, Edgar Fernando; DOB 19 Jun 1946; POB Medellin, Antioquia, Colombia; Cedula No. 13224238 (Colombia) (individual) [SDNTK].

BLASKIC, Tihomir; DOB 02 Nov 1960; POB Brestovsko, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

BLATS, Marks (a.k.a. BLATT, Mark), Latvia; DOB 23 Sep 1962; nationality Latvia; Gender Male; National ID No. 23062-12608 (Latvia) (individual) [RUSSIA-EO14024] (Linked To: TEXEL F.C.G. TECHNOLOGY 2100 LTD).

BLATT, Mark (a.k.a. BLATS, Marks), Latvia; DOB 23 Sep 1962; nationality Latvia; Gender Male; National ID No. 23062-12608 (Latvia) (individual) [RUSSIA-EO14024] (Linked To: TEXEL F.C.G. TECHNOLOGY 2100 LTD).

BLD MANAGEMENT (a.k.a. OOO BILDING MENEDZHMENT (Cyrillic: ООО БИЛДИНГ МЕНЕДЖМЕНТ); a.k.a. "BILDING MANAGEMENT"), Per. Butikovskii D. 7, Floor 3, Pom. I Komnata 1, Moscow 119034, Russia; Organization Established Date 27 Jul 2016; Tax ID No. 7703413861 (Russia); Registration Number 1167746703464 (Russia) [RUSSIA-EO14024] (Linked To: KOCHMAN, Evgeniy Borisovich).

BLENDER.IO (a.k.a. @BLENDERIO_ENGLISH; a.k.a. @BLENDERIO_RUSSIAN; a.k.a. @MADEAMAZE_BOT; a.k.a. BLENDERIO); Website https://blender.io; alt. Website https://blender.io; alt. Website http://blenderjkul472odyrnpmnirqgpzd3kms54jrr fycledrvvfbyj3wnqd.onion/; Email Address blender.io@tuta.io; alt. Email Address adblenderio@tuta.io; Digital Currency Address - XBT 3K35dyL85fR9ht7UgzPfd1gLRRXQtNTqE3; alt. Digital Currency Address - XBT 3Q5dGfLKkWqWSwYtbMUyc8xGjN5LrRviK4; alt. Digital Currency Address - XBT 3EPqGUw2q89pwPZ1UF8FJspE2AyojSTjdu; alt. Digital Currency Address - XBT 3LhnVMcBq4gsR7aDaRr9XmUo17CuYBV4FN; alt. Digital Currency Address - XBT 3F6bbvS1krsc1qR8FsbTDfYQyvkMm3QvmR; alt. Digital Currency Address - XBT 3JHMz3mTna1gVCZSPp8NgRFiY7phkv5mA8; alt. Digital Currency Address - XBT 32DaxSzUhLBHY2WGSWQYiBSHnRsfQZrrRp; alt. Digital Currency Address - XBT 3MTRvM5QrYZHKo8gh5qKcrPK3RLjxcDCZE;

34pFGsSYbWEritXncW9unZtQQE9dKSvKku; alt. Digital Currency Address - XBT 38ncxqt932N9CcfNfYuHGZgCyR85hDkWBW; alt. Digital Currency Address - XBT 3F6bbvS1krsc1qR8FsbTDfYQyvkMm3QvmR; alt. Digital Currency Address - XBT 3MD3riFB6U8PykypF6qkvSj8R2SGdUDPn3; alt. Digital Currency Address - XBT 3JUwAS7seL3fh5hxWh9fu3HCiEzjuQLTfg; alt. Digital Currency Address - XBT 3EUjqe9UpmyXCFd6jeu69hoTzndMRfxw9M; alt. Digital Currency Address - XBT 3QEjBiPzw6WZUL4MYMmMU6DY1Y25aVbpQ u; alt. Digital Currency Address - XBT 3N3YSDvp4cbhEgNGabQxTN39kEzJmwG8Ah; alt. Digital Currency Address - XBT 3J19qffPT6mxQUcV6k5yVURGZtdhpdGr4y; alt. Digital Currency Address - XBT 33KKjn4exdBJQkTtdWxqpdVsWxrw3LareG; alt. Digital Currency Address - XBT 3GSXNXzyCDoQ1Rhsc7F1jjjFe7DGcHHdcM; alt. Digital Currency Address - XBT 3QJyT8nThEQakbfqgX86YjCK1Sp9hfNCUW; alt. Digital Currency Address - XBT 35hh9dg3wSvUJz9vFk1FsezLE5Fx3Hudk2; alt. Digital Currency Address - XBT 3NDzzVxiLBUs1WPvVGRfCYDTAD2Ua2PvW4 ; alt. Digital Currency Address - XBT 3DCCgmyKozcZkFBzYb1A2x8abZCpAUTPPk; alt. Digital Currency Address - XBT 3MvQ4gThF4mmuo49p4dBNchcmFHBRZnYfx; alt. Digital Currency Address - XBT 3FBgeJdhiBe22UoSpp51Vd8dPHVa2A4wZX; alt. Digital Currency Address - XBT 3HQDRyzwm82MFmLWtmyikDM9JQEtVT6vAp ; alt. Digital Currency Address - XBT 31t4nEpcwyQJT1VuXdAoQZTT5givRDPsNP; alt. Digital Currency Address - XBT 39AALn7eTjdPzLb99hHhD6F7J8QWB3R2Rd; alt. Digital Currency Address - XBT 3LDbNuDkKmLae5r3a5icPA5CQg2Y8F7ogW; alt. Digital Currency Address - XBT 3JLyyLbwciWAC6re87D7mRknXakR4YbnUd; alt. Digital Currency Address - XBT 3ANWhUnHujdwbw2jEuGSRH6bvFsD9BqEy9; alt. Digital Currency Address - XBT 32fbAZMTaQxNd2fAue1PgsiPgWfcsHBQQt; alt. Digital Currency Address - XBT 3HupEUfKmMhvhXqf8TMoPAyqDcRC1kpe65; alt. Digital Currency Address - XBT 34kEYgpijvCmjvahRXXQEnBH76UGJVx2wg; alt. Digital Currency Address - XBT 3GYbbYkvqvjF5oYhaKCgQYCvcVE1JENk6J; alt. Digital Currency Address - XBT 3BazbaTP8ELJUEfPBV9z5HXEdgBziV9p7W;

alt. Digital Currency Address - XBT 3GMfGEDYMTq9G8dEHet1zLtUFJwYwSNa3Y; alt. Digital Currency Address - XBT 38LjCapRrJEW7w2zwbyS15P9D9UGPjWS44; alt. Digital Currency Address - XBT 36XqYWGvUQwBrYLRVuegN4pJJJSPWL1WE u; alt. Digital Currency Address - XBT 37g6WgqedzZx6nx51tYgssNG8Hnknyj5nL; alt. Digital Currency Address - XBT 3QAdoc1rDCt8dii1GVPJXvvK6CEJLzCRZw; alt. Digital Currency Address - XBT 32PsiT8itBrEF84ebdaF82yBUEcz5Wc6uY; alt. Digital Currency Address - XBT 3B4G1M8eF3cThbeMwhEWkKzczw9QoNTGak ; alt. Digital Currency Address - XBT 34ETiHfQWEYFCCaXmEeQWVmhFH5vz2JMv d; alt. Digital Currency Address - XBT 3PyzSbFj3hbQQjTzDzyLSgvFVDjB7yw4Cj; alt. Digital Currency Address - XBT 15PggTG7YhJKiE6B16vkKzA1YDTZipXEX4; Secondary sanctions risk: Ukraine-/Russia- Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 2017 [CYBER2].

BLENDERIO (a.k.a. @BLENDERIO_ENGLISH; a.k.a. @BLENDERIO_RUSSIAN; a.k.a. @MADEAMAZE_BOT; a.k.a. BLENDER.IO); Website https://blender.io; alt. Website https://blender.io; alt. Website http://blenderjkul472odyrnpmnirqgpzd3kms54jrr fycledrvvfbyj3wnqd.onion/; Email Address blender.io@tuta.io; alt. Email Address adblenderio@tuta.io; Digital Currency Address - XBT 3K35dyL85fR9ht7UgzPfd1gLRRXQtNTqE3; alt. Digital Currency Address - XBT 3Q5dGfLKkWqWSwYtbMUyc8xGjN5LrRviK4; alt. Digital Currency Address - XBT 3EPqGUw2q89pwPZ1UF8FJspE2AyojSTjdu; alt. Digital Currency Address - XBT 3LhnVMcBq4gsR7aDaRr9XmUo17CuYBV4FN; alt. Digital Currency Address - XBT 3F6bbvS1krsc1qR8FsbTDfYQyvkMm3QvmR; alt. Digital Currency Address - XBT 3JHMz3mTna1gVCZSPp8NgRFiY7phkv5mA8; alt. Digital Currency Address - XBT 32DaxSzUhLBHY2WGSWQYiBSHnRsfQZrrRp; alt. Digital Currency Address - XBT 3MTRvM5QrYZHKo8gh5qKcrPK3RLjxcDCZE; 34pFGsSYbWEritXncW9unZtQQE9dKSvKku; 38ncxqt932N9CcfNfYuHGZgCyR85hDkWBW; alt. Digital Currency Address - XBT 3F6bbvS1krsc1qR8FsbTDfYQyvkMm3QvmR;

alt. Digital Currency Address - XBT 3MD3riFB6U8PykypF6qkvSj8R2SGdUDPn3; alt. Digital Currency Address - XBT 3JUwAS7seL3fh5hxWh9fu3HCiEzjuQLTfg; alt. Digital Currency Address - XBT 3EUjqe9UpmyXCFd6jeu69hoTzndMRfxw9M; alt. Digital Currency Address - XBT 3QEjBiPzw6WZUL4MYMmMU6DY1Y25aVbpQu; alt. Digital Currency Address - XBT 3N3YSDvp4cbhEgNGabQxTN39kEzJmwG8Ah; alt. Digital Currency Address - XBT 3J19qffPT6mxQUcV6k5yVURGZtdhpdGr4y; alt. Digital Currency Address - XBT 33KKjn4exdBJQkTtdWxqpdVsWxrw3LareG; alt. Digital Currency Address - XBT 3GSXNXzyCDoQ1Rhsc7F1jjjFe7DGcHHdcM; alt. Digital Currency Address - XBT 3QJyT8nThEQakbfqgX86YjCK1Sp9hfNCUW; alt. Digital Currency Address - XBT 35hh9dg3wSvUJz9vFk1FsezLE5Fx3Hudk2; alt. Digital Currency Address - XBT 3NDzzVxiLBUs1WPvVGRfCYDTAD2Ua2PvW4; alt. Digital Currency Address - XBT 3DCCgmyKozcZkFBzYb1A2x8abZCpAUTPPk; alt. Digital Currency Address - XBT 3MvQ4gThF4mmuo49p4dBNchcmFHBRZnYfx; alt. Digital Currency Address - XBT 3FBgeJdhiBe22UoSpp51Vd8dPHVa2A4wZX; alt. Digital Currency Address - XBT 3HQDRyzwm82MFmLWtmyikDM9JQEtVT6vAp; alt. Digital Currency Address - XBT 31t4nEpcwyQJT1VuXdAoQZTT5givRDPsNP; alt. Digital Currency Address - XBT 39AALn7eTjdPzLb99hHhD6F7J8QWB3R2Rd; alt. Digital Currency Address - XBT 3LDbNuDkKmLae5r3a5icPA5CQg2Y8F7ogW; alt. Digital Currency Address - XBT 3JLyyLbwciWAC6re87D7mRknXakR4YbnUd; alt. Digital Currency Address - XBT 3ANWhUnHujdwbw2jEuGSRH6bvFsD9BqEy9; alt. Digital Currency Address - XBT 32fbAZMTaQxNd2fAue1PgsiPgWfcsHBQQt; alt. Digital Currency Address - XBT 3HupEUfKmMhvhXqf8TMoPAyqDcRC1kpe65; alt. Digital Currency Address - XBT 34kEYgpijvCmjvahRXXQEnBH76UGJVx2wg; alt. Digital Currency Address - XBT 3GYbbYkvqvjF5oYhaKCgQYCvcVE1JENk6J; alt. Digital Currency Address - XBT 3BazbaTP8ELJUEfPBV9z5HXEdgBziV9p7W; alt. Digital Currency Address - XBT 3GMfGEDYMTq9G8dEHet1zLtUFJwYwSNa3Y; alt. Digital Currency Address - XBT 38LjCapRrJEW7w2zwbyS15P9D9UGPjWS44;

36XqYWGvUQwBrYLRVuegN4pJJJSPWL1WEu; alt. Digital Currency Address - XBT 37g6WgqedzZx6nx51tYgssNG8Hnknyj5nL; alt. Digital Currency Address - XBT 3QAdoc1rDCt8dii1GVPJXvvK6CEJLzCRZw; alt. Digital Currency Address - XBT 32PsiT8itBrEF84ebdaF82yBUEcz5Wc6uY; alt. Digital Currency Address - XBT 3B4G1M8eF3cThbeMwhEWkKzczw9QoNTGak; alt. Digital Currency Address - XBT 34ETiHfQWEYFCCaXmEeQWVmhFH5vz2JMvd; alt. Digital Currency Address - XBT 3PyzSbFj3hbQQjTzDzyLSgvFVDjB7yw4Cj; alt. Digital Currency Address - XBT 15PggTG7YhJKiE6B16vkKzA1YDTZipXEX4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 2017 [CYBER2].

BLIKSEM COMPUTERS & REQUISITES TRADING COMPANY LLC (Arabic: بليكسم لتجارة الحاسب الالى ولوازمة شركة ذ.م.م. (a.k.a. BLIKSEM COMPUTERS AND REQUISITES TRADING CO LLC), Deira Al Qusais Industrial Area 1, Dubai, United Arab Emirates; Registration Number 1076083 (United Arab Emirates) [RUSSIA-EO14024].

BLIKSEM COMPUTERS AND REQUISITES TRADING CO LLC (a.k.a. BLIKSEM COMPUTERS & REQUISITES TRADING COMPANY LLC (Arabic: بليكسم لتجارة اجهزة الحاسب الالى ولوازمة شركة ذ.م.م.)), Deira Al Qusais Industrial Area 1, Dubai, United Arab Emirates; Registration Number 1076083 (United Arab Emirates) [RUSSIA-EO14024].

BLISSEY PANAMA INC., Avenida Central y Calle 4ta, Edificio Plaza Central, Oficina 32, Panama City, Panama; RUC # 2989391409828 (Panama) [SDNTK].

BLOCK NIROU SUN CO (a.k.a. BNSA CO; a.k.a. KIA NIROU; a.k.a. NEKA NOVIN; a.k.a. NEKU NIROU TAVAN CO; a.k.a. NIKSA NIROU), Unit 7, No. 12, 13th Street, Mir-Emad St., Motahary Avenue, Tehran 15875-6653, Iran; No. 2, 3rd Floor, Simorgh St., Dr. Shariati Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

BLOTO INTERNATIONAL COMPANY (a.k.a. BLOTO INTERNATIONAL, LTD.; a.k.a. BLOTO INTERNATIONAL; a.k.a. PLUTO-DUBAI TRADING COMPANY, LLC), Iraq; 131/13 Soi 7/1 Sukhumvit Road, Wattana, Bangkok, Thailand; 131/13 Sukhumvit Road, Klongtoey Neua sub-district, Wattana District; Dubai, United Arab Emirates [IRAQ2].

BLOTO INTERNATIONAL, LTD. (a.k.a. BLOTO INTERNATIONAL COMPANY; a.k.a. BLUTO INTERNATIONAL; a.k.a. PLUTO-DUBAI TRADING COMPANY, LLC), Iraq; 131/13 Soi 7/1 Sukhumvit Road, Wattana, Bangkok, Thailand; 131/13 Sukhumvit Road, Klongtoey Neua sub-district, Wattana District; Dubai, United Arab Emirates [IRAQ2].

BLOTSKY, Vladimir Nikolayevich (Cyrillic: БЛОЦКИЙ, Владимир Николаевич), Russia; DOB 10 Nov 1977; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BLUE AIRWAYS (a.k.a. BLUE SKY SZE), Mahan Air Tower, Azadegn Street, Karaj Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR).

BLUE BERRI SHIPPING INC., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Mar 2021; Business Number 108160 (Marshall Islands) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

BLUE CACTUS HEAVY EQUIPMENT & MACHINERY SPARE PARTS TRADING L.L.C. (a.k.a. BLUE CACTUS HEAVY EQUIPMENT AND MACHINERY SPARE PARTS TRADING L.L.C. (Arabic: بلو كاكتوس لتجارة قطع غبار اللت و المعدات النقيلة ش.ذ.م.م.)), P.O. Box 126242, United Arab Emirates; Plot No. 117-635, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Aug 2015; Commercial Registry Number 1185785 (United Arab Emirates); Registration Number 738453 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

BLUE CACTUS HEAVY EQUIPMENT AND MACHINERY SPARE PARTS TRADING L.L.C. (Arabic: بلو كاكتوس لتجارة قطع غبار اللت و المعدات النقيلة ش.ذ.م.م. a.k.a. BLUE CACTUS HEAVY EQUIPMENT & MACHINERY SPARE PARTS TRADING L.L.C.), P.O. Box 126242, United Arab Emirates; Plot No. 117-635, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Aug 2015; Commercial Registry Number 1185785 (United Arab

Emirates); Registration Number 738453 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

BLUE CALM MARINE SERVICES (a.k.a. BLUE CALM MARINE SERVICES COMPANY), No. 174, 1st Floor (East Wing), Arian Tower, Mirdamad Blvd., Tehran 15498, Iran; Kian Mehr Bldg., 2nd Floor, Dr. Ebrahimeian Str., Jahan Bar, Eskeleh Ave., Bandar Abbas, Iran; Next to Izugam, Phase 3, 40th Ave., Sarbandar, Bandar Imam Khomeini, Iran; 2nd Floor, Ghanbari Bldg., Shohada Ave., Bandar Bushehr, Iran; BMS Bldg, No. 960, Chah Ghandi Ave., Kharg Island, Iran; Sirri Island, Iran; Lavan Island, Iran; Website https://www.bluecalmmarineservices.net; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1980; Business Registration Number 29856 (Iran) [NPWMD] [IFSR] (Linked To: P.B. SADR CO.).

BLUE CALM MARINE SERVICES COMPANY (a.k.a. BLUE CALM MARINE SERVICES), No. 174, 1st Floor (East Wing), Arian Tower, Mirdamad Blvd., Tehran 15498, Iran; Kian Mehr Bldg., 2nd Floor, Dr. Ebrahimeian Str., Jahan Bar, Eskeleh Ave., Bandar Abbas, Iran; Next to Izugam, Phase 3, 40th Ave., Sarbandar, Bandar Imam Khomeini, Iran; 2nd Floor, Ghanbari Bldg., Shohada Ave., Bandar Bushehr, Iran; BMS Bldg, No. 960, Chah Ghandi Ave., Kharg Island, Iran; Sirri Island, Iran; Lavan Island, Iran; Website https://www.bluecalmmarineservices.net; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1980; Business Registration Number 29856 (Iran) [NPWMD] [IFSR] (Linked To: P.B. SADR CO.).

BLUE ENERGY TRADE LTD. CO., P.O. Box 556, Charlestown, Saint Kitts and Nevis [SYRIA] (Linked To: MILENYUM ENERGY S.A.).

BLUE LAGOON ALI KANSO GROUP (S.L.) LIMITED (a.k.a. BLUE LAGOON ALI KANSO GROUP LTD.; a.k.a. BLUE LAGOON GROUP; a.k.a. BLUE LAGOON GROUP LTD.), 65 Siaka Stevens Street, Freetown, Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Tax ID No. 1060463-3 (Sierra Leone) [SDGT] (Linked To: QANSU, Ali Muhammad).

BLUE LAGOON ALI KANSO GROUP LTD. (f.k.a. BLUE LAGOON ALI KANSO GROUP (S.L.) LIMITED; a.k.a. BLUE LAGOON GROUP; a.k.a. BLUE LAGOON GROUP LTD.), 65 Siaka Stevens Street, Freetown, Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Tax ID No. 1060463-3 (Sierra Leone) [SDGT] (Linked To: QANSU, Ali Muhammad).

BLUE LAGOON GROUP (f.k.a. BLUE LAGOON ALI KANSO GROUP (S.L.) LIMITED; a.k.a. BLUE LAGOON ALI KANSO GROUP LTD.; a.k.a. BLUE LAGOON GROUP LTD.), 65 Siaka Stevens Street, Freetown, Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Tax ID No. 1060463-3 (Sierra Leone) [SDGT] (Linked To: QANSU, Ali Muhammad).

BLUE LAGOON GROUP LTD. (f.k.a. BLUE LAGOON ALI KANSO GROUP (S.L.) LIMITED; a.k.a. BLUE LAGOON ALI KANSO GROUP LTD.; a.k.a. BLUE LAGOON GROUP), 65 Siaka Stevens Street, Freetown, Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Tax ID No. 1060463-3 (Sierra Leone) [SDGT] (Linked To: QANSU, Ali Muhammad).

BLUE SKY AVIATION CO FZE, Al Maktoum Street, al Dana Centre, 3rd Floor, Office No. 306, Dubai, United Arab Emirates [SDGT].

BLUE SKY INDUSTRY CORPORATION (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu

Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

BLUE SKY SZE (a.k.a. BLUE AIRWAYS), Mahan Air Tower, Azadegn Street, Karaj Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR).

BLUE STAR DIAMOND SAL - OFFSHORE, Ramla Al Bayda, Al Bizri Street, Beirut, Lebanon; Commercial Registry Number 1800235 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

BLUE TANKER SHIPPING SA, Care of Sambouk Shipping FCZ, Office 101, 1st Floor, FITCO Building No 3, Inside Fujairah Port, PO Box 50044, Fujairah, United Arab Emirates; Majuro MH, Marshall Islands; Liberia; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

BLUELANE OVERSEAS SA, Panama City, Panama; Identification Number IMO 6109861 [VENEZUELA-EO13850].

BLUENOROFF (a.k.a. "APT 38"; a.k.a. "APT38"; a.k.a. "STARDUST CHOLLIMA"), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

BLUE-STAR SECCION HOSTELERIA S.L., Calle Villaverde, 2, Parla, Madrid 28981, Spain; C.I.F. B84214477 (Spain) [SDNTK].

BLUTO INTERNATIONAL (a.k.a. BLOTO INTERNATIONAL COMPANY; a.k.a. PLUTO-DUBAI INTERNATIONAL, LLC), Iraq; 131/13 Soi 7/1 Sukhumvit Road, Wattana, Bangkok, Thailand; 131/13 Sukhumvit Road, Klongtoey Neua sub-district, Wattana District; Dubai, United Arab Emirates [IRAQ2].

BM BANK AO (f.k.a. AKTSIONERNY KOMMERCHESKI BANK BANK MOSKVY OTKRYTOE AKTSIONERNOE OBSCHCHESTVO; f.k.a. BANK MOSKVY PAO; f.k.a. BANK OF MOSCOW; a.k.a. BM BANK JSC; a.k.a. BM BANK PUBLIC JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMMERCIAL BANK - BANK OF MOSCOW

OPEN JOINT STOCK COMPANY; a.k.a. PAO BM BANK), 8/15 Korp. 3 ul. Rozhdestvenka, Moscow 107996, Russia; Bld 3 8/15, Rozhdestvenka St., Moscow 107996, Russia; SWIFT/BIC MOSWRUMM; BIK (RU) 044525219; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Registration ID 1027700159497 (Russia); Government Gazette Number 29292940 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

BM BANK JSC (f.k.a. AKTSIONERNY KOMMERCHESKI BANK BANK MOSKVY OTKRYTOE AKTSIONERNOE OBSCHCHESTVO; f.k.a. BANK MOSKVY PAO; f.k.a. BANK OF MOSCOW; a.k.a. BM BANK AO; a.k.a. BM BANK PUBLIC JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMMERCIAL BANK - BANK OF MOSCOW OPEN JOINT STOCK COMPANY; a.k.a. PAO BM BANK), 8/15 Korp. 3 ul. Rozhdestvenka, Moscow 107996, Russia; Bld 3 8/15, Rozhdestvenka St., Moscow 107996, Russia; SWIFT/BIC MOSWRUMM; BIK (RU) 044525219; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Registration ID 1027700159497 (Russia); Government Gazette Number 29292940 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

BM BANK PUBLIC JOINT STOCK COMPANY (f.k.a. AKTSIONERNY KOMMERCHESKI BANK BANK MOSKVY OTKRYTOE AKTSIONERNOE OBSCHCHESTVO; f.k.a. BANK MOSKVY PAO; f.k.a. BANK OF MOSCOW; a.k.a. BM BANK AO; a.k.a. BM BANK JSC; a.k.a. JOINT STOCK COMMERCIAL BANK - BANK OF MOSCOW OPEN JOINT STOCK COMPANY; a.k.a. PAO

BM BANK), 8/15 Korp. 3 ul. Rozhdestvenka, Moscow 107996, Russia; Bld 3 8/15, Rozhdestvenka St., Moscow 107996, Russia; SWIFT/BIC MOSWRUMM; BIK (RU) 044525219; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Registration ID 1027700159497 (Russia); Government Gazette Number 29292940 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

BM SYSTEMS EAD, 119 Ekzarh Yosif Str., Oborishte Distr., Sofia 1527, Bulgaria; Organization Established Date 2007; Registration Number 131382912 (Bulgaria) [GLOMAG] (Linked To: INTRUST PLC EAD).

BMA SPEDITION GMBH (a.k.a. BELMAGISTRALAVTOTRANS SPEDITIONS GMBH), Justus-von-Liebig-Str. 21, Alzey 55232, Germany; Am Fuchsbau 1, Bad Saarow 15526, Germany; Siedlce, Poland; Smolensk, Russia; Pavlodar, Kazakhstan; Minsk, Belarus; Organization Established Date 20 Jan 1995; V.A.T. Number DE171692719 (Germany); Tax ID No. 08/666/09768 (Germany); Registration Number HRB 32490 (Mainz) (Germany) [RUSSIA-EO14024] (Linked To: KOSTIOUK, Evgueni).

BMIIC INTERNATIONAL GENERAL TRADING L.L.C., 705 International Business Tower, PO Box 181878, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: TOSE-E MELLI GROUP INVESTMENT COMPANY).

BNSA CO (a.k.a. BLOCK NIROU SUN CO; a.k.a. KIA NIROU; a.k.a. NEKA NOVIN; a.k.a. NEKU NIROU TAVAN CO; a.k.a. NIKSA NIROU), Unit 7, No. 12, 13th Street, Mir-Emad St., Motahary Avenue, Tehran 15875-6653, Iran; No. 2, 3rd Floor, Simorgh St., Dr. Shariati Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

BOALI GROUP (a.k.a. BU ALI GROUP), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

BOBKOV, Sergei Alekseevich (Cyrillic: БОБКОВ, Сергей Алексеевич) (a.k.a. BOBKOV, Sergey Alekseyevich), Russia; DOB 21 Jun 1980; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7726000947136 (Russia) (individual) [CAATSA - RUSSIA] (Linked To: STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION FGUP CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND MECHANICS).

BOBKOV, Sergey Alekseyevich (a.k.a. BOBKOV, Sergei Alekseevich (Cyrillic: БОБКОВ, Сергей Алексеевич)), Russia; DOB 21 Jun 1980; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7726000947136 (Russia) (individual) [CAATSA - RUSSIA] (Linked To: STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION FGUP CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND MECHANICS).

BOBRYSHEV, Vladimir Mihajlovich (a.k.a. BOBRYSHEV, Vladimir Mikhailovich (Cyrillic: БОБРЫШЕВ, Владимир Михайлович); a.k.a. BOBRYSHEV, Volodymyr Mykhailovych (Cyrillic: БОБРИШЕВ, Володимир Михайлович)), 29 Illyushi Kulika St., Apt. 275, Kherson, Kherson region, Ukraine; DOB 16 Jan 1966; POB Petrovka Village, Krasnogvardeyskiy district, Crimea, Ukraine; nationality Ukraine; Gender Male; Tax ID No. 2412201890 (Ukraine); alt. Tax ID No. 470310995344 (Russia) (individual) [RUSSIA-EO14024].

BOBRYSHEV, Vladimir Mikhailovich (Cyrillic: БОБРЫШЕВ, Владимир Михайлович) (a.k.a. BOBRYSHEV, Vladimir Mihajlovich; a.k.a. BOBRYSHEV, Volodymyr Mykhailovych (Cyrillic: БОБРИШЕВ, Володимир Михайлович)), 29 Illyushi Kulika St., Apt. 275, Kherson, Kherson region, Ukraine; DOB 16 Jan 1966; POB Petrovka Village, Krasnogvardeyskiy district, Crimea, Ukraine; nationality Ukraine; Gender Male; Tax ID No. 2412201890 (Ukraine); alt. Tax ID No. 470310995344 (Russia) (individual) [RUSSIA-EO14024].

BOBRYSHEV, Volodymyr Mykhailovych (Cyrillic: БОБРИШЕВ, Володимир Михайлович) (a.k.a. BOBRYSHEV, Vladimir Mihajlovich; a.k.a.

BOBRYSHEV, Vladimir Mikhailovich (Cyrillic: БОБРЫШЕВ, Владимир Михайлович)), 29 Illyushi Kulika St., Apt. 275, Kherson, Kherson region, Ukraine; DOB 16 Jan 1966; POB Petrovka Village, Krasnogvardeyskiy district, Crimea, Ukraine; nationality Ukraine; Gender Male; Tax ID No. 2412201890 (Ukraine); alt. Tax ID No. 470310995344 (Russia) (individual) [RUSSIA-EO14024].

BOCHAROV, Andrei Ivanovich (a.k.a. BOCHAROV, Andrey Ivanovich (Cyrillic: БОЧАРОВ, Андрей Иванович)), Volgograd Region, Russia; DOB 14 Oct 1969; POB Barnaul, Altay region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 772970632606 (Russia) (individual) [RUSSIA-EO14024].

BOCHAROV, Andrey Ivanovich (Cyrillic: БОЧАРОВ, Андрей Иванович) (a.k.a. BOCHAROV, Andrei Ivanovich), Volgograd Region, Russia; DOB 14 Oct 1969; POB Barnaul, Altay region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 772970632606 (Russia) (individual) [RUSSIA-EO14024].

BOCHUANG CERAMIC, INC., A101 Songgang Industry Park, No. 368 West Yindu Road, Shanghai 201612, China; Website http://www.boceramic.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

BODEAU, Gary, 11 Rue Doucet, Delmas 83, Port Au Prince HT6120, Haiti; DOB 18 Nov 1977; POB Port Au Prince, Haiti; nationality Haiti; Gender Male; Passport PP5201306 (Haiti) issued 03 Apr 2019 expires 02 Apr 2029; National ID No. 0038132991 (Haiti) (individual) [GLOMAG].

BODECARNE, S.A. DE C.V., Calle Teikame Numero 21, Modulo A, Nayarabastos, Tepic, Nayarit, Mexico; Folio Mercantil No. 7266 (Mexico) [GLOMAG].

BODEGA MICHIGAN, Calle 10A 11A-02, Maicao, Colombia; Matricula Mercantil No 0081931 (Colombia) [SDNTK].

BOGACHEV, Evgeniy Mikhailovich (a.k.a. BOGACHEV, Evgeniy Mikhaylovich; a.k.a. "Lastik"; a.k.a. "lucky12345"; a.k.a. "Monstr"; a.k.a. "Pollingsoon"; a.k.a. "Slavik"), Lermontova Str., 120-101, Anapa, Russia; DOB 28 Oct 1983; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

BOGACHEV, Evgeniy Mikhaylovich (a.k.a. BOGACHEV, Evgeniy Mikhailovich; a.k.a. "Lastik"; a.k.a. "lucky12345"; a.k.a. "Monstr"; a.k.a. "Pollingsoon"; a.k.a. "Slavik"), Lermontova Str., 120-101, Anapa, Russia; DOB 28 Oct 1983; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

BOGACHEVA, Anna Vladislavovna, Russia; DOB 13 Mar 1988; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

BOGATIROV, Letscha (a.k.a. BOGATYREV, Lecha; a.k.a. BOGATYRYOV, Lecha); DOB 14 Mar 1975; POB Atschkoi, Chechen Republic, Russia (individual) [MAGNIT].

BOGATYREV, Lecha (a.k.a. BOGATIROV, Letscha; a.k.a. BOGATYRYOV, Lecha); DOB 14 Mar 1975; POB Atschkoi, Chechen Republic, Russia (individual) [MAGNIT].

BOGATYRIOVA, Raisa (a.k.a. BOGATYROVA, Raisa; a.k.a. BOGATYRYOVA, Raisa; a.k.a. BOHATYREVA, Raisa; a.k.a. BOHATYRIOVA, Raisa Vasylivna; a.k.a. BOHATYROVA, Raisa; a.k.a. BOHATYRYOVA, Raisa; a.k.a. BOHATYRYOVA, Rayisa); DOB 06 Jan 1953; POB Bakal, Chelyabinsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BOGATYROVA, Raisa (a.k.a. BOGATYRIOVA, Raisa; a.k.a. BOGATYRYOVA, Raisa; a.k.a. BOHATYREVA, Raisa; a.k.a. BOHATYRIOVA, Raisa Vasylivna; a.k.a. BOHATYROVA, Raisa; a.k.a. BOHATYRYOVA, Raisa; a.k.a. BOHATYRYOVA, Rayisa); DOB 06 Jan 1953; POB Bakal, Chelyabinsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BOGATYRYOV, Lecha (a.k.a. BOGATIROV, Letscha; a.k.a. BOGATYREV, Lecha); DOB 14 Mar 1975; POB Atschkoi, Chechen Republic, Russia (individual) [MAGNIT].

BOGATYRYOVA, Raisa (a.k.a. BOGATYRIOVA, Raisa; a.k.a. BOGATYROVA, Raisa; a.k.a. BOHATYREVA, Raisa; a.k.a. BOHATYRIOVA, Raisa Vasylivna; a.k.a. BOHATYROVA, Raisa; a.k.a. BOHATYRYOVA, Raisa; a.k.a. BOHATYRYOVA, Rayisa); DOB 06 Jan 1953; POB Bakal, Chelyabinsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related

Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BOGDANOV, Vladimir (a.k.a. BOGDANOV, Vladimir Mikhailovich; a.k.a. BOGDANOV, Vladimir Mikhaylovich (Cyrillic: БОГДАНОВ, Владимир Михайлович)), Moscow, Russia; DOB 17 Jul 1958; POB Moscow, Russia; nationality Russia; Gender Male [NPWMD].

BOGDANOV, Vladimir Leonidovich, Russia; DOB 28 May 1951; POB Suyerka, Uporovsky District, Tyumen Region, Russian Federation; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13662].

BOGDANOV, Vladimir Mikhailovich (a.k.a. BOGDANOV, Vladimir; a.k.a. BOGDANOV, Vladimir Mikhaylovich (Cyrillic: БОГДАНОВ, Владимир Михайлович)), Moscow, Russia; DOB 17 Jul 1958; POB Moscow, Russia; nationality Russia; Gender Male [NPWMD].

BOGDANOV, Vladimir Mikhaylovich (Cyrillic: БОГДАНОВ, Владимир Михайлович) (a.k.a. BOGDANOV, Vladimir; a.k.a. BOGDANOV, Vladimir Mikhailovich), Moscow, Russia; DOB 17 Jul 1958; POB Moscow, Russia; nationality Russia; Gender Male (individual) [NPWMD].

BOGOMAZ, Aleksandr Vasilyevich (Cyrillic: БОГОМАЗ, Александр Васильевич) (a.k.a. BOGOMAZ, Alexander Vasilievich), Bryansk Region, Russia; DOB 23 Feb 1961; POB Gridenki, Bryansk Region, Russia; nationality Russia; Gender Male; Tax ID No. 322700256725 (Russia) (individual) [RUSSIA-EO14024].

BOGOMAZ, Alexander Vasilievich (a.k.a. BOGOMAZ, Aleksandr Vasilyevich (Cyrillic: БОГОМАЗ, Александр Васильевич)), Bryansk Region, Russia; DOB 23 Feb 1961; POB Gridenki, Bryansk Region, Russia; nationality Russia; Gender Male; Tax ID No. 322700256725 (Russia) (individual) [RUSSIA-EO14024].

BOGUSLAWSKI, Irek Borisovich (Cyrillic: БОГУСЛАВСКИЙ, Ирек Борисович), Russia; DOB 09 Sep 1967; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BOHATYREVA, Raisa (a.k.a. BOGATYRIOVA, Raisa; a.k.a. BOGATYROVA, Raisa; a.k.a. BOGATYRYOVA, Raisa; a.k.a. BOHATYRIOVA, Raisa Vasylivna; a.k.a.

BOHATYROVA, Raisa; a.k.a. BOHATYRYOVA, Raisa; a.k.a. BOHATYRYOVA, Rayisa); DOB 06 Jan 1953; POB Bakal, Chelyabinsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BOHATYRIOVA, Raisa Vasylivna (a.k.a. BOGATYROVA, Raisa; a.k.a. BOGATYRYOVA, Raisa; a.k.a. BOHATYREVA, Raisa; a.k.a. BOHATYROVA, Raisa; a.k.a. BOHATYRYOVA, Rayisa); DOB 06 Jan 1953; POB Bakal, Chelyabinsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BOHATYROVA, Raisa (a.k.a. BOGATYRIOVA, Raisa; a.k.a. BOGATYROVA, Raisa; a.k.a. BOGATYRYOVA, Raisa; a.k.a. BOHATYREVA, Raisa; a.k.a. BOHATYRIOVA, Raisa Vasylivna; a.k.a. BOHATYRYOVA, Raisa; a.k.a. BOHATYRYOVA, Rayisa); DOB 06 Jan 1953; POB Bakal, Chelyabinsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BOHATYRYOVA, Raisa (a.k.a. BOGATYRIOVA, Raisa; a.k.a. BOGATYROVA, Raisa; a.k.a. BOGATYRYOVA, Raisa; a.k.a. BOHATYREVA, Raisa; a.k.a. BOHATYRIOVA, Raisa Vasylivna; a.k.a. BOHATYROVA, Raisa; a.k.a. BOHATYRYOVA, Rayisa); DOB 06 Jan 1953; POB Bakal, Chelyabinsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BOHATYRYOVA, Rayisa (a.k.a. BOGATYRIOVA, Raisa; a.k.a. BOGATYROVA, Raisa; a.k.a. BOGATYRYOVA, Raisa; a.k.a. BOHATYREVA, Raisa; a.k.a. BOHATYRIOVA, Raisa Vasylivna; a.k.a. BOHATYROVA, Raisa; a.k.a. BOHATYRYOVA, Raisa); DOB 06 Jan 1953; POB Bakal, Chelyabinsk, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BOIS ROUGE SARLU (a.k.a. WOOD INTERNATIONAL GROUP SARLU), Rond Point De Kaga Mangoulou, Avenue du 15 Mars, 4eme, Bangui, Central African Republic; Kanagamongoulou, Gobongo 6, 4eme, Bangui, Central African Republic; Organization Established Date Mar 2019; alt. Organization Established Date 2021; Organization Type: Logging; Registration Number CA/BG/2019B520 (Central African Republic); alt. Registration Number CA/BG/2022M1910 (Central African Republic) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

BOJIC, Andrija Zheljko, Kosovo; DOB 02 Mar 1993; Gender Male (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

BOJIC, Zeljko (a.k.a. BOJIC, Zeljko Radoslav), Lole Ribar Street, Number L3/10/2, Mitrovica North, Kosovo; DOB 16 Jul 1969; POB Mitrovica, Kosovo; nationality Kosovo; Gender Male; Passport P00608659 (Kosovo) expires 19 Mar 2025 (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

BOJIC, Zeljko Radoslav (a.k.a. BOJIC, Zeljko), Lole Ribar Street, Number L3/10/2, Mitrovica North, Kosovo; DOB 16 Jul 1969; POB Mitrovica, Kosovo; nationality Kosovo; Gender Male; Passport P00608659 (Kosovo) expires 19 Mar 2025 (individual) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

BOJKOV, Vassil Kroumov (a.k.a. BOZHKOV, Vasil (Cyrillic: БОЖКОВ, ВАСИЛ); a.k.a. "Cherepa"; a.k.a. "The Skull"), 79 Vassil Levski Blvd, Sofia 1000, Bulgaria; Dubai, United Arab Emirates; DOB 29 Jul 1956; POB Velingrad, Bulgaria; nationality Bulgaria; Gender Male; Passport 440210366 (Bulgaria) expires 23 Aug 2023; alt. Passport 385950465 (Bulgaria) expires 11 Apr 2024; National ID No. 647475973 (Bulgaria) (individual) [GLOMAG].

BOKAREV, Andrei Removich (a.k.a. BOKAREV, Andrey Removich), Russia; DOB 23 Oct 1966; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 1781321677 (Russia) (individual) [RUSSIA-EO14024] (Linked To: RUSSIAN ASSOCIATION OF EMPLOYERS THE RUSSIAN UNION OF INDUSTRIALISTS AND ENTREPRENEURS).

BOKAREV, Andrey Removich (a.k.a. BOKAREV, Andrei Removich), Russia; DOB 23 Oct 1966; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 1781321677 (Russia) (individual) [RUSSIA-EO14024] (Linked To: RUSSIAN ASSOCIATION OF EMPLOYERS THE RUSSIAN UNION OF INDUSTRIALISTS AND ENTREPRENEURS).

BOKAREVA, Olga (a.k.a. SYROVATSKAYA, Olga Vladimirovna), Moscow, Russia; DOB 12 Oct 1980; POB Slovyansk, Ukraine; nationality Russia; Gender Female; Tax ID No. 771065006817 (Russia) (individual) [RUSSIA-

EO14024] (Linked To: BOKAREV, Andrei Removich).

BOKO HARAM (a.k.a. JAMA'ATU AHLIS SUNNA LIDDA'AWATI WAL-JIHAD; a.k.a. JAMA'ATU AHLUS-SUNNAH LIDDA'AWATI WAL JIHAD; a.k.a. NIGERIAN TALIBAN; a.k.a. PEOPLE COMMITTED TO THE PROPHET'S TEACHINGS FOR PROPAGATION AND JIHAD; a.k.a. SUNNI GROUP FOR PREACHING AND JIHAD), Nigeria [FTO] [SDGT].

BOKU, Taishun (a.k.a. ISHIDA, Shoroku; a.k.a. PAK, Tae-Chun; a.k.a. PARK, Tae-joon); DOB 30 Oct 1932 (individual) [TCO].

BOL MEL KUOL, Benjamin (a.k.a. BOL MEL, Benjamin; a.k.a. BOL MOL KUOT, Benjamin; a.k.a. BOL, Benjamin; a.k.a. BOR, Benjamin), Othaya Road, Othaya Villas House #2, Nairobi 00202, Kenya; Hai-Jalaba, Centre Street, Juba, Central Equatoria, South Sudan; Juba, South Sudan; DOB 03 Jan 1978; alt. DOB 24 Dec 1978; POB Awiil, Sudan; alt. POB Rialdit, South Sudan; alt. POB Warrap State, South Sudan; alt. POB Abiem, Aweil East County, Northern Bahr al Ghazal, South Sudan; nationality South Sudan; alt. nationality Sudan; Gender Male; Passport B00000006 (South Sudan) issued 26 Jul 2013 expires 26 Jul 2018; President of ABMC Thai-South Sudan Construction Company (individual) [GLOMAG].

BOL MEL, Benjamin (a.k.a. BOL MEL KUOL, Benjamin; a.k.a. BOL MOL KUOT, Benjamin; a.k.a. BOL, Benjamin; a.k.a. BOR, Benjamin), Othaya Road, Othaya Villas House #2, Nairobi 00202, Kenya; Hai-Jalaba, Centre Street, Juba, Central Equatoria, South Sudan; Juba, South Sudan; DOB 03 Jan 1978; alt. DOB 24 Dec 1978; POB Awiil, Sudan; alt. POB Rialdit, South Sudan; alt. POB Warrap State, South Sudan; alt. POB Abiem, Aweil East County, Northern Bahr al Ghazal, South Sudan; nationality South Sudan; alt. nationality Sudan; Gender Male; Passport B00000006 (South Sudan) issued 26 Jul 2013 expires 26 Jul 2018; President of ABMC Thai-South Sudan Construction Company (individual) [GLOMAG].

BOL MOL KUOT, Benjamin (a.k.a. BOL MEL KUOL, Benjamin; a.k.a. BOL MEL, Benjamin; a.k.a. BOL, Benjamin; a.k.a. BOR, Benjamin), Othaya Road, Othaya Villas House #2, Nairobi 00202, Kenya; Hai-Jalaba, Centre Street, Juba, Central Equatoria, South Sudan; Juba, South Sudan; DOB 03 Jan 1978; alt. DOB 24 Dec 1978; POB Awiil, Sudan; alt. POB Rialdit, South Sudan; alt. POB Warrap State, South Sudan;

alt. POB Abiem, Aweil East County, Northern Bahr al Ghazal, South Sudan; nationality South Sudan; alt. nationality Sudan; Gender Male; Passport B00000006 (South Sudan) issued 26 Jul 2013 expires 26 Jul 2018; President of ABMC Thai-South Sudan Construction Company (individual) [GLOMAG].

BOL, Benjamin (a.k.a. BOL MEL KUOL, Benjamin; a.k.a. BOL MEL, Benjamin; a.k.a. BOL MOL KUOT, Benjamin; a.k.a. BOR, Benjamin), Othaya Road, Othaya Villas House #2, Nairobi 00202, Kenya; Hai-Jalaba, Centre Street, Juba, Central Equatoria, South Sudan; Juba, South Sudan; DOB 03 Jan 1978; alt. DOB 24 Dec 1978; POB Awiil, Sudan; alt. POB Rialdit, South Sudan; alt. POB Warrap State, South Sudan; alt. POB Abiem, Aweil East County, Northern Bahr al Ghazal, South Sudan; nationality South Sudan; alt. nationality Sudan; Gender Male; Passport B00000006 (South Sudan) issued 26 Jul 2013 expires 26 Jul 2018; President of ABMC Thai-South Sudan Construction Company (individual) [GLOMAG].

BOLANOS CACHO, Alejandro (a.k.a. CACHO FLORES, Alejandro; a.k.a. FLORES CACHO, Alejandro; a.k.a. ROBLES VALDEZ, Abel; a.k.a. "ALEJANDRO LABASTIDA"; a.k.a. "GUILLERMO LABASTIDA"), Ojos Negros, Baja California Norte, Mexico; Carretera Acapulco, KM 8.5, Pie de la Cuesta, Acapulco, Guerrero, Mexico; Calle de Rio Nilo No. 20, Colonia Valle Dorado, Ensenada, Baja California Norte, Mexico; Montivideo No. 804, Lindavista, Mexico City, Distrito Federal, Mexico; Circuito de la Industria No. 94, Colonia Parque Ind. Lerma, Lerma, Mexico, Mexico; Avenida del Taller No. 23, Ret. 17, Colonia Jardin Balbuena, Delegacion Venustiano Carranza, Mexico City, Distrito Federal, Mexico; Calle Jaime Torres Bodet No. 207-A, Int. 201, Colonia Santa Marta La Rivera, Delegacion Cuauhtemoc, Mexico City, Distrito Federal, Mexico; Homero No. 1343, Mexico City, Distrito Federal, Mexico; Avenida Herradona No. 1328, Interlomas, Mexico City, Distrito Federal, Mexico; Calle Cantiles 42 A, Mozimba 39460, Acapulco, Guerrero, Mexico; Calle Tulipanes No. 8, Colonia Lomas Cortes, Cuernavaca, Morelos, Mexico; Calle Rancho Tetela No. 957, Colonia Rancho Tetela, Cuernavaca, Morelos, Mexico; DOB 26 Mar 1963; alt. DOB 26 Mar 1964; POB Mexico City, Distrito Federal, Mexico; alt. POB Guadalajara, Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 01350202554 (Mexico); R.F.C. FOCA-630326 (Mexico); alt.

R.F.C. FOCX-260363 (Mexico); alt. R.F.C. FOCX-630326 (Mexico); alt. R.F.C. FOCA-640326 (Mexico); C.U.R.P. FOCA630326HMCLCL05 (Mexico); Electoral Registry No. FLCCAL64032609H300 (Mexico); C.U.I.P. FOCA640326H14506669 (Mexico) (individual) [SDNTK].

BOLDREKS (a.k.a. BOLDREX), Ul. Baranova D. 33B, Pomeshch. 1, Izhevsk 426006, Russia; Office 21, Litera B, 5 Oblastnaya Str., Izhevsk 426028, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1832011983 (Russia); Registration Number 1031801650748 (Russia) [RUSSIA-EO14024].

BOLDREX (a.k.a. BOLDREKS), Ul. Baranova D. 33B, Pomeshch. 1, Izhevsk 426006, Russia; Office 21, Litera B, 5 Oblastnaya Str., Izhevsk 426028, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1832011983 (Russia); Registration Number 1031801650748 (Russia) [RUSSIA-EO14024].

BOLOTOV, Valeri (a.k.a. BOLOTOV, Valeriy; a.k.a. BOLOTOV, Valery); DOB 1970; alt. DOB 1971; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and or 589.209 (individual) [UKRAINE-EO13660].

BOLOTOV, Valeriy (a.k.a. BOLOTOV, Valeri; a.k.a. BOLOTOV, Valery); DOB 1970; alt. DOB 1971; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and or 589.209 (individual) [UKRAINE-EO13660].

BOLOTOV, Valery (a.k.a. BOLOTOV, Valeri; a.k.a. BOLOTOV, Valeriy); DOB 1970; alt. DOB 1971; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and or 589.209 (individual) [UKRAINE-EO13660].

BOLOTOVA, Maiya Nikolaevna (f.k.a. BOLOTOVA, Mayya; a.k.a. TOKAREVA, Maiya Nikolaevna (Cyrillic: ТОКАРЕВА, Майя Николаевна); a.k.a. TOKAREVA, Mayya), Brusova Str., 19, 5, Moscow 125009, Russia; DOB 18 Jan 1975; POB Karaganda,

Kazakhstan; nationality Russia; Gender Female; Passport 530212750 (Russia) issued 12 Apr 2012 expires 12 Apr 2022; Tax ID No. 772450740210 (Russia) (individual) [RUSSIA-EO14024].

BOLOTOVA, Mayya (f.k.a. BOLOTOVA, Maiya Nikolaevna; a.k.a. TOKAREVA, Maiya Nikolaevna (Cyrillic: ТОКАРЕВА, Майя Николаевна); a.k.a. TOKAREVA, Mayya), Brusova Str., 19, 5, Moscow 125009, Russia; DOB 18 Jan 1975; POB Karaganda, Kazakhstan; nationality Russia; Gender Female; Passport 530212750 (Russia) issued 12 Apr 2012 expires 12 Apr 2022; Tax ID No. 772450740210 (Russia) (individual) [RUSSIA-EO14024].

BOLTACHEVA, Yevgenia Aleksandrovna (a.k.a. PODGORNOVA, Yevgeniya Aleksandrovna), Russia; DOB 16 Jul 1980; nationality Russia; Gender Female; Passport 754582022 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OOO SERNIYA INZHINIRING).

BOMATTER, Hans Peter, La Zubia, Spain; DOB 19 May 1965; POB Schattdorf, Switzerland; nationality Switzerland; Gender Male; Passport F3848406 (Switzerland) (individual) [RUSSIA-EO14024] (Linked To: TAMYNA AG).

BONAB STEEL INDUSTRY COMPLEX (a.k.a. MOJTAME FOULAD SHAHIN BONAB; a.k.a. SHAHIN BONAB STEEL COMPLEX), No 17, Sarbalai Valiasr, Tavanir Bridge, Tabriz City, Iran; Bonab Industrial Zone, Bonab, East Azerbaijan, Iran; PO Box 51576-13533, Tabriz City, Iran; Website www.mfbco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2005; National ID No. 742 (Iran) issued 2005 [IRAN-EO13871].

BONDARENKO, Anastasiya Borisovna (Cyrillic: БОНДАРЕНКО, Анастасия Борисовна), Moscow, Russia; DOB 09 Apr 1978; POB Volgograd, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

BONDARENKO, Yelena Veniaminovna (Cyrillic: БОНДАРЕНКО, Елена Вениаминовна), Russia; DOB 10 Jun 1968; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BONDAREV, Viktor Nikolayevich (Cyrillic: БОНДАРЕВ, Виктор Николаевич), Russia; DOB 07 Dec 1959; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BONDAROVICH, Sergey Nikolaevich (Cyrillic: БОНДАРОВИЧ, Сергей Николаевич), Russia; DOB 20 Feb 1968; POB Zhodino, Russia; nationality Russia; Gender Male; Passport 437899482 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

BONRAIL (Arabic: بن ریل) (a.k.a. BONRAIL COMPANY; a.k.a. BONRAILCO; a.k.a. BONYAD EASTERN RAILWAY; a.k.a. BONYAD EASTERN RAILWAY CO (Arabic: شرکت راه اهن شرقی بنیاد سهامی خاص); a.k.a. BONYAD EASTERN RAILWAY COMPANY; a.k.a. RAH AHAN SHARGHI CO.), No. 20, 13th Street, Vozara St, Khalede Eslamboli, District 6, Tehran, Iran; No. 173, Mottahari St, Tehran, Iran; No. 173, Before Jahantab St., After Mofateh Intersection, Motahari Ave, Tehran 1513753511, Iran; Website http://bonrailco.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101364468 (Iran); Registration Number 92123 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BONRAIL COMPANY (a.k.a. BONRAIL (Arabic: بن ریل); a.k.a. BONRAILCO; a.k.a. BONYAD EASTERN RAILWAY; a.k.a. BONYAD EASTERN RAILWAY CO (Arabic: شرکت راه اهن بنیاد شرقی سهامی خاص); a.k.a. BONYAD EASTERN RAILWAY COMPANY; a.k.a. RAH AHAN SHARGHI CO.), No. 20, 13th Street, Vozara St, Khalede Eslamboli, District 6, Tehran, Iran; No. 173, Mottahari St, Tehran, Iran; No. 173, Before Jahantab St., After Mofateh Intersection, Motahari Ave, Tehran 1513753511, Iran; Website http://bonrailco.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101364468 (Iran); Registration Number 92123 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BONRAILCO (a.k.a. BONRAIL (Arabic: بن ریل); a.k.a. BONRAIL COMPANY; a.k.a. BONYAD EASTERN RAILWAY; a.k.a. BONYAD EASTERN RAILWAY CO (Arabic: شرکت راه اهن شرقی بنیاد سهامی خاص); a.k.a. BONYAD EASTERN RAILWAY COMPANY; a.k.a. RAH AHAN SHARGHI CO.), No. 20, 13th Street, Vozara St, Khalede Eslamboli, District 6, Tehran, Iran; No. 173, Mottahari St, Tehran, Iran; No. 173, Before Jahantab St., After Mofateh Intersection, Motahari Ave, Tehran 1513753511, Iran; Website http://bonrailco.ir/;

Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101364468 (Iran); Registration Number 92123 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BONUM CAPITAL CYPRUS LTD (Cyrillic: БОНУМ КАПИТАЛ КИПР ЛТД) (a.k.a. BONUM KAPITAL KIPR LTD), Themis Court, Flat No: D3, Floor No: 4, Evagora Papachristoforou 4, Limassol 3030, Cyprus; Organization Established Date 12 Jun 2013; Organization Type: Activities of holding companies; Tax ID No. CY10322854N (Cyprus); alt. Tax ID No. 9909479852 (Russia); Legal Entity Number 213800CACNBGHWMQHO54; Registration Number HE322854 (Cyprus) [RUSSIA-EO14024] (Linked To: ALIEV, Murat Magomedovich).

BONUM CAPITAL INVESTORS CORP (Cyrillic: БОНУМ КАПИТАЛ ИНВЕСТОРС КОРП), Road Town, Tortola, Virgin Islands, British; Organization Established Date 2016; Organization Type: Activities of holding companies [RUSSIA-EO14024] (Linked To: ALIEV, Murat Magomedovich).

BONUM CAPITAL LLC (a.k.a. BONUM KEPITAL OOO; a.k.a. LIMITED LIABILITY COMPANY BONUM CAPITAL), per. Staromonetnyi d. 37, str. 1, pom. I, floor 3, komn. 15, Moscow 119017, Russia; per. Romanov d. 4, et/pom/kom 4/I/32, Moscow 125009, Russia; Tsvetnoy b-r, 15, building 1, room 63, Moscow 127051, Russia; Organization Established Date 27 Sep 2011; Organization Type: Trusts, funds and similar financial entities; Tax ID No. 7722757160 (Russia); Legal Entity Number 253400XGWKKNWUCF4147; Registration Number 1117746760130 (Russia) [RUSSIA-EO14024] (Linked To: ALIEV, Murat Magomedovich).

BONUM INVESTMENTS OOO (a.k.a. LIMITED LIABILITY COMPANY BONUM INVESTMENTS), per. Romanov d. 4, et/pom/kom 4/I/30, Moscow 125009, Russia; Organization Established Date 20 Feb 2015; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 7706417487 (Russia); Registration Number 1157746124656 (Russia) [RUSSIA-EO14024] (Linked To: ALIEV, Murat Magomedovich).

BONUM KAPITAL KIPR LTD (a.k.a. BONUM CAPITAL CYPRUS LTD (Cyrillic: БОНУМ КАПИТАЛ КИПР ЛТД)), Themis Court, Flat No:

D3, Floor No: 4, Evagora Papachristoforou 4, Limassol 3030, Cyprus; Organization Established Date 12 Jun 2013; Organization Type: Activities of holding companies; Tax ID No. CY10322854N (Cyprus); alt. Tax ID No. 9909479852 (Russia); Legal Entity Number 213800CACNBGHWMQHO54; Registration Number HE322854 (Cyprus) [RUSSIA-EO14024] (Linked To: ALIEV, Murat Magomedovich).

BONUM KEPITAL OOO (a.k.a. BONUM CAPITAL LLC; a.k.a. LIMITED LIABILITY COMPANY BONUM CAPITAL), per. Staromonetnyi d. 37, str. 1, pom. I, floor 3, komn. 15, Moscow 119017, Russia; per. Romanov d. 4, et/pom/kom 4/I/32, Moscow 125009, Russia; Tsvetnoy b-r, 15, building 1, room 63, Moscow 127051, Russia; Organization Established Date 27 Sep 2011; Organization Type: Trusts, funds and similar financial entities; Tax ID No. 7722757160 (Russia); Legal Entity Number 253400XGWKKNWUCF4147; Registration Number 1117746760130 (Russia) [RUSSIA-EO14024] (Linked To: ALIEV, Murat Magomedovich).

BONUM MENEDZHMENT OOO (a.k.a. LIMITED LIABILITY COMPANY BONUM MANAGEMENT), B-r Tsvetnoi d. 15, str. 1, pomeshch. 59, Moscow 127051, Russia; Organization Established Date 09 Dec 2016; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 7706444723 (Russia); Registration Number 5167746424621 (Russia) [RUSSIA-EO14024] (Linked To: BONUM CAPITAL CYPRUS LTD).

BONYAD EASTERN RAILWAY (a.k.a. BONRAIL (Arabic: بن ریل); a.k.a. BONRAIL COMPANY; a.k.a. BONRAILCO; a.k.a. BONYAD EASTERN RAILWAY CO (Arabic: شرکت راه اهن شرقی بنیاد سهامی خاص); a.k.a. BONYAD EASTERN RAILWAY COMPANY; a.k.a. RAH AHAN SHARGHI CO.), No. 20, 13th Street, Vozara St, Khalede Eslamboli, District 6, Tehran, Iran; No. 173, Mottahari St, Tehran, Iran; No. 173, Before Jahantab St., After Mofateh Intersection, Motahari Ave, Tehran 1513753511, Iran; Website http://bonrailco.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101364468 (Iran); Registration Number 92123 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BONYAD EASTERN RAILWAY CO (Arabic: شرکت راه اهن شرقی بنیاد سهامی خاص) (a.k.a.

BONRAIL (Arabic: بن ريل); a.k.a. BONRAIL COMPANY; a.k.a. BONRAILCO; a.k.a. BONYAD EASTERN RAILWAY; a.k.a. BONYAD EASTERN RAILWAY COMPANY; a.k.a. RAH AHAN SHARGHI CO.), No. 20, 13th Street, Vozara St, Khalede Eslamboli, District 6, Tehran, Iran; No. 173, Mottahari St, Tehran, Iran; No. 173, Before Jahantab St., After Mofateh Intersection, Motahari Ave, Tehran 1513753511, Iran; Website http://bonrailco.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101364468 (Iran); Registration Number 92123 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BONYAD EASTERN RAILWAY COMPANY (a.k.a. BONRAIL (Arabic: بن ريل); a.k.a. BONRAIL COMPANY; a.k.a. BONRAILCO; a.k.a. BONYAD EASTERN RAILWAY; a.k.a. BONYAD EASTERN RAILWAY CO (Arabic: شرکت راه اهن شرقی بنیاد سهامی خاص); a.k.a. RAH AHAN SHARGHI CO.), No. 20, 13th Street, Vozara St, Khalede Eslamboli, District 6, Tehran, Iran; No. 173, Mottahari St, Tehran, Iran; No. 173, Before Jahantab St., After Mofateh Intersection, Motahari Ave, Tehran 1513753511, Iran; Website http://bonrailco.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101364468 (Iran); Registration Number 92123 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BONYAD IMPORT AND EXPORT CO (a.k.a. GOSTARESH PAYA SANAT SINA; a.k.a. GOSTARESH PAYASANAT SINA HOLDING; a.k.a. PAYA SANAT SINA; a.k.a. SINA PAYA SANAT DEVELOPMENT CO. (Arabic: شرکت گسترش پایا صنعت سینا); a.k.a. SINA PAYA SANAT DEVELOPMENT COMPANY PJS; a.k.a. SINA PAYA SANAT GOSTARESH CO.; a.k.a. SINA SANAT PAYA DEVELOPMENT COMPANY; a.k.a. "SINAPAD"), Unit 61, 3rd Km Karaj Special Road, Tehran, Iran; No. 42, 17th Street, Gandhi Avenue, Tehran, Iran; Website http://www.sinapad.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101236358 (Iran); Registration Number 78804 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BONYAD MOSTAZAFAN (a.k.a. BONYAD MOSTAZAFAN ENGHELAB ESLAMI (Arabic: بنیاد مستضعفان انقلاب اسلامی); a.k.a. ISLAMIC

REVOLUTION MOSTAZAFAN FOUNDATION; a.k.a. MOSTASZAFAN FOUNDATION OF ISLAMIC REVOLUTION; a.k.a. MOSTAZAFAN FOUNDATION; a.k.a. THE FOUNDATION OF THE OPPRESSED; a.k.a. "IRMF"; a.k.a. "MJF"), Bonyad Head Office, Africa Boulevard, Argentina Square, District 6, Tehran, Tehran Province, Iran; Website http://www.irmf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100171920 (Iran) [IRAN-EO13876].

BONYAD MOSTAZAFAN CONSTRUCTION AND HOUSING (Arabic: عمران و مسکن بنیاد مستضعفان) (a.k.a. OMRAN VA MASKAN IRAN COMPANY (Arabic: شرکت عمران و مسکن ایران); a.k.a. SHERAKATE OMRAN VA MASKAN IRAN (Arabic: هلدینگ عمران و مسکن ایران); a.k.a. SHERKAT-E MADAR-E TAKHASSOSI-YE OMRAN VA MASKAN-E IRAN), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10260319055 (Iran); Registration Number 476813 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BONYAD MOSTAZAFAN ENGHELAB ESLAMI (Arabic: بنیاد مستضعفان انقلاب اسلامی) (a.k.a. BONYAD MOSTAZAFAN; a.k.a. ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION; a.k.a. MOSTASZAFAN FOUNDATION OF ISLAMIC REVOLUTION; a.k.a. MOSTAZAFAN FOUNDATION; a.k.a. THE FOUNDATION OF THE OPPRESSED; a.k.a. "IRMF"; a.k.a. "MJF"), Bonyad Head Office, Africa Boulevard, Argentina Square, District 6, Tehran, Tehran Province, Iran; Website http://www.irmf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100171920 (Iran) [IRAN-EO13876].

BONYAD SHAHID (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. AL-SHAHID CORPORATION; a.k.a. BONYAD-E SHAHID; a.k.a. BONYAD-E SHAHID VA ISARGARAN; a.k.a. ES-SHAHID; a.k.a. IRANIAN MARTYRS FUND; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHID FOUNDATION; a.k.a. SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815-1394, Tehran 15900, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

BONYAD SHIPPING AGENCIES CO. (Arabic: شرکت نمایندگهای کشتیرانی بنیاد) (a.k.a. BONYAD SHIPPING AGENCIES COMPANY; a.k.a. BONYAD SHIPPING AGENTS COMPANY; a.k.a. "BOSACO"), No. 38, 6th Ave., Gandhi Ave., PO Box: 158753794, Tehran 15177, Iran; PO Box 1517737765, First Floor, No 38, Corner of 6th Alley, South Ghandi Street, Tehran, Iran; Unit 1, Sahel Building, 3 Delavaran Alley, Before Hamah Hotel Way 3, Pasdaran Boulevard, Bandar Abbas, Iran; 6 Hafez Street, 22 Bahman Boulevard, Phase 3, Bandar Imam, Khomeini, Iran; Aluminum Building, Vahdat Street, Nakhl Taqi, Bandar Assalouyeh, Iran; Unit 6, 2nd Floor, Shojai Brothers Alley, Ashuri Street, Bandar Bushehr, Iran; Floor 1, Booth 470, Venus Building, Anzali Free Zone Street, Zibahkenar Street, Bandar Anzali, Iran; Special Economic Zone Port Area, Bander Amirabad, Iran; Number 2, Taheri Alley, Palestine Street, South Fardows Street, Bandar Nowshahr, Iran; Website www.bosaco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101299816 (Iran); Identification Number IMO 6113722; Registration Number 85521 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BONYAD SHIPPING AGENCIES COMPANY (a.k.a. BONYAD SHIPPING AGENCIES CO. (Arabic: شرکت نمایندگهای کشتیرانی بنیاد); a.k.a. BONYAD SHIPPING AGENTS COMPANY; a.k.a. "BOSACO"), No. 38, 6th Ave., Gandhi Ave., PO Box: 158753794, Tehran 15177, Iran; PO Box 1517737765, First Floor, No 38, Corner of 6th Alley, South Ghandi Street, Tehran, Iran; Unit 1, Sahel Building, 3 Delavaran Alley, Before Hamah Hotel Way 3, Pasdaran Boulevard, Bandar Abbas, Iran; 6 Hafez Street, 22 Bahman Boulevard, Phase 3, Bandar Imam, Khomeini, Iran; Aluminum Building, Vahdat Street, Nakhl Taqi, Bandar Assalouyeh, Iran; Unit 6, 2nd Floor, Shojai Brothers Alley, Ashuri Street, Bandar Bushehr, Iran; Floor 1, Booth 470, Venus Building, Anzali Free Zone Street, Zibahkenar Street, Bandar Anzali, Iran; Special Economic Zone Port Area, Bander Amirabad, Iran; Number 2, Taheri Alley, Palestine Street, South Fardows Street, Bandar Nowshahr, Iran; Website www.bosacoir.com; alt. Website www.bosaco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101299816 (Iran); Identification Number IMO 6113722;

Registration Number 85521 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BONYAD SHIPPING AGENTS COMPANY (a.k.a. BONYAD SHIPPING AGENCIES CO. (Arabic: شرکت نمایندگهای کشتیرانی بنیاد); a.k.a. BONYAD SHIPPING AGENCIES COMPANY; a.k.a. "BOSACO"), No. 38, 6th Ave., Gandhi Ave., PO Box: 158753794, Tehran 15177, Iran; PO Box 1517737765, First Floor, No 38, Corner of 6th Alley, South Ghandi Street, Tehran, Iran; Unit 1, Sahel Building, 3 Delavaran Alley, Before Hamah Hotel Way 3, Pasdaran Boulevard, Bandar Abbas, Iran; 6 Hafez Street, 22 Bahman Boulevard, Phase 3, Bandar Imam, Khomeini, Iran; Aluminum Building, Vahdat Street, Nakhl Taqi, Bandar Assalouyeh, Iran; Unit 6, 2nd Floor, Shojai Brothers Alley, Ashuri Street, Bandar Bushehr, Iran; Floor 1, Booth 470, Venus Building, Anzali Free Zone Street, Zibahkenar Street, Bandar Anzali, Iran; Special Economic Zone Port Area, Bander Amirabad, Iran; Number 2, Taheri Alley, Palestine Street, South Fardows Street, Bandar Nowshahr, Iran; Website www.bosacoir.com; alt. Website www.bosaco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101299816 (Iran); Identification Number IMO 6113722; Registration Number 85521 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BONYAD TAAVON BASIJ (a.k.a. BASIJ COOPERATIVE FOUNDATION), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: BASIJ RESISTANCE FORCE).

BONYAD TA'AVON OF NAJA (a.k.a. LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN COOPERATIVE FOUNDATION; a.k.a. NIROOYE ENTEZAMI JOMHORI ESLAMI BONYAD TA'AVON; a.k.a. "LAW ENFORCEMENT FORCES COOPERATIVE FOUNDATION"; a.k.a. "POLICE COOPERATIVE FOUNDATION"), Hekmat Complex, At the Beginning of Marzdaran Boulevard, Sheikh Fazlollah Nuri Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100477865 (Iran); Registration Number 12322 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

BONYAD TAAVON SEPAH (a.k.a. BONYAD-E TA'AVON-E; a.k.a. IRGC COOPERATIVE FOUNDATION; a.k.a. SEPAH COOPERATIVE FOUNDATION), Niayes Highway, Seoul Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BONYAD TOURISM AND RECREATIONAL CENTERS HOLDING COMPANY (a.k.a. PARSIAN TOURISM AND RECREATIONAL CENTERS COMPANY (Arabic: شرکت سیاحتی و مراکز تفریحی پارسیان); a.k.a. PARSIAN TOURISM, RECREATIONAL CENTERS, AND TRANSPORTATION HOLDING COMPANY (Arabic: هلدینگ سیاحتی، مراکز تفریحی و حمل و نقل پارسیان); a.k.a. SHERKATE SIAAHATI VA HAML-O-NAQLE PAARSIAN), Tehran, Tehran Province 1519611193, Iran; Website http://ptrco.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10104034520 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BONYAD-E PANZDAH-E KHORDAD (a.k.a. 15 KHORDAD FOUNDATION (Arabic: بنیاد پانزده خرداد)), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 15 Jun 1979; National ID No. 10100182809 (Iran) [SDGT] [IFSR].

BONYAD-E SHAHID (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. AL-SHAHID CORPORATION; a.k.a. BONYAD SHAHID; a.k.a. BONYAD-E SHAHID VA ISARGARAN; a.k.a. ES-SHAHID; a.k.a. IRANIAN MARTYRS FUND; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHID FOUNDATION; a.k.a. SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815-1394, Tehran 15900, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

BONYAD-E SHAHID VA ISARGARAN (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. AL-SHAHID CORPORATION; a.k.a. BONYAD SHAHID; a.k.a. BONYAD-E SHAHID; a.k.a. ES-SHAHID; a.k.a. IRANIAN MARTYRS FUND; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHID FOUNDATION; a.k.a. SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815-1394, Tehran 15900, Iran; Additional Sanctions Information - Subject to Secondary

Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

BONYAD-E TA'AVON-E (a.k.a. BONYAD TAAVON SEPAH; a.k.a. IRGC COOPERATIVE FOUNDATION; a.k.a. SEPAH COOPERATIVE FOUNDATION), Niayes Highway, Seoul Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BONYAN DANESH SHARGH COMPANY (a.k.a. BONYAN DANESH SHARGH PRIVATE COMPANY (Arabic: شرکت بنیان دانش شرق)), District 15, Bagh Saba-Sohrevardi Street, Ghabousnameh, Shahid Mohammad Bakhshi Movaghar Alley, 2nd Floor, No. 27, Tehran, Tehran Province 1588856643, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 16 Mar 1994; National ID No. 10101477155 (Iran); Registration Number 103805 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

BONYAN DANESH SHARGH PRIVATE COMPANY (Arabic: شرکت بنیان دانش شرق) (a.k.a. BONYAN DANESH SHARGH COMPANY), District 15, Bagh Saba-Sohrevardi Street, Ghabousnameh, Shahid Mohammad Bakhshi Movaghar Alley, 2nd Floor, No. 27, Tehran, Tehran Province 1588856643, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 16 Mar 1994; National ID No. 10101477155 (Iran); Registration Number 103805 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

BOONCHUA, Chanchira (a.k.a. BOONCHUA, Chanjira; a.k.a. CHANCHIRA, Boochuea; a.k.a. LIANG, Ching-fang; a.k.a. "CHE FONG"; a.k.a. "CHEFONG"; a.k.a. "JEH FONG"), c/o KHUM THAW COMPANY LIMITED, Chiang Mai, Thailand; c/o SANGSIRI KANKASET COMPANY LIMITED, Chiang Mai, Thailand; 261, Wichayanon Road, Tambon Chang Moi, Amphur Muang, Chiang Mai, Thailand; DOB 15 May 1951; National Foreign ID Number 350991386390 (Thailand) issued 28 Oct 1952 expires 14 May 2009 (individual) [SDNTK].

BOONCHUA, Chanjira (a.k.a. BOONCHUA, Chanchira; a.k.a. CHANCHIRA, Boochuea; a.k.a. LIANG, Ching-fang; a.k.a. "CHE FONG"; a.k.a. "CHEFONG"; a.k.a. "JEH FONG"), c/o KHUM THAW COMPANY LIMITED, Chiang Mai, Thailand; c/o SANGSIRI KANKASET COMPANY LIMITED, Chiang Mai, Thailand; 261, Wichayanon Road, Tambon Chang Moi, Amphur Muang, Chiang Mai, Thailand; DOB 15 May 1951; National Foreign ID Number 350991386390 (Thailand) issued 28 Oct 1952 expires 14 May 2009 (individual) [SDNTK].

BOONTHAWEE, Sae Jang (a.k.a. BUNTHAWEE, Sae Chang; a.k.a. BUNTHAWEE, Sae Jang; a.k.a. LI, Cheng Yu; a.k.a. "AH LI KO"; a.k.a. "LI CHENG YU"), Shan, Burma; 199/132, Mu 8, Tambon Non Jom, Amphur San Sai, Chiang Mai, Thailand; 725, Mu 10, Tambon Nong Bua, Amphur Chaiprakan, Chiang Mai, Thailand; DOB 06 Jun 1961; Passport X638456 (Thailand); National ID No. 5502100007251 (Thailand) (individual) [SDNTK].

BOR, Benjamin (a.k.a. BOL MEL KUOL, Benjamin; a.k.a. BOL MEL, Benjamin; a.k.a. BOL MOL KUOT, Benjamin; a.k.a. BOL, Benjamin), Othaya Road, Othaya Villas House #2, Nairobi 00202, Kenya; Hai-Jalaba, Centre Street, Juba, Central Equatoria, South Sudan; Juba, South Sudan; DOB 03 Jan 1978; alt. DOB 24 Dec 1978; POB Awiil, Sudan; alt. POB Rialdit, Sudan; alt. POB Warrap State, South Sudan; alt. POB Abiem, Aweil East County, Northern Bahr al Ghazal, South Sudan; nationality South Sudan; alt. nationality Sudan; Gender Male; Passport B00000006 (South Sudan) issued 26 Jul 2013 expires 26 Jul 2018; President of ABMC Thai-South Sudan Construction Company (individual) [GLOMAG].

BORAVCANIN, Ljubomir; DOB 27 Feb 1960; POB Han Pijesak, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

BORDBARSHERAMIN, Javad (a.k.a. BORDBARSHERAMIN, Javad Ali; a.k.a. SHIR AMIN, Javad Bordbar; a.k.a. "BORDBAR, Javad"), Iran; DOB 27 Oct 1981; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A37845408 expires 24 Aug 2021 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BORDBARSHERAMIN, Javad Ali (a.k.a. BORDBARSHERAMIN, Javad; a.k.a. SHIR AMIN, Javad Bordbar; a.k.a. "BORDBAR, Javad"), Iran; DOB 27 Oct 1981; nationality Iran; Additional Sanctions Information - Subject

to Secondary Sanctions; Gender Male; Passport A37845408 expires 24 Aug 2021 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

BORDO PLASTIC MATERIALS TRADING L.L.C (Arabic: بوردو لتجارة المواد البلاستيكية ش.ذ.م.م), Deira Riggat Al Buteen, Dubai, United Arab Emirates; Organization Established Date 19 Oct 2021; Business Registration Number 994217 (United Arab Emirates); Economic Register Number (CBLS) 11767577 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

BORGHEI, Amir-Mansour (Arabic: امیرمنصور برقعی) (a.k.a. BORGHEI, Mansour (Arabic: منصور برقعی); a.k.a. BORGHEI, Seyyed Amir Mansour (Arabic: سید امیر منصور برقعی)), Iran; DOB 1957; alt. DOB 1958; POB Qom County, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BORGHEI, Mansour (Arabic: منصور برقعی) (a.k.a. BORGHEI, Amir-Mansour (Arabic: امیرمنصور برقعی); a.k.a. BORGHEI, Seyyed Amir Mansour (Arabic: سید امیر منصور برقعی)), Iran; DOB 1957; alt. DOB 1958; POB Qom County, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BORGHEI, Seyyed Amir Mansour (Arabic: سید امیر منصور برقعی) (a.k.a. BORGHEI, Amir-Mansour (Arabic: امیرمنصور برقعی); a.k.a. BORGHEI, Mansour (Arabic: منصور برقعی)), Iran; DOB 1957; alt. DOB 1958; POB Qom County, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

BORIS, Albert Alexandrovich (Cyrillic: БОРИС, Альберт Александрович), Russia; DOB 06 Jun 1985; POB Alexandriya, Ukraine; nationality Russia; Gender Male; Passport 753943218 (Russia); alt. Passport 09 1971993 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

BORISAT HAT KAEO CHAMKAT (a.k.a. HAD KAEW COMPANY LTD.; a.k.a. HATKAEW COMPANY LTD.), 275 Soi Thiam Ruammit,

Ratchada Phisek Road, Huai Khwang district, Bangkok, Thailand [SDNTK].

BORISAT MAE SAI KHE. DI. PHI. CHAMKAT (a.k.a. MAE SAI K.D.P. COMPANY LTD.; a.k.a. MAESAI K.D.P. COMPANY LTD.), 4 Mu 1, Tambon Wiang Phang Kham, Mae Sai district, Chiang Rai, Thailand [SDNTK].

BORISAT PROKRET SURAWI CHAMKAT (a.k.a. PROGRESS SURAWEE COMPANY LTD.), 275 Soi Thiam Ruammit, Ratchada Phisek Road, Huai Khwang district, Bangkok, Thailand [SDNTK].

BORISAT RATTANA WICHAI CHAMKAT (a.k.a. RATTANA VICHAI COMPANY LTD.), 339 Soi Lat Phrao 23, Lat Phrao Road, Chatuchak district, Bangkok, Thailand [SDNTK].

BORISAT RUNGRIN CHAMKAT (a.k.a. RUNGRIN COMPANY LTD.), 275 Soi Thiam Ruammit, Ratchada Phisek Road, Huai Khwang district, Bangkok, Thailand [SDNTK].

BORISAT SAKO KHOMMOESIAN CHAMKAT (a.k.a. SCORE COMMERCIAL COMPANY LTD.), 273 Soi Thiam Ruammit, Ratchada Phisek Road, Huai Khwang district, Bangkok, Thailand [SDNTK].

BORISAT WI. A. FRUT CHAMKAT (a.k.a. V.R. FRUIT COMPANY), 125 Mu 2, Tambon Mae Kha, Hang Dong district, Chiang Mai, Thailand [SDNTK].

BORISENKO, Elena Adolfovna (a.k.a. BORISENKO, Elena Adolifovna), Moscow, Russia; DOB 21 Apr 1978; POB Leningrad, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

BORISENKO, Elena Adolifovna (a.k.a. BORISENKO, Elena Adolfovna), Moscow, Russia; DOB 21 Apr 1978; POB Leningrad, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

BORISOV, Igor Borisovich (Cyrillic: БОРИСОВ, Игорь Борисович), Moscow, Russia; DOB 03 Jun 1964; POB Perm, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

BORISOV, Igor Vladimirovich (Cyrillic: БОРИСОВ, Игорь Владимирович), Russia; DOB 01 Jan 1962; POB Altaiskoye village, Altai Region, Altai Territory, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

BORISOV, Yegor Afanasyevich (Cyrillic: БОРИСОВ, Егор Афанасьевич), Russia; DOB 15 Aug 1954; nationality Russia; Gender Male; Member of the Federation Council of the

Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BORISOVA, Natalya Vladimirovna (Cyrillic: БОРИСОВА, Наталья Владимировна), Moscow, Russia; DOB 19 Aug 1968; POB Yuzhno-Sakhalinsk, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

BORISSOV, Alexander Aleksandrovich (Cyrillic: БОРИСОВ, Александр Александрович), Russia; DOB 17 Aug 1974; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BORJI SOUMEH, Salim (a.k.a. BORJI, Salim); DOB 22 Dec 1964; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport B30739118 (Iran) (individual) [NPWMD] [IFSR] (Linked To: TAMIN KALAYE SABZ ARAS COMPANY).

BORJI, Sa'id, Tehran, Iran; DOB 1958; POB Abadan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport F20784822 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SHAHID KARIMI GROUP).

BORJI, Salim (a.k.a. BORJI SOUMEH, Salim); DOB 22 Dec 1964; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport B30739118 (Iran) (individual) [NPWMD] [IFSR] (Linked To: TAMIN KALAYE SABZ ARAS COMPANY).

BORMAHANI, Mohsen (a.k.a. BARMAHANI, Mohsen (Arabic: محسن برمهانی), Tehran, Iran; DOB 24 May 1979; POB Neishabur, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A54062245 (Iran) expires 12 Jul 2026; National ID No. 1063893488 (Iran); Deputy Director, Islamic Republic of Iran Broadcasting (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

BORODAI, Aleksandr (a.k.a. BORODAY, Alexander Yuryevich (Cyrillic: БОРОДАЙ, Александр Юрьевич)), Russia; Dubai, United Arab Emirates; DOB 25 Jul 1972; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 772916358810 (Russia); Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024] (Linked To:

INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

BORODAY, Alexander Yuryevich (Cyrillic: БОРОДАЙ, Александр Юрьевич) (a.k.a. BORODAI, Aleksandr), Russia; Dubai, United Arab Emirates; DOB 25 Jul 1972; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 772916358810 (Russia); Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13660] [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

BORODULINA, Svetlana Alekseevna; DOB 20 Dec 1973; POB Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BOROVCANIN, Veljko; DOB 25 Sep 1957; POB Sarajevo, Bosnia-Herzegovina (individual) [BALKANS].

BORTNIKOV, Alexander (a.k.a. BORTNIKOV, Alexander Vasilievich (Cyrillic: БОРТНИКОВ, Александр Васильевич)), Moscow, Russia; DOB 15 Nov 1951; POB Perm, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [NPWMD] [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: FEDERAL SECURITY SERVICE).

BORTNIKOV, Alexander Vasilievich (Cyrillic: БОРТНИКОВ, Александр Васильевич) (a.k.a. BORTNIKOV, Alexander), Moscow, Russia; DOB 15 Nov 1951; POB Perm, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [NPWMD] [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: FEDERAL SECURITY SERVICE).

BORTNIKOV, Denis Aleksandrovich (Cyrillic: БОРТНИКОВ, Денис Александрович), Moscow, Russia; DOB 19 Nov 1974; POB Leningrad region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: BORTNIKOV, Alexander Vasilievich).

BORTSOV, Nikolay Ivanovich (Cyrillic: БОРЦОВ, Николай Иванович), Russia; DOB 08 May 1945; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of

the Russian Federation (individual) [RUSSIA-EO14024].

BORYOKUDAN (a.k.a. GOKUDO; a.k.a. YAKUZA), Japan [TCO].

BORZOUYEH PETROCHEMICAL COMPANY (a.k.a. BORZUYEH PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL; a.k.a. NOURI PETROCHEMICAL CO; a.k.a. NOURI PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL COMPANY (LLP); a.k.a. NOURI PETROCHEMICAL COMPLEX), Pars Special Economic Energy Zone, Assaluyeh Port, Bushehr, Iran; Nouri (Borzouyeh) Petrochemical Company, Pars Special Economy Zone, Assalouyeh, Bushehr, Iran; P.O.Box 75391-115, Bushehr, Iran; Pars Special Economy Energy Zone, Assalouyeh Port in the North Side of Persian Gulf, Bushehr, Iran; Website www.bpciran.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 941 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BORZUYEH PETROCHEMICAL COMPANY (f.k.a. BORZOUYEH PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL; a.k.a. NOURI PETROCHEMICAL CO; a.k.a. NOURI PETROCHEMICAL COMPANY; a.k.a. NOURI PETROCHEMICAL COMPANY (LLP); a.k.a. NOURI PETROCHEMICAL COMPLEX), Pars Special Economic Energy Zone, Assaluyeh Port, Bushehr, Iran; Nouri (Borzouyeh) Petrochemical Company, Pars Special Economy Zone, Assalouyeh, Bushehr, Iran; P.O.Box 75391-115, Bushehr, Iran; Pars Special Economy Energy Zone, Assalouyeh Port in the North Side of Persian Gulf, Bushehr, Iran; Website www.bpciran.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 941 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BOSANSKA IDEALNA FUTURA (a.k.a. BECF CHARITABLE EDUCATIONAL CENTER; a.k.a. BENEVOLENCE EDUCATIONAL CENTER; a.k.a. BIF-BOSNIA; a.k.a. BOSNIAN IDEAL FUTURE), Salke Lagumdzije 12, Sarajevo 71000, Bosnia and Herzegovina; Hadzije, Mazica Put 16F, Zenica 72000, Bosnia and Herzegovina; Sehidska, Street, Breza, Bosnia and Herzegovina; Kanal, 1, Zenica 72000, Bosnia and Herzegovina; Hamze, Celenke 35, Ilidza, Sarajevo, Bosnia and Herzegovina [SDGT].

BOSFOR AVRASYA IC VE DIS TICARET LIMITED SIRKETI, Baskule Plaza Sitesi, 122/36 Goztepe Mahallesi, Istanbul, Turkey; Tax ID No. 1800970008 (Turkey); Business Registration Number 384592 (Turkey) [RUSSIA-EO14024].

BOSHAB MABUDJ MA BILENGE, Evariste (a.k.a. BOSHAB MABUDJ, Evariste; a.k.a. BOSHAB MABUDJ-MA-BILENGE, Evariste; a.k.a. BOSHAB MABUTSH, Evariste; a.k.a. BOSHAB, Evarist; a.k.a. BOSHAB, Evariste; a.k.a. MULUMBU BOSHAB, Evariste), Avenue du Rail 5, Ngaliema, Kinshasa, Congo, Democratic Republic of the; DOB 12 Jan 1956; POB Teke-Kalamba, Democratic Republic of the Congo; alt. POB Kasai Occidentale Province, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0007366 (Congo, Democratic Republic of) issued 07 May 2014 expires 06 May 2019; Deputy Prime Minister, Vice Prime Minister, Minister of Interior and Security (individual) [DRCONGO].

BOSHAB MABUDJ, Evariste (a.k.a. BOSHAB MABUDJ MA BILENGE, Evariste; a.k.a. BOSHAB MABUDJ-MA-BILENGE, Evariste; a.k.a. BOSHAB MABUTSH, Evariste; a.k.a. BOSHAB, Evarist; a.k.a. BOSHAB, Evariste; a.k.a. MULUMBU BOSHAB, Evariste), Avenue du Rail 5, Ngaliema, Kinshasa, Congo, Democratic Republic of the; DOB 12 Jan 1956; POB Teke-Kalamba, Democratic Republic of the Congo; alt. POB Kasai Occidentale Province, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0007366 (Congo, Democratic Republic of) issued 07 May 2014 expires 06 May 2019; Deputy Prime Minister, Vice Prime Minister, Minister of Interior and Security (individual) [DRCONGO].

BOSHAB MABUDJ-MA-BILENGE, Evariste (a.k.a. BOSHAB MABUDJ MA BILENGE, Evariste; a.k.a. BOSHAB MABUDJ, Evariste; a.k.a. BOSHAB MABUTSH, Evariste; a.k.a. BOSHAB, Evarist; a.k.a. BOSHAB, Evariste; a.k.a. MULUMBU BOSHAB, Evariste), Avenue du Rail 5, Ngaliema, Kinshasa, Congo, Democratic Republic of the; DOB 12 Jan 1956; POB Teke-Kalamba, Democratic Republic of the Congo; alt. POB Kasai Occidentale Province, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0007366 (Congo, Democratic Republic of) issued 07 May 2014 expires 06 May 2019; Deputy Prime

Minister, Vice Prime Minister, Minister of Interior and Security (individual) [DRCONGO].

BOSHAB MABUTSH, Evariste (a.k.a. BOSHAB MABUDJ MA BILENGE, Evariste; a.k.a. BOSHAB MABUDJ, Evariste; a.k.a. BOSHAB MABUDJ-MA-BILENGE, Evariste; a.k.a. BOSHAB MABUTSH, Evariste; a.k.a. BOSHAB, Evariste; a.k.a. MULUMBU BOSHAB, Evariste), Avenue du Rail 5, Ngaliema, Kinshasa, Congo, Democratic Republic of the; DOB 12 Jan 1956; POB Teke-Kalamba, Democratic Republic of the Congo; alt. POB Kasai Occidentale Province, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0007366 (Congo, Democratic Republic of) issued 07 May 2014 expires 06 May 2019; Deputy Prime Minister, Vice Prime Minister, Minister of Interior and Security (individual) [DRCONGO].

BOSHAB, Evarist (a.k.a. BOSHAB MABUDJ MA BILENGE, Evariste; a.k.a. BOSHAB MABUDJ, Evariste; a.k.a. BOSHAB MABUDJ-MA-BILENGE, Evariste; a.k.a. BOSHAB MABUTSH, Evariste; a.k.a. BOSHAB, Evariste; a.k.a. MULUMBU BOSHAB, Evariste), Avenue du Rail 5, Ngaliema, Kinshasa, Congo, Democratic Republic of the; DOB 12 Jan 1956; POB Teke-Kalamba, Democratic Republic of the Congo; alt. POB Kasai Occidentale Province, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0007366 (Congo, Democratic Republic of) issued 07 May 2014 expires 06 May 2019; Deputy Prime Minister, Vice Prime Minister, Minister of Interior and Security (individual) [DRCONGO].

BOSHAB, Evariste (a.k.a. BOSHAB MABUDJ MA BILENGE, Evariste; a.k.a. BOSHAB MABUDJ, Evariste; a.k.a. BOSHAB MABUDJ-MA-BILENGE, Evariste; a.k.a. BOSHAB MABUTSH, Evariste; a.k.a. BOSHAB, Evarist; a.k.a. MULUMBU BOSHAB, Evariste), Avenue du Rail 5, Ngaliema, Kinshasa, Congo, Democratic Republic of the; DOB 12 Jan 1956; POB Teke-Kalamba, Democratic Republic of the Congo; alt. POB Kasai Occidentale Province, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0007366 (Congo, Democratic Republic of) issued 07 May 2014 expires 06 May 2019; Deputy Prime Minister, Vice Prime Minister, Minister of Interior and Security (individual) [DRCONGO].

BOSHIROV, Ruslan (a.k.a. CHEPIGA, Anatoliy Vladimirovich), Moscow, Russia; DOB 05 Apr

1979; alt. DOB 12 Apr 1978; POB Nikolaevka, Amur Oblast, Russia; alt. POB Dushanbe, Tajikistan; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

BOSKOVSKI, Ljube; DOB 24 Oct 1960 (individual) [BALKANS].

BOSNIAN IDEAL FUTURE (a.k.a. BECF CHARITABLE EDUCATIONAL CENTER; a.k.a. BENEVOLENCE EDUCATIONAL CENTER; a.k.a. BIF-BOSNIA; a.k.a. BOSANSKA IDEALNA FUTURA), Salke Lagumdzije 12, Sarajevo 71000, Bosnia and Herzegovina; Hadzije, Mazica Put 16F, Zenica 72000, Bosnia and Herzegovina; Sehidska, Street, Breza, Bosnia and Herzegovina; Kanal, 1, Zenica 72000, Bosnia and Herzegovina; Hamze, Celenke 35, Ilidza, Sarajevo, Bosnia and Herzegovina [SDGT].

BOSNIAN INVESTMENT ORGANIZATION (a.k.a. BIO CORPORATION), Sarajevo, Bosnia and Herzegovina [BALKANS].

BOSPHORUS GATE DIS TICARET LIMITED SIRKETI (a.k.a. BOSPHORUS GATE DIS TICARET LIMSTED SIRKETI), Merkez Neighborhood, Palazoghlu St., Han Riyet Block No: 6, Door No: 3, Sisli, Istanbul, Turkey; Istanbul Chamber of Comm. No. 389161-5 (Turkey) [RUSSIA-EO14024].

BOSPHORUS GATE DIS TICARET LIMSTED SIRKETI (a.k.a. BOSPHORUS GATE DIS TICARET LIMITED SIRKETI), Merkez Neighborhood, Palazoghlu St., Han Riyet Block No: 6, Door No: 3, Sisli, Istanbul, Turkey; Istanbul Chamber of Comm. No. 389161-5 (Turkey) [RUSSIA-EO14024].

BOSQUE DE SANTA TERESITA LTDA., Avenida 6N No. 17-92, Of. 411-412, Cali, Colombia; NIT # 800117606-9 (Colombia) [SDNT].

BOTLIKH RADIO PLANT LIMITED LIABILITY COMPANY (a.k.a. BOTLIKHSKI RADIOZAVOD OOO (Cyrillic: ООО БОТЛИХСКИЙ РАДИОЗАВОД)), 1 P. Zakaryaeva Street, Buinaksk, Dagestan Republic 368222, Russia; Organization Established Date 29 Jun 2016; Tax ID No. 0506007635 (Russia); Registration Number 1160571057602 (Russia) [RUSSIA-EO14024].

BOTLIKHSKI RADIOZAVOD OOO (Cyrillic: ООО БОТЛИХСКИЙ РАДИОЗАВОД) (a.k.a. BOTLIKH RADIO PLANT LIMITED LIABILITY COMPANY), 1 P. Zakaryaeva Street, Buinaksk,

Dagestan Republic 368222, Russia; Organization Established Date 29 Jun 2016; Tax ID No. 0506007635 (Russia); Registration Number 1160571057602 (Russia) [RUSSIA-EO14024].

BOU ALI SINA PETROCHEMICAL COMPANY (a.k.a. BU ALI SINA PETROCHEMICAL COMPANY; a.k.a. BUALI SINA PETROCHEMICAL COMPANY), No. 17, 1st Floor, Daman Afshar St., Vanak Sq., Vali-e-Asr Ave, Tehran 19697, Iran; Petrochemical Special Economic Zone (PETZONE), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BOUCHOUCHA, Al-Mokhtar Ben Mohamed Ben Al-Mokhtar (a.k.a. BOUCHOUCHA, Mokhtar; a.k.a. BUSHUSHA, Mokhtar), Via Milano n.38, Spinadesco, CR, Italy; DOB 13 Oct 1969; POB Tunisia; nationality Tunisia; Passport K754050 issued 26 May 1999 expires 25 May 2004; Italian Fiscal Code BCHMHT69R13Z352T (individual) [SDGT].

BOUCHOUCHA, Mokhtar (a.k.a. BOUCHOUCHA, Al-Mokhtar Ben Mohamed Ben Al-Mokhtar; a.k.a. BUSHUSHA, Mokhtar), Via Milano n.38, Spinadesco, CR, Italy; DOB 13 Oct 1969; POB Tunisia; nationality Tunisia; Passport K754050 issued 26 May 1999 expires 25 May 2004; Italian Fiscal Code BCHMHT69R13Z352T (individual) [SDGT].

BOUGHANEMI, Faycal (a.k.a. BOUGHANMI, Faical), viale Cambonino, 5/B, Cremona, Italy; DOB 28 Oct 1966; POB Tunis, Tunisia; nationality Tunisia; Italian Fiscal Code BGHFCL66R28Z352G (individual) [SDGT].

BOUGHANMI, Faical (a.k.a. BOUGHANEMI, Faycal), viale Cambonino, 5/B, Cremona, Italy; DOB 28 Oct 1966; POB Tunis, Tunisia; nationality Tunisia; Italian Fiscal Code BGHFCL66R28Z352G (individual) [SDGT].

BOUJAR, Farhad (a.k.a. BUJAR, Farhad); nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport R10789966; Managing Director, TESA (individual) [NPWMD] [IFSR].

BOULGHIT, Boubekeur (a.k.a. BOULGHITI, Boubekeur; a.k.a. "AL DJAZAIRI, Abou Bakr"; a.k.a. "AL-JAZARI, Yasir"; a.k.a. "AL-JAZIRI, Abou Yasser"; a.k.a. "AL-JAZIRI, Abu Bakr"; a.k.a. "EL DJAZAIRI, Abou Yasser"), Peshawar, Pakistan; DOB 13 Feb 1970; POB Rouiba, Algiers, Algeria; nationality Algeria; Gender Male (individual) [SDGT].

BOULGHITI, Boubekeur (a.k.a. BOULGHIT, Boubekeur; a.k.a. "AL DJAZAIRI, Abou Bakr"; a.k.a. "AL-JAZARI, Yasir"; a.k.a. "AL-JAZIRI, Abou Yasser"; a.k.a. "AL-JAZIRI, Abu Bakr"; a.k.a. "EL DJAZAIRI, Abou Yasser"), Peshawar, Pakistan; DOB 13 Feb 1970; POB Rouiba, Algiers, Algeria; nationality Algeria; Gender Male (individual) [SDGT].

BOUNGALOWS VILLA AZUL, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 18740 (Jalisco) (Mexico) [SDNTK].

BOURAS, Sami Bashur (a.k.a. "Khadim"; a.k.a. "Wakrici"); DOB 1974 to 1976; citizen Sweden; Gender Male; Passport M323879 (Tunisia) (individual) [SDGT].

BOUSLIM, Ammar Mansour (a.k.a. ATWA, Ali; a.k.a. SALIM, Hassan Rostom), Lebanon; DOB 1960; POB Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

BOUT, Viktor Anatolijevitch (a.k.a. SERGITOV, Vitali; a.k.a. "BONT"; a.k.a. "BOUTOV"; a.k.a. "BUTT"; a.k.a. "BUTTE"); DOB 13 Jan 1967; alt. DOB 13 Jan 1970; POB Dushanbe, Tajikistan; Dealer and transporter of weapons and minerals; Owner, Great Lakes Business Company and Compagnie Aerienne des Grands (individual) [DRCONGO].

BOUTIQUE LA MAISON, 42 Via Brasil, Panama City, Panama [CUBA].

BOUTIQUE PATRACA (a.k.a. PATRACA, S.A. DE C.V.), Calle Miguel Hgo No. 302, Col. Centro, Culiacan, Sinaloa, Mexico; Ave. Alvaro Obregon No. 1800, 74M, Col. Colinas de San Miguel, Culiacan, Sinaloa 80228, Mexico; Col. Proyecto Urbano Tres Rios, Culiacan, Sinaloa, Mexico; Calle Benito Juarez, No. 302, Col. Centro, Culiacan, Sinaloa, Mexico; Calle Benito Juarez 302 A altos S/N, Col. Centro, Culiacan, Sinaloa, Mexico; Alvaro Obregon y Cerro de Montelargo Local 74M, 75M, 76M, 7 Colinas de San Miguel, Culiacan 80228, Mexico; Ave Alvaro Obregon No. 1800, 74M, Col. Colinas de San Miguel, Culiacan, Sinaloa 80228, Mexico; Cll Jose Diego Valadez Rios 16, Plaza Patraca PB-24, Proyecto Urbano Tres Rios, Culiacan Rosales, Culiacan 80000, Mexico; Cll Jose Diego Valadez Rios 16, Plaza Patraca PB-16, Proyecto Urbano Tres Rios, Culiacan Rosales, Culiacan 80000, Mexico; Cll Jose Diego Valadez Rios 16, Plaza Patraca PB-39, Proyecto Urbano Tres Rios, Culiacan Rosales, Culiacan 80000, Mexico; Cll Jose Diego

Valadez Rios No. 1676, Col. Proyecto Urbano Tres Rios, Culiacan, Sinaloa 80000, Mexico; Cll Jose Diego Valadez Rios No. 1676, 16, Col. Proyecto Urbano Tres Rios, Culiacan, Sinaloa 80000, Mexico; Avenida Jose Maria Morelos 302 Pte, Local 3, Col. Sector Culiacan Centro, Culiacan, Sinaloa 80000, Mexico; R.F.C. PAT040318GF7 (Mexico) [SDNTK].

BOUYAHIA, Hamadi Ben Abdul Aziz Ben Ali (a.k.a. GAMEL MOHAMED), Corso XXII Marzo 39, Milan, Italy; DOB 22 May 1966; alt. DOB 29 May 1966; POB Tunisia; nationality Tunisia; Passport L723315 issued 05 May 1998 expires 04 May 2003; arrested 30 Sep 2002 (individual) [SDGT].

BOVDA, Maria Anatolyevna (a.k.a. BELYAEVA, Maria Anatolyevna), Russia; DOB 21 Feb 1986; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

BOVDA, Robert Sergeyevich, Russia; DOB 27 Aug 1989; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

BOYAH, Abshir (a.k.a. ABDILLAHI, Abshir; a.k.a. ABDULAHI, Asad; a.k.a. ABDULI, Aburashid Abdulahi; a.k.a. ABDULLAHI, Abshir; a.k.a. "BOOYAH"; a.k.a. "BOYAH"), Eyl, Somalia; Garowe, Somalia; DOB circa 1966; POB Eyl, Somalia (individual) [SOMALIA].

BOYARINEV, Valeriy Gennadevich (Cyrillic: БОЯРИНЕВ, Валерий Геннадьевич) (a.k.a. BOYARINEV, Valery Gennadievich), Russia; DOB 02 Sep 1970; POB Berezovka, Krasnoyarsk Region, Russia; nationality Russia; Gender Male; Tax ID No. 190113308460 (Russia) (individual) [RUSSIA-EO14024].

BOYARINEV, Valery Gennadievich (a.k.a. BOYARINEV, Valeriy Gennadevich (Cyrillic: БОЯРИНЕВ, Валерий Геннадьевич)), Russia; DOB 02 Sep 1970; POB Berezovka, Krasnoyarsk Region, Russia; nationality Russia; Gender Male; Tax ID No. 190113308460 (Russia) (individual) [RUSSIA-EO14024].

BOYARKIN, V.A. (Cyrillic: БОЯРКИН, В.А.) (a.k.a. BOYARKIN, Victor; a.k.a. BOYARKIN, Victor Alekseevich; a.k.a. BOYARKIN, Victor Alekseyevich (Cyrillic: БОЯРКИН, Виктор Алексеевич); a.k.a. BOYARKIN, Viktor), #189, 20, BLD1, Generala Beloborodova, Moscow, Federal District 125222, Russia; DOB 12 Oct

1958; POB Meschovsk, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 200042334 (Russia) (individual) [UKRAINE-EO13661] [UKRAINE-EO13662] (Linked To: DERIPASKA, Oleg Vladimirovich).

BOYARKIN, Victor (a.k.a. BOYARKIN, V.A. (Cyrillic: БОЯРКИН, B.A.); a.k.a. BOYARKIN, Victor Alekseevich; a.k.a. BOYARKIN, Victor Alekseyevich (Cyrillic: БОЯРКИН, Виктор Алексеевич); a.k.a. BOYARKIN, Viktor), #189, 20, BLD1, Generala Beloborodova, Moscow, Federal District 125222, Russia; DOB 12 Oct 1958; POB Meschovsk, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 200042334 (Russia); alt. Passport 642348547 (Russia) (individual) [UKRAINE-EO13661] [UKRAINE-EO13662] (Linked To: DERIPASKA, Oleg Vladimirovich).

BOYARKIN, Victor Alekseevich (a.k.a. BOYARKIN, V.A. (Cyrillic: БОЯРКИН, B.A.); a.k.a. BOYARKIN, Victor; a.k.a. BOYARKIN, Victor Alekseyevich (Cyrillic: БОЯРКИН, Виктор Алексеевич); a.k.a. BOYARKIN, Viktor), #189, 20, BLD1, Generala Beloborodova, Moscow, Federal District 125222, Russia; DOB 12 Oct 1958; POB Meschovsk, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 200042334 (Russia); alt. Passport 642348547 (Russia) (individual) [UKRAINE-EO13661] [UKRAINE-EO13662] (Linked To: DERIPASKA, Oleg Vladimirovich).

BOYARKIN, Victor Alekseyevich (Cyrillic: БОЯРКИН, Виктор Алексеевич) (a.k.a. BOYARKIN, V.A. (Cyrillic: БОЯРКИН, B.A.); a.k.a. BOYARKIN, Victor; a.k.a. BOYARKIN, Victor Alekseevich; a.k.a. BOYARKIN, Viktor), #189, 20, BLD1, Generala Beloborodova, Moscow, Federal District 125222, Russia; DOB 12 Oct 1958; POB Meschovsk, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 200042334 (Russia); alt. Passport 642348547 (Russia) (individual) [UKRAINE-EO13661] [UKRAINE-

EO13662] (Linked To: DERIPASKA, Oleg Vladimirovich).

BOYARKIN, Viktor (a.k.a. BOYARKIN, V.A. (Cyrillic: БОЯРКИН, B.A.); a.k.a. BOYARKIN, Victor; a.k.a. BOYARKIN, Victor Alekseevich; a.k.a. BOYARKIN, Victor Alekseyevich (Cyrillic: БОЯРКИН, Виктор Алексеевич)), #189, 20, BLD1, Generala Beloborodova, Moscow, Federal District 125222, Russia, DOB 12 Oct 1958; POB Meschovsk, Russia; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 200042334 (Russia); alt. Passport 642348547 (Russia) (individual) [UKRAINE-EO13661] [UKRAINE-EO13662] (Linked To: DERIPASKA, Oleg Vladimirovich).

BOYARSKIY, Sergey Mikhaylovich (Cyrillic: БОЯРСКИЙ, Сергей Михайлович), Russia; DOB 24 Jan 1980; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BOYKO, Svetlana Andreyevna (Cyrillic: БОЙКО, Светлана Андреевна) (a.k.a. "BOYKO, Sveta"), St. Petersburg, Russia; DOB 14 Apr 1990; POB Leningrad, Russia; nationality Russia; citizen Russia; Gender Female; Tax ID No. 781102544700 (Russia) (individual) [RUSSIA-EO14024].

BOYLE CHEMICAL CO., LTD. (a.k.a. SHANGHAI BOYLE CHEMICAL CO., LTD.), Rm. 402, No.12, Lane 429, Pudong New Area, Shanghai, China; Building 12, No. 3802 ShenGang Road, Xinfei International Home, SongJiang District, Shanghai 201611, China; Block C11, Xinfei Enterprises Home, No. 3, Shanghai 201611, China; Room 520-522, No. 135, Dongfang Road, Pudong New District, Shanghai 200120, China; Website http://www.boylechem.com; alt. Website http://annaboylechem.globalimporter.net; Registration ID 310106000205236 (China) [SDNTK].

BOZHKOV, Vasil (Cyrillic: БОЖКОВ, ВАСИЛ) (a.k.a. BOJKOV, Vassil Kroumov; a.k.a. "Cherepa"; a.k.a. "The Skull"), 79 Vassil Levski Blvd, Sofia 1000, Bulgaria; Dubai, United Arab Emirates; DOB 29 Jul 1956; POB Velingrad, Bulgaria; nationality Bulgaria; Gender Male; Passport 440210366 (Bulgaria) expires 23 Aug 2023; alt. Passport 385950465 (Bulgaria) expires 11 Apr 2024; National ID No. 647475973 (Bulgaria) (individual) [GLOMAG].

BOZIZE, Francois (a.k.a. BOZIZE, Francois Yangouvonda; a.k.a. YANGOUVONDA, Bozize); DOB 14 Oct 1946; POB Gabon; Former President of the Central African Republic (individual) [CAR].

BOZIZE, Francois Yangouvonda (a.k.a. BOZIZE, Francois; a.k.a. YANGOUVONDA, Bozize); DOB 14 Oct 1946; POB Gabon; Former President of the Central African Republic (individual) [CAR].

BOZIZE, Jean Francis (a.k.a. BOZIZE, Jean-Francis), Central African Republic; DOB 19 Feb 1970; POB Bangui, Central African Republic; nationality Central African Republic; citizen Central African Republic; alt. citizen France; Gender Male (individual) [CAR].

BOZIZE, Jean-Francis (a.k.a. BOZIZE, Jean Francis), Central African Republic; DOB 19 Feb 1970; POB Bangui, Central African Republic; nationality Central African Republic; citizen Central African Republic; alt. citizen France; Gender Male (individual) [CAR].

BOZORG, Marzieh; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 16650550 (Iran); Commercial Director (individual) [NPWMD] [IFSR] (Linked To: SAZEH MORAKAB CO. LTD).

BOZTEPE, Omer; DOB 01 Jan 1966; POB Bozova, Sanliurfa, Turkey; nationality Turkey (individual) [SDNTK].

BPKH OOO (a.k.a. BASHKIR INDUSTRIAL HOLDING LLC; a.k.a. BASHKIRSKIY PROMYSHLENNYI HOLDING OOO; a.k.a. LLC SIBCAPITAL (Cyrillic: ООО СИБКАПИТАЛ); a.k.a. OOO BASHKIR INDUSTRIAL HOLDING COMPANY), d. 42 etazh 2 pom. 12, ul. Sotsialisticheskaya, Blagoveshchensk 453434, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 0258954788 (Russia); Registration Number 1210200047969 (Russia) [RUSSIA-EO14024].

BPS SBERBANK OJSC (a.k.a. BPS-SBERBANK OAO (Cyrillic: ОАО СБЕР БАНК); a.k.a. OPEN JOINT STOCK COMPANY BPS-SBERBANK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕР БАНК); a.k.a. SBER BANK), 6 Mulyavina Boulevard, Minsk 220005, Belarus; SWIFT/BIC BPSBBY2X; Website www.sber-bank.by; alt. Website www.bps-sberbank.by; Executive Order 13662 Directive

Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 100219673 (Belarus); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

BPS-SBERBANK OAO (Cyrillic: ОАО СБЕР БАНК) (a.k.a. BPS SBERBANK OJSC; a.k.a. OPEN JOINT STOCK COMPANY BPS-SBERBANK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕР БАНК); a.k.a. SBER BANK), 6 Mulyavina Boulevard, Minsk 220005, Belarus; SWIFT/BIC BPSBBY2X; Website www.sber-bank.by; alt. Website www.bps-sberbank.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 100219673 (Belarus); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

BRACRO S.A., Panama City, Panama; RUC # 990805-1-534158 (Panama) [SDNTK].

BRAIM, Dmitry (a.k.a. BRAIM, Dmitry Vladimirovich (Cyrillic: БРАИМ, ДМИТРИЙ ВЛАДИМИРОВИЧ); a.k.a. BRAIM, Dzmitryri Uladzimiravich (Cyrillic: БРАIМ, ДЗМIТРЫЙ УЛАДЗIМIРАВIЧ)), P.A. Miroshnichenko Street, 27, ap. 106, Minsk, Belarus; DOB 18 Apr 1976; nationality Belarus; Gender Male; National ID No. 3180476A073PB3 (Belarus) (individual) [BELARUS-EO14038] (Linked To: PELENG JSC).

BRAIM, Dmitry Vladimirovich (Cyrillic: БРАИМ, ДМИТРИЙ ВЛАДИМИРОВИЧ; a.k.a. BRAIM, Dmitry; a.k.a. BRAIM, Dzmitryri Uladzimiravich (Cyrillic: БРАIМ, ДЗМIТРЫЙ УЛАДЗIМIРАВIЧ)), P.A. Miroshnichenko Street, 27, ap. 106, Minsk, Belarus; DOB 18 Apr 1976; nationality Belarus; Gender Male; National ID No. 3180476A073PB3 (Belarus) (individual) [BELARUS-EO14038] (Linked To: PELENG JSC).

BRAIM, Dzmitryri Uladzimiravich (Cyrillic: БРАIМ, ДЗМIТРЫЙ УЛАДЗIМIРАВIЧ) (a.k.a. BRAIM, Dmitry; a.k.a. BRAIM, Dmitry Vladimirovich (Cyrillic: БРАИМ, ДМИТРИЙ ВЛАДИМИРОВИЧ)), P.A. Miroshnichenko Street, 27, ap. 106, Minsk, Belarus; DOB 18 Apr 1976; nationality Belarus; Gender Male; National ID No. 3180476A073PB3 (Belarus) (individual) [BELARUS-EO14038] (Linked To: PELENG JSC).

BRALO, Miroslav (a.k.a. "CICKO"); DOB 13 Oct 1967; POB Kratine, Vitez (individual) [BALKANS].

BRANCH 1 OF THE SHIRAZ REVOLUTIONARY COURT (a.k.a. FIRST BRANCH OF THE REVOLUTIONARY COURT OF SHIRAZ; a.k.a. FIRST BRANCH OF THE SHIRAZ REVOLUTIONARY COURT), New Quran Boulevard, District 3, Shiraz City, Fars Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

BRANCH 248 MILITARY INTELLIGENCE (Arabic: فرع التحقيق العسكري) (a.k.a. SYRIAN MILITARY INTELLIGENCE BRANCH 248 - INVESTIGATION (Arabic: فرع التحقيق Arabic: 248 (فرع)), Al Tawajoh Street, Alsyasi Street, 6th of May Street, Damascus, Syria [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

BRAND SERVER OPTIONS (a.k.a. "BSO"), ul. Butlerova d. 17B, et/p/kom/of/k 3/XII/86/1/55, Moscow 117342, Russia; Smirnovskaya ultisa, 25s2, Moscow, Russia; Tax ID No. 7724317936 (Russia); Registration Number 1157746419082 (Russia) [RUSSIA-EO14024].

BRAUN, Sergey Sergeevich (Cyrillic: БРАУН, Сергей Сергеевич) (a.k.a. KRAVTSOV, Sergei Sergeevich; a.k.a. KRAVTSOV, Sergej Sergeevich; a.k.a. KRAVTSOV, Sergey Sergeevich (Cyrillic: КРАВЦОВ, Сергей

Сергеевич)), Karetny Ryad Street, House 2, Moscow, Russia; DOB 17 Mar 1974; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 772803716511 (Russia) (individual) [RUSSIA-EO14024].

BRAVERMAN, Anatoli Aleksandrovich (a.k.a. BRAVERMAN, Anatoly Alexandrovich (Cyrillic: БРАВЕРМАН, Анатолий Александрович)), Russia; DOB 05 Aug 1985; POB Moscow, Russia; nationality Russia; Gender Male; Passport 530152537 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

BRAVERMAN, Anatoly Alexandrovich (Cyrillic: БРАВЕРМАН, Анатолий Александрович) (a.k.a. BRAVERMAN, Anatoli Aleksandrovich), Russia; DOB 05 Aug 1985; POB Moscow, Russia; nationality Russia; Gender Male; Passport 530152537 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

BRAVERY MARITIME CORP (a.k.a. BRAVERY MARITIME CORPORATION), Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Identification Number IMO 6161246 [SDGT] (Linked To: AL HABSI, Mahmood Rashid Amur).

BRAVERY MARITIME CORPORATION (a.k.a. BRAVERY MARITIME CORP), Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Identification Number IMO 6161246 [SDGT] (Linked To: AL HABSI, Mahmood Rashid Amur).

BRDJANIN, Radoslav; DOB 09 Feb 1948; POB Popovac, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

BRECHALOV, Aleksandr Vladimirovich (Cyrillic: БРЕЧАЛОВ, Александр Владимирович) (a.k.a. BRECHALOV, Alexander Vladimirovich), Udmurtia Republic, Russia; DOB 18 Nov 1973; POB Tlyustenkhabl, Adygeya Republic, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 231106982106 (Russia) (individual) [RUSSIA-EO14024].

BRECHALOV, Alexander Vladimirovich (a.k.a. BRECHALOV, Aleksandr Vladimirovich (Cyrillic: БРЕЧАЛОВ, Александр Владимирович)), Udmurtia Republic, Russia; DOB 18 Nov 1973; POB Tlyustenkhabl, Adygeya Republic, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 231106982106 (Russia) (individual) [RUSSIA-EO14024].

BREDIKHIN, Aleksei Viktorovich (a.k.a. BREDIKHIN, Aleksey; a.k.a. BREDIKHIN, Alexei), Russia; DOB 15 Mar 1984; POB Nizhny Kuranakh, Russia; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 701740785143 (Russia) (individual) [RUSSIA-EO14024].

BREDIKHIN, Aleksey (a.k.a. BREDIKHIN, Aleksei Viktorovich; a.k.a. BREDIKHIN, Alexei), Russia; DOB 15 Mar 1984; POB Nizhny Kuranakh, Russia; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 701740785143 (Russia) (individual) [RUSSIA-EO14024].

BREDIKHIN, Alexei (a.k.a. BREDIKHIN, Aleksei Viktorovich; a.k.a. BREDIKHIN, Aleksey), Russia; DOB 15 Mar 1984; POB Nizhny Kuranakh, Russia; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 701740785143 (Russia) (individual) [RUSSIA-EO14024].

BREIHMATT, Salem ould (a.k.a. OULD ABED, Cheikh ould Mohamed Saleck; a.k.a. "Abu Hamza al-Shanqiti"; a.k.a. "Abu Hamza al-Shinqiti"; a.k.a. "Hamza al-Mauritani"; a.k.a. "NITRIK, Hamza"), Mali; DOB 1984; alt. DOB 1978; POB Mauritania; nationality Mauritania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

BREMINO GROUP LLC (a.k.a. LIMITED LIABILITY COMPANY BREMINO GROUP; a.k.a. OBSHCHESTVO S OGRANICHENOY OTVETSTVENNOSTYU BREMINO GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ

ОТВЕТСТВЕННОСТЬЮ БРЕМИНО ГРУПП); a.k.a. OOO BREMINO GRUPP (Cyrillic: ООО БРЕМИНО ГРУПП); a.k.a. TAA BREMINA GRUP (Cyrillic: ТАА БРЭМІНА ГРУП); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU BREMINA GRUP (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БРЭМІНА ГРУП)), ul. Zavodskaya, d. 1K, pom. 1, gp. Bolbasovo, Orsha district, Vitebsk oblast 211004, Belarus (Cyrillic: ул. Заводская, д. 1К, пом. 1, гп. Болбасово, Оршанский район, Витебская область 211004, Belarus); Organization Established Date 05 Nov 2013; Registration Number 691598938 (Belarus) [BELARUS-EO14038].

BRESTOBLISPOLKOM DEPARTMENT OF INTERNAL AFFAIRS (a.k.a. BRESTOBLISPOLKOM UVD (Cyrillic: УВД БРЕСТОБЛИСПОЛКОМА); a.k.a. DEPARTMENT OF INTERNAL AFFAIRS OF BREST OBLAST EXECUTIVE COMMITTEE; a.k.a. DIRECTORATE OF INTERNAL AFFAIRS OF THE BREST OBLAST EXECUTIVE COMMITTEE (Cyrillic: УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ БРЕСТСКОГО ОБЛИСПОЛКОМА); a.k.a. UVD OF THE BREST OBLAST EXECUTIVE COMMITTEE (Cyrillic: УВД БРЕСТСКОГО ОБЛИСПОЛКОМА)), 28, Communist str., Brest 224000, Belarus; Target Type Government Entity; Registration Number 200127206 (Belarus) [BELARUS].

BRESTOBLISPOLKOM UVD (Cyrillic: УВД БРЕСТОБЛИСПОЛКОМА) (a.k.a. BRESTOBLISPOLKOM DEPARTMENT OF INTERNAL AFFAIRS; a.k.a. DEPARTMENT OF INTERNAL AFFAIRS OF BREST OBLAST EXECUTIVE COMMITTEE; a.k.a. DIRECTORATE OF INTERNAL AFFAIRS OF THE BREST OBLAST EXECUTIVE COMMITTEE (Cyrillic: УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ БРЕСТСКОГО ОБЛИСПОЛКОМА); a.k.a. UVD OF THE BREST OBLAST EXECUTIVE COMMITTEE (Cyrillic: УВД БРЕСТСКОГО ОБЛИСПОЛКОМА)), 28, Communist str., Brest 224000, Belarus; Target Type Government Entity; Registration Number 200127206 (Belarus) [BELARUS].

BREYELLER KALTBAND GMBH (a.k.a. ASCOTEC MINERAL & MACHINERY GMBH; a.k.a. ASCOTEC MINERAL AND MACHINERY GMBH), Tersteegenstr. 10, Dusseldorf 40474, Germany; Additional Sanctions Information -

Subject to Secondary Sanctions; Registration ID HRB 55668 (Germany); all offices worldwide [IRAN].

BREYELLER STAHL TECHNOLOGY GMBH & CO. KG (a.k.a. BREYELLER STAHL TECHNOLOGY GMBH AND CO. KG; f.k.a. ROETZEL-STAHL GMBH & CO. KG; f.k.a. ROETZEL-STAHL GMBH AND CO. KG), Josefstrasse 82, Nettetal 41334, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRA 4528 (Germany); all offices worldwide [IRAN].

BREYELLER STAHL TECHNOLOGY GMBH AND CO. KG (a.k.a. BREYELLER STAHL TECHNOLOGY GMBH & CO. KG; f.k.a. ROETZEL-STAHL GMBH & CO. KG; f.k.a. ROETZEL-STAHL GMBH AND CO. KG), Josefstrasse 82, Nettetal 41334, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRA 4528 (Germany); all offices worldwide [IRAN].

BRIC INMOBILIARIA, Naciones Unidas # 6875, local 8a, Fracc. Vista del Tule, Zapopan, Jalisco, Mexico; Website www.bricinmobiliaria.com [SDNTK].

BRIGADA ESPECIAL NACIONAL DEL MINISTERIO DEL INTERIOR, Cuba; Target Type Government Entity [GLOMAG].

BRIGADE OF THE EMIGRANTS AND HELPERS (a.k.a. AL-MUAJIRIN BRIGADE; a.k.a. ARMY OF FOREIGN FIGHTERS AND SUPPORTERS; a.k.a. ARMY OF THE EMIGRANTS AND HELPERS; a.k.a. JAISH AL-MUHAJIREEN WA ANSAR; a.k.a. JAISH AL-MUHAJIREEN WAL-ANSAR; a.k.a. JAYSH AL-MUHAJIRIN AND AL-ANSAR ARMY; a.k.a. JAYSH AL-MUHAJIRIN WAL-ANSAR; a.k.a. KATEEB AL MUHAJIREEN WAL ANSAR; a.k.a. KATIBA AL-MUHAJIREEN; a.k.a. MUHAJIRIN AND ANSAR ARMY), Syria [SDGT].

BRIGADE OF THE YARMOUK MARTYRS (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-

YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria [SDGT].

BRILKA, Sergei (a.k.a. BRILKA, Sergey Fateevich (Cyrillic: БРИЛКА, Сергей Фатеевич)), Russia; DOB 14 Mar 1954; POB Anga village, Irkutsk Oblast, Russia; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BRILKA, Sergey Fateevich (Cyrillic: БРИЛКА, Сергей Фатеевич) (a.k.a. BRILKA, Sergei), Russia; DOB 14 Mar 1954; POB Anga village, Irkutsk Oblast, Russia; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BRILLIANCE BANKING CORPORATION, LTD. (a.k.a. GORGEOUS BANK OF NORTH KOREA; a.k.a. HANA BANKING CORPORATION LTD; a.k.a. HUALI BANK (Chinese Simplified: 朝鲜华丽银行); a.k.a. HWARYO BANK (Korean: 화려은행)), Haebangsan Hotel, Jungsong-Dong, Sungri Street, Central District, Pyongyang, Korea, North; Dandong, China; SWIFT/BIC BRBKKPP1; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

BRIONES RUIZ, Abel, Calle Bustamante No. 187, Matamoros, Tamaulipas, Mexico; DOB 31 Oct 1973; POB Matamoros, Tamaulipas, Mexico; R.F.C. BIRA731031BU4 (Mexico); C.U.R.P. BIRA731031HTSRZB03 (Mexico); I.F.E. 05116040222575 (Mexico) (individual) [SDNTK].

BRIONES RUIZ, Claudia Aide, Calle Bustamante 19 y 20, No. 187, Zona Centro, Matamoros, Tamaulipas 87300, Mexico; DOB 01 Oct 1981; POB Matamoros, Tamaulipas, Mexico; R.F.C. BIRC811001A56 (Mexico); C.U.R.P. BIRC811001MTSRZL05 (Mexico); I.F.E. 0516041106955 (Mexico) (individual) [SDNTK].

BRITO RODRIGUEZ, Jose Dionisio, Anzoategui, Venezuela; DOB 15 Jan 1972; Gender Male; Cedula No. V-8263861 (Venezuela) (individual) [VENEZUELA].

BRKIC, Nikola, Serbia; DOB 13 Jan 1954; nationality Serbia; Gender Male (individual) [GLOMAG] (Linked To: TESIC, Slobodan).

BRODSKI, Ilya Borisovich (a.k.a. BRODSKIY, Ilya Borisovich (Cyrillic: БРОДСКИЙ, Илья Борисович)), Russia; United Kingdom; DOB 01 Jul 1972; POB Moscow, Russia; nationality Russia; alt. nationality Cyprus; Gender Male; Passport K00227238 (Cyprus); Tax ID No. 771700280648 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

BRODSKIY, Ilya Borisovich (Cyrillic: БРОДСКИЙ, Илья Борисович) (a.k.a. BRODSKI, Ilya Borisovich), Russia; United Kingdom; DOB 01 Jul 1972; POB Moscow, Russia; nationality Russia; alt. nationality Cyprus; Gender Male; Passport K00227238 (Cyprus); Tax ID No. 771700280648 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

BROOJEN PETROCHEMICAL COMPANY (a.k.a. BROUJEN PETROCHEMICAL COMPANY), About 8 km southwest of Borujen City, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] (Linked To: IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY; Linked To: DAH DASHT PETROCHEMICAL INDUSTRIES; Linked To: MODABBERAN EQTESAD COMPANY).

BROUGERE, Jacques (a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "ABOU HAMZA"; a.k.a. "ABOU HANZA"; a.k.a. "ABU KHAMZA"; a.k.a. "BILAL"; a.k.a. "BILAL KUMKAL"; a.k.a. "HAMZA"; a.k.a. "KOUMAL"; a.k.a. "LAJONEL DIMON"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975; POB Roubaix, France (individual) [SDGT].

BROUJEN PETROCHEMICAL COMPANY (a.k.a. BROOJEN PETROCHEMICAL COMPANY), About 8 km southwest of Borujen City, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] (Linked To: IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY; Linked To: DAH DASHT PETROCHEMICAL INDUSTRIES; Linked To: MODABBERAN EQTESAD COMPANY).

BROVKO, Vasiliy Yurevich (a.k.a. BROVKO, Vasily Yurevich (Cyrillic: БРОВКО, Василий Юрьевич); a.k.a. BROVKO, Vasly Yuryevich), 5920 Oktyabrskaya, Il Nskiy, Moscow Region 140121, Russia; DOB 06 Feb 1987; POB

Moscow, Russia; nationality Russia; Gender Male; Passport 514408357 (Russia); National ID No. 4611771881 (Russia) (individual) [RUSSIA-EO14024].

BROVKO, Vasily Yuryevich (a.k.a. BROVKO, Vasiliy Yurevich; a.k.a. BROVKO, Vasly Yuryevich), 5920 Oktyabrskaya, Il Nskiy, Moscow Region 140121, Russia; DOB 06 Feb 1987; POB Moscow, Russia; nationality Russia; Gender Male; Passport 514408357 (Russia); National ID No. 4611771881 (Russia) (individual) [RUSSIA-EO14024].

BROVKO, Vasly Yuryevich (a.k.a. BROVKO, Vasiliy Yurevich; a.k.a. BROVKO, Vasily Yuryevich (Cyrillic: БРОВКО, Василий Юрьевич)), 5920 Oktyabrskaya, Il Nskiy, Moscow Region 140121, Russia; DOB 06 Feb 1987; POB Moscow, Russia; nationality Russia; Gender Male; Passport 514408357 (Russia); National ID No. 4611771881 (Russia) (individual) [RUSSIA-EO14024].

BROWNING, Natalia (a.k.a. BROWNING, Natalya; f.k.a. TIMCHENKO, Natalya), Russia; South Kensington, United Kingdom; 27 Barkston Gardens, London SW5 0ER, United Kingdom; DOB 11 Nov 1978; POB St. Petersburg, Russia; nationality Russia; alt. nationality United Kingdom; Gender Female (individual) [RUSSIA-EO14024] (Linked To: TIMCHENKO, Gennady Nikolayevich).

BROWNING, Natalya (a.k.a. BROWNING, Natalia; f.k.a. TIMCHENKO, Natalya), Russia; South Kensington, United Kingdom; 27 Barkston Gardens, London SW5 0ER, United Kingdom; DOB 11 Nov 1978; POB St. Petersburg, Russia; nationality Russia; alt. nationality United Kingdom; Gender Female (individual) [RUSSIA-EO14024] (Linked To: TIMCHENKO, Gennady Nikolayevich).

BRUGERE, Jacques (a.k.a. BROUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "ABOU HAMZA"; a.k.a. "ABOU HANZA"; a.k.a. "ABU KHAMZA"; a.k.a. "BILAL"; a.k.a. "BILAL KUMKAL"; a.k.a. "HAMZA"; a.k.a. "KOUMAL"; a.k.a. "LAJONEL DIMON"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975; POB Roubaix, France (individual) [SDGT].

BRUNETTI, Luciano (a.k.a. "BIFF TANNEN"; a.k.a. "LUCHO"), Buenos Aires, Argentina; DOB 30 Aug 1988; POB Argentina; nationality Argentina; Gender Male; Passport AAC206993 (Argentina); D.N.I. 34142353 (Argentina) (individual) [SDNTK].

BRYANSK AUTOMOBILE FACTORY (a.k.a. AO BRYANSKI AVTOMOBILNY ZAVOD; a.k.a. JOINT STOCK COMPANY BRYANSK AUTOMOBILE PLANT; a.k.a. "AO BAZ"; a.k.a. "JSC BAF"), 1 Staleliteinaia Ul., Bryansk 241035, Russia; 20 Novaia Basmannaia Ul., Str. 8, Moscow, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3255502838 (Russia); Registration Number 1083254005141 (Russia) [RUSSIA-EO14024].

BRYCHEVA, Larisa Igorevna (Cyrillic: БРЫЧЕВА, Лариса Игоревна) (a.k.a. BRYCHYOVA, Larisa Igorevna), Moscow, Russia; DOB 26 May 1957; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Female (individual) [RUSSIA-EO14024].

BRYCHYOVA, Larisa Igorevna (a.k.a. BRYCHEVA, Larisa Igorevna (Cyrillic: БРЫЧЕВА, Лариса Игоревна)), Moscow, Russia; DOB 26 May 1957; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Female (individual) [RUSSIA-EO14024].

BRYKIN, Nikolay Gavrilovich (Cyrillic: БРЫКИН, Николай Гаврилович), Russia; DOB 25 Nov 1959; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BRYKSIN, Aleksandr Yuryevich (a.k.a. BRYKSIN, Alexander Yuryevich (Cyrillic: БРЫКСИН, Александр Юрьевич)), Russia; DOB 20 Jan 1967; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BRYKSIN, Alexander Yuryevich (Cyrillic: БРЫКСИН, Александр Юрьевич) (a.k.a. BRYKSIN, Aleksandr Yuryevich), Russia; DOB 20 Jan 1967; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BS COMPANY OFFSHORE (a.k.a. B S COMPANY; a.k.a. B.S. COMPANY OFFSHORE; a.k.a. BS COMPANY SAL OFFSHORE), Salame Building, Beit Mery, Lebanon [SYRIA].

BS COMPANY SAL OFFSHORE (a.k.a. B S COMPANY; a.k.a. B.S. COMPANY OFFSHORE; a.k.a. BS COMPANY OFFSHORE), Salame Building, Beit Mery, Lebanon [SYRIA].

BS PROTSESSING, Ter. Oez Ppt Lipetsk Str. 6, Gryazi 398010, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4802003236 (Russia); Registration Number 1164827053698 (Russia) [RUSSIA-EO14024].

BSB GROUP (a.k.a. BSB GRUP INTERNET VE YAPAY ZEKA TEKNOLOJILERI ANONIM SIRKETI), Alacaath Mah. 4841 Cad. A1 Blok No: 3a Ic Kapi No: 122, Cankaya, Ankara, Turkey; Organization Established Date 2021; Registration Number 0187141297700001 (Turkey) [RUSSIA-EO14024] (Linked To: TURKEN, Berk).

BSB GRUP INTERNET VE YAPAY ZEKA TEKNOLOJILERI ANONIM SIRKETI (a.k.a. BSB GROUP), Alacaath Mah. 4841 Cad. A1 Blok No: 3a Ic Kapi No: 122, Cankaya, Ankara, Turkey; Organization Established Date 2021; Registration Number 0187141297700001 (Turkey) [RUSSIA-EO14024] (Linked To: TURKEN, Berk).

BSP SECURITY (a.k.a. LIMITED LIABILITY COMPANY BSP GLOBAL; a.k.a. LLC BSP GLOBAL), ul. Im. Selezneva d. 2, k. 5, pomeshch. 5/1, Krasnodar 350059, Russia; ul. Im Shevchenko, d. 152/4, pomeshchenie 204/2, Krasnodar 350001, Russia; Tax ID No. 2309154426 (Russia); Registration Number 1172375014470 (Russia) [RUSSIA-EO14024].

BSQRD LIMITED, Mansion House Manchester Road, Altrincham Cheshire WA14 4RW, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; D-U-N-S Number 22-369-0096; Company Number 11207847 (United Kingdom) [SDGT] (Linked To: BAZZI, Wael).

BSVT - NEW TECHNOLOGIES (a.k.a. AAT KIDMA TEK (Cyrillic: ААТ КІДМА ТЭК); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA KIDMA TEK (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА КІДМА ТЭК); f.k.a. BSVT-NT; a.k.a. KIDMA TECH OJSC; a.k.a. ОАО KIDMA TEK (Cyrillic: ОАО КИДМА ТЭК); f.k.a. OBSCHESTVO S

OGRANICHENNOY OTVETSTVENNOSTYU BSVT-NOVIYE TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БСВТ-НОВЫЕ ТЕХНОЛОГИИ); a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO KIDMA TEK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КИДМА ТЕК), Room 20, Administrative Building 187, Soltysa St., Minsk 220070, Belarus; D. 5/1, Ustenskiy Selsovyet, Vitebskaya Oblast, Orshanskiy Rayon, Ag. Ustye 211003, Belarus (Cyrillic: Д. 5/1, Устенский сельсовет, Витебская Область, Оршанский Район, аг. Устье 211003, Belarus); Organization Established Date 18 Jul 2012; Registration Number 191607211 (Belarus) [BELARUS-EO14038].

BSVT-NT (a.k.a. AAT KIDMA TEK (Cyrillic: ААТ КІДМА ТЭК); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA KIDMA TEK (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА КІДМА ТЭК); f.k.a. BSVT - NEW TECHNOLOGIES; a.k.a. KIDMA TECH OJSC; a.k.a. ОАО KIDMA TEK (Cyrillic: ОАО КИДМА ТЭК); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BSVT-NOVIYE TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БСВТ-НОВЫЕ ТЕХНОЛОГИИ); a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO KIDMA TEK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КИДМА ТЕК), Room 20, Administrative Building 187, Soltysa St., Minsk 220070, Belarus; D. 5/1, Ustenskiy Selsovyet, Vitebskaya Oblast, Orshanskiy Rayon, Ag. Ustye 211003, Belarus (Cyrillic: Д. 5/1, Устенский сельсовет, Витебская Область, Оршанский Район, аг. Устье 211003, Belarus); Organization Established Date 18 Jul 2012; Registration Number 191607211 (Belarus) [BELARUS-EO14038].

BU ALI GROUP (a.k.a. BOALI GROUP), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

BU ALI SINA PETROCHEMICAL COMPANY (a.k.a. BOU ALI SINA PETROCHEMICAL COMPANY; a.k.a. BUALI SINA PETROCHEMICAL COMPANY), No. 17, 1st Floor, Daman Afshar St., Vanak Sq., Vali-e-Asr Ave, Tehran 19697, Iran; Petrochemical Special Economic Zone (PETZONE), Iran; Additional Sanctions Information - Subject to Secondary

Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BUALI INVESTMENT COMPANY, No. 13, 11th (Shahab) Street, Gandy Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: DAY BANK).

BUALI SINA PETROCHEMICAL COMPANY (a.k.a. BOU ALI SINA PETROCHEMICAL COMPANY; a.k.a. BU ALI SINA PETROCHEMICAL COMPANY), No. 17, 1st Floor, Daman Afshar St., Vanak Sq., Vali-e-Asr Ave, Tehran 19697, Iran; Petrochemical Special Economic Zone (PETZONE), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

BU'AYTI, Faysal, Syria; DOB 01 Jan 1966; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

BUBNOVA, Irina Sergeyevna, Russia; DOB 01 Apr 1983; nationality Russia; Gender Female; Passport 703828693 (Russia) (individual) [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

BUCARAN PARAGUAN, Chaim Jose, Calle Ayacucho Cruce con Calle Apure, Casa Nro. 04, Sector Pueblo Nuevo, Anaco, Anzoategui 6003, Venezuela; DOB 16 Aug 1972; POB Anaco, Anzoategui, Venezuela; nationality Venezuela; Gender Male; Cedula No. V-10998672 (Venezuela); Passport 024751597 (Venezuela) issued 03 Jul 2009 expires 02 Jul 2014 (individual) [VENEZUELA].

BUCHEL, Pascal Dominik (a.k.a. BUECHEL, Pascal Dominik), Liechtenstein; DOB 23 Sep 1974; POB Liechtenstein; nationality Liechtenstein; Gender Male (individual) [RUSSIA-EO14024] (Linked To: TRADE INITIATIVE ESTABLISHMENT).

BUDARINA, Natalia (a.k.a. BUDARINA, Natalya Alekseevna (Cyrillic: БУДАРИНА, Наталья Алексеевна)), Moscow, Russia; DOB 24 Jul 1980; POB Magdeburg, Germany; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

BUDARINA, Natalya Alekseevna (Cyrillic: БУДАРИНА, Наталья Алексеевна) (a.k.a. BUDARINA, Natalia), Moscow, Russia; DOB 24 Jul 1980; POB Magdeburg, Germany; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

BUDKER INSTITUTE OF NUCLEAR PHYSICS OF SB RAS (a.k.a. BUDKER INSTITUTE OF NUCLEAR PHYSICS OF SIBERIAN BRANCH RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT YADERNOI FIZIKI IM. G.I. BUDKERA SIBIRSKOGO OTDELENIYA ROSSISKOI AKADEMII NAUK; f.k.a. INSTITUTE OF NUCLEAR PHYSICS OF THE SIBERIAN BRANCH OF THE USSR ACADEMY OF SCIENCE; a.k.a. IYAF SO RAN FGBU; a.k.a. "BINP SB RAS"), Prospkt Akademika Lavrentyeva D 11, Novosibirsk 630090, Russia; Organization Established Date 19 Jul 1994; Tax ID No. 5408105577 (Russia); Government Gazette Number 03533872 (Russia); Registration Number 1025403658136 (Russia) [RUSSIA-EO14024].

BUDKER INSTITUTE OF NUCLEAR PHYSICS OF SIBERIAN BRANCH RUSSIAN ACADEMY OF SCIENCES (a.k.a. BUDKER INSTITUTE OF NUCLEAR PHYSICS OF SB RAS; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT YADERNOI FIZIKI IM. G.I. BUDKERA SIBIRSKOGO OTDELENIYA ROSSISKOI AKADEMII NAUK; f.k.a. INSTITUTE OF NUCLEAR PHYSICS OF THE SIBERIAN BRANCH OF THE USSR ACADEMY OF SCIENCE; a.k.a. IYAF SO RAN FGBU; a.k.a. "BINP SB RAS"), Prospkt Akademika Lavrentyeva D 11, Novosibirsk 630090, Russia; Organization Established Date 19 Jul 1994; Tax ID No. 5408105577 (Russia); Government Gazette Number 03533872 (Russia); Registration Number 1025403658136 (Russia) [RUSSIA-EO14024].

BUDUYEV, Nikolay Robertovich (Cyrillic: БУДУЕВ, Николай Робертович), Russia; DOB 24 Mar 1974; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BUDVI, Abdul Salam (a.k.a. BHATTVI, Hafiz Abdul Salam; a.k.a. BHATTVI, Molvi Abdursalam; a.k.a. BHATTVI, Mullah Abdul Salaam; a.k.a. BHATTWI, Abdul Salam; a.k.a. BHUTTAVI, Hafiz Abdul Salam; a.k.a. BHUTVI, Abdul Salam; a.k.a. BHUTVI, Hafiz Abdussalaam; a.k.a. BUDVI, Abdul Salam); DOB 1940; POB Gujranwala, Punjab Province, Pakistan; nationality Pakistan (individual) [SDGT].

BUDVI, Hafiz Abdusalam (a.k.a. BHATTVI, Hafiz Abdul Salam; a.k.a. BHATTVI, Molvi Abdursalam; a.k.a. BHATTVI, Mullah Abdul Salaam; a.k.a. BHATTWI, Abdul Salam; a.k.a. BHUTTAVI, Hafiz Abdul Salam; a.k.a. BHUTVI, Abdul Salam; a.k.a. BHUTVI, Hafiz Abdussalaam; a.k.a. BUDVI, Abdul Salam); DOB 1940; POB Gujranwala, Punjab Province, Pakistan; nationality Pakistan (individual) [SDGT].

BUECHEL, Pascal Dominik (a.k.a. BUCHEL, Pascal Dominik), Liechtenstein; DOB 23 Sep 1974; POB Liechtenstein; nationality Liechtenstein; Gender Male (individual) [RUSSIA-EO14024] (Linked To: TRADE INITIATIVE ESTABLISHMENT).

BUENO GARCIA, Santos, c/o NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ESTABLO PUERTO RICO S.A. DE C.V., Culiacan, Sinaloa, Mexico; Calle Granate 816, Culiacan, Sinaloa 80015, Mexico; Calle Rio Fuerte 581, Culiacan, Sinaloa 80220, Mexico; DOB 27 Mar 1964; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 040035868 (Mexico); C.U.R.P. BUGS640327MSLNRNO1 (Mexico) (individual) [SDNTK].

BUENOS AIRES SERVICIOS, S.A. DE C.V. (n.k.a. GASOLINERA MULTILOMAS, S.A. DE C.V.), Blvd. Guillermo Batiz Paredes No. 1100, Col. Buenos Aires, Culiacan, Sinaloa C.P. 80199, Mexico; R.F.C. BAS-960417-PY6 (Mexico) [SDNTK].

BUFALUS (a.k.a. BUFALUSS; a.k.a. "BUFALUBUFF"), Calle Cancun 1555, Culiacan, Sinaloa, Mexico; Calle San Felipe 3208, Fracc. Los Angeles, Culiacan, Sinaloa 80014, Mexico; Culiacan, Sinaloa, Mexico; Organization Type: Restaurants and mobile food service activities [ILLICIT-DRUGS-EO14059] (Linked To: ROBLEDO ARREDONDO, Adilene Mayre; Linked To: ROBLEDO ARREDONDO, Ivan Yareth).

BUFALUSS (a.k.a. BUFALUS; a.k.a. "BUFALUBUFF"), Calle Cancun 1555, Culiacan, Sinaloa, Mexico; Calle San Felipe 3208, Fracc. Los Angeles, Culiacan, Sinaloa 80014, Mexico; Culiacan, Sinaloa, Mexico; Organization Type: Restaurants and mobile food service activities [ILLICIT-DRUGS-EO14059] (Linked To: ROBLEDO ARREDONDO, Adilene Mayre; Linked To: ROBLEDO ARREDONDO, Ivan Yareth).

BUGAENKO, Dmitrii Vitalyevich (a.k.a. BUGAENKO, Dmitry; a.k.a. BUGAYENKO, Dmitry Vitalyevich), 6/1 Michurinsky Prospekt, 187-188, Moscow 119295, Russia; DOB 15 Dec 1966; POB Moscow, Russia; nationality Russia; alt. nationality Cyprus; Gender Male; Passport K00148307 (Cyprus) issued 26 Sep 2013 expires 26 Sep 2023; National ID No. 1274836 (Cyprus) (individual) [RUSSIA-EO14024].

BUGAENKO, Dmitry (a.k.a. BUGAENKO, Dmitrii Vitalyevich; a.k.a. BUGAYENKO, Dmitry Vitalyevich), 6/1 Michurinsky Prospekt, 187-188, Moscow 119295, Russia; DOB 15 Dec 1966; POB Moscow, Russia; nationality Russia; alt. nationality Cyprus; Gender Male; Passport K00148307 (Cyprus) issued 26 Sep 2013 expires 26 Sep 2023; National ID No. 1274836 (Cyprus) (individual) [RUSSIA-EO14024].

BUGAYENKO, Dmitry Vitalyevich (a.k.a. BUGAENKO, Dmitrii Vitalyevich; a.k.a. BUGAENKO, Dmitry), 6/1 Michurinsky Prospekt, 187-188, Moscow 119295, Russia; DOB 15 Dec 1966; POB Moscow, Russia; nationality Russia; alt. nationality Cyprus; Gender Male; Passport K00148307 (Cyprus) issued 26 Sep 2013 expires 26 Sep 2023; National ID No. 1274836 (Cyprus) (individual) [RUSSIA-EO14024].

BUISIR, Ibrahim, Ireland; DOB circa 1962; POB Libya; IARA Representative in Ireland (individual) [SDGT].

BUITRAGO PARADA, Hector German (a.k.a. "MARTIN LLANOS"); DOB 21 Jan 1968; POB Monterrey, Casanare, Colombia; Cedula No. 79436816 (Colombia) (individual) [SDNTK].

BUJAR, Farhad (a.k.a. BOUJAR, Farhad); nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport R10789966; Managing Director, TESA (individual) [NPWMD] [IFSR].

BUKANOV, Timur Evgenevich (a.k.a. BUKANOV, Timur Evgen'evich; a.k.a. BUKANOV, Timur Evgenyevich (Cyrillic: БУКАНОВ, Тимур Евгеньевич)), Apt. 103, Vilisa Lazisa Street 41, Moscow, Russia; DOB 03 Aug 1978; nationality Russia; citizen Russia; Email Address timur.bukanov@gmail.com; Gender Male; Tax ID No. 773312065789 (Russia) (individual) [RUSSIA-EO14024].

BUKANOV, Timur Evgen'evich (a.k.a. BUKANOV, Timur Evgenevich; a.k.a. BUKANOV, Timur Evgenyevich (Cyrillic: БУКАНОВ, Тимур Евгеньевич)), Apt. 103, Vilisa Lazisa Street 41, Moscow, Russia; DOB 03 Aug 1978; nationality Russia; citizen Russia;

Email Address timur.bukanov@gmail.com; Gender Male; Tax ID No. 773312065789 (Russia) (individual) [RUSSIA-EO14024].

BUKANOV, Timur Evgenyevich (Cyrillic: БУКАНОВ, Тимур Евгеньевич) (a.k.a. BUKANOV, Timur Evgen'evich; a.k.a. BUKANOV, Timur Evgenevich), Apt. 103, Vilisa Lazisa Street 41, Moscow, Russia; DOB 03 Aug 1978; nationality Russia; citizen Russia; Email Address timur.bukanov@gmail.com; Gender Male; Tax ID No. 773312065789 (Russia) (individual) [RUSSIA-EO14024].

BUKEJLOVIC, Milos (Cyrillic: БУКЕЈЛОВИЋ, Милош), Banja Luka, Bosnia and Herzegovina; DOB 21 Mar 1989; POB Doboj, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; Gender Male (individual) [BALKANS-EO14033].

BUKEY, Murat (Latin: BÜKEY, Murat) (a.k.a. "MURAT, Recep"), Turkey; DOB 02 Jan 1971; POB Izmir, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U21720683 (Turkey) expires 12 Apr 2029; alt. Passport U01789726 (Turkey) expires 30 Mar 2021; National ID No. 38119667258 (Turkey) (individual) [NPWMD] [IFSR] (Linked To: PAIDAR, Amanallah).

BUKHATTALAH, Ahmad (a.k.a. KHATTALAH, Ahmed Abu), Benghazi, Libya; DOB 1970 to 1972; POB Libya (individual) [SDGT].

BUL PARTNERS TRAVEL OOD (Cyrillic: БУЛ ПАРТНЕРС ТРАВЕЛ - ООД), 4, Trapezitsa, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 1997; V.A.T. Number BG 121211051 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

BULAEV, Nikolay Ivanovich (Cyrillic: БУЛАЕВ, Николай Иванович), Moscow, Russia; DOB 01 Sep 1949; POB Kazachya Sloboda, Shatsky district, Ryazan Oblast, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

BULATOV, Ruslan Rustemovich (Cyrillic: БУЛАТОВ, Руслан Рустемович), Russia; DOB 04 Apr 1986; nationality Russia; Gender Male; Tax ID No. 165506143613 (Russia) (individual) [RUSSIA-EO14024].

BULAVIN, Vladimir Ivanovich, Russia; DOB 11 Feb 1953; POB Lipetsk Oblast, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

BULAVINOV, Vadim Yevgenyevich (Cyrillic: БУЛАВИНОВ, Вадим Евгеньевич), Russia; DOB 20 Mar 1963; nationality Russia; Gender

Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BULGAKOV, Dmitry, Russia; DOB 20 Oct 1954; POB Verkhneye Gurovo, Kursk Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

BULGAKOV, Sergei Viktorovich (Cyrillic: БУЛГАКОВ, Сергей Викторович) (a.k.a. BULGAKOV, Sergej Viktorovich; a.k.a. BULHAKOV, Serhiy Viktorovich (Cyrillic: БУЛГАКОВ, Сергій Вікторович)), 13/64, Apt 72, 60 Years of October Street, Simferopol, Crimea, Ukraine (Cyrillic: ул. 60 лет октября 13, 64, кв. 72, Симферополь, Крым, Ukraine); DOB 01 Mar 1976; POB Simferopol, Crimea, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

BULGAKOV, Sergej Viktorovich (a.k.a. BULGAKOV, Sergei Viktorovich (Cyrillic: БУЛГАКОВ, Сергей Викторович); a.k.a. BULHAKOV, Serhiy Viktorovich (Cyrillic: БУЛГАКОВ, Сергій Вікторович)), 13/64, Apt 72, 60 Years of October Street, Simferopol, Crimea, Ukraine (Cyrillic: ул. 60 лет октября 13, 64, кв. 72, Симферополь, Крым, Ukraine); DOB 01 Mar 1976; POB Simferopol, Crimea, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

BULGAKOV, Vadim Viktorovich, Crimea, Ukraine; DOB 30 Jan 1969; POB Simferopol, Crimea, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

BULGARIAN NATIONAL MOVEMENT OF RUSSOPHILES (a.k.a. RUSSOPHILES NATIONAL MOVEMENT; a.k.a. THE RUSSOPHILE NATIONAL MOVEMENT ASSOCIATION (Cyrillic: СДРУЖЕНИЕ НАЦИАОНАЛНО ДВИЖЕНИЕ РУСОФИЛИ)), Georgi S. Rakovski, 108, 1000, Sofia, Bulgaria; Organization Established Date 2003; Business Registration Number 131049199 (Bulgaria) [GLOMAG] (Linked To: MALINOV, Nikolay Simeonov).

BULGARIAN SUMMER, Bulgaria; Organization Established Date Jan 2021; Organization Type:

Activities of political organizations [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

BULGARSKIY, Salman (a.k.a. BULGARSKY, Salman; a.k.a. VAHITOV, Aiat Nasimovich; a.k.a. VAKHITOV, Airat; a.k.a. VAKHITOV, Aryat; a.k.a. VAKHITOV, Ayrat Nasimovich; a.k.a. VAKHITOV, Taub Ayrat; a.k.a. WAKHITOV, Airat); DOB 27 Mar 1977; POB Naberezhnye Chelny, Republic of Tatarstan, Russia (individual) [SDGT].

BULGARSKY, Salman (a.k.a. BULGARSKIY, Salman; a.k.a. VAHITOV, Aiat Nasimovich; a.k.a. VAKHITOV, Airat; a.k.a. VAKHITOV, Aryat; a.k.a. VAKHITOV, Ayrat Nasimovich; a.k.a. VAKHITOV, Taub Ayrat; a.k.a. WAKHITOV, Airat); DOB 27 Mar 1977; POB Naberezhnye Chelny, Republic of Tatarstan, Russia (individual) [SDGT].

BULHAKOV, Serhiy Viktorovich (Cyrillic: БУЛГАКОВ, Сергій Вікторович) (a.k.a. BULGAKOV, Sergei Viktorovich (Cyrillic: БУЛГАКОВ, Сергей Викторович); a.k.a. BULGAKOV, Sergej Viktorovich), 13/64, Apt 72, 60 Years of October Street, Simferopol, Crimea, Ukraine (Cyrillic: ул. 60 лет октября 13, 64, кв. 72, Симферополь, Крым, Ukraine); DOB 01 Mar 1976; POB Simferopol, Crimea, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

BULLET TRADE OOD (a.k.a. "BULIT TRADE LTD"), 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2001; Government Gazette Number 121457476 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

BULLIONSWIFT OU (a.k.a. CRYPTANET OU), Narva Mnt 7-634, Tallinn 10117, Estonia; Organization Established Date 08 Feb 2019; Tax ID No. 14658163 (Estonia) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

BULYGIN, Iaroslav (a.k.a. BULYGIN, Jaroslav Viktorovich; a.k.a. BULYGIN, Yaroslav Viktorovich (Cyrillic: БУЛЫГИН, ЯРОСЛАВ ВИКТОРОВИЧ)), Russia; DOB 02 Aug 1973; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Passport 750041312 (Russia) expires 31 May 2024; Tax ID No. 502907154264 (Russia) (individual) [NPWMD] [RUSSIA-EO14024] (Linked To: INTELLER LLC).

BULYGIN, Jaroslav Viktorovich (a.k.a. BULYGIN, Iaroslav; a.k.a. BULYGIN, Yaroslav Viktorovich (Cyrillic: БУЛЫГИН, ЯРОСЛАВ ВИКТОРОВИЧ)), Russia; DOB 02 Aug 1973; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Passport 750041312 (Russia) expires 31 May 2024; Tax ID No. 502907154264 (Russia) (individual) [NPWMD] [RUSSIA-EO14024] (Linked To: INTELLER LLC).

BULYGIN, Yaroslav Viktorovich (Cyrillic: БУЛЫГИН, ЯРОСЛАВ ВИКТОРОВИЧ) (a.k.a. BULYGIN, Iaroslav; a.k.a. BULYGIN, Jaroslav Viktorovich), Russia; DOB 02 Aug 1973; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Passport 750041312 (Russia) expires 31 May 2024; Tax ID No. 502907154264 (Russia) (individual) [NPWMD] [RUSSIA-EO14024] (Linked To: INTELLER LLC).

BULYUK, Vitaliy Viktorovich (Cyrillic: БУЛЮК, Віталій Вікторович), Apartment 8, 15 Gumanenko St., Skadovsk, Kherson Region, Ukraine; DOB 21 Dec 1969; POB Golopristanskiy Region, Gladkovka, Kherson Region, Ukraine; nationality Ukraine; Gender Male; Tax ID No. 2555708838 (Ukraine) (individual) [RUSSIA-EO14024].

BULYUTIN, Andrey, London, United Kingdom; DOB 19 Oct 1979; POB Izhevsk, Russia; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 515356705 (Russia); Business Development Manager at Kalashnikov Concern (individual) [UKRAINE-EO13661].

BUMERZ DENIZCILIK VE TICARET ANONIM SIRKETI (a.k.a. BUMERZ SHIPPING; f.k.a. TURKUAZ DENIZCILIK VE TICARET ANONIM SIRKETI), Istinye Mah. Bostan Sok., No: 12, Sariyer, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Organization Established Date 10 Apr 2006; Istanbul Chamber of Comm. No. 584894 (Turkey); Registration Number 584894-0 (Turkey); Central Registration System Number 0871-0476-9280-0013 (Turkey) [SDGT] (Linked To: AYAN, Bahaddin).

BUMERZ SHIPPING (a.k.a. BUMERZ DENIZCILIK VE TICARET ANONIM SIRKETI; f.k.a. TURKUAZ DENIZCILIK VE TICARET ANONIM SIRKETI), Istinye Mah. Bostan Sok., No: 12, Sariyer, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Apr 2006; Istanbul Chamber of Comm. No. 584894 (Turkey); Registration Number 584894-0 (Turkey); Central Registration System Number 0871-0476-9280-0013 (Turkey) [SDGT] (Linked To: AYAN, Bahaddin).

BUNAKOV, Andrei (Cyrillic: БУНАКОВ, Андрей) (a.k.a. BUNAKOV, Andrei Nikolayevich (Cyrillic: БУНАКОВ, Андрей Николаевич); a.k.a. BUNAKOV, Andrey), Belarus; DOB 05 Jul 1971; POB Svetlogorsk, Gomel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

BUNAKOV, Andrei Nikolayevich (Cyrillic: БУНАКОВ, Андрей Николаевич) (a.k.a. BUNAKOV, Andrei (Cyrillic: БУНАКОВ, Андрей); a.k.a. BUNAKOV, Andrey), Belarus; DOB 05 Jul 1971; POB Svetlogorsk, Gomel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

BUNAKOV, Andrey (a.k.a. BUNAKOV, Andrei (Cyrillic: БУНАКОВ, Андрей); a.k.a. BUNAKOV, Andrei Nikolayevich (Cyrillic: БУНАКОВ, Андрей Николаевич)), Belarus; DOB 05 Jul 1971; POB Svetlogorsk, Gomel Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

BUNDUQJI, Rana, Syria; DOB 09 Jan 1984; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

BUNHEANG, Hing (a.k.a. BUNHEUNG, Hing; a.k.a. HEANG, Him Bun; a.k.a. HEANG, Hing Bun; a.k.a. HIENG, Hing Bun), Takhmao, Cambodia; 22, St. 118, Phnom Penh, Cambodia; DOB 01 Jan 1957; POB Cambodia; Gender Male (individual) [GLOMAG].

BUNHEUNG, Hing (a.k.a. BUNHEANG, Hing; a.k.a. HEANG, Him Bun; a.k.a. HEANG, Hing Bun; a.k.a. HIENG, Hing Bun), Takhmao, Cambodia; 22, St. 118, Phnom Penh,

Cambodia; DOB 01 Jan 1957; POB Cambodia; Gender Male (individual) [GLOMAG].

BUNTHAWEE, Sae Chang (a.k.a. BOONTHAWEE, Sae Jang; a.k.a. BUNTHAWEE, Sae Jang; a.k.a. LI, Cheng Yu; a.k.a. "AH LI KO"; a.k.a. "LI CHENG YU"), Shan, Burma; 199/132, Mu 8, Tambon Non Jom, Amphur San Sai, Chiang Mai, Thailand; 725, Mu 10, Tambon Nong Bua, Amphur Chaiprakan, Chiang Mai, Thailand; DOB 06 Jun 1961; Passport X638456 (Thailand); National ID No. 5502100007251 (Thailand) (individual) [SDNTK].

BUNTHAWEE, Sae Jang (a.k.a. BOONTHAWEE, Sae Jang; a.k.a. BUNTHAWEE, Sae Chang; a.k.a. LI, Cheng Yu; a.k.a. "AH LI KO"; a.k.a. "LI CHENG YU"), Shan, Burma; 199/132, Mu 8, Tambon Non Jom, Amphur San Sai, Chiang Mai, Thailand; 725, Mu 10, Tambon Nong Bua, Amphur Chaiprakan, Chiang Mai, Thailand; DOB 06 Jun 1961; Passport X638456 (Thailand); National ID No. 5502100007251 (Thailand) (individual) [SDNTK].

BUNYAN DAMASCUS (a.k.a. BUNYAN DAMASCUS PRIVATE JOINT STOCK COMPANY (Arabic: شركة بنيان دمشق للمساهمة الخاصة)), Marota City, Eastern Villas, Mazeh, Damascus 096311, Syria; Organization Established Date Apr 2018; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SYRIA] (Linked To: DAMASCUS CHAM HOLDING COMPANY).

BUNYAN DAMASCUS PRIVATE JOINT STOCK COMPANY (Arabic: شركة بنيان دمشق للمساهمة الخاصة) (a.k.a. BUNYAN DAMASCUS), Marota City, Eastern Villas, Mazeh, Damascus 096311, Syria; Organization Established Date Apr 2018; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SYRIA] (Linked To: DAMASCUS CHAM HOLDING COMPANY).

BUOYANT HOLDINGS LIMITED, Floor No: 2, Stasinou 23, Nicosia 2404, Cyprus; 6 Aftokratora Ioustinianou Street, 58 Rita Court, Flat 203, Makedonitissa, Engomi, Nicosia 2413, Cyprus; Organization Established Date 14 Sep 2017; Company Number C373722 (Cyprus) [GLOMAG] (Linked To: RAHMANI, Ajmal).

BUR, Abdullah (a.k.a. ATTO, Abdullah; a.k.a. ISSA, Issa Osman; a.k.a. "AFADEY"; a.k.a. "MUSSE"; a.k.a. "SUDANI, Abdala"); DOB 1973; POB Malindi, Kenya; nationality Kenya (individual) [SDGT].

BURANOV, Mansur (a.k.a. BURANOV, Suhail; a.k.a. BURANOV, Suhail Fatilloyevich; a.k.a. BURANOV, Suhayl Fatilloevich; a.k.a. BURANOV, Sukhail Fatilloevich; a.k.a. MANSUR, Sohail; a.k.a. MANSUR, Suhail; a.k.a. "ABU HUZAIFA"), Massiv Kara-su-6, Building 12, Apartment 59, Tashkent, Uzbekistan; DOB 11 Oct 1983; alt. DOB 1983; POB Tashkent, Uzbekistan; nationality Uzbekistan (individual) [SDGT].

BURANOV, Suhail (a.k.a. BURANOV, Mansur; a.k.a. BURANOV, Suhail Fatilloyevich; a.k.a. BURANOV, Suhayl Fatilloevich; a.k.a. BURANOV, Sukhail Fatilloevich; a.k.a. MANSUR, Sohail; a.k.a. MANSUR, Suhail; a.k.a. "ABU HUZAIFA"), Massiv Kara-su-6, Building 12, Apartment 59, Tashkent, Uzbekistan; DOB 11 Oct 1983; alt. DOB 1983; POB Tashkent, Uzbekistan; nationality Uzbekistan (individual) [SDGT].

BURANOV, Suhail Fatilloyevich (a.k.a. BURANOV, Mansur; a.k.a. BURANOV, Suhail; a.k.a. BURANOV, Suhayl Fatilloevich; a.k.a. BURANOV, Sukhail Fatilloevich; a.k.a. MANSUR, Sohail; a.k.a. MANSUR, Suhail; a.k.a. "ABU HUZAIFA"), Massiv Kara-su-6, Building 12, Apartment 59, Tashkent, Uzbekistan; DOB 11 Oct 1983; alt. DOB 1983; POB Tashkent, Uzbekistan; nationality Uzbekistan (individual) [SDGT].

BURANOV, Suhayl Fatilloevich (a.k.a. BURANOV, Mansur; a.k.a. BURANOV, Suhail; a.k.a. BURANOV, Suhail Fatilloyevich; a.k.a. BURANOV, Sukhail Fatilloevich; a.k.a. MANSUR, Sohail; a.k.a. MANSUR, Suhail; a.k.a. "ABU HUZAIFA"), Massiv Kara-su-6, Building 12, Apartment 59, Tashkent, Uzbekistan; DOB 11 Oct 1983; alt. DOB 1983; POB Tashkent, Uzbekistan; nationality Uzbekistan (individual) [SDGT].

BURANOV, Sukhail Fatilloevich (a.k.a. BURANOV, Mansur; a.k.a. BURANOV, Suhail; a.k.a. BURANOV, Suhail Fatilloyevich; a.k.a. BURANOV, Suhayl Fatilloevich; a.k.a. MANSUR, Sohail; a.k.a. MANSUR, Suhail; a.k.a. "ABU HUZAIFA"), Massiv Kara-su-6, Building 12, Apartment 59, Tashkent, Uzbekistan; DOB 11 Oct 1983; alt. DOB 1983; POB Tashkent, Uzbekistan; nationality Uzbekistan (individual) [SDGT].

BURANOVA, Larisa Nikolaevna (Cyrillic: БУРАНОВА, Лариса Николаевна), Russia; DOB 03 Apr 1969; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BURCHIK, Mikhail Leonidovich (a.k.a. ABRAMOV, Mikhail), Russia; DOB 07 Jun 1986; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

BUREAU 39 (a.k.a. CENTRAL COMMITTEE BUREAU 39; a.k.a. DIVISION 39; a.k.a. OFFICE #39; a.k.a. OFFICE 39; a.k.a. OFFICE NO. 39; a.k.a. "THIRD FLOOR"), Second KWP Government Building (Korean - Ch'o'ngsa), Chungso'ng, Urban Town (Korean - Dong), Chung Ward, Pyongyang, Korea, North; Chung-Guyok (Central District), Sosong Street, Kyongrim-Dong, Pyongyang, Korea, North; Changgwang Street, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

BUREAU D'ACHAT DE DIAMANT EN CENTRAFRIQUE (a.k.a. BADICA), BP 333, Bangui, Central African Republic [CAR].

BURHAN, Dr. Sahir (a.k.a. AL-DEEN, Saher Burhan; a.k.a. BARHAN, Dr. Sahir; a.k.a. BERHAN, Dr. Sahir; a.k.a. BURHAN, Sahir), United Arab Emirates; Baghdad, Iraq; DOB 1967; nationality Iraq (individual) [IRAQ2].

BURHAN, Macalin, Lower Juba, Somalia; Salagle, Middle Juba, Somalia; DOB 1981; alt. DOB 1982; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

BURHAN, Sahir (a.k.a. AL-DEEN, Saher Burhan; a.k.a. BARHAN, Dr. Sahir; a.k.a. BERHAN, Dr. Sahir; a.k.a. BURHAN, Dr. Sahir), United Arab Emirates; Baghdad, Iraq; DOB 1967; nationality Iraq (individual) [IRAQ2].

BURIKO, Alexandra Yurevna (Cyrillic: БУРИКО, Александра Юрьевна), Russia; DOB 06 Jun 1977; POB Moscow, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

BURITICA HINCAPIE, Geova (a.k.a. "CAMILO CHATA"; a.k.a. "MI VIEJO"); DOB 18 Sep 1970; POB San Rafael, Antioquia, Colombia; Cedula No. 71215823 (Colombia) (individual) [SDNTK].

BURKHONOVA, Gulsara, Moscow, Russia; DOB 06 Apr 1977; POB Russia; alt. POB Tajikistan; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 9707561379 (Russia) (individual) [CYBER2] (Linked To: EVIL CORP).

BURKOV, Aleksandr Leonidovich (Cyrillic: БУРКОВ, Александр Леонидович) (a.k.a. BURKOV, Oleksandr Leonidovych), Omsk Region, Russia; DOB 23 Apr 1967; POB Kushva, Sverdlovsk Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 667206777013 (Russia) (individual) [RUSSIA-EO14024].

BURKOV, Oleksandr Leonidovych (a.k.a. BURKOV, Aleksandr Leonidovich (Cyrillic: БУРКОВ, Александр Леонидович)), Omsk Region, Russia; DOB 23 Apr 1967; POB Kushva, Sverdlovsk Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 667206777013 (Russia) (individual) [RUSSIA-EO14024].

BURLAKOV, Sergey Vladimirovich (Cyrillic: БУРЛАКОВ, Сергей Владимирович), Russia; DOB 26 May 1971; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BURLINOVA, Natalia Valeryevna (a.k.a. BURLINOVA, Natalya Valerievna (Cyrillic: БУРЛИНОВА, Наталья Валерьвена), Evseeva 21a, Ramenskoye, Moscow Region 140100, Russia; DOB 22 Jul 1983; POB Ramenskoye, Russia; nationality Russia; Gender Female; Passport 653978234 (Russia); alt. Passport 605896418 (Russia); Tax ID No. 504011885451 (Russia) (individual) [RUSSIA-EO14024].

BURLINOVA, Natalya Valeryevna (Cyrillic: БУРЛИНОВА, Наталья Валерьевна) (a.k.a. BURLINOVA, Natalia Valeryevna), Evseeva 21a, Ramenskoye, Moscow Region 140100, Russia; DOB 22 Jul 1983; POB Ramenskoye, Russia; nationality Russia; Gender Female; Passport 653978234 (Russia); alt. Passport 605896418 (Russia); Tax ID No. 504011885451 (Russia) (individual) [RUSSIA-EO14024].

BURLYAYEV, Nikolay Petrovich (Cyrillic: БУРЛЯЕВ, Николай Петрович), Russia; DOB 03 Aug 1946; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BURMATOV, Vladimir Vladimirovich (Cyrillic: БУРМАТОВ, Владимир Владимирович), Russia; DOB 18 Aug 1981; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BUROV, Andrei Vladimirovich (a.k.a. BUROV, Andrey Vladimirovich (Cyrillic: БУРОВ, Андрей Владимирович)), Russia; DOB 30 Nov 1971; POB Rostov-on-Don, Rostov Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 616704717503 (Russia) (individual) [RUSSIA-EO14024].

BUROV, Andrey Vladimirovich (Cyrillic: БУРОВ, Андрей Владимирович) (a.k.a. BUROV, Andrei Vladimirovich), Russia; DOB 30 Nov 1971; POB Rostov-on-Don, Rostov Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 616704717503 (Russia) (individual) [RUSSIA-EO14024].

BUROVAYA KOMPANIYA EURASIA LLC (Cyrillic: БУРОВАЯ КОМПАНИЯ ЕВРАЗИЯ ООО) (a.k.a. LIMITED LIABILITY COMPANY EVRAZIYA; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BUROVAYA KOMPANIYA EVRAZIYA; a.k.a. "BKE OOO" (Cyrillic: "БКЕ ООО")), 40, 2 Ulitsa Narodnogo Opolcheniya, Moscow 123298, Russia; Tax ID No. 8608049090 (Russia); Registration Number 1028601443034 (Russia) [RUSSIA-EO14024].

BUROVAYA KOMPANIYA OAO GAZPROM, DOCHERNEE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU (a.k.a. GAZPROM BURENIE, OOO; a.k.a. GAZPROM BURENIYE OOO; a.k.a. GAZPROM DRILLING; a.k.a. LIMITED LIABILITY COMPANY GAZPROM BURENIYE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GAZPROM BURENIE), 12A, ul. Nametkina, Moscow 117420, Russia; Website www.burgaz.ru; Email Address mail@burgaz.gazprom.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1028900620319; Tax ID No. 5003026493; Government Gazette Number 00156251 [UKRAINE-EO13662] (Linked To: ROTENBERG, Igor Arkadyevich).

BUSARGIN, Roman Viktorovich (Cyrillic: БУСАРГИН, Роман Викторович), Saratov Region, Russia; DOB 29 Jul 1981; POB Bolshaya Sakma, Saratov Region, Russia; nationality Russia; citizen Russia; Gender Male;

Tax ID No. 645201686790 (individual) [RUSSIA-EO14024].

BUSEL, Nikita Petrovich (Cyrillic: БУСЕЛ, Никита Петрович), Melitopol, Zaporizhzhia Region, Ukraine; DOB 11 Dec 1982; POB Samara, Russian Federation; nationality Russia; Gender Male; Tax ID No. 526097814054 (Russia) (individual) [RUSSIA-EO14024] (Linked To: STATE UNITARY ENTERPRISE STATE GRAIN OPERATOR).

BUSHEHR PETROCHEMICAL COMPANY (a.k.a. "BUPC"), No. 7, 3rd and 4th Floor, Sattarkhan St., Habib Elah St., Metolian Blvd., Tehran 1455693916, Iran; Pars Energy Special Economic Zone, Petrochemical Complexes Phase II, Asalouye, Bushehr 7511811374, Iran; Asli Neighborhood, Asli Road Street, Nakhl Taqi's 15 Kilometer Road, Number 0, Ground Floor, Nakhl Taqi, Bushehr 7511811374, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Company Number 10101920878 (Iran) [IRAN-EO13846].

BUSHEHR PRISON (Arabic: زندان بوشهر), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

BUSHEHR SHIPPING COMPANY LIMITED, 143/1 Tower Road, Sliema, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. C 37422 (Malta) [IRAN].

BUSHMIN, Evgeni Viktorovich (a.k.a. BUSHMIN, Evgeny; a.k.a. BUSHMIN, Yevgeny); DOB 10 Oct 1958; POB Lopatino, Sergachiisky Region, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Speaker of the Federation Council of the Russian Federation; Chairman of the Council of the Federation Budget and Financial Markets Committee (individual) [UKRAINE-EO13661].

BUSHMIN, Evgeny (a.k.a. BUSHMIN, Evgeni Viktorovich; a.k.a. BUSHMIN, Yevgeny); DOB 10 Oct 1958; POB Lopatino, Sergachiisky Region, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Speaker of the Federation Council of the Russian Federation; Chairman of the Council of the Federation Budget and Financial Markets Committee (individual) [UKRAINE-EO13661].

OFFICE OF FOREIGN ASSETS CONTROL

SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

BUSHMIN, Yevgeny (a.k.a. BUSHMIN, Evgeni Viktorovich; a.k.a. BUSHMIN, Evgeny); DOB 10 Oct 1958; POB Lopatino, Sergachiisky Region, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Speaker of the Federation Council of the Russian Federation; Chairman of the Council of the Federation Budget and Financial Markets Committee (individual) [UKRAINE-EO13661].

BUSHRA BACHIR SHIPING AND LOGISTICS SERVICES LLC (a.k.a. BUSHRA BACHIR SHIPPING & LOGISTIC SERVICES L.L.C.; a.k.a. BUSHRA BACHIR SHIPPING AND LOGISTICS SERVICES L.L.C.), Al Nokhitha Building, Office No. 222, PO Box 80367, Al Hamriya, Dubai, United Arab Emirates; Djibouti; License 894208 (United Arab Emirates) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

BUSHRA BACHIR SHIPPING & LOGISTIC SERVICES L.L.C. (a.k.a. BUSHRA BACHIR SHIPING AND LOGISTICS SERVICES LLC; a.k.a. BUSHRA BACHIR SHIPPING AND LOGISTICS SERVICES L.L.C.), Al Nokhitha Building, Office No. 222, PO Box 80367, Al Hamriya, Dubai, United Arab Emirates; Djibouti; License 894208 (United Arab Emirates) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

BUSHRA BACHIR SHIPPING AND LOGISTICS SERVICES L.L.C. (a.k.a. BUSHRA BACHIR SHIPING AND LOGISTICS SERVICES LLC; a.k.a. BUSHRA BACHIR SHIPPING & LOGISTIC SERVICES L.L.C.), Al Nokhitha Building, Office No. 222, PO Box 80367, Al Hamriya, Dubai, United Arab Emirates; Djibouti; License 894208 (United Arab Emirates) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

BUSHRA SHIP MANAGEMENT PRIVATE LIMITED (a.k.a. BUSHRA SHIP MANAGEMENT PVT LTD), 102, Mohid Height, Suresh Nagar, Mumbai City, Maharashtra 400053, India; 102, Mohid Height, Suresh Nagar Near Rto Office, Four Bungalows, Anderi (W), Mumbai, Maharashtra 400053, India; Mohid Height, 102, Lokhandwala Complex Road, Suresh Nagar, Anderi (W), Mumbai 400053, India; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 233897 (India); alt. Registration Number U63090MH2012PTC233897 (India) [SDGT] (Linked To: MEHDI GROUP).

BUSHRA SHIP MANAGEMENT PVT LTD (a.k.a. BUSHRA SHIP MANAGEMENT PRIVATE LIMITED), 102, Mohid Height, Suresh Nagar, Mumbai City, Maharashtra 400053, India; 102, Mohid Height, Suresh Nagar Near Rto Office, Four Bungalows, Anderi (W), Mumbai, Maharashtra 400053, India; Mohid Height, 102, Lokhandwala Complex Road, Suresh Nagar, Anderi (W), Mumbai 400053, India; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 233897 (India); alt. Registration Number U63090MH2012PTC233897 (India) [SDGT] (Linked To: MEHDI GROUP).

BUSHUSHA, Mokhtar (a.k.a. BOUCHOUCHA, Al-Mokhtar Ben Mohamed Ben Al-Mokhtar; a.k.a. BOUCHOUCHA, Mokhtar), Via Milano n.38, Spinadesco, CR, Italy; DOB 13 Oct 1969; POB Tunisia; nationality Tunisia (Passport K754050 issued 26 May 1999 expires 25 May 2004; Italian Fiscal Code BCHMHT69R13Z352T (individual) [SDGT].

BUSINESS DIVERSITY LIMITED (a.k.a. BUSINESS DIVERSITY LTD), Unit 11/F, CNT Tower, 338 Hennessy Road, Wan Chai, Hong Kong; Registration Number 2421075 (Hong Kong) [GLOMAG] (Linked To: TESIC, Slobodan).

BUSINESS DIVERSITY LTD (a.k.a. BUSINESS DIVERSITY LIMITED), Unit 11/F, CNT Tower, 338 Hennessy Road, Wan Chai, Hong Kong; Registration Number 2421075 (Hong Kong) [GLOMAG] (Linked To: TESIC, Slobodan).

BUSINESS LAB, Maysat Square Al Rasafi Street Bldg. 9, PO Box 7155, Damascus, Syria [NPWMD].

BUSINESS-FINANCE LIMITED LIABILITY COMPANY (a.k.a. "BUSINESS-FINANCE"; a.k.a. "BUSINESS-FINANCE LLC"), Ul. Myansnitskaya D. 35, Moscow 101000, Russia; Target Type Financial Institution; Tax ID No. 7707572492 (Russia); Registration Number 1057749598169 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

BUSSINES CORPORATIVO T SERVICE INC, S.A. DE C.V., Josefa Ortiz 568, Guadalajara, Jalisco, Mexico; Organization Established Date 09 Sep 2014; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. 85029 (Mexico) [ILLICIT-DRUGS-EO14059].

BUSTAMANTE JARAMILLO, Luis Carlos; DOB 04 Mar 1967; POB Apartado, Antioquia, Colombia; Cedula No. 71976633 (Colombia) (individual) [SDNTK].

BUSTOS SUAREZ, Danilo, c/o COMERCIALIZADORA E INVERSIONES BUSTOS ARIZA Y CIA. S.C.S., Bogota,

Colombia; c/o MODERNA EXPRESS TRANSPORTE DE CARGA LTDA., Bogota, Colombia; Avenida 26 Sur No. 72-95 Apto. 401 y 402, Bogota, Colombia; Calle 126 No. 11-63, Bogota, Colombia; Carrera 22 No. 122-31 Apto. 304, Bogota, Colombia; DOB 11 Sep 1963; Cedula No. 79283879 (Colombia) (individual) [SDNTK].

BUTEMBO AIRLINES (a.k.a. AIR BUTEMBO), Butembo, Congo, Democratic Republic of the; Bunia, Congo, Democratic Republic of the [DRCONGO].

BUTINA, Maria Valeryevna (Cyrillic: БУТИНА, Мария Валерьевна), Russia; DOB 10 Nov 1988; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BUTKA, Spiro; DOB 29 May 1949 (individual) [BALKANS].

BUTKEVICH, Igor (a.k.a. BUTKEVICH, Igor Yevgenievich (Cyrillic: БУТКЕВИЧ, Игорь Евгеньевич); a.k.a. BUTKEVICH, Ihar Yauhenavich (Cyrillic: БУТКЕВІЧ, Ігар Яўгенавіч)), Minsk, Belarus; DOB 1969; POB Rakovtsy village, Smorgonskyy district, Grodno oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

BUTKEVICH, Igor Yevgenievich (Cyrillic: БУТКЕВИЧ, Игорь Евгеньевич) (a.k.a. BUTKEVICH, Igor; a.k.a. BUTKEVICH, Ihar Yauhenavich (Cyrillic: БУТКЕВІЧ, Ігар Яўгенавіч)), Minsk, Belarus; DOB 1969; POB Rakovtsy village, Smorgonskyy district, Grodno oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

BUTKEVICH, Ihar Yauhenavich (Cyrillic: БУТКЕВІЧ, Ігар Яўгенавіч) (a.k.a. BUTKEVICH, Igor; a.k.a. BUTKEVICH, Igor Yevgenievich (Cyrillic: БУТКЕВИЧ, Игорь Евгеньевич)), Minsk, Belarus; DOB 1969; POB Rakovtsy village, Smorgonskyy district, Grodno oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

BUTRIM, Natalya (a.k.a. BUTRYM, Natallia), Russia; DOB 14 Dec 1994; nationality Belarus; Gender Female; Passport KH2926007 (Belarus) expires 12 Sep 2029 (individual) [RUSSIA-EO14024].

BUTRYM, Natallia (a.k.a. BUTRIM, Natalya), Russia; DOB 14 Dec 1994; nationality Belarus; Gender Female; Passport KH2926007 (Belarus) expires 12 Sep 2029 (individual) [RUSSIA-EO14024].

BUTSKAYA, Tatiana Viktorovna (Cyrillic: БУЦКАЯ, Татьяна Викторовна), Russia; DOB 08 May 1975; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

BUTT, Abdul Majid (a.k.a. LOAN, Waseem Raouf; a.k.a. LOAN, Waseem Rauf; a.k.a. LON RAOUF, Wasim Rauf; a.k.a. LOUN, Waseem Raouf; a.k.a. LOUN, Waseem Rauf; a.k.a. LOUN, Waseem Rouf; a.k.a. RASHI, Abdul Majid; a.k.a. RASHID, Abdul Majid), c/o AL AMLOOD TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Pakistan; DOB 03 Mar 1966; POB Lahore, Pakistan; citizen Pakistan; Passport AA8908881 (Pakistan); Identification Number 35200-5407888-5 (Pakistan) (individual) [SDNTK].

BUY CASH MONEY AND MONEY TRANSFER COMPANY (Arabic: باي كاش للصرافة والحوالات المالية) (a.k.a. "BUY CASH"), Khan Yunis, Gaza; Digital Currency Address - XBT 19D1iGzDr7FyAdiy3ZZdxMd6ttHj1kj6WW; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Other monetary intermediation [SDGT] (Linked To: HAMAS).

BUZ-AL-JUDDI, Fayiz, Syria; DOB 22 Feb 1964; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

BUZIN, Ilya Andreevich (Cyrillic: БУЗИН, Илья Андреевич) (a.k.a. BUZIN, Ilya Andreyevich), Russia; DOB 21 Aug 1980; nationality Russia; Gender Male; Tax ID No. 781634743022 (Russia) (individual) [RUSSIA-EO14024] (Linked To: VERTIKAL LIMITED).

BUZIN, Ilya Andreyevich (a.k.a. BUZIN, Ilya Andreevich (Cyrillic: БУЗИН, Илья Андреевич)), Russia; DOB 21 Aug 1980; nationality Russia; Gender Male; Tax ID No. 781634743022 (Russia) (individual) [RUSSIA-EO14024] (Linked To: VERTIKAL LIMITED).

B-WORK S.A.S., Libertador del Av. 6025 piso 4, Buenos Aires, Argentina [SDNTK].

BY TRADE OU, Tornimae tn 7-25, Tallinn 10141, Estonia; Organization Established Date 08 May 2013; Organization Type: Wholesale of other machinery and equipment; Target Type Private Company; V.A.T. Number EE101961831 (Estonia); Registration Number 12470521 (Estonia) [RUSSIA-EO14024] (Linked To: MALBERG LIMITED).

BYABASAIJA, Johnson Christopher (a.k.a. BYABASHAIJA, Johnson; a.k.a. BYABASHAIJA, Johnson Omuhunde Rwashote), Kampala, Uganda; DOB 27 Sep 1957; POB Kajure, Rukungiri District, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

BYABASHAIJA, Johnson (a.k.a. BYABASAIJA, Johnson Christopher; a.k.a. BYABASHAIJA, Johnson Omuhunde Rwashote), Kampala, Uganda; DOB 27 Sep 1957; POB Kajure, Rukungiri District, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

BYABASHAIJA, Johnson Omuhunde Rwashote (a.k.a. BYABASAIJA, Johnson Christopher; a.k.a. BYABASHAIJA, Johnson), Kampala, Uganda; DOB 27 Sep 1957; POB Kajure, Rukungiri District, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

BYAMUNGU, Bernard (a.k.a. MHESHE, Bernard Byamungu), Congo, Democratic Republic of the; DOB 10 Oct 1974; POB Ziralo, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO] (Linked To: M23).

BYCHAK, Kanstantsin Fiodaravich (Cyrillic: БЫЧАК, Канстанцін Федаравіч) (a.k.a. BYCHEK, Konstantin Fedorovich (Cyrillic: БЫЧЕК, Константин Федорович)), ul. Kazimirovskaya, 3-3, Minsk, Belarus; DOB 20 Sep 1985; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

BYCHEK, Konstantin Fedorovich (Cyrillic: БЫЧЕК, Константин Федорович) (a.k.a. BYCHAK, Kanstantsin Fiodaravich (Cyrillic: БЫЧАК, Канстанцін Федаравіч)), ul. Kazimirovskaya, 3-3, Minsk, Belarus; DOB 20 Sep 1985; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

BYCHKOV, Petr Alexandrovich (a.k.a. BICHKOV, Peter Alexandrovich; a.k.a. BYCHKOV, Pyotr Aleksandrovich (Cyrillic: БЫЧКОВ, Пётр Александрович)), St. Petersburg, Russia; DOB 25 Nov 1987; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 782513941021 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

BYCHKOV, Pyotr Aleksandrovich (Cyrillic: БЫЧКОВ, Пётр Александрович) (a.k.a. BICHKOV, Peter Alexandrovich; a.k.a. BYCHKOV, Petr Alexandrovich), St. Petersburg, Russia; DOB 25 Nov 1987; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 782513941021 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

BYELOUSOV, Andrii Removych (a.k.a. BELOUSOV, Andrei Removich; a.k.a. BELOUSOV, Andrey Removich (Cyrillic: БЕЛОУСОВ, Андрей Рэмович); a.k.a. BIELOUSOV, Andriy Removych), Russia; DOB 17 Mar 1959; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

BYIRINGIRO, Michel (a.k.a. IYAMUREMYE, Gaston; a.k.a. RUMULI; a.k.a. RUMULI, Byiringiro Victor; a.k.a. RUMULI, Michel; a.k.a. RUMURI, Victor), Kibua, North Kivu, Congo, Democratic Republic of the; DOB 1948; POB Musaze District (Northern Province) Rwanda; alt. POB Nyakinama, Ruhengeri, Rwanda; FDLR President; FDLR 2nd Vice President; Brigadier General (individual) [DRCONGO].

BYLAN GAYRIMENKUL TICARET ANONIM SIRKETI (f.k.a. BYLAN ULUSLAR ARASI TICARET VE GAYRIMENKUL ANONIM SIRKETI; a.k.a. BYLAN ULUSLARARASI TICARET VE GAYRIMENKUL SANAYI ANONIM SIRKETI), No. 12, Istinye Mahallesi Bostan Sokak, Sariyer, Istanbul 34467, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Mar 2009; Istanbul Chamber of Comm. No. 692774 (Turkey); Registration Number 692774-0 (Turkey); Central Registration System Number 0195-0249-1640-0012 (Turkey) [SDGT] (Linked To: ASB GROUP OF COMPANIES LIMITED).

BYLAN ULUSLAR ARASI TICARET VE GAYRIMENKUL ANONIM SIRKETI (f.k.a. BYLAN GAYRIMENKUL TICARET ANONIM SIRKETI; a.k.a. BYLAN ULUSLARARASI TICARET VE GAYRIMENKUL SANAYI ANONIM SIRKETI), No. 12, Istinye Mahallesi Bostan Sokak, Sariyer, Istanbul 34467, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Mar 2009; Istanbul Chamber of Comm. No. 692774 (Turkey); Registration Number 692774-0 (Turkey); Central Registration System Number 0195-0249-1640-0012 (Turkey) [SDGT] (Linked To: ASB GROUP OF COMPANIES LIMITED).

BYLAN ULUSLARARASI TICARET VE GAYRIMENKUL SANAYI ANONIM SIRKETI (f.k.a. BYLAN GAYRIMENKUL TICARET ANONIM SIRKETI; f.k.a. BYLAN ULUSLAR ARASI TICARET VE GAYRIMENKUL ANONIM SIRKETI), No. 12, Istinye Mahallesi Bostan Sokak, Sariyer, Istanbul 34467, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Mar 2009; Istanbul Chamber of Comm. No. 692774 (Turkey); Registration Number 692774-0 (Turkey); Central Registration System Number 0195-0249-1640-0012 (Turkey) [SDGT] (Linked To: ASB GROUP OF COMPANIES LIMITED).

BYSTROV, Mikhail Ivanovich, Russia; DOB 21 Dec 1958; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

BYUTUKAEV, Aslan (a.k.a. BYUTUKAEV, Aslan Avgazarovich; a.k.a. BYUTUKAYEV, Aslan; a.k.a. "CHECHENSKY, Khamzat"; a.k.a. "Hamzat"; a.k.a. "KHAMZAT, Amir"; a.k.a. "KHAMZAT, Emir"), Akharkho Street,11, Katyr-Yurt, Ackhoy-Martanovskiy District, the Republic of Chechnya, Russia; DOB 22 Oct 1974; POB Kitaevka, Novoselitskiy Region, Stavropol Territory, the Russian Federation (individual) [SDGT].

BYUTUKAEV, Aslan Avgazarovich (a.k.a. BYUTUKAEV, Aslan; a.k.a. BYUTUKAYEV, Aslan; a.k.a. "CHECHENSKY, Khamzat"; a.k.a. "Hamzat"; a.k.a. "KHAMZAT, Amir"; a.k.a. "KHAMZAT, Emir"), Akharkho Street,11, Katyr-Yurt, Ackhoy-Martanovskiy District, the Republic of Chechnya, Russia; DOB 22 Oct 1974; POB Kitaevka, Novoselitskiy Region, Stavropol Territory, the Russian Federation (individual) [SDGT].

BYUTUKAYEV, Aslan (a.k.a. BYUTUKAEV, Aslan; a.k.a. BYUTUKAEV, Aslan Avgazarovich; a.k.a. "CHECHENSKY, Khamzat"; a.k.a. "Hamzat"; a.k.a. "KHAMZAT, Amir"; a.k.a. "KHAMZAT, Emir"), Akharkho Street,11, Katyr-Yurt, Ackhoy-Martanovskiy District, the Republic of Chechnya, Russia; DOB 22 Oct 1974; POB Kitaevka, Novoselitskiy Region, Stavropol Territory, the Russian Federation (individual) [SDGT].

BYZOV, Sergei (a.k.a. BYZOV, Sergey Vyacheslavovich (Cyrillic: БЫЗОВ, Сергей Вячеславович)), Russia; DOB 10 Apr 1987;

nationality Russia; citizen Russia; Gender Male; Passport 756139252 (Russia) expires 07 Oct 2027 (individual) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

BYZOV, Sergey Vyacheslavovich (Cyrillic: БЫЗОВ, Сергей Вячеславович) (a.k.a. BYZOV, Sergei), Russia; DOB 10 Apr 1987; nationality Russia; citizen Russia; Gender Male; Passport 756139252 (Russia) expires 07 Oct 2027 (individual) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

C AND I SEMICONDUCTOR CO LTD (a.k.a. C AND I SEMICONDUCTORS CO LIMITED; a.k.a. C&I SEMICONDUCTOR CO LTD; a.k.a. C&I SEMICONDUCTORS CO LIMITED (Chinese Simplified: 中印半導體有限公司)), Rm A4, /8, Ko Fai Road, City L7, Yaiitong Ond, Yau Tonq, Kowloon, Hong Kong, China; Registration Number 1263816 (Hong Kong) [RUSSIA-EO14024].

C AND I SEMICONDUCTORS CO LIMITED (a.k.a. C AND I SEMICONDUCTOR CO LTD; a.k.a. C&I SEMICONDUCTOR CO LTD; a.k.a. C&I SEMICONDUCTORS CO LIMITED (Chinese Simplified: 中印半導體有限公司)), Rm A4, /8, Ko Fai Road, City L7, Yaiitong Ond, Yau Tonq, Kowloon, Hong Kong, China; Registration Number 1263816 (Hong Kong) [RUSSIA-EO14024].

C I FONDO GLOBAL DE ALIMENTOS LTDA, Calle 128 B 78 90, Bogota, D.C. 1103, Colombia; NIT # 9002234401 (Colombia) [VENEZUELA-EO13850] (Linked To: RUBIO GONZALEZ, Emmanuel Enrique).

C&I SEMICONDUCTOR CO LTD (a.k.a. C AND I SEMICONDUCTOR CO LTD; a.k.a. C AND I SEMICONDUCTORS CO LIMITED; a.k.a. C&I SEMICONDUCTORS CO LIMITED (Chinese Simplified: 中印半導體有限公司)), Rm A4, /8, Ko Fai Road, City L7, Yaiitong Ond, Yau Tonq, Kowloon, Hong Kong, China; Registration Number 1263816 (Hong Kong) [RUSSIA-EO14024].

C&I SEMICONDUCTORS CO LIMITED (Chinese Simplified: 中印半導體有限公司) (a.k.a. C AND I SEMICONDUCTOR CO LTD; a.k.a. C AND I SEMICONDUCTORS CO LIMITED; a.k.a. C&I SEMICONDUCTOR CO LTD), Rm A4, /8, Ko Fai Road, City L7, Yaiitong Ond, Yau Tonq, Kowloon, Hong Kong, China; Registration Number 1263816 (Hong Kong) [RUSSIA-EO14024].

C.I. CAFFEE VALORES S.A., Via Espana y Calle Elvira Mendez, Edificio Bank Boston, Piso 2, Panama City, Panama; Public Registration

Number 467323, Doc. 694710 (Panama) [SDNTK].

C.I. DEL ISTMO S.A. (a.k.a. C.I. DEL ISTMO S.A.S.; f.k.a. COMERCIALIZADORA INTERNACIONAL DEL ITSMO S.A.), Calle 100 No. 17A-36, Ofc. 705, Bogota, Colombia; NIT # 9000144704 (Colombia); Matricula Mercantil No 1461858 (Colombia) [SDNTK].

C.I. DEL ISTMO S.A.S. (f.k.a. C.I. DEL ISTMO S.A.; f.k.a. COMERCIALIZADORA INTERNACIONAL DEL ITSMO S.A.), Calle 100 No. 17A-36, Ofc. 705, Bogota, Colombia; NIT # 9000144704 (Colombia); Matricula Mercantil No 1461858 (Colombia) [SDNTK].

C.M.V. CARNES S.A.S. (f.k.a. CLAUDIA MERCEDES VARGAS GIRALDO SOCIEDAD POR ACCIONES SIMPLIFICADA), Calle 8 B 65 191, Of. 519, Medellin, Antioquia, Colombia; NIT # 900392593-1 (Colombia) [SDNTK].

C.S.P. CASTLE PROTECTION, GUARDING AND SECURITY SERVICES (a.k.a. AL-QALAA COMPANY FOR SECURITY SERVICES; a.k.a. AL-QALA'A FOR PROTECTION, GUARDING, AND SECURITY SERVICES (Arabic: شركة القلعة للحماية و الحراسة و الخدمات الامنية); a.k.a. CASTLE COMPANY FOR PROTECTION, GUARDING AND SECURITY SERVICES; a.k.a. CASTLE SECURITY AND PROTECTION LLC; a.k.a. CITADEL FOR PROTECTION, GUARD AND SECURITY SERVICES; a.k.a. "CASTLE SECURITY AND PROTECTION"), Opposite the gas station, enter hospital 601, Sheikh Saad, Mazzeh, West Villas, Damascus, Syria; Aleppo, Syria; Organization Type: Private security activities [SYRIA] (Linked To: BIN ALI, Khodr Taher).

CABANAS LA LOMA (n.k.a. CABANAS LA LOMA EN RENTA; n.k.a. CABANAS LA LOMA TAPALPA; a.k.a. CABANAS LAS FLORES; a.k.a. LAS FLORES CABANAS), Km 5.4 Carretera Tapalpa - San Gabriel, Tapalpa, Jalisco 49340, Mexico; Website www.cabanaslasflores.com; alt. Website www.cabanaslalomatapalpa.com [SDNTK].

CABANAS LA LOMA EN RENTA (n.k.a. CABANAS LA LOMA; n.k.a. CABANAS LA LOMA TAPALPA; a.k.a. CABANAS LAS FLORES; a.k.a. LAS FLORES CABANAS), Km 5.4 Carretera Tapalpa - San Gabriel, Tapalpa, Jalisco 49340, Mexico; Website www.cabanaslasflores.com; alt. Website www.cabanaslalomatapalpa.com [SDNTK].

CABANAS LA LOMA TAPALPA (n.k.a. CABANAS LA LOMA; n.k.a. CABANAS LA LOMA EN RENTA; a.k.a. CABANAS LAS

FLORES; a.k.a. LAS FLORES CABANAS), Km 5.4 Carretera Tapalpa - San Gabriel, Tapalpa, Jalisco 49340, Mexico; Website www.cabanaslasflores.com; alt. Website www.cabanaslalomatapalpa.com [SDNTK].

CABANAS LAS FLORES (n.k.a. CABANAS LA LOMA; n.k.a. CABANAS LA LOMA EN RENTA; n.k.a. CABANAS LA LOMA TAPALPA; a.k.a. LAS FLORES CABANAS), Km 5.4 Carretera Tapalpa - San Gabriel, Tapalpa, Jalisco 49340, Mexico; Website www.cabanaslasflores.com; alt. Website www.cabanaslalomatapalpa.com [SDNTK].

CABDULLAAH, Ciise Maxamed, Mosque in Via Quaranta, Milan, Italy; DOB 08 Oct 1974; POB Somalia; nationality Somalia; arrested 31 Mar 2003 (individual) [SDGT].

CABELLO RONDON, Diosdado (Latin: CABELLO RONDÓN, Diosdado), Monagas, Venezuela; DOB 15 Apr 1963; citizen Venezuela; Gender Male; Cedula No. 8370825 (Venezuela); Passport A0237802 (Venezuela) (individual) [VENEZUELA].

CABELLO RONDON, Jose David (Latin: CABELLO RONDÓN, José David), Monagas, Venezuela; DOB 11 Sep 1969; citizen Venezuela; Gender Male; Cedula No. 10300226 (Venezuela); Passport B0133819 (Venezuela) expires 04 Apr 2013 (individual) [VENEZUELA].

CABRASA (a.k.a. COMERCIALIZADORA ANDINA BRASILERA S.A.), Carrera 30 No. 90-82, Bogota, Colombia; NIT # 830003298-2 (Colombia) [SDNT].

CABRERA SARABIA, Alejandro; DOB 17 Jul 1973; POB Santiago Papasquiaro, Durango, Mexico; nationality Mexico; Gender Male; C.U.R.P. CASA730717HDGBRL00 (Mexico); RFC CASA-730717-664 (Mexico) (individual) [SDNTK].

CABRERA SARABIA, Felipe (a.k.a. VELAZQUEZ MANJARREZ, Miguel; a.k.a. "EL INGENIERO"; a.k.a. "EL SENOR DE LA SIERRA"); DOB 23 Aug 1971; POB Santiago Papasquiaro, Durango, Mexico; nationality Mexico; Gender Male; C.U.R.P. CASF710823HDGBRL06 (Mexico) (individual) [SDNTK].

CABRERA SARABIA, Jose Luis; DOB 17 Mar 1978; Gender Male; RFC CASL-780317-9M2 (Mexico) (individual) [SDNTK].

CACHO FLORES, Alejandro (a.k.a. BOLANOS CACHO, Alejandro; a.k.a. FLORES CACHO, Alejandro; a.k.a. ROBLES VALDEZ, Abel; a.k.a. "ALEJANDRO LABASTIDA"; a.k.a. "GUILLERMO LABASTIDA"), Ojos Negros, Baja California Norte, Mexico; Carretera Acapulco-

KM 8.5, Pie de la Cuesta, Acapulco, Guerrero, Mexico; Calle de Rio Nilo No. 20, Colonia Valle Dorado, Ensenada, Baja California Norte, Mexico; Montivideo No. 804, Lindavista, Mexico City, Distrito Federal, Mexico; Circuito de la Industria No. 94, Colonia Parque Ind. Lerma, Lerma, Mexico, Mexico; Avenida del Taller No. 23, Ret. 17, Colonia Jardin Balbuena, Delegacion Venustiano Carranza, Mexico City, Distrito Federal, Mexico; Calle Jaime Torres Bodet No. 207-A, Int. 201, Colonia Santa Marta La Rivera, Delegacion Cuauhtemoc, Mexico City, Distrito Federal, Mexico; Homero No. 1343, Mexico City, Distrito Federal, Mexico; Avenida Herradona No. 1328, Interlomas, Mexico City, Distrito Federal, Mexico; Calle Cantiles 42 A, Mozimba 39460, Acapulco, Guerrero, Mexico; Calle Tulipanes No. 8, Colonia Lomas Cortes, Cuernavaca, Morelos, Mexico; Calle Rancho Tetela No. 957, Colonia Rancho Tetela, Cuernavaca, Morelos, Mexico; DOB 26 Mar 1963; alt. DOB 26 Mar 1964; POB Mexico City, Distrito Federal, Mexico; alt. POB Guadalajara, Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 01350202554 (Mexico); R.F.C. FOCA-630326 (Mexico); alt. R.F.C. FOCX-260363 (Mexico); alt. R.F.C. FOCX-630326 (Mexico); alt. R.F.C. FOCA-640326 (Mexico); C.U.R.P. FOCA630326HMCLCL05 (Mexico); Electoral Registry No. FLCCAL64032609H300 (Mexico); C.U.I.P. FOCA640326H14506669 (Mexico) (individual) [SDNTK].

CACIQUE 1 S.A., Panama; RUC # 155598483-2-2015 (Panama) [SDNTK].

CADALE, Qaliif (a.k.a. ABDALE, Qaaliif; a.k.a. ADALE, Khalif; a.k.a. CADE, Qaliif; a.k.a. KHALIF, Adale; a.k.a. WARSAME, Khalif Mohamed), Qunyo Barrow, Middle Juba, Somalia; Buulo Fulaay, Somalia; DOB 01 Jan 1964; alt. DOB 01 Jan 1968; POB Somalia; nationality Djibouti; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 11120061B (Djibouti) (individual) [SDGT] (Linked To: AL-SHABAAB).

CADE, Qaliif (a.k.a. ABDALE, Qaaliif; a.k.a. ADALE, Khalif; a.k.a. CADALE, Qaliif; a.k.a. KHALIF, Adale; a.k.a. WARSAME, Khalif Mohamed), Qunyo Barrow, Middle Juba, Somalia; Buulo Fulaay, Somalia; DOB 01 Jan 1964; alt. DOB 01 Jan 1968; POB Somalia; nationality Djibouti; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Passport 11120061B (Djibouti) (individual) [SDGT] (Linked To: AL-SHABAAB).

CADELSPY (a.k.a. ADVANCED PERSISTENT THREAT 39; a.k.a. APT39; a.k.a. CHAFER; a.k.a. ITG07; a.k.a. REMEXI), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

CADY TECH HK LIMITED (Chinese Simplified: 凱迪科技香港有限公司), Rm A1 11/F Winner Building 36, Man Yue St, Hunghom, Hong Kong, China; Registration Number 1190391 (Hong Kong) [RUSSIA-EO14024].

CAGL (a.k.a. COMPAGNIE AERIENNE DES GRANDS LACS), Av. President Mobutu, Goma, Congo, Democratic Republic of the; Gisenyi, Rwanda [DRCONGO].

CAI, Dafeng (Chinese Simplified: 蔡达峰; Chinese Traditional: 蔡達峰), Beijing, China; DOB Jun 1960; POB Shanghai, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

CAIALI, Taer (a.k.a. AL-KAYALI, Taher; a.k.a. KAYALI, Taher (Arabic: طاهر كيالي); a.k.a. KAYALI, Taher Abdel Karim), Syria; DOB 11 Jul 1960; POB Aleppo, Syria; nationality Syria; Gender Male; National ID No. 02010229257 (Syria) (individual) [SYRIA].

CAIRO, Aziz (a.k.a. 'ABD AL-SALAM, Said Jan; a.k.a. 'ABDALLAH, Qazi; a.k.a. 'ABD-AL-SALAM, Sa'id Jan; a.k.a. ABDULLAH, Qazi; a.k.a. JHAN, Said; a.k.a. KHAN, Farhan; a.k.a. SA'ID JAN, Qasi; a.k.a. WALID, Ibrahim; a.k.a. ZAIN KHAN, Dilawar Khan; a.k.a. "NANGIALI"); DOB 05 Feb 1981; alt. DOB 10 Jan 1972; nationality Afghanistan; Passport OR801168 (Afghanistan) issued 28 Feb 2006 expires 27 Feb 2011; alt. Passport 4117921 (Pakistan) issued 09 Sep 2008 expires 09 Sep 2013; National ID No. 281020505755 (Kuwait); Passport OR801168 and Kuwaiti National ID No. 281020505755 issued under the name Said Jan 'Abd al-Salam; Passport 4117921 issued under the name Dilawar Khan Zain Khan (individual) [SDGT].

CALCIMIN (a.k.a. KALSIMIN), No. 12, St. Bilal Habashi, Khorramshahr Ave., Zanjan 4516773541, Iran; Second Floor, No. 13, Street 8th, Ghaem Magham Farahari Ave., Tehran 1586868513, Iran; Website www.calcimin.com; Additional Sanctions Information - Subject to

Secondary Sanctions [SDGT] [IFSR] (Linked To: IRAN ZINC MINES DEVELOPMENT COMPANY).

CALDERON CHIRINOS, Carlos Alberto, Maracaibo, Zulia, Venezuela; DOB 03 Jul 1970; Gender Male; Cedula No. 10352300 (Venezuela) (individual) [VENEZUELA-EO13884].

CALDERON RIJO, Jose (a.k.a. "La Arana" (Latin: "La Araña")), Dominican Republic; DOB 04 Dec 1969; POB La Romana, Dominican Republic; nationality Dominican Republic; citizen Dominican Republic; Gender Male; Cedula No. 02601165380 (Dominican Republic) (individual) [ILLICIT-DRUGS-EO14059].

CALDERON SANCHEZ, Erick Rene (a.k.a. VILLA SANCHEZ, Arnoldo), Calle Paseo San Carlos 3013, Fraccionamiento Valle Real, Zapopan, Jalisco, Mexico; DOB 31 Jan 1974; POB Guerrero, Mexico; nationality Mexico; Tax ID No. 39037400668 (Mexico); C.U.R.P. VISA740131HGRLNR07 (Mexico) (individual) [SDNTK].

CALDERON VINDELL, Ramon Humberto, Kilometro Doce y Medio, Carretera Sur, Managua, Nicaragua; DOB 17 Oct 1959; POB San Juan de Limay, Esteli, Nicaragua; nationality Nicaragua; Gender Male; National ID No. 1641710590000J (Nicaragua) (individual) [NICARAGUA].

CALI, Maxamed, Wayanta, Lower Juba, Somalia; DOB 1983; alt. DOB 1984; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

CALI, Yassiin Baynax (a.k.a. ALI, Yasin Baynah; a.k.a. ALI, Yassin Mohamed; a.k.a. BAYNAH, Yasin; a.k.a. BAYNAH, Yasin Ali; a.k.a. BAYNAH, Yassin; a.k.a. BAYNAX, Yasiin Cali; a.k.a. BEENAH, Yasin; a.k.a. BEENAH, Yassin; a.k.a. BEENAX, Yasin; a.k.a. BEENAX, Yassin; a.k.a. BENAH, Yasin; a.k.a. BENAH, Yassin; a.k.a. BENAX, Yassin; a.k.a. BEYNAH, Yasin; a.k.a. BINAH, Yassin), Mogadishu, Somalia; Rinkeby, Stockholm, Sweden; DOB circa 1966; nationality Somalia; alt. nationality Sweden (individual) [SOMALIA].

CALIBER WEALTH MANAGEMENT LTD, Bank Lane & Bay Street, Suite 102, Floor 1, Saffrey Square, Nassau, Bahamas, The; 1 Naousis Street, Karapatakis Bldg, Larnaca 6018, Cyprus; Legal Entity Number 529900JWVN1VFAI10U61; Registration Number 151838 (Bahamas, The) [RUSSIA-

EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

CALIDUS TRADE DOO (a.k.a. CALIDUS TRADE DOO BEOGRAD; a.k.a. TEHNOGLOBAL SYSTEMS DOO BEOGRAD), Maglajska 19 11000, Beograd 6, Beograd, Serbia; Registration ID 20295066 (Serbia); Tax ID No. 105012258 [GLOMAG] (Linked To: TESIC, Slobodan).

CALIDUS TRADE DOO BEOGRAD (a.k.a. CALIDUS TRADE DOO; a.k.a. TEHNOGLOBAL SYSTEMS DOO BEOGRAD), Maglajska 19 11000, Beograd 6, Beograd, Serbia; Registration ID 20295066 (Serbia); Tax ID No. 105012258 [GLOMAG] (Linked To: TESIC, Slobodan).

CALIPHATE IN BANGLADESH (a.k.a. ABU JANDAL AL-BANGALI; a.k.a. CALIPHATE'S SOLDIERS IN BANGLADESH; a.k.a. ISIS-BANGLADESH; a.k.a. ISLAMIC STATE BANGLADESH; a.k.a. ISLAMIC STATE IN BANGLADESH; a.k.a. KHALIFAH'S SOLDIERS IN BENGAL; a.k.a. NEO-JAMAAT-UL MUJAHIDEEN BANGLADESH; a.k.a. SOLDIERS OF THE CALIPHATE IN BANGLADESH; a.k.a. "ISB"; a.k.a. "ISISB"; a.k.a. "NEO-JMB"; a.k.a. "NEW-JMB"), Dhaka, Bangladesh; Rangpur, Bangladesh; Sylhet, Bangladesh; Jhenaidah, Bangladesh; Singapore [FTO] [SDGT].

CALIPHATE SOLDIERS OF ALGERIA (a.k.a. JUND AL KHALIFA-ALGERIA; a.k.a. JUND AL-KHALIFA; a.k.a. JUND AL-KHALIFA FI ARD AL-JAZAYER; a.k.a. JUND AL-KHILAFA GROUP; a.k.a. JUND AL-KHILAFAH FI ARD AL-JAZA' IR; a.k.a. JUND AL-KHILAFAH IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN THE LAND OF ALGERIA; a.k.a. "JAK-A"), Kabylie region, Algeria [SDGT].

CALIPHATE'S SOLDIERS IN BANGLADESH (a.k.a. ABU JANDAL AL-BANGALI; a.k.a. CALIPHATE IN BANGLADESH; a.k.a. ISIS-BANGLADESH; a.k.a. ISLAMIC STATE BANGLADESH; a.k.a. ISLAMIC STATE IN BANGLADESH; a.k.a. KHALIFAH'S SOLDIERS IN BENGAL; a.k.a. NEO-JAMAAT-UL MUJAHIDEEN BANGLADESH; a.k.a. SOLDIERS OF THE CALIPHATE IN BANGLADESH; a.k.a. "ISB"; a.k.a. "ISISB"; a.k.a. "NEO-JMB"; a.k.a. "NEW-JMB"), Dhaka, Bangladesh; Rangpur, Bangladesh; Sylhet, Bangladesh; Jhenaidah, Bangladesh; Singapore [FTO] [SDGT].

CALLE SERNA, Javier Antonio (a.k.a. "COMBA"; a.k.a. "COMBATIENTE"); DOB 02 Feb 1969; POB Puerto Asis, Putumayo, Colombia; citizen Colombia; Cedula No. 16760066 (Colombia) (individual) [SDNTK].

CALLE SERNA, Luis Enrique (a.k.a. CALLE SERNA, Manuel; a.k.a. "COMBA"; a.k.a. "COMBATIENTE"), Carrera 24C No. 33B-108, Santa Monica, Casanare, Colombia; Calle 1 No. 56-109, Seminario B, Caro 31, Cali, Colombia; Avenida 8N No. 9N-57, Cali, Colombia; DOB 16 Aug 1976; POB Cali, Colombia; alt. POB Armenia, Quindio, Colombia; citizen Colombia; Cedula No. 94487319 (Colombia) issued 31 Oct 1994; Passport AI811078 (Colombia) issued 09 May 2003; alt. Passport AH454934 (Colombia); alt. Passport 94487319 (Colombia) issued 09 May 2003 expires 09 May 2013 (individual) [SDNT].

CALLE SERNA, Manuel (a.k.a. CALLE SERNA, Luis Enrique; a.k.a. "COMBA"; a.k.a. "COMBATIENTE"), Carrera 24C No. 33B-108, Santa Monica, Casanare, Colombia; Calle 1 No. 56-109, Seminario B, Caro 31, Cali, Colombia; Avenida 8N No. 9N-57, Cali, Colombia; DOB 16 Aug 1976; POB Cali, Colombia; alt. POB Armenia, Quindio, Colombia; citizen Colombia; Cedula No. 94487319 (Colombia) issued 31 Oct 1994; Passport AI811078 (Colombia) issued 09 May 2003; alt. Passport AH454934 (Colombia); alt. Passport 94487319 (Colombia) issued 09 May 2003 expires 09 May 2013 (individual) [SDNT].

CALLEJAS VALCARCE, Oscar Alejandro, Goycuria #119, 10 Octubre, Havana, Cuba; DOB 19 Sep 1957; POB Havana, Cuba; nationality Cuba; Gender Male; Passport A006951 (Cuba) expires 18 Jul 2027; National ID No. 57091910348 (Cuba); Director, Policia Nacional Revolucionaria (individual) [GLOMAG] (Linked To: POLICIA NACIONAL REVOLUCIONARIA).

CAMACHO CAZARES, Jeniffer Beaney (a.k.a. CAMACHO CAZARES, Jennifer Beaney; a.k.a. CAMACHO CAZAREZ, Jeniffer Beaney), Sendero De Los Olmos 110, Zapopan, Jalisco 45129, Mexico; 4850 ch de la Cote-Saint-Luc, Montreal, Quebec H3W 2H2, Canada; Calle 12 de Diciembre #480, Colonia Chapalita, Zapopan, Jalisco, Mexico; DOB 01 Feb 1979; POB Ahome, Sinaloa, Mexico; C.U.R.P. CACJ790201MSLMZN03 (Mexico) (individual) [SDNTK] (Linked To: AG & CARLON, S.A. DE C.V.; Linked To: GRUPO DIJEMA, S.A. DE C.V.; Linked To: AGRICOLA BOREAL S.P.R.

DE R.L.; Linked To: COMERCIALIZADORA TRADE CLEAR, S.A. DE C.V.).

CAMACHO CAZARES, Jennifer Beaney (a.k.a. CAMACHO CAZARES, Jeniffer Beaney; a.k.a. CAMACHO CAZARES, Jeniffer Beaney), Sendero De Los Olmos 110, Zapopan, Jalisco 45129, Mexico; 4850 ch de la Cote-Saint-Luc, Montreal, Quebec H3W 2H2, Canada; Calle 12 de Diciembre #480, Colonia Chapalita, Zapopan, Jalisco, Mexico; DOB 01 Feb 1979; POB Ahome, Sinaloa, Mexico; C.U.R.P. CACJ790201MSLMZN03 (Mexico) (individual) [SDNTK] (Linked To: AG & CARLON, S.A. DE C.V.; Linked To: GRUPO DIJEMA, S.A. DE C.V.; Linked To: AGRICOLA BOREAL S.P.R. DE R.L.; Linked To: COMERCIALIZADORA TRADE CLEAR, S.A. DE C.V.).

CAMACHO CAZAREZ, Jeniffer Beaney (a.k.a. CAMACHO CAZARES, Jennifer Beaney; a.k.a. CAMACHO CAZARES, Jeniffer Beaney), Sendero De Los Olmos 110, Zapopan, Jalisco 45129, Mexico; 4850 ch de la Cote-Saint-Luc, Montreal, Quebec H3W 2H2, Canada; Calle 12 de Diciembre #480, Colonia Chapalita, Zapopan, Jalisco, Mexico; DOB 01 Feb 1979; POB Ahome, Sinaloa, Mexico; C.U.R.P. CACJ790201MSLMZN03 (Mexico) (individual) [SDNTK] (Linked To: AG & CARLON, S.A. DE C.V.; Linked To: GRUPO DIJEMA, S.A. DE C.V.; Linked To: AGRICOLA BOREAL S.P.R. DE R.L.; Linked To: COMERCIALIZADORA TRADE CLEAR, S.A. DE C.V.).

CAMACHO PORCHAS, Jesus Francisco (a.k.a. "Pilo"), Hermosillo, Sonora, Mexico; DOB 11 May 1980; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAPJ800511HSRMRS01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

CAMARA, Ibrahima Papa (a.k.a. CAMARA, Ibraima Papa); DOB 11 May 1964; POB Cacine, Guinea-Bissau; nationality Guinea-Bissau; Passport 051880 (Guinea-Bissau); alt. Passport SA0002338 (Guinea-Bissau); National ID No. 114466 (Guinea-Bissau); Brigadier General, Air Force Chief of Staff of Guinea-Bissau (individual) [SDNTK].

CAMARA, Ibraima Papa (a.k.a. CAMARA, Ibrahima Papa); DOB 11 May 1964; POB Cacine, Guinea-Bissau; nationality Guinea-Bissau; Passport 051880 (Guinea-Bissau); alt. Passport SA0002338 (Guinea-Bissau); National ID No. 114466 (Guinea-Bissau); Brigadier General, Air Force Chief of Staff of Guinea-Bissau (individual) [SDNTK].

CAMARA, Sadio, Bamako, Mali; Malibougou, Kati, Koulikoro, Mali; DOB 22 Mar 1979; POB Kati, Koulikoro, Mali; nationality Mali; citizen Mali; Gender Male; Passport DA0004031 (Mali) expires 15 Oct 2015 (individual) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

CAMBIOS PALMILLA S.A. DE C.V., Calle Francisco Moreno S/N, Hidalgo del Parral, Chihuahua 33800, Mexico; Calle Maclovio Herrera 97A, Hidalgo del Parral, Chihuahua 33800, Mexico; Avenida Ortiz Mena 34A, Hidalgo del Parral, Chihuahua 33800, Mexico; Carretera Santa Barbara KM 3, Colonia Almancena, Hidalgo del Parral, Chihuahua 33800, Mexico [SDNTK].

CAMBIS, Dimitris (a.k.a. KAMPIS, Dimitrios Alexandros; a.k.a. "KLIMT, Gustav"); DOB 14 Oct 1963; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAN].

CAMBO ELITE SECURITY FORCE CO., LTD., Thmei, Ta Khmau, Ta Khmau, Kandal 8251, Cambodia; Company Number 00038610 (Cambodia) [GLOMAG] (Linked To: SOPHARY, Kim).

CAMELIAS BAR (a.k.a. CAMELIAS BAR, S.A. DE C.V.; a.k.a. LA CAMELIA RESTAURANTE & CANTINA; a.k.a. RESTAURANTE BAR LA CAMELIA; a.k.a. "LA CAMELIA"), Guadalajara, Jalisco, Mexico; Av. Chapalita 50, Guadalajara, Jalisco, Mexico; Lazaro Cardenas 2729 y Arboledas, Guadalajara, Jalisco, Mexico; Mariano Otero 1499, Col. Verde Valle, Guadalajara, Jalisco, Mexico; Folio Mercantil No. 26075 (Jalisco) (Mexico) [SDNTK].

CAMELIAS BAR, S.A. DE C.V. (a.k.a. CAMELIAS BAR; a.k.a. LA CAMELIA RESTAURANTE & CANTINA; a.k.a. RESTAURANTE BAR LA CAMELIA; a.k.a. "LA CAMELIA"), Guadalajara, Jalisco, Mexico; Av. Chapalita 50, Guadalajara, Jalisco, Mexico; Lazaro Cardenas 2729 y Arboledas, Guadalajara, Jalisco, Mexico; Mariano Otero 1499, Col. Verde Valle, Guadalajara, Jalisco, Mexico; Folio Mercantil No. 26075 (Jalisco) (Mexico) [SDNTK].

CAMORRA, Naples, Italy; Campania, Italy [TCO].

CAMPBELL HOOKER, Lumberto Ignacio, Entrada Principal Los Robles, 1 Abajo 1 Al Sur Casa 23, Managua, Nicaragua; DOB 03 Feb 1949; POB Raas, Nicaragua; nationality Nicaragua; Gender Male; Passport A00001109 (Nicaragua) issued 13 Nov 2015 expires 13 Nov

2025; National ID No. 6010302490003J (Nicaragua) (individual) [NICARAGUA].

CAMPBELL LICONA, David Elias (a.k.a. PEREZ PAZ, Jorge Eduardo; a.k.a. "CAMPBELL, David"; a.k.a. "DON DAVID"; a.k.a. "VIEJO DAN"), Nicaragua; DOB 18 Mar 1967; alt. DOB 20 Oct 1967; alt. DOB 02 Jan 1964; POB San Pedro Sula, Honduras; nationality Honduras; Gender Male; Numero de Identidad 0501-1967-02094 (Honduras) (individual) [TCO] (Linked To: MS-13).

CAMPO LIBRE A LA DIVERSION E.U. (a.k.a. PARQUE YAKU; a.k.a. YAKU E.U.), Calle 15 No. 27-33, Yumbo, Valle, Colombia; NIT # 805026848-1 (Colombia) [SDNT].

CAMPOS ARREDONDO, Humberto (a.k.a. DUARTE MUNOZ, Roque), c/o COMPANIA MINERA DEL RIO CIANURY S.A. DE C.V., Culiacan, Sinaloa, Mexico; DOB 09 Dec 1960; POB Mexico (individual) [SDNTK].

CAMPOS TIRADO, Linda Elizabeth, Mexico; DOB 20 Sep 1980; POB Ahome, Sinaloa, Mexico; citizen Mexico; Gender Female; R.F.C. CATL800920L32 (Mexico); C.U.R.P. CATL800920MSLMRN02 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION).

CANAAN, Fazi (a.k.a. CAN'AN, Faouzi; a.k.a. GANAN, Fauzi; a.k.a. KANAAN, Fauzi; a.k.a. KANAAN, Maustaf Fawzi (Faouzi); a.k.a. KAN'AN, Fawzi; a.k.a. KAN'AN, Fawzi Mustafa; a.k.a. KANAN, Fouzi), Calle 2, Residencias Cosmos, Fifth Floor, Apartment 5D, La Urbina, Caracas, Venezuela; Esquina Bucare, Building 703, Second Floor, Apartment 20, Caracas, Venezuela; DOB 07 Jun 1943; alt. DOB Feb 1943; alt. DOB 01 Jun 1943; POB Lebanon; alt. POB Betechelida, Lebanon; alt. POB Baalbeck, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 0877677 (Venezuela); National ID No. V-6.919.272 (Venezuela) (individual) [SDGT].

CANALES RIVERA, Elmer (Latin: CANALES RIVERA, Élmer) (a.k.a. "CROOCK"; a.k.a. "CROOK"; a.k.a. "CRUCK"); DOB 26 Jan 1978; POB San Salvador, El Salvador; citizen El Salvador (individual) [TCO].

CANALES VENECIA LTDA. (a.k.a. CANALVE LTDA.), Carrera 42 No. 40CSur-18, Envigado, Antioquia, Colombia; NIT # 8110469899 (Colombia) [SDNT].

CANALVE LTDA. (a.k.a. CANALES VENECIA LTDA.), Carrera 42 No. 40CSur-18, Envigado,

Antioquia, Colombia; NIT # 8110469899 (Colombia) [SDNT].

CAN'AN, Faouzi (a.k.a. CANAAN, Fazi; a.k.a. GANAN, Fauzi; a.k.a. KANAAN, Fauzi; a.k.a. KANAAN, Maustaf Fawzi (Faouzi); a.k.a. KAN'AN, Fawzi; a.k.a. KAN'AN, Fawzi Mustafa; a.k.a. KANAN, Fouzi), Calle 2, Residencias Cosmos, Fifth Floor, Apartment 5D, La Urbina, Caracas, Venezuela; Esquina Bucare, Building 703, Second Floor, Apartment 20, Caracas, Venezuela; DOB 07 Jun 1943; alt. DOB Feb 1943; alt. DOB 01 Jun 1943; POB Lebanon; alt. POB Betechelida, Lebanon; alt. POB Baalbeck, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 0877677 (Venezuela); National ID No. V-6.919.272 (Venezuela) (individual) [SDGT].

CANAS PULIDO, Ramon Alberto, Cra 29 #9 B 64, Cali, Colombia; DOB 02 Aug 1981; nationality Colombia; citizen Colombia; Cedula No. 16930747 (Colombia); Passport AK139726 (Colombia) (individual) [SDNT].

CANCRI GEMS & JEWELLERY CO., LTD. (a.k.a. CANCRI GEMS & JEWELLERY COMPANY LIMITED; a.k.a. CANCRI GEMS AND JEWELLERY CO., LTD.; a.k.a. CANCRI GEMS AND JEWELLERY COMPANY LIMITED; a.k.a. PHU SHA STAR), Burma; Company Number 113099127 (Burma) issued 24 Jul 2012 [BURMA-EO14014].

CANCRI GEMS & JEWELLERY COMPANY LIMITED (a.k.a. CANCRI GEMS & JEWELLERY CO., LTD.; a.k.a. CANCRI GEMS AND JEWELLERY CO., LTD.; a.k.a. CANCRI GEMS AND JEWELLERY COMPANY LIMITED; a.k.a. PHU SHA STAR), Burma; Company Number 113099127 (Burma) issued 24 Jul 2012 [BURMA-EO14014].

CANCRI GEMS AND JEWELLERY CO., LTD. (a.k.a. CANCRI GEMS & JEWELLERY CO., LTD.; a.k.a. CANCRI GEMS & JEWELLERY COMPANY LIMITED; a.k.a. CANCRI GEMS AND JEWELLERY COMPANY LIMITED; a.k.a. PHU SHA STAR), Burma; Company Number 113099127 (Burma) issued 24 Jul 2012 [BURMA-EO14014].

CANCRI GEMS AND JEWELLERY COMPANY LIMITED (a.k.a. CANCRI GEMS & JEWELLERY CO., LTD.; a.k.a. CANCRI GEMS & JEWELLERY COMPANY LIMITED; a.k.a. CANCRI GEMS AND JEWELLERY CO., LTD.; a.k.a. PHU SHA STAR), Burma; Company Number 113099127 (Burma) issued 24 Jul 2012 [BURMA-EO14014].

CANDID GENERAL TRADING LLC (a.k.a. CANDID TRADING LLC), 3rd Floor, Office No. 306, Al Dana Centre, Al Maktoum Street Deira, Dubai, United Arab Emirates; P.O. Box 41967, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

CANDID TRADING LLC (a.k.a. CANDID GENERAL TRADING LLC), 3rd Floor, Office No. 306, Al Dana Centre, Al Maktoum Street Deira, Dubai, United Arab Emirates; P.O. Box 41967, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

CANKO, Ali; DOB 01 Jan 1960; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Passport U 04765836 (Turkey); Personal ID Card 58786069032; alt. Personal ID Card AK 8136255 (Italy) (individual) [NPWMD] [IFSR].

CANO AGUDELO S EN C, Finca La Alambra, Alcala, Valle, Colombia; NIT # 821002095-7 (Colombia) [SDNT].

CANO ALZATE, Yolanda Sofia, c/o GAVIOTAS LTDA., Colombia; DOB 25 Apr 1957; POB Cartago, Valle; Cedula No. 31399608 (Colombia); Passport AH506324 (Colombia) (individual) [SDNT].

CANO CORREA, Jhon Eidelber (a.k.a. CANO, Jhonny; a.k.a. CARDONA RIBILLAS, Alejandro; a.k.a. "FLECHAS"), Carrera 28 No. 7-35, Cali, Colombia; Calle 18 No. 8-16, Cartago, Valle, Colombia; DOB 13 Dec 1963; POB El Aguila, Valle, Colombia; nationality Colombia; citizen Colombia; Cedula No. 16217170 (Colombia); alt. Cedula No. 16455750 (Colombia); Passport AF133955 (Colombia); alt. Passport AC877214 (Colombia) (individual) [SDNT].

CANO FLORES, Aurelio (a.k.a. SANCHEZ CASTILLO, Efrain), Miguel Aleman, Tamaulipas, Mexico; Tampico, Tamaulipas, Mexico; DOB 03 May 1972; alt. DOB 1972; POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

CANO, Jhonny (a.k.a. CANO CORREA, Jhon Eidelber; a.k.a. CARDONA RIBILLAS, Alejandro; a.k.a. "FLECHAS"), Carrera 28 No. 7-35, Cali, Colombia; Calle 18 No. 8-16, Cartago, Valle, Colombia; DOB 13 Dec 1963; POB El Aguila, Valle, Colombia; nationality Colombia; citizen Colombia; Cedula No. 16217170 (Colombia); alt. Cedula No. 16455750 (Colombia); Passport AF133955 (Colombia); alt. Passport AC877214 (Colombia) (individual) [SDNT].

CAO, Jianming (Chinese Simplified: 曹建明; Chinese Traditional: 曹建明), Beijing, China; DOB 24 Sep 1955; POB Shanghai, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

CAP TEES SHIPPING CO., LIMITED, Room 06, 17th Floor, Wellborne Commercial Centre, 8, Java Road, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 06 Apr 2023; Identification Number IMO 6399602; Company Number 3268114 (Hong Kong) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

CAPACITACION AERONAUTICA PROFESIONAL S.C., La Avenida Vicente Guerrero No. 749, Colonia Prados Cuernavaca, Cuernavaca, Morelos, Mexico; R.F.C. EVC-040524-CH8 (Mexico) [SDNTK].

CAPITAL S.A.L., Section 34, Block B, Chiyah, Lebanon; Commercial Registry Number 2051340 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

CAPRIKAT AND FOXWHELP SARL, Congo, Democratic Republic of the [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED; Linked To: CAPRIKAT LIMITED; Linked To: FOXWHELP LIMITED).

CAPRIKAT LIMITED (n.k.a. ALBERTINE DRC S.A.S.U), Akara Building, 24 Castro Street, Wickhams Cay 1, P.O. Box 3136, Road Town, Tortola, Virgin Islands, British; Boulevard du 30 Juin No 110, Building 1113, 8eme etage, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-00168 (Congo, Democratic Republic of the); Public Registration Number 1577164 (Virgin Islands, British) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

CAR CARE CENTER (a.k.a. CAR CARE CENTER CCC; a.k.a. CAR CARE CENTER COMPANY; a.k.a. "CCC COMPANY"), Hadeth Kafaat, Hadi Nasrallah Highway, Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: HIZBALLAH).

CAR CARE CENTER CCC (a.k.a. CAR CARE CENTER; a.k.a. CAR CARE CENTER COMPANY; a.k.a. "CCC COMPANY"), Hadeth

Kafaat, Hadi Nasrallah Highway, Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: HIZBALLAH).

CAR CARE CENTER COMPANY (a.k.a. CAR CARE CENTER; a.k.a. CAR CARE CENTER CCC; a.k.a. "CCC COMPANY"), Hadeth Kafaat, Hadi Nasrallah Highway, Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: HIZBALLAH).

CAR ESCORT SERVICES S.A.L. OFF SHORE (a.k.a. CAR ESCORT SERVICES SAL (OFF-SHORE)), Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 1802189 (Lebanon) [SDGT] (Linked To: BAZZI, Mohammad Ibrahim; Linked To: CHARARA, Ali Youssef).

CAR ESCORT SERVICES SAL (OFF-SHORE) (a.k.a. CAR ESCORT SERVICES S.A.L. OFF SHORE), Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 1802189 (Lebanon) [SDGT] (Linked To: BAZZI, Mohammad Ibrahim; Linked To: CHARARA, Ali Youssef).

CARAMAN, Aleksandru (a.k.a. KARAMAN, Aleksandr; a.k.a. KARAMAN, Alexander; a.k.a. KARAMAN, Oleksandr); DOB 26 Jul 1956; POB Republic of Mordovia, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

CARBONIM ENGINEERING LIMITED LIABILITY COMPANY, Ul. Barklaya D. 6, Str. 5, Pomeshch. 8/2, Moscow 121087, Russia; Ul. Silikatnaya 2s2, Lobnya 141730, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9703136770 (Russia); Registration Number 1237700162842 (Russia) [RUSSIA-EO14024].

CARDENAS CASTILLO, Osiel (a.k.a. CARDENAS GILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Ociel; a.k.a. CARDENAS GUILLEN, Oscar; a.k.a. CARDENAS GUILLEN, Osiel;

a.k.a. CARDENAS GUILLEN, Oziel; a.k.a. CARDENAS GULLEN, Osiel; a.k.a. CARDENAS TUILLEN, Osiel; a.k.a. SALINA AGUILAR, Jorge; a.k.a. SALINAS AGUILAR, Jorge); DOB 18 May 1967; POB Mexico (individual) [SDNTK].

CARDENAS DUARTE Y CIA. LTDA., Calle 114A No. 51-36, Bogota, Colombia; NIT # 900110094-9 (Colombia) [SDNTK].

CARDENAS DUARTE, Norma Constanza, c/o CARDENAS DUARTE Y CIA. LTDA., Bogota, Colombia; c/o LOGISTICA Y TRANSPORTE NORVAL LTDA., Bogota, Colombia; Calle 135 No. 17-25 apto. 503, Bogota, Colombia; DOB 03 Apr 1973; POB Bogota, Colombia; Cedula No. 52106018 (Colombia) (individual) [SDNTK].

CARDENAS GILLEN, Osiel (a.k.a. CARDENAS CASTILLO, Osiel; a.k.a. CARDENAS GUILLEN, Ociel; a.k.a. CARDENAS GUILLEN, Oscar; a.k.a. CARDENAS GUILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Oziel; a.k.a. CARDENAS GULLEN, Osiel; a.k.a. CARDENAS TUILLEN, Osiel; a.k.a. SALINA AGUILAR, Jorge; a.k.a. SALINAS AGUILAR, Jorge); DOB 18 May 1967; POB Mexico (individual) [SDNTK].

CARDENAS GUILLEN, Antonio Ezequiel (a.k.a. CARDENAS GUILLEN, Ezequiel), Calle Maples Y Abeto, Fraccionamiento Las Arboleras, Matamoros, Tamaulipas, Mexico; Calle Cerro de Tepeyac No. 33, Colonia Lucio Blanco, Matamoros, Tamaulipas, Mexico; DOB 05 Mar 1962; POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. CAGE620305HTSRLZ08 (Mexico) (individual) [SDNTK].

CARDENAS GUILLEN, Ezequiel (a.k.a. CARDENAS GUILLEN, Antonio Ezequiel), Calle Maples Y Abeto, Fraccionamiento Las Arboleras, Matamoros, Tamaulipas, Mexico; Calle Cerro de Tepeyac No. 33, Colonia Lucio Blanco, Matamoros, Tamaulipas, Mexico; DOB 05 Mar 1962; POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. CAGE620305HTSRLZ08 (Mexico) (individual) [SDNTK].

CARDENAS GUILLEN, Ociel (a.k.a. CARDENAS CASTILLO, Osiel; a.k.a. CARDENAS GILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Oscar; a.k.a. CARDENAS GUILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Oziel; a.k.a. CARDENAS GUILLEN, Osiel; a.k.a. CARDENAS TUILLEN, Osiel; a.k.a. SALINA AGUILAR, Jorge; a.k.a. SALINAS AGUILAR,

Jorge); DOB 18 May 1967; POB Mexico (individual) [SDNTK].

CARDENAS GUILLEN, Oscar (a.k.a. CARDENAS CASTILLO, Osiel; a.k.a. CARDENAS GILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Ociel; a.k.a. CARDENAS GUILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Oziel; a.k.a. CARDENAS GULLEN, Osiel; a.k.a. CARDENAS TUILLEN, Osiel; a.k.a. SALINA AGUILAR, Jorge; a.k.a. SALINAS AGUILAR, Jorge); DOB 18 May 1967; POB Mexico (individual) [SDNTK].

CARDENAS GUILLEN, Osiel (a.k.a. CARDENAS CASTILLO, Osiel; a.k.a. CARDENAS GILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Ociel; a.k.a. CARDENAS GUILLEN, Oscar; a.k.a. CARDENAS GUILLEN, Oziel; a.k.a. CARDENAS GULLEN, Osiel; a.k.a. CARDENAS TUILLEN, Osiel; a.k.a. SALINA AGUILAR, Jorge; a.k.a. SALINAS AGUILAR, Jorge); DOB 18 May 1967; POB Mexico (individual) [SDNTK].

CARDENAS GUILLEN, Oziel (a.k.a. CARDENAS CASTILLO, Osiel; a.k.a. CARDENAS GILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Ociel; a.k.a. CARDENAS GUILLEN, Oscar; a.k.a. CARDENAS GUILLEN, Osiel; a.k.a. CARDENAS TUILLEN, Osiel; a.k.a. SALINA AGUILAR, Jorge; a.k.a. SALINAS AGUILAR, Jorge); DOB 18 May 1967; POB Mexico (individual) [SDNTK].

CARDENAS GULLEN, Osiel (a.k.a. CARDENAS CASTILLO, Osiel; a.k.a. CARDENAS GILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Ociel; a.k.a. CARDENAS GUILLEN, Oscar; a.k.a. CARDENAS GUILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Oziel; a.k.a. CARDENAS TUILLEN, Osiel; a.k.a. SALINA AGUILAR, Jorge; a.k.a. SALINAS AGUILAR, Jorge); DOB 18 May 1967; POB Mexico (individual) [SDNTK].

CARDENAS TUILLEN, Osiel (a.k.a. CARDENAS CASTILLO, Osiel; a.k.a. CARDENAS GILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Ociel; a.k.a. CARDENAS GUILLEN, Oscar; a.k.a. CARDENAS GUILLEN, Osiel; a.k.a. CARDENAS GUILLEN, Oziel; a.k.a. CARDENAS GUILLEN, Osiel; a.k.a. SALINA AGUILAR, Jorge; a.k.a. SALINAS AGUILAR, Jorge); DOB 18 May 1967; POB Mexico (individual) [SDNTK].

CARDIAM (a.k.a. KARDIAM; a.k.a. KARDIAM BVBA), Hoveniersstraat 30, Box 145, Antwerp 2018, Belgium; Email Address

kardiam.bvba@skynet.be; V.A.T. Number 0430.033.662 (Belgium); Branch Unit Number 2030.515.945 (Belgium); Enterprise Number 0430.033.662 (Belgium) [CAR].

CARDONA DE IBARRA, Mayela (a.k.a. CARDONA MARTINEZ, Mayela), Calle Lago de La Doga 5312, Tijuana, Baja California, Mexico; DOB 24 Feb 1961; POB Coahuila, Mexico; Passport 99020046985 (Mexico); R.F.C. CAIM610224 (Mexico) (individual) [SDNTK].

CARDONA MARTINEZ, Mayela (a.k.a. CARDONA DE IBARRA, Mayela), Calle Lago de La Doga 5312, Tijuana, Baja California, Mexico; DOB 24 Feb 1961; POB Coahuila, Mexico; Passport 99020046985 (Mexico); R.F.C. CAIM610224 (Mexico) (individual) [SDNTK].

CARDONA MARTINEZ, Pedro, Calle Lago La Doga 5301, Tijuana, Baja California, Mexico; DOB 30 Jun 1963; POB Coahuila, Mexico; Passport 100024252 (Mexico) (individual) [SDNTK].

CARDONA RIBILLAS, Alejandro (a.k.a. CANO CORREA, Jhon Eidelber; a.k.a. CANO, Jhonny; a.k.a. "FLECHAS"), Carrera 28 No. 7-35, Cali, Colombia; Calle 18 No. 8-16, Cartago, Valle, Colombia; DOB 13 Dec 1963; POB El Aguila, Valle, Colombia; nationality Colombia; citizen Colombia; Cedula No. 16217170 (Colombia); alt. Cedula No. 16455750 (Colombia); Passport AF133955 (Colombia); alt. Passport AC877214 (Colombia) (individual) [SDNT].

CARGO AIRCRAFT LEASING CORP., Ft. Lauderdale, FL, United States; US FEIN 65-0389435; Business Registration Document # 93000004034 (United States) [SDNTK].

CARGO FREIGHT INTERNATIONAL (a.k.a. CARGO FRET INTERNATIONAL, SPRL), P. O. Box 873, Goma, Congo, Democratic Republic of the; Kinshasa, Congo, Democratic Republic of the; Kigali, Rwanda [DRCONGO].

CARGO FRET INTERNATIONAL, SPRL (a.k.a. CARGO FREIGHT INTERNATIONAL), P. O. Box 873, Goma, Congo, Democratic Republic of the; Kinshasa, Congo, Democratic Republic of the; Kigali, Rwanda [DRCONGO].

CARGO LINK PETROLEUM LOGISTICS CO. LTD. (a.k.a. CARGO LINK PETROLEUM LOGISTICS COMPANY LIMITED; f.k.a. CARGO LINK PONGRAWE LOGISTICS COMPANY LIMITED), No. 1009, Shwe Hin Thar Condo, Tower C1, Hlaing Township, Yangon Region, Burma; Organization Established Date 31 Oct 2016; Organization Type: Wholesale of solid, liquid and gaseous

fuels and related products; Business Registration Number 112973281 (Burma) [BURMA-EO14014].

CARGO LINK PETROLEUM LOGISTICS COMPANY LIMITED (a.k.a. CARGO LINK PETROLEUM LOGISTICS CO. LTD.; f.k.a. CARGO LINK PONGRAWE LOGISTICS COMPANY LIMITED), No. 1009, Shwe Hin Thar Condo, Tower C1, Hlaing Township, Yangon Region, Burma; Organization Established Date 31 Oct 2016; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Business Registration Number 112973281 (Burma) [BURMA-EO14014].

CARGO LINK PONGRAWE LOGISTICS COMPANY LIMITED (a.k.a. CARGO LINK PETROLEUM LOGISTICS CO. LTD.; a.k.a. CARGO LINK PETROLEUM LOGISTICS COMPANY LIMITED), No. 1009, Shwe Hin Thar Condo, Tower C1, Hlaing Township, Yangon Region, Burma; Organization Established Date 31 Oct 2016; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Business Registration Number 112973281 (Burma) [BURMA-EO14014].

CARGO SERVICE CENTRE (a.k.a. AO CARGO SERVICE CENTER; a.k.a. CARGO SERVICE LIMITED LIABILITY COMPANY; a.k.a. KARGO SERVIS OOO), proezd 5-I Predportovyi d. 26, lit. e, pomeshch. 1.29, office 2, Saint Petersburg 196240, Russia; Tax ID No. 7810853472 (Russia); Registration Number 1117847644265 (Russia) [RUSSIA-EO14024].

CARGO SERVICE LIMITED LIABILITY COMPANY (a.k.a. AO CARGO SERVICE CENTER; a.k.a. CARGO SERVICE CENTRE; a.k.a. KARGO SERVIS OOO), proezd 5-I Predportovyi d. 26, lit. e, pomeshch. 1.29, office 2, Saint Petersburg 196240, Russia; Tax ID No. 7810853472 (Russia); Registration Number 1117847644265 (Russia) [RUSSIA-EO14024].

CARGOLINE LLC (a.k.a. OSOO KARGOLAYN), Str. Shabdan Baatyra 27/1, Bishkek 720001, Kyrgyzstan; Organization Established Date 25 Mar 2022; Tax ID No. 02503202210145 (Kyrgyzstan) [RUSSIA-EO14024].

CARIBBEAN BEACH PARK, 1137 Sugar Mill Road, Montego Bay, Jamaica; Rosehall Main Road, Rosehall, Jamaica [SDNTK].

CARIBBEAN EXPORT ENTERPRISE (a.k.a. EMPRESA CUBANA DE PESCADOS Y MARISCOS; a.k.a. "CARIBEX"), Paris, France; Milan, Italy; Moscow, Russia; Madrid, Spain;

Cologne, Germany; Downsview, Ontario, Canada; Tokyo, Japan [CUBA].

CARIBBEAN SHOWPLACE LTD (f.k.a. FLAMINGO CLUB), Tropigala Night Club, Ironshore, Montego Bay, Jamaica; Rosehall Main Road, Rosehall, Jamaica [SDNTK].

CARIBE SOL (a.k.a. 2904977 CANADA, INC.; a.k.a. HAVANTUR CANADA INC.), 818 rue Sherbrooke East, Montreal, Quebec H2L 1K3, Canada [CUBA].

CARITEX LUCKY AD (a.k.a. "KARITEKS LAKI AD"), 14, Iskar str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 1998; V.A.T. Number BG 121633825 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

CARNES CUERNAVACA (a.k.a. HERJEZ LTDA.), Avenida Ciudad de Cali No. 15A-91 Local-06, Bogota, Colombia; NIT # 900083653-1 (Colombia) [SDNTK].

CARNES EL PROVEEDOR C F P (a.k.a. CARNES LA MUNDIAL M.A; a.k.a. COMERCIALIZADORA DE CARNES CONTINENTAL MGCI LTDA.), Aut. Sur No. 66-78 of. 74, Bogota, Colombia; NIT # 830108927-9 (Colombia) [SDNTK].

CARNES LA MUNDIAL M.A (a.k.a. CARNES EL PROVEEDOR C F P; a.k.a. COMERCIALIZADORA DE CARNES CONTINENTAL MGCI LTDA.), Aut. Sur No. 66-78 of. 74, Bogota, Colombia; NIT # 830108927-9 (Colombia) [SDNTK].

CARO MONGE, Jesus Jose Gil (a.k.a. "KIKIL"), Mexico; DOB 20 Jun 1991; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAMJ910620HJCRNS02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

CARO QUINTERO, Jose Gil, Mexico; DOB 07 Feb 1968; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAQG680207HSLRNL09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

CARO QUINTERO, Miguel Angel; DOB 09 Mar 1963; POB Mexico (individual) [SDNTK].

CARO QUINTERO, Rafael (a.k.a. CARO QUINTERO, Raphael); DOB 12 Dec 1952; alt. DOB 24 Nov 1955; alt. DOB 24 Oct 1955; POB Mexico (individual) [SDNTK].

CARO QUINTERO, Raphael (a.k.a. CARO QUINTERO, Rafael); DOB 12 Dec 1952; alt. DOB 24 Nov 1955; alt. DOB 24 Oct 1955; POB Mexico (individual) [SDNTK].

CARO RODRIGUEZ, Gilberto (a.k.a. AREGON, Max; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a.

GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

CARO URIAS, Efrain, Av. de las Americas 2000-607, Col. Vista del Country, Guadalajara, Jalisco, Mexico; Av. Americas 2000-7, Col. Vistas del Country, Guadalajara, Jalisco, Mexico; Jose Maria Vigil 2830, Col. Providencia, Guadalajara, Jalisco, Mexico; Av. Americas 1417-A, Col. Providencia, Guadalajara, Jalisco 44630, Mexico; Av. Americas 1417-B, Col. Providencia, Guadalajara, Jalisco 44630, Mexico; Giovanni Papini 364-B, Col. Jardines de la Patria, Zapopan, Jalisco 45110, Mexico; Calle San Gonzalo 1970-43, Col. Santa Isabel, Zapopan, Jalisco, Mexico; Los Cerezos 86, Coto 3, Col. Jardin Real, Zapopan, Jalisco, Mexico; Paseo Puesta del Sol 4282-6, Col. Lomas Altas, Zapopan, Jalisco 45110, Mexico; DOB 11 Apr 1974; POB Guadalajara, Jalisco, Mexico; citizen Mexico; Gender Male; R.F.C. CAUE740411RG0 (Mexico); C.U.R.P. CAUE740411HJCRRF07 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION; Linked To: LOLA LOLITA 1110, S. DE R.L. DE C.V.; Linked To: MARIMBA ENTERTAINMENT, S.R.L. DE C.V.; Linked To: NOCTURNUM INC, S. DE R.L. DE C.V.).

CARO URIAS, Omar, Calle San Gonzalo 1970-43, Col. Santa Isabel, Zapopan, Jalisco, Mexico; Av. Ramon Corona 4750 Int. L-2, Col. Jardin Real, Zapopan, Jalisco, Mexico; Av. Ramon Corona 4750 Int. L-3, Col. Jardin Real, Zapopan, Jalisco, Mexico; Av. Ramon Corona 4750 Int. L-6, Col. Jardin Real, Zapopan, Jalisco, Mexico; Av. Ramon Corona 4750 Int. L-7, Col. Jardin Real, Zapopan, Jalisco, Mexico; Av. Ramon Corona 4750 Int. L-8, Col. Jardin Real, Zapopan, Jalisco, Mexico; DOB 19 Jun 1977; POB Jalisco, Mexico; citizen Mexico; Gender Male; R.F.C. CAUO770619C87 (Mexico); C.U.R.P. CAUO770619HJCRRM08 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING

ORGANIZATION; Linked To: LOLA LOLITA 1110, S. DE R.L. DE C.V.); Linked To: NOCTURNUM INC, S. DE R.L. DE C.V.).

CAROIL TRANSPORT MARINE LIMITED (a.k.a. CAROIL TRANSPORT MARINE LTD), Arch Makariou III Avenue 284, Fortuna Court, Block B, 2nd Floor, Limassol, Cyprus; Identification Number IMO 1869514; Registration Number HE 47364 (Cyprus) [VENEZUELA-EO13850].

CAROIL TRANSPORT MARINE LTD (a.k.a. CAROIL TRANSPORT MARINE LIMITED), Arch Makariou III Avenue 284, Fortuna Court, Block B, 2nd Floor, Limassol, Cyprus; Identification Number IMO 1869514; Registration Number HE 47364 (Cyprus) [VENEZUELA-EO13850].

CAROVILLI TRADING SRO, Zamocka 7074/30, Bratislava 1, Bratislava 81101, Slovakia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 13 Feb 2014; Tax ID No. 2024072369 (Slovakia) [RUSSIA-EO14024].

CARRANZA ZEPEDA, Hugo Ivan, Av. Rio Nilo 69, Col. Camichines, Tonala, Jalisco, Mexico; Franz Schubert 5373, Col. La Estancia, Zapopan, Jalisco 45030, Mexico; Franz Schubert 7373, Col. La Estancia, Zapopan, Jalisco, Mexico; Economos 6617-35, Col. Rinconada del Parque, Zapopan, Jalisco, Mexico; Mixcoatl 1371, Col. Ciudad del Sol, Zapopan, Jalisco 45050, Mexico; DOB 03 Mar 1982; POB Zapopan, Jalisco, Mexico; citizen Mexico; Gender Male; R.F.C. CAZH820303JF9 (Mexico); C.U.R.P. CAZH820303HJCRPG02 (Mexico); alt. C.U.R.P. CAZH820303HJCRPG10 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION; Linked To: CAMELIAS BAR, S.A. DE C.V.; Linked To: EVENTOS LA MORA, S.A. DE C.V.; Linked To: COMERCIALIZADORA CHAPALA AJIJIC, S.A. DE C.V.; Linked To: CONSORCIO LUNALO, S.A. DE C.V.; Linked To: CONSORCIO NUJOMA, SOCIEDAD CIVIL; Linked To: CONSORCIO RIRFUS, S.A. DE C.V.; Linked To: CORPORATIVO ARZACA, S.C.; Linked To: CORPORATIVO FEARFI, S.A. DE C.V.; Linked To: CORPORATIVO SOSVAL, S.A. DE C.V.; Linked To: GRUPO EGMONT, S.A. DE C.V.; Linked To: GRUPO PRODUCSIL, S.P.R. DE

R.L. DE C.V.; Linked To: RESTAURANT FOLKLOR Y CANTINA, S.A. DE C.V.; Linked To: RODRIGUEZ LOPEZ, S.A. DE C.V.; Linked To: SERVICIOS EMPRESARIALES SODA, S.A. DE C.V.).

CARRANZA ZEPEDA, Victor Manuel, Av. Rio Nilo 69, Col. Camichines, Tonala, Jalisco, Mexico; Calle Franz Schubert 5373, Fracc. La Estancia, Zapopan, Jalisco, Mexico; Calle Lazaro Cardenas 3050-A, Fracc. Residencial Loma Bonita, Guadalajara, Jalisco 44570, Mexico; Av. Lazaro Cardenas 3050, Col. El Retiro, Guadalajara, Jalisco 44280, Mexico; Cholula 2514, Col. Hidalgo, Ciudad Juarez, Chihuahua 32300, Mexico; DOB 15 Mar 1978; POB Tijuana, Baja California, Mexico; citizen Mexico; Gender Male; R.F.C. CAZV7803151P4 (Mexico); C.U.R.P. CAZV780315HBCRPC03 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION).

CARRASCO MIRANDA, Willebaldo, c/o CORRALES SAN IGNACIO S.P.R. DE R.L. DE C.V., Saucillo, Chihuahua, Mexico; Calle 11, 1815 Plana Centro, Chihuahua, Chihuahua CP 31000, Mexico; DOB 06 Oct 1958; POB Chihuahua, Chihuahua, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. CAMW581006HCHRRL00 (Mexico) (individual) [SDNTK].

CARRENO ESCOBAR, Pedro Miguel, Delta Amacuro, Venezuela; DOB 24 Apr 1961; Gender Male; Cedula No. 8142392 (Venezuela) (individual) [VENEZUELA-EO13884].

CARRERA ILLADES, Marisela (a.k.a. CARRERA YLLADES, Marisela), c/o CAMBIOS PALMILLA S.A. DE C.V., Hidalgo del Parral, Mexico; Calle Decima No. 14, Hidalgo del Parral, Chihuahua, Mexico; DOB 02 Feb 1968; POB Hidalgo del Parral, Chihuahua, Mexico; nationality Mexico; citizen Mexico; R.F.C. CATM-680202-T88 (Mexico); C.U.R.P. CAYM680202MCHRLR06 (Mexico); alt. C.U.R.P. CAIM680202MCHRLR08 (Mexico) (individual) [SDNTK].

CARRERA YLLADES, Marisela (a.k.a. CARRERA ILLADES, Marisela), c/o CAMBIOS PALMILLA S.A. DE C.V., Hidalgo del Parral, Mexico; Calle Decima No. 14, Hidalgo del Parral, Chihuahua, Mexico; DOB 02 Feb 1968; POB Hidalgo del Parral, Chihuahua, Mexico; nationality Mexico; citizen Mexico; R.F.C. CATM-680202-T88 (Mexico); C.U.R.P. CAYM680202MCHRLR06 (Mexico); alt.

C.U.R.P. CAIM680202MCHRLR08 (Mexico) (individual) [SDNTK].

CARRILLO FUENTES, Andres (a.k.a. CARRILLO FUENTES, Vicente); DOB 16 Oct 1962; POB Mexico (individual) [SDNTK].

CARRILLO FUENTES, Vicente (a.k.a. CARRILLO FUENTES, Andres); DOB 16 Oct 1962; POB Mexico (individual) [SDNTK].

CARRILLO JIMENEZ, Luis Alberto, Mexico; DOB 15 Aug 1979; POB Nogales, Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAJL790815HSRRMS05 (Mexico) (individual) [SDNTK].

CARRILLO, Abel (a.k.a. RODRIGUEZ VASQUEZ, Fernain); DOB 08 Jan 1972; POB Valparaiso, Caqueta, Colombia; Cedula No. 16191270 (Colombia) (individual) [SDNTK].

CARRIZALES, Ramon (a.k.a. CARRIZALEZ RENGIFO, Ramon Alonso), Apure, Venezuela; DOB 08 Nov 1952; Gender Male; Cedula No. 2516238 (Venezuela) (individual) [VENEZUELA].

CARRIZALEZ RENGIFO, Ramon Alonso (a.k.a. CARRIZALES, Ramon), Apure, Venezuela; DOB 08 Nov 1952; Gender Male; Cedula No. 2516238 (Venezuela) (individual) [VENEZUELA].

CARTAGENA BENITEZ, Octavio (a.k.a. "DON GABRIEL"; a.k.a. "GABRIEL PARACO"); DOB 18 Oct 1956; POB Urrao, Antioquia, Colombia; Cedula No. 15481237 (Colombia) (individual) [SDNTK].

CARTEL DE JALISCO NUEVA GENERACION (a.k.a. CJNG; a.k.a. JALISCO NEW GENERATION CARTEL; a.k.a. NEW GENERATION CARTEL OF JALISCO), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

CARTEL DE JUAREZ (a.k.a. JUAREZ CARTEL; a.k.a. "CARRILLO FUENTES DRUG TRAFFICKING ORGANIZATION"; a.k.a. "LA LINEA"; a.k.a. "VCFO"), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

CARTEL DE SINALOA (a.k.a. SINALOA CARTEL; f.k.a. "GUADALAJARA CARTEL"; f.k.a. "MEXICAN FEDERATION"), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

CARTEL DEL GOLFO (a.k.a. GULF CARTEL; a.k.a. OSIEL CARDENAS-GUILLEN ORGANIZATION; a.k.a. "CDG"), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

CARTEL DEL NORESTE (a.k.a. LOS ZETAS; a.k.a. "CDN"; a.k.a. "NORTHEAST CARTEL"), Mexico [SDNTK] [TCO] [ILLICIT-DRUGS-EO14059].

CARTES JARA, Horacio Manuel (a.k.a. CARTES, Horacio; a.k.a. VIVEROS CARTES, Horacio), Paraguay; DOB 05 Jul 1956; POB Asuncion, Paraguay; nationality Paraguay; Gender Male; Passport P486167 (Paraguay) issued 09 Nov 2018 expires 09 Nov 2023; National ID No. 492599 (Paraguay) (individual) [GLOMAG].

CARTES, Horacio (a.k.a. CARTES JARA, Horacio Manuel; a.k.a. VIVEROS CARTES, Horacio), Paraguay; DOB 05 Jul 1956; POB Asuncion, Paraguay; nationality Paraguay; Gender Male; Passport P486167 (Paraguay) issued 09 Nov 2018 expires 09 Nov 2023; National ID No. 492599 (Paraguay) (individual) [GLOMAG].

CARUNA RL (a.k.a. COOPERATIVA DE AHORRO Y CREDITO CAJA RURAL NACIONAL RL), Calle 14 de Septiembre, Puente, el Eden 5 cuadras al Oeste, Managua, Nicaragua; Nicaragua; Costado Oeste del Registro de la Propiedad, Contiguo a la Farmacia del INSS, Colonia Centroamerica, Managua, Nicaragua; Website www.caruna.com.ni; D-U-N-S Number 85-244-5670; Organization Established Date 13 Oct 1993; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; all locations in Nicaragua [NICARAGUA] (Linked To: BANCO CORPORATIVO SA).

CARVAJAL BARRIOS, Hugo Armando, Spain; DOB 01 Apr 1960; POB Puerto La Cruz, Venezuela; nationality Venezuela; Gender Male; Cedula No. 8.352.301 (Venezuela) (individual) [VENEZUELA].

CARVAJAL TAFURT, Hector Fabio (a.k.a. MONTOYA SANCHEZ, Eugenio), Diagonal 27 No. 27-104, Cali, Colombia; Calle 7 No. 45-25, Cali, Colombia; c/o LADRILLERA LA CANDELARIA LTDA., Cali, Colombia; DOB 17 Apr 1970; alt. DOB 15 Apr 1972; POB Trujillo, Valle, Colombia; Cedula No. 94307307 (Colombia); alt. Cedula No. 16836750 (Colombia); Passport AC814028 (Colombia); alt. Passport 94307307 (Colombia); alt. Passport 16836750 (Colombia) (individual) [SDNT].

CARVANA COMPANY, Number 39, Alvand St., 1st Floor, Argentine Square, Tehran 1516674311, Iran; 1st Apadana St., Number 478, Esfahan 81658, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

CASA APOLLO, Galeria Page, Ciudad del Este, Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

CASA DE CUBA, Spain; Mexico [CUBA].

CASA EL VIEJO LUIS (a.k.a. CASA EL VIEJO LUIS DISTRIBUIDORA, S.A. DE C.V.; a.k.a. CASA VIEJO LUIS; a.k.a. EL VIEJO LUIS; a.k.a. TEQUILA EL VIEJO LUIS), El Paraiso No. 6848, Col. Ciudad Granja, Zapopan, Jalisco 45010, Mexico; Blvd. Luis Donaldo Colosio s/n Bonfil, Cancun, Quintana Roo, Mexico; RFC CVL090120UT2 (Mexico); Folio Mercantil No. 46920 (Mexico) [SDNTK].

CASA EL VIEJO LUIS DISTRIBUIDORA, S.A. DE C.V. (a.k.a. CASA EL VIEJO LUIS; a.k.a. CASA VIEJO LUIS; a.k.a. EL VIEJO LUIS; a.k.a. TEQUILA EL VIEJO LUIS), El Paraiso No. 6848, Col. Ciudad Granja, Zapopan, Jalisco 45010, Mexico; Blvd. Luis Donaldo Colosio s/n Bonfil, Cancun, Quintana Roo, Mexico; RFC CVL090120UT2 (Mexico); Folio Mercantil No. 46920 (Mexico) [SDNTK].

CASA HAMZE, Number 313, Fourth Floor, Galeria Page, Regimiento Piribebuy Avenue, Ciudad del Este, Paraguay; Paraguayan tax identification number BAHA 6301000 [SDGT].

CASA VIEJO LUIS (a.k.a. CASA EL VIEJO LUIS; a.k.a. CASA EL VIEJO LUIS DISTRIBUIDORA, S.A. DE C.V.; a.k.a. EL VIEJO LUIS; a.k.a. TEQUILA EL VIEJO LUIS), El Paraiso No. 6848, Col. Ciudad Granja, Zapopan, Jalisco 45010, Mexico; Blvd. Luis Donaldo Colosio s/n Bonfil, Cancun, Quintana Roo, Mexico; RFC CVL090120UT2 (Mexico); Folio Mercantil No. 46920 (Mexico) [SDNTK].

CASANOVA ORDONEZ, Hermes Alirio; DOB 02 Oct 1973; POB Policarpa, Narino, Colombia; Cedula No. 98390155 (Colombia) (individual) [SDNTK].

CASARYANIFARD, Pejman (a.k.a. KOSARAYAN FARD, Ali Pejman Mahmud; a.k.a. KOSARAYANIFARD, Pejman Mahmood; f.k.a. KOSARIAN FARD; a.k.a. KOSARIAN FARD, Pejman; a.k.a. KOSARIAN, Amir; a.k.a. KOSARYANI-FARD, Pejman), P.O. Box 52404, Dubai, United Arab Emirates; DOB 27 Feb 1973; Passport C20423657 (individual) [SDGT].

CASAS LINARES, Miguel (a.k.a. FLORES HERNANDEZ, Raul), Distrito Federal, Mexico; Guadalajara, Jalisco, Mexico; Calle Piotr Tchaikovski 474, Col. Arcos de Guadalupe, Zapopan, Jalisco 45030, Mexico; Av. Sebastian Bach 5115, Col. Residencial La Estancia,

Zapopan, Jalisco, Mexico; Av. Chapalita 50, Col. Jardines Plaza del Sol, Guadalajara, Jalisco, Mexico; Calle 72, Panfilo Perez, 750 Sector Libertad, Col. Blanco y Cuellar, Guadalajara, Jalisco 44730, Mexico; Calle Llamarada 193, Fracc. Residencial Sumiya, Jiutepec, Morelos 62560, Mexico; Zaragoza Sur 201, Col. Centro, San Martin Texmelucan, Puebla 74000, Mexico; DOB 03 Oct 1952; alt. DOB 05 Mar 1951; POB Autlan de Navarro, Jalisco, Mexico; alt. POB San Martin Texmelucan, Puebla, Mexico; citizen Mexico; Gender Male; R.F.C. FOHR521003SF7 (Mexico); alt. R.F.C. FOHR510305SF7 (Mexico); C.U.R.P. FOHR521003HJCLRL07 (Mexico); alt. C.U.R.P. FOHR510305HPLLRL08 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION).

CASCARI, Abdulaziz (a.k.a. KASKARIY, Abdulaziz), Street 11/5, Number 4, Apartment 9, Istanbul, Zeytinburnu District 34025, Turkey; 2nd Floor, 32 Itaewon-ro 14-gil, Itaewon 1-dong, Yongsan-gu, Seoul, Korea, South; DOB 09 Jun 1991; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TURKOCA IMPORT EXPORT TRANSIT CO., LTD.).

CASH & CARRY RETAIL STORES (a.k.a. AFRI BELG; a.k.a. AFRI BELG COMMERCIO E INDUSTRIA LDA; a.k.a. AFRI-BELG; a.k.a. AFRI-BELG AGRICULTURE; a.k.a. AFRI-BELG CONTRUCTION; a.k.a. AFRI-BELG SUPERMERCADOS), Rua Comandante Valodia 266-268, Sao Paulo, Luanda, Angola; Avenida Comandante De Valodia n. 0.67, 1 Andar, Luanda, Angola; Website www.grupoarosfran.net; Email Address afribelg@snte.co.ao; (Afri-Belg Supermercados, Cash & Carry Retail Stores, Afri-belg Construction and Afri-Belg Agriculture are subsidiaries of Afri Belg Commercio E Industria Lda and operated from the same business address) [SDGT].

CASPIAN AIR (a.k.a. CASPIAN AIRLINES), Mehrabad International Airport, Tehran, Iran; No. 5 Sabounchi St., Beheshti Ave., Tehran, Iran; Email Address casp_avia@hotmail.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR].

CASPIAN AIRLINES (a.k.a. CASPIAN AIR), Mehrabad International Airport, Tehran, Iran; No. 5 Sabounchi St., Beheshti Ave., Tehran,

Iran; Email Address casp_avia@hotmail.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR].

CASPIAN ENERGY MANAGEMENT LIMITED LIABILITY COMPANY (a.k.a. CASPIAN ENERGY PROJECTS LIMITED LIABILITY COMPANY; a.k.a. CNRG MANAGEMENT; f.k.a. CNRG PROJECTS; f.k.a. CRN GROUP; a.k.a. LIMITED LIABILITY COMPANY KASPIYSKAYA ENERGIYA ADMINISTRATION OFFICE; a.k.a. "CNRG"), 60, Admiral Nakhimov St., Astrakhan 414018, Russia; Organization Established Date 15 Feb 2011; Tax ID No. 3017065795 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

CASPIAN ENERGY PROJECTS LIMITED LIABILITY COMPANY (a.k.a. CASPIAN ENERGY MANAGEMENT LIMITED LIABILITY COMPANY; a.k.a. CNRG MANAGEMENT; f.k.a. CNRG PROJECTS; f.k.a. CRN GROUP; a.k.a. LIMITED LIABILITY COMPANY KASPIYSKAYA ENERGIYA ADMINISTRATION OFFICE; a.k.a. "CNRG"), 60, Admiral Nakhimov St., Astrakhan 414018, Russia; Organization Established Date 15 Feb 2011; Tax ID No. 3017065795 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

CASPIAN MARITIME LIMITED, Fortuna Court, Block B, 284 Archbishop Makarios II Avenue, Limassol 3105, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(25800000); Fax (357)(25588055) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

CASPRO TECHNOLOGY CO., LIMITED (a.k.a. CASPRO TECHNOLOGY CO., LTD; a.k.a. CASPRO TECHNOLOGY LTD; a.k.a. SHENZHEN CASPRO TECHNOLOGY CO., LTD; a.k.a. SHENZHEN CASPRO TECHNOLOGY LTD.), Room203, B Bldg, No. 57, Busha Road, Nanwan, Longgang, Shenzhen, Guangdong 518114, China; Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 May 2018; Business Registration Number 2536463 (Hong Kong) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

CASPRO TECHNOLOGY CO., LTD (a.k.a. CASPRO TECHNOLOGY CO., LIMITED; a.k.a. CASPRO TECHNOLOGY LTD; a.k.a. SHENZHEN CASPRO TECHNOLOGY CO., LTD; a.k.a. SHENZHEN CASPRO

TECHNOLOGY LTD.), Room203, B Bldg, No. 57, Busha Road, Nanwan, Longgang, Shenzhen, Guangdong 518114, China; Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 May 2018; Business Registration Number 2536463 (Hong Kong) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

CASPRO TECHNOLOGY LTD (a.k.a. CASPRO TECHNOLOGY CO., LIMITED; a.k.a. CASPRO TECHNOLOGY CO., LTD; a.k.a. SHENZHEN CASPRO TECHNOLOGY CO., LTD; a.k.a. SHENZHEN CASPRO TECHNOLOGY CO., LTD; a.k.a. SHENZHEN CASPRO TECHNOLOGY LTD.), Room203, B Bldg, No. 57, Busha Road, Nanwan, Longgang, Shenzhen, Guangdong 518114, China; Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 May 2018; Business Registration Number 2536463 (Hong Kong) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

CASTANEDA MENDEZ, Jose Antonio, Residencial Monte Cielo, Casa B 102, Nindiri, Nicaragua; DOB 19 Nov 1963; POB Managua, Nicaragua; nationality Nicaragua; Gender Male; Passport C01252526 (Nicaragua) issued 21 Jun 2012 expires 21 Jun 2022; National ID No. 0011911630053V (Nicaragua) (individual) [NICARAGUA].

CASTANO GIL, Carlos, DOB 15 May 1965; POB Amalfi, Antioquia, Colombia; Cedula No. 70564150 (Colombia) (individual) [SDNTK].

CASTANO GIL, Jose Vicente; DOB 02 Jul 1957; Cedula No. 3370637 (Colombia) (individual) [SDNTK].

CASTELLANOS GARZON, Henry (a.k.a. "ROMANA"; a.k.a. "ROMANA, Edison"), Venezuela; DOB 20 Mar 1965; POB El Castillo, Meta, Colombia; nationality Colombia; Gender Male; Cedula No. 17353695 (Colombia) (individual) [SDGT] (Linked To: SEGUNDA MARQUETALIA).

CASTILLO RODRIGUEZ, Julio Alberto, Mexico; DOB 11 Oct 1976; POB Apatzingan, Michoacan de Ocampo, Mexico; C.U.R.P. CARJ761011HMNSDL06 (Mexico) (individual) [SDNTK] (Linked To: CARTEL DE JALISCO NUEVA GENERACION; Linked To: LOS CUINIS; Linked To: J & P ADVERTISING, S.A. DE C.V.; Linked To: W&G ARQUITECTOS, S.A. DE C.V.).

CASTLE COMPANY FOR PROTECTION, GUARDING AND SECURITY SERVICES

(a.k.a. AL-QALAA COMPANY FOR SECURITY SERVICES; a.k.a. AL-QALA'A FOR PROTECTION, GUARDING, AND SECURITY SERVICES (Arabic: شركة القلعة للحماية والحراسة والخدمات الامنية); a.k.a. C.S.P. CASTLE PROTECTION, GUARDING AND SECURITY SERVICES; a.k.a. CASTLE SECURITY AND PROTECTION LLC; a.k.a. CITADEL FOR PROTECTION, GUARD AND SECURITY SERVICES; a.k.a. "CASTLE SECURITY AND PROTECTION"), Opposite the gas station, enter hospital 601, Sheikh Saad, Mazzeh, West Villas, Damascus, Syria; Aleppo, Syria; Organization Type: Private security activities [SYRIA] (Linked To: BIN ALI, Khodr Taher).

CASTLE HOLDING GMBH (a.k.a. "CASTLE HOLDING"; a.k.a. "CASTLE HOLDING INVESTMENT"; a.k.a. "CASTLE INVEST"; a.k.a. "CASTLE INVEST HOLDING"), Sieveringerstrasse 164, Vienna 1190, Austria; National ID No. FN292092Y (Austria) [SYRIA] (Linked To: KALAI, Nader).

CASTLE INVEST HOLDING COMPANY SAL (a.k.a. CASTLE INVEST HOLDING SAL; a.k.a. CASTLE INVESTMENT HOLDING (Arabic: شركة كاسل إنفست هولدنغ ش.م.ل.); a.k.a. CASTLE INVESTMENT HOLDING PRIVATE JSC; a.k.a. "CASTLE HOLDINGS"), West Mazzeh, Damascus, Syria; First Floor, Sami Saleh Avenue, Beirut, Lebanon; Registration Number 1900127 (Lebanon) [SYRIA] (Linked To: KALAI, Nader).

CASTLE INVEST HOLDING SAL (a.k.a. CASTLE INVEST HOLDING COMPANY SAL; a.k.a. CASTLE INVESTMENT HOLDING (Arabic: شركة كاسل إنفست هولدنغ ش.م.ل.); a.k.a. CASTLE INVESTMENT HOLDING PRIVATE JSC; a.k.a. "CASTLE HOLDINGS"), West Mazzeh, Damascus, Syria; First Floor, Sami Saleh Avenue, Beirut, Lebanon; Registration Number 1900127 (Lebanon) [SYRIA] (Linked To: KALAI, Nader).

CASTLE INVESTMENT HOLDING (Arabic: شركة كاسل إنفست هولدنغ ش.م.ل.) (a.k.a. CASTLE INVEST HOLDING COMPANY SAL; a.k.a. CASTLE INVEST HOLDING SAL; a.k.a. CASTLE INVESTMENT HOLDING PRIVATE JSC; a.k.a. "CASTLE HOLDINGS"), West Mazzeh, Damascus, Syria; First Floor, Sami Saleh Avenue, Beirut, Lebanon; Registration Number 1900127 (Lebanon) [SYRIA] (Linked To: KALAI, Nader).

CASTLE INVESTMENT HOLDING PRIVATE JSC (a.k.a. CASTLE INVEST HOLDING COMPANY SAL; a.k.a. CASTLE INVEST

HOLDING SAL; a.k.a. CASTLE INVESTMENT HOLDING (Arabic: شركة كاسل إنفست هولدنغ ش.م.ل.); a.k.a. "CASTLE HOLDINGS"), West Mazzeh, Damascus, Syria; First Floor, Sami Saleh Avenue, Beirut, Lebanon; Registration Number 1900127 (Lebanon) [SYRIA] (Linked To: KALAI, Nader).

CASTLE SECURITY AND PROTECTION LLC (a.k.a. AL-QALAA COMPANY FOR SECURITY SERVICES; a.k.a. AL-QALA'A FOR PROTECTION, GUARDING, AND SECURITY SERVICES (Arabic: شركة القلعة للحماية والحراسة والخدمات الامنية); a.k.a. C.S.P. CASTLE PROTECTION, GUARDING AND SECURITY SERVICES; a.k.a. CASTLE COMPANY FOR PROTECTION, GUARDING AND SECURITY SERVICES; a.k.a. CITADEL FOR PROTECTION, GUARD AND SECURITY SERVICES; a.k.a. "CASTLE SECURITY AND PROTECTION"), Opposite the gas station, enter hospital 601, Sheikh Saad, Mazzeh, West Villas, Damascus, Syria; Aleppo, Syria; Organization Type: Private security activities [SYRIA] (Linked To: BIN ALI, Khodr Taher).

CASTREJON PENA, Victor Nazario, Mexico; DOB 05 May 1972; POB Iguala, Guerrero, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

CASTREJON PENA, Victor Nazario (a.k.a. MORENO GONZALEZ, Nazario; a.k.a. MORENO MADRIGAL, Nazario; a.k.a. MORENO, Chayo; a.k.a. MORENO, Jose; a.k.a. "CHAYO"; a.k.a. "EL CHAYO"; a.k.a. "EL DULCE"; a.k.a. "EL MAS LOCO"; a.k.a. "LA COMADRE"; a.k.a. "LOCO"; a.k.a. "TINO"), Apatzingan, Michoacan, Mexico; 625 Virgilio Garza Chepevera, Monterrey, Nuevo Leon 64030, Mexico; Calle Isidro Murivera, Matamoros 51370, Mexico; 7 Calle Fray Servando Teresa de Mier, Aptazingan, Michoacan, Mexico; 336 Calle Priv Carlos S de Gortari, Monterrey, Nuevo Laredo, Mexico; 36 Calle Nayarit, Caborca, Sonora 83610, Mexico; DOB 08 Mar 1970; alt. DOB 06 Mar 1970; alt. DOB 12 Jun 1967; alt. DOB 12 Jun 1979; alt. DOB 02 Feb 1982; POB Ario de Rosales, Michoacan, Mexico; alt. POB Guanajuatillo, Michoacan, Mexico; citizen Mexico; SSN 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 (United States); R.F.C. MOGN670612TN0 (Mexico); alt. R.F.C. MOGN700308TN2 (Mexico); alt. R.F.C. MOGN790612TN8 (Mexico); C.U.R.P. MOGN700308HMNRNZ07 (Mexico); Identification Number 092520304 (Mexico) (individual) [SDNTK].

CASTRO CORDERO, Natanael, Dominican Republic; DOB 08 Nov 1982; POB Santo Domingo, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 001-1481029-4 (Dominican Republic) (individual) [SDNTK].

CASTRO GONZALEZ, Sonia, Villa Barcelona De La Embajada De Espana, 100 Metros Al Este Casa 17, Managua, Nicaragua; DOB 29 Sep 1967; POB Carazo, Nicaragua; nationality Nicaragua; Gender Female; Passport A00001526 (Nicaragua) issued 19 Nov 2018 expires 19 Nov 2028; National ID No. 0422909670000N (Nicaragua) (individual) [NICARAGUA] [NICARAGUA-NHRAA].

CASTRO JARAMILLO, Monica Maria; DOB 27 Oct 1971; Cedula No. 43574795 (Colombia); Passport AK476053 (Colombia) (individual) [SDNT] (Linked To: COMERCIALIZADORA DE GANADO Y RENTAS DE CAPITAL S.A.).

CASTRO PAEZ, Jhon Paul, c/o CABLES NACIONALES CANAL S.A., Barranquilla, Colombia; POB Colombia; Cedula No. 72223501 (Colombia) (individual) [SDNT].

CASTRO RAMIREZ, Conan (a.k.a. CASTRO RAMIREZ, Conan Tonathiu; a.k.a. CASTRO, Conan), Antiguo Cuscatlan, La Libertad, El Salvador; DOB 31 May 1978; alt. DOB 30 May 1978; POB San Salvador, El Salvador; nationality El Salvador; Gender Male; Passport C01141422 (El Salvador) expires 26 Jan 2027; alt. Passport DA000506 (El Salvador) expires 18 Sep 2024; Salvadoran Presidential Legal Secretary (individual) [GLOMAG].

CASTRO RAMIREZ, Conan Tonathiu (a.k.a. CASTRO RAMIREZ, Conan; a.k.a. CASTRO, Conan), Antiguo Cuscatlan, La Libertad, El Salvador; DOB 31 May 1978; alt. DOB 30 May 1978; POB San Salvador, El Salvador; nationality El Salvador; Gender Male; Passport C01141422 (El Salvador) expires 26 Jan 2027; alt. Passport DA000506 (El Salvador) expires 18 Sep 2024; Salvadoran Presidential Legal Secretary (individual) [GLOMAG].

CASTRO RIVERA, Edwin Ramon, Nicaragua; DOB 05 Jan 1957; POB Leon, Nicaragua; nationality Nicaragua; Gender Male; Passport A0008826 (Nicaragua) issued 02 Feb 2012 expires 02 Feb 2022; National ID No. 2810501570012H (Nicaragua) (individual) [NICARAGUA].

CASTRO RODRIGUEZ, Raul (a.k.a. FELIX FELIX, Victor Manuel), Callejon Hortensias No. 320, Colonia Ciudad Bugambilias, Zapopan, Jalisco, Mexico; Calle Madero No. 39 Poniente,

Lote 51, Colonia Centro, Culiacan, Sinaloa Codigo Postal 80000, Mexico; Privada San Geronimo No. 1801, Fraccionamiento San Jeronimo, Mexicali, Baja California Codigo Postal 21297, Mexico; Calle Victor Hugo No. 177, Interior 12, Colonia Portales, Delegacion Benito Juarez, Distrito Federal Codigo Postal 03300, Mexico; Circuito de las Flores Norte 2252, Fraccionamiento Ciudad Bugambilias, Zapopan, Jalisco, Mexico; Presa la Boquilla 1033, Colonia Las Quintas, Culiacan, Sinaloa, Mexico; Boulevard Francisco I. Madero 39 Poniente Despacho 501, Colonia Centro, Culiacan, Sinaloa, Mexico; Sevilla 1526 302 A, Fraccionamiento el Cid, Mazatlan, Sinaloa CP 82110, Mexico; Privada de San Jeronimo, San Jeronimo, Algodones, Baja California CP 21298, Mexico; Privada Puerta de Roble Numero 17-E, Fraccionamiento Puerta de Roble, Zapopan, Jalisco, Mexico; DOB 10 Nov 1957; alt. DOB 20 Jan 1958; POB Culiacan, Sinaloa, Mexico; alt. POB Baja, California, Mexico; R.F.C. FEFV571110-G75 (Mexico); Credencial electoral FLFLVC57111025H101 (Mexico); C.U.R.P. FEFV571110HSLLLC08 (Mexico) (individual) [SDNTK].

CASTRO VILLA, Luis Fernando (a.k.a. FLORES PACHECO, Cenobio; a.k.a. "CHECO"; a.k.a. "CHEKO"); DOB 13 Nov 1974; citizen Mexico (individual) [SDNTK].

CASTRO, Conan (a.k.a. CASTRO RAMIREZ, Conan; a.k.a. CASTRO RAMIREZ, Conan Tonathiu), Antiguo Cuscatlan, La Libertad, El Salvador; DOB 31 May 1978; alt. DOB 30 May 1978; POB San Salvador, El Salvador; nationality El Salvador; Gender Male; Passport C01141422 (El Salvador) expires 26 Jan 2027; alt. Passport DA000506 (El Salvador) expires 18 Sep 2024; Salvadoran Presidential Legal Secretary (individual) [GLOMAG].

CASTRO, Jorge (a.k.a. ABDILLAH, Abubakar; a.k.a. ABDILLAH, Ustadz Abubakar; a.k.a. DE LOS REYES, Feliciano; a.k.a. DE LOS REYES, Feliciano Abubakar; a.k.a. DELOS REYES Y SEMBERIO, Feleciano; a.k.a. DELOS REYES, Feleciano Semborio; a.k.a. DELOS REYES, Feliciano Semborio, Jr.; a.k.a. DELOS REYES, Ustadz Abubakar; a.k.a. REYES, Abubakar; a.k.a. "ABDILLAH, Abdul"); DOB 04 Nov 1963; POB Arco, Lamitan, Basilan Province, Philippines; nationality Philippines (individual) [SDGT].

CASTRO, Oscar Rolando (a.k.a. CASTRO, Ronaldo), El Salvador; DOB 22 Apr 1973; POB Santa Elena, El Salvador; nationality El Salvador; Gender Male; Passport DA000293 (El Salvador) expires 10 Jun 2024; National ID No. 007591947 (El Salvador); Salvadoran Minister of Labor (individual) [GLOMAG].

CASTRO, Ronaldo (a.k.a. CASTRO, Oscar Rolando), El Salvador; DOB 22 Apr 1973; POB Santa Elena, El Salvador; nationality El Salvador; Gender Male; Passport DA000293 (El Salvador) expires 10 Jun 2024; National ID No. 007591947 (El Salvador); Salvadoran Minister of Labor (individual) [GLOMAG].

CATALINA HOLDINGS CORP., New York, NY 10107-1706, United States; Company Number 3934472 (New York) (United States) [VENEZUELA-EO13850].

CATERINO, Mario; DOB 14 Jun 1957; POB Casal di Principe, Italy (individual) [TCO].

CAUCASUS EMIRATE (a.k.a. IMARAT KAVKAZ; a.k.a. IMIRAT KAVKAZ; a.k.a. ISLAMIC EMIRATE OF THE CAUCASUS) [SDGT].

CAUCASUS WILAYAH (a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT - CAUCASUS PROVINCE; a.k.a. VILAYAT KAVKAZ; a.k.a. WILAYAH QAWKAZ; a.k.a. WILAYAT QAWQAZ; a.k.a. "CAUCASUS PROVINCE"), Dagestan, Russia; Chechnya, Russia; Ingushetia, Russia; Kabardino-Balkaria, Russia [SDGT].

CAVARA, Marinko, Bosnia and Herzegovina; DOB 02 Feb 1967; POB Busovaca, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; citizen Bosnia and Herzegovina; Gender Male; President of the Federation of Bosnia and Herzegovina (individual) [BALKANS-EO14033].

CAVIEDES DILEO Y CIA. S.C.S., Calle 21 Norte No. 3N-64, Cali, Colombia; NIT # 800113437-2 (Colombia) [SDNT].

CAZARES DE MEZA, Blanca Margarita (a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES GASTELUM, Blanca; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Chiquis; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM CAZARES, Blanca Margarita; a.k.a. GASTELLUM, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia

Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

CAZARES GASTELLUM, Blanca Margarita (a.k.a. CAZARES DE MEZA, Blanca Margarita; a.k.a. CAZARES GASTELUM, Blanca; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Chiquis; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM CAZARES, Blanca Margarita; a.k.a. GASTELLUM, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito

Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

CAZARES GASTELLUM, Victor Emilio (a.k.a. CAZARES GASTELUM, Victor Emilio; a.k.a. CAZARES SALAZAR, Victor Emilio; a.k.a. CAZAREZ GASTELUM, Victor; a.k.a. CAZAREZ SALAZAR, Victor Emilio; a.k.a. "EL LICENCIADO"; a.k.a. "EL VIEJO"), Mexico; DOB 08 Aug 1961; POB Guasavito, Guasave, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; C.U.R.P. CASV610808HSLZLC08 (Mexico) (individual) [SDNTK].

CAZARES GASTELUM, Blanca (a.k.a. CAZARES DE MEZA, Blanca Margarita; a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Chiquis; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM CAZARES, Blanca Margarita; a.k.a. GASTELLUM, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y

Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

CAZARES GASTELUM, Victor Emilio (a.k.a. CAZARES GASTELLUM, Victor Emilio; a.k.a. CAZARES SALAZAR, Victor Emilio; a.k.a. CAZAREZ GASTELUM, Victor; a.k.a. CAZAREZ SALAZAR, Victor Emilio; a.k.a. "EL LICENCIADO"; a.k.a. "EL VIEJO"), Mexico; DOB 08 Aug 1961; POB Guasavito, Guasave, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; C.U.R.P. CASV610808HSLZLC08 (Mexico) (individual) [SDNTK].

CAZARES MESA, Blanca (a.k.a. CAZARES DE MEZA, Blanca Margarita; a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES GASTELUM, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Chiquis; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM CAZARES, Blanca Margarita; a.k.a. GASTELLUM, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United

States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

CAZARES SALAZAR, Blanca Margarita (a.k.a. CAZARES DE MEZA, Blanca Margarita; a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES GASTELUM, Blanca; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Chiquis; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM CAZARES, Blanca Margarita; a.k.a. GASTELLUM, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

CAZARES SALAZAR, Victor Emilio (a.k.a. CAZARES GASTELLUM, Victor Emilio; a.k.a. CAZARES GASTELUM, Victor Emilio; a.k.a. CAZAREZ GASTELUM, Victor; a.k.a. CAZAREZ SALAZAR, Victor Emilio; a.k.a. "EL

LICENCIADO"; a.k.a. "EL VIEJO"), Mexico; DOB 08 Aug 1961; POB Guasavito, Guasave, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; C.U.R.P. CASV610808HSLZLC08 (Mexico) (individual) [SDNTK].

CAZARES, Blanca (a.k.a. CAZARES DE MEZA, Blanca Margarita; a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES GASTELUM, Blanca; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Chiquis; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM CAZARES, Blanca Margarita; a.k.a. GASTELLUM, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

CAZAREZ GASTELUM, Victor (a.k.a. CAZARES GASTELLUM, Victor Emilio; a.k.a. CAZARES GASTELUM, Victor Emilio; a.k.a. CAZARES SALAZAR, Victor Emilio; a.k.a. CAZAREZ SALAZAR, Victor Emilio; a.k.a. "EL LICENCIADO"; a.k.a. "EL VIEJO"), Mexico; DOB 08 Aug 1961; POB Guasavito, Guasave,

Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; C.U.R.P. CASV610808HSLZLC08 (Mexico) (individual) [SDNTK].

CAZAREZ MESA, Blanca (a.k.a. CAZARES DE MEZA, Blanca Margarita; a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES GASTELUM, Blanca; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Chiquis; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM CAZARES, Blanca Margarita; a.k.a. GASTELLUM, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

CAZAREZ SALAZAR DE MEZA, Blanca Margarita (a.k.a. CAZARES DE MEZA, Blanca Margarita; a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES GASTELUM, Blanca; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR, Blanca Margarita; a.k.a. CAZAREZ

SALAZAR, Chiquis; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM CAZARES, Blanca Margarita; a.k.a. GASTELLUM, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

CAZAREZ SALAZAR, Blanca Margarita (a.k.a. CAZARES DE MEZA, Blanca Margarita; a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES GASTELUM, Blanca; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Chiquis; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM CAZARES, Blanca Margarita; a.k.a. GASTELLUM, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico;

Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

CAZAREZ SALAZAR, Chiquis (a.k.a. CAZARES DE MEZA, Blanca Margarita; a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES GASTELUM, Blanca; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Blanca Margarita; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM CAZARES, Blanca Margarita; a.k.a. GASTELLUM, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep

1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

CAZAREZ SALAZAR, Victor Emilio (a.k.a. CAZARES GASTELLUM, Victor Emilio; a.k.a. CAZARES GASTELUM, Victor Emilio; a.k.a. CAZARES SALAZAR, Victor Emilio; a.k.a. CAZAREZ GASTELUM, Victor; a.k.a. "EL LICENCIADO"; a.k.a. "EL VIEJO"), Mexico; DOB 08 Aug 1961; POB Guasavito, Guasave, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; C.U.R.P. CASV610808HSLZLC08 (Mexico) (individual) [SDNTK].

CAZAREZ, Chiquis (a.k.a. CAZARES DE MEZA, Blanca Margarita; a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES GASTELUM, Blanca; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Chiquis; a.k.a. GASTELLUM CAZARES, Blanca Margarita; a.k.a. GASTELLUM, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen

Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

CB SPUTNIK (a.k.a. BANK SPUTNIK; a.k.a. BANK SPUTNIK CJSC; a.k.a. CB SPUTNIK PJSC; a.k.a. COMMERCIAL BANK SPUTNIK PUBLIC JOINT-STOCK COMPANY; f.k.a. OPEN JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK'; a.k.a. PUBLIC JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK'), Agibalov St. 48, Office 70, Samara, Samarskaya, Oblast 443041, Russia; SWIFT/BIC CSPJRU33; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 1071 (Russia) [NPWMD].

CB SPUTNIK PJSC (a.k.a. BANK SPUTNIK; a.k.a. BANK SPUTNIK CJSC; a.k.a. CB SPUTNIK; a.k.a. COMMERCIAL BANK SPUTNIK PUBLIC JOINT-STOCK COMPANY; f.k.a. OPEN JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK'; a.k.a. PUBLIC JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK'), Agibalov St. 48, Office 70, Samara, Samarskaya, Oblast 443041, Russia; SWIFT/BIC CSPJRU33; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 1071 (Russia) [NPWMD].

CCFW (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL SLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a.

JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

CEAR GYM (a.k.a. BANLU COMERCIALIZADORA, S.A. DE C.V.; a.k.a. CENTRO DE ENTRENAMIENTO SEAR), Calle Jilguero 171, Fraccionamiento Los Sauces, Puerto Vallarta, Jalisco 48328, Mexico; Calle Volcan Popocatepetl 5250, Col. El Colli Urbano, Zapopan, Jalisco 45070, Mexico; Organization Type: Non-specialized wholesale trade; alt. Organization Type: Activities of sports clubs; R.F.C. BCO150928QF3 (Mexico); Folio Mercantil No. 92027 (Mexico) [ILLICIT-DRUGS-EO14059].

CEBALLOS BUENO, Johanna Patricia; DOB 08 May 1985; POB Bogota, Colombia; Cedula No. 53176500 (Colombia) (individual) [SDNTK] (Linked To: C.I. DEL ISTMO S.A.S.; Linked To: G&G INTERNACIONAL S.A.S.; Linked To: INDUITEX LTDA.; Linked To: SBT S.A.; Linked To: PROMESAS DEL FUTBOL COLOMBIANO S.A.).

CEBALLOS ICHASO, Remigio, Caracas, Capital District, Venezuela; DOB 01 May 1963; Gender Male; Cedula No. 6557495 (Venezuela) (individual) [VENEZUELA-EO13884].

CEC BELARUS (a.k.a. BELARUSIAN CENTRAL ELECTION COMMISSION; f.k.a. CENTRAL COMMISSION OF THE REPUBLIC OF BELARUS ON ELECTIONS AND HOLDING REPUBLICAN REFERENDA; a.k.a. CENTRAL ELECTION COMMISSION OF THE REPUBLIC OF BELARUS (Cyrillic: ЦЕНТРАЛЬНАЯ ИЗБИРАТЕЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ); f.k.a. TSENTRALNAYA KAMISIYA RESPUBLIKI BELARUS PA VYBARAKH I PRAVYADZENNI RESPUBLIKANSKIKH REFERENDUMAU (Cyrillic: ЦЭНТРАЛЬНАЯ КАМІСІЯ РЭСПУБЛІКІ БЕЛАРУСЬ ПА ВЫБАРАХ І ПРАВЯДЗЕННІ РЭСПУБЛІКАНСКІХ РЭФЕРЭНДУМАЎ); f.k.a. TSENTRALNAYA KOMISSIYA RESPUBLIKI BELARUS PO VYBORAM I PROVEDENIYU RESPUBLIKANSKIKH REFERENDUMOV (Cyrillic: ЦЕНТРАЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ ПО ВЫБОРАМ И ПРОВЕДЕНИЮ РЕСПУБЛИКАНСКИХ

РЕФЕРЕНДУМОВ); a.k.a. "TSVK", 11 Sovetskaya St., House of Government, Minsk 220010, Belarus; Target Type Government Entity [BELARUS] [BELARUS-EO14038].

CEC CHEMICAL CO., LTD. (a.k.a. CEC LIMITED; a.k.a. CEC LTD.; a.k.a. CEC PHARM CO LTD; a.k.a. CEC PHARMATECH LTD; a.k.a. CHINA ENRICHING CHEMISTRY; a.k.a. HANGZHOU HONGYAN TRADING CO., LTD; a.k.a. IAN LIMITED; a.k.a. SHANGHAI CANHE PHARMTECH CO LTD), Room 807, 8/F Building 6, No.333 Guiping Road, Shanghai 200233, China; 401, No.23, Changning Road 1277, Shanghai 200051, China; Website www.cecchem.com; alt. Website www.eric1234.com [SDNTK].

CEC LIMITED (a.k.a. CEC CHEMICAL CO., LTD.; a.k.a. CEC LTD.; a.k.a. CEC PHARM CO LTD; a.k.a. CEC PHARMATECH LTD; a.k.a. CHINA ENRICHING CHEMISTRY; a.k.a. HANGZHOU HONGYAN TRADING CO., LTD; a.k.a. IAN LIMITED; a.k.a. SHANGHAI CANHE PHARMTECH CO LTD), Room 807, 8/F Building 6, No.333 Guiping Road, Shanghai 200233, China; 401, No.23, Changning Road 1277, Shanghai 200051, China; Website www.cecchem.com; alt. Website www.eric1234.com [SDNTK].

CEC LTD. (a.k.a. CEC CHEMICAL CO., LTD.; a.k.a. CEC LIMITED; a.k.a. CEC PHARM CO LTD; a.k.a. CEC PHARMATECH LTD; a.k.a. CHINA ENRICHING CHEMISTRY; a.k.a. HANGZHOU HONGYAN TRADING CO., LTD; a.k.a. IAN LIMITED; a.k.a. SHANGHAI CANHE PHARMTECH CO LTD), Room 807, 8/F Building 6, No.333 Guiping Road, Shanghai 200233, China; 401, No.23, Changning Road 1277, Shanghai 200051, China; Website www.cecchem.com; alt. Website www.eric1234.com [SDNTK].

CEC PHARM CO LTD (a.k.a. CEC CHEMICAL CO., LTD.; a.k.a. CEC LIMITED; a.k.a. CEC LTD.; a.k.a. CEC PHARMATECH LTD; a.k.a. CHINA ENRICHING CHEMISTRY; a.k.a. HANGZHOU HONGYAN TRADING CO., LTD; a.k.a. IAN LIMITED; a.k.a. SHANGHAI CANHE PHARMTECH CO LTD), Room 807, 8/F Building 6, No.333 Guiping Road, Shanghai 200233, China; 401, No.23, Changning Road 1277, Shanghai 200051, China; Website www.cecchem.com; alt. Website www.eric1234.com [SDNTK].

CEC PHARMATECH LTD (a.k.a. CEC CHEMICAL CO., LTD.; a.k.a. CEC LIMITED; a.k.a. CEC LTD.; a.k.a. CEC PHARM CO LTD;

a.k.a. CHINA ENRICHING CHEMISTRY; a.k.a. HANGZHOU HONGYAN TRADING CO., LTD; a.k.a. IAN LIMITED; a.k.a. SHANGHAI CANHE PHARMTECH CO LTD), Room 807, 8/F Building 6, No.333 Guiping Road, Shanghai 200233, China; 401, No.23, Changning Road 1277, Shanghai 200051, China; Website www.cecchem.com; alt. Website www.eric1234.com [SDNTK].

CECEP EDITORES S.A., Calle 5A No. 22-13, Cali, Colombia; Carrera 22 No. 5A-21, Cali, Colombia; NIT # 805018858-1 (Colombia) [SDNT].

CECEP S.A. (f.k.a. CENTRO COLOMBIANO DE ESTUDIOS PROFESIONALES LTDA.), Avenida 6 No. 28-102, Cali, Colombia; Calle 9B No. 29A-67, Cali, Colombia; NIT # 890315495-4 (Colombia) [SDNT].

CECOEX, S.A., Panama City, Panama [CUBA].

CEIEC (Chinese Simplified: 中国电子进出口总公司) (a.k.a. CHINA NATIONAL ELECTRONIC IMPORT-EXPORT COMPANY; a.k.a. CHINA NATIONAL ELECTRONICS IMPORT AND EXPORT CORPORATION), Block A 6-23F, No. 17 Fuxing Road, Haidian District, Beijing 100036, China; Calle Orinoco, Torre Nordic, Piso 6, Las Mercedes, Caracas 1060, Venezuela; Website https://www.ceiec.com; Registration Number 16382287 (China); Unified Social Credit Code (USCC) 9111000010000106X1 (China) [VENEZUELA].

CELESTIN, Rony, Haiti; DOB 24 Jun 1974; POB Hinche, Centre, Haiti; nationality Haiti; Gender Male; National ID No. 06-01-99-1974-06-00005 (Haiti) (individual) [ILLICIT-DRUGS-EO14059].

CELIK, Abdulhamid (a.k.a. CELIK, Abdulhamit; a.k.a. CHELIK, Abdulhamid), Turkey; DOB 01 Feb 1968; POB Mardin, Kiziltepe, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U00093082 (Turkey); National ID No. 55735353242 (Turkey) (individual) [SDGT] [IFSR] (Linked To: SHAHRIYARI, Behnam).

CELIK, Abdulhamit (a.k.a. CELIK, Abdulhamid; a.k.a. CHELIK, Abdulhamit), Turkey; DOB 01 Feb 1968; POB Mardin, Kiziltepe, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U00093082 (Turkey); National ID No. 55735353242 (Turkey) (individual) [SDGT] [IFSR] (Linked To: SHAHRIYARI, Behnam).

CELULANDIA TALLER & STORE SAN LUIS SON (a.k.a. CELULANDIA TALLER & STORE SLRC; a.k.a. CELULANDIA TALLER AND STORE SAN LUIS SON; a.k.a. CELULANDIA TALLER AND STORE SLRC; a.k.a. "CELULANDIA_SLRC"; a.k.a. "CELULANDIASLRC"; a.k.a. "CTS SLRC"), San Luis Rio Colorado, Sonora, Mexico; Avenida Libertad y 14, Residencias, San Luis Rio Colorado, Sonora, Mexico; Avenida Obregon y 18, San Luis Rio Colorado, Sonora, Mexico; Website https://celulandiatallerstore.negocio.site/; Organization Established Date 19 Aug 2017; Organization Type: Retail sale of information and communications equipment in specialized stores; R.F.C. GAVJ870112DP3 (Mexico) [ILLICIT-DRUGS-EO14059] (Linked To: GARCIA VELAZCO, Jorge Alejandro; Linked To: GONZALEZ CORDERO, Mayra Gisel).

CELULANDIA TALLER & STORE SLRC (a.k.a. CELULANDIA TALLER & STORE SAN LUIS SON; a.k.a. CELULANDIA TALLER AND STORE SAN LUIS SON; a.k.a. CELULANDIA TALLER AND STORE SLRC; a.k.a. "CELULANDIA_SLRC"; a.k.a. "CELULANDIASLRC"; a.k.a. "CTS SLRC"), San Luis Rio Colorado, Sonora, Mexico; Avenida Libertad y 14, Residencias, San Luis Rio Colorado, Sonora, Mexico; Avenida Obregon y 18, San Luis Rio Colorado, Sonora, Mexico; Website https://celulandiatallerstore.negocio.site/; Organization Established Date 19 Aug 2017; Organization Type: Retail sale of information and communications equipment in specialized stores; R.F.C. GAVJ870112DP3 (Mexico) [ILLICIT-DRUGS-EO14059] (Linked To: GARCIA VELAZCO, Jorge Alejandro; Linked To: GONZALEZ CORDERO, Mayra Gisel).

CELULANDIA TALLER AND STORE SAN LUIS SON (a.k.a. CELULANDIA TALLER & STORE SAN LUIS SON; a.k.a. CELULANDIA TALLER & STORE SLRC; a.k.a. CELULANDIA TALLER AND STORE SLRC; a.k.a. "CELULANDIA_SLRC"; a.k.a. "CELULANDIASLRC"; a.k.a. "CTS SLRC"), San Luis Rio Colorado, Sonora, Mexico; Avenida Libertad y 14, Residencias, San Luis Rio Colorado, Sonora, Mexico; Avenida Obregon y 18, San Luis Rio Colorado, Sonora, Mexico; Website https://celulandiatallerstore.negocio.site/; Organization Established Date 19 Aug 2017; Organization Type: Retail sale of information

and communications equipment in specialized stores; R.F.C. GAVJ870112DP3 (Mexico) [ILLICIT-DRUGS-EO14059] (Linked To: GARCIA VELAZCO, Jorge Alejandro; Linked To: GONZALEZ CORDERO, Mayra Gisel).

CELULANDIA TALLER AND STORE SLRC (a.k.a. CELULANDIA TALLER & STORE SAN LUIS SON; a.k.a. CELULANDIA TALLER & STORE SLRC; a.k.a. CELULANDIA TALLER AND STORE SAN LUIS SON; a.k.a. "CELULANDIA_SLRC"; a.k.a. "CELULANDIASLRC"; a.k.a. "CTS SLRC"), San Luis Rio Colorado, Sonora, Mexico; Avenida Libertad y 14, Residencias, San Luis Rio Colorado, Sonora, Mexico; Avenida Obregon y 18, San Luis Rio Colorado, Sonora, Mexico; Website https://celulandiatallerstore.negocio.site/; Organization Established Date 19 Aug 2017; Organization Type: Retail sale of information and communications equipment in specialized stores; R.F.C. GAVJ870112DP3 (Mexico) [ILLICIT-DRUGS-EO14059] (Linked To: GARCIA VELAZCO, Jorge Alejandro; Linked To: GONZALEZ CORDERO, Mayra Gisel).

CEMENT INDUSTRY INVESTMENT AND DEVELOPMENT COMPANY, Number 20, W. Nahid Street, Africa Blvd, Tehran, Iran; Website www.cidco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 218006 (Iran) [SDGT] [IFSR] (Linked To: TOSE-E MELLI GROUP INVESTMENT COMPANY).

CENG, Guowei (a.k.a. TSANG, Erick; a.k.a. TSANG, Erick Kwok-wai; a.k.a. TSANG, Kwok-wai (Chinese Traditional: 曾國衞; Chinese Simplified: 曾国卫); a.k.a. ZENG, Guowei), Flat 5F, Block 6, New Jade Gardens, Chaiwan, Hong Kong; DOB 01 Sep 1963; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. E9963190 (Hong Kong); Secretary for Constitutional and Mainland Affairs (individual) [HK-EO13936].

CENTENO RIVERA, Leonidas Nicolas, Jinotega, Nicaragua; DOB 06 Dec 1958; POB Nicaragua; nationality Nicaragua; Gender Male; National ID No. 2430612580000C (Nicaragua) (individual) [NICARAGUA].

CENTER FOR ADVANCED SYSTEMS RESEARCH (a.k.a. ADVANCED SYSTEMS RESEARCH COMPANY; a.k.a. ASRC; a.k.a. CRAS; a.k.a. PISHRO COMPANY; a.k.a. PISHRO SYSTEMS RESEARCH COMPANY),

Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

CENTER FOR INNOVATION AND TECHNOLOGY COOPERATION (f.k.a. OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. OFFICE OF SCIENTIFIC AND TECHNICAL COOPERATION; f.k.a. PRESIDENCY OFFICE OF SCIENTIFIC AND INDUSTRIAL STUDIES; a.k.a. TECHNOLOGY COOPERATION OFFICE; a.k.a. "CITC"; f.k.a. "OSIS"; f.k.a. "POSIS"; a.k.a. "TCO"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

CENTER FOR INSPECTING ORGANISED CRIMES (a.k.a. CENTER FOR THE STUDY OF ORGANIZED CRIME; a.k.a. CENTER TO INVESTIGATE ORGANIZED CRIME; a.k.a. CYBER CRIME OFFICE), Tehran, Iran; Website http://www.gerdab.ir/; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky

Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

CENTER FOR SCIENTIFIC AND TECHNICAL SERVICES DINAMIKA (a.k.a. JOINT STOCK COMPANY CENTER OF RESEARCH AND TECHNOLOGY SERVICES DINAMIKA), Shkolnaya st., 9/18, Zhukovsky, Moscow Region 140184, Russia; Organization Established Date 17 May 1995; Tax ID No. 5013026936 (Russia); Registration Number 1025001624636 (Russia) [RUSSIA-EO14024].

CENTER FOR SUPPORT AND DEVELOPMENT OF PUBLIC INITIATIVE CREATIVE DIPLOMACY (Cyrillic: ЦЕНТР ПОДДЕРЖКИ И РАЗВИТИЯ ОБЩЕСТВЕННЫХ ИНИЦИАТИВ КРЕАТИВНАЯ ДИПЛОМАТИЯ) (a.k.a. "CREATIVE DIPLOMACY" (Cyrillic: "КРЕАТИВНАЯ ДИПЛОМАТИЯ"); a.k.a. "PICREADI"; a.k.a. "PUBLIC INITIATIVE CREATIVE DIPLOMACY" (Cyrillic: "ОБЩЕСТВЕННЫХ ИНИЦИАТИВ КРЕАТИВНАЯ ДИПЛОМАТИЯ")), ul. Kuusinena, d. 11, korp. 1, Moscow 125252, Russia (Cyrillic: ул. Куусинена, д. 11, корп. 1, Москва 125252, Russia); Website picreadi.ru; alt. Website picreadi.com; Organization Type: Activities of political organizations; Target Type Charity or Nonprofit Organization; Tax ID No. 7714400021 (Russia); Registration Number 1117799005587 (Russia) issued 2010 [RUSSIA-EO14024] (Linked To: BURLINOVA, Natalya Valeryevna).

CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MINSK GUVD (a.k.a. AKRESCINA JAIL; a.k.a. AKRESTSINA; a.k.a. AKRESTSINA DETENTION CENTER; a.k.a. AKRESTSINA JAIL; a.k.a. CENTRE FOR ISOLATION OF OFFENDERS OF THE CHIEF DIRECTORATE OF THE INTERIOR OF MINSK EXECUTIVE COMMITTEE; a.k.a. INSTITUTION CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE; a.k.a.

OKRESTINA; a.k.a. OKRESTINA STREET DETENTION FACILITY; a.k.a. TSENTR IZALYATSYI PRAVANARUSHALNIKAU HUUS MINHARVYKANKAMA (Cyrillic: ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГУУС МІНГАРВЫКАНКАМА); a.k.a. TSENTR IZOLYATSII PRAVONARUSHITELEI GUVD MINGORISPOLKOMA (Cyrillic: ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГУВД МИНГОРИСПОЛКОМА); a.k.a. UCHREZHDENIYE TSENTR IZOLYATSII PRAVONARUSHITELEI GLAVNOVO UPRAVLENIYA VNUTRENNIKH DEL MINSKOVO GORODSKOVO ISPOLNITELNOVO KOMITETA (Cyrillic: УЧРЕЖДЕНИЕ ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГЛАВНОГО УПРАВЛЕНИЯ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. USTANOVA TSENTR IZALYATSYI PRAVANARUSHALNIKAU HALOUNAHA UPRAULENIYA UNUTRANYKH SPRAU MINSKAHA GARADSKOHA VYKANAUCHANA KAMITETA (Cyrillic: УСТАНОВА ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГАЛОЎНАГА ЎПРАЎЛЕННЯ ЎНУТРАНЫХ СПРАЎ МІНСКАГА ГАРАДСКОГА ВЫКАНАЎЧАГА КАМІТЭТА)), per. 1-st Okrestina, d. 36, Minsk 220028, Belarus (Cyrillic: пер. 1-й Окрестина, д. 36, г. Минск 220028, Belarus); Registration Number 191291828 (Belarus) [BELARUS].

CENTER FOR THE STUDY OF ORGANIZED CRIME (a.k.a. CENTER FOR INSPECTING ORGANISED CRIMES; a.k.a. CENTER TO INVESTIGATE ORGANIZED CRIME; a.k.a. CYBER CRIME OFFICE), Tehran, Iran; Website http://www.gerdab.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

CENTER OF CALL FOR WISDOM (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a.

JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS

COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-

Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

CENTER OF DIGITAL TECHNOLOGIES (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTR TSIFROVYKH TEKHNOLOGII), Ul. Pavlova 2 A, Kazan 420127, Russia; Ul. Dementyeva d. 1, Kazan 420036, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1661042795 (Russia); Registration Number 1141690092367 (Russia) [RUSSIA-EO14024].

CENTER TO INVESTIGATE ORGANIZED CRIME (a.k.a. CENTER FOR INSPECTING ORGANISED CRIMES; a.k.a. CENTER FOR THE STUDY OF ORGANIZED CRIME; a.k.a. CYBER CRIME OFFICE), Tehran, Iran; Website http://www.gerdab.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

CENTRAL BANK OF IRAN (a.k.a. BANK MARKAZI IRAN; a.k.a. BANK MARKAZI JOMHOURI ISLAMI IRAN; a.k.a. CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN (Arabic: ایران اسلامی جمهوری مرکزی بانک), PO Box 15875/7177, 144 Mirdamad Blvd, Tehran, Iran; 213 Ferdowsi Avenue, Tehran 11365, Iran; Mirdamad Blvd, 144 - P.O. Box 15875/7/77, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

CENTRAL BANK OF SYRIA (Arabic: سوریا مصرف المرکزی) (a.k.a. BANQUE CENTRALE DE SYRIE; a.k.a. MASRIF SOURIYA AL-MARKAZI), P.O. Box 2254, Altajrida Al Mughrabia Square, Damascus, Syria; Sabaa Bahrat Square, Damascus, Syria; SWIFT/BIC CBSYSYDA; Organization Established Date 28 Mar 1953; alt. Organization Established Date 01 Aug 1956; Organization Type: Central banking [SYRIA].

CENTRAL BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, 58-1 Mansu-dong, Sungri Street, Central District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN (Arabic: جمهوری مرکزی بانک ایران اسلامی) (a.k.a. BANK MARKAZI IRAN; a.k.a. BANK MARKAZI JOMHOURI ISLAMI IRAN; a.k.a. CENTRAL BANK OF IRAN), PO Box 15875/7177, 144 Mirdamad Blvd, Tehran, Iran; 213 Ferdowsi Avenue, Tehran 11365, Iran; Mirdamad Blvd, 144 - P.O. Box 15875/7/77, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

CENTRAL BANK OF VENEZUELA (a.k.a. BANCO CENTRAL DE VENEZUELA), Av. Urdaneta, Esquina Las Carmelitas, Edif. Banco Central, Caracas, Venezuela; Av. Urdaneta, Esquina de Carmelitas, Distrito Capital, Caracas 1010, Venezuela; SWIFT/BIC BCVEVECA; Tax ID No. G200001100 (Venezuela) [VENEZUELA-EO13850].

CENTRAL COMMISSION OF THE REPUBLIC OF BELARUS ON ELECTIONS AND HOLDING REPUBLICAN REFERENDA (a.k.a. BELARUSIAN CENTRAL ELECTION COMMISSION; a.k.a. CEC BELARUS; a.k.a. CENTRAL ELECTION COMMISSION OF THE REPUBLIC OF BELARUS (Cyrillic: ЦЕНТРАЛЬНАЯ ИЗБИРАТЕЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ); f.k.a. TSENTRALNAYA KAMISIYA RESPUBLIKI BELARUS PA VYBARAKH I PRAVYADZENNI RESPUBLIKANSKIKH REFERENDUMAU (Cyrillic: ЦЭНТРАЛЬНАЯ КАМІСІЯ РЭСПУБЛІКІ БЕЛАРУСЬ ПА ВЫБАРАХ І ПРАВЯДЗЕННІ РЭСПУБЛІКАНСКІХ РЭФЕРЭНДУМАЎ); f.k.a. TSENTRALNAYA KOMISSIYA RESPUBLIKI BELARUS PO VYBORAM I PROVEDENIYU RESPUBLIKANSKIKH REFERENDUMOV (Cyrillic: ЦЕНТРАЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ ПО ВЫБОРАМ И ПРОВЕДЕНИЮ РЕСПУБЛИКАНСКИХ РЕФЕРЕНДУМОВ); a.k.a. "TSVK"), 11 Sovetskaya St., House of Government, Minsk

220010, Belarus; Target Type Government Entity [BELARUS] [BELARUS-EO14038].

CENTRAL COMMITTEE BUREAU 39 (a.k.a. BUREAU 39; a.k.a. DIVISION 39; a.k.a. OFFICE #39; a.k.a. OFFICE 39; a.k.a. OFFICE NO. 39; a.k.a. "THIRD FLOOR"), Second KWP Government Building (Korean - Ch'o'ngsa), Chungso'ng, Urban Town (Korean - Dong), Chung Ward, Pyongyang, Korea, North; Chung-Guyok (Central District), Sosong Street, Kyongrim-Dong, Pyongyang, Korea, North; Changgwang Street, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

CENTRAL DESIGN BUREAU FOR AUTOMATICS ENGINEERING JSC (a.k.a. JOINT STOCK COMPANY CENTRAL DESIGN BUREAU OF AUTOMATICS; a.k.a. "TSKBA AO"), PR-KT Kosmicheskii D. 24 A, Omsk 644027, Russia; Organization Established Date 10 Sep 1949; Tax ID No. 5506202219 (Russia); Registration Number 1085543005976 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

CENTRAL DESIGN BUREAU OF APPARATUS ENGINEERING (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTRALNOE KONSTRUKTORSKOE BYURO APPARATOSTROENIYA; a.k.a. "AO TSKBA"; a.k.a. "APPARATUS DEVELOPMENT JOINT STOCK COMPANY"; a.k.a. "JSC CDBAE"), 36, ul Dmonstratsii, Tula 300034, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7106002868 (Russia); Registration Number 1027100740941 (Russia) [RUSSIA-EO14024].

CENTRAL DESIGN BUREAU USC-ICEBERG JSC (a.k.a. ICEBERG CENTRAL DESIGN BUREAU; a.k.a. JSC TSKB AYSBERG (Cyrillic: АО ЦКБ АЙСБЕРГ); a.k.a. UNITED SHIPBUILDING CORPORATION JSC AYSBERG CENTRAL DESIGN BUILDING; a.k.a. USC-ICEBERG CENTRAL DESIGN BUREAU), 36 Bolshoi Ave. V. I., St. Petersburg 199034, Russia; Tax ID No. 7801005606 (Russia) [RUSSIA-EO14024] (Linked To: JOINT

STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

CENTRAL DESIGN DEPARTMENT PELENG (f.k.a. ENGINEERING DEPARTMENT OF VAVILOVA PLANT; a.k.a. PELENG JOINT-STOCK COMPANY; a.k.a. PELENG JSC (Cyrillic: ПЕЛЕНГ); a.k.a. PELENG OAO), 25 Makayonka St., Minsk 220114, Belarus; 25 Makaenka St., Minsk 220114, Belarus; Organization Established Date 11 Mar 1994; Government Gazette Number 07526946 (Belarus); Registration Number 100230519 (Belarus) [BELARUS-EO14038].

CENTRAL ELECTION COMMISSION OF THE REPUBLIC OF BELARUS (Cyrillic: ЦЕНТРАЛЬНАЯ ИЗБИРАТЕЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ) (a.k.a. BELARUSIAN CENTRAL ELECTION COMMISSION; a.k.a. CEC BELARUS; f.k.a. CENTRAL COMMISSION OF THE REPUBLIC OF BELARUS ON ELECTIONS AND HOLDING REPUBLICAN REFERENDA; f.k.a. TSENTRALNAYA KAMISIYA RESPUBLIKI BELARUS PA VYBARAKH I PRAVYADZENNI RESPUBLIKANSKIKH REFERENDUMAU (Cyrillic: ЦЭНТРАЛЬНАЯ КАМІСІЯ РЭСПУБЛІКІ БЕЛАРУСЬ ПА ВЫБАРАХ І ПРАВЯДЗЕННІ РЭСПУБЛІКАНСКІХ РЭФЕРЭНДУМАЎ); a.k.a. TSENTRALNAYA KOMISSIYA RESPUBLIKI BELARUS PO VYBORAM I PROVEDENIYU RESPUBLIKANSKIKH REFERENDUMOV (Cyrillic: ЦЕНТРАЛЬНАЯ КОМИССИЯ РЕСПУБЛИКИ БЕЛАРУСЬ ПО ВЫБОРАМ И ПРОВЕДЕНИЮ РЕСПУБЛИКАНСКИХ РЕФЕРЕНДУМОВ); a.k.a. "TSVK"), 11 Sovetskaya St., House of Government, Minsk 220010, Belarus; Target Type Government Entity [BELARUS-EO14038].

CENTRAL ELECTION COMMISSION OF THE RUSSIAN FEDERATION (Cyrillic: ЦЕНТРАЛЬНАЯ ИЗБИРАТЕЛЬНАЯ КОМИССИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ) (a.k.a. TSENTRALNAYA IZBIRATELNAYA KOMISSIYA ROSSIISKOI FEDERATSII; a.k.a. TSENTRIZBIRKOM (Cyrillic: ЦЕНТРИЗБИРКОМ); a.k.a. TSIK ROSSII (Cyrillic: ЦИК РОССИИ)), Bolshoy Cherkassky Pereulok, Building 9, Moscow 109012, Russia; Organization Established Date 20 Dec 1993; Target Type Government Entity; Tax ID No. 7710010990 (Russia); Government Gazette Number 00065650 (Russia); Registration Number 1027700466640 (Russia) [RUSSIA-EO14024].

CENTRAL INSTITUTE OF AVIATION MOTORS (a.k.a. "CIAM" (Cyrillic: "ЦИАМ")), ul. Aviamotornaya, D. 2, Moscow 111116, Russia; Tax ID No. 7722497881 (Russia); Registration Number 1217700087285 (Russia) [RUSSIA-EO14024].

CENTRAL NATIONAL BANK OF THE DONETSK PEOPLE'S REPUBLIC (a.k.a. CENTRAL REPUBLIC BANK), Prospekt Mira 8a, Donetsk 83015, Ukraine; Website www.crb-dnr.ru; Email Address bank@crb-dnr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

CENTRAL POLICE RESERVE (a.k.a. ABU TIRA; a.k.a. CENTRAL RESERVE FORCES; a.k.a. CENTRAL RESERVE POLICE; a.k.a. EL ITTIHAD EL MARKAZI), Sudan; Organization Type: Public order and safety activities [GLOMAG].

CENTRAL PUBLIC PROSECUTORS OFFICE, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Public order and safety activities; Target Type Government Entity [DPRK2].

CENTRAL REPUBLIC BANK (a.k.a. CENTRAL NATIONAL BANK OF THE DONETSK PEOPLE'S REPUBLIC), Prospekt Mira 8a, Donetsk 83015, Ukraine; Website www.crb-dnr.ru; Email Address bank@crb-dnr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

CENTRAL RESEARCH INSTITUTE OF THE RUSSIAN AIR AND SPACE FORCES (a.k.a. FEDERALNOE GOSUDARSTVENNOE BJUDZHETNOE UCHREZHDENIE TSENTRALNYJ NAUCHNO-ISSLEDOVATELSKIJ INSTITUT VOJSK VOSDUSHNO-KOSMICHESKOJ OBORONY MINOBORONY ROSSII; a.k.a. FGBU TSNII VVKO MINOBORONY ROSSII; a.k.a. "TSNII VVKO"), 32 Afanasiya Nikitina Waterfront, Tver 170026, Russia; Tax ID No. 5018163975 (Russia); Registration Number 1145018002711 (Russia) [RUSSIA-EO14024].

CENTRAL RESEARCH RADIO ENGINEERING INSTITUTE NAMED AFTER ACADEMICIAN A I BERG (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTRALNYI NAUCHNO ISSLEDOVATELSKII RADIOTEKHNICHESKII

INSTIIUMENI AKADEMIKA A I BERGA; a.k.a. AO TSNIRTI IM AKADEMIKA A I BERGA; a.k.a. JOINT STOCK COMPANY TSNIRTI NAMED AFTER ACADEMICIAN A I BERG; a.k.a. "108 INSTITUTE"), 20 Nova Basmanna Street, Building 9, Moscow 107078, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9701039940 (Russia); Registration Number 1167746458648 (Russia) [RUSSIA-EO14024].

CENTRAL RESERVE FORCES (a.k.a. ABU TIRA; a.k.a. CENTRAL POLICE RESERVE; a.k.a. CENTRAL RESERVE POLICE; a.k.a. EL ITTIHAD EL MARKAZI), Sudan; Organization Type: Public order and safety activities [GLOMAG].

CENTRAL RESERVE POLICE (a.k.a. ABU TIRA; a.k.a. CENTRAL POLICE RESERVE; a.k.a. CENTRAL RESERVE FORCES; a.k.a. EL ITTIHAD EL MARKAZI), Sudan; Organization Type: Public order and safety activities [GLOMAG].

CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS (Cyrillic: ЦЕНТРАЛЬНЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ АВТОМАТИКИ И ГИДРАВЛИКИ); a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER CENTRAL RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS; a.k.a. JSC CENTRAL RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS; a.k.a. TSENTRALNYY NAUCHNOISSLEDOVATELSKIY INSTITUT AVTOMATIKI I GIDRAVLIKI; a.k.a. TSNIIAG (Cyrillic: ЦНИИАГ)), 5 Sovetskoy Armii St., Moscow 127018, Russia; Website https://cniiag.ru; Organization Established Date 23 Jan 2012; Tax ID No. 7715900066 (Russia) [RUSSIA-EO14024].

CENTRE DE LOISIR SAFARI CLUB (a.k.a. SAFARI CLUB; a.k.a. "SAFARI BEACH"), Nsele, Kinshasa, Congo, Democratic Republic of the; Gombe, Kinshasa, Congo, Democratic Republic of the; Registration ID 1322 (Congo, Democratic Republic of the) [DRCONGO] (Linked To: OLENGA, Francois).

CENTRE D'ETUDES ET RECHERCHES (a.k.a. SCIENTIFIC STUDIES AND RESEARCH

CENTER; a.k.a. "SSRC"), P.O. Box 4470, Damascus, Syria [NPWMD].

CENTRE FOR ISOLATION OF OFFENDERS OF THE CHIEF DIRECTORATE OF THE INTERIOR OF MINSK EXECUTIVE COMMITTEE (a.k.a. AKRESCINA JAIL; a.k.a. AKRESTSINA; a.k.a. AKRESTSINA DETENTION CENTER; a.k.a. AKRESTSINA JAIL; a.k.a. CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MINSK GUVD; a.k.a. INSTITUTION CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE; a.k.a. OKRESTINA; a.k.a. OKRESTINA STREET DETENTION FACILITY; a.k.a. TSENTR IZALYATSYI PRAVANARUSHALNIKAU HUUS MINHARVYKANKAMA (Cyrillic: ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГУУС МІНГАРВЫКАНКАМА); a.k.a. TSENTR IZOLYATSII PRAVONARUSHITELEI GUVD MINGORISPOLKOMA (Cyrillic: ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГУВД МИНГОРИСПОЛКОМА); a.k.a. UCHREZHDENIYE TSENTR IZOLYATSII PRAVONARUSHITELEI GLAVNOVO UPRAVLENIYA VNUTRENNIKH DEL MINSKOVO GORODSKOVO ISPOLNITELNOVO KOMITETA (Cyrillic: УЧРЕЖДЕНИЕ ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГЛАВНОГО УПРАВЛЕНИЯ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. USTANOVA TSENTR IZALYATSYI PRAVANARUSHALNIKAU HALOUNAHA UPRAULENIYA UNUTRANYKH SPRAU MINSKAHA GARADSKOHA VYKANAUCHAHA KAMITETA (Cyrillic: УСТАНОВА ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГАЛОЎНАГА ЎПРАЎЛЕННЯ ЎНУТРАНЫХ СПРАЎ МІНСКАГА ГАРАДСКОГА ВЫКАНАЎЧАГА КАМІТЭТА)), per. 1-st Okrestina, d. 36, Minsk 220028, Belarus (Cyrillic: пер. 1-й Окрестина, д. 36, г. Минск 220028, Belarus); Registration Number 191291828 (Belarus) [BELARUS].

CENTRE OF LOYALTY PROGRAMMES (a.k.a. JOINT STOCK COMPANY LOYALTY PROGRAMS CENTER; a.k.a. LPC JSC), 3 Poklonnaya St., floor 3, office 120, Moscow 121170, Russia; Tax ID No. 7702770003 (Russia); Registration Number 1117746689840 (Russia) [RUSSIA-EO14024] (Linked To:

PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

CENTRKURORT (a.k.a. DZYARZHAUNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: ДЗЯРЖАЎНАE ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. GOSUDARSTVENNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: ГОСУДАРСТВЕННОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. REPUBLICAN UNITARY ENTERPRISE TSENTRKURORT; a.k.a. RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: РЭСПУБЛІКАНСКАE ЎНІТАРНАE ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. RESPUBLIKANSKOYE UNITARNOYE PREDPRIYATIE TSENTRKURORT (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. STATE ENTERPRISE TSENTRKURORT; a.k.a. TSENTRKURORT), ul. Myasnikova, d. 39, kom. 338, Minsk 220048, Belarus (Cyrillic: ул. Мясникова, д. 39, ком. 338, г. Минск 220048, Belarus); Organization Established Date 19 Jul 2000; Organization Type: Tour operator activities; alt. Organization Type: Travel agency activities; Target Type State-Owned Enterprise; Registration Number 100726604 (Belarus) [BELARUS-EO14038].

CENTRO COLOMBIANO DE ESTUDIOS PROFESIONALES LTDA. (a.k.a. CECEP S.A.), Avenida 6 No. 28-102, Cali, Colombia; Calle 9B No. 29A-67, Cali, Colombia; NIT # 890315495-4 (Colombia) [SDNT].

CENTRO COMERCIAL Y HABITACIONAL LOMAS, S.A. DE C.V., Boulevard Emiliano Zapata #3125, Colonia Lomas Del Boulevard, Culiacan, Sinaloa 80110, Mexico [SDNTK].

CENTRO DE DIAGNOSTICO AUTOMOTRIZ EJE BANANERO S.A., Carrera 104 No. 96-97, Apartado, Antioquia, Colombia; NIT # 900228328 (Colombia) [SDNTK].

CENTRO DE ENTRENAMIENTO SEAR (a.k.a. BANLU COMERCIALIZADORA, S.A. DE C.V.; a.k.a. CEAR GYM), Calle Jilguero 171, Fraccionamiento Los Sauces, Puerto Vallarta, Jalisco 48328, Mexico; Calle Volcan Popocatepetl 5250, Col. El Colli Urbano, Zapopan, Jalisco 45070, Mexico; Organization Type: Non-specialized wholesale trade; alt. Organization Type: Activities of sports clubs; R.F.C. BCO150928QF3 (Mexico); Folio Mercantil No. 92027 (Mexico) [ILLICIT-DRUGS-EO14059].

CENTROPARTES CALI (a.k.a. COMERCIALIZADORA CGQ LTDA.), Carrera 18 No. 9-24, Cali, Colombia; NIT # 805029062-3 (Colombia) [SDNT].

CENTRUM MARITIME PTE. LTD., 10 Anson Road, 20-05 International Plaza, 079903, Singapore; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Nov 2020; Commercial Registry Number 202036616G (Singapore) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

CENTURONIC LTD, ABC Business Centre, Flat No: Flat 15, Floor No: Floor 1st, Charalampou Mouskou 20, Paphos 8010, Cyprus; Organization Established Date 23 Mar 2018; Business Registration Number 382931 (Cyprus) [BELARUS-EO14038] (Linked To: RAYYA, Samer).

CEPHAS, Syrenius (a.k.a. CEPHUS, Cyrenius; a.k.a. CEPHUS, Sayma Syrenius; a.k.a. CEPHUS, Syrenius; a.k.a. CEPHUS, Syrennius), Liberia; DOB 21 Sep 1965; POB Saykleken, Liberia; nationality Liberia; Gender Male; Passport PP0010178 (Liberia) expires 31 Oct 2022; alt. Passport AP0003208 (Liberia) expires 21 Oct 2023 (individual) [GLOMAG].

CEPHUS, Cyrenius (a.k.a. CEPHAS, Syrenius; a.k.a. CEPHUS, Sayma Syrenius; a.k.a. CEPHUS, Syrenius; a.k.a. CEPHUS, Syrennius), Liberia; DOB 21 Sep 1965; POB Saykleken, Liberia; nationality Liberia; Gender Male; Passport PP0010178 (Liberia) expires 31 Oct 2022; alt. Passport AP0003208 (Liberia) expires 21 Oct 2023 (individual) [GLOMAG].

CEPHUS, Sayma Syrenius (a.k.a. CEPHAS, Syrenius; a.k.a. CEPHUS, Cyrenius; a.k.a. CEPHUS, Syrenius; a.k.a. CEPHUS, Syrennius), Liberia; DOB 21 Sep 1965; POB Saykleken, Liberia; nationality Liberia; Gender Male; Passport PP0010178 (Liberia) expires 31 Oct 2022; alt. Passport AP0003208 (Liberia) expires 21 Oct 2023 (individual) [GLOMAG].

CEPHUS, Syrenius (a.k.a. CEPHAS, Syrenius; a.k.a. CEPHUS, Cyrenius; a.k.a. CEPHUS, Sayma Syrenius; a.k.a. CEPHUS, Syrennius), Liberia; DOB 21 Sep 1965; POB Saykleken, Liberia; nationality Liberia; Gender Male; Passport PP0010178 (Liberia) expires 31 Oct 2022; alt. Passport AP0003208 (Liberia) expires 21 Oct 2023 (individual) [GLOMAG].

CEPHUS, Syrennius (a.k.a. CEPHAS, Syrenius; a.k.a. CEPHUS, Cyrenius; a.k.a. CEPHUS, Sayma Syrenius; a.k.a. CEPHUS, Syrenius),

Liberia; DOB 21 Sep 1965; POB Saykleken, Liberia; nationality Liberia; Gender Male; Passport PP0010178 (Liberia) expires 31 Oct 2022; alt. Passport AP0003208 (Liberia) expires 21 Oct 2023 (individual) [GLOMAG].

CERKEZ, Mario; DOB 27 Mar 1959; POB Rijeka, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

CERNA JUAREZ, Lenin (a.k.a. CERNA JUAREZ, Reinaldo Gregorio Lenin), Nicaragua; DOB 29 Sep 1947; alt. DOB 29 Sep 1946; POB Nicaragua; nationality Nicaragua; citizen Nicaragua; Gender Male; Passport A005297 (Nicaragua) (individual) [NICARAGUA].

CERNA JUAREZ, Reinaldo Gregorio Lenin (a.k.a. CERNA JUAREZ, Lenin), Nicaragua; DOB 29 Sep 1947; alt. DOB 29 Sep 1946; POB Nicaragua; nationality Nicaragua; citizen Nicaragua; Gender Male; Passport A005297 (Nicaragua) (individual) [NICARAGUA].

CESAR PERALTA DRUG TRAFFICKING ORGANIZATION (a.k.a. "PERALTA DTO"), Dominican Republic [SDNTK].

CESIC, Ranko; DOB 05 Sep 1964; POB Drvar, Bosnia-Herzegovina; ICTY indictee in custody (individual) [BALKANS].

CESIC-ROJS, Ljubo; DOB 20 Feb 1958; POB Posulje, Bosnia-Herzegovina (individual) [BALKANS].

CETELEM BANK LIMITED LIABILITY COMPANY (a.k.a. CETELEM BANK LLC (Cyrillic: СЕТЕЛЕМ БАНК ООО); f.k.a. KOMMERCHESKI BANK UKRSIBBANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. SETELEM BANK LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕТЕЛЕМ БАНК); a.k.a. SETELEM BANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. SETELEM BANK OOO), 26 ul. Pravdy, Moscow 125124, Russia (Cyrillic: ул. Правды, д. 26, г. Москва 125124, Russia); SWIFT/BIC CETBRUMM; Website www.cetelem.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing

Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027739664260 (Russia); Tax ID No. 6452010742 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

CETELEM BANK LLC (Cyrillic: СЕТЕЛЕМ БАНК ООО) (a.k.a. CETELEM BANK LIMITED LIABILITY COMPANY; f.k.a. KOMMERCHESKI BANK UKRSIBBANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. SETELEM BANK LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕТЕЛЕМ БАНК); a.k.a. SETELEM BANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. SETELEM BANK OOO), 26 ul. Pravdy, Moscow 125124, Russia (Cyrillic: ул. Правды, д. 26, г. Москва 125124, Russia); SWIFT/BIC CETBRUMM; Website www.cetelem.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027739664260 (Russia); Tax ID No. 6452010742 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

CETNIK RAVNAGORSKI POKRET (a.k.a. CRP) [BALKANS].

CFU SHIPPING CO LIMITED (Chinese Simplified: 中船聯海運有限公司), 5/F Heng Shan CTR, 145 Queen's RD East, Wan Chai, Hong Kong, China; Company Number 2033130 (Hong Kong) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ARCTIC LNG 2).

CG - VASTGOED INVEST, Jacob Jacobsstraat 56, Antwerp 204818, Belgium; Organization Type: Activities of holding companies; Target Type Public Company; Enterprise Number 0806408906 (Belgium) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

CGN TRADE (a.k.a. CGN TRADE FZE), Saif Zone Office P8-03-41, Sharjah, United Arab Emirates; Parahat 3/2, Business Center, Parahat, Ashgabat 744000, Turkmenistan; Srednyaya Kalitnikovskaya Street 26/29, Russia; Website http://www.cgtradefze.com/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Oct 2019; Commercial Registry Number 11618701 (United Arab Emirates); License 20897 (United Arab Emirates) [SDGT] (Linked To: BASLAM NAKLIYAT VE DIS TICARET LTD STI).

CGN TRADE FZE (a.k.a. CGN TRADE), Saif Zone Office P8-03-41, Sharjah, United Arab Emirates; Parahat 3/2, Business Center, Parahat, Ashgabat 744000, Turkmenistan; Srednyaya Kalitnikovskaya Street 26/29, Russia; Website http://www.cgtradefze.com/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Oct 2019; Commercial Registry Number 11618701 (United Arab Emirates); License 20897 (United Arab Emirates) [SDGT] (Linked To: BASLAM NAKLIYAT VE DIS TICARET LTD STI).

CHA, Sung Jun (a.k.a. CH'A, Su'ng-chun), Beijing, China; DOB 04 Jun 1966; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472434355 (individual) [DPRK4].

CH'A, Su'ng-chun (a.k.a. CHA, Sung Jun), Beijing, China; DOB 04 Jun 1966; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472434355 (individual) [DPRK4].

CHA, Ta Fa (a.k.a. CHATURONG, Taiyai; a.k.a. CHATURONG, Thaiyai; a.k.a. LU, Chin Shun; a.k.a. "CHA TA FA"; a.k.a. "LU TA FA"; a.k.a.

"TA FA"), Burma; 29, Wawi Sub-district, Mae Suai District, Chiang Rai, Thailand; DOB 05 Mar 1958; National ID No. 3501000250521 (Thailand) (individual) [SDNTK].

CHAALAN, Abdul Nur Ali (a.k.a. SHAALAN, Abdul Nur Ali; a.k.a. SHALAN, Abd Al Nur; a.k.a. SHALAN, Abd Al Nur Ali; a.k.a. SHA'LAN, Abdul Nur Ali; a.k.a. SHALAN, Abdul-Nur Ali); DOB 17 May 1964; alt. DOB 1961; POB Baabda, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT] (Linked To: HIZBALLAH).

CHABANI, Slimane (a.k.a. ABDALLAH AL-JAZAIRI; a.k.a. ARIF, Said; a.k.a. ARIF, Said Mohamed; a.k.a. GHARIB, Omar; a.k.a. "ABDERAHMANE"; a.k.a. "ABDERRAHMANE"; a.k.a. "SOULEIMAN"), Syria; DOB 05 Dec 1965; POB Oran, Algeria; nationality Algeria (individual) [SDGT].

CHACON MIRANDA, Alejandro, Avenida Lopez Mateos Sur 4000, Fraccionamiento San Martin del Tajo, Interior Calle Camino del Azteca 121, Tlajomulco de Zuniga, Jalisco, Mexico; Calle Coral 2623, Fraccionamiento Residencial Victoria, Guadalajara, Jalisco, Mexico; DOB 22 Jul 1985; POB Ziracuaretiro, Michoacan, Mexico; nationality Mexico; Gender Male; C.U.R.P. CAMA850722HMNHRL02 (Mexico) (individual) [SDNTK].

CHAD, Mustapha (a.k.a. TCHAD, Mustapha); DOB 01 Jan 1978; nationality Chad (individual) [SDGT] (Linked To: BOKO HARAM).

CHADORMALU MINING & INDUSTRIAL CO. (a.k.a. CHADORMALU MINING & INDUSTRIAL COMPANY; a.k.a. CHADORMALU MINING & INDUSTRIAL PUBLIC JOINT STOCK COMPANY; a.k.a. CHADORMALU MINING AND INDUSTRIAL CO.; a.k.a. CHADORMALU MINING AND INDUSTRIAL COMPANY; a.k.a. CHADORMALU MINING AND INDUSTRIAL PUBLIC JOINT STOCK COMPANY), 56, Vali-e-Asr Street, Opposite the Prayer, Esfandyar Boulevard, Tehran 1968653647, Iran; Website www.chadormalu.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 145857 (Iran) [IRAN-EO13871].

CHADORMALU MINING & INDUSTRIAL COMPANY (a.k.a. CHADORMALU MINING & INDUSTRIAL CO.; a.k.a. CHADORMALU MINING & INDUSTRIAL PUBLIC JOINT STOCK COMPANY; a.k.a. CHADORMALU MINING AND INDUSTRIAL CO.; a.k.a.

CHADORMALU MINING AND INDUSTRIAL COMPANY; a.k.a. CHADORMALU MINING AND INDUSTRIAL PUBLIC JOINT STOCK COMPANY), 56, Vali-e-Asr Street, Opposite the Prayer, Esfandyar Boulevard, Tehran 1968653647, Iran; Website www.chadormalu.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 145857 (Iran) [IRAN-EO13871].

CHADORMALU MINING & INDUSTRIAL PUBLIC JOINT STOCK COMPANY (a.k.a. CHADORMALU MINING & INDUSTRIAL CO.; a.k.a. CHADORMALU MINING & INDUSTRIAL COMPANY; a.k.a. CHADORMALU MINING AND INDUSTRIAL CO.; a.k.a. CHADORMALU MINING AND INDUSTRIAL COMPANY; a.k.a. CHADORMALU MINING AND INDUSTRIAL PUBLIC JOINT STOCK COMPANY), 56, Vali-e-Asr Street, Opposite the Prayer, Esfandyar Boulevard, Tehran 1968653647, Iran; Website www.chadormalu.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 145857 (Iran) [IRAN-EO13871].

CHADORMALU MINING AND INDUSTRIAL CO. (a.k.a. CHADORMALU MINING & INDUSTRIAL CO.; a.k.a. CHADORMALU MINING & INDUSTRIAL COMPANY; a.k.a. CHADORMALU MINING & INDUSTRIAL PUBLIC JOINT STOCK COMPANY; a.k.a. CHADORMALU MINING AND INDUSTRIAL COMPANY; a.k.a. CHADORMALU MINING AND INDUSTRIAL PUBLIC JOINT STOCK COMPANY), 56, Vali-e-Asr Street, Opposite the Prayer, Esfandyar Boulevard, Tehran 1968653647, Iran; Website www.chadormalu.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 145857 (Iran) [IRAN-EO13871].

CHADORMALU MINING AND INDUSTRIAL COMPANY (a.k.a. CHADORMALU MINING & INDUSTRIAL CO.; a.k.a. CHADORMALU MINING & INDUSTRIAL COMPANY; a.k.a. CHADORMALU MINING & INDUSTRIAL PUBLIC JOINT STOCK COMPANY; a.k.a. CHADORMALU MINING AND INDUSTRIAL CO.; a.k.a. CHADORMALU MINING AND INDUSTRIAL PUBLIC JOINT STOCK COMPANY), 56, Vali-e-Asr Street, Opposite the Prayer, Esfandyar Boulevard, Tehran 1968653647, Iran; Website www.chadormalu.com; Additional Sanctions Information - Subject to Secondary Sanctions;

Registration Number 145857 (Iran) [IRAN-EO13871].

CHADORMALU MINING AND INDUSTRIAL PUBLIC JOINT STOCK COMPANY (a.k.a. CHADORMALU MINING & INDUSTRIAL CO.; a.k.a. CHADORMALU MINING & INDUSTRIAL COMPANY; a.k.a. CHADORMALU MINING & INDUSTRIAL PUBLIC JOINT STOCK COMPANY; a.k.a. CHADORMALU MINING AND INDUSTRIAL CO.; a.k.a. CHADORMALU MINING AND INDUSTRIAL COMPANY), 56, Vali-e-Asr Street, Opposite the Prayer, Esfandyar Boulevard, Tehran 1968653647, Iran; Website www.chadormalu.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 145857 (Iran) [IRAN-EO13871].

CHAFER (a.k.a. ADVANCED PERSISTENT THREAT 39; a.k.a. APT39; a.k.a. CADELSPY; a.k.a. ITG07; a.k.a. REMEXI), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

CHAGHAZARDI, Mahammadkazem (a.k.a. CHAGHAZARDY, Mohammad kazem; a.k.a. CHAGHAZARDY, MohammadKazem); DOB 21 Jan 1962; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: BANK SEPAH).

CHAGHAZARDY, Mohammad Kazem (a.k.a. CHAGHAZARDI, Mahammadkazem; a.k.a. CHAGHAZARDY, MohammadKazem); DOB 21 Jan 1962; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: BANK SEPAH).

CHAGHAZARDY, MohammadKazem (a.k.a. CHAGHAZARDI, Mahammadkazem; a.k.a. CHAGHAZARDY, Mohammad Kazem); DOB 21 Jan 1962; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: BANK SEPAH).

CHAHARMAHALI, Ali (Arabic: علی چهارمحالی) (a.k.a. CHEHARMAHALI, Ali), Karaj, Alborz Province, Iran; DOB 10 Jan 1976; POB Shushtar, Khuzestan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1880617978 (Iran) (individual) [IRAN-HR].

CHAHINE, Mireille; DOB 01 Mar 1983; POB Beirut, Lebanon; nationality Lebanon; Employee

and Accountant at Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

CHAICHAMRUNPHAN, Warin (a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

CHAIJAMROONPHAN, Warin (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o

PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

CHAIKA, Artem (a.k.a. CHAYKA, Artem Yuryevich), 38/2 Staraya Basmannaya, Apt. 310, Moscow, Russia; DOB 25 Sep 1975; POB Sverdlovsk, Russia; Gender Male; National ID No. 4501052463 (Russia) (individual) [GLOMAG].

CHAIKA, Igor Yuryevich (a.k.a. CHAYKA, Igor Yuryevich (Cyrillic: ЧАЙКА, Игорь Юрьевич); a.k.a. "IFYAU9" (Cyrillic: "ЙФЯАУ9")), Russia; DOB 13 Dec 1988; nationality Russia; citizen Russia; Gender Male; Tax ID No. 770302172306 (Russia) (individual) [RUSSIA-EO14024].

CHAIKA, Yuri (a.k.a. CHAIKA, Yury; a.k.a. CHAYKA, Yuriy Yakovlevich (Cyrillic: ЧАЙКА, Юрий Яковлевич)), Russia; DOB 21 May 1951; POB Nikolayevsk-on-Amur, Khabarovsk Territory, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

CHAIKA, Yury (a.k.a. CHAIKA, Yuri; a.k.a. CHAYKA, Yuriy Yakovlevich (Cyrillic: ЧАЙКА, Юрий Яковлевич)), Russia; DOB 21 May 1951; POB Nikolayevsk-on-Amur, Khabarovsk Territory, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

CHAIVORASILP, Vilai (a.k.a. CHAIWORASIN, Vilai; a.k.a. CHAIWORASIN, Wilai), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 1934; National ID No. 3102002529284 (Thailand) (individual) [SDNTK].

CHAIVORASILP, Vimolsri (a.k.a. CHAIVORASILP, Wimolsri; a.k.a. CHAIWORASIN, Vimonsi; a.k.a. CHAIWORASIN, Vimonsri; a.k.a. CHAIWORASIN, Wimonsi; a.k.a. CHAIWORASIN, Wimonsri), c/o A-TEAM CHEMICALS COMPANY LTD., Bangkok,

Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 1953; Passport B272327 (Thailand); National ID No. 3570900519762 (Thailand) (individual) [SDNTK].

CHAIVORASILP, Wimolsri (a.k.a. CHAIVORASILP, Vimolsri; a.k.a. CHAIWORASIN, Vimonsi; a.k.a. CHAIWORASIN, Vimonsri; a.k.a. CHAIWORASIN, Wimonsi; a.k.a. CHAIWORASIN, Wimonsri), c/o A-TEAM CHEMICALS COMPANY LTD., Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 1953; Passport B272327 (Thailand); National ID No. 3570900519762 (Thailand) (individual) [SDNTK].

CHAIWORASILP, Warin (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASIN, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Suravee; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Suravee; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG

JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

CHAIWORASIN, Vilai (a.k.a. CHAIVORASILP, Vilai; a.k.a. CHAIWORASIN, Wilai), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 1934; National ID No. 3102002529284 (Thailand) (individual) [SDNTK].

CHAIWORASIN, Vimonsi (a.k.a. CHAIVORASILP, Vimolsri; a.k.a. CHAIVORASILP, Wimolsri; a.k.a. CHAIWORASIN, Vimonsri; a.k.a. CHAIWORASIN, Wimonsi; a.k.a. CHAIWORASIN, Wimonsri), c/o A-TEAM CHEMICALS COMPANY LTD., Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 1953; Passport B272327 (Thailand); National ID No. 3570900519762 (Thailand) (individual) [SDNTK].

CHAIWORASIN, Vimonsri (a.k.a. CHAIVORASILP, Vimolsri; a.k.a. CHAIVORASILP, Wimolsri; a.k.a. CHAIWORASIN, Vimonsi; a.k.a. CHAIWORASIN, Wimonsri), c/o A-TEAM CHEMICALS COMPANY LTD., Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o

NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 1953; Passport B272327 (Thailand); National ID No. 3570900519762 (Thailand) (individual) [SDNTK].

CHAIWORASIN, Warin (a.k.a. CHAICHAMRUNPHAN, Warin; a.k.a. CHAIJAMROONPHAN, Warin; a.k.a. CHAIWORASILP, Warin; a.k.a. PICHAYOS, Warin; a.k.a. VORAWATVICHAI, Hataiwan; a.k.a. VORAWATVICHAI, Hathaiwan; a.k.a. VORAWATVICHAI, Surave; a.k.a. VORAWATVICHAI, Surawee; a.k.a. VORAWATVICHAI, Varin; a.k.a. WORAWATVICHAI, Hataiwan; a.k.a. WORAWATVICHAI, Hathaiwan; a.k.a. WORAWATVICHAI, Surave; a.k.a. WORAWATVICHAI, Surawee; a.k.a. WORAWATWICHAI, Hataiwan; a.k.a. WORAWATWICHAI, Hathaiwan; a.k.a. WORAWATWICHAI, Surawee; a.k.a. WORAWATWICHAI, Warin), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLOYDAENG JEWELRY SHOP, Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 09 Jan 1956; Passport N302083 (Thailand); National ID No. 3101701873838 (Thailand) (individual) [SDNTK].

CHAIWORASIN, Wilai (a.k.a. CHAIVORASILP, Vilai; a.k.a. CHAIWORASIN, Vilai), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 1934; National ID No. 3102002529284 (Thailand) (individual) [SDNTK].

CHAIWORASIN, Wimonsi (a.k.a. CHAIVORASILP, Vimolsri; a.k.a. CHAIVORASILP, Wimolsri; a.k.a. CHAIWORASIN, Vimonsri; a.k.a. CHAIWORASIN, Vimonsi; a.k.a. CHAIWORASIN, Wimonsri), c/o A-TEAM CHEMICALS COMPANY LTD., Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 1953; Passport B272327 (Thailand); National ID No. 3570900519762 (Thailand) (individual) [SDNTK].

CHAIWORASIN, Wimonsri (a.k.a. CHAIVORASILP, Vimolsri; a.k.a. CHAIVORASILP, Wimolsri; a.k.a. CHAIWORASIN, Vimonsri; a.k.a. CHAIWORASIN, Vimonsi; a.k.a. CHAIWORASIN, Wimonsi), c/o A-TEAM CHEMICALS COMPANY LTD., Bangkok, Thailand; c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 1953; Passport B272327 (Thailand); National ID No. 3570900519762 (Thailand) (individual) [SDNTK].

CHAKAR, Fouad Ali (a.k.a. CHAKAR, Fu'ad; a.k.a. SHUKR, Fu'ad; a.k.a. "CHAKAR, Al-Hajj Mohsin"), Harat Hurayk, Lebanon; Ozai, Lebanon; Al-Firdaws Building, Al-'Arid Street, Haret Hreik, Lebanon; Damascus, Syria; DOB 15 Apr 1961; alt. DOB 1962; POB An Nabi Shit, Ba'labakk, Biqa' Valley, Lebanon; alt. POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL2418369 (Lebanon) (individual) [SDGT] [SYRIA] (Linked To: HIZBALLAH).

CHAKAR, Fu'ad (a.k.a. CHAKAR, Fouad Ali; a.k.a. SHUKR, Fu'ad; a.k.a. "CHAKAR, Al-Hajj Mohsin"), Harat Hurayk, Lebanon; Ozai, Lebanon; Al-Firdaws Building, Al-'Arid Street, Haret Hreik, Lebanon; Damascus, Syria; DOB 15 Apr 1961; alt. DOB 1962; POB An Nabi Shit, Ba'labakk, Biqa' Valley, Lebanon; alt. POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL2418369 (Lebanon) (individual) [SDGT] [SYRIA] (Linked To: HIZBALLAH).

CHAKRA, Abu Jaafar (a.k.a. AL-HAYES, Raed Jassem; a.k.a. AL-HAYES, Raed Jassim; a.k.a. SHAKRA, Abu Jaafar; a.k.a. SHAQRA, Abu Ja'far; a.k.a. SHAQRA, Abu Jafar), Syria; DOB 1985; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

CHALAEV, Zamid Alievich (Cyrillic: ЧАЛАЕВ, Замид Алиевич) (a.k.a. CHALAYEV, Zamid Alievich), 8 T. Chalaeva St., Sterch Kerch Locality, Nozhay Yurtovsky District, Chechnya, Russia; 49 Bisaeva St., Gudermes, Chechnya, Russia; DOB 19 Aug 1981; POB Benoy Village, Nozhay Yurtovsky District, Chechnya, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

CHALAYEV, Zamid Alievich (a.k.a. CHALAEV, Zamid Alievich (Cyrillic: ЧАЛАЕВ, Замид Алиевич)), 8 T. Chalaeva St., Sterch Kerch Locality, Nozhay Yurtovsky District, Chechnya, Russia; 49 Bisaeva St., Gudermes, Chechnya, Russia; DOB 19 Aug 1981; POB Benoy Village, Nozhay Yurtovsky District, Chechnya, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

CHALIY, Aleksei (a.k.a. CHALIY, Aleksei Mikhailovich; a.k.a. CHALIY, Aleksey Mikhailovich; a.k.a. CHALIY, Aleksey Mykhaylovych; a.k.a. CHALIY, Alexei; a.k.a. CHALIY, Mikhailovich Oleksiy; a.k.a. CHALY, Aleksey Mikhailovich; a.k.a. CHALY, Alexei; a.k.a. CHALYI, Aleksei; a.k.a. CHALYI, Aleksiy); DOB 13 Jun 1961; POB Sevastopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Mayor of Sevastopol; Chairman of the Coordination Council for the Establishment of the Sevastopol Municipal Administration (individual) [UKRAINE-EO13660].

CHALIY, Aleksei Mikhailovich (a.k.a. CHALIY, Aleksei; a.k.a. CHALIY, Aleksey Mikhailovich; a.k.a. CHALIY, Aleksey Mykhaylovych; a.k.a.

CHALIY, Alexei; a.k.a. CHALIY, Mikhailovich Oleksiy; a.k.a. CHALY, Aleksey Mikhailovich; a.k.a. CHALY, Alexei; a.k.a. CHALYI, Aleksei; a.k.a. CHALYI, Aleksiy); DOB 13 Jun 1961; POB Sevastopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Mayor of Sevastopol; Chairman of the Coordination Council for the Establishment of the Sevastopol Municipal Administration (individual) [UKRAINE-EO13660].

CHALIY, Aleksey Mikhailovich (a.k.a. CHALIY, Aleksei; a.k.a. CHALIY, Aleksei Mikhailovich; a.k.a. CHALIY, Aleksey Mykhaylovych; a.k.a. CHALIY, Alexei; a.k.a. CHALIY, Mikhailovich Oleksiy; a.k.a. CHALY, Aleksey Mikhailovich; a.k.a. CHALY, Alexei; a.k.a. CHALYI, Aleksei; a.k.a. CHALYI, Aleksiy); DOB 13 Jun 1961; POB Sevastopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Mayor of Sevastopol; Chairman of the Coordination Council for the Establishment of the Sevastopol Municipal Administration (individual) [UKRAINE-EO13660].

CHALIY, Aleksey Mykhaylovych (a.k.a. CHALIY, Aleksei; a.k.a. CHALIY, Aleksei Mikhailovich; a.k.a. CHALIY, Aleksey Mikhailovich; a.k.a. CHALIY, Alexei; a.k.a. CHALIY, Mikhailovich Oleksiy; a.k.a. CHALY, Aleksey Mikhailovich; a.k.a. CHALY, Alexei; a.k.a. CHALYI, Aleksei; a.k.a. CHALYI, Aleksiy); DOB 13 Jun 1961; POB Sevastopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Mayor of Sevastopol; Chairman of the Coordination Council for the Establishment of the Sevastopol Municipal Administration (individual) [UKRAINE-EO13660].

CHALIY, Alexei (a.k.a. CHALIY, Aleksei; a.k.a. CHALIY, Aleksei Mikhailovich; a.k.a. CHALIY, Aleksey Mikhailovich; a.k.a. CHALIY, Aleksey Mykhaylovych; a.k.a. CHALIY, Mikhailovich Oleksiy; a.k.a. CHALY, Aleksey Mikhailovich; a.k.a. CHALY, Alexei; a.k.a. CHALYI, Aleksei; a.k.a. CHALYI, Aleksiy); DOB 13 Jun 1961; POB Sevastopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Mayor of Sevastopol; Chairman of the Coordination Council for the Establishment of the Sevastopol Municipal Administration (individual) [UKRAINE-EO13660].

CHALIY, Mikhailovich Oleksiy (a.k.a. CHALIY, Aleksei; a.k.a. CHALIY, Aleksei Mikhailovich;

a.k.a. CHALIY, Aleksey Mikhailovich; a.k.a. CHALIY, Aleksey Mykhaylovych; a.k.a. CHALIY, Alexei; a.k.a. CHALY, Aleksey Mikhailovich; a.k.a. CHALY, Alexei; a.k.a. CHALYI, Aleksei; a.k.a. CHALYI, Aleksiy); DOB 13 Jun 1961; POB Sevastopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Mayor of Sevastopol; Chairman of the Coordination Council for the Establishment of the Sevastopol Municipal Administration (individual) [UKRAINE-EO13660].

CHALY, Aleksey Mikhailovich (a.k.a. CHALIY, Aleksei; a.k.a. CHALIY, Aleksei Mikhailovich; a.k.a. CHALIY, Aleksey Mikhailovich; a.k.a. CHALIY, Aleksey Mykhaylovych; a.k.a. CHALIY, Alexei; a.k.a. CHALIY, Mikhailovich Oleksiy; a.k.a. CHALY, Alexei; a.k.a. CHALYI, Aleksei; a.k.a. CHALYI, Aleksiy); DOB 13 Jun 1961; POB Sevastopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Mayor of Sevastopol; Chairman of the Coordination Council for the Establishment of the Sevastopol Municipal Administration (individual) [UKRAINE-EO13660].

CHALY, Alexei (a.k.a. CHALIY, Aleksei; a.k.a. CHALIY, Aleksei Mikhailovich; a.k.a. CHALIY, Aleksey Mikhailovich; a.k.a. CHALIY, Aleksey Mykhaylovych; a.k.a. CHALIY, Alexei; a.k.a. CHALIY, Mikhailovich Oleksiy; a.k.a. CHALY, Aleksey Mikhailovich; a.k.a. CHALYI, Aleksei; a.k.a. CHALYI, Aleksiy); DOB 13 Jun 1961; POB Sevastopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Mayor of Sevastopol; Chairman of the Coordination Council for the Establishment of the Sevastopol Municipal Administration (individual) [UKRAINE-EO13660].

CHALYI, Aleksei (a.k.a. CHALIY, Aleksei; a.k.a. CHALIY, Aleksei Mikhailovich; a.k.a. CHALIY, Aleksey Mikhailovich; a.k.a. CHALIY, Aleksey Mykhaylovych; a.k.a. CHALIY, Alexei; a.k.a. CHALIY, Mikhailovich Oleksiy; a.k.a. CHALY, Aleksey Mikhailovich; a.k.a. CHALY, Alexei; a.k.a. CHALYI, Aleksiy); DOB 13 Jun 1961; POB Sevastopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Mayor of Sevastopol; Chairman of the Coordination Council for the Establishment of the Sevastopol Municipal Administration (individual) [UKRAINE-EO13660].

CHALYI, Aleksiy (a.k.a. CHALIY, Aleksei; a.k.a. CHALIY, Aleksei Mikhailovich; a.k.a. CHALIY, Aleksey Mikhailovich; a.k.a. CHALIY, Aleksey Mykhaylovych; a.k.a. CHALIY, Alexei; a.k.a. CHALIY, Mikhailovich Oleksiy; a.k.a. CHALY, Aleksey Mikhailovich; a.k.a. CHALYI, Aleksei); DOB 13 Jun 1961; POB Sevastopol, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Mayor of Sevastopol; Chairman of the Coordination Council for the Establishment of the Sevastopol Municipal Administration (individual) [UKRAINE-EO13660].

CHAM BANK (a.k.a. AL-CHAM ISLAMIC BANK; a.k.a. CHAM ISLAMIC BANK), Al-Najmeh Square, Damascus, Syria; All offices worldwide [SYRIA].

CHAM HOLDING (a.k.a. AL SHAM COMPANY; a.k.a. AL-SHAM COMPANY; a.k.a. CHAM INVESTMENT GROUP; a.k.a. SHAM HOLDING COMPANY SAL; a.k.a. "CHAM"; a.k.a. "SHAM HOLDING"), Cham Holding Building, Daraa Highway, Sahnaya Area, P.O. Box 9525, Damascus, Syria [SYRIA].

CHAM INVESTMENT GROUP (a.k.a. AL SHAM COMPANY; a.k.a. AL-SHAM COMPANY; a.k.a. CHAM HOLDING; a.k.a. SHAM HOLDING COMPANY SAL; a.k.a. "CHAM"; a.k.a. "SHAM HOLDING"), Cham Holding Building, Daraa Highway, Sahnaya Area, P.O. Box 9525, Damascus, Syria [SYRIA].

CHAM ISLAMIC BANK (a.k.a. AL-CHAM ISLAMIC BANK; a.k.a. CHAM BANK), Al-Najmeh Square, Damascus, Syria; All offices worldwide [SYRIA].

CHAM WINGS (Arabic: أجنحة الشام) (a.k.a. AJNEHAT AL SHAM; a.k.a. AL-SHAM WINGS; a.k.a. CHAM WINGS AIRLINES (Arabic: أجنحة الشام للطيران); f.k.a. SHAM WING AIRLINES), Al Fardous Street, Damascus, Syria; Saadoon Street, Baghdad, Iraq; 8 March Street, Lattakia, Syria; Hai Al Gharbi-Alraees Street, Kamishli, Syria; P.O. Box 1620 Tal-Kurdi, Adra, Damascus, Syria; Registration ID 14683 (Syria) [SYRIA] (Linked To: SYRIAN ARAB AIRLINES).

CHAM WINGS AIRLINES (Arabic: أجنحة الشام للطيران) (a.k.a. AJNEHAT AL SHAM; a.k.a. AL-SHAM WINGS; a.k.a. CHAM WINGS (Arabic: أجنحة الشام); f.k.a. SHAM WING AIRLINES), Al Fardous Street, Damascus, Syria; Saadoon Street, Baghdad, Iraq; 8 March Street, Lattakia, Syria; Hai Al Gharbi-Alraees Street, Kamishli, Syria; P.O. Box 1620 Tal-Kurdi, Adra,

Damascus, Syria; Registration ID 14683 (Syria) [SYRIA] (Linked To: SYRIAN ARAB AIRLINES).

CHAMAIYATI DOROI MASAULIYATI MAKHDUDI KAFOLATI KOMIL, Nokhiyai Shokhmansur, Str. M, Mastongulov, Dushanbe, Tajikistan; Tax ID No. 010099789 (Tajikistan); Registration Number 0110023953 (Tajikistan) [RUSSIA-EO14024].

CHAMPION WAY PTE LTD (a.k.a. ALEXSONG PTE LTD), Albert Street 60 #10-40, City-Beach Road, Singapore 189969, Singapore; Registration Number 199104462G (Singapore) [RUSSIA-EO14024].

CHAMS EXCHANGE (a.k.a. ALI MOHAMED CHAMS & PARTNER; a.k.a. ALI MOHAMED CHAMS AND PARTNER; a.k.a. CHAMS EXCHANGE COMPANY SAL), Sahata Choutra, Chtaura, Lebanon; Chams Building, 3rd Floor, Jalal, Chtaura, Zahle, Lebanon [SDNTK].

CHAMS EXCHANGE COMPANY SAL (a.k.a. ALI MOHAMED CHAMS & PARTNER; a.k.a. ALI MOHAMED CHAMS AND PARTNER; a.k.a. CHAMS EXCHANGE), Sahata Choutra, Chtaura, Lebanon; Chams Building, 3rd Floor, Jalal, Chtaura, Zahle, Lebanon [SDNTK].

CHAMS MLO (a.k.a. CHAMS MONEY LAUNDERING ORGANIZATION), Lebanon [SDNTK].

CHAMS MONEY LAUNDERING ORGANIZATION (a.k.a. CHAMS MLO), Lebanon [SDNTK].

CHAMS, Kassem (a.k.a. CHAMS, Qassim Muhammed; a.k.a. SHAMS, Kassem Mohammed; a.k.a. SHAMS, Qasim Muhammed), Hermel, Lebanon; Chams Building, 3rd Floor Jalal, Chtaura, Zahle, Lebanon; DOB 20 Mar 1962; POB Lebanon; citizen Lebanon; Gender Male (individual) [SDNTK] (Linked To: CHAMS MONEY LAUNDERING ORGANIZATION; Linked To: CHAMS EXCHANGE COMPANY SAL).

CHAMS, Mohamad (a.k.a. TARABAIN CHAMAS, Mohamad; a.k.a. TARABAY, Muhammad; a.k.a. TARABAYN SHAMAS, Muhammad), Avenida Jose Maria De Brito 606, Apartment 51, Foz do Iguacu, Brazil; Cecilia Meirelles 849, Bloco B, Apartment 09, Foz do Iguacu, Brazil; DOB 11 Jan 1967; POB Asuncion, Paraguay; citizen Lebanon; alt. citizen Brazil; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; National Foreign ID Number RNE: W031645-8 (Brazil) (individual) [SDGT].

CHAMS, Qassim Muhammed (a.k.a. CHAMS, Kassem; a.k.a. SHAMS, Kassem Mohammed; a.k.a. SHAMS, Qasim Muhammed), Hermel, Lebanon; Chams Building, 3rd Floor Jalal, Chtaura, Zahle, Lebanon; DOB 20 Mar 1962; POB Lebanon; citizen Lebanon; Gender Male (individual) [SDNTK] (Linked To: CHAMS MONEY LAUNDERING ORGANIZATION; Linked To: CHAMS EXCHANGE COMPANY SAL).

CHAN DY, King (a.k.a. CHANDY, Keung; a.k.a. CHANDY, King; a.k.a. CHANDY, Koeung), Cambodia; DOB 01 Mar 1959; alt. DOB 01 Mar 1958; Gender Female (individual) [GLOMAG] (Linked To: KIM, Kun).

CHAN, Changtrakul (a.k.a. CHANG, Chi Fu; a.k.a. CHANG, Shi-Fu; a.k.a. CHANG, Xifu; a.k.a. CHANGTRAKUL, Chan; a.k.a. KHUN SA); DOB 17 Feb 1933; alt. DOB 07 Jan 1932; alt. DOB 12 Feb 1932; POB Burma (individual) [SDNTK].

CHAN, Eric (a.k.a. CHAN, Eric Kwok-ki; a.k.a. CHAN, Kwok-ki (Chinese Simplified: 陈国基; Chinese Traditional: 陳國基)), Flat F, 20 Floor, Block 2, Royal Ascot, Shatin, Hong Kong; DOB 05 Apr 1959; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. G142458A (Hong Kong); Secretary General, Committee for Safeguarding National Security of the Hong Kong Special Administrative Region (individual) [HK-EO13936].

CHAN, Eric Kwok-ki (a.k.a. CHAN, Eric; a.k.a. CHAN, Kwok-ki (Chinese Simplified: 陈国基; Chinese Traditional: 陳國基)), Flat F, 20 Floor, Block 2, Royal Ascot, Shatin, Hong Kong; DOB 05 Apr 1959; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. G142458A (Hong Kong); Secretary General, Committee for Safeguarding National Security of the Hong Kong Special Administrative Region (individual) [HK-EO13936].

CHAN, Kwok-ki (Chinese Simplified: 陈国基; Chinese Traditional: 陳國基) (a.k.a. CHAN, Eric; a.k.a. CHAN, Eric Kwok-ki), Flat F, 20 Floor, Block 2, Royal Ascot, Shatin, Hong Kong; DOB 05 Apr 1959; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. G142458A (Hong Kong); Secretary General, Committee for Safeguarding National Security

of the Hong Kong Special Administrative Region (individual) [HK-EO13936].

CHAN, Shu Sang (a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

CHAN, Shusang (a.k.a. CHAN, Shu Sang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

CHANCHIRA, Boochuea (a.k.a. BOONCHUA, Chanchira; a.k.a. BOONCHUA, Chanjira; a.k.a. LIANG, Ching-fang; a.k.a. "CHE FONG"; a.k.a. "CHEFONG"; a.k.a. "JEH FONG"), c/o KHUM THAW COMPANY LIMITED, Chiang Mai, Thailand; c/o SANGSIRI KANKASET COMPANY LIMITED, Chiang Mai, Thailand; 261, Wichayanon Road, Tambon Chang Moi, Amphur Muang, Chiang Mai, Thailand; DOB 15

May 1951; National Foreign ID Number 350991386390 (Thailand) issued 28 Oct 1952 expires 14 May 2009 (individual) [SDNTK].

CHANDIO, Umar Kathio (a.k.a. AL-SINDHI, Abdallah; a.k.a. AL-SINDHI, Abdullah; a.k.a. AL-SINDI, Abdullah; a.k.a. AZMARAI, Umar Siddique Kathio; a.k.a. CHANDUO, Umar; a.k.a. CHANDYO, Omar; a.k.a. KATHIO, Muhammad Umar; a.k.a. KATIO, Muhammad Umar Sidduque; a.k.a. OMER, Muhammad; a.k.a. SINDHI, 'Abdallah; a.k.a. UMAR, Muhammad), Karachi, Pakistan; Miram Shah, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1977; POB Saudi Arabia; nationality Pakistan; National ID No. 466-77-221879 (Pakistan); alt. National ID No. 42201-015024707-7 (individual) [SDGT].

CHANDUO, Umar (a.k.a. AL-SINDHI, Abdallah; a.k.a. AL-SINDHI, Abdullah; a.k.a. AL-SINDI, Abdullah; a.k.a. AZMARAI, Umar Siddique Kathio; a.k.a. CHANDIO, Umar Kathio; a.k.a. CHANDYO, Omar; a.k.a. KATHIO, Muhammad Umar; a.k.a. KATIO, Muhammad Umar Sidduque; a.k.a. OMER, Muhammad; a.k.a. SINDHI, 'Abdallah; a.k.a. UMAR, Muhammad), Karachi, Pakistan; Miram Shah, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1977; POB Saudi Arabia; nationality Pakistan; National ID No. 466-77-221879 (Pakistan); alt. National ID No. 42201-015024707-7 (individual) [SDGT].

CHANDY, Keung (a.k.a. CHAN DY, King; a.k.a. CHANDY, King; a.k.a. CHANDY, Koeung), Cambodia; DOB 01 Mar 1959; alt. DOB 01 Mar 1958; Gender Female (individual) [GLOMAG] (Linked To: KIM, Kun).

CHANDY, King (a.k.a. CHAN DY, King; a.k.a. CHANDY, Keung; a.k.a. CHANDY, Koeung), Cambodia; DOB 01 Mar 1959; alt. DOB 01 Mar 1958; Gender Female (individual) [GLOMAG] (Linked To: KIM, Kun).

CHANDY, Koeung (a.k.a. CHAN DY, King; a.k.a. CHANDY, Keung; a.k.a. CHANDY, King), Cambodia; DOB 01 Mar 1959; alt. DOB 01 Mar 1958; Gender Female (individual) [GLOMAG] (Linked To: KIM, Kun).

CHANDYO, Omar (a.k.a. AL-SINDHI, Abdallah; a.k.a. AL-SINDHI, Abdullah; a.k.a. AL-SINDI, Abdullah; a.k.a. AZMARAI, Umar Siddique Kathio; a.k.a. CHANDIO, Umar Kathio; a.k.a. CHANDUO, Umar; a.k.a. KATHIO, Muhammad Umar; a.k.a. KATIO, Muhammad Umar Sidduque; a.k.a. OMER, Muhammad; a.k.a. SINDHI, 'Abdallah; a.k.a. UMAR, Muhammad), Karachi, Pakistan; Miram Shah, North

Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1977; POB Saudi Arabia; nationality Pakistan; National ID No. 466-77-221879 (Pakistan); alt. National ID No. 42201-015024707-7 (individual) [SDGT].

CHANG AN SHIPPING & TECHNOLOGY (Chinese Traditional: 長安海運技術有限公司) (a.k.a. CHANG AN SHIPPING AND TECHNOLOGY), Room 2105, DL1849, Trend Centre, 29-31 Cheung Lee Street, Chai Wan, Hong Kong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5938411 [DPRK4].

CHANG AN SHIPPING AND TECHNOLOGY (a.k.a. CHANG AN SHIPPING & TECHNOLOGY (Chinese Traditional: 長安海運技術有限公司)), Room 2105, DL1849, Trend Centre, 29-31 Cheung Lee Street, Chai Wan, Hong Kong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5938411 [DPRK4].

CHANG GUANG SATELLITE TECHNOLOGY CO., LTD. (Chinese Simplified: 长光卫星科技有限公司) (a.k.a. CHANGGUANG SATELLITE CO., LTD.; a.k.a. "CHARMING GLOBE"), No. 1299, Mingxi Road, Beihu Science Technology Development District, Changchun, Jilin, China; Organization Established Date 2014; Unified Social Credit Code (USCC) 91220101310012867G (China) [RUSSIA-EO14024].

CHANG NAVARRO, Luis Alfonso (a.k.a. CHANG, Luis), Guatemala; DOB 15 Mar 1978; POB Guatemala; nationality Guatemala; Gender Male; Passport 222977132 (Guatemala) expires 21 May 2022; National ID No. 2229 77132 0101 (Guatemala) (individual) [GLOMAG].

CHANG SHA TIAN YI KONG JIAN KE JI YAN JIU YUAN YOU XIAN GONG SI (Chinese Simplified: 长沙天仪空间科技研究院有限公司) (a.k.a. CHANGSHA TIANYI SPACE SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE CO. LTD; a.k.a. SPACETY CO. LTD), Room 445, 9th Floor, Block B, No. 18 Zhongguancun Street, Beijing, Haidian District, China; Changsha, China; Registration Number

430193000093452 (China); Unified Social Credit Code (USCC) 914301003206989977 (China) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY TERRA TECH).

CHANG, Chang-ha (a.k.a. JANG, Chang Ha); DOB 10 Jan 1964; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; President of Second Academy of Natural Sciences (individual) [DPRK2] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

CHANG, Chi Fu (a.k.a. CHAN, Changtrakul; a.k.a. CHANG, Shi-Fu; a.k.a. CHANG, Xifu; a.k.a. CHANGTRAKUL, Chan; a.k.a. KHUN SA); DOB 17 Feb 1933; alt. DOB 07 Jan 1932; alt. DOB 12 Feb 1932; POB Burma (individual) [SDNTK].

CHANG, Chin Sung (a.k.a. KLUAI YUAI, Choi Luang; a.k.a. "AH SUNG"), Shan State, Burma; 57/2 , Mu 4, Tambon Pa Pae, Amphur Mae Taeng, Chiang Mai, Thailand; DOB 20 Dec 1959; National ID No. 3550700628151 (Thailand) (individual) [SDNTK].

CHANG, Eric (a.k.a. LEI, Zhang; a.k.a. ZHANG, Lei; a.k.a. ZHANG, Shi); DOB 03 Jan 1976; POB Shanghai, China; citizen China; Passport G23851362 (China); alt. Passport W76048374 (China); National ID No. 320202197601030513 (China); Chinese Commercial Code 1728 4320 (individual) [SDNTK] (Linked To: CEC LIMITED).

CHANG, Kyong-hwa (a.k.a. JANG, Kyong Hwa); DOB 13 Nov 1951; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Official at Second Academy of Natural Sciences (individual) [DPRK2] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

CHANG, Luis (a.k.a. CHANG NAVARRO, Luis Alfonso), Guatemala; DOB 15 Mar 1978; POB Guatemala; nationality Guatemala; Gender Male; Passport 222977132 (Guatemala) expires 21 May 2022; National ID No. 2229 77132 0101 (Guatemala) (individual) [GLOMAG].

CHANG, Myo' ng-ch'o' l (a.k.a. JANG, Myong Chol), Shenyang, China; Dandong, China; DOB 09 Sep 1968; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and

510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

CHANG, MYONG HO (a.k.a. CHANG, MYO'NG-HO; a.k.a. CHANG, MYONG-HO; a.k.a. RA, Kyong-Su), Beijing, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tanchon Commercial Bank Representative to Beijing, China (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

CHANG, Myong-Chin (a.k.a. JANG, Myong-Jin); DOB 1966; alt. DOB 1965; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

CHANG, MYONG-HO (a.k.a. CHANG, MYONG HO; a.k.a. CHANG, MYO'NG-HO; a.k.a. RA, Kyong-Su), Beijing, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tanchon Commercial Bank Representative to Beijing, China (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

CHANG, MYO'NG-HO (a.k.a. CHANG, MYONG HO; a.k.a. CHANG, MYONG-HO; a.k.a. RA, Kyong-Su), Beijing, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tanchon Commercial Bank Representative to Beijing, China (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

CHANG, Ping Yun (a.k.a. KHUN, Saeng); DOB 07 Jan 1940; POB Burma (individual) [SDNTK].

CHANG, Shi-Fu (a.k.a. CHAN, Changtrakul; a.k.a. CHANG, Chi Fu; a.k.a. CHANG, Xifu; a.k.a. CHANGTRAKUL, Chan; a.k.a. KHUN SA); DOB 17 Feb 1933; alt. DOB 07 Jan 1932; alt. DOB 12 Feb 1932; POB Burma (individual) [SDNTK].

CHANG, Tony (a.k.a. CHANG, Wen-Fu; a.k.a. ZHANG, Wen-Fu); DOB 01 Apr 1965;

nationality Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 211606395 (Taiwan) (individual) [NPWMD].

CHANG, Wen-Fu (a.k.a. CHANG, Tony; a.k.a. ZHANG, Wen-Fu); DOB 01 Apr 1965; nationality Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 211606395 (Taiwan) (individual) [NPWMD].

CHANG, Xifu (a.k.a. CHAN, Changtrakul; a.k.a. CHANG, Chi Fu; a.k.a. CHANG, Shi-Fu; a.k.a. CHANGTRAKUL, Chan; a.k.a. KHUN SA); DOB 17 Feb 1933; alt. DOB 07 Jan 1932; alt. DOB 12 Feb 1932; POB Burma (individual) [SDNTK].

CHANGGUANG SATELLITE CO., LTD. (a.k.a. CHANG GUANG SATELLITE TECHNOLOGY CO., LTD. (Chinese Simplified: 长光卫星科技有限公司); a.k.a. "CHARMING GLOBE"), No. 1299, Mingxi Road, Beihu Science Technology Development District, Changchun, Jilin, China; Organization Established Date 2014; Unified Social Credit Code (USCC) 91220101310012867G (China) [RUSSIA-EO14024].

CHANGGWANG CREDIT BANK (f.k.a. KOREA CHANGGWANG CREDIT BANK; a.k.a. TANCHON COMMERCIAL BANK), Saemul 1-Dong Pyongchon District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

CHANGGWANG SINYONG CORPORATION (a.k.a. DPRKN MINING DEVELOPMENT TRADING COOPERATION; a.k.a. EXTERNAL TECHNOLOGY GENERAL CORPORATION; a.k.a. KOREA KUMRYONG TRADING COMPANY; a.k.a. KOREA MINING DEVELOPMENT TRADING CORPORATION; a.k.a. KOREAN MINING AND INDUSTRIAL DEVELOPMENT CORPORATION; a.k.a. NORTH KOREAN MINING DEVELOPMENT TRADING CORPORATION; a.k.a. "KOMID"), Central District, Pyongyang, Korea, North; Beijing, China; Moscow, Russia; Tehran, Iran; Damascus, Syria; Secondary sanctions risk:

North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK2].

CHANGSHA TIANYI SPACE SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE CO. LTD (a.k.a. CHANG SHA TIAN YI KONG JIAN KE JI YAN JIU YUAN YOU XIAN GONG SI (Chinese Simplified: 长沙天仪空间科技研究院有限公司); a.k.a. SPACETY CO. LTD), Room 445, 9th Floor, Block B, No. 18 Zhongguancun Street, Beijing, Haidian District, China; Changsha, China; Registration Number 430193000093452 (China); Unified Social Credit Code (USCC) 91430100320698997 7 (China) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY TERRA TECH).

CHANGTRAKUL, Chan (a.k.a. CHAN, Changtrakul; a.k.a. CHANG, Chi Fu; a.k.a. CHANG, Shi-Fu; a.k.a. CHANG, Xifu; a.k.a. KHUN SA); DOB 17 Feb 1933; alt. DOB 07 Jan 1932; alt. DOB 12 Feb 1932; POB Burma (individual) [SDNTK].

CHANGZHOU UTEK COMPOSITE COMPANY LTD (a.k.a. "CUC"), Fuhanyuan 1-812, New North District, Changzhou, Jiangsu 213022, China; Website utekcomposite.com; Organization Established Date 04 Jun 2012 [NPWMD].

CHANTARAPRAPAPORN, Apinya (a.k.a. CHANTHRAPRAPHAPHON, Aphinya; a.k.a. CHANTRAPRAPAPORN, Apinya; a.k.a. CHATARAPRAPAPORN, Apinya; a.k.a. JUNTARAPRAPORN, Aping), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o BANGKOK SILK FLOWER COMPANY LTD., Bangkok, Thailand; DOB 14 Jan 1955 (individual) [SDNTK].

CHANTARAPRAPAPORN, Arin (a.k.a. CHANTHRAPRAPHAPHON, Amarin; a.k.a. CHANTHRAPRAPHAPHON, Arin; a.k.a. CHANTRAPRAPAPORN, Arrin; a.k.a. CHATARAPRAPAPORN, Arin; a.k.a. JANPRAPAPORN, Arin), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o BANGKOK SILK FLOWER COMPANY LTD., Bangkok, Thailand; DOB 05 May 1954; Passport M93116 (Thailand) (individual) [SDNTK].

CHANTHRAPRAPHAPHON, Amarin (a.k.a. CHANTARAPRAPAPORN, Arin; a.k.a.

CHANTHRAPRAPHAPHON, Arin; a.k.a. CHANTRAPRAPAPORN, Arrin; a.k.a. CHATARAPRAPAPORN, Arin; a.k.a. JANPRAPAPORN, Arin), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o BANGKOK SILK FLOWER COMPANY LTD., Bangkok, Thailand; DOB 05 May 1954; Passport M93116 (Thailand) (individual) [SDNTK].

CHANTHRAPRAPHAPHON, Aphinya (a.k.a. CHANTARAPRAPAPORN, Apinya; a.k.a. CHANTRAPRAPAPORN, Apinya; a.k.a. CHATARAPRAPAPORN, Apinya; a.k.a. JUNTARAPRAPORN, Aping), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o BANGKOK SILK FLOWER COMPANY LTD., Bangkok, Thailand; DOB 14 Jan 1955 (individual) [SDNTK].

CHANTHRAPRAPHAPHON, Arin (a.k.a. CHANTARAPRAPAPORN, Arin; a.k.a. CHANTHRAPRAPHAPHON, Amarin; a.k.a. CHANTRAPRAPAPORN, Arrin; a.k.a. CHATARAPRAPAPORN, Arin; a.k.a. JANPRAPAPORN, Arin), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o BANGKOK SILK FLOWER COMPANY LTD., Bangkok, Thailand; DOB 05 May 1954; Passport M93116 (Thailand) (individual) [SDNTK].

CHANTRAPRAPAPORN, Apinya (a.k.a. CHANTARAPRAPAPORN, Apinya; a.k.a. CHANTHRAPRAPHAPHON, Aphinya; a.k.a. CHATARAPRAPAPORN, Apinya; a.k.a. JUNTARAPRAPORN, Aping), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o BANGKOK SILK FLOWER COMPANY LTD., Bangkok, Thailand; DOB 14 Jan 1955 (individual) [SDNTK].

CHANTRAPRAPAPORN, Arrin (a.k.a. CHANTARAPRAPAPORN, Arin; a.k.a. CHANTHRAPRAPHAPHON, Amarin; a.k.a. CHANTHRAPRAPHAPHON, Arin; a.k.a. CHATARAPRAPAPORN, Arin; a.k.a. JANPRAPAPORN, Arin), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o BANGKOK SILK FLOWER COMPANY LTD., Bangkok, Thailand; DOB 05 May 1954; Passport M93116 (Thailand) (individual) [SDNTK].

CHAPLIN, Nikita Yuryevich (Cyrillic: ЧАПЛИН, Никита Юрьевич), Russia; DOB 28 Jul 1982; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the

Russian Federation (individual) [RUSSIA-EO14024].

CHAPS INVESTMENT INC., Panama City, Panama; RUC # 63315-21-354702 (Panama) [SDNTK].

CHAR, Koang Biel (a.k.a. BIEL, Gordon Koang; a.k.a. BIEL, Gordon Koang Char; a.k.a. "NYALUALGO, Koang"), Koch County, Unity, South Sudan; Bentiu, Unity, South Sudan; DOB 1973 to 1975; POB Gany, South Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

CHARARA, Ali Youssef (a.k.a. SHARARA, Ali Youssef; a.k.a. SHARARA, 'Ali Yusuf), Ghobeiry Center, Mcharrafieh, Beirut, Lebanon; Verdun 732 Center, 17th Floor, Verdun, Rachid Karameh Street, Beirut, Lebanon; Al-Ahlam, 4th Floor, Embassies Street, Bir Hassan, Beirut, Lebanon; DOB 25 Sep 1968; POB Sidon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

CHARHEIKA, Siarhei (a.k.a. CHARHEIKA, Siarhei Viktaravich (Cyrillic: ЧАРГЕЙКА, СЯРГЕЙ ВІКТАРАВІЧ); a.k.a. CHERGEIKO, Sergey Viktorovich (Cyrillic: ЧЕРГЕЙКО, СЕРГЕЙ ВИКТОРОВИЧ); a.k.a. "CHERGEIKO, S.V."), Academic Vyotsky St 3 apt. 114, Minsk, Belarus; DOB 27 Aug 1986; POB Mochulino Village, Belarus; nationality Belarus; citizen Belarus; Gender Male; Passport KH2638135 (Belarus); National ID No. 3270886K030PB1 (Belarus) (individual) [BELARUS-EO14038] (Linked To: PELENG JSC).

CHARHEIKA, Siarhei Viktaravich (Cyrillic: ЧАРГЕЙКА, СЯРГЕЙ ВІКТАРАВІЧ) (a.k.a. CHARHEIKA, Siarhei; a.k.a. CHERGEIKO, Sergey Viktorovich (Cyrillic: ЧЕРГЕЙКО, СЕРГЕЙ ВИКТОРОВИЧ); a.k.a. "CHERGEIKO, S.V."), Academic Vyotsky St 3 apt. 114, Minsk, Belarus; DOB 27 Aug 1986; POB Mochulino Village, Belarus; nationality Belarus; citizen Belarus; Gender Male; Passport KH2638135 (Belarus); National ID No. 3270886K030PB1 (Belarus) (individual) [BELARUS-EO14038] (Linked To: PELENG JSC).

CHARIAPAORN, Hiran (a.k.a. CHARI-APAPORN, Hiran; a.k.a. CHARI-APHAPON, Hiran; a.k.a. JAREE-ARPAPORN, Hiran; a.k.a. JAREE-ARPAPORN, Hirun; a.k.a. WU, Nan Hsiung), c/o A-TEAM CHEMICALS COMPANY

LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; DOB 03 Jan 1950; National ID No. 310062394060 (Thailand) (individual) [SDNTK].

CHARI-APAPORN, Hiran (a.k.a. CHARIAPAPORN, Hiran; a.k.a. CHARI-APHAPHON, Hiran; a.k.a. JAREE-ARPAPORN, Hiran; a.k.a. JAREE-ARPAPORN, Hirun; a.k.a. WU, Nan Hsiung), c/o A-TEAM CHEMICALS COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; DOB 03 Jan 1950; National ID No. 310062394060 (Thailand) (individual) [SDNTK].

CHARI-APHAPHON, Hiran (a.k.a. CHARIAPAPORN, Hiran; a.k.a. CHARI-APAPORN, Hiran; a.k.a. JAREE-ARPAPORN, Hiran; a.k.a. JAREE-ARPAPORN, Hirun; a.k.a. WU, Nan Hsiung), c/o A-TEAM CHEMICALS COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; DOB 03 Jan 1950; National ID No. 310062394060 (Thailand) (individual) [SDNTK].

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT].

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA

SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; <Head Office> [SDGT].

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands [SDGT].

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY

FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT].

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium [SDGT].

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen [SDGT].

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden [SDGT].

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT].

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT].

CHARITABLE COMMITTEE FOR PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org [SDGT] (Linked To: HAMAS).

CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org [SDGT] (Linked To: HAMAS).

CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE

BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org [SDGT] (Linked To: HAMAS).

CHARITABLE ORGANIZATION ANDRIY PORTNOV FUND (Cyrillic: БЛАГОДІЙНА ОРГАНІЗАЦІЯ ФОНД АНДРІЯ ПОРТНОВА) (a.k.a. ANDRIY PORTNOV FUND (Cyrillic: ФОНД АНДРІЯ ПОРТНОВА)), Yevhena Konoval'tsya Street, Building 36-B, Apartment 50, Kyiv 01133, Ukraine (Cyrillic: ВУЛИЦЯ ЄВГЕНА КОНОВАЛЬЦЯ, будинок 36-Б, квартира 50, Київ 01133, Ukraine); Target Type Charity or Nonprofit Organization; Company Number 43465723 (Ukraine) [GLOMAG] (Linked To: PORTNOV, Andriy Volodymyrovych).

CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE'

AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org [SDGT] (Linked To: HAMAS).

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT].

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA

SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; <Head Office> [SDGT].

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands [SDGT].

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-

KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT].

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium [SDGT].

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen [SDGT].

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden [SDGT].

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT].

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT].

CHARITY COALITION (a.k.a. 101 DAYS CAMPAIGN; a.k.a. COALITION OF GOOD; a.k.a. ETELAF AL-KHAIR; a.k.a. ETILAFU EL-KHAIR; a.k.a. I'TILAF AL-KHAIR; a.k.a. I'TILAF AL-KHAYR; a.k.a. UNION OF GOOD), P.O. Box 136301, Jeddah 21313, Saudi Arabia [SDGT].

CHARNCHAI, Chiwinnitipanya (a.k.a. CHEEWINNITTIPANYA, Prasit; a.k.a. CHIVINNITIPANYA, Prasit; a.k.a. CHIWINNITIPANYA, Charnchai; a.k.a. PRASIT, Cheewinnittipanya; a.k.a. PRASIT, Chivinnitipanya; a.k.a. WEI, Hsueh Kang; a.k.a. WEI, Shao-Kang; a.k.a. WEI, Sia-Kang; a.k.a. WEI, Xuekang); DOB 29 Jun 1952; alt. DOB 29 May 1952; Passport Q081061 (Thailand); alt. Passport E091929 (Thailand) (individual) [SDNTK].

CHARSO LIMITED, P. Lordos Center, Makariou C'Avenue & Vironos Street, Block B, Floor 2, Flat 203 3105, Limassol, Cyprus; Elli Court 210, Archiepiskopou Makariou C'Avenue, 2nd Floor Apt 4, 3030, Limassol, Cyprus; Registration ID C301690 (Cyprus) [GLOMAG] (Linked To: TESIC, Slobodan).

CHASDAI, David Chai (Hebrew: דוד חי חסדאי) (a.k.a. HASDAI, David Chai; a.k.a. HASDAI, David Hai), Givat Ronen, West Bank; DOB 23 Nov 1994; POB Israel; nationality Israel; Gender Male (individual) [WEST-BANK-EO14115].

CHASOVNIKOV, Aleksandr Aleksandrovich, Vladivostok, Russia; DOB 09 May 1969; nationality Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or

Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

CHASTNAYA VOENNAYA KOMPANIYA 'VAGNER' (a.k.a. CHVK VAGNER; a.k.a. PMC WAGNER; a.k.a. PRIVATE MILITARY COMPANY 'WAGNER'; a.k.a. WAGNER GROUP (Cyrillic: ГРУППА ВАГНЕРА)), Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [TCO] [UKRAINE-EO13660] [CAR] [RUSSIA-EO14024].

CHATAEV, Ahmed (a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

CHATAEV, Akhmed Rajapovich (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

CHATAEV, Akhmet (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAJEV,

Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

CHATARAPRAPAPORN, Apinya (a.k.a. CHANTARAPRAPAPORN, Apinya; a.k.a. CHANTHRAPRAPHAPHON, Aphinya; a.k.a. CHANTRAPRAPAPORN, Apinya; a.k.a. JUNTARAPRAPORN, Aping), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o BANGKOK SILK FLOWER COMPANY LTD., Bangkok, Thailand; DOB 14 Jan 1955 (individual) [SDNTK].

CHATARAPRAPAPORN, Arin (a.k.a. CHANTARAPRAPAPORN, Arin; a.k.a. CHANTHRAPRAPHAPHON, Amarin; a.k.a. CHANTHRAPRAPHAPHON, Arin; a.k.a. CHANTRAPRAPAPORN, Arrin; a.k.a. JANPRAPAPORN, Arin), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o BANGKOK SILK FLOWER COMPANY LTD., Bangkok, Thailand; DOB 05 May 1954; Passport M93116 (Thailand) (individual) [SDNTK].

CHATAYEV, Akhmad (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmed; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

CHATAYEV, Akhmed (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmet; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed

Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

CHATAYEV, Akhmet (a.k.a. CHATAEV, Ahmed; a.k.a. CHATAEV, Akhmed Rajapovich; a.k.a. CHATAEV, Akhmet; a.k.a. CHATAYEV, Akhmad; a.k.a. CHATAYEV, Akhmed; a.k.a. SENE, Elmir; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAJEV, Ahmed Radschapovitsch; a.k.a. TSCHATAJEV, Achmed Radschapovitsch; a.k.a. TSCHATAYEV, Ahmed Radschapovitsch; a.k.a. "Akhmed Odnorukiy"; a.k.a. "Akhmed the One-Armed"; a.k.a. "AL-SHISHANI, Akhmed"; a.k.a. "CHATAEV, A.R."; a.k.a. "Odnorukiy"; a.k.a. "SHISHANI, Akhmad"); DOB 14 Jul 1980; POB Vedeno Village, Vedenskiy District, the Republic of Chechnya, Russia; citizen Russia; Passport 96001331958 (Russia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

CHATEX, Estonia; Latvia; Saint Vincent and the Grenadines; Website chatex.com; Digital Currency Address - XBT 3E7YbpXuhh3CWFks1jmvWoV8y5DvsfzE6n; alt. Digital Currency Address - XBT 3NRJ8aXdUiZdHaiFX9ePX3DhGHzcEi14Fq; alt. Digital Currency Address - XBT 3K7PMJyMNVnxqsfpmK9r9nJDtzDw9wNwNV; alt. Digital Currency Address - XBT 3H3rh85qPaGLy2w6618yZNaH7i8asHv46B; alt. Digital Currency Address - XBT 3MTrJTFhYK9v1C6pjHtuweZSopfZa4b1wb; alt. Digital Currency Address - XBT 347QFbejDBdMZFTxpmn6evvvqyXiqZTCd7; alt. Digital Currency Address - XBT 33xWfziVZesgo83U5izdNCBVTnrtBpSwK7; alt. Digital Currency Address - XBT 32wdqwX3zCEX3DhAVEcKwXCEGdzgBnx1R9; alt. Digital Currency Address - XBT 3N9YcPBDky9UsMx1RTk33tL4jDkZfSnsPk; alt. Digital Currency Address - XBT bc1q90zrdysy4flyacw7hsury3ajs9yzwtwp6guqp ypx94w0d3p58hysvz6pde; alt. Digital Currency Address - XBT

bc1qw7vfgv3r5vnehafl0y95sclg3uqsj87wxs9ad6
28yjjcq33cwessr6ndyw; alt. Digital Currency
Address - XBT
bc1q86tl9255vg5wldamfymaaz36uqxzm30gs7fh
kljvzdlt9t38s3lqgdwdfq; alt. Digital Currency
Address - XBT
3M7CGBPUJwXXSroWuZ6H5jiprdKCyf7V5M;
alt. Digital Currency Address - XBT
34kWCKF2wCbe6uinit2uL4ND6d8yxsuxKM; alt.
Digital Currency Address - XBT
bc1qe95l438kzjcvnsm3kn8n5augf9gpctdlhsq7f7
hpnkyvlr7rc7cqupapf7; alt. Digital Currency
Address - XBT
32VgTk8kGvBsqkHhkvtNooGdtqZm46jTVo; alt.
Digital Currency Address - XBT
3NPognMSbzyA2JYW2fpkVKWyBMi2XTq2Zt;
alt. Digital Currency Address - XBT
3MzLtBQ4Lz9J6w4Qu55TktgxFKZwxYWrP6;
alt. Digital Currency Address - XBT
36YGN5dGzqrxMomTHdkT6cYVMnWBw8S7h
D; alt. Digital Currency Address - XBT
bc1q4rzdtlt0uslyw86cp29sctl6ct29g9a95cuup7p
n5md9ddj7xgmqpp5m73; alt. Digital Currency
Address - XBT
39KQvziHwUe2vddbpfC5WkQEV72qbQhxuh;
alt. Digital Currency Address - XBT
3Qw9Fn19gCnga9LfHfpM99aGzuqxBNjR2i;
Digital Currency Address - ETH
0x67d40EE1A85bf4a4Bb7Ffae16De985e8427B
6b45; alt. Digital Currency Address - ETH
0x6f1ca141a28907f78ebaa64fb83a9088b02a83
52; alt. Digital Currency Address - ETH
0x48549a34ae37b12f6a30566245176994e17c6
b4a; alt. Digital Currency Address - ETH
0x5512d943ed1f7c8a43f3435c85f7ab68b30121
b0; alt. Digital Currency Address - ETH
0xc455f7fd3e0e12afd51fba5c106909934d8a0e
4a; Organization Established Date 2018; Digital
Currency Address - USDT
3LtcaPbCj87CwJHnRX3vh7c2y9RZQqeSy8;
Digital Currency Address - XRP
rnXyVQzgxZe7TR1EPzTkGj2jxH4LMJYh66
[CYBER2].

CHATEXTECH SIA, Ganibu dambis 26A, 1005,
Riga, Latvia; Website chatextech.com; V.A.T.
Number LV40203285832 (Latvia); Registration
Number 40203285832 (Latvia) [CYBER2].

CHATURONG, Taiyai (a.k.a. CHA, Ta Fa; a.k.a.
CHATURONG, Thaiyai; a.k.a. LU, Chin Shun;
a.k.a. "CHA TA FA"; a.k.a. "LU TA FA"; a.k.a.
"TA FA"), Burma; 29, Wawi Sub-district, Mae
Suai District, Chiang Rai, Thailand; DOB 05 Mar
1958; National ID No. 3501000250521
(Thailand) (individual) [SDNTK].

CHATURONG, Thaiyai (a.k.a. CHA, Ta Fa; a.k.a.
CHATURONG, Taiyai; a.k.a. LU, Chin Shun;
a.k.a. "CHA TA FA"; a.k.a. "LU TA FA"; a.k.a.
"TA FA"), Burma; 29, Wawi Sub-district, Mae
Suai District, Chiang Rai, Thailand; DOB 05 Mar
1958; National ID No. 3501000250521
(Thailand) (individual) [SDNTK].

CHAU, Phirun, Cambodia; DOB 02 Mar 1955;
POB Svay Rieng, Cambodia; nationality
Cambodia; Gender Male; Passport 0074881
(Cambodia) expires 15 Jan 2023 (individual)
[GLOMAG].

CHAUDARY, Aamir Ali (a.k.a. CHAUDHRY,
Aamir Ali; a.k.a. CHAUDRY, Amir Ali; a.k.a.
CHOUDRY, Aamir Ali; a.k.a. "HUZAIFA"); DOB
03 Aug 1986; nationality Pakistan; Passport
BN4196361 (Pakistan) issued 28 Oct 2008
expires 27 Oct 2013; National ID No. 33202-
7126636-9 (Pakistan) (individual) [SDGT].

CHAUDARY, Sajid Majeed (a.k.a. CHUHDRI,
Sajid Majid; a.k.a. MAJEED, Sajid; a.k.a.
MAJID, Sajid; a.k.a. MAJID, Sajjid; a.k.a. MIR,
Sajid; a.k.a. MIR, Sajjid); DOB 31 Jan 1976; alt.
DOB 01 Jan 1978; POB Lahore, Pakistan;
nationality Pakistan; Passport KE381676
(Pakistan) issued 14 Oct 2004; National ID No.
3520163573447 (Pakistan) (individual) [SDGT].

CHAUDHRY, Aamir Ali (a.k.a. CHAUDARY,
Aamir Ali; a.k.a. CHAUDRY, Amir Ali; a.k.a.
CHOUDRY, Aamir Ali; a.k.a. "HUZAIFA"); DOB
03 Aug 1986; nationality Pakistan; Passport
BN4196361 (Pakistan) issued 28 Oct 2008
expires 27 Oct 2013; National ID No. 33202-
7126636-9 (Pakistan) (individual) [SDGT].

CHAUDHRY, Nazir Ahmad (a.k.a. AHMAD,
Nazir; a.k.a. AHMED, Nazeer; a.k.a. AHMED,
Nazir); DOB 12 Dec 1948; POB Sahiwal,
Punjab Province, Pakistan; citizen Pakistan;
Passport BE4196581 (Pakistan) issued 01 Dec
2007 expires 29 Nov 2012; National ID No.
3520162456585 (Pakistan); alt. National ID No.
22058321812 (Pakistan) (individual) [SDGT].

CHAUDHRY, Zafar Iqbal (a.k.a. IQBAL, Malik
Zafar; a.k.a. IQBAL, Muhammad Zafar; a.k.a.
IQBAL, Zafar; a.k.a. IQBAL, Zaffer; a.k.a.
SHAHBAZ, Malik Zafar Iqbal; a.k.a. SHEHBAZ,
Malik Zafar Iqbal), Masjid al-Qadesia, 4 Lake
Road, Lahore, Pakistan; DOB 04 Oct 1953;
nationality Pakistan; Passport DG5149481
issued 22 Aug 2006 expires 21 Aug 2011; alt.
Passport A2815665; National ID No. 35202-
4135948-7; alt. National ID No. 29553654234;
Professor; Doctor (individual) [SDGT].

CHAUDRY, Amir Ali (a.k.a. CHAUDARY, Aamir
Ali; a.k.a. CHAUDHRY, Aamir Ali; a.k.a.

CHOUDRY, Aamir Ali; a.k.a. "HUZAIFA"); DOB
03 Aug 1986; nationality Pakistan; Passport
BN4196361 (Pakistan) issued 28 Oct 2008
expires 27 Oct 2013; National ID No. 33202-
7126636-9 (Pakistan) (individual) [SDGT].

CHAVARIN PRECIADO, David Alonso (a.k.a.
"Chava"), Nogales, Sonora, Mexico; DOB 29
Dec 1982; POB Mexico; nationality Mexico;
Gender Male; R.F.C. CAPD821229IG4 (Mexico)
(individual) [ILLICIT-DRUGS-EO14059].

CHAVARRIA MONTENEGRO, Jose Adrian,
Residencial Monte Cielo, Casa #C 152,
Managua, Nicaragua; DOB 08 Sep 1955; POB
Jinotega, Nicaragua; nationality Nicaragua;
Gender Male; National ID No.
2410809550003W (Nicaragua); Diplomatic
Passport A00001069 (Nicaragua) issued 06
Aug 2015 expires 06 Aug 2025 (individual)
[NICARAGUA].

CHÁVEZ FRIAS, Adan Coromoto (Latin:
CHÁVEZ FRÍAS, Adán Coromoto), Barinas,
Venezuela; DOB 11 Apr 1953; citizen
Venezuela; Gender Male; Cedula No. 3915103
(Venezuela); Constituent of Venezuela's
Constituent Assembly for Barinas Municipality in
Barinas State;  Secretary of Venezuela's
Presidential Commission for the Constituent
Assembly (individual) [VENEZUELA].

CHAVEZ MARTINEZ, Ma Isela (a.k.a. CHAVEZ
MARTINEZ, Maria Icela; a.k.a. CHAVEZ
MARTINEZ, Maria Isela), Tchaikovsky 474, Col.
Arcos de Guadalupe, Zapopan, Jalisco, Mexico;
Piotr Tchaikovsky 474, Col. Arcos de
Guadalupe, Zapopan, Jalisco 45030, Mexico;
Av. Sebastian Bach 5115, Col. Residencial La
Estancia, Zapopan, Jalisco, Mexico; Av.
Chapalita 50, Col. Jardines Plaza del Sol,
Guadalajara, Jalisco, Mexico; Cam 1, Col. San
Patricio o Melaque, San Patricio o Melaque,
Jalisco 48980, Mexico; DOB 07 Nov 1967; POB
Guadalajara, Jalisco, Mexico; citizen Mexico;
Gender Female; R.F.C. CAMI671107GZA
(Mexico); alt. R.F.C. CAMI671107MY5
(Mexico); C.U.R.P. CAMI671107MJCHRC07
(Mexico); alt. C.U.R.P. CAMI671107MJCHRS06
(Mexico) (individual) [SDNTK (Linked To:
FLORES DRUG TRAFFICKING
ORGANIZATION; Linked To: A & S CARRIER
INTERNACIONAL, S.A. DE C.V.; Linked To:
BOUNGALOWS VILLA AZUL, S.A. DE C.V.;
Linked To: CLUB DEPORTIVO MORUMBI,
ASOCIACION CIVIL].

CHAVEZ MARTINEZ, Maria Icela (a.k.a.
CHAVEZ MARTINEZ, Ma Isela; a.k.a. CHAVEZ
MARTINEZ, Maria Isela), Tchaikovsky 474, Col.

Arcos de Guadalupe, Zapopan, Jalisco, Mexico; Piotr Tchaikovski 474, Col. Arcos de Guadalupe, Zapopan, Jalisco 45030, Mexico; Av. Sebastian Bach 5115, Col. Residencial La Estancia, Zapopan, Jalisco, Mexico; Av. Chapalita 50, Col. Jardines Plaza del Sol, Guadalajara, Jalisco, Mexico; Cam 1, Col. San Patricio o Melaque, San Patricio o Melaque, Jalisco 48980, Mexico; DOB 07 Nov 1967; POB Guadalajara, Jalisco, Mexico; citizen Mexico; Gender Female; R.F.C. CAMI671107GZA (Mexico); alt. R.F.C. CAMI671107MY5 (Mexico); C.U.R.P. CAMI671107MJCHRC07 (Mexico); alt. C.U.R.P. CAMI671107MJCHRS06 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION; Linked To: A & S CARRIER INTERNACIONAL, S.A. DE C.V.; Linked To: BOUNGALOWS VILLA AZUL, S.A. DE C.V.; Linked To: CLUB DEPORTIVO MORUMBI, ASOCIACION CIVIL).

CHAVEZ MARTINEZ, Maria Isela (a.k.a. CHAVEZ MARTINEZ, Ma Isela; a.k.a. CHAVEZ MARTINEZ, Maria Icela), Tchaikovsky 474, Col. Arcos de Guadalupe, Zapopan, Jalisco, Mexico; Piotr Tchaikovski 474, Col. Arcos de Guadalupe, Zapopan, Jalisco 45030, Mexico; Av. Sebastian Bach 5115, Col. Residencial La Estancia, Zapopan, Jalisco, Mexico; Av. Chapalita 50, Col. Jardines Plaza del Sol, Guadalajara, Jalisco, Mexico; Cam 1, Col. San Patricio o Melaque, San Patricio o Melaque, Jalisco 48980, Mexico; DOB 07 Nov 1967; POB Guadalajara, Jalisco, Mexico; citizen Mexico; Gender Female; R.F.C. CAMI671107GZA (Mexico); alt. R.F.C. CAMI671107MY5 (Mexico); C.U.R.P. CAMI671107MJCHRC07 (Mexico); alt. C.U.R.P. CAMI671107MJCHRS06 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION; Linked To: A & S CARRIER INTERNACIONAL, S.A. DE C.V.; Linked To: BOUNGALOWS VILLA AZUL, S.A. DE C.V.; Linked To: CLUB DEPORTIVO MORUMBI, ASOCIACION CIVIL).

CHAVEZ TAMAYO, Jesus Gerardo, Internacional 29 Fronteriza, Mexicali, Baja California 21110, Mexico; DOB 24 Dec 1965; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. CATJ651224HSLHMS05 (Mexico) (individual) [TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

CHAYKA, Artem Yuryevich (a.k.a. CHAIKA, Artem), 38/2 Staraya Basmannaya, Apt. 310,

Moscow, Russia; DOB 25 Sep 1975; POB Sverdlovsk, Russia; Gender Male; National ID No. 4501052463 (Russia) (individual) [GLOMAG].

CHAYKA, Igor Yuryevich (Cyrillic: ЧАЙКА, Игорь Юрьевич) (a.k.a. CHAIKA, Igor Yuryevich; a.k.a. "IFYAU9" (Cyrillic: "ЙФЯАУ9")), Russia; DOB 13 Dec 1988; nationality Russia; citizen Russia; Gender Male; Tax ID No. 770302172306 (Russia) (individual) [RUSSIA-EO14024].

CHAYKA, Yuriy Yakovlevich (Cyrillic: ЧАЙКА, Юрий Яковлевич) (a.k.a. CHAIKA, Yuri; a.k.a. CHAIKA, Yury), Russia; DOB 21 May 1951; POB Nikolayevsk-on-Amur, Khabarovsk Territory, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

CHAYON KWAHAK-WON (a.k.a. 2ND ACADEMY OF NATURAL SCIENCES; a.k.a. ACADEMY OF NATURAL SCIENCES; a.k.a. CHE 2 CHAYON KWAHAK-WON; a.k.a. KUKPANG KWAHAK-WON; a.k.a. NATIONAL DEFENSE ACADEMY; a.k.a. SANSRI; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES RESEARCH INSTITUTE), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

CHE 2 CHAYON KWAHAK-WON (a.k.a. 2ND ACADEMY OF NATURAL SCIENCES; a.k.a. ACADEMY OF NATURAL SCIENCES; a.k.a. CHAYON KWAHAK-WON; a.k.a. KUKPANG KWAHAK-WON; a.k.a. NATIONAL DEFENSE ACADEMY; a.k.a. SANSRI; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES RESEARCH INSTITUTE), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

CHEADE, Ali (a.k.a. CHEHADE, Abou Hassan Ali; a.k.a. CHEHADE, Ali Ahmad; a.k.a. JAWAD, Abou Hassan; a.k.a. JAWAD, Abu Hassan; a.k.a. SHIHADI, Ali), Abidjan, Cote d Ivoire; DOB 05 Jan 1961; POB Ansarie, Lebanon; citizen Lebanon; Additional Sanctions

Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport RL0516070 (Lebanon) (individual) [SDGT].

CHEBEL, Luna (a.k.a. AL CHEBEL, Luna; a.k.a. AL CHEBIL, Luna; a.k.a. AL SHEBEL, Luna; a.k.a. AL SHEBIL, Luna; a.k.a. AL SHIBIL, Luna; a.k.a. AL SHIBL, Luna (Arabic: لونا الشبل); a.k.a. ALSHEBEL, Luna; a.k.a. AL-SHIBL, Luna; a.k.a. SHIBL, Luna), Damascus, Syria; DOB 01 Sep 1975; POB Suweida, Syria; alt. POB Damascus, Syria; nationality Syria; Gender Female (individual) [SYRIA].

CHEBOKSARSKU ZAVOD KABELNYKH IZDELI CHUVASHKABEL OAO (a.k.a. JOINT STOCK COMPANY ZAVOD CHUVASHKABEL; a.k.a. ZAVOD CHUVASHKABEL AO), Pr-D Kabelnyi D, 7, Cheboksary 428037, Russia; Tax ID No. 2127009135 (Russia); Registration Number 1022100967635 (Russia) [RUSSIA-EO14024].

CHECHEN MINERAL WATERS LTD (a.k.a. CHECHENSKIE MINERALNYE VODY, OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU CHECHENSKIE MINERALNYE VODY), 23A, ul. Kurortnaya S. Sernovdskoe, Sunzhenski Raion, Chechenskaya Resp. 366701, Russia; Tax ID No. 2029180769 (Russia); Registration Number 1072033000049 (Russia) [GLOMAG] (Linked To: AKHMAT KADYROV FOUNDATION).

CHECHENSKIE MINERALNYE VODY, OOO (a.k.a. CHECHEN MINERAL WATERS LTD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU CHECHENSKIE MINERALNYE VODY), 23A, ul. Kurortnaya S. Sernovdskoe, Sunzhenski Raion, Chechenskaya Resp. 366701, Russia; Tax ID No. 2029180769 (Russia); Registration Number 1072033000049 (Russia) [GLOMAG] (Linked To: AKHMAT KADYROV FOUNDATION).

CHECHIKHIN, Yuri Valerevich (a.k.a. CHECHIKHIN, Yurii Valeryevich; a.k.a. CHECHIKHIN, Yuriy Valeryevich), 27, Bolshaya Pirogovskaya St., Moscow, Russia; DOB 05 Nov 1976; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

CHECHIKHIN, Yurii Valeryevich (a.k.a. CHECHIKHIN, Yuri Valerevich; a.k.a. CHECHIKHIN, Yuriy Valeryevich), 27, Bolshaya Pirogovskaya St., Moscow, Russia; DOB 05 Nov 1976; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

CHECHIKHIN, Yuriy Valeryevich (a.k.a. CHECHIKHIN, Yuri Valerevich; a.k.a. CHECHIKHIN, Yurii Valeryevich), 27, Bolshaya Pirogovskaya St., Moscow, Russia; DOB 05 Nov 1976; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

CHEEMA, Asim (a.k.a. BHAI, Chima; a.k.a. CHEEMA, Azam; a.k.a. CHEEMA, Azzam; a.k.a. CHEEMA, Mohammed Azam; a.k.a. CHIMA, Azam; a.k.a. CHIMA, Azim), Islamabad, Pakistan; Muzaffarabad, Pakistan; Bahawalpur, Pakistan; DOB 1953; POB Faisalabad, Pakistan; nationality Pakistan; citizen Pakistan (individual) [SDGT].

CHEEMA, Azam (a.k.a. BHAI, Chima; a.k.a. CHEEMA, Asim; a.k.a. CHEEMA, Azzam; a.k.a. CHEEMA, Mohammed Azam; a.k.a. CHIMA, Azam; a.k.a. CHIMA, Azim), Islamabad, Pakistan; Muzaffarabad, Pakistan; Bahawalpur, Pakistan; DOB 1953; POB Faisalabad, Pakistan; nationality Pakistan; citizen Pakistan (individual) [SDGT].

CHEEMA, Azzam (a.k.a. BHAI, Chima; a.k.a. CHEEMA, Asim; a.k.a. CHEEMA, Azam; a.k.a. CHEEMA, Mohammed Azam; a.k.a. CHIMA, Azam; a.k.a. CHIMA, Azim), Islamabad, Pakistan; Muzaffarabad, Pakistan; Bahawalpur, Pakistan; DOB 1953; POB Faisalabad, Pakistan; nationality Pakistan; citizen Pakistan (individual) [SDGT].

CHEEMA, Mohammed Azam (a.k.a. BHAI, Chima; a.k.a. CHEEMA, Asim; a.k.a. CHEEMA, Azam; a.k.a. CHEEMA, Azzam; a.k.a. CHIMA, Azam; a.k.a. CHIMA, Azim), Islamabad, Pakistan; Muzaffarabad, Pakistan; Bahawalpur, Pakistan; DOB 1953; POB Faisalabad, Pakistan; nationality Pakistan; citizen Pakistan (individual) [SDGT].

CHEEWINNITTIPANYA, Prasit (a.k.a. CHARNCHAI, Chiwinnitipanya; a.k.a. CHIVINNITIPANYA, Prasit; a.k.a. CHIWINNITIPANYA, Charnchai; a.k.a. PRASIT, Cheewinnitipanya; a.k.a. PRASIT, Chivinnitipanya; a.k.a. WEI, Hsueh Kang; a.k.a. WEI, Shao-Kang; a.k.a. WEI, Sia-Kang; a.k.a. WEI, Xuekang); DOB 29 Jun 1952; alt. DOB 29 May 1952; Passport Q081061 (Thailand); alt. Passport E091929 (Thailand) (individual) [SDNTK].

CHEGHA-MARANI, Ali Reza Moradi (a.k.a. CHEGHAMARANI, Ali Reza Moradi (Arabic: علیرضا مرادی چغاماراني); a.k.a. CHEGHAMARANI, Alireza Moradi; a.k.a. CHEGHA-MARANI, Alireza Moradi; a.k.a.

CHOGHAMARANI, Ali Reza Moradi; a.k.a. CHOGHAMARANI, Alireza Moradi; a.k.a. MORADI CHOGHAMARANI, Ali Reza Hajji Morad; a.k.a. MORADI HAJIMRAD, Ali Reza; a.k.a. MORADI, Ali Reza; a.k.a. MORADI, Alireza (Arabic: علیرضا مرادی); a.k.a. MORADICHOGHAMARANI, Ali Reza), Sanandaj, Iran; DOB 11 Aug 1962; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T23715965 (Iran) expires 09 May 2017; National ID No. 3257894351 (Iran); LEF Commander, Sanandaj (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

CHEGHAMARANI, Ali Reza Moradi (Arabic: علیرضا مرادی چغاماراني) (a.k.a. CHEGHA-MARANI, Ali Reza Moradi; a.k.a. CHEGHAMARANI, Alireza Moradi; a.k.a. CHEGHA-MARANI, Alireza Moradi; a.k.a. CHOGHAMARANI, Ali Reza Moradi; a.k.a. CHOGHAMARANI, Alireza Moradi; a.k.a. MORADI CHOGHAMARANI, Ali Reza Hajji Morad; a.k.a. MORADI HAJIMRAD, Ali Reza; a.k.a. MORADI, Ali Reza; a.k.a. MORADI, Alireza (Arabic: علیرضا مرادی); a.k.a. MORADICHOGHAMARANI, Ali Reza), Sanandaj, Iran; DOB 11 Aug 1962; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T23715965 (Iran) expires 09 May 2017; National ID No. 3257894351 (Iran); LEF Commander, Sanandaj (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

CHEGHAMARANI, Alireza Moradi (a.k.a. CHEGHA-MARANI, Ali Reza Moradi; a.k.a. CHEGHAMARANI, Ali Reza Moradi (Arabic: علیرضا مرادی چغاماراني); a.k.a. CHEGHA-MARANI, Alireza Moradi; a.k.a. CHOGHAMARANI, Ali Reza Moradi; a.k.a. CHOGHAMARANI, Alireza Moradi; a.k.a. MORADI CHOGHAMARANI, Ali Reza Hajji Morad; a.k.a. MORADI HAJIMRAD, Ali Reza; a.k.a. MORADI, Ali Reza; a.k.a. MORADI, Alireza (Arabic: علیرضا مرادی); a.k.a. MORADICHOGHAMARANI, Ali Reza), Sanandaj, Iran; DOB 11 Aug 1962; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T23715965 (Iran) expires 09 May 2017; National ID No. 3257894351 (Iran); LEF Commander, Sanandaj

(individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

CHEGHA-MARANI, Alireza Moradi (a.k.a. CHEGHAMARANI, Ali Reza Moradi; a.k.a. CHEGHAMARANI, Ali Reza Moradi (Arabic: علیرضا مرادی چغاماراني); a.k.a. CHEGHAMARANI, Alireza Moradi; a.k.a. CHOGHAMARANI, Ali Reza Moradi; a.k.a. CHOGHAMARANI, Alireza Moradi; a.k.a. MORADI CHOGHAMARANI, Ali Reza Hajji Morad; a.k.a. MORADI HAJIMRAD, Ali Reza; a.k.a. MORADI, Ali Reza; a.k.a. MORADI, Alireza (Arabic: علیرضا مرادی); a.k.a. MORADICHOGHAMARANI, Ali Reza), Sanandaj, Iran; DOB 11 Aug 1962; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T23715965 (Iran) expires 09 May 2017; National ID No. 3257894351 (Iran); LEF Commander, Sanandaj (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

CHEHADE, Abou Hassan Ali (a.k.a. CHEADE, Ali; a.k.a. CHEHADE, Ali Ahmad; a.k.a. JAWAD, Abou Hassan; a.k.a. JAWAD, Abu Hassan; a.k.a. SHIHADI, Ali), Abidjan, Cote d Ivoire; DOB 05 Jan 1961; POB Ansarie, Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport RL0516070 (Lebanon) (individual) [SDGT].

CHEHADE, Ali Ahmad (a.k.a. CHEADE, Ali; a.k.a. CHEHADE, Abou Hassan Ali; a.k.a. JAWAD, Abou Hassan; a.k.a. JAWAD, Abu Hassan; a.k.a. SHIHADI, Ali), Abidjan, Cote d Ivoire; DOB 05 Jan 1961; POB Ansarie, Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport RL0516070 (Lebanon) (individual) [SDGT].

CHEHARMAHALI, Ali (a.k.a. CHAHARMAHALI, Ali (Arabic: علی چهارمحالی)), Karaj, Alborz Province, Iran; DOB 10 Jan 1976; POB Shushtar, Khuzestan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1880617978 (Iran) (individual) [IRAN-HR].

CHEIKH, Saleck Ould (a.k.a. MOHAMEDOU, Saleck Ould Cheikh), Mauritania; DOB 01 Jan

1984 to 31 Dec 1984; POB Atar, Mauritania; Gender Male (individual) [SDGT].

CHEIL CREDIT BANK (a.k.a. FIRST CREDIT BANK; f.k.a. "KYONGYONG CREDIT BANK"), 3-18 Pyongyang Information Center, Potonggang District, Pyongyang, Korea, North; Beijing, China; Shenyang, China; Shanghai, China; SWIFT/BIC KYCBKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

CHEKALOV, Valeriy Yevgenyevich, Russia; DOB 10 Jan 1976; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

CHEKKOURI, Yassine; DOB 06 Oct 1966; POB Safi, Morocco (individual) [SDGT].

CHEKOSARI, Sa'id Najafpur (a.k.a. NAJAFPUR, Behnam; a.k.a. NAJAFPUR, Sa'id; a.k.a. "DADR, Behnam"; a.k.a. "SADR, Behnam"); DOB 1980; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

CHEKUNKOV, Aleksei Olegovich (a.k.a. CHEKUNKOV, Aleksey Olegovich (Cyrillic: ЧЕКУНКОВ, Алексей Олегович)), Moscow, Russia; DOB 03 Oct 1980; POB Minsk, Belarus; nationality Russia; citizen Russia; Gender Male; Tax ID No. 773012831665 (Russia) (individual) [RUSSIA-EO14024].

CHEKUNKOV, Aleksey Olegovich (Cyrillic: ЧЕКУНКОВ, Алексей Олегович) (a.k.a. CHEKUNKOV, Aleksei Olegovich), Moscow, Russia; DOB 03 Oct 1980; POB Minsk, Belarus; nationality Russia; citizen Russia; Gender Male; Tax ID No. 773012831665 (Russia) (individual) [RUSSIA-EO14024].

CHELIK, Abdulhamit (a.k.a. CELIK, Abdulhamid; a.k.a. CELIK, Abdulhamit); Turkey; DOB 01 Feb 1968; POB Mardin, Kiziltepe, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U00093082 (Turkey); National ID No. 55735353242 (Turkey) (individual) [SDGT] [IFSR] (Linked To: SHAHRIYARI, Behnam).

CHELNYVODOKANAL AO (a.k.a. CHELNYVODOKANAL OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU CHELNYVODOKANAL), Promzona, Khlebnyi Proezd 27, Naberezhnyye Chelny 423810, Russia; d. 27, proezd Khlebny, Naberezhnye Chelny, Tatarstan Resp. 423800, Russia; Organization Established Date 01 Dec 2014; Tax ID No. 1650297657 (Russia); Government Gazette Number 42150340 (Russia); Registration Number 1141650021534 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

CHELNYVODOKANAL OOO (f.k.a. CHELNYVODOKANAL AO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU CHELNYVODOKANAL), Promzona, Khlebnyi Proezd 27, Naberezhnyye Chelny 423810, Russia; d. 27, proezd Khlebny, Naberezhnye Chelny, Tatarstan Resp. 423800, Russia; Organization Established Date 01 Dec 2014; Tax ID No. 1650297657 (Russia); Government Gazette Number 42150340 (Russia); Registration Number 1141650021534 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

CHELYABINSK-70 (a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ACADEMICIAN E.I. ZABABKHIN ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. KASLI NUCLEAR WEAPONS DEVELOPMENT CENTER; a.k.a. RUSSIAN FEDERAL NUCLEAR CENTER - ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. VSEROSSIYSKY NAUCHNO-ISSLEDOVATELSKIY INSTITUT TEKHNICHESKOY FIZIKI; a.k.a. ZABABAKHIN ALL-RUSSIAN RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. ZABABAKHIN INSTITUTE; a.k.a. "RFNC-VNIITF"; a.k.a. "VNIITF"), P.O. Box 245, Snezhinsk, Chelyabinsk Region 456770, Russia; Organization Established Date 1955; Tax ID No. 7423000572 (Russia); Registration Number 1027401350932 (Russia) [RUSSIA-EO14024].

CHELYABINSKGEOSAEMKA AO (a.k.a. CHELYABINSKGEOSEMKA AO (Cyrillic: ЧЕЛЯБИНСКГЕОСЪЕМКА AO); a.k.a. CHELYABINSKGEOSAEMKA AO), Ulitsa Omskaya, 89, Chelyabinsk 454048, Russia; Tax ID No. 7451213163 (Russia); Registration Number 1057423503158 (Russia) [RUSSIA-EO14024].

CHELYABINSKGEOSEMKA AO (Cyrillic: ЧЕЛЯБИНСКГЕОСЪЕМКА AO) (a.k.a. CHELYABINSKGEOSAEMKA AO), Ulitsa Omskaya, 89, Chelyabinsk 454048, Russia; Tax ID No. 7451213163 (Russia); Registration Number 1057423503158 (Russia) [RUSSIA-EO14024].

CHEMERIS, Roza Basirovna (Cyrillic: ЧЕМЕРИС, Роза Басировна), Russia; DOB 11 Jun 1978; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

CHEMEZOV, Alexander (a.k.a. CHEMEZOV, Alexander Sergeevich), Russia; DOB 1985; nationality Russia; Gender Male; Tax ID No. 770301931310 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CHEMEZOV, Sergei).

CHEMEZOV, Alexander Sergeevich (a.k.a. CHEMEZOV, Alexander), Russia; DOB 1985; nationality Russia; Gender Male; Tax ID No. 770301931310 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CHEMEZOV, Sergei).

CHEMEZOV, Anastasia (a.k.a. IGNATOVA, Anastasia; a.k.a. IGNATOVA, Anastasia Mikhailovna), Russia; DOB 1987; nationality Russia; Gender Female; Tax ID No. 770470614612 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CHEMEZOV, Sergei).

CHEMEZOV, Sergei (a.k.a. CHEMEZOV, Sergey; a.k.a. CHEMEZOV, Sergey Victorovich), 21 Gogolevskiy Bulvar, Moscow, Russia; DOB 20 Aug 1952; POB Cheremkhovo, Irkutsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 770202363089 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

CHEMEZOV, Sergey (a.k.a. CHEMEZOV, Sergei; a.k.a. CHEMEZOV, Sergey Victorovich), 21 Gogolevskiy Bulvar, Moscow, Russia; DOB 20 Aug 1952; POB Cheremkhovo, Irkutsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 770202363089 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

CHEMEZOV, Sergey Sergeevich, Russia; DOB 07 May 2002; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 771470044675 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CHEMEZOV, Sergei).

CHEMEZOV, Sergey Victorovich (a.k.a. CHEMEZOV, Sergei; a.k.a. CHEMEZOV, Sergey), 21 Gogolevskiy Bulvar, Moscow, Russia; DOB 20 Aug 1952; POB Cheremkhovo,

Irkutsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 770202363089 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

CHEMEZOV, Stanislav (a.k.a. CHEMEZOV, Stanislav Sergeyevich (Cyrillic: ЧЕМЕЗОВ, Станислав Сергеевич)), 36 Yuzhnoye Highway, Tolyatti, Samara 445024, Russia; DOB 1973; nationality Russia; Gender Male; Tax ID No. 770203814714 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CHEMEZOV, Sergei).

CHEMEZOV, Stanislav Sergeyevich (Cyrillic: ЧЕМЕЗОВ, Станислав Сергеевич) (a.k.a. CHEMEZOV, Stanislav), 36 Yuzhnoye Highway, Tolyatti, Samara 445024, Russia; DOB 1973; nationality Russia; Gender Male; Tax ID No. 770203814714 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CHEMEZOV, Sergei).

CHEMICAL GROUP (a.k.a. CHEMICAL INDUSTRIES & DEVELOPMENT OF MATERIALS GROUP; a.k.a. CHEMICAL INDUSTRIES GROUP; a.k.a. CIDMG), P.O. Box 19585/311, Tehran, Iran, Tehran, Iran; Pasdaran Street, Tehran 19585311, Iran; Khavarah Road Km 35, Parchin, Iran; Zarrin Shah, P.O. Box 81465-363, Esfahan, Iran; P.O. Box 16765-368, Department 146-42, Parchin, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: DEFENSE INDUSTRIES ORGANIZATION).

CHEMICAL INDUSTRIES & DEVELOPMENT OF MATERIALS GROUP (a.k.a. CHEMICAL GROUP; a.k.a. CHEMICAL INDUSTRIES GROUP; a.k.a. CIDMG), P.O. Box 19585/311, Tehran, Iran, Tehran, Iran; Pasdaran Street, Tehran 19585311, Iran; Khavarah Road Km 35, Parchin, Iran; Zarrin Shah, P.O. Box 81465-363, Esfahan, Iran; P.O. Box 16765-368, Department 146-42, Parchin, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: DEFENSE INDUSTRIES ORGANIZATION).

CHEMICAL INDUSTRIES GROUP (a.k.a. CHEMICAL GROUP; a.k.a. CHEMICAL INDUSTRIES & DEVELOPMENT OF MATERIALS GROUP; a.k.a. CIDMG), P.O. Box 19585/311, Tehran, Iran, Tehran, Iran; Pasdaran Street, Tehran 19585311, Iran; Khavarah Road Km 35, Parchin, Iran; Zarrin Shah, P.O. Box 81465-363, Esfahan, Iran; P.O.

Box 16765-368, Department 146-42, Parchin, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: DEFENSE INDUSTRIES ORGANIZATION).

CHEMODANOV, Denis (a.k.a. CHEMODANOV, Denis Grigorievich (Cyrillic: ЧЕМОДАНОВ, Денис Григорьевич)), 40-let Pobyedy St., 34-41, Borovlyany village, Minsk Region, Belarus (Cyrillic: ул. 40-лет Победы 34-41, Боровляны, Минский р-н д., Belarus); DOB 11 Sep 1977; nationality Belarus; Gender Male; National ID No. 3110977B057PB9 (Belarus); Tax ID No. KA6808948 (Belarus) (individual) [BELARUS-EO14038].

CHEMODANOV, Denis Grigorievich (Cyrillic: ЧЕМОДАНОВ, Денис Григорьевич) (a.k.a. CHEMODANOV, Denis), 40-let Pobyedy St., 34-41, Borovlyany village, Minsk Region, Belarus (Cyrillic: ул. 40-лет Победы 34-41, Боровляны, Минский р-н д., Belarus); DOB 11 Sep 1977; nationality Belarus; Gender Male; National ID No. 3110977B057PB9 (Belarus); Tax ID No. KA6808948 (Belarus) (individual) [BELARUS-EO14038].

CHEMTRANS PETROCHEMICALS TRADING LLC (Arabic: ‎كيمترانس لتجارة و كيماويا ش.ذ.م.م‎), Office 21-Bur Dubai, Trade Center 1, Dubai, United Arab Emirates; P.O. Box 4131548, Dubai, United Arab Emirates; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Trade License No. 1954371 (United Arab Emirates); License 798536 (United Arab Emirates) [IRAN-EO13846].

CHEN, Bing Shen (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG,

Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

CHEN, Bingshen (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

CHEN, Dong (Chinese Simplified: 陈冬; Chinese Traditional: 陳冬), Hong Kong; DOB Nov 1963; alt. DOB Feb 1964; POB Luoyuan, Fuzhou, Fujian Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149 (individual) [HK-EO13936].

CHEN, Eric (a.k.a. CHEN, Guo Ping; a.k.a. CHEN, Guoping), Rm 601, No 15, Lane 1299, Dingxiang Rd, Pudong New Area, Shanghai, China; DOB 02 Aug 1968; citizen China; Gender Male; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING

TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e); Passport ED6535652 (China); alt. Passport G51625684 (China); National ID No. 320919196808023493 (China); Chief Executive Officer, Reach Group; Director, Reach Shipping Lines (individual) [IFCA] (Linked To: REACH HOLDING GROUP SHANGHAI CO., LTD.).

CHEN, Guo Ping (a.k.a. CHEN, Eric; a.k.a. CHEN, Guoping, Rm 601, No 15, Lane 1299, Dingxiang Rd, Pudong New Area, Shanghai, China; DOB 02 Aug 1968; citizen China; Gender Male; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e); Passport ED6535652 (China); alt. Passport G51625684 (China); National ID No. 320919196808023493 (China); Chief Executive Officer, Reach Group; Director, Reach Shipping Lines (individual) [IFCA] (Linked To: REACH HOLDING GROUP SHANGHAI CO., LTD.).

CHEN, Guoping (a.k.a. CHEN, Eric; a.k.a. CHEN, Guo Ping), Rm 601, No 15, Lane 1299, Dingxiang Rd, Pudong New Area, Shanghai, China; DOB 02 Aug 1968; citizen China; Gender Male; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information:

EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e); Passport ED6535652 (China); alt. Passport G51625684 (China); National ID No. 320919196808023493 (China); Chief Executive Officer, Reach Group; Director, Reach Shipping Lines (individual) [IFCA] (Linked To: REACH HOLDING GROUP SHANGHAI CO., LTD.).

CHEN, Mei Hsiang (Chinese Traditional: 陳美香) (a.k.a. CHEN, Mei-Hsiang), Taiwan; DOB 06 May 1961; nationality Taiwan; Gender Female; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 314009735; National ID No. Q221029421 (individual) [DPRK4].

CHEN, Mei-Hsiang (a.k.a. CHEN, Mei Hsiang (Chinese Traditional: 陳美香)), Taiwan; DOB 06 May 1961; nationality Taiwan; Gender Female; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 314009735; National ID No. Q221029421 (individual) [DPRK4].

CHEN, Mingfu; DOB 30 Apr 1980; POB Anhui, China; citizen China; Additional Sanctions Information - Subject to Secondary Sanctions; Passport G22168109 expires 26 Apr 2017; Identification Number 341181198004300019 (China) (individual) [NPWMD] [IFSR] (Linked To: NAVID COMPOSITE MATERIAL COMPANY).

CHEN, Mingguo (Chinese Simplified: 陈明国), Xinjiang, China; DOB Oct 1966; POB Yilong, Sichuan, China; nationality China; Gender Male (individual) [GLOMAG] (Linked To: XINJIANG PUBLIC SECURITY BUREAU).

CHEN, Quanguo (Chinese Simplified: 陈全国), Xinjiang, China; DOB Aug 1955; POB Pingyu, Henan, China; Gender Male (individual) [GLOMAG].

CHEN, Shih Huan (Chinese Simplified: 陈诗焕), Taiwan; DOB 30 Aug 1968; POB New Taipei City, Taiwan; nationality Taiwan; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; National ID No. F120168465 (Taiwan) (individual) [DPRK4].

CHEN, Shu Sheng (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

CHEN, Shusheng (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

CHEN, Zhu (Chinese Simplified: 陈竺; Chinese Traditional: 陳竺), Beijing, China; DOB 17 Aug 1953; POB Zhenjiang City, Jiangsu Province, China; alt. POB Shanghai, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

CHENARI, Hadi Dehghan (a.k.a. DEHGHAN, Hadi (Arabic: هادی دهقان)); DOB 21 Sep 1987;

POB Yazd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4433648353 (individual) [NPWMD] [IFSR] (Linked To: RASTAFANN ERTEBAT ENGINEERING COMPANY).

CHENARI, Hamed Ahmad Ali Dehghan (a.k.a. DEHGHAN, Hamed (Arabic: حامد دهقان)), Unit 17, Building number 48, Metro Area of Pars Tehran, East Resalat, Iran; DOB 1984; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4432874473 (Iran) (individual) [NPWMD] [IFSR] (Linked To: RASTAFANN ERTEBAT ENGINEERING COMPANY).

CHENG, Hung Man, Hong Kong, China; DOB 28 Mar 1964; POB Hong Kong; nationality United Kingdom; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 752079640 (United Kingdom); Identification Number G563542(9) (Hong Kong) (individual) [DPRK3] (Linked To: WU, Huihui).

CHENG, Teresa (a.k.a. CHENG, Teresa Yuk-wah; a.k.a. CHENG, Yeuk Wah), House No. 4, Villa De Mer, 5 Lok Chui Street, Tuen Mun, Hong Kong; DOB 11 Nov 1958; POB Hong Kong; nationality Hong Kong; Gender Female; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport KJ0221326 (Hong Kong) issued 28 Jan 2012 expires 28 Jan 2022; National ID No. G579067A (Hong Kong); Secretary for Justice (individual) [HK-EO13936].

CHENG, Teresa Yeuk-wah (a.k.a. CHENG, Teresa; a.k.a. CHENG, Yeuk Wah), House No. 4, Villa De Mer, 5 Lok Chui Street, Tuen Mun, Hong Kong; DOB 11 Nov 1958; POB Hong Kong; nationality Hong Kong; Gender Female; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport KJ0221326 (Hong Kong) issued 28 Jan 2012 expires 28 Jan 2022; National ID No. G579067A (Hong Kong); Secretary for Justice (individual) [HK-EO13936].

CHENG, Yeuk Wah (a.k.a. CHENG, Teresa; a.k.a. CHENG, Teresa Yeuk-wah), House No. 4, Villa De Mer, 5 Lok Chui Street, Tuen Mun, Hong Kong; DOB 11 Nov 1958; POB Hong Kong; nationality Hong Kong; Gender Female; Secondary sanctions risk: pursuant to the Hong

Kong Autonomy Act of 2020 - Public Law 116-149; Passport KJ0221326 (Hong Kong) issued 28 Jan 2012 expires 28 Jan 2022; National ID No. G579067A (Hong Kong); Secretary for Justice (individual) [HK-EO13936].

CHENGDU KEYLINK WIRELESS TECHNOLOGY CO., LTD (Chinese Simplified: 成都市卫莱科技有限公司), No. 2, F5, Building 5, No. 5 Xixin Avenue, High-Tech Zone, Chengdu, Sichuan Province, China (Chinese Simplified: 5栋5层2号, 西芯大道5号, 高新区, 成都, 四川省, China); Website www.keylinkwireless.com; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 15 Aug 2019; Unified Social Credit Code (USCC) 91510100MA62LU6716 (China) [RUSSIA-EO14024].

CHEPA, Alexey Vasilievich (Cyrillic: ЧЕПА, Алексей Васильевич), Russia; DOB 22 Nov 1955; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

CHEPIGA, Anatoliy Vladimirovich (a.k.a. BOSHIROV, Ruslan), Moscow, Russia; DOB 05 Apr 1979; alt. DOB 12 Apr 1978; POB Nikolaevka, Amur Oblast, Russia; alt. POB Dushanbe, Tajikistan; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

CHEPIKOV, Sergey Vladimirovich (Cyrillic: ЧЕПИКОВ, Сергей Владимирович), Russia; DOB 30 Jan 1967; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

CHEPURNOI, Mikhail Yuryevich (a.k.a. CHEPURNOY, Mikhail Yuryevich), Moscow, Russia; DOB 26 Feb 1970; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 772805025904 (Russia) (individual) [RUSSIA-EO14024].

CHEPURNOY, Mikhail Yuryevich (a.k.a. CHEPURNOI, Mikhail Yuryevich), Moscow, Russia; DOB 26 Feb 1970; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID

No. 772805025904 (Russia) (individual) [RUSSIA-EO14024].

CHERAF, Peter (a.k.a. CHERIF, Peter; a.k.a. "CHERAF, Abu Hamza"), Yemen; DOB 01 Jan 1982 to 31 Dec 1982; nationality France (individual) [SDGT].

CHERAGHI, Ahmad Shah (a.k.a. VAHIDI, Ahmad (Arabic: احمد وحيدى)), c/o MODAFL, Tehran, Iran; DOB 27 Jun 1958; POB Shiraz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Brigadier General (individual) [NPWMD] [IFSR] [IRAN-HR].

CHEREPENNIKOV, Anton Andreevich (a.k.a. CHEREPENNIKOV, Anton Andreyevich (Cyrillic: ЧЕРЕПЕННИКОВ, Антон Андреевич)), 23-41 Bakuninskaya Street Apt. 100, Moscow 105082, Russia, DOB 07 May 1983; POB Russia; nationality Russia; Gender Male; Passport 719941129 (Russia) expires 28 Jun 2022; Tax ID No. 770106425720 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CITADEL).

CHEREPENNIKOV, Anton Andreyevich (Cyrillic: ЧЕРЕПЕННИКОВ, Антон Андреевич) (a.k.a. CHEREPENNIKOV, Anton Andreevich), 23-41 Bakuninskaya Street Apt. 100, Moscow 105082, Russia; DOB 07 May 1983; POB Russia; nationality Russia; Gender Male; Passport 719941129 (Russia) expires 28 Jun 2022; Tax ID No. 770106425720 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CITADEL).

CHEREVKO, Sergey Nikolaevich (Cyrillic: ЧЕРЕВКО, Сергей Николаевич) (a.k.a. CHEREVKO, Serhiy Mykolayovych (Cyrillic: ЧЕРЕВКО, Сергій Миколайович)), Apartment 6, 18 Kommunarov Street, Kherson, Kherson Region, Ukraine; DOB 11 Aug 1975; nationality Ukraine; Gender Male; Tax ID No. 2761603714 (Ukraine) (individual) [RUSSIA-EO14024].

CHEREVKO, Serhiy Mykolayovych (Cyrillic: ЧЕРЕВКО, Сергій Миколайович) (a.k.a. CHEREVKO, Sergey Nikolaevich (Cyrillic: ЧЕРЕВКО, Сергей Николаевич)), Apartment 6, 18 Kommunarov Street, Kherson, Kherson Region, Ukraine; DOB 11 Aug 1975; nationality Ukraine; Gender Male; Tax ID No. 2761603714 (Ukraine) (individual) [RUSSIA-EO14024].

CHEREZOV, Andrei (a.k.a. CHEREZOV, Andrey; a.k.a. CHEREZOV, Andrey Vladimirovich), Russia; DOB 12 Oct 1967; POB Salair, Kemerovskaya Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209; Deputy Minister of Energy in the Department of Operational Control and Management in the Electric Power Industry (individual) [UKRAINE-EO13661].

CHEREZOV, Andrey (a.k.a. CHEREZOV, Andrei; a.k.a. CHEREZOV, Andrey Vladimirovich), Russia; DOB 12 Oct 1967; POB Salair, Kemerovsakya Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Minister of Energy in the Department of Operational Control and Management in the Electric Power Industry (individual) [UKRAINE-EO13661].

CHEREZOV, Andrey Vladimirovich (a.k.a. CHEREZOV, Andrei; a.k.a. CHEREZOV, Andrey), Russia; DOB 12 Oct 1967; POB Salair, Kemerovsakya Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Minister of Energy in the Department of Operational Control and Management in the Electric Power Industry (individual) [UKRAINE-EO13661].

CHERGEIKO, Sergey Viktorovich (Cyrillic: ЧЕРГЕЙКО, СЕРГЕЙ ВИКТОРОВИЧ) (a.k.a. CHARHEIKA, Siarhei; a.k.a. CHARHEIKA, Siarhei Viktaravich (Cyrillic: ЧАРГЕЙКА, СЯРГЕЙ ВІКТАРАВІЧ); a.k.a. "CHERGEIKO, S.V."), Academic Vyotsky St 3 apt. 114, Minsk, Belarus; DOB 27 Aug 1986; POB Mochulino Village, Belarus; nationality Belarus; citizen Belarus; Gender Male; Passport KH2638135 (Belarus); National ID No. 3270886K030PB1 (Belarus) (individual) [BELARUS-EO14038] (Linked To: PELENG JSC).

CHERIF, Peter (a.k.a. CHERAF, Peter; a.k.a. "CHERAF, Abu Hamza"), Yemen; DOB 01 Jan 1982 to 31 Dec 1982; nationality France (individual) [SDGT].

CHERIZIER, Jimmy, 22 Impasse Hall, Rue Beauvais, Delmas 75, Delmas, Ouest, Haiti; DOB 30 Mar 1977; POB Port-au-Prince, Haiti; nationality Haiti; Gender Male; Passport PP3227493 (Haiti) expires 21 Oct 2019; National ID No. 0018439897 (Haiti) (individual) [GLOMAG].

CHERKASOVA, Irina Aleksandrovna (Cyrillic: ЧЕРКАСОВА, Ирина Александровна) (a.k.a. CHERKASOVA, Iryna Oleksandrivna), Rostov Region, Russia; DOB 30 May 1963; POB Bataysk, Rostov Region, Russia; nationality

Russia; Gender Female (individual) [RUSSIA-EO14024].

CHERKASOVA, Iryna Oleksandrivna (a.k.a. CHERKASOVA, Irina Aleksandrovna (Cyrillic: ЧЕРКАСОВА, Ирина Александровна)), Rostov Region, Russia; DOB 30 May 1963; POB Bataysk, Rostov Region, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

CHERKASOVA, Nadia Narimanovna (Cyrillic: ЧЕРКАСОВА, Надия Наримановна) (a.k.a. CHERKASOVA, Nadiia Narimanovna; a.k.a. CHERKASOVA, Nadiya Narimanovna), Russia; DOB 11 Dec 1971; POB Vladimir, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

CHERKASOVA, Nadiia Narimanovna (a.k.a. CHERKASOVA, Nadia Narimanovna (Cyrillic: ЧЕРКАСОВА, Надия Наримановна); a.k.a. CHERKASOVA, Nadiya Narimanovna), Russia; DOB 11 Dec 1971; POB Vladimir, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

CHERKASOVA, Nadiya Narimanovna (a.k.a. CHERKASOVA, Nadia Narimanovna (Cyrillic: ЧЕРКАСОВА, Надия Наримановна); a.k.a. CHERKASOVA, Nadiia Narimanovna), Russia; DOB 11 Dec 1971; POB Vladimir, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

CHERKOVSKI, Aleksandr Vladimirovich (a.k.a. CHERKOVSKII, Aleksandr Vladimirovich; a.k.a. CHERKOVSKIY, Aleksandr Vladimirovich (Cyrillic: ЧЕРКОВСКИЙ, Александр Владимирович)), Russia; DOB 21 Mar 1972; nationality Russia; Gender Male; Tax ID No. 032609800750 (Russia) (individual) [RUSSIA-EO14024].

CHERKOVSKII, Aleksandr Vladimirovich (a.k.a. CHERKOVSKI, Aleksandr Vladimirovich; a.k.a. CHERKOVSKIY, Aleksandr Vladimirovich (Cyrillic: ЧЕРКОВСКИЙ, Александр Владимирович)), Russia; DOB 21 Mar 1972; nationality Russia; Gender Male; Tax ID No. 032609800750 (Russia) (individual) [RUSSIA-EO14024].

CHERKOVSKIY, Aleksandr Vladimirovich (Cyrillic: ЧЕРКОВСКИЙ, Александр Владимирович) (a.k.a. CHERKOVSKI,

Aleksandr Vladimirovich; a.k.a. CHERKOVSKII, Aleksandr Vladimirovich), Russia; DOB 21 Mar 1972; nationality Russia; Gender Male; Tax ID No. 032609800750 (Russia) (individual) [RUSSIA-EO14024].

CHERNET, Elena (a.k.a. CHERNET, Yelena Lvovna (Cyrillic: ЧЕРНЕТ, Елена Львовна); a.k.a. SCHNER, Elena), Stuttgart, Germany; DOB 21 May 1958; nationality Russia; Gender Female; Tax ID No. 773102459603 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ELIX ST LIMITED LIABILITY COMPANY).

CHERNET, Evgeni Olegovich (a.k.a. CHERNET, Evgeny; a.k.a. CHERNET, Evgueni; a.k.a. CHERNET, Yevgeniy Olegovich (Cyrillic: ЧЕРНЕТ, Евгений Олегович)), Russia; DOB 18 Nov 1946; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 774336539380 (Russia) (individual) [RUSSIA-EO14024].

CHERNET, Evgeny (a.k.a. CHERNET, Evgeni Olegovich; a.k.a. CHERNET, Evgueni; a.k.a. CHERNET, Yevgeniy Olegovich (Cyrillic: ЧЕРНЕТ, Евгений Олегович)), Russia; DOB 18 Nov 1946; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 774336539380 (Russia) (individual) [RUSSIA-EO14024].

CHERNET, Evgueni (a.k.a. CHERNET, Evgeni Olegovich; a.k.a. CHERNET, Evgeny; a.k.a. CHERNET, Yevgeniy Olegovich (Cyrillic: ЧЕРНЕТ, Евгений Олегович)), Russia; DOB 18 Nov 1946; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 774336539380 (Russia) (individual) [RUSSIA-EO14024].

CHERNET, Yelena Lvovna (Cyrillic: ЧЕРНЕТ, Елена Львовна) (a.k.a. CHERNET, Elena; a.k.a. SCHNER, Elena), Stuttgart, Germany; DOB 21 May 1958; nationality Russia; Gender Female; Tax ID No. 773102459603 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ELIX ST LIMITED LIABILITY COMPANY).

CHERNET, Yevgeniy Olegovich (Cyrillic: ЧЕРНЕТ, Евгений Олегович) (a.k.a. CHERNET, Evgeni Olegovich; a.k.a. CHERNET, Evgeny; a.k.a. CHERNET, Evgueni), Russia; DOB 18 Nov 1946; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 774336539380 (Russia) (individual) [RUSSIA-EO14024].

CHERNOMORNEFTEGAZ (a.k.a. CHORNOMORNAFTOGAZ; a.k.a. NJSC CHORNOMORNAFTOGAZ), Kirova / per. Sovnarkomovskaya, 52/1, Simferopol, Crimea 95000, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; This designation refers to the entity at the listed address only, and does not include its parent company. [UKRAINE-EO13660].

'CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII, OTKRYTOE AKTSIONERNOE OBSHCHESTVO' (a.k.a. AKTSIONERNOE OBSHCHESTVO CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII; a.k.a. BANK CHBRR, AO; f.k.a. BANK CHBRR, PAO; a.k.a. JOINT STOCK COMPANY BLACK SEA BANK OF DEVELOPMENT AND RECONSTRUCTION; a.k.a. JSC 'BLACK SEA BANK FOR DEVELOPMENT & RECONSTRUCTION'; f.k.a. OPEN JOINT STOCK COMPANY BLACK SEA DEVELOPMENT AND RECONSTRUCTION BANK), 24 ul. Bolshevistskaya, Simferopol, Crimea 295001, Ukraine; BIK (RU) 043510101; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102030186 (Russia); Tax ID No. 9102019769 (Russia); Government Gazette Number 00204814 (Russia); License 3527 (Russia) [UKRAINE-EO13685].

CHERNOV, Mikhail Vadimovich (Cyrillic: ЧЕРНОВ, Михаил Вадимович) (a.k.a.

"BULLET"), Russia; DOB 26 Jan 1986; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

CHERNYAK, Alexey Yuryevich (Cyrillic: ЧЕРНЯК, Алексей Юрьевич), Russia; DOB 27 Aug 1973; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

CHERNYKH, Tatiana (a.k.a. CHERNYKH, Tatiana V); DOB 25 Sep 1972; nationality Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 712491743 (Russia) expires 17 Nov 2020; Foreign Relations Manager at Izhevsky Mekhanichesky Zavod JSC (individual) [UKRAINE-EO13661] (Linked To: IZHEVSKY MEKHANICHESKY ZAVOD JSC).

CHERNYKH, Tatiana V (a.k.a. CHERNYKH, Tatiana); DOB 25 Sep 1972; nationality Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 712491743 (Russia) expires 17 Nov 2020; Foreign Relations Manager at Izhevsky Mekhanichesky Zavod JSC (individual) [UKRAINE-EO13661] (Linked To: IZHEVSKY MEKHANICHESKY ZAVOD JSC).

CHERNYSHENKO, Dmitri Nikolayevich (a.k.a. CHERNYSHENKO, Dmitriy Nikolaevich (Cyrillic: ЧЕРНЫШЕНКО, Дмитрий Николаевич); a.k.a. CHERNYSHENKO, Dmitriy Nikolaievich; a.k.a. CHERNYSHENKO, Dmitry Nikolaevich), Russia; DOB 20 Sep 1968; POB Saratov, Saratov Region, Russia; nationality Russia; Gender Male; Tax ID No. 770300851430 (Russia) (individual) [RUSSIA-EO14024].

CHERNYSHENKO, Dmitriy Nikolaevich (Cyrillic: ЧЕРНЫШЕНКО, Дмитрий Николаевич) (a.k.a. CHERNYSHENKO, Dmitri Nikolayevich; a.k.a. CHERNYSHENKO, Dmitriy Nikolaievich; a.k.a. CHERNYSHENKO, Dmitry Nikolaevich), Russia; DOB 20 Sep 1968; POB Saratov, Saratov Region, Russia; nationality Russia; Gender Male; Tax ID No. 770300851430 (Russia) (individual) [RUSSIA-EO14024].

CHERNYSHENKO, Dmitriy Nikolaievich (a.k.a. CHERNYSHENKO, Dmitri Nikolayevich; a.k.a. CHERNYSHENKO, Dmitriy Nikolaevich (Cyrillic: ЧЕРНЫШЕНКО, Дмитрий Николаевич); a.k.a. CHERNYSHENKO, Dmitry Nikolaevich), Russia; DOB 20 Sep 1968; POB Saratov,

Saratov Region, Russia; nationality Russia; Gender Male; Tax ID No. 770300851430 (Russia) (individual) [RUSSIA-EO14024].

CHERNYSHENKO, Dmitry Nikolaevich (a.k.a. CHERNYSHENKO, Dmitri Nikolayevich; a.k.a. CHERNYSHENKO, Dmitrii Nikolaievich; a.k.a. CHERNYSHENKO, Dmitriy Nikolaevich (Cyrillic: ЧЕРНЫШЕНКО, Дмитрий Николаевич); a.k.a. CHERNYSHENKO, Dmitriy Nikolaievich), Russia; DOB 20 Sep 1968; POB Saratov, Saratov Region, Russia; nationality Russia; Gender Male; Tax ID No. 770300851430 (Russia) (individual) [RUSSIA-EO14024].

CHERNYSHEV, Andrey Vladimirovich (Cyrillic: ЧЕРНЫШЁВ, Андрей Владимирович) (a.k.a. CHERNYSHYOV, Andrey Vladimirovich), Russia; DOB 10 Jul 1970; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

CHERNYSHOV, Boris Aleksandrovich (Cyrillic: ЧЕРНЫШОВ, Борис Александрович), Russia; DOB 25 Jun 1991; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

CHERNYSHYOV, Andrey Vladimirovich (a.k.a. CHERNYSHEV, Andrey Vladimirovich (Cyrillic: ЧЕРНЫШЁВ, Андрей Владимирович)), Russia; DOB 10 Jul 1970; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

CHERRI, Adel Mohamad (a.k.a. CHERRI, Adel Mohammh; a.k.a. SHIRRI, 'Adil), Suite 15A, Mingshang GE Shenganghao Yuan Building, Bao An Nan Road, Luohu District, Shenzhen, Guangdong, China; 1/F, Bei Fang Building, Shennan Zhong Road, Shenzhen, Guangdong, China; Flat/Room 1610, Nan Fung Tower, 173 Des Voeux Road Central, Hong Kong; Cherri Building, Main Street, Beer Al Salasel, Kherbet Selem, Nabatieh, Lebanon; DOB 03 Oct 1963; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL2566575 (Lebanon) expires 03 Jul 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

CHERRI, Adel Mohammad (a.k.a. CHERRI, Adel Mohamad; a.k.a. SHIRRI, 'Adil), Suite 15A, Mingshang GE Shenganghao Yuan Building, Bao An Nan Road, Luohu District, Shenzhen, Guangdong, China; 1/F, Bei Fang Building, Shennan Zhong Road, Shenzhen, Guangdong, China; Flat/Room 1610, Nan Fung Tower, 173

Des Voeux Road Central, Hong Kong; Cherri Building, Main Street, Beer Al Salasel, Kherbet Selem, Nabatieh, Lebanon; DOB 03 Oct 1963; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL2566575 (Lebanon) expires 03 Jul 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

CHERRI, Amin (a.k.a. SHARI, 'Amin Abi; a.k.a. SHARY, Amin Muhammad; a.k.a. SHERRI, Amin; a.k.a. SHIRRI, Ameen; a.k.a. SHIRRI, Amin; a.k.a. SHRI, Amin), Beirut, Lebanon; DOB 02 Aug 1957; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 380858 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

CHERSTVOVA, Elena Alexandrovna (Cyrillic: ЧЕРСТВОВА, Елена Александровна), Russia; DOB 06 Feb 1975; POB Tolyatti, Russia; nationality Russia; Gender Female; Passport 716024138 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

CHEW, Kheng Siang (a.k.a. CHOU, Hsien Cheng), c/o TET KHAM (S) PTE. LTD., Singapore; c/o VEST SPECTRUM (S) PTE. LTD., Singapore, Singapore; 9 Haig Avenue, Singapore 438864, Singapore; National ID No. S1199192J (Singapore) (individual) [SDNTK].

CHI, Sang-chun (a.k.a. JI, Sang Jun), Moscow, Russia; DOB 03 May 1971; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

CHI, Yupeng, Room 301, Unit 1, No. 129 Jiangcheng Street, Yuanbao District, Dandong City, Liaoning Province, China; DOB 22 May 1969; nationality China; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport E27979708 (China); National ID No. 210602196905220510 (China); Chairman and Majority Owner, Dandong Zhicheng Metallic Material Co., Ltd. (individual) [DPRK3] (Linked To: DANDONG ZHICHENG METALLIC MATERIAL CO., LTD.).

CHIBIS, Andrey Vladimirovich (Cyrillic: ЧИБИС, Андрей Владимирович), Murmansk Region, Russia; DOB 19 Mar 1979; POB Cheboksary, Chuvashia Republic, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 212900017066 (Russia) (individual) [RUSSIA-EO14024].

CHIBLI, Ibrahim (a.k.a. SHIBLI SHIBLI, Ibrahim); DOB 10 Oct 1965; POB Sour, Lebanon; nationality Lebanon (individual) [SDNTK].

CHIHUAHUA FOODS S.A. DE C.V., Cuauhtemoc, Chihuahua, Mexico [SDNTK].

CHIKA'S (a.k.a. CHIKA'S ACCESORIOS Y COSMETICOS; a.k.a. IMPORTCLUB; a.k.a. SIN-MEX IMPORTADORA, S.A. DE C.V.), Poniente 140 No. 639, Col. Industrial Vallejo, Mexico, Distrito Federal, Mexico; Pedro Loza No. 174, Col. Centro, Guadalajara, Jalisco, Mexico; Av. Juarez No. 496, Col. Centro, Guadalajara, Jalisco, Mexico; Alvaro Obregon No. 614, Col. San Juan de Dios, Guadalajara, Jalisco, Mexico; Plaza Centro Sur Local D-11, Guadalajara, Jalisco, Mexico; Magno Centro Joyero Sn. Juan de Dios Local 1038, Guadalajara, Jalisco, Mexico; Av. Javier Mina No. 26, Col. San Juan de Dios, Guadalajara, Jalisco, Mexico; Plaza Centro Sur Local I-9, Guadalajara, Jalisco, Mexico; Reforma 217-A, Col. Centro, Leon, Guanajuato, Mexico; Plaza Coliseo Local 11, Col. Centro, Leon, Guanajuato, Mexico; Riva Palacio No. 675 Sur, Col. Almada, Culiacan, Sinaloa, Mexico; Galerias San Miguel Local 40 K, Culiacan, Sinaloa, Mexico; Centro Joyero Local 31, Culiacan, Sinaloa, Mexico; Rubi No. 366-A, Col. Centro, Culiacan, Sinaloa, Mexico; Plaza Galerias Local 22, Col. Colinas de San Miguel, Culiacan, Sinaloa, Mexico; Plaza Fantasia, Calle del Carmen No. 82 Local 28, Distrito Federal, Mexico; Centro Joyero Local 21 y 25, Andador Allende No. 116 Oriente, Aguascalientes, Ags., Mexico; Centro Joyero de Toluca Local 8, Benito Juarez No. 109, Toluca, Estado Mexico, Mexico; Plaza de la Mujer Local 27, Morelos No. 133 Poniente, Monterrey, Nuevo Leon, Mexico; Parras 1750 Int. C, Col. Alamo Oriente, Tlaquepaque, Jalisco, Mexico; Poniente 140 No. 639, Col. Industrial Vallejo, Delegacion Azcapotzalco, Distrito Federal, Mexico; Ignacio Lopez Rayon No. 9104, Col. 1 de Mayo, Toluca, Mexico; Ignacio Lopez Rayon, Col. 5 de Mayo, Toluca, Mexico; Avenida Rayon 104, Col. Colonia Toluca de Lerdo Centro, Toluca, Estado de Mexico 50000, Mexico; Avenida Rayon 140 D, Col. Colonia Toluca de Lerdo Centro, Toluca, Estado de Mexico 50000, Mexico; R.F.C. SMI010730DH8 (Mexico) [SDNTK].

CHIKA'S (a.k.a. CHIKA'S ACCESORIOS Y COSMETICOS, a.k.a. COMERCIALIZADORA JALSIN, S.A. DE C.V.; a.k.a. COMERCIALIZADORA JALZIN, S.A. DE C.V.), Parras No. 1750, Col. Educacion Alamos, Guadalajara, Jalisco 44280, Mexico; Ave. Juarez No. 496, Col. Centro, Guadalajara, Jalisco 44100, Mexico; Cll 271 s/n, Col. Centro, Guadalajara, Jalisco 44280, Mexico; Cll 614 s/n , Col.San Jan de Dios, Guadalajara, Jalisco 44360, Mexico; Calle Pedro Loza 174, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Calle Alvaro Obregon 614, Col. Barrio San Juan De Dios, Guadalajara, Jalisco, Mexico; Calle Javier Mina 26, Col. Colonia La Perla, Guadalajara, Jalisco, Mexico; Avenida Javier Mina 28, Col. Barrio San Juan De Dios, Guadalajara, Jalisco, Mexico; Calle Juan Manuel 308, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Privada Periferico Sur 1835, Col. Pueblo Santa Maria Tequepexpan, Tlaquepaque, Jalisco, Mexico; Calle Alvaro Obregon 614, Col. Colonia La Perla, Guadalajara, Jalisco, Mexico; Andador Pedro Loza 174, Col. Barrio Jesus, Guadalajara, Jalisco, Mexico; Avenida Juarez 498, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Calle Pedro Loza 184, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Calle Vasco de Quiroga 32, Col. Colonia Morelia Centro, Morelia, Michoacan, Mexico; Avenida Juarez 496, Col. Centro, Guadalajara, Jalisco, Mexico; Calle Reforma 217 A, Col. Colonia Leon de los Aldamas Centro, Leon, Guanajuato 37000, Mexico; Calle Reforma, Esquina Comonfort Esquina Loc 11, Col. Colonia Leon de los Aldamas Centro, Leon, Guanajuato 37000, Mexico; Vasco de Quiroga No. 32, Zona Centro, Morelia, Michoacan, Mexico; R.F.C. CJA980901J13 (Mexico) [SDNTK].

CHIKA'S ACCESORIOS Y COSMETICOS (a.k.a. CHIKA'S; a.k.a. IMPORTCLUB; a.k.a. SIN-MEX IMPORTADORA, S.A. DE C.V.), Poniente 140 No. 639, Col. Industrial Vallejo, Mexico, Distrito Federal, Mexico; Pedro Loza No. 174, Col. Centro, Guadalajara, Jalisco, Mexico; Av. Juarez No. 496, Col. Centro, Guadalajara, Jalisco, Mexico; Alvaro Obregon No. 614, Col. San Juan de Dios, Guadalajara, Jalisco, Mexico; Plaza Centro Sur Local D-11, Guadalajara, Jalisco, Mexico; Magno Centro

Joyero Sn. Juan de Dios Local 1038, Guadalajara, Jalisco, Mexico; Av. Javier Mina No. 26, Col. San Juan de Dios, Guadalajara, Jalisco, Mexico; Plaza Centro Sur Local I-9, Guadalajara, Jalisco, Mexico; Reforma 217-A, Col. Centro, Leon, Guanajuato, Mexico; Plaza Coliseo Local 11, Col. Centro, Leon, Guanajuato, Mexico; Riva Palacio No. 675 Sur, Col. Almada, Culiacan, Sinaloa, Mexico; Galerias San Miguel Local 40 K, Culiacan, Sinaloa, Mexico; Centro Joyero Local 31, Culiacan, Sinaloa, Mexico; Rubi No. 366-A, Col. Centro, Culiacan, Sinaloa, Mexico; Plaza Galerias Local 22, Col. Colinas de San Miguel, Culiacan, Sinaloa, Mexico; Plaza Fantasia, Calle del Carmen No. 82 Local 28, Distrito Federal, Mexico; Centro Joyero Local 21 y 25, Andador Allende No. 116 Oriente, Aguascalientes, Ags., Mexico; Centro Joyero de Toluca Local 8, Benito Juarez No. 109, Toluca, Estado Mexico, Mexico; Plaza de la Mujer Local 27, Morelos No. 133 Poniente, Monterrey, Nuevo Leon, Mexico; Parras 1750 Int. C, Col. Alamo Oriente, Tlaquepaque, Jalisco, Mexico; Poniente 140 No. 639, Col. Industrial Vallejo, Delegacion Azcapotzalco, Distrito Federal, Mexico; Ignacio Lopez Rayon No. 9104, Col. 1 de Mayo, Toluca, Mexico; Ignacio Lopez Rayon, Col. 5 de Mayo, Toluca, Mexico; Avenida Rayon 104, Col. Colonia Toluca de Lerdo Centro, Toluca, Estado de Mexico 50000, Mexico; Avenida Rayon 140 D, Col. Colonia Toluca de Lerdo Centro, Toluca, Estado de Mexico 50000, Mexico; R.F.C. SMI010730DH8 (Mexico) [SDNTK].

CHIKA'S ACCESORIOS Y COSMETICOS (a.k.a. CHIKA'S; a.k.a. COMERCIALIZADORA JALSIN, S.A. DE C.V.; a.k.a. COMERCIALIZADORA JALZIN, S.A. DE C.V.), Parras No. 1750, Col. Educacion Alamos, Guadalajara, Jalisco 44280, Mexico; Ave. Juarez No. 496, Col. Centro, Guadalajara, Jalisco 44100, Mexico; Cll 271 s/n, Col. Centro, Guadalajara, Jalisco 44280, Mexico; Cll 614 s/n , Col.San de Dios, Guadalajara, Jalisco 44360, Mexico; Calle Pedro Loza 174, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Calle Alvaro Obregon 614, Col. Barrio San Juan De Dios, Guadalajara, Jalisco, Mexico; Calle Javier Mina 26, Col. Colonia La Perla, Guadalajara, Jalisco, Mexico; Avenida Javier Mina 28, Col. Barrio San Juan De Dios, Guadalajara, Jalisco, Mexico; Calle Juan Manuel 308, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Privada Periferico

Sur 1835, Col. Pueblo Santa Maria Tequepexpan, Tlaquepaque, Jalisco, Mexico; Calle Alvaro Obregon 614, Col. Colonia La Perla, Guadalajara, Jalisco, Mexico; Andador Pedro Loza 174, Col. Barrio Jesus, Guadalajara, Jalisco, Mexico; Avenida Juarez 498, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Calle Pedro Loza 184, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Calle Vasco de Quiroga 32, Col. Colonia Morelia Centro, Morelia, Michoacan, Mexico; Avenida Juarez 496, Col. Centro, Guadalajara, Jalisco, Mexico; Calle Reforma 217 A, Col. Leon de los Aldamas Centro, Leon, Guanajuato 37000, Mexico; Calle Reforma, Esquina Comonfort Esquina Loc 11, Col. Colonia Leon de los Aldamas Centro, Leon, Guanajuato 37000, Mexico; Vasco de Quiroga No. 32, Zona Centro, Morelia, Michoacan, Mexico; R.F.C. CJA980901J13 (Mexico) [SDNTK].

CHIKA'S COSMETICS AND ACCESSORIES (a.k.a. COMERCIALIZADORA TOQUIN, S.A. DE C.V.), Poniente 140 #639, Col. Industrial Vallejo, Mexico, Distrito Federal, Mexico; Calle Parras, Numero 1750 Int. C, Col. Alamo Oriente, Tlaquepaque, Jalisco, Mexico; Calle Paseo del Hospisio 22 1038, Col. Colonia La Perla, Guadalajara, Jalisco, Mexico; Calzada Gonzalez Gallo, numero 3064, Col. Lomas de San Pedro, Guadalajara, Jalisco 44897, Mexico; R.F.C. CTO010731CH9 (Mexico) [SDNTK].

CHILIN, Baima (a.k.a. CHOLING, Padma (Chinese Simplified: 白玛赤林; Chinese Traditional: 白瑪赤林); a.k.a. TRILEK, Pelma), Beijing, China; DOB Oct 1951; POB Dengqen County, Changdu, Tibet Autonomous Region, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

CHILINGAROV, Artur Nikolaevich (Cyrillic: ЧИЛИНГАРОВ, Артур Николаевич), Russia; DOB 25 Sep 1939; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

CH'IL'SO'NG TRADING (a.k.a. CHILSONG TRADING COMPANY; a.k.a. CHILSONG TRADING CORP.; a.k.a. CHILSONG TRADING CORPORATION; a.k.a. CHILSUNG TRADING COMPANY; a.k.a. KOREA CHILSONG

TRADING CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

CHILSONG TRADING COMPANY (a.k.a. CH'IL'SO'NG TRADING; a.k.a. CHILSONG TRADING CORP.; a.k.a. CHILSONG TRADING CORPORATION; a.k.a. CHILSONG TRADING COMPANY; a.k.a. KOREA CHILSONG TRADING CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

CHILSONG TRADING CORP. (a.k.a. CH'IL'SO'NG TRADING; a.k.a. CHILSONG TRADING COMPANY; a.k.a. CHILSONG TRADING CORPORATION; a.k.a. CHILSUNG TRADING COMPANY; a.k.a. KOREA CHILSONG TRADING CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

CHILSONG TRADING CORPORATION (a.k.a. CH'IL'SO'NG TRADING; a.k.a. CHILSONG TRADING COMPANY; a.k.a. CHILSONG TRADING CORP.; a.k.a. CHILSUNG TRADING COMPANY; a.k.a. KOREA CHILSONG TRADING CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

CHILSUNG TRADING COMPANY (a.k.a. CH'IL'SO'NG TRADING; a.k.a. CHILSONG TRADING COMPANY; a.k.a. CHILSONG TRADING CORP.; a.k.a. CHILSONG TRADING CORPORATION; a.k.a. KOREA CHILSONG TRADING CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201

and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

CHIMA, Azam (a.k.a. BHAI, Chima; a.k.a. CHEEMA, Asim; a.k.a. CHEEMA, Azam; a.k.a. CHEEMA, Azzam; a.k.a. CHEEMA, Mohammed Azam; a.k.a. CHIMA, Azim), Islamabad, Pakistan; Muzaffarabad, Pakistan; Bahawalpur, Pakistan; DOB 1953; POB Faisalabad, Pakistan; nationality Pakistan; citizen Pakistan (individual) [SDGT].

CHIMA, Azim (a.k.a. BHAI, Chima; a.k.a. CHEEMA, Asim; a.k.a. CHEEMA, Azam; a.k.a. CHEEMA, Azzam; a.k.a. CHEEMA, Mohammed Azam; a.k.a. CHIMA, Azam), Islamabad, Pakistan; Muzaffarabad, Pakistan; Bahawalpur, Pakistan; DOB 1953; POB Faisalabad, Pakistan; nationality Pakistan; citizen Pakistan (individual) [SDGT].

CHIMUKA, Obey, 25 Northolt Bluffhill, Harare, Zimbabwe; DOB 15 Jan 1975; POB Makoni, Zimbabwe; nationality Zimbabwe; Gender Male; Passport EN899508 (Zimbabwe) expires 15 Mar 2026; National ID No. 58158115R42 (Zimbabwe) (individual) [GLOMAG] (Linked To: FOSSIL CONTRACTING; Linked To: TAGWIREI, Kudakwashe Regimond).

CHINA 49 GROUP CO., LIMITED, Rm. 910, Block 1, No. 132-1 Liuhua Square, Dongfeng West Rd., Yuexiu District, Guangzhou, China; Unit C2, 12F, Block A, Universal Industrial Center, 19-25 Shan Mei Street, Fo Tan, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 2512760 (Hong Kong); Business Registration Number 6752642100003186 (Hong Kong) [SDGT] [IFSR] (Linked To: HASHEMI, Seyed Morteza Minaye).

CHINA CONCORD PETROLEUM CO., LIMITED (Chinese Simplified: 中和石油有限公司) (f.k.a. FAITHFUL LINKER LIMITED (Chinese Traditional: 信聯行有限公司)), 17th Floor, Siu Ying Commercial Building, 151-155 Queen's Road Central, Hong Kong; Email Address admin@sinocpa.com; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec.

5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Business Registration Number 1080134 [IRAN-EO13846].

CHINA DANDONG KUMSANG TRADE COMPANY, LIMITED (a.k.a. DANDONG JINXIANG TRADE CO., LTD.; a.k.a. DANDONG METAL COMPANY; a.k.a. JINXIANG TRADING COMPANY), Room 303, Unit 2, Building Number 3, Number 99 Binjiang Lu (Road), Zhenxing District, Dandong, China; Room 303-01, Number 99-3, Binjiang Zhong Lu (Road), Dandong, China; Number 5, Tenth Street, Zhenxing District, Dandong, Liaoning, China; 245-11, Number 1 Wanlian Road, Shenhe District, Shenyang, China; Room 1101, No B, Jiadi Building, Business and Tourist, China; Room 303, Unit 2, 3 Haolou, Building 99 Binjiang Middle Rd., Zhenxing, Dandong, Liaoning 118000, China; Nationality of Registration China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

CHINA ENRICHING CHEMISTRY (a.k.a. CEC CHEMICAL CO., LTD.; a.k.a. CEC LIMITED; a.k.a. CEC LTD.; a.k.a. CEC PHARM CO LTD; a.k.a. CEC PHARMATECH LTD; a.k.a. HANGZHOU HONGYAN TRADING CO., LTD; a.k.a. IAN LIMITED; a.k.a. SHANGHAI CANHE PHARMTECH CO LTD), Room 807, 8/F Building 6, No.333 Guiping Road, Shanghai 200233, China; 401, No.23, Changning Road 1277, Shanghai 200051, China; Website www.cecchem.com; alt. Website www.eric1234.com [SDNTK].

CHINA GRAIN STORAGE AND TRANSPORTATION ZHOUSHAN CO., LIMITED (a.k.a. ZHEJIANG TIANLU ENERGY CO., LTD.; a.k.a. ZHONGGU STORAGE AND TRANSPORTATION CO., LTD. (Chinese Simplified: 中谷储运 舟山 有限公司)), No. 1, Saddle Community, Zenggang Street, Dinghai District, Zhoushan, Zhejiang, China; Website www.cgstc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 330900400000063 (China); Unified Social Credit Code (USCC) 913309006605851637 (China) [IRAN-EO13846]

(Linked To: NATIONAL IRANIAN OIL COMPANY).

CHINA HAOKUN ENERGY CO., LTD. (Chinese Traditional: 中國昊坤能源有限公司) (a.k.a. CHINA HAOKUN ENERGY LIMITED), Unit 502, 5/F, 87-105 Chatham Road South, Kowloon, Hong Kong, China; Room 1701, 17/F, Hong Kong Trade Centre, Nos. 161-167 Des Voeux Road Central, Hong Kong, China; Unit 502, 5/F, 87-105 Chatham Road South, Tsim Sha Tsui, Kowloon, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.R. No. 2444610 (Hong Kong); Legal Entity Number 549300EKQFUDEPZTLV86 (Hong Kong) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

CHINA HAOKUN ENERGY LIMITED (a.k.a. CHINA HAOKUN ENERGY CO., LTD. (Chinese Traditional: 中國昊坤能源有限公司)), Unit 502, 5/F, 87-105 Chatham Road South, Kowloon, Hong Kong, China; Room 1701, 17/F, Hong Kong Trade Centre, Nos. 161-167 Des Voeux Road Central, Hong Kong, China; Unit 502, 5/F, 87-105 Chatham Road South, Tsim Sha Tsui, Kowloon, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.R. No. 2444610 (Hong Kong); Legal Entity Number 549300EKQFUDEPZTLV86 (Hong Kong) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

CHINA HEAD AEROSPACE TECHNOLOGY COMPANY (a.k.a. CHINA HEAD TECHNOLOGY CO; a.k.a. HEAD AEROSPACE GROUP), 5F, Bldg 5, Science and Technology Park, A-2 North Xisanhuan Road, Haidian District, Beijing 100021, China; Registration Number 110108010146888 (China); Unified Social Credit Code (USCC) 91110108661572276L (China) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

CHINA HEAD TECHNOLOGY CO (a.k.a. CHINA HEAD AEROSPACE TECHNOLOGY COMPANY; a.k.a. HEAD AEROSPACE GROUP), 5F, Bldg 5, Science and Technology Park, A-2 North Xisanhuan Road, Haidian District, Beijing 100021, China; Registration Number 110108010146888 (China); Unified Social Credit Code (USCC) 91110108661572276L (China) [RUSSIA-

EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

CHINA JMM IMPORT & EXPORT SHANGHAI PUDONG CORPORATION (a.k.a. CHINA JMM IMPORT AND EXPORT SHANGHAI PUDONG CORPORATION; a.k.a. CPMIEC SHANGHAI PUDONG COMPANY), 13/F Yuhang Building No. 525, Sichuan Road (North), Shanghai, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

CHINA JMM IMPORT AND EXPORT SHANGHAI PUDONG CORPORATION (a.k.a. CHINA JMM IMPORT & EXPORT SHANGHAI PUDONG CORPORATION; a.k.a. CPMIEC SHANGHAI PUDONG COMPANY), 13/F Yuhang Building No. 525, Sichuan Road (North), Shanghai, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

CHINA NATIONAL ELECTRONIC IMPORT-EXPORT COMPANY (a.k.a. CEIEC (Chinese Simplified: 中国电子进出口总公司); a.k.a. CHINA NATIONAL ELECTRONICS IMPORT AND EXPORT CORPORATION), Block A 6-23F, No. 17 Fuxing Road, Haidian District, Beijing 100036, China; Calle Orinoco, Torre Nordic, Piso 6, Las Mercedes, Caracas 1060, Venezuela; Website https://www.ceiec.com; Registration Number 16382287 (China); Unified Social Credit Code (USCC) 9111000010000106X1 (China) [VENEZUELA].

CHINA NATIONAL ELECTRONICS IMPORT AND EXPORT CORPORATION (a.k.a. CEIEC (Chinese Simplified: 中国电子进出口总公司); a.k.a. CHINA NATIONAL ELECTRONIC IMPORT-EXPORT COMPANY), Block A 6-23F, No. 17 Fuxing Road, Haidian District, Beijing 100036, China; Calle Orinoco, Torre Nordic, Piso 6, Las Mercedes, Caracas 1060, Venezuela; Website https://www.ceiec.com; Registration Number 16382287 (China); Unified Social Credit Code (USCC) 9111000010000106X1 (China) [VENEZUELA].

CHINA NATIONAL PRECISION MACHINERY I/E CORP. (a.k.a. CHINA NATIONAL PRECISION MACHINERY IMPORT/EXPORT CORPORATION; a.k.a. CHINA PRECISION MACHINERY IMPORT/EXPORT CORPORATION; a.k.a. CPMIEC; a.k.a. ZHONGGUO JINGMI JIXIE JINCHUKOU ZONGGONGSI), No. 30 Haidian Nanlu, Beijing, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

CHINA NATIONAL PRECISION MACHINERY IMPORT/EXPORT CORPORATION (a.k.a. CHINA NATIONAL PRECISION MACHINERY I/E CORP.; a.k.a. CHINA PRECISION MACHINERY IMPORT/EXPORT CORPORATION; a.k.a. CPMIEC; a.k.a. ZHONGGUO JINGMI JIXIE JINCHUKOU ZONGGONGSI), No. 30 Haidian Nanlu, Beijing, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

CHINA OIL AND PETROLEUM COMPANY LIMITED (Chinese Traditional: 中油國際股份有限公司), RM702, 7/F Waga Comm Ctr 99, Wellington St. Central, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 16 Oct 2018; Company Number 2755177 (Hong Kong); Legal Entity Number 875500573TJOLWAOJL18; Business Registration Number 69969691-000 (Hong Kong) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

CHINA PRECISION MACHINERY IMPORT/EXPORT CORPORATION (a.k.a. CHINA NATIONAL PRECISION MACHINERY I/E CORP.; a.k.a. CHINA NATIONAL PRECISION MACHINERY IMPORT/EXPORT CORPORATION; a.k.a. CPMIEC; a.k.a. ZHONGGUO JINGMI JIXIE JINCHUKOU ZONGGONGSI), No. 30 Haidian Nanlu, Beijing, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

CHINA SILVER STAR INTERNET TECHNOLOGY COMPANY (a.k.a. SILVER STAR CHINA; a.k.a. SILVER STAR INTERNET TECHNOLOGY CORPORATION; a.k.a. UNSONG INTERNET TECHNOLOGY CORPORATION; a.k.a. YANBIAN SILVER STAR; a.k.a. YANBIAN SILVERSTAR; a.k.a. YANBIAN SILVERSTAR NETWORK TECHNOLOGY CO., LTD. (Chinese Simplified: 延边银星网络科技有限公司; Korean: 은성인터네트기술회사); a.k.a. YANJI SILVER STAR NETWORK TECHNOLOGY CO. LTD.), 20998B-26 Changbaishan East Road, Yanji, Jilin, China; No. 213-214, Building 2, Science and Technology Industrial Park, Yanji Development Zone, China; Chang Bai Shan Dong Lu, 20998B-26Hao, Yanji, Jilin 133000, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and

510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Unified Social Credit Code (USCC) 91222401MA0Y31E659 (China) [DPRK3] [DPRK4].

CHINA TALY AVIATION TECHNOLOGIES CORP. (Chinese Simplified: 中国天利航空科技实业公司) (a.k.a. CHINA TIANLI AVIATION TECHNOLOGY INDUSTRIAL COMPANY), No.7, Da Cheng Road, Feng Tai District, Beijing 100071, China; Organization Established Date 24 Oct 1988; Target Type State-Owned Enterprise; Unified Social Credit Code (USCC) 911100001000090614 (China) [RUSSIA-EO14024].

CHINA TIANLI AVIATION TECHNOLOGY INDUSTRIAL COMPANY (a.k.a. CHINA TALY AVIATION TECHNOLOGIES CORP. (Chinese Simplified: 中国天利航空科技实业公司)), No.7, Da Cheng Road, Feng Tai District, Beijing 100071, China; Organization Established Date 24 Oct 1988; Target Type State-Owned Enterprise; Unified Social Credit Code (USCC) 911100001000090614 (China) [RUSSIA-EO14024].

CHING, Teo Boon (a.k.a. "Dato Sri"), No. 65 Jalan Ledang, Taman Johor Tampoi, Johor Bahru, Johor 81200, Malaysia; DOB 24 Nov 1964; nationality Malaysia; Gender Male; National ID No. 641124015977 (Malaysia) (individual) [TCO] (Linked To: TEO BOON CHING WILDLIFE TRAFFICKING TRANSNATIONAL CRIMINAL ORGANIZATION).

CHINOUM, Marial (a.k.a. CHINUONG, Marial; a.k.a. MANGOK, Marial Chanuong Yol; a.k.a. YOL, Marial Chanoung; a.k.a. "CHAN, Marial"); DOB 01 Jan 1960; POB Yirol, Lakes State; Commander, Presidential Guard Unit; Major General, Sudan People's Liberation Army (individual) [SOUTH SUDAN].

CHINUONG, Marial (a.k.a. CHINOUM, Marial; a.k.a. MANGOK, Marial Chanuong Yol; a.k.a. YOL, Marial Chanoung; a.k.a. "CHAN, Marial"); DOB 01 Jan 1960; POB Yirol, Lakes State; Commander, Presidential Guard Unit; Major General, Sudan People's Liberation Army (individual) [SOUTH SUDAN].

CHINYONG INFORMATION TECHNOLOGY COOPERATION COMPANY (a.k.a. JINYONG IT COOPERATION COMPANY), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and

510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Other information technology and computer service activities [DPRK2].

CHIO, Wai (a.k.a. HWEI, Jao; a.k.a. SAECHOU, Thanchai; a.k.a. WAI, Chio; a.k.a. WEI, Chao; a.k.a. WEI, Jiao; a.k.a. WEI, Zhang; a.k.a. WEI, Zhao), Flat G, 19 FL Maple Mansion, Taikoo Shing, Quarry Bay, Hong Kong; Room 2410, 24/F, Block Q, Kornhill, Quarry Bay, Hong Kong; DOB 16 Sep 1952; POB Heilongjiang Province, China; alt. POB Liaoning Province, China; nationality China; Gender Male; Passport MA0269785 (Macau); alt. Passport M0178952 (China); alt. Passport MA0162634 (China); National ID No. 12756003 (Macau) (individual) [TCO] (Linked To: ZHAO WEI TCO).

CHIP SPACE ELECTRONICS CO., LIMITED (Chinese Traditional: 芯時空電子有限公司); Website www.chipspace-elec.com; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established 21 Nov 2022; Company Number 3210227 (Hong Kong) [RUSSIA-EO14024].

CHIRIKOV, Oleg (a.k.a. CHIRIKOV, Oleg Sergeyevich); DOB 26 Nov 1984; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 715896188 (Russia) (individual) [CYBER2] (Linked To: DIVETECHNOSERVICES).

CHIRIKOV, Oleg Sergeyevich (a.k.a. CHIRIKOV, Oleg); DOB 26 Nov 1984; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 715896188 (Russia) (individual) [CYBER2] (Linked To: DIVETECHNOSERVICES).

CHIT, Daw Kaing Pa Pa (a.k.a. CHIT, Khaing Pa Pa), Burma; DOB 15 Jul 1971; nationality Burma; Gender Female; National ID No. 9MAYAMAN018125 (Burma) (individual) [BURMA-EO14014].

CHIT, Khaing Pa Pa (a.k.a. CHIT, Daw Kaing Pa Pa), Burma; DOB 15 Jul 1971; nationality Burma; Gender Female; National ID No. 9MAYAMAN018125 (Burma) (individual) [BURMA-EO14014].

CHIVINNITIPANYA, Prasit (a.k.a. CHARNCHAI, Chiwinnitipanya; a.k.a. CHEEWINNITTIPANYA, Prasit; a.k.a. CHIWINNITIPANYA, Charnchai; a.k.a. PRASIT, Cheewinnittipanya; a.k.a. PRASIT, Chivinnitipanya; a.k.a. WEI, Hsueh Kang; a.k.a. WEI, Shao-Kang; a.k.a. WEI, Sia-Kang; a.k.a. WEI, Xuekang); DOB 29 Jun 1952; alt. DOB 29 May 1952; Passport Q081061 (Thailand); alt. Passport E091929 (Thailand) (individual) [SDNTK].

CHIWENGA, Constantine Gureya (a.k.a. CHIWENGA, Constantino; a.k.a. CHIWENGA, Constantino D.N.G.; a.k.a. CHIWENGA, Constantino Guveya), Zimbabwe; DOB 25 Aug 1956; POB Zimbabwe; nationality Zimbabwe; Gender Male (individual) [GLOMAG].

CHIWENGA, Constantino (a.k.a. CHIWENGA, Constantine Gureya; a.k.a. CHIWENGA, Constantino D.N.G.; a.k.a. CHIWENGA, Constantino Guveya), Zimbabwe; DOB 25 Aug 1956; POB Zimbabwe; nationality Zimbabwe; Gender Male (individual) [GLOMAG].

CHIWENGA, Constantino D.N.G. (a.k.a. CHIWENGA, Constantine Gureya; a.k.a. CHIWENGA, Constantino; a.k.a. CHIWENGA, Constantino Guveya), Zimbabwe; DOB 25 Aug 1956; POB Zimbabwe; nationality Zimbabwe; Gender Male (individual) [GLOMAG].

CHIWENGA, Constantino Guveya (a.k.a. CHIWENGA, Constantine Gureya; a.k.a. CHIWENGA, Constantino; a.k.a. CHIWENGA, Constantino D.N.G.), Zimbabwe; DOB 25 Aug 1956; POB Zimbabwe; nationality Zimbabwe; Gender Male (individual) [GLOMAG].

CHIWINNITIPANYA, Charnchai (a.k.a. CHARNCHAI, Chiwinnitipanya; a.k.a. CHEEWINNITTIPANYA, Prasit; a.k.a. CHIVINNITIPANYA, Prasit; a.k.a. PRASIT, Cheewinnittipanya; a.k.a. PRASIT, Chivinnitipanya; a.k.a. WEI, Hsueh Kang; a.k.a. WEI, Shao-Kang; a.k.a. WEI, Sia-Kang; a.k.a. WEI, Xuekang); DOB 29 Jun 1952; alt. DOB 29 May 1952; Passport Q081061 (Thailand); alt. Passport E091929 (Thailand) (individual) [SDNTK].

CHIZARI, Mohsen (a.k.a. HANSURI, Muhammad Muhawad); DOB 01 Apr 1959; POB Tehran, Iran; Commander of IRGC-Qods Force Operations and Training (individual) [SYRIA].

CHIZHOV, Sergey Viktorovich (Cyrillic: ЧИЖОВ, Сергей Викторович); Russia; DOB 16 Mar 1964; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

CHKHOLSAN (a.k.a. CHOLSAN TRADING COMPANY; a.k.a. CHOLSON LLC (Cyrillic: ООО ЧХОЛСАН); a.k.a. KOREA CHOLSAN GENERAL TRADING CORPORATION (Cyrillic: ГЕНЕРАЛЬНАЯ ТОРГОВАЯ КОМПАНИЯ ЧХОЛСАН КНДР)), Russia; Tongdaewon District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

CHKPZ (a.k.a. PUBLIC JOINT STOCK COMPANY CHELYABINSK FORGE AND PRESS PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO CHELYABINSKIY KUZNECHNO PRESSOVIY ZAVOD), Gorelova Street, Chelyabinsk 454012, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7449006184 (Russia); Registration Number 1027402696023 (Russia) [RUSSIA-EO14024].

CHLODWIG ENTERPRISES AG (a.k.a. CHLODWIG ENTERPRISES LIMITED; a.k.a. CHLODWIG ENTERPRISES LTD; a.k.a. CHLODWIG ENTERPRISES MKOOO (Cyrillic: ХЛОДВИГ ЭНТЕРПРАЙЗЕС МКООО); a.k.a. CHLODWIG ENTERPRISES SA), Dammstrasse 19, Zug 6300, Switzerland; Floor Office 1 G 25, B-R Solnechny, 25, Kaliningrad 236006, Russia; Organization Established Date 02 Jul 2021; Tax ID No. 277019596 (Switzerland); Legal Entity Number 213800HY3Z8VE6A5MX68; Registration Number CH-170.3.046.014-2 (Switzerland) [RUSSIA-EO14024] (Linked To: GURYEV, Andrey Grigoryevich).

CHLODWIG ENTERPRISES LIMITED (a.k.a. CHLODWIG ENTERPRISES AG; a.k.a. CHLODWIG ENTERPRISES LTD; a.k.a. CHLODWIG ENTERPRISES MKOOO (Cyrillic: ХЛОДВИГ ЭНТЕРПРАЙЗЕС МКООО); a.k.a. CHLODWIG ENTERPRISES SA), Dammstrasse 19, Zug 6300, Switzerland; Floor Office 1 G 25, B-R Solnechny, 25, Kaliningrad 236006, Russia; Organization Established Date 02 Jul 2021; Tax ID No. 277019596 (Switzerland); Legal Entity Number

213800HY3Z8VE6A5MX68; Registration Number CH-170.3.046.014-2 (Switzerland) [RUSSIA-EO14024] (Linked To: GURYEV, Andrey Grigoryevich).

CHLODWIG ENTERPRISES LTD (a.k.a. CHLODWIG ENTERPRISES AG; a.k.a. CHLODWIG ENTERPRISES LIMITED; a.k.a. CHLODWIG ENTERPRISES MKOOO (Cyrillic: ХЛОДВИГ ЭНТЕРПРАЙ3ЕС МКОOO); a.k.a. CHLODWIG ENTERPRISES SA), Dammstrasse 19, Zug 6300, Switzerland; Floor Office 1 G 25, B-R Solnechny, 25, Kaliningrad 236006, Russia; Organization Established Date 02 Jul 2021; Tax ID No. 277019596 (Switzerland); Legal Entity Number 213800HY3Z8VE6A5MX68; Registration Number CH-170.3.046.014-2 (Switzerland) [RUSSIA-EO14024] (Linked To: GURYEV, Andrey Grigoryevich).

CHLODWIG ENTERPRISES MKOOO (Cyrillic: ХЛОДВИГ ЭНТЕРПРАЙ3ЕС МКОOO) (a.k.a. CHLODWIG ENTERPRISES AG; a.k.a. CHLODWIG ENTERPRISES LIMITED; a.k.a. CHLODWIG ENTERPRISES LTD; a.k.a. CHLODWIG ENTERPRISES SA), Dammstrasse 19, Zug 6300, Switzerland; Floor Office 1 G 25, B-R Solnechny, 25, Kaliningrad 236006, Russia; Organization Established Date 02 Jul 2021; Tax ID No. 277019596 (Switzerland); Legal Entity Number 213800HY3Z8VE6A5MX68; Registration Number CH-170.3.046.014-2 (Switzerland) [RUSSIA-EO14024] (Linked To: GURYEV, Andrey Grigoryevich).

CHLODWIG ENTERPRISES SA (a.k.a. CHLODWIG ENTERPRISES AG; a.k.a. CHLODWIG ENTERPRISES LIMITED; a.k.a. CHLODWIG ENTERPRISES LTD; a.k.a. CHLODWIG ENTERPRISES MKOOO (Cyrillic: ХЛОДВИГ ЭНТЕРПРАЙ3ЕС МКОOO)), Dammstrasse 19, Zug 6300, Switzerland; Floor Office 1 G 25, B-R Solnechny, 25, Kaliningrad 236006, Russia; Organization Established Date 02 Jul 2021; Tax ID No. 277019596 (Switzerland); Legal Entity Number 213800HY3Z8VE6A5MX68; Registration Number CH-170.3.046.014-2 (Switzerland) [RUSSIA-EO14024] (Linked To: GURYEV, Andrey Grigoryevich).

CHO, Ch'o'l (a.k.a. CHO, Il Woo; a.k.a. CHO, Il-U; a.k.a. JO, Chol), Korea, North; DOB 10 May 1945; POB Musan, North Hamgyo'ng Province, North Korea; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and

510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 736410010 (Korea, North); Director of the Fifth Bureau of the Reconnaissance General Bureau (individual) [DPRK2].

CHO, Ch'o'l-so'ng (a.k.a. JO, Chol Song), Dandong, China; DOB 25 Sep 1984; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654320502 expires 16 Sep 2019; Korea Kwangson Banking Corporation Deputy Representative (individual) [NPWMD] (Linked To: KOREA KWANGSON BANKING CORP.).

CHO, Chun-ryong (a.k.a. JO, Chun Ryong); DOB 04 Apr 1960; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Chairman of the Second Economic Committee (individual) [DPRK2] (Linked To: SECOND ECONOMIC COMMITTEE).

CHO, Il Woo (a.k.a. CHO, Ch'o'l; a.k.a. CHO, Il-U; a.k.a. JO, Chol), Korea, North; DOB 10 May 1945; POB Musan, North Hamgyo'ng Province, North Korea; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 736410010 (Korea, North); Director of the Fifth Bureau of the Reconnaissance General Bureau (individual) [DPRK2].

CHO, Il-U (a.k.a. CHO, Ch'o'l; a.k.a. CHO, Il Woo; a.k.a. JO, Chol), Korea, North; DOB 10 May 1945; POB Musan, North Hamgyo'ng Province, North Korea; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 736410010 (Korea, North); Director of the Fifth Bureau of the Reconnaissance General Bureau (individual) [DPRK2].

CHO, Kyo'ng-ch'o'l (a.k.a. JO, Kyong-Chol), Korea, North; DOB 1944 to 1945; POB Korea, North; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; DPRK Director of Military Security Command (individual) [DPRK2].

CHO, Yon Chun (a.k.a. JO, Yon Jun), Korea, North; DOB 28 Sep 1937; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; First Vice Director of the Organization and Guidance Department (individual) [DPRK2].

CHO, Yong Chol (a.k.a. JO, Yong Chol), Syria; DOB 30 Sep 1973; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; North Korea's Ministry of State Security Official (individual) [DPRK2].

CHO, Yongwon (a.k.a. JO, Yong-Won), Korea, North; DOB 24 Oct 1957; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vice Director of the Organization and Guidance Department (individual) [DPRK2].

CHOE, Chang Pong, Korea, North; DOB 02 Jun 1964; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 381320227 (Korea, North) expires 29 Jul 2016; Director of the Investigation Bureau of the Ministry of People's Security (individual) [DPRK2].

CHOE, Chol Min (Chinese Simplified: 崔哲民; Korean: 최철민) (a.k.a. CHOE, Chol-min), Beijing, China; DOB 03 Apr 1978; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or

Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 108410050 (Korea, North) expires 19 Oct 2023 (individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

CHOE, Chol-min (a.k.a. CHOE, Chol Min (Chinese Simplified: 崔哲民; Korean: 최철민)), Beijing, China; DOB 03 Apr 1978; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 108410050 (Korea, North) expires 19 Oct 2023 [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

CHOE, Cholung (a.k.a. CHOE, Song Chol (Korean: 최성철)), Korea, North; DOB 16 May 1973; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563438637 (Korea, North) (individual) [DPRK4].

CHOE, Chun Sik (a.k.a. CHOE, Chun-sik; a.k.a. CH'OE, Ch'un-sik), Korea, North; DOB 12 Oct 1954; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

CHOE, Chun Yong (a.k.a. CH'OE, Ch'un-yo'ng), Moscow, Russia; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654410078 (Korea, North); Ilsim International Bank representative (individual) [DPRK3] (Linked To: ILSIM INTERNATIONAL BANK).

CHOE, Chun-sik (a.k.a. CHOE, Chun Sik; a.k.a. CH'OE, Ch'un-sik), Korea, North; DOB 12 Oct 1954; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210;

Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

CH'OE, Ch'un-sik (a.k.a. CHOE, Chun Sik; a.k.a. CHOE, Chun-sik), Korea, North; DOB 12 Oct 1954; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

CH'OE, Ch'un-yo'ng (a.k.a. CHOE, Chun Yong), Moscow, Russia; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654410078 (Korea, North); Ilsim International Bank representative (individual) [DPRK3] (Linked To: ILSIM INTERNATIONAL BANK).

CHOE, Hwi, Korea, North; DOB 01 Jan 1954 to 31 Dec 1955; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; First Vice Director of the Workers' Party of Korea Propaganda and Agitation Department (individual) [DPRK2].

CHOE, Myong Hyon (a.k.a. CH'OE, Myo'ng-hyo'n), Vladivostok, Russia; DOB 20 Jan 1966; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 836210034 (Korea, North) issued 26 Apr 2016 expires 26 Apr 2021 (individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

CH'OE, Myo'ng-hyo'n (a.k.a. CHOE, Myong Hyon), Vladivostok, Russia; DOB 20 Jan 1966; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214; Passport 836210034 (Korea, North) issued 26 Apr 2016 expires 26 Apr 2021 (individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

CHOE, Pu Il (a.k.a. CH'OE, Pu-il; a.k.a. CHOI, Bu-il), Korea, North; DOB 06 Mar 1944; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Minister of People's Security (individual) [DPRK3] (Linked To: MINISTRY OF PEOPLE'S SECURITY).

CH'OE, Pu-il (a.k.a. CHOE, Pu Il; a.k.a. CHOI, Bu-il), Korea, North; DOB 06 Mar 1944; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Minister of People's Security (individual) [DPRK3] (Linked To: MINISTRY OF PEOPLE'S SECURITY).

CHOE, Ryong Hae (a.k.a. CH'OE, Ryong-hae) DOB 15 Jan 1950; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of the Workers' Party of Korea Organization and Guidance Department (individual) [DPRK2].

CH'OE, Ryong-hae (a.k.a. CHOE, Ryong Hae); DOB 15 Jan 1950; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of the Workers' Party of Korea Organization and Guidance Department (individual) [DPRK2].

CH'OE, So'k-min, Shenyang, China; DOB 25 Jul 1978; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Foreign Trade Bank of the Democratic People's Republic of Korea representative (individual) [DPRK2].

CHOE, Song Chol (Korean: 최성철) (a.k.a. CHOE, Cholung), Korea, North; DOB 16 May 1973; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563438637 (Korea, North) (individual) [DPRK4].

CHOE, Song Il, Vietnam; DOB 08 Jun 1973; citizen Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472320665 (Korea, North) expires 26 Sep 2017; alt. Passport 563120356 (Korea, North) issued 19 Mar 2018; Tanchon Commercial Bank Representative in Vietnam (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

CHOE, Song Nam (a.k.a. CH'OE, So'ng-nam), Shenyang, China; DOB 07 Jan 1979; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563320192 expires 09 Aug 2018; Korea Daesong Bank Representative (individual) [DPRK4].

CH'OE, So'ng-nam (a.k.a. CHOE, Song Nam), Shenyang, China; DOB 07 Jan 1979; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563320192 expires 09 Aug 2018; Korea Daesong Bank Representative (individual) [DPRK4].

CHOE, Un Hyok (Korean: 최은 혁) (a.k.a. CH'OE, U'n-hyo'k), Moscow, Russia; DOB 19 Oct 1985; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK3].

CHOE, Un Jong (a.k.a. CH'OE, U'n-cho'ng; a.k.a. CHOE, Unjong), Beijing, China; DOB 10 May 1978; nationality Korea, North; Gender Female; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 108410051 (Korea, North) (individual) [DPRK4].

CH'OE, U'n-cho'ng (a.k.a. CHOE, Un Jong; a.k.a. CHOE, Unjong), Beijing, China; DOB 10 May 1978; nationality Korea, North; Gender Female; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 108410051 (Korea, North) (individual) [DPRK4].

CH'OE, U'n-hyo'k (a.k.a. CHOE, Un Hyok (Korean: 최은 혁)), Moscow, Russia; DOB 19 Oct 1985; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK3].

CHOE, Unjong (a.k.a. CHOE, Un Jong; a.k.a. CH'OE, U'n-cho'ng), Beijing, China; DOB 10 May 1978; nationality Korea, North; Gender Female; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 108410051 (Korea, North) (individual) [DPRK4].

CHOGHAMARANI, Ali Reza Moradi (a.k.a. CHEGHA-MARANI, Ali Reza Moradi; a.k.a. CHEGHAMARANI, Ali Reza Moradi (Arabic: چغامارانی مرادی علیرضا); a.k.a. CHEGHAMARANI, Alireza Moradi; a.k.a. CHEGHA-MARANI, Alireza Moradi; a.k.a. CHOGHAMARANI, Alireza Moradi; a.k.a. MORADI CHOGHAMARANI, Ali Reza Hajji Morad; a.k.a. MORADI HAJIMRAD, Ali Reza; a.k.a. MORADI, Ali Reza; a.k.a. MORADI, Alireza (Arabic: مرادی علیرضا); a.k.a. MORADICHOGHAMARANI, Ali Reza), Sanandaj, Iran; DOB 11 Aug 1962; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T23715965 (Iran) expires 09 May 2017; National ID No. 3257894351 (Iran); LEF Commander, Sanandaj (individual) [IRAN-HR] (Linked To: LAW

ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

CHOGHAMARANI, Alireza Moradi (a.k.a. CHEGHA-MARANI, Ali Reza Moradi; a.k.a. CHEGHAMARANI, Ali Reza Moradi (Arabic: چغامارانی مرادی علیرضا); a.k.a. CHEGHAMARANI, Alireza Moradi; a.k.a. CHEGHA-MARANI, Alireza Moradi; a.k.a. CHOGHAMARANI, Ali Reza Moradi; a.k.a. MORADI CHOGHAMARANI, Ali Reza Hajji Morad; a.k.a. MORADI HAJIMRAD, Ali Reza; a.k.a. MORADI, Ali Reza; a.k.a. MORADI, Alireza (Arabic: مرادی علیرضا); a.k.a. MORADICHOGHAMARANI, Ali Reza), Sanandaj, Iran; DOB 11 Aug 1962; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T23715965 (Iran) expires 09 May 2017; National ID No. 3257894351 (Iran); LEF Commander, Sanandaj (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

CHOI, Bu-il (a.k.a. CHOE, Pu Il; a.k.a. CH'OE, Pu-il), Korea, North; DOB 06 Mar 1944; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Minister of People's Security (individual) [DPRK3] (Linked To: MINISTRY OF PEOPLE'S SECURITY).

CHOI, Chin-pang (Chinese Traditional: 蔡展鵬) (a.k.a. CHOI, Frederic; a.k.a. CHOI, Frederic Chin Pang), Hong Kong; DOB 28 Aug 1970; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport K05145380 (Hong Kong) expires 10 Nov 2025; National ID No. C6142328 (Hong Kong) (individual) [HK-EO13936].

CHOI, Frederic (a.k.a. CHOI, Chin-pang (Chinese Traditional: 蔡展鵬); a.k.a. CHOI, Frederic Chin Pang), Hong Kong; DOB 28 Aug 1970; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport K05145380 (Hong Kong) expires 10 Nov 2025; National ID No. C6142328 (Hong Kong) (individual) [HK-EO13936].

CHOI, Frederic Chin Pang (a.k.a. CHOI, Chin-pang (Chinese Traditional: 蔡展鵬); a.k.a.

CHOI, Frederic, Hong Kong; DOB 28 Aug 1970; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport K05145380 (Hong Kong) expires 10 Nov 2025; National ID No. C6142328 (Hong Kong) (individual) [HK-EO13936].

CHOIGU, Xenia (a.k.a. SHOIGU, Ksenia; a.k.a. SHOIGU, Kseniya Sergeyevna (Cyrillic: ШОЙГУ, Ксения Сергеевна)), Moscow, Russia; DOB 10 Jan 1991; POB Moscow, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: SHOIGU, Sergei Kuzhugetovich).

CHOL, James Koang (a.k.a. CHUAL, James Koang; a.k.a. CHUOL, James Koang; a.k.a. RANLEY, James Koang Chol; a.k.a. RANLEY, Koang Chuol); DOB 1961; Passport R00012098 (South Sudan); Major General (individual) [SOUTH SUDAN].

CHOLES, Nikolai (a.k.a. CHOULZ, Nikolay Dmitrievich; a.k.a. CHOULZ, Nikolay Dmitriyevich; a.k.a. PESKOV, Nikolay), B. Dorogomilovskaia, 7 81, Moscow 127473, Russia; DOB 03 Feb 1990; POB Moscow, Russia; nationality Russia; Gender Male; Passport 721123760 (Russia) issued 12 Sep 2012 expires 12 Sep 2022; National ID No. 4516913332 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PESKOV, Dmitriy Sergeevich).

CH'OLHYO'N OVERSEAS CONSTRUCTION COMPANY, Kuwait; Algeria; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

CHOLING, Padma (Chinese Simplified: 白玛赤林; Chinese Traditional: 白瑪赤林) (a.k.a. CHILIN, Baima; a.k.a. TRILEK, Pelma), Beijing, China; DOB Oct 1951; POB Dengqen County, Changdu, Tibet Autonomous Region, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

CHOLOKYAN, Roberto (a.k.a. KARAKEYAN, Roberto Albertovich; a.k.a. KARAKEYAN, Ruben Albertovich; a.k.a. TATULIAN, Ruben Albertovich (Cyrillic: ТАТУЛЯН, РУБЕН

АЛЬБЕРТОВИЧ); a.k.a. TATULYAN, Ruben Albertovich; a.k.a. "ROBIK"; a.k.a. "ROBSON" (Cyrillic: "РОБСОН")), Trident Grand Residence, Unit 604, Dubai Marina, Dubai 93743, United Arab Emirates; DOB 08 Dec 1969; POB Sochi, Russia; Gender Male; Passport 710091868 (Russia); Tax ID No. 231704411067 (Russia); Identification Number 312236712500061 (Russia); alt. Identification Number 0184214173 (Russia) (individual) [TCO] (Linked To: VESNA HOTEL AND SPA; Linked To: NOVYI VEK - MEDIA; Linked To: THIEVES-IN-LAW).

CHOLSAN TRADING COMPANY (a.k.a. CHKHOLSAN; a.k.a. CHOLSON LLC (Cyrillic: ООО ЧХОЛСАН); a.k.a. KOREA CHOLSAN GENERAL TRADING CORPORATION (Cyrillic: ГЕНЕРАЛЬНАЯ ТОРГОВАЯ КОМПАНИЯ ЧХОЛСАН КНДР)), Russia; Tongdaewon District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

CHOLSON LLC (Cyrillic: ООО ЧХОЛСАН) (a.k.a. CHKHOLSAN; a.k.a. CHOLSAN TRADING COMPANY; a.k.a. KOREA CHOLSAN GENERAL TRADING CORPORATION (Cyrillic: ГЕНЕРАЛЬНАЯ ТОРГОВАЯ КОМПАНИЯ ЧХОЛСАН КНДР)), Russia; Tongdaewon District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

CHON MYONG SHIPPING COMPANY LIMITED (a.k.a. CHONMYONG SHIPPING CO), Kalrimgil 2-dong, Mangyongdae-guyok, Pyongyang, Korea, North; Saemaul 2-dong, Pyongchon-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5571322 [DPRK4].

CHON, Chin-yo'ng (a.k.a. JON, Jin Yong (Korean: 전진영); a.k.a. ZYON, Zin Yon),

Moscow, Russia; DOB 05 Mar 1981; POB Pyongyang, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

CHON, Il Ho (a.k.a. JON, Il Ho (Korean: 전일호)), Korea, North; DOB 20 Feb 1956; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS463120423 (Korea, North) (individual) [DPRK2].

CHO'N, Myo'ng-kuk (a.k.a. JON, Myong Guk; a.k.a. JON, Yong Sang), Syria; DOB 18 Oct 1976; alt. DOB 25 Aug 1976; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 4721202031 (Korea, North) expires 21 Feb 2017; Diplomatic Passport 836110035 expires 01 Jan 2020; Tanchon Commercial Bank Representative in Syria (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

CHO'N, Yo'n Ku'n (a.k.a. JON, Yun Gun (Korean: 전연근)), Laos; DOB 22 Apr 1973; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 927233154 (Korea, North) (individual) [DPRK2] (Linked To: PIONEER BENCONT STAR REAL ESTATE).

CHONG CHON GANG SHIPPING CO. LTD (a.k.a. CHONGCHONGANG SHIPPING CO LTD; a.k.a. CHONGCHONGANG SHIPPING COMPANY LIMITED), 817, Haeun, Donghung-dong, Central District, Pyongyang, Korea, North; 817, Haeun, Tonghun-dong, Chung-gu, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Sanctions Regulations section 510.214; Identification Number IMO 5342883 [DPRK].

CHO'NG, Kyo'ng-t'aek (a.k.a. JONG, Kyong Thaek), Pyongyang, Korea, North; DOB 01 Jan 1961 to 31 Dec 1963; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Minister of State Security (individual) [DPRK2].

CHO'NG, Man-pok (a.k.a. JONG, Man Bok), Dandong, China; DOB 23 Dec 1958; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea Ryonbong General Corporation Representative in Dandong, China (individual) [DPRK2].

CHO'NG, So'ng-ho (a.k.a. JONG, Song Ho), Vladivostok, Russia; DOB 15 Nov 1972; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 109110001 (Korea, North) expires 05 Jan 2024 (individual) [DPRK4] (Linked To: JINMYONG JOINT BANK).

CHONGBONG SHIPPING CO LTD, Room 502, 90, Ponghak-dong, Pyongchon-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 5878589 [DPRK3].

CHONGCH'AL CH'ONGGUK (a.k.a. KPA UNIT 586; a.k.a. RECONNAISSANCE GENERAL BUREAU; a.k.a. "RGB"), Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK] [DPRK2].

CHONGCHONGANG SHIPPING CO LTD (a.k.a. CHONG CHON GANG SHIPPING CO. LTD; a.k.a. CHONGCHONGANG SHIPPING COMPANY LIMITED), 817, Haeun, Donghung-dong, Central District, Pyongyang, Korea, North; 817, Haeun, Tonghun-dong, Chung-gu, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 5342883 [DPRK].

CHONGCHONGANG SHIPPING COMPANY LIMITED (a.k.a. CHONG CHON GANG SHIPPING CO. LTD; a.k.a. CHONGCHONGANG SHIPPING CO LTD), 817, Haeun, Donghung-dong, Central District, Pyongyang, Korea, North; 817, Haeun, Tonghun-dong, Chung-gu, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 5342883 [DPRK].

CHONGQING CITY NINGSE ANIMATION DEVELOPMENT CO., LTD. (Chinese Simplified: 重庆市柠□动漫发展有限公司) (a.k.a. CHONGQING NINGSE CARTOON & ANIMATION DEVELOPMENT CO., LTD.; a.k.a. CHONGQING NINGSE CARTOON AND ANIMATION DEVELOPMENT CO., LTD.; a.k.a. NINGS CARTOON STUDIO), No. 19, E. First Road, Huilong Boulevard, Yongchuan District, Chongqing, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 500383000029284 (China); Unified Social Credit Code (USCC) 91500118582829838H (China) [DPRK3] (Linked To: SEK STUDIO).

CHONGQING NINGSE CARTOON & ANIMATION DEVELOPMENT CO., LTD. (a.k.a. CHONGQING CITY NINGSE ANIMATION DEVELOPMENT CO., LTD. (Chinese Simplified: 重庆市柠□动漫发展有限公司); a.k.a. CHONGQING NINGSE CARTOON AND ANIMATION DEVELOPMENT CO., LTD.; a.k.a. NINGS CARTOON STUDIO), No. 19, E. First Road, Huilong Boulevard, Yongchuan District,

Chongqing, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 500383000029284 (China); Unified Social Credit Code (USCC) 91500118582829838H (China) [DPRK3] (Linked To: SEK STUDIO).

CHONGQING NINGSE CARTOON AND ANIMATION DEVELOPMENT CO., LTD. (a.k.a. CHONGQING CITY NINGSE ANIMATION DEVELOPMENT CO., LTD. (Chinese Simplified: 重庆市柠□动漫发展有限公司); a.k.a. CHONGQING NINGSE CARTOON & ANIMATION DEVELOPMENT CO., LTD.; a.k.a. NINGS CARTOON STUDIO), No. 19, E. First Road, Huilong Boulevard, Yongchuan District, Chongqing, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 500383000029284 (China); Unified Social Credit Code (USCC) 91500118582829838H (China) [DPRK3] (Linked To: SEK STUDIO).

CHONGQING ZONGSHEN AERO ENGINE MANUFACTURING CO LTD (Chinese Simplified: 重庆宗申航空发动机制造股份有限公司) (a.k.a. CHONGQING ZONGSHEN AERO ENGINES MANUFACTURING CO LTD; a.k.a. CHONGQING ZONSEN AERO ENGINE MANUFACTURING CO LTD), Building 14, No. 126, Yunan Avenue, Banan District, Chongqing 400000, China; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Unified Social Credit Code (USCC) 91500113MA5U7TYK0W (China) [RUSSIA-EO14024].

CHONGQING ZONGSHEN AERO ENGINES MANUFACTURING CO LTD (a.k.a. CHONGQING ZONGSHEN AERO ENGINE MANUFACTURING CO LTD (Chinese Simplified: 重庆宗申航空发动机制造股份有限公司); a.k.a. CHONGQING ZONSEN AERO ENGINE MANUFACTURING CO LTD), Building 14, No.

126, Yunan Avenue, Banan District, Chongqing 400000, China; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Unified Social Credit Code (USCC) 91500113MA5U7TYK0W (China) [RUSSIA-EO14024].

CHONGQING ZONSEN AERO ENGINE MANUFACTURING CO LTD (a.k.a. CHONGQING ZONGSHEN AERO ENGINE MANUFACTURING CO LTD (Chinese Simplified:

重庆宗申航空发动机制造股份有限公司); a.k.a. CHONGQING ZONGSHEN AERO ENGINES MANUFACTURING CO LTD), Building 14, No. 126, Yunan Avenue, Banan District, Chongqing 400000, China; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Unified Social Credit Code (USCC) 91500113MA5U7TYK0W (China) [RUSSIA-EO14024].

CHO'NGSONG UNITED TRADING COMPANY (a.k.a. CHONGSONG YONHAP; a.k.a. CH'O'NGSONG YO'NHAP; a.k.a. CHOSUN CHAWO'N KAEBAL T'UJA HOESA; a.k.a. GREEN PINE ASSOCIATED CORPORATION; a.k.a. JINDALLAE; a.k.a. KU'MHAERYONG COMPANY LTD; a.k.a. NATURAL RESOURCES DEVELOPMENT AND INVESTMENT CORPORATION; a.k.a. SAENGP'IL COMPANY), c/o Reconnaissance General Bureau Headquarters, Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

CHONGSONG YONHAP (a.k.a. CHO'NGSONG UNITED TRADING COMPANY; a.k.a. CH'O'NGSONG YO'NHAP; a.k.a. CHOSUN CHAWO'N KAEBAL T'UJA HOESA; a.k.a. GREEN PINE ASSOCIATED CORPORATION; a.k.a. JINDALLAE; a.k.a. KU'MHAERYONG COMPANY LTD; a.k.a. NATURAL RESOURCES DEVELOPMENT AND INVESTMENT CORPORATION; a.k.a.

SAENGP'IL COMPANY), c/o Reconnaissance General Bureau Headquarters, Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

CH'O'NGSONG YO'NHAP (a.k.a. CHO'NGSONG UNITED TRADING COMPANY; a.k.a. CHONGSONG YONHAP; a.k.a. CHOSUN CHAWO'N KAEBAL T'UJA HOESA; a.k.a. GREEN PINE ASSOCIATED CORPORATION; a.k.a. JINDALLAE; a.k.a. KU'MHAERYONG COMPANY LTD; a.k.a. NATURAL RESOURCES DEVELOPMENT AND INVESTMENT CORPORATION; a.k.a. SAENGP'IL COMPANY), c/o Reconnaissance General Bureau Headquarters, Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

CHONMYONG SHIPPING CO (a.k.a. CHON MYONG SHIPPING COMPANY LIMITED), Kalrimgil 2-dong, Mangyongdae-guyok, Pyongyang, Korea, North; Saemaul 2-dong, Pyongchon-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5571322 [DPRK4].

CHORNOMORNAFTOGAZ (a.k.a. CHERNOMORNEFTEGAZ; a.k.a. NJSC CHORNOMORNAFTOGAZ), Kirova / per. Sovnarkomovskaya, 52/1, Simferopol, Crimea 95000, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; This designation refers to the entity in Crimea at the listed address only, and does not include its parent company. [UKRAINE-EO13660].

CHOSON COMPUTER CENTER (a.k.a. CHUNG SUN COMPUTER CENTER; a.k.a. KOREA COMPUTER CENTER; a.k.a. KOREA COMPUTER COMPANY), Pyongyang, Korea, North; Germany; China; Syria; India; United Arab Emirates; Secondary sanctions risk: North

Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

CHOSON INTERNATIONAL CHEMICALS JOINT OPERATION COMPANY (a.k.a. CHOSUN INTERNATIONAL CHEMICALS JOINT OPERATION COMPANY; a.k.a. INTERNATIONAL CHEMICAL JOINT VENTURE CORPORATION; a.k.a. KOREA INTERNATIONAL CHEMICAL JOINT VENTURE COMPANY), Hamhung, South Hamgyong Province, Korea, North; Man gyongdae-kuyok, Pyongyang, Korea, North; Mangyungdae-gu, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

CHOSON TAESONG UNHAENG (a.k.a. KOREA DAESONG BANK; a.k.a. TAESONG BANK), Segori-dong, Gyongheung St., Potonggang District, Pyongyang, Korea, North; SWIFT/BIC KDBKKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; PHONE 850 2 381 8221; PHONE 850 2 18111 ext. 8221; FAX 850 2 381 4576; TELEX 360230 and 37041 KDP KP; TGMS daesongbank; EMAIL kdb@co.chesin.com [DPRK].

CHOSUN CHAWO'N KAEBAL T'UJA HOESA (a.k.a. CHO'NGSONG UNITED TRADING COMPANY; a.k.a. CHONGSONG YONHAP; a.k.a. CH'O'NGSONG YO'NHAP; a.k.a. GREEN PINE ASSOCIATED CORPORATION; a.k.a. JINDALLAE; a.k.a. KU'MHAERYONG COMPANY LTD; a.k.a. NATURAL RESOURCES DEVELOPMENT AND INVESTMENT CORPORATION; a.k.a. SAENGP'IL COMPANY), c/o Reconnaissance General Bureau Headquarters, Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

CHOSUN EXPO (a.k.a. CHOSUN EXPO JOINT VENTURE; a.k.a. KOREA EXPO JOINT VENTURE; a.k.a. KOREA EXPO JOINT VENTURE CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

CHOSUN EXPO JOINT VENTURE (a.k.a. CHOSUN EXPO; a.k.a. KOREA EXPO JOINT VENTURE; a.k.a. KOREA EXPO JOINT VENTURE CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

CHOSUN INTERNATIONAL CHEMICALS JOINT OPERATION COMPANY (a.k.a. CHOSON INTERNATIONAL CHEMICALS JOINT OPERATION COMPANY; a.k.a. INTERNATIONAL CHEMICAL JOINT VENTURE CORPORATION; a.k.a. KOREA INTERNATIONAL CHEMICAL JOINT VENTURE COMPANY), Hamhung, South Hamgyong Province, Korea, North; Man gyongdae-kuyok, Pyongyang, Korea, North; Mangyungdae-gu, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

CHOSUN OIL EXPLORATION COMPANY (a.k.a. KOREA OIL EXPLORATION COMPANY; a.k.a. KOREA OIL EXPLORATION CORPORATION; a.k.a. "KOEC"), Ulam Dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

CHOSUN YUNHA MACHINERY JOINT OPERATION COMPANY (a.k.a. KOREA RYENHA MACHINERY J/V CORPORATION; a.k.a. KOREA RYONHA MACHINERY JOINT VENTURE CORPORATION; a.k.a. RYONHA MACHINERY JOINT VENTURE CORPORATION), Mangungdae-gu,

Pyongyang, Korea, North; Mangyongdae District, Pyongyang, Korea, North; Central District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

CHOU, Hsien Cheng (a.k.a. CHEW, Kheng Siang), c/o TET KHAM (S) PTE. LTD., Singapore; c/o VEST SPECTRUM (S) PTE. LTD., Singapore, Singapore; 9 Haig Avenue, Singapore 438864, Singapore; National ID No. S1199192J (Singapore) (individual) [SDNTK].

CHOUBE SHOMAL COMPANY (a.k.a. NORTH WOOD INDUSTRY CO.; a.k.a. NORTH WOOD INDUSTRY COMPANY (Arabic: شرکت صنعت چوب شمال); a.k.a. SANATE CHOUBE SHOMAL COMPANY; a.k.a. SHERKATE CHOUBE SHOMAAL), No. 13, Delfan Alley, Shahid Nazeri Alley, Fajr Yekom Street, Motahhari Street, Tehran, Iran; No. 51, Delfan Alley, Jam Street, Motahhari Avenue, Tehran, Iran; Minoodasht Road, Gonbad Kavoos, Golestan, Iran; Gonbad to Minudasht Road, Kilometer 7, Gonbad-e Kavus, Gholestan, Iran; Website http://www.choubshomal.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861874050 (Iran); Registration Number 381 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

CHOUDARY, Anjem (a.k.a. "Abu Luqman"), United Kingdom; DOB 18 Jan 1967; POB Welling, Southeast London, UK; alt. POB North London, UK; citizen United Kingdom; Gender Male (individual) [SDGT].

CHOUDRY, Aamir Ali (a.k.a. CHAUDARY, Aamir Ali; a.k.a. CHAUDHRY, Aamir Ali; a.k.a. CHAUDRY, Amir Ali; a.k.a. "HUZAIFA"); DOB 03 Aug 1986; nationality Pakistan; Passport BN4196361 (Pakistan) issued 28 Oct 2008 expires 27 Oct 2013; National ID No. 33202-7126636-9 (Pakistan) (individual) [SDGT].

CHOUKA, Monir (a.k.a. CHOUKA, Mounir; a.k.a. "ABU ADAM"; a.k.a. "ABU ADAM AUS DEUTSCHLAND"; a.k.a. "ABU ADAM FROM GERMANY"), Afghanistan; Pakistan; Ungartenstrasse 6, Bonn 53229, Germany; DOB 30 Jul 1981; POB Bonn, Germany; nationality Germany; alt. nationality Morocco; Passport 5208323009 (Germany) issued 02 Feb 2007 expires 01 Feb 2012; National ID No. 5209530116 (Germany) issued 21 Jun 2006

expires 20 Jun 2011; Assocated with Islamic Movement of Uzbekistan (individual) [SDGT].

CHOUKA, Mounir (a.k.a. CHOUKA, Monir; a.k.a. "ABU ADAM"; a.k.a. "ABU ADAM AUS DEUTSCHLAND"; a.k.a. "ABU ADAM FROM GERMANY"), Afghanistan; Pakistan; Ungartenstrasse 6, Bonn 53229, Germany; DOB 30 Jul 1981; POB Bonn, Germany; nationality Germany; alt. nationality Morocco; Passport 5208323009 (Germany) issued 02 Feb 2007 expires 01 Feb 2012; National ID No. 5209530116 (Germany) issued 21 Jun 2006 expires 20 Jun 2011; Assocated with Islamic Movement of Uzbekistan (individual) [SDGT].

CHOUKA, Yasin (a.k.a. CHOUKA, Yassin; a.k.a. "ABU IBRAHEEM THE GERMAN"; a.k.a. "ABU IBRAHIM"; a.k.a. "ABU IBRAHIM AL ALMANI"), Pakistan; Afghanistan; Karl-Barth-Strasse 14, Bonn 53129, Germany; DOB 11 Dec 1984; POB Bonn, Germany; nationality Germany; alt. nationality Morocco; Passport 5204893014 (Germany) issued 05 Oct 2000 expires 05 Oct 2005; National ID No. 5209445304 (Germany) issued 05 Sep 2005 expires 04 Sep 2010; Associated with Islamic Movement of Uzbekistan (individual) [SDGT].

CHOUKA, Yassin (a.k.a. CHOUKA, Yasin; a.k.a. "ABU IBRAHEEM THE GERMAN"; a.k.a. "ABU IBRAHIM"; a.k.a. "ABU IBRAHIM AL ALMANI"), Pakistan; Afghanistan; Karl-Barth-Strasse 14, Bonn 53129, Germany; DOB 11 Dec 1984; POB Bonn, Germany; nationality Germany; alt. nationality Morocco; Passport 5204893014 (Germany) issued 05 Oct 2000 expires 05 Oct 2005; National ID No. 5209445304 (Germany) issued 05 Sep 2005 expires 04 Sep 2010; Associated with Islamic Movement of Uzbekistan (individual) [SDGT].

CHOULZ, Nikolay Dmitrievich (a.k.a. CHOLES, Nikolai; a.k.a. CHOULZ, Nikolay Dmitriyevich; a.k.a. PESKOV, Nikolay), B. Dorogomilovskaia, 7 81, Moscow 127473, Russia; DOB 03 Feb 1990; POB Moscow, Russia; nationality Russia; Gender Male; Passport 721123760 (Russia) issued 12 Sep 2012 expires 12 Sep 2022; National ID No. 4516913332 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PESKOV, Dmitriy Sergeevich).

CHOULZ, Nikolay Dmitriyevich (a.k.a. CHOLES, Nikolai; a.k.a. CHOULZ, Nikolay Dmitrievich; a.k.a. PESKOV, Nikolay), B. Dorogomilovskaia, 7 81, Moscow 127473, Russia; DOB 03 Feb 1990; POB Moscow, Russia; nationality Russia; Gender Male; Passport 721123760 (Russia) issued 12 Sep 2012 expires 12 Sep 2022;

National ID No. 4516913332 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PESKOV, Dmitriy Sergeevich).

CHOUMAN, Khaled (a.k.a. SHOMAN, Khaled Khalil), 529 Moussaitbeh St., Beirut, Lebanon; DOB 02 Apr 1987; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

CHOUMAN, Nabil (a.k.a. CHOUMAN, Nabil Khaled Halil; a.k.a. SHOMAN, Nabil Khaled Khalil; a.k.a. SHUMAN, Nabil), Moussaitbeh St., Beirut, Lebanon; DOB 01 Sep 1954; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

CHOUMAN, Nabil Khaled Halil (a.k.a. CHOUMAN, Nabil; a.k.a. SHOMAN, Nabil Khaled Khalil; a.k.a. SHUMAN, Nabil), Moussaitbeh St., Beirut, Lebanon; DOB 01 Sep 1954; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

CHOW, Tony (a.k.a. ZHOU, Jianshu), China; DOB 15 Jul 1971; nationality China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport E09598913 (China) issued 14 Apr 2014 expires 13 Apr 2024; National Foreign ID Number 210602197107153012 (China); General Manager, Dandong Hongxiang Industrial Development Co Ltd (individual) [NPWMD] (Linked To: DANDONG HONGXIANG INDUSTRIAL DEVELOPMENT CO LTD).

CHRISTODOULOS G. VASSILIADES & CO. LLC (a.k.a. CHRISTODOULOS G. VASSILIADES AND CO. LLC), Ledra House, 15 Agiou Pavlou Street, Agios Andreas, Nicosia CY-0115, Cyprus; P.O. Box 24444, Nicosia CY-1704, Cyprus; Organization Established Date 30 Dec 2008; Registration Number HE 244054 (Cyprus) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou).

CHRISTODOULOS G. VASSILIADES AND CO. LLC (a.k.a. CHRISTODOULOS G. VASSILIADES & CO. LLC), Ledra House, 15 Agiou Pavlou Street, Agios Andreas, Nicosia

CY-0115, Cyprus; P.O. Box 24444, Nicosia CY-1704, Cyprus; Organization Established Date 30 Dec 2008; Registration Number HE 244054 (Cyprus) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou).

CHTZ URALTRAK (a.k.a. LLC CHELYABINSK TRACTOR PLANT URALTRAK), 3 Lenin Ave, office 1, Chelyabinsk 454007, Russia; Tax ID No. 7452027843 (Russia); Registration Number 1027403766830 (Russia) [RUSSIA-EO14024].

CHU, Hyo'k (a.k.a. JU, Hyok), Vladivostok, Russia; DOB 23 Nov 1986; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 836420186 (Korea, North) issued 28 Oct 2016 expires 28 Oct 2021; Foreign Trade Bank of the Democratic People's Republic of Korea representative (individual) [DPRK4].

CHU, Kyu-Chang (a.k.a. CHU, Kyu-Ch'ang; a.k.a. JU, Kyu-Chang); DOB 25 Nov 1928; POB Hamju County, South Hamgyong Province, Democratic People's Republic of Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

CHU, Kyu-Ch'ang (a.k.a. CHU, Kyu-Chang; a.k.a. JU, Kyu-Chang); DOB 25 Nov 1928; POB Hamju County, South Hamgyong Province, Democratic People's Republic of Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

CHU, Na (Chinese Simplified: 初娜; Chinese Traditional: 初娜), Pulandian, Liaoning, China (; Chinese Simplified: 普兰店市, 辽宁, ChinaChinese Traditional: 普蘭店市, 遼寧, China); DOB 09 Nov 1980; Gender Female; Chinese Commercial Code 0443 1226; Citizen's Card Number 210222198011096648 (China) (individual) [SDNTK].

CHU, Yeyou (Chinese Simplified: 初业有; Chinese Traditional: 初業有), Dalian, Liaoning, China (Chinese Simplified: 大连市, 辽宁, China; Chinese Traditional: 大連市, 遼寧, China); DOB 01 Feb 1982; Gender Male; Chinese

Commercial Code 0443 2814 2589; Citizen's Card Number 210222198202016639 (China) (individual) [SDNTK].

CHUAL, James Koang (a.k.a. CHOL, James Koang; a.k.a. CHUOL, James Koang; a.k.a. RANLEY, James Koang; a.k.a. RANLEY, Koang Chuol); DOB 1961; Passport R00012098 (South Sudan); Major General (individual) [SOUTH SUDAN].

CHUBAROV, Aleksey Sergeyevich (a.k.a. CHUBAROV, Alexei; a.k.a. CHUBAROV, Alexey), Moscow, Russia, DOB 12 Feb 1982; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

CHUBAROV, Alexei (a.k.a. CHUBAROV, Aleksey Sergeyevich; a.k.a. CHUBAROV, Alexey), Moscow, Russia; DOB 12 Feb 1982; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

CHUBAROV, Alexey (a.k.a. CHUBAROV, Aleksey Sergeyevich; a.k.a. CHUBAROV, Alexei), Moscow, Russia; DOB 12 Feb 1982; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

CHUGULEVA, Aleyona Anatolyevna, Russia; DOB 14 May 1986; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] [ELECTION-EO13848] (Linked To: SOUTHFRONT).

CHUHDRI, Sajid Majid (a.k.a. CHAUDARY, Sajid Majeed; a.k.a. MAJEED, Sajid; a.k.a. MAJID, Sajid; a.k.a. MAJID, Sajjid; a.k.a. MIR, Sajid; a.k.a. MIR, Sajjid); DOB 31 Jan 1976; alt. DOB 01 Jan 1978; POB Lahore, Pakistan; nationality Pakistan; Passport KE381676 (Pakistan) issued 14 Oct 2004; National ID No. 3520163573447 (Pakistan) (individual) [SDGT].

CHUICHENKO, Konstantin Anatolyevich (a.k.a. CHUYCHENKO, Konstantin Anatolyevich (Cyrillic: ЧУЙЧЕНКО, Константин Анатольевич), Russia; DOB 12 Jul 1965; POB Lipetsk, Lipetsk Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

CHUMAKOV, Aleksei Nikolaevich (a.k.a. CHUMAKOV, Aleksey Nikolaevich (Cyrillic: ЧУМАКОВ, Алексей Николаевич); a.k.a. CHUMAKOV, Oleksiy Mykolayovych (Cyrillic: ЧУМАКОВ, Олексій Миколайович), Russia; DOB 06 May 1974; Gender Male (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

CHUMAKOV, Aleksey Nikolaevich (Cyrillic: ЧУМАКОВ, Алексей Николаевич) (a.k.a. CHUMAKOV, Aleksej Nikolaevich; a.k.a. CHUMAKOV, Oleksiy Mykolayovych (Cyrillic: ЧУМАКОВ, Олексій Миколайович)), Russia; DOB 06 May 1974; Gender Male (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

CHUMAKOV, Oleksiy Mykolayovych (Cyrillic: ЧУМАКОВ, Олексій Миколайович) (a.k.a. CHUMAKOV, Aleksej Nikolaevich; a.k.a. CHUMAKOV, Aleksey Nikolaevich (Cyrillic: ЧУМАКОВ, Алексей Николаевич)), Russia; DOB 06 May 1974; Gender Male (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

CHUNG SUN COMPUTER CENTER (a.k.a. CHOSON COMPUTER CENTER; a.k.a. KOREA COMPUTER CENTER; a.k.a. KOREA COMPUTER COMPANY), Pyongyang, Korea, North; Germany; China; Syria; India; United Arab Emirates; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

CHUOL, James Koang (a.k.a. CHOL, James Koang; a.k.a. CHUAL, James Koang; a.k.a. RANLEY, James Koang Chol; a.k.a. RANLEY, Koang Chuol); DOB 1961; Passport R00012098 (South Sudan); Major General (individual) [SOUTH SUDAN].

CHURO, Leanid Mikalaevich (Cyrillic: ЧУРО, Леанід Мікалаевіч) (a.k.a. CHURO, Leonid Nikolaevich (Cyrillic: ЧУРО, Леонид Николаевич)), Minsk, Belarus; DOB 08 Jul 1956; citizen Belarus; Gender Male; Passport P4289481 (Belarus); Identification Number 3080756A068PB5 (Belarus) (individual) [BELARUS-EO14038].

CHURO, Leonid Nikolaevich (Cyrillic: ЧУРО, Леонид Николаевич) (a.k.a. CHURO, Leanid Mikalaevich (Cyrillic: ЧУРО, Леанід Мікалаевіч)), Minsk, Belarus; DOB 08 Jul 1956; citizen Belarus; Gender Male; Passport P4289481 (Belarus); Identification Number 3080756A068PB5 (Belarus) (individual) [BELARUS-EO14038].

CHUYCHENKO, Konstantin Anatolyevich (Cyrillic: ЧУЙЧЕНКО, Константин Анатольевич) (a.k.a. CHUICHENKO, Konstantin Anatolyevich), Russia; DOB 12 Jul

1965; POB Lipetsk, Lipetsk Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

CHVK VAGNER (a.k.a. CHASTNAYA VOENNAYA KOMPANIYA 'VAGNER'; a.k.a. PMC WAGNER; a.k.a. PRIVATE MILITARY COMPANY 'WAGNER'; a.k.a. WAGNER GROUP (Cyrillic: ГРУППА ВАГНЕРА)), Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [TCO] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

CHWIKI, Mohammad Amer (a.k.a. AL CHWIKI, Mohamad Amer Mohamad Akram; a.k.a. ALCHWIKI, Amer; a.k.a. ALCHWIKI, Amer Mhd; a.k.a. ALCHWIKI, Mhd Amer; a.k.a. ALCHWIKI, Mohamad Amer; a.k.a. AL-SHUWAYKI, Muhammad 'Amir Muhammad Akram; a.k.a. AL-SHWEIKI, Mohamad Amer; a.k.a. AL-SHWEIKI, Muhammad Omar; a.k.a. ALSHWIKI, Mhd Amer (Cyrillic: АЛЬШВИКИ, Мхд Амер); a.k.a. SHUWAYKI, Mohamad Amer; a.k.a. SHWEIKI, Mohamad Amer), 71 Linton Road, Acton, London W3 9HL, United Kingdom; Syria; DOB 04 Sep 1972; POB Damascus, Syria; nationality Syria; citizen Syria; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N012430661; alt. Passport N010794545; alt. Passport N007024509; alt. Passport N005668098 (individual) [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: GLOBAL VISION GROUP; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HIZBALLAH).

CIA. AGROINDUSTRIAL PALMERA S.A. (a.k.a. AGROINDUPALMA S.A.), C.C. Villacentro Blq. B Ofc. 414, Villavicencio, Colombia; NIT # 900197835-3 (Colombia) [SDNTK].

CIA. COMERCIALIZADORA DE MOTOCICLETAS Y REPUESTOS S.A. (a.k.a. WISMOTOS S.A.), Calle 14 No. 13-29, Granada, Meta, Colombia; Calle 35 No. 27-63, Villavicencio, Colombia; Carrera 6 No. 7-17, San Martin, Meta, Colombia; NIT # 900069501-0 (Colombia) [SDNTK].

CIA. CONSTRUCTORA Y COMERCIALIZADORA DEL SUR LTDA. (a.k.a. COSUR LTDA.; a.k.a. HOTEL PALACE), Avenida El Dorado Entrada 2 Int. 6, Bogota, Colombia; NIT # 890329758-7 (Colombia) [SDNT].

CIA. MINERA DAPA S.A., Carrera 16 No. 93-38 Ofc. 104, Bogota, Colombia; NIT # 800181373-1 (Colombia) [SDNT].

CIDMG (a.k.a. CHEMICAL GROUP; a.k.a. CHEMICAL INDUSTRIES & DEVELOPMENT OF MATERIALS GROUP; a.k.a. CHEMICAL INDUSTRIES GROUP), P.O. Box 19585/311, Tehran, Iran, Tehran, Iran; Pasdaran Street, Tehran 19585311, Iran; Khavarab Road Km 35, Parchin, Iran; Zarrin Shah, P.O. Box 81465-363, Esfahan, Iran; P.O. Box 16765-368, Department 146-42, Parchin, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: DEFENSE INDUSTRIES ORGANIZATION).

CIELO MARITIME LIMITED (a.k.a. CIELO MARITIME LTD), Room 6, 17th Floor, Wellborne Commercial Centre, 8, Java Road, North Point, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 May 2023; Identification Number IMO 6410134; Registration Number 75354250 (Hong Kong) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

CIELO MARITIME LTD (a.k.a. CIELO MARITIME LIMITED), Room 6, 17th Floor, Wellborne Commercial Centre, 8, Java Road, North Point, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 May 2023; Identification Number IMO 6410134; Registration Number 75354250 (Hong Kong) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

CIFUENTES GALINDO, Luis Eduardo (a.k.a. "EL AGUILA"); DOB 16 Mar 1960; Cedula No. 3254362 (Colombia) (individual) [SDNTK].

CIFUENTES VARGAS, Orlando (a.k.a. "EL CHUTE"), c/o RESTAURANTE BAR PUNTA DEL ESTE, Cali, Colombia; c/o SERVIAGRICOLA CIFUENTES E.U., Cali, Colombia; DOB 10 Jun 1965; Cedula No. 14890941 (Colombia) (individual) [SDNT].

CIFUENTES VARGAS, Yanet (a.k.a. "LA PECOSA"), Carrera 2 Oeste No. 51-51, Cali, Colombia; DOB 01 Aug 1963; POB Buga, Valle, Colombia; Cedula No. 38864607 (Colombia); Passport AI988963 (Colombia) (individual) [SDNT].

CILINDER SISTEM D.O.O. (a.k.a. CILINDER SISTEM D.O.O. ZA PROIZVODNJU I USLUGE; a.k.a. CYLINDER SYSTEM L.T.D.), Dr. Mile

Budaka 1, Slavonski Brod 35000, Croatia; 1 Mile Budaka, Slavonski Brod 35000, Croatia; Website http://www.csc-sb.hr; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 050038884 (Croatia); Tax ID No. 27694384517 (Croatia) [IRAN].

CILINDER SISTEM D.O.O. ZA PROIZVODNJU I USLUGE (a.k.a. CILINDER SISTEM D.O.O.; a.k.a. CYLINDER SYSTEM L.T.D.), Dr. Mile Budaka 1, Slavonski Brod 35000, Croatia; 1 Mile Budaka, Slavonski Brod 35000, Croatia; Website http://www.csc-sb.hr; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 050038884 (Croatia); Tax ID No. 27694384517 (Croatia) [IRAN].

CIMEX, Emerson No. 148 Piso 7, Mexico, D.F. 11570, Mexico [CUBA].

CIMEX (a.k.a. COMPANIA DE IMPORTACION Y EXPORTACION IBERIA), Spain [CUBA].

CIMEX (a.k.a. CIMEX CUBA; a.k.a. COMERCIO INTERIOR, MERCADO EXTERIOR; a.k.a. CORPORACION CIMEX S.A.), Edificio Sierra Maestra, Avenida Primera entre 0 y 2, Miramar Playa, Ciudad de la Habana, Cuba; and all other locations worldwide [CUBA].

CIMEX CUBA (a.k.a. CIMEX; a.k.a. COMERCIO INTERIOR, MERCADO EXTERIOR; a.k.a. CORPORACION CIMEX S.A.), Edificio Sierra Maestra, Avenida Primera entre 0 y 2, Miramar Playa, Ciudad de la Habana, Cuba; and all other locations worldwide [CUBA].

CIMEX IBERICA, Spain [CUBA].

CIMEX, S.A., Panama [CUBA].

CIRCUITO ELECTRONICO S.A. DE C.V., Tijuana, Baja California Norte, Mexico [SDNTK].

CIRCULO COMERCIAL TOTAL DE PRODUCTOS, S.A. DE C.V., Blvd. Puerta de Hierro No. 5210, Puerta de Hierro, Zapopan, Jalisco 45116, Mexico; R.F.C. CCT060531FQ1 (Mexico) [SDNTK].

CIRCULO REPRESENTACIONES INTERNACIONALES, S. DE R.L. DE C.V., Zapopan, Jalisco, Mexico; Folio Mercantil No. 42993 (Jalisco) (Mexico) [SDNTK].

CIRE, Kursat Zafer (a.k.a. CIRE, Kursad Zafer); DOB 30 Aug 1967; POB Germany; nationality Turkey; Passport 778456 (Turkey) issued 14 May 1997 expires 13 May 2007 (individual) [NPWMD].

CIRE, Kursad Zafer (a.k.a. CIRE, Kursat Zafer); DOB 30 Aug 1967; POB Germany; nationality Turkey; Passport 778456 (Turkey) issued 14 May 1997 expires 13 May 2007 (individual) [NPWMD].

CISNEROS HERNANDEZ, Jesus, Mexico; DOB 08 Jun 1989; POB Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. CIHJ890608HJCSRS09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

CISNEROS RODRIGUEZ, Jose Misael (a.k.a. CISNEROS, Jose Misal; a.k.a. "HALF MILLION"; a.k.a. "MEDIO MLON"); DOB 02 Oct 1976; POB Agua Caliente, Chalatenango, El Salvador; nationality El Salvador (individual) [TCO].

CISNEROS, Jose Misal (a.k.a. CISNEROS RODRIGUEZ, Jose Misael; a.k.a. "HALF MILLION"; a.k.a. "MEDIO MLON"); DOB 02 Oct 1976; POB Agua Caliente, Chalatenango, El Salvador; nationality El Salvador (individual) [TCO].

CITADEL FOR PROTECTION, GUARD AND SECURITY SERVICES (a.k.a. AL-QALAA COMPANY FOR SECURITY SERVICES; a.k.a. AL-QALA'A FOR PROTECTION, GUARDING, AND SECURITY SERVICES (Arabic: شركة القلعة للحماية والحراسة و الخدمات الامنية); C.S.P. CASTLE PROTECTION, GUARDING AND SECURITY SERVICES; a.k.a. CASTLE COMPANY FOR PROTECTION, GUARDING AND SECURITY SERVICES; a.k.a. CASTLE SECURITY AND PROTECTION LLC; a.k.a. "CASTLE SECURITY AND PROTECTION"), Opposite the gas station, enter hospital 601, Sheikh Saad, Mazzeh, West Villas, Damascus, Syria; Aleppo, Syria; Organization Type: Private security activities [SYRIA] (Linked To: BIN ALI, Khodr Taher).

CITADEL OOO (a.k.a. LIMITED LIABILITY COMPANY CITADEL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦИТАДЕЛЬ); a.k.a. LLC TSITADEL (Cyrillic: ООО ЦИТАДЕЛЬ); a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU TSITADEL; a.k.a. TSITADEL GROUP; a.k.a. "CITADEL HOLDING"; a.k.a. "CITADEL LLC"), Michurinskiy avenue, House 27, Apartment 5, Floor 2, Room 6, Moscow 119607, Russia (Cyrillic: Пр-Кт Мичуринский, Д. 27, К. 5, Этаж 2, Ком. 6, Москва 119607, Russia); Tax ID No. 9701012339 (Russia); Registration Number 11577467895690 (Russia) [RUSSIA-EO14024].

CITIIMPEX (a.k.a. LLC CITYIMPEX; a.k.a. SITIIMPEKS), Ul. Leninskaya Sloboda D. 26, Pomeshch 32/124, Moscow 115280, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-

industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9725112364 (Russia); Registration Number 1237700066900 (Russia) [RUSSIA-EO14024].

CITY DEVELOPMENT LIMITED LIABILITY COMPANY (Cyrillic: СИТИ-ДЕВЕЛОПМЕНТ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. OOO SITI-DEVELOPMENT), d. 6 str. 2 etazh 2 pomeshch/kom I/35, naberezhnaya Presnenskaya, Moscow 123112, Russia; Organization Established Date 23 Nov 2016; Tax ID No. 7703420058 (Russia); Government Gazette Number 05682317 (Russia); Registration Number 5167746363758 (Russia) [RUSSIA-EO14024] (Linked To: USM CITY LIMITED LIABILITY COMPANY).

CITY OF MONOTHEISM AND HOLY WARRIORS (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda [FTO] [SDGT] [DRCONGO].

CITY PHARMA SARL, Section 35, Block B, Property 2433, Borj al Barajneh, Lebanon; Commercial Registry Number 2014987 (Lebanon) [SDGT].

CITY PLAZA, S.A. DE C.V. (a.k.a. CITY PLAZA, SOCIEDAD ANONIMA DE CAPITAL VARIABLE), Guasave, Sinaloa, Mexico; Business Registration Document # CUD: A201903242035215924 (Mexico); Folio Mercantil No. N-2019028273 (Mexico) [SDNTK].

CITY PLAZA, SOCIEDAD ANONIMA DE CAPITAL VARIABLE (a.k.a. CITY PLAZA, S.A. DE C.V.), Guasave, Sinaloa, Mexico; Business Registration Document # CUD: A201903242035215924 (Mexico); Folio

Mercantil No. N-2019028273 (Mexico) [SDNTK].

CIVIJA KOMERC (a.k.a. SAMOSTALNA TRGOVINSKA RADNJA CIVIJA KOMERC ZVONKO VESELINOVIC PREDUZETNIK SABAC), Macvanska 65, Sabac 15000, Serbia; Organization Established Date 22 Mar 2000; Organization Type: Sale of motor vehicle parts and accessories; V.A.T. Number 100081430 (Serbia) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

CJNG (a.k.a. CARTEL DE JALISCO NUEVA GENERACION; a.k.a. JALISCO NEW GENERATION CARTEL; a.k.a. NEW GENERATION CARTEL OF JALISCO), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

CJS VTB SPECIALIZED DEPOSITORY (a.k.a. VTB SPECIALIZED DEPOSITORY CJSC; a.k.a. VTB SPECIALIZED DEPOSITORY CLOSED JOINT STOCK COMPANY), 35 Myasnitskaya Street, Moscow 101000, Russia; Website www.odk.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 04 Jul 1996; Target Type Financial Institution; Registration Number 1027739157522 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

CJSC ABSOLUTBANK (a.k.a. ABSOLUTBANK; a.k.a. CLOSED JOINT STOCK COMPANY ABSOLUTBANK; a.k.a. ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ABSALYUTBANK (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АБСАЛЮТБАНК); a.k.a. ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ABSOLYUTBANK (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО АБСОЛЮТБАНК); a.k.a. ZAO ABSOLYUTBANK (Cyrillic: ЗАО АБСОЛЮТБАНК); a.k.a. ZAT ABSALYUTBANK (Cyrillic: ЗАТ АБСАЛЮТБАНК)), 95 Nezavisimosti ave, Minsk 220023, Belarus; SWIFT/BIC ABLTBY22; Website www.absolutbank.by; Organization Established Date 30 Mar 2000; Target Type Financial Institution; Registration Number 100331707 (Belarus) [BELARUS-EO14038].

CJSC AKUTA (a.k.a. CLOSED JOINT STOCK COMPANY AKUTA (Cyrillic: ЗАКРЫТОЕ АКЦОНЕРНОЕ ОБЩЕСТВО АКУТА); a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO AKUTA; a.k.a. ZAO AKUTA (Cyrillic: ЗАО АКУТА); a.k.a. "ACUTA" (Cyrillic: "АКУТА")), Ul. Pionerskaya D. 44, Saint Petersburg 197110, Russia; Website www.acuta.ru; Organization Established Date 25 Sep 2008; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7813426574 (Russia); Registration Number 1089847377586 (Russia) [RUSSIA-EO14024].

CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. JSC VTB BANK; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12,

nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

CJSC BELBIZNESLIZING (a.k.a. BELBIZNESLIZING ZAO; a.k.a. BELBUSINESS LEASING), 29 Masherov Ave., office 919, Minsk 220036, Belarus; 11A Korzh Str., Minsk 220036, Belarus; Organization Established Date 27 Apr 1994; Registration Number 100646748 (Belarus) [BELARUS-EO14038] (Linked To: BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION BELINVESTBANK JOINT STOCK COMPANY).

CJSC BELTECHEXPORT (Cyrillic: ЗАО БЕЛТЕХЭКСПОРТ) (a.k.a. BELTECHEXPORT; a.k.a. BELTECHEXPORT COMPANY; a.k.a. BELTECHEXPORT COMPANY CJSC), Nezavisimosti Ave. 86-B, Minsk 220012, Belarus; Organization Established Date 26 Jan 1993 [BELARUS-EO14038].

CJSC ENERGO-OIL (a.k.a. CLOSED JOINT STOCK COMPANY ENERGO-OIL; f.k.a. CLOSED JOINT-STOCK COMPANY TRAYPLENERGO (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАЙПЛЭНЕРГО); a.k.a. ENERGOOIL; a.k.a. ENERGO-OIL (Cyrillic: ЭНЕРГО-ОИЛ); a.k.a. SOVMESTNOYE ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ENERGO-OIL (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЭНЕРГО-ОИЛ); a.k.a. SUMESNAYE ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ENERGA-OIL (Cyrillic: СУМЕСНАЕ ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ

ТАВАРЫСТВА ЭНЕРГА-ОІЛ); a.k.a. SZAO ENERGO-OIL (Cyrillic: СЗАО ЭНЕРГО-ОИЛ); a.k.a. SZAT ENERGA-OIL (Cyrillic: СЗАТ ЭНЕРГА-ОІЛ)), ul. Rakovskaya, d. 14V (3rd floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В (3 этаж), г. Минск 220004, Belarus); Organization Established Date 24 Oct 2001; Registration Number 800011806 (Belarus) [BELARUS-EO14038].

CJSC IIB CAPITAL (a.k.a. AO MIB KAPITAL; a.k.a. JOINT STOCK COMPANY IIB CAPITAL), ul. Mashi Poryvaevoi d. 11, str. B, floor 1, pomeshch. 15, Moscow 107078, Russia; Organization Established Date 25 Jul 2012; Tax ID No. 7708767021 (Russia); Registration Number 1127746575516 (Russia) [RUSSIA-EO14024] (Linked To: INTERNATIONAL INVESTMENT BANK).

CJSC KAFOLATBANK (a.k.a. KAFOLATBANK), Apartment 4/1, Academics Rajabovs Street, Dushanbe, Tajikistan; SWIFT/BIC KACJTJ22; All offices worldwide [IRAN].

CJSC KREMNY AI GROUP (a.k.a. AO GRUPPA KREMNY EL; a.k.a. JSC GRUPPA KREMNY EL; a.k.a. KREMNY GROUP; a.k.a. PUBLIC JOINT STOCK COMPANY KREMNY), Krasnoarmeyskaya 103, Bryansk 241037, Russia; Organization Established Date 26 Feb 1993; Tax ID No. 3234000876 (Russia); Registration Number 1023202739218 (Russia) [RUSSIA-EO14024].

CJSC MAGNITOGORSK MILL ROLLS PLANT (a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO MAGNITOGORSKII ZAVOD PROKATNYKH VALKOV; a.k.a. "CJSC MMRP"; a.k.a. "ZAO MZPV"), Ul. Kirova D. 93, Pom. 8, Magnitogorsk 455002, Russia; Ul. Kirova D. 93, ZD. Administrativno Bytovoe Tsekh Izlozhnits, Pom. 8, Magnitogorsk 455000, Russia; Tax ID No. 7445024175 (Russia); Registration Number 1047420504493 (Russia) [RUSSIA-EO14024].

CJSC NNK (a.k.a. CLOSED JOINT-STOCK COMPANY NEW OIL COMPANY; a.k.a. NOVAIA NAFTAVAIA KAMPANIA; a.k.a. ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA NOVAYA NAFTAVAYA KAMPANIYA (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА НОВАЯ НАФТАВАЯ КАМПАНІЯ); a.k.a. ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO NOVAYA NEFTYANAYA KOMPANIYA (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НОВАЯ НЕФТЯНАЯ КОМПАНИЯ); a.k.a. ZAO NNK (Cyrillic: ЗАО ННК); a.k.a. ZAT NNK (Cyrillic: ЗАТ ННК); a.k.a. "NEW OIL

COMPANY"), ul. Rakovskaya, d. 14B, kab. 7 (5th floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В, каб. 7 (5 этаж), г. Минск 220004, Belarus); Organization Established Date 23 Mar 2020; Registration Number 193402282 (Belarus) [BELARUS-EO14038].

CJSC NON-STATE PENSION FUND OF SBERBANK (a.k.a. JOINT STOCK COMPANY SBERBANK PRIVATE PENSION FUND; f.k.a. NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA; a.k.a. NPF SBERBANKA ZAO; a.k.a. SBERBANK PPF JSC; a.k.a. SBERBANK PRIVATE PENSION FUND CLOSED JOINT STOCK COMPANY; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA), d. 31 G ul. Shabolovka, Moscow 115162, Russia; Website www.npfsberbanka.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147799009160 (Russia); Tax ID No. 7725352740 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

CJSC NORSI-TRANS (a.k.a. CLOSED JOINT STOCK COMPANY NORSI TRANS (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НОРСИ ТРАНС); a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NORSI TRANS), 12 Bolshaya Novodmitrovskaya Street, Unit 36, Moscow, Moscow Region 127015, Russia; Organization Established Date 22 Sep 1995; Tax ID No. 7705051215 (Russia); Registration Number 1037700030477 (Russia) [RUSSIA-EO14024].

CJSC NTTS PEREDOVYE SISTEMY (a.k.a. FORWARD SYSTEMS, R AND DC; a.k.a. FORWARD SYSTEMS, R&DC; a.k.a. ZAO NTTS PEREDOVYE SISTEMY (Cyrillic: ЗАО НТЦ ПЕРЕДОВЫЕ СИСТЕМЫ)), 20B

Glebovskaya st., Moscow 107258, Russia; ul. Glebovskaya, d. 20B, Moscow 107258, Russia; Website www.forsys.ru; Organization Established Date 29 May 1997; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7718124608 (Russia); Business Registration Number 1027700530329 (Russia) [RUSSIA-EO14024].

CJSC OBUKHOVSKOYE (a.k.a. JOINT STOCK COMPANY OBUKHOVSKOYE; a.k.a. OBUHOVSKOE JSC; a.k.a. SC OBUKHOVSKOYE), Tsvetochnaya st., 7, Saint Petersburg, 196084 Russia, Russia; Organization Established Date 08 Jan 2002; alt. Organization Established Date 1994; Tax ID No. 7805025258 (Russia); Registration Number 1037811025152 (Russia) [RUSSIA-EO14024].

CJSC SBERBANK LEASING (a.k.a. JOINT STOCK COMPANY SBERBANK LEASING; f.k.a. RUSSKO-GERMANSKAYA LIZINGOVAYA KOMPANIYA ZAO; a.k.a. SBERBANK LEASING JSC; a.k.a. SBERBANK LEASING ZAO; a.k.a. SBERBANK LIZING ZAKRYTOE AKTSIONERNOE OBSHCHESTVO), Novoivanovskoe workers settlement, Odintsovo, Moscow Region 143026, Russia, 6 Vorobievskoe shosse, Moscow 119285, Russia; Website www.sberleasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027739000728 (Russia); Tax ID No. 7707009586 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

CJSC SLAVNEFTEBANK (a.k.a. CJSC VTB BANK BELARUS; a.k.a. VTB BANK BELARUS; a.k.a. VTB BANK BELARUS CJSC; a.k.a. VTB BANK BELARUS CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK BELARUS

CLOSED JOINT STOCK COMPANY), 14, Moskovskaya Street, Minsk 220007, Belarus; SWIFT/BIC SLANBY22; Website www.vtb-bank.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

CJSC SOVMORTRANS (a.k.a. SOVMORTRANS CJSC), Rakhmanovskiy lane, 4, bld. 1, Morskoy House, Moscow 127994, Russia; Email Address smt@sovmortrans.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

CJSC STC MODUL (a.k.a. CLOSED JOINT STOCK COMPANY SCIENTIFIC AND TECHNICAL CENTER MODUL (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНО ОБЩЕСТВО НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР МОДУЛЬ); a.k.a. ZAO NTTS MODUL (Cyrillic: ЗАО НТЦ МОДУЛЬ)), D.3 Ul.4-ya Vosmogo Marta, Moscow 125167, Russia; Organization Established Date 26 Aug 1992; Tax ID No. 7714009178 (Russia); Registration Number 1037739183892 (Russia) [RUSSIA-EO14024].

CJSC TSENTRALNY NII SUDOVOGO MASHINOSTROYENIYA (Cyrillic: ЗАО ЦЕНТРАЛЬНЫЙ НИИ СУДОВОГО МАШИНОСТРОЕНИЯ) (a.k.a. JOINT STOCK COMPANY CENTRAL RESEARCH INSTITUTE OF MARINE ENGINEERING; a.k.a. JSC CENTRAL RESEARCH INSTITUTE OF MARINE ENGINEERING; a.k.a. "TSNII SM"), Ul. Dudko, 3, Saint Petersburg 192029, Russia; Organization Established Date 22 Jul 1970; Tax ID No. 7811044146 (Russia); Registration Number 1027806080675 (Russia) [RUSSIA-EO14024].

CJSC VAD (a.k.a. AKTSIONERNOE OBSHCHESTVO VAD; a.k.a. AO, VAD; a.k.a. JOINT STOCK COMPANY VAD; a.k.a. JSC VAD; a.k.a. VAD, AO; a.k.a. ZAO VAD; a.k.a. "HIGH-QUALITY HIGHWAYS"), 133, ul. Chernyshevskogo, Vologda, Vologodskaya Obl 160019, Russia; 122 Grazhdanskiy Prospect, Suite 5, Liter A, St. Petersburg 195267, Russia; Website www.zaovad.com; Email Address

office@zaovad.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037804006811 (Russia); Tax ID No. 7802059185 (Russia); Government Gazette Number 34390716 (Russia) [UKRAINE-EO13685].

CJSC VTB BANK BELARUS (f.k.a. CJSC SLAVNEFTEBANK; a.k.a. VTB BANK BELARUS; a.k.a. VTB BANK BELARUS CJSC; a.k.a. VTB BANK BELARUS CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK BELARUS CLOSED JOINT STOCK COMPANY), 14, Moskovskaya Street, Minsk 220007, Belarus; SWIFT/BIC SLANBY22; Website www.vtb-bank.by; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

CJSC YALTA-FILM (a.k.a. AKTSIONERNOE OBSCHESTVO 'YALTINSKAYA KINODSTUDIYA'; a.k.a. FILM STUDIO YALTA-FILM; a.k.a. JOINT STOCK COMPANY YALTA FILM STUDIO; a.k.a. JSC YALTA FILM STUDIO; a.k.a. KINOSTUDIYA YALTA-FILM; a.k.a. OAO YALTINSKAYA KINOSTUDIYA; a.k.a. YALTA FILM STUDIO; a.k.a. YALTA FILM STUDIOS), Ulitsa Mukhina, Building 3, Yalta, Crimea 298063, Ukraine; Sevastopolskaya 4, Yalta, Crimea, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 30993572 [UKRAINE-EO13685].

CJSC ZEST (a.k.a. ZEST LEASING), pr. Medikov 5, of. 301, St. Petersburg, Russia; 2 Liter a Pl. Rastrelli, St. Petersburg 191124, Russia; Website http://www.zest-leasing.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027809190507; Government Gazette Number 44323193 [UKRAINE-EO13661].

CK INTERNATIONAL LTD, c/o Korea Uljibong Shipping Co., Jongbaek 1-dong, Rakrang-guyok, Pyongyang, Korea, North; Room 9, Unit A, 3rd Floor, Cheong Sun Tower, 116-118,

Wing Lok Street, Sheung Wan, Hong Kong; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5980332 [DPRK4].

CLAMASAN S.A.S., Calle 8 B 65 191, Of. 519, Medellin, Antioquia, Colombia; La Granja La Primavera, Km. 13 Via Angelopolis-Municipio Amaga, Antioquia, Colombia; Granja Terranova, Via Caracoli-Municipio de San Roque, Antioquia, Colombia; NIT # 811039334-6 (Colombia) [SDNTK].

CLAN DEL GOLFO (a.k.a. BANDA CRIMINAL DE URABA; a.k.a. CLAN USUGA; a.k.a. GULF CLAN; a.k.a. LOS AUTODEFENSAS GAITANISTAS DE COLOMBIA; a.k.a. LOS URABENOS (Latin: LOS URABEÑOS)), Colombia [SDNTK] [ILLICIT-DRUGS-EO14059].

CLAN USUGA (a.k.a. BANDA CRIMINAL DE URABA; a.k.a. CLAN DEL GOLFO; a.k.a. GULF CLAN; a.k.a. LOS AUTODEFENSAS GAITANISTAS DE COLOMBIA; a.k.a. LOS URABENOS (Latin: LOS URABEÑOS)), Colombia [SDNTK] [ILLICIT-DRUGS-EO14059].

CLANCY, Bernard Patrick, 43 Senorio De Cortes, Estepona, Spain; Dubai, United Arab Emirates; DOB 04 Sep 1977; POB Ireland; citizen Ireland; Gender Male; Passport PS0129975 (Ireland); alt. Passport PG7546744 (Ireland) (individual) [TCO] (Linked To: KINAHAN ORGANIZED CRIME GROUP).

CLARA SHIPPING (a.k.a. CLARA SHIPPING LLC (Arabic: كلارا للشحن ش.ذ.م.م)), P.O. Box 554843, Dubai, United Arab Emirates; Suite 420, Oud Metha Offices, Oud Metha Road, Umm Hurair 2, P.O. Box 80, Dubai, United Arab Emirates; Suite 420, Oud Metha Offices, P.O. Box 93371, Dubai, United Arab Emirates; Website http://www.clarashipping.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 898106 (United Arab Emirates); Economic Register Number (CBLS) 11533152 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

CLARA SHIPPING LLC (Arabic: كلارا للشحن ش.ذ.م.م) (a.k.a. CLARA SHIPPING), P.O. Box 554843, Dubai, United Arab Emirates; Suite 420, Oud Metha Offices, Oud Metha Road, Umm Hurair 2, P.O. Box 80, Dubai, United Arab Emirates; Suite 420, Oud Metha Offices, P.O. Box 93371, Dubai, United Arab Emirates;

OFFICE OF FOREIGN ASSETS CONTROL

SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

Website http://www.clarashipping.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 898106 (United Arab Emirates); Economic Register Number (CBLS) 11533152 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

CLAUDIA MERCEDES VARGAS GIRALDO SOCIEDAD POR ACCIONES SIMPLIFICADA (a.k.a. C.M.V. CARNES S.A.S.), Calle 8 B 65 191, Of. 519, Medellin, Antioquia, Colombia; NIT # 900392593-1 (Colombia) [SDNTK].

CLEAR TRADE LINK SL (a.k.a. ADVANCE ELECTRICAL AND INDUSTRIAL TECHNOLOGIES SL; a.k.a. "AEIT"), Passeig Verdauguer, 120, Igualada (Barcelona) 08700, Spain; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

CLEOPATRA'S (a.k.a. J & E S. DE R.L. DE C.V.), 2 Nivel, Mall Galerias del Valle, San Pedro Sula, Cortes, Honduras; Mall Megaplaza, La Ceiba, Cortes, Honduras; Santa Rosa de Copan, Copan, Honduras [SDNTK].

CLIO MANAGEMENT CORP., Panama; Folio Mercantil No. 724213 (Panama) [VENEZUELA-EO13850] (Linked To: PULIDO VARGAS, Alvaro Enrique).

CLOSED JOINT STOCK COMPANY ABSOLUTBANK (a.k.a. ABSOLUTBANK; a.k.a. CJSC ABSOLUTBANK; a.k.a. ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ABSALYUTBANK (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АБСАЛЮТБАНК); a.k.a. ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ABSOLYUTBANK (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО АБСОЛЮТБАНК); a.k.a. ZAO ABSOLYUTBANK (Cyrillic: ЗАО АБСОЛЮТБАНК); a.k.a. ZAT ABSALYUTBANK (Cyrillic: ЗАТ АБСАЛЮТБАНК)), 95 Nezavisimosti ave, Minsk 220023, Belarus; SWIFT/BIC ABLTBY22; Website www.absolutbank.by; Organization Established Date 30 Mar 2000; Target Type Financial Institution; Registration Number 100331707 (Belarus) [BELARUS-EO14038].

CLOSED JOINT STOCK COMPANY AKUTA (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО АКУТА) (a.k.a. CJSC AKUTA; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO AKUTA; a.k.a. ZAO AKUTA (Cyrillic: ЗАО АКУТА); a.k.a. "ACUTA" (Cyrillic: "АКУТА")), Ul. Pionerskaya D. 44, Saint Petersburg 197110, Russia; Website www.acuta.ru; Organization Established Date 25 Sep 2008; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7813426574 (Russia); Registration Number 1089847377586 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY COMMERCIAL BANK 'INDUSTRIAL SAVINGS BANK' (a.k.a. AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK INDUSTRIALNY SBEREGATELNY BANK; a.k.a. IS BANK, AO; a.k.a. JOINT-STOCK COMPANY COMMERCIAL BANK 'INDUSTRIAL SAVINGS BANK'; a.k.a. JSC CB 'IS BANK'), Eldoradovsky per 7, Moscow 125167, Russia; 29/UL, prospect Kirova, Simferopol, Crimea 295011, Ukraine; Building 160, Office 104, Kievskaya Street, Simferopol, Crimea 295493, Ukraine; Building 25, Lenin Street, Kerch, Crimea 298300, Ukraine; SWIFT/BIC RISBRUMM; BIK (RU) 044525349; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027739339715 (Russia); Tax ID No. 7744001673 (Russia); Government Gazette Number 40199908 (Russia) [UKRAINE-EO13685].

CLOSED JOINT STOCK COMPANY COMMERCIAL BANK LANTA BANK (a.k.a. JOINT STOCK COMPANY COMMERCIAL BANK LANTA BANK), 9 Novokuznetskaya Street, building 2, Moscow 115184, Russia; SWIFT/BIC COLKRUMM; Website http://www.lanta.ru; Organization Established Date 24 Jun 1992; Target Type Financial Institution; Tax ID No. 7705260427 (Russia); Legal Entity Number 2534001F52UDT7V2KR58; Registration Number 1037739042912 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY COMPANY SCAN (a.k.a. JOINT STOCK COMPANY COMPANY SCAN; a.k.a. "JSC COMPANY SCAN"), Ul. Druzhby D.10B, Moscow 119330, Russia; Organization Established Date 01 Apr 2010; Tax ID No. 7729652960 (Russia); Government Gazette Number 65369101 (Russia); Registration Number 1107746244330 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY DESIGN BUREAU FARVATER (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSTRUKTORSKOE BYURO FARVATER; a.k.a. AO KB FARVATER; a.k.a. DESIGN CENTER FARVATER JSC; a.k.a. JOINT STOCK COMPANY DESIGN CENTER FARVATER), Nansena St., 154B., Rostov-on-Don 344010, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6163106808 (Russia); Registration Number 1116195002307 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY ENERGO-OIL (a.k.a. CJSC ENERGO-OIL; f.k.a. CLOSED JOINT-STOCK COMPANY TRAYPLENERGO (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАЙПЛЭНЕРГО); a.k.a. ENERGOOIL; a.k.a. ENERGO-OIL (Cyrillic: ЭНЕРГО-ОИЛ); a.k.a. SOVMESTNOYE ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ENERGO-OIL (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЭНЕРГО-ОИЛ); a.k.a. SUMESNAYE ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ENERGA-OIL (Cyrillic: СУМЕСНАЕ ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ЭНЕРГА-ОИЛ); a.k.a. SZAO ENERGO-OIL (Cyrillic: СЗАО ЭНЕРГО-ОИЛ); a.k.a. SZAT ENERGA-OIL (Cyrillic: СЗАТ ЭНЕРГА-ОИЛ)), ul. Rakovskaya, d. 14V (3rd floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В (3 этаж), г. Минск 220004, Belarus); Organization Established Date 24 Oct 2001; Registration Number 800011806 (Belarus) [BELARUS-EO14038].

CLOSED JOINT STOCK COMPANY ERASIB (a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO ERASIB), Sibiryakov-Gvardeitsev, 51/3 2 Floor, Novosibirsk 630088, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5404113697 (Russia); Registration Number 1025401484778 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY GENBANK (a.k.a. AKTSIONERNOE OBSHCHESTVO GENBANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГЕНБАНК); a.k.a. GENBANK, AO (Cyrillic: ГЕНБАНК, АО); a.k.a. JOINT STOCK

COMPANY GENBANK; a.k.a. JSC GENBANK), Ozerkovskaya Naberezhnaya 12, Moscow 115184, Russia; Ulitsa Sevastopolskaya 13, Simferopol 295011, Ukraine; SWIFT/BIC GEOORUMM; Website www.genbank.ru; Email Address info@genbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1137711000074 (Russia) [UKRAINE-EO13685].

CLOSED JOINT STOCK COMPANY 'IFD KAPITAL' (a.k.a. IFD KAPITAL; a.k.a. IFD KAPITAL GROUP; a.k.a. IFD-CAPITAL; a.k.a. IFDK, ZAO; a.k.a. IFD-KAPITAL; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO 'IFD KAPITAL'; f.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO IFD KARITAL), 6 naberezhnaya, Krasnopresnenskaya, Moscow 123100, Russia; Website www.ifdk.com; Email Address info@ifdk.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027703007452 (Russia); Tax ID No. 7703354743 (Russia); Government Gazette Number 59109241 (Russia) [UKRAINE-EO13685].

CLOSED JOINT STOCK COMPANY INDUSTRIAL TECHNOLOGIES (a.k.a. AKTSIONERNOE OBSHCHESTVO PROMYSHLENNYE TEKHNOLOGII; a.k.a. AO PROMTEKH), Pr-Kt Nauki D. 14, K. 5, Pomeshch. 7, Dubna 141984, Russia; Tax ID No. 5024101198 (Russia); Registration Number 1085024625510 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY KLIMOVSKIY SPECIALIZED AMMUNITION PLANT (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КЛИМОВСКИЙ СПЕЦИАЛИЗИРОВАННЫЙ ПАТРОННЫЙ ЗАВОД) (a.k.a. KLIMOVSK SPECIALIZED AMMUNITION PLANT JSC KSAP; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO KLIMOVSKI SPETSIALIZIROVANNY PATRONNY ZAVOD), Ul. R.Lyuksemburg 18A, Tarusa 249100, Russia; Tax ID No. 5021011845 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY LOMO LAZER (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЛОМО ЛАЗЕР), Ul. Chugunnaya, d. 20 Litera N., Saint Petersburg 194044, Russia; Organization Established Date 30 Aug 1993; Tax ID No. 7804003942 (Russia); Registration Number 1027802508876 (Russia)

[RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY LOMO).

CLOSED JOINT STOCK COMPANY MOSINTERM (a.k.a. ATOMSPETSPROJECT JOINT STOCK COMPANY), Ul. Svyazistov D. 9, Krasnoznamensk 143090, Russia; Tax ID No. 5006008848 (Russia); Registration Number 1035001500137 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY NORSI TRANS (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НОРСИ ТРАНС) (a.k.a. CJSC NORSI-TRANS; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NORSI TRANS), 12 Bolshaya Novodmitrovskaya Street, Unit 36, Moscow Moscow Region 127015, Russia; Organization Established Date 22 Sep 1995; Tax ID No. 7705051215 (Russia); Registration Number 1037700030477 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY PROMTEH SERVIS (a.k.a. JOINT STOCK COMPANY PROMTECH SERVICE), Ul. Programmistov D. 4, Dubna 141983, Russia; Tax ID No. 5006013990 (Russia); Registration Number 1105015000496 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY PROMTEHKOMPLEKT (a.k.a. AO PROMTEKHKOMPLEKT; a.k.a. PROMTECHCOMPLEKT JSC), 69 Km Mkad, Business Park Grinvud Str. 9, Putilkovo 143441, Russia; Tax ID No. 5032030550 (Russia); Registration Number 1035006458772 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY RENO RUSSIA (a.k.a. JOINT STOCK COMPANY MOSCOW AUTOMOTIVE FACTORY MOSKVICH; a.k.a. JSC MAF MOSKVICH; a.k.a. MOSCOW AUTOMOBILE PLANT MOSKVICH AO), Pr-Kt Volgogradskii D. 42, K. 36, Moscow 109316, Russia; Organization Established Date 17 Aug 1998; Tax ID No. 7709259743 (Russia); Government Gazette Number 18609799 (Russia); Registration Number 1027739178202 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY RNT (a.k.a. AKTSIONEROE OBSHCHESTVO RNT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РНТ); a.k.a. AO RUSSIAN HIGH TECHNOLOGIES (Cyrillic: АО РОССИЙСКИЕ НАУКОЕМКИЕ ТЕХНОЛОГИИ); a.k.a. "AO RNT" (Cyrillic: "АО РНТ"); a.k.a. "CJSC RNT"; a.k.a. "RNT COMPANY"; a.k.a. "ZAO RNT"), 6, ul. 2-Ya Ostankinskaya, Moscow 129515, Russia; Website www.rnt.ru; Organization Established

Date 16 Jun 1993; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7720010693 (Russia); Government Gazette Number 17917145 (Russia); Registration Number 1027700248256 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY RSK TECHNOLOGIES (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО РСК ТЕХНОЛОГИИ) (a.k.a. RSC GROUP; a.k.a. RSK GROUP OF COMPANIES; a.k.a. ZAO RSK TEKHNOLOGII), 36 Kutuzovskiy Avenue, Building 23, Moscow, Moscow Region 121170, Russia; Tax ID No. 7730635550 (Russia); Registration Number 1107746991087 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY SCAN (a.k.a. JOINT STOCK COMPANY SCAN; a.k.a. "JSC SCAN"), Ul. Druzhby D.10 B, Moscow 119330, Russia; Organization Established Date 04 Apr 2007; Tax ID No. 7729571904 (Russia); Government Gazette Number 80712625 (Russia); Registration Number 5077746460380 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY SCIENTIFIC AND TECHNICAL CENTER MODUL (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНО ОБЩЕСТВО НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР МОДУЛЬ) (a.k.a. CJSC STC MODUL; a.k.a. ZAO NTTS MODUL (Cyrillic: ЗАО НТЦ МОДУЛЬ)), D.3 Ul.4-ya Vosmogo Marta, Moscow 125167, Russia; Organization Established Date 26 Aug 1992; Tax ID No. 7714009178 (Russia); Registration Number 1037739183892 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY SPECIAL CONSTRUCTION BUREAU (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СПЕЦИАЛЬНОЕ КОНСТРУКТОРСКОЕ БЮРО) (a.k.a. SKB AO; a.k.a. SKB ZAO; a.k.a. SPETSIALNOE KONSTRUKTORSKOE BYURO ZAO), 35 1905 Goda Street, Building 2404, Office 318, Perm, Perm Territory 614014, Russia; Organization Established Date 21 Jun 1996; Tax ID No. 5906034720 (Russia); Registration Number 1025901364026 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY SPECIAL TRANSPORTATION SERVICES (a.k.a. "STS COMPANY"), Ul. Gilyarovskogo D. 40, Moscow 129110, Russia; Tax ID No. 7706129200 (Russia); Registration Number 1027739002873 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY SUPERCONDUCTING NANOTECHNOLOGY (a.k.a. LIMITED LIABILITY COMPANY SUPERCONDUCTING NANOTECHNOLOGY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SVERKHPROVODNIKOVYE NANOTEKHNOLOGII; a.k.a. SCONTEL; a.k.a. SKONTEL AO; a.k.a. SKONTEL OOO), 5 str. 1 etazh 4 pom. I kom. 14, ul. Lva Tolstogo, Moscow 119021, Russia; Organization Established Date 19 Jan 2005; Tax ID No. 7704445168 (Russia); Government Gazette Number 19634279 (Russia); Registration Number 5177746003815 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY TECHNOLOGICAL COSMONAUTIKA PARK LINKOS (a.k.a. CLOSED JOINT STOCK COMPANY TECHNOLOGICAL PARK OF COSMONAUTICS LINKOS; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO TEKHNOLOGICHESKII PARK KOSMONAVTIKI LINKOS), Dorozhnaya UI D 5, Shcherbinka 142172, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7733061279 (Russia); Registration Number 1027739037886 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY TECHNOLOGICAL PARK OF COSMONAUTICS LINKOS (a.k.a. CLOSED JOINT STOCK COMPANY TECHNOLOGICAL COSMONAUTIKA PARK LINKOS; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO TEKHNOLOGICHESKII PARK KOSMONAVTIKI LINKOS), Dorozhnaya UI D 5, Shcherbinka 142172, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7733061279 (Russia); Registration Number 1027739037886 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY TEKHKRIM (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТЕХКРИМ) (a.k.a. TECHCRIM

JOINT STOCK COMPANY), ul. Golyanski Poselok d. 8, Izhevsk 426063, Russia; Organization Established Date 30 Jun 1997; Tax ID No. 1835013146 (Russia); Registration Number 1021801665896 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY TOP SYSTEMS (a.k.a. TOP SYSTEMS LTD.; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO TOP SISTEMY; a.k.a. ZAO TOP SISTEMY), Ul. Kirovogradskaya D.5, Kv.35, Moscow 117587, Russia; 1 Timiryazevskaya St., Moscow 127422, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7726057955 (Russia); Registration Number 1037700101163 (Russia) [RUSSIA-EO14024].

CLOSED JOINT STOCK COMPANY VOLOGDA BEARING PLANT, Sh. Okruzhnoe D. 13, Vologda 160028, Russia; Tax ID No. 3525027150 (Russia); Registration Number 1023500880369 (Russia) [RUSSIA-EO14024].

CLOSED JOINT-STOCK COMPANY NEW OIL COMPANY (a.k.a. CJSC NNK; a.k.a. NOVAIA NAFTAVAIA KAMPANIA; a.k.a. ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA NOVAYA NAFTAVAYA KAMPANIYA (Cyrillic: ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА НОВАЯ НАФТАВАЯ КАМПАНІЯ); a.k.a. ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO NOVAYA NEFTYANAYA KOMPANIYA (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО НОВАЯ НЕФТЯНАЯ КОМПАНИЯ; a.k.a. ZAO NNK (Cyrillic: ЗАО ННК); a.k.a. ZAT NNK (Cyrillic: ЗАТ ННК); a.k.a. "NEW OIL COMPANY"), ul. Rakovskaya, d. 14B, kab. 7 (5th floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В, каб. 7 (5 этаж), г. Минск 220004, Belarus); Organization Established Date 23 Mar 2020; Registration Number 193402282 (Belarus) [BELARUS-EO14038].

CLOSED JOINT-STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE TOPAZ (a.k.a. AO NPP TOPAZ; a.k.a. JOINT-STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE TOPAZ), 16k34 3 Mytishchinskaya Str., Moscow 129626, Russia; Organization Established Date 24 Jul 1997; Tax ID No. 5008011331 (Russia);

Registration Number 1035001851125 (Russia) [RUSSIA-EO14024].

CLOSED JOINT-STOCK COMPANY TRAYPLENERGO (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАЙПЛЭНЕРГО) (a.k.a. CJSC ENERGO-OIL; a.k.a. CLOSED JOINT STOCK COMPANY ENERGO-OIL; a.k.a. ENERGOOIL; a.k.a. ENERGO-OIL (Cyrillic: ЭНЕРГО-ОИЛ); a.k.a. SOVMESTNOYE ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ENERGO-OIL (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЭНЕРГО-ОИЛ); a.k.a. SUMESNAYE ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ENERGA-OIL (Cyrillic: СУМЕСНАЕ ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ЭНЕРГА-ОІЛ); a.k.a. SZAO ENERGO-OIL (Cyrillic: СЗАО ЭНЕРГО-ОИЛ); a.k.a. SZAT ENERGA-OIL (Cyrillic: СЗАТ ЭНЕРГА-ОІЛ)), ul. Rakovskaya, d. 14V (3rd floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В (3 этаж), г. Минск 220004, Belarus); Organization Established Date 24 Oct 2001; Registration Number 800011806 (Belarus) [BELARUS-EO14038].

CLUB DEPORTIVO AUTLAN (a.k.a. CLUB DEPORTIVO MORUMBI; a.k.a. CLUB DEPORTIVO MORUMBI, A.C.; a.k.a. CLUB DEPORTIVO MORUMBI, ASOCIACION CIVIL; a.k.a. GUERREROS DE AUTLAN; a.k.a. PROMOTORA CULTURAL Y DEPORTIVA MORUMBI; a.k.a. "MORUMBI"), Zapopan, Jalisco, Mexico; Av. Del Bajio S/N, Col. El Bajio, Zapopan, Jalisco, Mexico; Folio Mercantil No. 4123 (Jalisco) (Mexico) [SDNTK].

CLUB DEPORTIVO MORUMBI (a.k.a. CLUB DEPORTIVO AUTLAN; a.k.a. CLUB DEPORTIVO MORUMBI, A.C.; a.k.a. CLUB DEPORTIVO MORUMBI, ASOCIACION CIVIL; a.k.a. GUERREROS DE AUTLAN; a.k.a. PROMOTORA CULTURAL Y DEPORTIVA MORUMBI; a.k.a. "MORUMBI"), Zapopan, Jalisco, Mexico; Av. Del Bajio S/N, Col. El Bajio, Zapopan, Jalisco, Mexico; Folio Mercantil No. 4123 (Jalisco) (Mexico) [SDNTK].

CLUB DEPORTIVO MORUMBI, A.C. (a.k.a. CLUB DEPORTIVO AUTLAN; a.k.a. CLUB DEPORTIVO MORUMBI; a.k.a. CLUB DEPORTIVO MORUMBI, ASOCIACION CIVIL; a.k.a. GUERREROS DE AUTLAN; a.k.a. PROMOTORA CULTURAL Y DEPORTIVA MORUMBI; a.k.a. "MORUMBI"), Zapopan, Jalisco, Mexico; Av. Del Bajio S/N, Col. El Bajio,

Zapopan, Jalisco, Mexico; Folio Mercantil No. 4123 (Jalisco) (Mexico) [SDNTK].

CLUB DEPORTIVO MORUMBI, ASOCIACION CIVIL (a.k.a. CLUB DEPORTIVO AUTLAN; a.k.a. CLUB DEPORTIVO MORUMBI; a.k.a. CLUB DEPORTIVO MORUMBI, A.C.; a.k.a. GUERREROS DE AUTLAN; a.k.a. PROMOTORA CULTURAL Y DEPORTIVA MORUMBI; a.k.a. "MORUMBI"), Zapopan, Jalisco, Mexico; Av. Del Bajio S/N, Col. El Bajio, Zapopan, Jalisco, Mexico; Folio Mercantil No. 4123 (Jalisco) (Mexico) [SDNTK].

CLUB DEPORTIVO OJOS NEGROS A.C., Conocido Poblado de Ojos Negros, Baja California, Mexico; R.F.C. CDO-980604-4V7 (Mexico) [SDNTK].

CLUB INDIOS ROJOS DE JUAREZ, S.A. DE C.V., Ciudad Juarez, Chihuahua, Mexico; Organization Established Date 05 Apr 2005; Folio Mercantil No. 21708 (Mexico) [SDNTK] (Linked To: MARRUFO CABRERA, Miguel Raymundo).

CNIIHM (Cyrillic: ЦНИИХМ) (a.k.a. FGUP CNIIXM (Cyrillic: ФГУП ЦНИИХМ); a.k.a. FGUP TSNIIKHM; a.k.a. GNTS RF FGUP TSNIIKHM; a.k.a. STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION FGUP CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND MECHANICS; f.k.a. TSENTRALNY NAUCHNO-ISSLEDOVATELSKI INSTITUT KHIMII I MEKHANIKI, FGUP; a.k.a. TSNIIKHM, FGUP), 16A ul. Nagatinskaya, Moscow, Russia; Website http://cniihm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7724073013 (Russia); Government Gazette Number 07521506 (Russia); Registration Number 1037739097582 (Russia) [CAATSA - RUSSIA].

CNRG MANAGEMENT (a.k.a. CASPIAN ENERGY MANAGEMENT LIMITED LIABILITY COMPANY; a.k.a. CASPIAN ENERGY PROJECTS LIMITED LIABILITY COMPANY; f.k.a. CNRG PROJECTS; f.k.a. CRN GROUP; a.k.a. LIMITED LIABILITY COMPANY KASPIYSKAYA ENERGIYA ADMINISTRATION OFFICE; a.k.a. "CNRG"), 60, Admiral Nakhimov St., Astrakhan 414018, Russia; Organization Established Date 15 Feb 2011; Tax ID No. 3017065795 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

CNRG PROJECTS (a.k.a. CASPIAN ENERGY MANAGEMENT LIMITED LIABILITY

COMPANY; a.k.a. CASPIAN ENERGY PROJECTS LIMITED LIABILITY COMPANY; a.k.a. CNRG MANAGEMENT; f.k.a. CRN GROUP; a.k.a. LIMITED LIABILITY COMPANY KASPIYSKAYA ENERGIA ADMINISTRATION OFFICE; a.k.a. "CNRG"), 60, Admiral Nakhimov St., Astrakhan 414018, Russia; Organization Established Date 15 Feb 2011; Tax ID No. 3017065795 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

COAL TAR REFINING CO. (Arabic: شرکت پالایش قطران (قطران ذغال سنگ) a.k.a. COAL TAR REFINING COMPANY; a.k.a. COKE WASTE WATER REFINING CO.; a.k.a. "C.T.R."; a.k.a. "COAL TAR COMPANY" (Arabic: " پالایش قطران زغالسنگ")), No. 106, Mohtasham Kashani Ave., Esfahan, Iran; No. 343, Zafar St., Vali-e-Asr Ave., Tehran, Iran; Valiasr St., corner of Zafer St., No. 343, Tehran, Iran; Website http://ctr-co.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10260328063 (Iran); Registration Number 387 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

COAL TAR REFINING COMPANY (a.k.a. COAL TAR REFINING CO. (Arabic: شرکت پالایش قطران (ذغال سنگ) a.k.a. COKE WASTE WATER REFINING CO.; a.k.a. "C.T.R."; a.k.a. "COAL TAR COMPANY" (Arabic: " پالایش قطران زغالسنگ")), No. 106, Mohtasham Kashani Ave., Esfahan, Iran; No. 343, Zafar St., Vali-e-Asr Ave., Tehran, Iran; Valiasr St., corner of Zafer St., No. 343, Tehran, Iran; Website http://ctr-co.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10260328063 (Iran); Registration Number 387 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

COAL TECHNOLOGIES (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU "UGOLNYE TEKHNOLOGII"; a.k.a. UGOLNYE TEKHNOLOGII, OOO), d. 25 ofis 13, 14, per. Avtomobilny, Rostov-on-Don, Rostovskaya Oblast 344038, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1146164002621 [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC; Linked To: LUHANSK PEOPLE'S REPUBLIC).

COALITION OF GOOD (a.k.a. 101 DAYS CAMPAIGN; a.k.a. CHARITY COALITION;

a.k.a. ETELAF AL-KHAIR; a.k.a. ETILAFU EL-KHAIR; a.k.a. I'TILAF AL-KHAIR; a.k.a. I'TILAF AL-KHAYR; a.k.a. UNION OF GOOD), P.O. Box 136301, Jeddah 21313, Saudi Arabia [SDGT].

COAST REFINERY COMPANY (Arabic: شرکة مصافی الساحل) (a.k.a. AL-SAHEL REFINERY COMPANY; a.k.a. COASTAL REFINERY COMPANY PRIVATE JSC), Tartous, Syria; Organization Established Date 09 Feb 2020; Organization Type: Manufacture of refined petroleum products [SYRIA].

COASTAL REFINERY COMPANY PRIVATE JSC (a.k.a. AL-SAHEL REFINERY COMPANY; a.k.a. COAST REFINERY COMPANY (Arabic: شرکة مصافی الساحل)), Tartous, Syria; Organization Established Date 09 Feb 2020; Organization Type: Manufacture of refined petroleum products [SYRIA].

COBALT REFINERY CO. INC., Saskatchewan, AB, Canada [CUBA].

COBO LEDESMA, Juan Carlos (a.k.a. COBO LEDEZMA, Juan Carlos), c/o GRUPO CRISTAL CORONA S.A. DE C.V., Mexico City, Distrito Federal, Mexico; Calle de Lomas Anahuac No. 147, Colonia Lomas Anahuac, Delegacion Huixquilucan, Mexico, Mexico; Avenida Hacienda del Ciervo No. 15, Edificio Palma Blanca, Depto. 1203, Fraccionamiento Hacienda Las Palmas, Huixquilucan, Mexico, Mexico; Cali, Valle del Cauca, Colombia; DOB 08 Jun 1967; POB Cali, Valle del Cauca, Colombia; nationality Colombia; citizen Colombia; Cedula No. 16745922 (Colombia); Driver's License No. NO4435810 (Mexico) (individual) [SDNTK].

COBO LEDEZMA, Juan Carlos (a.k.a. COBO LEDESMA, Juan Carlos), c/o GRUPO CRISTAL CORONA S.A. DE C.V., Mexico City, Distrito Federal, Mexico; Calle de Lomas Anahuac No. 147, Colonia Lomas Anahuac, Delegacion Huixquilucan, Mexico, Mexico; Avenida Hacienda del Ciervo No. 15, Edificio Palma Blanca, Depto. 1203, Fraccionamiento Hacienda Las Palmas, Huixquilucan, Mexico, Mexico; Cali, Valle del Cauca, Colombia; DOB 08 Jun 1967; POB Cali, Valle del Cauca, Colombia; nationality Colombia; citizen Colombia; Cedula No. 16745922 (Colombia); Driver's License No. NO4435810 (Mexico) (individual) [SDNTK].

COCHAN ANGOLA (a.k.a. COCHAN GROUP; a.k.a. COCHAN S.A.; a.k.a. GRUPO COCHAN; a.k.a. "COCHAN"), Av. 1 Congresso Do Mpla, Edificio CIF 17 Andar, Luanda, Angola;

Organization Established Date 06 May 2009; Registration Number 1001537110 (Angola) [GLOMAG] (Linked To: FRAGOSO DO NASCIMENTO, Leopoldino).

COCHAN GROUP (a.k.a. COCHAN ANGOLA; a.k.a. COCHAN S.A.; a.k.a. GRUPO COCHAN; a.k.a. "COCHAN"), Av. 1 Congresso Do Mpla, Edificio CIF 17 Andar, Luanda, Angola; Organization Established Date 06 May 2009; Registration Number 1001537110 (Angola) [GLOMAG] (Linked To: FRAGOSO DO NASCIMENTO, Leopoldino).

COCHAN HOLDINGS LLC, Marshall Islands; Organization Established Date 23 Jul 2010; Enterprise Number 961733 (Marshall Islands) [GLOMAG] (Linked To: FRAGOSO DO NASCIMENTO, Leopoldino).

COCHAN S.A. (a.k.a. COCHAN ANGOLA; a.k.a. COCHAN GROUP; a.k.a. GRUPO COCHAN; a.k.a. "COCHAN"), Av. 1 Congresso Do Mpla, Edificio CIF 17 Andar, Luanda, Angola; Organization Established Date 06 May 2009; Registration Number 1001537110 (Angola) [GLOMAG] (Linked To: FRAGOSO DO NASCIMENTO, Leopoldino).

COCINA ANTIGUA, S. DE R.L. DE C.V. (a.k.a. HACIENDA CIEN ANOS DE TIJUANA, S. DE R.L. DE C.V.; a.k.a. LA HACIENDA DE TIJUANA, S. DE R.L. DE C.V.), Blvd. Sanchez Taboada S/N, No. 10451, Zona Rio, Fte. de Saverios e Arreola y cion accesso, Tijuana, Baja California, Mexico; Calle Jose Maria Velazco No. 1407, Colonia Zona Rio, Baja California, Mexico; Sanchez Taboada 10451, Rio Tijuana, Arreola y Cjon de Acceso Frente a Saveri, Tijuana, Baja California, Mexico; R.F.C. HTI010702GR7 (Mexico); alt. R.F.C. CAN010702DF8 (Mexico) [SDNTK].

COCINA DE TIJUANA, S. DE R.L. DE C.V., Boulevard Sanchez Taboada No. 10451, Colonia Urbano Rio Tijuana, Tijuana, Baja California, Mexico; R.F.C. CTI050414A55 (Mexico) [SDNTK].

CODE A PARTNERSHIP, Kulhidhoshu Magu, Male 20288, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 31 Oct 2016; Registration Number P-0156/2016 (Maldives) [SDGT] (Linked To: AMEEN, Mohamad; Linked To: AFRAAH, Ahmed).

CODECAFE (a.k.a. COMERCIALIZADORA DE CAFE DEL OCCIDENTE CODECAFE LTDA.), Carrera 8 No. 23-09, Ofc. 903, Pereira,

Risaralda, Colombia; NIT # 816004106-0 (Colombia) [SDNT].

COFINANZAS (a.k.a. CONSULTORIAS FINANCIERAS S.A.), Carrera 3 No. 12-40 ofc. 1001, Cali, Colombia; NIT # 805017446-6 (Colombia) [SDNT].

COIBA (a.k.a. COMERCIAL IBEROAMERICANA, S.A.), Spain [CUBA].

COINEMP S.A. (f.k.a. ASECOM S.A.; a.k.a. CONSULTORIA INTEGRAL Y ASESORIA EMPRESARIAL S.A.), Calle 15 Norte No. 6N-34 ofc. 404, Cali, Colombia; NIT # 890326149-8 (Colombia) [SDNT].

COINTERANDINA (a.k.a. COMERCIALIZADORA INTERNACIONAL ANDINA LIMITADA), Calle 14 No. 64-56, Bogota, Colombia; NIT # 8605112278 (Colombia); Matricula Mercantil No 183816 (Colombia) [SDNTK].

COKE WASTE WATER REFINING CO. (a.k.a. COAL TAR REFINING CO. (Arabic: شركت پالایش قطران ذغال سنگ); a.k.a. COAL TAR REFINING COMPANY; a.k.a. "C.T.R."; a.k.a. "COAL TAR COMPANY" (Arabic: " پالایش قطران "زغالسنگ)), No. 106, Mohtasham Kashani Ave., Esfahan, Iran; No. 343, Zafar St., Vali-e-Asr Ave., Tehran, Iran; Valiasr St., corner of Zafer St., No. 343, Tehran, Iran; Website http://ctr-co.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10260328063 (Iran); Registration Number 387 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

COLCERDOS LTDA. (a.k.a. COLOMBIANA DE CERDOS LTDA.), Km. 3 Via Marsella Parque Industrial, Pereira, Colombia; Apartado Aereo 3786, Pereira, Colombia; NIT # 800018928-0 (Colombia) [SDNT].

COLLECTING BEE SRL, 24 Bucharest, Str. Iuliu Valaori, municipality of Bucharest 30682, Romania (Latin: 24 Bucureşti, Str. Iuliu Valaori, Municipiul Bucureşti 30682, Romania); Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 May 2013; Romanian C.R. 31672834 (Romania); alt. Romanian C.R. J40/6457/2013 (Romania) [SDGT] (Linked To: BAKER, Rami Yaacoub).

COLLECTION CONCEPT S.A. (a.k.a. SAAFARTEX INT. S.A.; a.k.a. SAAFARTEX INTERNATIONAL ZONA FRANCA BARRANQUILLA S.A.; a.k.a. SAAFARTEX ZONA FRANCA SAS; a.k.a. "COCO S.A."), CL 70 No 41 - 114 Of 101, Barranquilla, Atlantico,

Colombia; NIT # 9002257729 (Colombia) [VENEZUELA-EO13850].

COLOMBIANA DE CERDOS LTDA. (a.k.a. COLCERDOS LTDA.), Km. 3 Via Marsella Parque Industrial, Pereira, Colombia; Apartado Aereo 3786, Pereira, Colombia; NIT # 800018928-0 (Colombia) [SDNT].

COLOMBO PERUANA DE TEJIDOS S.A. (a.k.a. COPETE S.A.), Calle 23A No. 69B-19, Bogota, Colombia; NIT # 8001711408 (Colombia); Matricula Mercantil No 513540 (Colombia) [SDNTK].

COLONEL MUTEBUTSI (a.k.a. MUTEBUSI, Jules; a.k.a. MUTEBUTSI, Jules; a.k.a. MUTEBUZI, Jules), Rwanda; DOB 06 Jul 1960; POB South Kivu, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

COLORADO CESSA, Francisco Antonio, C Rio Tonala #3, Colonia Jardines, Tuxpan, Veracruz 92890, Mexico; Rio Palma 10, Jardines, Tuxpan, Veracruz 92890, Mexico; La Flor De Maria, Carretera Mexico-Tuxpan, Tuxpan, Veracruz, Mexico; DOB 10 Oct 1960; POB Tuxpan, Veracruz, Mexico; nationality Mexico; citizen Mexico; Passport 04060004616 (Mexico); C.U.R.P. COCF601010HVZLSR05 (Mexico) (individual) [SDNTK] (Linked To: ADT PETROSERVICIOS, S.A. DE C.V.).

COLOSIO, Vincente (a.k.a. CONTRERAS, Miguel Angel; a.k.a. LADINO AVILA, Jaime Arturo; a.k.a. "EL OJON"; a.k.a. "FAYO"), c/o GRUPO ROLA S.A. DE C.V., Colima, Colima, Mexico; Calle Jesus Ponce 1083, Colonia Jardin Vista Hermosa, Colima, Colima, Mexico; DOB 24 Jul 1964; alt. DOB 26 Aug 1962; alt. DOB 13 Nov 1964; nationality Mexico; citizen Mexico; R.F.C. LAAJ640724 (Mexico); C.U.R.P. LAAJ640724HCMDVM07 (Mexico) (individual) [SDNTK].

COMACHO RODRIGUES, Gilberto (a.k.a. ARELLANO FELIX, Ramon Eduardo; a.k.a. TORRES MENDEZ, Ramon); DOB 31 Aug 1964; POB Mexico (individual) [SDNTK].

COMBATANT FORCE FOR THE LIBERATION OF RWANDA (a.k.a. DEMOCRATIC FORCES FOR THE LIBERATION OF RWANDA; a.k.a. FDLR; a.k.a. FORCE COMBATTANTE ABACUNGUZI; a.k.a. FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA; a.k.a. "FOCA"), North and South Kivu, Congo, Democratic Republic of the [DRCONGO].

COMBUSERVICIOS LOS TRES RIOS, S.A. DE C.V. (a.k.a. ESTACIONES DE SERVICIOS

CANARIAS, S.A. DE C.V.), Blvd. Enrique Felix Castro No. 1029, Col. Desarrollo Urbano Tres Rios, Culiacan, Sinaloa C.P. 80020, Mexico; R.F.C. ESC-100224-2J9 (Mexico) [SDNTK].

COMBUSTIBLES BRIONES, S.A. DE C.V., Carr. a Reynosa Km 21, Tamaulipas, Mexico [SDNTK].

COMECARNES LTDA. (a.k.a. COMERCIALIZADORA DE CARNES LTDA.), Km. 3 Via Marsella, Pereira, Colombia; NIT # 800076369-0 (Colombia) [SDNT].

COMERCIAL CIMEX, S.A., Panama [CUBA].

COMERCIAL DE RODAJES Y MAQUINARIA, S.A. (a.k.a. CRYMSA), Jose Lazaro Galdeano 6-6, Madrid 28016, Spain [CUBA].

COMERCIAL DOMELY, S.A. DE C.V, Ignacio Ramirez No. 603, Col. Jorge Almada, Culiacan, Sinaloa 80200, Mexico; R.F.C. CDO010522917 (Mexico) [SDNTK].

COMERCIAL IBEROAMERICANA, S.A. (a.k.a. COIBA), Spain [CUBA].

COMERCIAL JINAN S.A., 20 Calle No. 16-36, Proyecto 4-4, Zona 6, Guatemala, Guatemala; NIT # 4151952-3 (Guatemala) [SDNT].

COMERCIAL JOANA, S.A. DE C.V., General Eulogio Parra No. 1750-C, Col. El Retiro, Guadalajara, Jalisco, Mexico; General Eulogio Parra No. 61, Interior 2, Col. El Retiro, Guadalajara, Jalisco, Mexico; Parras No. 1750, Col. Educacion Alamos, Guadalajara, Mexico; Calle General Eulogio Parra Numero 61-Z, Col. El Retiro, Guadalajara, Jalisco 44280, Mexico; R.F.C. CJO010202HQH (Mexico); alt. R.F.C. CJO010202HQ4 (Mexico) [SDNTK].

COMERCIAL PLANETA, Carrera 12 No. 12-13, Maicao, Colombia; Matricula Mercantil No 00072179 (Colombia) [SDNTK].

COMERCIALIZACION DE PRODUCTOS VARIOS (a.k.a. COPROVA; a.k.a. COPROVA SARL), Paris, France [CUBA].

COMERCIALIZADORA AMIA, S.A. DE C.V., Avenida Juan Sarabia, Calle 8106, Zona Central, Tijuana, Baja California CP 22000, Mexico; R.F.C. CAM-940526-8H9 (Mexico) [SDNTK].

COMERCIALIZADORA ANDINA BRASILERA S.A. (a.k.a. CABRASA), Carrera 30 No. 90-82, Bogota, Colombia; NIT # 830003298-2 (Colombia) [SDNT].

COMERCIALIZADORA AUTOMOTRIZ S.A. (a.k.a. CREDISA S.A.), Avenida 7 Norte No. 23N-81, Cali, Colombia; Avenida 7 Norte No. 23-77, Cali, Colombia; Carrera 7D Bis No. 68-58, Cali, Colombia; NIT # 800065773-6 (Colombia) [SDNT].

COMERCIALIZADORA BRIMAR'S, S.A. DE C.V., Calle Riva Palacio Sur No. 675, Col. Jorge Almada, Culiacan, Sinaloa, Mexico; R.F.C. CBS9710303N4 (Mexico) [SDNTK].

COMERCIALIZADORA CACHO S.A. DE C.V., Calle Lago La Doga 5312, Tijuana, Baja California, Mexico; Identification Number NBC 80114829 [SDNTK].

COMERCIALIZADORA CGQ LTDA. (a.k.a. CENTROPARTES CALI), Carrera 18 No. 9-24, Cali, Colombia; NIT # 805029062-3 (Colombia) [SDNT].

COMERCIALIZADORA CHAPALA AJIJIC, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 58593 (Jalisco) (Mexico) [SDNTK].

COMERCIALIZADORA DE BIENES Y SERVICIOS ADMINISTRATIVOS Y FINANCIEROS S.A. (f.k.a. RENTAS Y ADMINISTRACIONES S.A.), Calle 6 No. 39-25 Local 206, Cali, Colombia; NIT # 800200471-6 (Colombia) [SDNT].

COMERCIALIZADORA DE CAFE DEL OCCIDENTE CODECAFE LTDA. (a.k.a. CODECAFE), Carrera 8 No. 23-09, Ofc. 903, Pereira, Risaralda, Colombia; NIT # 816004106-0 (Colombia) [SDNT].

COMERCIALIZADORA DE CARNES CONTINENTAL MGCI LTDA. (a.k.a. CARNES EL PROVEEDOR C F P; a.k.a. CARNES LA MUNDIAL M.A), Aut. Sur No. 66-78 of. 74, Bogota, Colombia; NIT # 830108927-9 (Colombia) [SDNTK].

COMERCIALIZADORA DE CARNES LTDA. (a.k.a. COMECARNES LTDA.), Km. 3 Via Marsella, Pereira, Colombia; NIT # 800076369-0 (Colombia) [SDNT].

COMERCIALIZADORA DE GANADO Y RENTAS DE CAPITAL S.A. (a.k.a. GANARECA S.A.), Calle 7 Sur No. 42-70 of. 1105, Medellin, Colombia; NIT # 811035501-1 (Colombia) [SDNT].

COMERCIALIZADORA DE SERVICIOS TURISTICOS DE VALLARTA, S.A. DE C.V., Puerto Vallarta, Jalisco, Mexico; Organization Established Date 09 May 2007; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. 14080 (Mexico) [ILLICIT-DRUGS-EO14059].

COMERCIALIZADORA E IMPORTADORA YESSI, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 43753 (Jalisco) (Mexico) [SDNTK].

COMERCIALIZADORA E INVERSIONES BUSTOS ARIZA Y CIA. S.C.S. (a.k.a.

TRANSCIBA), Avenida Ciudad de Cali No. 10A-42, Bogota, Colombia; Calle 20 No. 82-52 of. 454, Bogota, Colombia; Transversal 49B No. 3A-25 of. 101-303, Bogota, Colombia; NIT # 830084978-9 (Colombia) [SDNTK].

COMERCIALIZADORA EMPRESARIAL TEAM BUSINESS S.A., Av. de los Shyris N35-174 y Suecia, Ofic. 508, Quito, Pichincha, Ecuador; RUC # 1792167248001 (Ecuador) [SDNTK].

COMERCIALIZADORA GAEL 4, S.A. DE C.V. (a.k.a. COMERCIALIZADORA GAEL 4, SOCIEDAD ANONIMA DE CAPITAL VARIABLE), Poblado Genaro Estrada, Sinaloa, Sinaloa, Mexico; Business Registration Document # CUD: A20151013123613141 (Mexico); Folio Mercantil No. 178794 (Mexico) [SDNTK].

COMERCIALIZADORA GAEL 4, SOCIEDAD ANONIMA DE CAPITAL VARIABLE (a.k.a. COMERCIALIZADORA GAEL 4, S.A. DE C.V.), Poblado Genaro Estrada, Sinaloa, Sinaloa, Mexico; Business Registration Document # CUD: A20151013123613141 (Mexico); Folio Mercantil No. 178794 (Mexico) [SDNTK].

COMERCIALIZADORA GERMAY DE SONORA S.A. DE C.V., San Luis Rio Colorado, Sonora 83450, Mexico [SDNTK].

COMERCIALIZADORA GONRA, Carrera 8A No. 38-53, Cali, Colombia; Matricula Mercantil No 560835-2 (Colombia) [SDNTK].

COMERCIALIZADORA INTERNACIONAL AGRICOLA Y GANADERA RINCON CASTILLO LIMITADA, Carrera 8A No. 2 - 38, Chiquinquira, Boyaca, Colombia; NIT # 900345938-9 (Colombia) [SDNTK].

COMERCIALIZADORA INTERNACIONAL ANDINA LIMITADA (a.k.a. COINTERANDINA), Calle 14 No. 64-56, Bogota, Colombia; NIT # 8605112278 (Colombia); Matricula Mercantil No 183816 (Colombia) [SDNTK].

COMERCIALIZADORA INTERNACIONAL DEL ITSMO S.A. (f.k.a. C.I. DEL ISTMO S.A.; a.k.a. C.I. DEL ISTMO S.A.S.), Calle 100 No. 17A-36, Ofc. 705, Bogota, Colombia; NIT # 9000144704 (Colombia); Matricula Mercantil No 1461858 (Colombia) [SDNTK].

COMERCIALIZADORA J DURANGO, Calle 51 #47C-02 BRR Centro, San Pedro de Uraba, Antioquia, Colombia; Matricula Mercantil No 57622 (Uraba) [SDNTK].

COMERCIALIZADORA JALSIN, S.A. DE C.V. (a.k.a. CHIKA'S; a.k.a. CHIKA'S ACCESORIOS Y COSMETICOS; a.k.a. COMERCIALIZADORA JALZIN, S.A. DE C.V.), Parras No. 1750, Col. Educacion Alamos, Guadalajara, Jalisco 44280,

Mexico; Ave. Juarez No. 496, Col. Centro, Guadalajara, Jalisco 44100, Mexico; Cll 271 s/n, Col. Centro, Guadalajara, Jalisco 44280, Mexico; Cll 614 s/n , Col.San Jan de Dios, Guadalajara, Jalisco 44360, Mexico; Calle Pedro Loza 174, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Calle Alvaro Obregon 614, Col. Barrio San Juan De Dios, Guadalajara, Jalisco, Mexico; Calle Javier Mina 26, Col. Colonia La Perla, Guadalajara, Jalisco, Mexico; Avenida Javier Mina 28, Col. Barrio San Juan De Dios, Guadalajara, Jalisco, Mexico; Calle Juan Manuel 308, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Privada Periferico Sur 1835, Col. Pueblo Santa Maria Tequepexpan, Tlaquepaque, Jalisco, Mexico; Calle Alvaro Obregon 614, Col. Colonia La Perla, Guadalajara, Jalisco, Mexico; Andador Pedro Loza 174, Col. Barrio Jesus, Guadalajara, Jalisco, Mexico; Avenida Juarez 498, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Calle Pedro Loza 184, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Calle Vasco de Quiroga 32, Col. Colonia Morelia Centro, Morelia, Michoacan, Mexico; Avenida Juarez 496, Col. Centro, Guadalajara, Jalisco, Mexico; Calle Reforma 217 A, Col. Colonia Leon de los Aldamas Centro, Leon, Guanajuato 37000, Mexico; Calle Reforma, Esquina Comonfort Esquina Loc 11, Col. Colonia Leon de los Aldamas Centro, Leon, Guanajuato 37000, Mexico; Vasco de Quiroga No. 32, Zona Centro, Morelia, Michoacan, Mexico; R.F.C. CJA980901J13 (Mexico) [SDNTK].

COMERCIALIZADORA JALZIN, S.A. DE C.V. (a.k.a. CHIKA'S; a.k.a. CHIKA'S ACCESORIOS Y COSMETICOS; a.k.a. COMERCIALIZADORA JALSIN, S.A. DE C.V.), Parras No. 1750, Col. Educacion Alamos, Guadalajara, Jalisco 44280, Mexico; Ave. Juarez No. 496, Col. Centro, Guadalajara, Jalisco 44100, Mexico; Cll 271 s/n, Col. Centro, Guadalajara, Jalisco 44280, Mexico; Cll 614 s/n , Col.San Jan de Dios, Guadalajara, Jalisco 44360, Mexico; Calle Pedro Loza 174, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Calle Alvaro Obregon 614, Col. Barrio San Juan De Dios, Guadalajara, Jalisco, Mexico; Calle Javier Mina 26, Col. Colonia La Perla, Guadalajara, Jalisco, Mexico; Avenida Javier Mina 28, Col. Barrio San Juan De Dios, Guadalajara, Jalisco, Mexico; Calle Juan Manuel 308, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco,

Mexico; Privada Periferico Sur 1835, Col. Pueblo Santa Maria Tequepexpan, Tlaquepaque, Jalisco, Mexico; Calle Alvaro Obregon 614, Col. Colonia La Perla, Guadalajara, Jalisco, Mexico; Andador Pedro Loza 174, Col. Barrio Jesus, Guadalajara, Jalisco, Mexico; Avenida Juarez 498, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Calle Pedro Loza 184, Col. Colonia Guadalajara Centro, Guadalajara, Jalisco, Mexico; Calle Vasco de Quiroga 32, Col. Colonia Morelia Centro, Morelia, Michoacan, Mexico; Avenida Juarez 496, Col. Centro, Guadalajara, Jalisco, Mexico; Calle Reforma 217 A, Col. Colonia Leon de los Aldamas Centro, Leon, Guanajuato 37000, Mexico; Calle Reforma, Esquina Comonfort Esquina Loc 11, Col. Colonia Leon de los Aldamas Centro, Leon, Guanajuato 37000, Mexico; Vasco de Quiroga No. 32, Zona Centro, Morelia, Michoacan, Mexico; R.F.C. CJA980901J13 (Mexico) [SDNTK].

COMERCIALIZADORA TOQUIN, S.A. DE C.V. (a.k.a. CHIKA'S COSMETICS AND ACCESSORIES), Poniente 140 #639, Col. Industrial Vallejo, Mexico, Distrito Federal, Mexico; Calle Parras, Numero 1750 Int. C, Col. Alamo Oriente, Tlaquepaque, Jalisco, Mexico; Calle Paseo del Hospisio 22 1038, Col. Colonia La Perla, Guadalajara, Jalisco, Mexico; Calzada Gonzalez Gallo, numero 3064, Col. Lomas de San Pedro, Guadalajara, Jalisco 44897, Mexico; R.F.C. CTO010731CH9 (Mexico) [SDNTK].

COMERCIALIZADORA TRADE CLEAR, S.A. DE C.V. (a.k.a. BAKE AND KITCHEN), Av. Naciones Unidas 6875, Zapopan, Jalisco 45017, Mexico; Patria No. 1347-1, Col. Mirador del Sol, Zapopan, Jalisco CP 45054, Mexico; Av. Lopez Mateos Nte 1133, Plaza Midtown, Guadalajara, Jalisco, Mexico; Website www.bakeandkitchen.com; R.F.C. CTC140807HHA (Mexico) [SDNTK].

COMERCIALIZADORA VILLBA STONE, S.A DE C.V., Nogales, Sonora, Mexico; Jesus Garcia Corona 560, Int. 4, Alamos, Nogales, Sonora 84085, Mexico; Organization Established Date 14 Apr 2014; Organization Type: Cutting, shaping and finishing of stone; Folio Mercantil No. 4288 (Mexico) [ILLICIT-DRUGS-EO14059].

COMERCIALIZADORA Y FRIGORIFICOS DE LA PERLA DEL PACIFICO, S.A. DE C.V., Puerto de Mazatlan 6 D, Parque Industrial Alfredo V. Bonfil, Mazatlan, Sinaloa 82050, Mexico; R.F.C. CFP001109UM7 (Mexico) [SDNTK].

COMERCIO GLOBAL Y CIA. S.C.S. (a.k.a. J.A.J. BARBOSA Y CIA. S.C.S.), Calle 15 Norte No. 6N-34 ofc. 404, Cali, Colombia; NIT # 800214437-6 (Colombia) [SDNT].

COMERCIO INTERIOR, MERCADO EXTERIOR (a.k.a. CIMEX; a.k.a. CIMEX CUBA; a.k.a. CORPORACION CIMEX S.A.), Edificio Sierra Maestra, Avenida Primera entre 0 y 2, Miramar Playa, Ciudad de la Habana, Cuba; and all other locations worldwide [CUBA].

COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org [SDGT] (Linked To: HAMAS).

COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH

PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org [SDGT] (Linked To: HAMAS).

COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN (a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a.

KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

COMMAND AUTOMATION COLLEGE OF THE CHOSUN PEOPLE'S ARMY (a.k.a. KIM IL MILITARY UNIVERSITY; a.k.a. KIM IL POLITICAL MILITARY UNIVERSITY; a.k.a. KIM IL SUNG MILITARY UNIVERSITY; a.k.a. KIM IL-SUNG UNIVERSITY AUTOMATION UNIVERSITY; a.k.a. MILITARY CAMP 144 OF THE KOREAN PEOPLE'S ARMY; a.k.a. MIRIM COLLEGE; a.k.a. MIRIM UNIVERSITY; a.k.a. NO. 144 MILITARY CAMP OF THE CHOSUN PEOPLE'S ARMY; a.k.a. PYONGYANG UNIVERSITY OF AUTOMATION; a.k.a. UNIVERSITY OF AUTOMATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 1981; Target Type Government Entity [DPRK2].

COMMAND OF THE MILITARY TRANSPORT AVIATION (a.k.a. FEDERAL STATE INSTITUTION MILITARY UNIT 25969; a.k.a. FEDERALNOE KAZENNOE UCHREZHDENIE VOISKOVAIA CHAST 25969; a.k.a. "MILITARY TRANSPORT AVIATION" (Cyrillic: "ВОЕННО-ТРАНСПОРТНАЯ АВИАЦИЯ"); a.k.a. "VTA" (Cyrillic: "ВТА"); a.k.a. "VTA COMMAND"), ul. Matrosskaia Tishina, 10, Moscow 107014, Russia; Organization Established Date 01 Jun 1931; Target Type Government Entity; Tax ID No. 7718768880 (Russia); Registration Number 1097746767821 (Russia) [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

COMMANDER NAZIR GROUP (a.k.a. MULLAH NAZIR GROUP), South Waziristan, Pakistan; Paktika, Zabul, Helmand, Kandahar Provinces, Afghanistan [SDGT].

COMMANDER TARIQ AFRIDI GROUP (a.k.a. TARIQ AFRIDI GROUP; a.k.a. TARIQ GEEDAR GROUP; a.k.a. TARIQ GIDAR AFRIDI GROUP; a.k.a. TARIQ GIDAR GROUP; a.k.a. TEHREEK-I-TALIBAN PAKISTAN GEEDAR GROUP; a.k.a. TEHRIK-E-TALIBAN-TARIQ GIDAR GROUP; a.k.a. TTP GEEDAR GROUP; a.k.a. TTP-TARIQ GIDAR GROUP;

a.k.a. "TGG"; a.k.a. "THE ASIAN TIGERS"), Darra Adam Khel, Pakistan; Aurakzai, Pakistan; Khyber, Pakistan; Peshawar, Pakistan; Kohat, Pakistan; Hangu, Pakistan [SDGT].

COMMERCIAL BANK ABSOLUT BANK PAO, Tsvetnoy Boulevard, 18, Moscow 127051, Russia; SWIFT/BIC ABSLRUMM; Website www.absolutbank.ru; alt. Website www.absolutbank.com; Target Type Financial Institution; Tax ID No. 7736046991 (Russia); Identification Number PDR8ZD.00000.LE.643 (Russia); Legal Entity Number 253400YGMAHH3EQH3G74; Registration Number 1027700024560 (Russia) [RUSSIA-EO14024].

COMMERCIAL BANK AGROSOYUZ (Cyrillic: КОММЕРЧЕСКИЙ БАНК АГРОСОЮЗ) (a.k.a. AGROSOYUZ (Cyrillic: АГРОСОЮЗ); a.k.a. AGROSOYUZ LLC (Cyrillic: АГРОСОЮЗ ООО); a.k.a. LLC COMMERCIAL BANK AGROSOYUZ (Cyrillic: ООО КОММЕРЧЕСКИЙ БАНК АГРОСОЮЗ; Cyrillic: ООО КБ АГРОСОЮЗ)), Ulanskiy pereulok, number 13 building 1, Moscow 101000, Russia; SWIFT/BIC AGSZRU31; alt. SWIFT/BIC AGSZRU33; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

COMMERCIAL BANK NEZAVISIMOST (f.k.a. AKB ROSBANK OAO; f.k.a. AKB ROSBANK PAO; f.k.a. JOINT STOCK COMMERCIAL BANK ROSBANK; a.k.a. PUBLIC JOINT STOCK COMPANY ROSBANK; a.k.a. ROSBANK PJSC), 34 Mashy Poryvaevoy Street, Moscow 107078, Russia; PO Box 208, Moscow 107078, Russia; SWIFT/BIC RSBNRUMM; Website https://www.rosbank.ru/; Organization Established Date 02 Mar 1993; Equity Ticker ROSB; ISIN RU000A0HHK26; Target Type Financial Institution; Tax ID No. 7730060164 (Russia); Legal Entity Number HOXMZG026UQNRK6J0C60 (Russia); Registration Number 1027739460737 (Russia) [RUSSIA-EO14024].

COMMERCIAL BANK OF SYRIA, P.O. Box 933, Yousef Azmeh Square, Damascus, Syria; Aleppo Branch, P.O. Box 2, Kastel Hajjarin St., Aleppo, Syria; Damascus Branch, P.O. Box 2231, Moawiya St., Damascus, Syria; SWIFT/BIC CMSYSYDA; all offices worldwide [NPWMD].

COMMERCIAL BANK SINKO BANK (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KOMMERCHESKI BANK SINKO BANK; a.k.a. SINKO BANK LTD), D. 11, Str. 1, Per. Posledni, Moscow 107045, Russia; SWIFT/BIC SNKBRUMM; Website www.sinko-bank.ru; Organization Established Date 18 Nov 2002; Target Type Financial Institution; Tax ID No. 7703004072 (Russia); Identification Number FNLZ43.99999.SL.643 (Russia); Legal Entity Number 2534001TS0M7VRJK2567; Registration Number 1027739563610 (Russia) [RUSSIA-EO14024].

COMMERCIAL BANK SPUTNIK PUBLIC JOINT-STOCK COMPANY (a.k.a. BANK SPUTNIK; a.k.a. BANK SPUTNIK CJSC; a.k.a. CB SPUTNIK; a.k.a. CB SPUTNIK PJSC; f.k.a. OPEN JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK'; a.k.a. PUBLIC JOINT-STOCK COMPANY COMMERCIAL BANK 'SPUTNIK'), Agibalov St. 48, Office 70, Samara, Samarskaya, Oblast 443041, Russia; SWIFT/BIC CSPJRU33; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 1071 (Russia) [NPWMD].

COMMERCIAL INDUSTRIAL AND INVESTMENT BANK PUBLIC JOINT STOCK COMPANY (a.k.a. JOINT STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK PUBLIC JOINT STOCK COMPANY; a.k.a. PROMINVESTBANK; a.k.a. PSC PROMINVESTBANK; a.k.a. PUBLIC STOCK COMPANY JOINT STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK), 12, Shevchenko lane, Kyiv 01001, Ukraine; SWIFT/BIC UPIBUAUX; Website pib.ua; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 26 Aug 1992; Target Type Financial Institution; Registration Number 00039002 (Ukraine); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION

BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

COMMERCIAL JOINT-STOCK BANK VERHNEVOLGSKY (a.k.a. OAO KB VERKHNEVOLZHSKIY; a.k.a. OJSC CB VERKHNEVOLZHSKY; a.k.a. OPEN JOINT STOCK COMPANY COMMERCIAL BANK VERKHNEVOLZHSKY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO KOMMERCHESKIY BANK VERKHNEVOLZHSKIY; a.k.a. PUBLIC COMMERCIAL JOINT-STOCK BANK VERHNEVOLZHSKY), Ulitsa Bratyev Orlovykh 1a, Rybinsk, Yaroslavskaya Oblast 152903, Russia; Ulitsa Suvorova 39A, Sevastopol, Crimea 299011, Ukraine; Pereulok Pionerskiy 5, Simferopol, Crimea 295011, Ukraine; SWIFT/BIC VECARU21; alt. SWIFT/BIC VVBKRU2Y; Website www.vvbank.ru; Email Address vbank@yaroslavl.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027600000185 (Russia) [UKRAINE-EO13685].

COMMERCIAL JOINT-STOCK INCORPORATION BANK YAROSLAVICH (f.k.a. KOMMERCHESKI BANK YAROSLAVICH, PAO; a.k.a. PJSC BANK VVB; a.k.a. PUBLIC JOINT-STOCK COMPANY BANK VVB; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO BANK VVB; a.k.a. PUBLICHNOYE JOINT-STOCK COMPANY BANK VVB; a.k.a. VVB, PAO), 3A ul., 4-ya Bastionnaya, Sevastopol, Crimea 299011, Ukraine; Voronina, 10, Sevastopol, Crimea 299011, Ukraine; 39A Ul. Suvorova, Sevastopol, Crimea, Ukraine; 5 Per. Pionerskiy, Simferopol, Crimea, Ukraine; SWIFT/BIC YARORU21; BIK (RU) 046711106; alt. BIK (RU) 043510133; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

COMMERCIAL PARS OIL CO., 9th Floor, No. 346, Mirdamad Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

COMMISSION TO DETERMINE INSTANCES OF CRIMINAL CONTENT (a.k.a. COMMITTEE FOR DETERMINING EXAMPLES OF CRIMINAL WEB CONTENT; a.k.a. COMMITTEE IN CHARGE OF DETERMINING UNAUTHORIZED WEBSITES; a.k.a. COMMITTEE TO DETERMINE INSTANCES

OF CRIMINAL CONTENT; a.k.a. WORKING GROUP FOR DETERMINING OFFENSIVE CONTENT; a.k.a. WORKING GROUP TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. WORKING GROUP TO DETERMINE INSTANCES ON ONLINE CRIMINAL CONTENT), Sure-Esrafil St, Tehran, Iran; Website http://internet.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org [SDGT] (Linked To: HAMAS).

COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT

COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMAN'I'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org [SDGT] (Linked To: HAMAS).

COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT

DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMAN'I'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org [SDGT] (Linked To: HAMAS).

COMMITTEE FOR DETERMINING EXAMPLES OF CRIMINAL WEB CONTENT (a.k.a. COMMISSION TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. COMMITTEE IN CHARGE OF DETERMINING UNAUTHORIZED WEBSITES; a.k.a. COMMITTEE TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. WORKING GROUP FOR DETERMINING OFFENSIVE CONTENT; a.k.a. WORKING GROUP TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. WORKING GROUP TO DETERMINE INSTANCES ON ONLINE CRIMINAL CONTENT), Sure-Esrafil St, Tehran, Iran; Website http://internet.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

COMMITTEE FOR EUROPE AND THE AMERICAS (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ;

a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND

PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

COMMITTEE FOR SPACE TECHNOLOGY (a.k.a. DEPARTMENT OF SPACE TECHNOLOGY OF NORTH KOREA; a.k.a. DPRK COMMITTEE FOR SPACE TECHNOLOGY; a.k.a. KCST; a.k.a. KOREAN COMMITTEE FOR SPACE TECHNOLOGY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

COMMITTEE FOR THE RESCUE OF UKRAINE (a.k.a. SALVATION COMMITTEE OF UKRAINE; a.k.a. SAVIOR OF UKRAINE COMMITTEE; a.k.a. UKRAINE SALVATION COMMITTEE), Russia; Website http://comitet.su/about/; Email Address comitet@comitet.su; alt. Email Address komitet_2015@yahoo.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660] (Linked To: AZAROV, Mykola Yanovych).

COMMITTEE FOR THE SAFETY OF THE ROADS (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

COMMITTEE IN CHARGE OF DETERMINING UNAUTHORIZED WEBSITES (a.k.a. COMMISSION TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. COMMITTEE FOR DETERMINING EXAMPLES OF CRIMINAL WEB CONTENT; a.k.a. COMMITTEE TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. WORKING GROUP FOR DETERMINING OFFENSIVE CONTENT; a.k.a. WORKING GROUP TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. WORKING GROUP TO DETERMINE INSTANCES ON ONLINE CRIMINAL CONTENT), Sure-Esrafil St, Tehran, Iran; Website http://internet.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

COMMITTEE TO DETERMINE INSTANCES OF CRIMINAL CONTENT (a.k.a. COMMISSION TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. COMMITTEE FOR DETERMINING EXAMPLES OF CRIMINAL WEB CONTENT; a.k.a. COMMITTEE IN CHARGE OF DETERMINING UNAUTHORIZED WEBSITES; a.k.a. WORKING GROUP FOR DETERMINING OFFENSIVE CONTENT; a.k.a. WORKING GROUP TO DETERMINE INSTANCES OF CRIMINAL CONTENT; a.k.a. WORKING GROUP TO DETERMINE INSTANCES ON ONLINE CRIMINAL CONTENT), Sure-Esrafil St, Tehran, Iran; Website http://internet.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

COMMUNIST PARTY OF PERU (a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH;

a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL") [SDNTK] [FTO] [SDGT].

COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL") [SDNTK] [FTO] [SDGT].

COMMUNIST PARTY OF THE PHILIPPINES (a.k.a. NEW PEOPLE'S ARMY; a.k.a. NEW PEOPLE'S ARMY / COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NPA; a.k.a. "CPP"; a.k.a. "NPP/CPP") [FTO] [SDGT].

COMPAGNIE AERIENNE DES GRANDS LACS (a.k.a. CAGL), Av. President Mobutu, Goma, Congo, Democratic Republic of the; Gisenyi, Rwanda [DRCONGO].

COMPANIA AGROINVERSORA HENAGRO LTDA., Carrera 1 No. 13-08, Cartago, Colombia; Hacienda Coque, Cartago, Colombia; Km. 5 Via Aeropuerto, Cartago, Colombia; NIT # 800084326-8 (Colombia) [SDNT].

COMPANIA DE FOMENTO MERCANTIL S.A., Avenida 7 Norte No. 23N-81, Cali, Colombia; NIT # 800124589-0 (Colombia) [SDNT].

COMPANIA DE IMPORTACION Y EXPORTACION IBERIA (a.k.a. CIMEX), Spain [CUBA].

COMPANIA GANADERA 5 MANANTIALES (a.k.a. COMPANIA GANADERA 5 MANANTIALES S. DE P.R. DE R.L.; a.k.a. COMPANIA GANADERA 5 MANANTIALES, SOCIEDAD DE PRODUCCION RURAL DE RESPONSABILIDAD LIMITADA; a.k.a. GANADERAS 5 MANANTIALES S. DE P.R. DE R.L.), Allende, Coahuila, Mexico; Camino al Molino, Allende Centro, Allende, Coahuila 26530, Mexico; Ciudad Lopez Mateos, Mexico; Acuna y Juarez, Colonia La Nogalera,

Zaragoza, Coahuila 26450, Mexico; R.F.C. GCM100208902 (Mexico) [SDNTK].

COMPANIA GANADERA 5 MANANTIALES S. DE P.R. DE R.L. (a.k.a. COMPANIA GANADERA 5 MANANTIALES; a.k.a. COMPANIA GANADERA 5 MANANTIALES, SOCIEDAD DE PRODUCCION RURAL DE RESPONSABILIDAD LIMITADA; a.k.a. GANADERAS 5 MANANTIALES S. DE P.R. DE R.L.), Allende, Coahuila, Mexico; Camino al Molino, Allende Centro, Allende, Coahuila 26530, Mexico; Ciudad Lopez Mateos, Mexico; Acuna y Juarez, Colonia La Nogalera, Zaragoza, Coahuila 26450, Mexico; R.F.C. GCM100208902 (Mexico) [SDNTK].

COMPANIA GANADERA 5 MANANTIALES, SOCIEDAD DE PRODUCCION RURAL DE RESPONSABILIDAD LIMITADA (a.k.a. COMPANIA GANADERA 5 MANANTIALES; a.k.a. COMPANIA GANADERA 5 MANANTIALES S. DE P.R. DE R.L.; a.k.a. GANADERAS 5 MANANTIALES S. DE P.R. DE R.L.), Allende, Coahuila, Mexico; Camino al Molino, Allende Centro, Allende, Coahuila 26530, Mexico; Ciudad Lopez Mateos, Mexico; Acuna y Juarez, Colonia La Nogalera, Zaragoza, Coahuila 26450, Mexico; R.F.C. GCM100208902 (Mexico) [SDNTK].

COMPANIA GENERAL DE MINERIA DE VENEZUELA (a.k.a. CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A.; a.k.a. CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA; a.k.a. CVG MINERVEN; a.k.a. MINERVEN), Via principal Carapal, El Callao, Bolivar, Venezuela; Zona Industrial Caratal, El Callao, Bolivar, Venezuela; National ID No. J006985970 (Venezuela) [VENEZUELA-EO13850].

COMPANIA MINERA DEL RIO CIANURY S.A. DE C.V., Calle Rio Piaxtla No. exterior 45, Col. Guadalupe, Culiacan, Sinaloa 80220, Mexico; R.F.C. MRC900823R6A (Mexico) [SDNTK].

COMPANIA REAL DE PANAMA S.A., Panama City, Panama; RUC # 347674-1-417135 (Panama) [SDNTK].

COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE

FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org [SDGT] (Linked To: HAMAS).

COMPANY GAZ-ALLIANCE LLC (a.k.a. KOMPANIYA GAZ-ALYANS, OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KOMPANIYA GAZ-ALYANS), 15 Ul., Svobody, Nizhni Novgorod, Nizhegorodskaya Obl. 603003, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1142311010885 (Russia) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC; Linked To: LUHANSK PEOPLE'S REPUBLIC; Linked To: ZAO VNESHTORGSERVIS).

COMPANY GROUP STRUCTURA LLC (a.k.a. GK STRUKTURA (Cyrillic: ГК СТРУКТУРА); a.k.a. GRUPPA KOMPANII STRUKTURA (Cyrillic: ГРУППА КОМПАНИЙ СТРУКТУРА); a.k.a. STRUCTURA NATIONAL TECHNOLOGIES), Per. Bolshoi Kislovskii, d. 1, str. 2, Pomeshch/Kom I/42, Moscow 125009, Russia; Website structura.pro; Organization Established Date 12 Dec 2017; Organization Type: Other information technology and computer service activities; Tax ID No. 7703438908 (Russia); Registration Number 5177746315588 (Russia) [RUSSIA-EO14024].

COMPANY LIMITED TBSS (a.k.a. TBSS LIMITED LIABILITY COMPANY), Ul. Smolnaya D. 12, Pom. 4, Moscow 125493, Russia; Tax ID No. 7716030866 (Russia); Registration Number 1027700043832 (Russia) [RUSSIA-EO14024].

COMPLEJO TURISTICO OASIS, S.A. DE C.V. (a.k.a. OASIS BEACH RESORT & CONVENTION CENTER; a.k.a. OASIS BEACH RESORT AND CONVENTION CENTER), Km 25 Carr. Tijuana-Ensenada, Colonia Leyes de Reforma, Playas Rosarito, Rosarito, Baja California CP 22710, Mexico [SDNTK].

COMPLEX UNMANNED SOLUTIONS CENTER LTD (a.k.a. "USC LTD"), Spasateley St., 7, Zhukovsky 140184, Russia; Ul. Luch, D. 24/1a, floor 2, Pomeshch. 112, Zhukovsky 140184, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5040176793 (Russia); Registration Number 1225000003458 (Russia) [RUSSIA-EO14024].

COMPLIGA (a.k.a. KOMPLIGA), Per. Spasskii D. 14/35, Lit. A, Pom. 71N, Office 405, Saint Petersburg 190031, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7838083791 (Russia); Registration Number 1187847376441 (Russia) [RUSSIA-EO14024].

COMPONENT LOGISTIC LIMITED LIABILITY COMPANY, Pr-Kt Veteranov D. 63, Lit. A, Kv. 46, Saint Petersburg 198255, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 24 Mar 2021; Tax ID No. 7805777226 (Russia); Registration Number 1217800045462 (Russia) [RUSSIA-EO14024].

COMPRA VENTA GERPEZ, Calle 22, #24-28, Tulua, Valle, Colombia; Matricula Mercantil No 10375-1 (Colombia) [SDNTK].

COMPRADORES Y EXPORTADORES DE CAFE CAPTZIN, SOCIEDAD ANONIMA (a.k.a. "COMEXCAFE"), Canton La Candelaria Z.0, La Democracia, Huehuetenango, Guatemala; NIT # 68897952 (Guatemala) [ILLICIT-DRUGS-EO14059].

COMPUTER RESEARCH INSTITUTE NIIEVM (a.k.a. AAT NAVUKOVA-DASLEDCHY INSTYTUT ELEKTRONNYKH VYLICHALNYKH MASHYN; a.k.a. JSC NIIEVM (Cyrillic: ОАО НИИЭВМ; Cyrillic: ААТ НДІЭВМ); a.k.a. OAO NAUCHNO-ISSLEDOVATELSKIY INSTITUT ELEKTRONNYKH VYCHISLITELNYKH MASHIN (Cyrillic: ОАО НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ЭЛЕКТРОННЫХ ВЫЧИСЛИТЕЛЬНЫХ МАШИН); a.k.a. OPEN JOINT STOCK COMPANY RESEARCH INSTITUTE OF ELECTRONIC COMPUTERS), 155 Bogdanovicha St., Minsk 220040, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100219724 (Belarus) [BELARUS-EO14038] (Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

CONCEPTO SCREEN SAL OFF-SHORE (a.k.a. CONCEPTOSCREEN), Mirna Chalouhi Commercial Center, Boulevard Sin El-Fil, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Jan 2008; License 1802294 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

CONCEPTOS GASTRONOMICOS DE SONORA, S. DE R.L. DE C.V. (a.k.a. HABANERO'S RESTAURANTE; a.k.a. HABANERO'S RESTAURANTE STEAK WINGS; a.k.a. HABANEROS STEAK WINGS), Nogales, Sonora, Mexico; Calle Ruiz Cortinez 914, Nogales, Sonora 84040, Mexico; Calle Ruiz Cortinez 895, Nogales, Sonora 84030, Mexico; Organization Established Date 03 Apr 2017; Organization Type: Restaurants and mobile food service activities; SRE Permit No. A20170309173245626 (Mexico) [ILLICIT-DRUGS-EO14059].

CONCEPTOSCREEN (a.k.a. CONCEPTO SCREEN SAL OFF-SHORE), Mirna Chalouhi Commercial Center, Boulevard Sin El-Fil, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Jan 2008; License 1802294 (Lebanon) [SDGT] (Linked To: HIZBALLAH).

CONCERN AVRORA SCIENTIFIC AND PRODUCTION ASSOCIATION JSC (a.k.a. AVRORA JSC; a.k.a. JOINT STOCK COMPANY CONCERN AVRORA SCIENTIFIC AND PRODUCTION ASSOCIATION; a.k.a. JOINT STOCK COMPANY CONCERN RESEARCH AND PRODUCTION ASSOCIATION AVRORA), 15 Karbysheva Str., Saint Petersburg 194021, Russia; 10 Nikolskaya Str., Shopping and Office Center Nikolskaya Plaza, Office No. 406, Moscow, Russia; Organization Established Date 27 Feb 2009; Tax ID No. 7802463197 (Russia); Registration Number 1097847058143 (Russia) [RUSSIA-EO14024].

CONCERN BELNEFTEKHIM (a.k.a. BELARUSIAN STATE CONCERN FOR OIL AND CHEMISTRY; a.k.a. BELARUSIAN STATE PETROLEUM AND CHEMICALS CONCERN; a.k.a. BELNEFTEKHIM; a.k.a. BELNEFTEKHIM CONCERN), 73 Dzerzhinskogo Avenue, Minsk 220116, Belarus; ul Trevskaya, 20/1, Room 536, Moscow 103789, Russia; ul Pavlovskaya, 29, Kiev 01135, Ukraine; Oederweg 43, Frankfurt-am-Main D-60318, Germany; Tower B 19-B Oriental Kenzo, 48 Dongzhimenwai Street, Dongcheng District, Beijing 100027, China; GP 1 Apes Street, Riga LV-1039, Latvia [BELARUS].

CONCERN CSRI ELEKTROPRIBOR JSC (a.k.a. JOINT STOCK COMPANY CENTRAL RESEARCH INSTITUTE CONCERN ELEKTROPRIBOR; a.k.a. JOINT STOCK COMPANY CONCERN CENTRAL INSTITUTE FOR SCIENTIFIC RESEARCH ELEKTROPRIBOR), 30 Malaya Posadskaya Str., Saint Petersburg 197046, Russia; Organization Established Date 26 Feb 2009; Tax ID No. 7813438763 (Russia); Registration Number 1097847057330 (Russia) [RUSSIA-EO14024].

CONCERN KALASHNIKOV (a.k.a. IZHEVSKIY MASHINOSTROITEL'NYI ZAVOD OAO; a.k.a. JOINT STOCK COMPANY CONCERN KALASHNIKOV; a.k.a. JSC KALASHNIKOV CONCERN; a.k.a. KALASHNIKOV CONCERN; a.k.a. OJSC KALASHNIKOV CONCERN), 18 Krzhizhanovsky St, Bldg 4, Moscow 11728,

Russia; 2/93 Deryabin Passage, Room 78, Izhevsk 426006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 1832090230 (Russia); Registration Number 1111832003018 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

CONCERN KEMZ OJSC (a.k.a. KIZLYAR ELECTRO-MECHANICAL PLANT; a.k.a. KIZLYAR ELECTROMECHANICAL PLANT JSC; a.k.a. OJSC KONTSERN KIZLYARSKY ELEKTROMEKHANICHESKY FACTORY), Kutuzov st. 1, Kizlyar, Dagestan Rep., Russia; Tax ID No. 547003781 (Russia); Registration Number 1020502308507 (Russia) [RUSSIA-EO14024].

CONCERN MORINFORMSYSTEM AGAT JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН МОРИНФОРМСИСТЕМА-АГАТ) (a.k.a. JSC KONTSERN MORINFORMSISTEMA AGAT), Entuziastov Shosse, 29, Moscow 105275, Russia; Tax ID No. 7720544208 (Russia); Registration Number 1067746239230 (Russia) [RUSSIA-EO14024].

CONCERN RADIO ELECTRONIC TECHNOLOGIES (a.k.a. JOINT STOCK COMPANY CONCERN OF RADIO ELECTRONIC TECHNOLOGIES; a.k.a. JOINT STOCK COMPANY CONCERN RADIO ELECTRONIC TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН РАДИОЭЛЕКТРОННЫЕ ТЕХНОЛОГИИ); a.k.a. "KRET" (Cyrillic: "КРЭТ")), 20/1 Korp. 1 ul. Goncharnaya, Moscow 109240, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1097746084666 (Russia); Tax ID No. 7703695246 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

CONCORD CATERING, Nab. Lieutenant Schmidt D. 7, von Keyserling Mansion, St. Petersburg 119034, Russia; Ulitsa Volkhonka Dom 9, Moscow 119019, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

CONDADO REAL, 5a Avenida, Zona 1, Tecun Uman, San Marcos, Guatemala; Organization Established Date 26 Dec 2018; Organization Type: Real estate activities on a fee or contract basis; NIT # 83524479 (Guatemala) [ILLICIT-

DRUGS-EO14059] (Linked To: SUNIGA MORFIN, Isel Aneli).

CONDE, Alpha, Turkey; DOB 04 Mar 1938; POB Boke, Guinea; nationality Guinea; Gender Male; Passport D00003001 (Guinea) expires 13 Sep 2023 (individual) [GLOMAG].

CONDOS & VACATIONS BUILDINGS SALE & MAINTENANCE, S.A. DE C.V. (a.k.a. CONDOS AND VACATIONS BUILDINGS SALE AND MAINTENANCE, S.A. DE C.V.), Puerto Vallarta, Jalisco, Mexico; Organization Established Date 15 Oct 2016; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. N-2016030167 (Mexico) [ILLICIT-DRUGS-EO14059].

CONDOS AND VACATIONS BUILDINGS SALE AND MAINTENANCE, S.A. DE C.V. (a.k.a. CONDOS & VACATIONS BUILDINGS SALE & MAINTENANCE, S.A. DE C.V.), Puerto Vallarta, Jalisco, Mexico; Organization Established Date 15 Oct 2016; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. N-2016030167 (Mexico) [ILLICIT-DRUGS-EO14059].

CONFIDERI ADVISORY GROUP (a.k.a. CONFIDERI FAMILY OFFICE; a.k.a. CONFIDERI PTE LTD; f.k.a. INDERSEN GLOBAL PTE LTD; f.k.a. POLINA CAPITAL PTE LTD), Bolshaya Serpukhovskaya Str., 25 Bld. 1, Moscow, Russia; Six Battery Road, Level 30, Singapore, Singapore; Tong Eng Building, 101 Cecil Street #16-04, Singapore 69533, Singapore; Cayman Islands; Organization Established Date 2010; Legal Entity Number 984500E975B997FA5E48; Registration Number 201207051Z (Singapore) [RUSSIA-EO14024].

CONFIDERI FAMILY OFFICE (a.k.a. CONFIDERI ADVISORY GROUP; a.k.a. CONFIDERI PTE LTD; f.k.a. INDERSEN GLOBAL PTE LTD; f.k.a. POLINA CAPITAL PTE LTD), Bolshaya Serpukhovskaya Str., 25 Bld. 1, Moscow, Russia; Six Battery Road, Level 30, Singapore, Singapore; Tong Eng Building, 101 Cecil Street #16-04, Singapore 69533, Singapore; Cayman Islands; Organization Established Date 2010; Legal Entity Number 984500E975B997FA5E48; Registration Number 201207051Z (Singapore) [RUSSIA-EO14024].

CONFIDERI PTE LTD (a.k.a. CONFIDERI ADVISORY GROUP; a.k.a. CONFIDERI FAMILY OFFICE; f.k.a. INDERSEN GLOBAL PTE LTD; f.k.a. POLINA CAPITAL PTE LTD), Bolshaya Serpukhovskaya Str., 25 Bld. 1,

Moscow, Russia; Six Battery Road, Level 30, Singapore, Singapore; Tong Eng Building, 101 Cecil Street #16-04, Singapore 69533, Singapore; Cayman Islands; Organization Established Date 2010; Legal Entity Number 984500E975B997FA5E48; Registration Number 201207051Z (Singapore) [RUSSIA-EO14024].

CONG TY CO PHAN THUONG MAI VAN TAI BIEN TRUONG PHAT LOC (a.k.a. TPL SHIPPING; a.k.a. TPL SHIPPING JSC; a.k.a. TRUONG PHAT LOC SHIPPING TRADING JOINT STOCK COMPANY; a.k.a. TRUONG PHAT LOC SHIPPING TRDG), 422, Dao Tri, District 7, Ho Chi Minh City, Vietnam; 422, Dao Tri, Phu Thuan Ward, Ho Chi Minh City, Vietnam; Website https://www.tplshipping.com/; Identification Number IMO 5479491; Company Number 0309613530 (Vietnam); Business Registration Number 4103015716 (Vietnam) [IRAN-EO13846].

CONG TY CO PHAN VAN TAI HANG HAI QUOC VIET (a.k.a. QUOC VIET MARINE TRANSPORT JSC), 5, Road 7, Phu Huu Ward, District 9, Ho Chi Minh City, Vietnam; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 1701198159 (Vietnam) issued 2009 [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

CONG TY TNHH INAND INDUSTRIES (a.k.a. INAND INDUSTRIES COMPANY LIMITED), Floor 9, Building Minori, 67A Truong Dinh, Ward Truong Dinh, District Hai Ba Trung, Hanoi, Vietnam; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 2022; Tax ID No. 0110203228 (Vietnam) [RUSSIA-EO14024].

CONG TY TNHH THINH CUONG (Latin: CÔNG TY TNHH THINH CƯỜNG) (a.k.a. THINH CUONG CO LTD; a.k.a. THINH CUONG COMPANY LIMITED), 41/8 B Cu Chinh Lan, Hai Phong, Vietnam (Latin: 41/8B Củ Chính Lan, Hải Phòng, Vietnam); Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214;

Identification Number IMO 1867946; Enterprise Number 0200289195 (Vietnam) [DPRK4].

CONGO ACONDE SARL, 1041 avenue Ulindi, Quartier Golf, Lubumbashi, Katanga, Congo, Democratic Republic of the; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 26 Feb 2018; Commercial Registry Number CD/LSH/RCCM/18-B-00029 (Congo, Democratic Republic of the) [DPRK4] (Linked To: PAK, Hwa Song).

CONGO FUTUR (a.k.a. CONGO FUTUR IMPORT; a.k.a. CONGO FUTURE; a.k.a. GROUPE CONGO FUTUR), Future Tower, 3462 Boulevard du 30 Juin, Gombe, Kinshasa, Congo, Democratic Republic of the; Avenue du Flambeau 389, Kinshasa, Congo, Democratic Republic of the; Website www.congofutur.com [SDGT].

CONGO FUTUR IMPORT (a.k.a. CONGO FUTUR; a.k.a. CONGO FUTURE; a.k.a. GROUPE CONGO FUTUR), Future Tower, 3462 Boulevard du 30 Juin, Gombe, Kinshasa, Congo, Democratic Republic of the; Avenue du Flambeau 389, Kinshasa, Congo, Democratic Republic of the; Website www.congofutur.com [SDGT].

CONGO FUTURE (a.k.a. CONGO FUTUR; a.k.a. CONGO FUTUR IMPORT; a.k.a. GROUPE CONGO FUTUR), Future Tower, 3462 Boulevard du 30 Juin, Gombe, Kinshasa, Congo, Democratic Republic of the; Avenue du Flambeau 389, Kinshasa, Congo, Democratic Republic of the; Website www.congofutur.com [SDGT].

CONGOCOM TRADING HOUSE, Butembo, Congo, Democratic Republic of the [DRCONGO].

CONGOLESE REVOLUTIONARY ARMY (a.k.a. ARMEE REVOLUTIONAIRE CONGOLAISE; a.k.a. M23; a.k.a. MARCH 23 MOVEMENT; a.k.a. MOUVEMENT DU 23 MARS), North-Kivu, Congo, Democratic Republic of the; Website www.m23mars.org [DRCONGO].

CONNECT TELECOM GENERAL TRADING LLC, P.O. Box 63826, Dubai, United Arab Emirates; Al Owais Tower, 15th Floor, Office No. 1506, Creek Area, Near Twin Towers, Dubai, United Arab Emirates; Gargash Center, Shop No. 2, Dubai, United Arab Emirates; Gargash Center, Shop No. 114, Dubai, United Arab Emirates; Dubai Chamber of Commerce Membership No. 123076 (United Arab Emirates) [SDNTK].

CONPUERTO S.A. (a.k.a. CONSTRUCCIONES PROGRESO DEL PUERTO S.A.), Calle 12A No. 26-22, Puerto Tejada, Colombia; NIT # 817000779-2 (Colombia) [SDNT].

CONQUEST OF THE LEVANT FRONT (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V., Blvd. Emiliano Zapata No. 20, Col. Centro, Culiacan, Sinaloa, Mexico; Ave. Alvaro Obregon No. 1800, 74M, Colinas de San Miguel, Culiacan, Sinaloa, Mexico; Ave. Alvaro Obregon No. 1800, 75M, Colinas de San Miguel, Culiacan, Sinaloa, Mexico; Ave. Alvaro Obregon No. 1800, 76M, Colinas de San Miguel, Culiacan, Sinaloa, Mexico; Ave. Alvaro Obregon No. 1800, 77M, Colinas de San Miguel, Culiacan, Sinaloa, Mexico; Calle Rodolfo G. Robles No. 158, Culiacan, Sinaloa, Mexico; Calle Miguel Hidalgo No. 590, #3, Culiacan, Sinaloa, Mexico; Calle Miguel Hidalgo No. 590, #4, Culiacan, Sinaloa, Mexico; Valle Aldama No. 257, Col. Centro, Culiacan, Sinaloa, Mexico; R.F.C. CIV0106199MA (Mexico) [SDNTK].

CONSORCIO LUNALO, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Av. Adolfo Lopez Mateos 525-C, Int. 9, Col. Ladron de Guevara, Guadalajara, Jalisco 44600, Mexico; R.F.C. CLU140217RX4 (Mexico); Folio Mercantil No. 79775 (Jalisco) (Mexico) [SDNTK].

CONSORCIO NUJOMA, S.C. (a.k.a. CONSORCIO NUJOMA, SOCIEDAD CIVIL), Torreon, Coahuila, Mexico; Guadalajara, Jalisco, Mexico; Juan Salvador Agraz 1179-13, Col. Moderna, Guadalajara, Jalisco 44190, Mexico; R.F.C. CNU130416UJ3 (Mexico); Folio Mercantil No. 28153 (Jalisco) (Mexico) [SDNTK].

CONSORCIO NUJOMA, SOCIEDAD CIVIL (a.k.a. CONSORCIO NUJOMA, S.C.), Torreon, Coahuila, Mexico; Guadalajara, Jalisco, Mexico; Juan Salvador Agraz 1179-13, Col. Moderna, Guadalajara, Jalisco 44190, Mexico; R.F.C. CNU130416UJ3 (Mexico); Folio Mercantil No. 28153 (Jalisco) (Mexico) [SDNTK].

CONSORCIO RIRFUS, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Vidrio 2335-138, Col. Americana, Guadalajara, Jalisco 44160, Mexico; R.F.C. CRI130109KL8 (Mexico); Folio Mercantil No. 72346 (Jalisco) (Mexico) [SDNTK].

CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A. (a.k.a. CONVIASA), Avenida Intercomunal, Edificio Sede, Sector 6.3, Maiquetia, Distrito Federal, Venezuela; Avenida Lecuna Torre Oeste Piso 49, Libertador, Caracas, Venezuela; Phone Number 53 212 5078868; RIF # G-20007774-3 (Venezuela) [VENEZUELA-EO13884].

CONSPIRACY OF CELLS OF FIRE (a.k.a. CONSPIRACY OF FIRE NUCLEI; a.k.a. CONSPIRACY OF THE NUCLEI OF FIRE; a.k.a. SYNOMOSIA PYRINON TIS FOTIAS; a.k.a. THESSALONIKI-ATHENS FIRE NUCLEI CONSPIRACY), Greece [SDGT].

CONSPIRACY OF FIRE NUCLEI (a.k.a. CONSPIRACY OF CELLS OF FIRE; a.k.a. CONSPIRACY OF THE NUCLEI OF FIRE; a.k.a. SYNOMOSIA PYRINON TIS FOTIAS; a.k.a. THESSALONIKI-ATHENS FIRE NUCLEI CONSPIRACY), Greece [SDGT].

CONSPIRACY OF THE NUCLEI OF FIRE (a.k.a. CONSPIRACY OF CELLS OF FIRE; a.k.a. CONSPIRACY OF FIRE NUCLEI; a.k.a. SYNOMOSIA PYRINON TIS FOTIAS; a.k.a. THESSALONIKI-ATHENS FIRE NUCLEI CONSPIRACY), Greece [SDGT].

CONSTELLATION ADVISORS LTD (Arabic: كونستيلاشين ادفيزرز ليمتد), Unit S310, Level 3, Emirates Financial Towers, Dubai International Financial Centre, Dubai 506980, United Arab Emirates; Organization Established Date 17 Feb 2015; Organization Type: Activities of holding companies; Registration Number 114390063 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: GADZHIEV, Nariman Gadzhievich).

CONSTELLO INC., Saint Kitts and Nevis [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

CONSTELLO NO. 1 CORPORATION, 4100 Salzedo Street, Unit 804, Coral Gables, FL 33146, United States; DE, United States [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

CONSTRUCCIONES PROGRESO DEL PUERTO S.A. (a.k.a. CONPUERTO S.A.), Calle 12A No. 26-22, Puerto Tejada, Colombia; NIT # 817000779-2 (Colombia) [SDNT].

CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE (a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHAD-AL-BINAA ASSOCIATION; a.k.a. JIHADU-I-BINAA; a.k.a. STRUGGLE FOR RECONSTRUCTION), Beirut, Lebanon; Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

CONSTRUCTION HOLDING COMPANY OLD CITY - KARST (a.k.a. KARST, OOO; a.k.a. OBSHCESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KARST; a.k.a. "KARST LTD."; a.k.a. "LLC KARST"), D. 4 Litera A Pomeschenie 69 ul. Kapitanskaya, St. Petersburg 199397, Russia; 4 Kapitanskaya Street, Unit A, Office 69-N, St. Petersburg 199397, Russia; Website http://www.oldcitykarst.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037800012711; Tax ID No. 7801106690; Government Gazette Number 48937526 [UKRAINE-EO13685].

CONSTRUCTION JIHAD (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. HOLY

CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHAD-AL-BINAA ASSOCIATION; a.k.a. JIHADU-I-BINAA; a.k.a. STRUGGLE FOR RECONSTRUCTION), Beirut, Lebanon; Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

CONSTRUCTORA AMERICA S.A., Carrera 63 No. 17-07, Bogota, Colombia; NIT # 830125002-3 (Colombia) [SDNT].

CONSTRUCTORA GUADALEST S.A., Correg. San Cristobal Vereda El Llano, Medellin, Colombia; NIT # 800147514-8 (Colombia) [SDNT].

CONSTRUCTORA H.L.P. (a.k.a. GASOLINERA JESUS MARIA; a.k.a. TRANSPORTES LC), La Reforma, Zacapa, Guatemala; NIT # 557109K (Guatemala) [SDNTK].

CONSTRUCTORA H.L.T., La Reforma, Zacapa, Guatemala; Folio Mercantil No. 227138 (Guatemala) [SDNTK].

CONSTRUCTORA HADOM SA, Av Ortega y Gasset Nro 32, Ensanche Naco, Santo Domingo, D.N., Dominican Republic; Tax ID No. 130773289 (Dominican Republic) [GLOMAG].

CONSTRUCTORA HENA LTDA. (a.k.a. INVERSIONES Y COMERCIALIZADORA INCOM LTDA.), Calle 12 No. 4-63, Cali, Colombia; NIT # 890329658-9 (Colombia) [SDNT].

CONSTRUCTORA JATZIRY DE GUASAVE S.A. DE C.V., Guasave, Sinaloa, Mexico; Registration ID 13554 [SDNTK] (Linked To: MEZA FLORES, Fausto Isidro).

CONSTRUCTORA JOEL, S.A. DE C.V., Calle 14, Poste 111, Trinidad Fuentes Ruperto, Genaro Estrada, Municipio de Sinaloa, Sinaloa, Mexico; Genaro Estrada, Sinaloa, Sinaloa, Mexico; Business Registration Document # CUD: A201309051409325760 (Mexico); Folio Mercantil No. 168964 (Mexico) [SDNTK].

CONSTRUCTORA ROFI S A, George Washington, No. 402, Apto. Malecon Center, Ciudad Universitaria, Dominican Republic; Tax ID No. 130098085 (Dominican Republic) [GLOMAG].

CONSTRUCTORA VANIA, S.A. DE C.V., Calle 14, Poste 111, Trinidad Fuentes Ruperto, Genaro Estrada, Municipio de Sinaloa, Sinaloa, Mexico; Genaro Estrada, Sinaloa, Sinaloa,

Mexico; Business Registration Document # CUD: A201309051410465765 (Mexico); Folio Mercantil No. 168954 (Mexico) [SDNTK].

CONSTRUCTORA W.L. (a.k.a. SERVICENTRO LA GRAN VIA), La Reforma, Zacapa, Guatemala; NIT # 4965647 (Guatemala) [SDNTK].

CONSTRUCTORES B2, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 05 Dec 2014; Organization Type: Other business support service activities n.e.c.; Folio Mercantil No. 86548 (Mexico) [ILLICIT-DRUGS-EO14059].

CONSTRUHOGAR, San Marcos, Guatemala; Organization Type: Wholesale of construction materials, hardware, plumbing and heating equipment and supplies; NIT # 59536969 (Guatemala) [ILLICIT-DRUGS-EO14059] (Linked To: MORALES CIFUENTES, Juan Jose).

CONSULTADORIA BAIA LIMITADA (a.k.a. BAIA CONSULTING LIMITED), 7th Floor, Lun Pong Building, No. 763 Avenida da Praia Grande, Macau; Avenidada Praia Grande, No. 763, Edificio Lun Pong, 7 Andara, Macau; Organization Established Date 26 Jan 2016; Registration Number 60367 SO (Macau) [GLOMAG] (Linked To: VIEIRA DIAS, Manuel Helder).

CONSULTORIA EN CAMBIOS FALCON S.A. DE C.V., Centro Comercial Interlomas Local U-16 P.A., Boulevard Interlomas 5, Colonia La Herradura, Huixquilucan, Estado de Mexico C.P. 52784, Mexico; Paseo de la Herradura No. 5 P.A. Loc. 16, Col. La Herradura, Huixquilucan, Estado de Mexico C.P. 52784, Mexico; R.F.C. CCF-020819-183 (Mexico) [SDNT].

CONSULTORIA INTEGRAL LA FUENTE, SOCIEDAD CIVIL, Zapopan, Jalisco, Mexico; Folio Mercantil No. 26736 (Mexico) [SDNTK].

CONSULTORIA INTEGRAL Y ASESORIA EMPRESARIAL S.A. (f.k.a. ASECOM S.A.; a.k.a. COINEMP S.A.), Calle 15 Norte No. 6N-34 ofc. 404, Cali, Colombia; NIT # 890326149-8 (Colombia) [SDNT].

CONSULTORIAS FINANCIERAS S.A. (a.k.a. COFINANZAS), Carrera 3 No. 12-40 ofc. 1001, Cali, Colombia; NIT # 805017446-6 (Colombia) [SDNT].

CONTE, Ousman (a.k.a. CONTE, Ousmane); DOB 09 Sep 1963; nationality Guinea; citizen Guinea; Diplomatic Passport 00085498 (Guinea) (individual) [SDNTK].

CONTE, Ousmane (a.k.a. CONTE, Ousman); DOB 09 Sep 1963; nationality Guinea; citizen

Guinea; Diplomatic Passport 00085498 (Guinea) (individual) [SDNTK].

CONTINENTE MOVIL Y SERVICIOS S.R.L., Urb. Residencial Santa Rosa, MZ G Lt. 20, Callao, Peru; RUC # 20383848483 (Peru) [SDNTK].

CONTINUITY ARMY COUNCIL (a.k.a. CONTINUITY IRA; a.k.a. CONTINUITY IRISH REPUBLICAN ARMY; a.k.a. REPUBLICAN SINN FEIN; a.k.a. "CIRA"), United Kingdom [FTO] [SDGT].

CONTINUITY IRA (a.k.a. CONTINUITY ARMY COUNCIL; a.k.a. CONTINUITY IRISH REPUBLICAN ARMY; a.k.a. REPUBLICAN SINN FEIN; a.k.a. "CIRA"), United Kingdom [FTO] [SDGT].

CONTINUITY IRISH REPUBLICAN ARMY (a.k.a. CONTINUITY ARMY COUNCIL; a.k.a. CONTINUITY IRA; a.k.a. REPUBLICAN SINN FEIN; a.k.a. "CIRA"), United Kingdom [FTO] [SDGT].

CONTRERAS, Miguel Angel (a.k.a. COLOSIO, Vincente; a.k.a. LADINO AVILA, Jaime Arturo; a.k.a. "EL OJON"; a.k.a. "FAYO"), c/o GRUPO ROLA S.A. DE C.V., Colima, Colima, Mexico; Calle Jesus Ponce 1083, Colonia Jardin Vista Hermosa, Colima, Colima, Mexico; DOB 24 Jul 1964; alt. DOB 26 Aug 1962; alt. DOB 13 Nov 1964; nationality Mexico; citizen Mexico; R.F.C. LAAJ640724 (Mexico); C.U.R.P. LAAJ640724HCMDVM07 (Mexico) (individual) [SDNTK].

CONTRERAS DE CABELLO, Marleny (a.k.a. CONTRERAS DE CABELLO, Marleny Josefina; a.k.a. CONTRERAS HERNANDEZ, Marleny Josefina (Latin: CONTRERAS HERNÁNDEZ, Marleny Josefina); a.k.a. CONTRERAS, Marleny), Monagas, Venezuela; DOB 14 Jun 1963; citizen Venezuela; Gender Female; Cedula No. 6437804 (Venezuela) (individual) [VENEZUELA].

CONTRERAS DE CABELLO, Marleny Josefina (a.k.a. CONTRERAS DE CABELLO, Marleny; a.k.a. CONTRERAS HERNANDEZ, Marleny Josefina (Latin: CONTRERAS HERNÁNDEZ, Marleny Josefina); a.k.a. CONTRERAS, Marleny), Monagas, Venezuela; DOB 14 Jun 1963; citizen Venezuela; Gender Female; Cedula No. 6437804 (Venezuela) (individual) [VENEZUELA].

CONTRERAS HERNANDEZ, Marleny Josefina (Latin: CONTRERAS HERNÁNDEZ, Marleny Josefina) (a.k.a. CONTRERAS DE CABELLO, Marleny; a.k.a. CONTRERAS DE CABELLO, Marleny Josefina; a.k.a. CONTRERAS,

Marleny), Monagas, Venezuela; DOB 14 Jun 1963; citizen Venezuela; Gender Female; Cedula No. 6437804 (Venezuela) (individual) [VENEZUELA].

CONTRERAS NOVOA, Hector, Avenida Chapalita No. 1015, Zapopan, Jalisco, Mexico; DOB 16 Sep 1968; Passport 03140180849 (Mexico); C.U.R.P. CONH680916HJCNVC05 (Mexico) (individual) [SDNTK].

CONTRERAS, Luis C. (a.k.a. AMEZCUA CONTRERAS, Luis Ignacio; a.k.a. AMEZCUA, Luis; a.k.a. LOPEZ, Luis; a.k.a. LOZANO, Eduardo; a.k.a. OCHOA, Salvador; a.k.a. RODRIGUEZ LOPEZ, Sergio); DOB 22 Feb 1964; alt. DOB 21 Feb 1964; alt. DOB 21 Feb 1974; POB Mexico (individual) [SDNTK].

CONTRERAS, Marleny (a.k.a. CONTRERAS DE CABELLO, Marleny; a.k.a. CONTRERAS DE CABELLO, Marleny Josefina; a.k.a. CONTRERAS HERNANDEZ, Marleny Josefina (Latin: CONTRERAS HERNÁNDEZ, Marleny Josefina)), Monagas, Venezuela; DOB 14 Jun 1963; citizen Venezuela; Gender Female; Cedula No. 6437804 (Venezuela) (individual) [VENEZUELA].

CONTRERAS, William (a.k.a. CONTRERAS, Willian Antonio), Capital District, Venezuela; DOB 17 Aug 1968; citizen Venezuela; Gender Male; Cedula No. 9953939 (Venezuela); Passport 041067710 (Venezuela) expires 12 Jan 2016; Vice Minister of Internal Commerce, within the Ministry of Popular Power of Economy and Finance; National Superintendent for the Defense of Socioeconomic Rights (SUNDDE) (individual) [VENEZUELA].

CONTRERAS, Willian Antonio (a.k.a. CONTRERAS, William), Capital District, Venezuela; DOB 17 Aug 1968; citizen Venezuela; Gender Male; Cedula No. 9953939 (Venezuela); Passport 041067710 (Venezuela) expires 12 Jan 2016; Vice Minister of Internal Commerce, within the Ministry of Popular Power of Economy and Finance; National Superintendent for the Defense of Socioeconomic Rights (SUNDDE) (individual) [VENEZUELA].

CONVIASA (a.k.a. CONSORCIO VENEZOLANO DE INDUSTRIAS AERONAUTICAS Y SERVICIOS AEREOS, S.A.), Avenida Intercomunal, Edificio Sede, Sector 6.3, Maiquetia, Distrito Federal, Venezuela; Avenida Lecuna Torre Oeste Piso 49, Libertador, Caracas, Venezuela; Phone Number 53 212 5078868; RIF # G-20007774-3 (Venezuela) [VENEZUELA-EO13884].

COOPERATIVA DE AHORRO Y CREDITO CAJA RURAL NACIONAL RL (a.k.a. CARUNA RL), Calle 14 de Septiembre, Puente, el Eden 5 cuadras al Oeste, Managua, Nicaragua; Nicaragua; Costado Oeste del Registro de la Propiedad, Contiguo a la Farmacia del INSS, Colonia Centroamerica, Managua, Nicaragua; Website www.caruna.com.ni; D-U-N-S Number 85-244-5670; Organization Established Date 13 Oct 1993; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; all locations in Nicaragua [NICARAGUA] (Linked To: BANCO CORPORATIVO SA).

COOPERATIVE DEVELOPMENT BANK (a.k.a. BANK-E TOSE'E TA'AVON; a.k.a. TOSEE TAAVON BANK; a.k.a. TOSE'E TA'AVON BANK), Mirdamad Blvd., North East Corner of Mirdamad Bridge, No. 271, Tehran, Iran; No. 271, 4th Floor, Mirdamad Blvd, Northeast of Mirdamad Bridge, Tehran, Iran; Website www.ttbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

COPA DE PLATA S.A. DE C.V., Culiacan, Sinaloa, Mexico; R.F.C. CPL9103222F5 (Mexico) [SDNTK].

COPCIN, Valari (a.k.a. COPEICHIN, Valerii), Plot 115, Nantale Road, Bukoto, P.O. Box 2203, Kampala, Uganda; DOB 05 Jul 1961; nationality Moldova; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Passport AB1893585 (Moldova) expires 08 Jun 2032; alt. Passport AB0376112 (Moldova) expires 02 Oct 2025; Identification Number 265417770002 (United Kingdom) (individual) [RUSSIA-EO14024].

COPEICHIN, Valerii (a.k.a. COPCIN, Valari), Plot 115, Nantale Road, Bukoto, P.O. Box 2203, Kampala, Uganda; DOB 05 Jul 1961; nationality Moldova; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Passport AB1893585 (Moldova) expires 08 Jun 2032; alt. Passport AB0376112 (Moldova) expires 02 Oct 2025; Identification Number 265417770002

(United Kingdom) (individual) [RUSSIA-EO14024].

COPETE S.A. (a.k.a. COLOMBO PERUANA DE TEJIDOS S.A.), Calle 23A No. 69B-19, Bogota, Colombia; NIT # 8001711408 (Colombia); Matricula Mercantil No 513540 (Colombia) [SDNTK].

COPROVA (a.k.a. COMERCIALIZACION DE PRODUCTOS VARIOS; a.k.a. COPROVA SARL), Paris, France [CUBA].

COPROVA SARL (a.k.a. COMERCIALIZACION DE PRODUCTOS VARIOS; a.k.a. COPROVA), Paris, France [CUBA].

COPY RED S.A. DE C.V., Tijuana, Baja California Norte, Mexico [SDNTK].

CORADO ORTILLO, Jenny Judith (a.k.a. CORADO PORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jeni Judith; a.k.a. CORADO PORTILLO, Jenny Uvique; a.k.a. CORADO PORTILLO, Jenny Yudith; a.k.a. CORADO PORTILLO, Jenny Yulith; a.k.a. CORADO, Jenny Judith; a.k.a. CORANADO PORTILLO, Jenny Judith; a.k.a. CORODO CORTILLO, Jenny Judith; a.k.a. PORTILLO CORADO, Jeny Judith); DOB 07 Dec 1980 (individual) [TCO].

CORADO PORTILLO, Jeni Judith (a.k.a. CORADO ORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jenny Uvique; a.k.a. CORADO PORTILLO, Jenny Yudith; a.k.a. CORADO PORTILLO, Jenny Yulith; a.k.a. CORADO, Jenny Judith; a.k.a. CORANADO PORTILLO, Jenny Judith; a.k.a. CORODO CORTILLO, Jenny Judith; a.k.a. PORTILLO CORADO, Jeny Judith); DOB 07 Dec 1980 (individual) [TCO].

CORADO PORTILLO, Jenny Judith (a.k.a. CORADO ORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jeni Judith; a.k.a. CORADO PORTILLO, Jenny Uvique; a.k.a. CORADO PORTILLO, Jenny Yudith; a.k.a. CORADO PORTILLO, Jenny Yulith; a.k.a. CORADO, Jenny Judith; a.k.a. CORANADO PORTILLO, Jenny Judith; a.k.a. CORODO CORTILLO, Jenny Judith; a.k.a. PORTILLO CORADO, Jeny Judith); DOB 07 Dec 1980 (individual) [TCO].

CORADO PORTILLO, Jenny Uvique (a.k.a. CORADO ORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jeni Judith; a.k.a. CORADO PORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jenny Yudith; a.k.a. CORADO PORTILLO, Jenny Yulith; a.k.a. CORADO, Jenny Judith; a.k.a. CORANADO

PORTILLO, Jenny Judith; a.k.a. CORODO CORTILLO, Jenny Judith; a.k.a. PORTILLO CORADO, Jeny Judith); DOB 07 Dec 1980 (individual) [TCO].

CORADO PORTILLO, Jenny Yudith (a.k.a. CORADO ORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jeni Judith; a.k.a. CORADO PORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jenny Uvique; a.k.a. CORADO PORTILLO, Jenny Yulith; a.k.a. CORADO, Jenny Judith; a.k.a. CORANADO PORTILLO, Jenny Judith; a.k.a. CORODO CORTILLO, Jenny Judith; a.k.a. PORTILLO CORADO, Jeny Judith); DOB 07 Dec 1980 (individual) [TCO].

CORADO PORTILLO, Jenny Yulith (a.k.a. CORADO ORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jeni Judith; a.k.a. CORADO PORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jenny Uvique; a.k.a. CORADO PORTILLO, Jenny Yudith; a.k.a. CORADO, Jenny Judith; a.k.a. CORANADO PORTILLO, Jenny Judith; a.k.a. CORODO CORTILLO, Jenny Judith; a.k.a. PORTILLO CORADO, Jeny Judith); DOB 07 Dec 1980 (individual) [TCO].

CORADO, Jenny Judith (a.k.a. CORADO ORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jeni Judith; a.k.a. CORADO PORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jenny Uvique; a.k.a. CORADO PORTILLO, Jenny Yudith; a.k.a. CORADO PORTILLO, Jenny Yulith; a.k.a. CORANADO PORTILLO, Jenny Judith; a.k.a. CORODO CORTILLO, Jenny Judith; a.k.a. PORTILLO CORADO, Jeny Judith); DOB 07 Dec 1980 (individual) [TCO].

CORAL TRADING EST (Arabic: موسسة كورال للتجارة), Deira Riggat Al Batten, Dubai, United Arab Emirates; Unit 4, 2nd Floor, No 18, East Nahid, Jordan Street, Tehran, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Jul 2022; License 1081218 (United Arab Emirates); Economic Register Number (CBLS) 11907262 (United Arab Emirates) [SDGT] [IFSR] (Linked To: SAHARA THUNDER).

CORANADO PORTILLO, Jenny Judith (a.k.a. CORADO ORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jeni Judith; a.k.a. CORADO PORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jenny Uvique; a.k.a. CORADO PORTILLO, Jenny Yudith; a.k.a. CORADO PORTILLO, Jenny Yulith; a.k.a.

CORADO, Jenny Judith; a.k.a. CORODO CORTILLO, Jenny Judith; a.k.a. PORTILLO CORADO, Jeny Judith); DOB 07 Dec 1980 (individual) [TCO].

CORDERO CARDENAS, Jose Antonio, C Eca Do Queiros 5522, Col. Vallarta Universidad, Zapopan, Jalisco 45110, Mexico; Privada Juan de la Barrera 1727, Col. Ninos Heroes, Guadalajara, Jalisco, Mexico; DOB 01 Dec 1957; POB Guadalajara, Jalisco, Mexico; citizen Mexico; Gender Male; R.F.C. COCA571201JV2 (Mexico); Credencial electoral CRCRAN57120114H000 (Mexico); C.U.R.P. COCA571201HJCRRN19 (Mexico); alt. C.U.R.P. COCA571201HJCRRN01 (Mexico); I.F.E. 3087029297960 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION; Linked To: CIRCULO REPRESENTACIONES INTERNACIONALES, S. DE R.L. DE C.V.; Linked To: CORPORATIVO INMOBILIARIO UNIVERSAL, S.A. DE C.V.; Linked To: FC GRUPO EMPRESARIAL, S.A. DE C.V.; Linked To: GRUPO GASOLINERO COJIM, S.A. DE C.V.; Linked To: INMOBILIARIA FLORES CASTRO, S. DE R.L. DE C.V.; Linked To: RODRIGUEZ LOPEZ, S.A. DE C.V.).

CORDON, Mario (a.k.a. ARRAIZA BETANCUR, Mario Jorge; a.k.a. PAREDES CORDOVA, Jorge Mario; a.k.a. PAREDEZ CORDOVA, Jorge Mario; a.k.a. "EL GORDO"; a.k.a. "HIPER"), Morazan El Progreso, Guatemala; DOB 09 Jan 1966; POB Morazan, El Progreso, Guatemala; nationality Guatemala; citizen Guatemala; Passport 1102020001107JK (Guatemala) (individual) [SDNTK].

COREBAI MICROELECTRONICS BEIJING COMPANY LIMITED (Chinese Simplified: 芯佰微电子 北京 有限公司), Room 704, Unit 4, Building 2, 9 Fenghao Road East, Haidian District, Beijing, China; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration Number 911101143979147669 (China) [RUSSIA-EO14024].

CORIC, Valentin; DOB 23 Jun 1956; POB Citluk, Bosnia-Herzegovina (individual) [BALKANS].

CORNELIO VALENCIA, Armando (a.k.a. VALENCIA CABALLERO, Elias Armando; a.k.a. VALENCIA CORNELIO, Armando; a.k.a. VALENCIA PENA, Armando); DOB 15 Jun

1954; alt. DOB 28 Nov 1959; POB Mexico (individual) [SDNTK].

CORNIELLES RUIZ, Lorena Carolina, Coche Miguel Otero Silva Vereda 80, Casa 3, Caracas, Venezuela; DOB 03 Jul 1988; nationality Venezuela; Gender Female; Cedula No. V-18967792 (Venezuela) (individual) [VENEZUELA].

CORODO CORTILLO, Jenny Judith (a.k.a. CORADO ORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jeni Judith; a.k.a. CORADO PORTILLO, Jenny Judith; a.k.a. CORADO PORTILLO, Jenny Uvique; a.k.a. CORADO PORTILLO, Jenny Yudith; a.k.a. CORADO PORTILLO, Jenny Yulith; a.k.a. CORADO, Jenny Judith; a.k.a. CORANADO PORTILLO, Jenny Judith; a.k.a. PORTILLO CORADO, Jeny Judith); DOB 07 Dec 1980 (individual) [TCO].

CORONA ROBLES, Edgar Alfonso (a.k.a. "Ponchito Corona"), C. Rejoneador 6811, Col. Hacienda del Tepeyac, Zapopan, Jalisco 45050, Mexico; Ottawa Num. Ext. 1568 Int. 4 y 5, Providencia, Seccion 1A, 2A y 3A, Guadalajara, Jalisco 44630, Mexico; DOB 25 May 1987; POB Magdalena, Jalisco, Mexico; Gender Male; R.F.C. CORE-870525-AHA (Mexico) (individual) [SDNTK] (Linked To: OPERADORA LOS FAMOSOS, S.A. DE C.V.; Linked To: CARTEL DE JALISCO NUEVA GENERACION; Linked To: LOS CUINIS).

CORONA ROMERO, Alfonso (a.k.a. "Chef Poncho Corona"), Jalisco, Mexico; DOB 28 Feb 1965; POB Magdalena, Jalisco, Mexico; Gender Male; R.F.C. CORA-650228-4Q0 (Mexico); C.U.R.P. CORA650228HJCRML06 (Mexico) (individual) [SDNTK] (Linked To: OPERADORA LOS FAMOSOS, S.A. DE C.V.; Linked To: CARTEL DE JALISCO NUEVA GENERACION; Linked To: LOS CUINIS).

CORONEL BARRERAS, Ines, La Angostura, Canelas, Durango 34500, Mexico; Avenida Puebla A No. 2209, Colonia Federal, San Luis Rio Colorado, Sonora 83489, Mexico; DOB 21 Jan 1968; POB Durango, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

CORONEL VILLAREAL, Ignacio (a.k.a. "NACHO CORONEL"), Manzanillo, Colima, Mexico; DOB 01 Feb 1954; POB Veracruz, Mexico; alt. POB Canelas, Durango, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

CORPOMEDIOS GV INVERSIONES, C.A., Calle Alameda Quinta Globovision Pb, Libertador, Caracas, Venezuela [VENEZUELA-EO13850]

(Linked To: GORRIN BELISARIO, Raul; Linked To: PERDOMO ROSALES, Gustavo Adolfo).

CORPOMEDIOS LLC, 4100 Salzedo Street, Unit 804, Coral Gables, FL 33146, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul; Linked To: PERDOMO ROSALES, Gustavo Adolfo).

CORPORACION ACS TRADING S.A.S. (Latin: CORPORACIÓN ACS TRADING S.A.S.), Calle 103 A No. 16 90, Apto. 603, Bogota, D.C., Colombia; NIT # 9004848078 (Colombia) [VENEZUELA-EO13850].

CORPORACION CIMEX S.A. (a.k.a. CIMEX; a.k.a. CIMEX CUBA; a.k.a. COMERCIO INTERIOR, MERCADO EXTERIOR), Edificio Sierra Maestra, Avenida Primera entre 0 y 2, Miramar Playa, Ciudad de la Habana, Cuba; and all other locations worldwide [CUBA].

CORPORACION CIMEX, S.A., Panama [CUBA].

CORPORACION DE INVERSIONES EMPRESARIALES S.A., Jr. Bolognesi 125, Oficina 1002, Lima, Peru; RUC # 20503541727 (Peru) [SDNTK].

CORPORACION HANDAL S. DE R.L., 3 Ave y 14 Calle N.O., Barrio Las Acacias, Apartado Postal No 1018, San Pedro Sula, Cortes, Honduras [SDNTK].

CORPORACION PANAMERICANA S.A., Ave. 7MA. No. 6209 E/ 62 Y 66, Playa, Miramar, Havana, Cuba [VENEZUELA-EO13850] (Linked To: CUBAMETALES).

CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A. (a.k.a. COMPANIA GENERAL DE MINERIA DE VENEZUELA; a.k.a. CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA; a.k.a. CVG MINERVEN; a.k.a. MINERVEN), Via principal Carapal, El Callao, Bolivar, Venezuela; Zona Industrial Caratal, El Callao, Bolivar, Venezuela; National ID No. J006985970 (Venezuela) [VENEZUELA-EO13850].

CORPORATION FOR THE DEVELOPMENT OF THE FAR EAST AND THE ARCTIC (a.k.a. JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОРПОРАЦИЯ РАЗВИТИЯ ДАЛЬНЕГО ВОСТОКА И АРКТИКИ); a.k.a. "JSC FEDC"; a.k.a. "JSC KRDV" (Cyrillic: "АО КРДВ")), d. 12 etazh 15 kom. A3, naberezhnaya Presnenskaya, Moscow 123112, Russia; Tax ID No. 7723356562 (Russia); Registration Number 1057723007407 (Russia) [RUSSIA-EO14024].

CORPORATIVO ARZACA, S.C. (a.k.a. CORPORATIVO ARZACA, SOCIEDAD CIVIL),

Av. Adolfo Lopez Mateos 525-C, Int. 4, Col. Circunvalacion Guevara, Guadalajara, Jalisco 44680, Mexico; R.F.C. CAR130927UU3 (Mexico) [SDNTK].

CORPORATIVO ARZACA, SOCIEDAD CIVIL (a.k.a. CORPORATIVO ARZACA, S.C.), Av. Adolfo Lopez Mateos 525-C, Int. 4, Col. Circunvalacion Guevara, Guadalajara, Jalisco 44680, Mexico; R.F.C. CAR130927UU3 (Mexico) [SDNTK].

CORPORATIVO BUSSINES MX INSIDER, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 02 Dec 2014; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. 86132 (Mexico) [ILLICIT-DRUGS-EO14059].

CORPORATIVO FEARFI, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 88504 (Jalisco) (Mexico) [SDNTK].

CORPORATIVO GAXIOLA HERMANOS S.A. DE C.V. (a.k.a. TEMPLE DEL PITIC S.A. DE C.V.), Blvd. Francisco Eusebio Kino 177-7, Col. 5 de Mayo, Hermosillo, Sonora 83010, Mexico; Avenida Angel Garcia Aburto #62, Colonia Loma Linda, Hermosillo, Sonora, Mexico; Colonizadores No. 83D, Colonia Las Quintas, Esq. Quintas de las Aves, Hermosillo, Sonora 83240, Mexico; Blvd Rodriguez 108, Col Centro, Hermosillo, Sonora, Mexico; R.F.C. CGH960503DL9 (Mexico); d.b.a. "ANARQUIA PAINTBALL" [SDNTK].

CORPORATIVO INMOBILIARIO UNIVERSAL, S.A. DE C.V., Zapopan, Jalisco, Mexico; Cuitlahuac 435, Depto. 4, Zapopan, Jalisco 45050, Mexico; Juan Sebastian Bach 5187, Col. Residencial La Estancia, Zapopan, Jalisco, Mexico; Folio Mercantil No. 19451 (Jalisco) (Mexico) [SDNTK].

CORPORATIVO SOPORTE LEGAL RECOVERY, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 23 Oct 2014; Organization Type: Other business support service activities n.e.c.; Folio Mercantil No. 85329 (Mexico) [ILLICIT-DRUGS-EO14059].

CORPORATIVO SOSVAL, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Nebulosa 2781, Col. Jardines del Bosque, Guadalajara, Jalisco 44520, Mexico; Nebulosa. 2781-14, Col. Jardines del Bosque, Guadalajara, Jalisco 44520, Mexico; R.F.C. CSO130410P32 (Mexico); Folio Mercantil No. 73550 (Jalisco) (Mexico) [SDNTK].

CORPORATIVO SUSHI PROVI S. DE R.L. DE C.V., Ottawa #1568 Int 4 y 5, Col. Providencia

1A, 2A y 3A, Guadalajara, Jalisco, Mexico; R.F.C. CSP-180321-823 (Mexico) [SDNTK].

CORPORATIVO TITLE I, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 85318 (Mexico) [ILLICIT-DRUGS-EO14059].

CORPORATIVO TS BUSINESS INC, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 86007 (Mexico) [ILLICIT-DRUGS-EO14059].

CORRALES SAN IGNACIO S.P.R. DE R.L. DE C.V., Domicilio en Ejido Ancon de Carros, Saucillo, Chihuahua, Mexico; R.F.C. CSI-000516-2U3 (Mexico) [SDNTK].

CORREA SALAS, Euclides, Turbo, Antioquia, Colombia; DOB 15 Mar 1975; POB Choco, Colombia; nationality Colombia; Gender Male; Cedula No. 71983546 (Colombia) (individual) [SDNTK].

CORTEZ COCINA AUTENTICA (a.k.a. NOCTURN INC, S. DE R.L. DE C.V.; a.k.a. NOCTURNUM INC, S. DE R.L. DE C.V.; a.k.a. "CORTEZ"; a.k.a. "EL CORTEZ"; a.k.a. "RESTAURANT CORTEZ"; a.k.a. "RESTAURANTE CORTEZ"), Guadalajara, Jalisco, Mexico; Diagonal San Jorge 100, Guadalajara, Jalisco, Mexico; Av. Americas 1417-B, Col. Providencia 2A Seccion, Guadalajara, Jalisco 44630, Mexico; Website www.cortez.com.mx; RFC NIN130327JBO (Mexico); Folio Mercantil No. 74711 (Jalisco) (Mexico) [SDNTK].

COSAILING BUSINESS TRADING COMPANY LIMITED, 2808 Number 1 Building, 98 Nanjing Road, Shinan District, Qingdao, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

COSCO SHIPPING SEAMAN SHP MGMT (a.k.a. COSCO SHIPPING TANKER (DALIAN) SEAMAN AND SHIP MANAGEMENT CO., LTD.), 29, Qiqi Jie, Zhongshan Qu, Dalian, Liaoning 116001, China; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii) [IRAN-EO13846].

COSCO SHIPPING TANKER (DALIAN) SEAMAN AND SHIP MANAGEMENT CO., LTD. (a.k.a. COSCO SHIPPING SEAMAN SHP MGMT), 29, Qiqi Jie, Zhongshan Qu, Dalian, Liaoning 116001, China; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii) [IRAN-EO13846].

COSMAN, Ronald Eric, Switzerland; DOB 18 Mar 1950; nationality Switzerland; Gender Male; Passport X8647919 (Switzerland) (individual) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

COSMO RESOURCES PTE. LTD., 6 Raffles Quay #14-04/05, Singapore; Registration Number 202004238H (Singapore) [VENEZUELA-EO13850].

COSTILLA SANCHEZ, Jorge (a.k.a. COSTILLA SANCHEZ, Jorge Eduardo), Mexico; Andador 2 o 20, No. 13, Fraccionamiento Los Sauces, Matamoros, Tamaulipas, Mexico; Playa Mocamba y Playa Encantada No. 14, Colonia Playa Sol, Matamoros, Tamaulipas, Mexico; Calle Sierra Nevada No. 633, Fraccionamiento Fuentes, Seccion Lomas, Reynosa, Tamaulipas, Mexico; DOB 01 Aug 1971; alt. DOB 06 Jan 1971; alt. DOB 01 Jun 1971; alt. DOB 06 Jun 1971; POB Mexico; nationality Mexico; citizen Mexico; Electoral Registry No. CSSNJR71010628H801 (Mexico) (individual) [SDNTK].

COSTILLA SANCHEZ, Jorge Eduardo (a.k.a. COSTILLA SANCHEZ, Jorge), Mexico; Andador 2 o 20, No. 13, Fraccionamiento Los Sauces, Matamoros, Tamaulipas, Mexico; Playa Mocamba y Playa Encantada No. 14, Colonia Playa Sol, Matamoros, Tamaulipas, Mexico; Calle Sierra Nevada No. 633, Fraccionamiento Fuentes, Seccion Lomas, Reynosa, Tamaulipas, Mexico; DOB 01 Aug 1971; alt. DOB 06 Jan 1971; alt. DOB 01 Jun 1971; alt. DOB 06 Jun 1971; POB Mexico; nationality Mexico; citizen Mexico; Electoral Registry No. CSSNJR71010628H801 (Mexico) (individual) [SDNTK].

COSUR LTDA. (a.k.a. CIA. CONSTRUCTORA Y COMERCIALIZADORA DEL SUR LTDA.; a.k.a. HOTEL PALACE), Avenida El Dorado Entrada 2 Int. 6, Bogota, Colombia; NIT # 890329758-7 (Colombia) [SDNT].

COTEI, Milan, Italy [CUBA].

COUNCIL OF CHARITY AND SOLIDARITY (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 2 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org [SDGT] (Linked To: HAMAS).

COVART ENERGY LIMITED, 5/F, Lee Garden Three, 1 Sunning Road, Causeway Bay, Hong Kong, China; Ofis 417, Ul. Maksima Gorkogo 276, Rostov-na-Donu 344019, Russia; Organization Established Date 08 Nov 2019; Identification Number IMO 6357849; Registration Number 2890985 (Hong Kong) [RUSSIA-EO14024].

CPMIEC (a.k.a. CHINA NATIONAL PRECISION MACHINERY I/E CORP.; a.k.a. CHINA

NATIONAL PRECISION MACHINERY IMPORT/EXPORT CORPORATION; a.k.a. CHINA PRECISION MACHINERY IMPORT/EXPORT CORPORATION; a.k.a. ZHONGGUO JINGMI JIXIE JINCHUKOU ZONGGONGSI), No. 30 Haidian Nanlu, Beijing, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

CPMIEC SHANGHAI PUDONG COMPANY (a.k.a CHINA JMM IMPORT & EXPORT SHANGHAI PUDONG CORPORATION; a.k.a. CHINA JMM IMPORT AND EXPORT SHANGHAI PUDONG CORPORATION), 13/F Yuhang Building No. 525, Sichuan Road (North), Shanghai, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

CRAFTWAY CORPORATON PLS (a.k.a. AO KRAFTVEI KORPOREISHN PLS; a.k.a. AO KRAFTWAY PSC; a.k.a. JOINT STOCK COMPANY KRAFTVEY KORPOREYSHN PLS; a.k.a. JOINT STOCK COMPANY KRAFTWAY CORPORATION PLS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КРАФТВЭЙ КОРПОРЭЙШН ПЛС); a.k.a. JSC KRAFTVEY KORPOREYSHN PLS; a.k.a. JSC KRAFTWAY CORPORATION PLC), Sh. Kievskoe d. 64, Obninsk, Kaluga Region 249032, Russia; 16, 3rd Mytishchinskaya Street, Moscow 129626, Russia; Website kraftway.ru; Organization Type: Other information technology and computer service activities; Tax ID No. 5018037096 (Russia); Registration Number 1025002041525 (Russia) [RUSSIA-EO14024].

CRAS (a.k.a. ADVANCED SYSTEMS RESEARCH COMPANY; a.k.a. ASRC; a.k.a. CENTER FOR ADVANCED SYSTEMS RESEARCH; a.k.a. PISHRO COMPANY; a.k.a. PISHRO SYSTEMS RESEARCH COMPANY), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

CRAWFORD, Shane Asadullah (a.k.a. CRAWFORD, Shane Dominic; a.k.a. "Abu Sa'd at-Trinidadi"; a.k.a. "Asad"; a.k.a. "Asadullah"), Syria; DOB 22 Feb 1986; POB Trinidad and Tobago; nationality Trinidad and Tobago; Gender Male (individual) [SDGT].

CRAWFORD, Shane Dominic (a.k.a. CRAWFORD, Shane Asadullah; a.k.a. "Abu Sa'd at-Trinidadi"; a.k.a. "Asad"; a.k.a. "Asadullah"), Syria; DOB 22 Feb 1986; POB Trinidad and Tobago; nationality Trinidad and Tobago; Gender Male (individual) [SDGT].

CREDISA S.A. (f.k.a. COMERCIALIZADORA AUTOMOTRIZ S.A.), Avenida 7 Norte No. 23N-81, Cali, Colombia; Avenida 7 Norte No. 23-77, Cali, Colombia; Carrera 7D Bis No. 68-58, Cali, Colombia; NIT # 800065773-6 (Colombia) [SDNT].

CREDIT BANK OF MOSCOW (Cyrillic: МОСКОВСКИЙ КРЕДИТНЫЙ БАНК) (a.k.a. CREDIT BANK OF MOSCOW PJSC (Cyrillic: ПАО МОСКОВСКИЙ КРЕДИТНЫЙ БАНК); a.k.a. CREDIT BANK OF MOSCOW PUBLIC JOINT STOCK COMPANY), Lukov pereulok 2, bldg. 1, Moscow 107045, Russia; SWIFT/BIC MCRBRUMM; Website www.mkb.ru; BIK (RU) 044525659; Organization Established Date 1992; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Registration ID 1027739555282 (Russia); Tax ID No. 7734202860 (Russia) [RUSSIA-EO14024].

CREDIT BANK OF MOSCOW PJSC (Cyrillic: ПАО МОСКОВСКИЙ КРЕДИТНЫЙ БАНК) (a.k.a. CREDIT BANK OF MOSCOW (Cyrillic: МОСКОВСКИЙ КРЕДИТНЫЙ БАНК); a.k.a. CREDIT BANK OF MOSCOW PUBLIC JOINT STOCK COMPANY), Lukov pereulok 2, bldg. 1, Moscow 107045, Russia; SWIFT/BIC MCRBRUMM; Website www.mkb.ru; BIK (RU) 044525659; Organization Established Date 1992; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in

new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Registration ID 1027739555282 (Russia) Tax ID No. 7734202860 (Russia) [RUSSIA-EO14024].

CREDIT BANK OF MOSCOW PUBLIC JOINT STOCK COMPANY (a.k.a. CREDIT BANK OF MOSCOW (Cyrillic: МОСКОВСКИЙ КРЕДИТНЫЙ БАНК); a.k.a. CREDIT BANK OF MOSCOW PJSC (Cyrillic: ПАО МОСКОВСКИЙ КРЕДИТНЫЙ БАНК)), Lukov pereulok 2, bldg. 1, Moscow 107045, Russia; SWIFT/BIC MCRBRUMM; Website www.mkb.ru; BIK (RU) 044525659; Organization Established Date 1992; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Registration ID 1027739555282 (Russia); Tax ID No. 7734202860 (Russia) [RUSSIA-EO14024].

CREDIT INSTITUTION FOR DEVELOPMENT, 53 Saanee, Jahan-e Koodak, Crossroads Africa St., Tehran, Iran [IRAN].

CRIADERO LA LUISA E.U. (f.k.a. INDUSTRIA AGROPECUARIA SANTA ELENA LTDA.), Avenida 7 Norte No. 23N-81, Cali, Colombia; Avenida 7 Norte No. 23-77, Cali, Colombia; Calle 15 No. 26-400, Cali, Colombia; Jamundi, Valle, Colombia; NIT # 860503330-5 (Colombia) [SDNT].

CRIMEAN ENTERPRISE AZOV DISTILLERY PLANT (a.k.a. AZOVSKY LIKEROGORILCHANY ZAVOD, KRYMSKE RESPUBLIKANSKE PIDPRYEMSTVO; a.k.a. AZOVSKY LIKEROVO-DOCHNY ZAVOD; a.k.a. CRIMEAN REPUBLICAN ENTERPRISE AZOV DISTILLERY; a.k.a. CRIMEAN

REPUBLICAN ENTERPRISE AZOVSKY LIKEROVODOCHNY ZAVOD; a.k.a. KRYMSKE RESSPUBLIKANSKE PIDPRYEMSTVO AZOVSKY LIKEROGORILCHANY ZAVOD), Bud. 40 vul. Zaliznychna, Smt Azovske, Dzhankoisky R-N, Crimea 96178, Ukraine; 40 Railway St., Azov, Dzhankoy District 96178, Ukraine; 40 Zeleznodorozhnaya str., Azov, Jankoysky District 96178, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01271681 (Ukraine) [UKRAINE-EO13685].

CRIMEAN PORTS (a.k.a. STATE UNITARY ENTERPRISE OF THE REPUBLIC OF CRIMEA 'CRIMEAN PORTS'; a.k.a. SUE RK 'CRIMEAN PORTS'; a.k.a. "SUE RC 'KMP'"), 28 Kirov Street, Kerch, Republic of Crimea 98312, Ukraine; Email Address crimeaport@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102012620; V.A.T. Number 9111000450 [UKRAINE-EO13685].

CRIMEAN RAILWAY (a.k.a. FEDERAL STATE UNITARY ENTERPRISE 'CRIMEAN RAILWAY'; a.k.a. KRYMZHD; a.k.a. THE RAILWAYS OF CRIMEA), 34 Pavlenko Street, Simferopol, Republic of Crimea 95006, Ukraine; Website http://www.crimearw.ru; Email Address ngkkjd@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1159102022738; V.A.T. Number 9102157783 [UKRAINE-EO13685].

CRIMEAN REPUBLICAN ENTERPRISE AZOV DISTILLERY (a.k.a. AZOVSKY LIKEROGORILCHANY ZAVOD, KRYMSKE RESSPUBLIKANSKE PIDPRYEMSTVO; a.k.a. AZOVSKY LIKEROVO-DOCHNY ZAVOD; a.k.a. CRIMEAN ENTERPRISE AZOV DISTILLERY PLANT; a.k.a. CRIMEAN REPUBLICAN ENTERPRISE AZOVSKY LIKEROVODOCHNY ZAVOD; a.k.a. KRYMSKE RESSPUBLIKANSKE PIDPRYEMSTVO AZOVSKY LIKEROGORILCHANY ZAVOD), Bud. 40 vul. Zaliznychna, Smt Azovske, Dzhankoisky R-N, Crimea 96178, Ukraine; 40 Railway St., Azov, Dzhankoy District 96178, Ukraine; 40 Zeleznodorozhnaya str., Azov, Jankoysky District 96178, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01271681 (Ukraine) [UKRAINE-EO13685].

CRIMEAN REPUBLICAN ENTERPRISE AZOVSKY LIKEROVODOCHNY ZAVOD (a.k.a. AZOVSKY LIKEROGORILCHANY ZAVOD, KRYMSKE RESSPUBLIKANSKE PIDPRYEMSTVO; a.k.a. AZOVSKY LIKEROVO-DOCHNY ZAVOD; a.k.a. CRIMEAN ENTERPRISE AZOV DISTILLERY PLANT; a.k.a. CRIMEAN REPUBLICAN ENTERPRISE AZOV DISTILLERY; a.k.a. KRYMSKE RESSPUBLIKANSKE PIDPRYEMSTVO AZOVSKY LIKEROGORILCHANY ZAVOD), Bud. 40 vul. Zaliznychna, Smt Azovske, Dzhankoisky R-N, Crimea 96178, Ukraine; 40 Railway St., Azov, Dzhankoy District 96178, Ukraine; 40 Zeleznodorozhnaya str., Azov, Jankoysky District 96178, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01271681 (Ukraine) [UKRAINE-EO13685].

CRIMEAN STATE AVIATION ENTERPRISE UNIVERSAL-AVIA (a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL; a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL-AVIA; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE UNIVERSAL-AVIA; a.k.a. STATE ENTERPRISE UNIVERSAL-AVIA; a.k.a. UNIVERSAL-AVIA, CRIMEA STATE AVIATION ENTERPRISE; a.k.a. UNIVERSAL-AVIA, GUP RK), 5, Aeroflotskaya Street, Simferopol, Crimea 95024, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1159102026742; Tax ID No. 9102159300; Government Gazette Number 00830954 [UKRAINE-EO13685].

CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ) (a.k.a. CRIMINALISTICS INSTITUTE OF THE CENTER FOR SPECIAL TECHNOLOGY OF THE FSB OF RUSSIA (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ЦЕНТРА СПЕЦИАЛЬНОЙ ТЕХНИКИ ФСБ РОССИИ); a.k.a. FSB CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ФСБ); a.k.a. FSB SPECIAL TECHNOLOGY CENTER'S INSTITUTE OF CRIMINOLOGY; a.k.a. INSTITUT KRIMINALISTIKI; a.k.a. MILITARY UNIT 34435; a.k.a. RESEARCH INSTITUTE - 2; a.k.a. "NII-2"), Akademika Vargi Street 2, Moscow, Russia [NPWMD].

CRIMINALISTICS INSTITUTE OF THE CENTER FOR SPECIAL TECHNOLOGY OF THE FSB OF RUSSIA (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ЦЕНТРА СПЕЦИАЛЬНОЙ ТЕХНИКИ ФСБ РОССИИ) (a.k.a. CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ); a.k.a. FSB CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ФСБ); a.k.a. FSB SPECIAL TECHNOLOGY CENTER'S INSTITUTE OF CRIMINOLOGY; a.k.a. INSTITUT KRIMINALISTIKI; a.k.a. MILITARY UNIT 34435; a.k.a. RESEARCH INSTITUTE - 2; a.k.a. "NII-2"), Akademika Vargi Street 2, Moscow, Russia [NPWMD].

CRN GROUP (a.k.a. CASPIAN ENERGY MANAGEMENT LIMITED LIABILITY COMPANY; a.k.a. CASPIAN ENERGY PROJECTS LIMITED LIABILITY COMPANY; a.k.a. CNRG MANAGEMENT; f.k.a. CNRG PROJECTS; a.k.a. LIMITED LIABILITY COMPANY KASPIYSKAYA ENERGIYA ADMINISTRATION OFFICE; a.k.a. "CNRG"), 60, Admiral Nakhimov St., Astrakhan 414018, Russia; Organization Established Date 15 Feb 2011; Tax ID No. 3017065795 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

CROCUS NANOELECTRONICS (a.k.a. LIMITED LIABILITY COMPANY KROKUS NANOELEKTRONIKA), 42k5 Volgogradsky Ave, Moscow 109316, Russia; Organization Established Date 27 May 2011; Tax ID No. 7710889933 (Russia); Registration Number 1117746411529 (Russia) [RUSSIA-EO14024].

CROWLANDS, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 20 May 2019; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. N-2019039320 (Mexico) [ILLICIT-DRUGS-EO14059].

CROWN AUTO TRADE (a.k.a. CROWN AUTO TRADING; a.k.a. CROWN AUTOMOBILES), Havana Street, Juba, South Sudan [SOUTH SUDAN] (Linked To: OLAWO, Obac William).

CROWN AUTO TRADING (a.k.a. CROWN AUTO TRADE; a.k.a. CROWN AUTOMOBILES), Havana Street, Juba, South Sudan [SOUTH SUDAN] (Linked To: OLAWO, Obac William).

CROWN AUTOMOBILES (a.k.a. CROWN AUTO TRADE; a.k.a. CROWN AUTO TRADING), Havana Street, Juba, South Sudan [SOUTH SUDAN] (Linked To: OLAWO, Obac William).

OFFICE OF FOREIGN ASSETS CONTROL

CROWN BUS SERVICES LIMITED (a.k.a. CROWN BUS SERVICES LTD), Plot LR No. 4275/67, The Office Park, Riverside Drive, Nairobi, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number C110486 (Kenya) [SDGT] (Linked To: AWALE, Mohamed Jumale Ali).

CROWN BUS SERVICES LTD (a.k.a. CROWN BUS SERVICES LIMITED), Plot LR No. 4275/67, The Office Park, Riverside Drive, Nairobi, Kenya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number C110486 (Kenya) [SDGT] (Linked To: AWALE, Mohamed Jumale Ali).

CRP (a.k.a. CETNIK RAVNAGORSKI POKRET) [BALKANS].

CRUDE OIL INDUSTRY MINISTRY (a.k.a. GENERAL BUREAU OF PETROLEUM INDUSTRY; a.k.a. MINISTRY OF CRUDE OIL; a.k.a. MINISTRY OF CRUDE OIL INDUSTRY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

CRUISE MISSILE INDUSTRY GROUP (a.k.a. 8TH IMAM INDUSTRIES GROUP; a.k.a. CRUISE SYSTEMS INDUSTRY GROUP; a.k.a. NAVAL DEFENCE MISSILE INDUSTRY GROUP; a.k.a. SAMEN AL-A'EMMEH INDUSTRIES GROUP), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

CRUISE SYSTEMS INDUSTRY GROUP (a.k.a. 8TH IMAM INDUSTRIES GROUP; a.k.a. CRUISE MISSILE INDUSTRY GROUP; a.k.a. NAVAL DEFENCE MISSILE INDUSTRY GROUP; a.k.a. SAMEN AL-A'EMMEH INDUSTRIES GROUP), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

CRUZ OVALLE, Juan Carlos (a.k.a. "EL HIELERO"), 5 Calle, 1-35, Zona 1, Tecun Uman, Ayutla, San Marcos, Guatemala; DOB 11 Sep 1975; alt. DOB 06 Nov 1975; POB Puerto Barrios, Izabal, Guatemala; nationality Guatemala; Gender Male; Cedula No. L-1225277 (Guatemala); NIT # 844191K (Guatemala); C.U.I. 1678215981801 (Guatemala) (individual) [SDNTK] (Linked To:

JC CAR AUDIO; Linked To: STAR MARKET MELANYE).

CRUZITA NOVEDADES (a.k.a. NOVEDADES CRUZITA), Sinaloa, Sinaloa 81960, Mexico [SDNTK].

CRYMSA (a.k.a. COMERCIAL DE RODAJES Y MAQUINARIA, S.A.), Jose Lazaro Galdeano 6-6, Madrid 28016, Spain [CUBA].

CRYMSA - ARGENTINA, S.A., Buenos Aires, Argentina [CUBA].

CRYNOFIST AVIATION FZCO (Arabic: كرينوفيست قيشن ش.م.ج), 9Wb 159-So-26, First Floor, Dubai, United Arab Emirates; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration Number 05159 (United Arab Emirates) [RUSSIA-EO14024].

CRYOGENMASH (a.k.a. CRYOGENMASH JOINT STOCK COMPANY; a.k.a. KRIOGENMASH OAO; f.k.a. OPEN JOINT STOCK COMPANY CRYOGENMASH; a.k.a. OPEN JOINT-STOCK COMPANY KRIOGENNOGO MASHINOSTROYENIA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO KRIOGENNOGO MASHINOSTROENIYA), 67, Lenin Avenue, Balashikha, Moscow Region 143907, Russia; 36 Lenina Prospekt, Balashikha G. 143907, Russia; Website www.cryogenmash.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 03 Oct 1945; Registration ID 1025000513878 (Russia); Tax ID No. 5001000066 (Russia); Government Gazette Number 05747985 (Russia); For more information on directives, please visit the following link: https://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMBANK JOINT STOCK COMPANY).

CRYOGENMASH JOINT STOCK COMPANY (a.k.a. CRYOGENMASH; a.k.a. KRIOGENMASH OAO; f.k.a. OPEN JOINT STOCK COMPANY CRYOGENMASH; a.k.a. OPEN JOINT-STOCK COMPANY KRIOGENNOGO MASHINOSTROYENIA; a.k.a. PUBLICHNOE AKTSIONERNOE

OBSCHESTVO KRIOGENNOGO MASHINOSTROENIYA), 67, Lenin Avenue, Balashikha, Moscow Region 143907, Russia; 36 Lenina Prospekt, Balashikha G. 143907, Russia; Website www.cryogenmash.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 03 Oct 1945; Registration ID 1025000513878 (Russia); Tax ID No. 5001000066 (Russia); Government Gazette Number 05747985 (Russia); For more information on directives, please visit the following link: https://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMBANK JOINT STOCK COMPANY).

CRYPTANET OU (f.k.a. BULLIONSWIFT OU), Narva Mnt 7-634, Tallinn 10117, Estonia; Organization Established Date 08 Feb 2019; Tax ID No. 14658163 (Estonia) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

CRYPTO EXPLORER DMCC (Arabic: كريبتو إكسبلورر م.د.م.س; Cyrillic: КРИПТО ЭКСПЛОРЕР ДМСИСИ) (a.k.a. AWEX CRYPTO EXPLORER DMCC; a.k.a. "AWEX"; a.k.a. "BANKOFF"), 12 Presnenskaya Embankment (Federation Tower), Moscow City, Moscow 123317, Russia; 612 Gold Crest Executive Tower, Jumeirah Lake Towers, Dubai, United Arab Emirates; Website https://www.awex.pro; Organization Established Date 09 Aug 2023; Registration Certificate Number (Dubai) DMCC193946 (United Arab Emirates); License DMCC-852167 (United Arab Emirates); Economic Register Number (CBLS) 11934635 (United Arab Emirates) [RUSSIA-EO14024].

CRYPTOVENIENCE OU, Vabaduse Pst 174B, Tallinn 10917, Estonia; Pollu tn 135-11, Tallinn 10917, Estonia; Organization Established Date 03 Jul 2018; V.A.T. Number EE102105942 (Estonia); Tax ID No. 14518456 (Estonia) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

CSKA BASKETBALL CLUB (Cyrillic: БАСКЕТБОЛЕН КЛУБ ЦСКА) (a.k.a. PROFESIONALEN BASKETBOLEN KLUB TSSKA 48 AD; a.k.a. PROFESSIONAL BASKETBALL CLUB-CSKA-48 AD), Bul. Dragan Tsankov, N3, Stadion-Tsska, Sofia

1164, Bulgaria; Organization Established Date 2003; V.A.T. Number BG 131083632 (Bulgaria) [GLOMAG] (Linked To: NOVE-AD-HOLDING AD).

CSOFT DEVELOPMENT (a.k.a. AO SISOFT DEVELOPMENT), Ul. Boitsovaya D. 17, K. 3, Pomeshch. 12 Komnata 3B, Moscow 107150, Russia; Tax ID No. 7722570620 (Russia); Registration Number 1067746335711 (Russia) [RUSSIA-EO14024].

CSOFT DEVELOPMENT, Ul. Boitsovaya D. 17, K. 3, Pomeshch. 12 Komnatad 3B, Moscow 107150, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7722570620 (Russia); Registration Number 1067746335711 (Russia) [RUSSIA-EO14024].

CTAT GIDA VE SAGLIK URUNLERI SANAYI VE TICARET ANONIM SIRKETI, No. 29 Denizbank Ust Sitesi, Resitpasa Mah. Yol Sok., Sariyer, Istanbul 34467, Turkey; Istinye Mah. Bostan Sok. No. 12, Sariyer, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Istanbul Chamber of Comm. No. 801971 (Turkey); Registration Number 801067-0 (Turkey); Central Registration System Number 0215-0245-8590-0012 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

CTEX COMPANY FOR EXCHANGE S.A.L. (a.k.a. CTEX EXCHANGE; a.k.a. "CURRENCY TRANSFER EXCHANGE"), Ahmad Chawki Street, Beirut, Lebanon; Website www.ctexlb.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 2061281 (Lebanon) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

CTEX EXCHANGE (a.k.a. CTEX COMPANY FOR EXCHANGE S.A.L.; a.k.a. "CURRENCY TRANSFER EXCHANGE"), Ahmad Chawki Street, Beirut, Lebanon; Website www.ctexlb.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 2061281 (Lebanon) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

CTL DIS TICARET LIMITED SIRKETI (Latin: CTL DIŞ TICARET LIMITED ŞIRKETI) (a.k.a. CTL FOREIGN TRADE LIMITED COMPANY), Nisbetiye Mah. Gazi Gucnar Sok. Uygur Is Merkezi Blok No: 4, Ic Kapi No: 2 Besiktas, Istanbul, Turkey; Registration ID 371545-5 (Turkey) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY LOGISTIC INTERNATIONAL SERVIS).

CTL FOREIGN TRADE LIMITED COMPANY (a.k.a. CTL DIS TICARET LIMITED SIRKETI (Latin: CTL DIŞ TICARET LIMITED ŞIRKETI)), Nisbetiye Mah. Gazi Gucnar Sok. Uygur Is Merkezi Blok No: 4, Ic Kapi No: 2 Besiktas, Istanbul, Turkey; Registration ID 371545-5 (Turkey) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY LOGISTIC INTERNATIONAL SERVIS).

CUBACANCUN CIGARS AND GIFT SHOPS, Cancun, Mexico [CUBA].

CUBAEXPORT, Spain [CUBA].

CUBAFRUTAS, Spain [CUBA].

CUBAMETALES (a.k.a. EMPRESA CUBANA EXPORTADORA E IMPORTADORA DE METALES, COMBUSTIBLES Y LUBRICANTES; a.k.a. EMPRESA CUBANA IMPORTADORA DE COMBUSTIBLES Y LUBRICANTES; a.k.a. EMPRESA CUBANA IMPORTADORA Y EXPORTADORA DE COMBUSTIBLES Y LUBRICANTES), Street 30, Number 512 between 5th and 7th, Miramar, Havana, Playa, Cuba; Calzada de Infanta No. 16, Havana, Cuba [VENEZUELA-EO13850].

CUBAN CIGARS TRADE, Italy [CUBA].

CUBAN FREIGHT ENTERPRISE (a.k.a. CUFLET; a.k.a. LA EMPRESA CUBANA DE FLETES), Pyongyang, Korea, North; Moscow, Russia; Barcelona, Spain; Rostock, Germany; Genoa, Italy; Syczecin, Poland; Rotterdam, Netherlands; Mexico; Buenos Aires, Argentina; Montreal, Canada; Varna, Bulgaria [CUBA].

CUBANA AIRLINES (a.k.a. EMPRESA CUBANA DE AVIACION), 32 Main Street, Georgetown, Guyana; 24 Rue Du Quatre Septembre, Paris, France; Belas Airport, Luanda, Angola; Dobrininskaya No. 7, Sec 5, Moscow, Russia; Corrientes 545 Primer Piso, Buenos Aires, Argentina; Frankfurter TOR 8-A, Berlin, Germany; 1 Place Ville Marie, Suite 3431, Montreal, Canada; Parizska 17, Prague, Czech Republic; Paseo de la Republica 126, Lima, Peru; Piarco Airport, Port au Prince, Haiti; c/o Anglo-Caribbean Shipping Co. Ltd., Ibex House, The Minories, London EC3N 1DY, United Kingdom; Norman Manley International Airport, Kingston, Jamaica; Melchor Ocampo 469, 5DF, Mexico City, Mexico; Calle 29 y Avda Justo Arosemena, Panama City, Panama; Grantley Adams Airport, Christ Church, Barbados; Madrid, Spain [CUBA].

CUBANACAN (a.k.a. CUBANACAN GROUP; a.k.a. EL GRUPO CUBANACAN), Calle 68 e/5ta A, Apartado 16046, Ciudad de La Habana, Cuba [CUBA].

CUBANACAN GROUP (a.k.a. CUBANACAN; a.k.a. EL GRUPO CUBANACAN), Calle 68 e/5ta A, Apartado 16046, Ciudad de La Habana, Cuba [CUBA].

CUBANACAN INTERNATIONAL B.V, Visseringlaan 24, 2288 ER Rijswijk, Zevenhuizen, Netherlands; Registration ID 27134614 (Netherlands) [CUBA].

CUBANACAN U.K. LIMITED, Unit 49 Skylines Village, Limeharbour, Docklands, United Kingdom; Registration ID 2720485 (United Kingdom) [CUBA].

CUBANATUR, Baja California 255, Edificio B. Oficina 103, Condesa, Mexico, D.F. 06500, Mexico [CUBA].

CUBATABACO, Spain [CUBA].

CUBATUR (a.k.a. EMPRESA DE TURISMO NACIONAL Y INTERNACIONAL), Buenos Aires, Argentina [CUBA].

CUBIT SEMICONDUCTOR LIMITED, Milltown Court, 2 Milltown Road, Dublin D06E849, Ireland; 1671 Bong Myong Dong, Bon,, Office 1st Floor, Chungcheongbuk-Do, Cheongju-si 28452, Korea, South; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. IE9794222F (Ireland); Registration Number 499093 (Ireland) [RUSSIA-EO14024].

CUELLAR CASTRO, Luis Eduardo; DOB 18 Jun 1972; POB Valparaiso, Caqueta, Colombia; Cedula No. 12257081 (Colombia) (individual) [SDNTK].

CUFLET (a.k.a. CUBAN FREIGHT ENTERPRISE; a.k.a. LA EMPRESA CUBANA DE FLETES), Pyongyang, Korea, North; Moscow, Russia; Barcelona, Spain; Rostock, Germany; Genoa, Italy; Syczecin, Poland; Rotterdam, Netherlands; Mexico; Buenos Aires, Argentina; Montreal, Canada; Varna, Bulgaria [CUBA].

CUI NGUDJOLO (a.k.a. NGUDJOLO CHUI, Mathieu; a.k.a. NGUDJOLO, Cui Cui; a.k.a. NGUDJOLO, Mathieu; a.k.a. NGUDJOLO, Matthieu Cui; a.k.a. TCHUI, Mathieu Ngudjolo); DOB 08 Oct 1970; POB Bunia, Ituri District, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

CULHA, Erhan; DOB 17 Oct 1954; POB Istanbul, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport U09787534 (Turkey) issued 12 Sep 2014 expires 12 Sep 2024; Personal ID Card 10589535602; General Manager (individual) [DPRK] (Linked To: SIA FALCON INTERNATIONAL GROUP).

CUMAR, Cabdi Maxamed (a.k.a. CUMAR, Cabdiraxman Maxamed; a.k.a. DHUFAAYE, Cabdi Muhammad; a.k.a. OMAR, Abdirahman Mohamed; a.k.a. "DHOFAYE"; a.k.a. "DHOOFAYE"; a.k.a. "OMAR, Abdi Mohamed"), Bosaso, Somalia, DOB 1962; POB Bosaso, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

CUMAR, Cabdiraxman Maxamed (a.k.a. CUMAR, Cabdi Maxamed; a.k.a. DHUFAAYE, Cabdi Muhammad; a.k.a. OMAR, Abdirahman Mohamed; a.k.a. "DHOFAYE"; a.k.a. "DHOOFAYE"; a.k.a. "OMAR, Abdi Mohamed"), Bosaso, Somalia; DOB 1962; POB Bosaso, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

CUMEXINT, S.A., 1649 Adolfo Prieto, Colonia del Valle, Mexico City, Mexico [CUBA].

CUSPERT, Denis (a.k.a. AL-ALMANI, Abu Talha; a.k.a. CUSPERT, Denis Mamadou; a.k.a. DOGG, Deso; a.k.a. "AL ALMANI, Abu Talhah"; a.k.a. "AL-MUJAHEED, Abu Maleeq"; a.k.a. "MALEEQ, Abou"; a.k.a. "MALIK, Abu"; a.k.a. "MALIQ, Abu"; a.k.a. "MAMADOU, Abu"; a.k.a. "TALHA THE GERMAN, Abu"), Syria (individual) [SDGT].

CUSPERT, Denis Mamadou (a.k.a. AL-ALMANI, Abu Talha; a.k.a. CUSPERT, Denis; a.k.a. DOGG, Deso; a.k.a. "AL ALMANI, Abu Talhah"; a.k.a. "AL-MUJAHEED, Abu Maleeq"; a.k.a.

"MALEEQ, Abou"; a.k.a. "MALIK, Abu"; a.k.a. "MALIQ, Abu"; a.k.a. "MAMADOU, Abu"; a.k.a. "TALHA THE GERMAN, Abu"), Syria (individual) [SDGT].

CVETIC, Ivan, Serbia; DOB 29 Apr 1976; POB Serbia; nationality Serbia; Gender Male; Passport 014236438 (Serbia) expires 20 May 2029 (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY AK MICROTECH).

CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA (a.k.a. COMPANIA GENERAL DE MINERIA DE VENEZUELA; a.k.a. CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A.; a.k.a. CVG MINERVEN; a.k.a. MINERVEN), Via principal Carapal, El Callao, Bolivar, Venezuela; Zona Industrial Caratal, El Callao, Bolivar, Venezuela; National ID No. J006985970 (Venezuela) [VENEZUELA-EO13850].

CVG MINERVEN (a.k.a. COMPANIA GENERAL DE MINERIA DE VENEZUELA; a.k.a. CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A.; a.k.a. CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA (a.k.a. MINERVEN), Via principal Carapal, El Callao, Bolivar, Venezuela; Zona Industrial Caratal, El Callao, Bolivar, Venezuela; National ID No. J006985970 (Venezuela) [VENEZUELA-EO13850].

CVIJANOVIC, Zeljka (Cyrillic: ЦВИЈАНОВИЋ, Жељка), Banja Luka, Bosnia and Herzegovina; DOB 04 Mar 1967; POB Teslic, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; Gender Female (individual) [BALKANS-EO14033].

CVIJETINOVIC, Savo (a.k.a. "TIGAR"; a.k.a. "TIGER"), Bijeljina, Bosnia and Herzegovina; DOB 27 Dec 1959; POB Lopare, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; citizen Bosnia and Herzegovina; Gender Male; Passport B0252296 (Bosnia and Herzegovina) expires 08 May 2025; National ID No. 87120231E (Bosnia and Herzegovina) expires 15 May 2028 (individual) [RUSSIA-EO14024] (Linked To: INZINJERING-BN BIJELJINA D.O.O.).

CVJETKOVIC, Sreten, Serbia; DOB 15 Jan 1961; nationality Serbia; Gender Male; National ID No. 006789921 (Serbia) expires 25 May 2025 (individual) [GLOMAG] (Linked To: TESIC, Slobodan).

CYBER CRIME OFFICE (a.k.a. CENTER FOR INSPECTING ORGANISED CRIMES; a.k.a. CENTER FOR THE STUDY OF ORGANIZED

CRIME; a.k.a. CENTER TO INVESTIGATE ORGANIZED CRIME), Tehran, Iran; Website http://www.gerdab.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

CYBERCOM LIMITED (a.k.a. NITS KIBERNETIKI I AVTOMATIKI), Pr-D Mikhailovskii D.3, Str.13, Moscow 109029, Russia; Tax ID No. 7722551867 (Russia); Registration Number 1057747611294 (Russia) [RUSSIA-EO14024].

CYBERSECURITY CENTER LLC (a.k.a. "OOO TSKB"), Generala Martynova St., 3, Room 1, Chelyabinsk 454076, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7448223757 (Russia); Registration Number 1207400010905 (Russia) [RUSSIA-EO14024].

CYLINDER SYSTEM L.T.D. (a.k.a. CILINDER SISTEM D.O.O.; a.k.a. CILINDER SISTEM D.O.O. ZA PROIZVODNJU I USLUGE), Dr. Mile Budaka 1, Slavonski Brod 35000, Croatia; 1 Mile Budaka, Slavonski Brod 35000, Croatia; Website http://www.csc-sb.hr; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 050038884 (Croatia); Tax ID No. 27694384517 (Croatia) [IRAN].

CYTROX AD (a.k.a. SYTROX), October 20, no. 1/1-1, Karpos, Skopje, North Macedonia, The Republic of; Metropolitan Theodosij Gologanov 44, Karpos, Skopje, North Macedonia, The Republic of; Organization Established Date 2017; Organization Type: Other information technology and computer service activities [CYBER2].

CYTROX HOLDINGS ZARTKORUEN MUKODO RESZVENYTARSASAG (a.k.a. CYTROX HOLDINGS ZRT.), Deak Ferenc Ter 3., Budapest 1052, Hungary; Website www.cytrox.com; Organization Established Date 16 Jun 2017; Organization Type: Other information technology and computer service activities; V.A.T. Number 25986792241 (Hungary); Registration Number 0110049372 (Hungary) [CYBER2].

CYTROX HOLDINGS ZRT. (a.k.a. CYTROX HOLDINGS ZARTKORUEN MUKODO RESZVENYTARSASAG), Deak Ferenc Ter 3., Budapest 1052, Hungary; Website www.cytrox.com; Organization Established Date

16 Jun 2017; Organization Type: Other information technology and computer service activities; V.A.T. Number 25986792241 (Hungary); Registration Number 0110049372 (Hungary) [CYBER2].

D.C.H. DREAM CREATORS HOLDINGS LTD, Floor No: 2, Stasinou 23, Nicosia 2404, Cyprus; Organization Established Date 06 Jul 2018; Company Number C385977 (Cyprus) [GLOMAG] (Linked To: RAHMANI, Ajmal).

D.E.S. DEFENSE ENGINEERING SOLUTIONS LTD (Hebrew: די. אי. אס. פתרונות הנדסים הגנה מ"בע) (f.k.a. RISKORT LTD), 13 Ner Halalila, Entrance B, Netanya 4220913, Israel; Organization Established Date 05 Dec 2005; Registration Number 513758151 (Israel) [RUSSIA-EO14024] (Linked To: VOLFOVICH, Alexander).

D.E.S. INTERNATIONAL (a.k.a. D.E.S. INTERNATIONAL CO. LTD.; a.k.a. DES INTERNATIONAL; a.k.a. DES INTERNATIONAL CO.; a.k.a. DES INTERNATIONAL CO., LTD.; a.k.a. DES INTERNATIONAL COMPANY; a.k.a. DES INTERNATIONAL COMPANY LIMITED), Taiwan World Trade Centre, Rm 6c-21 (6F), No. 5, Sec. 5, Xinyi Road, Taipei 11011, Taiwan; 1 North Bridge Road, #24-05 High Street Centre, Singapore 179094, Singapore; Suite 911, 9TH/F, Chuangjian Building, No.6023 Shennan Main Road, Futian District, Shenzhen, Guangdong, China; Unit 201, 2F Lung Fung Centre, No.23 Yip Cheong Street, Fanling, N. T., Hong Kong, China; Sultan Belshalat Building, Shop #4, Ground Floor, B/H Admiral Plaza Hotel, Bur Dubai, Dubai, United Arab Emirates; P.O. Box 112724, United Arab Emirates; Sec. 5, Xinyi Rd., Xinyi District No. 5, Taipei City 110, Taiwan; 9FL-3, No.375, Sec. 4, Sin Yi. Rd., Sin Yi Dist., Taipei 110, Taiwan; Website www.des.com.tw; alt. Website www.dscmmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Number 89402436 (Taiwan); Registration Number 69402436 (Taiwan) [NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

D.E.S. INTERNATIONAL CO. LTD. (a.k.a. D.E.S. INTERNATIONAL; a.k.a. DES INTERNATIONAL; a.k.a. DES INTERNATIONAL CO.; a.k.a. DES INTERNATIONAL CO., LTD.; a.k.a. DES INTERNATIONAL COMPANY; a.k.a. DES INTERNATIONAL COMPANY LIMITED), Taiwan World Trade Centre, Rm 6c-21 (6F),

No. 5, Sec. 5, Xinyi Road, Taipei 11011, Taiwan; 1 North Bridge Road, #24-05 High Street Centre, Singapore 179094, Singapore; Suite 911, 9TH/F, Chuangjian Building, No.6023 Shennan Main Road, Futian District, Shenzhen, Guangdong, China; Unit 201, 2F Lung Fung Centre, No.23 Yip Cheong Street, Fanling, N. T., Hong Kong, China; Sultan Belshalat Building, Shop #4, Ground Floor, B/H Admiral Plaza Hotel, Bur Dubai, Dubai, United Arab Emirates; P.O. Box 112724, United Arab Emirates; Sec. 5, Xinyi Rd., Xinyi District No. 5, Taipei City 110, Taiwan; 9FL-3, No.375, Sec. 4, Sin Yi. Rd., Sin Yi Dist., Taipei 110, Taiwan; Website www.des.com.tw; alt. Website www.dscmmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Number 89402436 (Taiwan); Registration Number 69402436 (Taiwan) [NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

D.G.D. INVESTMENTS LTD. (f.k.a. DAN GERTLER DIAMONDS LTD.), 23 Tuval, Ramat Gan 5252238, Israel; P.O. Box 101, Ramat Gan 5210002, Israel; Public Registration Number 512253352 (Israel) [GLOMAG] (Linked To: GERTLER, Dan).

D.G.I. ISRAEL LTD, 23 Tuval, Ramat Gan 5252238, Israel; P.O. Box 101, Ramat Gan 5210002, Israel; Public Registration Number 513686220 (Israel) [GLOMAG] (Linked To: GERTLER, Dan).

D2 IMAGINEERING, C.A., Av. Francisco de Miranda, Edif. Saule, piso 7, Ofic. 72, Chacao, Caracas, Venezuela; RIF # J-29766946-9 (Venezuela) [SDNTK].

DA COSTA, Luis Fernando (a.k.a. BEIRA-MAR, Fernandinho); DOB 04 Jul 1967; POB Rio de Janeiro (individual) [SDNTK].

DA JAMOUS, Hussam (a.k.a. AL-JAMUS, Umar; a.k.a. JAMOUS, Hussam; a.k.a. KHATTAB, Omar), Antakya, Hatay, Turkey; DOB 08 Jan 1983; alt. DOB 01 Aug 1983; Passport N006951090 (Syria); National ID No. 00413L0105232 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

DAAMOUSH, Ali (a.k.a. DAGHMOUSH, Ali; a.k.a. DAGMOUSH, Ali; a.k.a. DAGMUSH, Ali; a.k.a. DAMUSH, Ali; a.k.a. MUSA DA'AMOUSH, Shiekh Ali); DOB 21 Oct 1962; POB Sidon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT].

DABAS, Rania Raslan (a.k.a. AL DABAS, Rania Raslan; a.k.a. AL DABBAS, Rania Raslan (Arabic: رانية رسلان الدباس); a.k.a. ALDABBAS, Rania; a.k.a. DABBAS, Rania Raslan), Damascus, Syria; Dubai, United Arab Emirates; DOB 02 Jun 1974; POB Damascus, Syria; nationality Syria; Gender Female; Passport N003000785 (Syria) (individual) [SYRIA-EO13894].

DABBAGH, Muhammad Nazmi 'Ulwani, Syria; DOB 01 Jan 1959; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

DABBAS, Rania Raslan (a.k.a. AL DABAS, Rania Raslan; a.k.a. AL DABBAS, Rania Raslan (Arabic: رانية رسلان الدباس); a.k.a. ALDABBAS, Rania; a.k.a. DABAS, Rania Raslan), Damascus, Syria; Dubai, United Arab Emirates; DOB 02 Jun 1974; POB Damascus, Syria; nationality Syria; Gender Female; Passport N003000785 (Syria) (individual) [SYRIA-EO13894].

DABBASHI, Ahmed (a.k.a. AL DABBASHI, Ahmad Mohammed Omar Al Fituri; a.k.a. AL-FITOURI, Ahmad Oumar Imhamad (Arabic: احمد عمر امحمد الفيتوري); a.k.a. "Amu"), Sabratha, Libya; DOB 05 Jul 1988; alt. DOB 07 May 1988; nationality Libya; Gender Male; Passport LY53FP76 issued 29 Sep 2015; National ID No. 119880387067 (Libya) (individual) [LIBYA3].

DABUL, Samir; DOB 04 Sep 1965; Scientific Studies and Research Center Brigadier General (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

DADEH AFZAR ARMAN a.k.a. DATA PROCESSING OF EAST LLC; a.k.a. "DATA EAST"), Tehran, Iran; Website https://daa.computer/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Mar 2015 to 19 Mar 2016; Organization Type: Other information technology and computer service activities [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

DAEDONG CREDIT BANK (a.k.a. DAE-DONG CREDIT BANK; a.k.a. TAEDONG CREDIT BANK; a.k.a. "DCB"), Suite 401, Potonggang Hotel, Ansan-Dong, Pyongchon District, Pyongyang, Korea, North; Ansan-dong, Botongang Hotel, Pongchon, Pyongyang, Korea, North; SWIFT/BIC DCBKKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and

510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

DAE-DONG CREDIT BANK (a.k.a. DAEDONG CREDIT BANK; a.k.a. TAEDONG CREDIT BANK; a.k.a. "DCB"), Suite 401, Potonggang Hotel, Ansan-Dong, Pyongchon District, Pyongyang, Korea, North; Ansan-dong, Botongang Hotel, Pongchon, Pyongyang, Korea, North; SWIFT/BIC DCBKKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

DAEJIN TRADING GENERAL CORPORATION (Korean: 대진무역총회사) (a.k.a. 126 ECONOMIC EXCHANGE COMPANY; a.k.a. KOREA DAIZIN TRADING CORP.; a.k.a. KOREA DAIZIN TRADING CORPORATION; a.k.a. KOREA TAEJIN TRADING; a.k.a. KOREA TAEJIN TRADING CORPORATION; a.k.a. KOREA TAIJIN TRADE CORPORATION; a.k.a. TAECHIN TRADING CORPORATION; a.k.a. TAEJIN TRADING COMPANY; a.k.a. TAEJIN TRADING CORPORATION; a.k.a. TAEJIN TRADING GENERAL COMPANY), Hu'ngbu-dong, Moranbong District, Pyongyang, Korea, North; Hanoi, Vietnam; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Mining of hard coal [DPRK2] [DPRK3].

DAESH (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

DAESH TUNISIA (a.k.a. ISIS-TUNISIA; a.k.a. ISIS-TUNISIA PROVINCE; a.k.a. JUND AL-KHILAFAH FI TUNIS; a.k.a. JUND AL-KHILAFAH IN TUNISIA; a.k.a. SOLDIERS OF THE CALIPHATE IN TUNISIA; a.k.a. TALA I JUND AL-KHILAFAH; a.k.a. "AJNAD"; a.k.a. "JUND AL KHILAFAH"; a.k.a. "JUND AL-KHILAFA"; a.k.a. "SOLDIERS OF THE CALIPHATE"; a.k.a. "VANGUARDS OF THE SOLDIERS OF THE CALIPHATE"), Tunisia [SDGT].

DAESONG CREDIT DEVELOPMENT BANK (a.k.a. KORYO CREDIT DEVELOPMENT BANK; a.k.a. KORYO GLOBAL CREDIT BANK; a.k.a. KORYO GLOBAL TRUST BANK), Yanggakdo International Hotel, RYUS, Pyongyang, Korea, North; SWIFT/BIC KGCBKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; all offices worldwide [DPRK3].

DAESONG TRADING (a.k.a. DAESONG TRADING COMPANY; a.k.a. KOREA DAESONG GENERAL TRADING CORPORATION; a.k.a. KOREA DAESONG TRADING COMPANY; a.k.a. KOREA DAESONG TRADING CORPORATION), Pulgan Gori Dong 1, Potonggang District, Pyongyang City, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; PHONE 850 2 18111 8204/8208; PHONE 850 2 381 8208/4188; FAX 850 2 381 4431/4432; EMAIL daesong@co.chesin.com [DPRK].

DAESONG TRADING COMPANY (a.k.a. DAESONG TRADING; a.k.a. KOREA DAESONG GENERAL TRADING CORPORATION; a.k.a. KOREA DAESONG TRADING COMPANY; a.k.a. KOREA DAESONG TRADING CORPORATION), Pulgan Gori Dong 1, Potonggang District, Pyongyang City, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; PHONE 850 2 18111 8204/8208; PHONE 850 2 381 8208/4188; FAX 850 2 381 4431/4432; EMAIL daesong@co.chesin.com [DPRK].

DAEWON INDUSTRIES (a.k.a. ISIS-TUNISIA; a.k.a. TAEWO'N INDUSTRIES), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

DAEWON INDUSTRY COMPANY (a.k.a. DAEWON INDUSTRIES; a.k.a. TAEWO'N INDUSTRIES), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

DAFENG ASIA CO LLC, Mahatma Gandhi Street 15-501, 15 Khoroo, Khan-Uul Dstr, Ulaanbaatar, Mongolia; Tax ID No. 6468772 (Mongolia) [RUSSIA-EO14024].

DAGALO, Abdelrahim Hamdan (a.k.a. DAGLO MOUSA, Abdul Rahim Hamdan; a.k.a. DAGLO MUSA, Abdelrahim Hamdan; a.k.a. "DAGLO, Abdelraheem"), Khartoum, Sudan; DOB 01 Jan 1972; nationality Sudan; citizen Sudan; Gender Male (individual) [SUDAN-EO14098].

DAGHIR, Ali Ashour, 2 Western Road, Western Green, Thames Ditton, Surrey, United Kingdom (individual) [IRAQ2].

DAGHMASH, Mumtaz (a.k.a. DAGHMASH, Mumtaz Muhammad Jum'ah; a.k.a. DUGHMISH, Mumtaz Muhammad Jum'ah; a.k.a. DUGHMUSH, Mumtaz; a.k.a. DUGHMUSH, Mumtaz Muhammad Jum'ah; a.k.a. "ABOUT ABIR"); DOB 1977; nationality Palestinian (individual) [SDGT].

DAGHMASH, Mumtaz Muhammad Jum'ah (a.k.a. DAGHMASH, Mumtaz; a.k.a. DUGHMISH, Mumtaz Muhammad Jum'ah; a.k.a. DUGHMUSH, Mumtaz; a.k.a. DUGHMUSH, Mumtaz Muhammad Jum'ah; a.k.a. "ABOUT ABIR"); DOB 1977; nationality Palestinian (individual) [SDGT].

DAGHMOUSH, Ali (a.k.a. DAAMOUSH, Ali; a.k.a. DAGMOUSH, Ali; a.k.a. DAGMUSH, Ali; a.k.a. DAMUSH, Ali; a.k.a. MUSA DA'AMOUSH, Shiekh Ali); DOB 21 Oct 1962; POB Sidon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT].

DAGLO MOUSA, Abdul Rahim Hamdan (a.k.a. DAGALO, Abdelrahim Hamdan; a.k.a. DAGLO MUSA, Abdelrahim Hamdan; a.k.a. "DAGLO, Abdelraheem"), Khartoum, Sudan; DOB 01 Jan 1972; nationality Sudan; citizen Sudan; Gender Male (individual) [SUDAN-EO14098].

DAGLO MUSA, Abdelrahim Hamdan (a.k.a. DAGALO, Abdelrahim Hamdan; a.k.a. DAGLO MOUSA, Abdul Rahim Hamdan; a.k.a. "DAGLO, Abdelraheem"), Khartoum, Sudan; DOB 01 Jan 1972; nationality Sudan; citizen Sudan; Gender Male (individual) [SUDAN-EO14098].

DAGMOUSH, Ali (a.k.a. DAAMOUSH, Ali; a.k.a. DAGHMOUSH, Ali; a.k.a. DAGMUSH, Ali; a.k.a. DAMUSH, Ali; a.k.a. MUSA DA'AMOUSH, Shiekh Ali); DOB 21 Oct 1962; POB Sidon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT].

DAGMUSH, Ali (a.k.a. DAAMOUSH, Ali; a.k.a. DAGHMOUSH, Ali; a.k.a. DAGMOUSH, Ali; a.k.a. DAMUSH, Ali; a.k.a. MUSA DA'AMOUSH, Shiekh Ali); DOB 21 Oct 1962; POB Sidon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT].

D'AGOSTINO & COMPANY, LTD (a.k.a. D'AGOSTINO AND COMPANY, LTD), Torre Dayco, Piso PH, Caracas, Venezuela; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c. [VENEZUELA-EO13850].

D'AGOSTINO AND COMPANY, LTD (a.k.a. D'AGOSTINO & COMPANY, LTD), Torre Dayco, Piso PH, Caracas, Venezuela; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c. [VENEZUELA-EO13850].

D'AGOSTINO CASADO, Francisco Javier, Calle El Parque. Res. Campo Alegre Plaza, Piso 5. Urb. Campo Alegre, Caracas, Miranda 1060, Venezuela; DOB 02 Jun 1974; POB Caracas, Venezuela; nationality Spain; citizen Spain; alt. citizen Venezuela; Gender Male; Cedula No. V-11307398 (Venezuela); Passport XDC221294 (Spain) issued 18 Sep 2015 expires 11 Jul 2018; National ID No. R.E. 201000798316 (Spain) (individual) [VENEZUELA-EO13850].

DAH DASHT PETROCHEMICAL INDUSTRIES (a.k.a. DAHDASHT PETROCHEMICAL INDUSTRIES; a.k.a. DEHDASHT PETROCHEMICAL INDUSTRIES CO.), Afrigha Boulevard, Below the JahanKodak, No. 9th Street, Petrochemical Trading Building, 7/5000 5th floor, Unit 21, Tehran, Iran; Website www.dpi-co.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] (Linked To: IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY).

DAHA, Sidi Amar Ould (a.k.a. BEN DAHA, Mahri Sidi Amar; a.k.a. DAHA, Yoro Ould; a.k.a. DAYA, Yoro Ould; a.k.a. "Yoro"), Golf Rue 708 Door 345, Gao, Mali; DOB 1978; POB Djebock, Mali; nationality Mali; Gender Male; National ID No. 11262/1547 (Mali) (individual) [MALI-EO13882].

DAHA, Yoro Ould (a.k.a. BEN DAHA, Mahri Sidi Amar; a.k.a. DAHA, Sidi Amar Ould; a.k.a. DAYA, Yoro Ould; a.k.a. "Yoro"), Golf Rue 708 Door 345, Gao, Mali; DOB 1978; POB Djebock, Mali; nationality Mali; Gender Male; National ID No. 11262/1547 (Mali) (individual) [MALI-EO13882].

DAHDASHT PETROCHEMICAL INDUSTRIES (a.k.a. DAH DASHT PETROCHEMICAL INDUSTRIES; a.k.a. DEHDASHT PETROCHEMICAL INDUSTRIES CO.), Afrigha Boulevard, Below the JahanKodak, No. 9th Street, Petrochemical Trading Building, 7/5000 5th floor, Unit 21, Tehran, Iran; Website www.dpi-co.ir; Additional Sanctions Information

- Subject to Secondary Sanctions [NPWMD] (Linked To: IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY).

DAHER, Ibrahim Ali (Arabic: اراهيم على ضاهر (a.k.a. DAHIR, Ibrahim), Serhal Building, 1st Floor, Daccache Street, Haret Hreik, Baabda, Lebanon; Blida, Marjayoun, Nabatiyeh, Lebanon; DOB 04 Jul 1964; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 2562031 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

DAHI, Yasin Ahmad, Syria; DOB 1960; Gender Male; Brigadier General (individual) [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

DAHIR, Ahmad, Syria; DOB 20 Jun 1972; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

DAHIR, Aweys Hassan (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Hassan Dahir; a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYES, Hassan Dahir; a.k.a. AWEYS, Ahmed Dahir; a.k.a. AWEYS, Hassan Dahir; a.k.a. AWEYS, Sheikh; a.k.a. AWEYS, Sheikh Hassan Dahir; a.k.a. IBRAHIM, Mohammed Hassan; a.k.a. OAIS, Hassan Tahir; a.k.a. UWAYS, Hassan Tahir; a.k.a. "HASSAN, Sheikh"), Somalia; Eritrea; DOB 1935; nationality Somalia; citizen Somalia (individual) [SOMALIA].

DAHIR, Ibrahim (a.k.a. DAHER, Ibrahim Ali (Arabic: اراهيم على ضاهر)), Serhal Building, 1st Floor, Daccache Street, Haret Hreik, Baabda, Lebanon; Blida, Marjayoun, Nabatiyeh, Lebanon; DOB 04 Jul 1964; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 2562031 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

DAIANA PORTELLA COELHO COMERCIO DE MOVEIS E COLCHOES (a.k.a. HOME ELEGANCE COMERCIO DE MOVEIS EIRELI (Latin: HOME ELEGANCE COMÉRCIO DE MOVEIS EIRELI); a.k.a. MARROCOS MOVEIS E COLCHOES; a.k.a. MOHAMED AWAAD COMERCIO DE MOVEIS EIRELI; a.k.a. "HOME ELEGANCE"), Rua Dorezopolis, 669, Casa 03, Jardim Santa Clara, Guarulhos, Sao Paulo 07123-120, Brazil; Organization

Established Date 11 Oct 2018; Tax ID No. 31.746.200/0001-11 (Brazil) [SDGT] (Linked To: AWADD, Mohamed Sherif Mohamed Mohamed).

DA'IL IMPORT AND EXPORT (a.k.a. MAATH ABDULLAH DAEL IMPORT AND EXPORT; a.k.a. MOAZ ABDULLA DAEL FOR IMPORT AND EXPORT (Arabic: معاذ عبدالله دائل للإستيراد والتصدير)), North 60th Street, Sana'a, Yemen; 50th Street, Hodeidah, Yemen; Tahrir Street, Hodeidah, Yemen; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Private Company [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

DA'IL, 'Abduh (a.k.a. AHMED, Abdo Abdullah Dael (Arabic: عبده عبدالله دائل احمد AHMED, Abdoo Abdullah Dael; a.k.a. AHMED, Abdu Abdullah)), Sweden; Dubai, United Arab Emirates; DOB 13 Sep 1979; POB Ta'izz Al-Mukha, Yemen; nationality Yemen; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 06398551 (Yemen) expires 18 Apr 2022 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

DAIVTEKHNOSERVIS, OOO (a.k.a. DAYVTEKHNOSERVIS; a.k.a. DIVE TECHNO SERVICES; a.k.a. DIVETECHNOSERVICES), d. 18 korp. 2 litera A, ul. Zheleznovodskaya, St. Petersburg 199155, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: FEDERAL SECURITY SERVICE).

DAJ, Mahmoud Abdul-ilah (a.k.a. AL-DAJ, Mahmoud Abdul-ilah; a.k.a. AL-DJ, Mahmoud (Arabic: محمد الدج); a.k.a. AL-DJ, Mahmoud Abdulilah; a.k.a. DAJJ, Mahmud Abdulilah), Syria; DOB 26 Jul 1983; POB Tell Rifaat, Aleppo, Syria; nationality Syria; Gender Male (individual) [SYRIA].

DAJJ, Mahmud Abdulilah (a.k.a. AL-DAJ, Mahmoud Abdul-ilah; a.k.a. AL-DJ, Mahmoud (Arabic: محمد الدج); a.k.a. AL-DJ, Mahmoud Abdulilah; a.k.a. DAJ, Mahmoud Abdul-ilah), Syria; DOB 26 Jul 1983; POB Tell Rifaat, Aleppo, Syria; nationality Syria; Gender Male (individual) [SYRIA].

DAJMAR, Mohammad Hossein; DOB 19 Feb 1956; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN].

DAKKAR, Asef (a.k.a. AL-DEKER, Asef; a.k.a. AL-DIKR, Asf), Syria; DOB 1965; POB Jableh, Beit Yashout, Syria; nationality Syria; Gender Male; Brigadier General (individual) [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

DAL ENERJI MADENCILIK TURIZM SANAYI VE TICARET ANONIM SIRKETI (a.k.a. "DAL ENERJI A.S."), Saadet Ishani Blok, No: 28/102 Hobyar Mahallesi, Istanbul, Turkey; Website www.daltrd.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 22 Jul 2022; Tax ID No. 2670668338 (Turkey); Chamber of Commerce Number 1387299 (Turkey); Business Registration Number 394431 (Turkey); Central Registration System Number 0267-0668-3380-0010 (Turkey) [NPWMD] [IFSR] (Linked To: PISHGAM ELECTRONIC SAFEH COMPANY).

DAL, Jackline (a.k.a. KULIYEVA, Adelina; a.k.a. TURKMEN, Selina), Turkmenistan; United Arab Emirates; DOB 03 Dec 1990; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TRANSMART DMCC).

DALA, Ghayth (a.k.a. DALA, Ghiath; a.k.a. DALAH, Ghaith (Arabic: غياث دلا; a.k.a. DALLAH, Gaith), Damascus, Syria; DOB 31 Jul 1971; POB Beit Yashout, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

DALA, Ghiath (a.k.a. DALA, Ghayth; a.k.a. DALAH, Ghaith (Arabic: غياث دلا; a.k.a. DALLAH, Gaith), Damascus, Syria; DOB 31 Jul 1971; POB Beit Yashout, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

DALAH, Ghaith (Arabic: غياث دلا) (a.k.a. DALA, Ghayth; a.k.a. DALA, Ghiath; a.k.a. DALLAH, Gaith), Damascus, Syria; DOB 31 Jul 1971; POB Beit Yashout, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

DALE TOURS, S.A. DE C.V., Calle Labna #1437, Local Interior 6, Jardines del Sol, Zapopan, Jalisco C.P. 45050, Mexico; Coral 2623, Colonia Residencial Victoria, Guadalajara, Jalisco C.P. 44560, Mexico; Website http://daletours.com; R.F.C. DTO090601K40 (Mexico) [SDNTK].

DALE, Anders Cameroon Ostensvig (a.k.a. "ABU ABDURRAHMAN THE MOROCCAN"; a.k.a. "ABU ABDURRAHMAN THE NORWEGIAN"; a.k.a. "MUSLIM ABU ABDURRAHMAN"); DOB

1978; alt. DOB 1979; POB Oslo, Norway; nationality Norway (individual) [SDGT].

DALI RF TECHNOLOGY CO., LIMITED, Room 604, 6/F, Easey Commercial Building, Nos. 253-261, Hennessy Road, Wanchai, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Jan 2014; Registration Number 2026173 (Hong Kong) [NPWMD] [IFSR] (Linked To: LIN, Jinghe).

DALIAN CARBON CO. LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

DALIAN GLOBAL UNITY SHIPPING AGENCY (a.k.a. DALIAN GLOBAL UNITY SHIPPING CO., LTD. (Chinese Simplified: 大连宁联船务有限公司)), Dalian, China; Pyongyang, Korea, North; Chongjin, Korea, North; Najin, Korea, North; Hungnam, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

DALIAN GLOBAL UNITY SHIPPING CO., LTD. (Chinese Simplified: 大连宁联船务有限公司) (a.k.a. DALIAN GLOBAL UNITY SHIPPING

AGENCY), Dalian, China; Pyongyang, Korea, North; Chongjin, Korea, North; Najin, Korea, North; Hungnam, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

DALIAN GOLDEN SUN IMPORT AND EXPORT CO., LTD. (Chinese Simplified: 大连金阳进出口有限公司) (a.k.a. GOLDEN SUN I/E DALIAN CO., LTD.), 11F-12F, Fortune Mansion, No. 18, Shiji Street, Dalian, China; 7F., No. 55 Renmin Road, Zhongshan District, Dalian, Liaoning Province, China (Chinese Simplified: 人民路55号7层, 中山区, 大连市, 辽宁省, China); 7F., Yatai International Finance Building, No. 55 Renmin Road, Zhongshan District, Dalian, Liaoning Province, China (Chinese Simplified: 雅泰国际融大厦7层, 人民路55号, 中山区, 大连市, 辽宁省, China); Website dlmm.com.cn; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); United Social Credit Code Certificate (USCCC) 91210200241830857Q (China); Registration Number 210200000186851 (China) [IRAN-EO13846].

DALIAN HAIBO INTERNATIONAL FREIGHT CO. LTD., 1103 A, Fortune Plaza No. 20, Harbour Street, Zhongshan District, Dalian, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

DALIAN OCEAN FISHERY TUNA FISHING CO., LTD. (a.k.a. DALIAN OCEAN FISHING CO., LTD.; a.k.a. DALIAN OCEAN FISHING COMPANY LIMITED (Chinese Simplified: 大连远洋渔业金枪鱼钓有限公司)), 34th Floor, Number 38, Zhangjiang Road, Zhongshan District, Dalian, Liaoning, China; Organization Type: Marine Fishing; Identification Number IMO 4212374; Unified Social Credit Code (USCC) 912102007169879128 (China) [GLOMAG] (Linked To: LI, Zhenyu).

DALIAN OCEAN FISHING CO., LTD. (a.k.a. DALIAN OCEAN FISHERY TUNA FISHING CO., LTD.; a.k.a. DALIAN OCEAN FISHING COMPANY LIMITED (Chinese Simplified: 大连远洋渔业金枪鱼钓有限公司)), 34th Floor, Number 38, Zhangjiang Road, Zhongshan District, Dalian, Liaoning, China; Organization Type: Marine Fishing; Identification Number IMO 4212374; Unified Social Credit Code (USCC) 912102007169879128 (China) [GLOMAG] (Linked To: LI, Zhenyu).

DALIAN OCEAN FISHING COMPANY LIMITED (Chinese Simplified: 大连远洋渔业金枪鱼钓有限公司) (a.k.a. DALIAN OCEAN FISHERY TUNA FISHING CO., LTD.; a.k.a. DALIAN OCEAN FISHING CO., LTD.), 34th Floor, Number 38, Zhangjiang Road, Zhongshan District, Dalian, Liaoning, China; Organization Type: Marine Fishing; Identification Number IMO 4212374; Unified Social Credit Code (USCC) 912102007169879128 (China) [GLOMAG] (Linked To: LI, Zhenyu).

DALIAN SUN MOON STAR INTERNATIONAL LOGISTICS TRADING CO., LTD (Chinese Simplified: 大连天宝国际物流有限公司) (a.k.a. DALIAN TIANBAO INTERNATIONAL LOGISTICS CO., LTD.), Room 1801, Chenggong Building, No. 72 Luxun Road, Zhongshan District, Dalian, Liaoning 116000, China; 49 Zhonghsan Road, Shahekou District, Dalian 116021, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DALIAN SUNNY INDUSTRY & TRADE CO., LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

DALIAN SUNNY INDUSTRY AND TRADE CO., LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

DALIAN TIANBAO INTERNATIONAL LOGISTICS CO., LTD. (a.k.a. DALIAN SUN MOON STAR INTERNATIONAL LOGISTICS TRADING CO., LTD (Chinese Simplified:

大连天宝国际物流有限公司)), Room 1801, Chenggong Building, No. 72 Luxun Road, Zhongshan District, Dalian, Liaoning 116000, China; 49 Zhonghsan Road, Shahekou District, Dalian 116021, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DALIAN TIANYI INTERNATIONAL TRADING CO., LTD. (f.k.a. DALIAN YONGKANG INTERNATIONAL TRADING CO., LTD. (Chinese Simplified: 大连永康国际贸易有限公司); a.k.a. DALIANTIANYI; a.k.a. TIANYI INTERNATIONAL DALIAN CO., LTD. (Chinese Simplified: 大连天贻国际贸易有限公司)), R3101, East Tower, The Ninth Zhongshan, No. 2, Xinglin Street, Zhongshan District, Dalian, China (Chinese Simplified: 中山九号大厦东塔 3101, �A林街2号, 中山区, 大连, China); Hetun Village, Changxing Island Economic Zone, Dalian, Liaoning Province, China (Chinese Simplified: 河屯村, 长兴岛经济区, 大连, 辽宁省, China); Website kersino.com; alt. Website dmdschina.com; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); United Social Credit Code Certificate (USCCC) 91210244759941797W (China) [IRAN-EO13846].

DALIAN YONGKANG INTERNATIONAL TRADING CO., LTD. (Chinese Simplified: 大连永康国际贸易有限公司) (a.k.a. DALIAN TIANYI INTERNATIONAL TRADING CO., LTD.; a.k.a. DALIANTIANYI; a.k.a. TIANYI INTERNATIONAL DALIAN CO., LTD. (Chinese Simplified: 大连天贻国际贸易有限公司)), R3101, East Tower, The Ninth Zhongshan, No. 2,

Xinglin Street, Zhongshan District, Dalian, China (Chinese Simplified: 中山九号大厦东塔 3101, 杏林街2号, 中山区, 大连, China); Hetun Village, Changxing Island Economic Zone, Dalian, Liaoning Province, China (Chinese Simplified: 河屯村, 长兴岛经济区, 大连, 辽宁省, China); Website kersino.com; alt. Website dmdschina.com; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); United Social Credit Code Certificate (USCCC) 91210244759941797W (China) [IRAN-EO13846].

DALIAN ZENGHUA TRADING CO., LTD. (a.k.a. DALIAN ZHENGHUA MAOYI YOUXIAN GONGSI), Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

DALIAN ZHENGHUA MAOYI YOUXIAN GONGSI (a.k.a. DALIAN ZENGHUA TRADING CO., LTD.), Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

DALIAN ZHONGCHUANG CHAR-WHITE CO., LTD., 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning Province 11601, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

DALIANTIANYI (a.k.a. DALIAN TIANYI INTERNATIONAL TRADING CO., LTD.; f.k.a. DALIAN YONGKANG INTERNATIONAL TRADING CO., LTD. (Chinese Simplified: 大连永康国际贸易有限公司) (a.k.a. TIANYI INTERNATIONAL DALIAN CO., LTD. (Chinese Simplified: 大连天贻国际贸易有限公司)), R3101, East Tower, The Ninth Zhongshan, No. 2, Xinglin Street, Zhongshan District, Dalian, China (Chinese Simplified: 中山九号大厦东塔 3101, 杏林街2号, 中山区, 大连, China); Hetun Village, Changxing Island Economic Zone, Dalian,

Dalian, Liaoning Province, China (Chinese Simplified: 河屯村, 长兴岛经济区, 大连, 辽宁省, China); Website kersino.com; alt. Website dmdschina.com; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); United Social Credit Code Certificate (USCCC) 91210244759941797W (China) [IRAN-EO13846].

DALIPI, Tahir; DOB 1958; POB Ilince, Serbia and Montenegro (individual) [BALKANS].

DALIR LTD (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU DALIR; a.k.a. OOO DALIR), kv 1, ulitsa Admiralteyskaya 54, Astrakhan 414040, Russia; Tax ID No. 3015076287 (Russia); Identification Number IMO 5709371; Registration Number 1063015052396 (Russia) [RUSSIA-EO14024].

DALLAH, Gaith (a.k.a. DALA, Ghayth; a.k.a. DALA, Ghiath; a.k.a. DALAH, Ghaith (Arabic: ‏داله غياث‏)), Damascus, Syria; DOB 31 Jul 1971; POB Beit Yashout, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

DALMORNEFTEGEOFIZIKA AO (Cyrillic: ДАЛЬМОРНЕФТЕГЕОФИЗИКА АО) (a.k.a. "DMNG AO" (Cyrillic: "ДМНГ АО")), Prospekt Mira, 426, Iuzhno Sakhalinsk 693004, Russia; Tax ID No. 6501146467 (Russia); Registration Number 1036500625677 (Russia) [RUSSIA-EO14024].

DALNEVOSTOCHNOE PGO AO (Cyrillic: ДАЛЬНЕВОСТОЧНОЕ ПГО АО) (a.k.a. DALNEVOSTOCHNOE PROIZVODSTVENNO GEOLOGICHESKOE OBEDINENIE AO (Cyrillic: ДАЛЬНЕВОСТОЧНОЕ ПРОИЗВОДСТВЕННО ГЕОЛОГИЧЕСКОЕ ОБЪЕДИНЕНИЕ АО); a.k.a. DALNEVOSTOCHNOYE PGO AO), Ulitsa Balashovskaya, Dom 15, Khabarovsk 680041, Russia; Tax ID No. 2540125128 (Russia);

Registration Number 1062540035910 (Russia) [RUSSIA-EO14024].

DALNEVOSTOCHNOE PROIZVODSTVENNO GEOLOGICHESKOE OBEDINENIE AO (Cyrillic: ДАЛЬНЕВОСТОЧНОЕ ПРОИЗВОДСТВЕННО ГЕОЛОГИЧЕСКОЕ ОБЪЕДИНЕНИЕ АО) (a.k.a. DALNEVOSTOCHNOE PGO AO (Cyrillic: ДАЛЬНЕВОСТОЧНОЕ ПГО АО); a.k.a. DALNEVOSTOCHNOYE PGO AO), Ulitsa Balashovskaya, Dom 15, Khabarovsk 680041, Russia; Tax ID No. 2540125128 (Russia); Registration Number 1062540035910 (Russia) [RUSSIA-EO14024].

DALNEVOSTOCHNOYE PGO AO (a.k.a. DALNEVOSTOCHNOE PGO AO (Cyrillic: ДАЛЬНЕВОСТОЧНОЕ ПГО АО); a.k.a. DALNEVOSTOCHNOE PROIZVODSTVENNO GEOLOGICHESKOE OBEDINENIE AO (Cyrillic: ДАЛЬНЕВОСТОЧНОЕ ПРОИЗВОДСТВЕННО ГЕОЛОГИЧЕСКОЕ ОБЪЕДИНЕНИЕ АО)), Ulitsa Balashovskaya, Dom 15, Khabarovsk 680041, Russia; Tax ID No. 2540125128 (Russia); Registration Number 1062540035910 (Russia) [RUSSIA-EO14024].

DALZAVOD SHIP REPAIR CENTRE JOINT STOCK COMPANY (a.k.a. AKTSIONERNOYE OBSHCHESTVO TSENTR SUDOREMONTA DALZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЦЕНТР СУДОРЕМОНТА ДАЛЬЗАВОД); a.k.a. "TSSD AO"; a.k.a. "TSSD JSC"), 2 Dalzvodskaya Street, Vladivostok 690001, Russia; Organization Established Date 06 Nov 2008; Tax ID No. 2536210349 (Russia); Registration Number 1082536014120 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

DAMASCUS CHAM FOR MANAGEMENT LLC (Arabic: دمشق الشام الادارة) (a.k.a. DAMASCUS CHAM MANAGEMENT CO. LTD.; a.k.a. DAMASCUS CHAM MANAGEMENT ONE-PERSON CO. LTD.), Marota City, Eastern Villas, Mazeh, Damascus 096311, Syria; Organization Established Date 2018; Organization Type: Real estate activities with own or leased property [SYRIA] (Linked To: DAMASCUS CHAM HOLDING COMPANY).

DAMASCUS CHAM HOLDING COMPANY (Arabic: شركة دمشق الشام القابضة) (a.k.a. DAMASCUS CHAM HOLDING PRIVATE JSC; a.k.a. DAMASCUS CHAM PRIVATE JOINT STOCK COMPANY), Marota City, Eastern Villas, Mazeh, Damascus 096311, Syria;

Organization Established Date 17 Dec 2016; Business Registration Number 17951 (Syria) [SYRIA].

DAMASCUS CHAM HOLDING PRIVATE JSC (a.k.a. DAMASCUS CHAM HOLDING COMPANY (Arabic: شركة دمشق الشام القابضة); a.k.a. DAMASCUS CHAM PRIVATE JOINT STOCK COMPANY), Marota City, Eastern Villas, Mazeh, Damascus 096311, Syria; Organization Established Date 17 Dec 2016; Business Registration Number 17951 (Syria) [SYRIA].

DAMASCUS CHAM MANAGEMENT CO. LTD. (a.k.a. DAMASCUS CHAM FOR MANAGEMENT LLC (Arabic: دمشق الشام الادارة); a.k.a. DAMASCUS CHAM MANAGEMENT ONE-PERSON CO. LTD.), Marota City, Eastern Villas, Mazeh, Damascus 096311, Syria; Organization Established Date 2018; Organization Type: Real estate activities with own or leased property [SYRIA] (Linked To: DAMASCUS CHAM HOLDING COMPANY).

DAMASCUS CHAM MANAGEMENT ONE-PERSON CO. LTD. (a.k.a. DAMASCUS CHAM FOR MANAGEMENT LLC (Arabic: دمشق الشام الادارة); a.k.a. DAMASCUS CHAM MANAGEMENT CO. LTD.), Marota City, Eastern Villas, Mazeh, Damascus 096311, Syria; Organization Established Date 2018; Organization Type: Real estate activities with own or leased property [SYRIA] (Linked To: DAMASCUS CHAM HOLDING COMPANY).

DAMASCUS CHAM PRIVATE JOINT STOCK COMPANY (a.k.a. DAMASCUS CHAM HOLDING COMPANY (Arabic: شركة دمشق الشام القابضة); a.k.a. DAMASCUS CHAM HOLDING PRIVATE JSC), Marota City, Eastern Villas, Mazeh, Damascus 096311, Syria; Organization Established Date 17 Dec 2016; Business Registration Number 17951 (Syria) [SYRIA].

DAMASCUS FOUR SEASONS (a.k.a. FOUR SEASONS DAMASCUS; a.k.a. FOUR SEASONS HOTEL DAMASCUS), Shukri Al Quatli Street, P.O. Box 6311, Damascus, Syria [SYRIA] (Linked To: FOZ, Samer).

DAMAVAND ELECTRICITY AND POWER ENGINEERING, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

DAMAVAND MINING (Arabic: معدنی دماوند) (a.k.a. DAMAVAND MINING PUBLIC JOINT STOCK COMPANY; a.k.a. "DMC"), No 2 Dr Beheshti Avenue, Pakistan Street, Tehran 1531635511, Iran; 1, 2nd Alley, Pakistan Street,

Dr Beheshti Avenue, Tehran, Iran; Website www.damavandmining.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100924838 (Iran); Registration Number 47269 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

DAMAVAND MINING PUBLIC JOINT STOCK COMPANY (a.k.a. DAMAVAND MINING (Arabic: معدنی دماوند); a.k.a. "DMC"), No 2 Dr Beheshti Avenue, Pakistan Street, Tehran 1531635511, Iran; 1, 2nd Alley, Pakistan Street, Dr Beheshti Avenue, Tehran, Iran; Website www.damavandmining.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100924838 (Iran); Registration Number 47269 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

DAMAVAND POWER GENERATION COMPANY, No. 6, Boostan Alley, Attar Street, N. Kurdistan Highway, Tehran, Iran; Website www.damavandpg.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: DAY BANK).

DAMAVANDIAN, Ghassem (Arabic: قاسم دماوندیان) (a.k.a. DAMAVANDIAN, Qassem), Iran; DOB 02 May 1968; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G9336_77 (Iran) expires 27 Oct 2019; National ID No. 0052944492 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: QODS AVIATION INDUSTRIES).

DAMAVANDIAN, Qassem (a.k.a. DAMAVANDIAN, Ghassem (Arabic: قاسم دماوندیان)), Iran; DOB 02 May 1968; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G9336_77 (Iran) expires 27 Oct 2019; National ID No. 0052944492 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: QODS AVIATION INDUSTRIES).

DAMDINTSURUNOV, Vyacheslav Anatolievich (Cyrillic: ДАМДИНЦУРУНОВ, Вячеслав Анатольевич), Russia; DOB 21 Sep 1977; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

D'AMELIO CARDIET, Tania, Vargas, Venezuela; DOB 05 Dec 1971; Gender Female; Cedula No. 11691429 (Venezuela); Rector of Venezuela's National Electoral Council (individual) [VENEZUELA].

DAMGHANI, Davood (a.k.a. DAMGHANI, Davoud; a.k.a. DAMGHANI, Davud; a.k.a. DAMQANI, Davood; a.k.a. DAMQANI, Davoud), Beijing, China; DOB 14 Mar 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003642 (Iran) issued 30 Jun 2018 expires 30 Jun 2023; National ID No. 0053758110 (Iran) (individual) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

DAMGHANI, Davoud (a.k.a. DAMGHANI, Davood; a.k.a. DAMGHANI, Davud; a.k.a. DAMQANI, Davood; a.k.a. DAMQANI, Davoud), Beijing, China; DOB 14 Mar 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003642 (Iran) issued 30 Jun 2018 expires 30 Jun 2023; National ID No. 0053758110 (Iran) (individual) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

DAMGHANI, Davud (a.k.a. DAMGHANI, Davood; a.k.a. DAMGHANI, Davoud; a.k.a. DAMQANI, Davood; a.k.a. DAMQANI, Davoud), Beijing, China; DOB 14 Mar 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003642 (Iran) issued 30 Jun 2018 expires 30 Jun 2023; National ID No. 0053758110 (Iran) (individual) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

DAMIANI BUSTILLOS, Luis Fernando, Caracas, Capital District, Venezuela; DOB 27 Apr 1946; POB Caracas, Capital District, Venezuela; citizen Venezuela; Gender Male; Cedula No. 2940803 (Venezuela); Passport 103679620 (Venezuela); Magistrate of the Constitutional Chamber of Venezuela's Supreme Court of Justice (individual) [VENEZUELA].

DAMINEH OPTIC LIMITED (Chinese Traditional: 大名額有限公司), Unit C2, 12/F., Block A, Universal Industrial Centre, 19-25 Shan Mei Street, Fo Tan, New Territories, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 2001521 (Hong Kong) [SDGT] [IFSR] (Linked To: HASHEMI, Seyed Morteza Minaye).

DAMIRCHILOO, Samaneh (a.k.a. DAMIRCHILU, Samaneh (Arabic: ولو دمیرچی) , Golbarg 4 Street, Number 5, First Floor, Tehran, Iran;

DOB 26 Aug 1990; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 0012457914 (Iran) (individual) [SDGT] (Linked To: QASIR, Ali).

DAMIRCHILU, Mohammad Ali (Arabic: محمدعلی ولو دمیرچی) , 19 Beharistan Alley, No. 9, Unit 10, North Jannat Abad, Tehran, Iran; DOB 24 May 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0014634945 (Iran) (individual) [SDGT] (Linked To: QASIR, Ali).

DAMIRCHILU, Samaneh (Arabic: ولو دمیرچی سمانه) (a.k.a. DAMIRCHILOO, Samaneh), Golbarg 4 Street, Number 5, First Floor, Tehran, Iran; DOB 26 Aug 1990; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 0012457914 (Iran) (individual) [SDGT] (Linked To: QASIR, Ali).

DAMOUR 850 SAL, Jnah, Adnan Al Hakim Street, Minister Building, First Floor, Beirut, Lebanon; Commercial Registry Number 1013407 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

DAMQANI, Davood (a.k.a. DAMGHANI, Davood; a.k.a. DAMGHANI, Davoud; a.k.a. DAMGHANI, Davud; a.k.a. DAMQANI, Davoud), Beijing, China; DOB 14 Mar 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003642 (Iran) issued 30 Jun 2018 expires 30 Jun 2023; National ID No. 0053758110 (Iran) (individual) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

DAMQANI, Davoud (a.k.a. DAMGHANI, Davood; a.k.a. DAMGHANI, Davoud; a.k.a. DAMGHANI, Davud; a.k.a. DAMQANI, Davood), Beijing, China; DOB 14 Mar 1971; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003642 (Iran) issued 30 Jun 2018 expires 30 Jun 2023; National ID No. 0053758110 (Iran) (individual) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

DAMUSH, Ali (a.k.a. DAAMOUSH, Ali; a.k.a. DAGHMOUSH, Ali; a.k.a. DAGMOUSH, Ali; a.k.a. DAGMUSH, Ali; a.k.a. MUSA DA'AMOUSH, Shiekh Ali); DOB 21 Oct 1962; POB Sidon, Lebanon; Additional

Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT].

DAN GERTLER DIAMONDS LTD. (a.k.a. D.G.D. INVESTMENTS LTD.), 23 Tuval, Ramat Gan 5252238, Israel; P.O. Box 101, Ramat Gan 5210002, Israel; Public Registration Number 512253352 (Israel) [GLOMAG] (Linked To: GERTLER, Dan).

DAN ISDICO (a.k.a. AL-OSAMA TRADING CO. LTD.; a.k.a. AL-'USAMA TRADING COMPANY; a.k.a. ASYAF GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING & INVESTMENT; a.k.a. ASYAF INTERNATIONAL HOLDING GROUP FOR TRADING AND INVESTMENT; a.k.a. M/S OSAMA KHAIRY HAFEZ TRADING EST.; a.k.a. OSAMA TRADING COMPANY LTD; a.k.a. "AL-'USAMAH COMPANY"; a.k.a. "ASAMA COMMERCIAL COMPANY"; a.k.a. "ASAMA COMPANY"; a.k.a. "NURIN COMPANY"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; 504 & 7102, Ibrahim Shakir Building, Hail Street Rowais, Near Caravan Center, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah, Saudi Arabia; Riyadh 14213, Saudi Arabia; Dammam, Saudi Arabia; Al Kharaj, Saudi Arabia; Qasim, Saudi Arabia; Khartoum, Sudan [SDGT] (Linked To: AL-AGHA, Abu Ubaydah Khayri Hafiz; Linked To: HAMAS).

DANA HOLDINGS (Cyrillic: ДАНА ХОЛДИНГС) (a.k.a. DANA HOLDINGS LIMITED; a.k.a. DANA KHOLDINGZ (Cyrillic: ДАНА ХОЛДИНГЗ)), Cronos Court, Flat 21, 66 Arch. Makariou III, Nicosia 1077, Cyprus; Organization Established Date 20 Feb 2013; Registration ID HE 319556 (Cyprus) [BELARUS-EO14038].

DANA HOLDINGS LIMITED (a.k.a. DANA HOLDINGS (Cyrillic: ДАНА ХОЛДИНГС); a.k.a. DANA KHOLDINGZ (Cyrillic: ДАНА ХОЛДИНГЗ)), Cronos Court, Flat 21, 66 Arch. Makariou III, Nicosia 1077, Cyprus; Organization Established Date 20 Feb 2013; Registration ID HE 319556 (Cyprus) [BELARUS-EO14038].

DANA INTEGRATED SYSTEM FOR ELECTRONIC INTERACTIONS CO. (a.k.a. SAMANEHAYE YEKPARCHEH TAMOLAT ELECTRONIC DANA), Iran; Additional Sanctions Information - Subject to Secondary

Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

DANA KHOLDINGZ (Cyrillic: ДАНА ХОЛДИНГЗ) (a.k.a. DANA HOLDINGS (Cyrillic: ДАНА ХОЛДИНГС); a.k.a. DANA HOLDINGS LIMITED), Cronos Court, Flat 21, 66 Arch. Makariou III, Nicosia 1077, Cyprus; Organization Established Date 20 Feb 2013; Registration ID HE 319556 (Cyprus) [BELARUS-EO14038].

DANAEI KENARSARI, Ali; DOB 19 May 1977; POB Shemiran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K41818536 (Iran) expires 10 Jul 2022 (individual) [IRAN] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

DANCHIKOVA, Galina Innokentyevna (Cyrillic: ДАНЧИКОВА, Галина Иннокентьевна), Russia; DOB 13 Aug 1954; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DANDONG CHENGTAI (a.k.a. DANDONG CHISONG METAL MATERIALS COMPANY; a.k.a. DANDONG ZHICHENG METAL MATERIALS CO., LTD; a.k.a. DANDONG ZHICHENG METALLIC MATERIAL CO., LTD. (Chinese Simplified: 丹东至诚金属材料有限公司); a.k.a. DANDONG ZHICHENG METALLIC MINERAL CO., LIMITED), Dandong, Liaoning, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

DANDONG CHISONG METAL MATERIALS COMPANY (a.k.a. DANDONG CHENGTAI; a.k.a. DANDONG ZHICHENG METAL MATERIALS CO., LTD; a.k.a. DANDONG ZHICHENG METALLIC MATERIAL CO., LTD. (Chinese Simplified: 丹东至诚金属材料有限公司); a.k.a. DANDONG ZHICHENG METALLIC MINERAL CO., LIMITED), Dandong, Liaoning, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

DANDONG DONGYUAN INDUSTRIAL CO. (a.k.a. DANDONG DONGYUAN INDUSTRIAL

CO., LTD.; a.k.a. DANDONG DONGYUAN INDUSTRY CO., LTD.). No. 34-7, Zhenba Street, Zhenxing District, Dandong 118001, China; Rm 3002 No 99 3 1 Binjiang Middle Rd, Zhenxing District, Dandong, China; D-U-N-S Number 542957624; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DANDONG DONGYUAN INDUSTRIAL CO., LTD. (a.k.a. DANDONG DONGYUAN INDUSTRIAL CO.; a.k.a. DANDONG DONGYUAN INDUSTRY CO., LTD.), No. 34-7, Zhenba Street, Zhenxing District, Dandong 118001, China; Rm 3002 No 99 3 1 Binjiang Middle Rd, Zhenxing District, Dandong, China; D-U-N-S Number 542957624; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DANDONG DONGYUAN INDUSTRY CO., LTD. (a.k.a. DANDONG DONGYUAN INDUSTRIAL CO.; a.k.a. DANDONG DONGYUAN INDUSTRIAL CO., LTD.), No. 34-7, Zhenba Street, Zhenxing District, Dandong 118001, China; Rm 3002 No 99 3 1 Binjiang Middle Rd, Zhenxing District, Dandong; D-U-N-S Number 542957624; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DANDONG HONGDA TRADE CO. LTD., China; Room 301, No. 1 Building, Business & Tourist Section, Dandong, Liaoning, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DANDONG HONGXIANG INDUSTRIAL DEVELOPMENT CO LTD, Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

DANDONG JINXIANG TRADE CO., LTD. (a.k.a. CHINA DANDONG KUMSANG TRADE COMPANY, LIMITED; a.k.a. DANDONG METAL COMPANY; a.k.a. JINXIANG TRADING COMPANY), Room 303, Unit 2, Building Number 3, Number 99 Binjiang Lu (Road), Zhenxing District, Dandong, China; Room 303-01, Number 99-3, Binjiang Zhong Lu (Road), Dandong, China; Number 5, Tenth Street, Zhenxing District, Dandong, Liaoning, China; 245-11, Number 1 Wanlian Road, Shenhe District, Shenyang, China; Room 1101, No 8, Jiadi Building, Business and Tourist, China; Room 303, Unit 2, 3 Haolou, Building 99 Binjiang Middle Rd., Zhenxing, Dandong, Liaoning 118000, China; Nationality of Registration China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DANDONG KEHUA ECONOMIC AND TRADE CO. LTD. (a.k.a. DANDONG KEHUA ECONOMY & TRADE CO., LTD.), China; Room 102, 1/F, Antai Garden, Zhenxing District, Dandong, Liaoning 118000, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DANDONG KEHUA ECONOMY & TRADE CO., LTD. (a.k.a. DANDONG KEHUA ECONOMIC AND TRADE CO. LTD.), China; Room 102, 1/F, Antai Garden, Zhenxing District, Dandong, Liaoning 118000, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DANDONG METAL COMPANY (a.k.a. CHINA DANDONG KUMSANG TRADE COMPANY, LIMITED; a.k.a. DANDONG JINXIANG TRADE CO., LTD.; a.k.a. JINXIANG TRADING COMPANY), Room 303, Unit 2, Building Number 3, Number 99 Binjiang Lu (Road), Zhenxing District, Dandong, China; Room 303-01, Number 99-3, Binjiang Zhong Lu (Road), Dandong, China; Number 5, Tenth Street, Zhenxing District, Dandong, Liaoning, China; 245-11, Number 1 Wanlian Road, Shenhe

District, Shenyang, China; Room 1101, No B, Jiadi Building, Business and Tourist, China; Room 303, Unit 2, 3 Haolou, Building 99 Binjiang Middle Rd., Zhenxing, Dandong, Liaoning 118000, China; Nationality of Registration China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DANDONG RICH EARTH TRADING CO., LTD., Jiadi Square, Number 64, Binjiang Middle Road, Room 1001, Building B, Dandong City, Liaoning, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] (Linked To: KOREA KUMSAN TRADING CORPORATION).

DANDONG TIANFU TRADE CO., LTD. (Chinese Simplified: 丹东天富贸易有限公司), No. 5, Shiwei Road, Zhenxing District, Dandong City, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

DANDONG XIANGHE TRADING CO., LTD. (a.k.A. DANDONG XIANGHE TRADING CORPORATION; a.k.a. DANDONG XIANGHE TRADING LTD. CO; a.k.a. XIANGHE TRADE CO., LTD.), China; No. 603, 2F, Jiadi Square, Developing Zone, Dandong, Liaoning, China; Beida Rd., Pingxiang City, Chongzuo, Guangxi 532600, China; Room 703, No. 7 Building, Fangba, Yanjiang Development Zone, Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DANDONG XIANGHE TRADING CORPORATION (a.k.a. DANDONG XIANGHE TRADING CO., LTD.; a.k.a. DANDONG XIANGHE TRADING LTD. CO; a.k.a. XIANGHE TRADE CO., LTD.), China; No. 603, 2F, Jiadi Square, Developing Zone, Dandong, Liaoning, China; Beida Rd., Pingxiang City, Chongzuo, Guangxi 532600, China; Room 703, No. 7 Building, Fangba, Yanjiang Development Zone,

Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DANDONG XIANGHE TRADING LTD. CO (a.k.a. DANDONG XIANGHE TRADING CO., LTD.; a.k.a. DANDONG XIANGHE TRADING CORPORATION; a.k.a. XIANGHE TRADE CO., LTD.), China; No. 603, 2F, Jiadi Square, Developing Zone, Dandong, Liaoning, China; Beida Rd., Pingxiang City, Chongzuo, Guangxi 532600, China; Room 703, No. 7 Building, Fangba, Yanjiang Development Zone, Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

DANDONG ZHICHENG METAL MATERIALS CO., LTD (a.k.a. DANDONG CHENGTAI; a.k.a. DANDONG CHISONG METAL MATERIALS COMPANY; a.k.a. DANDONG ZHICHENG METALLIC MATERIAL CO., LTD. (Chinese Simplified: 丹东至诚金属材料有限公司); a.k.a. DANDONG ZHICHENG METALLIC MINERAL CO., LIMITED), Dandong, Liaoning, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

DANDONG ZHICHENG METALLIC MATERIAL CO., LTD. (Chinese Simplified: 丹东至诚金属材料有限公司) (a.k.a. DANDONG CHENGTAI; a.k.a. DANDONG CHISONG METAL MATERIALS COMPANY; a.k.a. DANDONG ZHICHENG METAL MATERIALS CO., LTD; a.k.a. DANDONG ZHICHENG METALLIC MINERAL CO., LIMITED), Dandong, Liaoning, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

DANDONG ZHICHENG METALLIC MINERAL CO., LIMITED (a.k.a. DANDONG CHENGTAI; a.k.a. DANDONG CHISONG METAL MATERIALS COMPANY; a.k.a. DANDONG ZHICHENG METAL MATERIALS CO., LTD;

a.k.a. DANDONG ZHICHENG METALLIC MATERIAL CO., LTD. (Chinese Simplified: 丹东至诚金属材料有限公司)), Dandong, Liaoning, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

DANDONG ZHONGSENG INDUSTRY & TRADE (a.k.a. DANDONG ZHONGSENG INDUSTRY AND TRADE; a.k.a. DANDONG ZHONGSHENG INDUSTRY & TRADE CO., LTD. (Chinese Simplified: 丹东中盛工贸有限公司); a.k.a. DANDONG ZHONGSHENG INDUSTRY AND TRADE CO., LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSHONG INDUSTRY & TRADE CORPORATION LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY AND TRADE; a.k.a. DANDONG ZHONGSHONG INDUSTRY AND TRADE CORPORATION LTD.), Building 34, Chengjian Zone, Shiwei Road, Zhenxing District, Dandong, Liaoning, China; Zhenxing District, Building 34, Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Business Registration Number 312106037714354404 (China) [NPWMD] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

DANDONG ZHONGSENG INDUSTRY AND TRADE (a.k.a. DANDONG ZHONGSENG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSHENG INDUSTRY & TRADE CO., LTD. (Chinese Simplified: 丹东中盛工贸有限公司); a.k.a. DANDONG ZHONGSHENG INDUSTRY AND TRADE CO., LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSHONG INDUSTRY & TRADE CORPORATION LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY AND TRADE; a.k.a. DANDONG ZHONGSHONG INDUSTRY AND TRADE CORPORATION LTD.), Building 34, Chengjian Zone, Shiwei Road, Zhenxing District, Dandong, Liaoning, China; Zhenxing District, Building 34, Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and

510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Business Registration Number 312106037714354404 (China) [NPWMD] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

DANDONG ZHONGSHENG INDUSTRY & TRADE CO., LTD. (Chinese Simplified: 丹东中盛工贸有限公司) (a.k.a. DANDONG ZHONGSENG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSENG INDUSTRY AND TRADE; a.k.a. DANDONG ZHONGSHENG INDUSTRY AND TRADE CO., LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSHONG INDUSTRY & TRADE CORPORATION LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY AND TRADE; a.k.a. DANDONG ZHONGSHONG INDUSTRY AND TRADE CORPORATION LTD.), Building 34, Chengjian Zone, Shiwei Road, Zhenxing District, Dandong, Liaoning, China; Zhenxing District, Building 34, Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Business Registration Number 312106037714354404 (China) [NPWMD] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

DANDONG ZHONGSHENG INDUSTRY AND TRADE CO., LTD. (a.k.a. DANDONG ZHONGSENG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSENG INDUSTRY AND TRADE; a.k.a. DANDONG ZHONGSHENG INDUSTRY & TRADE CO., LTD. (Chinese Simplified: 丹东中盛工贸有限公司) (a.k.a. DANDONG ZHONGSHENG INDUSTRY AND TRADE CORPORATION LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY AND TRADE CORPORATION LTD.), Building 34, Chengjian Zone, Shiwei Road, Zhenxing District, Dandong, Liaoning, China; Zhenxing District, Building 34, Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Business Registration Number 312106037714354404 (China) [NPWMD] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

DANDONG ZHONGSHONG INDUSTRY & TRADE (a.k.a. DANDONG ZHONGSENG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSENG INDUSTRY AND TRADE; a.k.a. DANDONG ZHONGSHENG INDUSTRY & TRADE CO., LTD. (Chinese Simplified: 丹东中盛工贸有限公司) (a.k.a. DANDONG ZHONGSHENG INDUSTRY AND TRADE CO., LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY & TRADE CORPORATION LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY AND TRADE CORPORATION LTD.), Building 34, Chengjian Zone, Shiwei Road, Zhenxing District, Dandong, Liaoning, China; Zhenxing District, Building 34, Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Business Registration Number 312106037714354404 (China) [NPWMD] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

DANDONG ZHONGSHONG INDUSTRY & TRADE CORPORATION LTD. (a.k.a. DANDONG ZHONGSENG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSENG INDUSTRY AND TRADE; a.k.a. DANDONG ZHONGSHENG INDUSTRY & TRADE CO., LTD. (Chinese Simplified: 丹东中盛工贸有限公司) (a.k.a. DANDONG ZHONGSHENG INDUSTRY AND TRADE CO., LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSHONG INDUSTRY AND TRADE; a.k.a. DANDONG ZHONGSHONG INDUSTRY AND TRADE CORPORATION LTD.), Building 34, Chengjian Zone, Shiwei Road, Zhenxing District, Dandong, Liaoning, China; Zhenxing District, Building 34, Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Business Registration Number 312106037714354404 (China) [NPWMD] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

DANDONG ZHONGSHONG INDUSTRY AND TRADE (a.k.a. DANDONG ZHONGSENG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSENG INDUSTRY AND TRADE; a.k.a. DANDONG ZHONGSHENG INDUSTRY & TRADE CO., LTD. (Chinese Simplified: 丹东中盛工贸有限公司); a.k.a. DANDONG ZHONGSHENG INDUSTRY AND TRADE CO., LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSHONG INDUSTRY & TRADE CORPORATION LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY AND TRADE CORPORATION LTD.), Building 34, Chengjian Zone, Shiwei Road, Zhenxing District, Dandong, Liaoning, China; Zhenxing District, Building 34, Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Business Registration Number 312106037714354404 (China) [NPWMD] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

DANDONG ZHONGSHONG INDUSTRY AND TRADE CORPORATION LTD. (a.k.a. DANDONG ZHONGSENG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSENG INDUSTRY AND TRADE; a.k.a. DANDONG ZHONGSHENG INDUSTRY & TRADE CO., LTD. (Chinese Simplified: 丹东中盛工贸有限公司); a.k.a. DANDONG ZHONGSHENG INDUSTRY AND TRADE CO., LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY & TRADE; a.k.a. DANDONG ZHONGSHONG INDUSTRY & TRADE CORPORATION LTD.; a.k.a. DANDONG ZHONGSHONG INDUSTRY AND TRADE), Building 34, Chengjian Zone, Shiwei Road, Zhenxing District, Dandong, Liaoning, China; Zhenxing District, Building 34, Dandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Business Registration Number 312106037714354404 (China) [NPWMD] (Linked To: FOREIGN TRADE BANK OF THE

DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

DANESH PAZHU, Ahmad Khadem (Arabic: احمد خادم دانش پزو) (a.k.a. KADEM, Ahmad; a.k.a. KHADEM, Ahmad; a.k.a. SAYYEDOSHOHADA, Ahmad Khadem; a.k.a. SEYED AL-SHOHADA, Ahmad Khadem; a.k.a. SEYEDOSHOHADA, Ahmad Khadem (Arabic: احمد خادم سیدالشهدا)), Khuzestan, Iran; Lorestan, Iran; Kohgiluyeh and Boyer-Ahmad, Iran; DOB 27 Apr 1959; POB Shushtar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1881506428 (Iran); Commander of Karbala IRGC Operational Base (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

DANESH SHIPPING COMPANY LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DANESHGAH-E SANA'TI-YE MALEK-E ASHTAR (a.k.a. MALEK ASHTAR AVIATION UNIVERSTIY COMPLEX; a.k.a. MALEK ASHTAR INDUSTRIAL UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY; a.k.a. MALEK ASHTAR UNIVERSITY OF DEFENSE TECHNOLOGY; a.k.a. MALEK ASHTAR UNIVERSITY OF TECHNOLOGY; a.k.a. MALEK-E ASHTAR TECHNICAL UNIVERSITY; a.k.a. MALEK-E ASHTAR UNIVERSITY), Shahid Baba'i Highway, Lavizan, Tehran, Iran; Alt. Location:  Shahin Shahr Township, End of Ferdowsi Avenue, PO Box 83154/115, Esfahan, Iran; Alt. Address:  Adjacent to Mehrabad Airport, Karaj Expressway, Tehran, Iran; Alt. Address:  Shahin Shar bei, Isfahan, Iran; Alt. Address:  Shahin Shar Township, End of Ferdowsi Avenue, Isfahan, Iran; Alt. Address:  Corner of Imam Ali Highway and Babaei Highway, Tehran, Iran; Website www.mut.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

DANIEL, Saw, Naypyitaw, Burma; DOB 25 Nov 1957; alt. DOB 1968 to 1969; POB Loikaw, Burma; nationality Burma; citizen Burma; Gender Male; State Administrative Council Member (individual) [BURMA-EO14014].

DANILCHENKO, Galina Viktorovna (a.k.a. DANILCHENKO, Haylina; a.k.a. DANYLCHENKO, Halyna Viktorivna (Cyrillic: ДАНИЛЬЧЕНКО, Галина Вікторівна; Cyrillic: ДАНИЛЬЧЕНКО, Галина Викторовна)), Melitopol, Ukraine; DOB 05 Jul 1964; POB Orlovo, Melitopol, Ukraine; nationality Ukraine; Gender Female; Tax ID No. 2356204721 (Ukraine) (individual) [RUSSIA-EO14024].

DANILCHENKO, Haylina (a.k.a. DANILCHENKO, Galina Viktorovna; a.k.a. DANYLCHENKO, Halyna Viktorivna (Cyrillic: ДАНИЛЬЧЕНКО, Галина Вікторівна; Cyrillic: ДАНИЛЬЧЕНКО, Галина Викторовна)), Melitopol, Ukraine; DOB 05 Jul 1964; POB Orlovo, Melitopol, Ukraine; nationality Ukraine; Gender Female; Tax ID No. 2356204721 (Ukraine) (individual) [RUSSIA-EO14024].

DANILENKO, Sergei Andreevich (Cyrillic: ДАНИЛЕНКО, Сергей Андреевич), Sevastopol, Ukraine; DOB 14 Mar 1960; POB Krasnodar, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

DANILTSEV, Yuriy Viktorovich (Cyrillic: ДАНИЛЬЦЕВ, Юрий Викторович) (a.k.a. DANYLTSEV, Yuriy Viktorovych (Cyrillic: ДАНИЛЬЦЕВ, Юрій Вікторович)), Moscow, Russia; DOB 02 Sep 1974; POB Snezhnoye, Donetsk Oblast, Ukraine; Gender Male (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

DANYLCHENKO, Halyna Viktorivna (Cyrillic: ДАНИЛЬЧЕНКО, Галина Вікторівна; Cyrillic: ДАНИЛЬЧЕНКО, Галина Викторовна) (a.k.a. DANILCHENKO, Galina Viktorovna; a.k.a. DANILCHENKO, Haylina), Melitopol, Ukraine; DOB 05 Jul 1964; POB Orlovo, Melitopol, Ukraine; nationality Ukraine; Gender Female; Tax ID No. 2356204721 (Ukraine) (individual) [RUSSIA-EO14024].

DANYLTSEV, Yuriy Viktorovych (Cyrillic: ДАНИЛЬЦЕВ, Юрій Вікторович) (a.k.a. DANILTSEV, Yuriy Viktorovich (Cyrillic: ДАНИЛЬЦЕВ, Юрий Викторович)), Moscow, Russia; DOB 02 Sep 1974; POB Snezhnoye, Donetsk Oblast, Ukraine; Gender Male (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

DAOUD, El Riz (a.k.a. EL RIZ, Daoud; a.k.a. EL RIZ, Douad), Paris, France; DOB 04 Oct 1983; nationality France; alt. nationality Congo, Democratic Republic of the; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A02118824

(Senegal) expires 21 Sep 2025; alt. Passport 05DK11992 (France) expires 08 Jun 2015; alt. Passport 15FV05021 (France) expires 14 Apr 2025; alt. Passport A01498634 (Senegal) expires 22 Apr 2020 (individual) [SDGT] (Linked To: AHMAD, Hind Nazem).

DAOUD, Suleiman Cabdi (a.k.a. GOOBE, Suleiman Daoud; a.k.a. "GOOBE, Saleban"; a.k.a. "GOOBE, Saleeban"), Lower Shabelle, Somalia; DOB 1981; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

DAOUN, Ali Mohamad (a.k.a. DA'UN, Ali Muhammad; a.k.a. DA'UN, 'Ali Muhammad (Arabic: علي محمد ضعون)), Lebanon; DOB 10 Dec 1956; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1000644893 (Lebanon) expires 03 Jan 2023 (individual) [SDGT] (Linked To: HIZBALLAH).

DAQDUQ, Ali Mussa (a.k.a. 'ABD AL-YUNIS, Hamid Majid; a.k.a. AL-LAMI, Hamid Muhammad; a.k.a. AL-MASUI, Husayn Muhammad Jabur; a.k.a. AL-MUSAWI, Ali Mussa Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Jabur; a.k.a. AL-MUSUI, Hamid Muhammad Jabur; a.k.a. JABUR AL-LAMI, Hamid Muhammad); DOB 01 Sep 1969; alt. DOB 31 Dec 1971; alt. DOB 09 Aug 1971; alt. DOB 09 Sep 1970; alt. DOB 09 Aug 1969; alt. DOB 05 Mar 1972; POB Beirut, Lebanon; alt. POB Al-Karradah, Baghdad, Iraq; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

DAQOU, Hassan (a.k.a. DAQOU, Hassan bin Muhammad; a.k.a. DAQOU, Hasan Muhammed; a.k.a. DAQOU, Mohamed Hassan; a.k.a. DAQQOU, Hassan Muhammad (Arabic: حسن محمد دقو); a.k.a. DEQQO, Hassan; a.k.a. "DAGO, Hassan Mohamed"; a.k.a. "DAQU, Hassan"; a.k.a. "DUKKO, Hassan"), Tfail, Lebanon; DOB 01 Feb 1985; nationality Syria; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

DAQOU, Hassan bin Muhammad (a.k.a. DAQOU, Hassan; a.k.a. DAQOU, Hassan Muhammed; a.k.a. DAQOU, Mohamed Hassan; a.k.a. DAQQOU, Hassan Muhammad (Arabic: حسن محمد دقو); a.k.a. DEQQO, Hassan Mohammed; a.k.a. DAQQOU, Hassan Mohammed; a.k.a. "DAGO, Hassan Mohamed"; a.k.a. "DAQU, Hassan"; a.k.a. "DUKKO, Hassan"), Tfail, Lebanon; DOB 01 Feb 1985; nationality Syria; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

DAQOU, Hassan Muhammed (a.k.a. DAQOU, Hassan; a.k.a. DAQOU, Hassan bin Muhammad; a.k.a. DAQOU, Mohamed Hassan; a.k.a. DAQQOU, Hassan Muhammad (Arabic: حسن محمد دقو); a.k.a. DEQQO, Hassan Mohammed; a.k.a. "DAGO, Hassan Mohamed"; a.k.a. "DAQU, Hassan"; a.k.a. "DUKKO, Hassan"), Tfail, Lebanon; DOB 01 Feb 1985; nationality Syria; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

DAQOU, Mohamed Hassan (a.k.a. DAQOU, Hassan; a.k.a. DAQOU, Hassan bin Muhammad; a.k.a. DAQOU, Hassan Muhammed; a.k.a. DAQQOU, Hassan Muhammad (Arabic: حسن محمد دقو); a.k.a. DEQQO, Hassan Mohammed; a.k.a. "DAGO, Hassan Mohamed"; a.k.a. "DAQU, Hassan"; a.k.a. "DUKKO, Hassan"), Tfail, Lebanon; DOB 01 Feb 1985; nationality Syria; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

DAQQOU, Hassan Muhammad (Arabic: حسن محمد دقو) (a.k.a. DAQOU, Hassan; a.k.a. DAQOU, Hassan bin Muhammad; a.k.a. DAQOU, Hassan Muhammed; a.k.a. DAQOU, Mohamed Hassan; a.k.a. DEQQO, Hassan Mohammed; a.k.a. "DAGO, Hassan Mohamed"; a.k.a. "DAQU, Hassan"; a.k.a. "DUKKO, Hassan"), Tfail, Lebanon; DOB 01 Feb 1985; nationality Syria; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

DAR AL SALAM FOR TRAVEL & TOURISM (a.k.a. DAR AL SALAM FOR TRAVEL AND TOURISM (Arabic: دار السلام للسياحة والسفر)), Lebanon; Website daralsalam-lb.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Company Number 66002 (Lebanon) [SDGT] (Linked To: DAOUN, Ali Mohamad).

DAR AL SALAM FOR TRAVEL AND TOURISM (Arabic: دار السلام للسياحة والسفر) (a.k.a. DAR AL SALAM FOR TRAVEL & TOURISM), Lebanon; Website daralsalam-lb.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Company Number 66002 (Lebanon) [SDGT] (Linked To: DAOUN, Ali Mohamad).

DAR, Muhammad Harris (a.k.a. HARIS, Muhammad), Faisalabad, Pakistan; DOB 16 Jan 1986; POB Faisalabad, Pakistan; Gender Male; Identification Number 3310030015409 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

DARAS, Ali (a.k.a. DARASSA, Ali; a.k.a. DARASSA, Ali Mahamat; a.k.a. DARRASSA, Ali; a.k.a. MAHAMANT, Ali Darassa; a.k.a. MAHAMAT, Ali Darassa), Alindao, Central African Republic; DOB 22 Sep 1978; POB Kabo, Ouham prefecture, Central African Republic; alt. POB Bousso, Chad; nationality Central African Republic; citizen Niger; alt. citizen Chad; Gender Male (individual) [CAR].

DARASHENKA, Olga Leanidauna (a.k.a. DARASHENKA, Volga Leanidauna (Cyrillic: ДАРАШЭНКА, Вольга Леанідаўна); a.k.a. DARASHENKA, Volha Leanidauna; a.k.a. DARASHENKA, Volha Leanidawna; a.k.a. DOROSHENKO, Olga; a.k.a. DOROSHENKO, Olga Leonidovna (Cyrillic: ДОРОШЕНКО, Ольга Леонидовна)), Mogilev Oblast, Belarus; DOB 1976; nationality Belarus; Gender Female (individual) [BELARUS].

DARASHENKA, Volga Leanidauna (Cyrillic: ДАРАШЭНКА, Вольга Леанідаўна) (a.k.a. DARASHENKA, Olga Leanidauna; a.k.a. DARASHENKA, Volha Leanidauna; a.k.a. DARASHENKA, Volha Leanidawna; a.k.a. DOROSHENKO, Olga; a.k.a. DOROSHENKO, Olga Leonidovna (Cyrillic: ДОРОШЕНКО, Ольга Леонидовна)), Mogilev Oblast, Belarus;

DOB 1976; nationality Belarus; Gender Female (individual) [BELARUS].

DARASHENKA, Volha Leanidauna (a.k.a. DARASHENKA, Olga Leanidauna; a.k.a. DARASHENKA, Volga Leanidauna (Cyrillic: ДАРАШЭНКА, Вольга Леанідаўна); a.k.a. DARASHENKA, Volha Leanidawna; a.k.a. DOROSHENKO, Olga; a.k.a. DOROSHENKO, Olga Leonidovna (Cyrillic: ДОРОШЕНКО, Ольга Леонидовна)), Mogilev Oblast, Belarus; DOB 1976; nationality Belarus; Gender Female (individual) [BELARUS].

DARASHENKA, Volha Lieanidawna (a.k.a. DARASHENKA, Olga Leanidauna; a.k.a. DARASHENKA, Volga Leanidauna (Cyrillic: ДАРАШЭНКА, Вольга Леанідаўна); a.k.a. DARASHENKA, Volha Leanidauna; a.k.a. DOROSHENKO, Olga; a.k.a. DOROSHENKO, Olga Leonidovna (Cyrillic: ДОРОШЕНКО, Ольга Леонидовна)), Mogilev Oblast, Belarus; DOB 1976; nationality Belarus; Gender Female (individual) [BELARUS].

DARASSA, Ali (a.k.a. DARAS, Ali; a.k.a. DARASSA, Ali Mahamat; a.k.a. DARRASSA, Ali; a.k.a. MAHAMANT, Ali Darassa; a.k.a. MAHAMAT, Ali Darassa), Alindao, Central African Republic; DOB 22 Sep 1978; POB Kabo, Ouham prefecture, Central African Republic; alt. POB Bousso, Chad; nationality Central African Republic; citizen Niger; alt. citizen Chad; Gender Male (individual) [CAR].

DARASSA, Ali Mahamat (a.k.a. DARAS, Ali; a.k.a. DARASSA, Ali; a.k.a. DARRASSA, Ali; a.k.a. MAHAMANT, Ali Darassa; a.k.a. MAHAMAT, Ali Darassa), Alindao, Central African Republic; DOB 22 Sep 1978; POB Kabo, Ouham prefecture, Central African Republic; alt. POB Bousso, Chad; nationality Central African Republic; citizen Niger; alt. citizen Chad; Gender Male (individual) [CAR].

DARDAKIL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Moussab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a.

ABDELOUADOUD, Abou Mousaab; a.k.a.
ABDELOUADOUD, Abou Moussab; a.k.a.
ABDELOUADOUD, Abou Musab; a.k.a.
ABDELOUADOUD, Abu Mosab; a.k.a.
ABDELOUADOUD, Abu Mus'ab; a.k.a.
ABDELOUADOUDE, Abou Moussaab; a.k.a.
ABDELOUDOUD, Abu Musab; a.k.a.
ABDELWADOUD, Abou Mosab; a.k.a.
ABKELWADOUD, Abou Mossab; a.k.a. ABOU
MOSSAAB, Abdelwadoud; a.k.a. ABOU
MOSSAAB, Abdelouadoud; a.k.a. ABOU
MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB,
Abdelwadoud; a.k.a. DERDOUKAL,
Abdelmalek; a.k.a. DEROUDEL, Abdel Malek;
a.k.a. DOURKDAL, Abdelmalek; a.k.a.
DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL,
'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek;
a.k.a. DROUGDEL, Abdelmalek; a.k.a.
DROUKADAL, Abdelmalek; a.k.a. DROUKBEL,
Abdelmalek; a.k.a. DROUKDAL, Abdelmalek;
a.k.a. DROUKDAL, Abdelmalik; a.k.a.
DROUKDEL, Abdel Malek; a.k.a. DROUKDEL,
Abdelmalek; a.k.a. DROUKDEL, Abdelouadour;
a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a.
DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu
Musab; a.k.a. "ABDELWADOUD, Abou"),
Meftah, Algeria; DOB 20 Apr 1970; POB
Meftah, Algeria; alt. POB Khemis El Khechna,
Algeria; nationality Algeria (individual) [SDGT].

DARI AL-ZAWBA'I, Harith (a.k.a. AL DARI,
Hareth; a.k.a. AL-DARI AL-ZAWBAI, Harith;
a.k.a. AL-DARI, Harith; a.k.a. AL-DARI, Harith
Sulayman; a.k.a. AL-DAURI, Hareth; a.k.a. AL-
DHARI, Harith; a.k.a. AL-DHARI, Harith S.;
a.k.a. AL-DURI, Harith), Jordan; Akashat, Iraq;
Abu Ghuraib, Iraq; Qatar; Egypt; DOB 1941;
POB Baghdad, Iraq; nationality Iraq; citizen
Iraq; Passport N348171/IRAQ (Iraq) (individual)
[IRAQ3].

DARIAN, Tenny (a.k.a. SHAKHDARIAN, Tenny);
DOB 06 Sep 1979; POB Tehran, Iran; citizen
Iran; Additional Sanctions Information - Subject
to Secondary Sanctions; Passport B23545963
expires 05 Mar 2017 (individual) [NPWMD]
[IFSR].

DARKAZANLI COMPANY (a.k.a. DARKAZANLI
EXPORT-IMPORT SONDERPOSTEN; a.k.a.
MAMOUN DARKAZANLI IMPORT-EXPORT
COMPANY), Uhlenhorsterweg 34 11, Hamburg,
Germany [SDGT].

DARKAZANLI EXPORT-IMPORT
SONDERPOSTEN (a.k.a. DARKAZANLI
COMPANY; a.k.a. MAMOUN DARKAZANLI
IMPORT-EXPORT COMPANY),

Uhlenhorsterweg 34 11, Hamburg, Germany
[SDGT].

DARKAZANLI, Mamoun, Uhlenhorsterweg 34 11,
22085, Hamburg, Germany; DOB 04 Aug 1958;
POB Aleppo, Syria; Passport 1310636262
(Germany) (individual) [SDGT].

DARNAVI, Hamza (a.k.a. AL-DARNAVI, Hamza;
a.k.a. AL-DARNAWI, Abu-Hamzah; a.k.a. AL-
DARNAWI, Hamza; a.k.a. AL-DARNAWI,
Hamzah; a.k.a. AL-MASLI, 'Abd al-Hamid
Muhammad 'Abd al-Hamid; a.k.a. AL-MASLI,
'Abd-al-Hamid; a.k.a. DARNAWI, Abdullah;
a.k.a. DARNAWI, Hamza; a.k.a. DARNAWI,
Hamzah; a.k.a. DIRNAWI, Hamzah; a.k.a.
MASLI, Hamid; a.k.a. MUSALLI, 'Abd-al-
Hamid), Waziristan, Federally Administered
Tribal Areas, Pakistan; DOB 1976; POB
Darnah, Libya; alt. POB Danar, Libya;
nationality Libya (individual) [SDGT].

DARNAWI, Abdullah (a.k.a. AL-DARNAVI,
Hamza; a.k.a. AL-DARNAWI, Abu-Hamzah;
a.k.a. AL-DARNAWI, Hamza; a.k.a. AL-
DARNAWI, Hamzah; a.k.a. AL-MASLI, 'Abd al-
Hamid Muhammad 'Abd al-Hamid; a.k.a. AL-
MASLI, 'Abd-al-Hamid; a.k.a. DARNAVI,
Hamza; a.k.a. DARNAWI, Hamza; a.k.a.
DARNAWI, Hamzah; a.k.a. DIRNAWI, Hamzah;
a.k.a. MASLI, Hamid; a.k.a. MUSALLI, 'Abd-al-
Hamid), Waziristan, Federally Administered
Tribal Areas, Pakistan; DOB 1976; POB
Darnah, Libya; alt. POB Danar, Libya;
nationality Libya (individual) [SDGT].

DARNAWI, Hamza (a.k.a. AL-DARNAVI, Hamza;
a.k.a. AL-DARNAWI, Abu-Hamzah; a.k.a. AL-
DARNAWI, Hamza; a.k.a. AL-DARNAWI,
Hamzah; a.k.a. AL-MASLI, 'Abd al-Hamid
Muhammad 'Abd al-Hamid; a.k.a. AL-MASLI,
'Abd-al-Hamid; a.k.a. DARNAVI, Hamza; a.k.a.
DARNAWI, Abdullah; a.k.a. DARNAWI,
Hamzah; a.k.a. DIRNAWI, Hamzah; a.k.a.
MASLI, Hamid; a.k.a. MUSALLI, 'Abd-al-
Hamid), Waziristan, Federally Administered
Tribal Areas, Pakistan; DOB 1976; POB
Darnah, Libya; alt. POB Danar, Libya;
nationality Libya (individual) [SDGT].

DARNAWI, Hamzah (a.k.a. AL-DARNAVI,
Hamza; a.k.a. AL-DARNAWI, Abu-Hamzah;
a.k.a. AL-DARNAWI, Hamza; a.k.a. AL-
DARNAWI, Hamzah; a.k.a. AL-MASLI, 'Abd
al-Hamid Muhammad 'Abd al-Hamid; a.k.a. AL-
MASLI, 'Abd-al-Hamid; a.k.a. DARNAVI,
Hamza; a.k.a. DARNAWI, Abdullah; a.k.a.
DARNAWI, Hamza; a.k.a. DIRNAWI, Hamzah;
a.k.a. MASLI, Hamid; a.k.a. MUSALLI, 'Abd-al-
Hamid), Waziristan, Federally Administered

Tribal Areas, Pakistan; DOB 1976; POB
Darnah, Libya; alt. POB Danar, Libya;
nationality Libya (individual) [SDGT].

DARRAJI, Habeeb Hasan Mghames (a.k.a.
DARRAJI, Habib Hasan Mughamis (Arabic:
حبيب حسن مغامس دراجي; a.k.a. "AL-DARRAJI,
Abu-Rida"), Iran; DOB 18 Sep 1976; nationality
Iraq; Gender Male; Secondary sanctions risk:
section 1(b) of Executive Order 13224, as
amended by Executive Order 13886; Passport
A14309260 (Iraq) expires 12 Sep 2026; alt.
Passport A15392136 (Iraq) expires 12 May
2027 (individual) [SDGT] (Linked To: KATA'IB
HIZBALLAH).

DARRAJI, Habib Hasan Mughamis (Arabic: حبيب
حسن مغامس دراجي) (a.k.a. DARRAJI, Habeeb
Hasan Mghames; a.k.a. "AL-DARRAJI, Abu-
Rida"), Iran; DOB 18 Sep 1976; nationality Iraq;
Gender Male; Secondary sanctions risk: section
1(b) of Executive Order 13224, as amended by
Executive Order 13886; Passport A14309260
(Iraq) expires 12 Sep 2026; alt. Passport
A15392136 (Iraq) expires 12 May 2027
(individual) [SDGT] (Linked To: KATA'IB
HIZBALLAH).

DARRAJI, Kamal Ben Mohamed Ben Ahmed
(a.k.a. DARRAJI, Kamel), via Belotti, n. 16,
Busto Arsizio, Varese, Italy; DOB 22 Jul 1967;
POB Menzel Bouzelfa, Tunisia; nationality
Tunisia; Passport L029899 issued 14 Aug 1995
expires 13 Aug 2000; Italian Fiscal Code
DRRKML67L22Z352Q; alt. Italian Fiscal Code
DRRKLB67L22Z352S (individual) [SDGT].

DARRAJI, Kamel (a.k.a. DARRAJI, Kamal Ben
Mohamed Ben Ahmed), via Belotti, n. 16, Busto
Arsizio, Varese, Italy; DOB 22 Jul 1967; POB
Menzel Bouzelfa, Tunisia; nationality Tunisia;
Passport L029899 issued 14 Aug 1995 expires
13 Aug 2000; Italian Fiscal Code
DRRKML67L22Z352Q; alt. Italian Fiscal Code
DRRKLB67L22Z352S (individual) [SDGT].

DARRASSA, Ali (a.k.a. DARAS, Ali; a.k.a.
DARASSA, Ali; a.k.a. DARASSA, Ali Mahamat;
a.k.a. MAHAMANT, Ali Darassa; a.k.a.
MAHAMAT, Ali Darassa), Alindao, Central
African Republic; DOB 22 Sep 1978; POB
Kabo, Ouham prefecture, Central African
Republic; alt. POB Bousso, Chad; nationality
Central African Republic; citizen Niger; alt.
citizen Chad; Gender Male (individual) [CAR].

DART AIRCOMPANY (a.k.a. AIR ALANNA; a.k.a.
DART AIRLINES; a.k.a. DART UKRAINIAN
AIRLINES; a.k.a. TOVARYSTVO Z
OBMEZHENOYU VIDPOVIDALNISTYU
'DART'; a.k.a. "ALANNA"; a.k.a. "ALANNA

LLC"; a.k.a. "DART, LLC"; a.k.a. "DART, TOV"), 26a, Narodnogo Opolchenyia Street, Kiev 03151, Ukraine; Kv. 107, Bud. 15/2 Vul.Shuliavska, Kyiv 01054, Ukraine; Ave. Vozdukhoflostsky 90, Kiev 03036, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 252030326052 (Ukraine); Government Gazette Number 25203037 (Ukraine) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

DART AIRLINES (a.k.a. AIR ALANNA; a.k.a. DART AIRCOMPANY; a.k.a. DART UKRAINIAN AIRLINES; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'DART'; a.k.a. "ALANNA"; a.k.a. "ALANNA LLC"; a.k.a. "DART, LLC"; a.k.a. "DART, TOV"), 26a, Narodnogo Opolchenyia Street, Kiev 03151, Ukraine; Kv. 107, Bud. 15/2 Vul.Shuliavska, Kyiv 01054, Ukraine; Ave. Vozdukhoflostsky 90, Kiev 03036, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 252030326052 (Ukraine); Government Gazette Number 25203037 (Ukraine) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

DART UKRAINIAN AIRLINES (a.k.a. AIR ALANNA; a.k.a. DART AIRCOMPANY; a.k.a. DART AIRLINES; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'DART'; a.k.a. "ALANNA"; a.k.a. "ALANNA LLC"; a.k.a. "DART, LLC"; a.k.a. "DART, TOV"), 26a, Narodnogo Opolchenyia Street, Kiev 03151, Ukraine; Kv. 107, Bud. 15/2 Vul.Shuliavska, Kyiv 01054, Ukraine; Ave. Vozdukhoflostsky 90, Kiev 03036, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Tax ID No. 252030326052 (Ukraine); Government Gazette Number 25203037 (Ukraine) [SDGT] [IFSR] (Linked To: CASPIAN AIRLINES).

DARWISH, Habil, Iran; DOB 1952; alt. DOB 1953; POB Para Qeshlaq, Parsabad-Moghan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN COOPERATIVE FOUNDATION).

DARWISH, Ali, Syria; DOB 02 Mar 1966; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

DARWISH, Saji Jamil, Syria; DOB 11 Jan 1957; Gender Male; Major General, Syrian Air Force

[SYRIA] (Linked To: SYRIAN AIR FORCE).

DARWISH, Samir Sakhir, Mezzah, Damascus, Syria; DOB 1971; alt. DOB 1970; alt. DOB 1972; Head of Al-Bustan Charity (individual) [SYRIA] (Linked To: AL-BUSTAN CHARITY).

DARWISH-FAWAZ, Fawzy Reda (a.k.a. DARWISH-FAWAZ, Fouzi Reda; a.k.a. FAWAZ, Fawzi Reda; a.k.a. FAWAZ, Fawzy; a.k.a. FAWAZ, Fouzi Reda Darwish; a.k.a. FAWAZ, Fowzy; a.k.a. FAWWAZ, Fawzi); DOB 12 Feb 1968; alt. DOB 24 Mar 1973; POB Jwaya, Lebanon; alt. POB Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 0107516 (Lebanon); alt. Passport 0258649 (individual) [SDGT] (Linked To: HIZBALLAH).

DARWISH-FAWAZ, Fouzi Reda (a.k.a. DARWISH-FAWAZ, Fawzy Reda; a.k.a. FAWAZ, Fawzi Reda; a.k.a. FAWAZ, Fawzy; a.k.a. FAWAZ, Fouzi Reda Darwish; a.k.a. FAWAZ, Fowzy; a.k.a. FAWWAZ, Fawzi); DOB 12 Feb 1968; alt. DOB 24 Mar 1973; POB Jwaya, Lebanon; alt. POB Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 0107516 (Lebanon); alt. Passport 0258649 (individual) [SDGT] (Linked To: HIZBALLAH).

DARWISH-FAWAZ, Moustafa Reda (a.k.a. FAWAZ, Mostafa Reda Darwich; a.k.a. FAWAZ, Moustapha; a.k.a. FAWAZ, Mustafa; a.k.a. FAWAZ, Mustafa Darwish; a.k.a. FAWAZ, Mustapha; a.k.a. FAWAZ, Mustapha Reda Darwish; a.k.a. FAWAZ, Mustapha Rhoda Darwich; a.k.a. FAWAZ, Mustapha Rida Darwich; a.k.a. FAWWAZ, Mustafa), Flat 4, Blantyre Street, Behind Amigo Supermarket, Wuse II, Abuja, Nigeria; 3 Gaya Road, Kano, Nigeria; DOB 25 Jun 1964; alt. DOB 10 Sep 1964; POB Jwaya, Lebanon; alt. POB Koidu Town, Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL 2101602 (Lebanon); alt. Passport RL 0148105 (Lebanon); alt. Passport 0168459 (Sierra Leone); alt. Passport 0257909 (Sierra

Leone); SSN 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 (United States) (individual) [SDGT] (Linked To: HIZBALLAH).

DARYA CAPITAL ADMINISTRATION GMBH, Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRB 96253 [IRAN].

DARYANAVARD KISH (a.k.a. DARYANAVARD KISH SHIPPING COMPANY; a.k.a. DARYANAVARD KISH SHIPPING COMPANY LTD.), Unit7, No. 3, Noor Alley, Nelsonmandella Blvd., Tehran, Iran; Kish Islands, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DARYANAVARD KISH SHIPPING COMPANY (a.k.a. DARYANAVARD KISH; a.k.a. DARYANAVARD KISH SHIPPING COMPANY LTD.), Unit7, No. 3, Noor Alley, Nelsonmandella Blvd., Tehran, Iran; Kish Islands, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DARYANAVARD KISH SHIPPING COMPANY LTD. (a.k.a. DARYANAVARD KISH; a.k.a. DARYANAVARD KISH SHIPPING COMPANY), Unit7, No. 3, Noor Alley, Nelsonmandella Blvd., Tehran, Iran; Kish Islands, Iran; Website http://nitcshipping.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DARYA-YE KHAZAR SHIPPING LINES (a.k.a. KHAZAR SEA SHIPPING LINES (Cyrillic: ХАЗАР СИ ШИППИНГ ЛАЙНЗ)), Shahid Mostafa Khomeini Street, Ghazian Street, PO Box 43145/1711-324, Bandar Azali 4315671145, Iran; Mostafa Khomeini St. Ghazian, PO BOX 4315671145, Anzali Free Zone, Iran; 4/1 Savushkina Street, Astrakhan 414056, Russia; Website www.khazarshipping.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [RUSSIA-EO14024].

DASTGERD PRISON (a.k.a. ESFAHAN PRISON; a.k.a. ISFAHAN CENTRAL PRISON (Arabic: زندان مرکزی اصفهان)), Isfahan City, Isfahan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

DASTGIRI, Reza Sakan; POB West Azerbaijan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No.

2830283775 (Iran) (individual) [SDGT] [IFSR] (Linked To: SAKAN GENERAL TRADING).

DASTJERDI, Ahmad Vahid (a.k.a. VAHID, Ahmed Dastjerdi); DOB 15 Jan 1954; Additional Sanctions Information - Subject to Secondary Sanctions; Diplomatic Passport A0002987 (Iran) (individual) [NPWMD] [IFSR].

DATA PROCESSING OF EAST LLC (a.k.a. DADEH AFZAR ARMAN; a.k.a. "DATA EAST"), Tehran, Iran; Website https://daa.computer/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Mar 2015 to 19 Mar 2016; Organization Type: Other information technology and computer service activities [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

DATAK TELECOM, No. 14, Enbe E Yamin Street, North Sohrevardi Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [HRIT-IR].

DATANA, Ul. Polkovaya D. 3, Moscow 127018, Russia; Bldg. 1, Murmansky Proezd 14, Moscow 129075, Russia; Website datana.ru; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Other information technology and computer service activities; Tax ID No. 9717079152 (Russia); Registration Number 1197746204677 (Russia) [RUSSIA-EO14024].

DA'UD, Lu'ay, Syria; DOB 13 Oct 1962; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

DAUDOV, Magomed Hojahmedovich (a.k.a. DAUDOV, Magomed Hozhahmedovich; a.k.a. DAUDOV, Magomed Khozhakhmedovich); DOB 26 Feb 1980; POB Shpakovskoe, Shpakovsky District, Stravopol, Russia; Chief of Staff of the Executive Office of Head and Government of the Chechen Republic; Chief of Presidential Administration for the Russian North Caucasus Region of Chechnya (individual) [MAGNIT].

DAUDOV, Magomed Hozhahmedovich (a.k.a. DAUDOV, Magomed Hojahmedovich; a.k.a. DAUDOV, Magomed Khozhakhmedovich); DOB 26 Feb 1980; POB Shpakovskoe, Shpakovsky District, Stravopol, Russia; Chief of Staff of the

Executive Office of Head and Government of the Chechen Republic; Chief of Presidential Administration for the Russian North Caucasus Region of Chechnya (individual) [MAGNIT].

DAUDOV, Magomed Khozhakhmedovich (a.k.a. DAUDOV, Magomed Hojahmedovich; a.k.a. DAUDOV, Magomed Hozhahmedovich); DOB 26 Feb 1980; POB Shpakovskoe, Shpakovsky District, Stravopol, Russia; Chief of Staff of the Executive Office of Head and Government of the Chechen Republic; Chief of Presidential Administration for the Russian North Caucasus Region of Chechnya (individual) [MAGNIT].

DA'UN, Ali Muhammad (a.k.a. DAOUN, Ali Mohamad; a.k.a. DA'UN, 'Ali Muhammad (Arabic: علي محمد ضعون)), Lebanon; DOB 10 Dec 1956; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1000644893 (Lebanon) expires 03 Jan 2023 (individual) [SDGT] (Linked To: HIZBALLAH).

DA'UN, 'Ali Muhammad (Arabic: علي محمد ضعون) (a.k.a. DAOUN, Ali Mohamad; a.k.a. DA'UN, Ali Muhammad), Lebanon; DOB 10 Dec 1956; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1000644893 (Lebanon) expires 03 Jan 2023 (individual) [SDGT] (Linked To: HIZBALLAH).

DAVANKOV, Vladislav Andreyevich (Cyrillic: ДАВАНКОВ, Владислав Андреевич), Russia; DOB 25 Feb 1984; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DAVAR SHIPPING CO LTD, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22678777) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DAVID, Andoson (a.k.a. HENNY, Watson; a.k.a. KIM, Hyon U; a.k.a. KIM, Hyon Woo; a.k.a. KIM, Hyon Wu; a.k.a. PAK, Ch'in-hyo'k; a.k.a. PAK, Jin Hek; a.k.a. PAK, Jin Hyok; a.k.a. PARK, Jin Hyok); DOB 15 Aug 1984; alt. DOB 18 Oct

1984; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290333974 (Korea, North) (individual) [DPRK3].

DAVID, Yafi (Arabic: يافي ديفيد) (a.k.a. YAFEE, Daoud), United Arab Emirates; DOB 25 Aug 1969; POB Syria; nationality Ukraine; Gender Male; Passport FE550041 (Ukraine) expires 01 Jun 2026; Identification Number 121619695 (Oman) (individual) [SYRIA] (Linked To: GRAINS MIDDLE EAST TRADING DWC-LLC).

DAVIDOVIC, Miodrag (Cyrillic: ДАВИДОВИЋ, Миодраг) (a.k.a. "DAKA" (Cyrillic: "ДАКА")), Montenegro; DOB 01 Mar 1957; POB Niksic, Montenegro; nationality Montenegro; Gender Male; Passport B38HP2825 (Montenegro) expires 26 Mar 2028 (individual) [BALKANS-EO14033].

DAVILA LOPEZ, Jose Ramon (a.k.a. RUBIO CONDE, David; a.k.a. TORRES HERNANDEZ, Antonio), Mexico; Calle 22, Valle Hermoso, Tamaulipas, Mexico; DOB 31 Aug 1978; POB Tijuana, Baja California, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. DALR780831HBCVPM06 (Mexico) (individual) [SDNTK].

DAVIS, Mason (a.k.a. ANSING, Michael; a.k.a. PEARSON, Adam Richard), British Columbia, Canada; DOB 14 May 1994; alt. DOB 28 Apr 1995; POB Canada; nationality Canada; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport QG963705 (Canada) (individual) [IRAN-HR] (Linked To: RYAN, Damion Patrick John).

DAVOODI, Abolfazl Hossein Pour, Iran; DOB 15 Jul 1992; POB Amol, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

DAVOS COMPANY FOR EXCHANGE AND TRANSFERS (a.k.a. DAVOS EXCHANGE AND REMITTANCES COMPANY KHALED AL ATHARI AND PARTNER GENERAL PARTNERSHIP (Arabic: شركة دافوس للصرافة والتحويلات خالد العذري وشريكه التضامنيه)), Sanaa, Yemen; Website https://davos.exchange; alt. Website https://dafos1990.business.site; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

OFFICE OF FOREIGN ASSETS CONTROL                                SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

DAVOS EXCHANGE AND REMITTANCES COMPANY KHALED AL ATHARI AND PARTNER GENERAL PARTNERSHIP (Arabic: شركة داقوس للصرافة والتحويلات خالد العذري وشريكه التضامنية) (a.k.a. DAVOS COMPANY FOR EXCHANGE AND TRANSFERS), Sanaa, Yemen; Website https://davos.exchange; alt. Website https://dafos1990.business.site; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

DAVYDKO, Gennadi Bronislavovich (Cyrillic: ДАВЫДЬКО, Геннади Брониславович) (a.k.a. DAVYDKO, Gennady; a.k.a. DAVYDZKA, Genadz Branislavavich (Cyrillic: ДАВЫДЗЬКА, Генадзь Браніславaвіч)), Minsk, Belarus; DOB 29 Sep 1955; POB Popovka village, Senno/Sjanno, Vitebsk Region, Belarus; nationality Belarus; Gender Male; Passport MP2156098 (Belarus) (individual) [BELARUS-EO14038].

DAVYDKO, Gennady (a.k.a. DAVYDKO, Gennadi Bronislavovich (Cyrillic: ДАВЫДЬКО, Геннадий Брониславович); a.k.a. DAVYDZKA, Genadz Branislavavich (Cyrillic: ДАВЫДЗЬКА, Генадзь Браніславaвіч)), Minsk, Belarus; DOB 29 Sep 1955; POB Popovka village, Senno/Sjanno, Vitebsk Region, Belarus; nationality Belarus; Gender Male; Passport MP2156098 (Belarus) (individual) [BELARUS-EO14038].

DAVYDOVA, Natalya (a.k.a. STRESHINSKAYA, Natalia Alekseyevna; a.k.a. STRESHINSKAYA, Natalia Alexeevna; a.k.a. STRESHINSKAYA, Natalya; a.k.a. "Tetya Motya"), Posledniy Per. 14, Apt #6, Moscow 107045, Russia; 65 Route de Bievres, Verrieres-le-Buisson 91370, France; DOB 14 Nov 1982; POB Smolensk, Russia; nationality Russia; alt. nationality Cyprus; Gender Female; Passport 721644521 (Russia) issued 22 Oct 2012 expires 13 Mar 2022; alt. Passport K00481386 (Cyprus) issued 03 Oct 2019 expires 03 Oct 2029 (individual) [RUSSIA-EO14024] (Linked To: STRESHINSKIY, Vladimir Yakovlevich).

DAVYDZKA, Genadz Branislavavich (Cyrillic: ДАВЫДЗЬКА, Генадзь Браніславaвіч) (a.k.a. DAVYDKO, Gennadi Bronislavovich (Cyrillic: ДАВЫДЬКО, Геннадий Брониславович); a.k.a. DAVYDKO, Gennady), Minsk, Belarus; DOB 29 Sep 1955; POB Popovka village, Senno/Sjanno, Vitebsk Region, Belarus; nationality Belarus; Gender Male; Passport MP2156098 (Belarus) (individual) [BELARUS-EO14038].

DAWARAH, Ahmad, Syria; DOB 21 Feb 1959; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

DAWLA AL ISLAMIYA (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

DAWLATUL ISLAMIYAH WALIYATUL MASRIK (a.k.a. DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS EAST ASIA DIVISION; a.k.a. IS PHILIPPINES; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIL PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a. ISIS IN THE PHILIPPINES; a.k.a. ISIS

PHILIPPINE PROVINCE; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a. "DIWM"; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines [FTO] [SDGT].

DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a. IS EAST ASIA DIVISION; a.k.a. IS PHILIPPINES; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIL PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a. ISIS IN THE PHILIPPINES; a.k.a. ISIS PHILIPPINE PROVINCE; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a. "DIWM"; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines [FTO] [SDGT].

DAWN MARINE MANAGEMENT CO LTD, Changgyong 2-dong, Sosong-guyok, Pyongyang, Korea, North; Nationality of Registration Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number 5926921 [DPRK4].

DAWOOD IBRAHIM ORGANIZATION (a.k.a. "D COMPANY"), India; Pakistan; United Arab Emirates [SDNTK].

DAWOUD, Muhammad (a.k.a. MUZZAMIL, Mohammad Daoud), Afghanistan; DOB 1983; POB Nahr-e Saraj District, Helmand Province, Afghanistan; Gender Male (individual) [SDGT] (Linked To: TALIBAN).

DAY BANK (a.k.a. DEY BANK), 45 Vali Asr Ave, Parvin St, Tehran 1966835611, Iran; SWIFT/BIC DAYBIRTH; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [IRAN] [SDGT] [IFSR] (Linked To: MARTYRS FOUNDATION).

DAY BANK BROKERAGE COMPANY, No. 58, 2nd, 3rd, and 4th floors, 14th street, Khaled Istanbuli Street, Tehran, Iran; Website www.daybankbroker.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: DAY BANK).

DAY COMPANY (a.k.a. DEY COMPANY (Arabic: شرکت دی); a.k.a. SHERKAT-E DEY), No 18, Fakhr Razi Street, Enghelab Street, Tehran, Iran; Website http://day-cc.com; Additional

Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861092038 (Iran); Registration Number 93 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

DAY E-COMMERCE, No. 66, Mansour Alley, Next to Tehran Grand Hotel, Motahari Street, Tehran, Iran; Website www.dec.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: DAY BANK).

DAY EXCHANGE COMPANY, No. 239, First Floor of Day Insurance Building, Mirdamad Blvd, Tehran, Iran; Website www.dayexchange.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: DAY BANK).

DAY INVESTMENT (a.k.a. SARMAYE GOZARI DAY), Iran [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

DAY IRANIAN FINANCIAL AND ACCOUNTING SERVICES COMPANY, No. 4, 4th Floor, Farid Afshar Street, Shahid Dastgerdi Street, Tehran, Iran; Website http://fsday.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: DAY BANK).

DAY LEASING COMPANY, No. 5, Shahid Dademan Street, N. Gol Afshan, W. Ivanak, Shahrak Qarb, Tehran, Iran; Website https://leasingday.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: DAY BANK).

DAYA, Mohamed Ould Mahri Ahmed (a.k.a. DEYA, Mohamed Ould Ahmed; a.k.a. MAHRI, Mohamed Ben Ahmed; a.k.a. "Mohamed Rouggy"; a.k.a. "Mohamed Rougie"; a.k.a. "Mohamed Rouji"; a.k.a. "Mohammed Rougi"), Bamako, Mali; DOB 1979; POB Tabankort, Mali; nationality Mali; Gender Male; Passport AA00272627 (Mali); alt. Passport AA0263957 (Mali) (individual) [MALI-EO13882].

DAYA, Yoro Ould (a.k.a. BEN DAHA, Mahri Sidi Amar; a.k.a. DAHA, Sidi Amar Ould; a.k.a. DAHA, Yoro Ould; a.k.a. "Yoro"), Golf Rue 708 Door 345, Gao, Mali; DOB 1978; POB Djebock, Mali; nationality Mali; Gender Male; National ID No. 11262/1547 (Mali) (individual) [MALI-EO13882].

DAYAN GLOBAL TRADE DIS TICARET ITHALAT IHRACAT SANAYI VE TICARET LIMITED SIRKETI (a.k.a. "DAYAN GLOBAL"), Barbaros MH. Alzambak Sk. Varyap Meridian A Blk. Grand Tow. 2/354 Atasehir, Istanbul, Turkey; Gostep MAH, Istoc 3, CAD, SIT E Block

Apt NO: 7 /51 Bagcilar, Istanbul, Turkey; Organization Established Date 20 Apr 2018; Commercial Registry Number 271136147400001 (Turkey) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

DAYENI, Mahmoud Mohammadi; Additional Sanctions Information - Subject to Secondary Sanctions; Passport J16661804 (Iran) (individual) [NPWMD] [IFSR] (Linked To: NEKA NOVIN).

DAYRI, Ammar, Syria; DOB 06 Mar 1967; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

DAYRI, Muhammad Husayn (a.k.a. DEIRY, Mohamad Majd; a.k.a. DEIRY, Mohamad Majd Hussen), Syria; DOB 06 Jun 1961; nationality Syria; Gender Male; Passport 010213193 (Syria) expires 22 Jul 2017; alt. Passport 011786268 (Syria) expires 24 Oct 2019 (individual) [BELARUS-EO14038] (Linked To: BLACK SHIELD COMPANY FOR GENERAL TRADING LLC).

DAYVTEKHNOSERVIS (a.k.a. DAIVTEKHNOSERVIS, OOO; a.k.a. DIVE TECHNO SERVICES; a.k.a. DIVETECHNOSERVICES), d. 18 korp. 2 litera A, ul. Zheleznovodskaya, St. Petersburg 199155, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: FEDERAL SECURITY SERVICE).

DAYYUB, Rajab, Syria; DOB 01 Jan 1963; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

DAYYUB, Tha'ir, Syria; DOB 01 Dec 1971; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

DCB FINANCE LIMITED, Akara Building, 24 de Castro Street, Wickhams Cay I, Road Town, Tortola, Virgin Islands, British; Dalian, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL

MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. HUMANI'TERRE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org [SDGT] (Linked To: HAMAS).

DE CORTEZ, Vanessa (a.k.a. VALENZUELA VALENZUELA, Vanessa); DOB 16 Nov 1985; POB Culiacan, Sinaloa, Mexico; C.U.R.P. VAVV851116MSLLLN05 (Mexico) (individual) [SDNTK] (Linked To: BUENOS AIRES SERVICIOS, S.A. DE C.V.; Linked To: ESTACIONES DE SERVICIOS CANARIAS, S.A. DE C.V.; Linked To: GASODIESEL Y SERVICIOS ANCONA, S.A. DE C.V.; Linked To: GASOLINERA ALAMOS COUNTRY, S.A. DE C.V.; Linked To: GASOLINERA Y SERVICIOS VILLABONITA, S.A. DE C.V.; Linked To: PETROBARRANCOS, S.A. DE C.V.).

DE FRUTOS, Jose Ignacio Reta (a.k.a. DE FRUTOS, Joseba Inaki Reta; a.k.a. FRUIT, Joseba Inaki Reta); DOB 03 Jul 1959; POB Elorrio, Vizcaya, Spain; nationality Spain; National ID No. 72.253.056 (Spain); Member of

the Basque Fatherland and Liberty (ETA) and is a fugitive (individual) [SDGT].

DE FRUTOS, Joseba Inaki Reta (a.k.a. DE FRUTOS, Jose Ignacio Reta; a.k.a. FRUIT, Joseba Inaki Reta); DOB 03 Jul 1959; POB Elorrio, Vizcaya, Spain; nationality Spain; National ID No. 72.253.056 (Spain); Member of the Basque Fatherland and Liberty (ETA) and is a fugitive (individual) [SDGT].

DE GARIKOITZ ASPIAZU RUBINA, Miguel (a.k.a. DE GARIKOITZ ASPIAZU URBINA, Miguel; a.k.a. "CHEROKEE"; a.k.a. "TXEROKI"); DOB 06 Jul 1973; POB Bilbao, Vizcaya, Spain; nationality Spain; National ID No. 14.257.455 (Spain); Member of the Basque Fatherland and Liberty (ETA) and currently detained in France (individual) [SDGT].

DE GARIKOITZ ASPIAZU URBINA, Miguel (a.k.a. DE GARIKOITZ ASPIAZU RUBINA, Miguel; a.k.a. "CHEROKEE"; a.k.a. "TXEROKI"); DOB 06 Jul 1973; POB Bilbao, Vizcaya, Spain; nationality Spain; National ID No. 14.257.455 (Spain); Member of the Basque Fatherland and Liberty (ETA) and currently detained in France (individual) [SDGT].

DE GEETERE, Hans (a.k.a. DE GEETERE, Hans Maria Christiane Herve; a.k.a. "DE GEETERE, Hmch"; a.k.a. "Dick Boss"), Paul Parmentierlaan 121, Knokke Heist 8300, Belgium; Nyckeesstraat 4, Knokke Heist 8300, Belgium; DOB 20 Jun 1962; POB Deinze, Belgium; nationality Belgium; Gender Male; Passport EN985009 (Belgium) expires 26 Jul 2023; National ID No. 592945001464 (Belgium) (individual) [RUSSIA-EO14024].

DE GEETERE, Hans Maria Christiane Herve (a.k.a. DE GEETERE, Hans; a.k.a. "DE GEETERE, Hmch"; a.k.a. "Dick Boss"), Paul Parmentierlaan 121, Knokke Heist 8300, Belgium; Nyckeesstraat 4, Knokke Heist 8300, Belgium; DOB 20 Jun 1962; POB Deinze, Belgium; nationality Belgium; Gender Male; Passport EN985009 (Belgium) expires 26 Jul 2023; National ID No. 592945001464 (Belgium) (individual) [RUSSIA-EO14024].

DE GEETERE, Tom (a.k.a. DE GEETERE, Tom Maria; a.k.a. DE GEETERE, Tom Maria Leonza Edward), Belgium; DOB 26 Feb 1964; nationality Belgium; Gender Male; Passport EH641188 (Belgium) expires 23 Aug 2014 (individual) [RUSSIA-EO14024] (Linked To: EUROPEAN TECHNICAL TRADING).

DE GEETERE, Tom Maria (a.k.a. DE GEETERE, Tom; a.k.a. DE GEETERE, Tom Maria Leonza Edward), Belgium; DOB 26 Feb 1964;

nationality Belgium; Gender Male; Passport EH641188 (Belgium) expires 23 Aug 2014 (individual) [RUSSIA-EO14024] (Linked To: EUROPEAN TECHNICAL TRADING).

DE GEETERE, Tom Maria Leonza Edward (a.k.a. DE GEETERE, Tom; a.k.a. DE GEETERE, Tom Maria), Belgium; DOB 26 Feb 1964; nationality Belgium; Gender Male; Passport EH641188 (Belgium) expires 23 Aug 2014 (individual) [RUSSIA-EO14024] (Linked To: EUROPEAN TECHNICAL TRADING).

DE HANDAL, Ena (a.k.a. HERNANDEZ AMAYA, Ena Elizabeth), San Pedro Sula, Cortes, Honduras; DOB 03 Sep 1978; nationality Honduras; National ID No. 0501-1978-08173 (Honduras) (individual) [SDNTK] (Linked To: J & E S. DE R.L. DE C.V.).

DE ICAZA LOZANO, Alejandro, c/o ILC EXPORTACIONES, S. DE R.L. DE C.V., Mexico, Distrito Federal, Mexico; Club de Golf No. 18, Casa No. 2, Conjunto Residencial Club Vista, La Atizapan de Zaragoza, Estado de Mexico, Mexico; DOB 22 Jan 1953; POB Distrito Federal, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. IALA530122HDFCZL08 (Mexico) (individual) [SDNTK].

DE KONING, Martinus Pterus Henri (a.k.a. DE KONING, Martinus Pterus Henrikus; a.k.a. "DE KONING, Martijns"; a.k.a. "DE KONING, Mph"), Boxtel, Netherlands; DOB 07 Jan 1987; POB Netherlands; nationality Netherlands; Email Address mdk1987@hotmail.nl; Gender Male; Passport NNJ8FR670 (Netherlands) (individual) [ILLICIT-DRUGS-EO14059].

DE KONING, Martinus Pterus Henrikus (a.k.a. DE KONING, Martinus Pterus Henri; a.k.a. "DE KONING, Martijns"; a.k.a. "DE KONING, Mph"), Boxtel, Netherlands; DOB 07 Jan 1987; POB Netherlands; nationality Netherlands; Email Address mdk1987@hotmail.nl; Gender Male; Passport NNJ8FR670 (Netherlands) (individual) [ILLICIT-DRUGS-EO14059].

DE LAVILLA, Mike (a.k.a. LABELLA, Omar; a.k.a. LAVILLA, Mile D.; a.k.a. LAVILLA, Omar; a.k.a. LAVILLA, Ramo; a.k.a. LAVILLA, Reuben; a.k.a. LAVILLA, Reuben Omar; a.k.a. LAVILLA, Reymund; a.k.a. LAVILLA, Ruben Pestano, Jr.; a.k.a. LOBILLA, Shaykh Omar; a.k.a. MUDDARIS, Abdullah; a.k.a. SHARIEF, Ahmad Omar), 10th Avenue, Caloocan City, Manila, Philippines; Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; DOB 04 Oct 1972; POB Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo

Province, Philippines; nationality Philippines (individual) [SDGT].

DE LEON BECERRA, Eliseo, Calle 16 de Septiembre 109, Int. 5, San Jeronimo Chicahualco, Metepec, Estado de Mexico, Mexico; DOB 04 Nov 1989; POB Toluca, Mexico; nationality Mexico; Gender Male; C.U.R.P. LEBE891104HMCNCL02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

DE LIMA SALAS, David Eugenio, Villas Martinique Casa 131 El Morro, Lecherias, Anzoategui, Venezuela; DOB 03 Apr 1959; POB Puerto La Cruz, Estado Anzoategui, Venezuela; nationality Venezuela; Gender Male; Cedula No. V-4719253 (Venezuela); Passport 144763935 (Venezuela) expires 02 Jul 2022 (individual) [VENEZUELA].

DE LOS REYES, Feliciano (a.k.a. ABDILLAH, Abubakar; a.k.a. ABDILLAH, Ustadz Abubakar; a.k.a. CASTRO, Jorge; a.k.a. DE LOS REYES, Feliciano Abubakar; a.k.a. DELOS REYES Y SEMBERIO, Feliciano; a.k.a. DELOS REYES, Feliciano Semborio; a.k.a. DELOS REYES, Feliciano Semborio, Jr.; a.k.a. DELOS REYES, Ustadz Abubakar; a.k.a. REYES, Abubakar; a.k.a. "ABDILLAH, Abdul"); DOB 04 Nov 1963; POB Arco, Lamitan, Basilan Province, Philippines; nationality Philippines (individual) [SDGT].

DE LOS REYES, Feliciano Abubakar (a.k.a. ABDILLAH, Abubakar; a.k.a. ABDILLAH, Ustadz Abubakar; a.k.a. CASTRO, Jorge; a.k.a. DE LOS REYES, Feliciano; a.k.a. DELOS REYES Y SEMBERIO, Feliciano; a.k.a. DELOS REYES, Feliciano Semborio; a.k.a. DELOS REYES, Feliciano Semborio, Jr.; a.k.a. DELOS REYES, Ustadz Abubakar; a.k.a. REYES, Abubakar; a.k.a. "ABDILLAH, Abdul"); DOB 04 Nov 1963; POB Arco, Lamitan, Basilan Province, Philippines; nationality Philippines (individual) [SDGT].

DE VERA Y ABOGNE, Pio (a.k.a. DE VERA, Esmael; a.k.a. DE VERA, Ismael; a.k.a. DE VERA, Ismail; a.k.a. DE VERA, Pio Abagne; a.k.a. DE VERA, Pio Abogne; a.k.a. DE VERA, Pio Abogue; a.k.a. OBOGNE, Leo M.; a.k.a. "ART, Tito"; a.k.a. "MANEX"), Concepcion, Zaragosa, Nueva Ecija Province, Philippines; DOB 19 Dec 1969; POB Bagac, Bagamanok, Catanduanes Province, Philippines; nationality Philippines (individual) [SDGT].

DE VERA, Esmael (a.k.a. DE VERA Y ABOGNE, Pio; a.k.a. DE VERA, Ismael; a.k.a. DE VERA, Ismail; a.k.a. DE VERA, Pio Abagne; a.k.a. DE VERA, Pio Abogne; a.k.a. DE VERA, Pio

Abogue; a.k.a. OBOGNE, Leo M.; a.k.a. "ART, Tito"; a.k.a. "MANEX"), Concepcion, Zaragosa, Nueva Ecija Province, Philippines; DOB 19 Dec 1969; POB Bagac, Bagamanok, Catanduanes Province, Philippines; nationality Philippines (individual) [SDGT].

DE VERA, Ismael (a.k.a. DE VERA Y ABOGNE, Pio; a.k.a. DE VERA, Esmael; a.k.a. DE VERA, Ismail; a.k.a. DE VERA, Pio Abagne; a.k.a. DE VERA, Pio Abogue; a.k.a. DE VERA, Pio Abogue; a.k.a. OBOGNE, Leo M.; a.k.a. "ART, Tito"; a.k.a. "MANEX"), Concepcion, Zaragosa, Nueva Ecija Province, Philippines; DOB 19 Dec 1969; POB Bagac, Bagamanok, Catanduanes Province, Philippines; nationality Philippines (individual) [SDGT].

DE VERA, Ismail (a.k.a. DE VERA Y ABOGNE, Pio; a.k.a. DE VERA, Esmael; a.k.a. DE VERA, Ismael; a.k.a. DE VERA, Pio Abagne; a.k.a. DE VERA, Pio Abogue; a.k.a. DE VERA, Pio Abogue; a.k.a. OBOGNE, Leo M.; a.k.a. "ART, Tito"; a.k.a. "MANEX"), Concepcion, Zaragosa, Nueva Ecija Province, Philippines; DOB 19 Dec 1969; POB Bagac, Bagamanok, Catanduanes Province, Philippines; nationality Philippines (individual) [SDGT].

DE VERA, Pio Abagne (a.k.a. DE VERA Y ABOGNE, Pio; a.k.a. DE VERA, Esmael; a.k.a. DE VERA, Ismael; a.k.a. DE VERA, Ismail; a.k.a. DE VERA, Pio Abogue; a.k.a. DE VERA, Pio Abogue; a.k.a. OBOGNE, Leo M.; a.k.a. "ART, Tito"; a.k.a. "MANEX"), Concepcion, Zaragosa, Nueva Ecija Province, Philippines; DOB 19 Dec 1969; POB Bagac, Bagamanok, Catanduanes Province, Philippines; nationality Philippines (individual) [SDGT].

DE VERA, Pio Abogue (a.k.a. DE VERA Y ABOGNE, Pio; a.k.a. DE VERA, Esmael; a.k.a. DE VERA, Ismael; a.k.a. DE VERA, Ismail; a.k.a. DE VERA, Pio Abagne; a.k.a. DE VERA, Pio Abogue; a.k.a. OBOGNE, Leo M.; a.k.a. "ART, Tito"; a.k.a. "MANEX"), Concepcion, Zaragosa, Nueva Ecija Province, Philippines; DOB 19 Dec 1969; POB Bagac, Bagamanok, Catanduanes Province, Philippines; nationality Philippines (individual) [SDGT].

DE VERA, Pio Abogue (a.k.a. DE VERA Y ABOGNE, Pio; a.k.a. DE VERA, Esmael; a.k.a. DE VERA, Ismael; a.k.a. DE VERA, Ismail; a.k.a. DE VERA, Pio Abagne; a.k.a. DE VERA, Pio Abogue; a.k.a. OBOGNE, Leo M.; a.k.a. "ART, Tito"; a.k.a. "MANEX"), Concepcion, Zaragosa, Nueva Ecija Province, Philippines; DOB 19 Dec 1969; POB Bagac, Bagamanok,

Catanduanes Province, Philippines; nationality Philippines (individual) [SDGT].

DEBBIYE 143 SAL (a.k.a. AL DIBIYA 143 SAL), Adnane Al Hakim Street, Al-Wazeer Building, First Floor, Building No. 3673, Msaytbeh, Beirut, Lebanon; Commercial Registry Number 1013410 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

DEBBIYE 383 SAL (Arabic: .ل.م.ش 383 الدبية), Al Jnah, Poet Adnan Hakim, First Floor, Property 3673, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Oct 2012; Registration Number 1016055 (Lebanon) [SDGT] (Linked To: BAKER, Rami Yaacoub).

DEBONO, Darren, 3 Saint Joseph, Saint Anthony Street, San Gwann, Malta; 22 Mensija St., San Gwann, Malta; DOB 09 Jan 1974; nationality Malta; citizen Malta; Gender Male; Passport 1071341 (Malta); National ID No. 049474M (Malta) (individual) [LIBYA3].

DEBONO, Gordon, 18, Drive 41, Tumas Galea Street Ta'Paris, Birkirkara, Malta; DOB 07 May 1974; POB Malta; nationality Malta; Gender Male; Passport 354841 (Malta); National ID No. 234574M (Malta) (individual) [LIBYA3].

DEBOUTTE, Pieter Albert; DOB 15 Jun 1966; POB Roeselare, Flanders, Belgium; nationality Belgium; Gender Male (individual) [GLOMAG] (Linked To: GERTLER, Dan; Linked To: FLEURETTE PROPERTIES LIMITED; Linked To: GERTLER FAMILY FOUNDATION).

DECART OOD (a.k.a. DEKART OOD), 2A Krakra Str., Oborishte Distr., Sofia, Stolichna 1504, Bulgaria; Organization Established Date 2003; V.A.T. Number BG 131122494 (Bulgaria) [GLOMAG] (Linked To: VABO SYSTEMS EOOD).

DEDOV, Mikhail Aleksandrovich, Russia; DOB 04 Sep 1952; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

DEEB, Ahmad (a.k.a. AL-DIB, Ahmed (Arabic: الديب احمد); a.k.a. DEEB, Ahmed; a.k.a. DIB, Ahmad; a.k.a. DIB, Ahmed (Arabic: ديب احمد); a.k.a. DIBE, Ahmad; a.k.a. DIBE, Ahmed (Arabic: ديبى احمد)), Damascus, Syria; DOB 1961; POB Ayn Al-Tineh Village, Latakia, Syria; nationality Syria; Gender Male; Brigadier General (individual) [SYRIA] (Linked To: SYRIAN GENERAL INTELLIGENCE DIRECTORATE).

DEEB, Ahmed (a.k.a. AL-DIB, Ahmed (Arabic: الديب احمد); a.k.a. DEEB, Ahmad; a.k.a. DIB, Ahmad; a.k.a. DIB, Ahmed (Arabic: ديب احمد); a.k.a. DIBE, Ahmad; a.k.a. DIBE, Ahmed (Arabic: ديبى احمد)), Damascus, Syria; DOB 1961; POB Ayn Al-Tineh Village, Latakia, Syria; nationality Syria; Gender Male; Brigadier General (individual) [SYRIA] (Linked To: SYRIAN GENERAL INTELLIGENCE DIRECTORATE).

DEEP OFFSHORE TECHNOLOGY COMPANY, P.J.S., 1st Floor, Sadra Building, No. 3, Shafagh Street, Shahid Dadman Boulevard, Paknejad Boulevard, 7th Phase, Shahrake-E-Quds, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

DEFENCE INDUSTRIES ORGANISATION (a.k.a. DEFENSE INDUSTRIES ORGANIZATION; a.k.a. DIO; a.k.a. SASEMAN SANAJE DEFA; a.k.a. SAZEMANE SANAYE DEFA; a.k.a. "SASADJA"), P.O. Box 19585-777, Pasdaran Street, Entrance of Babaie Highway, Permanent Expo of Defence Industries Organization, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

DEFENDERS OF ISLAM (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR UL ISLAM OF MALAM BOUREIMA DICKO; a.k.a. ANSAROUR ISLAM; a.k.a. ANSARUL ISLAM; a.k.a. ANSAR-UL-ISLAM LIL-ICHAD WAL JIHAD; a.k.a. "IRSAD"), Douna, Mali; Soum Province, Burkina Faso; Burkina Faso; Selba, Mali [SDGT].

DEFENDERS OF THE FAITH (a.k.a. ANCAR DINE; a.k.a. ANSAR AL-DIN; a.k.a. ANSAR AL-DINE; a.k.a. ANSAR DINE; a.k.a. ANSAR EDDINE; a.k.a. ANSAR UL-DINE), Region: Northern Mali [FTO] [SDGT].

DEFENS INZHINIRING (a.k.a. DEFENSE ENGINEERING LIMITED LIABILITY PARTNERSHIP (Cyrillic: ТОВАРИЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДЭФЭНС ИНЖИНИРИНГ); a.k.a. "DEFENSE ENGINEERING, TOO"), Ul. Dinmukhamed Konaev 12/1, Sultan, Kazakhstan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 27 Nov 2018; Company Number 181140030924 (Kazakhstan) [DPRK] (Linked To: MKRTYCHEV, Ashot).

DEFENSE ENGINEERING LIMITED LIABILITY PARTNERSHIP (Cyrillic: ТОВАРИЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДЭФЭНС ИНЖИНИРИНГ) (a.k.a. DEFENS INZHINIRING; a.k.a. "DEFENSE ENGINEERING, TOO"), Ul. Dinmukhamed Konaev 12/1, Sultan, Kazakhstan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 27 Nov 2018; Company Number 181140030924 (Kazakhstan) [DPRK] (Linked To: MKRTYCHEV, Ashot).

DEFENSE HOLDING STRUCTURE 'WOLF' (a.k.a. HOLDING SECURITY STRUCTURE WOLF; a.k.a. KHOLDING OKHRANNYKH STRUKTUR VOLK; a.k.a. WOLF HOLDING COMPANY; a.k.a. 'WOLF' HOLDING OF SECURITY STRUCTURES), ul. Panferova d. 18, Moscow 119261, Russia; Nizhniye Mnevniki, 110, Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7736640919 (Russia) [UKRAINE-EO13660].

DEFENSE INDUSTRIES ORGANIZATION (a.k.a. DEFENCE INDUSTRIES ORGANISATION; a.k.a. DIO; a.k.a. SASEMAN SANAJE DEFA; a.k.a. SAZEMANE SANAYE DEFA; a.k.a. "SASADJA"), P.O. Box 19585-777, Pasdaran Street, Entrance of Babaie Highway, Permanent Expo of Defence Industries Organization, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

DEFENSE INDUSTRIES SYSTEM (a.k.a. MILITARY INDUSTRY CORPORATION; a.k.a. "DEFENSE INDUSTRIES CORPORATION"; a.k.a. "DEFENSE INDUSTRY SYSTEM"), Khartoum North, Khartoum 10783, Sudan; Organization Established Date 1993; Organization Type: Defense activities [SUDAN-EO14098].

DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER (a.k.a. INSTITUTE FOR DEFENSE EDUCATION AND RESEARCH; a.k.a. MOASSESE AMOZESH VA TAHGHIGHATI; a.k.a. "DTSRC"; a.k.a. "MAVT CO."), Pasdaran Avenue, P.O. Box 19585/777, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [NPWMD] [IFSR] (Linked

To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

DEGHDEGH, Ahmed (a.k.a. "ABU ABDALLAH"; a.k.a. "AL ILLAH, Abd"); DOB 17 Jan 1967; POB Anser, Jijel, Algeria (individual) [SDGT].

DEGTYAREV, Mikhail Vladimirovich (Cyrillic: ДЕГТЯРЁВ, Михаил Владимирович) (a.k.a. DEGTYARYOV, Mikhail Vladimirovich), Khabarovsk Region, Russia; Sevastopol, Crimea, Ukraine; DOB 10 Jul 1981; POB Samara, Samara Region, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

DEGTYARYOV, Mikhail Vladimirovich (a.k.a. DEGTYAREV, Mikhail Vladimirovich (Cyrillic: ДЕГТЯРЁВ, Михаил Владимирович)), Khabarovsk Region, Russia; Sevastopol, Crimea, Ukraine; DOB 10 Jul 1981; POB Samara, Samara Region, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

DEHDASHT PETROCHEMICAL INDUSTRIES CO. (a.k.a. DAH DASHT PETROCHEMICAL INDUSTRIES; a.k.a. DAHDASHT PETROCHEMICAL INDUSTRIES), Afrigha Boulevard, Below the JahanKodak, No. 9th Street, Petrochemical Trading Building, 7/5000 5th floor, Unit 21, Tehran, Iran; Website www.dpi-co.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] (Linked To: IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY).

DEHGHAN POUDEH, Hossein (a.k.a. DEHGHAN, Hossein), Iran; DOB 1957; POB Poudeh, Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

DEHGHAN, Hadi (Arabic: هادى دهقان) (a.k.a. CHENARI, Hadi Dehghan); DOB 21 Sep 1987; POB Yazd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4433648353 (individual) [NPWMD] [IFSR] (Linked To: RASTAFANN ERTEBAT ENGINEERING COMPANY).

DEHGHAN, Hamed (Arabic: حامد دهقان) (a.k.a. CHENARI, Hamed Ahmad Ali Dehghan), Unit 17, Building number 48, Metro Area of Pars Tehran, East Resalat, Iran; DOB 1984; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4432874473 (Iran) (individual) [NPWMD] [IFSR] (Linked To:

RASTAFANN ERTEBAT ENGINEERING COMPANY).

DEHGHAN, Hossein (a.k.a. DEHGHAN POUDEH, Hossein), Iran; DOB 1957; POB Poudeh, Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

DEHGHAN, Majid, Iran; DOB 22 Sep 1988; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0083115234 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: FATEH ASEMAN SHARIF COMPANY).

DEHKADEH TELECOMMUNICATION AND SECURITY COMPANY (a.k.a. MAHAK RAYAN AFRAZ; a.k.a. MEHRSAM ANDISHEH SAZ NIK), Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 14009946460 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

DEHONG TAILONG INDUSTRY COMPANY LIMITED (a.k.a. DEHONG THAILONG HOTEL CO., LTD.; a.k.a. TAI LONG HOTEL; a.k.a. TAI LUNG HOTEL; a.k.a. THAI LONG HOTEL; a.k.a. THAILONG HOTEL), Mang Shih Economic Development Zone, De Hong District, Yunnan Province, China; No. 58, Mangshi Avenue, Luxi City, Yunnan, China [SDNTK].

DEHONG THAILONG HOTEL CO., LTD. (a.k.a. DEHONG TAILONG INDUSTRY COMPANY LIMITED; a.k.a. TAI LONG HOTEL; a.k.a. TAI LUNG HOTEL; a.k.a. THAI LONG HOTEL; a.k.a. THAILONG HOTEL), Mang Shih Economic Development Zone, De Hong District, Yunnan Province, China; No. 58, Mangshi Avenue, Luxi City, Yunnan, China [SDNTK].

DEIF, Muhammed (a.k.a. AL-DAYF, Muhammad; a.k.a. AL-MASRI, Mohammed), Gaza, Palestinian; DOB 01 Jan 1963 to 31 Dec 1965; POB Khan Younis, Gaza; nationality Palestinian (individual) [SDGT] (Linked To: HAMAS).

DEIRY, Mohamad Majd (a.k.a. DAYRI, Muhammad Husayn; a.k.a. DEIRY, Mohamad Majd Hussen), Syria; DOB 06 Jun 1961; nationality Syria; Gender Male; Passport 010213193 (Syria) expires 22 Jul 2017; alt. Passport 011786268 (Syria) expires 24 Oct 2019 (individual) [BELARUS-EO14038] (Linked To: BLACK SHIELD COMPANY FOR GENERAL TRADING LLC).

DEIRY, Mohamad Majd Hussen (a.k.a. DAYRI, Muhammad Husayn; a.k.a. DEIRY, Mohamad Majd), Syria; DOB 06 Jun 1961; nationality Syria; Gender Male; Passport 010213193 (Syria) expires 22 Jul 2017; alt. Passport 011786268 (Syria) expires 24 Oct 2019 (individual) [BELARUS-EO14038] (Linked To: BLACK SHIELD COMPANY FOR GENERAL TRADING LLC).

DEKART OOD (a.k.a. DECART OOD), 2A Krakra Str., Oborishte Distr., Sofia, Stolichna 1504, Bulgaria; Organization Established Date 2003; V.A.T. Number BG 131122494 (Bulgaria) [GLOMAG] (Linked To: VABO SYSTEMS EOOD).

DEL BROS OVERSEAS, S.A., Calle 73, Edificio Mirador, Piso 8, Of. A, San Francisco, Panama, Panama; RUC # 1182190-1-578348 (Panama); Folio Mercantil No. 578348 (Panama) [SDNTK].

DEL NOGAL MARQUEZ, Walter Alexander, Miranda, Venezuela; Edificio Poli centro, Piso 4, Of. 3, Panama, Panama; DOB 02 Oct 1969; citizen Venezuela; Gender Male; Cedula No. 9965580 (Venezuela); Passport C1940147 (Venezuela) (individual) [SDNTK] (Linked To: DEL BROS OVERSEAS, S.A.; Linked To: DMI TRADING INC.; Linked To: FINANCIAL CORPORATION FINCORP, C.A.; Linked To: FINANCIAL CORPORATION (FINCORP INTERNATIONAL), S.A.; Linked To: VIC DEL INC. (OFF SHORE)).

DEL NORTES CARNES FINAS SAN IGNACIO S.A. DE C.V., Chihuahua, Chihuahua, Mexico [SDNTK].

DEL ROSARIO PUENTE, Ramon Antonio (a.k.a. "TONO LENA" (Latin: "TOÑO LEÑA")), Dominican Republic; DOB 13 Sep 1968; POB Guaymate, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 026-0027057-9 (Dominican Republic) (individual) [SDNTK] (Linked To: CESAR PERALTA DRUG TRAFFICKING ORGANIZATION).

DEL ROSARIO SANTOS III, Hilarion (a.k.a. DEL ROSARIO SANTOS, Ahmad Islam; a.k.a. DEL ROSARIO SANTOS, Hilarion; a.k.a. SANTOS, Ahmad (Ahmed); a.k.a. "LAKAY, Abu"), No. 50 Purdue Street, Cubao Quezon City, Philippines; DOB 1971; POB Manila, Phillipines; RSM leader (individual) [SDGT].

DEL ROSARIO SANTOS, Ahmad Islam (a.k.a. DEL ROSARIO SANTOS III, Hilarion; a.k.a. DEL ROSARIO SANTOS, Hilarion; a.k.a. SANTOS, Ahmad (Ahmed); a.k.a. "LAKAY, Abu"), No. 50 Purdue Street, Cubao Quezon City, Philippines; DOB 1971; POB Manila, Phillipines; RSM leader (individual) [SDGT].

DEL ROSARIO SANTOS, Hilarion (a.k.a. DEL ROSARIO SANTOS III, Hilarion; a.k.a. DEL ROSARIO SANTOS, Ahmad Islam; a.k.a. SANTOS, Ahmad (Ahmed); a.k.a. "LAKAY, Abu"), No. 50 Purdue Street, Cubao Quezon City, Philippines; DOB 1971; POB Manila, Phillipines; RSM leader (individual) [SDGT].

DEL VILLAR CONTRERAS, Gabriela, Puerto Vallarta, Jalisco, Mexico; DOB 06 Oct 1984; POB Chihuahua, Chihuahua, Mexico; nationality Mexico; Gender Female; R.F.C. VICG841006F31 (Mexico); C.U.R.P. VICG841006MCHLNB04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

D'ELCON S.A. (a.k.a. DISTRIBUIDORA DE ELEMENTOS PARA LA CONSTRUCCION S.A.), Carrera 23D No. 13B-59, Cali, Colombia; NIT # 800117780-2 (Colombia) [SDNT].

DELGADO CASTELLON, Celina, Residencial Mira Bosques Casa C15, Managua, Nicaragua; DOB 08 May 1976; POB Esteli, Nicaragua; nationality Nicaragua; Gender Female; National ID No. 1610805760006T (Nicaragua) (individual) [NICARAGUA].

DELGADO LOPEZ, Ruy, Carretera Masaya, Km 6.5, Plaza 800 Mts Sur Lomas Santo Domingo, Casa #6, Managua, Nicaragua; DOB 30 Jun 1949; POB Managua, Nicaragua; nationality Nicaragua; Gender Male; Passport C01850896 (Nicaragua) issued 11 May 2015 expires 11 May 2025; National ID No. 0013006490003J (Nicaragua) (individual) [NICARAGUA].

DELGADO ROSALES, Arcadio de Jesus (Latin: DELGADO ROSALES, Arcadio de Jesús), Caracas, Capital District, Venezuela; DOB 23 Sep 1954; POB Maracaibo, Zulia, Venezuela; citizen Venezuela; Gender Male; Cedula No. 4159158 (Venezuela); Passport 001875223 (Venezuela); Vice President of the Constitutional Chamber of Venezuela's Supreme Court of Justice (individual) [VENEZUELA].

DELIC, Hazim; DOB 13 May 1964; ICTY indictee (individual) [BALKANS].

DELIGHT SHIPPING CO LTD (a.k.a. DELIGHT SHIPPING COMPANY LIMITED), Flat 302, 3/F, The Strand, 49 Bonham Strand, Sheung Wan, Hong Kong, China; Room 2604, 26th Floor, Nam Wo Hong Building, 148 Wing Lok Street, Sheung Wan, Hong Kong, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846

information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); C.R. No. 2563215 (Hong Kong); Identification Number IMO 6003121 [IFCA].

DELIGHT SHIPPING COMPANY LIMITED (a.k.a. DELIGHT SHIPPING CO LTD), Flat 302, 3/F, The Strand, 49 Bonham Strand, Sheung Wan, Hong Kong, China; Room 2604, 26th Floor, Nam Wo Hong Building, 148 Wing Lok Street, Sheung Wan, Hong Kong, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); C.R. No. 2563215 (Hong Kong); Identification Number IMO 6003121 [IFCA].

DELIMHANOV, Adam Sultanovich (a.k.a. DELIMKHANOV, Adam Sultanovich (Cyrillic: ДЕЛИМХАНОВ, Адам Султанович)), Russia; DOB 25 Sep 1969; POB Benoy, Nozhay-Yurtovsky District, Chechen Republic, Russia; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [TCO] [RUSSIA-EO14024].

DELIMKHANOV, Adam Sultanovich (Cyrillic: ДЕЛИМХАНОВ, Адам Султанович) (a.k.a. DELIMHANOV, Adam Sultanovich), Russia; DOB 25 Sep 1969; POB Benoy, Nozhay-Yurtovsky District, Chechen Republic, Russia; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [TCO] [RUSSIA-EO14024].

DELL'AQUILA, Giuseppe (a.k.a. "PEPPE 'O CIUCCIO"); DOB 20 Mar 1962; POB Giugliano, Campania, Italy (individual) [TCO].

DELLOS, Reendo Cain (a.k.a. AKMAL, Hakid; a.k.a. ALVARADO, Arnulfo; a.k.a. BERUSA, Brandon; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Ahmad; a.k.a. DELLOSA, Habil Ahmad; a.k.a. DELLOSA, Habil Akmad;

a.k.a. DELLOSA, Redendo Cain; a.k.a. DELLOSA, Redendo Cain Jabil; a.k.a. "ILONGGO, Abu"; a.k.a. "LLONGGO, Abu"; a.k.a. "MUADZ, Abu"), 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; SSN 33-3208848-3 (Philippines) (individual) [SDGT].

DELLOSA Y CAIN, Redendo (a.k.a. AKMAL, Hakid; a.k.a. ALVARADO, Arnulfo; a.k.a. BERUSA, Brandon; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA, Ahmad; a.k.a. DELLOSA, Habil Akmad; a.k.a. DELLOSA, Habil Ahmad; a.k.a. DELLOSA, Redendo Cain; a.k.a. DELLOSA, Redendo Cain Jabil; a.k.a. "ILONGGO, Abu"; a.k.a. "LLONGGO, Abu"; a.k.a. "MUADZ, Abu"), 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; SSN 33-3208848-3 (Philippines) (individual) [SDGT].

DELLOSA, Ahmad (a.k.a. AKMAL, Hakid; a.k.a. ALVARADO, Arnulfo; a.k.a. BERUSA, Brandon; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Habil Ahmad; a.k.a. DELLOSA, Habil Akmad; a.k.a. DELLOSA, Redendo Cain; a.k.a. DELLOSA, Redendo Cain Jabil; a.k.a. "ILONGGO, Abu"; a.k.a. "LLONGGO, Abu"; a.k.a. "MUADZ, Abu"), 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; SSN 33-3208848-3 (Philippines) (individual) [SDGT].

DELLOSA, Habil Ahmad (a.k.a. AKMAL, Hakid; a.k.a. ALVARADO, Arnulfo; a.k.a. BERUSA, Brandon; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Ahmad; a.k.a. DELLOSA, Habil Akmad; a.k.a. DELLOSA, Redendo Cain; a.k.a. DELLOSA, Redendo Cain Jabil; a.k.a. "ILONGGO, Abu"; a.k.a. "LLONGGO, Abu"; a.k.a. "MUADZ, Abu"), 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; SSN 33-3208848-3 (Philippines) (individual) [SDGT].

DELLOSA, Habil Akmad (a.k.a. AKMAL, Hakid; a.k.a. ALVARADO, Arnulfo; a.k.a. BERUSA, Brandon; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Ahmad; a.k.a. DELLOSA, Habil Ahmad; a.k.a. DELLOSA, Redendo Cain; a.k.a. DELLOSA, Redendo Cain Jabil; a.k.a. "ILONGGO, Abu"; a.k.a. "LLONGGO, Abu"; a.k.a. "MUADZ, Abu"),

3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; SSN 33-3208848-3 (Philippines) (individual) [SDGT].

DELLOSA, Redendo Cain (a.k.a. AKMAL, Hakid; a.k.a. ALVARADO, Arnulfo; a.k.a. BERUSA, Brandon; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Ahmad; a.k.a. DELLOSA, Habil Akmad; a.k.a. DELLOSA, Redendo Cain Jabil; a.k.a. "ILONGGO, Abu"; a.k.a. "LLONGGO, Abu"; a.k.a. "MUADZ, Abu"), 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; SSN 33-3208848-3 (Philippines) (individual) [SDGT].

DELLOSA, Redendo Cain Jabil (a.k.a. AKMAL, Hakid; a.k.a. ALVARADO, Arnulfo; a.k.a. BERUSA, Brandon; a.k.a. DELLOS, Reendo Cain; a.k.a. DELLOSA Y CAIN, Redendo; a.k.a. DELLOSA, Ahmad; a.k.a. DELLOSA, Habil Ahmad; a.k.a. DELLOSA, Habil Akmad; a.k.a. DELLOSA, Redendo Cain; a.k.a. "ILONGGO, Abu"; a.k.a. "LLONGGO, Abu"; a.k.a. "MUADZ, Abu"), 3111 Ma. Bautista Street, Punta, Santa Ana, Manila, Philippines; DOB 15 May 1972; POB Punta, Santa Ana, Manila, Philippines; nationality Philippines; SSN 33-3208848-3 (Philippines) (individual) [SDGT].

DELOS REYES Y SEMBERIO, Feleciano (a.k.a. ABDILLAH, Abubakar; a.k.a. ABDILLAH, Ustadz Abubakar; a.k.a. CASTRO, Jorge; a.k.a. DE LOS REYES, Feliciano; a.k.a. DE LOS REYES, Feliciano Abubakar; a.k.a. DELOS REYES, Feleciano Semborio; a.k.a. DELOS REYES, Feliciano Semborio, Jr.; a.k.a. DELOS REYES, Ustadz Abubakar; a.k.a. REYES, Abubakar; a.k.a. "ABDILLAH, Abdul") DOB 04 Nov 1963; POB Arco, Lamitan, Basilan Province, Philippines; nationality Philippines (individual) [SDGT].

DELOS REYES, Feleciano Semborio (a.k.a. ABDILLAH, Abubakar; a.k.a. ABDILLAH, Ustadz Abubakar; a.k.a. CASTRO, Jorge; a.k.a. DE LOS REYES, Feliciano; a.k.a. DE LOS REYES, Feliciano Abubakar; a.k.a. DELOS REYES Y SEMBERIO, Feleciano; a.k.a. DELOS REYES, Feliciano Semborio, Jr.; a.k.a. DELOS REYES, Ustadz Abubakar; a.k.a. REYES, Abubakar; a.k.a. "ABDILLAH, Abdul"); DOB 04 Nov 1963; POB Arco, Lamitan, Basilan Province, Philippines; nationality Philippines (individual) [SDGT].

DELOS REYES, Feliciano Semborio, Jr. (a.k.a. ABDILLAH, Abubakar; a.k.a. ABDILLAH, Ustadz Abubakar; a.k.a. CASTRO, Jorge; a.k.a. DE LOS REYES, Feliciano; a.k.a. DE LOS REYES, Feliciano Abubakar; a.k.a. DELOS REYES Y SEMBERIO, Feleciano; a.k.a. DELOS REYES, Feliciano Semborio; a.k.a. DELOS REYES, Ustadz Abubakar; a.k.a. REYES, Abubakar; a.k.a. "ABDILLAH, Abdul"); DOB 04 Nov 1963; POB Arco, Lamitan, Basilan Province, Philippines; nationality Philippines (individual) [SDGT].

DELOS REYES, Ustadz Abubakar (a.k.a. ABDILLAH, Abubakar; a.k.a. ABDILLAH, Ustadz Abubakar; a.k.a. CASTRO, Jorge; a.k.a. DE LOS REYES, Feliciano; a.k.a. DE LOS REYES, Feliciano Abubakar; a.k.a. DELOS REYES Y SEMBERIO, Feleciano; a.k.a. DELOS REYES, Feleciano Semborio; a.k.a. DELOS REYES, Feliciano Semborio, Jr.; a.k.a. REYES, Abubakar; a.k.a. "ABDILLAH, Abdul"); DOB 04 Nov 1963; POB Arco, Lamitan, Basilan Province, Philippines; nationality Philippines (individual) [SDGT].

DELOVAYA SREDA JSC (a.k.a. JOINT STOCK COMPANY BUSINESS ENVIRONMENT), 19 Vavilova St., Moscow 117997, Russia; Tax ID No. 7736641983 (Russia); Registration Number 1127746271355 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

DELTA PARTS SUPPLY (a.k.a. DELTA PARTS SUPPLY FZC), Q1-04-048/A Saif Zone, P.O. Box 124119, Sharjah, United Arab Emirates; Saif Zone, Sharjah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR).

DELTA PARTS SUPPLY FZC (a.k.a. DELTA PARTS SUPPLY), Q1-04-048/A Saif Zone, P.O. Box 124119, Sharjah, United Arab Emirates; Saif Zone, Sharjah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR).

DELTA TECHNICAL AND SCIENTIFIC INSTRUMENTS B.V., Leidsestraat 130 B, Gemeente Hillegom 2182 DS, Netherlands; Organization Established Date 15 Apr 2014; Tax ID No. 853931781 (Netherlands); Registration Number 60486716 (Netherlands) [RUSSIA-EO14024] (Linked To: VAN INGEN, Edwin Onno).

DELTA-AERO TECHNICAL SERVICE CENTER LLC (a.k.a. LIMITED LIABILITY COMPANY

TECHNICAL SERVICE CENTER DELTA-AERO; a.k.a. LLC TSTO DELTA-AERO), Vn. Ter. Settlement Moskovsky, Kievskoe Highway 22 km, household 4, building 1, floor 6, room/office 620 A/37, Moscow 108511, Russia; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 12 Apr 2021; Tax ID No. 7730263823 (Russia); Business Registration Number 1217700171809 (Russia) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

DELVEST HOLDING COMPANY (a.k.a. DELVEST HOLDING, S.A.), Case Postale 236, 10 Bis Rue Du Vieux College 12-11, Geneva, Switzerland [CUBA].

DELVEST HOLDING, S.A. (a.k.a. DELVEST HOLDING COMPANY), Case Postale 236, 10 Bis Rue Du Vieux College 12-11, Geneva, Switzerland [CUBA].

DELYAGIN, Mikhail Gennadyevich (Cyrillic: ДЕЛЯГИН, Михаил Геннадьевич), Russia; DOB 18 Mar 1968; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DEMCHENKO, Ivan Ivanovich (Cyrillic: ДЕМЧЕНКО, Иван Иванович), Russia; DOB 27 Sep 1960; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DEMIDOV, Valentin Valentinovich (a.k.a. DEMYDOV, Valentyn); DOB 28 Nov 1976; POB Petrovsky-Dobrinsky Region, Lipestkoy Oblast, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

DEMIN, Alexander Vyacheslavovich (Cyrillic: ДЕМИН, Александр Вячеславович), Russia; DOB 23 Sep 1988; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DEMIR, Ismail; DOB 01 Apr 1960; POB Elazig, Turkey; CAATSA Section 235 Information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec 235(a)(12); alt. CAATSA Section 235 Information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec 235(a)(9); alt. CAATSA Section 235 Information: FOREIGN EXCHANGE. Sec 235(a)(7); alt. CAATSA Section 235 Information: BANKING TRANSACTIONS. Sec 235(a)(8); alt. CAATSA Section 235 Information: EXCLUSION OF CORPORATE OFFICERS. Sec 235(a)(11); Turkish Identification Number 37435275130 (Turkey); SSB Chairman (individual) [CAATSA - RUSSIA] (Linked To: PRESIDENCY OF DEFENSE INDUSTRIES).

DEMIRCI BILISIM TICARET SANAYI LIMITED SIRKETI, Mahmutlar Mah. Tepe 1 Sk. 8 No: 8 Ic Kapi No: 68, Alanya, Antalya, Turkey; Organization Established Date 17 Mar 2022; Identification Number 0282075065700001 (Turkey) [RUSSIA-EO14024].

DEMOCRATIC FORCES FOR THE LIBERATION OF RWANDA (a.k.a. COMBATANT FORCE FOR THE LIBERATION OF RWANDA; a.k.a. FDLR; a.k.a. FORCE COMBATTANTE ABACUNGUZI; a.k.a. FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA; a.k.a. "FOCA"), North and South Kivu, Congo, Democratic Republic of the [DRCONGO].

DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE (a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION; a.k.a. DFLP; a.k.a. RED STAR BATTALIONS; a.k.a. RED STAR FORCES) [SDGT].

DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION (a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. DFLP; a.k.a. RED STAR BATTALIONS; a.k.a. RED STAR FORCES) [SDGT].

DEMYDOV, Valentyn (a.k.a. DEMIDOV, Valentin Valentinovich); DOB 28 Nov 1976; POB Petrovsky-Dobrinsky Region, Lipestkoy Oblast, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

DENA AIRLINES (a.k.a. DENA AIRWAYS), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MERAJ AIR; Linked To: RONAGHI, Iraj; Linked To: ZANGANEH, Touraj).

DENA AIRWAYS (a.k.a. DENA AIRLINES), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MERAJ AIR; Linked To: RONAGHI, Iraj; Linked To: ZANGANEH, Touraj).

DENA TANKERS FZE, Free Zone, P.O. Box 5232, Fujairah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DENG, Zhonghua (Chinese Simplified: 邓中华), China; DOB Sep 1961; POB Changsha City, Hunan Province, China; nationality China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149 (individual) [HK-EO13936].

DENGIN, Vadim Yevgenyevich (Cyrillic: ДЕНЬГИН, Вадим Евгеньевич), Russia; DOB 23 Sep 1980; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DENISE COMPANY, Tayyouneh-Bdeir Building, 2nd Floor, Beirut, Lebanon [NPWMD].

DENIZ CAPITAL HOLDING AS (a.k.a. FREIGHTEX LOJISTIK DIS TICARET LTD. STI.; a.k.a. VANESSA IMEX GROUP ITHALAT IHRACAT VE DIS TICARET LIMITED SIRKETI; a.k.a. VANESSA IMEX SARL), Kazlicesme Mah Kennedy Cad. Buyukyali Ist. St, KBN: 52K/I 76 Zeytinburnu, Istanbul, Turkey; No: 8/3 Mimar Kemalettsn Mahallesi Sair Fitnat Sokak Fatih, Istanbul 34130, Turkey; Bchara Elkhouri, Down Town Sayegh Centre - 2nd Floor, Beirut, Lebanon; Website www.vanessaimex.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Jun 2020; Business Registration Number 1237466 (Turkey); Registration Number 247702-5 (Turkey); Central Registration System Number 0922-1156-5400-0001 (Turkey) [SDGT] (Linked To: DENIZ, Fadi).

DENIZ CAPITAL LLP, 20-22 Wenlock Road, London NI 7GU, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Apr 2023; Company Number OC446835 (United Kingdom) [SDGT] (Linked To: DENIZ, Fadi).

DENIZ CAPITAL MARITIME INC, Hamilton Development, Unit B, Charlestown, Nevis, Saint Kitts and Nevis; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Sep 2023; Company Number C56866 (Saint Kitts and Nevis) [SDGT] (Linked To: DENIZ, Fadi).

DENIZ, Fadi (a.k.a. GAZOGLI, Fadi (Cyrillic: ГАЗОГЛИ, ФАДИ); a.k.a. GHAZOGHLI, Fadi; a.k.a. GHAZOGHLI, Fadi Ferzanda), Adma,

Keserwan, Lebanon; Hamra, Beirut, Lebanon; La Cite, Jounieh, Lebanon; Bchamoun, Lebanon; Pavla Korchagina D 15 KV 116, Moscow, Russia; Kazlicesme Mah, Kennedy CD 52 E 17 34020 Zeytinburnu, Istanbul, Turkey; 20-22 Wenlock Road, London NI 7GU, United Kingdom; Saint Kitts and Nevis; DOB 04 May 1975; POB Aleppo, Syria; nationality Lebanon; alt. nationality Syria; alt. nationality Russia; alt. nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 244705926511 (Russia); Identification Number 117221771 (Lebanon); alt. Identification Number 114048392 (Lebanon); alt. Identification Number 0996361 (Russia); alt. Identification Number 460780224 (United Kingdom) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

DENIZ, Mustafa Alper; DOB 12 Mar 1985; POB Turkey; CAATSA Section 235 Information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec 235(a)(12); alt. CAATSA Section 235 Information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec 235(a)(9); alt. CAATSA Section 235 Information: FOREIGN EXCHANGE. Sec 235(a)(7); alt. CAATSA Section 235 Information: BANKING TRANSACTIONS. Sec 235(a)(8); alt. CAATSA Section 235 Information: EXCLUSION OF CORPORATE OFFICERS. Sec 235(a)(11); Passport Z00294883 (Turkey) expires 15 Dec 2015 (individual) [CAATSA - RUSSIA] (Linked To: PRESIDENCY OF DEFENSE INDUSTRIES).

DENKAR SHIP CONSTRUCTION INCORPORATED COMPANY (Latin: DENKAR GEMI İNŞA ANONIM ŞIRKETI) (a.k.a. DENKAR SHIP REPAIR AND MANAGEMENT COMPANY; f.k.a. FIKRI TAHA METE DENKAR SHIPPING), No: 38/1 Tunc Sok. Postane Mahallesi Tuzla, Istanbul, Turkey; Registration Number 120312-5 (Turkey) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

DENKAR SHIP REPAIR AND MANAGEMENT COMPANY (a.k.a. DENKAR SHIP CONSTRUCTION INCORPORATED COMPANY (Latin: DENKAR GEMI İNŞA ANONIM ŞIRKETI); f.k.a. FIKRI TAHA METE DENKAR SHIPPING), No: 38/1 Tunc Sok. Postane Mahallesi Tuzla, Istanbul, Turkey; Registration Number 120312-5 (Turkey) [RUSSIA-EO14024] (Linked To: JOINT STOCK

COMPANY NORTHERN SHIPPING COMPANY).

DEPARTAMENT FINANSAVYKH RASSLEDAVANNYAU KAMITETA DZYARZHAUNAHA KANTROLYU RESPUBLIKI BELARUS (Cyrillic: ДЭПАРТАМЕНТ ФІНАНСАВЫХ РАССЛЕДАВАННЯЎ КАМІТЭТА ДЗЯРЖАЎНАГА КАНТРОЛЮ РЭСПУБЛІКІ БЕЛАРУСЬ) (a.k.a. DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS (Cyrillic: ДЕПАРТАМЕНТ ФИНАНСОВЫХ РАССЛЕДОВАНИЙ КОМИТЕТА ГОСУДАРСТВЕННОГО КОНТРОЛЯ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. DFRKGK RB; a.k.a. FINANCIAL INVESTIGATIONS DEPARTMENT OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS; a.k.a. "DEPARTMENT OF FINANCIAL INVESTIGATIONS"; a.k.a. "DFR" (Cyrillic: "ДФР")), 17 Kalvariyskaya str., Minsk 220004, Belarus (Cyrillic: ул.Кальварийская, 17, г.Минск 220004, Belarus); Organization Established Date 14 Apr 1998; Target Type Government Entity; Tax ID No. 101463246 (Belarus) [BELARUS-EO14038].

DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS (Cyrillic: ДЕПАРТАМЕНТ ФИНАНСОВЫХ РАССЛЕДОВАНИЙ КОМИТЕТА ГОСУДАРСТВЕННОГО КОНТРОЛЯ РЕСПУБЛИКИ БЕЛАРУСЬ) (a.k.a. DEPARTAMENT FINANSAVYKH RASSLEDAVANNYAU KAMITETA DZYARZHAUNAHA KANTROLYU RESPUBLIKI BELARUS (Cyrillic: ДЭПАРТАМЕНТ ФІНАНСАВЫХ РАССЛЕДАВАННЯЎ КАМІТЭТА ДЗЯРЖАЎНАГА КАНТРОЛЮ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. DFRKGK RB; a.k.a. FINANCIAL INVESTIGATIONS DEPARTMENT OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS; a.k.a. "DEPARTMENT OF FINANCIAL INVESTIGATIONS"; a.k.a. "DFR" (Cyrillic: "ДФР")), 17 Kalvariyskaya str., Minsk 220004, Belarus (Cyrillic: ул.Кальварийская, 17, г.Минск 220004, Belarus); Organization Established Date 14 Apr 1998; Target Type Government Entity; Tax ID No. 101463246 (Belarus) [BELARUS-EO14038].

DEPARTMENT OF INTERNAL AFFAIRS OF BREST OBLAST EXECUTIVE COMMITTEE (a.k.a. BRESTOBLISPOLKOM DEPARTMENT OF INTERNAL AFFAIRS; a.k.a. BRESTOBLISPOLKOM UVD (Cyrillic: УВД БРЕСТОБЛИСПОЛКОМА); a.k.a. DIRECTORATE OF INTERNAL AFFAIRS OF THE BREST OBLAST EXECUTIVE COMMITTEE (Cyrillic: УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ БРЕСТСКОГО ОБЛИСПОЛКОМА); a.k.a. UVD OF THE BREST OBLAST EXECUTIVE COMMITTEE (Cyrillic: УВД БРЕСТСКОГО ОБЛИСПОЛКОМА)), 28, Communist str., Brest 224000, Belarus; Target Type Government Entity; Registration Number 200127206 (Belarus) [BELARUS].

DEPARTMENT OF INTERNAL AFFAIRS OF GOMEL REGION EXECUTIVE COMMITTEE (a.k.a. DEPARTMENT OF INTERNAL AFFAIRS OF THE GOMEL REGIONAL EXECUTIVE COMMITTEE (Cyrillic: УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ ГОМЕЛЬСКОГО ОБЛИСПОЛКОМА); a.k.a. DIRECTORATE OF INTERNAL AFFAIRS OF THE GOMEL OBLAST EXECUTIVE COMMITTEE), ul. Skommunarov, Gomel, Gomel Oblast 245050, Belarus; 3, Street of Communards, Gomel, Belarus; 3 Kommunarov St., Gomel, Belarus (Cyrillic: ул. Коммунаров 3, Гомель, Belarus); Target Type Government Entity [BELARUS].

DEPARTMENT OF INTERNAL AFFAIRS OF THE GOMEL REGIONAL EXECUTIVE COMMITTEE (Cyrillic: УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ ГОМЕЛЬСКОГО ОБЛИСПОЛКОМА) (a.k.a. DEPARTMENT OF INTERNAL AFFAIRS OF GOMEL REGION EXECUTIVE COMMITTEE; a.k.a. DIRECTORATE OF INTERNAL AFFAIRS OF THE GOMEL OBLAST EXECUTIVE COMMITTEE), ul. Skommunarov, Gomel, Gomel Oblast 245050, Belarus; 3, Street of Communards, Gomel, Belarus; 3 Kommunarov St., Gomel, Belarus (Cyrillic: ул. Коммунаров 3, Гомель, Belarus); Target Type Government Entity [BELARUS].

DEPARTMENT OF SPACE TECHNOLOGY OF NORTH KOREA (a.k.a. COMMITTEE FOR SPACE TECHNOLOGY; a.k.a. DPRK COMMITTEE FOR SPACE TECHNOLOGY; a.k.a. KCST; a.k.a. KOREAN COMMITTEE FOR SPACE TECHNOLOGY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For

Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

DEQQO, Hassan Mohammed (a.k.a. DAQOU, Hassan; a.k.a. DAQOU, Hassan bin Muhammad; a.k.a. DAQOU, Hassan Muhammed; a.k.a. DAQOU, Mohamed Hassan; a.k.a. DAQQOU, Hassan Muhammad (Arabic: حسن محمد دقو); a.k.a. "DAGO, Hassan Mohamed"; a.k.a. "DAQU, Hassan"; a.k.a. "DUKKO, Hassan"), Tfail, Lebanon; DOB 01 Feb 1985; nationality Syria; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

DERAMCHI, Othman (a.k.a. "YOUSSEF, Abou"), Via Milanese, 5, 20099 Sesto San Giovanni, Milan, Italy; Piazza Trieste, 11, Mortara, Italy; DOB 07 Jun 1954; POB Tighennif, Algeria; Italian Fiscal Code: DRMTMN54H07Z301T (individual) [SDGT].

DERDOUKAL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Moussaab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAB, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL,

Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

DERGHAM, Douraid (a.k.a. DERGHAM, Duraid; a.k.a. DURGHAM, Dureid); DOB 1964; Governor of the Central Bank of Syria (individual) [SYRIA].

DERGHAM, Duraid (a.k.a. DERGHAM, Douraid; a.k.a. DURGHAM, Dureid); DOB 1964; Governor of the Central Bank of Syria (individual) [SYRIA].

DERGUNOVA, Olga (a.k.a. DERGUNOVA, Olga Konstantinovna (Cyrillic: ДЕРГУНОВА, Ольга Константиновна)), Russia; DOB 15 May 1965; POB Moscow, Russia; nationality Russia; Gender Female; Tax ID No. 1802787483 (Russia) (individual) [RUSSIA-EO14024].

DERGUNOVA, Olga Konstantinovna (Cyrillic: ДЕРГУНОВА, Ольга Константиновна) (a.k.a. DERGUNOVA, Olga), Russia; DOB 15 May 1965; POB Moscow, Russia; nationality Russia; Gender Female; Tax ID No. 1802787483 (Russia) (individual) [RUSSIA-EO14024].

DERIPASKA, Oleg Vladimirovich, Moscow, Russia; 64 Severnaya Street, Oktyabrsky, Khutor, Ust-Labinsky District, Krasnodar Territory, 352332, Russia; 5, Belgrave Square, Belgravia, London SW1X 8PH, United Kingdom; DOB 02 Jan 1968; POB Dzerzhinsk, Nizhny Novgorod Region, Russia; citizen Russia; alt. citizen Cyprus; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [UKRAINE-EO13662].

DERKACH, Andrii Leonidovych (Cyrillic: ДЕРКАЧ, Андрій Леонідович) (a.k.a. DERKACH, Andriy; a.k.a. DERKACH, Andriy Leonidovych (Cyrillic: ДЕРКАЧ, Андрей Леонидович)), Mykhailo Hrushevsky APT 9A, B7-1, Kyiv 01021, Ukraine; DOB 19 Aug 1967; POB Dnipropetrovsk, Ukraine; nationality Ukraine; Gender Male; Passport FB513714 (Ukraine); alt. Passport ET855378 (Ukraine); National ID No. 2470211979 (Ukraine) (individual) [ELECTION-EO13848].

DERKACH, Andriy (a.k.a. DERKACH, Andrii Leonidovych (Cyrillic: ДЕРКАЧ, Андрій Леонідович); a.k.a. DERKACH, Andriy Leonidovych (Cyrillic: ДЕРКАЧ, Андрей Леонидович)), Mykhailo Hrushevsky APT 9A, B7-1, Kyiv 01021, Ukraine; DOB 19 Aug 1967; POB Dnipropetrovsk, Ukraine; nationality Ukraine; citizen Ukraine; Gender Male; Passport FB513714 (Ukraine); alt. Passport ET855378 (Ukraine); National ID No. 2470211979 (Ukraine) (individual) [ELECTION-EO13848].

DERKACH, Andriy Leonidovych (Cyrillic: ДЕРКАЧ, Андрей Леонидович) (a.k.a. DERKACH, Andrii Leonidovych (Cyrillic: ДЕРКАЧ, Андрій Леонідович); a.k.a. DERKACH, Andriy), Mykhailo Hrushevsky APT 9A, B7-1, Kyiv 01021, Ukraine; DOB 19 Aug 1967; POB Dnipropetrovsk, Ukraine; nationality Ukraine; citizen Ukraine; Gender Male; Passport FB513714 (Ukraine); alt. Passport ET855378 (Ukraine); National ID No. 2470211979 (Ukraine) (individual) [ELECTION-EO13848].

DEROJI, Mufti Hazrat (a.k.a. "ALI, Mufti Hazrat"; a.k.a. "AMJAD, Qari"; a.k.a. "Mufti Hazrat"; a.k.a. "Mufti Muzahim"), Dangam, Kunar, Afghanistan; DOB 17 Apr 1979; POB Samar Bagh, Lower Dir, Khyber Pakhtunkhwa, Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TEHRIK-E TALIBAN PAKISTAN (TTP)).

DEROUDEL, Abdel Malek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Moussaab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a.

ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelwadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abou Mosaab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

DERYABKIN, Viktor Yefimovich (Cyrillic: ДЕРЯБКИН, Виктор Ефимович), Russia; DOB 11 May 1954; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DERZHAVNE PIDPRYEMSTVO AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH (a.k.a. AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH, DP; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE AGRO-FIRMA MAGARACH NACIONALNOGO INSTITUTA VINOGRADA I VINA MAGARACH; a.k.a. MAGARACH AGRICULTURAL COMPANY OF NATIONAL INSTITUTE OF WINE AND GRAPES MAGARACH; a.k.a. STATE ENTERPRISE AGRICULTURAL COMPANY MAGARACH NATIONAL INSTITUTE OF VINE AND WINE MAGARACH; a.k.a. STATE ENTERPRISE MAGARACH OF THE NATIONAL INSTITUTE OF WINE), Bud. 9 vul. Chapaeva, S.Viline, Bakhchysaraisky R-N, Crimea 98433, Ukraine; 9 Chapayeva str., Vilino, Bakhchisaray Region, Crimea 98433, Ukraine; 9 Chapayeva str., Vilino, Bakhchisarayski district 98433, Ukraine; 9, Chapaeva Str., Vilino, Bakhchisaray Region, Crimea 98433, Ukraine; Website http://magarach-institut.ru/; Email Address

magar@ukr.net); Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 11231070006000476 (Ukraine); Government Gazette Number 31332064 (Ukraine) [UKRAINE-EO13685].

DERZHAVNE PIDPRYEMSTVO ZAVOD SHAMPANSKYKH VYN NOVY SVIT (a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE ZAVOD SHAMPANSKYKH VIN NOVY SVET; a.k.a. NOVY SVET WINERY; a.k.a. NOVY SVET WINERY STATE ENTERPRISE; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINE NOVY SVET; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINES NEW WORLD; a.k.a. ZAVOD SHAMPANSKYKH VYN NOVY SVIT, DP), 1 Shaliapin Street, Novy Svet Village, Sudak, Crimea 98032, Ukraine; Bud. 1 vul. Shalyapina Smt, Novy Svit, Sudak, Crimea 98032, Ukraine; 1 Shalyapina str. Novy Svet, Sudak 98032, Ukraine; Website http://nsvet.com.ua/en/contacts; Email Address boss@nsvet.com.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 00412665 (Ukraine) [UKRAINE-EO13685].

DES INTERNATIONAL (a.k.a. D.E.S. INTERNATIONAL; a.k.a. D.E.S. INTERNATIONAL CO. LTD.; a.k.a. DES INTERNATIONAL CO.; a.k.a. DES INTERNATIONAL CO., LTD.; a.k.a. DES INTERNATIONAL COMPANY; a.k.a. DES INTERNATIONAL COMPANY LIMITED), Taiwan World Trade Centre, Rm 6c-21 (6F), No. 5, Sec. 5, Xinyi Road, Taipei 11011, Taiwan; 1 North Bridge Road, #24-05 High Street Centre, Singapore 179094, Singapore; Suite 911, 9TH/F, Chuangjian Building, No.6023 Shennan Main Road, Futian District, Shenzhen, Guangdong, China; Unit 201, 2F Lung Fung Centre, No.23 Yip Cheong Street, Fanling, N. T., Hong Kong, China; Sultan Belshalat Building, Shop #4, Ground Floor, B/H Admiral Plaza Hotel, Bur Dubai, Dubai, United Arab Emirates; P.O. Box 112724, United Arab Emirates; Sec. 5, Xinyi Rd., Xinyi District No. 5, Taipei City 110, Taiwan; 9FL-3, No.375, Sec. 4, Sin Yi. Rd., Sin Yi Dist., Taipei 110, Taiwan; Website www.des.com.tw; alt. Website www.dscmmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Number 89402436 (Taiwan); Registration Number 69402436 (Taiwan)

[NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

DES INTERNATIONAL CO. (a.k.a. D.E.S. INTERNATIONAL; a.k.a. D.E.S. INTERNATIONAL CO. LTD.; a.k.a. DES INTERNATIONAL; a.k.a. DES INTERNATIONAL CO., LTD.; a.k.a. DES INTERNATIONAL COMPANY; a.k.a. DES INTERNATIONAL COMPANY LIMITED), Taiwan World Trade Centre, Rm 6c-21 (6F), No. 5, Sec. 5, Xinyi Road, Taipei 11011, Taiwan; 1 North Bridge Road, #24-05 High Street Centre, Singapore 179094, Singapore; Suite 911, 9TH/F, Chuangjian Building, No.6023 Shennan Main Road, Futian District, Shenzhen, Guangdong, China; Unit 201, 2F Lung Fung Centre, No.23 Yip Cheong Street, Fanling, N. T., Hong Kong, China; Sultan Belshalat Building, Shop #4, Ground Floor, B/H Admiral Plaza Hotel, Bur Dubai, Dubai, United Arab Emirates; P.O. Box 112724, United Arab Emirates; Sec. 5, Xinyi Rd., Xinyi District No. 5, Taipei City 110, Taiwan; 9FL-3, No.375, Sec. 4, Sin Yi. Rd., Sin Yi Dist., Taipei 110, Taiwan; Website www.des.com.tw; alt. Website www.dscmmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Number 89402436 (Taiwan); Registration Number 69402436 (Taiwan) [NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

DES INTERNATIONAL CO., LTD. (a.k.a. D.E.S. INTERNATIONAL; a.k.a. D.E.S. INTERNATIONAL CO. LTD.; a.k.a. DES INTERNATIONAL; a.k.a. DES INTERNATIONAL CO.; a.k.a. DES INTERNATIONAL COMPANY; a.k.a. DES INTERNATIONAL COMPANY LIMITED), Taiwan World Trade Centre, Rm 6c-21 (6F), No. 5, Sec. 5, Xinyi Road, Taipei 11011, Taiwan; 1 North Bridge Road, #24-05 High Street Centre, Singapore 179094, Singapore; Suite 911, 9TH/F, Chuangjian Building, No.6023 Shennan Main Road, Futian District, Shenzhen, Guangdong, China; Unit 201, 2F Lung Fung Centre, No.23 Yip Cheong Street, Fanling, N. T., Hong Kong, China; Sultan Belshalat Building, Shop #4, Ground Floor, B/H Admiral Plaza Hotel, Bur Dubai, Dubai, United Arab Emirates; P.O. Box 112724, United Arab Emirates; Sec. 5, Xinyi Rd., Xinyi District No. 5, Taipei City 110, Taiwan; 9FL-3, No.375, Sec. 4, Sin Yi. Rd., Sin Yi Dist., Taipei 110, Taiwan; Website www.des.com.tw; alt. Website www.dscmmc.com; Additional Sanctions

Information - Subject to Secondary Sanctions; Business Number 89402436 (Taiwan); Registration Number 69402436 (Taiwan) [NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

DES INTERNATIONAL COMPANY (a.k.a. D.E.S. INTERNATIONAL; a.k.a. D.E.S. INTERNATIONAL CO. LTD.; a.k.a. DES INTERNATIONAL; a.k.a. DES INTERNATIONAL CO.; a.k.a. DES INTERNATIONAL CO., LTD.; a.k.a. DES INTERNATIONAL COMPANY LIMITED), Taiwan World Trade Centre, Rm 6c-21 (6F), No. 5, Sec. 5, Xinyi Road, Taipei 11011, Taiwan; 1 North Bridge Road, #24-05 High Street Centre, Singapore 179094, Singapore; Suite 911, 9TH/F, Chuangjian Building, No.6023 Shennan Main Road, Futian District, Shenzhen, Guangdong, China; Unit 201, 2F Lung Fung Centre, No.23 Yip Cheong Street, Fanling, N. T., Hong Kong, China; Sultan Belshalat Building, Shop #4, Ground Floor, B/H Admiral Plaza Hotel, Bur Dubai, Dubai, United Arab Emirates; P.O. Box 112724, United Arab Emirates; Sec. 5, Xinyi Rd., Xinyi District No. 5, Taipei City 110, Taiwan; 9FL-3, No.375, Sec. 4, Sin Yi Rd., Sin Yi Dist., Taipei 110, Taiwan; Website www.des.com.tw; alt. Website www.dscmmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Number 89402436 (Taiwan); Registration Number 69402436 (Taiwan) [NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

DES INTERNATIONAL COMPANY LIMITED (a.k.a. D.E.S. INTERNATIONAL; a.k.a. D.E.S. INTERNATIONAL CO. LTD.; a.k.a. DES INTERNATIONAL; a.k.a. DES INTERNATIONAL CO.; a.k.a. DES INTERNATIONAL CO., LTD.; a.k.a. DES INTERNATIONAL COMPANY), Taiwan World Trade Centre, Rm 6c-21 (6F), No. 5, Sec. 5, Xinyi Road, Taipei 11011, Taiwan; 1 North Bridge Road, #24-05 High Street Centre, Singapore 179094, Singapore; Suite 911, 9TH/F, Chuangjian Building, No.6023 Shennan Main Road, Futian District, Shenzhen, Guangdong, China; Unit 201, 2F Lung Fung Centre, No.23 Yip Cheong Street, Fanling, N. T., Hong Kong, China; Sultan Belshalat Building, Shop #4, Ground Floor, B/H Admiral Plaza Hotel, Bur Dubai, Dubai, United Arab Emirates; P.O. Box 112724, United Arab Emirates; Sec. 5, Xinyi Rd., Xinyi District No. 5, Taipei City 110, Taiwan; 9FL-3, No.375, Sec. 4,

Sin Yi. Rd., Sin Yi Dist., Taipei 110, Taiwan; Website www.des.com.tw; alt. Website www.dscmmc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Number 89402436 (Taiwan); Registration Number 69402436 (Taiwan) [NPWMD] [IFSR] (Linked To: SOLTANMOHAMMADI, Mohammad).

DESARROLLO AGRICOLA ORGANICO S.P.R. DE R.L. (a.k.a. DESARROLLO AGRICULTURA ORGANICO, S.P.R. DE R.L.), Guadalajara, Jalisco, Mexico; Folio Mercantil No. 61497 (Mexico) [SDNTK].

DESARROLLO AGRICOLA VERDE DE SAYULA S.P.R. DE R.L. (a.k.a. DESARROLLO AGRICULTURA VERDE DE SAYULA, S.P.R. DE R.L.), Guadalajara, Jalisco, Mexico; Folio Mercantil No. 61803 (Mexico) [SDNTK].

DESARROLLO AGRICULTURA ORGANICO, S.P.R. DE R.L. (a.k.a. DESARROLLO AGRICOLA ORGANICO S.P.R. DE R.L.), Guadalajara, Jalisco, Mexico; Folio Mercantil No. 61497 (Mexico) [SDNTK].

DESARROLLO AGRICULTURA VERDE DE SAYULA, S.P.R. DE R.L. (a.k.a. DESARROLLO AGRICOLA VERDE DE SAYULA S.P.R. DE R.L.), Guadalajara, Jalisco, Mexico; Folio Mercantil No. 61803 (Mexico) [SDNTK].

DESARROLLO ARQUITECTONICO FORTIA, S.A. DE C.V., Avenida Vallarta No. 6503, Piso 15, Col. C.D. Granja, Zapopan, Jalisco 45010, Mexico; Calzada de los Fresnos, No 70-A, Col. C.D. Granja, Zapopan, Jalisco 45010, Mexico; Vereda De La Alondra No 8, Col Puerta De Hierro, Zapopan, Jalisco 45116, Mexico; Vereda De La Alondra No 8, Col Puerta De Hierro, Tlajomulco de Zuniga, Jalisco, Mexico; Avenida Miguel Hidalgo Manzana 47, Lote 11, Local - B, Colonia Reg. 92, Benito Juarez, Quintana Roo 77516, Mexico; R.F.C. DAF0301276R6 (Mexico); Folio Mercantil No. 17103 (Mexico) [SDNTK].

DESARROLLO URBANISTICO DEL ATLANTICO, S.A. (a.k.a. "D.U.A.S.A."), Panama; RUC # 30564-13-239335 (Panama) [SDNTK].

DESARROLLOS AGROINDUSTRIALES S.A., Tranversal 13A No. 118A-45 Ofc. 301, Bogota, Colombia; NIT # 830000782-2 (Colombia) [SDNT].

DESARROLLOS COMERCIALES E INDUSTRIALES HENAO GONZALEZ Y CIA. S.C.S., Carrera 4A No. 16-04 apt. 303, Cartago, Colombia; NIT # 800160475-2 (Colombia) [SDNT].

DESARROLLOS EVEREST, S.A. DE C.V. (a.k.a. RESIDENCIAL DEL LAGO), Cerrada Diego Rivera No. 347, Col. Desarrollo Urbano 3 Rios, Culiacan, Sinaloa C.P. 80020, Mexico; Blvd. Jose Diego Valadez Rios 94 36, Col. Proyecto Tres Rios, Culiacan, Sinaloa C.P. 80100, Mexico; R.F.C. DEV-031020 (Mexico) [SDNTK].

DESARROLLOS INMOBILIARIOS CITADEL, S.A. DE C.V., Calzada de los Fresnos, No. 70 A, Desp. 101, Col. Ciudad Granja, Zapopan, Jalisco 45010, Mexico; R.F.C. DIC071012771 (Mexico); Folio Mercantil No. 40246 (Mexico) [SDNTK].

DESARROLLOS TURISTICOS FORTIA, S.A. DE C.V., Johanes Brahms No. 209, Int. 10, Col. Residencial La Estancia, Zapopan, Jalisco 45030, Mexico; Calzada de los Fresnos, No 70-A - 103, Col. Ciudad Granja, Zapopan, Jalisco 45010, Mexico; R.F.C. DTF071012189 (Mexico); Folio Mercantil No. 39853 (Mexico) [SDNTK].

DESERT THUNDER COMPANY (a.k.a. SAHARA THUNDER (Arabic: شرکت تندر صحرا); a.k.a. TONDAR SAHARA CO.; a.k.a. TONDAR SAHRA PRIVATE LIMITED COMPANY), No. 2, Moghadas Alley (4), Ghasir St., Beheshti St., Tehran, Iran; Fifth Floor, No 2, Shahid Hassan Moghadam Alley, Shahid Ahmad Ghasir St, Argentine, Saei St, Tehran, Iran; Website www.saharathunder.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Dec 1992; National ID No. 10101382714 (Iran); Chamber of Commerce Number 131454 (Iran); Business Registration Number 94186 (Iran) [SDGT] [IFSR] [RUSSIA-EO14024] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

DESIATOVA, Natalia (a.k.a. DESYATOVA, Natalya Leonidovna (Cyrillic: ДЕСЯТОВА, Наталя Леонідівна; Cyrillic: ДЕСЯТОВА, Наталья Леонидовна); a.k.a. LYUTOVA, Nataliya Leonidivna (Cyrillic: ЛЮТОВА, Наталія Леонідівна); a.k.a. LYUTOVA, Nataliya Leonidovna (Cyrillic: ЛЮТОВА, Наталия Леонидовна)), 122 Ilyushi Kulika St., Apartment 89, Kherson, Kherson region 73009, Ukraine; DOB 11 Jul 1966; nationality Ukraine; Gender Female; Tax ID No. 2429802748 (Ukraine) (individual) [RUSSIA-EO14024].

DESIGN AND MANUFACTURE OF AIRCRAFT ENGINES (a.k.a. DESIGN AND MANUFACTURING OF AERO-ENGINE COMPANY (Arabic: شرکت طراحی و ساخت

(موتورهای هوایی); a.k.a. IRANIAN TURBINE MANUFACTURING INDUSTRIES; a.k.a. TURBINE ENGINE MANUFACTURING CO.; f.k.a. TURBINE ENGINE MANUFACTURING PLANT; a.k.a. "DAMA"; a.k.a. "SAMT"; f.k.a. "TEM"), Shishesh Mina Street, Karaj Special Road, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005160213 (Iran); Registration Number 22142 (Iran); alt. Registration Number 477457 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

DESIGN AND MANUFACTURING OF AERO-ENGINE COMPANY (Arabic: شرکت طراحی و ساخت موتورهای هوایی) (a.k.a. DESIGN AND MANUFACTURE OF AIRCRAFT ENGINES; a.k.a. IRANIAN TURBINE MANUFACTURING INDUSTRIES; a.k.a. TURBINE ENGINE MANUFACTURING CO.; f.k.a. TURBINE ENGINE MANUFACTURING PLANT; a.k.a. "DAMA"; a.k.a. "SAMT"; f.k.a. "TEM"), Shishesh Mina Street, Karaj Special Road, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005160213 (Iran); Registration Number 22142 (Iran); alt. Registration Number 477457 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

DESIGN BUREAU OF SPECIAL MACHINE BUILDING (a.k.a. DESIGN BUREAU OF SPECIAL MACHINE-BUILDING; a.k.a. DESIGN BUREAU OF SPECIAL MACHINEBUILDING AO (Cyrillic: АО КОНСТРУКТОРСКОЕ БЮРО СПЕЦИАЛЬНОГО МАШИНОСТРОЕНИЯ); a.k.a. JOINT-STOCK COMPANY ENGINEERING OFFICE SPETSIALNOGO MASHINOSTROYENIYA; a.k.a. JOINT-STOCK COMPANY KBSM; a.k.a. KBSM DESIGN BUREAU OF SPECIAL MACHINEBUILDING; a.k.a. "KBSM AO"), Obukhovskoy Oborony Ave, Saint Petersburg 192012, Russia; Tax ID No. 7802205799 (Russia) [RUSSIA-EO14024].

DESIGN BUREAU OF SPECIAL MACHINE-BUILDING (a.k.a. DESIGN BUREAU OF SPECIAL MACHINE BUILDING; a.k.a. DESIGN BUREAU OF SPECIAL MACHINEBUILDING AO (Cyrillic: АО КОНСТРУКТОРСКОЕ БЮРО СПЕЦИАЛЬНОГО МАШИНОСТРОЕНИЯ); a.k.a. JOINT-STOCK COMPANY ENGINEERING OFFICE SPETSIALNOGO MASHINOSTROYENIYA; a.k.a. JOINT-STOCK COMPANY KBSM; a.k.a. KBSM DESIGN BUREAU OF SPECIAL MACHINEBUILDING; a.k.a. "KBSM AO"), Obukhovskoy Oborony Ave,

Saint Petersburg 192012, Russia; Tax ID No. 7802205799 (Russia) [RUSSIA-EO14024].

DESIGN BUREAU OF SPECIAL MACHINEBUILDING AO (Cyrillic: АО КОНСТРУКТОРСКОЕ БЮРО СПЕЦИАЛЬНОГО МАШИНОСТРОЕНИЯ) (a.k.a. DESIGN BUREAU OF SPECIAL MACHINE BUILDING; a.k.a. DESIGN BUREAU OF SPECIAL MACHINE-BUILDING; a.k.a. JOINT-STOCK COMPANY ENGINEERING OFFICE SPETSIALNOGO MASHINOSTROYENIYA; a.k.a. JOINT-STOCK COMPANY KBSM; a.k.a. KBSM DESIGN BUREAU OF SPECIAL MACHINEBUILDING; a.k.a. "KBSM AO"), Obukhovskoy Oborony Ave, Saint Petersburg 192012, Russia; Tax ID No. 7802205799 (Russia) [RUSSIA-EO14024].

DESIGN CENTER FARVATER JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSTRUKTORSKOE BYURO FARVATER; a.k.a. AO KB FARVATER; a.k.a. CLOSED JOINT STOCK COMPANY DESIGN BUREAU FARVATER; a.k.a. JOINT STOCK COMPANY DESIGN CENTER FARVATER), Nansena St., 154B., Rostov-on-Don 344010, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6163106808 (Russia); Registration Number 1116195002307 (Russia) [RUSSIA-EO14024].

DESIGN OFFICE FOR SHIPBUILDING VYMPEL (a.k.a. JOINT STOCK COMPANY DESIGN BUREAU FOR SHIP DESIGN VIMPEL; a.k.a. JOINT STOCK COMPANY DESIGN OFFICE FOR SHIPBUILDING VYMPEL; a.k.a. OPEN JOINT-STOCK COMPANY DESIGN OFFICE FOR SHIPBUILDING VYMPEL; a.k.a. "DESIGN OFFICE VYMPEL"), 6 Nartov Str., Bldg.6, Nizhny Novgorod 603104, Russia; Organization Established Date 04 May 1993; Tax ID No. 5260001206 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

DESIGNER GARAGE (a.k.a. FOTHI GARAGE), Gurahaage, Feydhoo 19040, Maldives; Link Road, Addu City 19040, Maldives; Website fothigarage.business.site/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Nov 2017; Organization Type: Wholesale of food,

beverages and tobacco; alt. Organization Type: Retail sale of textiles in specialized stores; Business Number BN03382018 (Maldives); alt. Business Number BN38732022 (Maldives); Business Registration Number BP38892022 (Maldives) issued 29 Sep 2022; Registration Number SP-2375/2017 (Maldives); Permit Number IG0195S42018 (Maldives) issued 06 Feb 2018 [SDGT] (Linked To: AGLEEL, Ahmed).

DESTINA, Renel (a.k.a. "TI LAPLI"; a.k.a. "TILAPLI"), Haiti; DOB 11 Jun 1982; POB Haiti; nationality Haiti; Gender Male (individual) [GLOMAG].

DESYATOVA, Natalya Leonidovna (Cyrillic: ДЕСЯТОВА, Наталя Леонідівна; Cyrillic: ДЕСЯТОВА, Наталья Леонидовна) (a.k.a. DESIATOVA, Natalia; a.k.a. LYUTOVA, Nataliya Leonidivna (Cyrillic: ЛЮТОВА, Наталія Леонідівна); a.k.a. LYUTOVA, Nataliya Leonidovna (Cyrillic: ЛЮТОВА, Наталия Леонидовна)), 122 Ilyushi Kulika St., Apartment 89, Kherson, Kherson region 73009, Ukraine; DOB 11 Jul 1966; nationality Ukraine; Gender Female; Tax ID No. 2429802748 (Ukraine) (individual) [RUSSIA-EO14024].

DETAL URAL DESIGN BUREAU JSC (a.k.a. AO UPKB DETAL; a.k.a. JOINT STOCK COMPANY URAL DESIGN BUREAU DETAL), Ul. Pionerskaya D.8, Kamensk-Uralskiy 623409, Russia; Organization Established Date 1949; Tax ID No. 6612011546 (Russia); Registration Number 1026600930630 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

DETENTION CENTER NO 1 IN SIMFEROPOL (a.k.a. FEDERAL GOVERNMENT INSTITUTION PRETRIAL DETENTION CENTER NO 1 OF THE DIRECTORATE OF THE FEDERAL PENITENTIARY SERVICE FOR THE REPUBLIC OF CRIMEA AND SEVASTOPOL (Cyrillic: ФЕДЕРАЛЬНОЕ КАЗЕННОЕ УЧРЕЖДЕНИЕ СЛЕДСТВЕННЫЙ ИЗОЛЯТОР NO 1 УПРАВЛЕНИЯ ФЕДЕРАЛЬНОЙ СЛУЖБЫ ИСПОЛНЕНИЯ НАКАЗАНИЙ ПО РЕСПУБЛИКЕ КРЫМ И Г. СЕВАСТОПОЛЮ); a.k.a. FKU SIZO-1 UFSIN OF RUSSIA FOR THE REPUBLIC OF CRIMEA AND SEVASTOPOL (Cyrillic: ФКУ СИЗО-1 УФСИН РОССИИ ПО РЕСПУБЛИКЕ КРЫМ И Г. СЕВАСТОПОЛЮ); a.k.a. SIMFEROPOL REMAND PRISON; a.k.a. SIMFEROPOL SIZO), Bulvar Lenina, dom 4, Simferopol, Crimea 295006, Ukraine; Lenin Boulevard, 4,

Simferopol, Crimea 295006, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102002109 (Russia); Registration Number 1149102002389 (Russia) [UKRAINE-EO13685].

DEV SOL (a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS; a.k.a. DEV SOL SDB; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DEVRIMCI SOL; a.k.a. DHKP/C; a.k.a. REVOLUTIONARY LEFT; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT) [FTO] [SDGT].

DEV SOL ARMED REVOLUTIONARY UNITS (a.k.a. DEV SOL; a.k.a. DEV SOL SDB; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DEVRIMCI SOL; a.k.a. DHKP/C; a.k.a. REVOLUTIONARY LEFT; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT) [FTO] [SDGT].

DEV SOL SDB (a.k.a. DEV SOL; a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DEVRIMCI SOL; a.k.a. DHKP/C; a.k.a. REVOLUTIONARY LEFT; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT) [FTO] [SDGT].

DEV SOL SILAHLI DEVRIMCI BIRLIKLERI (a.k.a. DEV SOL; a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS; a.k.a. DEV SOL SDB; a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DEVRIMCI SOL; a.k.a. DHKP/C; a.k.a. REVOLUTIONARY LEFT; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT) [FTO] [SDGT].

DEVAIS KONSALTING OOO (a.k.a. DEVICE CONSULTING CO. LTD.; a.k.a. LIMITED LIABILITY COMPANY DEVICE CONSULTING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДЕВАЙС КОНСАЛТИНГ)), 6A Aerodromnaya St., Office 45, Saint Petersburg 197348, Russia; Organization Established Date 30 Oct 2002; Tax ID No. 7814128203 (Russia); Registration Number 1027807571550 (Russia) [RUSSIA-EO14024].

DEVICE CONSULTING CO. LTD. (a.k.a. DEVAIS KONSALTING OOO; a.k.a. LIMITED LIABILITY COMPANY DEVICE CONSULTING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДЕВАЙС

КОНСАЛТИНГ)), 6A Aerodromnaya St., Office 45, Saint Petersburg 197348, Russia; Organization Established Date 30 Oct 2002; Tax ID No. 7814128203 (Russia); Registration Number 1027807571550 (Russia) [RUSSIA-EO14024].

DEVRIMCI HALK KURTULUS PARTISI-CEPHESI (a.k.a. DEV SOL; a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS; a.k.a. DEV SOL SDB; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEVRIMCI SOL; a.k.a. DHKP/C; a.k.a. REVOLUTIONARY LEFT; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT) [FTO] [SDGT].

DEVRIMCI SOL (a.k.a. DEV SOL; a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS; a.k.a. DEV SOL SDB; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DHKP/C; a.k.a. REVOLUTIONARY LEFT; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT) [FTO] [SDGT].

DEWANTO, Agung Surya, Indonesia; DOB 17 Apr 1973; nationality Indonesia; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R248877 (Indonesia); alt. Passport M765751 (Indonesia) expires 28 Mar 2008; alt. Passport A2935714 (Indonesia); Identification Number 1398039 (Indonesia) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: SURABAYA HOBBY CV).

DEWBELLE CENTRO DE ESTETICA Y BELLEZA LTDA., Calle 8B No. 78-22, Bogota, Colombia; NIT # 900049690-9 (Colombia) [SDNTK].

DEXIAS INTERNATIONAL PRODUCTS AND TRADE LIMITED COMPANY (Latin: DEXIAS ENDÜSTRIYEL ÜRÜNLER VE TICARET LIMITED ŞIRKETI) (a.k.a. DEXIAS IPTLC), Mecidiyekoy Street, Bloc No: 12/221, Kushtepe Neighborhood, Sisli, Istanbul, Turkey; Organization Established Date 20 Jul 2022; Tax ID No. 2931074985 (Turkey); Registration Number 394044-5 (Turkey) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

DEXIAS IPTLC (a.k.a. DEXIAS INTERNATIONAL PRODUCTS AND TRADE LIMITED Company (Latin: DEXIAS ENDÜSTRIYEL ÜRÜNLER VE TICARET LIMITED ŞIRKETI)), Mecidiyekoy Street, Bloc No: 12/221, Kushtepe Neighborhood, Sisli, Istanbul, Turkey; Organization Established Date 20 Jul 2022; Tax ID No. 2931074985 (Turkey); Registration Number 394044-5 (Turkey)

[RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

DEXIAS LIMITED LIABILITY COMPANY (a.k.a. DEXIAS LLC (Cyrillic: ООО ДЕКСИАС); f.k.a. MAINBOX LIMITED LIABILITY COMPANY; f.k.a. "MAINBOX LLC"; f.k.a. "TSOFT LLC"; f.k.a. "TSOFT OOO"), Ul. Ryabinovaya D. 3, K. 2, KV. 261, Moscow 121471, Russia; Organization Established Date 15 Jul 2016; Tax ID No. 7702403726 (Russia); Government Gazette Number 03555170 (Russia); Registration Number 1167746674644 (Russia) [RUSSIA-EO14024] (Linked To: FIROV, Alim Khazkhismelovich).

DEXIAS LLC (Cyrillic: ООО ДЕКСИАС) (a.k.a. DEXIAS LIMITED LIABILITY COMPANY; f.k.a. MAINBOX LIMITED LIABILITY COMPANY; f.k.a. "MAINBOX LLC"; f.k.a. "TSOFT LLC"; f.k.a. "TSOFT OOO"), Ul. Ryabinovaya D. 3, K. 2, KV. 261, Moscow 121471, Russia; Organization Established Date 15 Jul 2016; Tax ID No. 7702403726 (Russia); Government Gazette Number 03555170 (Russia); Registration Number 1167746674644 (Russia) [RUSSIA-EO14024] (Linked To: FIROV, Alim Khazkhismelovich).

DEY BANK (a.k.a. DAY BANK), 45 Vali Asr Ave, Parvin St, Tehran 1966835611, Iran; SWIFT/BIC DAYBIRTH; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [IRAN] [SDGT] [IFSR] (Linked To: MARTYRS FOUNDATION).

DEY COMPANY (Arabic: شرکت دی) (a.k.a. DAY COMPANY; a.k.a. SHERKAT-E DEY), No 18, Fakhr Razi Street, Enghelab Street, Tehran, Iran; Website http://day-cc.com/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861092038 (Iran); Registration Number 93 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

DEYA, Mohamed Ould Ahmed (a.k.a. DAYA, Mohamed Ould Mahri Ahmed; a.k.a. MAHRI, Mohamed Ben Ahmed; a.k.a. "Mohamed Rouggy"; a.k.a. "Mohamed Rougie"; a.k.a. "Mohamed Rouji"; a.k.a. "Mohammed Rougi"), Bamako, Mali; DOB 1979; POB Tabankort, Mali; nationality Mali; Gender Male; Passport AA00272627 (Mali); alt. Passport AA0263957 (Mali) (individual) [MALI-EO13882].

DEYNEGO, Vladislav Nykolayevich (a.k.a. DEYNEGO, Vladyslav Nykolayevych); DOB 12 Mar 1964; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

DEYNEGO, Vladyslav Nykolayevych (a.k.a. DEYNEGO, Vladislav Nykolayevich); DOB 12 Mar 1964; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

DFLP (a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION; a.k.a. RED STAR BATTALIONS; a.k.a. RED STAR FORCES) [SDGT].

DFRKGK RB (a.k.a. DEPARTAMENT FINANSAVYKH RASSLEDAVANNYAU KAMITETA DZYARZHAUNAHA KANTROLYU RESPUBLIKI BELARUS (Cyrillic: ДЭПАРТАМЕНТ ФІНАНСАВЫХ РАССЛЕДАВАННЯЎ КАМІТЭТА ДЗЯРЖАЎНАГА КАНТРОЛЮ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS (Cyrillic: ДЕПАРТАМЕНТ ФИНАНСОВЫХ РАССЛЕДОВАНИЙ КОМИТЕТА ГОСУДАРСТВЕННОГО КОНТРОЛЯ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. FINANCIAL INVESTIGATIONS DEPARTMENT OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS; a.k.a. "DEPARTMENT OF FINANCIAL INVESTIGATIONS"; a.k.a. "DFR" (Cyrillic: "ДФР")), 17 Kalvariyskaya str., Minsk 220004, Belarus (Cyrillic: ул.Кальварийская, 17, г.Минск 220004, Belarus); Organization Established Date 14 Apr 1998; Target Type Government Entity; Tax ID No. 101463246 (Belarus) [BELARUS-EO14038].

DGCIM (a.k.a. DIRECCION GENERAL DE CONTRAINTELIGENCIA MILITAR (Latin: DIRECCIÓN GENERAL DE CONTRAINTELIGENCIA MILITAR); a.k.a. GENERAL DIRECTORATE OF MILITARY COUNTERINTELLIGENCE), Caracas, Capital District, Venezuela [VENEZUELA-EO13850].

DGI MINING LTD, Palm Grove House, P.O. Box 438, Road Town, Tortola, Virgin Islands, British; Public Registration Number 649877 (Virgin Islands, British) [GLOMAG] (Linked To: GERTLER, Dan).

DHAMAT HOUMET DAAWA SALAFIA (a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT

HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT].

DHAR, Siddartha (a.k.a. DHAR, Siddhartha; a.k.a. "AL BRITANI, Abu Rumaysah"; a.k.a. "DHAR, Abu"; a.k.a. "ISLAM, Saiful"; a.k.a. "RUMAYSAH, Abu"; a.k.a. "SID, Jihadi"), Syria; Iraq; DOB 24 Jun 1983; POB Edmonton, London, United Kingdom; citizen United Kingdom (individual) [SDGT].

DHAR, Siddhartha (a.k.a. DHAR, Siddartha; a.k.a. "AL BRITANI, Abu Rumaysah"; a.k.a. "DHAR, Abu"; a.k.a. "ISLAM, Saiful"; a.k.a. "RUMAYSAH, Abu"; a.k.a. "SID, Jihadi"), Syria; Iraq; DOB 24 Jun 1983; POB Edmonton, London, United Kingdom; citizen United Kingdom (individual) [SDGT].

DHAWI PVT LTD, Herethere, Lonuziyaaraiy Magu, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Oct 2018; Organization Type: Other transportation support activities; Registration Number C-0826/2018 (Maldives) [SDGT] (Linked To: AFRAAH, Ahmed; Linked To: SHAHEED, Yoosuf).

DHEERE, Mumin (a.k.a. DHEERE, Muumin; a.k.a. DHERE, Mumin), Jilib, Middle Juba, Somalia; Wayanta, Lower Juba, Somalia; DOB 1985; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

DHEERE, Muumin (a.k.a. DHEERE, Mumin; a.k.a. DHERE, Mumin), Jilib, Middle Juba, Somalia; Wayanta, Lower Juba, Somalia; DOB 1985; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886) (individual) [SDGT] (Linked To: AL-SHABAAB).

DHEERE, Suhayb (a.k.a. DHEERE, Suheib; a.k.a. ROOBOW, Cabdi; a.k.a. SHINI, Abdi Rooble), Qudus, Lower Juba, Somalia; DOB 1981; alt. DOB 1982; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

DHEERE, Suheib (a.k.a. DHEERE, Suhayb; a.k.a. ROOBOW, Cabdi; a.k.a. SHINI, Abdi Rooble), Qudus, Lower Juba, Somalia; DOB 1981; alt. DOB 1982; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

DHERE, Mumin (a.k.a. DHEERE, Mumin; a.k.a. DHEERE, Muumin), Jilib, Middle Juba, Somalia; Wayanta, Lower Juba, Somalia; DOB 1985; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

DHIYAB, 'Adil 'Ali (Arabic: ذياب علي عادل) (a.k.a. DIAB, Adel; a.k.a. DIYAB, Adil 'Ali; a.k.a. DIYAB, Hajj 'Adil), Lebanon; DOB 10 Dec 1960; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 32983326 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

DHKP/C (a.k.a. DEV SOL; a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS; a.k.a. DEV SOL SDB; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DEVRIMCI SOL; a.k.a. REVOLUTIONARY LEFT; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT) [FTO] [SDGT].

DHUFAAYE, Cabdi Muhammad (a.k.a. CUMAR, Cabdi Maxamed; a.k.a. CUMAR, Cabdiraxman Maxamed; a.k.a. OMAR, Abdirahman Mohamed; a.k.a. "DHOFAYE"; a.k.a. "DHOOFAYE"; a.k.a. "OMAR, Abdi Mohamed"), Bosaso, Somalia; DOB 1962; POB Bosaso, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

DI LAURO, Marco; DOB 16 Jun 1980; POB Naples, Italy (individual) [TCO].

DI MAURO, Paolo; DOB 19 Oct 1952; POB Naples, Italy (individual) [TCO].

DIAB, Adel (a.k.a. DHIYAB, 'Adil 'Ali (Arabic: عادل ذياب (على)؛ a.k.a. DIYAB, Adil 'Ali; a.k.a. DIYAB, Hajj 'Adil), Lebanon; DOB 10 Dec 1960; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 32983326 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

DIAB, Ali Adel (Arabic: علي عادل ذياب), Kabompo Street, Plot N 15, Apt N11, Kalundu, Lusaka, Zambia; DOB 15 Dec 1988; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1011592 (Lebanon) expires 04 Dec 2019 (individual) [SDGT] (Linked To: HAMER AND NAIL CONSTRUCTION LIMITED).

DIABY, Omar (a.k.a. AL-DIABY, Omar; a.k.a. DIABY, Oumar; a.k.a. OMSEN, Omar; a.k.a. OUMSEN, Omar), Syria; DOB 1976; POB Dakar, Senegal (individual) [SDGT].

DIABY, Oumar (a.k.a. AL-DIABY, Omar; a.k.a. DIABY, Omar; a.k.a. OMSEN, Omar; a.k.a. OUMSEN, Omar), Syria; DOB 1976; POB Dakar, Senegal (individual) [SDGT].

DIAGNOSTICENTRO LA GARANTIA (a.k.a. SERVIAUTOS UNO A 1A LIMITADA), Calle 34 No. 5A-25, Cali, Colombia; Carrera 15 No. 44-68, Cali, Colombia; NIT # 800032413-8 (Colombia) [SDNT].

DIAGNOSTIKA M LLC (a.k.a. "TSNK"), Pr-kt Volgogradskii D. 42, Et. 13, Kom. 12, Moscow 109316, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7720081285 (Russia); Registration Number 1037739045552 (Russia) [RUSSIA-EO14024].

DIAM VILLE (a.k.a. DIAMVILLE; a.k.a. DIAMVILLE COMPANY; a.k.a. DIAMVILLE SAU; a.k.a. DIAMVILLE SAUAG), Avenue of the Martyrs, 1st District, Bangui, Central African Republic; Organization Established Date 28 Mar 2019; Organization Type: Support activities for other mining and quarrying [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

DIAMOND TRANSPORTATION LIMITED, East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary

Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DIAMVILLE (a.k.a. DIAM VILLE; a.k.a. DIAMVILLE COMPANY; a.k.a. DIAMVILLE SAU; a.k.a. DIAMVILLE SAUAG), Avenue of the Martyrs, 1st District, Bangui, Central African Republic; Organization Established Date 28 Mar 2019; Organization Type: Support activities for other mining and quarrying [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

DIAMVILLE COMPANY (a.k.a. DIAM VILLE; a.k.a. DIAMVILLE; a.k.a. DIAMVILLE SAU; a.k.a. DIAMVILLE SAUAG), Avenue of the Martyrs, 1st District, Bangui, Central African Republic; Organization Established Date 28 Mar 2019; Organization Type: Support activities for other mining and quarrying [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

DIAMVILLE SAU (a.k.a. DIAM VILLE; a.k.a. DIAMVILLE; a.k.a. DIAMVILLE COMPANY; a.k.a. DIAMVILLE SAUAG), Avenue of the Martyrs, 1st District, Bangui, Central African Republic; Organization Established Date 28 Mar 2019; Organization Type: Support activities for other mining and quarrying [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

DIAMVILLE SAUAG (a.k.a. DIAM VILLE; a.k.a. DIAMVILLE; a.k.a. DIAMVILLE COMPANY; a.k.a. DIAMVILLE SAU), Avenue of the Martyrs, 1st District, Bangui, Central African Republic; Organization Established Date 28 Mar 2019; Organization Type: Support activities for other mining and quarrying [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

DIANAT, Amir (a.k.a. ALMTHAJE, Ameer Abdulazeez Jaafar; a.k.a. AL-MUTAHAJI, Amir 'Abd-al-'Aziz Ja'far; a.k.a. AL-TAA'EI, Amir; a.k.a. DIANAT, Amir Abdolaziz; a.k.a. DIANET, Amir; a.k.a. DIYANAT, Amir; a.k.a. JAFAR, Amir Abdulaziz; a.k.a. MUSHTAQ, Abu), Iran; Iraq; Oman; DOB 15 Mar 1967; alt. DOB 25 Dec 1970; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport W44473918 (Iran); alt. Passport A12688767 (Iraq); alt. Passport F35307926 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

DIANAT, Amir Abdolaziz (a.k.a. ALMTHAJE, Ameer Abdulazeez Jaafar; a.k.a. AL-MUTAHAJI, Amir 'Abd-al-'Aziz Ja'far; a.k.a. AL-TAA'EI, Amir; a.k.a. DIANAT, Amir; a.k.a. DIANET, Amir; a.k.a. DIYANAT, Amir; a.k.a. JAFAR, Amir Abdulaziz; a.k.a. MUSHTAQ, Abu), Iran; Iraq; Oman; DOB 15 Mar 1967; alt.

DOB 25 Dec 1970; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport W44473918 (Iran); alt. Passport A12688767 (Iraq); alt. Passport F35307926 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

DIANET, Amir (a.k.a. ALMTHAJE, Ameer Abdulazeez Jaafar; a.k.a. AL-MUTAHAJI, Amir 'Abd-al-'Aziz Ja'far; a.k.a. AL-TAA'EI, Amir; a.k.a. DIANAT, Amir; a.k.a. DIANAT, Amir Abdolaziz; a.k.a. DIYANAT, Amir; a.k.a. JAFAR, Amir Abdulaziz; a.k.a. MUSHTAQ, Abu), Iran; Iraq; Oman; DOB 15 Mar 1967; alt. DOB 25 Dec 1970; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport W44473918 (Iran); alt. Passport A12688767 (Iraq); alt. Passport F35307926 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

DIARRA, Alou Boi, Bamako, Mali; DOB 01 Sep 1981; POB Kati Koulikoro, Mali; nationality Mali; citizen Mali; Gender Male; Passport DA0004002 (Mali) (individual) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

DIARRA, Bamoussa (a.k.a. DIARRA, Rabia; a.k.a. MOUSSA, Ba Ag; a.k.a. MOUSSA, Bah Ag), Kidal, Mali; Nara, Mali; DOB 01 Jan 1958; alt. DOB 31 Dec 1952; alt. DOB 28 Oct 1956; alt. DOB 1958; nationality Mali; Gender Male (individual) [SDGT].

DIARRA, Rabia (a.k.a. DIARRA, Bamoussa; a.k.a. MOUSSA, Ba Ag; a.k.a. MOUSSA, Bah Ag), Kidal, Mali; Nara, Mali; DOB 01 Jan 1958; alt. DOB 31 Dec 1952; alt. DOB 28 Oct 1956; alt. DOB 1958; nationality Mali; Gender Male (individual) [SDGT].

DIAS DE MENDONCA, Leonardo (a.k.a. DIAS MENDONA, Leonardo; a.k.a. DIAZ MENDONCA, Leonardo); DOB 12 Jan 1963; alt. DOB 21 Nov 1963; alt. DOB 01 Dec 1963; POB Brazil (individual) [SDNTK].

DIAS MENDONA, Leonardo (a.k.a. DIAS DE MENDONCA, Leonardo; a.k.a. DIAZ MENDONCA, Leonardo); DOB 12 Jan 1963; alt. DOB 21 Nov 1963; alt. DOB 01 Dec 1963; POB Brazil (individual) [SDNTK].

DIAS PANIAGUA, Rigoberto, Calle Yacatas No. 366, Planta Alta, Colonia Narvarte, Delegacion Benito Juarez, Distrito Federal Codigo Postal 03020, Mexico; Calle Sor Juana Ines de la Cruz No. 144, Departamento 124, Colonia Miguel

Hidalgo, Codigo Postal 14410, Mexico; DOB 05 Sep 1966; POB Acambaro, Guanajuato, Mexico; R.F.C. DIPR-690905 J31 (Mexico); alt. R.F.C. DIPR-660905 J31 (Mexico); C.U.R.P. DIPR660905HGTSNG05 (Mexico) (individual) [SDNTK].

DIAZ DE LEON SAUCEDA, Cesar Enrique (a.k.a. "LOBITO"), Manzanillo, Colima, Mexico; DOB 12 Apr 1987; POB Monterrey, Nuevo Leon, Mexico; nationality Mexico; Gender Male; C.U.R.P. DISC870412HNLZCS03 (Mexico) (individual) [SDNTK].

DIAZ FLORES, Nahima Janett, Residencial Lomas del Valle, Casa No. U-5, Managua, Nicaragua; DOB 28 Jun 1989; POB Managua, Nicaragua; nationality Nicaragua; Gender Female; National ID No. 0012806890047K (Nicaragua) (individual) [NICARAGUA].

DIAZ GUILLEN, Claudia Patricia (a.k.a. DIAZ, Claudia; a.k.a. DIAZ-GUILLEN, Claudia), Cap Cana, Dominican Republic; Spain; DOB 25 Nov 1973; citizen Venezuela; Gender Female; Cedula No. 11502896 (Venezuela); Passport 030415788 (Venezuela) expires 22 Nov 2014 (individual) [VENEZUELA-EO13850].

DIAZ LOPEZ, Mateo, Calle Guatemala No. 5610, Colonia Hipodromo, Nuevo Laredo, Tamaulipas, Mexico; Calle Tiera Del Soconusco No. 252, Fraccionamiento Colinas Del Sur, Nuevo Laredo, Tamaulipas, Mexico; Calle Mundial No. 55, Nuevo Laredo, Tamaulipas, Mexico; Sinaloa No. 10, Kilometer 10, Nuevo Laredo, Tamaulipas, Mexico; Calle Ramiro Pena No. 829, Colonia Electricistas, Nuevo Laredo, Tamaulipas, Mexico; Calle Habana No. 2204, Colonia Americo Villarreal, Nuevo Laredo, Tamaulipas, Mexico; Veracruz No. 500 o 550, Colonia Electricistas, Nuevo Laredo, Tamaulipas, Mexico; Calle Chihuahua No. 805 0 815, Cerca de la esquina de Calle Ruiz Cortines, Nuevo Laredo, Tamaulipas, Mexico; DOB 11 Sep 1973; alt. DOB 1974; POB Valle Hermoso, Tamaulipas, Mexico; alt. POB La Libertad, Cunduacan, Tabasco, Mexico; alt. POB San Rafael, Tabasco, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

DIAZ MADRIZ, Francisco Javier (a.k.a. DIAZ, Francisco), Residencial Lomas del Valle, Casa U5, Managua, Nicaragua; DOB 03 Aug 1961; POB Chinandega, Nicaragua; nationality Nicaragua; Gender Male; National ID No. 0810308610000L (individual) [GLOMAG].

DIAZ MEDINA, Javier (a.k.a. ARELLANO FELIX, Francisco Javier; a.k.a. ARELLANO FELIX, Javier; a.k.a. BELTRAN MEZA, Ramon; a.k.a.

LARA ALVAREZ, Jose Luis); DOB 21 Nov 1969; alt. DOB 12 Dec 1969; POB Culiacan, Sinaloa, Mexico (individual) [SDNTK].

DIAZ MENDONCA, Leonardo (a.k.a. DIAS DE MENDONCA, Leonardo; a.k.a. DIAS MENDONA, Leonardo); DOB 12 Jan 1963; alt. DOB 21 Nov 1963; alt. DOB 01 Dec 1963; POB Brazil (individual) [SDNTK].

DIAZ, Claudia (a.k.a. DIAZ GUILLEN, Claudia Patricia; a.k.a. DIAZ-GUILLEN, Claudia), Cap Cana, Dominican Republic; Spain; DOB 25 Nov 1973; citizen Venezuela; Gender Female; Cedula No. 11502896 (Venezuela); Passport 030415788 (Venezuela) expires 22 Nov 2014 (individual) [VENEZUELA-EO13850].

DIAZ, Francisco (a.k.a. DIAZ MADRIZ, Francisco Javier), Residencial Lomas del Valle, Casa U5, Managua, Nicaragua; DOB 03 Aug 1961; POB Chinandega, Nicaragua; nationality Nicaragua; Gender Male; National ID No. 0810308610000L (individual) [GLOMAG].

DIAZ-GUILLEN, Claudia (a.k.a. DIAZ GUILLEN, Claudia Patricia; a.k.a. DIAZ, Claudia), Cap Cana, Dominican Republic; Spain; DOB 25 Nov 1973; citizen Venezuela; Gender Female; Cedula No. 11502896 (Venezuela); Passport 030415788 (Venezuela) expires 22 Nov 2014 (individual) [VENEZUELA-EO13850].

DIB EL MALT, Abdul Naser, Calle 85 No. 12-10, Oficina 213 y/o Local 3, Colombia; DOB 20 Aug 1967; nationality Lebanon; citizen Colombia; Cedula No. 276392 (Colombia); Passport 0218186 (Lebanon) (individual) [SDNT].

DIB, Ahmad (a.k.a. AL-DIB, Ahmed (Arabic: احمد الديب); a.k.a. DEEB, Ahmad; a.k.a. DEEB, Ahmed; a.k.a. DIB, Ahmed (Arabic: احمد ديب); a.k.a. DIBE, Ahmad; a.k.a. DIBE, Ahmed (Arabic: احمد ديب)), Damascus, Syria; DOB 1961; POB Ayn Al-Tineh Village, Latakia, Syria; nationality Syria; Gender Male; Brigadier General (individual) [SYRIA] (Linked To: SYRIAN GENERAL INTELLIGENCE DIRECTORATE).

DIB, Ahmed (Arabic: احمد ديب) (a.k.a. AL-DIB, Ahmed (Arabic: احمد الديب); a.k.a. DEEB, Ahmad; a.k.a. DEEB, Ahmed; a.k.a. DIB, Ahmad; a.k.a. DIBE, Ahmad; a.k.a. DIBE, Ahmed (Arabic: احمد ديب))), Damascus, Syria; DOB 1961; POB Ayn Al-Tineh Village, Latakia, Syria; nationality Syria; Gender Male; Brigadier General (individual) [SYRIA] (Linked To: SYRIAN GENERAL INTELLIGENCE DIRECTORATE).

DIB, Mashhur, Syria; DOB 20 May 1970; nationality Syria; Scientific Studies and

Research Center Employee (individual) [SYRIA].

DIBC (a.k.a. DISTRIBUIDORA IMPERIAL; a.k.a. DISTRIBUIDORA IMPERIAL DE BAJA CALIFORNIA, S.A. DE C.V.), Blvd. Agua Caliente 1381, Colonia Revolucion, Tijuana, Baja California, Mexico; Avenida Rio Nazas 10202, Tijuana, Baja California, Mexico; Heroes de Nacozari 3213 Colonia Maya, Culiacan, Sinaloa, Mexico; Lerdo de Tejada 1879 Sector Juarez, Guadalajara, Jalisco, Mexico; Ramon Morales No. 732 Colonia El Mirador, Guadalajara, Jalisco, Mexico; Rio Balsas 1579 Los Nogales, Ciudad Juarez, Chihuahua, Mexico; Luz Savinon 718-C Colonia del Valle, Mexico City, Distrito Federal, Mexico; P.O. Box 434440, San Ysidro, CA 92173, United States; R.F.C. DIB-771110-HQ1 (Mexico) [SDNTK].

DIBE, Ahmad (a.k.a. AL-DIB, Ahmed (Arabic: احمد الديب); a.k.a. DEEB, Ahmad; a.k.a. DEEB, Ahmed; a.k.a. DIB, Ahmad; a.k.a. DIB, Ahmed (Arabic: احمد ديب); a.k.a. DIBE, Ahmed (Arabic: احمد ديب)), Damascus, Syria; DOB 1961; POB Ayn Al-Tineh Village, Latakia, Syria; nationality Syria; Gender Male; Brigadier General (individual) [SYRIA] (Linked To: SYRIAN GENERAL INTELLIGENCE DIRECTORATE).

DIBE, Ahmed (Arabic: احمد ديب) (a.k.a. AL-DIB, Ahmed (Arabic: احمد الديب); a.k.a. DEEB, Ahmad; a.k.a. DEEB, Ahmed; a.k.a. DIB, Ahmad; a.k.a. DIB, Ahmed (Arabic: احمد ديب); a.k.a. DIBE, Ahmad), Damascus, Syria; DOB 1961; POB Ayn Al-Tineh Village, Latakia, Syria; nationality Syria; Gender Male; Brigadier General (individual) [SYRIA] (Linked To: SYRIAN GENERAL INTELLIGENCE DIRECTORATE).

DICKO, Abdoul Salam (a.k.a. DICKO, Jafar), Burkina Faso; DOB 1980; nationality Burkina Faso; Gender Male (individual) [HOSTAGES-EO14078].

DICKO, Jafar (a.k.a. DICKO, Abdoul Salam), Burkina Faso; DOB 1980; nationality Burkina Faso; Gender Male (individual) [HOSTAGES-EO14078].

DIDA, Abidjan Marcory, Rue Clement Ader, 01 PO Box, 3131, Abidjan 01, Cote d Ivoire (Latin: Abidjan Marcory, Rue Clément Ader, 01 Boîte Postale, 3131, Abidjan 01, Cote d Ivoire); Website https://www.didaaaa.com; Email Address info@didaaaa.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Phone Number 2250700002071 [SDGT] (Linked To: AHMAD, Hind Nazem).

DIDENKO, Alexey Nikolayevich (Cyrillic: ДИДЕНКО, Алексей Николаевич), Russia; DOB 30 Mar 1983; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DIDI, Faris Mohamed, Addu City, Maldives; DOB 09 Dec 1984; POB Hithadhoo, Addu City, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LA14E6390 (Maldives) expires 12 Jun 2022; National ID No. A153987 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

DIEGELMANN, Axel Paul, Liechtenstein; DOB 24 Feb 1965; nationality Germany; Gender Male (individual) [RUSSIA-EO14024] (Linked To: RHEINGOLD EDELMETALL AG).

DIEGELMANN, Bernd Guenter, United Arab Emirates; DOB 12 Sep 1990; nationality Germany; Gender Male; Passport C4YL28X5C (Germany) (individual) [RUSSIA-EO14024] (Linked To: RHEINGOLD EDELMETALL AG).

DIEGELMANN, Fritz, Liechtenstein; DOB 28 May 1993; POB Kulmbach, Germany; nationality Germany; Gender Male; Passport CGTG1HW3Z (Germany) (individual) [RUSSIA-EO14024] (Linked To: RHEINGOLD EDELMETALL AG).

DIFACULSA, S.A. DE C.V., Villa Dorada 3996, Fracc. Los Portales, Culiacan, Sinaloa, Mexico; Organization Established Date 25 Feb 2006; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores; Folio Mercantil No. 75487 (Mexico) [ILLICIT-DRUGS-EO14059].

DIFUSO AUDIOVISUALES (a.k.a. DIFUSO COMUNICACIONES S.A.), Reparto El Carmen, De la Iglesia el Carmen, 1 cuadra al sur, 1 cuadra arriba, 1 cda al sur, Managua, Nicaragua; Registration ID J0310000147205 (Nicaragua) [NICARAGUA] (Linked To: ORTEGA MURILLO, Juan Carlos).

DIFUSO COMUNICACIONES S.A. (a.k.a. DIFUSO AUDIOVISUALES), Reparto El Carmen, De la Iglesia el Carmen, 1 cuadra al sur, 1 cuadra arriba, 1 cda al sur, Managua, Nicaragua; Registration ID J0310000147205 (Nicaragua) [NICARAGUA] (Linked To: ORTEGA MURILLO, Juan Carlos).

DIGITAL INVEST LIMITED LIABILITY COMPANY (Cyrillic: ДИДЖИТАЛ ИНВЕСТ

ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. ООО DIDZHITAL INVEST), 28 Rublevskoye Highway, Floor 13, Room 21, Moscow, Russia; Organization Established Date 06 Aug 2020; Organization Type: Activities of holding companies; Tax ID No. 9731068258 (Russia); Registration Number 1207700277861 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY USM TELECOM).

DIGITAL MEDIA LAB (a.k.a. DML), No. 5, Golestan Alley, Ghasemi St., Sharif University of Technology, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

DIGITAL SECURITY (a.k.a. DIGITAL SECURITY RESEARCH GROUP; a.k.a. ООО DIGITAL SECURITY; a.k.a. "DSEC"), Saint Petersburg, Russia; Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: FEDERAL SECURITY SERVICE).

DIGITAL SECURITY RESEARCH GROUP (a.k.a. DIGITAL SECURITY; a.k.a. ООО DIGITAL SECURITY; a.k.a. "DSEC"), Saint Petersburg, Russia; Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: FEDERAL SECURITY SERVICE).

DIGITAL SERVICES EAD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2003; V.A.T. Number BG 131131080 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

DIINI, Abdiaziz Yuusuf (a.k.a. DINI, Abdulaziz Youssouf; a.k.a. DINI, Abdulaziz Yusuf; a.k.a. DINI, Cabdicasiis Yusuf; a.k.a. DINI, Faysal Yusuf; a.k.a. DINI, Feisal Yussuf; a.k.a. DINI, Feyself Yusuf; a.k.a. HILOWLE, Abdiaziz Yusuf Dini; a.k.a. HILOWLE, Cabdicasis Yusuf Diini), Madena Estate, House #4, South C, Nairobi, Kenya; Djibouti; DOB 01 Jan 1971; POB Galkayo, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 19RF00115 (Djibouti) expires 13 Nov 2022 (individual) [SDGT] (Linked To: AL-SHABAAB).

DIKIY, Aleksey Aleksandrovich (Cyrillic: ДИКИЙ, Алексей Александрович) (a.k.a. DYKIY, Oleksii Oleksandrovych (Cyrillic: ДІКІЙ, Олексій Олександрович); a.k.a. DYKYI, Oleksiy Oleksandrovych), Donetsk, Ukraine; DOB 05

Jul 1974; POB Donetsk Region, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 2721421655 (Ukraine) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

DIKUY BOGDIM (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

DILIAN, Tal Jonathan (a.k.a. MENASHE, Tal Yonatan), 11B Route Des Arcys, Champery 1874, Switzerland; DOB 21 Aug 1961; POB Israel; nationality Israel; Gender Male; Passport 22540627 (Israel); National ID No. 57053795 (Israel); alt. National ID No. 057053795 (Israel) (individual) [CYBER2].

DILIP, Aziz (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. EBRAHIM, Dawood; a.k.a. HASAN, Shaikh Daud; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SABRI, Dawood; a.k.a. SAHEB, Amir; a.k.a. SETH, Iqbal), 617 CP

Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

DILSHAD, Danish (a.k.a. AHMAD, Dilshad; a.k.a. AL-DAKHIL, 'Abd al-Rahman; a.k.a. AL-DAKHIL, Abdul Rehman; a.k.a. ALI, Amanat; a.k.a. ALI, Amanatullah; a.k.a. ALI, Amantullah; a.k.a. IQBAL, Imanat Ullah), Pakistan; DOB 01 Sep 1964; alt. DOB 01 Mar 1965 to 31 Mar 1965; POB Faisalabad, Pakistan; nationality Pakistan; Gender Male (individual) [SDGT].

DIMACO TECHNOLOGY, S.A., Panama City, Panama; Folio Mercantil No. 844226 (Panama) [VENEZUELA-EO13850].

DIMITRY, Gregory Vasili (a.k.a. ADUOL, Gregory Deng Kuac; a.k.a. KUAC, Gregory Deng; a.k.a. KUACH, Gregory Deng; a.k.a. YALOURIS, Gregory Vasilis Dimitry), Juba, South Sudan; DOB 01 Jan 1961; POB Ajogo, South Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

DIMOND TRANSPORTATION LIMITED, East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

DIMOV, Oleg Dmitriyevich (Cyrillic: ДИМОВ, Олег Дмитриевич), Russia; DOB 08 Mar 1968; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DING, Zhongli (Chinese Simplified: 丁仲礼; Chinese Traditional: 丁仲禮), Beijing, China; DOB Jan 1957; POB Shengzhou City, Zhejiang Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

DINI, Abdulaziz Youssouf (a.k.a. DIINI, Abdiaziz Yuusuf; a.k.a. DINI, Abdulaziz Yusuf; a.k.a. DINI, Cabdicasiis Yusuf; a.k.a. DINI, Faysal Yusuf; a.k.a. DINI, Feisal Yussuf; a.k.a. DINI, Feyself Yusuf; a.k.a. HILOWLE, Abdiaziz Yusuf Dini; a.k.a. HILOWLE, Cabdicasis Yusuf Diini), Madena Estate, House #4, South C, Nairobi, Kenya; Djibouti; DOB 01 Jan 1971; POB Galkayo, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 19RF00115 (Djibouti) expires 13 Nov 2022 (individual) [SDGT] (Linked To: AL-SHABAAB).

DINI, Abdulaziz Yusuf (a.k.a. DIINI, Abdiaziz Yuusuf; a.k.a. DINI, Abdulaziz Youssouf; a.k.a. DINI, Cabdicasiis Yusuf; a.k.a. DINI, Faysal Yusuf; a.k.a. DINI, Feisal Yussuf; a.k.a. DINI, Feyself Yusuf; a.k.a. HILOWLE, Abdiaziz Yusuf Dini; a.k.a. HILOWLE, Cabdicasis Yusuf Diini), Madena Estate, House #4, South C, Nairobi, Kenya; Djibouti; DOB 01 Jan 1971; POB Galkayo, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 19RF00115 (Djibouti) expires 13 Nov 2022 (individual) [SDGT] (Linked To: AL-SHABAAB).

DINI, Cabdicasiis Yusuf (a.k.a. DIINI, Abdiaziz Yuusuf; a.k.a. DINI, Abdulaziz Youssouf; a.k.a. DINI, Abdulaziz Yusuf; a.k.a. DINI, Faysal Yusuf; a.k.a. DINI, Feisal Yussuf; a.k.a. DINI, Feyself Yusuf; a.k.a. HILOWLE, Abdiaziz Yusuf Dini; a.k.a. HILOWLE, Cabdicasis Yusuf Diini), Madena Estate, House #4, South C, Nairobi, Kenya; Djibouti; DOB 01 Jan 1971; POB Galkayo, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 19RF00115 (Djibouti) expires 13 Nov 2022 (individual) [SDGT] (Linked To: AL-SHABAAB).

DINI, Faysal Yusuf (a.k.a. DIINI, Abdiaziz Yuusuf; a.k.a. DINI, Abdulaziz Youssouf; a.k.a. DINI,

Abdulaziz Yusuf; a.k.a. DINI, Cabdicasiis Yusuf; a.k.a. DINI, Feisal Yussuf; a.k.a. DINI, Feyself Yusuf; a.k.a. HILOWLE, Abdiaziz Yusuf Dini; a.k.a. HILOWLE, Cabdicasis Yusuf Diini), Madena Estate, House #4, South C, Nairobi, Kenya; Djibouti; DOB 01 Jan 1971; POB Galkayo, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 19RF00115 (Djibouti) expires 13 Nov 2022 (individual) [SDGT] (Linked To: AL-SHABAAB).

DINI, Feisal Yussuf (a.k.a. DIINI, Abdiaziz Yuusuf; a.k.a. DINI, Abdulaziz Youssouf; a.k.a. DINI, Abdulaziz Yusuf; a.k.a. DINI, Cabdicasiis Yusuf; a.k.a. DINI, Faysal Yusuf; a.k.a. DINI, Feyself Yusuf; a.k.a. HILOWLE, Abdiaziz Yusuf Dini; a.k.a. HILOWLE, Cabdicasis Yusuf Diini), Madena Estate, House #4, South C, Nairobi, Kenya; Djibouti; DOB 01 Jan 1971; POB Galkayo, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 19RF00115 (Djibouti) expires 13 Nov 2022 (individual) [SDGT] (Linked To: AL-SHABAAB).

DINI, Feyself Yusuf (a.k.a. DIINI, Abdiaziz Yuusuf; a.k.a. DINI, Abdulaziz Youssouf; a.k.a. DINI, Abdulaziz Yusuf; a.k.a. DINI, Cabdicasiis Yusuf; a.k.a. DINI, Faysal Yusuf; a.k.a. DINI, Feisal Yussuf; a.k.a. HILOWLE, Abdiaziz Yusuf Dini; a.k.a. HILOWLE, Cabdicasis Yusuf Diini), Madena Estate, House #4, South C, Nairobi, Kenya; Djibouti; DOB 01 Jan 1971; POB Galkayo, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 19RF00115 (Djibouti) expires 13 Nov 2022 (individual) [SDGT] (Linked To: AL-SHABAAB).

DINRIN LIMITED, Hong Kong; Business Registration Number 2849056 (Hong Kong) [IRAN-EO13846] (Linked To: ZAGROS PETROCHEMICAL).

DIO (a.k.a. DEFENCE INDUSTRIES ORGANISATION; a.k.a. DEFENSE INDUSTRIES ORGANIZATION; a.k.a. SASEMAN SANAJE DEFA; a.k.a. SAZEMANE SANAYE DEFA; a.k.a. "SASADJA"), P.O. Box 19585-777, Pasdaran Street, Entrance of Babaie Highway, Permanent Expo of Defence Industries Organization, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

DIODATO DEL GALLO, Marco Marino (a.k.a. "RENATO"), Bolivia; DOB 28 Jan 1957; POB Italy; nationality Italy; citizen Italy; alt. citizen Bolivia; Passport 072130-A (Italy) (individual) [SDNTK].

DIOTRIX PROPRIETARY LTD (a.k.a. DIOTRIX PTY LTD), 16 Ratcliffe Drive, Morning Side Manor, Gauteng, 2052, Johannesburg, South Africa; P.O. Box 575, Gauteng, 2052, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Nov 2011; V.A.T. Number 4580271585 (South Africa); Tax ID No. 9497287178 (South Africa); Commercial Registry Number 2011/137072/07 (South Africa) [SDGT] (Linked To: OXFOCENTO PROPRIETARY LTD).

DIOTRIX PTY LTD (a.k.a. DIOTRIX PROPRIETARY LTD), 16 Ratcliffe Drive, Morning Side Manor, Gauteng, 2052, Johannesburg, South Africa; P.O. Box 575, Gauteng, 2052, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 25 Nov 2011; V.A.T. Number 4580271585 (South Africa); Tax ID No. 9497287178 (South Africa); Commercial Registry Number 2011/137072/07 (South Africa) [SDGT] (Linked To: OXFOCENTO PROPRIETARY LTD).

DIPAUL COMPANY (a.k.a. AO NPF DIPOL; a.k.a. DIPAUL TECHNOLOGIES JSC; a.k.a. SCIENTIFIC INDUSTRIAL COMPANY DIPAUL PRIVATE JOINT STOCK COMPANY), 5B, Rentgena Street, St. Petersburg 197101, Russia; 20/1, Ogorodny Proezd, Moscow 127372, Russia; Tax ID No. 7804137537 (Russia); Registration Number 1027802497656 (Russia) [RUSSIA-EO14024].

DIPAUL TECHNOLOGIES JSC (a.k.a. AO NPF DIPOL; a.k.a. DIPAUL COMPANY; a.k.a. SCIENTIFIC INDUSTRIAL COMPANY DIPAUL PRIVATE JOINT STOCK COMPANY), 5B, Rentgena Street, St. Petersburg 197101, Russia; 20/1, Ogorodny Proezd, Moscow 127372, Russia; Tax ID No. 7804137537 (Russia); Registration Number 1027802497656 (Russia) [RUSSIA-EO14024].

DIRAC TECHNOLOGY HK LIMITED, Rm 2304 Ho King, Commercial Bldg 2-16, Fa Yuen St., Mongkok, Kowloon, Hong Kong, China; Website https://dirac-tech.com/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 15 Dec 2021; Registration Number 3112845 (Hong Kong) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

DIRECCION GENERAL DE CONTRAINTELIGENCIA MILITAR (Latin: DIRECCIÓN GENERAL DE CONTRAINTELIGENCIA MILITAR) (a.k.a. DGCIM; a.k.a. GENERAL DIRECTORATE OF MILITARY COUNTERINTELLIGENCE), Caracas, Capital District, Venezuela [VENEZUELA-EO13850].

DIRECTORATE OF DEFENSE INDUSTRIES (a.k.a. MINISTRY OF DEFENSE DIRECTORATE OF DEFENSE INDUSTRIES; a.k.a. MYANMA DEFENSE PRODUCTS INDUSTRY; a.k.a. MYANMAR DEFENSE PRODUCTS INDUSTRY; a.k.a. "DEFENSE PRODUCTS INDUSTRIES"; a.k.a. "KA PA SA"), Ministry of Defense, Shwedagon Pagoda Road, Rangoon, Burma; Target Type Government Entity [BURMA-EO14014].

DIRECTORATE OF INTERNAL AFFAIRS OF THE BREST OBLAST EXECUTIVE COMMITTEE (Cyrillic: УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ БРЕСТСКОГО ОБЛИСПОЛКОМА) (a.k.a. BRESTOBLISPOLKOM DEPARTMENT OF INTERNAL AFFAIRS; a.k.a. BRESTOBLISPOLKOM UVD (Cyrillic: УВД БРЕСТОБЛИСПОЛКОМА); a.k.a. DEPARTMENT OF INTERNAL AFFAIRS OF BREST OBLAST EXECUTIVE COMMITTEE; a.k.a. UVD OF THE BREST OBLAST EXECUTIVE COMMITTEE (Cyrillic: УВД БРЕСТСКОГО ОБЛИСПОЛКОМА)), 28, Communist str., Brest 224000, Belarus; Target Type Government Entity; Registration Number 200127206 (Belarus) [BELARUS].

DIRECTORATE OF INTERNAL AFFAIRS OF THE GOMEL OBLAST EXECUTIVE COMMITTEE (a.k.a. DEPARTMENT OF INTERNAL AFFAIRS OF GOMEL REGION EXECUTIVE COMMITTEE; a.k.a. DEPARTMENT OF INTERNAL AFFAIRS OF THE GOMEL REGIONAL EXECUTIVE COMMITTEE (Cyrillic: УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ ГОМЕЛЬСКОГО ОБЛИСПОЛКОМА), ul. Skommunarov, Gomel, Gomel Oblast 245050, Belarus; 3, Street of Communards, Gomel, Belarus; 3 Kommunarov St., Gomel, Belarus (Cyrillic: ул. Коммунаров 3, Гомель, Belarus); Target Type Government Entity [BELARUS].

DIRECTORATE OF PROCUREMENT OF THE COMMANDER-IN-CHIEF OF DEFENSE SERVICES ARMY (a.k.a. DIRECTORATE OF PROCUREMENT, OFFICE OF THE COMMANDER-IN-CHIEF ARMY, THE REPUBLIC OF THE UNION OF MYANMAR; a.k.a. MYANMAR DIRECTORATE OF PROCUREMENT; a.k.a. "DIRECTORATE OF DEFENSE PROCUREMENT"; a.k.a. "DIRECTORATE OF PROCUREMENT"), Nay Pyi Taw City, Burma; Target Type Government Entity [BURMA-EO14014].

DIRECTORATE OF PROCUREMENT, OFFICE OF THE COMMANDER-IN-CHIEF ARMY, THE REPUBLIC OF THE UNION OF MYANMAR (a.k.a. DIRECTORATE OF PROCUREMENT OF THE COMMANDER-IN-CHIEF OF DEFENSE SERVICES ARMY; a.k.a. MYANMAR DIRECTORATE OF PROCUREMENT; a.k.a. "DIRECTORATE OF DEFENSE PROCUREMENT"; a.k.a. "DIRECTORATE OF PROCUREMENT"), Nay Pyi Taw City, Burma; Target Type Government Entity [BURMA-EO14014].

DIREKTSIIA MORSKOI PORT INDIGA OOO (a.k.a. DIREKTSIYA MORSKOI PORT INDIGA LIMITED LIABILITY COMPANY (Cyrillic: ДИРЕКЦИЯ МОРСКОЙ ПОРТ ИНДИГА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), d. 3 kab. 3, ul. Nenetskaya, Naryan-Mar 166000, Russia; Organization Established Date 22 Feb 2019; Tax ID No. 2983012934 (Russia); Government Gazette Number 36289536 (Russia); Registration Number 1192901002733 (Russia) [RUSSIA-EO14024] (Linked To: AKVAMARIN LIMITED LIABILITY COMPANY).

DIREKTSIYA MORSKOI PORT INDIGA LIMITED LIABILITY COMPANY (Cyrillic: ДИРЕКЦИЯ МОРСКОЙ ПОРТ ИНДИГА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. DIREKTSIIA MORSKOI PORT INDIGA OOO), d. 3 kab. 3, ul. Nenetskaya, Naryan-Mar 166000, Russia; Organization Established Date 22 Feb 2019; Tax ID No. 2983012934 (Russia); Government Gazette Number 36289536 (Russia); Registration Number 1192901002733 (Russia) [RUSSIA-EO14024] (Linked To: AKVAMARIN LIMITED LIABILITY COMPANY).

DIRIYE, Ahmed (a.k.a. ABDIKARIM, Sheikh Mahad Omar; a.k.a. ABU UBAIDAH, Ahmad Umar; a.k.a. ABU UBAIDAH, Ahmed Omar; a.k.a. ABU UBAIDAH, Sheikh Ahmad Umar; a.k.a. ABU UBAIDAH, Sheikh Ahmed Umar; a.k.a. ABU UBAIDAHA, Sheikh Omar; a.k.a.

DIRIYE, Mahad; a.k.a. UMAR, Sheikh Ahmed; a.k.a. "DIRIYE, Abu"; a.k.a. "UBAIDAH, Abu"; a.k.a. "UMAR, Ahmad"), Somalia; DOB 1972; POB Somalia (individual) [SDGT].

DIRIYE, Mahad (a.k.a. ABDIKARIM, Sheikh Mahad Omar; a.k.a. ABU UBAIDAH, Ahmad Umar; a.k.a. ABU UBAIDAH, Ahmed Omar; a.k.a. ABU UBAIDAH, Sheikh Ahmad Omar; a.k.a. ABU UBAIDAH, Sheikh Ahmad Umar; a.k.a. ABU UBAIDAHA, Sheikh Omar; a.k.a. DIRIYE, Ahmed; a.k.a. UMAR, Sheikh Ahmed; a.k.a. "DIRIYE, Abu"; a.k.a. "UBAIDAH, Abu"; a.k.a. "UMAR, Ahmad"), Somalia; DOB 1972; POB Somalia (individual) [SDGT].

DIRKS, Natalia Germanova (Cyrillic: ДИРКС, Наталья Германовна) (a.k.a. DIRKS, Natalya Germanovna), Russia; DOB 17 Sep 1961; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

DIRKS, Natalya Germanovna (a.k.a. DIRKS, Natalia Germanova (Cyrillic: ДИРКС, Наталья Германовна)), Russia; DOB 17 Sep 1961; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

DIRNAWI, Hamzah (a.k.a. AL-DARNAVI, Hamza; a.k.a. AL-DARNAWI, Abu-Hamzah; a.k.a. AL-DARNAWI, Hamza; a.k.a. AL-DARNAWI, Hamzah; a.k.a. AL-MASLI, 'Abd al-Hamid Muhammad 'Abd al-Hamid; a.k.a. AL-MASLI, 'Abd-al-Hamid; a.k.a. DARNAVI, Hamza; a.k.a. DARNAWI, Abdullah; a.k.a. DARNAWI, Hamza; a.k.a. DARNAWI, Hamzah; a.k.a. MASLI, Hamid; a.k.a. MUSALLI, 'Abd-al-Hamid), Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1976; POB Darnah, Libya; alt. POB Danar, Libya; nationality Libya (individual) [SDGT].

DISDA (a.k.a. DISPOSITIVOS INDUSTRIALES DINAMICOS, S.A. DE C.V.), Gaseoducto No. 7, Parque Industrial Puebla 2000, Puebla, Puebla 72226, Mexico; RFC DID100927249 (Mexico) [SDNTK].

DISDROGAS LTDA. (f.k.a. RAMIREZ Y CIA. LTDA.), Carrera 38 No. 13-138 Acopi, Yumbo, Valle, Colombia; Calle 15 No. 11-34, Pasto, Narino, Colombia; Carrera 1D Bis. No. 15-55, Neiva, Huila, Colombia; Calle 39 No. 17-42, Neiva, Huila, Colombia; Apartado Aereo 30530, Cali, Colombia; NIT # 800058576-2 (Colombia) [SDNT].

DISPERSORA GAEL, S.A. DE C.V., Poblado Genaro Estrada, Sinaloa, Sinaloa, Mexico; Business Registration Document # CUD: A201405281136157818 (Mexico); Folio Mercantil No. 172714 (Mexico) [SDNTK].

DISPOSITIVOS INDUSTRIALES DINAMICOS, S.A. DE C.V. (a.k.a. DISDA), Gaseoducto No. 7, Parque Industrial Puebla 2000, Puebla, Puebla 72226, Mexico; RFC DID100927249 (Mexico) [SDNTK].

DISTRIBUIDORA DE ELEMENTOS PARA LA CONSTRUCCION S.A. (a.k.a. D'ELCON S.A.), Carrera 23D No. 13B-59, Cali, Colombia; NIT # 800117780-2 (Colombia) [SDNT].

DISTRIBUIDORA DE HERMOSILLO GAXIOLA HERMANOS S.A. DE C.V. (a.k.a. MADYVA), Fco. Eusebio Kino 177-7, Col. 5 de Mayo, Hermosillo, Sonora 83010, Mexico; Blvd. Luis Encinas 581, Esquina Alberto Truqui, Colonia Pimentel, Hermosillo, Sonora, Mexico; Guadalajara, Jalisco, Mexico; R.F.C. DHG900717NV3 (Mexico) [SDNTK].

DISTRIBUIDORA DE MUEBLES GAXIOLA HERMANOS (a.k.a. INMOBILIARIA GAXIOLA; a.k.a. INMOBILIARIA GAXIOLA HERMANOS S.A. DE C.V.), Blvd. Francisco Eusebio km. 177-7, Col. 5 de Mayo, Hermosillo, Sonora 83010, Mexico; Blvd. L Encinas numero 581-A, Esquina Truqui, Colonia Pimentel, Hermosillo, Sonora, Mexico; Michoacan 404 Inter. 11, Colonia Cerrada Paraiso, Hermosillo, Sonora 83170, Mexico; Blvd. Jose Maria Morelos s/n y Ave 13 Col Colinas del Bachoco, Hermosilo, Sonora 83000, Mexico; Guadalajara, Jalisco, Mexico; R.F.C. IGH910522UM3 (Mexico); alt. R.F.C. DMG910522 (Mexico) [SDNTK].

DISTRIBUIDORA E IMPORTADORA DE PRODUCTOS MEDICOS DEL NORTE, S.A. DE C.V., Monterrey, Nuevo Leon, Mexico; Nuevo Laredo, Tamaulipas, Mexico; Nueva Escoca No. 4310, Industrial Habitacional Abraham Lincoln, Monterrey, Nuevo Leon, Mexico; Calle Texcoco No. 119, Colonia Mitras Centro, Monterrey, Nuevo Leon 64460, Mexico; Av. Ruiz Cortinez, 1200 PTE, Monterrey, Nuevo Leon 64299, Mexico; Folio Mercantil No. 117592 (Mexico) issued 11 Nov 2009; SRE Permit No. 1909004 (Mexico) [SDNTK].

DISTRIBUIDORA GERMAY S.A. DE C.V., San Luis Rio Colorado, Sonora 83450, Mexico; Registration ID NBC80114835 (Mexico) [SDNTK].

DISTRIBUIDORA GRAN AUTO S.A. DE C.V., Hermosillo, Sonora, Mexico; R.F.C. DGA960531NUA (Mexico) [SDNTK].

DISTRIBUIDORA IMPERIAL (a.k.a. DIBC; a.k.a. DISTRIBUIDORA IMPERIAL DE BAJA CALIFORNIA, S.A. DE C.V.), Blvd. Agua Caliente 1381, Colonia Revolucion, Tijuana, Baja California, Mexico; Avenida Rio Nazas 10202, Tijuana, Baja California, Mexico; Heroes de Nacozari 3213 Colonia Maya, Culiacan, Sinaloa, Mexico; Lerdo de Tejada 1879 Sector Juarez, Guadalajara, Jalisco, Mexico; Ramon Morales No. 732 Colonia El Mirador, Guadalajara, Jalisco, Mexico; Rio Balsas 1579 Los Nogales, Ciudad Juarez, Chihuahua, Mexico; Luz Savinon 718-C Colonia del Valle, Mexico City, Distrito Federal, Mexico; P.O. Box 434440, San Ysidro, CA 92173, United States; R.F.C. DIB-771110-HQ1 (Mexico) [SDNTK].

DISTRIBUIDORA IMPERIAL DE BAJA CALIFORNIA, S.A. DE C.V. (a.k.a. DIBC; a.k.a. DISTRIBUIDORA IMPERIAL), Blvd. Agua Caliente 1381, Colonia Revolucion, Tijuana, Baja California, Mexico; Avenida Rio Nazas 10202, Tijuana, Baja California, Mexico; Heroes de Nacozari 3213 Colonia Maya, Culiacan, Sinaloa, Mexico; Lerdo de Tejada 1879 Sector Juarez, Guadalajara, Jalisco, Mexico; Ramon Morales No. 732 Colonia El Mirador, Guadalajara, Jalisco, Mexico; Rio Balsas 1579 Los Nogales, Ciudad Juarez, Chihuahua, Mexico; Luz Savinon 718-C Colonia del Valle, Mexico City, Distrito Federal, Mexico; P.O. Box 434440, San Ysidro, CA 92173, United States; R.F.C. DIB-771110-HQ1 (Mexico) [SDNTK].

DISTRIBUIDORA LIFE, S.A., Colon, Panama; RUC # 1205391-1-583093 (Panama) [SDNTK].

DISTRIBUIDORA MARBELLA, S.A., Panama; RUC # 11542-26-115837 (Panama) [SDNTK].

DISTRIBUIDORA MEDICA HOSPITALARIA, S.A. DE C.V., Colima No. 323 Int. 9, Col. Roma Norte, Cuauhtemoc, Mexico City, Distrito Federal 06700, Mexico; Tenozique Manzana 189 Lote 28, Col. Pedregal de San Nicolas 1a, Tlalpan, Mexico City, Distrito Federal 14100, Mexico; R.F.C. DMH930419ETA (Mexico); Folio Mercantil No. 175066 (Mexico) [SDNTK].

DISTRIBUIDORA NICARAGUENSE DE PETROLEO, S.A. (a.k.a. DNP PETRONIC; a.k.a. DNP-PETRONIC; a.k.a. NICARAGUAN PETROLEUM DISTRIBUTOR; a.k.a. "DNP"; a.k.a. "DNP S.A."), Ofiplaza El Retiro Edificio 8, Segundo Piso, Managua, Nicaragua; Rotonda El Gueguense 2, Managua, Nicaragua; Website http://www.dnppetronic.com.ni; Email Address dnp@dnp.com.ni; RUC # J0310000005010 (Nicaragua) [NICARAGUA].

DISTRIBUIDORA Y ELECTRICOS RINCON LTDA., Carrera 68 No. 175 - 55 Ca 1, Bogota, Colombia; NIT # 900132885-2 (Colombia) [SDNTK].

DISTRIBUTED LEDGER SYSTEMS LLC (a.k.a. LIMITED LIABILITY COMPANY DISTRIBUTED

LEDGER TECHNOLOGY; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SISTEMY RASPREDELENNOGO REYESTRA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИСТЕМЫ РАСПРЕДЕЛЕННОГО РЕЕСТРА); a.k.a. "DISTRIBUTED REGISTRY SYSTEMS"; a.k.a. "MASTERCHAIN"), Ul. Kompozitorskaya D. 17, Et./Pom.7/l, Kom. 11-17, Moscow 121099, Russia; Website https://www.masterchain.ru; Organization Established Date 04 May 2021; Tax ID No. 9704063885 (Russia) [RUSSIA-EO14024].

DISTRIECOR S.A.S. (f.k.a. GRUPO PATRON LTDA), Cra 106A, Nro. 94 15, Nuevo Apartado, Apartado 05045, Colombia; NIT # 8110469383 (Colombia) [SDNTK].

DITRIH, Evgenii Ivanovich (a.k.a. DITRIKH, Evgeni Ivanovich; a.k.a. DITRIKH, Yevgeniy Ivanovich (Cyrillic: ДИТРИХ, Евгений Иванович)), Moscow, Russia; DOB 08 Sep 1973; POB Mytishchi, Moscow Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 772435431803 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

DITRIKH, Evgeni Ivanovich (a.k.a. DITRIH, Evgenii Ivanovich; a.k.a. DITRIKH, Yevgeniy Ivanovich (Cyrillic: ДИТРИХ, Евгений Иванович)), Moscow, Russia; DOB 08 Sep 1973; POB Mytishchi, Moscow Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 772435431803 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

DITRIKH, Yevgeniy Ivanovich (Cyrillic: ДИТРИХ, Евгений Иванович) (a.k.a. DITRIH, Evgenii Ivanovich; a.k.a. DITRIKH, Evgeni Ivanovich), Moscow, Russia; DOB 08 Sep 1973; POB Mytishchi, Moscow Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 772435431803 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

DIVE TECHNO SERVICES (a.k.a. DAIVTEKHNOSERVIS, OOO; a.k.a. DAYVTEKHNOSERVIS; a.k.a. DIVETECHNOSERVICES), d. 18 korp. 2 litera A, ul. Zheleznovodskaya, St. Petersburg 199155, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 [CYBER2] (Linked To: FEDERAL SECURITY SERVICE).

DIVETECHNOSERVICES (a.k.a. DAIVTEKHNOSERVIS, OOO; a.k.a. DAYVTEKHNOSERVIS; a.k.a. DIVE TECHNO SERVICES), d. 18 korp. 2 litera A, ul. Zheleznovodskaya, St. Petersburg 199155, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: FEDERAL SECURITY SERVICE).

DIVISION 39 (a.k.a. BUREAU 39; a.k.a. CENTRAL COMMITTEE BUREAU 39; a.k.a. OFFICE #39; a.k.a. OFFICE 39; a.k.a. OFFICE NO. 39; a.k.a. "THIRD FLOOR"), Second KWP Government Building (Korean - Ch'o'ngsa), Chungso'ng, Urban Town (Korean - Dong), Chung Ward, Pyongyang, Korea, North; Chung-Guyok (Central District), Sosong Street, Kyongrim-Dong, Pyongyang, Korea, North; Changwang Street, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

DIXON, Ian Thomas, Arabian Ranches 2, Street 2, Lila Community, Villa 80, Dubai, United Arab Emirates; DOB 17 Sep 1989; POB Dublin, Ireland; nationality Ireland; Gender Male; Passport PT5688467 (Ireland); alt. Passport PW7797470 (Ireland); Driver's License No. 177803 (United Arab Emirates); Identification Number 784198943250948 (United Arab Emirates); alt. Identification Number 161995173 (United Arab Emirates); alt. Identification Number 082093477 (United Arab Emirates); alt. Identification Number 683129 (United Arab Emirates) (individual) [TCO] (Linked To: KINAHAN, Daniel Joseph).

DIYAB, Adil 'Ali (a.k.a. DHIYAB, 'Adil 'Ali (Arabic: عادل على ذياب); a.k.a. DIAB, Adel; a.k.a. DIYAB, Hajj 'Adil), Lebanon; DOB 10 Dec 1960; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 32983326 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

DIYAB, Hajj 'Adil (a.k.a. DHIYAB, 'Adil 'Ali (Arabic: عادل على ذياب); a.k.a. DIAB, Adel; a.k.a. DIYAB, Adil 'Ali), Lebanon; DOB 10 Dec 1960; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Identification Number 32983326 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

DIYANAT, Amir (a.k.a. ALMTHAJE, Ameer Abdulazeez Jaafar; a.k.a. AL-MUTAHAJI, Amir 'Abd-al-'Aziz Ja'far; a.k.a. AL-TAA'EI, Amir; a.k.a. DIANAT, Amir; a.k.a. DIANAT, Amir Abdolaziz; a.k.a. DIANET, Amir; a.k.a. JAFAR, Amir Abdulaziz; a.k.a. MUSHTAQ, Abu), Iran; Iraq; Oman; DOB 15 Mar 1967; alt. DOB 25 Dec 1970; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport W44473918 (Iran); alt. Passport A12688767 (Iraq); alt. Passport F35307926 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

DJAMAAT HOUMAT ED DAAWA ES SALAFIYA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT].

DJAMAAT HOUMAT ED DAWA ESSALAFIA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL

PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT].

DJAMAATT HOUMAT ED DAAWA ES SALAFIYA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT].

DJAMEL, Akkacha (a.k.a. AKACHA, Jamel; a.k.a. EL HAMMAM, Yahia Abou; a.k.a. HAMMAM, Yahya Abu); DOB 1979; nationality Algeria (individual) [SDGT].

DJEBELIBAK, Bahman (a.k.a. DJEBLELIBAK, Bahman; a.k.a. SHAH, Bobby), Vancouver, Canada; DOB 19 Jul 1982; nationality Canada; citizen Canada; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

DJEBLELIBAK, Bahman (a.k.a. DJEBELIBAK, Bahman; a.k.a. SHAH, Bobby), Vancouver, Canada; DOB 19 Jul 1982; nationality Canada; citizen Canada; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

DJECO GROUP HOLDING LTD, Phoenix Business Centre, the Penthouse, Old Railway Track, Santa Venera SVR9022, Malta; Organization Established Date 25 Jun 2019; V.A.T. Number 26573325 (Malta); Registration Number C 92321 (Malta) [RUSSIA-EO14024] (Linked To: BERNOVA, Evgeniya Vladimirovna).

DJECO GROUP LP, 38 Thistle Street, International House, Edinburgh, Scotland EH2 1EN, United Kingdom; Organization Established Date 02 Jul 2019; Company Number SL033858 (United Kingdom) [RUSSIA-EO14024] (Linked To: BERNOVA, Evgeniya Vladimirovna).

DJERMANE, Kamel (a.k.a. "ADEL"; a.k.a. "BILAL"; a.k.a. "FODHIL"); DOB 1965; POB Oum el Bouaghi, Algeria; nationality Algeria (individual) [SDGT].

DJIBO, Halid Illiassou (a.k.a. DJIBO, Ousmane Illiassou; a.k.a. KOUNOU, Ousmane Illasou; a.k.a. "CHAFFORI, Petit"; a.k.a. "CHAPORI, Aboubacar"; a.k.a. "CHAPORI, Petit"; a.k.a. "CHAPPORI, Petit"; a.k.a. "ILLIASSOU, Djibbo"; a.k.a. "TCHAPORI, Petit"), Menaka Region, Mali; I-n-Arabane, Mali; Tillaberi Region, Niger; DOB 1984; POB Niger; nationality Niger; Gender Male (individual) [SDGT].

DJIBO, Ousmane Illiassou (a.k.a. DJIBO, Halid Illiassou; a.k.a. KOUNOU, Ousmane Illasou; a.k.a. "CHAFFORI, Petit"; a.k.a. "CHAPORI, Aboubacar"; a.k.a. "CHAPORI, Petit"; a.k.a. "CHAPPORI, Petit"; a.k.a. "ILLIASSOU, Djibbo"; a.k.a. "TCHAPORI, Petit"), Menaka Region, Mali; I-n-Arabane, Mali; Tillaberi Region, Niger; DOB 1984; POB Niger; nationality Niger; Gender Male (individual) [SDGT].

DJOKIC, Petar (a.k.a. DOKIC, Petar), Bosnia and Herzegovina; DOB 29 Jul 1961; POB Brcko, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; Gender Male; National ID No. 01110KK43 (Bosnia and Herzegovina) (individual) [BALKANS-EO14033].

DJORDA, Samojko; DOB 13 Jun 1959; POB Sarajevo, Bosnia-Herzegovina (individual) [BALKANS].

DJORDJEVIC, Vlastimir (a.k.a. DORDEVIC, Vlastimir); DOB 1948; POB Koznica, Vladicin Han municipality (individual) [BALKANS].

DJOTODIA, Michel (a.k.a. DJOTODIA, Michel Am-Nondroko), Benin; DOB 1949; POB Vakaga Region, Central African Republic; nationality Central African Republic (individual) [CAR].

DJOTODIA, Michel Am-Nondroko (a.k.a. DJOTODIA, Michel), Benin; DOB 1949; POB Vakaga Region, Central African Republic; nationality Central African Republic (individual) [CAR].

DJOUADI, Yahia (a.k.a. ABU AMAR, Yahia; a.k.a. "ABOU ALAM"; a.k.a. "ABU ALA"); DOB 01 Jan 1967; POB M'Hamid, Sidi Bel Abbas, Algeria (individual) [SDGT].

DJUMA, Abbas (a.k.a. DZHUMA, Abbas (Cyrillic: ДЖУМА, Аббас); a.k.a. DZHUMA, Abbas Mokhammadovich (Cyrillic: ДЖУМА, Аббас Мохаммадович)), Moscow, Russia; DOB 10 Jul 1993; POB Moscow, Russia; nationality Russia; Gender Male; Passport 724609161 (Russia) expires 23 May 2023 (individual) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

DM GOLD KIYMETLI MADENLER ANONIM SIRKETI, Molla Fenari Mah. Iskender, Bogazi SK. No: 3/322, Fatih, Istanbul, Turkey;

Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 14 Dec 2022; Chamber of Commerce Number 1422340 (Turkey); Registration Number 428703-5 (Turkey); Central Registration System Number 0302-1277-4740-0001 (Turkey) [NPWMD] [IFSR] (Linked To: GOK, Mehmet).

DMI TRADING INC., Av. Cuba y Calle 30 Edificio Policentro, Piso 4, Of. 3, Panama, Panama; RUC # 1794418-1-704269 (Panama); Folio Mercantil No. 704269 (Panama) [SDNTK].

DMITRIEV, Dmitriy Alekseyevich (Cyrillic: ДМИТРИЕВ, Дмитрий Алексеевич), 25 Iubileinaia St., Flat 45, Liubertsi, Moscow Regin, Russia; DOB 22 Jul 1980; POB Khanty-Mansiysky Autonomous Region, Russia; nationality Russia; Gender Male; Tax ID No. 860902214900 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HARTIS DV).

DMITRIEV, Kirill Aleksandrovich (Cyrillic: ДМИТРИЕВ, Кирилл Александрович) (a.k.a. DMITRIYEV, Kirill), Moscow, Russia; DOB 12 Apr 1975; POB Kyiv, Ukraine; nationality Russia; Gender Male; Tax ID No. 773013083324 (Russia) (individual) [RUSSIA-EO14024].

DMITRIEV, Vladimir Aleksandrovich, Moscow, Russia; DOB 25 Aug 1953; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

DMITRIEVA, Oksana Genrikhovna (Cyrillic: ДМИТРИЕВА, Оксана Генриховна), Russia; DOB 03 Apr 1958; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DMITRIYEV, Kirill (a.k.a. DMITRIEV, Kirill Aleksandrovich (Cyrillic: ДМИТРИЕВ, Кирилл Александрович)), Moscow, Russia; DOB 12 Apr 1975; POB Kyiv, Ukraine; nationality Russia; Gender Male; Tax ID No. 773013083324 (Russia) (individual) [RUSSIA-EO14024].

DML (a.k.a. DIGITAL MEDIA LAB), No. 5, Golestan Alley, Ghasemi St., Sharif University of Technology, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

DMUHAILO, Elena (a.k.a. DMUKHAILO, Elena; a.k.a. DMUKHAILO, Yelena Nikolaevna (Cyrillic: ДМУХАЙЛО, Елена Николаевна); a.k.a. DMUKHAYLA, Alena (Cyrillic: ДМУХАЙЛА, Алена); a.k.a. DMUKHAYLA,

Alena Mikalaeuna (Cyrillic: ДМУХАЙЛА, Алена Мікалаеўна)), Belarus; DOB 1971; nationality Belarus; Gender Female (individual) [BELARUS].

DMUKHAILO, Elena (a.k.a. DMUHAILO, Elena; a.k.a. DMUKHAILO, Yelena Nikolaevna (Cyrillic: ДМУХАЙЛО, Елена Николаевна); a.k.a. DMUKHAYLA, Alena (Cyrillic: ДМУХАЙЛА, Алена); a.k.a. DMUKHAYLA, Alena Mikalaeuna (Cyrillic: ДМУХАЙЛА, Алена Мікалаеўна)), Belarus; DOB 1971; nationality Belarus; Gender Female (individual) [BELARUS].

DMUKHAILO, Yelena Nikolaevna (Cyrillic: ДМУХАЙЛО, Елена Николаевна) (a.k.a. DMUHAILO, Elena; a.k.a. DMUKHAILO, Elena; a.k.a. DMUKHAYLA, Alena (Cyrillic: ДМУХАЙЛА, Алена); a.k.a. DMUKHAYLA, Alena Mikalaeuna (Cyrillic: ДМУХАЙЛА, Алена Мікалаеўна)), Belarus; DOB 1971; nationality Belarus; Gender Female (individual) [BELARUS].

DMUKHAYLA, Alena (Cyrillic: ДМУХАЙЛА, Алена) (a.k.a. DMUHAILO, Elena; a.k.a. DMUKHAILO, Elena; a.k.a. DMUKHAILO, Yelena Nikolaevna (Cyrillic: ДМУХАЙЛО, Елена Николаевна); a.k.a. DMUKHAYLA, Alena Mikalaeuna (Cyrillic: ДМУХАЙЛА, Алена Мікалаеўна)), Belarus; DOB 1971; nationality Belarus; Gender Female (individual) [BELARUS].

DMUKHAYLA, Alena Mikalaeuna (Cyrillic: ДМУХАЙЛА, Алена Мікалаеўна) (a.k.a. DMUHAILO, Elena; a.k.a. DMUKHAILO, Elena; a.k.a. DMUKHAILO, Yelena Nikolaevna (Cyrillic: ДМУХАЙЛО, Елена Николаевна); a.k.a. DMUKHAYLA, Alena (Cyrillic: ДМУХАЙЛА, Алена)), Belarus; DOB 1971; nationality Belarus; Gender Female (individual) [BELARUS].

DNP PETRONIC (a.k.a. DISTRIBUIDORA NICARAGUENSE DE PETROLEO, S.A.; a.k.a. DNP-PETRONIC; a.k.a. NICARAGUAN PETROLEUM DISTRIBUTOR; a.k.a. "DNP"; a.k.a. "DNP S.A."), Ofiplaza El Retiro Edificio 8, Segundo Piso, Managua, Nicaragua; Rotonda El Gueguense 2, Managua, Nicaragua; Website http://www.dnppetronic.com.ni; Email Address dnp@dnp.com.ni; RUC # J0310000005010 (Nicaragua) [NICARAGUA].

DNP-PETRONIC (a.k.a. DISTRIBUIDORA NICARAGUENSE DE PETROLEO, S.A.; a.k.a. DNP PETRONIC; a.k.a. NICARAGUAN PETROLEUM DISTRIBUTOR; a.k.a. "DNP"; a.k.a. "DNP S.A."), Ofiplaza El Retiro Edificio 8,

Segundo Piso, Managua, Nicaragua; Rotonda El Gueguense 2, Managua, Nicaragua; Website http://www.dnppetronic.com.ni; Email Address dnp@dnp.com.ni; RUC # J0310000005010 (Nicaragua) [NICARAGUA].

DOBROV, Vadim Sergeevich, Russia; DOB 10 Jul 1963; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN).

DOCHERNEE AKTSIONERNOE OBSHCHESTVO OTKRYTOGO TIPA VOLGOGRADNEFTEMASH ROSSIISKOGO AKTSIONERNOGO OBSHCHESTVA GAZPROM (a.k.a. JSC VOLGOGRADNEFTEMASH; a.k.a. OAO VOLGOGRADNEFTEMASH; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VOLGOGRADNEFTEMASH (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ВОЛГОГРАДНЕФТЕМАШ), 45 Ulitsa Elektrolesovskaya, Volgograd, Volgogradskaya Oblast 400011, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: STROYGAZMONTAZH).

DOCKRAT, Ahmed (a.k.a. DOCKRAT, Farhaad; a.k.a. DOCKRAT, Farhaad Ahmed; a.k.a. DOCKRAT, Farhad; a.k.a. DOCKRAT, Farhad Ahmad; a.k.a. DOCKRAT, Farhad Ahmed; a.k.a. DOCKRAT, Maulana Farhad; a.k.a. DOCRATE, Farhad; a.k.a. "DOCKRAT, F."), 386 Swanepoel Street, Erasmia, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; Passport 446333407 (South Africa) expires 26 May 2014; National ID No. 5902285162089/055 (South Africa) (individual) [SDGT].

DOCKRAT, Farhaad (a.k.a. DOCKRAT, Ahmed; a.k.a. DOCKRAT, Farhaad Ahmed; a.k.a. DOCKRAT, Farhad; a.k.a. DOCKRAT, Farhad Ahmad; a.k.a. DOCKRAT, Farhad Ahmed; a.k.a. DOCKRAT, Maulana Farhad; a.k.a. DOCRATE, Farhad; a.k.a. "DOCKRAT, F."), 386 Swanepoel Street, Erasmia, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; Passport 446333407 (South Africa) expires 26 May 2014; National ID No. 5902285162089/055 (South Africa) (individual) [SDGT].

DOCKRAT, Farhaad Ahmed (a.k.a. DOCKRAT, Ahmed; a.k.a. DOCKRAT, Farhaad; a.k.a. DOCKRAT, Farhad; a.k.a. DOCKRAT, Farhad

Ahmad; a.k.a. DOCKRAT, Farhad Ahmed; a.k.a. DOCKRAT, Maulana Farhad; a.k.a. DOCRATE, Farhad; a.k.a. "DOCKRAT, F."), 386 Swanepoel Street, Erasmia, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; Passport 446333407 (South Africa) expires 26 May 2014; National ID No. 5902285162089/055 (South Africa) (individual) [SDGT].

DOCKRAT, Farhad (a.k.a. DOCKRAT, Ahmed; a.k.a. DOCKRAT, Farhaad; a.k.a. DOCKRAT, Farhaad Ahmed; a.k.a. DOCKRAT, Farhad Ahmad; a.k.a. DOCKRAT, Farhad Ahmed; a.k.a. DOCKRAT, Maulana Farhad; a.k.a. DOCRATE, Farhad; a.k.a. "DOCKRAT, F."), 386 Swanepoel Street, Erasmia, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; Passport 446333407 (South Africa) expires 26 May 2014; National ID No. 5902285162089/055 (South Africa) (individual) [SDGT].

DOCKRAT, Farhad Ahmad (a.k.a. DOCKRAT, Ahmed; a.k.a. DOCKRAT, Farhaad; a.k.a. DOCKRAT, Farhaad Ahmed; a.k.a. DOCKRAT, Farhad; a.k.a. DOCKRAT, Farhad Ahmed; a.k.a. DOCKRAT, Maulana Farhad; a.k.a. DOCRATE, Farhad; a.k.a. "DOCKRAT, F."), 386 Swanepoel Street, Erasmia, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; Passport 446333407 (South Africa) expires 26 May 2014; National ID No. 5902285162089/055 (South Africa) (individual) [SDGT].

DOCKRAT, Farhad Ahmed (a.k.a. DOCKRAT, Ahmed; a.k.a. DOCKRAT, Farhaad; a.k.a. DOCKRAT, Farhaad Ahmed; a.k.a. DOCKRAT, Farhad; a.k.a. DOCKRAT, Farhad Ahmad; a.k.a. DOCKRAT, Maulana Farhad; a.k.a. DOCRATE, Farhad; a.k.a. "DOCKRAT, F."), 386 Swanepoel Street, Erasmia, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; Passport 446333407 (South Africa) expires 26 May 2014; National ID No. 5902285162089/055 (South Africa) (individual) [SDGT].

DOCKRAT, Junaid (a.k.a. DOCKRAT, Junaid Ismail; a.k.a. DOCRATE, Junaid; a.k.a. "AHMED, DR."; a.k.a. "DOCKRAT, J. I."), Johannesburg, South Africa; 71 Fifth Avenue, Mayfair 2108, South Africa; P.O. Box 42928, Fordsburg 2033, South Africa; DOB 16 Mar 1971; National ID No. 7103165178083 (South Africa) (individual) [SDGT].

DOCKRAT, Junaid Ismail (a.k.a. DOCKRAT, Junaid; a.k.a. DOCRATE, Junaid; a.k.a.

"AHMED, DR."; a.k.a. "DOCKRAT, J. I."), Johannesburg, South Africa; 71 Fifth Avenue, Mayfair 2108, South Africa; P.O. Box 42928, Fordsburg 2033, South Africa; DOB 16 Mar 1971; National ID No. 7103165178083 (South Africa) (individual) [SDGT].

DOCKRAT, Maulana Farhad (a.k.a. DOCKRAT, Ahmed; a.k.a. DOCKRAT, Farhaad; a.k.a. DOCKRAT, Farhaad Ahmed; a.k.a. DOCKRAT, Farhad; a.k.a. DOCKRAT, Farhad Ahmad; a.k.a. DOCKRAT, Farhad Ahmed; a.k.a. DOCRATE, Farhad; a.k.a. "DOCKRAT, F."), 386 Swanepoel Street, Erasmia, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; Passport 446333407 (South Africa) expires 26 May 2014; National ID No. 5902285162089/055 (South Africa) (individual) [SDGT].

DOCRATE, Farhad (a.k.a. DOCKRAT, Ahmed; a.k.a. DOCKRAT, Farhaad; a.k.a. DOCKRAT, Farhaad Ahmed; a.k.a. DOCKRAT, Farhad; a.k.a. DOCKRAT, Farhad Ahmad; a.k.a. DOCKRAT, Farhad Ahmed; a.k.a. DOCKRAT, Maulana Farhad; a.k.a. "DOCKRAT, F."), 386 Swanepoel Street, Erasmia, Pretoria, South Africa; DOB 28 Feb 1959; POB Pretoria, South Africa; nationality South Africa; Passport 446333407 (South Africa) expires 26 May 2014; National ID No. 5902285162089/055 (South Africa) (individual) [SDGT].

DOCRATE, Junaid (a.k.a. DOCKRAT, Junaid; a.k.a. DOCKRAT, Junaid Ismail; a.k.a. "AHMED, DR."; a.k.a. "DOCKRAT, J. I."), Johannesburg, South Africa; 71 Fifth Avenue, Mayfair 2108, South Africa; P.O. Box 42928, Fordsburg 2033, South Africa; DOB 16 Mar 1971; National ID No. 7103165178083 (South Africa) (individual) [SDGT].

DODI, Rian Salim Sadeq (a.k.a. AL-KALDANI, Rayyan; a.k.a. AL-KILDANI, Rayan; a.k.a. KALDANI, Rayan), Palestine Street, DIST 505 ST 60 H 19, Baghdad, Iraq; DOB 03 Sep 1989; POB Baghdad, Iraq; nationality Iraq; Gender Male; National ID No. 00365298 (Iraq) (individual) [GLOMAG].

DODIK, Gorica, Bosnia and Herzegovina; DOB 30 Sep 1982; POB Bosnia and Herzegovina; nationality Bosnia and Herzegovina; Gender Female (individual) [BALKANS-EO14033] (Linked To: DODIK, Milorad).

DODIK, Igor, Bosnia and Herzegovina; DOB 25 Jan 1989; POB Banja Luka, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; Gender Male (individual)

[BALKANS-EO14033] (Linked To: DODIK, Milorad).

DODIK, Milorad, Republika Srpska, Bosnia and Herzegovina; DOB 12 Mar 1959; POB Banja Luka, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; Gender Male (individual) [BALKANS] [BALKANS-EO14033].

DODIN, Mussa (a.k.a. DOUDIN, Mousa; a.k.a. DUDIN, Musa; a.k.a. DUDIN, Musa Muhammad Salim (Arabic: موسى محمد سالم دودين)), Hebron, West Bank; DOB 12 Jun 1972; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 985416981 (Palestinian); alt. National ID No. 909517724 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

DOGAEV, Andrey (a.k.a. DOGAYEV, Andrey; a.k.a. DOGAYEV, Andrey Yuryevich (Cyrillic: ДОГАЕВ, Андрей Юрьевич)); DOB 19 Dec 1955; POB Russia; Gender Male; Passport 72 9279533 (Russia) issued 27 Aug 2014 expires 27 Aug 2024; First Deputy Director of Promsyrioimport (individual) [SYRIA] (Linked To: PROMSYRIOIMPORT).

DOGAYEV, Akhmed Shamkhanovich (Cyrillic: ДОГАЕВ, Ахмед Шамханович), Russia; DOB 18 Aug 1965; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DOGAYEV, Andrey (a.k.a. DOGAEV, Andrey; a.k.a. DOGAYEV, Andrey Yuryevich (Cyrillic: ДОГАЕВ, Андрей Юрьевич)); DOB 19 Dec 1955; POB Russia; Gender Male; Passport 72 9279533 (Russia) issued 27 Aug 2014 expires 27 Aug 2024; First Deputy Director of Promsyrioimport (individual) [SYRIA] (Linked To: PROMSYRIOIMPORT).

DOGAYEV, Andrey Yuryevich (Cyrillic: ДОГАЕВ, Андрей Юрьевич) (a.k.a. DOGAEV, Andrey; a.k.a. DOGAYEV, Andrey); DOB 19 Dec 1955; POB Russia; Gender Male; Passport 72 9279533 (Russia) issued 27 Aug 2014 expires 27 Aug 2024; First Deputy Director of Promsyrioimport (individual) [SYRIA] (Linked To: PROMSYRIOIMPORT).

DOGG, Deso (a.k.a. AL-ALMANI, Abu Talha; a.k.a. CUSPERT, Denis; a.k.a. CUSPERT, Denis Mamadou; a.k.a. "AL ALMANI, Abu Talhah"; a.k.a. "AL-MUJAHEED, Abu Maleeq"; a.k.a. "MALEEQ, Abou"; a.k.a. "MALIK, Abu"; a.k.a. "MALIQ, Abu"; a.k.a. "MAMADOU, Abu"; a.k.a. "TALHA THE GERMAN, Abu"), Syria (individual) [SDGT].

DOGMOCH (a.k.a. ALUMIX; a.k.a. DOMAL SAL; a.k.a. NATIONAL ALUMINUM DRAWING AND DRAWING COMPANY SAL; a.k.a. NATIONAL COMPANY FOR ALUMINUM EXTRUSION AND COLORING; a.k.a. "ALOMEX"), Calot Center, Sami El Solh Street, Badaro, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Commercial Registry Number 1010799 (Lebanon) [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

DOGRUYOL, Ilker (Latin: DOĞRUYOL, İlker), A3 Blok D 21 Cinarlibahce Sitesi Istasyon Mah. Tuzla, Istanbul, Turkey; DOB 13 Aug 1987; POB Rize, Turkey; nationality Turkey; Gender Male; Passport U22817494 (Turkey); National ID No. 66481078808 (Turkey) (individual) [RUSSIA-EO14024] (Linked To: ID SHIP AGENCY TRADE LIMITED COMPANY).

DOGUZHIEV, Alexey (a.k.a. KORINETS, Andrey Stanislavovich (Cyrillic: КОРИНЕЦ, Андрей Станиславович); a.k.a. WRIGHT, Ian Colin), Syktyvkar, Komi Republic, Russia; DOB 18 May 1987; POB Syktyvkar, Komi Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 8707233962 (Russia) (individual) [CYBER2].

DOK NGEW KHAM CASINO CO. LTD. (a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

DOK NGEW KHAM CASINO CO. LTD. (a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a.

DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

DOK NGIEO KHAM COMPANY (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

DOK NGIEO KHAM COMPANY (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon,

Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

DOK NGIU KHAM KING ROMAN CASINO (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

DOK NGIU KHAM KING ROMAN CASINO (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

DOK NGIU KHAM KING ROMAN GROUP (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG

NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

DOK NGIU KHAM KING ROMAN GROUP (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

DOKIC, Petar (a.k.a. DJOKIC, Petar), Bosnia and Herzegovina; DOB 29 Jul 1961; POB Brcko, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; Gender Male; National ID No. 01110KK43 (Bosnia and Herzegovina) (individual) [BALKANS-EO14033].

DOKNGIEWKHAM COMPANY (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY,

LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

DOKNGIEWKHAM COMPANY (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

DOKUCHAEV, Sergei Vladimirovich (a.k.a. DOKUCHAEV, Sergey Vladimirovich), Russia; DOB 19 Jul 1957; POB Kuybyshev, Russia; nationality Russia; Gender Male; Tax ID No. 772130881808 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PJSC VYSOCHAISHY).

DOKUCHAEV, Sergey Vladimirovich (a.k.a. DOKUCHAEV, Sergei Vladimirovich), Russia; DOB 19 Jul 1957; POB Kuybyshev, Russia; nationality Russia; Gender Male; Tax ID No. 772130881808 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PJSC VYSOCHAISHY).

DOLDAN GONZALEZ, Liz Paola (Latin: DOLDÁN GONZÁLEZ, Liz Paola) (a.k.a. DOLDAN GONZALEZ, Liz Paola Florinda (Latin: DOLDÁN GONZÁLEZ, Liz Paola Florinda)), Avenida Canadones Chaquenos Numero 23, Barrio Obrero, Ciudad Del Este, Paraguay; DOB 07 Sep 1986; POB Pdte. Stroessner, Paraguay; nationality Paraguay; Gender

Female; Passport 3379699 (Paraguay); RUC # 3379699-8 (Paraguay) (individual) [GLOMAG].

DOLDAN GONZALEZ, Liz Paola Florinda (Latin: DOLDÁN GONZÁLEZ, Liz Paola Florinda) (a.k.a. DOLDAN GONZALEZ, Liz Paola (Latin: DOLDÁN GONZÁLEZ, Liz Paola)), Avenida Canadones Chaquenos Numero 23, Barrio Obrero, Ciudad Del Este, Paraguay; DOB 07 Sep 1986; POB Pdte. Stroessner, Paraguay; nationality Paraguay; Gender Female; Passport 3379699 (Paraguay); RUC # 3379699-8 (Paraguay) (individual) [GLOMAG].

DOLGOPOLOV, Andrei Nikolaevich (a.k.a. DOLGOPOLOV, Andrei Nikolaevich; a.k.a. DOLGOPOLOV, Andrey Nikolayevich (Cyrillic: ДОЛГОПОЛОВ, Андрей Николаевич); a.k.a. DOLHOPOLOV, Andriy Mikolaiovich (Cyrillic: ДОЛГОПОЛОВ, Андрій Миколайович); a.k.a. DOVHOPOLOV, Andrei), prosp. Pobedy 82, kv. 343, Simferopol, Crimea, Ukraine (Cyrillic: просп. Победы 82, кв. 343, Симферополь, Крым, Ukraine); DOB 15 Feb 1959; POB Kyrgyzstan; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

DOLGOPOLOV, Andrei Nikolaevich (a.k.a. DOLGOPOLOV, Andrei Nikolaevich; a.k.a. DOLGOPOLOV, Andrey Nikolayevich (Cyrillic: ДОЛГОПОЛОВ, Андрей Николаевич); a.k.a. DOLHOPOLOV, Andriy Mikolaiovich (Cyrillic: ДОЛГОПОЛОВ, Андрій Миколайович); a.k.a. DOVHOPOLOV, Andrei), prosp. Pobedy 82, kv. 343, Simferopol, Crimea, Ukraine (Cyrillic: просп. Победы 82, кв. 343, Симферополь, Крым, Ukraine); DOB 15 Feb 1959; POB Kyrgyzstan; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

DOLGOPOLOV, Andrey Nikolayevich (Cyrillic: ДОЛГОПОЛОВ, Андрей Николаевич) (a.k.a. DOLGOPOLOV, Andrei Nikolaevich; a.k.a. DOLGOPOLOV, Andrej Nikolaevich; a.k.a. DOLHOPOLOV, Andriy Mikolaiovich (Cyrillic: ДОЛГОПОЛОВ, Андрій Миколайович); a.k.a. DOVHOPOLOV, Andrei), prosp. Pobedy 82, kv. 343, Simferopol, Crimea, Ukraine (Cyrillic: просп. Победы 82, кв. 343, Симферополь, Крым, Ukraine); DOB 15 Feb 1959; POB Kyrgyzstan; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

DOLGOPRUDNENSKOYE NPP OAO (a.k.a. DOLGOPRUDNY; a.k.a. DOLGOPRUDNY RESEARCH PRODUCTION ENTERPRISE; a.k.a. OAO 'DOLGOPRUDNY RESEARCH PRODUCTION ENTERPRISE'; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO DOIGOPRUDNENSKOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE), 1 Pl. Sobina, Dolgoprudny, Moskovskaya obl. 141700, Russia; Proshchad Sobina 1, Dolgoprudny 141700, Russia; Email Address dnpp@orc.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1025001202544; Tax ID No. 5008000322; Government Gazette Number 07504318 [UKRAINE-EO13661].

DOLGOPRUDNY (a.k.a. DOLGOPRUDNENSKOYE NPP OAO; a.k.a. DOLGOPRUDNY RESEARCH PRODUCTION ENTERPRISE; a.k.a. OAO 'DOLGOPRUDNY RESEARCH PRODUCTION ENTERPRISE'; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO DOIGOPRUDNENSKOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE), 1 Pl. Sobina, Dolgoprudny, Moskovskaya obl. 141700, Russia; Proshchad Sobina 1, Dolgoprudny 141700, Russia; Email Address dnpp@orc.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1025001202544; Tax ID No. 5008000322; Government Gazette Number 07504318 [UKRAINE-EO13661].

DOLGOPRUDNY RESEARCH PRODUCTION ENTERPRISE (a.k.a. DOLGOPRUDNENSKOYE NPP OAO; a.k.a. DOLGOPRUDNY; a.k.a. OAO 'DOLGOPRUDNY RESEARCH PRODUCTION ENTERPRISE'; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO DOIGOPRUDNENSKOE NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE), 1 Pl. Sobina, Dolgoprudny, Moskovskaya obl. 141700, Russia; Proshchad Sobina 1, Dolgoprudny 141700, Russia; Email Address dnpp@orc.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1025001202544; Tax ID No. 5008000322; Government Gazette Number 07504318 [UKRAINE-EO13661].

DOLGOV, Konstantin Konstantinovich (Cyrillic: ДОЛГОВ, Константин Константинович), Russia; DOB 12 Aug 1968; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DOLGOVOI TSENTR, OOO (Cyrillic: ООО ДОЛГОВОЙ ЦЕНТР) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU DOLGOVOI TSENTR), Pl. Turgenevskaya D. 2, Pomeshch. XV, Kom. 6, Moscow 101000, Russia; Organization Established Date 24 Apr 2006; Organization Type: Other business support service activities n.e.c.; Tax ID No. 7708597482 (Russia); Registration Number 1067746524471 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

DOLHOPOLOV, Andriy Mikolaiovich (Cyrillic: ДОЛГОПОЛОВ, Андрій Миколайович) (a.k.a. DOLGOPOLOV, Andrei Nikolaevich; a.k.a. DOLGOPOLOV, Andrej Nikolaevich; a.k.a. DOLGOPOLOV, Andrey Nikolayevich (Cyrillic: ДОЛГОПОЛОВ, Андрей Николаевич); a.k.a. DOVHOPOLOV, Andrei), prosp. Pobedy 82, kv. 343, Simferopol, Crimea, Ukraine (Cyrillic: просп. Победы 82, кв. 343, Симферополь, Крым, Ukraine); DOB 15 Feb 1959; POB Kyrgyzstan; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

DOLL EXPORT LTDA., Carrera 69C No. 9D-85 Int. 3 apto. 308, Bogota, Colombia; Sartrouville 78500, France; NIT # 800212502-8 (Colombia) [SDNTK].

DOLLY BELL DOO BEOGRAD-NOVI BEOGRAD (a.k.a. "DOLLY BELL"), Partizanske Avijacije 4/III, Belgrade 11000, Serbia; Organization Established Date 12 May 2015; V.A.T. Number 108981819 (Serbia) [GLOMAG] (Linked To: INKOP DOO CUPRIJA).

DOLPHIN TRADING COMPANY LIMITED, Bob Taylor Road, Paynesville, Monrovia, Liberia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: QANSU, Ali Muhammad).

DOLUDA, Nikolay Aleksandrovich (Cyrillic: ДОЛУДА, Николай Александрович), Russia; DOB 10 Jun 1952; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DOMAL SAL (a.k.a. ALUMIX; f.k.a. DOGMOCH; a.k.a. NATIONAL ALUMINUM DRAWING AND DRAWING COMPANY SAL; a.k.a. NATIONAL COMPANY FOR ALUMINUM EXTRUSION AND COLORING; a.k.a. "ALOMEX"), Calot Center, Sami El Solh Street, Badaro, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Commercial Registry Number 1010799 (Lebanon) [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

DOMINGUEZ ALVAREZ, Fidel De Jesus, Altos E San Isidro A15, Managua, Nicaragua; DOB 21 Mar 1963; POB Rivas, Nicaragua; nationality Nicaragua; Gender Male (individual) [NICARAGUA].

DOMINGUEZ HERNANDEZ, Julio Cesar, Mexico; DOB 29 Dec 1990; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Gender Male; C.U.R.P. DOHJ901229HSLMRL03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

DOMINGUEZ RAMIREZ, Jose Miguel (a.k.a. DOMINGUEZ, Miguel), Caracas, Venezuela; DOB 17 Oct 1979; Gender Male; Cedula No. 14444352 (Venezuela) (individual) [VENEZUELA].

DOMINGUEZ, Miguel (a.k.a. DOMINGUEZ RAMIREZ, Jose Miguel), Caracas, Venezuela; DOB 17 Oct 1979; Gender Male; Cedula No. 14444352 (Venezuela) (individual) [VENEZUELA].

DOMINICANA ACQUISITION S.A., Calle 29 de Setiembre entre Nicolas Arguello y Rudy Torga Numero 1624, Lambare, Central, Paraguay; Organization Established Date 12 Nov 2018; Paraguayan tax identification number 80105176-2 (Paraguay) [GLOMAG].

DOMINION NIKOLSKI LLC (Cyrillic: ООО ДОМИНИОН НИКОЛЬСКИЙ), d. 12 str. 1 etazh 2 Ch. pom. I, ul.Tverskaya, Moscow 125375, Russia; Organization Established Date 2016; Tax ID No. 9710013667 (Russia); Government Gazette Number 03256786 (Russia); Registration Number 1167746600174 (Russia) [RUSSIA-EO14024] (Linked To: POPOVIC, Nenad).

DOMINION TVERSKAYA YAROSLAVSKAYA LLC (Cyrillic: ООО ДОМИНИОН ТВЕРСКАЯ ЯРОСЛАВСКАЯ), d. 12 str. 1 etazh 2 Ch. pom. I, ul.Tverskaya, Moscow 125375, Russia; Organization Established Date 2016; Tax ID No. 9710013970 (Russia); Government Gazette Number 03343090 (Russia); Registration Number 1167746621448 (Russia) [RUSSIA-EO14024] (Linked To: POPOVIC, Nenad).

DOMINO GAMES OOD, 2E Prof. Petar Dzhidrov Str., R-N Studentski Distr, Sofia, Bulgaria; Organization Established Date 2014; V.A.T. Number BG 202884681 (Bulgaria) [GLOMAG] (Linked To: DECART OOD).

DONASHELL (a.k.a. DONNA SHELL; a.k.a. N.P.T.T. DONA-SHELL), Pec, Kosovo; Company Number 80386621 (Kosovo) [SDNTK].

DONATA COMPANY D.O.O., Totosi B.B., Ulcinj, Montenegro; Company Number 50461890 [SDNTK].

DONBASS PEOPLE'S MILITIA (a.k.a. PEOPLE'S MILITIA OF DONBASS), Prospect Zasyadko.13, Donetsk, Ukraine; Email Address voenkom.dnr@mail.ru; alt. Email Address mobilisation@novorossia.co; alt. Email Address novoros24@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

DONCOALTRADE SP Z O O, Ul. Barbary 21, Katowice, woj. Slaskie, pow. M. Katowice 40-053, Poland; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 0000421465 (Poland) [UKRAINE-EO13660] (Linked To: MELNYCHUK, Oleksandr).

DONETSK PEOPLE'S REPUBLIC (Cyrillic: ДОНЕЦЬКА НАРОДНА РЕСПУБЛІКА) (a.k.a. DONETSKAYA NARODNAYA RESPUBLIKA (Cyrillic: ДОНЕЦКАЯ НАРОДНАЯ РЕСПУБЛИКА), Donetsk Region, Ukraine; Website dnronline.su; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Unrecognized Government Entity [UKRAINE-EO13660] [RUSSIA-EO14065].

DONETSKAYA NARODNAYA RESPUBIKA (Cyrillic: ДОНЕЦКАЯ НАРОДНАЯ РЕСПУБЛИКА) (a.k.a. DONETSK PEOPLE'S REPUBLIC (Cyrillic: ДОНЕЦЬКА НАРОДНА РЕСПУБЛІКА), Donetsk Region, Ukraine; Website dnronline.su; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Unrecognized Government Entity [UKRAINE-EO13660] [RUSSIA-EO14065].

DONG NGIEW KHAM GROUP (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU

MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

DONG NGIEW KHAM GROUP (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

DONG, Wenbo, China; DOB 23 May 1992; POB Guangxi, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport E02849013 (China) issued 23 Aug 2012 expires 22 Aug 2022 (individual) [NPWMD] (Linked To: GUILIN ALPHA RUBBER & PLASTICS TECHNOLOGY CO., LTD).

DONGBANG BANK (a.k.a. BANK OF EAST LAND; a.k.a. TONGBANG BANK; a.k.a. TONGBANG U'NHAENG), PO Box 32, BEL Building, Jonseung-Dong, Moranbong District, Pyongyang, Korea, North; SWIFT/BIC BOELKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

DONGHAI INTERNATIONAL SHIP (a.k.a. DONGHAI INTERNATIONAL SHIP MANAGEMENT LIMITED; a.k.a. DONGHAI INTERNATIONAL SHIP MANAGEMENT LTD), Bao Li Hai Tang Garden, 701, Jiangnan Dadaozhong, Haizhu Qu, Guangzhou, Guangdong 510280, China; Rm 1007, 10/F, MNB2807 Ho King Ctr, 2-16 Fa Yuen St, Mongkok, Kowloon, Hong Kong, China; C.R. No. 1772773 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

DONGHAI INTERNATIONAL SHIP MANAGEMENT LIMITED (a.k.a. DONGHAI INTERNATIONAL SHIP; a.k.a. DONGHAI INTERNATIONAL SHIP MANAGEMENT LTD), Bao Li Hai Tang Garden, 701, Jiangnan Dadaozhong, Haizhu Qu, Guangzhou, Guangdong 510280, China; Rm 1007, 10/F, MNB2807 Ho King Ctr, 2-16 Fa Yuen St, Mongkok, Kowloon, Hong Kong, China; C.R. No. 1772773 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

DONGHAI INTERNATIONAL SHIP MANAGEMENT LTD (a.k.a. DONGHAI INTERNATIONAL SHIP; a.k.a. DONGHAI INTERNATIONAL SHIP MANAGEMENT LIMITED), Bao Li Hai Tang Garden, 701, Jiangnan Dadaozhong, Haizhu Qu, Guangzhou, Guangdong 510280, China; Rm 1007, 10/F, MNB2807 Ho King Ctr, 2-16 Fa Yuen St, Mongkok, Kowloon, Hong Kong, China; C.R. No. 1772773 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

DONGJIN, Lee (a.k.a. LEE, Dongjin; a.k.a. "LEE, DJ"), Korea, South; DOB 10 Jul 1962; POB Busan, South Korea; nationality Korea, South; Gender Male; Passport M72673454 (Korea, South); alt. Passport M10069085 (Korea, South) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY AK MICROTECH).

DONGMEI GROUP (a.k.a. DONGMEI INVESTMENT GROUP CO., LIMITED (Chinese Traditional: 東美投資集團有限公司)), Hong Kong, China; C.R. No. 2920383 (Hong Kong) [GLOMAG] (Linked To: KOI, Wan Kuok).

DONGMEI INVESTMENT GROUP CO., LIMITED (Chinese Traditional: 東美投資集團有限公司) (a.k.a. DONGMEI GROUP), Hong Kong, China;

C.R. No. 2920383 (Hong Kong) [GLOMAG] (Linked To: KOI, Wan Kuok).

DONKO, Dejan, Na Brezno 42, Brezovica pri Ljubljani, 1351, Slovenia; DOB 01 Aug 1974; POB Murska Sobota, Slovenia; nationality Slovenia; Passport P00095070 (Slovenia); Registration ID 0108974500707 (Slovenia) (individual) [SDNTK] (Linked To: PANACEA INTERNATIONAL LTD.).

DONNA SHELL (a.k.a. DONASHELL; a.k.a. N.P.T.T. DONA-SHELL), Pec, Kosovo; Company Number 80386621 (Kosovo) [SDNTK].

DOO BABUDOVAC BRNJAK (a.k.a. DOO BABUDOVAC PREDUZECE ZA PROIZVODNJU, TRGOVINU I USLUGE, BRNJAK), Brnjak Bb, Srpska Crnja, Serbia; Organization Established Date 22 Dec 2005; V.A.T. Number 104219987 (Serbia) [GLOMAG] (Linked To: RADISAVLJEVIC, Miljojko).

DOO BABUDOVAC PREDUZECE ZA PROIZVODNJU, TRGOVINU I USLUGE, BRNJAK (a.k.a. DOO BABUDOVAC BRNJAK), Brnjak Bb, Srpska Crnja, Serbia; Organization Established Date 22 Dec 2005; V.A.T. Number 104219987 (Serbia) [GLOMAG] (Linked To: RADISAVLJEVIC, Miljojko).

DOO MM KOM INTER BLUE DONJI JASENOVIK (a.k.a. PREDUZECE ZA PROIZVODNJU PROMET TRGOVINU I USLUGE MM KOM INTER BLUE DOO DONJI JASENOVIK), Donji Jasenovik 38228, Serbia; Organization Established Date 08 Mar 2013; Organization Type: Wholesale of other machinery and equipment; V.A.T. Number 107969124 (Serbia) [GLOMAG] (Linked To: RADISAVLJEVIC, Miljan).

DOO RAD 028 ZVECAN (a.k.a. DRUSTVO SA OGRANICENOM ODGOVORNOSCU RAD 028 ZVECAN), Prote Stojana 4/2, Zvecan, Serbia; Organization Established Date 20 Jan 2014; Organization Type: Construction of other civil engineering projects; V.A.T. Number 108374390 (Serbia) [GLOMAG] (Linked To: STEVIC, Radule).

DOOSTAN INTERNATIONAL COMPANY, 16 (former 14) Fajr Street, Ostad Motahari Avenue, Tehran 15875-4649, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

DORA E MIRESISE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE

AMERICAS; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

DORA PASTEURIZA DE LECHE SANTA MONICA (f.k.a. INDUSTRIAS DE GANADEROS S.A. DE C.V.; a.k.a. LECHERIA SANTA MONICA; a.k.a. NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V.; a.k.a. SANTA MONICA DAIRY), Calle/Boulevard Doctor Mora 1230, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; Carretera Los Mochis Topolobampo, KM. 5.2, Los Mochis, Sinaloa, Mexico; Avenida Francisco Villa Norte 135, Colonia Ninos Heroes, Salvador Alvarado, Sinaloa 81400, Mexico; Carretera La Cruz KM 15 S/N, Colonia Arroyitos, La Cruz, Sinaloa 82700, Mexico; Chamizal S/N, La Cruz, Sinaloa 82700, Mexico; Carretera Internacional al Norte KM 1.5, 1207, Colonia Ejido Venadillo, Mazatlan, Sinaloa 82129, Mexico; Plaza Azul S/N, Colonia Las Brisas, Tecuala, Nayarit, Mexico; Calle Prolongacion Morelos y Matamoros S/N, Colonia Benito Juarez, Escuinapa, Sinaloa 82400, Mexico; Matamoros 5, Escuinapa, Sinaloa 82478, Mexico; Carretera Internacional 1845, Bodega 8 y 10, Colonia Zona Industrial 2, Ciudad Obregon, Sonora 85065, Mexico; Calle Sauces 384, Colonia Del Bosque, Guasave, Sinaloa 81020, Mexico; Calle Federalismo 2000, Colonia Recursos Hidraulicos, Culiacan, Sinaloa 80060, Mexico; Carretera Augstin Olachea Local 30, Colonia Pericues, La Paz, Baja California Sur 23090, Mexico; Avenida Vallarta 2141, Colonia Centro, Culiacan, Sinaloa 80060, Mexico; Carretera A Navolato, Colonia Bachigualato, Culiacan, Sinaloa 80060, Mexico; Calle Tomate 10 Bodega 34Y5, Colonia

Mercado Abastos, Culiacan, Sinaloa 83170, Mexico; Carretera A Topolobampo 5, Colonia Ninos Heroes, Ahome, Sinaloa 81290, Mexico; Avenida Xicotencalth # 1795, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; Calle Central Local A10, Colonia Mercado Abastos, Cajeme, Sonora 85000, Mexico; Calle Jose Diego Abad 2923, Colonia Bachigualato, Culiacan, Sinaloa 80140, Mexico; R.F.C. NIG-8802029-Y7 (Mexico) [SDNTK].

DORDA, Abouzid Omar (a.k.a. ABUZED OE, Dorda; a.k.a. DORDA, Abu Zaid; a.k.a. DORDA, Abu Zayd Umar; a.k.a. DOURDA, Abu Zaid Omar; a.k.a. DURDA, Abu Zeid Omar), Libya; Egypt; DOB 04 Apr 1944; Gender Male; Passport FK117RK0 (Libya) issued 25 Nov 2018 expires 24 Nov 2026; alt. Passport FK117RKO (Libya) issued 25 Nov 2018 expires 24 Nov 2026; Director of the External Security Organization (individual) [LIBYA2].

DORDA, Abu Zaid (a.k.a. ABUZED OE, Dorda; a.k.a. DORDA, Abouzid Omar; a.k.a. DORDA, Abu Zayd Umar; a.k.a. DORDA, Bu Zaid; a.k.a. DOURDA, Abu Zaid Omar; a.k.a. DURDA, Abu Zeid Omar), Libya; Egypt; DOB 04 Apr 1944; Gender Male; Passport FK117RK0 (Libya) issued 25 Nov 2018 expires 24 Nov 2026; alt. Passport FK117RKO (Libya) issued 25 Nov 2018 expires 24 Nov 2026; Director of the External Security Organization (individual) [LIBYA2].

DORDA, Abu Zayd Umar (a.k.a. ABUZED OE, Dorda; a.k.a. DORDA, Abouzid Omar; a.k.a. DORDA, Abu Zaid; a.k.a. DORDA, Bu Zaid; a.k.a. DOURDA, Abu Zaid Omar; a.k.a. DURDA, Abu Zeid Omar), Libya; Egypt; DOB 04 Apr 1944; Gender Male; Passport FK117RK0 (Libya) issued 25 Nov 2018 expires 24 Nov 2026; alt. Passport FK117RKO (Libya) issued 25 Nov 2018 expires 24 Nov 2026; Director of the External Security Organization (individual) [LIBYA2].

DORDA, Bu Zaid (a.k.a. ABUZED OE, Dorda; a.k.a. DORDA, Abouzid Omar; a.k.a. DORDA, Abu Zaid; a.k.a. DORDA, Abu Zayd Umar; a.k.a. DOURDA, Abu Zaid Omar; a.k.a. DURDA, Abu Zeid Omar), Libya; Egypt; DOB 04 Apr 1944; Gender Male; Passport FK117RK0 (Libya) issued 25 Nov 2018 expires 24 Nov 2026; alt. Passport FK117RKO (Libya) issued 25 Nov 2018 expires 24 Nov 2026; Director of the External Security Organization (individual) [LIBYA2].

DORDEVIC, Vlastimir (a.k.a. DJORDJEVIC, Vlastimir); DOB 1948; POB Koznica, Vladicin Han municipality (individual) [BALKANS].

DORIA CASTILLO, Danit Dario, c/o INVERSIONES MINERAS H.D. EMPRESA UNIPERSONAL, Caucasia, Antioquia, Colombia; DOB 12 Jan 1971; alt. DOB 01 Dec 1971; Cedula No. 8048598 (Colombia) (individual) [SDNTK].

DOROKHOVA, Nina Viktorovna, Russia; DOB 20 Nov 1965; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: INFOROS, OOO).

DOROSHENKO, Andrey Nikolayevich (Cyrillic: ДОРОШЕНКО, Андрей Николаевич), Russia; DOB 10 Mar 1977; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DOROSHENKO, Olga (a.k.a. DARASHENKA, Olga Leanidauna; a.k.a. DARASHENKA, Volga Leanidauna (Cyrillic: ДАРАШЭНКА, Вольга Леанідаўна); a.k.a. DARASHENKA, Volha Leanidauna; a.k.a. DARASHENKA, Volha Lieanidawna; a.k.a. DOROSHENKO, Olga Leonidovna (Cyrillic: ДОРОШЕНКО, Ольга Леонидовна)), Mogilev Oblast, Belarus; DOB 1976; nationality Belarus; Gender Female (individual) [BELARUS].

DOROSHENKO, Olga Leonidovna (Cyrillic: ДОРОШЕНКО, Ольга Леонидовна) (a.k.a. DARASHENKA, Olga Leanidauna; a.k.a. DARASHENKA, Volga Leanidauna (Cyrillic: ДАРАШЭНКА, Вольга Леанідаўна); a.k.a. DARASHENKA, Volha Leanidauna; a.k.a. DARASHENKA, Volha Lieanidawna; a.k.a. DOROSHENKO, Olga), Mogilev Oblast, Belarus; DOB 1976; nationality Belarus; Gender Female (individual) [BELARUS].

DOSEN, Damir; DOB 07 Apr 1967; POB Cirkin Polje, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

DOUBLE HEADED EAGLE SOCIETY (f.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION SOCIETY FOR THE DEVELOPMENT OF RUSSIAN HISTORICAL EDUCATION DOUBLE-HEADED EAGLE (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ОБЩЕСТВО РАЗВИТИЯ РУССКОГО ИСТОРИЧЕСКОГО ПРОСВЕЩЕНИЯ ДВУГЛАВЫЙ ОРЁЛ); a.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION SOCIETY FOR THE PROMOTION OF RUSSIAN HISTORICAL DEVELOPMENT TSARGRAD (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ОБЩЕСТВО СОДЕЙСТВИЯ РУССКОМУ ИСТОРИЧЕСКОМУ РАЗВИТИЮ ЦАРЬГРАД); a.k.a. ALL-RUSSIAN PUBLIC ORGANIZATION TSARGRAD (Cyrillic: ОБЩЕРОССИЙСКАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ ЦАРЬГРАД); f.k.a. SOCIETY OF THE DOUBLE-HEADED EAGLE FOR THE PROPAGATION OF RUSSIAN HISTORICAL ENLIGHTENMENT; a.k.a. TSARGRAD SOCIETY (Cyrillic: ОБЩЕСТВО ЦАРЬГРАД)), 1s3 Partynniy pereulok, Moscow 115093, Russia; kom. 51, pomeshch. 1, d. 1, k. 57, str. 3, Per Partynniy, Intra-Urban Area Danilovskiy, Moscow 115093, Russia; Organization Established Date 01 Nov 2015; Tax ID No. 7743141413 (Russia); Registration Number 1167700052618 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Konstantin).

DOUDEFAM INDUSTRIES SADAF COMPANY (a.k.a. DUDEH FAM INDUSTRIAL; a.k.a. FAM INDUSTRIEL SOOT CO.; a.k.a. SANATI DOODEH FAAM COMPANY; a.k.a. SANATI DOODEH FAM CO. (Arabic: شرکت صنعتی دوده فام); a.k.a. SHERKATE DOODEH FAAM-E SADAF; a.k.a. "SADAF"; a.k.a. "SADAF CO."; a.k.a. "SADAF COMPANY"; a.k.a. "SADAFCO"), No. 8, Shahid Haghani Highway, Vanak Square, Tehran, Iran; No. 8, Haghani Highway, After Jahan Koodak Cross, Vanak Sq, PO Box 1518743811, Tehran, Iran; Dezfool Industrial Park Number 2, Dezful, Iran; Industrial Zone No. 2, PO Box 6465128911, Dezful, Iran; Website http://www.sadaf-cb.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102837099 (Iran); Registration Number 243005 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

DOUDIN, Mousa (a.k.a. DODIN, Mussa; a.k.a. DUDIN, Musa; a.k.a. DUDIN, Musa Muhammad Salim (Arabic: موسى محمد سالم دودين)), Hebron, West Bank; DOB 12 Jun 1972; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 985416981 (Palestinian); alt. National ID No. 909517724 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

DOURAN SOFTWARE TECHNOLOGIES, Gha'em Magham Farahani St., Sho'a Square, Khadri St, Block 20, Tehran, Iran; Additional

Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

DOURDA, Abu Zaid Omar (a.k.a. ABUZED OE, Dorda; a.k.a. DORDA, Abouzid Omar; a.k.a. DORDA, Abu Zaid; a.k.a. DORDA, Abu Zayd Umar; a.k.a. DORDA, Bu Zaid; a.k.a. DURDA, Abu Zeid Omar), Libya; Egypt; DOB 04 Apr 1944; Gender Male; Passport FK117RK0 (Libya) issued 25 Nov 2018 expires 24 Nov 2026; alt. Passport FK117RKO (Libya) issued 25 Nov 2018 expires 24 Nov 2026; Director of the External Security Organization (individual) [LIBYA2].

DOURI, Ahmad (a.k.a. DURI, Ahmet), Seyitnizam Mahallesi Turan Gunes Sokak Realistanbul Site, Zeytinburnu, Istanbul 34025, Turkey; DOB 12 Jan 1987; POB Aleppo, Syria; nationality Turkey; alt. nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U15854473 (Turkey); National ID No. 74383101388 (Turkey) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

DOURKDAL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik;

a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

DOV (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

DOVHOPOLOV, Andrei (a.k.a. DOLGOPOLOV, Andrei Nikolaevich; a.k.a. DOLGOPOLOV, Andrej Nikolaevich; a.k.a. DOLGOPOLOV, Andrey Nikolayevich (Cyrillic: ДОЛГОПОЛОВ, Андрей Николаевич); a.k.a. DOLHOPOLOV, Andriy Mikolaiovich (Cyrillic: ДОЛГОПОЛОВ, Андрій Миколайович)), prosp. Pobedy 82, kv. 343, Simferopol, Crimea, Ukraine (Cyrillic: просп. Победы 82, кв. 343, Симферополь, Крым, Ukraine); DOB 15 Feb 1959; POB

Kyrgyzstan; nationality Russia; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

DPRK COMMITTEE FOR SPACE TECHNOLOGY (a.k.a. COMMITTEE FOR SPACE TECHNOLOGY; a.k.a. DEPARTMENT OF SPACE TECHNOLOGY OF NORTH KOREA; a.k.a. KCST; a.k.a. KOREAN COMMITTEE FOR SPACE TECHNOLOGY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

DPRK NAMGANG TRADING COMPANY (a.k.a. KOREA NAMGANG TRADING CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3] [DPRK-NKSPEA].

DPRKN MINING DEVELOPMENT TRADING COOPERATION (a.k.a. CHANGGWANG SINYONG CORPORATION; a.k.a. EXTERNAL TECHNOLOGY GENERAL CORPORATION; a.k.a. KOREA KUMRYONG TRADING COMPANY; a.k.a. KOREA MINING DEVELOPMENT TRADING CORPORATION; a.k.a. KOREAN MINING AND INDUSTRIAL DEVELOPMENT CORPORATION; a.k.a. NORTH KOREAN MINING DEVELOPMENT TRADING CORPORATION; a.k.a. "KOMID"), Central District, Pyongyang, Korea, North; Beijing, China; Moscow, Russia; Tehran, Iran; Damascus, Syria; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK2].

DRAGADOS Y MUELLES GAVIOTA LTDA., Km. 5 Carretera Simon Bolivar, Buenaventura, Colombia; NIT # 800173053-4 (Colombia) [SDNT].

DRAGAS, Dragan, Serbia; DOB 20 Jun 1982; nationality Serbia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the

Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114. (individual) [RUSSIA-EO14024].

DRAGON TRADING LIMITED, Marshall Islands; Organization Established Date 21 Jun 2019; Business Registration Number 101538 (Marshall Islands) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

DRAPEKO, Elena Grigorievna (Cyrillic: ДРАПЕКО, Елена Григорьевна), Russia; DOB 29 Oct 1948; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DREAM LITE TRADING LLC (Arabic: دريم لايت للتجارة ش.ذ.م.م), PO Box 127113, Office 9, Al Jamal Properties 1, Naif, Dubai, United Arab Emirates; Registration Number 629360 (United Arab Emirates) [RUSSIA-EO14024].

DREMOVA, Evgenia, Finland; DOB 26 Aug 1977; nationality Finland; Gender Female; Identification Number 260877 (Finland) (individual) [RUSSIA-EO14024].

DREX TECHNOLOGIES (a.k.a. DREX TECHNOLOGIES S.A.), Virgin Islands, British; Company Number 394678 (Virgin Islands, British) [SYRIA].

DREX TECHNOLOGIES S.A. (a.k.a. DREX TECHNOLOGIES), Virgin Islands, British; Company Number 394678 (Virgin Islands, British) [SYRIA].

DRIDEX GANG (a.k.a. EVIL CORP), Moscow, Russia; Moldova; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2].

DRIDQAL, Abd-al-Malik (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Moussab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abou Moussab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a.

ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUDOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUR, Aboo Mossab; a.k.a. ABKELWADOUB, Aboo Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

DRIL, Gleb Vladimirovich (Cyrillic: ДРИЛЬ, Глеб Владимирович) (a.k.a. DRIL, Gleb Vladimirovitj; a.k.a. DRYL, Gleb; a.k.a. DRYL, Hleb Uladzimiravich (Cyrillic: ДРЫЛЬ, Глеб Уладзіміравіч); a.k.a. DRYL, Hleb Uladzimiravitj), Shugaeva, 27-69, Minsk, Belarus (Cyrillic: Шугаева, 27-69, Минск, Belarus); DOB 12 May 1980; nationality Belarus; Gender Male; National ID No. 3120580A003PB0 (Belarus) (individual) [BELARUS-EO14038].

DRIL, Gleb Vladimirovitj (a.k.a. DRIL, Gleb Vladimirovich (Cyrillic: ДРИЛЬ, Глеб Владимирович); a.k.a. DRYL, Gleb; a.k.a. DRYL, Hleb Uladzimiravich (Cyrillic: ДРЫЛЬ, Глеб Уладзіміравіч); a.k.a. DRYL, Hleb Uladzimiravitj), Shugaeva, 27-69, Minsk, Belarus (Cyrillic: Шугаева, 27-69, Минск, Belarus); DOB 12 May 1980; nationality Belarus; Gender Male; National ID No. 3120580A003PB0 (Belarus) (individual) [BELARUS-EO14038].

DRISSI, Noureddine Ben Ali Ben Belkassem, Via Plebiscito 3, Cremona, Italy; DOB 30 Apr 1969; alt. DOB 30 Apr 1964; POB Tunisi, Tunisia; nationality Tunisia; Passport L851940 issued 09 Sep 1998 expires 08 Sep 2003; arrested 1 Apr 2003 (individual) [SDGT].

DROBOT, Maria Vladimirovna (Cyrillic: ДРОБОТ, Мария Владимировна), Russia; DOB 21 Mar 1982; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DROGANOV, Aleksey O.; DOB 11 Oct 1975; POB Lesnoi Settlement, Pushkin Area, Moscow Region, Russia (individual) [MAGNIT].

DROKDAL, 'Abd-al-Malik (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Moussab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Moussaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Aboo Mossab; a.k.a. ABKELWADOUB, Aboo Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

DROKDAL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL

OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

DRONOV, Evgenii Anatolevich, Russia; DOB 20 Oct 1947; POB Tula, Russia; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 710600768047 (Russia) (individual) [RUSSIA-EO14024].

DROUGDEL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

DROUKADAL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a.

ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

DROUKBEL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU

MOSSAAB, Abdelwadoud, a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalik; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

DROUKDAL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossaab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUB, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Moussab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mos'ab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

DROUKDEL, Abdel Malek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL

OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a. ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mosaab; a.k.a. ABKELWADOUD, Abou Mosaab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DROUKDEL, Abdelouadour; a.k.a. DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL, 'Abd al-Malik; a.k.a. OUDOUD, Abu Musab; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

DROUKDEL, Abdelmalek (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mousab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUB, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a.

ABDELOUADOUD, Abou Mossaab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abou Mossaub; a.k.a.
ABDELOUADOUD, Abou Moussaab; a.k.a.
ABDELOUADOUD, Abou Musab; a.k.a.
ABDELOUADOUD, Abu Mossab; a.k.a.
ABDELOUADOUD, Abu Mus'ab; a.k.a.
ABDELOUADOUDE, Abou Moussaab; a.k.a.
ABDELOUDOUD, Abu Musab; a.k.a.
ABDELWADOUD, Abou Mossab; a.k.a.
ABKELWADOUD, Abou Mossab; a.k.a. ABOU
MOSSAAB, Abdelwadoud; a.k.a. ABOU
MOSSAAH, Abdelouadoud; a.k.a. ABOU
MOSSAB, Abdelwadoud; a.k.a. ABU MUSAB,
Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek;
a.k.a. DERDOUKAL, Abdelmalek; a.k.a.
DEROUDEL, Abdel Malek; a.k.a. DOURKDAL,
Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik;
a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a.
DROKDAL, Abdelmalek; a.k.a. DROUGDEL,
Abdelmalek; a.k.a. DROUKADAL, Abdelmalek;
a.k.a. DROUKBEL, Abdelmalek; a.k.a.
DROUKDAL, Abdelmalek; a.k.a. DROUKDAL,
Abdelmalik; a.k.a. DROUKDEL, Abdel Malek;
a.k.a. DROUKDEL, Abdelouadour; a.k.a.
DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL,
'Abd al-Malik; a.k.a. OUDOUD, Abu Musab;
a.k.a. "ABDELWADOUD, Abou"), Meftah,
Algeria; DOB 20 Apr 1970; POB Meftah,
Algeria; alt. POB Khemis El Khechna, Algeria;
nationality Algeria (individual) [SDGT].

DROUKBEL, Abdelouadour (a.k.a. ABD AL-
WADOUB, Abdou Moussa; a.k.a. ABD EL
OUADOUD, Abou Moussa; a.k.a. ABD EL
OUADOUD, Abou moussab; a.k.a. ABD EL-
OUADOUD, Abi Mossaab; a.k.a. ABD-AL-
WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-
WADOUD, Abou Mossaab; a.k.a. ABDEL
WADOUD, Abou Moussaab; a.k.a.
ABDELMALEK, Drokdal; a.k.a. ABDELMALEK,
Droukdal; a.k.a. ABDELMALEK, Droukdel;
a.k.a. ABDELOUADODUD, Abu Mussaab;
a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a.
ABDELOUADOUD, Abou Mossaab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abou Mousaab; a.k.a.
ABDELOUADOUD, Abou Musab; a.k.a.
ABDELOUADOUD, Abu Mossab; a.k.a.
ABDELOUADOUD, Abu Mus'ab; a.k.a.
ABDELOUADOUDE, Abou Moussaab; a.k.a.
ABDELOUDOUD, Abu Musab; a.k.a.
ABDELWADOUD, Abou Mossab; a.k.a.
ABKELWADOUD, Abou Mosaab; a.k.a. ABOU

MOSSAAB, Abdelwadoud; a.k.a. ABOU
MOSSAAH, Abdelouadoud; a.k.a. ABOU
MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB,
Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek;
a.k.a. DERDOUKAL, Abdelmalek; a.k.a.
DEROUDEL, Abdel Malek; a.k.a. DOURKDAL,
Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik;
a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a.
DROKDAL, Abdelmalek; a.k.a. DROUGDEL,
Abdelmalek; a.k.a. DROUKADAL, Abdelmalek;
a.k.a. DROUKBEL, Abdelmalek; a.k.a.
DROUKDAL, Abdelmalek; a.k.a. DROUKDAL,
Abdelmalik; a.k.a. DROUKDEL, Abdel Malek;
a.k.a. DROUKDEL, Abdelmalek; a.k.a.
DRUKDAL, 'Abd al-Malik; a.k.a. DURIKDAL,
'Abd al-Malik; a.k.a. OUDOUD, Abu Musab;
a.k.a. "ABDELWADOUD, Abou"), Meftah,
Algeria; DOB 20 Apr 1970; POB Meftah,
Algeria; alt. POB Khemis El Khechna, Algeria;
nationality Algeria (individual) [SDGT].

DROZDENKO, Aleksander Yurievich (a.k.a.
DROZDENKO, Aleksandr Yuryevich (Cyrillic:
ДРОЗДЕНКО, Александр Юрьевич); a.k.a.
DROZDENKO, Alexander Yurevich),
Leningrade Region, Russia; DOB 01 Nov 1964;
POB Akzhar, Zhambyl region, Kazakhstan;
nationality Russia; citizen Russia; Gender Male;
Tax ID No. 470700411509 (Russia) (individual)
[RUSSIA-EO14024].

DROZDENKO, Aleksandr Yuryevich (Cyrillic:
ДРОЗДЕНКО, Александр Юрьевич) (a.k.a.
DROZDENKO, Aleksander Yurievich; a.k.a.
DROZDENKO, Alexander Yurevich),
Leningrade Region, Russia; DOB 01 Nov 1964;
POB Akzhar, Zhambyl region, Kazakhstan;
nationality Russia; citizen Russia; Gender Male;
Tax ID No. 470700411509 (Russia) (individual)
[RUSSIA-EO14024].

DROZDENKO, Alexander Yurevich (a.k.a.
DROZDENKO, Aleksander Yurievich; a.k.a.
DROZDENKO, Aleksandr Yuryevich (Cyrillic:
ДРОЗДЕНКО, Александр Юрьевич)),
Leningrade Region, Russia; DOB 01 Nov 1964;
POB Akzhar, Zhambyl region, Kazakhstan;
nationality Russia; citizen Russia; Gender Male;
Tax ID No. 470700411509 (Russia) (individual)
[RUSSIA-EO14024].

DROZDOV, Alexander Sergeyevich (Cyrillic:
ДРОЗДОВ, Александр Сергеевич), Russia;
DOB 01 Nov 1970; nationality Russia; Gender
Male; Member of the State Duma of the Federal
Assembly of the Russian Federation (individual)
[RUSSIA-EO14024].

DROZHZHINA, Yuliya Nikolayevna (Cyrillic:
ДРОЖЖИНА, Юлия Николаевна), Russia;

DOB 01 Mar 1990; nationality Russia; Gender
Female; Member of the State Duma of the
Federal Assembly of the Russian Federation
(individual) [RUSSIA-EO14024].

DRUKDAL, 'Abd al-Malik (a.k.a. ABD AL-
WADOUB, Abdou Moussa; a.k.a. ABD EL
OUADOUD, Abou Moussa; a.k.a. ABD EL
OUADOUD, Abou Mousab; a.k.a. ABD EL-
OUADOUD, Abi Mossaab; a.k.a. ABD-AL-
WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-
WADOUD, Abou Mossaab; a.k.a. ABDEL
WADOUD, Abou Mossab; a.k.a. ABDEL
WADOUD, Abou Moussaab; a.k.a.
ABDELMALEK, Drokdal; a.k.a. ABDELMALEK,
Droukdal; a.k.a. ABDELMALEK, Droukdel;
a.k.a. ABDELOUADODUD, Abu Mussaab;
a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a.
ABDELOUADOUD, Abou Mossaab; a.k.a.
ABDELOUADOUD, Abou Mossab; a.k.a.
ABDELOUADOUD, Abou Mousaab; a.k.a.
ABDELOUADOUD, Abou Mossaab; a.k.a.
ABDELOUADOUD, Abou Musab; a.k.a.
ABDELOUADOUD, Abu Mossab; a.k.a.
ABDELOUADOUD, Abu Mus'ab; a.k.a.
ABDELOUADOUDE, Abou Moussaab; a.k.a.
ABDELOUDOUD, Abu Musab; a.k.a.
ABDELWADOUD, Abou Mossab; a.k.a.
ABKELWADOUD, Abou Mossab; a.k.a. ABOU
MOSSAAB, Abdelwadoud; a.k.a. ABOU
MOSSAAH, Abdelouadoud; a.k.a. ABOU
MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB,
Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek;
a.k.a. DERDOUKAL, Abdelmalek; a.k.a.
DEROUDEL, Abdel Malek; a.k.a. DOURKDAL,
Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik;
a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a.
DROKDAL, Abdelmalek; a.k.a. DROUGDEL,
Abdelmalek; a.k.a. DROUKADAL, Abdelmalek;
a.k.a. DROUKBEL, Abdelmalek; a.k.a.
DROUKDAL, Abdelmalek; a.k.a. DROUKDAL,
Abdelmalik; a.k.a. DROUKDEL, Abdel Malek;
a.k.a. DROUKDEL, Abdelmalek; a.k.a.
DROUKDEL, Abdelouadour; a.k.a. DURIKDAL,
'Abd al-Malik; a.k.a. OUDOUD, Abu Musab;
a.k.a. "ABDELWADOUD, Abou"), Meftah,
Algeria; DOB 20 Apr 1970; POB Meftah,
Algeria; alt. POB Khemis El Khechna, Algeria;
nationality Algeria (individual) [SDGT].

DRUSTVO SA OGRANICENOM
ODGOVORNOSCU GLOBAL LIBERTY
LAKTASI (a.k.a. GLOBAL LIBERTY D.O.O.;
a.k.a. GLOBAL LIBERTY D.O.O. LAKTASI),
Gradiska cesta 57, Laktasi 78250, Bosnia and
Herzegovina; Tax ID No. 4403756190000
(Bosnia and Herzegovina); Business

Registration Number 57-01-0286-14 (Bosnia and Herzegovina) [BALKANS-EO14033] (Linked To: DODIK, Igor; Linked To: DODIK, Gorica).

DRUSTVO SA OGRANICENOM ODGOVORNOSCU INZINJERING-BN BIJELJINA D.O.O. (a.k.a. INZINJERING-BN BIJELJINA D.O.O.; a.k.a. INZINJERING-BN BIJELJINA LIMITED LIABILITY COMPANY), Dusana Baranina 1A, 76300, Bijeljina, Bosnia and Herzegovina; Organization Established Date 12 Sep 2017; Tax ID No. 4404222340002 (Bosnia and Herzegovina); Registration Number 59-01-0064-17 (Bosnia and Herzegovina) [RUSSIA-EO14024].

DRUSTVO SA OGRANICENOM ODGOVORNOSCU NOVI PAZAR-PUT NOVI PAZAR (a.k.a. NOVI PAZAR-PUT D.O.O. NOVI PAZAR), Sabana Koce 67, Novi Pazar 36300, Serbia; Organization Established Date 20 Apr 2004; Organization Type: Construction of roads and railways; V.A.T. Number 100744723 (Serbia) [GLOMAG] (Linked To: INKOP DOO CUPRIJA).

DRUSTVO SA OGRANICENOM ODGOVORNOSCU RAD 028 ZVECAN (a.k.a. DOO RAD 028 ZVECAN), Prote Stojana 4/2, Zvecan, Serbia; Organization Established Date 20 Jan 2014; Organization Type: Construction of other civil engineering projects; V.A.T. Number 108374390 (Serbia) [GLOMAG] (Linked To: STEVIC, Radule).

DRUSTVO SA OGRANICENOM ODGOVORNOSCU ZA PROIZVODNJU I PROMET VOCA I POVRCA FRUIT ECO D.O.O. GORNJI PODGRADCI, GRADISKA (a.k.a. FRUIT ECO D.O.O.; a.k.a. FRUIT ECO D.O.O. GRADISKA), Gornji Podgradci BB, Gradiska 78400, Bosnia and Herzegovina; Tax ID No. 4402717080004 (Bosnia and Herzegovina); Business Registration Number 1-16289-00 (Bosnia and Herzegovina) [BALKANS-EO14033] (Linked To: DODIK, Igor).

DRYL, Gleb (a.k.a. DRIL, Gleb Vladimirovich (Cyrillic: ДРИЛЬ, Глеб Владимирович); a.k.a. DRIL, Gleb Vladimirovitj; a.k.a. DRYL, Hleb Uladzimiravich (Cyrillic: ДРЫЛЬ, Глеб Уладзіміравіч); a.k.a. DRYL, Hleb Uladzimiravitj), Shugaeva, 27-69, Minsk, Belarus (Cyrillic: Шугаева, 27-69, Минск, Belarus); DOB 12 May 1980; nationality Belarus; Gender Male; National ID No. 3120580A003PB0 (Belarus) (individual) [BELARUS-EO14038].

DRYL, Hleb Uladzimiravich (Cyrillic: ДРЫЛЬ, Глеб Уладзіміравіч) (a.k.a. DRIL, Gleb Vladimirovich (Cyrillic: ДРИЛЬ, Глеб Владимирович); a.k.a. DRIL, Gleb Vladimirovitj; a.k.a. DRYL, Gleb; a.k.a. DRYL, Hleb Uladzimiravitj), Shugaeva, 27-69, Minsk, Belarus (Cyrillic: Шугаева, 27-69, Минск, Belarus); DOB 12 May 1980; nationality Belarus; Gender Male; National ID No. 3120580A003PB0 (Belarus) (individual) [BELARUS-EO14038].

DRYL, Hleb Uladzimiravitj (a.k.a. DRIL, Gleb Vladimirovich (Cyrillic: ДРИЛЬ, Глеб Владимирович); a.k.a. DRIL, Gleb Vladimirovitj; a.k.a. DRYL, Gleb; a.k.a. DRYL, Hleb Uladzimiravich (Cyrillic: ДРЫЛЬ, Глеб Уладзіміравіч)), Shugaeva, 27-69, Minsk, Belarus (Cyrillic: Шугаева, 27-69, Минск, Belarus); DOB 12 May 1980; nationality Belarus; Gender Male; National ID No. 3120580A003PB0 (Belarus) (individual) [BELARUS-EO14038].

D'S SUPERMARKET COMPANY LTD. (a.k.a. D'S SUPERSTORE), College Road, Corozal Town, Belize [SDNTK].

D'S SUPERSTORE (a.k.a. D'S SUPERMARKET COMPANY LTD.), College Road, Corozal Town, Belize [SDNTK].

DU, Changgen (Chinese Simplified: 杜长根), No. 141 Niujiazhai Village, Fengjiazhai Township, Xingtai City, Guangzong County, Hebei Province, China; DOB 01 Mar 1993; POB Hebei Province, China; nationality China; Gender Male; Passport CC7375752 (China); National ID No. 130531199303010254 (China) (individual) [ILLICIT-DRUGS-EO14059].

DU, Yu Rong (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong

Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

DU, Yurong (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

DUAL, Simon Gatwec (a.k.a. DUAL, Simon Gatwech; a.k.a. DUAL, Simon Gatwich; a.k.a. DUAL, Simon Getwech; a.k.a. GARWICH, Simon; a.k.a. GATWEACH, Simon; a.k.a. GATWECH, Simon; a.k.a. GATWICK, Simon; a.k.a. "Dhual"; a.k.a. "General Gaduel"), Jonglei State, South Sudan; DOB 1953; POB Akobo, Jonglei State, South Sudan; alt. POB Akobo, Jonglei State, Sudan; alt. POB Uror County, Jonglei State, South Sudan; alt. POB Uror County, Jonglei State, Sudan; SPLA in Opposition Chief of General Staff; Major General (individual) [SOUTH SUDAN].

DUAL, Simon Gatwech (a.k.a. DUAL, Simon Gatwec; a.k.a. DUAL, Simon Gatwich; a.k.a. DUAL, Simon Getwech; a.k.a. GARWICH, Simon; a.k.a. GATWEACH, Simon; a.k.a. GATWECH, Simon; a.k.a. GATWICK, Simon; a.k.a. "Dhual"; a.k.a. "General Gaduel"), Jonglei State, South Sudan; DOB 1953; POB Akobo, Jonglei State, South Sudan; alt. POB Akobo, Jonglei State, Sudan; alt. POB Uror County, Jonglei State, South Sudan; alt. POB Uror County, Jonglei State, Sudan; SPLA in Opposition Chief of General Staff; Major General (individual) [SOUTH SUDAN].

DUAL, Simon Gatwich (a.k.a. DUAL, Simon Gatwec; a.k.a. DUAL, Simon Gatwech; a.k.a. DUAL, Simon Getwech; a.k.a. GARWICH, Simon; a.k.a. GATWEACH, Simon; a.k.a.

GATWECH, Simon; a.k.a. GATWICK, Simon; a.k.a. "Dhual"; a.k.a. "General Gaduel"), Jonglei State, South Sudan; DOB 1953; POB Akobo, Jonglei State, South Sudan; alt. POB Akobo, Jonglei State, Sudan; alt. POB Uror County, Jonglei State, South Sudan; alt. POB Uror County, Jonglei State, Sudan; SPLA in Opposition Chief of General Staff; Major General (individual) [SOUTH SUDAN].

DUAL, Simon Getwech (a.k.a. DUAL, Simon Gatwec; a.k.a. DUAL, Simon Gatwech; a.k.a. DUAL, Simon Gatwich; a.k.a. GARWICH, Simon; a.k.a. GATWEACH, Simon; a.k.a. GATWECH, Simon; a.k.a. GATWICK, Simon; a.k.a. "Dhual"; a.k.a. "General Gaduel"), Jonglei State, South Sudan; DOB 1953; POB Akobo, Jonglei State, South Sudan; alt. POB Akobo, Jonglei State, Sudan; alt. POB Uror County, Jonglei State, South Sudan; alt. POB Uror County, Jonglei State, Sudan; SPLA in Opposition Chief of General Staff; Major General (individual) [SOUTH SUDAN].

DUARTE MUNOZ, Roque (a.k.a. CAMPOS ARREDONDO, Humberto), c/o COMPANIA MINERA DEL RIO CIANURY S.A. DE C.V., Culiacan, Sinaloa, Mexico; DOB 09 Dec 1960; POB Mexico (individual) [SDNTK].

DUARTE TORRES, Orlando (a.k.a. DUARTE TORRES, Rafael), Lomas de Anahuac No. 86, Mexico City, Distrito Federal, Mexico; Calle Manzana V, Coyoacan, Mexico City, Distrito Federal, Mexico; DOB 26 Aug 1964; POB Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

DUARTE TORRES, Rafael (a.k.a. DUARTE TORRES, Orlando), Lomas de Anahuac No. 86, Mexico City, Distrito Federal, Mexico; Calle Manzana V, Coyoacan, Mexico City, Distrito Federal, Mexico; DOB 26 Aug 1964; POB Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

DUARTE, Franklyn Leonardo, Tachira, Venezuela; DOB 15 May 1977; Gender Male; Cedula No. V-13304045 (Venezuela) (individual) [VENEZUELA].

DUBAI SEA BREEZE, PO Box 85546, Sheikh Zayed Road, Saeed Tower, Dubai, United Arab Emirates; Ibn Battuta Gate Office, 302E, Dubai, United Arab Emirates; License 525341 (United Arab Emirates); Chamber of Commerce Number 63032 (United Arab Emirates); Economic Register Number (CBLS) 10402951 (United Arab Emirates) [RUSSIA-EO14024].

DUBAI TRADING COMPANY, 44 - 45, Royal Shopping Plaza, Industrial Estate, Hayatabad,

Peshawar, Pakistan; 53 Royal Shopping Plaza, Industrial Estate, Hayatabad, Peshawar, Pakistan [SDNTK].

DUBINSKY, Alexander (a.k.a. DUBINSKY, Oleksandr (Cyrillic: ДУБІНСЬКИЙ, Олександр)), Ukraine; DOB 18 Apr 1981; POB Kiev, Ukraine; nationality Ukraine; Gender Male (individual) [ELECTION-EO13848].

DUBINSKY, Oleksandr (Cyrillic: ДУБІНСЬКИЙ, Олександр) (a.k.a. DUBINSKY, Alexander), Ukraine; DOB 18 Apr 1981; POB Kiev, Ukraine; nationality Ukraine; Gender Male (individual) [ELECTION-EO13848].

DUBINYAK, Andrey (a.k.a. DUBINYAK, Andrey Grigoryevich); DOB 19 Apr 1948; Chairman of Supervisory Board, Tempbank (individual) [SYRIA] (Linked To: TEMPBANK).

DUBINYAK, Andrey Grigoryevich (a.k.a. DUBINYAK, Andrey); DOB 19 Apr 1948; Chairman of Supervisory Board, Tempbank (individual) [SYRIA] (Linked To: TEMPBANK).

DUBNA ENGINEERING PLANT (a.k.a. AKTSIONERNOYE OBSHCHESTVO DUBNENSKIY MASHINOSTROITELNYY ZAVOD IMENI NP FODOROVA; a.k.a. DUBNA MACHINE BUILDING PLANT; a.k.a. JOINT STOCK COMPANY DUBNENSKY MACHINE BUILDING PLANT NAMED AFTER NP FEDOROV), ul. Zhukovsky, d. 2, str. 1, Dubna, Moscow Region 141983, Russia; Tax ID No. 5010030050 (Russia); Registration Number 1045002200616 (Russia) [RUSSIA-EO14024].

DUBNA MACHINE BUILDING PLANT (a.k.a. AKTSIONERNOYE OBSHCHESTVO DUBNENSKIY MASHINOSTROITELNYY ZAVOD IMENI NP FODOROVA; a.k.a. DUBNA ENGINEERING PLANT; a.k.a. JOINT STOCK COMPANY DUBNENSKY MACHINE BUILDING PLANT NAMED AFTER NP FEDOROV), ul. Zhukovsky, d. 2, str. 1, Dubna, Moscow Region 141983, Russia; Tax ID No. 5010030050 (Russia); Registration Number 1045002200616 (Russia) [RUSSIA-EO14024].

DUBNA SWITCHING EQUIPMENT PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO DUBNENSKII ZAVOD KOMMUTATSIONNOI TEKHNIKI; a.k.a. JOINT STOCK COMPANY DUBNA PLANT OF SWITCHING EQUIPMENT; a.k.a. JOINT STOCK COMPANY DUBNENSKY PLANT OF SWITCHING EQUIPMENT), Pr-Kt Nauki D. 14, K. 1, Pomeshch. 39, Dubna 141984, Russia; Tax ID No. 5010056160 (Russia); Registration Number 1195081030781 (Russia) [RUSSIA-EO14024].

DUBONOSOV, Aleksei Gennadievich (a.k.a. DUBONOSOV, Aleksey Gennadievich), Russia; DOB 31 Dec 1976; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 344401214508 (Russia) (individual) [RUSSIA-EO14024].

DUBONOSOV, Aleksey Gennadievich (a.k.a. DUBONOSOV, Aleksei Gennadievich), Russia; DOB 31 Dec 1976; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 344401214508 (Russia) (individual) [RUSSIA-EO14024].

DUBROVINSKIY, Viacheslav Yuryevich (Cyrillic: ДУБРОВИНСКИЙ, Юрьевич Вячеслав), Russia; DOB 30 Mar 1966; POB Gomel, Belarus; nationality Russia; citizen Russia; Gender Male; Tax ID No. 500912223914 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OOO SERNIYA INZHINIRING).

DUCASHEW GENERAL TRADING LLC, Boulevard Plaza Tower 2, Office No. 2101 and 2102, Sheikh Mohammed Bin Rashid Boulevard, Dubai 454602, United Arab Emirates; Organization Established Date 10 Oct 2016; Dubai Chamber of Commerce Membership No. 276774 (United Arab Emirates); Company Number 767691 (United Arab Emirates) [TCO].

DUDAEV, Ahmed Makhmudovich (Cyrillic: ДУДАЕВ, Ахмед Махмудович), Chechnya, Russia; DOB 02 Aug 1987; POB Grozniy, Chechnya, Russia; nationality Russia; Gender Male; Tax ID No. 201204309073 (Russia) (individual) [RUSSIA-EO14024].

DUDEH FAM INDUSTRIAL (a.k.a. DOUDEFAM INDUSTRIES SADAF COMPANY; a.k.a. FAM INDUSTRIEL SOOT CO.; a.k.a. SANATI DOODEH FAAM COMPANY; a.k.a. SANATI DOODEH FAM CO. (Arabic: شرکت صنعتی دوده فام); a.k.a. SHERKATE DOODEH FAAM-E SADAF; a.k.a. "SADAF"; a.k.a. "SADAF CO."; a.k.a. "SADAF COMPANY"; a.k.a. "SADAFCO"), No. 8, Shahid Haghani Highway,

Vanak Square, Tehran, Iran; No. 8, Haghani Highway, After Jahan Koodak Cross, Vanak Sq, PO Box 1518743811, Tehran, Iran; Dezfool Industrial Park Number 2, Dezful, Iran; Industrial Zone No. 2, PO Box 6465128911, Dezful, Iran; Website http://www.sadaf-cb.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102837099 (Iran); Registration Number 243005 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

DUDIN, Musa (a.k.a. DODIN, Mussa; a.k.a. DOUDIN, Mousa; a.k.a. DUDIN, Musa Muhammad Salim (Arabic: موسى محمد سالم دودين)), Hebron, West Bank; DOB 12 Jun 1972; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 985416981 (Palestinian); alt. National ID No. 909517724 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

DUDIN, Musa Muhammad Salim (Arabic: موسى محمد سالم دودين) (a.k.a. DODIN, Mussa; a.k.a. DOUDIN, Mousa; a.k.a. DUDIN, Musa), Hebron, West Bank; DOB 12 Jun 1972; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 985416981 (Palestinian); alt. National ID No. 909517724 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

DUGARTE PADRON, Juan Carlos, Caracas, Capital District, Venezuela; DOB 16 Oct 1955; Gender Male; Cedula No. 4353212 (Venezuela) (individual) [VENEZUELA].

DUGAZAEV, Timur (a.k.a. DUGAZAYEV, Timur), Kiel, Schleswig-Holstein, Germany; DOB 18 Sep 1985; Gender Male (individual) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

DUGAZAYEV, Timur (a.k.a. DUGAZAEV, Timur), Kiel, Schleswig-Holstein, Germany; DOB 18 Sep 1985; Gender Male (individual) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

DUGHMISH, Mumtaz Muhammad Jum'ah (a.k.a. DAGHMASH, Mumtaz; a.k.a. DAGHMASH, Mumtaz Muhammad Jum'ah; a.k.a. DUGHMUSH, Mumtaz; a.k.a. DUGHMUSH, Mumtaz Muhammad Jum'ah; a.k.a. "ABOUT ABIR"); DOB 1977; nationality Palestinian (individual) [SDGT].

DUGHMUSH, Mumtaz (a.k.a. DAGHMASH, Mumtaz; a.k.a. DAGHMASH, Mumtaz Muhammad Jum'ah; a.k.a. DUGHMISH, Mumtaz Muhammad Jum'ah; a.k.a. DUGHMUSH, Mumtaz Muhammad Jum'ah;

a.k.a. "ABOUT ABIR"); DOB 1977; nationality Palestinian (individual) [SDGT].

DUGHMUSH, Mumtaz Muhammad Jum'ah (a.k.a. DAGHMASH, Mumtaz; a.k.a. DAGHMASH, Mumtaz Muhammad Jum'ah; a.k.a. DUGHMISH, Mumtaz Muhammad Jum'ah; a.k.a. DUGHMUSH, Mumtaz; a.k.a. "ABOUT ABIR"); DOB 1977; nationality Palestinian (individual) [SDGT].

DUGIN, Aleksandr (a.k.a. DUGIN, Aleksandr Gelyevich; a.k.a. DUGIN, Alexander Gelyevich); DOB 07 Jan 1962; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

DUGIN, Aleksandr Gelyevich (a.k.a. DUGIN, Aleksandr; a.k.a. DUGIN, Alexander Gelyevich); DOB 07 Jan 1962; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

DUGIN, Alexander Gelyevich (a.k.a. DUGIN, Aleksandr; a.k.a. DUGIN, Aleksandr Gelyevich); DOB 07 Jan 1962; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

DUGINA, Darya Aleksandrovna, Russia; DOB 15 Dec 1992; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: UNITED WORLD INTERNATIONAL).

DUK, Denis Vladimirovich (Cyrillic: ДУК, Денис Владимирович) (a.k.a. DUK, Dzyanis Uladzimiravich (Cyrillic: ДУК, Дзяніс Уладзіміравіч)), Mogilev Oblast, Belarus; DOB 1977; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

DUK, Dzyanis Uladzimiravich (Cyrillic: ДУК, Дзяніс Уладзіміравіч) (a.k.a. DUK, Denis Vladimirovich (Cyrillic: ДУК, Денис Владимирович)), Mogilev Oblast, Belarus; DOB 1977; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

DUKUZOV, Kazbek; DOB 1974; POB Urus-Martan District, Chechen Republic, Russia (individual) [MAGNIT].

DULAC CAPITAL LTD (a.k.a. AK DYULAK KEPITAL LTD PREDSTAVITELSTVO; a.k.a. PREDSTAVITELSTVO AKTSIONERNOGO OBSHCHESTVA DYULAK KEPITAL LTD SHVEITSARIYA V G MOSCOW; a.k.a.

PREDSTAVITELSTVO AKTSIONERNOGO OBSHCHESTVA DYULAK KEPITAL LTD SHVEITSARIYA V G SANKT PETERBURGE), Arosastrasse 7, Zurich 8008, Switzerland; Pr-kt Morskoi pom. 12-N, Saint Petersburg 197110, Russia; Pr-kt Leningradskii, Moscow 125167, Russia; Organization Established Date 14 Dec 2007; Tax ID No. 113974567 (Switzerland); alt. Tax ID No. 9909354395 (Russia); Identification Number SRWNNB.99999.SL.756 (Switzerland); Legal Entity Number 529900E3569EJW938341; Registration Number CH-020.3.031.775-0 (Switzerland) [RUSSIA-EO14024].

DULCE VOLCAN (a.k.a. "DULCEVOLCANCLN"), Culiacan, Sinaloa, Mexico; Calle Cancun 156, Col. Isla Musala, Tachintle, Culiacan, Sinaloa 80065, Mexico; Organization Type: Restaurants and mobile food service activities [ILLICIT-DRUGS-EO14059] (Linked To: ROBLEDO ARREDONDO, Adilene Mayre; Linked To: ROBLEDO ARREDONDO, Ivan Yareth).

DULING TECHNOLOGY HK LIMITED, Room 4, 16th Floor, Ho King Comm Ctr, 2-16 Fayuen St, Mongkok, Kowloon, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Sep 2019; Company Number 2874017 (Hong Kong) [NPWMD] [IFSR] (Linked To: PISHTAZAN KAVOSH GOSTAR BOSHRA, LLC).

DUMIT, Salim, Syria; DOB 11 Jul 1967; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

DUMONT, Lionel (a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. "ABOU HAMZA"; a.k.a. "ABOU HANZA"; a.k.a. "ABU KHAMZA"; a.k.a. "BILAL"; a.k.a. "BILAL KUMKAL"; a.k.a. "HAMZA"; a.k.a. "KOUMAL"; a.k.a. "LAJONEL DIMON"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975; POB Roubaix, France (individual) [SDGT].

DUNAY PROBABLE NAVAL MISSILE FACILITY, 42-56N 132-20E, Promyslovka Peninsula, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Defense activities [RUSSIA-EO14024].

DUNIA LIMITED LIABILITY COMPANY FOR INFORMATION (a.k.a. ADDOUNIA TV; a.k.a. AL DOUNIA; a.k.a. AL-DONYA TELEVISION

CHANNEL; a.k.a. AL-DUNYA TELEVISION; a.k.a. DUNIA TELEVISION), Information Free Zone, Damascus, Syria [SYRIA].

DUNIA TELEVISION (a.k.a. ADDOUNIA TV; a.k.a. AL DOUNIA; a.k.a. AL-DONYA TELEVISION CHANNEL; a.k.a. AL-DUNYA TELEVISION; a.k.a. DUNIA LIMITED LIABILITY COMPANY FOR INFORMATION), Information Free Zone, Damascus, Syria [SYRIA].

DUNKA, Arciom Kanstantsinavich (Cyrillic: ДУНЬКА, Арцём Канстанцінавіч) (a.k.a. DUNKA, Artsiom Kanstantsinavitj; a.k.a. DUNKO, Artem Konstantinovich (Cyrillic: ДУНЬКО, Артём Константинович); a.k.a. DUNKO, Artem Konstantinovitj), Chichurina St, 4-120, Minsk, Belarus (Cyrillic: ул. Чичурина, 4-120, Минск, Belarus); DOB 08 Jun 1990; nationality Belarus; Gender Male (individual) [BELARUS-EO14038] (Linked To: DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS).

DUNKA, Artsiom Kanstantsinavitj (a.k.a. DUNKA, Arciom Kanstantsinavich (Cyrillic: ДУНЬКА, Арцём Канстанцінавіч); a.k.a. DUNKO, Artem Konstantinovich (Cyrillic: ДУНЬКО, Артём Константинович); a.k.a. DUNKO, Artem Konstantinovitj), Chichurina St, 4-120, Minsk, Belarus (Cyrillic: ул. Чичурина, 4-120, Минск, Belarus); DOB 08 Jun 1990; nationality Belarus; Gender Male (individual) [BELARUS-EO14038] (Linked To: DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS).

DUNKO, Artem Konstantinovich (Cyrillic: ДУНЬКО, Артём Константинович) (a.k.a. DUNKA, Arciom Kanstantsinavich (Cyrillic: ДУНЬКА, Арцём Канстанцінавіч); a.k.a. DUNKA, Artsiom Kanstantsinavitj; a.k.a. DUNKO, Artem Konstantinovitj), Chichurina St, 4-120, Minsk, Belarus (Cyrillic: ул. Чичурина, 4-120, Минск, Belarus); DOB 08 Jun 1990; nationality Belarus; Gender Male (individual) [BELARUS-EO14038] (Linked To: DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS).

DUNKO, Artem Konstantinovitj (a.k.a. DUNKA, Arciom Kanstantsinavich (Cyrillic: ДУНЬКА, Арцём Канстанцінавіч); a.k.a. DUNKA, Artsiom Kanstantsinavitj; a.k.a. DUNKO, Artem Konstantinovich (Cyrillic: ДУНЬКО, Артём

Константинович)), Chichurina St, 4-120, Minsk, Belarus (Cyrillic: ул. Чичурина, 4-120, Минск, Belarus); DOB 08 Jun 1990; nationality Belarus; Gender Male (individual) [BELARUS-EO14038] (Linked To: DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS).

DUPLAN, Joseph Pierre Richard, Haiti; DOB 03 Apr 1970; Gender Male; Passport 545829751 (United States) expires 28 Apr 2026 (individual) [GLOMAG].

DUQUE BOTERO, Jorge Alirio, Calle 5 No. 5A-49, Buenaventura, Colombia; c/o INDUSTRIA DE PESCA SOBRE EL PACIFICO S.A., Buenaventura, Colombia; DOB 04 Jun 1949; Cedula No. 6160843 (Colombia) (individual) [SDNT].

DUQUE GAVIRIA, Ivan Roberto (a.k.a. "ERNESTO BAEZ"); DOB 09 May 1955; POB Aguadas, Caldas, Colombia; Cedula No. 10241940 (Colombia) (individual) [SDNTK].

DURAN NUNEZ, Juan Carlos, Calle Johanes Brahams #355, Interior 10, Fraccionamiento La Estancia, Zapopan, Jalisco, Mexico; DOB 29 Jun 1967; POB Guadalajara, Jalisco; R.F.C. DUNJ670629IL4 (Mexico); C.U.R.P. DUNJ670629HJCRXN08 (Mexico) (individual) [SDNTK] (Linked To: GRUPO COMERCIAL ROOL, S.A. DE C.V.; Linked To: RANCHO EL NUEVO PACHON, S. DE R.L. DE C.V.; Linked To: ASESORIA Y SERVICIOS ADMINISTRATIVOS, TECNICOS Y OPERATIVOS DUREL, S.A. DE C.V.).

DURAN PORRAS, Gloria Amparo, c/o FRANZUL S.A., Medellin, Colombia; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; DOB 11 Feb 1968; alt. DOB 02 Nov 1968; Cedula No. 42895110 (Colombia) (individual) [SDNT].

DURAND PROPERTIES LIMITED, Haven Court, 5 Library Ramp, Gibraltar, United Kingdom [IRAQ2].

DURANGO RESTREPO, Jairo de Jesus (a.k.a. "GUAGUA"); DOB 30 Jun 1972; POB Frontino, Antioquia, Colombia; citizen Colombia; Cedula No. 3484676 (Colombia) (individual) [SDNTK] (Linked To: COMERCIALIZADORA J DURANGO).

DURANSOY, Cagri; DOB 04 Aug 1985; POB Kadikoy, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Passport TR-T 577847 (Turkey); alt. Passport 31/2857612/2007 (Turkey) (individual) [NPWMD] [IFSR].

DURANSOY, Muammer Kuntay; DOB 03 Jun 1953; POB Eskisehir, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

DURDA, Abu Zeid Omar (a.k.a. ABUZED OE, Dorda; a.k.a. DORDA, Abouzid Omar; a.k.a. DORDA, Abu Zaid; a.k.a. DORDA, Abu Zayd Umar; a.k.a. DORDA, Bu Zaid; a.k.a. DOURDA, Abu Zaid Omar), Libya; Egypt; DOB 04 Apr 1944; Gender Male; Passport FK117RK0 (Libya) issued 25 Nov 2018 expires 24 Nov 2026; alt. Passport FK117RKO (Libya) issued 25 Nov 2018 expires 24 Nov 2026; Director of the External Security Organization (individual) [LIBYA2].

DURGHAM, Dureid (a.k.a. DERGHEM, Douraid; a.k.a. DERGHAM, Duraid); DOB 1964; Governor of the Central Bank of Syria (individual) [SYRIA].

DURGUTI, Safet (a.k.a. "ABU-SUMAYA"); DOB 10 May 1967; POB Orahovac, Kosovo; Passport 1144602 (Bosnia and Herzegovina); Bosnian Personal ID No. 1005967953038 (individual) [SDGT].

DURI, Ahmet (a.k.a. DOURI, Ahmad), Seyitnizam Mahallesi Turan Gunes Sokak Realistanbul Site, Zeytinburnu, Istanbul 34025, Turkey; DOB 12 Jan 1987; POB Aleppo, Syria; nationality Turkey; alt. nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U15854473 (Turkey); National ID No. 74383101388 (Turkey) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

DURIKDAL, 'Abd al-Malik (a.k.a. ABD AL-WADOUB, Abdou Moussa; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL OUADOUD, Abou Mossab; a.k.a. ABD EL-OUADOUD, Abi Mossaab; a.k.a. ABD-AL-WADUD, Abu-Mus'ab; a.k.a. ABDEL EL-WADOUD, Abu Mossaab; a.k.a. ABDEL WADOUD, Abou Mossab; a.k.a. ABDEL WADOUD, Abou Moussaab; a.k.a. ABDELMALEK, Drokdal; a.k.a. ABDELMALEK, Droukdal; a.k.a. ABDELMALEK, Droukdel; a.k.a. ABDELOUADODUD, Abu Mussaab; a.k.a. ABDELOUADOUD, Abi Mousaab; a.k.a. ABDELOUADOUD, Abou Mssaab; a.k.a. ABDELOUADOUD, Abou Mossab; a.k.a. ABDELOUADOUD, Abou Mousaab; a.k.a. ABDELOUADOUD, Abou Mossaab; a.k.a. ABDELOUADOUD, Abou Musab; a.k.a. ABDELOUADOUD, Abu Mossab; a.k.a. ABDELOUADOUD, Abu Mus'ab; a.k.a.

ABDELOUADOUDE, Abou Moussaab; a.k.a. ABDELOUDOUD, Abu Musab; a.k.a. ABDELWADOUD, Abou Mossab; a.k.a. ABKELWADOUD, Abou Mossab; a.k.a. ABOU MOSSAAB, Abdelwadoud; a.k.a. ABOU MOSSAAH, Abdelouadoud; a.k.a. ABOU MOSSAB, Abdelouadoud; a.k.a. ABU MUSAB, Abdelwadoud; a.k.a. DARDAKIL, Abdelmalek; a.k.a. DERDOUKAL, Abdelmalek; a.k.a. DEROUDEL, Abdel Malek; a.k.a. DOURKDAL, Abdelmalek; a.k.a. DRIDQAL, Abd-al-Malik; a.k.a. DROKDAL, 'Abd-al-Malik; a.k.a. DROKDAL, Abdelmalek; a.k.a. DROUGDEL, Abdelmalek; a.k.a. DROUKADAL, Abdelmalek; a.k.a. DROUKBEL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKDAL, Abdelmalek; a.k.a. DROUKBEL, Abdel Malek; a.k.a. DROUKDEL, Abdelmalek; a.k.a. DRUKDAL, 'Abd-al-Malik; a.k.a. OUDOUD, Abdel Malek; a.k.a. "ABDELWADOUD, Abou"), Meftah, Algeria; DOB 20 Apr 1970; POB Meftah, Algeria; alt. POB Khemis El Khechna, Algeria; nationality Algeria (individual) [SDGT].

DUTTA, Surya Visesh, 67 Purvi Marg, Vasant Vihar, New Delhi 110057, India; DOB 08 Jul 1994; POB India; nationality India; Gender Male; Passport J6705777 (India) issued 26 Apr 2011 expires 25 Apr 2021 (individual) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

DUWAYR, Ruba, Syria; DOB 19 Apr 1985; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

DUZCAN, Ceylan, United Arab Emirates; DOB 01 Mar 1975; POB Savsat, Turkey; citizen Turkey; Passport 315408 (Turkey); Driver's License No. 11550 (Turkey) (individual) [SDNTK].

DUZGOREN, Erkan, Turkey; DOB 17 Jun 1980 (individual) [SYRIA] (Linked To: MILENYUM ENERGY S.A.).

DUZGOREN, Serkan, Turkey; DOB 28 Jan 1979 (individual) [SYRIA] (Linked To: MILENYUM ENERGY S.A.).

DVE STOLITSY OOO, Ul. Chermyanskaya D. 3, Kom. 3 Floor 1, Moscow 127081, Russia; Organization Established Date 21 Jun 2016; Tax ID No. 9715263396 (Russia); Registration Number 1167746583751 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

DVIGATEL PROGRESSA (a.k.a. LLC ENGINE OF PROGRESS; a.k.a. "LIDER 3D"), Sh. Varshavskoe D. 17, Str. 6, Kom. 18, Moscow 117105, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6230114074 (Russia); Registration Number 1196234010719 (Russia) [RUSSIA-EO14024].

DVOINYKH, Alexander Vlademirovich (Cyrillic: ДВОЙНЫХ, Александр Владимирович) (a.k.a. DVOYNYKH, Aleksandr Vladimirovich), Russia; DOB 19 Jan 1984; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DVOYNYKH, Aleksandr Vladimirovich (a.k.a. DVOINYKH, Alexander Vlademirovich (Cyrillic: ДВОЙНЫХ, Александр Владимирович)), Russia; DOB 19 Jan 1984; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DWAY, Aung Lin (a.k.a. DWE, Aung Lin), Burma; DOB 31 May 1962; Gender Male (individual) [BURMA-EO14014].

DWE, Aung Lin (a.k.a. DWAY, Aung Lin), Burma; DOB 31 May 1962; Gender Male (individual) [BURMA-EO14014].

DWIKARNA, Agus; DOB 11 Aug 1964; POB Makassar, South Sulawesi, Indonesia; nationality Indonesia; currently incarcerated in the Philippines (individual) [SDGT].

DWNTOWN.LA GMBH (f.k.a. PAPA OSCAR FASHION GROUP GMBH; a.k.a. PAPA OSCAR VENTURES GMBH), Mainzer Landstr. 33, Frankfurt am Main 60329, Germany; Organization Established Date 12 Jun 2017; Organization Type: Activities of holding companies; Tax ID No. DE 313145928 (Germany); Legal Entity Number 391200IDSLOEBYSU9N27; Registration Number HRB 109296 (Germany) [RUSSIA-EO14024] (Linked To: STUDHALTER, Alexander-Walter).

DYAKONOVA, Tatyana Ivanovna (Cyrillic: ДЬЯКОНОВА, Татьяна Ивановна), Russia; DOB 22 Apr 1970; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

DYATKOVA, Evgeny Sergeyevna (a.k.a. SMIRNOVA, Evgeniya Sergeyevna; a.k.a. TYURIKOVA, Eugenia; a.k.a. TYURIKOVA, Evgenia; a.k.a. TYURIKOVA, Evgeniya Sergeyevna; a.k.a. TYURIKOVA, Yevgenia (Cyrillic: ТЮРИКОВА, Евгения)), Bolshaya Serpuhovskaya Street, Moscow 115093, Russia; Hungary; DOB 25 Sep 1975; POB Sevastopol, Ukraine; nationality Russia; Gender Female; Passport 762948132 (Russia) expires 01 Apr 2030; alt. Passport 752900261 (Russia) issued 04 Mar 2016 expires 04 Mar 2026 (individual) [RUSSIA-EO14024].

DYILO, Thomas Lubanga (a.k.a. LUBANGA, Thomas); DOB 29 Dec 1960; POB Djiba, Utcha Sector, Djugu Territory, Ituri District, Orientale Province, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

DYKIY, Oleksii Oleksandrovych (Cyrillic: ДІКІЙ, Олексій Олександрович) (a.k.a. DIKIY, Aleksey Aleksandrovich (Cyrillic: ДИКИЙ, Алексей Александрович); a.k.a. DYKYI, Oleksiy Oleksandrovych), Donetsk Region, Ukraine; nationality Ukraine; DOB 05 Jul 1974; POB Donetsk Region, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 2721421655 (Ukraine) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

DYKYI, Oleksiy Oleksandrovych (a.k.a. DIKIY, Aleksey Aleksandrovich (Cyrillic: ДИКИЙ, Алексей Александрович); a.k.a. DYKYI, Oleksii Oleksandrovych (Cyrillic: ДІКІЙ, Олексій Олександрович)), Donetsk, Ukraine; DOB 05 Jul 1974; POB Donetsk Region, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 2721421655 (Ukraine) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

DYNAMIC ELECTRONIC FREQUENCY ENGINEERING LIMITED LIABILITY COMPANY (a.k.a. BASAMAD ELECTRONIC POUYA ENGINEERING LIMITED LIABILITY COMPANY), No. 63, Unit 4, Shahrara, Patrice Lumumba St., Abshori St., Tehran 1445934911, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 20 Jan 2015; National ID No. 14004684489 (Iran); Registration Number 466887 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

DYNAPEX ENERGY LIMITED (f.k.a. SINGH DAILY CULTURE PRESS LIMITED; f.k.a. SINGH SCIENCE AND TECHNOLOGY DEVELOPMENT CO., LIMITED), Flat/Rm 1105 11/F, Hua Qin International Building, 340 Queen's Road Central, Hong Kong; Business

Registration Number 2066820 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

DYNASTY GROUP OF COMPANIES (a.k.a. DYNASTY INTERNATIONAL COMPANY LIMITED; a.k.a. "DGC"; a.k.a. "DYNASTY INTERNATIONAL"), Waizayandar Road, No.15, Ngwe Kyar Yan Quarter, South Okkalapa Township, Yangon Region, Burma; Registration Number 100720744 (Burma) issued 27 Feb 1997 [BURMA-EO14014] (Linked To: MYINT, Aung Moe).

DYNASTY INTERNATIONAL COMPANY LIMITED (a.k.a. DYNASTY GROUP OF COMPANIES; a.k.a. "DGC"; a.k.a. "DYNASTY INTERNATIONAL"), Waizayandar Road, No.15, Ngwe Kyar Yan Quarter, South Okkalapa Township, Yangon Region, Burma; Registration Number 100720744 (Burma) issued 27 Feb 1997 [BURMA-EO14014] (Linked To: MYINT, Aung Moe).

DYUMIN, Alexei (a.k.a. DYUMIN, Alexey Gennadyevich), Russia; DOB 28 Aug 1972; POB Kursk, Russian Federation; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

DYUMIN, Alexey Gennadyevich (a.k.a. DYUMIN, Alexei), Russia; DOB 28 Aug 1972; POB Kursk, Russian Federation; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

DZEMIJETUL FURKAN (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEM'IJJETUL FURQAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, Sarajevo 71 000, Bosnia and Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia and Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia and Herzegovina [SDGT].

DZEM'IJJETUL FURQAN (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a.

ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, Sarajevo 71 000, Bosnia and Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia and Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia and Herzegovina [SDGT].

DZEMILIJATI FURKAN (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEM'IJJETUL FURQAN; a.k.a. DZEMIJETUL FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, Sarajevo 71 000, Bosnia and Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia and Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia and Herzegovina [SDGT].

DZHABAROV, Vladimir (a.k.a. DZHABAROV, Vladimir Michailovich; a.k.a. DZHABAROV, Vladimir Mikhailovich (Cyrillic: ДЖАБАРОВ, Владимир Михайлович)), Russia; DOB 29 Sep 1952; POB Samarkand, Uzbekistan; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

DZHABAROV, Vladimir Michailovich (a.k.a. DZHABAROV, Vladimir; a.k.a. DZHABAROV, Vladimir Mikhailovich (Cyrillic: ДЖАБАРОВ, Владимир Михайлович)), Russia; DOB 29 Sep 1952; POB Samarkand, Uzbekistan; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Federation Council of the Federal Assembly of the Russian Federation

(individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

DZHABAROV, Vladimir Mikhailovich (Cyrillic: ДЖАБАРОВ, Владимир Михайлович) (a.k.a. DZHABAROV, Vladimir; a.k.a. DZHABAROV, Vladimir Michailovich), Russia; DOB 29 Sep 1952; POB Samarkand, Uzbekistan; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

DZHAMAAT MODZHAKHEDOV (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. ISLAMIC JIHAD GROUP; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY JIHOD ITTIHODI; n.k.a. ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY; a.k.a. "IJG") [FTO] [SDGT].

DZHENERAL LUBRIKANTS (a.k.a. "GENERAL LUBRICANTS"), Ul. 2-Ya Mashinostroeniya D. 17, Str. 1, Et 2 Pom. I Kom 75 Of 1, Moscow 115088, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7722487971 (Russia); Registration Number 1207700173317 (Russia) [RUSSIA-EO14024].

DZHI AI INVEST OOO, Ul. Shchipok, D. 20, Komnata 5, Moscow 115054, Russia; Organization Established Date 03 Jul 2020; Tax ID No. 9705145033 (Russia); Government Gazette Number 44611957 (Russia); Registration Number 1207700216294 (Russia) [RUSSIA-EO14024].

DZHIKHAD, Abu (a.k.a. ATABIEV, Islam; a.k.a. ATABIYEV, Islam; a.k.a. ATABIYEV, Islam Seit-Umarovich; a.k.a. "AL-SHISHANI, Abu-Jihad"; a.k.a. "THE CHECHEN, Abu Jihad"); DOB 29 Jun 1983; POB Stavropol Region, Russia; nationality Russia; Passport 620169661 (Russia); alt. Passport 9103314932 (Russia) issued 16 Aug 2003 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

DZHUMA, Abbas (Cyrillic: ДЖУМА, Аббас) (a.k.a. DJUMA, Abbas; a.k.a. DZHUMA, Abbas Mokhammadovich (Cyrillic: ДЖУМА, Аббас Мохаммадович)), Moscow, Russia; DOB 10 Jul 1993; POB Moscow, Russia; nationality Russia; Gender Male; Passport 724609161 (Russia) expires 23 May 2023 (individual) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

DZHUMA, Abbas Mokhammadovich (Cyrillic: ДЖУМА, Аббас Мохаммадович) (a.k.a. DJUMA, Abbas; a.k.a. DZHUMA, Abbas (Cyrillic: ДЖУМА, Аббас)), Moscow, Russia; DOB 10 Jul 1993; POB Moscow, Russia; nationality Russia; Gender Male; Passport 724609161 (Russia) expires 23 May 2023 (individual) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

DZINIKASHVILI, Dmitrij Vladimirovich (a.k.a. DZINIKASHVILI, Dmitriy Vladimirovich (Cyrillic: ДЖИНИКАШВИЛИ, Дмитрий Владимирович); a.k.a. DZYNIKASHVILI, Dmytro Volodymyrovych (Cyrillic: ДЖИНIКАШВIЛI, Дмитро Володимирович)), Rostov-na-Donu, Russia; DOB 17 Jul 1987; Gender Male (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

DZINIKASHVILI, Dmitriy Vladimirovich (Cyrillic: ДЖИНИКАШВИЛИ, Дмитрий Владимирович) (a.k.a. DZINIKASHVILI, Dmitrij Vladimirovich; a.k.a. DZYNIKASHVILI, Dmytro Volodymyrovych (Cyrillic: ДЖИНIКАШВIЛI, Дмитро Володимирович)), Rostov-na-Donu, Russia; DOB 17 Jul 1987; Gender Male (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

DZYARZHAUNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: ДЗЯРЖАЎНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ) (a.k.a. CENTRKURORT; a.k.a. GOSUDARSTVENNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: ГОСУДАРСТВЕННОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. REPUBLICAN UNITARY ENTERPRISE TSENTRKURORT; a.k.a. RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: РЭСПУБЛIКАНСКАЕ ЎНIТАРНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. RESPUBLIKANSKOYE UNITARNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a.

STATE ENTERPRISE TSENTRKURORT; a.k.a. TSENTRKURORT), ul. Myasnikova, d. 39, kom. 338, Minsk 220048, Belarus (Cyrillic: ул. Мясникова, д. 39, ком. 338, г. Минск 220048, Belarus); Organization Established Date 19 Jul 2000; Organization Type: Tour operator activities; alt. Organization Type: Travel agency activities; Target Type State-Owned Enterprise; Registration Number 100726604 (Belarus) [BELARUS-EO14038].

DZYNIKASHVILI, Dmytro Volodymyrovych (Cyrillic: ДЖИНIКАШВIЛI, Дмитро Володимирович) (a.k.a. DZINIKASHVILI, Dmitrij Vladimirovich; a.k.a. DZINIKASHVILI, Dmitriy Vladimirovich (Cyrillic: ДЖИНИКАШВИЛИ, Дмитрий Владимирович)), Rostov-na-Donu, Russia; DOB 17 Jul 1987; Gender Male (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

DZYUBA, Viktor Viktorovich (Cyrillic: ДЗЮБА, Виктор Викторович), Russia; DOB 10 Aug 1977; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

E.C.A. S.A. (a.k.a. ENSAMBLADORA COLOMBIANA AUTOMOTRIZ S.A.), Carrera 39 No. 43-75, Barranquilla, Colombia; NIT # 817000791-1 (Colombia) [SDNT].

E.K.T. (KATRANGI BROS.) (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujji Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser

Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

E.K.-ULTRA FINANCIAL GROUP LIMITED, Anexartisias, 118, Floor 1, Flat 101, Limassol 3040, Cyprus; Registration ID HE 242159 [SYRIA] (Linked To: NICOLAOU, Nicos).

EAST AND WEST ENTERPRISES; a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in

University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

EAST ASIA GENERAL TRADING CO. LTD. (a.k.a. EAST ASIA TRADING IMPORT AND EXPORT TRADE CO., LTD.; a.k.a. "EAST ASIA TRADING"), Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Marshall Islands; No. 815, Duhui Plaza, Zhonghang Road, Futian District, Shenzhen, Guangdong, China; Website https://www.eastasiatrading.net/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 12 Jun 2019; Business Registration Number 101444 (Marshall Islands) [IRAN-EO13846] (Linked To: NAFTIRAN INTERTRADE CO. (NICO) LIMITED).

EAST ASIA TRADING IMPORT AND EXPORT TRADE CO., LTD. (a.k.a. EAST ASIA GENERAL TRADING CO. LTD.; a.k.a. "EAST ASIA TRADING"), Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Marshall Islands; No. 815, Duhui Plaza, Zhonghang Road, Futian District, Shenzhen, Guangdong, China; Website https://www.eastasiatrading.net/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 12 Jun 2019; Business Registration Number 101444 (Marshall Islands) [IRAN-EO13846] (Linked To: NAFTIRAN INTERTRADE CO. (NICO) LIMITED).

EAST OCEAN RASHIN (Arabic: راشین اقیانوس شرق) (a.k.a. EAST OCEAN RASHIN SHIPPING CO; a.k.a. EAST RASHIN OCEAN CO., LTD.; a.k.a. RASHIN OCEAN EAST CO., LTD.), Central Part, Enterpreneurial Neighborhood, Salehi Street, Golestan Street, No. 0, Lian Building Ground Floor, Unit 1, Assaluyeh City, Bushehr Province 75119757543, Iran; Central Part, Laneh Square, Jomhuri Eslami Street, Sadaf Alley, No. 0, Armin 2 Building, Second Floor, Unit 7, Assaluyeh City, Bushehr Province 7511934725, Iran; National ID No. 14008898707 (Iran); Registration Number 38 (Iran) [IRAN-EO13846].

EAST OCEAN RASHIN SHIPPING CO (a.k.a. EAST OCEAN RASHIN (Arabic: راشین اقیانوس شرق); a.k.a. EAST RASHIN OCEAN CO., LTD.; a.k.a. RASHIN OCEAN EAST CO., LTD.), Central Part, Enterpreneurial Neighborhood, Salehi Street, Golestan Street, No. 0, Lian Building Ground Floor, Unit 1, Assaluyeh City,

Bushehr Province 75119757543, Iran; Central Part, Laneh Square, Jomhuri Eslami Street, Sadaf Alley, No. 0, Armin 2 Building, Second Floor, Unit 7, Assaluyeh City, Bushehr Province 7511934725, Iran; National ID No. 14008898707 (Iran); Registration Number 38 (Iran) [IRAN-EO13846].

EAST RASHIN OCEAN CO., LTD. (a.k.a. EAST OCEAN RASHIN (Arabic: راشین اقیانوس شرق); a.k.a. EAST OCEAN RASHIN SHIPPING CO; a.k.a. RASHIN OCEAN EAST CO., LTD.), Central Part, Enterpreneurial Neighborhood, Salehi Street, Golestan Street, No. 0, Lian Building Ground Floor, Unit 1, Assaluyeh City, Bushehr Province 75119757543, Iran; Central Part, Laneh Square, Jomhuri Eslami Street, Sadaf Alley, No. 0, Armin 2 Building, Second Floor, Unit 7, Assaluyeh City, Bushehr Province 7511934725, Iran; National ID No. 14008898707 (Iran); Registration Number 38 (Iran) [IRAN-EO13846].

EAST SEA SHIPPING COMPANY (a.k.a. HAEYANG CREW MANAGEMENT COMPANY; a.k.a. KOREA MIRAE SHIPPING CO. LTD.; a.k.a. OCEAN MARITIME MANAGEMENT COMPANY LIMITED), Dongheung-dong Changgwang Street, Chung-ku, PO Box 125, Pyongyang, Korea, North; Donghung Dong, Central District, PO Box 120, Pyongyang, Korea, North; No. 10, 10th Floor, Unit 1, Wu Wu Lu 32-1, Zhong Shan Qu, Dalian City, Liaoning Province, China; 22 Jin Cheng Jie, Zhong Shan Qu, Dalian City, Liaoning Province, China; 43-39 Lugovaya, Vladivostok, Russia; CPO Box 120, Tonghung-dong, Chung-gu, Pyongyang, Korea, North; Bangkok, Thailand; Lima, Peru; Port Said, Egypt; Singapore; Brazil; Hong Kong, China; Shenzhen, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 1790183 [DPRK].

EAST STAR COMPANY (a.k.a. SATEREH SHARGH MOBIN CO.; a.k.a. SATEREH SHARGH SAMIN CO., LTD.; a.k.a. SETAREH SHARGH CO.), Unit 5, Third Floor, 15th Street, Bokharest Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

EAST STAR INVESTMENTS LIMITED, d. 3A str. 1 pom 10/3, ul. Solnechnaya, Moskovsky, Moscow 108813, Russia; Organization Established Date 23 Dec 2020; Tax ID No.

7751190171 (Russia); Registration Number 1207700492900 (Russia) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

EAST WEST UNITED BANK SA, Villa Foch, 10 Blvd Joseph II, Luxembourg L-1840, Luxembourg; SWIFT/BIC EWUBLULL; Target Type Financial Institution; V.A.T. Number LU 12023787 (Luxembourg); Identification Number 4R1MXL.99999.SL.442 (Luxembourg); Legal Entity Number 549300S54HVJT5564C37; Registration Number B 12049 (Luxembourg) [RUSSIA-EO14024] (Linked To: SISTEMA PUBLIC JOINT STOCK FINANCIAL CORPORATION).

EASTCHEM SHIPPING SDN. BHD. (a.k.a. SENSE SHIPPING AND TRADING SDN. BHD.), NO 43-M, Jalan Thambypillai off Jalan Tun Sambanthan, Kuala Lumpur, MY-14 50470, Malaysia; P04-18 Impian Meridian Commerze, Jalan Subang 1, USJ 1, Subang Jaya, MY-10 47600, Malaysia; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 04 May 2021; Business Registration Number 202101016872 (Malaysia) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

EASTERN TRADE LIMITED LIABILITY COMPANY (a.k.a. EASTERN TRADE LLC; a.k.a. OOO ISTERN TREYD), Ul. Obrucheva D. 30/1, Str. 1, Pomeshch. III, Kom. 1, Moscow 117485, Russia; Tax ID No. 9728061541 (Russia); Registration Number 1227700215335 (Russia) [RUSSIA-EO14024].

EASTERN TRADE LLC (a.k.a. EASTERN TRADE LIMITED LIABILITY COMPANY; a.k.a. OOO ISTERN TREYD), Ul. Obrucheva D. 30/1, Str. 1, Pomeshch. III, Kom. 1, Moscow 117485, Russia; Tax ID No. 9728061541 (Russia); Registration Number 1227700215335 (Russia) [RUSSIA-EO14024].

EASTERN TURKISTAN ISLAMIC MOVEMENT (a.k.a. EASTERN TURKISTAN ISLAMIC PARTY; a.k.a. ETIM; a.k.a. ETIP) [SDGT].

EASTERN TURKISTAN ISLAMIC PARTY (a.k.a. EASTERN TURKISTAN ISLAMIC MOVEMENT; a.k.a. ETIM; a.k.a. ETIP) [SDGT].

EASTNINE CHEMICALS CO., LTD. (f.k.a. EASTNINE INTERNATIONAL TRADING CO., LTD.; a.k.a. KAIKAI TECHNOLOGY CO., LTD.; a.k.a. NANJING KAIKAI POLYURETHANE CO., LTD.; a.k.a. NANJING KAIKAI TECHNOLOGY CO., LTD.), No. 3 Fangcao Garden, Longjiang District, Nanjing, Jiangsu 210038, China; Des Voeux Road, Hong Kong; No. 2, Zhongxin Group, Yanshanhe Village,

Yangmiao Town, Yangzhou, Jiangsu 210038, China; Goldencard Building, No. 83 Suojing Road, Nanjing, Jiangsu 210000, China; 334 Te Atatu Road, Te Atatu South, Auckland, New Zealand; Website http://www.kk-pu.com; Email Address info@kk-pu.com; alt. Email Address kaikaitech@gmail.com; alt. Email Address kktech12345@gmail.com; Business Registration Document # 9429033056678 (New Zealand) [SDNTK].

EASTNINE INTERNATIONAL TRADING CO., LTD. (a.k.a. EASTNINE CHEMICALS CO., LTD.; a.k.a. KAIKAI TECHNOLOGY CO., LTD.; a.k.a. NANJING KAIKAI POLYURETHANE CO., LTD.; a.k.a. NANJING KAIKAI TECHNOLOGY CO., LTD.), No. 3 Fangcao Garden, Longjiang District, Nanjing, Jiangsu 210038, China; Des Voeux Road, Hong Kong; No. 2, Zhongxin Group, Yanshanhe Village, Yangmiao Town, Yangzhou, Jiangsu 210038, China; Goldencard Building, No. 83 Suojing Road, Nanjing, Jiangsu 210000, China; 334 Te Atatu Road, Te Atatu South, Auckland, New Zealand; Website http://www.kk-pu.com; Email Address info@kk-pu.com; alt. Email Address kaikaitech@gmail.com; alt. Email Address kktech12345@gmail.com; Business Registration Document # 9429033056678 (New Zealand) [SDNTK].

EASY CASH S. DE R.L., San Pedro Sula, Cortes, Honduras [SDNTK].

EBAD ZADEH, Reza (a.k.a. EBADZADEH, Reza; a.k.a. SEMNANI, Reza Ebadzadeh), Tehran, Iran; DOB 13 Jun 1964; citizen Iran; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); Passport H40620699 (Iran); National ID No. 0941786821 (Iran); Director of Main Street 1095 Proprietary Limited (individual) [IRAN-EO13846] (Linked To: MAIN STREET 1095 PROPRIETARY LIMITED).

EBADZADEH, Reza (a.k.a. EBAD ZADEH, Reza; a.k.a. SEMNANI, Reza Ebadzadeh), Tehran, Iran; DOB 13 Jun 1964; citizen Iran; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); Passport H40620699 (Iran); National ID No. 0941786821 (Iran); Director of Main Street 1095 Proprietary Limited (individual) [IRAN-EO13846] (Linked To: MAIN STREET 1095 PROPRIETARY LIMITED).

EBERAHIM, Abbas (a.k.a. "BASU"), 43 Walana Cres, Kooringal, NSW 2650, Australia; Golden Triangle Special Economic Zone, Bokeo, Laos; 292 Moo 1 Wiang, Chiang Saen District, Chiang Rai 57150, Thailand; DOB 11 Sep 1949; POB Malaysia; nationality Australia; Gender Male; Passport N2315963 (Australia) (individual) [TCO] (Linked To: ZHAO WEI TCO).

EBLA HOTEL (Arabic: فندق إيبلا a.k.a. EBLA HOTEL AND OMAYAD PALACE FOR CONFERENCES), Airport Road - 4th Bridge, Damascus, Syria; P.O. Box 6416, Damascus, Syria; Organization Established Date 1989; Organization Type: Short term accommodation activities [SYRIA].

EBLA HOTEL AND OMAYAD PALACE FOR CONFERENCES (a.k.a. EBLA HOTEL (Arabic: فندق إيبلا), Airport Road - 4th Bridge, Damascus, Syria; P.O. Box 6416, Damascus, Syria; Organization Established Date 1989; Organization Type: Short term accommodation activities [SYRIA].

EBLA TRADE SERVICES S.A.L./OFF-SHORE, Beirut, Lebanon; Nakhle Center, Property Number: 295/24, Baabda, Furn, Chebbak, Lebanon [SYRIA] (Linked To: MILENYUM ENERGY S.A.; Linked To: BLUE ENERGY TRADE LTD. CO.).

EBRAHIM, Dawood (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. DILIP, Aziz; a.k.a. HASAN, Shaikh Daud; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SABRI, Dawood; a.k.a. SAHEB, Amir; a.k.a. SETH, Iqbal), 617 CP Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

EBRAHIMI FORUSHAN, Hamid Hajji (a.k.a. EBRAHIMI FORUSHANI, Hamid Hajji), Esfahan, Iran; DOB 08 Sep 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1141913534 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

EBRAHIMI FORUSHANI, Hamid Hajji (a.k.a. EBRAHIMI FORUSHAN, Hamid Hajji), Esfahan, Iran; DOB 08 Sep 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1141913534 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

EBRAHIMI, Ayatollah; DOB 1972; POB Qomshaneh, Hamadan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRGC] [IFSR] (Linked To: ANSAR BANK).

EBRAHIMI, Hasan Dehghan (a.k.a. IBRAHIMI, Hasan Dahqan); DOB 21 Mar 1961; POB Dezfool, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U19707756 (Iran) issued 12 May 2011 expires 11 May 2016 (individual) [SDGT] [IRGC] [IFSR].

EBRAHIMI, Jamal Jafaar Mohammed Ali (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASARI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi al-Basri; a.k.a. AL-

MUHANDIS, Abu-Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. JAMAL, Ibrahimi; a.k.a. "AL-IBRAHIMI, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

EBRAHIMI, Mohammad (a.k.a. EBRAHIMI, Reza); DOB 21 Mar 1973; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

EBRAHIMI, Mohsen (Arabic: (محسن ابراهیمی), Iran; DOB 1961; alt. DOB 1962; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 48107174 (Iran) (individual) [IRAN-HR] (Linked To: IRAN'S COUNTER-TERROR SPECIAL FORCES).

EBRAHIMI, Reza (a.k.a. EBRAHIMI, Mohammad); DOB 21 Mar 1973; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

EBRAHIMIHARKIAN, Ramin (a.k.a. ASAN, Nihat; a.k.a. ASAN, Nihat Abdul Kadir (Arabic: نهات عبدالقدیر آسان); a.k.a. ASAN, Nihat Abdulkadir; a.k.a. ASHAN, Nihat; a.k.a. KURD, Ibrahim; a.k.a. "BAHTIYAR"), Orumiyeh, West Azerbaijan, Iran; DOB 01 Oct 1981; alt. DOB 11 Nov 1981; POB Van, Turkey; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U13927927 (Turkey) expires 25 Jan 2027; National ID No. 2751062326 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

EBRAHIMZADEH, Mahdi (a.k.a. ARDAKANI, Mehdi Hosein Ebrahimzadeh); DOB 1985; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4449759990 (Iran) (individual) [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed).

EBTEKAR SANAT ELYA (a.k.a. EBTEKAR SANAT ILIA; a.k.a. EBTEKAR SANAT ILIYA; a.k.a. EBTEKAR SANAT ILIYA COMPANY; a.k.a. EBTEKAR SANAT ILYA CO. LTD; a.k.a. EBTEKAR SANAT ILYA LLC (Arabic: ابتكار

صنعت ایلیا)), Apt. No. 10, Bldg. No. 517, between Khavar and Valiasr Crossroads, Farjam Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320636846; Registration Number 412225 [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed; Linked To: RASTAFANN ERTEBAT ENGINEERING COMPANY).

EBTEKAR SANAT ILIA (a.k.a. EBTEKAR SANAT ELYA; a.k.a. EBTEKAR SANAT ILIYA; a.k.a. EBTEKAR SANAT ILIYA COMPANY; a.k.a. EBTEKAR SANAT ILYA CO. LTD; a.k.a. EBTEKAR SANAT ILYA LLC (Arabic: ابتكار

(صنعت ایلیا)), Apt. No. 10, Bldg. No. 517, between Khavar and Valiasr Crossroads, Farjam Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320636846; Registration Number 412225 [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed; Linked To: RASTAFANN ERTEBAT ENGINEERING COMPANY).

EBTEKAR SANAT ILIYA (a.k.a. EBTEKAR SANAT ELYA; a.k.a. EBTEKAR SANAT ILIA; a.k.a. EBTEKAR SANAT ILIYA COMPANY; a.k.a. EBTEKAR SANAT ILYA CO. LTD; a.k.a. EBTEKAR SANAT ILYA LLC (Arabic: ابتكار

(صنعت ایلیا)), Apt. No. 10, Bldg. No. 517, between Khavar and Valiasr Crossroads, Farjam Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320636846; Registration Number 412225 [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed; Linked To: RASTAFANN ERTEBAT ENGINEERING COMPANY).

EBTEKAR SANAT ILIYA COMPANY (a.k.a. EBTEKAR SANAT ELYA; a.k.a. EBTEKAR SANAT ILIA; a.k.a. EBTEKAR SANAT ILIYA; a.k.a. EBTEKAR SANAT ILYA CO. LTD; a.k.a. EBTEKAR SANAT ILYA LLC (Arabic: ابتكار

(صنعت ایلیا)), Apt. No. 10, Bldg. No. 517, between Khavar and Valiasr Crossroads, Farjam Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320636846; Registration Number 412225 [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed; Linked To: RASTAFANN ERTEBAT ENGINEERING COMPANY).

EBTEKAR SANAT ILYA CO. LTD (a.k.a. EBTEKAR SANAT ELYA; a.k.a. EBTEKAR SANAT ILIA; a.k.a. EBTEKAR SANAT ILIYA; a.k.a. EBTEKAR SANAT ILIYA COMPANY; a.k.a. EBTEKAR SANAT ILYA LLC (Arabic: ابتكار صنعت ایلیا)), Apt. No. 10, Bldg. No. 517, between Khavar and Valiasr Crossroads, Farjam Ave, Tehran, Iran; Additional Sanctions

Information - Subject to Secondary Sanctions; National ID No. 10320636846; Registration Number 412225 [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed; Linked To: RASTAFANN ERTEBAT ENGINEERING COMPANY).

EBTEKAR SANAT ILYA LLC (Arabic: ابتكار صنعت ایلیا) (a.k.a. EBTEKAR SANAT ELYA; a.k.a. EBTEKAR SANAT ILIA; a.k.a. EBTEKAR SANAT ILIYA; a.k.a. EBTEKAR SANAT ILIYA COMPANY; a.k.a. EBTEKAR SANAT ILYA CO. LTD), Apt. No. 10, Bldg. No. 517, between Khavar and Valiasr Crossroads, Farjam Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320636846; Registration Number 412225 [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed; Linked To: RASTAFANN ERTEBAT ENGINEERING COMPANY).

EBZEEV, Boris Safarovich (Cyrillic: ЭБЗЕЕВ, Борис Сафарович), Moscow, Russia; DOB 25 Feb 1950; POB Jangi-Jer, Kyrgyzstan; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

ECHEBERRIA SIMARRO, Leire; DOB 20 Dec 1977; POB Basauri (Vizcaya Province), Spain; D.N.I. 45.625.646; member ETA (individual) [SDGT].

ECHEGARAY ACHIRICA, Alfonso; DOB 10 Jan 1958; POB Plencia (Vizcaya Province), Spain; D.N.I. 16.027.051; member ETA (individual) [SDGT].

ECHEVERRI HERRERA, Hernando (a.k.a. ECHEVERRY HERRERA, Hernando), c/o INDUSTRIA DE PESCA SOBRE EL PACIFICO S.A., Buenaventura, Colombia; Cedula No. 1625525 (Colombia) (individual) [SDNT].

ECHEVERRI PAREJA, Oscar Alonso (a.k.a. "MOSCO"); DOB 07 May 1971; POB Envigado, Antioquia, Colombia; citizen Colombia; Cedula No. 98564040 (Colombia) (individual) [SDNTK] (Linked To: ACUAMATERIALES Y CIA. LIMITADA).

ECHEVERRY HERRERA, Hernando (a.k.a. ECHEVERRI HERRERA, Hernando), c/o INDUSTRIA DE PESCA SOBRE EL PACIFICO S.A., Buenaventura, Colombia; Cedula No. 1625525 (Colombia) (individual) [SDNT].

ECIM, Ljuban; DOB 06 Jan 1964; POB Sviljanac, Bosnia-Herzegovina; National ID No. 601964100083 (Bosnia and Herzegovina) (individual) [BALKANS].

ECO SHIPPING LLC RUS (a.k.a. EKO SHIPPING LIMITED LIABILITY COMPANY; a.k.a. LLC ECO SHIPPING), Office 207, ul Karla Marksa 15, Arkhangelsk 162000, Russia;

d. 8 str. 1, Prichalnaya Isakogorki, Arkhangelsk 163035, Russia; Tax ID No. 2901223574 (Russia); Registration Number 1122901001475 (Russia) [RUSSIA-EO14024].

ECOBU, Patrick (a.k.a. MUKISA, Patrick), Uganda; DOB 29 Jan 1976; nationality Uganda; Gender Male; National ID No. 001278331 (Uganda) (individual) [GLOMAG].

ECONOMY TODAY LLC (a.k.a. EKONOMIKA SEGODNYA), d. 19 Litera A. Pom. 423, Ul. Zhukova, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: LIMITED LIABILITY COMPANY CONCORD MANAGEMENT AND CONSULTING).

ECOTECHPLAST LLC (a.k.a. EKOTEKHPLAST), Ter. Portovaya Osobaya Ekonomicheskaya Zona, Pr-d Industrialnyi Zd. 15, Str. 1, Pomeshch. 4, S.p. Mirnovskoe 433405, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7300003541 (Russia); Registration Number 1227300007263 (Russia) [RUSSIA-EO14024].

EDBI EXCHANGE BROKERAGE (a.k.a. EDBI EXCHANGE COMPANY), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: EXPORT DEVELOPMENT BANK OF IRAN).

EDBI EXCHANGE COMPANY (a.k.a. EDBI EXCHANGE BROKERAGE), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: EXPORT DEVELOPMENT BANK OF IRAN).

EDBI STOCK BROKERAGE, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: EXPORT DEVELOPMENT BANK OF IRAN).

EDDAR INTERNATIONAL COMPANY (a.k.a. SARL SIDAR; a.k.a. SIDAR COMPANY (Arabic: شركة سيدار); a.k.a. SIDAR INTERNATIONAL HOLDING COMPANY WLL), 141 Coup Imobiliere el bina lot N 141, Dely Ibrahim, Algiers, Algeria; Lotissement 108 Lot N50 Commune, El Hachiniia, Algeria; 141 Cooperative Immobilere De Construction Lot N141, Dely Ibrahim, Algeria; 141 Hai El Bina,

Dely Ibrahim, Algeria; Website http://sidar-dz.com/en; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

EDE 2 EOOD, 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2002; V.A.T. Number BG 130855508 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

EDERY CRIVOSEI, Jaime; DOB 27 Aug 1957; POB Bogota, Colombia; Cedula No. 16588834 (Colombia) (individual) [SDNTK] (Linked To: LILIANA ESQUENAZI M. & CIA. S. C. S.; Linked To: BIESTRA S.A.; Linked To: AGROPECUARIA LA PERLA LTDA.; Linked To: KPD S.A.).

EDGAR COMMERCIAL SOLUTIONS FZE (Arabic: ابداغ كوميرشال سوليوشنز م م ح), P2-ELOB Office No. E-08F-26, Hamriyah Free Zone, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; License 18865 (United Arab Emirates); Economic Register Number (CBLS) 11582964 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

EDICIONES CUBANAS, Spain [CUBA].

EDINYFAKTOR OOO (a.k.a. ONEFACTOR LIMITED LIABILITY COMPANY (Cyrillic: ЕДИНЫЙФАКТОР ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); a.k.a. YEDINYIFAKTOR OOO), d. 41 pom. 5.62, per. Oruzheiny, Moscow 127006, Russia; Organization Established Date 29 Jul 2010; Tax ID No. 7729660992 (Russia); Government Gazette Number 66999175 (Russia); Registration Number 1107746601731 (Russia) [RUSSIA-EO14024] (Linked To: MEGAFON PAO).

EDINYI TSENTR METALLOOBRABOTKI (a.k.a. UNIFIED METALWORKING CENTER; a.k.a. "ETSM"), 11V Mikhailova St., Saint Petersburg 195009, Russia; Pr-Kt Engelsa D. 27, Lit. K, Pomeshch. 1-N, Kom. 52, Saint Petersburg 194156, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No.

7802574250 (Russia); Registration Number 1167847190169 (Russia) [RUSSIA-EO14024].

EDITORA TRANSPARENCIA S.A., Jr. Bolognesi 125, Dpto. 301, Lima, Peru; RUC # 20508146885 (Peru) [SDNTK].

EDITORIAL MERCADO ECUESTRE, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Organization Established Date 11 Jan 2005; Organization Type: Publishing of newspapers, journals and periodicals; Folio Mercantil No. 28481 (Mexico) [ILLICIT-DRUGS-EO14059].

EDUCATIONAL DEVELOPMENT ASSOCIATION (f.k.a. AL-SHAHID SOCIAL ASSOCIATION; a.k.a. GOODWILL CHARITABLE ORGANIZATION, INC.), 13106 Warren Ave. Suite #4, Dearborn, MI 48126, United States; PO Box 1794, Dearborn, MI 48126, United States; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

EDYJU, S.A., Panama [CUBA].

EFBET PARTNERS OOD, 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2017; Government Gazette Number 204839749 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

EFENDIEV, Nazim Tofik Ogly, 17-3 Protopopovsky Pereulok, Apt. 66, Moscow 129090, Russia; DOB 16 Sep 1963; POB Baku, Azerbaijan; nationality Russia; Gender Male; Passport 530325856 (Russia) issued 07 Feb 2013 expires 22 Oct 2022; alt. Passport 753519704 (Russia) issued 30 Jul 2016 expires 30 Jul 2026; alt. Passport 764735608 (Russia) issued 02 Jun 2021 expires 02 Jun 2031; National ID No. 4508499921 (Russia) (individual) [RUSSIA-EO14024].

EFFICIENT PROVIDER SERVICES GMBH (a.k.a. MCS ENGINEERING), Karlstrasse 21, Dinslaken, Nordrhein-Westfalen 46535, Germany; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

EFIMOV, Anton Anatolevich (a.k.a. EFIMOV, Anton Anatolyevich), Spain; Estonia; Russia; DOB 31 Aug 1975; alt. DOB 08 Aug 1975; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

EFIMOV, Anton Anatolyevich (a.k.a. EFIMOV, Anton Anatolevich), Spain; Estonia; Russia; DOB 31 Aug 1975; alt. DOB 08 Aug 1975; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

EFTEKHAR BANK (a.k.a. HONOR BANK; a.k.a. HONORBANK; a.k.a. HONORBANK ZAO; a.k.a. ONER BANK; a.k.a. ONERBANK; a.k.a. ONER-BANK; a.k.a. ONERBANK ZAO), Ulitsa Klary Tsetkin 51, Minsk 220004, Belarus; SWIFT/BIC HNRBBY2X; Registration ID 807000227 (Belarus) issued 16 Oct 2009; all offices worldwide [IRAN].

EGEREVA, Tatyana Borisovna (Cyrillic: ЕГЕРЕВА, Татьяна Борисовна) (f.k.a. GORLACH, Tatyana Borisovna (Cyrillic: ГОРЛАЧ, Татьяна Борисовна); a.k.a. KIRYANOVA, Tatiana Borisovna (Cyrillic: КИРЬЯНОВА, Татьяна Борисовна)), Str. Profsoyuznaya 136-1-200, Moscow 117321, Russia; DOB 20 Apr 1966; POB Moscow, Russia; nationality Russia; Gender Female; Passport 714842540 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KIRYANOV, Victor Nikolayevich).

EGETIR OTOMOTIV SANAYI VE TICARET LIMITED SIRKETI, Canakkale Caddesino: 57 Pinarbasi, Izmir 35060, Turkey; Chamber of Commerce Number 1138121 (Turkey); Business Registration Number 126793 (Turkey) [RUSSIA-EO14024].

EGHTESAD NOVIN BANK (a.k.a. BANK EGHTESAD NOVIN; a.k.a. BANK-E EGHTESAD NOVIN; a.k.a. EN BANK PJSC), Vali Asr Street, Above Vanak Circle, across Niayesh, Esfandiari Blvd., No. 24, Tehran, Iran; SWIFT/BIC BEGNIRTH; Website www.enbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

EGOROV, Maksim Borisovich (Cyrillic: ЕГОРОВ, Максим Борисович), Tambov Region, Russia; DOB 23 May 1977; POB Nizhniy Novgorod, Nizhniy Novgorod Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 525801877896 (Russia) (individual) [RUSSIA-EO14024].

EGP (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF

PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL") [SDNTK] [FTO] [SDGT].

EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA (a.k.a. AL-GAMA'AT; a.k.a. GAMA'A AL-ISLAMIYYA; a.k.a. ISLAMIC GAMA'AT; a.k.a. ISLAMIC GROUP; a.k.a. "GI"; a.k.a. "IG") [SDGT].

EGYPTIAN AL-JIHAD (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [FTO] [SDGT].

EGYPTIAN ISLAMIC JIHAD (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [FTO] [SDGT].

EHSAN, Muhammad (a.k.a. AHSAN, Muhammad; a.k.a. IHSAN, Muhammad; a.k.a. "ULLAH, Ehsan"), Sialkot, Pakistan; Islamabad, Pakistan; DOB 1970; alt. DOB 1971; alt. DOB 1972; POB Sialkot, Pakistan; Gender Male (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

EI SI DZHI FAINENS LIMITED PREDSTAVITELSTVO (a.k.a. ACG FINANCE LIMITED; a.k.a. AQUILA CAPITAL GROUP), Elenion Building, Floor No: 2, Themistokli Dervi

5, Nicosia 1066, Cyprus; d. 23 Str. 1 of 2, Naberezhnaya Savvinskaya, Moscow 119435, Russia; Organization Established Date 24 Oct 2005; Tax ID No. 9909197551 (Russia); Registration Number C167057 (Cyprus) [RUSSIA-EO14024].

EIDI ASHJERDI, Hamid (Arabic: حمید عبدی اشجردی) (a.k.a. EYDI ASHJERDI, Hamid), Tehran, Iran; DOB 01 Dec 1963; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V54707341 (Iran) expires 01 Oct 2026; National ID No. 0053643232 (Iran) (individual) [NPWMD] [IFSR] (Linked To: BONYAN DANESH SHARGH PRIVATE COMPANY).

EIGHTH OCEAN GMBH & CO. KG (a.k.a. EIGHTH OCEAN GMBH AND CO. KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 102533 [IRAN].

EIGHTH OCEAN GMBH AND CO. KG (a.k.a. EIGHTH OCEAN GMBH & CO. KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 102533 [IRAN].

EISMANT, Natallia (a.k.a. EISMANT, Natallia Mikalaeuna (Cyrillic: ЭЙСМАНТ, Наталля Мікалаеўна); a.k.a. EISMONT, Natalia Nikolayevna (Cyrillic: ЭЙСМОНТ, Наталья Николаевна); a.k.a. EISMONT, Natalya), Minsk, Belarus; DOB 16 Feb 1984; POB Minsk, Belarus; nationality Belarus; Gender Female; National ID No. 4160284A004PB3 (Belarus) (individual) [BELARUS].

EISMANT, Natallia Mikalaeuna (Cyrillic: ЭЙСМАНТ, Наталля Мікалаеўна) (a.k.a. EISMANT, Natallia; a.k.a. EISMONT, Natalia Nikolayevna (Cyrillic: ЭЙСМОНТ, Наталья Николаевна); a.k.a. EISMONT, Natalya), Minsk, Belarus; DOB 16 Feb 1984; POB Minsk, Belarus; nationality Belarus; Gender Female; National ID No. 4160284A004PB3 (Belarus) (individual) [BELARUS].

EISMONT, Natalia Nikolayevna (Cyrillic: ЭЙСМОНТ, Наталья Николаевна) (a.k.a. EISMANT, Natallia; a.k.a. EISMANT, Natallia Mikalaeuna (Cyrillic: ЭЙСМАНТ, Наталля Мікалаеўна)); a.k.a. EISMONT, Natalya), Minsk, Belarus; DOB 16 Feb 1984; POB Minsk, Belarus; nationality Belarus; Gender Female; National ID No. 4160284A004PB3 (Belarus) (individual) [BELARUS].

EISMONT, Natalya (a.k.a. EISMANT, Natallia; a.k.a. EISMANT, Natallia Mikalaeuna (Cyrillic: ЭЙСМАНТ, Наталля Мікалаеўна); a.k.a. EISMONT, Natalia Nikolayevna (Cyrillic: ЭЙСМОНТ, Наталья Николаевна)), Minsk, Belarus; DOB 16 Feb 1984; POB Minsk, Belarus; nationality Belarus; Gender Female; National ID No. 4160284A004PB3 (Belarus) (individual) [BELARUS].

EJERCITO DE LIBERACION NACIONAL (a.k.a. ELN; a.k.a. NATIONAL LIBERATION ARMY) [FTO] [SDGT].

EJERCITO GUERRILLERO POPULAR (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO POPULAR DE LIBERACION; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL") [SDNTK] [FTO] [SDGT].

EJERCITO POPULAR DE LIBERACION (a.k.a. COMMUNIST PARTY OF PERU; a.k.a. COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI; a.k.a. EGP; a.k.a. EJERCITO GUERRILLERO POPULAR; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PEOPLE'S AID OF PERU; a.k.a. PEOPLE'S GUERRILLA ARMY; a.k.a. PEOPLE'S LIBERATION ARMY; a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU; a.k.a. SPP; a.k.a. "EPL"; a.k.a. "PCP"; a.k.a. "SL") [SDNTK] [FTO] [SDGT].

EJERCITO REVOLUCIONARIO POPULAR ANTITERRORISTA DE COLOMBIA (a.k.a. ERPAC; a.k.a. PEOPLE'S REVOLUTIONARY ANTI-TERRORIST ARMY OF COLOMBIA), Colombia [SDNTK].

EJYLBEGAJ, Skender (a.k.a. RAKIPI, Aqif), Elbasan, Albania; DOB 01 Apr 1964; POB Durres, Albania; nationality Albania; citizen Albania; Gender Male (individual) [BALKANS-EO14033].

EKATOM, Alfred (a.k.a. SARAGBA, Alfred; a.k.a. YEKATOM SARAGBA, Alfred; a.k.a. YEKATOM, Alfred; a.k.a. "Rambo"; a.k.a. "Rambot"; a.k.a. "Rombhot"; a.k.a. "Romboh"; a.k.a. "Rombot"), Mbaiki, Lobaye Prefecture, Central African Republic; Bimbo, Ombella-Mpoko Prefecture, Central African Republic; DOB 23 Jun 1976; POB Central African Republic; nationality Central African Republic (individual) [CAR].

EKB NEVA LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭКБ НЕВА), Ulitsa Kronshtadtskaya, Dom 8 Litera A, Ofis 6, Saint Petersburg 198096, Russia; Organization Established Date 05 Nov 2013; Tax ID No. 7805634958 (Russia); Registration Number 1137847425165 (Russia) [RUSSIA-EO14024].

EKIN (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EPANASTATIKI PIRINES; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. XAKI; a.k.a. "ETA"; a.k.a. "K.A.S.") [SDGT].

EKO DEVELOPMENT & INVESTMENT FOOD COMPANY (a.k.a. EKO DEVELOPMENT AND INVESTMENT COMPANY; a.k.a. EKO IMPORT AND EXPORT COMPANY), 35 St. Abd al-Aziz al-Sud, al-Manial, Cairo, Egypt; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

EKO DEVELOPMENT AND INVESTMENT COMPANY (a.k.a. EKO DEVELOPMENT & INVESTMENT FOOD COMPANY; a.k.a. EKO IMPORT AND EXPORT COMPANY), 35 St. Abd al-Aziz al-Sud, al-Manial, Cairo, Egypt; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

EKO IMPORT AND EXPORT COMPANY (a.k.a. EKO DEVELOPMENT & INVESTMENT FOOD COMPANY; a.k.a. EKO DEVELOPMENT AND INVESTMENT COMPANY), 35 St. Abd al-Aziz al-Sud, al-Manial, Cairo, Egypt; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

EKO SHIPPING LIMITED LIABILITY COMPANY (a.k.a. ECO SHIPPING LLC RUS; a.k.a. LLC ECO SHIPPING), Office 207, ul Karla Marksa 15, Arkhangelsk 162000, Russia; d. 8 str. 1, Prichalnaya Isakogorki, Arkhangelsk 163035, Russia; Tax ID No. 2901223574 (Russia); Registration Number 1122901001475 (Russia) [RUSSIA-EO14024].

EKOFERMA ZARECHE OOO (a.k.a. EKOFERMA ZARECHYE), Administrativnoe Zdanie, d. Spas-Teshilovo, Serpukhov 142260, Russia; Organization Established Date 15 Mar 2012; Organization Type: Support activities for animal production; Tax ID No. 5077026547 (Russia); Registration Number 1125043000928 (Russia) [RUSSIA-EO14024] (Linked To: IMENIE TSARGRAD OOO).

EKOFERMA ZARECHYE (a.k.a. EKOFERMA ZARECHE OOO), Administrativnoe Zdanie, d. Spas-Teshilovo, Serpukhov 142260, Russia; Organization Established Date 15 Mar 2012; Organization Type: Support activities for animal production; Tax ID No. 5077026547 (Russia); Registration Number 1125043000928 (Russia) [RUSSIA-EO14024] (Linked To: IMENIE TSARGRAD OOO).

EKONOMIKA SEGODNYA (a.k.a. ECONOMY TODAY LLC), d. 19 Litera A. Pom. 423, Ul. Zhukova, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: LIMITED LIABILITY COMPANY CONCORD MANAGEMENT AND CONSULTING).

EKOS1 JOINT STOCK COMPANY (a.k.a. AO EKOS1), Ul. Elektrozavodskaya D. 24, Str 3, Moscow 107023, Russia; A/YA Post Box 42, Moscow 107076, Russia; Tax ID No. 7729328949 (Russia); Registration Number 1027739085252 (Russia) [RUSSIA-EO14024].

EKOTEKHPLAST (a.k.a. ECOTECHPLAST LLC), Ter. Portovaya Osobaya Ekonomicheskaya Zona, Pr-d Industrialnyi Zd. 15, Str. 1, Pomeshch. 4, S.p. Mirnovskoe

433405, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7300003541 (Russia); Registration Number 1227300007263 (Russia) [RUSSIA-EO14024].

EKSAR OAO (a.k.a. EXIAR; a.k.a. EXIAR JSC; a.k.a. EXIAR OJSC; a.k.a. ROSSISKOE AGENTSTVO PO STRAKHOVANIYU EKSPORTNYKH KREDITOV I INVESTITSI OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. RUSSIAN AGENCY FOR EXPORT CREDIT AND INVESTMENT INSURANCE JSC; a.k.a. RUSSIAN AGENCY FOR EXPORT CREDIT AND INVESTMENT INSURANCE OJSC), nab. Krasnopresnenskaya d. 12, Moscow 123610, Russia; Website exiar.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 13 Oct 2011; Target Type Government Entity; Tax ID No. 7704792651 (Russia); Registration Number 1117746811566 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

EKSPLUATIRUYUSHCHAYA KOMPANIYA TSENTR OOO, PR-KT A.A.Kadyrova D. 40, LIT. A, Pomeshch. 9, Groznyy 364024, Russia; Organization Established Date 11 Aug 2020; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 2014022294 (Russia); Registration Number 1202000004403 (Russia) [RUSSIA-EO14024] (Linked To: KONTRAKT OOO).

EKT (KATRANGI BROS) (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI

ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

EKT ELECTRONICS (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt;

Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

EKT KATRANGI BROTHERS (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

EKT SMART TECHNOLOGY, 38 Dongtang Jinguang South Road, Xiashan Street, Chaonan District, Guangdong to Shantou, China; Chase Business Centre, 39-41 Chase Side, London N14 5BP, United Kingdom; Company Number 08884792 (United Kingdom) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

EL ABBOUBI, Anas (a.k.a. ABDU SHAKUR, Anas; a.k.a. AL-ABBOUBI, Anas; a.k.a. EL-ABBOUBI, Anas; a.k.a. SHAKUR, Anas; a.k.a. "Abu Rawaha the Italian"; a.k.a. "Abu the

Italian"; a.k.a. "AL-ITALY, Anas"; a.k.a. "Mc Khalifh"; a.k.a. "Mc Khaliph"; a.k.a. "McKhalif"; a.k.a. "Rawaha al Itali"), Aleppo, Syria; DOB 01 Oct 1992 to 31 Oct 1992; POB Marrakech, Morocco (individual) [SDGT].

EL AGHA, Abou Oubida Khairy Hafiz (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafez; a.k.a. Abuobaida Khairy Hafez; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

EL AISSAMI MADDAH, Tareck Zaidan (a.k.a. EL AISSAMI, Tareck; a.k.a. EL AISSAMI, Tarek; a.k.a. EL AISSAMI, Tarek), Venezuela; DOB 12 Nov 1974; POB El Vigia, Merida, Venezuela; citizen Venezuela; Gender Male; Passport C1668015 (Venezuela); Identification Number 12.354.211 (Venezuela); Executive Vice President; Former Governor of Aragua State (individual) [SDNTK].

EL AISSAMI, Tareck (a.k.a. EL AISSAMI MADDAH, Tareck Zaidan; a.k.a. EL AISSAMI, Tarek), Venezuela; DOB 12 Nov 1974; POB El Vigia, Merida, Venezuela; citizen Venezuela; Gender Male; Passport C1668015 (Venezuela); Identification Number 12.354.211 (Venezuela);

Executive Vice President; Former Governor of Aragua State (individual) [SDNTK].

EL AISSAMI, Tarek (a.k.a. EL AISSAMI MADDAH, Tareck Zaidan; a.k.a. EL AISSAMI, Tareck), Venezuela; DOB 12 Nov 1974; POB El Vigia, Merida, Venezuela; citizen Venezuela; Gender Male; Passport C1668015 (Venezuela); Identification Number 12.354.211 (Venezuela); Executive Vice President; Former Governor of Aragua State (individual) [SDNTK].

EL ALBANI, Ebu Abdullah (a.k.a. MUHAXHERI, Lavdrim; a.k.a. "AL KOSOVA, Abu Abdullah"; a.k.a. "AL-KOSOVI, Abu Abdallah"; a.k.a. "AL-KOSOVO, Abu Abdallah"); DOB 1987; nationality Kosovo (individual) [SDGT].

EL AMAR, Abderrahmane Ould (a.k.a. AMEUR, Abderrahmane Ould; a.k.a. EL TILEMSI, Ahmed; a.k.a. TELEMSI, Ahmed; a.k.a. TILEMSI, Ahmed; a.k.a. TOUDJI, Abderrahmane), Gao, Mali; DOB 1977; POB Mali; nationality Mali (individual) [SDGT].

EL AMINE, Muhammed (a.k.a. AL AMEEN, Mohamed Abdullah; a.k.a. AL AMIN, Mohammad; a.k.a. AL AMIN, Muhammad Abdallah; a.k.a. AL AMIN, Muhammed; a.k.a. AL-AMIN, Mohamad; a.k.a. ALAMINE, Mohamed; a.k.a. AL-AMIN, Muhammad 'Abdallah; a.k.a. AMINE, Mohamed Abdalla), Yusif Mishkhas T: 3 Ibn Sina, Bayrut Marjayoun, Lebanon; Beirut, Lebanon; DOB 11 Jan 1975; POB El Mezraah, Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

EL ARAB, Jihad (a.k.a. AL-ARAB, Jihad (Arabic: جهاد العرب); a.k.a. EL ARAB, Jihad Ahmad), France Street Pavilion Building, Villa Jihad el Arab, Downtown Mina el Hosn, Beirut, Lebanon; DOB 06 Jan 1963; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Passport LR0073000 (Lebanon) expires 25 Jul 2022 (individual) [LEBANON].

EL ARAB, Jihad Ahmad (a.k.a. AL-ARAB, Jihad (Arabic: جهاد العرب); a.k.a. EL ARAB, Jihad), France Street Pavilion Building, Villa Jihad el Arab, Downtown Mina el Hosn, Beirut, Lebanon; DOB 06 Jan 1963; POB Beirut, Lebanon; nationality Lebanon; Gender Male; Passport LR0073000 (Lebanon) expires 25 Jul 2022 (individual) [LEBANON].

EL AYASHI, Radi Abd El Samie Abou El Yazid (a.k.a. "MERA'I"), Via Cilea 40, Milan, Italy; DOB 02 Jan 1972; POB El Gharbia, Egypt;

nationality Egypt; arrested 31 Mar 2003 (individual) [SDGT].

EL BALLOUTI, Othman (Arabic: عثمان البلوطي), Apt 203, South Ridge 3, 57PH+P63, Downtown Dubai, Dubai, United Arab Emirates; DOB 12 Aug 1987; POB Antwerp, Belgium; nationality Belgium; Gender Male; Passport EP306445 (Belgium) (individual) [ILLICIT-DRUGS-EO14059].

EL BALLOUTI, Younes (Arabic: يونس البلوطي) (a.k.a. "EL MAGICO"), Dubai, United Arab Emirates; DOB 04 Jan 1995; POB Antwerp, Belgium; nationality Belgium; Gender Male; National ID No. 95.01.04-133.03 (Belgium) (individual) [ILLICIT-DRUGS-EO14059].

EL BOUHALI, Ahmed (a.k.a. "ABU KATADA"), vicolo S. Rocco, n. 10 - Casalbuttano, Cremona, Italy; DOB 31 May 1963; POB Sidi Kacem, Morocco; nationality Morocco; Italian Fiscal Code LBHHMD63E31Z330M (individual) [SDGT].

EL GRUPO CUBANACAN (a.k.a. CUBANACAN; a.k.a. CUBANACAN GROUP), Calle 68 e/5ta A, Apartado 16046, Ciudad de La Habana, Cuba [CUBA].

EL HABHAB, Redouane (a.k.a. "ABDELRAHMAN"), Iltisstrasse 58, Kiel 24143, Germany; DOB 20 Dec 1969; POB Casablanca, Morocco; nationality Germany; Passport 1005552350 (Germany) issued 27 Mar 2001 expires 26 Mar 2011; National ID No. 1007850441 (Germany) issued 27 Mar 2001 expires 26 Mar 2011; currently incarcerated in Lubeck, Germany (individual) [SDGT].

EL HADI, Mustapha Nasri Ben Abdul Kader Ait; DOB 05 Mar 1962; POB Tunis, Tunisia; nationality Algeria; alt. nationality Germany (individual) [SDGT].

EL HAKIM, Boubaker (a.k.a. Abu-Muqatil al-Tunisi; a.k.a. AL-HAKIM, Boubakeur; a.k.a. ALI HAKIM, Boubaker Ben Habib Ben; a.k.a. EL-HAKIM, Boubakeur; a.k.a. "Abou al Mouqatel"; a.k.a. "Abou Mouqatel"), Syria; DOB 01 Aug 1983; POB Paris, France; citizen Tunisia; alt. citizen France; Passport W752198; Identification Number 09036271 (individual) [SDGT].

EL HALABI, Abdallah (a.k.a. ABU-AL-KHAYR, Muhammad Abdallah Hasan; a.k.a. ABU-AL-KHAYR, Muhammad Bin-'Abdullah Bin-Hamd; a.k.a. ABUL-KHAIR, Mohammed Abdullah Hassan; a.k.a. AL-HALABI, Abdallah; a.k.a. AL-HALABI, Abdullah; a.k.a. AL-HALABI, Abu 'Abdallah; a.k.a. AL-JADDAWI, Muhnnad; a.k.a. AL-MADANI, 'Abdallah al-Halabi; a.k.a.

AL-MADANI, Abu Abdallah; a.k.a. AL-MAKKI, Abdallah); DOB 19 Jun 1975; alt. DOB 18 Jun 1975; POB Al-Madinah al-Munawwarah, (Medina) Saudi Arabia; Passport A741097 (Saudi Arabia) issued 14 Nov 1995 expires 19 Sep 2000; National ID No. 1006010555 (Saudi Arabia) (individual) [SDGT].

EL HAMMAM, Yahia Abou (a.k.a. AKACHA, Jamel; a.k.a. DJAMEL, Akkacha; a.k.a. HAMMAM, Yahya Abu); DOB 1979; nationality Algeria (individual) [SDGT].

EL HARAZI, Tarek Ben El Felah El Aouni (a.k.a. Al-HARZI, Tariq Bin Tahir Bin Al-Falih Al-Auni; a.k.a. Al-HARZI, Tariq Tahir Falih Al-Awni; a.k.a. AL-HARAZI, Tarik Bin al-Falah al-Awni; a.k.a. AL-HARZI, Tariq Bin-al-Tahar Bin Al Falih Al-'Awni; a.k.a. AL-HARZI, Tariq Tahir Faleh Al-Awni; a.k.a. AL-TUNISI, Abu 'Umar; a.k.a. AL-TUNISI, Tariq; a.k.a. AL-TUNISI, Tariq Abu 'Umar; a.k.a. AL-TUNISI, Tariq Abu Umar; a.k.a. HARZI, Tariq Tahir Falih 'Awni; a.k.a. "HOUDOUD, Abu Omar"); DOB 03 May 1982; alt. DOB 05 Mar 1982; alt. DOB 1981; POB Tunis, Tunisia; Passport Z-050399 (individual) [SDGT].

EL HASSAN, Gaffar Mohamed (a.k.a. EL HASSAN, Gaffar Mohmed); DOB 24 Jun 1952; POB Khartoum, Sudan; Major General for the Sudan Armed Forces (individual) [DARFUR].

EL HASSAN, Gaffar Mohmed (a.k.a. EL HASSAN, Gaffar Mohamed); DOB 24 Jun 1952; POB Khartoum, Sudan; Major General for the Sudan Armed Forces (individual) [DARFUR].

EL HEIT, Ali (a.k.a. KAMEL, Mohamed; a.k.a. "ALI DI ROMA"), Via D. Fringuello, 20, Rome, Italy; Milan, Italy; DOB 20 Mar 1970; alt. DOB 30 Jan 1971; POB Rouba, Algeria (individual) [SDGT].

EL ITTIHAD EL MARKAZI (a.k.a. ABU TIRA; a.k.a. CENTRAL POLICE RESERVE; a.k.a. CENTRAL RESERVE FORCES; a.k.a. CENTRAL RESERVE POLICE), Sudan; Organization Type: Public order and safety activities [GLOMAG].

EL KADDU, Waad (a.k.a. QADO, Waad; a.k.a. "Abu Jaffar al-Shabaki"), Iraq; DOB 12 Dec 1971; alt. DOB 01 Jan 1971; POB Mosul, Iraq; nationality Iraq; Gender Male (individual) [GLOMAG].

EL KATRANGI, Houssam Hachem (a.k.a. EL KATRANJI, Houssam Hachem; a.k.a. KATRANGI, Houssam; a.k.a. KATRANGI, Houssam Hachem; a.k.a. KATRANGI, Hussam; a.k.a. KATRANJI, Houssam Hachem; a.k.a. KATRANKI, Houssam Hashem; a.k.a.

QATRANJI, Hussam), Khansa Jnah, Beirut, Lebanon; DOB 27 Nov 1973; POB Ramlet El Baida, Lebanon; nationality Lebanon; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

EL KATRANGI, Maher Hachem (a.k.a. EL KATRANJI, Maher Hachem; a.k.a. KATRANGI, Maher; a.k.a. KATRANGI, Maher Hachem; a.k.a. KATRANGI, Maher Mohamad; a.k.a. KATRANJI, Maher Hachem; a.k.a. KATRANJI, Maher Hashem), Khansa Jnah, Beirut, Lebanon; DOB 06 Jul 1967; POB Hama, Syria; nationality Syria; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

EL KATRANJI, Houssam Hachem (a.k.a. EL KATRANGI, Houssam Hachem; a.k.a. KATRANGI, Houssam; a.k.a. KATRANGI, Houssam Hachem; a.k.a. KATRANGI, Hussam; a.k.a. KATRANJI, Houssam Hachem; a.k.a. KATRANKI, Houssam Hashem; a.k.a. QATRANJI, Hussam), Khansa Jnah, Beirut, Lebanon; DOB 27 Nov 1973; POB Ramlet El Baida, Lebanon; nationality Lebanon; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

EL KATRANJI, Maher Hachem (a.k.a. EL KATRANGI, Maher Hachem; a.k.a. KATRANGI, Maher; a.k.a. KATRANGI, Maher Hachem; a.k.a. KATRANGI, Maher Mohamad; a.k.a. KATRANJI, Maher Hachem; a.k.a. KATRANJI, Maher Hashem), Khansa Jnah, Beirut, Lebanon; DOB 06 Jul 1967; POB Hama, Syria; nationality Syria; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

EL KHABIR, Abu Hafs el Masry (a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU SITTA, Subhi; a.k.a. AL-MASRI, Abu Hafs; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. "ABU HAFS"; a.k.a. "TAYSIR"); DOB 1951; alt. DOB 1956; alt. DOB 1944; POB Alexandria, Egypt (individual) [SDGT].

EL KHAIRY, Hamad (a.k.a. KHAIRY, Abderrahmane Ould Mohamed Lemine Ould Mohamed; a.k.a. KHEIROU, Amada Ould; a.k.a. KHEIROU, Hamada Ould Mohamed; a.k.a. "QUMQUM, Abou"); DOB 1970; POB Nouakchott, Mauritania; nationality Mauritania; alt. nationality Mali; Passport A1447120 (Mali)

expires 19 Oct 2011; Identification Number 47911 (Mali) issued 17 Oct 2006 (individual) [SDGT].

EL KHALIL, Hassan Kazem (a.k.a. KHALIL, Hassan), Lebanon; DOB 09 May 1979; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 3030829 (Lebanon) expires 20 Jan 2020 (individual) [SDGT] (Linked To: HIZBALLAH).

EL KHANSA, Ahmad, c/o GLOBAL TECHNOLOGY IMPORT & EXPORT, S.A. (GTI); DOB 04 Oct 1967; POB Ghobeiry, Lebanon; Passport RL 0884631 (Lebanon) (individual) [SDNTK].

EL KHANSA, Mohamad Zouheir (a.k.a. TORRES ZAMBRANO, Manuel); DOB 09 Jan 1971; alt. DOB 09 Jan 1970; POB Barranquilla, Colombia; alt. POB Ghobeiri, Lebanon; Cedula No. 84077765 (Colombia); alt. Cedula No. E311790 (Colombia); Passport RL 0736643 (Lebanon) (individual) [SDNTK] (Linked To: GLOBANTY S.A.S.; Linked To: ALMACEN ELECTRO SONY STAR; Linked To: GLOBAL TECHNOLOGY IMPORT & EXPORT, S.A. (GTI); Linked To: MICRO EMPRESA ASHQUI).

EL KHARMOUSH, Muwaffaq Mustafa Mohammad (a.k.a. AL KASAB, Muwafaq Mustafa Muhammad Ali; a.k.a. AL-KARMOUSH, Muafaq Mustafa Mohammed; a.k.a. AL-KARMUSH, Muwafaq Mustafa; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad 'Ali; a.k.a. AL-KARMUSH, Muwaffaq Mustafa; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad 'Ali Mahmud; a.k.a. KARMOOSH, Muwafaq Mustafa Mohammed Ali; a.k.a. KARMUSH, Muwaffaq; a.k.a. MUHAMMAD, Muwaffaq Mustafa; a.k.a. "Abu Salah"; a.k.a. "AL-'AFRI, Abu Salah"); DOB 01 Feb 1973; citizen Iraq; Gender Male; Passport A5476394 (Iraq) (individual) [SDGT].

EL KHATIB, Ahmad (a.k.a. AL KHATIB, Ahmad; a.k.a. AL-KHATIB, Ahmad; a.k.a. HISHMAH, Ahmad), Sao Paulo, Brazil; DOB 03 Jul 1969; alt. DOB 03 Jul 1967; POB Majdal Anjar, Lebanon; nationality Egypt; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0554365 (Lebanon) issued 20 Mar 2011 expires 29 Mar 2016; Tax ID No. 234.904.268-51 (Brazil) (individual) [SDGT].

EL MABRUK, Muftah (a.k.a. AL MABROOK, Muftah; a.k.a. AL-FATHALI, Al-Mabruk; a.k.a. AL-FATHALI, Al-Mabruk Muftah Muhammad; a.k.a. EL MOBRUK, Muftah; a.k.a. ELMADRAMBRUK, Maftah Mohamed; a.k.a. ELMABRUK, Mustah; a.k.a. MAFTAH, Elmobruk; a.k.a. "AL HAK, Al Haj Abd"; a.k.a. "AL HAQQ, Al Hajj Abd"; a.k.a. "AL-HAQ, Haj 'Abd"; a.k.a. "AL-HAQQ, Al-Hajj 'Abd"), undetermined; DOB 01 May 1950; POB Libya; nationality Libya (individual) [SDGT].

EL MOBRUK, Maftah (a.k.a. AL MABROOK, Muftah; a.k.a. AL-FATHALI, Al-Mabruk; a.k.a. AL-FATHALI, Al-Mabruk Muftah Muhammad; a.k.a. EL MABRUK, Muftah; a.k.a. ELMABRUK, Maftah Mohamed; a.k.a. ELMABRUK, Mustah; a.k.a. MAFTAH, Elmobruk; a.k.a. "AL HAK, Al Haj Abd"; a.k.a. "AL HAQQ, Al Hajj Abd"; a.k.a. "AL-HAQ, Haj 'Abd"; a.k.a. "AL-HAQQ, Al-Hajj 'Abd"), undetermined; DOB 01 May 1950; POB Libya; nationality Libya (individual) [SDGT].

EL MOTASSADEQ, Mounir, Goschenstasse 13, Hamburg 21073, Germany; DOB 03 Apr 1974; POB Marrakesh, Morocco; nationality Morocco (individual) [SDGT].

EL PALOMAR CAR WASH, S.A. DE C.V., Plaza El Palomar, Zona M Unico El P. Panor, Col. El Palomar, Tlajomulco, Jalisco 45645, Mexico; Paseo De Las Lomas 6272, Col. Lomas De Colli, Zapopan, Jalsico 45037, Mexico; R.F.C. PCW010604T1 (Mexico); Folio Mercantil No. 10374 (Mexico) [SDNTK].

EL RAHMAH CHARITY FOUNDATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AL-RAHMAN WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

EL RAHMAH FOUNDATION (a.k.a. AL-RAHMA CHARITY FOUNDATION; a.k.a. AL-RAHMA FOUNDATION; a.k.a. AL-RAHMAH CHARITABLE ASSOCIATION; a.k.a. AL-RAHMAH CHARITY FOUNDATION; a.k.a. AL-RAHMAH CHARITY ORGANIZATION; a.k.a. AL-RAHMAH FOUNDATION; a.k.a. AL-RAHMAH ORGANIZATION; a.k.a. AL-RAHMAH WELFARE ORGANIZATION; a.k.a. AR RAHMAH CHARITY FOUNDATION; a.k.a. AR RAHMAH FOUNDATION; a.k.a. EL RAHMAH CHARITY FOUNDATION; a.k.a. MUASSASSAT AL-RAHMAH; a.k.a. MUASSASSAT AL-RAHMAH AL-KHAYRIYYAH; a.k.a. RAHMA CHARITABLE ORGANIZATION; a.k.a. RAHMA WELFARE ASSOCIATION; a.k.a. RAHMA WELFARE FOUNDATION; a.k.a. RAHMAH CHARITABLE ORGANIZATION), Ash Shihr City, Hadramawt Governorate, Yemen [SDGT] (Linked To: SADIQ AL-AHDAL, Abdallah Faysal).

EL RIZ, Daoud (a.k.a. DAOUD, El Riz; a.k.a. EL RIZ, Douad), Paris, France; DOB 04 Oct 1983; nationality France; alt. nationality Congo, Democratic Republic of the; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A02118824 (Senegal) expires 21 Sep 2025; alt. Passport 05DK11992 (France) expires 08 Jun 2015; alt. Passport 15FV05021 (France) expires 14 Apr 2025; alt. Passport A01498634 (Senegal) expires 22 Apr 2020 (individual) [SDGT] (Linked To: AHMAD, Hind Nazem).

EL RIZ, Douad (a.k.a. DAOUD, El Riz; a.k.a. EL RIZ, Daoud), Paris, France; DOB 04 Oct 1983; nationality France; alt. nationality Congo, Democratic Republic of the; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A02118824 (Senegal) expires 21 Sep 2025; alt. Passport 05DK11992 (France) expires 08 Jun 2015; alt. Passport 15FV05021 (France) expires 14 Apr 2025; alt. Passport A01498634 (Senegal) expires 22 Apr 2020 (individual) [SDGT] (Linked To: AHMAD, Hind Nazem).

EL SAFIR OTO (a.k.a. AL-SAFIR COMPANY; a.k.a. AL-SAFIR OTO (Arabic: السفير للسيارات); a.k.a. EL SAFIR OTOMOTIV; a.k.a. ELSAFIROTO; a.k.a. SAFIR CAR TRADING COMPANY IN TURKEY), 4222 Sokak, N Block, Number 49, Istanbul, Istanbul Province 34218, Turkey; Oto Center Galericiler Sitesi, 100. Yil, 3. Yol Sokak., Bagcilar, Istanbul 34204, Turkey; Gaziantep, Turkey; Kilis, Turkey; Urfa, Turkey; Organization Type: Sale of motor vehicles [SYRIA-EO13894] (Linked To: AL-JASIM, Mohammad Hussein).

EL SAFIR OTOMOTIV (a.k.a. AL-SAFIR COMPANY; a.k.a. AL-SAFIR OTO (Arabic: السفير للسيارات); a.k.a. EL SAFIR OTO; a.k.a. ELSAFIROTO; a.k.a. SAFIR CAR TRADING COMPANY IN TURKEY), 4222 Sokak, N Block, Number 49, Istanbul, Istanbul Province 34218, Turkey; Oto Center Galericiler Sitesi, 100. Yil, 3. Yol Sokak., Bagcilar, Istanbul 34204, Turkey; Gaziantep, Turkey; Kilis, Turkey; Urfa, Turkey; Organization Type: Sale of motor vehicles [SYRIA-EO13894] (Linked To: AL-JASIM, Mohammad Hussein).

EL SAYED, Jamil (a.k.a. AL-SAYED, Jamil Muhammad Amin Amin (Arabic: جميل محمد أمين السيد); a.k.a. EL SAYED, Jamil Mohamad Amin; a.k.a. SAYYED, Jamil), Sea Road Summerland, Jnah, Beirut, Lebanon; Nabi Aylah, Zahleh, Bekaa, Lebanon; DOB 15 Jul 1950; POB Nabi Ayla, Beqaa, Lebanon; nationality Lebanon; Gender Male; Passport RL3234354 (Lebanon) expires 07 Jun 2020 (individual) [LEBANON].

EL SAYED, Jamil Mohamad Amin (a.k.a. AL-SAYED, Jamil Muhammad Amin Amin (Arabic: جميل محمد أمين السيد); a.k.a. EL SAYED, Jamil; a.k.a. SAYYED, Jamil), Sea Road Summerland, Jnah, Beirut, Lebanon; Nabi Aylah, Zahleh, Bekaa, Lebanon; DOB 15 Jul 1950; POB Nabi Ayla, Beqaa, Lebanon; nationality Lebanon; Gender Male; Passport RL3234354 (Lebanon) expires 07 Jun 2020 (individual) [LEBANON].

EL TILEMSI, Ahmed (a.k.a. AMEUR, Abderrahmane Ouid; a.k.a. EL AMAR, Abderrahmane Ouid; a.k.a. TELEMSI, Ahmed; a.k.a. TILEMSI, Ahmed; a.k.a. TOUDJI, Abderrahmane), Gao, Mali; DOB 1977; POB Mali; nationality Mali (individual) [SDGT].

EL VIEJO LUIS (a.k.a. CASA EL VIEJO LUIS; a.k.a. CASA EL VIEJO LUIS DISTRIBUIDORA, S.A. DE C.V.; a.k.a. CASA VIEJO LUIS; a.k.a. TEQUILA EL VIEJO LUIS), El Paraiso No. 6848, Col. Ciudad Granja, Zapopan, Jalisco 45010, Mexico; Blvd. Luis Donaldo Colosio s/n Bonfil, Cancun, Quintana Roo, Mexico; RFC CVL090120UT2 (Mexico); Folio Mercantil No. 46920 (Mexico) [SDNTK].

EL VIEJO LUIS (a.k.a. GRUPO COMERCIAL ROOL, S.A. DE C.V.; a.k.a. TEQUILA VALENTON), Alberta No. 2288 4B, Col. Jardines de Providencia, Guadalajara, Jalisco 44630, Mexico; Acueducto No. 2380, Col.

Colinas de San Javier, Guadalajara, Jalisco 44660, Mexico; Lazaro Cardenas No. 3430, Desp. 403 and 404, Piso 4, Zapopan, Jalisco 45040, Mexico; Av. Mexico No. 2798, Col. Terranova, Guadalajara, Jalisco 44689, Mexico; RFC GCR990628KR9 (Mexico); Folio Mercantil No. 38347 [SDNTK].

EL ZEIN, Mazen Hassan (a.k.a. AL-ZEIN, Mazen Hassan (Arabic: مازن حسان الزين); a.k.a. "AL-ZAYN, Mazin"; a.k.a. "EL ZEIN, Mazen"), Burj Daman Tower, Apartment 3406, Dubai International Financial Center, Dubai 99573, United Arab Emirates; Al Mustaqbal Street, Iris Bay Building, Apt. No. 2304, Business Bay, Dubai, United Arab Emirates; 51 Route des Vallees, Bis 3, Annemasse 74100, France; 46 Rue des Fontaines, Anthy Sur Leman 74200, France; DOB 21 Jun 1974; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 784197494718279 (Lebanon); Identification Number 178295160001 (United Kingdom) (individual) [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

EL ZEIN, Mohamed (a.k.a. AL-ZAYN, Muhammad; a.k.a. AL-ZAYN, Muhammad 'Ali), Beirut, Lebanon; Tehran, Iran; DOB 17 Feb 1987; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 3090014 (Lebanon) expires 09 Mar 2020 (individual) [SDGT] (Linked To: HIZBALLAH; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

EL-ABBOUBI, Anas (a.k.a. ABDU SHAKUR, Anas; a.k.a. AL-ABBOUBI, Anas; a.k.a. EL ABBOUBI, Anas; a.k.a. SHAKUR, Anas; a.k.a. "Abu Rawaha the Italian"; a.k.a. "Abu the Italian"; a.k.a. "AL-ITALY, Anas"; a.k.a. "Mc Khalifh"; a.k.a. "Mc Khaliph"; a.k.a. "McKhalif"; a.k.a. "Rawaha al Itali"), Aleppo, Syria; DOB 01 Oct 1992 to 31 Oct 1992; POB Marrakech, Morocco (individual) [SDGT].

EL-AHOUAL BATTALION (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. GROUP OF SUPPORTERS

OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT].

EL-AICH, Dhou (a.k.a. "ABDEL HAK"); DOB 05 Aug 1964; POB Debila, Algeria (individual) [SDGT].

ELAR, Shosse Leningradskoe, D. 15, Moscow 125171, Russia; Ul. 1-Ya Sovetskaya D. 36V chast/etazh 2/2 kom. 2,3,4,5, Rabochi pos., Shakhovskaya 143700, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7743028263 (Russia); Registration Number 1037700057780 (Russia) [RUSSIA-EO14024].

EL-BARNAOUI, Khaled (a.k.a. AL-BARNAWI, Khaled; a.k.a. AL-BARNAWI, Khalid; a.k.a. BARNAWI, Khalid; a.k.a. HAFSAT, Abu; a.k.a. USMAN, Mohammed), Nigeria; DOB 1976; POB Maiduguri, Nigeria (individual) [SDGT].

ELBISHY, Moustafa Ali (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. AL-NUBI, Abu; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. "ANIS, Abu"; a.k.a. "HUSSEIN"; a.k.a. "KHALID"; a.k.a. "YUSSRR, Abu"); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

ELCORO AYASTUY, Paulo; DOB 22 Oct 1973; POB Vergara, Guipuzcoa Province, Spain; D.N.I. 15.394.062 (Spain); Member ETA (individual) [SDGT].

ELECTRO OPTIC SAIRAN INDUSTRIES CO. (Arabic: صنایع الکترو اپتیک صایران) (a.k.a. ESFAHAN OPTIC INDUSTRY; a.k.a. ESFAHAN OPTICS INDUSTRY; a.k.a. ISFAHAN OPTIC INDUSTRIES COMPANY;

a.k.a. ISFAHAN OPTICAL INDUSTRY; a.k.a. ISFAHAN OPTICS INDUSTRIES; a.k.a. ISFAHAN OPTICS INDUSTRY; a.k.a. ISHAHAN OPTICS INDUSTRIES CO.; a.k.a. SANAYE-E OPTIKE ESFAHAN; a.k.a. SANOYE ELEKTRONIK SAIRAN; a.k.a. "ISFAHAN OPTICS"; a.k.a. "SAPA"), P.O. Box 81465-313, Kaveh Ave, Isfahan, Iran; Kaveh Street, Isfahan 814651117, Iran; Website https://sapa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1985; National ID No. 10260437477 (Iran); Registration Number 22928 (Iran) [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ELECTRONIC COMPONENTS INDUSTRIES CO (a.k.a. "ECI"), Mirzaye Shirazi Boulevard, Sanaye Square, Shiraz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ELECTRONIC KATRANGI GROUP (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

ELECTRONIC TECHNOLOGY RESEARCH INSTITUTE (a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH ELEKTRONNOY TEKHNIKI; a.k.a. JOINT STOCK COMPANY NIIET; a.k.a. RESEARCH INSTITUTE OF ELECTRONIC ENGINEERING), 5 Starykh Bolshevikov Str., Voronezh, Voronezh Region 394033, Russia; Organization Established Date 11 Oct 2012; Tax ID No. 3661057900 (Russia); Registration Number 1123668048789 (Russia) [RUSSIA-EO14024].

ELECTRONICS EDC JSC (a.k.a. ELECTRONICS ENGINEERING AND DESIGN CENTER  JOINT STOCK COMPANY; a.k.a. ELEKTRONIKA ENGINEERING AND DESIGN CENTER JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMPANY DESIGN TECHNOLOGY CENTER ELEKTRONIKA; a.k.a. JOINT STOCK COMPANY KTTS ELEKTRONIKA), Building 119A Leninskiy Prospekt, 17A, 2nd Floor, Voronezh 394033, Russia; Organization Established Date 11 Jan 2006; Tax ID No. 3661033667 (Russia); Registration Number 1063667000495 (Russia) [RUSSIA-EO14024].

ELECTRONICS ENGINEERING AND DESIGN CENTER  JOINT STOCK COMPANY (a.k.a. ELECTRONICS EDC JSC; a.k.a. ELEKTRONIKA ENGINEERING AND DESIGN CENTER JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMPANY DESIGN TECHNOLOGY CENTER ELEKTRONIKA; a.k.a. JOINT STOCK COMPANY KTTS ELEKTRONIKA), Building 119A Leninskiy Prospekt, 17A, 2nd Floor, Voronezh 394033, Russia; Organization Established Date 11 Jan 2006; Tax ID No. 3661033667 (Russia); Registration Number 1063667000495 (Russia) [RUSSIA-EO14024].

ELECTRONICS INSTITUTE, P.O. Box 4470, Damascus, Syria [NPWMD].

ELECTRONICS KATRANGI TRADING (a.k.a. AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a.

NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

ELECTRONINTORG (a.k.a. JOINT STOCK COMPANY FOREIGN TRADE ASSOCIATION ELEKTRONINTORG), Ukrainsky Blvd 8, Building 1, Moscow 121059, Russia; 4 Ivana Franko St., Building 10, Moscow 121108, Russia; Tax ID No. 7743592991 (Russia); Registration Number 1067746527606 (Russia) [RUSSIA-EO14024].

ELECTROOPTIKA (a.k.a. ELEKTROOPTIKA SIA), Vidus Prosp. 45 K-1-1, Jurmala 2010, Latvia; G. Zemgala Gatve 74, Riga 1039, Latvia; Organization Established Date 21 Mar 2013; Registration Number 40103651284 (Latvia) [RUSSIA-EO14024] (Linked To: BLATS, Marks).

ELEHSSAN (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem,

West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian [SDGT].

ELEHSSAN SOCIETY (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian [SDGT].

ELEHSSAN SOCIETY AND BIRR (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; P.O. BOX 398, Hebron, West Bank, Palestinian [SDGT].

ELEHSSAN SOCIETY WA BIRR (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a.

BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. IHSAN CHARITY; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian [SDGT].

ELEKTRON OPTRONIK PAO (a.k.a. AKTSIONERNOE OBSHCHESTVO ELEKTRON OPTRONIK; a.k.a. AO ELEKTRON OPTRONIK), Pr-Kt Morisa Toreza, D. 68, Saint Petersburg 194223, Russia; Organization Established Date 19 Dec 1997; Tax ID No. 7802362079 (Russia); Registration Number 5067847207698 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

ELEKTRONIKA ENGINEERING AND DESIGN CENTER JOINT STOCK COMPANY (a.k.a. ELECTRONICS EDC JSC; a.k.a. ELECTRONICS ENGINEERING AND DESIGN CENTER  JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMPANY DESIGN TECHNOLOGY CENTER ELEKTRONIKA; a.k.a. JOINT STOCK COMPANY KTTS ELEKTRONIKA), Building 119A Leninskiy Prospekt, 17A, 2nd Floor, Voronezh 394033, Russia; Organization Established Date 11 Jan 2006; Tax ID No. 3661033667 (Russia); Registration Number 1063667000495 (Russia) [RUSSIA-EO14024].

ELEKTRONNYI ARKHIV (a.k.a. "ELAR"), Bumazhnyi Proezd D. 14, Str. 2, Moscow 127015, Russia; Sh. Leningradskoe Str. 25A, Office 9/3, Khimki 141402, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9705001507 (Russia); Registration Number 5147746108868 (Russia) [RUSSIA-EO14024].

ELEKTROOPTIKA SIA (a.k.a. ELECTROOPTIKA), Vidus Prosp. 45 K-1-1, Jurmala 2010, Latvia; G. Zemgala Gatve 74, Riga 1039, Latvia; Organization Established Date 21 Mar 2013; Registration Number 40103651284 (Latvia) [RUSSIA-EO14024] (Linked To: BLATS, Marks).

ELEKTRORADIOAVTOMATIKA VLADIVOSTOK ENTERPRISE JOINT STOCK COMPANY (a.k.a. AKTSIONERNOYE OBSHCHESTVO VLADIVOSTOKSKOYE PREDPRIYATIE ELEKTRORADIOAVTIMATIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВЛАДИВОСТОКСКОЕ ПРЕДПРИЯТИЕ ЭЛЕКТРОРАДИОАВТОМАТИКА); a.k.a. VLADIVOSTOK ELECTRICAL COMPANY ERA JSC; a.k.a. "ERA AO"), 1 Ulitsa Pionerskaya, Vladivostok 690001, Russia; Organization Established Date 11 Jul 2000; Tax ID No. 2504000733 (Russia); Registration Number 1022501275455 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

ELEKTROSIGNAL CORPORATION (a.k.a. OAO ELEKTROSIGNAL PLANT; a.k.a. OPEN JOINT STOCK COMPANY CORPORATION NOVOSIBIRSK PLANT ELEKTROSIGNAL (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КОРПОРАЦИЯ НОВОСИБИРСКИЙ ЗАВОД ЭЛЕКТРОСИГНАЛ)), 31 Dobrolyubova St., Building 2, Floor 3, Novosibirsk, Novosibirsk Region 630009, Russia; Tax ID No. 5405262331 (Russia); Registration Number 1035401944291 (Russia) [RUSSIA-EO14024].

ELEMENT CAPITAL ADVISORS LIMITED, Avenida Federico Boyd con Calle 49, Edificio Alfaro Piso 4 Oficina 4-A, Apartado 0832-00998, Panama City, Panama; Virgin Islands, British; Website www.element-capital.com; Nationality of Registration Virgin Islands, British; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Company Number 1476279 (Virgin Islands, British) [VENEZUELA-EO13850].

ELEMENT GROUP (a.k.a. JOINT STOCK COMPANY ELEMENT), 12 Presnenskaya Waterfront, Moscow 123112, Russia; Organization Established Date 20 Jul 2020; Tax ID No. 9703014282 (Russia); Registration Number 1207700245532 (Russia) [RUSSIA-EO14024].

ELEMENTO LIMITED, 35 Strait Street, Valletta VLT 1434, Malta; 85 St. John Street, Valletta MT-VLT1165, Malta; Norway; Website www.elemento.com.mt; Company Number C 72520 (Malta); alt. Company Number 920167667 (Norway) [VENEZUELA-EO13850].

ELEMENTO OIL & GAS LTD (a.k.a. ELEMENTO OIL AND GAS LTD), 35 Strait Street, Valletta VLT 1434, Malta; Company Number C 73377 (Malta) [VENEZUELA-EO13850].

ELEMENTO OIL AND GAS LTD (a.k.a. ELEMENTO OIL & GAS LTD), 35 Strait Street, Valletta VLT 1434, Malta; Company Number C 73377 (Malta) [VENEZUELA-EO13850].

ELEMENTO SOLUTIONS LIMITED, 12 Hay Hill, London W1J 8NR, United Kingdom; Company Number 10289741 (United Kingdom) [VENEZUELA-EO13850].

ELESSA EXCHANGE (a.k.a. ELISSA EXCHANGE; a.k.a. ELLISSA EXCHANGE COMPANY), Sarafand, Lebanon [SDNTK].

ELEVEN EIGHTY EIGHT LIMITED (f.k.a. PAR EXCELLENCE LIMITED), 18, Drive 41, Tumas Galea Street, Ta' Paris, Birkirkara BKR 04, Malta; D-U-N-S Number 52-028-0154; V.A.T. Number MT14324830 (Malta); Tax ID No. 14324830 (Malta); Trade License No. C 19763 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

ELEVENTH OCEAN ADMINISTRATION GMBH, Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRB94632 [IRAN].

ELEVENTH OCEAN GMBH & CO. KG (a.k.a. ELEVENTH OCEAN GMBH AND CO. KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 102544 [IRAN].

ELEVENTH OCEAN GMBH AND CO. KG (a.k.a. ELEVENTH OCEAN GMBH & CO. KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 102544 [IRAN].

EL-FAISAL, Abdulla (a.k.a. AL-FAISAL, Abdullah Ibrahim; a.k.a. FAISAL, Abdullah; a.k.a. FORREST, Trevor William), 8 Windsor Road, Spanishtown, Jamaica; DOB 09 Oct 1963; alt. DOB 10 Sep 1963; POB Jamaica; Gender Male; Passport A2791188; National ID No. 119458128 (Jamaica) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ELFARO OU (f.k.a. OU INELSO), Vesse Poik 4D, Tallinn 11415, Estonia; V.A.T. Number EE102018071 (Estonia); Registration Number

14329778 (Estonia) [RUSSIA-EO14024] (Linked To: EFIMOV, Anton Anatolyevich).

ELFO ENERGY HOLDING LIMITED, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 2917743 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

ELFOR TL, Ul. Sushchevskii Val D.9, Str.1, Moscow 127018, Russia; Ul. Yasenevaya D. 5, K. 2, Sosenki 108814, Russia; Tax ID No. 7703291469 (Russia); Registration Number 1027700337686 (Russia) [RUSSIA-EO14024].

EL-HAKIM, Boubakeur (a.k.a. Abu-Muqatil al-Tunisi; a.k.a. AL-HAKIM, Boubakeur; a.k.a. ALI HAKIM, Boubaker Ben Habib Ben; a.k.a. EL HAKIM, Boubaker; a.k.a. "Abou al Mouqatel"; a.k.a. "Abou Mouqatel"), Syria; DOB 01 Aug 1983; POB Paris, France; citizen Tunisia; alt. citizen France; Passport W752198; Identification Number 09036271 (individual) [SDGT].

EL-HOORIE, Ali Saed Bin Ali (a.k.a. AL-HOURI, Ali Saed Bin Ali; a.k.a. EL-HOURI, Ali Saed Bin Ali); DOB 10 Jul 1965; alt. DOB 11 Jul 1965; POB El Dibabiya, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT].

EL-HOURI, Ali Saed Bin Ali (a.k.a. AL-HOURI, Ali Saed Bin Ali; a.k.a. EL-HOORIE, Ali Saed Bin Ali); DOB 10 Jul 1965; alt. DOB 11 Jul 1965; POB El Dibabiya, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT].

ELHUSSEIN, Taha Osman A (a.k.a. AL-HUSSEIN, Taha Osman; a.k.a. AL-HUSSEIN, Taha Osman Ahmed), P.O. Box Number 75214, Dubai, United Arab Emirates; DOB 20 Jun 1964; alt. DOB 21 Jun 1957; POB Shendi, Sudan; alt. POB Kabushiya, Sudan; nationality Sudan; citizen Sudan; alt. citizen Saudi Arabia; alt. citizen Congo, Democratic Republic of the; Gender Male; National ID No. 11946895461 (Sudan) (individual) [SUDAN-EO14098].

ELINS STC JSC (a.k.a. JOINT STOCK COMPANY RESEARCH CENTER ELINS; a.k.a. JSC NAUCHNYY CENTER ELINS; a.k.a. JSC SCIENTIFIC AND TECHNICAL CENTER ELINS; a.k.a. SCIENTIFIC TECHNICAL CENTRE ELINS), Panfilovsky Pr., 10, Zelenograd, Moscow 124460, Russia; Organization Established Date 23 Mar 2010; Tax ID No. 7735567832 (Russia); Registration Number 1107746215455 (Russia) [RUSSIA-EO14024].

ELISEEV, Iliya Vladimirovich (a.k.a. YELISEYEV, Ilya Vladimirovich), Moscow, Russia; DOB 19

Dec 1965; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

ELISSA EXCHANGE (a.k.a. ELESSA EXCHANGE; a.k.a. ELLISSA EXCHANGE COMPANY), Sarafand, Lebanon [SDNTK].

ELITAN TRADE OOO (a.k.a. ELITAN TREID), ul. Melnichnaya d. 34A, Izhevsk 426063, Russia; Tax ID No. 1831096455 (Russia); Registration Number 1041800258444 (Russia) [RUSSIA-EO14024].

ELITAN TREID (a.k.a. ELITAN TRADE OOO), ul. Melnichnaya d. 34A, Izhevsk 426063, Russia; Tax ID No. 1831096455 (Russia); Registration Number 1041800258444 (Russia) [RUSSIA-EO14024].

ELITNYE DOMA AO (a.k.a. ELITNYE DOMA LLC; a.k.a. ELITNYE DOMA OOO (Cyrillic: ООО ЭЛИТНЫЕ ДОМА); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ELITNYE DOMA), Ul. Smirnovskaya d. 10, Str. 8, Kabinet 8, Moscow 109052, Russia (Cyrillic: Ул. Смирновская, д. 10, Стр. 8, Каб. 8, Москва 109052, Russia); Organization Established Date 26 Feb 2004; Tax ID No. 7706415641 (Russia); Registration Number 1147748157061 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

ELITNYE DOMA LLC (f.k.a. ELITNYE DOMA AO; a.k.a. ELITNYE DOMA OOO (Cyrillic: ООО ЭЛИТНЫЕ ДОМА); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ELITNYE DOMA), Ul. Smirnovskaya d. 10, Str. 8, Kabinet 8, Moscow 109052, Russia (Cyrillic: Ул. Смирновская, д. 10, Стр. 8, Каб. 8, Москва 109052, Russia); Organization Established Date 26 Feb 2004; Tax ID No. 7706415641 (Russia); Registration Number 1147748157061 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

ELITNYE DOMA OOO (Cyrillic: ООО ЭЛИТНЫЕ ДОМА) (f.k.a. ELITNYE DOMA AO; a.k.a. ELITNYE DOMA LLC; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ELITNYE DOMA), Ul. Smirnovskaya d. 10, Str. 8, Kabinet 8, Moscow 109052, Russia (Cyrillic: Ул. Смирновская, д. 10, Стр. 8, Каб. 8, Москва 109052, Russia); Organization Established Date 26 Feb 2004; Tax ID No. 7706415641 (Russia); Registration Number 1147748157061 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

ELIX ST GMBH (a.k.a. ELIX ST LIMITED LIABILITY COMPANY), 18B Geisinger Way, Stuttgart 70439, Germany; Tax ID No. DE221403599 (Germany); Registration Number 22989 (Germany) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY PARTNERSHIP DA GROUP 22).

ELIX ST LIMITED LIABILITY COMPANY (a.k.a. ELIX ST GMBH), 18B Geisinger Way, Stuttgart 70439, Germany; Tax ID No. DE221403599 (Germany); Registration Number 22989 (Germany) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY PARTNERSHIP DA GROUP 22).

ELIXON SHIPPING COMPANY LIMITED, Karaiskaki, 13, Limassol 3032, Cyprus; Organization Type: Sea and coastal freight water transport; Registration Number 408236 (Cyprus) [RUSSIA-EO14024].

ELIZAREV, Anton Olegovich (a.k.a. YELIZAREV, Anton Olegovich; a.k.a. "Lotus"), 66 Novorossiysk, Apt 48, Novorossiysk, Russia; DOB 01 May 1981; nationality Russia; Gender Male; Passport 6103869621 (Russia); Tax ID No. 23151072563 (Russia) (individual) [RUSSIA-EO14024].

ELIZONDO CASTANEDA, Andres Martin, Guadalajara, Jalisco, Mexico; DOB 14 Nov 1961; C.U.R.P. EICA611114HJCLSN03 (Mexico) (individual) [SDNTK] (Linked To: CASA EL VIEJO LUIS DISTRIBUIDORA, S.A. DE C.V.; Linked To: GRUPO COMERCIAL ROOL, S.A. DE C.V.; Linked To: RANCHO EL NUEVO PACHON, S. DE R.L. DE C.V.; Linked To: OPERADORA Y ADMINISTRADORA DE RESTAURANTES Y BARES RUDU, S.A. DE C.V.; Linked To: ROOL EUROPE AG; Linked To: ASESORIA Y SERVICIOS ADMINISTRATIVOS, TECNICOS Y OPERATIVOS DUREL, S.A. DE C.V.).

EL-JBURI, Mash'an (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug

1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

ELKADDAFI, Aisha (a.k.a. AL-GADDAFI, Ayesha; a.k.a. AL-QADHAFI, Aisha; a.k.a. EL-QADDAFI, Aisha; a.k.a. GADDAFI, Ayesha; a.k.a. GADHAFI, Aisha; a.k.a. GHADAFFI, Aisha; a.k.a. GHATHAFI, Aisha; a.k.a. GHATHAFI, Aisha Muammer; a.k.a. QADDAFI, Aisha; a.k.a. QADHAFI, Aisha; a.k.a. QADHAFI, Aisha Muammar Muhammed Abu Minyar; a.k.a. QADHAFI, Ayesha), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt. Passport B/011641; alt. Passport 03824970 (Oman) issued 04 May 2014 expires 03 May 2024; National ID No. 98606612 (individual) [LIBYA2].

ELKADDAFI, Hannibal (a.k.a. AL-GADDAFI, Hannibal; a.k.a. AL-QADHAFI, Hannibal; a.k.a. EL-QADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal Muammar; a.k.a. GHADAFFI, Hannibal; a.k.a. GHATHAFI, Hannibal; a.k.a. QADDAFI, Hannibal; a.k.a. QADHAFI, Hannibal Muammar); DOB 20 Sep 1975; alt. DOB 1977; POB Tripoli, Libya; Passport B/002210 (Libya) (individual) [LIBYA2].

ELKADDAFI, Khamis (a.k.a. AL-GADDAFI, Khamis; a.k.a. AL-QADHAFI; a.k.a. AL-QADHAFI, Khamis; a.k.a. EL-QADDAFI, Khamis; a.k.a. GADDAFI, Khamis; a.k.a. GADHAFI, Khamis; a.k.a. GHADAFFI, Khamis; a.k.a. GHATHAFI, Khamis; a.k.a. QADDAFI, Khamis; a.k.a. QADHAFI, Khamis); DOB 1980 (individual) [LIBYA2].

ELKADDAFI, Muammar (a.k.a. AL-GADDAFI, Muammar; a.k.a. AL-QADHAFI, Muammar; a.k.a. AL-QADHAFI, Muammar Abu Minyar; a.k.a. EL-QADDAFI, Muammar; a.k.a. GADDAFI, Mu'ammar; a.k.a. GADDAFI, Muammar; a.k.a. GADHAFI, Muammar; a.k.a. GHADAFFI, Muammar Muhammad; a.k.a. GHATHAFI, Muammar; a.k.a. QADDAFI, Muammar; a.k.a. QADHAFI, Muammar); DOB 1942; POB Sirte, Libya (individual) [LIBYA2].

ELKADDAFI, Muhammad (a.k.a. AL-GADDAFI, Muhammad; a.k.a. AL-QADHAFI, Mohammed; a.k.a. EL-QADDAFI, Muhammad; a.k.a. GADDAFI, Muhammad; a.k.a. GADHAFFI, Mohammad Moammar; a.k.a. GADHAFI, Mohammed; a.k.a. GHATHAFI, Muhammad; a.k.a. QADDAFI, Muhammad; a.k.a. QADHAFI, Mohammed Muammar); DOB 1970; POB Tripoli, Libya (individual) [LIBYA2].

ELKADDAFI, Mutassim (a.k.a. AL-GADDAFI, Mutassim; a.k.a. AL-QADHAFI, Mutassim; a.k.a. EL-QADDAFI, Mutassim; a.k.a. GADDAFI, Mutassim; a.k.a. GADHAFI, Mutassim Billah; a.k.a. GHADAFFI, Mutassim; a.k.a. GHATHAFI, Mutassim; a.k.a. QADDAFI, Mutassim; a.k.a. QADHAFI, Mutassim); DOB 1975 (individual) [LIBYA2].

ELKADDAFI, Saadi (a.k.a. AL-GADDAFI, Saadi; a.k.a. AL-QADHAFI, Sa'adi Mu'ammar; a.k.a. EL-QADDAFI, Saadi; a.k.a. GADDAFI, Saadi; a.k.a. GADHAFI, Saadi; a.k.a. GHATHAFI, Saadi; a.k.a. QADDAFI, Saadi; a.k.a. QADHAFI, Saadi); DOB 27 May 1973; alt. DOB 25 May 1973; POB Tripoli, Libya; Passport 010433 (Libya); alt. Passport 014797 (Libya) (individual) [LIBYA2].

ELKADDAFI, Saif Al-Arab (a.k.a. AL-GADDAFI, Saif Al-Arab; a.k.a. AL-QADHAFI, Saif Al-Arab; a.k.a. EL-QADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Seif Al-Arab; a.k.a. GADHAFI, Saif Al-Arab; a.k.a. GHATHAFI, Saif Al-Arab; a.k.a. QADDAFI, Saif Al-Arab; a.k.a. QADHAFI, Saif Al-Arab); DOB 1979; alt. DOB 1982; alt. DOB 1983; POB Tripoli, Libya (individual) [LIBYA2].

ELKADDAFI, Saif al-Islam (a.k.a. AL-GADDAFI, Saif al-Islam; a.k.a. AL-QADHAFI, Saif al-Islam; a.k.a. EL-QADDAFI, Seif al-Islam; a.k.a. GADDAFI, Saif al-Islam; a.k.a. GADHAFI, Saif al-Islam; a.k.a. GHADAFI, Saif al-Islam; a.k.a. GHATHAFI, Saif al-Islam; a.k.a. QADDAFI, Saif al-Islam; a.k.a. QADHAFI, Saif al-Islam); DOB 25 Jun 1972; POB Tripoli, Libya (individual) [LIBYA2].

EL-KURD, Ahmed (a.k.a. AL KURD, Ahmed; a.k.a. AL-KARD, Ahmad; a.k.a. AL-KIRD, Ahmad; a.k.a. ALKURD, Ahmad; a.k.a. AL-KURD, Ahmad Harb; a.k.a. AL-KURD, Ahmed Hard), Deir Al-Balah, Gaza, Palestinian; DOB circa 1949; alt. DOB circa 1951; POB Deir Al-Balah, Gaza (individual) [SDGT].

ELLA MEDIA SERVICES LLC (Arabic: شركة ايلا للخدمات الاعلامية), Damascus, Syria; Organization Established Date 07 Apr 2019; Organization Type: Advertising [SYRIA] (Linked To: BIN ALI, Khodr Taher).

ELLA TOURISM COMPANY (Arabic: شركة ايلا للسياحة) (a.k.a. IYLA FOR TOURISM), Syria; Organization Established Date 16 Aug 2017; Organization Type: Tour operator activities [SYRIA] (Linked To: BIN ALI, Khodr Taher).

ELLALAN FORCE (a.k.a. LIBERATION TIGERS OF TAMIL EELAM; a.k.a. LTTE; a.k.a. TAMIL TIGERS) [FTO] [SDGT].

ELLISSA EXCHANGE COMPANY (a.k.a. ELESSA EXCHANGE; a.k.a. ELISSA EXCHANGE), Sarafand, Lebanon [SDNTK].

ELLISSA GROUP CONGO (a.k.a. ELLISSA GROUP SA CONGO; a.k.a. ELLISSA PARC CONGO; a.k.a. SOCIETE ELLISSA GROUP CONGO), Avenir Lassy Zephyr, Immeuble Socotra, Pointe Noire, Congo, Republic of the; C.R. No. 07B233 (Congo, Democratic Republic of the) [SDNTK].

ELLISSA GROUP SA (a.k.a. "ELESSA GROUP"), 01 BP 6269, Cotonou, Atlantique, Benin; C.R. No. 03-B-1620 [SDNTK].

ELLISSA GROUP SA CONGO (a.k.a. ELLISSA GROUP CONGO; a.k.a. ELLISSA PARC CONGO; a.k.a. SOCIETE ELLISSA GROUP CONGO), Avenir Lassy Zephyr, Immeuble Socotra, Pointe Noire, Congo, Republic of the; C.R. No. 07B233 (Congo, Democratic Republic of the) [SDNTK].

ELLISSA HOLDING (a.k.a. ELLISSA SAL (HOLDING)), Atrium Building, Weygand Street, Central District, Beirut, Lebanon [SDNTK].

ELLISSA MEGA STORE (a.k.a. ELLISSA MEGASTORE), Quartier SCOA GBETO, Carre 148, Cotonou, Benin; 01 BP 6269, Cotonou, Benin [SDNTK].

ELLISSA MEGASTORE (a.k.a. ELLISSA MEGA STORE), Quartier SCOA GBETO, Carre 148, Cotonou, Benin; 01 BP 6269, Cotonou, Benin [SDNTK].

ELLISSA PARC CONGO (a.k.a. ELLISSA GROUP CONGO; a.k.a. ELLISSA GROUP SA CONGO; a.k.a. SOCIETE ELLISSA GROUP CONGO), Avenir Lassy Zephyr, Immeuble Socotra, Pointe Noire, Congo, Republic of the; C.R. No. 07B233 (Congo, Democratic Republic of the) [SDNTK].

ELLISSA PARC COTONOU, 01 BP 6269, Cotonou, Benin [SDNTK].

ELLISSA SAL (HOLDING) (a.k.a. ELLISSA HOLDING), Atrium Building, Weygand Street, Central District, Beirut, Lebanon [SDNTK].

ELLISSA SHIPPING, 01 BP 6269, Cotonou, Benin [SDNTK].

ELMABRUK, Maftah Mohamed (a.k.a. AL MABROOK, Muftah; a.k.a. AL-FATHALI, Al-Mabruk; a.k.a. AL-FATHALI, Al-Mabruk Muftah Muhammad; a.k.a. EL MABRUK, Muftah; a.k.a. EL MOBRUK, Maftah; a.k.a. ELMABRUK, Mustah; a.k.a. MAFTAH, Elmobruk; a.k.a. "AL HAK, Al Haj Abd"; a.k.a. "AL HAQQ, Al Hajj Abd"; a.k.a. "AL-HAQ, Haj 'Abd"; a.k.a. "AL-HAQQ, Al-Hajj 'Abd"), undetermined; DOB 01

May 1950; POB Libya; nationality Libya (individual) [SDGT].

ELMABRUK, Mustah (a.k.a. AL MABROOK, Muftah; a.k.a. AL-FATHALI, Al-Mabruk; a.k.a. AL-FATHALI, Al-Mabruk Muftah Muhammad; a.k.a. EL MABRUK, Muftah; a.k.a. EL MOBRUK, Maftah; a.k.a. ELMABRUK, Maftah Mohamed; a.k.a. MAFTAH, Elmobruk; a.k.a. "AL HAK, Al Haj Abd"; a.k.a. "AL HAQQ, Al Hajj Abd"; a.k.a. "AL-HAQ, Haj 'Abd"; a.k.a. "AL-HAQQ, Al-Hajj 'Abd"), undetermined; DOB 01 May 1950; POB Libya; nationality Libya (individual) [SDGT].

ELMAGHRABY, Haytham Ahmed S.A. (a.k.a. AL-MAGHRABI, Haytham Ahmad Shukri Ahmad; a.k.a. ELMAGHRABY, Haytham Ahmed Shokry Ahmed; a.k.a. ELMAGHRABY, Haytham Ahmed Shukri Ahmad), Brazil; DOB 07 Sep 1986; POB Egypt; nationality Egypt; Gender Male; Passport A09538178 (Egypt); Tax ID No. 238.624.338-97 (Brazil) (individual) [SDGT].

ELMAGHRABY, Haytham Ahmed Shokry Ahmed (a.k.a. AL-MAGHRABI, Haytham Ahmad Shukri Ahmad; a.k.a. ELMAGHRABY, Haytham Ahmed S.A.; a.k.a. ELMAGHRABY, Haytham Ahmed Shukri Ahmad), Brazil; DOB 07 Sep 1986; POB Egypt; nationality Egypt; Gender Male; Passport A09538178 (Egypt); Tax ID No. 238.624.338-97 (Brazil) (individual) [SDGT].

ELMAGHRABY, Haytham Ahmed Shukri Ahmad (a.k.a. AL-MAGHRABI, Haytham Ahmad Shukri Ahmad; a.k.a. ELMAGHRABY, Haytham Ahmed S.A.; a.k.a. ELMAGHRABY, Haytham Ahmed Shokry Ahmed), Brazil; DOB 07 Sep 1986; POB Egypt; nationality Egypt; Gender Male; Passport A09538178 (Egypt); Tax ID No. 238.624.338-97 (Brazil) (individual) [SDGT].

ELMEC TRADE OU, Katusepapi Tn 6-502, Tallinn 11412, Estonia; V.A.T. Number EE102280812 (Estonia); Registration Number 14291975 (Estonia) [RUSSIA-EO14024].

ELN (a.k.a. EJERCITO DE LIBERACION NACIONAL; a.k.a. NATIONAL LIBERATION ARMY) [FTO] [SDGT].

ELOSTA, Abdelrazag Elsharif (a.k.a. AL USTA, Abdelrazag Elsharif; a.k.a. AL-USTA, 'Abd Al-Razzaq Al-Sharif; a.k.a. SHARIF, 'Abd al-Razzaq; a.k.a. "ABU MU'AWIYA"; a.k.a. "AL-MULAY, 'Abd"), undetermined; DOB 20 Jun 1963; POB SOGUMA, LIBYA; nationality United Kingdom (individual) [SDGT].

EL-OUARFALI, Abdelhadi el-Houssein Zirgoune (a.k.a. AL-WARFALI, Abdelhadi al-Hussain Zargoun; a.k.a. AL-WARFALLI, Abd al-Hadi Zarqun; a.k.a. ZARGON, Abdulhadi; a.k.a.

ZARGOON, Al Hadi; a.k.a. ZARGUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARGUN, Abd-al-Hadi; a.k.a. ZARQUN, Abd al Hadi; a.k.a. ZARQUN, 'Abd Al-Hadi Al-Husayn Al-Shaybani; a.k.a. ZARQUN, Abd-al-Hadi Al Husayn Al Shabani), Libya; DOB 1983; POB Sirte, Libya; nationality Libya; Gender Male; Passport H/188292 (Libya); National ID No. 123844 (Libya) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

EL-OULABI, Adel Anouar (a.k.a. AL-OLABI, Adel Anwar (Arabic: عادل انور العلبي); a.k.a. AL-OLABI, Adil Anwar; a.k.a. AL-'ULABI, 'Adel Anwar), Damascus, Syria; DOB 1976; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

ELPA RESEARCH INSTITUTE AND PILOT LINE JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT ELPA S OPYTNYM PROIZVODSTVOM; a.k.a. "NII ELPA AO"), Pr-Kt Panfilovskii D. 10, Zelenograd 124460, Russia; Tax ID No. 7735064772 (Russia); Registration Number 1027739098760 (Russia) [RUSSIA-EO14024].

EL-QADDAFI, Aisha (a.k.a. AL-GADDAFI, Ayesha; a.k.a. AL-QADHAFI, Aisha; a.k.a. ELKADDAFI, Aisha; a.k.a. GADDAFI, Ayesha; a.k.a. GADHAFI, Aisha; a.k.a. GHADAFFI, Aisha; a.k.a. GHATHAFI, Aisha; a.k.a. GHATHAFI, Aisha Muammer; a.k.a. QADDAFI, Aisha; a.k.a. QADHAFI, Aisha; a.k.a. QADHAFI, Aisha Muammar Muhammed Abu Minyar; a.k.a. QADHAFI, Ayesha), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt. Passport B/011641; alt. Passport 03824970 (Oman) issued 04 May 2014 expires 03 May 2024; National ID No. 98606612 (individual) [LIBYA2].

EL-QADDAFI, Hannibal (a.k.a. AL-GADDAFI, Hannibal; a.k.a. AL-QADHAFI, Hannibal; a.k.a. ELKADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal Muammar; a.k.a. GHADAFFI, Hannibal; a.k.a. GHATHAFI, Hannibal; a.k.a. QADDAFI, Hannibal; a.k.a. QADHAFI, Hannibal Muammar); DOB 20 Sep 1975; alt. DOB 1977; POB Tripoli, Libya; Passport B/002210 (Libya) (individual) [LIBYA2].

EL-QADDAFI, Khamis (a.k.a. AL-GADDAFI, Khamis; a.k.a. AL-QADHAFI, Khamis; a.k.a. AL-QADHAFI, Khamis; a.k.a. ELKADDAFI, Khamis; a.k.a. GADDAFI, Khamis; a.k.a. GADHAFI,

Khamis; a.k.a. GHADAFFI, Khamis; a.k.a. GHATHAFI, Khamis; a.k.a. QADDAFI, Khamis; a.k.a. QADHAFI, Khamis); DOB 1980 (individual) [LIBYA2].

EL-QADDAFI, Muammar (a.k.a. AL-GADDAFI, Muammar; a.k.a. AL-QADHAFI, Muammar; a.k.a. AL-QADHAFI, Muammar Abu Minyar; a.k.a. ELKADDAFI, Muammar; a.k.a. GADDAFI, Mu'ammar; a.k.a. GADDAFI, Muammar; a.k.a. GADHAFI, Muammar; a.k.a. GHADAFFI, Muammar Muhammad; a.k.a. GHATHAFI, Muammar; a.k.a. QADDAFI, Muammar; a.k.a. QADHAFI, Muammar); DOB 1942; POB Sirte, Libya (individual) [LIBYA2].

EL-QADDAFI, Muhammad (a.k.a. AL-GADDAFI, Muhammad; a.k.a. AL-QADHAFI, Mohammed; a.k.a. ELKADDAFI, Muhammad; a.k.a. GADDAFI, Muhammad; a.k.a. GADHAFFI, Mohammad Moammar; a.k.a. GADHAFI, Mohammed; a.k.a. GHATHAFI, Muhammad; a.k.a. QADDAFI, Muhammad; a.k.a. QADHAFI, Mohammed Muammar); DOB 1970; POB Tripoli, Libya (individual) [LIBYA2].

EL-QADDAFI, Mutassim (a.k.a. AL-GADDAFI, Mutassim; a.k.a. AL-QADHAFI, Mutassim; a.k.a. ELKADDAFI, Mutassim; a.k.a. GADDAFI, Mutassim; a.k.a. GADHAFI, Mutassim Billah; a.k.a. GHADAFFI, Mutassim; a.k.a. GHATHAFI, Mutassim; a.k.a. QADDAFI, Mutassim; a.k.a. QADHAFI, Mutassim); DOB 1975 (individual) [LIBYA2].

EL-QADDAFI, Saadi (a.k.a. AL-GADDAFI, Saadi; a.k.a. AL-QADHAFI, Sa'adi Mu'ammar; a.k.a. ELKADDAFI, Saadi; a.k.a. GADDAFI, Saadi; a.k.a. GADHAFI, Saadi; a.k.a. GHATHAFI, Saadi; a.k.a. QADDAFI, Saadi; a.k.a. QADHAFI, Saadi); DOB 27 May 1973; alt. DOB 25 May 1973; POB Tripoli, Libya; Passport 010433 (Libya); alt. Passport 014797 (Libya) (individual) [LIBYA2].

EL-QADDAFI, Saif Al-Arab (a.k.a. AL-GADDAFI, Saif Al-Arab; a.k.a. AL-QADHAFI, Saif Al-Arab; a.k.a. ELKADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Seif Al-Arab; a.k.a. GADHAFI, Saif Al-Arab; a.k.a. GHATHAFI, Saif Al-Arab; a.k.a. QADDAFI, Saif Al-Arab; a.k.a. QADHAFI, Saif Al-Arab); DOB 1979; alt. DOB 1982; alt. DOB 1983; POB Tripoli, Libya (individual) [LIBYA2].

EL-QADDAFI, Seif al-Islam (a.k.a. AL-GADDAFI, Saif al-Islam; a.k.a. AL-QADHAFI, Saif al-Islam; a.k.a. ELKADDAFI, Saif al-Islam; a.k.a. GADDAFI, Saif al-Islam; a.k.a. GHADAFFI, Saif al-Islam; a.k.a. GHATHAFI, Saif al-Islam; a.k.a. QADDAFI, Saif

al-Islam; a.k.a. QADHAFI, Saif al-Islam); DOB 25 Jun 1972; POB Tripoli, Libya (individual) [LIBYA2].

EL-REDA, Samuel Salman (a.k.a. AL-REDA, Salman; a.k.a. AL-RIDA, Samwil Salman; a.k.a. REMAL, Salman; a.k.a. SALMAN, Salman Raof; a.k.a. SALMAN, Salman Raouf; a.k.a. SALMAN, Salman Rauf; a.k.a. "MARQUEZ, Andree"), Lebanon; DOB 05 Jun 1963; alt. DOB 1965; nationality Colombia; alt. nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport AD 059541 (Colombia); alt. Passport AC 128856 (Colombia); National ID No. 84.049.097 (Colombia) (individual) [SDGT] (Linked To: HIZBALLAH).

ELSAFIROTO (a.k.a. AL-SAFIR COMPANY; a.k.a. AL-SAFIR OTO (Arabic: السفير للسيارات); a.k.a. EL SAFIR OTO; a.k.a. EL SAFIR OTOMOTIV; a.k.a. SAFIR CAR TRADING COMPANY IN TURKEY), 4222 Sokak, N Block, Number 49, Istanbul, Istanbul Province 34218, Turkey; Oto Center Galericiler Sitesi, 100. Yil, 3. Yol Sokak., Bagcilar, Istanbul 34204, Turkey; Gaziantep, Turkey; Kilis, Turkey; Urfa, Turkey; Organization Type: Sale of motor vehicles [SYRIA-EO13894] (Linked To: AL-JASIM, Mohammad Hussein).

ELSHANI, Gafur; DOB 29 Mar 1958; POB Suva Reka, Serbia and Montenegro (individual) [BALKANS].

ELSHEIKH, El Shafee (a.k.a. "Shaf"; a.k.a. "Shafee"), Aleppo, Syria; DOB 16 Jul 1988; POB Sudan; citizen United Kingdom; Gender Male (individual) [SDGT].

ELSSEID, Sami Ben Khamis Ben Saleh (a.k.a. ESSID, Sami Ben Khemais), Via Dubini n.3, Gallarate, VA, Italy; DOB 10 Feb 1968; POB Tunisia; nationality Tunisia; Passport K929139 issued 14 Feb 1995 expires 13 Feb 2000; Italian Fiscal Code SSDSBN68B10Z352F (individual) [SDGT].

ELVEES R AND D CENTER JSC (a.k.a. ELVEES R&D CENTER JSC; a.k.a. ELVEES RESEARCH AND DEVELOPMENT CENTER JSC; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION CENTER ELECTRONIC COMPUTING AND INFORMATION SYSTEMS; a.k.a. JSC SPC ELVIS), Proyezd 4922, 4 Build.2, Zelenograd, Moscow 124498, Russia; Tax ID No. 7735582816 (Russia) [RUSSIA-EO14024].

ELVEES R&D CENTER JSC (a.k.a. ELVEES R AND D CENTER JSC; a.k.a. ELVEES

RESEARCH AND DEVELOPMENT CENTER JSC; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION CENTER ELECTRONIC COMPUTING AND INFORMATION SYSTEMS; a.k.a. JSC SPC ELVIS), Proyezd 4922, 4 Build.2, Zelenograd, Moscow 124498, Russia; Tax ID No. 7735582816 (Russia) [RUSSIA-EO14024].

ELVEES RESEARCH AND DEVELOPMENT CENTER JSC (a.k.a. ELVEES R AND D CENTER JSC; a.k.a. ELVEES R&D CENTER JSC; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION CENTER ELECTRONIC COMPUTING AND INFORMATION SYSTEMS; a.k.a. JSC SPC ELVIS), Proyezd 4922, 4 Build.2, Zelenograd, Moscow 124498, Russia; Tax ID No. 7735582816 (Russia) [RUSSIA-EO14024].

ELVEGARD SHIPPING LTD, A-1 Tabassam Fatma, Bargadi Magath, Bakshi Ka Talab, Lucknow, Uttar Pradesh 226201, India; Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number IMO 6258171; Registration Number 108645 (Marshall Islands) [SDGT] (Linked To: ASB GROUP OF COMPANIES LIMITED).

EL-ZAWRA SATELLITE STATION (a.k.a. AL ZAOURA NETWORK; a.k.a. AL ZAWRAH TELEVISION; a.k.a. AL ZOURA TV STATION; a.k.a. AL-ZAWARA SATELLITE TELEVISION STATION; a.k.a. AL-ZAWRA TELEVISION STATION; a.k.a. ALZAWRAA TV; a.k.a. AL-ZAWRAA TV; a.k.a. ZAWRAH TV STATION; a.k.a. ZORAH CHANNEL), Syria [IRAQ3].

EL-ZOMOR, Aboud Abdul Latif Hasan (a.k.a. AL-ZAMUR, Abboud Abdul Latif Hassan; a.k.a. AL-ZOMOR, Abboud Abdul Latif Hassan (Arabic: عبود عبداللطيف حسن الزمر); a.k.a. AL-ZUMAR, Abbud; a.k.a. AL-ZUMUR, Abood Abdul Latif Hassan; a.k.a. ZUMAR, Abbud), Egypt; DOB 19 Apr 1947; POB Nahia, Giza, Egypt; nationality Egypt; Gender Male (individual) [SDGT].

EMADEDDIN, Alireza (a.k.a. EMADODDIN, Alireza), Iran; DOB 22 Jan 1989; POB Semnan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P21289307 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

EMADODDIN, Alireza (a.k.a. EMADEDDIN, Alireza), Iran; DOB 22 Jan 1989; POB Semnan,

Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P21289307 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

EMAM HOSEYN COMPREHENSIVE UNIVERSITY (a.k.a. IHU; a.k.a. IMAAM HOSSEIN UNIVERSITY; a.k.a. IMAM HOSEYN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY COMPLEX; a.k.a. UNIVERSITY OF IMAM HOSEYN), Near Fourth Square, Tehran Pars, Shahid Babaie Highway, near Hakimiyeh and Mini-city, Tehran, Iran; Kilometer 11, Shahid Babaei Highway, Tehran, Iran; Website www.ihu.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

EMAN, Adam Ramsey (a.k.a. AL-MASRI, Abu Hamza; a.k.a. AL-MISRI, Abu Hamza; a.k.a. KAMEL, Mustafa; a.k.a. MUSTAFA, Mustafa Kamel), 9 Albourne Road, Shepherds Bush, London W12 OLW, United Kingdom; 8 Adie Road, Hammersmith, London W6 OPW, United Kingdom; DOB 15 Apr 1958 (individual) [SDGT].

EMATEL COMMUNICATIONS (a.k.a. EMATEL LLC; a.k.a. EMMA TEL LLC (Arabic: إيماتيل); a.k.a. EMMATEL; a.k.a. IMATEL FOR COMMUNICATIONS (Arabic: شركة إيماتيل للاتصالات); a.k.a. "EMATEL"), Shaalan, Damascus, Syria; Mazzeh Highway, Damascus, Syria; Behind Revolution Street, al-Lahoudiyeh, Tartous, Syria; New Zahira Highway, Al Zahira, Damascus, Syria; Marjeh, Damascus, Syria; Eastern Qalamoun, Rural Damascus, Syria; Flowers Street, Tartous, Syria; The Main Circle, Civilization Street, Homs, Syria; Quwatli Street, Homs, Syria; Murabit, Hama, Syria; Al Jamelaiah, Aleppo, Syria; Baghdad Street, Latakia, Syria; Latakia, Syria; March 8th Street, Latakia, Syria; University Highway, Al-Zahira, Latakia, Syria; Amara Street, Jeblah, Syria; Daraa, Syria; Al-Qamashil, Northeastern Region, Syria; Al-Hasakah, Syria; Deir Ezzor, Syria; Organization Type: Wholesale of electronic and telecommunications equipment and parts [SYRIA] (Linked To: BIN ALI, Khodr Taher).

EMATEL LLC (a.k.a. EMATEL COMMUNICATIONS; a.k.a. EMMA TEL LLC (Arabic: إيماتيل); a.k.a. EMMATEL; a.k.a.

IMATEL FOR COMMUNICATIONS (Arabic: شركة ايماتيل للاتصالات); a.k.a. "EMATEL"), Shaalan, Damascus, Syria; Mazzeh Highway, Damascus, Syria; Behind Revolution Street, al-Lahoudiyeh, Tartous, Syria; New Zahira Highway, Al Zahira, Damascus, Syria; Marjeh, Damascus, Syria; Daraa Highway, Town Center, Damascus, Syria; Eastern Qalamoun, Rural Damascus, Syria; Flowers Street, Tartous, Syria; The Main Circle, Civilization Street, Homs, Syria; Quwatli Street, Homs, Syria; Murabit, Hama, Syria; Al Jamelaiah, Aleppo, Syria; Baghdad Street, Latakia, Syria; Latakia, Syria; March 8th Street, Latakia, Syria; University Highway, Al-Zahira, Latakia, Syria; Amara Street, Jeblah, Syria; Daraa, Syria; Al-Qamashil, Northeastern Region, Syria; Al-Hasakah, Syria; Deir Ezzor, Syria; Organization Type: Wholesale of electronic and telecommunications equipment and parts [SYRIA] (Linked To: BIN ALI, Khodr Taher).

EMAXON FINANCE INTERNATIONAL INC. (a.k.a. INTERNATIONAL FINANCIAL CORPORATION EMAXON INC.), 8356 Rue Labarre, Montreal, Quebec H4P2E7, Canada; Business Number 1160199932 (Canada) [GLOMAG] (Linked To: GERTLER, Dan).

EMBASSY DEVELOPMENT LIMITED, New Street 26, Saint Helier JE2 3RA, Jersey; Organization Established Date 06 May 2005; Target Type Financial Institution; Registration Number 90112 (United Kingdom) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

EMBEDI, Russia; Herzliya, Israel; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: DIGITAL SECURITY).

EMC SUD LIMITED, King Palace Plaza, No 55 King Yip Street, Rm C, Kwun Tong, Hong Kong, China; Organization Established Date 28 Jun 2017; Registration Number 2550003 (Hong Kong) [RUSSIA-EO14024] (Linked To: KOKOREV, Alexander Aleksandrovich).

EMDAD ASSISTANCE FOUNDATION (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID

COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

EMDAD COMMITTEE FOR ISLAMIC CHARITY (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

EMELIANENKO, Victor (a.k.a. EMELIANENKO, Viktor Andriyovych (Cyrillic: ЕМЕЛЯНЕНКО, Віктор Андрійович); a.k.a. EMELYANENKO, Viktor Andreevich (Cyrillic: ЕМЕЛЬЯНЕНКО,

Виктор Андреевич), 19 Gogol Lane, Orekhovskiy District, Zaporizhzhia Region, Ukraine; DOB 11 Oct 1953; POB Egorovka Village, Orekhovskiy District, Zaporizhzhia Region, Ukraine; nationality Ukraine; Gender Male; Tax ID No. 1964216354 (Ukraine) (individual) [RUSSIA-EO14024].

EMELIANENKO, Viktor Andriyovych (Cyrillic: ЕМЕЛЯНЕНКО, Віктор Андрійович) (a.k.a. EMELIANENKO, Victor; a.k.a. EMELYANENKO, Viktor Andreevich (Cyrillic: ЕМЕЛЬЯНЕНКО, Виктор Андреевич)), 19 Gogol Lane, Orekhovskiy District, Zaporizhzhia Region, Ukraine; DOB 11 Oct 1953; POB Egorovka Village, Orekhovskiy District, Zaporizhzhia Region, Ukraine; nationality Ukraine; Gender Male; Tax ID No. 1964216354 (Ukraine) (individual) [RUSSIA-EO14024].

EMELYANENKO, Viktor Andreevich (Cyrillic: ЕМЕЛЬЯНЕНКО, Виктор Андреевич) (a.k.a. EMELIANENKO, Victor; a.k.a. EMELIANENKO, Viktor Andriyovych (Cyrillic: ЕМЕЛЯНЕНКО, Віктор Андрійович)), 19 Gogol Lane, Orekhovskiy District, Zaporizhzhia Region, Ukraine; DOB 11 Oct 1953; POB Egorovka Village, Orekhovskiy District, Zaporizhzhia Region, Ukraine; nationality Ukraine; Gender Male; Tax ID No. 1964216354 (Ukraine) (individual) [RUSSIA-EO14024].

EMELYANOV, Gennady Egorovich (Cyrillic: ЕМЕЛЬЯНОВ, Геннадий Егорович) (a.k.a. YEMELYANOV, Gennady Egorovich), Russia; DOB 01 Jan 1957; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

EMELYANOVA, Svetlana Petrovna (Cyrillic: ЕМЕЛЬЯНОВА, Светлана Петровна) (a.k.a. EMILIANOVA, Svetlana Petrovna; a.k.a. YEMILIANOVA, Svetlana Petrovna; a.k.a. YEMILYANOVA, Svetlana Petrovna), Russia; DOB 07 Oct 1971; POB Novorossiysk, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

EMENNET PASARGAD (a.k.a. IMANNET PASARGAD), Tehran, Iran; National ID No. 14008996506 (Iran); Business Registration Number 554267 (Iran) [ELECTION-EO13848].

EMERALD FZE (Arabic: اميرالد م م ح; P3-E-LOB, Hamryah Free Zone, Sharjah, United Arab Emirates; E-LOB Office No E-68F-15, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Commercial

Registry Number 11579352 (United Arab Emirates); Registration Number 13108 (United Arab Emirates) [IRAN-EO13846] (Linked To: NAFTIRAN INTERTRADE CO. (NICO) LIMITED).

EMILIANOVA, Svetlana Petrovna (a.k.a. EMELYANOVA, Svetlana Petrovna (Cyrillic: ЕМЕЛЬЯНОВА, Светлана Петровна); a.k.a. YEMILIANOVA, Svetlana Petrovna; a.k.a. YEMILYANOVA, Svetlana Petrovna), Russia; DOB 07 Oct 1971; POB Novorossiysk, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

EMMA LLC (Arabic: شركة ايما), Damascus, Syria; Organization Established Date 19 Jan 2017; Organization Type: Postal activities; alt. Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Only locations in Syria [SYRIA] (Linked To: BIN ALI, Khodr Taher).

EMMA TEL LLC (Arabic: ايماتيل) (a.k.a. EMATEL COMMUNICATIONS; a.k.a. EMATEL LLC; a.k.a. EMMATEL; a.k.a. IMATEL FOR COMMUNICATIONS (Arabic: شركة ايماتيل للاتصالات); a.k.a. "EMATEL"), Shaalan, Damascus, Syria; Mazzeh Highway, Damascus, Syria; Behind Revolution Street, al-Lahoudiyeh, Tartous, Syria; New Zahira Highway, Al Zahira, Damascus, Syria; Marjeh, Damascus, Syria; Daraa Highway, Town Center, Damascus, Syria; Eastern Qalamoun, Rural Damascus, Syria; Flowers Street, Tartous, Syria; The Main Circle, Civilization Street, Homs, Syria; Quwatli Street, Homs, Syria; Murabit, Hama, Syria; Al Jamelaiah, Aleppo, Syria; Baghdad Street, Latakia, Syria; Latakia, Syria; March 8th Street, Latakia, Syria; University Highway, Al-Zahira, Latakia, Syria; Amara Street, Jeblah, Syria; Daraa, Syria; Al-Qamashil, Northeastern Region, Syria; Al-Hasakah, Syria; Deir Ezzor, Syria; Organization Type: Wholesale of electronic and telecommunications equipment and parts [SYRIA] (Linked To: BIN ALI, Khodr Taher).

EMMA TEL PLUS LLC (Arabic: شركة ايماتيل بلس) (a.k.a. IMATEL PLUS LLC), Damascus, Syria; Organization Established Date 17 Jan 2019; Organization Type: Wholesale of electronic and telecommunications equipment and parts [SYRIA] (Linked To: BIN ALI, Khodr Taher).

EMMATEL (a.k.a. EMATEL COMMUNICATIONS; a.k.a. EMATEL LLC; a.k.a. EMMA TEL LLC (Arabic: ايماتيل); a.k.a.

IMATEL FOR COMMUNICATIONS (Arabic: شركة ايماتيل للاتصالات); a.k.a. "EMATEL"), Shaalan, Damascus, Syria; Mazzeh Highway, Damascus, Syria; Behind Revolution Street, al-Lahoudiyeh, Tartous, Syria; New Zahira Highway, Al Zahira, Damascus, Syria; Marjeh, Damascus, Syria; Daraa Highway, Town Center, Damascus, Syria; Eastern Qalamoun, Rural Damascus, Syria; Flowers Street, Tartous, Syria; The Main Circle, Civilization Street, Homs, Syria; Quwatli Street, Homs, Syria; Murabit, Hama, Syria; Al Jamelaiah, Aleppo, Syria; Baghdad Street, Latakia, Syria; Latakia, Syria; March 8th Street, Latakia, Syria; University Highway, Al-Zahira, Latakia, Syria; Amara Street, Jeblah, Syria; Daraa, Syria; Al-Qamashil, Northeastern Region, Syria; Al-Hasakah, Syria; Deir Ezzor, Syria; Organization Type: Wholesale of electronic and telecommunications equipment and parts [SYRIA] (Linked To: BIN ALI, Khodr Taher).

EMMR & CIA. S.A.S. (a.k.a. EMMR AND CIA. S.A.S.; a.k.a. EMMR Y CIA. S.A.S.; a.k.a. EMMR Y COMPANIA S A S), Calle 79 42 318, Barranquilla, Atlantico, Colombia; NIT # 9005964804 (Colombia) [VENEZUELA-EO13850] (Linked To: RUBIO GONZALEZ, Emmanuel Enrique).

EMMR AND CIA. S.A.S. (a.k.a. EMMR & CIA. S.A.S.; a.k.a. EMMR Y CIA. S.A.S.; a.k.a. EMMR Y COMPANIA S A S), Calle 79 42 318, Barranquilla, Atlantico, Colombia; NIT # 9005964804 (Colombia) [VENEZUELA-EO13850] (Linked To: RUBIO GONZALEZ, Emmanuel Enrique).

EMMR Y CIA. S.A.S. (a.k.a. EMMR & CIA. S.A.S.; a.k.a. EMMR AND CIA. S.A.S.; a.k.a. EMMR Y COMPANIA S A S), Calle 79 42 318, Barranquilla, Atlantico, Colombia; NIT # 9005964804 (Colombia) [VENEZUELA-EO13850] (Linked To: RUBIO GONZALEZ, Emmanuel Enrique).

EMMR Y COMPANIA S A S (a.k.a. EMMR & CIA. S.A.S.; a.k.a. EMMR AND CIA. S.A.S.; a.k.a. EMMR Y CIA. S.A.S.), Calle 79 42 318, Barranquilla, Atlantico, Colombia; NIT # 9005964804 (Colombia) [VENEZUELA-EO13850] (Linked To: RUBIO GONZALEZ, Emmanuel Enrique).

EMPIRE MARITIME SERVICES LIMITED, East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

EMPRENDIMIENTOS INMOBILIARIOS MISIONES S.A. (a.k.a. EMPRENDIMIENTOS INMOBILIARIOS MISIONES SOCIEDAD ANONIMA), Ciudad del Este, Paraguay; RUC # 80068352-8 (Paraguay) [GLOMAG] (Linked To: HIJAZI, Khalil Ahmad).

EMPRENDIMIENTOS INMOBILIARIOS MISIONES SOCIEDAD ANONIMA (a.k.a. EMPRENDIMIENTOS INMOBILIARIOS MISIONES S.A.), Ciudad del Este, Paraguay; RUC # 80068352-8 (Paraguay) [GLOMAG] (Linked To: HIJAZI, Khalil Ahmad).

EMPRESA CUBANA DE AVIACION (a.k.a. CUBANA AIRLINES), 32 Main Street, Georgetown, Guyana; 24 Rue Du Quatre Septembre, Paris, France; Belas Airport, Luanda, Angola; Dobrininskaya No. 7, Sec 5, Moscow, Russia; Corrientes 545 Primer Piso, Buenos Aires, Argentina; Frankfurter TOR 8-A, Berlin, Germany; 1 Place Ville Marie, Suite 3431, Montreal, Canada; Parizska 17, Prague, Czech Republic; Paseo de la Republica 126, Lima, Peru; Piarco Airport, Port au Prince, Haiti; c/o Anglo-Caribbean Shipping Co. Ltd., Ibex House, The Minories, London EC3N 1DY, United Kingdom; Norman Manley International Airport, Kingston, Jamaica; Melchor Ocampo 469, 5DF, Mexico City, Mexico; Calle 29 y Avda Justo Arosemena, Panama City, Panama; Grantley Adams Airport, Christ Church, Barbados; Madrid, Spain [CUBA].

EMPRESA CUBANA DE PESCADOS Y MARISCOS (a.k.a. CARIBBEAN EXPORT ENTERPRISE; a.k.a. "CARIBEX"), Paris, France; Milan, Italy; Moscow, Russia; Madrid, Spain; Cologne, Germany; Downsview, Ontario, Canada; Tokyo, Japan [CUBA].

EMPRESA CUBANA EXPORTADORA E IMPORTADORA DE METALES, COMBUSTIBLES Y LUBRICANTES (a.k.a. CUBAMETALES; a.k.a. EMPRESA CUBANA IMPORTADORA DE COMBUSTIBLES Y LUBRICANTES; a.k.a. EMPRESA CUBANA IMPORTADORA Y EXPORTADORA DE COMBUSTIBLES Y LUBRICANTES), Street 30, Number 512 between 5th and 7th, Miramar, Havana, Playa, Cuba; Calzada de Infanta No. 16, Havana, Cuba [VENEZUELA-EO13850].

EMPRESA CUBANA IMPORTADORA DE COMBUSTIBLES Y LUBRICANTES (a.k.a. CUBAMETALES; a.k.a. EMPRESA CUBANA EXPORTADORA E IMPORTADORA DE METALES, COMBUSTIBLES Y LUBRICANTES; a.k.a. EMPRESA CUBANA IMPORTADORA Y EXPORTADORA DE

COMBUSTIBLES Y LUBRICANTES), Street 30, Number 512 between 5th and 7th, Miramar, Havana, Playa, Cuba; Calzada de Infanta No. 16, Havana, Cuba [VENEZUELA-EO13850].

EMPRESA CUBANA IMPORTADORA Y EXPORTADORA DE COMBUSTIBLES Y LUBRICANTES (a.k.a. CUBAMETALES; a.k.a. EMPRESA CUBANA EXPORTADORA E IMPORTADORA DE METALES, COMBUSTIBLES Y LUBRICANTES; a.k.a. EMPRESA CUBANA IMPORTADORA DE COMBUSTIBLES Y LUBRICANTES), Street 30, Number 512 between 5th and 7th, Miramar, Havana, Playa, Cuba; Calzada de Infanta No. 16, Havana, Cuba [VENEZUELA-EO13850].

EMPRESA DE EMPLEOS TEMPORALES LA UNICA LTDA., Calle 38 No. 30A-31 of. 902, Villavicencio, Colombia; NIT # 822000687-1 (Colombia) [SDNTK].

EMPRESA DE TRANSPORTES CHULUCANAS 2000 S.A., Jr. Augusto Gonzales, Olaechea 1311, Urb. Elio, Lima, Peru; RUC # 20458820989 (Peru) [SDNTK].

EMPRESA DE TURISMO NACIONAL Y INTERNACIONAL (a.k.a. CUBATUR), Buenos Aires, Argentina [CUBA].

EMPRESA EDITORA CONTINENTE PRESS S.A., Avenida Javier Prado, Oeste 640, Lima, Peru; RUC # 20381427391 (Peru) [SDNTK].

EMPRESA NICARAGUENSE DE MINAS (a.k.a. ENIMINAS), Residencial Bolonia, de la Embajada Alemania, 2 cuadras Oeste, 1 cuadra Norte, Managua, Nicaragua; Organization Established Date 2017; Organization Type: Mining of other non-ferrous metal ores; Target Type State-Owned Enterprise [NICARAGUA] (Linked To: DELGADO LOPEZ, Ruy).

EN BANK PJSC (a.k.a. BANK EGHTESAD NOVIN; a.k.a. BANK-E EGHTESAD NOVIN; a.k.a. EGHTESAD NOVIN BANK), Vali Asr Street, Above Vanak Circle, across Niayesh, Esfandiari Blvd., No. 24, Tehran, Iran; SWIFT/BIC BEGNIRTH; Website www.enbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

ENALDIEV, Tamerlan Borisovich (Cyrillic: ЕНАЛДИЕВ, Тамерлан Борисович) (a.k.a. ENALDIEV, Tamerlan Borysovych (Cyrillic: ЄНАЛДІЄВ, Тамерлан Борисович)), Moscow, Russia; DOB 06 Dec 1966; Gender Male (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

ENALDIEV, Tamerlan Borysovych (Cyrillic: ЄНАЛДІЄВ, Тамерлан Борисович) (a.k.a. ENALDIEV, Tamerlan Borisovich (Cyrillic: ЕНАЛДИЕВ, Тамерлан Борисович)), Moscow, Russia; DOB 06 Dec 1966; Gender Male (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

ENAS, Moosa (a.k.a. INAS, Moosa), Kalhaidhoo, Maldives; Male, Maldives; DOB 11 Dec 1985; POB Kalhaidhoo, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. A134920 (Maldives); Identification Number A096123 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ENAYATULLAH, Maulawi (a.k.a. FATEHULLAH, Mullah; a.k.a. INAYATULLAH, Maulawi; a.k.a. "Ghowya"), Pakistan; DOB 1972; POB Chahar Darah District, Kunduz Province, Afghanistan; nationality Afghanistan; Gender Male (individual) [SDGT] (Linked To: TALIBAN).

ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfl77@hotmail.com; alt. Email Address wafla@terra.net.lb; Registered Charity No.

1455/99; alt. Registered Charity No. 1155/99 [SDGT].

ENDSHIRE EXPORT MARKETING, United Kingdom [IRAQ2].

ENERGETICHESKI TSENTR OOO (a.k.a. LLC VYGON CONSULTING; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VYGON KONSALTING; a.k.a. VYGON CONSULTING; a.k.a. VYGON KONSALTING OOO), d. 12 pod/et/pom 3/16/1609, Naberezhnaya Krasnopresnenskaya, Moscow 123610, Russia; Organization Established Date 02 Sep 2013; Organization Type: Management consultancy activities; Tax ID No. 7717761234 (Russia); Residency Number 1137746787705 (Russia); Government Gazette Number 18141830 (Russia) [RUSSIA-EO14024].

ENERGOOIL (a.k.a. CJSC ENERGO-OIL; a.k.a. CLOSED JOINT STOCK COMPANY ENERGO-OIL; f.k.a. CLOSED JOINT-STOCK COMPANY TRAYPLENERGO (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАЙПЛЭНЕРГО); a.k.a. ENERGO-OIL (Cyrillic: ЭНЕРГО-ОИЛ); a.k.a. SOVMESTNAYE ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ENERGO-OIL (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЭНЕРГО-ОИЛ); a.k.a. SUMESNAYE ZAKRYTAYE AKTSYYANERNAYE TAVARYSTVA ENERGA-OIL (Cyrillic: СУМЕСНАЕ ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ЭНЕРГА-ОІЛ); a.k.a. SZAO ENERGO-OIL (Cyrillic: СЗАО ЭНЕРГО-ОИЛ); a.k.a. SZAT ENERGA-OIL (Cyrillic: СЗАТ ЭНЕРГА-ОІЛ)), ul. Rakovskaya, d. 14V (3rd floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В (3 этаж), г. Минск 220004, Belarus); Organization Established Date 24 Oct 2001; Registration Number 800011806 (Belarus) [BELARUS-EO14038].

ENERGO-OIL (Cyrillic: ЭНЕРГО-ОИЛ) (a.k.a. CJSC ENERGO-OIL; a.k.a. CLOSED JOINT STOCK COMPANY ENERGO-OIL; f.k.a. CLOSED JOINT-STOCK COMPANY TRAYPLENERGO (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАЙПЛЭНЕРГО); a.k.a. ENERGOOIL; a.k.a. SOVMESTNOYE ZAKRYTOYE AKTSIONERNOYE OBSHCHESTVO ENERGO-OIL (Cyrillic: СОВМЕСТНОЕ ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЭНЕРГО-ОИЛ); a.k.a. SUMESNAYE ZAKRYTAYE AKTSYYANERNAYE

TAVARYSTVA ENERGA-OIL (Cyrillic: СУМЕСНАЕ ЗАКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ЭНЕРГА-ОЙЛ); a.k.a. SZAO ENERGO-OIL (Cyrillic: СЗАО ЭНЕРГО-ОЙЛ); a.k.a. SZAT ENERGA-OIL (Cyrillic: СЗАТ ЭНЕРГА-ОЙЛ)), ul. Rakovskaya, d. 14V (3rd floor), Minsk 220004, Belarus (Cyrillic: ул. Раковская, д. 14В (3 этаж), г. Минск 220004, Belarus); Organization Established Date 24 Oct 2001; Registration Number 800011806 (Belarus) [BELARUS-EO14038].

ENERGOSPECMONTAZH JSC (a.k.a. JSC ENERGOSPECMONTAZH; a.k.a. JSC ENERGOSPETSMONTAZH (Cyrillic: АО ЭНЕРГОСПЕЦМОНТАЖ)), 27, Boytsovaya Street, Moscow 107150, Russia; House 43, structure 1, Kabinet 12 etazh 10, Highway Altufyevskoye, Moscow 127410, Russia; Tax ID No. 7718083574 (Russia); Public Registration Number 07629706 (Russia); Registration Number 1027739052912 [RUSSIA-EO14024].

ENERGOTRADE PLUS DMCC, Unit No: 3O-01-BA1417, Jewellery & Gemplex 3, Plot No: DMCC-PH2-J&GPlexS, Jewellery & Gemplex, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 31 Mar 2021; Company Number 11650050 (United Arab Emirates); Business Number DMCC-807753 (United Arab Emirates); Business Registration Number DMCC190145 (United Arab Emirates) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

ENERGOTSENTR IRKUT (a.k.a. ETS IRKUT OOO), ul Novatorov d 3, Irkutsk 664020, Russia; Tax ID No. 3810035857 (Russia); Registration Number 1043801430530 (Russia) [RUSSIA-EO14024] (Linked To: IRKUT CORPORATION JOINT STOCK COMPANY).

ENERGY ENGINEERS PROCUREMENT AND CONSTRUCTION (a.k.a. GLOBAL TRADING GROUP; a.k.a. GLOBAL TRADING GROUP NV; a.k.a. "EEPC"), Frankrijklei 39, 2nd Floor, Antwerpen 2000, Belgium; 22 Liverpool Street, Freetown, Sierra Leone; Standard Chartered Bank Building, 2nd floor, Kairaba Ave, Banjul, The Gambia; Rue de Canal, G83 Zone 4G, 01BP1280, Abidjan, Cote d Ivoire; Quartier les Cocotiers, Avenue Pape Jean Paul II, Lot 4274, Cotonou, Benin; Frankrijklei 156 (5th floor), Antwerpen 2000, Belgium; Website www.globaltradinggroup.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial

Sanctions Regulations; D-U-N-S Number 37-117-1419 [SDGT] (Linked To: BAZZI, Mohammad Ibrahim).

ENERGY GLOBAL INTERNATIONAL FZE, P.O. Box 1245, Dubai, United Arab Emirates; Email Address MD@energyglobal.info; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ENERGY GOSTAR SINA COMPANY (Arabic: شرکت انرژی گستر سینا) (a.k.a. SINA ENERGY DEVELOPMENT; a.k.a. SINA ENERGY DEVELOPMENT CO.; a.k.a. SINA ENERGY DEVELOPMENT COMPANY; a.k.a. "SEDCO"), No. 8, Sosan Alley, Tabatabaei 1st Street, Fatemi Square, District 6, Tehran, Tehran Province 1415793811, Iran; 14th Floor, Building No. 1, Central Building of the Muslim Revolutionary Islamic Foundation, not reaching the Blvd. Africa, Highway of Mission, Tehran, Iran; Website http://www.sedcompany.ir/; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101345022 (Iran); Registration Number 90128 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

ENERGY NOVIN COMPANY (a.k.a. ENERGY NOVIN CORPORATION; a.k.a. NOVIN ENERGY; a.k.a. NOVIN ENERGY COMPANY; a.k.a. NOVIN ENERGY CORPORATION), Tehran, Iran; 1st Shaghayegh Bld., North Kargar St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

ENERGY NOVIN CORPORATION (a.k.a. ENERGY NOVIN COMPANY; a.k.a. NOVIN ENERGY; a.k.a. NOVIN ENERGY COMPANY; a.k.a. NOVIN ENERGY CORPORATION), Tehran, Iran; 1st Shaghayegh Bld., North Kargar St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

ENERGY NOVIN INDUSTRIAL DEVELOPMENT (a.k.a. ATOMIC FUEL DEVELOPMENT ENGINEERING COMPANY; a.k.a. MATSA COMPANY; a.k.a. "ENID"; a.k.a. "MATSA"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

ENGELSSKOE PRIBOROSTROITELNOE OBYEDINENIE SIGNAL (a.k.a. "EPO SIGNAL"), KV-L 1-I, Privolzhskii 413119, Russia; Tax ID No. 6449042991 (Russia);

Registration Number 1026401974972 (Russia) [RUSSIA-EO14024].

ENGINEERING CENTER OF INNOVATIVE TECHNOLOGIES (a.k.a. TSENTR INNOVATSIONNYKH TEKHNOLOGII I INZHINIRINGA; a.k.a. "ECITECH"), 2 Zavodskoy proezd, office 632, Fryazino 141190, Russia; Tax ID No. 5050127869 (Russia); Registration Number 1165050054949 (Russia) [RUSSIA-EO14024].

ENGINEERING DEPARTMENT OF VAVILOVA PLANT (f.k.a. CENTRAL DESIGN DEPARTMENT PELENG; a.k.a. PELENG JOINT-STOCK COMPANY; a.k.a. PELENG JSC (Cyrillic: ПЕЛЕНГ); a.k.a. PELENG OAO), 25 Makayonka St., Minsk 220114, Belarus; 25 Makaenka St., Minsk 220114, Belarus; Organization Established Date 11 Mar 1994; Government Gazette Number 07526946 (Belarus); Registration Number 100230519 (Belarus) [BELARUS-EO14038].

ENGINEERING DESIGN BUREAU FAKEL (a.k.a. JOINT STOCK COMPANY MACHINE-BUILDING ENGINEERING OFFICE FAKEL NAMED AFTER AKADEMIKA P. D. GRUSHINA; a.k.a. JOINT STOCK COMPANY MKB FAKEL; a.k.a. JSC EBD FAKEL), 33 Akademika Grushina st., Khimki, Moscow Region 141401, Russia; Organization Established Date 18 Oct 2002; Tax ID No. 5047051923 (Russia); Registration Number 1025006173664 (Russia) [RUSSIA-EO14024].

ENIKS AO (a.k.a. JOINT STOCK COMPANY ENIKS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЭНИКС); a.k.a. JSC ENIKS), 120 Korolenko St., Kazan, Tatarstan Republic 420094, Russia; Tax ID No. 1661009974 (Russia); Business Registration Number 1031632202227 (Russia) [RUSSIA-EO14024].

ENIMINAS (a.k.a. EMPRESA NICARAGUENSE DE MINAS), Residencial Bolonia, de la Embajada Alemania, 2 cuadras Oeste, 1 cuadra Norte, Managua, Nicaragua; Organization Established Date 2017; Organization Type: Mining of other non-ferrous metal ores; Target Type State-Owned Enterprise [NICARAGUA] (Linked To: DELGADO LOPEZ, Ruy).

ENNOUINI, Mohamed (a.k.a. LAHBOUS, Mohamed), Algeria; Mali; DOB 1978; nationality Mali (individual) [SDGT].

ENPIVI INZHINIRING, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO ENPIVI INZHINIRING; a.k.a. AO ENPIVI INZHINIRING; a.k.a. NPV ENGINEERING JOINT STOCK COMPANY; a.k.a. NPV ENGINEERING OPEN

JOINT STOCK COMPANY; a.k.a. OJSC NPV ENGINEERING), 5, per. Strochenovski B., Moscow 115054, Russia; PER. Strochenovskii B. D. 5, Moscow 115054, Russia; Website www.npve.narod.ru; Email Address npw@npv.su; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 106774653683; Tax ID No. 7707587805; Government Gazette Number 95533058 [UKRAINE-EO13662] (Linked To: ROTENBERG, Igor Arkadyevich).

ENSAMBLADORA COLOMBIANA AUTOMOTRIZ S.A. (a.k.a. E.C.A. S.A.), Carrera 39 No. 43-75, Barranquilla, Colombia; NIT # 817000791-1 (Colombia) [SDNT].

ENTEBAGH GOSTAR COMPANY (a.k.a. ENTEBAGH GOSTAR SEPEHR; a.k.a. ENTEBAGH GOSTAR SEPEHR COMPANY (Arabic: شرکت انطباق گستر سپهر); a.k.a. "ESG GROUP"), No. 2, Corner of North Yasaman, End of Third Yas, Golha Boulevard, Golestan Town Railway, Tehran, Tehran Province, Iran; Website www.egsepehr.com; alt. Website www.egsepehr.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14006006930 (Iran); Registration ID 529379 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ENTEBAGH GOSTAR SEPEHR (a.k.a. ENTEBAGH GOSTAR COMPANY; a.k.a. ENTEBAGH GOSTAR SEPEHR COMPANY (Arabic: شرکت انطباق گستر سپهر); a.k.a. "ESG GROUP"), No. 2, Corner of North Yasaman, End of Third Yas, Golha Boulevard, Golestan Town Railway, Tehran, Tehran Province, Iran; Website www.egsepehr.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14006006930 (Iran); Registration ID 529379 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ENTEBAGH GOSTAR SEPEHR COMPANY (Arabic: شرکت انطباق گستر سپهر) (a.k.a. ENTEBAGH GOSTAR COMPANY; a.k.a. ENTEBAGH GOSTAR SEPEHR; a.k.a. "ESG GROUP"), No. 2, Corner of North Yasaman, End of Third Yas, Golha Boulevard, Golestan Town Railway, Tehran, Tehran Province, Iran; Website www.egsepehr.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14006006930 (Iran);

Registration ID 529379 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

ENTERPRISE COMERCIO DE MOVEIS E INTERMEDIACAO DE NEGOCIOS EIRELI (Latin: ENTERPRISE COMÉRCIO DE MOVEIS E INTERMEDIAÇÃO DE NEGOCIOS EIRELI) (a.k.a. "CASO E CASA"), Rua Ernesto Nazareth 18, Jardim Paraventi, Guarulhos, Sao Paulo 07120-230, Brazil; Rua Tapaciquara 54, Sala 01, Parque Renato Maia, Guarulhos, Sao Paulo 07114-220, Brazil; Organization Established Date 08 Oct 2019; Tax ID No. 35.116.112/0001-97 (Brazil) [SDGT] (Linked To: AL-KHATIB, Ahmad).

ENTERPRISE SPE PULSAR JSC (a.k.a. JSC NPP PULSAR; a.k.a. JSC SPC PULSAR; a.k.a. OPEN JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ENTERPRISE PULSAR; a.k.a. SPE PULSAR), Pass. Okruzhnoy, House 27, Moscow 105187, Russia; Tax ID No. 7719846490 (Russia); Registration Number 1137746472599 (Russia) [RUSSIA-EO14024].

ENVIGH, S. DE R.L. DE C.V., Bahia de Banderas, Nayarit, Mexico; Organization Established Date 19 Jun 2019; Organization Type: Real estate activities on a fee or contract basis [ILLICIT-DRUGS-EO14059].

ENVIGO GMBH & CO. KG (a.k.a. ENVIGO GMBH AND CO. KG; a.k.a. NAI EUROPE ENERGY GMBH & CO. KG; a.k.a. NAI EUROPE ENERGY GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 27 Feb 2023; Registration Number HRA 740009 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

ENVIGO GMBH AND CO. KG (a.k.a. ENVIGO GMBH & CO. KG; a.k.a. NAI EUROPE ENERGY GMBH & CO. KG; a.k.a. NAI EUROPE ENERGY GMBH AND CO. KG), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany; Organization Established Date 27 Feb 2023; Registration Number HRA 740009 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

ENVIGO VERWALTUNGS GMBH (a.k.a. NAI MANAGEMENT GMBH), Seestr 9, Herrenberg, Baden-Wurttemberg 71083, Germany; Johannes-Kepler-Str 14 + 18, Herrenberg, Baden-Wurttemberg 71083, Germany;

Organization Established Date 25 Nov 2022; Registration Number HRB 788478 (Stuttgart) (Germany) [GLOMAG] (Linked To: RAHMANI, Ajmal).

EPANASTATIKI PIRINES (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. XAKI; a.k.a. "ETA"; a.k.a. "K.A.S.") [SDGT].

EPANASTATIKOS AGHONAS (a.k.a. REVOLUTIONARY STRUGGLE), Greece [FTO] [SDGT].

EPANASTATIKOS LAIKOS AGONAS (a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. "ELA"; a.k.a. "JUNE 78") [SDGT].

EPIFANOVA, Olga Nikolaevna (a.k.a. EPIFANOVA, Olga Nikolayevna (Cyrillic: ЕПИФАНОВА, Ольга Николаевна), Russia; DOB 19 Aug 1966; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

EPIFANOVA, Olga Nikolayevna (Cyrillic: ЕПИФАНОВА, Ольга Николаевна) (a.k.a. EPIFANOVA, Olga Nikolaevna), Russia; DOB 19 Aug 1966; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

EQUIPMENT DEVELOPMENT DEPARTMENT (Chinese Simplified: 装备发展部) (f.k.a. GENERAL ARMAMENT DEPARTMENT), China; CAATSA Section 235 Information: EXPORT SANCTIONS Sec. 235(a)(2); alt. CAATSA Section 235 Information: FOREIGN EXCHANGE. Sec 235(a)(7); alt. CAATSA Section 235 Information: BANKING TRANSACTIONS. Sec 235(a)(8); alt. CAATSA Section 235 Information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec 235(a)(12); alt. CAATSA Section 235 Information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec 235(a)(9) [CAATSA - RUSSIA].

ER BI EICH TULZ (a.k.a. RBH TOOLS LTD), Office 904, 12 Aviamotornaya Street, Moscow 111024, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9717071403 (Russia); Registration Number 1187746824022 (Russia) [RUSSIA-EO14024].

ERA FUND LIMITED LIABILITY COMPANY (a.k.a. ERA FUND LLC (Cyrillic: ООО ФОНД ЭРА); a.k.a. ООО PSB-FINTEKH (Cyrillic: ООО ПСБ-ФИНТЕХ)), Ul. Novo-Sadovaya D. 3 Komnata 163 Floor 3, Samara 443100, Russia (Cyrillic: Улица Ново-садовая, дом 3, комната 163 этаж 3, Самара 443100, Russia); Organization Established Date 04 Sep 2017; Tax ID No. 6316237712 (Russia); Registration Number 1176313076433 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

ERA FUND LLC (Cyrillic: ООО ФОНД ЭРА) (a.k.a. ERA FUND LIMITED LIABILITY COMPANY; a.k.a. ООО PSB-FINTEKH (Cyrillic: ООО ПСБ-ФИНТЕХ)), Ul. Novo-Sadovaya D. 3 Komnata 163 Floor 3, Samara 443100, Russia (Cyrillic: Улица Ново-садовая, дом 3, комната 163 этаж 3, Самара 443100, Russia); Organization Established Date 04 Sep 2017; Tax ID No. 6316237712 (Russia); Registration Number 1176313076433 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

ERA MILITARY INNOVATION TECHNOPOLIS (a.k.a. FEDERAL STATE AUTONOMOUS INSTITUTION MILITARY INNOVATIVE TECHNOPOLIS ERA (Cyrillic: ВОЕННЫЙ ИННОВАЦИОННЫЙ ТЕХНОПОЛИС ЭРА; Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ АВТОНОМНОЕ УЧРЕЖДЕНИЕ ВОЕННЫЙ ИННОВАЦИОННЫЙ ТЕХНОПОЛИС ЭРА; Cyrillic: ФГАУ ВИТ ЭРА; Cyrillic: ТЕХНОПОЛИС ЭРА); a.k.a. FGAU VIT ERA), Pionerskiy Prospekt, 41, Anapa, Krasnodar Krai 353456, Russia; Website www.era-tehnopolis.ru; Email Address era_1@mil.ru; Tax ID No. 2539025440 (Russia) [RUSSIA-EO14024].

ERAGHI, Abdollah (a.k.a. ARAGHI, Abdollah; a.k.a. ARAQI, Abdollah; a.k.a. ARAQI, Abdullah; a.k.a. ERAQI, Abdollah); DOB 1945;

POB Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Lieutenant Commander, IRGC Ground Force; Deputy Commander, IRGC Ground Forces; Brigadier General; Former Commander, Greater Tehran's Mohammad Rasulollah IRGC; Former Chief, Greater Tehran Revolutionary Guards (individual) [SDGT] [IRGC] [IRAN-HR].

ERA-MEDIA TOV (Cyrillic: ЕРА-МЕДІА ТОВ), Bul. Verhovnoe Radi 20, Kiev, Dniprovskyi R-N 02100, Ukraine; Website eramedia.com.ua; Identification Number 37292551 (Ukraine) [ELECTION-EO13848] (Linked To: DERKACH, Andrii Leonidovych).

ERAQI, Abdollah (a.k.a. ARAGHI, Abdollah; a.k.a. ARAQI, Abdollah; a.k.a. ARAQI, Abdullah; a.k.a. ERAGHI, Abdollah); DOB 1945; POB Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Lieutenant Commander, IRGC Ground Force; Deputy Commander, IRGC Ground Forces; Brigadier General; Former Commander, Greater Tehran's Mohammad Rasulollah IRGC; Former Chief, Greater Tehran Revolutionary Guards (individual) [SDGT] [IRGC] [IRAN-HR].

ERAZO NOLASCO, Eduardo (a.k.a. "COLOCHO DE WESTER"); DOB 09 Jul 1972; POB San Salvador, El Salvador; citizen El Salvador (individual) [TCO].

ERDEM, Selahattin (a.k.a. KALKAN, Duran); DOB 1954; alt. DOB 1958; POB Adana, Tufanbeyli, Turkey; alt. POB Derik, Turkey; citizen Turkey; Turkish Identification Number 18538165962 (Turkey) (individual) [SDNTK].

ERDOGAN, Emrah (a.k.a. "AL-KURDI, Salahuddin"); DOB 1987 to 1989; POB Turkey; nationality Germany (individual) [SDGT].

ERIDI, Sami Mahmoud Mohammad (a.k.a. AL-URAYDI, Sami Mahmoud Mohammed; a.k.a. "AL-SHAMI, Abu Mahmud"), Syria; DOB 1973; POB Amman, Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport K086725 (Jordan) issued 12 Oct 2008; Identification Number 973103364 (Jordan) (individual) [SDGT] (Linked To: HURRAS AL-DIN).

ERINER LIMITED, Orthodoxou Tower, Floor 3, 44 Inomenon Ethnon, Larnaca 6042, Cyprus; Kingsfordweg 321, 1043 GR Limassol, Cyprus; Organization Established Date 28 Jun 2021; Target Type Private Company; Business Registration Number HE423113 (Cyprus) [RUSSIA-EO14024] (Linked To: DE GEETERE, Hans).

ERITREAN DEFENSE FORCE (a.k.a. ERITREAN DEFENSE FORCES), Eritrea; Organization Established Date 1993; Target Type Government Entity [ETHIOPIA-EO14046].

ERITREAN DEFENSE FORCES (a.k.a. ERITREAN DEFENSE FORCE), Eritrea; Organization Established Date 1993; Target Type Government Entity [ETHIOPIA-EO14046].

ERIYADHU INVESTMENTS PVT LTD, Chaandhanee Magu, Machchangolhi, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number C-0725/2009 (Maldives) [SDGT] (Linked To: SHIYAM, Ali).

ERJM LIMITED (a.k.a. "ERJM LTD"), 18 Regent Street Kingswood, Bristol, Avon BS15 8JS, United Kingdom; Website www.erjmltd.com; Organization Established Date 08 Jul 2016; V.A.T. Number GB264205718 (United Kingdom) [ILLICIT-DRUGS-EO14059] (Linked To: GRIMM, Matthew Simon).

ERMAKOV, Aleksandr (Cyrillic: ЕРМАКОВ, Александр) (a.k.a. "blade_runner"; a.k.a. "GistaveDore"; a.k.a. "GustaveDore"; a.k.a. "JimJones"), Moscow, Russia; DOB 16 May 1990; nationality Russia; Email Address ae.ermak@yandex.ru; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

ERMAKOV, Maksim Yuryevich (a.k.a. ERMAKOV, Maxim), Moscow, Russia; DOB 16 Mar 1979; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 772200526045 (Russia) (individual) [RUSSIA-EO14024].

ERMAKOV, Maxim (a.k.a. ERMAKOV, Maksim Yuryevich), Moscow, Russia; DOB 16 Mar 1979; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 772200526045 (Russia) (individual) [RUSSIA-EO14024].

ERMAKOVA, Mariya Gennadevna (Cyrillic: ЕРМАКОВА, Мария Геннадьевна) (a.k.a. YERMAKOVA, Maria (Cyrillic: ЕРМАКОВА, Мария)), Crimea, Ukraine; DOB 1984; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

ERPAC (a.k.a. EJERCITO REVOLUCIONARIO POPULAR ANTITERRORISTA DE COLOMBIA; a.k.a. PEOPLE'S REVOLUTIONARY ANTI-TERRORIST ARMY OF COLOMBIA), Colombia [SDNTK].

ERPSCAN (Cyrillic: ЕРПСКАН), Russia; Amsterdam, Netherlands; Prague, Czech Republic; Tel Aviv, Israel; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: DIGITAL SECURITY).

ERSHOV, Sergei Aleksandrovich (a.k.a. YERSHOV, Sergey Aleksandrovich (Cyrillic: ЕРШОВ, Сергей Александрович)), Russia; DOB 16 Oct 1952; nationality Russia; Gender Male; Tax ID No. 502601808086 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OOO SERNIYA INZHINIRING; Linked To: OOO SERTAL).

ERSHOVA, Anna Sergeevna (Cyrillic: ЕРШОВА, Анна Сергеевна) (f.k.a. SOBIANINA, Anna Sergeyevna; f.k.a. SOBYANINA, Anna Sergeevna (Cyrillic: СОБЯНИНА, Анна Сергеевна); f.k.a. SOBYANINA, Anna Sergeyevna; a.k.a. YERSHOVA, Anna Sergeyevna), Moscow, Russia; DOB 02 Oct 1986; POB Tyumen, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: SOBYANIN, Sergey Semyonovich).

ERTEBAT GOSTAR NOVIN, Unit 207, No. 20 Salehi Boulevard, Tarasht, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ERTEBATE EGHTESSADE MONIR (a.k.a. NEGIN PARTO; a.k.a. NEGIN PARTO KHAVAR; a.k.a. NEGIN PARTO KHAVAR CO. LTD.; a.k.a. PAYAN AVARAN OMRAN), Fatmi Gharabi Street, between Sindokht and Etemad Zadeh, Block 307, Floor 3, Unit 7, Tehran 1411816191, Iran; Unit 7, No. 279 West Fatemi Street, Tehran 1411816191, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ERVIN DANESH (a.k.a. ERVIN DANESH ARYAN COMPANY), 5th Floor, No. 78, Forsat Shirazi Street, North Kargar Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ERVIN DANESH ARYAN COMPANY (a.k.a. ERVIN DANESH), 5th Floor, No. 78, Forsat Shirazi Street, North Kargar Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ES SAYED, Abdelkader Mahmoud (a.k.a. ES SAYED, Kader), Via del Fosso di Centocelle n.66, Roma, Italy; DOB 26 Dec 1962; POB Egypt; Italian Fiscal Code SSYBLK62T26Z336L (individual) [SDGT].

ES SAYED, Kader (a.k.a. ES SAYED, Abdelkader Mahmoud), Via del Fosso di Centocelle n.66, Roma, Italy; DOB 26 Dec 1962; POB Egypt; Italian Fiscal Code SSYBLK62T26Z336L (individual) [SDGT].

ESAGE LAB (a.k.a. TSOR SECURITY; a.k.a. ZORSECURITY), Luzhnetskaya Embankment 2/4, Building 17, Office 444, Moscow 119270, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Registration ID 1127746601817 (Russia); Tax ID No. 7704813260 (Russia); alt. Tax ID No. 7704010041 (Russia) [CYBER2].

ESAH, Wali Adam (a.k.a. ALVI, Mohammad Masood Azhar; a.k.a. AZHAR, Masud; a.k.a. ISAH, Wali Adam), 1260/108, Block N0.6-B, Kausar Colony, Model Town-B, Bahawalpur, Punjab Province, Pakistan; Lahore City, Lahore District, Punjab Province, Pakistan; DOB 10 Jul 1968; alt. DOB 10 Jun 1968; POB Bahawalpur, Punjab Province, Pakistan; nationality Pakistan; citizen Pakistan; Maulana (individual) [SDGT].

E-SAIL SHIPPING COMPANY LTD (a.k.a. ESAIL SHIPPING LIMITED; f.k.a. SANTEX LINES), Building  1088, Suite 1501, Pudong South Road (Shanghai Zhong Rong Plaza), Shanghai 200122, China; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. 1429927 (Hong Kong) [IRAN] [NPWMD] [IFSR].

ESAIL SHIPPING LIMITED (a.k.a. E-SAIL SHIPPING COMPANY LTD; f.k.a. SANTEX LINES), Building  1088, Suite 1501, Pudong South Road (Shanghai Zhong Rong Plaza), Shanghai 200122, China; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. 1429927 (Hong Kong) [IRAN] [NPWMD] [IFSR].

ESBATI, Mostafa; DOB 17 Jul 1961; Additional Sanctions Information - Subject to Secondary Sanctions; Passport D9004869 (Iran) (individual) [NPWMD] [IFSR].

ESCALON, Abdulpatta Abubakar (a.k.a. ABUBAKAR, Abdul Patta Escalon; a.k.a. ABUBAKAR, Abdulpatta Escalon; a.k.a. "ABU BAKAR, Abdul Patta"), Philippines; Jeddah, Saudi Arabia; Daina, Saudi Arabia; DOB 03 Mar 1965; alt. DOB 01 Jan 1965; alt. DOB 11 Jan 1965; POB Tuburan, Basilan Province, Philippines; nationality Philippines; Gender Male; Passport EC6530802 (Philippines) expires 19 Jan 2021; alt. Passport EB2778599 (Philippines); National ID No. 2135314355 (Saudi Arabia); alt. National ID No. 202112421 (Saudi Arabia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

ESCARRA MALAVE, Hermann Eduardo, Miranda, Venezuela; DOB 08 Apr 1952; citizen Venezuela; Gender Male; Cedula No. 3820195 (Venezuela); Constituent of Venezuela's Constituent Assembly for Zamora Municipality in Miranda State; Member of Venezuela's Presidential Commission for the Constituent Assembly (individual) [VENEZUELA].

ESFAHAN OPTIC INDUSTRY (a.k.a. ELECTRO OPTIC SAIRAN INDUSTRIES CO. (Arabic: صنایع الكترو اپتیک صائران); a.k.a. ESFAHAN OPTICS INDUSTRY; a.k.a. ISFAHAN OPTIC INDUSTRIES COMPANY; a.k.a. ISFAHAN OPTICAL INDUSTRY; a.k.a. ISFAHAN OPTICS INDUSTRIES; a.k.a. ISFAHAN OPTICS INDUSTRY; a.k.a. ISHAHAN OPTICS INDUSTRIES CO.; a.k.a. SANAYE-E OPTIKE ESFAHAN; a.k.a. SANOYE ELEKTRONIK SAIRAN; a.k.a. "ISFAHAN OPTICS"; a.k.a. "SAPA"), P.O. Box 81465-313, Kaveh Ave, Isfahan, Iran; Kaveh Street, Isfahan 814651117, Iran; Website https://sapa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1985; National ID No. 10260437477 (Iran); Registration Number 22928 (Iran) [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ESFAHAN OPTICS INDUSTRY (a.k.a. ELECTRO OPTIC SAIRAN INDUSTRIES CO. (Arabic: صنایع الكترو اپتیک صائران); a.k.a. ESFAHAN OPTIC INDUSTRY; a.k.a. ISFAHAN OPTIC INDUSTRIES COMPANY; a.k.a. ISFAHAN OPTICAL INDUSTRY; a.k.a. ISFAHAN OPTICS INDUSTRIES; a.k.a. ISFAHAN OPTICS INDUSTRY; a.k.a. ISHAHAN OPTICS INDUSTRIES CO.; a.k.a. SANAYE-E OPTIKE ESFAHAN; a.k.a. SANOYE ELEKTRONIK SAIRAN; a.k.a. "ISFAHAN OPTICS"; a.k.a. "SAPA"), P.O. Box 81465-313, Kaveh Ave, Isfahan, Iran; Kaveh Street, Isfahan 814651117, Iran; Website https://sapa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1985; National ID No. 10260437477 (Iran); Registration Number 22928 (Iran) [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ESFAHAN PRISON (a.k.a. DASTGERD PRISON; a.k.a. ISFAHAN CENTRAL PRISON (Arabic: زندان مركزی اصفهان)), Isfahan City, Isfahan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

ESFAHAN STEEL COMPANY (a.k.a. "ECSO"), End of Zob Ahan Highway- Esfahan Steel Company, 8593111111, Iran; Townhid building, end of Zob Ahan Highway No. 178, Saadi Boulevard, The Steel Highway, Esfahan 81756-14461, Iran; PO Box 81756-14461, No. 178 Saadi Boulevard, Esfahan, Iran; Website http://www.esfahansteel.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 25230 (Iran) [IRAN-EO13871].

ESFAHANI, Pouria Mir Damadi (a.k.a. MIRDAMADI, Pouria), Iran; DOB 20 Sep 1979; POB Tehran, Iran; nationality France; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0703THR00011 (France) (individual) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

ESFAHAN'S MOBARAKEH STEEL COMPANY (a.k.a. ESFAHAN'S MOBARAKEH STEEL PUBLIC JOINT STOCK COMPANY; a.k.a. MOBARAKEH STEEL COMPANY), P.O. Box 161-84815, Mobarakeh, Esfahan 11131-84881, Iran; Mobarakeh Steel Company, Sa'adat Abad St., Azadi SQ., Esfahan, Esfahan, Iran; Mobarakeh Steel Company, No. 2, Gol Azin Alley, Kouhestan St., Ketah SQ., Sa'adat Abad, Tehran, Iran; Website www.en.msc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10260289464 (Iran); Commercial Registry Number 411175869887 (Iran) [SDGT] [IFSR] [IFCA] [IRAN-EO13871] (Linked To: MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY).

ESFAHAN'S MOBARAKEH STEEL PUBLIC JOINT STOCK COMPANY (a.k.a. ESFAHAN'S MOBARAKEH STEEL COMPANY; a.k.a. MOBARAKEH STEEL COMPANY), P.O. Box 161-84815, Mobarakeh, Esfahan 11131-84881, Iran; Mobarakeh Steel Company, Sa'adat Abad St., Azadi SQ., Esfahan, Esfahan, Iran; Mobarakeh Steel Company, No. 2, Gol Azin Alley, Kouhestan St., Ketah SQ., Sa'adat Abad, Tehran, Iran; Website www.en.msc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10260289464 (Iran); Commercial Registry Number 411175869887 (Iran) [SDGT] [IFSR] [IFCA] [IRAN-EO13871] (Linked To: MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY).

ESFANJANI, Ali (Arabic: على اسفنجانى), Iran; DOB 15 Aug 1985; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport P30251288 (Iran) expires 01 Jun 2019 (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

ESFARAYEN INDUSTRIAL COMPLEX (a.k.a. "EICO"), No. 7 Alvand Alley Street, Ghaem Magham Farahani Avenue, Tehran 1589673711, Iran; Number 20, Alvand St., Ghaem Magham-e-Farahani Ave, Tehran, Iran; 12th km of Bojnurd-Esfarayen Road, North Khorasan, Iran; PO Box 15745-513, Tehran, Iran; Website www.esfst.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1990; National ID No. 89046 (Iran) issued 1990 [IRAN-EO13871].

ESHELON INNOVATSII (a.k.a. LIMITED LIABILITY COMPANY ECHELON INNOVATIONS (Cyrillic: ЭШЕЛОН ИННОВАЦИИ); a.k.a. LLC ECHELON INNOVATIONS), Ul. Elektrozavodskaya d. 24, Moscow 107023, Russia; Organization Established Date 29 Aug 2013; Tax ID No. 7718945192 (Russia); Registration Number 1137746780490 (Russia) [RUSSIA-EO14024].

ESHSTRUT, Anastasiya Olegovna (a.k.a. ZHUKOVA, Anastasia Olegovna; a.k.a. ZHUKOVA, Anastasija Olegovna; a.k.a. ZHUKOVA, Anastasiya Olegovna), Russia; DOB 02 Aug 1987; POB Moscow, Russia; nationality Russia; Gender Female; National ID No. 421387317 (Russia); Tax ID No. 772608372923 (Russia) (individual) [RUSSIA-EO14024].

ESKANDARI, Mohammad (Arabic: محمد اسكندرى), Iran; POB Shahroud, Semnan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4590171252 (Iran) (individual) [IRAN-EO13876] (Linked To: SINA FINANCIAL AND INVESTMENT HOLDING COMPANY).

ESLAMI, Mansour; DOB 21 Jan 1965; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport H37045909 (Iran) (individual) [IRAN].

ESLAMI, Mortaza Rajabi (a.k.a. AL-ZAHIR, Rajabi Ali; a.k.a. RAJABI, Morteza; a.k.a. RAJABIESLAMI, Morteza), #2007, 20th Floor, Grand Hyatt Residence, Qudmetha St., Dubai 7167, United Arab Emirates; DOB 05 Jul 1969; POB Tehran, Iran; nationality Iran; citizen Saint Kitts and Nevis; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Personal ID Card 166730510001 (United Kingdom) (individual) [IRAN-EO13846] (Linked To: NAFTIRAN INTERTRADE CO. (NICO) LIMITED).

ESMAEL, Taleb H. A. J. (a.k.a. ISMAIL, Talib Husayn Ali Jarak), Block 8, Street 20, House No. 33, Jabriya, Kuwait; Street 21, Salem Al Mubarak Avenue, Block 20, Building 13, Salmiya, Kuwait; PO Box 3390, Safat 13034, Kuwait City, Kuwait; PO Box 126, Safat 13002, Kuwait City, Kuwait; Block 8, Street 103, Building 33, Apartment 33, Jabriya, Kuwait; Mubarak Al Kabir, Darwaza abdul Razak Square, Kuwait City, Kuwait; DOB 30 Apr 1956; POB Kuwait City, Kuwait; nationality Kuwait; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

ESMAELI, Reza-Gholi; DOB 03 Apr 1961; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport A0002302 (Iran) (individual) [NPWMD] [IFSR].

ESMAIL, Abdurazak (a.k.a. ABDELRAZAK, Ismail; a.k.a. FITIWI, Abdurazak; a.k.a. FITIWI, Abd al-Razzak), Tripoli, Libya; Sabratha, Libya; Benghazi, Libya; DOB 1985 to 1987; POB

Massawa, Eritrea; nationality Sudan; Gender Male (individual) [LIBYA3].

ESMA'ILPUR, Asghar, Iran; DOB 07 Mar 1973; POB Tehran, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0059243228 (Iran) (individual) [NPWMD] [IFSR] (Linked To: AEROSPACE INDUSTRIES ORGANIZATION).

ESMERALDAS COLOMBIANAS CERRO GUALILO LTDA. C.I. (a.k.a. GUALILO LTDA. C.I.), Transversal 46 No. 152 - 46 Ofc. 276, Bogota, Colombia; NIT # 830124149-2 (Colombia) [SDNTK].

ESMERALDAS NARAPAY LTDA, Transversal 40 No. 150 - 46 Ofc. 259, Bogota, Colombia; NIT # 900022457-1 (Colombia) [SDNTK].

ESPANA CAICEDO, Euclides (a.k.a. HENAO MUNOZ, Jhon Fredey; a.k.a. "JHONIER"; a.k.a. "JONIER"; a.k.a. "JONNIER"), Cauca Department, Colombia; DOB 29 Dec 1973; POB Albania, Caqueta Department, Colombia; citizen Colombia; Gender Male; Cedula No. 17674103 (Colombia) (individual) [SDGT] (Linked To: REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY).

ESPANA INFORMATICA S.A. (a.k.a. ESPANA INFORMATICA SA (Latin: ESPAÑA INFORMÁTICA SA)), Ciudad del Este, Paraguay; RUC # 80028331-7 (Paraguay) [GLOMAG] (Linked To: HIJAZI, Kassem Mohamad).

ESPANA INFORMATICA SA (Latin: ESPAÑA INFORMÁTICA SA) (a.k.a. ESPANA INFORMATICA S.A.), Ciudad del Este, Paraguay; RUC # 80028331-7 (Paraguay) [GLOMAG] (Linked To: HIJAZI, Kassem Mohamad).

ESPARRAGOZA GASTELUM, Brenda Guadalupe, Calle Calkini Manzana 11 Lote 1, Colonia Residencia Sol del Mayab, Benito Juarez, Quintana Roo C.P. 77533, Mexico; Calle Morelos No. 2223, Colonia Arcos Vallarta, Guadalajara, Jalisco C.P. 44130, Mexico; Circuito Fuentes de Pedregal No. 478 Interior 1103, Colonia Fuentes de Pedregal, Delegacion Tlalpan, Mexico City, Distrito Federal C.P. 14140, Mexico; Avenida de la Patria No. 685 Interior 1, Fraccionamiento Jardines Universidad, Zapopan, Jalisco, Mexico; DOB 27 Mar 1978; POB Guadalajara, Jalisco, Mexico; R.F.C. EAGB780327UB5 (Mexico); C.U.R.P. EAGB780327MJCSSR11 (Mexico) (individual) [SDNTK] (Linked To: GRUPO IMPERGOZA,

S.A. DE C.V.; Linked To: SOCIALIKA RENTAS Y CATERING, S.A. DE C.V.).

ESPARRAGOZA GASTELUM, Cristian Ivan, Avenida de la Patria No. 685 Interior 1, Fraccionamiento Jardines Universidad, Zapopan, Jalisco, Mexico; Calle Bulgaria No. 139 Interior 4, Colonia Portales, Delegacion Benito Juarez, Mexico City, Distrito Federal C.P. 03300, Mexico; Calle Rumania No. 10, Colonia Portales, Delegacion Benito Juarez, Mexico City, Distrito Federal C.P. 03300, Mexico; Calle Sierra Gorda No. 37 Interior 60, Colonia Lomas de Chapultepec, Delegacion Miguel Hidalgo, Mexico City, Distrito Federal C.P. 11000, Mexico; DOB 17 Jan 1981; POB Guadalajara, Jalisco, Mexico; R.F.C. EAGC810117AY8 (Mexico); C.U.R.P. EAGC810117HJCSSR07 (Mexico) (individual) [SDNTK] (Linked To: GRUPO CINJAB, S.A. DE C.V.; Linked To: GRUPO IMPERGOZA, S.A. DE C.V.).

ESPARRAGOZA GASTELUM, Juan Ignacio, Avenida de la Patria No. 685 Interior 1, Fraccionamiento Jardines Universidad, Zapopan, Jalisco, Mexico; Calle Gutierrez Zamora No. 223, Fraccionamiento Las Aguilas, Delegacion Alvaro Obregon, Mexico City, Distrito Federal C.P. 01020, Mexico; DOB 12 Nov 1972; POB San Luis Rio Colorado, Sinaloa, Mexico; R.F.C. EAGJ721112Cl2 (Mexico) (individual) [SDNTK] (Linked To: GRUPO IMPERGOZA, S.A. DE C.V.).

ESPARRAGOZA GASTELUM, Nadia Patricia, Anillo de Periferico Sur No. 4863 Interior 902, Colonia Tepepan, Delegacion Tlalpan, Mexico City, Distrito Federal C.P. 14610, Mexico; Calle Chichen Itza No. 4644, Colonia Mirador del Sol, Zapopan, Jalisco C.P. 45054, Mexico; Calle Morelos No. 2223, Colonia Arcos Vallarta, Guadalajara, Jalisco C.P. 44130, Mexico; Avenida de la Patria No. 685 Interior 1, Fraccionamiento Jardines Universidad, Zapopan, Jalisco, Mexico; DOB 19 Apr 1976; POB Guadalajara, Jalisco, Mexico; R.F.C. EAGN760419LC8 (Mexico); C.U.R.P. EAGN760419MJCSSD05 (Mexico) (individual) [SDNTK] (Linked To: GRUPO CINJAB, S.A. DE C.V.; Linked To: GRUPO IMPERGOZA, S.A. DE C.V.).

ESPARRAGOZA MORENO, Juan Jose, Avenida Los Angeles No. 5183, Colonia Las Palmas, Tijuana, Baja California CP 22440, Mexico; Calle Colima 2316, Colonia Francisco I. Madero, Tijuana, Baja California CP 22150, Mexico; Calle 8 8988, Colonia Zona Este,

Tijuana, Baja California CP 22000, Mexico; Cjon. Quintana Roo 8220, Colonia Zona Este, Tijuana, Baja California, Mexico; Predio Rustico en Km. 42 - 43 de la Carretera, Tijuana-Ensenada, Baja California, Mexico; DOB 03 Feb 1949; alt. DOB 02 Mar 1949; POB Chuicopa, Sinaloa, Mexico (individual) [SDNTK].

ESPARZA GARCIA, Veronica, Mexico; DOB 16 Jan 1973; POB Sinaloa, Mexico; citizen Mexico; Gender Female; C.U.R.P. EAGV730116MSLSRR04 (Mexico) (individual) [VENEZUELA-EO13850].

ESPINOZA AGUILAR, Altagracia (a.k.a. ESPINOZA AGUILAR, Diana; a.k.a. ESPINOZA AGUILAR, Diana Altagracia); DOB 17 Jul 1970; POB Matachi, Chihuahua, Mexico; C.U.R.P. EIAD700717MCHSGN09 (Mexico) (individual) [SDNTK] (Linked To: CARO QUINTERO, Rafael).

ESPINOZA AGUILAR, Diana (a.k.a. ESPINOZA AGUILAR, Altagracia; a.k.a. ESPINOZA AGUILAR, Diana Altagracia); DOB 17 Jul 1970; POB Matachi, Chihuahua, Mexico; C.U.R.P. EIAD700717MCHSGN09 (Mexico) (individual) [SDNTK] (Linked To: CARO QUINTERO, Rafael).

ESPINOZA AGUILAR, Diana Altagracia (a.k.a. ESPINOZA AGUILAR, Altagracia; a.k.a. ESPINOZA AGUILAR, Diana); DOB 17 Jul 1970; POB Matachi, Chihuahua, Mexico; C.U.R.P. EIAD700717MCHSGN09 (Mexico) (individual) [SDNTK] (Linked To: CARO QUINTERO, Rafael).

ESPINOZA RODRIGUEZ, Maria de Jesus (Latin: ESPINOZA RODRÍGUEZ, María de Jesús), Mexico; DOB 30 Aug 1990; POB Sinaloa, Sinaloa, Mexico; nationality Mexico; Gender Female; R.F.C. EIRJ900830781 (Mexico); C.U.R.P. EIRJ900830MSLSDS06 (Mexico) (individual) [SDNTK] (Linked To: RUELAS TORRES DRUG TRAFFICKING ORGANIZATION).

ESQUERRA ESQUER, Jorge Enrique; DOB 25 Mar 1980; POB Culiacan, Sinaloa, Mexico; C.U.R.P. EUEJ800325HSLSSR02 (Mexico) (individual) [SDNTK] (Linked To: GRUPO CINJAB, S.A. DE C.V.; Linked To: GRUPO IMPERGOZA, S.A. DE C.V.).

ESSA, Agila Saleh (a.k.a. GWAIDER, Ageela Salah Issa; a.k.a. GWAIDER, Agila Saleh Issa; a.k.a. ISSA, Aguila Saleh; a.k.a. QUYDIR, Aqilah Salih; a.k.a. SALEH, Aqilah); DOB 01 Jun 1942; POB Elgubba, Libya; nationality Libya; Passport D001001 (Libya) issued 22 Jan

2015 expires 22 Jan 2017; President and Speaker of the Libyan House of Representatives (individual) [LIBYA3].

ESSA, Salim (a.k.a. ESSA, Salim Aziz), Johannesburg, South Africa; DOB 15 Jan 1978; nationality South Africa; Gender Male; Passport M00073786 (South Africa) issued 09 Nov 2012 expires 08 Nov 2022; National ID No. 7801155017084 (South Africa) (individual) [GLOMAG].

ESSA, Salim Aziz (a.k.a. ESSA, Salim), Johannesburg, South Africa; DOB 15 Jan 1978; nationality South Africa; Gender Male; Passport M00073786 (South Africa) issued 09 Nov 2012 expires 08 Nov 2022; National ID No. 7801155017084 (South Africa) (individual) [GLOMAG].

ESSAADI, Moussa Ben Amor Ben Ali (a.k.a. "ABDELRAHMMAN"; a.k.a. "BECHIR"; a.k.a. "DAH DAH"), Via Milano n.108, Brescia, Italy; DOB 04 Dec 1964; POB Tabarka, Tunisia; nationality Tunisia; Passport L335915 issued 08 Nov 1996 expires 07 Nov 2001 (individual) [SDGT].

ESSABAR, Zakariya (a.k.a. ESSABAR, Zakarya), Dortmunder Strasse 38, Hamburg 22419, Germany; DOB 13 Apr 1977; alt. DOB 03 Apr 1977; POB Essaouria, Morocco (individual) [SDGT].

ESSABAR, Zakarya (a.k.a. ESSABAR, Zakariya), Dortmunder Strasse 38, Hamburg 22419, Germany; DOB 13 Apr 1977; alt. DOB 03 Apr 1977; POB Essaouria, Morocco (individual) [SDGT].

ES-SHAHID (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. AL-SHAHID CORPORATION; a.k.a. BONYAD SHAHID; a.k.a. BONYAD-E SHAHID; a.k.a. BONYAD-E SHAHID VA ISARGARAN; a.k.a. IRANIAN MARTYRS FUND; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHID FOUNDATION; a.k.a. SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815-1394, Tehran 15900, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

ESSID, Sami Ben Khemais (a.k.a. ELSSEID, Sami Ben Khamis Ben Saleh), Via Dubini n.3, Gallarate, VA, Italy; DOB 10 Feb 1968; POB Tunisia; nationality Tunisia; Passport K929139 issued 14 Feb 1995 expires 13 Feb 2000;

Italian Fiscal Code SSDSBN68B10Z352F (individual) [SDGT].

ESTABLO LECHERO PUERTO RICO (a.k.a. ESTABLO PUERTO RICO S.A. DE C.V.), Carretera El Salado, Quila KM 4, Culiacan, Sinaloa, Mexico; Calle Indio De Guelatao Interior 20230, Colonia Miguel Hidalgo, Culiacan, Sinaloa, Mexico; Avenida Manuel Vallarta 2141, Colonia Centro, Culiacan, Sinaloa 80129, Mexico; R.F.C. EPR-000322-UM9 (Mexico) [SDNTK].

ESTABLO PUERTO RICO S.A. DE C.V. (a.k.a. ESTABLO LECHERO PUERTO RICO), Carretera El Salado, Quila KM 4, Culiacan, Sinaloa, Mexico; Calle Indio De Guelatao Interior 20230, Colonia Miguel Hidalgo, Culiacan, Sinaloa, Mexico; Avenida Manuel Vallarta 2141, Colonia Centro, Culiacan, Sinaloa 80129, Mexico; R.F.C. EPR-000322-UM9 (Mexico) [SDNTK].

ESTACION DE SERVICIO GBJ (a.k.a. GBJ DE COLIMA, S.A. DE C.V.), Avenida Benito Juarez No. 1039, Col. Villas del Rio, Villa de Alvarez, Colima C.P. 28970, Mexico; R.F.C. GCO070626DY8 (Mexico) [SDNTK].

ESTACION DE SERVICIO LA FLORESTA DE FUENTE DE ORO, Casco Urbano Salida Puerto Lleras, Fuente de Oro, Meta, Colombia; Matricula Mercantil No 00017159 (Colombia) [SDNTK].

ESTACION DE SERVICIO LA TURQUESA, Calle 6 No. 1-02, Puerto Lleras, Meta, Colombia; Matricula Mercantil No 00091367 (Colombia) [SDNTK].

ESTACION DE SERVICIO SERVIAGRICOLA DEL ARIARI, Cruce Puerto Rico, Puerto Lleras, Meta, Colombia; Matricula Mercantil No 00029517 (Colombia) [SDNTK].

ESTACION GUADALUPE (a.k.a. ADMINISTRADORA DEL ORIENTE; a.k.a. HOTEL REGENTE), Guatemala; NIT # 7142099 (Guatemala) [SDNTK].

ESTACIONES DE SERVICIOS CANARIAS, S.A. DE C.V. (n.k.a. COMBUSERVICIOS LOS TRES RIOS, S.A. DE C.V.), Blvd. Enrique Felix Castro No. 1029, Col. Desarrollo Urbano Tres Rios, Culiacan, Sinaloa C.P. 80020, Mexico; R.F.C. ESC-100224-2J9 (Mexico) [SDNTK].

ESTANCIA INFANTIL NINO FELIZ S.C., Avenida Manuel Vallarta 2141, Colonia Centro, Culiacan, Sinaloa 80129, Mexico [SDNTK].

ESTATE MANAGEMENT CO. LTD. (a.k.a. ESTATE MANAGMENT COMPANY LIMITED (Cyrillic: ООО ЭСТЕЙТ МЕНЕДЖМЕНТ)), d. 11 litera A kom. 437 ofis A410, per. Degtyarny,

St. Petersburg 191144, Russia; Organization Established Date 19 Feb 2010; Organization Type: Real estate activities with own or leased property; Tax ID No. 7842425303 (Russia); Government Gazette Number 64275786 (Russia); Registration Number 1107847046801 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

ESTATE MANAGMENT COMPANY LIMITED (Cyrillic: ООО ЭСТЕЙТ МЕНЕДЖМЕНТ) (a.k.a. ESTATE MANAGEMENT CO. LTD.), d. 11 litera A kom. 437 ofis A410, per. Degtyarny, St. Petersburg 191144, Russia; Organization Established Date 19 Feb 2010; Organization Type: Real estate activities with own or leased property; Tax ID No. 7842425303 (Russia); Government Gazette Number 64275786 (Russia); Registration Number 1107847046801 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

ESTETIC CAR WASH, S.A. DE C.V. (a.k.a. ESTETICA CAR WASH S.A. DE C.V.), Aviacion No. 5250, Colonia Valle Real, Zapopan, Jalisco C.P. 45019, Mexico; Av. de la Aviacion #5250, Col. Palma Real, Zapopan, Jalisco, Mexico; R.F.C. ECW030227L81 (Mexico) [SDNTK].

ESTETIC CARR DE OCCIDENTE, S.A. DE C.V., Periferico Norte No. 3109, Colonia Tabachines, Zapopan, Jalisco C.P. 45188, Mexico; R.F.C. ECO090403GS9 (Mexico); Matricula Mercantil No 48131-1 (Mexico) issued 08 May 2009 [SDNTK].

ESTETICA CAR WASH S.A. DE C.V. (a.k.a. ESTETIC CAR WASH, S.A. DE C.V.), Aviacion No. 5250, Colonia Valle Real, Zapopan, Jalisco C.P. 45019, Mexico; Av. de la Aviacion #5250, Col. Palma Real, Zapopan, Jalisco, Mexico; R.F.C. ECW030227L81 (Mexico) [SDNTK].

ESTEVEZ COLMENARES, Ricardo (a.k.a. SOTO RODRIGUEZ, Bogar; a.k.a. "LOCO"; a.k.a. "TIO"), Mexico; DOB 14 Sep 1974; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. EECR740914HGRSLC02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ESTRADA GONZALEZ, Eduardo, Mexico; DOB 01 May 1974; POB Tamaulipas; nationality Mexico; citizen Mexico; R.F.C. EAGE740501 (Mexico); C.U.R.P. EAGE740501HTSSND02 (Mexico) (individual) [SDNTK].

ESTRADA GUTIERREZ, Josue de Jesus, Mexico; DOB 21 Sep 1989; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. EAGJ890921HSLSTS03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

ESTRADA GUTIERREZ, Julio Cesar, Calle Platon 268, Col. Paso Blanco, Ocotlan, Jalisco, Mexico; DOB 03 Oct 1981; POB Ocotlan, Jalisco, Mexico (individual) [SDNTK] (Linked To: GRUPO CINJAB, S.A. DE C.V.; Linked To: GRUPO IMPERGOZA, S.A. DE C.V.).

ETA'ATI, Gholam Reza; DOB 1973; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

ETASIS A.S. (a.k.a. ETASIS ELEKTRONIK TARTI ALETLERI VE SISTEMLERI SANAYI VE TICARET ANONIM SIRKETI), 2001 Cadde No 36, 75, Yil Mahallesi, Odunpazari 26250, Turkey; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7838098822 (Turkey); Registration Number 26355 (Turkey) [RUSSIA-EO14024].

ETASIS ELEKTRONIK TARTI ALETLERI VE SISTEMLERI SANAYI VE TICARET ANONIM SIRKETI (a.k.a. ETASIS A.S.), 2001 Cadde No 36, 75, Yil Mahallesi, Odunpazari 26250, Turkey; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7838098822 (Turkey); Registration Number 26355 (Turkey) [RUSSIA-EO14024].

ETC ATM LIMITED (a.k.a. INZHENERNO TEKHNOLOGICHESKII CENTER ATM OOO; a.k.a. LIMITED LIABILITY COMPANY INZHENERNO TEKHNOLOGICHESKI TSENTR ATM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНЖЕНЕРНО ТЕХНОЛОГИЧЕСКИЙ ЦЕНТР АТМ); a.k.a. LLC ITTS ATM (Cyrillic: ООО ИТЦ АТМ)), ofis 310 vladenie 5A str. 1, shosse Volkovskoe, Mytishchi 141006, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No.

7810504175 (Russia); Registration Number 1089847039590 (Russia) [RUSSIA-EO14024].

ETCO INTERNATIONAL COMMODITIES LTD., Devonshire House, 1 Devonshire Street, London, United Kingdom [CUBA].

ETCO INTERNATIONAL COMPANY, LIMITED, Kawabe Building, 1-5 Kanda Nishiki-Cho, Chiyoda-Ku, Tokyo, Japan [CUBA].

ETELAF AL-KHAIR (a.k.a. 101 DAYS CAMPAIGN; a.k.a. CHARITY COALITION; a.k.a. COALITION OF GOOD; a.k.a. ETILAFU EL-KHAIR; a.k.a. I'TILAF AL-KHAIR; a.k.a. I'TILAF AL-KHAYR; a.k.a. UNION OF GOOD), P.O. Box 136301, Jeddah 21313, Saudi Arabia [SDGT].

ETEMAD TEJARAT MISAGH (Arabic: اعتماد تجارت میثاق a.k.a. MISAGH TRADE TRUST COMPANY), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101409423 (Iran); Registration Number 96892 (Iran) [RUSSIA-EO14024] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

ETEMAD TEJARATE PARS CO., No. 101 Sohrevardi St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

ETILAFU EL-KHAIR (a.k.a. 101 DAYS CAMPAIGN; a.k.a. CHARITY COALITION; a.k.a. COALITION OF GOOD; a.k.a. ETELAF AL-KHAIR; a.k.a. I'TILAF AL-KHAIR; a.k.a. I'TILAF AL-KHAYR; a.k.a. UNION OF GOOD), P.O. Box 136301, Jeddah 21313, Saudi Arabia [SDGT].

ETIM (a.k.a. EASTERN TURKISTAN ISLAMIC MOVEMENT; a.k.a. EASTERN TURKISTAN ISLAMIC PARTY; a.k.a. ETIP) [SDGT].

ETIP (a.k.a. EASTERN TURKISTAN ISLAMIC MOVEMENT; a.k.a. EASTERN TURKISTAN ISLAMIC PARTY; a.k.a. ETIM) [SDGT].

ETOURNEAU, Hugo Ange Christophe (a.k.a. STUDHALTER, Hugo; a.k.a. STUDHALTER, Hugo Ange Christophe), Oberruti-Allee 14, Horw 6048, Switzerland; DOB 12 Jan 2000; nationality France; alt. nationality Switzerland; Gender Male (individual) [RUSSIA-EO14024] (Linked To: SWISS INTERNATIONAL ADVISORY GROUP AG).

ETQAAN REAL ESTATE CO. (a.k.a. ITQAN COMPANY; a.k.a. ITQAN REAL ESTATE; a.k.a. ITQAN REAL ESTATE CO.; a.k.a. ITQAN REAL ESTATE JSC (Arabic: إتقان العقارية

م.خ.)), Zakher Tower, Al Taawun Street, 2nd Floor, Al Mamzar Area, 63629, Sharjah, United Arab Emirates; P.O. Box 63629, Taawon (Al) Street, 2nd Floor, Zakher Tower, Sharjah, United Arab Emirates; Website www.itqan-realestate.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2004; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

ETS IRKUT OOO (a.k.a. ENERGOTSENTR IRKUT), ul Novatorov d 3, Irkutsk 664020, Russia; Tax ID No. 3810035857 (Russia); Registration Number 1043801430530 (Russia) [RUSSIA-EO14024] (Linked To: IRKUT CORPORATION JOINT STOCK COMPANY).

ETT DISTRIBUTION BV (a.k.a. EUROPEAN TECHNICAL TRADING; a.k.a. EUROPEAN TT DISTRIBUTION; a.k.a. "ETT"), 24, Booiebos, Gent 9031, Belgium; 1, Ijsbeerlaan, Nevele 9850, Belgium; Target Type Private Company; Enterprise Number 0677.702.574 (Belgium) [RUSSIA-EO14024] (Linked To: DE GEETERE, Hans).

ETTEHADI, Esam (Arabic: عصام اتحادی), Iran; DOB 31 Jul 1989; POB Ahvaz, Iran; citizen Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N48228437 (Iran) expires 10 Mar 2024; National ID No. 1820011917 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

EURASIAN YOUTH UNION, Russia 3, Bagrationovskiy Proezd, House 7, Area 20 B, Office 405, Moscow 121087, Russia; Website http://rossia3.ru; Email Address esm@rossia3.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

EURIMO HOLDING SA, Rue Guillaume J. Kroll 12C, Luxembourg 1882, Luxembourg; Organization Established Date 28 Jul 2008; Organization Type: Activities of holding companies; Tax ID No. B 140.315 (Luxembourg); Legal Entity Number 549300536OAT4X4PNG53 [RUSSIA-EO14024] (Linked To: STUDHALTER, Alexander-Walter).

EURO AFRICAN GROUP LTD, Standard Chartered House Building 16, Kairaba Avenue, Banjul, The Gambia; P.O. Box 636, Banjul, The

Gambia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: BAZZI, Mohammad Ibrahim).

EUROBET - ROMANIA EOOD (a.k.a. EVROBET - RUMANIA EOOD), 63, Blvd. Shipchenski, Prohod Slatina Distr., Sofia, Stolichna 1574, Bulgaria; Organization Established Date 2010; Government Gazette Number 201220179 (Bulgaria) [GLOMAG] (Linked To: GAMES UNLIMITED OOD).

EUROBET LTD. (Cyrillic: ЕВРОБЕТ - ООД) (a.k.a. EUROBET OOD), 48 Sitnyakovo blvd., Poduyane Distr., fl. 4, Sofia, Stolichna 1505, Bulgaria; Organization Established Date 1996; V.A.T. Number BG 121179290 (Bulgaria) [GLOMAG] (Linked To: EUROBET PARTNERS OOD).

EUROBET OOD (a.k.a. EUROBET LTD. (Cyrillic: ЕВРОБЕТ - ООД)), 48 Sitnyakovo blvd., Poduyane Distr., fl. 4, Sofia, Stolichna 1505, Bulgaria; Organization Established Date 1996; V.A.T. Number BG 121179290 (Bulgaria) [GLOMAG] (Linked To: EUROBET PARTNERS OOD).

EUROBET PARTNERS OOD, 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2016; Government Gazette Number 203950885 (Bulgaria) [GLOMAG] (Linked To: DIGITAL SERVICES EAD).

EUROBET TRADING EOOD, 48 Sitnyakovo blvd., Poduyane Distr., fl.4, Sofia, Stolichna 1505, Bulgaria; Organization Established Date 2013; V.A.T. Number BG 202647305 (Bulgaria) [GLOMAG] (Linked To: EUROBET OOD).

EUROFOOTBALL LTD (a.k.a. EUROFOOTBALL OOD (Cyrillic: ЕВРОФУТБОЛ - ООД)), 126, Tsar Boris Iiiti blvd., Krasno Selo Distr., Sofia, Stolichna 1612, Bulgaria; Organization Established Date 1993; V.A.T. Number BG 831036657 (Bulgaria) [GLOMAG] (Linked To: EUROSADRUZHIE OOD).

EUROFOOTBALL OOD (Cyrillic: ЕВРОФУТБОЛ - ООД) (a.k.a. EUROFOOTBALL LTD), 126, Tsar Boris Iiiti blvd., Krasno Selo Distr., Sofia, Stolichna 1612, Bulgaria; Organization Established Date 1993; V.A.T. Number BG 831036657 (Bulgaria) [GLOMAG] (Linked To: EUROSADRUZHIE OOD).

EUROGROUP ENGINEERING AD (a.k.a. EUROGROUP ENGINEERING EAD), 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2010; Government Gazette Number 201043177 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

EUROGROUP ENGINEERING EAD (a.k.a. EUROGROUP ENGINEERING AD), 43 Moskovska Str., R-N Oborishte Distr, Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2010; Government Gazette Number 201043177 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

EUROMICROTECH (a.k.a. LLC EVROMIKROTEKH; a.k.a. "EMT OOO"), ul. Vaneeva d. 205, office 506, Nizhniy Novgorod 603122, Russia; Tax ID No. 5262367076 (Russia); Registration Number 1195275054523 (Russia) [RUSSIA-EO14024].

EUROPAESCH-IRANISCHE HANDELSBANK AKTIENGESELLSCHAFT (a.k.a. EUROPAISCH-IRANISCHE HANDELSBANK AG; a.k.a. EUROPAISCH-IRANISCHE HANDELSBANK AKTIENGESELLSCHAFT), Depenau 2, Hamburg 20095, Germany; Postfach 101304, Hamburg 20008, Germany; PO Box 97415-1836, Sanaee Avenue, Kish, Iran; 28 Tandis St, Nelson Mandela Blvd. (Ex North Africa Blvd.), Tehran 19156-33383, Iran; SWIFT/BIC EIHBDEHH; alt. SWIFT/BIC EIHBIRTH; Website www.eihbank.de; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number HRB 14604 (Germany); All Offices Worldwide [IRAN] [NPWMD] [IFSR] (Linked To: BANK OF INDUSTRY AND MINE).

EUROPAISCH-IRANISCHE HANDELSBANK AG (a.k.a. EUROPAEISCH-IRANISCHE HANDELSBANK AKTIENGESELLSCHAFT; a.k.a. EUROPAISCH-IRANISCHE HANDELSBANK AKTIENGESELLSCHAFT), Depenau 2, Hamburg 20095, Germany; Postfach 101304, Hamburg 20008, Germany; PO Box 97415-1836, Sanaee Avenue, Kish, Iran; 28 Tandis St, Nelson Mandela Blvd. (Ex North Africa Blvd.), Tehran 19156-33383, Iran; SWIFT/BIC EIHBDEHH; alt. SWIFT/BIC EIHBIRTH; Website www.eihbank.de; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number HRB 14604 (Germany); All Offices Worldwide [IRAN] [NPWMD] [IFSR] (Linked To: BANK OF INDUSTRY AND MINE).

EUROPAISCH-IRANISCHE HANDELSBANK AKTIENGESELLSCHAFT (a.k.a. EUROPAEISCH-IRANISCHE HANDELSBANK AKTIENGESELLSCHAFT; a.k.a. EUROPAISCH-IRANISCHE HANDELSBANK

AG), Depenau 2, Hamburg 20095, Germany; Postfach 101304, Hamburg 20008, Germany; PO Box 97415-1836, Sanaee Avenue, Kish, Iran; 28 Tandis St, Nelson Mandela Blvd. (Ex North Africa Blvd.), Tehran 19156-33383, Iran; SWIFT/BIC EIHBDEHH; alt. SWIFT/BIC EIHBIRTH; Website www.eihbank.de; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number HRB 14604 (Germany); All Offices Worldwide [IRAN] [NPWMD] [IFSR] (Linked To: BANK OF INDUSTRY AND MINE).

EUROPE TRANSPORTATION LIMITED, East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

EUROPEAN BEARING CORPORATION (a.k.a. "AO EPK"), ul. Sharikopodshipnikovskaya, d. 13, str. 62, Moscow 115088, Russia; Tax ID No. 7722242530 (Russia); Registration Number 1027700137618 (Russia) [RUSSIA-EO14024].

EUROPEAN INSTITUTE JUSTO (Cyrillic: ЕВРОПЕЙСКИЙ ИНСТИТУТ ЮСТО) (a.k.a. EUROPEAN INSTITUTE JUSTO JUSTICE (Cyrillic: ЕВРОПЕЙСКИЙ ИНСТИТУТ ЮСТО СПРАВЕДЛИВОСТЬ); a.k.a. EUROPEAN INSTITUTE YUSTO; a.k.a. EUROPEAN INSTITUTE YUSTO JUSTICE), Block 6, 6th Novopodmoskovnyi Lane, Moscow 125130, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 7706101758 (Russia); Registration Number 1027739267819 (Russia) [DPRK3].

EUROPEAN INSTITUTE JUSTO JUSTICE (Cyrillic: ЕВРОПЕЙСКИЙ ИНСТИТУТ ЮСТО СПРАВЕДЛИВОСТЬ) (a.k.a. EUROPEAN INSTITUTE JUSTO (Cyrillic: ЕВРОПЕЙСКИЙ ИНСТИТУТ ЮСТО); a.k.a. EUROPEAN INSTITUTE YUSTO; a.k.a. EUROPEAN INSTITUTE YUSTO JUSTICE), Block 6, 6th Novopodmoskovnyi Lane, Moscow 125130, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 7706101758 (Russia); Registration Number 1027739267819 (Russia) [DPRK3].

EUROPEAN INSTITUTE YUSTO (a.k.a. EUROPEAN INSTITUTE JUSTO (Cyrillic: ЕВРОПЕЙСКИЙ ИНСТИТУТ ЮСТО); a.k.a. EUROPEAN INSTITUTE JUSTO JUSTICE (Cyrillic: ЕВРОПЕЙСКИЙ ИНСТИТУТ ЮСТО СПРАВЕДЛИВОСТЬ); a.k.a. EUROPEAN INSTITUTE YUSTO JUSTICE), Block 6, 6th Novopodmoskovnyy Lane, Moscow 125130, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 7706101758 (Russia); Registration Number 1027739267819 (Russia) [DPRK3].

EUROPEAN INSTITUTE YUSTO JUSTICE (a.k.a. EUROPEAN INSTITUTE JUSTO (Cyrillic: ЕВРОПЕЙСКИЙ ИНСТИТУТ ЮСТО); a.k.a. EUROPEAN INSTITUTE JUSTO JUSTICE (Cyrillic: ЕВРОПЕЙСКИЙ ИНСТИТУТ ЮСТО СПРАВЕДЛИВОСТЬ); a.k.a. EUROPEAN INSTITUTE YUSTO), Block 6, 6th Novopodmoskovnyy Lane, Moscow 125130, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 7706101758 (Russia); Registration Number 1027739267819 (Russia) [DPRK3].

EUROPEAN TECHNICAL TRADING (a.k.a. ETT DISTRIBUTION BV; a.k.a. EUROPEAN TT DISTRIBUTION; a.k.a. "ETT"), 24, Booiebos, Gent 9031, Belgium; 1, Ijsbeerlaan, Nevele 9850, Belgium; Target Type Private Company; Enterprise Number 0677.702.574 (Belgium) [RUSSIA-EO14024] (Linked To: DE GEETERE, Hans).

EUROPEAN TRADING TECHNOLOGY B.V., Nieuwstraat 56F, 4524 EG Sluis, Netherlands; Organization Established Date 04 Nov 2016; Target Type Private Company; Registration Number 67226205 (Netherlands) [RUSSIA-EO14024] (Linked To: DE GEETERE, Hans).

EUROPEAN TT DISTRIBUTION (a.k.a. ETT DISTRIBUTION BV; a.k.a. EUROPEAN TECHNICAL TRADING; a.k.a. "ETT"), 24, Booiebos, Gent 9031, Belgium; 1, Ijsbeerlaan, Nevele 9850, Belgium; Target Type Private Company; Enterprise Number 0677.702.574 (Belgium) [RUSSIA-EO14024] (Linked To: DE GEETERE, Hans).

EUROSADRUZHIE LTD. (a.k.a. EUROSADRUZHIE OOD; a.k.a. EUROSUDRUZHIE LTD.; a.k.a. EVROSADRUZHIE OOD; a.k.a. "EUROCOMPANY LTD."), 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2002; V.A.T. Number BG 130855554 (Bulgaria) [GLOMAG] (Linked To: VABO SYSTEMS EOOD).

EUROSADRUZHIE OOD (a.k.a. EUROSADRUZHIE LTD.; a.k.a. EUROSUDRUZHIE LTD.; a.k.a. EVROSADRUZHIE OOD; a.k.a. "EUROCOMPANY LTD."), 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2002; V.A.T. Number BG 130855554 (Bulgaria) [GLOMAG] (Linked To: VABO SYSTEMS EOOD).

EUROSUDRUZHIE LTD. (a.k.a. EUROSADRUZHIE LTD.; a.k.a. EUROSADRUZHIE OOD; a.k.a. EVROSADRUZHIE OOD; a.k.a. "EUROCOMPANY LTD."), 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2002; V.A.T. Number BG 130855554 (Bulgaria) [GLOMAG] (Linked To: VABO SYSTEMS EOOD).

EUSKAL HERRITARROK (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. EPANASTATIKI PIRINES; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. XAKI; a.k.a. "ETA"; a.k.a. "K.A.S.") [SDGT].

EUZKADI TA ASKATASUNA (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. EPANASTATIKI PIRINES; a.k.a. EUSKAL HERRITARROK; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. XAKI; a.k.a. "ETA"; a.k.a. "K.A.S.") [SDGT].

EVENTOS LA MORA (a.k.a. EVENTOS LA MORA, S.A. DE C.V.), Zapopan, Jalisco, Mexico; Lopez Mateos Sur 4527, Col. La Calma, Zapopan, Jalisco 45070, Mexico; Lopez Mateos Sur 4527, Col. Residencial Loma Bonita, Zapopan, Jalisco 45086, Mexico; Lopez Mateos Sur 4527, Tlaquepaque, Jalisco 45070, Mexico; Folio Mercantil No. 29070 (Jalisco) (Mexico) [SDNTK].

EVENTOS LA MORA, S.A. DE C.V. (a.k.a. EVENTOS LA MORA), Zapopan, Jalisco,

Mexico; Lopez Mateos Sur 4527, Col. La Calma, Zapopan, Jalisco 45070, Mexico; Lopez Mateos Sur 4527, Col. Residencial Loma Bonita, Zapopan, Jalisco 45086, Mexico; Lopez Mateos Sur 4527, Tlaquepaque, Jalisco 45070, Mexico; Folio Mercantil No. 29070 (Jalisco) (Mexico) [SDNTK].

EVEREST GRUP (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU EVEREST GRUP; a.k.a. OOO EVEREST GRUP), d. 37 k. A ofis 8, ul. Rigachina, Petrozavodsk 185005, Russia; Organization Established Date 27 Jul 2015; Tax ID No. 1001299201 (Russia); Registration Number 1151001009158 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

EVERFIT COMPANY LIMITED, City Mall, Corner of Pyay Road And Min Ye Kyaw Swar Road, Level-3, Lan Ma Daw Township, Yangon, Burma; Registration Number 116795779 (Burma) issued 29 Feb 2016 [BURMA-EO14014].

EVERLASTING EMPIRE LIMITED, Room 2105, QD5399, Trend Centre, 29-31 Cheung Lee Street, Chai Wan, Hong Kong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 16 Mar 2015; Business Registration Number 2211652 (Hong Kong) [DPRK3] (Linked To: SEK STUDIO).

EVERWIN SHIPMANAGEMENT PTE. LTD., 49 Stirling Road #01-495, 141049, Singapore; Identification Number IMO 6175917; Registration Number 202024102G (Singapore) [IRAN-EO13846].

EVIL CORP (a.k.a. DRIDEX GANG), Moscow, Russia; Moldova; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2].

EVIN PRISON, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

EVKUROV, Yunus-Bek (a.k.a. YEVKUROV, Yunus-Bek), Russia; DOB 30 Jul 1963; POB Tarskoye, Prigorodny District, North Ossetia, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

EVOL GROUP TR YAZILIM LIMITED SIRKETI, Ic Kapi No 8, Duran Is Merkezi Blok No 4, Harman 1 Sk, Esentepe Mah, Sisli, Istanbul, Turkey; Secondary sanctions risk: this person is

designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration Number 380424-5 (Turkey) [RUSSIA-EO14024].

EVRAEV, Mikhail Yakovlevich (Cyrillic: ЕВРАЕВ, Михаил Яковлевич) (a.k.a. YEVRAYEV, Mikhail Yakovlevich), Yaroslavl Region, Russia; DOB 21 Apr 1971; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 780100747702 (Russia) (individual) [RUSSIA-EO14024].

EVRO POLIS LTD. (a.k.a. EVRO POLIS, OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU EVRO POLIS), d. 1A pom. 9.1A, Shosse Ilinskoe, Krasnogorsk, Krasnogorski Raion, Moskovskaya Obl. 143409, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1165024055613 [UKRAINE-EO13661] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

EVRO POLIS, OOO (a.k.a. EVRO POLIS LTD.; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU EVRO POLIS), d. 1A pom. 9.1A, Shosse Ilinskoe, Krasnogorsk, Krasnogorski Raion, Moskovskaya Obl. 143409, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1165024055613 [UKRAINE-EO13661] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

EVROBET - RUMANIA EOOD (a.k.a. EUROBET - ROMANIA EOOD), 63, Blvd. Shipchenski, Prohod Slatina Distr., Sofia, Stolichna 1574, Bulgaria; Organization Established Date 2010; Government Gazette Number 201220179 (Bulgaria) [GLOMAG] (Linked To: GAMES UNLIMITED OOD).

EVROFINANCE MOSNARBANK (a.k.a. AKTSIONERNOE OBSHCHESTVO EVROFINANS MOSNARBANK; a.k.a. AKTSIONERNY KOMMERCHESKI BANK EVROFINANS MOSNARBANK; a.k.a. AO AKB EVROFINANS MOSNARBANK (Cyrillic: АО АКБ ЕВРОФИНАНС МОСНАРБАНК); f.k.a. EVROFINANS MOSNARBANK, AO; f.k.a. EVROFINANS MOSNARBANK, PAO), 29, ul. Novy Arbat, Moscow 121099, Russia; SWIFT/BIC EVRFRUMM; Registration ID 1027700565970 (Russia); Tax ID No. 7703115760 (Russia); Government Gazette Number 09610839 (Russia) [VENEZUELA-

EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

EVROFINANS MOSNARBANK, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO EVROFINANS MOSNARBANK; a.k.a. AKTSIONERNY KOMMERCHESKI BANK EVROFINANS MOSNARBANK; a.k.a. AO AKB EVROFINANS MOSNARBANK (Cyrillic: АО АКБ ЕВРОФИНАНС МОСНАРБАНК); a.k.a. EVROFINANCE MOSNARBANK; f.k.a. EVROFINANS MOSNARBANK, PAO), 29, ul. Novy Arbat, Moscow 121099, Russia; SWIFT/BIC EVRFRUMM; Registration ID 1027700565970 (Russia); Tax ID No. 7703115760 (Russia); Government Gazette Number 09610839 (Russia) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

EVROFINANS MOSNARBANK, PAO (a.k.a. AKTSIONERNOE OBSHCHESTVO EVROFINANS MOSNARBANK; a.k.a. AKTSIONERNY KOMMERCHESKI BANK EVROFINANS MOSNARBANK; a.k.a. AO AKB EVROFINANS MOSNARBANK (Cyrillic: АО АКБ ЕВРОФИНАНС МОСНАРБАНК); a.k.a. EVROFINANCE MOSNARBANK; f.k.a. EVROFINANS MOSNARBANK, AO), 29, ul. Novy Arbat, Moscow 121099, Russia; SWIFT/BIC EVRFRUMM; Registration ID 1027700565970 (Russia); Tax ID No. 7703115760 (Russia); Government Gazette Number 09610839 (Russia) [VENEZUELA-EO13850] (Linked To: PETROLEOS DE VENEZUELA, S.A.).

EVROSADRUZHIE OOD (a.k.a. EUROSADRUZHIE LTD.; a.k.a. EUROSADRUZHIE OOD; a.k.a. EUROSADRUZHIE LTD.; a.k.a. "EUROCOMPANY LTD."), 43 Moskovska Str., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2002; V.A.T. Number BG 130855514 (Bulgaria) [GLOMAG] (Linked To: VABO SYSTEMS EOOD).

EVTUKHOV, Viktor Leonidovich (Cyrillic: ЕВТУХОВ, Виктор Леонидович), Moscow, Russia; DOB 02 Mar 1968; POB St. Petersburg, Russia; nationality Russia; Gender Male; Tax ID No. 781001361883 (Russia) (individual) [RUSSIA-EO14024].

EVTUSHENKO, Oleg Nikolaevich (Cyrillic: ЕВТУШЕНКО, Олег Николаевич) (a.k.a. YEVTUSHENKO, Oleg Nikolayevich), Russia; DOB 09 Nov 1975; POB Stavropol, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

EXCELLENCE LIMITED LIABILITY COMPANY (a.k.a. TAMAYOZ LLC (Arabic: شركة تميز المحدودة المسؤولية)), Damascus, Syria; Organization Type: Real estate activities with own or leased property [SYRIA] [SYRIA-CAESAR].

EX-CLE C.A. (a.k.a. EX-CLE SOLUCIONES BIOMETRICAS C.A.; a.k.a. "EX-CLE"), Municipio Libertador, Parroquia Catedral, Urbanizacion Catedral, Avenida Sur, Esquina Sociedad a Gradillas, Edificio Bompland, Caracas, Venezuela; 2da Transversal entre 2da y 3er Avenida de Santa Eduvigis, Municipio Sucre, Caracas, Estado Miranda, Venezuela; RIF # J407882333 (Venezuela) [VENEZUELA] (Linked To: MADURO MOROS, Nicolas).

EX-CLE SOLUCIONES BIOMETRICAS C.A. (a.k.a. EX-CLE C.A.; a.k.a. "EX-CLE"), Municipio Libertador, Parroquia Catedral, Urbanizacion Catedral, Avenida Sur, Esquina Sociedad a Gradillas, Edificio Bompland, Caracas, Venezuela; 2da Transversal entre 2da y 3er Avenida de Santa Eduvigis, Municipio Sucre, Caracas, Estado Miranda, Venezuela; RIF # J407882333 (Venezuela) [VENEZUELA] (Linked To: MADURO MOROS, Nicolas).

EXCLUSIVE IMPORT EXPORT S.A.S., Calle 23c 4-27 LC 1, Gaira Paraiso, Santa Marta, Colombia; NIT # 900543259-5 (Colombia) [SDNTK].

EXECUTION OF IMAM KHOMEINI'S ORDER (a.k.a. SETAD EJRAEI EMAM; a.k.a. SETAD-E EJRAEI-E FARMAN-E HAZRAT-E EMAM (Arabic: ستاد اجرایی فرمان حضرت امام); a.k.a. SETAD-E FARMAN-EJRAEI-YE EMAM (Arabic: ستاد اجرایی فرمان امام); a.k.a. "EIKO"; a.k.a. "SETAD" (Arabic: "ستاد")), Khaled Stamboli St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13876].

EXIAR (a.k.a. EKSAR OAO; a.k.a. EXIAR JSC; a.k.a. EXIAR OJSC; a.k.a. ROSSISKOE AGENTSTVO PO STRAKHOVANIYU EKSPORTNYKH KREDITOV I INVESTITSI OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. RUSSIAN AGENCY FOR EXPORT CREDIT AND INVESTMENT INSURANCE JSC; a.k.a. RUSSIAN AGENCY FOR EXPORT CREDIT AND INVESTMENT INSURANCE OJSC), nab. Krasnopresnenskaya d. 12, Moscow 123610, Russia; Website exiar.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209; Organization Established Date 13 Oct 2011; Target Type Government Entity; Tax ID No. 7704792651 (Russia); Registration Number 1117746811566 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

EXIAR JSC (a.k.a. EKSAR OAO; a.k.a. EXIAR; a.k.a. EXIAR OJSC; a.k.a. ROSSISKOE AGENTSTVO PO STRAKHOVANIYU EKSPORTNYKH KREDITOV I INVESTITSI OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. RUSSIAN AGENCY FOR EXPORT CREDIT AND INVESTMENT INSURANCE JSC; a.k.a. RUSSIAN AGENCY FOR EXPORT CREDIT AND INVESTMENT INSURANCE OJSC), nab. Krasnopresnenskaya d. 12, Moscow 123610, Russia; Website exiar.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 13 Oct 2011; Target Type Government Entity; Tax ID No. 7704792651 (Russia); Registration Number 1117746811566 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

EXIAR OJSC (a.k.a. EKSAR OAO; a.k.a. EXIAR; a.k.a. EXIAR JSC; a.k.a. ROSSISKOE AGENTSTVO PO STRAKHOVANIYU EKSPORTNYKH KREDITOV I INVESTITSI OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. RUSSIAN AGENCY FOR EXPORT CREDIT AND INVESTMENT INSURANCE JSC; a.k.a. RUSSIAN AGENCY FOR EXPORT CREDIT AND INVESTMENT INSURANCE OJSC), nab. Krasnopresnenskaya d. 12, Moscow 123610, Russia; Website exiar.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-

Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 13 Oct 2011; Target Type Government Entity; Tax ID No. 7704792651 (Russia); Registration Number 1117746811566 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

EXIMBANK OF RUSSIA (a.k.a. AO ROSEKSIMBANK (Cyrillic: AO РОСЭКСИМБАНК); a.k.a. EXIMBANK OF RUSSIA JSC; a.k.a. EXIMBANK OF RUSSIA ZAO; a.k.a. GOSUDARSTVENNY SPETSIALIZIROVANNY ROSSISKI EKSPORTNO-IMPORTNY BANK (ZAKRYTOE AKTSIONERNOE OBSHCHESTVO); a.k.a. ROSEKSIMBANK, ZAO; a.k.a. RUSSIAN EXPORT-IMPORT BANK; a.k.a. STATE SPECIALIZED RUSSIAN EXPORT-IMPORT BANK JOINT-STOCK COMPANY (Cyrillic: ГОСУДАРСТВЕННЫЙ СПЕЦИАЛИЗИРОВАННЫЙ РОССИЙСКИЙ ЭКСПОРТНО-ИМПОРТНЫЙ БАНК АКЦИОНЕРНОЕ ОБЩЕСТВО)), 12 Krasnopresnenskaya Embankments, Moscow 123610, Russia; SWIFT/BIC EXIRRUMM; Website eximbank.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 24 May 1994; Target Type Financial Institution; Tax ID No. 7704001959 (Russia); Legal Entity Number 253400HA6URWT39X2982; Registration Number 1027739109133 (Russia); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

EXIMBANK OF RUSSIA JSC (a.k.a. AO ROSEKSIMBANK (Cyrillic: AO РОСЭКСИМБАНК); a.k.a. EXIMBANK OF RUSSIA; a.k.a. EXIMBANK OF RUSSIA ZAO;

a.k.a. GOSUDARSTVENNY SPETSIALIZIROVANNY ROSSISKI EKSPORTNO-IMPORTNY BANK (ZAKRYTOE AKTSIONERNOE OBSHCHESTVO); a.k.a. ROSEKSIMBANK, ZAO; a.k.a. RUSSIAN EXPORT-IMPORT BANK; a.k.a. STATE SPECIALIZED RUSSIAN EXPORT-IMPORT BANK JOINT-STOCK COMPANY (Cyrillic: ГОСУДАРСТВЕННЫЙ СПЕЦИАЛИЗИРОВАННЫЙ РОССИЙСКИЙ ЭКСПОРТНО-ИМПОРТНЫЙ БАНК АКЦИОНЕРНОЕ ОБЩЕСТВО)), 12 Krasnopresnenskaya Embankments, Moscow 123610, Russia; SWIFT/BIC EXIRRUMM; Website eximbank.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 24 May 1994; Target Type Financial Institution; Tax ID No. 7704001959 (Russia); Legal Entity Number 253400HA6URWT39X2982; Registration Number 1027739109133 (Russia); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

EXIMBANK OF RUSSIA ZAO (a.k.a. AO ROSEKSIMBANK (Cyrillic: AO РОСЭКСИМБАНК); a.k.a. EXIMBANK OF RUSSIA; a.k.a. EXIMBANK OF RUSSIA JSC; a.k.a. GOSUDARSTVENNY SPETSIALIZIROVANNY ROSSISKI EKSPORTNO-IMPORTNY BANK (ZAKRYTOE AKTSIONERNOE OBSHCHESTVO); a.k.a. ROSEKSIMBANK, ZAO; a.k.a. RUSSIAN EXPORT-IMPORT BANK; a.k.a. STATE SPECIALIZED RUSSIAN EXPORT-IMPORT BANK JOINT-STOCK COMPANY (Cyrillic: ГОСУДАРСТВЕННЫЙ СПЕЦИАЛИЗИРОВАННЫЙ РОССИЙСКИЙ ЭКСПОРТНО-ИМПОРТНЫЙ БАНК АКЦИОНЕРНОЕ ОБЩЕСТВО)), 12 Krasnopresnenskaya Embankments, Moscow 123610, Russia; SWIFT/BIC EXIRRUMM; Website eximbank.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209; Organization Established Date 24 May 1994; Target Type Financial Institution; Tax ID No. 7704001959 (Russia); Legal Entity Number 253400HA6URWT39X2982; Registration Number 1027739109133 (Russia); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

EXPANSE SHIP MANAGEMENT LIMITED, Office 131, 11th Floor, Ankara Caddesi 145, Kordonboyu Mahallesi, Kartal, Istanbul, Turkey; Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2021; Organization Type: Sea and coastal freight water transport [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

EXPERT PARTNERS (a.k.a. EXPERTS PARTNERS), Rukn Addin, Saladin Street, Building 5, PO Box 7006, Damascus, Syria [NPWMD].

EXPERTS PARTNERS (a.k.a. EXPERT PARTNERS), Rukn Addin, Saladin Street, Building 5, PO Box 7006, Damascus, Syria [NPWMD].

EXPLORATION AND NUCLEAR RAW MATERIAL PRODUCTION COMPANY (a.k.a. EXPLORATION AND NUCLEAR RAW MATERIALS PRODUCTION COMPANY; a.k.a. NUCLEAR INDUSTRY EXPLORATION AND RAW MATERIALS PRODUCTION COMPANY; a.k.a. "EMKA"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: TAMAS COMPANY).

EXPLORATION AND NUCLEAR RAW MATERIALS PRODUCTION COMPANY (a.k.a. EXPLORATION AND NUCLEAR RAW MATERIAL PRODUCTION COMPANY; a.k.a. NUCLEAR INDUSTRY EXPLORATION AND RAW MATERIALS PRODUCTION COMPANY; a.k.a. "EMKA"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: TAMAS COMPANY).

EXPOBANK JOINT STOCK COMPANY, Ul. Kalanchevskaya D. 29, Str. 2, Moscow 107078, Russia; SWIFT/BIC EXPNRUMM; Website

www.expobank.ru; Organization Established Date 27 Jul 1994; Target Type Financial Institution; Tax ID No. 7708397772 (Russia); Legal Entity Number 25340021X4U05MWVZ818; Registration Number 1217700369083 (Russia) [RUSSIA-EO14024].

EXPORT DEVELOPMENT BANK OF IRAN (a.k.a. BANK TOSEE SADERAT IRAN; a.k.a. BANK TOSEH SADERAT IRAN; a.k.a. BANK TOSEYEH SADERAT IRAN; a.k.a. BANK TOWSEEH SADERAT IRAN; a.k.a. IRANIAN EXPORT DEVELOPMENT BANK; a.k.a. "EDBI"), No. 26, Tosee Tower (Export Development Building), Corner of 15th Street, Ahmad Qasir Avenue, Argentina Square, Tehran 1513815111, Iran; Website www.edbi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 86936 (Iran) [IRAN] [SDGT] [IFSR] (Linked To: MB BANK).

EXPORTADORA DEL CAMPO RAMOS ACOSTA, S. DE R.L. DE C.V., Nogales, Sonora, Mexico; Organization Established Date 07 Sep 2009; Organization Type: Non-specialized wholesale trade; R.F.C. ECR090907HU3 (Mexico); Folio Mercantil No. 3857 (Mexico) [ILLICIT-DRUGS-EO14059].

EXTERNAL CONSTRUCTION BUREAU (a.k.a. EXTERNAL CONSTRUCTION GENERAL COMPANY; a.k.a. EXTERNAL CONSTRUCTION GUIDANCE BUREAU), Korea, North; Kuwait; Qatar; United Arab Emirates; Oman; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

EXTERNAL CONSTRUCTION GENERAL COMPANY (a.k.a. EXTERNAL CONSTRUCTION BUREAU; a.k.a. EXTERNAL CONSTRUCTION GUIDANCE BUREAU), Korea, North; Kuwait; Qatar; United Arab Emirates; Oman; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

EXTERNAL CONSTRUCTION GUIDANCE BUREAU (a.k.a. EXTERNAL CONSTRUCTION BUREAU; a.k.a. EXTERNAL CONSTRUCTION GENERAL COMPANY), Korea, North; Kuwait; Qatar; United Arab Emirates; Oman; Secondary

sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH (a.k.a. ANSAR ALLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [FTO] [SDGT] [SYRIA].

EXTERNAL TECHNOLOGY GENERAL CORPORATION (a.k.a. CHANGGWANG SINYONG CORPORATION; a.k.a. DPRKN MINING DEVELOPMENT TRADING COOPERATION; a.k.a. KOREA KUMRYONG TRADING COMPANY; a.k.a. KOREA MINING DEVELOPMENT TRADING CORPORATION; a.k.a. KOREAN MINING AND INDUSTRIAL DEVELOPMENT CORPORATION; a.k.a. NORTH KOREAN MINING DEVELOPMENT TRADING CORPORATION; a.k.a. "KOMID"), Central District, Pyongyang, Korea, North; Beijing, China; Moscow, Russia; Tehran, Iran; Damascus, Syria; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK2].

EYDI ASHJERDI, Hamid (a.k.a. EIDI ASHJERDI, Hamid (Arabic: حمید عیدی آشجردی)), Tehran, Iran; DOB 01 Dec 1963; nationality Iran; Additional Sanctions Information - Subject to

Secondary Sanctions; Gender Male; Passport V54707341 (Iran) expires 01 Oct 2026; National ID No. 0053643232 (Iran) (individual) [NPWMD] [IFSR] (Linked To: BONYAN DANESH SHARGH PRIVATE COMPANY).

EYRLO, Hassan (a.k.a. AMIRIAN, Amir; a.k.a. AZADFAR, Mansur; a.k.a. EYRLOU, Hassan; a.k.a. HASSAN, Abu; a.k.a. IRLOO, Hassan; a.k.a. IRLU, Hasan; a.k.a. IRLU, Hasan Azir), Sanaa, Yemen; DOB 11 Jun 1964; alt. DOB 1959; alt. DOB 1958; alt. DOB 1960; POB Rey, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0089886348 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

EYRLOU, Hassan (a.k.a. AMIRIAN, Amir; a.k.a. AZADFAR, Mansur; a.k.a. EYRLO, Hassan; a.k.a. HASSAN, Abu; a.k.a. IRLOO, Hassan; a.k.a. IRLU, Hasan; a.k.a. IRLU, Hasan Azir), Sanaa, Yemen; DOB 11 Jun 1964; alt. DOB 1959; alt. DOB 1958; alt. DOB 1960; POB Rey, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0089886348 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

EYVAZ TECHNIC (a.k.a. EYVAZ TECHNIC INDUSTRIAL COMPANY LTD.; a.k.a. EYVAZ TECHNIC MANUFACTURING COMPANY), Sharia'ati St., Shahid Hamid Sadik Alley, Building 3, Number 3, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

EYVAZ TECHNIC INDUSTRIAL COMPANY LTD. (a.k.a. EYVAZ TECHNIC; a.k.a. EYVAZ TECHNIC MANUFACTURING COMPANY), Sharia'ati St., Shahid Hamid Sadik Alley, Building 3, Number 3, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

EYVAZ TECHNIC MANUFACTURING COMPANY (a.k.a. EYVAZ TECHNIC; a.k.a. EYVAZ TECHNIC INDUSTRIAL COMPANY LTD.), Sharia'ati St., Shahid Hamid Sadik Alley, Building 3, Number 3, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

EZEGOO INVESTMENTS LTD, 1 Logothetou, Lemesos 4043, Cyprus; National ID No. C310521 (Cyprus) [SYRIA] (Linked To: KHURI, Mudalal; Linked to: NICOLAOU, Nicos; Linked

To: PRIMAX BUSINESS CONSULTANTS LIMITED).

EZHIKOV, Vladimir Vladimirovich (Cyrillic: ЕЖИКОВ, Владимир Владимирович) (a.k.a. YEZHIKOV, Vladimir), Donetsk, Russia; DOB 20 Jun 1987; nationality Russia; Gender Male (individual) [RUSSIA-EO14065].

FAASSEN, Maria Vladimirovna (a.k.a. PUTINA, Maria (Cyrillic: ПУТИНА, Мария); a.k.a. VORONTSOVA, Maria Vladimirovna (Cyrillic: ВОРОНЦОВА, Мария Владимировна); a.k.a. VORONTSOVA, Mariya Vladimirovna), Russia; DOB 28 Apr 1985; POB Leningrad, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

FAATER INSTITUTE (a.k.a. FATER ENGINEERING COMPANY; a.k.a. FATER ENGINEERING INSTITUTE; a.k.a. GHARARGAH GHAEM FAATER INSTITUTE), No. 25, Valiasr Jonoobi, Azizi Street, Azadi Sq. NE, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

FACHRI, Muhammad (a.k.a. FACHRIA, Muhammad; a.k.a. FACHRY, Muhammad; a.k.a. FEBRIWANSAH, Tuwah; a.k.a. FEBRIWANSYAH BIN ARIF HASRUDIN, Tuah; a.k.a. FEBRIWANSYAH, Tuah), Jalan Baru LUK, No. 1 RT 05/07, Kelurahan Bhakti Jaya, Setu Sub-District, Pamulang District, Tangerang Selatan, Banten Province, Indonesia; DOB 18 Feb 1968; POB Jakarta, Indonesia; nationality Indonesia; National ID No. 09.5004.180268.0074 (Indonesia) (individual) [SDGT].

FACHRIA, Muhammad (a.k.a. FACHRI, Muhammad; a.k.a. FACHRY, Muhammad; a.k.a. FEBRIWANSAH, Tuwah; a.k.a. FEBRIWANSYAH BIN ARIF HASRUDIN, Tuah; a.k.a. FEBRIWANSYAH, Tuah), Jalan Baru LUK, No. 1 RT 05/07, Kelurahan Bhakti Jaya, Setu Sub-District, Pamulang District, Tangerang Selatan, Banten Province, Indonesia; DOB 18 Feb 1968; POB Jakarta, Indonesia; nationality Indonesia; National ID No. 09.5004.180268.0074 (Indonesia) (individual) [SDGT].

FACHRY, Muhammad (a.k.a. FACHRI, Muhammad; a.k.a. FACHRIA, Muhammad; a.k.a. FEBRIWANSAH, Tuwah; a.k.a. FEBRIWANSYAH BIN ARIF HASRUDIN, Tuah; a.k.a. FEBRIWANSYAH, Tuah), Jalan Baru LUK, No. 1 RT 05/07, Kelurahan Bhakti Jaya, Setu Sub-District, Pamulang District, Tangerang Selatan, Banten Province, Indonesia; DOB 18

Feb 1968; POB Jakarta, Indonesia; nationality Indonesia; National ID No. 09.5004.180268.0074 (Indonesia) (individual) [SDGT].

FACTORY DAGDIZEL (a.k.a. JOINT STOCK COMPANY DAGDIZEL PLANT; a.k.a. JOINT STOCK COMPANY ZAVOD DAGDIZEL; a.k.a. ZAVOD DAGDIZEL OPEN JOINT STOCK COMPANY), 1, Lenin Street, Kaspiysk 368300, Russia; Organization Established Date 1932; Tax ID No. 0545001919 (Russia); Registration Number 1020502130351 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

FADA, Mojtaba (Arabic: مجتبى فدا‎), Isfahan, Iran; DOB 21 Mar 1963; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport F49973222 (Iran) expires 27 Aug 2024; IRGC 2nd Brigadier General (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

FADAKAR, Alireza (a.k.a. FEDAKAR, Ali Reza), Iran; Iraq; DOB 09 Mar 1966; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport H46055007 (Iran); alt. Passport N35636890 (Iran); alt. Passport U41671790 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FADAVI, Ali (a.k.a. FADWI, Ali); DOB Feb 1961; Additional Sanctions Information - Subject to Secondary Sanctions; Islamic Revolutionary Guards Corps Navy Commander (individual) [NPWMD] [IFSR].

FADHIL, Mustafa Mohamed (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. AL-NUBI, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. "ANIS, Abu"; a.k.a. "HUSSEIN"; a.k.a. "KHALID"; a.k.a. "YUSSRR, Abu"); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

FADICO CC (a.k.a. FADICO S A CC), Upper Level, Rosemary Forum, 356 Rosemary St, Lynwood, Menlo Park 0081, South Africa; P.O. Box 95030, Waterkloof, Pretoria 0145, South Africa; Website fadicogroup.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Organization Established Date 28 May 1993; V.A.T. Number 4280168818 (South Africa); Tax ID No. 9251151644 (South Africa); Commercial Registry Number 1993/012838/23 (South Africa) [SDGT] (Linked To: SADER, Fadi).

FADICO H.K. LIMITED, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 10 Feb 2012; Registration Number 1704628 (Hong Kong) [SDGT] (Linked To: AHMAD, Firas Nazem; Linked To: ARTUAL GALLERY).

FADICO S A CC (f.k.a. FADICO CC), Upper Level, Rosemary Forum, 356 Rosemary St, Lynwood, Menlo Park 0081, South Africa; P.O. Box 95030, Waterkloof, Pretoria 0145, South Africa; Website fadicogroup.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 28 May 1993; V.A.T. Number 4280168818 (South Africa); Tax ID No. 9251151644 (South Africa); Commercial Registry Number 1993/012838/23 (South Africa) [SDGT] (Linked To: SADER, Fadi).

FADIL, Mustafa Muhamad (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. AL-NUBI, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. "ANIS, Abu"; a.k.a. "HUSSEIN"; a.k.a. "KHALID"; a.k.a. "YUSSRR, Abu") DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

FADINA, Oksana Nikolayevna (Cyrillic: ФАДИНА, Оксана Николаевна), Russia; DOB 03 Jul 1976; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

FADJR INDUSTRIES GROUP (a.k.a. FAJR INDUSTRIES GROUP; a.k.a. IFP; a.k.a. INDUSTRIAL FACTORIES OF PRECISION-MACHINERY; a.k.a. INSTRUMENTATION FACTORIES OF PRECISION MACHINERY; a.k.a. INSTRUMENTATION FACTORY PLANT; a.k.a. MOJTAME SANTY AJZAE DAGHIGH; a.k.a. NASR INDUSTRIES GROUP), P.O. Box 1985-777, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FADLALLAH, Shaykh Muhammad Husayn; DOB 1938; alt. DOB 1936; POB Najf Al Ashraf

(Najaf), Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Leading Ideological Figure of HIZBALLAH (individual) [SDGT].

FADUL, Farhub, Syria; DOB 15 Jul 1951; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

FADWI, Ali (a.k.a. FADAVI, Ali); DOB Feb 1961; Additional Sanctions Information - Subject to Secondary Sanctions; Islamic Revolutionary Guards Corps Navy Commander (individual) [NPWMD] [IFSR].

FADZAYEV, Arsen Suleymanovich (Cyrillic: ФАДЗАЕВ, Арсен Сулейманович), Russia; DOB 05 Sep 1952; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

FAIRTRADE NON EDIBLE OIL AND LIQUEFIED NATURAL GAS TRADING L.L.C (Arabic: فيرتريد لتجارة الزيوت والغاز المسال ذ.م.م), Deira Al Qusais 2, Dubai, United Arab Emirates; Organization Established Date 22 Sep 2020; Business Registration Number 906648 (United Arab Emirates); Economic Register Number (CBLS) 11548351 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

FAISAL, Abdullah (a.k.a. AL-FAISAL, Abdullah Ibrahim; a.k.a. EL-FAISAL, Abdulla; a.k.a. FORREST, Trevor William), 8 Windsor Road, Spanishtown, Jamaica; DOB 09 Oct 1963; alt. DOB 10 Sep 1963; POB Jamaica; Gender Male; Passport A2791188; National ID No. 119458128 (Jamaica) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

FAITHFUL LINKER LIMITED (Chinese Traditional: 信聯行有限公司) (a.k.a. CHINA CONCORD PETROLEUM CO., LIMITED (Chinese Simplified: 中和石油有限公司)), 17th Floor, Siu Ying Commercial Building, 151-155 Queen's Road Central, Hong Kong; Email Address admin@sinocpa.com; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED

PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Business Registration Number 1080134 [IRAN-EO13846].

FAITHFUL TO THE OATH (a.k.a. AL-BAKOUN ALA AL-AHD ORGANIZATION), Algeria [SDGT].

FAIZ, Mohammad Yusuf Karim (a.k.a. FAIZ, Mohammed Karim Yusop; a.k.a. FAIZ, Mohammed Yusop Karin; a.k.a. FAIZ, Mohd Karim Yusop; a.k.a. SAIFUDDIN, Muhmmad; a.k.a. "AL-INDONESI, Abu Walid"; a.k.a. "AL-INDUNISI, Abu-Walid"), Syria; DOB 11 Oct 1978; POB Indonesia; nationality Indonesia; citizen Indonesia; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

FAIZ, Mohammed Karim Yusop (a.k.a. FAIZ, Mohammad Yusuf Karim; a.k.a. FAIZ, Mohammed Yusop Karin; a.k.a. FAIZ, Mohd Karim Yusop; a.k.a. SAIFUDDIN, Muhmmad; a.k.a. "AL-INDONESI, Abu Walid"; a.k.a. "AL-INDUNISI, Abu-Walid"), Syria; DOB 11 Oct 1978; POB Indonesia; nationality Indonesia; citizen Indonesia; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

FAIZ, Mohammed Yusop Karin (a.k.a. FAIZ, Mohammad Yusuf Karim; a.k.a. FAIZ, Mohammed Karim Yusop; a.k.a. FAIZ, Mohd Karim Yusop; a.k.a. SAIFUDDIN, Muhmmad; a.k.a. "AL-INDONESI, Abu Walid"; a.k.a. "AL-INDUNISI, Abu-Walid"), Syria; DOB 11 Oct 1978; POB Indonesia; nationality Indonesia; citizen Indonesia; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

FAIZ, Mohd Karim Yusop (a.k.a. FAIZ, Mohammad Yusuf Karim; a.k.a. FAIZ, Mohammed Karim Yusop; a.k.a. FAIZ, Mohammed Yusop Karin; a.k.a. SAIFUDDIN, Muhmmad; a.k.a. "AL-INDONESI, Abu Walid"; a.k.a. "AL-INDUNISI, Abu-Walid"), Syria; DOB 11 Oct 1978; POB Indonesia; nationality Indonesia; citizen Indonesia; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

FAIZULLAHI, Ali Ahmad (Arabic: على احمد فيض اللهى) (a.k.a. FEIZLOLLAHI, Ali Ahmad; a.k.a. FEYZOLLAHI, Ahmad Ali (Arabic: احمدعلى فيض اللهى; a.k.a. FEYZOLLAHI, Ali Ahmad), Iran; DOB 1966 to 1967; POB Iran; nationality Iran;

citizen Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Birth Certificate Number 1269 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

FAIZULLIN, Irek Envarovich (Cyrillic: ФАЙЗУЛЛИН, Ирек Енварович), Russia; DOB 08 Dec 1962; POB Kazan, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

FAJR INDUSTRIES GROUP (a.k.a. FADJR INDUSTRIES GROUP; a.k.a. IFP; a.k.a. INDUSTRIAL FACTORIES OF PRECISION-MACHINERY; a.k.a. INSTRUMENTATION FACTORIES OF PRECISION MACHINERY; a.k.a. INSTRUMENTATION FACTORY PLANT; a.k.a. MOJTAME SANTY AJZAE DAGHIGH; a.k.a. NASR INDUSTRIES GROUP), P.O. Box 1985-777, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FAJR PETROCHEMICAL COMPANY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

FAKHR ZADEH, Mohammad (a.k.a. FAKHRZADEH, Mohammad), Tehran, Iran; DOB 22 May 1978; POB Malayer, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3932714806 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

FAKHRIZADEH, Mohsen (a.k.a. FAKHRIZADEH-MAHABADI, Mohsen; a.k.a. "FAKHRIZADEH"); Additional Sanctions Information - Subject to Secondary Sanctions; Passport A0009228; alt. Passport 4229533 (individual) [NPWMD] [IFSR].

FAKHRIZADEH-MAHABADI, Mohsen (a.k.a. FAKHRIZADEH, Mohsen; a.k.a. "FAKHRIZADEH"); Additional Sanctions Information - Subject to Secondary Sanctions; Passport A0009228; alt. Passport 4229533 (individual) [NPWMD] [IFSR].

FAKHRZADEH, Mohammad (a.k.a. FAKHR ZADEH, Mohammad), Tehran, Iran; DOB 22 May 1978; POB Malayer, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3932714806 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

FALAH INSANIA (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

FALAH, Jaber Taha (a.k.a. AL-ADNANI, Abu Mohamed; a.k.a. AL-ADNANI, Abu Mohammad; a.k.a. AL-ADNANI, Abu Mohammed; a.k.a. AL-BANSHI, Taha; a.k.a. AL-KHATAB, Abu Baker; a.k.a. AL-RAWI, Abu Sadek; a.k.a. AL-RAWI, Yasser Khalaf Hussein Nazal; a.k.a. AL-SHAMI, Abu-Muhammad al-Adnani; a.k.a. FALAHA, Taha Sobhi), Syria; Iraq; DOB 1977; POB Banash, Syria; nationality Syria (individual) [SDGT].

FALAHA, Taha Sobhi (a.k.a. AL-ADNANI, Abu Mohamed; a.k.a. AL-ADNANI, Abu Mohammad; a.k.a. AL-ADNANI, Abu Mohammed; a.k.a. AL-BANSHI, Taha; a.k.a. AL-KHATAB, Abu Baker; a.k.a. AL-RAWI, Abu Sadek; a.k.a. AL-RAWI, Yasser Khalaf Hussein Nazal; a.k.a. AL-SHAMI,

Abu-Muhammad al-Adnani; a.k.a. FALAH, Jaber Taha), Syria; Iraq; DOB 1977; POB Banash, Syria; nationality Syria (individual) [SDGT].

FALAH-E-INSANIAT FOUNDATION (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

FALAH-E-INSANIYAT (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION;

a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

FALAH-I-INSANIAT FOUNDATION (FIF) (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

FALAHZADEH, Mohammad Reza (a.k.a. FALAHZADEH, Mohammad Reza), Iran; DOB 1962 to 1963; alt. DOB 31 Dec 1961; POB Yazd, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D10008862 (Iran) expires 04 Oct 2026 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FALCON INTERNATIONAL SIA (f.k.a. ATACAR OTOMOTIV DIS TICARET VE SAVUNMA SANAYI LIMITED SIRKETI; f.k.a. MURAT INSAAT DIS TICARET VE SAVUNMA SANAYI LIMITED SIRKETI; a.k.a. SABIEDRIBA AR IEROBEZOTU ATBILDIBU 'FALCON INTERNATIONAL'; a.k.a. SIA FALCON INTERNATIONAL GROUP; a.k.a. SIA FALCON INTERNATIONAL TARIM VE HAYVANCILIK LIMITED SIKRETI), Fulya Mah. Buyukdere Cad. Akabe Ticaret Merkezi 78-80A Kat: 1 D: 1 Mecidiyekoy, Sisli, Istanbul, Turkey; Akabe Is Hani, 78-80 A/1, Fulya Mahallesi Buyukdere Caddesi Sisli, Istanbul, Turkey; Varpas Baldones pagasts Baldones novads, LV 2125, Latvia; Istanbul, Turkey; Riga, Latvia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 6240194059 (Turkey); Registration Number 464933 (Turkey); alt. Registration Number 45403041088 (Latvia) [DPRK].

FALCON STRATEGIC SOLUTIONS DOO (a.k.a. FALCON STRATEGIC SOLUTIONS DOO BEOGRAD-PALILULA), Todora Manojlovica 28, Belgrade 11060, Serbia; Tax ID No. 110427636 (Serbia); Registration Number 21348953 (Serbia) [GLOMAG] (Linked To: TESIC, Slobodan).

FALCON STRATEGIC SOLUTIONS DOO BEOGRAD-PALILULA (a.k.a. FALCON STRATEGIC SOLUTIONS DOO), Todora Manojlovica 28, Belgrade 11060, Serbia; Tax ID No. 110427636 (Serbia); Registration Number 21348953 (Serbia) [GLOMAG] (Linked To: TESIC, Slobodan).

FALCON SYSTEMS, United Kingdom [IRAQ2].

FALKOV, Valeriy Nikolayevich (Cyrillic: ФАЛЬКОВ, Валерий Николаевич), Moscow, Russia; DOB 18 Oct 1978; POB Tyumen, Tyumen Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 721801437195 (individual) [RUSSIA-EO14024].

FALLAHZADEH, Mohammad Reza (a.k.a. FALAHZADEH, Mohammad Reza), Iran; DOB 1962 to 1963; alt. DOB 31 Dec 1961; POB Yazd, Iran; nationality Iran; Gender Male;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D10008862 (Iran) expires 04 Oct 2026 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FALSAFI, Mahin, Number 7 Daftari, Dawudieh, Shariati Avenue, Tehran, Iran; DOB 20 Apr 1943; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport S2662712 (Iran) expires 16 Apr 2002 (individual) [NPWMD] [IFSR].

FAM INDUSTRIEL SOOT CO. (a.k.a. DOUDEFAM INDUSTRIES SADAF COMPANY; a.k.a. DUDEH FAM INDUSTRIAL; a.k.a. SANATI DOODEH FAAM COMPANY; a.k.a. SANATI DOODEH FAM CO. (Arabic: شرکت صنعتی دوده فام); a.k.a. SHERKATE DOODEH FAAM-E SADAF; a.k.a. "SADAF"; a.k.a. "SADAF CO."; a.k.a. "SADAF COMPANY"; a.k.a. "SADAFCO"), No. 8, Shahid Haghani Highway, Vanak Square, Tehran, Iran; No. 8, Haghani Highway, After Jahan Koodak Cross, Vanak Sq, PO Box 1518743811, Tehran, Iran; Dezfool Industrial Park Number 2, Dezful, Iran; Industrial Zone No. 2, PO Box 6465128911, Dezful, Iran; Website http://www.sadaf-cb.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102837099 (Iran); Registration Number 243005 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

FAMIN FZE (Arabic: فامین م م ح)) (a.k.a. FAMIN TRADING), P2-ELOB Office No. E-21F-05, Hamriyah Free Zone Park, Sharjah, United Arab Emirates; Website famintrading.com/; Organization Established Date 13 Jan 2020; Business Registration Number 18445 (United Arab Emirates); Economic Register Number (CBLS) 11578835 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

FAMIN TRADING (a.k.a. FAMIN FZE (Arabic: فامین م م ح), P2-ELOB Office No. E-21F-05, Hamriyah Free Zone Park, Sharjah, United Arab Emirates; Website famintrading.com/; Organization Established Date 13 Jan 2020; Business Registration Number 18445 (United Arab Emirates); Economic Register Number (CBLS) 11578835 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF

PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

FAN PARDAZAN, P.O. Box 15875-1834, Km 5 Karaj Special Road, Tehran, Iran; Unit (or Suite) 207, Saleh Blvd, Tehran, Iran; Unit 207, Tarajit Maydane Taymori (or Teimori) Square, Basin Building, Tarasht, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FAN, Yang (a.k.a. "CATHY"), Zhuhai, China; Hong Kong, China; DOB 23 Oct 1985; POB China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport EA5661672 (China) issued 02 Jul 2017 expires 02 Jul 2027; National ID No. 421002198510231027 (China) (individual) [NPWMD] [IFSR] (Linked To: HONGKONG HIMARK ELECTRON MODEL LIMITED).

FANA MOJ (a.k.a. FANA MOWJ; a.k.a. FANAMOJ; a.k.a. FANAMOJ COMPANY; a.k.a. FANAVARI MODJ KHAVAR; a.k.a. FANAVARI MOJ KHAVAR CO.; a.k.a. FANAVARI MOUDJ KHAVAR GROUP; a.k.a. FANAVARI MOWJ KHAVAR), No. 90, 15th St., North Kargar Avenue, Tehran 1439763111, Iran; No 1, Sartipi Ave, Semiari Ave, Shariati St, Tehran 19316-63381, Iran; No. 7, 15th St., North Amir Abad St., North Karegar St., Tehran, Iran; Website www.fanamoj.com; Email Address info@fanamoj.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 171433 (Iran) [NPWMD] [IFSR].

FANA MOWJ (a.k.a. FANA MOJ; a.k.a. FANAMOJ; a.k.a. FANAMOJ COMPANY; a.k.a. FANAVARI MODJ KHAVAR; a.k.a. FANAVARI MOJ KHAVAR CO.; a.k.a. FANAVARI MOUDJ KHAVAR GROUP; a.k.a. FANAVARI MOWJ KHAVAR), No. 90, 15th St., North Kargar Avenue, Tehran 1439763111, Iran; No 1, Sartipi Ave, Semiari Ave, Shariati St, Tehran 19316-63381, Iran; No. 7, 15th St., North Amir Abad St., North Karegar St., Tehran, Iran; Website www.fanamoj.com; Email Address info@fanamoj.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 171433 (Iran) [NPWMD] [IFSR].

FANAMOJ (a.k.a. FANA MOJ; a.k.a. FANA MOWJ; a.k.a. FANAMOJ COMPANY; a.k.a. FANAVARI MODJ KHAVAR; a.k.a. FANAVARI MOJ KHAVAR CO.; a.k.a. FANAVARI MOUDJ KHAVAR GROUP; a.k.a. FANAVARI MOWJ KHAVAR), No. 90, 15th St., North Kargar Avenue, Tehran 1439763111, Iran; No 1, Sartipi Ave, Semiari Ave, Shariati St, Tehran 19316-

63381, Iran; No. 7, 15th St., North Amir Abad St., North Karegar St., Tehran, Iran; Website www.fanamoj.com; Email Address info@fanamoj.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 171433 (Iran) [NPWMD] [IFSR].

FANAMOJ COMPANY (a.k.a. FANA MOJ; a.k.a. FANA MOWJ; a.k.a. FANAMOJ; a.k.a. FANAVARI MODJ KHAVAR; a.k.a. FANAVARI MOJ KHAVAR CO.; a.k.a. FANAVARI MOUDJ KHAVAR GROUP; a.k.a. FANAVARI MOWJ KHAVAR), No. 90, 15th St., North Kargar Avenue, Tehran 1439763111, Iran; No 1, Sartipi Ave, Semiari Ave, Shariati St, Tehran 19316-63381, Iran; No. 7, 15th St., North Amir Abad St., North Karegar St., Tehran, Iran; Website www.fanamoj.com; Email Address info@fanamoj.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 171433 (Iran) [NPWMD] [IFSR].

FANAVARAN COMMUNICATION INDUSTRY COMPANY (a.k.a. FANAVARAN SANAT ERTEBATAT COMPANY (Arabic: شرکت فن آوران صنعت ارتباطات); a.k.a. "COMMUNICATION INDUSTRY TECHNOLOGISTS"), Yousef Abad Neighborhood, Kordestan Express Way, Seyyed Sohrab Akhlaqi 37 Street, Number 38, First Floor, Tehran, Tehran 1436613193, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 06 Jun 2005; Registration Number 247799 (Iran); alt. Registration Number 10102884046 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

FANAVARAN ETEMAAD RAAHBAR CO., Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

FANAVARAN HAFIZEH SAMANEH (a.k.a. ANSAR INFORMATION TECHNOLOGY COMPANY), No. 59, West Taban Street, Jordon (Nelson Mandela) Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Number 190617 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: ANSAR BANK).

FANAVARAN PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی فن آوران سهامی عام), Office No 18 No. 83, South Gandi 7th Street, Karimkhan Zand Boulevard, Shahid Palizavani Street, Tehran, Iran; Website http://www.fnpcc.com; Additional Sanctions Information - Subject to Secondary Sanctions;

National ID No. 10101826594 (Iran) [IRAN-EO13846] (Linked To: IRAN PETROCHEMICAL COMMERCIAL COMPANY).

FANAVARAN SANAT ERTEBATAT COMPANY (Arabic: شرکت فن آوران صنعت ارتباطات) (a.k.a. FANAVARAN COMMUNICATION INDUSTRY COMPANY; a.k.a. "COMMUNICATION INDUSTRY TECHNOLOGISTS"), Yousef Abad Neighborhood, Kordestan Express Way, Seyyed Sohrab Akhlaqi 37 Street, Number 38, First Floor, Tehran, Tehran 1436613193, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 06 Jun 2005; Registration Number 247799 (Iran); alt. Registration Number 10102884046 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

FANAVARAN SOMIC ENGINEERING AND MANAGEMENT CO (a.k.a. SOMIC ENGINEERING AND MANAGEMENT CO (Arabic: شرکت مهندسی و مدیریت فناوران سامیک); a.k.a. SOMIC ENGINEERING AND MANAGEMENT COMPANY; a.k.a. SOMIC MANAGEMENT AND ENGINEERING TECHNICIANS; a.k.a. "SOMIC"; a.k.a. "SOMIC COMPANY"), No. 76 - Floor 1 - Sattarkhan St., Tehran, Iran; Website www.somicgroup.net; alt. Website www.somicgroup.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101529281 (Iran); Registration Number 10917 (Iran); alt. Registration Number 109167 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

FANAVARI MODJ KHAVAR (a.k.a. FANA MOJ; a.k.a. FANA MOWJ; a.k.a. FANAMOJ; a.k.a. FANAMOJ COMPANY; a.k.a. FANAVARI MOJ KHAVAR CO.; a.k.a. FANAVARI MOUDJ KHAVAR GROUP; a.k.a. FANAVARI MOWJ KHAVAR), No. 90, 15th St., North Kargar Avenue, Tehran 1439763111, Iran; No 1, Sartipi Ave, Semiari Ave, Shariati St, Tehran 19316-63381, Iran; No. 7, 15th St., North Amir Abad St., North Karegar St., Tehran, Iran; Website www.fanamoj.com; Email Address info@fanamoj.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 171433 (Iran) [NPWMD] [IFSR].

FANAVARI MOJ KHAVAR CO. (a.k.a. FANA MOJ; a.k.a. FANA MOWJ; a.k.a. FANAMOJ; a.k.a. FANAMOJ COMPANY; a.k.a. FANAVARI MODJ KHAVAR; a.k.a. FANAVARI MOUDJ KHAVAR GROUP; a.k.a. FANAVARI MOWJ

KHAVAR), No. 90, 15th St., North Kargar Avenue, Tehran 1439763111, Iran; No 1, Sartipi Ave, Semiari Ave, Shariati St, Tehran 19316-63381, Iran; No. 7, 15th St., North Amir Abad St., North Karegar St., Tehran, Iran; Website www.fanamoj.com; Email Address info@fanamoj.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 171433 (Iran) [NPWMD] [IFSR].

FANAVARI MOUDJ KHAVAR GROUP (a.k.a. FANA MOJ; a.k.a. FANA MOWJ; a.k.a. FANAMOJ; a.k.a. FANAMOJ COMPANY; a.k.a. FANAVARI MODJ KHAVAR; a.k.a. FANAVARI MOJ KHAVAR CO.; a.k.a. FANAVARI MOWJ KHAVAR), No. 90, 15th St., North Kargar Avenue, Tehran 1439763111, Iran; No 1, Sartipi Ave, Semiari Ave, Shariati St, Tehran 19316-63381, Iran; No. 7, 15th St., North Amir Abad St., North Karegar St., Tehran, Iran; Website www.fanamoj.com; Email Address info@fanamoj.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 171433 (Iran) [NPWMD] [IFSR].

FANAVARI MOWJ KHAVAR (a.k.a. FANA MOJ; a.k.a. FANA MOWJ; a.k.a. FANAMOJ; a.k.a. FANAMOJ COMPANY; a.k.a. FANAVARI MODJ KHAVAR; a.k.a. FANAVARI MOJ KHAVAR CO.; a.k.a. FANAVARI MOUDJ KHAVAR GROUP), No. 90, 15th St., North Kargar Avenue, Tehran 1439763111, Iran; No 1, Sartipi Ave, Semiari Ave, Shariati St, Tehran 19316-63381, Iran; No. 7, 15th St., North Amir Abad St., North Karegar St., Tehran, Iran; Website www.fanamoj.com; Email Address info@fanamoj.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 171433 (Iran) [NPWMD] [IFSR].

FANI OIL TRADING FZE, P1-ELOB Office No. E-32G-03, United Arab Emirates; P.O. Box 7382, Fujairah, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Jul 2006; License 11578909 (United Arab Emirates); alt. License 17959 (United Arab Emirates); alt. License 11677258 (United Arab Emirates); alt. License 1858 (United Arab Emirates) [SDGT] (Linked To: STAVRIDIS, Konstantinos).

FAOUR, Housein Ali (a.k.a. FA'UR, Husayn Ali); DOB 1966; POB Al-Khayam, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

FAR EAST AND BAIKAL REGION DEVELOPMENT FUND OJSC (a.k.a. AO VEB.DV; f.k.a. JSC FAR EAST AND ARCTIC REGION DEVELOPMENT FUND; a.k.a. JSC VEB.DV; f.k.a. OJSC THE FAR EAST AND BAIKAL REGION DEVELOPMENT FUND), Nab. Presnenskaya D. 10, pom II komn 8-59, Moscow 123112, Russia; Website fondvostok.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 2721188289 (Russia); Registration Number 1112721010995 (Russia). For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

FAR EAST INSTITUTE VOSTOKPROECTVERF LIMITED LIABILITY CORPORATION (a.k.a. FDI VOSTOKPROEKTVERF; a.k.a. OBSHCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU DALNEVOSTOCHNYY PROEKTNYY INSTITUT VOSTOKPROEKTVERF (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДАЛЬНЕВОСТОЧНЫЙ ПРОЕКТНЫЙ ИНСТИТУТ ВОСТОКПРОЕКТВЕРФЬ)), 72 Ulitsa Svetlanskaya, Vladivostok 690091, Russia; Organization Established Date 19 Aug 2008; Tax ID No. 2536207610 (Russia); Registration Number 1082536011250 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

FAR EASTERN BANK (Cyrillic: ДАЛЬНЕВОСТОЧНЫЙ БАНК) (a.k.a. JOINT STOCK COMPANY FAR EASTERN BANK), 27-a, Verkhneportovaya St., Vladivostok, Primorskiy Kray 690990, Russia; SWIFT/BIC FAEBRU8V; BIK (RU) 040507705; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 2540016961 (Russia); Legal Entity Number 253400YGH90JM0RMLU50 (Russia);

Registration Number 1022500000786 (Russia) [DPRK3].

FAR EASTERN PLANT ZVEZDA JOINT STOCK COMPANY (a.k.a. AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY ZAVOD ZVEZDA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДАЛЬНЕВОСТОЧНЫЙ ЗАВОД ЗВЕЗДА); a.k.a. "DVZ ZVEZDA AO"; a.k.a. "FEP ZVEZA JSC"), 1 Ulitsa Stepana Lebedeva, Bolshoi Kamen 692801, Russia; Organization Established Date 06 Nov 2008; Tax ID No. 2503026908 (Russia); Registration Number 1082503000931 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

FARADARYAY-E NIK-E GHESHM INVESTMENT (a.k.a. NIK QESHM FARA DARYA INVESTMENT COMPANY), Opposite Kimia Hotel 2, Sam & Zal Street, Qeshm, Hormozgan 7951189799, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

FARAG, Hamdi Ahmad (a.k.a. AHMAD, Tariq Anwar al-Sayyid; a.k.a. FATHI, Amr Al-Fatih); DOB 15 Mar 1963; POB Alexandria, Egypt (individual) [SDGT].

FARAG, Mostafa (a.k.a. ABDEL HAMID, Mostafa Mohamed; a.k.a. FARAG, Mostafa Mohamed; a.k.a. MAHAMED, Mostafa; a.k.a. "AL AUSTRALI, Abu Sulayman"; a.k.a. "AL MUHAJIR, Abu Sulayman"; a.k.a. "AL USTRALI, Abu Sulayman"; a.k.a. "AL-MASRI, Abu Sulayman"); DOB 14 Feb 1984; POB Port Said, Egypt; nationality Australia; alt. nationality Egypt; Passport M1898709 (Australia) expires 11 Oct 2012; Driver's License No. 13652517 (Australia) expires 19 Apr 2014 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

FARAG, Mostafa Mohamed (a.k.a. ABDEL HAMID, Mostafa Mohamed; a.k.a. FARAG, Mostafa; a.k.a. MAHAMED, Mostafa; a.k.a. "AL AUSTRALI, Abu Sulayman"; a.k.a. "AL MUHAJIR, Abu Sulayman"; a.k.a. "AL USTRALI, Abu Sulayman"; a.k.a. "AL-MASRI, Abu Sulayman"); DOB 14 Feb 1984; POB Port Said, Egypt; nationality Australia; alt. nationality Egypt; Passport M1898709 (Australia) expires 11 Oct 2012; Driver's License No. 13652517 (Australia) expires 19 Apr 2014 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

FARAH SARKIS, Nazira; DOB 1962; POB Aleppo, Syria; Minister of State for Environment Affairs (individual) [SYRIA].

FARAH, Meliad (a.k.a. "HUSSEIN"; a.k.a. "HUSSEIN, Hussein"); DOB 05 Nov 1980; citizen Australia; alt. citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

FARAHANI, Alireza Shahvaroghi (a.k.a. "ALI, Haj"; a.k.a. "SALIMI, Vezarat"; a.k.a. "SALIMI, Vezerat"), Iran; DOB 06 Dec 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

FARAHANI, Majid (Arabic: مجید فراهانی) (a.k.a. FARAHANI, Majid Dastjani; a.k.a. FARAHANY, Majid Dastjany), Venezuela; Iran; DOB 26 Jul 1982; alt. DOB 27 Jul 1982; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0076791629 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

FARAHANI, Majid Dastjani (a.k.a. FARAHANI, Majid (Arabic: مجید فراهانی); a.k.a. FARAHANY, Majid Dastjany), Venezuela; Iran; DOB 26 Jul 1982; alt. DOB 27 Jul 1982; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0076791629 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

FARAHANY, Majid Dastjany (a.k.a. FARAHANI, Majid (Arabic: مجید فراهانی); a.k.a. FARAHANI, Majid Dastjani), Venezuela; Iran; DOB 26 Jul 1982; alt. DOB 27 Jul 1982; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0076791629 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

FARAHI, Sayyad Medhi (a.k.a. FARAJZADEH, Seyyed Hadi), Iran; DOB 30 Sep 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Passport G9321488 (Iran) expires 10 Oct 2016 (individual) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

FARAJ, Hala, Syria; DOB 22 Mar 1987; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

FARAJ, Samal Majid, Iraq; Former Minister of Planning (individual) [IRAQ2].

FARAJZADEH, Seyyed Hadi (a.k.a. FARAHI, Sayyad Medhi), Iran; DOB 30 Sep 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Passport G9321488 (Iran) expires 10 Oct 2016 (individual) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

FARASAKHT INDUSTRIES, P.O. Box 83145-311, Kilometer 28, Esfahan - Tehran Freeway, Shahin Shahr, Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FARASATPOUR, Morteza (a.k.a. FARASATPUR, Morteza); DOB 16 Nov 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport G9329851 (Iran); Deputy Director for Commerce, Defense Industries Organization (individual) [NPWMD] [IFSR] (Linked To: DEFENSE INDUSTRIES ORGANIZATION).

FARASATPUR, Morteza (a.k.a. FARASATPOUR, Morteza); DOB 16 Nov 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport G9329851 (Iran); Deputy Director for Commerce, Defense Industries Organization (individual) [NPWMD] [IFSR] (Linked To: DEFENSE INDUSTRIES ORGANIZATION).

FARASEPEHR ENGINEERING COMPANY (a.k.a. ARFA PAINT COMPANY; a.k.a. ARFEH COMPANY; a.k.a. HOSSEINI NEJAD TRADING CO.; a.k.a. IRAN SAFFRON COMPANY; a.k.a. IRANSAFFRON CO; a.k.a. SHETAB G; a.k.a. SHETAB GAMAN; a.k.a. SHETAB TRADING; a.k.a. Y.A.S. CO LTD.; a.k.a. YASA PART), West Lavansai, Tehran 009821, Iran; Sa'adat Abaad, Shahrdari Sq Sarv Building, 9th Floor, Unit 5, Tehran, Iran; No 17, Balooch Alley, Vaezi St, Shariati Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FARASHAH, Payman Dehghanpour (a.k.a. POUR, Peyman Dehghan), Iran; DOB 22 Jan 1989; POB Yazd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport L40581001 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

FARATECH (a.k.a. FARATECH COMPANY), Ghezelbash 15, Tohid St., Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FARATECH COMPANY (a.k.a. FARATECH), Ghezelbash 15, Tohid St., Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FARAVARDEHAYE BOTONI SIMAN SEPAHAN (a.k.a. SEPAHAN CEMENT CONCRETE PRODUCTS), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

FARAVARDEHAYE SIMAN SHARGH (a.k.a. SHARQ CEMENT MANUFACTURERS), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

FARAVARESH BANDAR IMAM COMPANY (a.k.a. BANDAR IMAM FARAVARESH PETROCHEMICAL COMPANY), Bandar Imam Petrochemical Complex, Bandar Imam Khomeini, Khuzestan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

FARAYAND TECHNIC (a.k.a. FARAYAND TECHNIQUE), End of North Karegar Avenue, Shomali, Tehran, Iran; P.O. Box 14155-1339, Tehran, Iran; Esfahan, Iran; Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FARAYAND TECHNIQUE (a.k.a. FARAYAND TECHNIC), End of North Karegar Avenue, Shomali, Tehran, Iran; P.O. Box 14155-1339, Tehran, Iran; Esfahan, Iran; Isfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FARAZ ROYAL QESHM LLC (a.k.a. TIDE WATER COMPANY; a.k.a. TIDE WATER MIDDLE EAST MARINE SERVICE; a.k.a. TIDEWATER CO. (MIDDLE EAST MARINE SERVICES); a.k.a. TIDEWATER MIDDLE EAST CO.), No. 80, Tidewater Building, Vozara Street, Next to Saie Park, Tehran, Iran; Website www.tidewaterco.com; Email Address info@tidewaterco.com; alt. Email Address info@tidewaterco.ir; IFCA Determination - Port Operator; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 18745 (Iran); Telephone: 982188553321; Alt. Telephone: 982188554432; Fax: 982188717367; Alt. Fax: 982188708761; Alt. Fax: 982188708911 [SDGT] [NPWMD] [IRGC] [IFSR] [IFCA].

FARAZ TEGARAT ERTEBAT COMPANY (a.k.a. PARDAZAN SYSTEM HOUSES ARMAN; a.k.a. PARDAZAN SYSTEM NAMAD ARMAN; a.k.a.

PASNA; a.k.a. PASNA INDUSTRY CO.; a.k.a. PASNA INTERNATION TRADING CO.; a.k.a. POUYAN ELECTRONIC CO.; a.k.a. SINO TRADER COMPANY), Number 8, Unit 14, Tavana Building, Khan Babaei Alley, Nik Zare Street, Akbari Street, Ashrafti Esfahani Avenue, Tehran, Iran; Ghodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Monacoheri St., Saadi St., Tehran, Iran; Sa'di St., Manoucohehri St., Goodarzi Alley, Building No. 11, Alborz, Third Floor, No. 9, Tehran, Iran; Website http://www.pasnaindustry.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FARAZAN CO., LTD. (a.k.a. FARAZAN COMPANY; a.k.a. FARAZAN INDUSTRIAL ENGINEERING, INC.), Apt. 8, 4th Floor, No. 6, 2Th. Alley, Konoor Street, Motahari Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER).

FARAZAN COMPANY (a.k.a. FARAZAN CO., LTD.; a.k.a. FARAZAN INDUSTRIAL ENGINEERING, INC.), Apt. 8, 4th Floor, No. 6, 2Th. Alley, Konoor Street, Motahari Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER).

FARAZAN INDUSTRIAL ENGINEERING, INC. (a.k.a. FARAZAN CO., LTD.; a.k.a. FARAZAN COMPANY), Apt. 8, 4th Floor, No. 6, 2Th. Alley, Konoor Street, Motahari Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER).

FARC-EP (a.k.a. FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA - EJERCITO DEL PUEBLO; a.k.a. REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY; a.k.a. "FARC DISSIDENTS FARC-EP"; a.k.a. "FARC-D FARC-EP"; a.k.a. "GAO-R FARC-EP"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL FARC-EP"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP FARC-EP"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS FARC-EP"), Colombia; Venezuela [FTO] [SDGT].

FARGHADANI, Rahim Reza (a.k.a. FARGHADANI, Rahimreza); DOB 16 Aug 1960; alt. DOB 17 Aug 1960; citizen Iran; Additional Sanctions Information - Subject to Secondary

Sanctions; Passport 5671711 (Iran) (individual) [NPWMD] [IFSR].

FARGHADANI, Rahimreza (a.k.a. FARGHADANI, Rahim Reza); DOB 16 Aug 1960; alt. DOB 17 Aug 1960; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 5671711 (Iran) (individual) [NPWMD] [IFSR].

FARHAD GHAEDI WHOLESALERS LLC, 902 Al Maktoum Building, Al Buteen, Al Maktoum Road, Deira, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 21 Jun 2020; Chamber of Commerce Number 1498735 (United Arab Emirates); Business Registration Number 892067 (United Arab Emirates) [NPWMD] [IFSR] (Linked To: PISHGAM ELECTRONIC SAFEH COMPANY).

FARHAT, Bara'a Hasan (Arabic: براء حسن فرحات), Sidon, Lebanon; DOB 1988; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HAMAS).

FARHAT, Mohamad (a.k.a. FARHAT, Muhammad 'Abd-Al-Hadi), Iraq; DOB 06 Apr 1967; POB Kuwait; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL 2274078 (individual) [SDGT] (Linked To: HIZBALLAH).

FARHAT, Mohammad (a.k.a. FARHAT, Mohammad Abdul Amir; a.k.a. FARHAT, Muhammad 'Abd-al-Amir); DOB 23 Aug 1969; POB Kuwait; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport RL 2325452 (Lebanon) expires 31 Jul 2017 (individual) [SDGT] [IRGC] [IFSR].

FARHAT, Mohammad Abdul Amir (a.k.a. FARHAT, Mohammad; a.k.a. FARHAT, Muhammad 'Abd-al-Amir); DOB 23 Aug 1969; POB Kuwait; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport RL 2325452 (Lebanon) expires 31 Jul 2017 (individual) [SDGT] [IRGC] [IFSR].

FARHAT, Muhammad 'Abd-al-Amir (a.k.a. FARHAT, Mohammad; a.k.a. FARHAT, Mohammad Abdul Amir); DOB 23 Aug 1969; POB Kuwait; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport RL 2325452 (Lebanon) expires 31 Jul 2017 (individual) [SDGT] [IRGC] [IFSR].

FARHAT, Muhammad 'Abd-Al-Hadi (a.k.a. FARHAT, Mohamad), Iraq; DOB 06 Apr 1967;

POB Kuwait; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL 2274078 (individual) [SDGT] (Linked To: HIZBALLAH).

FARI, Adil Muhammad Abdu (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FAZI, Adil Mohammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

FARI, Ashraf Ahmad (a.k.a. AL-'ALLAK, Ashraf Ahmad Fari'; a.k.a. AL-ALLAL, Ashraf Ahmad Fari; a.k.a. AL-URDUNI, Abu Raghad; a.k.a. BASHQ, Abu Raghad; a.k.a. "BASHIQ"), Dar'a, Syria; DOB 15 Dec 1978; POB Amman, Jordan; nationality Jordan (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

FARIAS PENA, Erika del Valle (Latin: FARÍAS PEÑA, Erika del Valle), Cojedes, Venezuela; DOB 31 Oct 1972; citizen Venezuela; Gender Female; Cedula No. 9493443 (Venezuela); Constituent of Venezuela's Constituent Assembly for Ezequiel Zamora Municipality in Cojedes State (individual) [VENEZUELA].

FARIS, Abu (a.k.a. ABD EL-RAHMAN, Suhayl Salim; a.k.a. ABDURAHAMAN, Suhayl; a.k.a. AL-SUDANI, Abu Faris; a.k.a. MUHAMMAD, Sahib; a.k.a. MUHAMMAD, Suhayl Salim; a.k.a. SALIM, Suhayl; a.k.a. UL-ABIDEEN, Zain; a.k.a. ZAYN, Haytham; a.k.a. "SABA"; a.k.a. "SANA"; a.k.a. "SUNDUS"); DOB 17 Jun 1984; alt. DOB 1990; POB Rabak, Sudan; Passport C0004350; Personal ID Card A00710804 (individual) [SOMALIA].

FARKASH AL-BARASSI, Safia (a.k.a. FARKASH, Safia); DOB 1952; POB Al Bayda, Libya (individual) [LIBYA2].

FARKASH, Safia (a.k.a. FARKASH AL-BARASSI, Safia); DOB 1952; POB Al Bayda, Libya (individual) [LIBYA2].

FARMA IZVORI B.I., Izvore, Kosovo; Organization Established Date 29 May 2015; Organization Type: Growing of pome fruits and stone fruits; Registration Number 71168433 (Kosovo) [GLOMAG] (Linked To: NEDELJKOVIC, Sinisa).

FARMACIA JARLINE, S.A. DE C.V. (a.k.a. FARMACIA JARLYNE, S.A. DE C.V.; a.k.a. FARMACIA JERLYNE, S.A. DE C.V.; a.k.a. FARMACIAS JERLYNE, S.A. DE C.V.), Buenaventura 391, Fraccionamiento Chapultepec, Tijuana, Baja California, Mexico; Avenida Benito Juarez 2020-8, Colonia Zona Centro, Tijuana, Baja California, Mexico; Cascadas 100-2, Colonia Las Huertas, Tijuana, Baja California, Mexico; Lot 18, Sector 21, Centro Urbano 70-76, Colonia Mesa de Otay, Baja California, Mexico; Lot 70, Sector 6, Colonia Jardines de Chapultepec, Baja California, Mexico; Lots 13, 14, Sector A, Rancho El Grande, Baja California, Mexico; Avenida Revolucion 2020, Tijuana, Baja California 22000, Mexico [SDNTK].

FARMACIA JARLYNE, S.A. DE C.V. (a.k.a. FARMACIA JARLINE, S.A. DE C.V.; a.k.a. FARMACIA JERLYNE, S.A. DE C.V.; a.k.a. FARMACIAS JERLYNE, S.A. DE C.V.), Buenaventura 391, Fraccionamiento Chapultepec, Tijuana, Baja California, Mexico; Avenida Benito Juarez 2020-8, Colonia Zona Centro, Tijuana, Baja California, Mexico; Cascadas 100-2, Colonia Las Huertas, Tijuana, Baja California, Mexico; Lot 18, Sector 21, Centro Urbano 70-76, Colonia Mesa de Otay, Baja California, Mexico; Lot 70, Sector 6, Colonia Jardines de Chapultepec, Baja California, Mexico; Lots 13, 14, Sector A, Rancho El Grande, Baja California, Mexico; Avenida Revolucion 2020, Tijuana, Baja California 22000, Mexico [SDNTK].

FARMACIA JERLYNE, S.A. DE C.V. (a.k.a. FARMACIA JARLINE, S.A. DE C.V.; a.k.a. FARMACIA JARLYNE, S.A. DE C.V.; a.k.a. FARMACIAS JERLYNE, S.A. DE C.V.), Buenaventura 391, Fraccionamiento Chapultepec, Tijuana, Baja California, Mexico; Avenida Benito Juarez 2020-8, Colonia Zona Centro, Tijuana, Baja California, Mexico; Cascadas 100-2, Colonia Las Huertas, Tijuana, Baja California, Mexico; Lot 18, Sector 21, Centro Urbano 70-76, Colonia Mesa de Otay, Baja California, Mexico; Lot 70, Sector 6,

Colonia Jardines de Chapultepec, Baja California, Mexico; Lots 13, 14, Sector A, Rancho El Grande, Baja California, Mexico; Avenida Revolucion 2020, Tijuana, Baja California 22000, Mexico [SDNTK].

FARMACIA LUDIM, Boulevard Doctor Enrique Cabrera, Tres Rios, Culiacan, Sinaloa, Mexico; Organization Type: Retail sale of pharmaceutical and medical goods, cosmetic and toilet articles in specialized stores [ILLICIT-DRUGS-EO14059].

FARMACIA VIDA (a.k.a. FARMACIA VIDA SUPREMA, S.A. DE C.V.; a.k.a. FARMACIAS VIDA), Blvd. Agua Caliente 1381, Colonia Revolucion, Tijuana, Baja California, Mexico; Avenida Constitucion No. 1300, Tijuana, Baja California, Mexico; Avenida Negrete No. 1200, Tijuana, Baja California, Mexico; Avenida Segunda No. 1702, Tijuana, Baja California, Mexico; Avenida 16 de Septiembre No. 1100, Tijuana, Baja California, Mexico; Calle 4ta. 1339 y 'G', Tijuana, Baja California, Mexico; Blvd. D. Ordaz No. 700-316, Tijuana, Baja California, Mexico; Avenida Benito Juarez No. 16-2, Rosarito, Baja California, Mexico; Avenida Las Americas, Int. Casa Ley, Tijuana, Baja California, Mexico; Avenida Constitucion y 10ma., Tijuana, Baja California, Mexico; Avenida Constitucion 823, Tijuana, Baja California, Mexico; Calle Benito Juarez 1941, Tijuana, Baja California, Mexico; Calle 4ta. Y Ninos Heroes 1802, Tijuana, Baja California, Mexico; Calle Benito Juarez 1890-A, Tijuana, Baja California, Mexico; Blvd. Benito Juarez 20000, Rosarito, Baja California, Mexico; Blvd. Diaz Ordaz 915, La Mesa, Tijuana, Baja California, Mexico; Blvd. Fundadores 8417, Fraccionamiento El Rubi, Tijuana, Baja California, Mexico; Avenida Tecnologico 15300-308, Centro Comercial Otay Universidad, Tijuana, Baja California, Mexico; Avenida Revolucion 651, Zona Centro, Tijuana, Baja California, Mexico; Blvd. Sanchez Taboada 4002, Zona Rio, Tijuana, Baja California, Mexico; Paseo Estrella del Mar 1075-B, Placita Coronado, Playas de Tijuana, Tijuana, Baja California, Mexico; Avenida Jose Lopez Portillo 131-B, Modulos Otay, Tijuana, Baja California, Mexico; Toribio Ortega No. 6072-1 Colonia Fco. Villa, Tijuana, Baja California, Mexico; Blvd. Diaz Ordaz No. 1159-101, Tijuana, Baja California, Mexico; Plaza del Norte, M. Matamoros No. 10402, Frac. M. Matamoros, Tijuana, Baja California, Mexico; Calle Carrillo Puerto (3ra.) No. 1434-131, Tijuana, Baja

California, Mexico; Blvd. Ejido Matamoros No. 402-1 Lomas Granjas la Espanola, Tijuana, Baja California, Mexico; Calz. Cucapah 20665-1B Colonia Buenos Aires Norte, Tijuana, Baja California, Mexico; R.F.C. FVS-870610-LX3 (Mexico) [SDNTK].

FARMACIA VIDA SUPREMA, S.A. DE C.V. (a.k.a. FARMACIA VIDA; a.k.a. FARMACIAS VIDA), Blvd. Agua Caliente 1381, Colonia Revolucion, Tijuana, Baja California, Mexico; Avenida Constitucion No. 1300, Tijuana, Baja California, Mexico; Avenida Negrete No. 1200, Tijuana, Baja California, Mexico; Avenida Segunda No. 1702, Tijuana, Baja California, Mexico; Avenida 16 de Septiembre No. 1100, Tijuana, Baja California, Mexico; Calle 4ta. 1339 y 'G', Tijuana, Baja California, Mexico; Blvd. D. Ordaz No. 700-316, Tijuana, Baja California, Mexico; Avenida Benito Juarez No. 16-2, Rosarito, Baja California, Mexico; Avenida Las Americas, Int. Casa Ley, Tijuana, Baja California, Mexico; Avenida Constitucion y 10ma., Tijuana, Baja California, Mexico; Avenida Constitucion 823, Tijuana, Baja California, Mexico; Calle Benito Juarez 1941, Tijuana, Baja California, Mexico; Calle 4ta. Y Ninos Heroes 1802, Tijuana, Baja California, Mexico; Calle Benito Juarez 1890-A, Tijuana, Baja California, Mexico; Blvd. Benito Juarez 20000, Rosarito, Baja California, Mexico; Blvd. Diaz Ordaz 915, La Mesa, Tijuana, Baja California, Mexico; Blvd. Fundadores 8417, Fraccionamiento El Rubi, Tijuana, Baja California, Mexico; Avenida Tecnologico 15300-308, Centro Comercial Otay Universidad, Tijuana, Baja California, Mexico; Avenida Revolucion 651, Zona Centro, Tijuana, Baja California, Mexico; Blvd. Sanchez Taboada 4002, Zona Rio, Tijuana, Baja California, Mexico; Paseo Estrella del Mar 1075-B, Placita Coronado, Playas de Tijuana, Tijuana, Baja California, Mexico; Avenida Jose Lopez Portillo 131-B, Modulos Otay, Tijuana, Baja California, Mexico; Toribio Ortega No. 6072-1 Colonia Fco. Villa, Tijuana, Baja California, Mexico; Blvd. Diaz Ordaz No. 1159-101, Tijuana, Baja California, Mexico; Plaza del Norte, M. Matamoros No. 10402, Frac. M. Matamoros, Tijuana, Baja California, Mexico; Calle Carrillo Puerto (3ra.) No. 1434-131, Tijuana, Baja California, Mexico; Blvd. Ejido Matamoros No. 402-1 Lomas Granjas la Espanola, Tijuana, Baja California, Mexico; Calz. Cucapah 20665-1B Colonia Buenos Aires Norte, Tijuana, Baja California, Mexico; R.F.C. FVS-870610-LX3 (Mexico) [SDNTK].

FARMACIAS JERLYNE, S.A. DE C.V. (a.k.a. FARMACIA JARLINE, S.A. DE C.V.; a.k.a. FARMACIA JARLYNE, S.A. DE C.V.; a.k.a. FARMACIA JERLYNE, S.A. DE C.V.), Buenaventura 391, Fraccionamiento Chapultepec, Tijuana, Baja California, Mexico; Avenida Benito Juarez 2020-8, Colonia Zona Centro, Tijuana, Baja California, Mexico; Cascadas 100-2, Colonia Las Huertas, Tijuana, Baja California, Mexico; Lot 18, Sector 21, Centro Urbano 70-76, Colonia Mesa de Otay, Baja California, Mexico; Lot 70, Sector 6, Colonia Jardines de Chapultepec, Baja California, Mexico; Lots 13, 14, Sector A, Rancho El Grande, Baja California, Mexico; Avenida Revolucion 2020, Tijuana, Baja California 22000, Mexico [SDNTK].

FARMACIAS VIDA (a.k.a. FARMACIA VIDA; a.k.a. FARMACIA VIDA SUPREMA, S.A. DE C.V.), Blvd. Agua Caliente 1381, Colonia Revolucion, Tijuana, Baja California, Mexico; Avenida Constitucion No. 1300, Tijuana, Baja California, Mexico; Avenida Negrete No. 1200, Tijuana, Baja California, Mexico; Avenida Segunda No. 1702, Tijuana, Baja California, Mexico; Avenida 16 de Septiembre No. 1100, Tijuana, Baja California, Mexico; Calle 4ta. 1339 y 'G', Tijuana, Baja California, Mexico; Blvd. D. Ordaz No. 700-316, Tijuana, Baja California, Mexico; Avenida Benito Juarez No. 16-2, Rosarito, Baja California, Mexico; Avenida Las Americas, Int. Casa Ley, Tijuana, Baja California, Mexico; Avenida Constitucion y 10ma., Tijuana, Baja California, Mexico; Avenida Constitucion 823, Tijuana, Baja California, Mexico; Calle Benito Juarez 1941, Tijuana, Baja California, Mexico; Calle 4ta. Y Ninos Heroes 1802, Tijuana, Baja California, Mexico; Calle Benito Juarez 1890-A, Tijuana, Baja California, Mexico; Blvd. Benito Juarez 20000, Rosarito, Baja California, Mexico; Blvd. Diaz Ordaz 915, La Mesa, Tijuana, Baja California, Mexico; Blvd. Fundadores 8417, Fraccionamiento El Rubi, Tijuana, Baja California, Mexico; Avenida Tecnologico 15300-308, Centro Comercial Otay Universidad, Tijuana, Baja California, Mexico; Avenida Revolucion 651, Zona Centro, Tijuana, Baja California, Mexico; Blvd. Sanchez Taboada 4002, Zona Rio, Tijuana, Baja California, Mexico; Paseo Estrella del Mar 1075-B, Placita Coronado, Playas de Tijuana, Tijuana, Baja California, Mexico; Avenida Jose Lopez Portillo 131-B, Modulos Otay, Tijuana, Baja California, Mexico; Toribio Ortega No. 6072-1 Colonia Fco. Villa, Tijuana, Baja California, Mexico; Blvd. Diaz Ordaz No. 1159-101, Tijuana, Baja California, Mexico; Plaza del Norte, M. Matamoros No. 10402, Frac. M. Matamoros, Tijuana, Baja California, Mexico; Calle Carrillo Puerto (3ra.) No. 1434-131, Tijuana, Baja California, Mexico; Blvd. Ejido Matamoros No. 402-1 Lomas Granjas la Espanola, Tijuana, Baja California, Mexico; Calz. Cucapah 20665-1B Colonia Buenos Aires Norte, Tijuana, Baja California, Mexico; R.F.C. FVS-870610-LX3 (Mexico) [SDNTK].

FARMAND, Sa'id, Syria; DOB 10 Oct 1966; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

FAROOQ, Muhammad; DOB 12 Mar 1949; nationality Pakistan; Passport S122252 (Pakistan) (individual) [NPWMD].

FAROQUI, Abdullah Samad (a.k.a. "SAMAD, Abdul"), Herat Province, Afghanistan; DOB 1972; alt. DOB 1971; alt. DOB 1973; POB Nahr-e Saraj District, Helmand Province, Afghanistan; Gender Male (individual) [SDGT] (Linked To: TALIBAN).

FAROUK, Shaykh Imran (a.k.a. AL-HABABI, Nayef Salam Muhammad Ujaym; a.k.a. AL-HABABI, Nayf Salam Muhammad Ujaym; a.k.a. AL-QAHTANI AL-QATARI, Farouq; a.k.a. AL-QAHTANI, Faruq; a.k.a. AL-QAHTANI, Sheikh Farooq; a.k.a. AL-QATARI, Faruq; a.k.a. AL-QATARI, Sheikh Farooq), Afghanistan; DOB 01 Jan 1979 to 31 Dec 1981; POB Saudi Arabia; nationality Qatar; alt. nationality Saudi Arabia; Passport 592667 (Qatar) issued 03 May 2007; Sheikh (individual) [SDGT] (Linked To: AL QA'IDA).

FARRAJ, Fateh Najm Eddine (a.k.a. AHMAD, Najmuddin Faraj; a.k.a. KREKAR, Mullah; a.k.a. NAJMUDDIN, Faraj Ahmad), Heimdalsgate 36-V, 0578 Oslo, Norway; DOB 07 Jul 1956; alt. DOB 17 Jun 1963; POB Olaqloo Sharbajer Village, al-Sulaymaniyah Governorate, Iraq; citizen Iraq (individual) [SDGT].

FARRAKHOV, Airat Zakievich (Cyrillic: ФАРРАХОВ, Айрат Закиевич), Russia; DOB 17 Feb 1968; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

FARRARA LASHTAR, Mohamed Mohamed (a.k.a. FERRARA LASHTAR, Mohamed Mohamed; a.k.a. FERRARA LASHTAR,

Mohammed Mohammed), Residencial Las Colinas, Calle de los Cerros, Casa 330, Managua, Nicaragua; DOB 17 May 1959; nationality Nicaragua; citizen Nicaragua; Gender Male; Passport C1102007 (Nicaragua); alt. Passport NG252351 (Libya); National ID No. 7771705590000M (Nicaragua); Diplomatic Passport A00000271 (Nicaragua) issued 12 Sep 2012 expires 12 Sep 2022 (individual) [NICARAGUA].

FARS AIR CARGO AIRLINE (a.k.a. FARS AIR QESHM; a.k.a. FARS QESHM AIR; a.k.a. FARS QESHM AIRLINES; a.k.a. FRAS AIR PVT. CO.; a.k.a. QESHM FARS AIR), No 1, Laleh Dd End, Azadegan St., Karaj Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FARS AIR QESHM (a.k.a. FARS AIR CARGO AIRLINE; a.k.a. FARS QESHM AIR; a.k.a. FARS QESHM AIRLINES; a.k.a. FRAS AIR PVT. CO.; a.k.a. QESHM FARS AIR), No 1, Laleh Dd End, Azadegan St., Karaj Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FARS NEWS AGENCY (Arabic: خبرگزاری فارس) (a.k.a. FARS NEWS AGENCY CULTURAL INSTITUTE (Arabic: مؤسسه فرهنگی خبرگزاری فارس)), Number 1, Shahrood Alley, Ferdowsi Square, Tehran 115999346717, Iran; Website www.farsnews.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 26 Oct 1998; National ID No. 10100426798 (Iran); Registration Number 10581 (Iran) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

FARS NEWS AGENCY CULTURAL INSTITUTE (Arabic: مؤسسه فرهنگی خبرگزاری فارس) (a.k.a. FARS NEWS AGENCY (Arabic: خبرگزاری فارس)), Number 1, Shahrood Alley, Ferdowsi Square, Tehran 115999346717, Iran; Website www.farsnews.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 26 Oct 1998; National ID No. 10100426798 (Iran); Registration Number 10581 (Iran) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

FARS QESHM AIR (a.k.a. FARS AIR CARGO AIRLINE; a.k.a. FARS AIR QESHM; a.k.a. FARS QESHM AIRLINES; a.k.a. FRAS AIR PVT. CO.; a.k.a. QESHM FARS AIR), No 1, Laleh Dd End, Azadegan St., Karaj Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FARS QESHM AIRLINES (a.k.a. FARS AIR CARGO AIRLINE; a.k.a. FARS AIR QESHM; a.k.a. FARS QESHM AIR; a.k.a. FRAS AIR PVT. CO.; a.k.a. QESHM FARS AIR), No 1, Laleh Dd End, Azadegan St., Karaj Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FARS SARPANAH, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

FARTRADE HOLDINGS S.A., Switzerland [IRAQ2].

FARWELL CANYON HK LIMITED, Mau Lam Comm Bldg, 16-18 Mau Lam Str Jordan K1, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Nov 2020; Registration Number 2996965 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

FARZADI, Hedayat (Arabic: هدایت فرزادی) (a.k.a. FARZADI, Hedayatollah (Arabic: هدایت‌الله فرزادی)), Tehran, Iran; DOB 25 Jul 1971; POB Sahneh, Bisotun, Kermanshah Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4969829268 (Iran); Warden of Evin Prison (individual) [IRAN-HR].

FARZADI, Hedayatollah (Arabic: هدایت‌الله فرزادی) (a.k.a. FARZADI, Hedayat (Arabic: هدایت فرزادی)), Tehran, Iran; DOB 25 Jul 1971; POB Sahneh, Bisotun, Kermanshah Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4969829268 (Iran); Warden of Evin Prison (individual) [IRAN-HR].

FARZAT, Hussein Mahmoud; DOB 1957; POB Hama, Syria; Minister of State (individual) [SYRIA].

FASHAFOUYEH PRISON (a.k.a. FASHAFOYE PRISON; a.k.a. GREAT TEHRAN PENITENTIARY), Tehran Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

FASHAFOYE PRISON (a.k.a. FASHAFOUYEH PRISON; a.k.a. GREAT TEHRAN PENITENTIARY), Tehran Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

FAST LINK SAL (a.k.a. FASTLINK SARL), Hadi Nasrallah Av, MEAB Building, 1st Floor, Beirut, Lebanon; Cendrella Street, Dalas Center, Chyah, Baabda, Lebanon; Dallas, 6th Floor, Saida Old Road, Chiyah, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: STARS GROUP HOLDING).

FASTLINK SARL (a.k.a. FAST LINK SAL), Hadi Nasrallah Av, MEAB Building, 1st Floor, Beirut, Lebanon; Cendrella Street, Dalas Center, Chyah, Baabda, Lebanon; Dallas, 6th Floor, Saida Old Road, Chiyah, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: STARS GROUP HOLDING).

FATA POLICE (a.k.a. IRANIAN CYBER POLICE); Website http://www.cyberpolice.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

FATAH AL-ISLAM, Nahr al-Barid Palestinian refugee camp, Lebanon [SDGT].

FATAH AL-SHAM FRONT (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT

FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

FATEH AL-SHAM FRONT (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

FATEH ASEMAN SHARIF COMPANY (a.k.a. FATEH ASEMAN SHARIF KNOWLEDGE BASED COMPANY), 18th District, 5 Kilometers of Fatah Highway, Nord Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320891651 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

FATEH ASEMAN SHARIF KNOWLEDGE BASED COMPANY (a.k.a. FATEH ASEMAN SHARIF COMPANY), 18th District, 5 Kilometers of Fatah Highway, Nord Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No.

10320891651 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

FATEH, Abdessamad (a.k.a. "Abu Hamza"); DOB 17 Oct 1967; POB Morocco (individual) [SDGT].

FATEHI, Mohammad Sadegh, Iran; DOB 21 Sep 1982; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1288345801 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC).

FATEHULLAH, Mullah (a.k.a. ENAYATULLAH, Maulawi; a.k.a. INAYATULLAH, Maulawi; a.k.a. "Ghowya"), Pakistan; DOB 1972; POB Chahar Darah District, Kunduz Province, Afghanistan; nationality Afghanistan; Gender Male (individual) [SDGT] (Linked To: TALIBAN).

FATEMI, Farhad (Arabic: فرهاد فاطمي), Iran; DOB 21 Sep 1990; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0920992226 (Iran) (individual) [IRAN-EO13846] (Linked To: NAVYAN ABR ARVAN PRIVATE LIMITED COMPANY).

FATEMIOUN BRIGADE (a.k.a. FATEMIOUN MILITARY DIVISION; a.k.a. FATEMIYOUN; a.k.a. FATEMIYOUN BATTALION; a.k.a. FATEMIYOUN DIVISION (Arabic: لواء فاطميون); a.k.a. FATEMIYOUN FORCE; a.k.a. FATEMIYYUN; a.k.a. LIWA FATEMIYOUN), Syria; Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] [IRAN-HR] [SYRIA-EO13894] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FATEMIOU MILITARY DIVISION (a.k.a. FATEMIOUN BRIGADE; a.k.a. FATEMIYOUN; a.k.a. FATEMIYOUN BATTALION; a.k.a. FATEMIYOUN DIVISION (Arabic: لواء فاطميون); a.k.a. FATEMIYOUN FORCE; a.k.a. FATEMIYYUN; a.k.a. LIWA FATEMIYOUN), Syria; Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] [IRAN-HR] [SYRIA-EO13894] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FATEMIYOUN (a.k.a. FATEMIOUN BRIGADE; a.k.a. FATEMIOUN MILITARY DIVISION; a.k.a. FATEMIYOUN BATTALION; a.k.a. FATEMIYOUN DIVISION (Arabic: لواء فاطميون); a.k.a. FATEMIYOUN FORCE; a.k.a. FATEMIYYUN; a.k.a. LIWA FATEMIYOUN), Syria; Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC]

[IFSR] [IRAN-HR] [SYRIA-EO13894] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FATEMIYOUN BATTALION (a.k.a. FATEMIOUN BRIGADE; a.k.a. FATEMIOUN MILITARY DIVISION; a.k.a. FATEMIYOUN; a.k.a. FATEMIYOUN DIVISION (Arabic: لواء فاطميون); a.k.a. FATEMIYOUN FORCE; a.k.a. FATEMIYYUN; a.k.a. LIWA FATEMIYOUN), Syria; Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] [IRAN-HR] [SYRIA-EO13894] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FATEMIYOUN DIVISION (Arabic: لواء فاطميون) (a.k.a. FATEMIOUN BRIGADE; a.k.a. FATEMIOUN MILITARY DIVISION; a.k.a. FATEMIYOUN; a.k.a. FATEMIYOUN BATTALION; a.k.a. FATEMIYOUN FORCE; a.k.a. FATEMIYYUN; a.k.a. LIWA FATEMIYOUN), Syria; Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] [IRAN-HR] [SYRIA-EO13894] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FATEMIYOUN FORCE (a.k.a. FATEMIOUN BRIGADE; a.k.a. FATEMIOUN MILITARY DIVISION; a.k.a. FATEMIYOUN; a.k.a. FATEMIYOUN BATTALION; a.k.a. FATEMIYOUN DIVISION (Arabic: لواء فاطميون); a.k.a. FATEMIYYUN; a.k.a. LIWA FATEMIYOUN), Syria; Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] [IRAN-HR] [SYRIA-EO13894] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FATEMIYYUN (a.k.a. FATEMIOUN BRIGADE; a.k.a. FATEMIOUN MILITARY DIVISION; a.k.a. FATEMIYOUN; a.k.a. FATEMIYOUN BATTALION; a.k.a. FATEMIYOUN DIVISION (Arabic: لواء فاطميون); a.k.a. FATEMIYOUN FORCE; a.k.a. LIWA FATEMIYOUN), Syria; Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] [IRAN-HR] [SYRIA-EO13894] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FATER ENGINEERING COMPANY (a.k.a. FAATER INSTITUTE; a.k.a. FATER ENGINEERING INSTITUTE; a.k.a. GHARARGAH GHAEM FAATER INSTITUTE), No. 25, Valiasr Jonoobi, Azizi Street, Azadi Sq. NE, Tehran, Iran; Additional Sanctions

Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

FATER ENGINEERING INSTITUTE (a.k.a. FAATER INSTITUTE; a.k.a. FATER ENGINEERING COMPANY; a.k.a. GHARARGAH GHAEM FAATER INSTITUTE), No. 25, Valiasr Jonoobi, Azizi Street, Azadi Sq. NE, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

FATHERLAND'S REVIVAL (a.k.a. REVIVAL OF THE FATHERLAND POLITICAL PARTY (Cyrillic: ПОЛИТИЧЕСКА ПАРТИЯ ВЪЗРАЖДАНЕ НА ОТЕЧЕСТВОТО); a.k.a. RUSSOPHILES FOR THE REVIVAL OF THE FATHERLAND POLITICAL PARTY (Cyrillic: ПОЛИТИЧЕСКА ПАРТИЯ РУСОФИЛИ ЗА ВЪЗРАЖДАНЕ НА ОТЕЧЕСТВОТО)), 21 Mihail Marinov Street, Sofia, Bulgaria; Organization Type: Activities of political organizations [GLOMAG] (Linked To: MALINOV, Nikolay Simeonov).

FATHI ZADEH, Mohsen, Iran; POB Azna, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4839651760 (Iran) (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

FATHI, Ahmad (a.k.a. "M3HRAN"; a.k.a. "M3S3C3"; a.k.a. "MOHAMMADI, Farhad"), No. 12, Saremi Street, Nejatollahi Street, Tehran, Iran; Gharani St., Besharat St., Saremi Alley, No. 12, Tehran, Tehran, Iran; DOB 11 Sep 1978; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Identification Number 5725729366035 (Iran) (individual) [CYBER2] (Linked To: ITSEC TEAM).

FATHI, Amr Al-Fatih (a.k.a. AHMAD, Tariq Anwar al-Sayyid; a.k.a. FARAG, Hamdi Ahmad); DOB 15 Mar 1963; POB Alexandria, Egypt (individual) [SDGT].

FATHI, Murad (Arabic: مورد فتحی), Kurdistan, Iran; DOB 20 May 1971; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2971486151 (Iran); Director-General of Kurdistan Province Prisons (individual) [IRAN-HR].

FATIYO, Alfred (a.k.a. FUTOYI, Alfred; a.k.a. FUTUYO, Alfred; a.k.a. KARABA, Alfred Fatuyo; a.k.a. KARABA, Alfred Futuyo), Yambio, Western Equatoria, South Sudan; DOB

1971 to 1973; POB Sudan; Gender Male (individual) [SOUTH SUDAN].

FATSA COMPANY (a.k.a. URANIUM PROCESSING AND NUCLEAR FUEL COMPANY; a.k.a. URANIUM PROCESSING AND NUCLEAR FUEL COMPANY OF IRAN; a.k.a. URANIUM PROCESSING AND NUCLEAR FUEL PRODUCTION COMPANY; a.k.a. "FATSA"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

FATTAH QARABAGHI, Seyyed Parviz (Arabic: سید پرویز فتاح قره باغی) (a.k.a. FATTAH, Parviz (Arabic: پرویز فتاح); a.k.a. FATTAH, Seyyed Parviz (Arabic: سید پرویز فتاح); a.k.a. FATTAH-QAREHBAGHI, Parviz); DOB 1961; alt. DOB 1962; POB Urmia, Iran; alt. POB Anzal, West Azerbaijan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 6379886494 (Iran) (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

FATTAH, Jum'a Abdul, P.O. Box 1318, Amman, Jordan (individual) [IRAQ2].

FATTAH, Parviz (Arabic: پرویز فتاح) (a.k.a. FATTAH QARABAGHI, Seyyed Parviz (Arabic: سید پرویز فتاح قره باغی); a.k.a. FATTAH, Seyyed Parviz (Arabic: سید پرویز فتاح); a.k.a. FATTAH-QAREHBAGHI, Parviz), Iran; DOB 1961; alt. DOB 1962; POB Urmia, Iran; alt. POB Anzal, West Azerbaijan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 6379886494 (Iran) (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

FATTAH, Seyyed Parviz (Arabic: سید پرویز فتاح) (a.k.a. FATTAH QARABAGHI, Seyyed Parviz (Arabic: سید پرویز فتاح قره باغی); a.k.a. FATTAH, Parviz (Arabic: پرویز فتاح); a.k.a. FATTAH-QAREHBAGHI, Parviz); DOB 1961; alt. DOB 1962; POB Urmia, Iran; alt. POB Anzal, West Azerbaijan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 6379886494 (Iran) (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

FATTAH-QAREHBAGHI, Parviz (a.k.a. FATTAH QARABAGHI, Seyyed Parviz (Arabic: سید پرویز

فتاح قره باغی); a.k.a. FATTAH, Parviz (Arabic: پرویز فتاح); a.k.a. FATTAH, Seyyed Parviz (Arabic: سید پرویز فتاح), Iran; DOB 1961; alt. DOB 1962; POB Urmia, Iran; alt. POB Anzal, West Azerbaijan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 6379886494 (Iran) (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

FAU 'GLAVGOSEKSPERTIZA ROSSII' (a.k.a. FEDERAL AUTONOMOUS INSTITUTION 'MAIN DIRECTORATE OF STATE EXAMINATION'; a.k.a. GENERAL BOARD OF STATE EXPERT REVIEW; a.k.a. GLAVGOSEKSPERTIZA), Furkasovskiy Lane, building 6, Moscow 101000, Russia; 13 Demidova Street, Sevastopol, Crimea, Ukraine; 10 Vokzalnaya Street, Sevastopol, Crimea, Ukraine; Website http://gge.ru; Email Address info@gge.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

FA'UR, Husayn Ali (a.k.a. FAOUR, Housein Ali); DOB 1966; POB Al-Khayam, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

FAVA RAZAVI (Arabic: فاوا رضوی) (a.k.a. RAZAVI INFORMATION AND COMMUNICATION TECHNOLOGY CO. (Arabic: شرکت فناوری اطلاعات و ارتباطات رضوی)), Kuh Sangi, Kuhsangi 17, Mashhad, Khorasan Razavi, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10380287760 (Iran); Registration Number 13107 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

FAWARIS LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY FAVARIS), Zavodskoi proezd, d. 2, k. 1, pom. 557, Fryazino 141190, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5050159050 (Russia); Registration Number 1235000047446 (Russia) [RUSSIA-EO14024].

FAWAZ AKHRAS, Firas (a.k.a. AKHRAS, Feras; a.k.a. AL-AKHRAS, Firas (Arabic: فراس

الاخرس)), 34 Allan Way, London, United Kingdom; DOB Mar 1978; POB London, United Kingdom; nationality United Kingdom; alt. nationality Syria; Gender Male; National ID No. 114671230001 (United Kingdom) (individual) [SYRIA-EO13894].

FAWAZ AL-AKHRAS, Asma (Arabic: أسماء فواز الاخرس) (a.k.a. AKHRAS, Asma; a.k.a. AKHRAS, Emma; a.k.a. AL-AKHRAS, Asma; a.k.a. AL-ASSAD, Asma (Arabic: أسماء الاسد); a.k.a. AL-ASSAD, Asmaa), Damascus, Syria; DOB 11 Aug 1975; POB Acton, United Kingdom; nationality Syria; alt. nationality United Kingdom; Gender Female (individual) [SYRIA-EO13894].

FAWAZ, Abbas Loutfe (a.k.a. FAWWAZ, 'Abbas Abu-Ahmad; a.k.a. FOUAZ, Abbas), Dakar, Senegal; DOB 07 Aug 1978; POB Jwaya, Lebanon; alt. POB Dakar, Senegal; citizen Lebanon; alt. citizen Senegal; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Personal ID Card 096574S (Senegal) (individual) [SDGT].

FAWAZ, Fawzi Reda (a.k.a. DARWISH-FAWAZ, Fawzy Reda; a.k.a. DARWISH-FAWAZ, Fouzi Reda; a.k.a. FAWAZ, Fawzy; a.k.a. FAWAZ, Fouzi Reda Darwish; a.k.a. FAWAZ, Fowzy; a.k.a. FAWWAZ, Fawzi); DOB 12 Feb 1968; alt. DOB 24 Mar 1973; POB Jwaya, Lebanon; alt. POB Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 0107516 (Lebanon); alt. Passport 0258649 (individual) [SDGT] (Linked To: HIZBALLAH).

FAWAZ, Fawzy (a.k.a. DARWISH-FAWAZ, Fawzy Reda; a.k.a. DARWISH-FAWAZ, Fouzi Reda; a.k.a. FAWAZ, Fawzi Reda; a.k.a. FAWAZ, Fouzi Reda Darwish; a.k.a. FAWAZ, Fowzy; a.k.a. FAWWAZ, Fawzi); DOB 12 Feb 1968; alt. DOB 24 Mar 1973; POB Jwaya, Lebanon; alt. POB Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 0107516 (Lebanon); alt. Passport 0258649 (individual) [SDGT] (Linked To: HIZBALLAH).

FAWAZ, Fouzi Reda Darwish (a.k.a. DARWISH-FAWAZ, Fawzy Reda; a.k.a. DARWISH-FAWAZ, Fouzi Reda; a.k.a. FAWAZ, Fawzi Reda; a.k.a. FAWAZ, Fawzy; a.k.a. FAWAZ,

Fowzy; a.k.a. FAWWAZ, Fawzi); DOB 12 Feb 1968; alt. DOB 24 Mar 1973; POB Jwaya, Lebanon; alt. POB Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 0107516 (Lebanon); alt. Passport 0258649 (individual) [SDGT] (Linked To: HIZBALLAH).

FAWAZ, Fowzy (a.k.a. DARWISH-FAWAZ, Fawzy Reda; a.k.a. DARWISH-FAWAZ, Fouzi Reda; a.k.a. FAWAZ, Fawzi Reda; a.k.a. FAWAZ, Fawzy; a.k.a. FAWAZ, Fouzi Reda Darwish; a.k.a. FAWWAZ, Fawzi); DOB 12 Feb 1968; alt. DOB 24 Mar 1973; POB Jwaya, Lebanon; alt. POB Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 0107516 (Lebanon); alt. Passport 0258649 (individual) [SDGT] (Linked To: HIZBALLAH).

FAWAZ, Mostafa Reda Darwich (a.k.a. DARWISH-FAWAZ, Moustafa Reda; a.k.a. FAWAZ, Moustapha; a.k.a. FAWAZ, Mustafa; a.k.a. FAWAZ, Mustafa Darwish; a.k.a. FAWAZ, Mustapha; a.k.a. FAWAZ, Mustapha Reda Darwish; a.k.a. FAWAZ, Mustapha Rhoda Darwich; a.k.a. FAWAZ, Mustapha Rida Darwich; a.k.a. FAWWAZ, Mustafa), Flat 4, Blantyre Street, Behind Amigo Supermarket, Wuse II, Abuja, Nigeria; 3 Gaya Road, Kano, Nigeria; DOB 25 Jun 1964; alt. DOB 10 Sep 1964; POB Jwaya, Lebanon; alt. POB Koidu Town, Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL 2101602 (Lebanon); alt. Passport RL 0148105 (Lebanon); alt. Passport 0168459 (Sierra Leone); alt. Passport 0257909 (Sierra Leone); SSN 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 (United States) (individual) [SDGT] (Linked To: HIZBALLAH).

FAWAZ, Moustapha (a.k.a. DARWISH-FAWAZ, Moustafa Reda; a.k.a. FAWAZ, Mostafa Reda Darwich; a.k.a. FAWAZ, Mustafa; a.k.a. FAWAZ, Mustafa Darwish; a.k.a. FAWAZ, Mustapha; a.k.a. FAWAZ, Mustapha Reda Darwish; a.k.a. FAWAZ, Mustapha Rhoda Darwich; a.k.a. FAWAZ, Mustapha Rida Darwich; a.k.a. FAWWAZ, Mustafa), Flat 4, Blantyre Street, Behind Amigo Supermarket,

Wuse II, Abuja, Nigeria; 3 Gaya Road, Kano, Nigeria; DOB 25 Jun 1964; alt. DOB 10 Sep 1964; POB Jwaya, Lebanon; alt. POB Koidu Town, Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL 2101602 (Lebanon); alt. Passport RL 0148105 (Lebanon); alt. Passport 0168459 (Sierra Leone); alt. Passport 0257909 (Sierra Leone); SSN 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 (United States) (individual) [SDGT] (Linked To: HIZBALLAH).

FAWAZ, Mustafa (a.k.a. DARWISH-FAWAZ, Moustafa Reda; a.k.a. FAWAZ, Mostafa Reda Darwich; a.k.a. FAWAZ, Moustapha; a.k.a. FAWAZ, Mustafa Darwish; a.k.a. FAWAZ, Mustapha; a.k.a. FAWAZ, Mustapha Reda Darwish; a.k.a. FAWAZ, Mustapha Rhoda Darwich; a.k.a. FAWAZ, Mustapha Rida Darwich; a.k.a. FAWWAZ, Mustafa), Flat 4, Blantyre Street, Behind Amigo Supermarket, Wuse II, Abuja, Nigeria; 3 Gaya Road, Kano, Nigeria; DOB 25 Jun 1964; alt. DOB 10 Sep 1964; POB Jwaya, Lebanon; alt. POB Koidu Town, Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL 2101602 (Lebanon); alt. Passport RL 0148105 (Lebanon); alt. Passport 0168459 (Sierra Leone); alt. Passport 0257909 (Sierra Leone); SSN 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 (United States) (individual) [SDGT] (Linked To: HIZBALLAH).

FAWAZ, Mustafa Darwish (a.k.a. DARWISH-FAWAZ, Moustafa Reda; a.k.a. FAWAZ, Mostafa Reda Darwich; a.k.a. FAWAZ, Moustapha; a.k.a. FAWAZ, Mustafa; a.k.a. FAWAZ, Mustapha; a.k.a. FAWAZ, Mustapha Reda Darwish; a.k.a. FAWAZ, Mustapha Rhoda Darwich; a.k.a. FAWAZ, Mustapha Rida Darwich; a.k.a. FAWWAZ, Mustafa), Flat 4, Blantyre Street, Behind Amigo Supermarket, Wuse II, Abuja, Nigeria; 3 Gaya Road, Kano, Nigeria; DOB 25 Jun 1964; alt. DOB 10 Sep 1964; POB Jwaya, Lebanon; alt. POB Koidu Town, Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL 2101602 (Lebanon); alt. Passport RL 0148105 (Lebanon); alt. Passport 0168459 (Sierra Leone); alt. Passport 0257909 (Sierra

Leone); SSN 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 (United States) (individual) [SDGT] (Linked To: HIZBALLAH).

FAWAZ, Mustapha (a.k.a. DARWISH-FAWAZ, Moustafa Reda; a.k.a. FAWAZ, Mostafa Reda Darwich; a.k.a. FAWAZ, Moustapha; a.k.a. FAWAZ, Mustafa; a.k.a. FAWAZ, Mustafa Darwish; a.k.a. FAWAZ, Mustapha Reda Darwich; a.k.a. FAWAZ, Mustapha Rhoda Darwich; a.k.a. FAWAZ, Mustapha Rida Darwich; a.k.a. FAWWAZ, Mustafa), Flat 4, Blantyre Street, Behind Amigo Supermarket, Wuse II, Abuja, Nigeria; 3 Gaya Road, Kano, Nigeria; DOB 25 Jun 1964; alt. DOB 10 Sep 1964; POB Jwaya, Lebanon; alt. POB Koidu Town, Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL 2101602 (Lebanon); alt. Passport RL 0148105 (Lebanon); alt. Passport 0168459 (Sierra Leone); alt. Passport 0257909 (Sierra Leone); SSN 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 (United States) (individual) [SDGT] (Linked To: HIZBALLAH).

FAWAZ, Mustapha Reda Darwish (a.k.a. DARWISH-FAWAZ, Moustafa Reda; a.k.a. FAWAZ, Mostafa Reda Darwich; a.k.a. FAWAZ, Moustapha; a.k.a. FAWAZ, Mustafa; a.k.a. FAWAZ, Mustafa Darwish; a.k.a. FAWAZ, Mustapha; a.k.a. FAWAZ, Mustapha Rhoda Darwich; a.k.a. FAWAZ, Mustapha Rida Darwich; a.k.a. FAWWAZ, Mustafa), Flat 4, Blantyre Street, Behind Amigo Supermarket, Wuse II, Abuja, Nigeria; 3 Gaya Road, Kano, Nigeria; DOB 25 Jun 1964; alt. DOB 10 Sep 1964; POB Jwaya, Lebanon; alt. POB Koidu Town, Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL 2101602 (Lebanon); alt. Passport RL 0148105 (Lebanon); alt. Passport 0168459 (Sierra Leone); alt. Passport 0257909 (Sierra Leone); SSN 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 (United States) (individual) [SDGT] (Linked To: HIZBALLAH).

FAWAZ, Mustapha Rhoda Darwich (a.k.a. DARWISH-FAWAZ, Moustafa Reda; a.k.a. FAWAZ, Mostafa Reda Darwich; a.k.a. FAWAZ, Moustapha; a.k.a. FAWAZ, Mustafa; a.k.a. FAWAZ, Mustafa Darwish; a.k.a. FAWAZ, Mustapha; a.k.a. FAWAZ, Mustapha Reda Darwich; a.k.a. FAWAZ, Mustapha Rida Darwich; a.k.a. FAWWAZ, Mustafa), Flat 4, Blantyre Street, Behind Amigo Supermarket,

Wuse II, Abuja, Nigeria; 3 Gaya Road, Kano, Nigeria; DOB 25 Jun 1964; alt. DOB 10 Sep 1964; POB Jwaya, Lebanon; alt. POB Koidu Town, Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL 2101602 (Lebanon); alt. Passport RL 0148105 (Lebanon); alt. Passport 0168459 (Sierra Leone); alt. Passport 0257909 (Sierra Leone); SSN 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 (United States) (individual) [SDGT] (Linked To: HIZBALLAH).

FAWAZ, Mustapha Rida Darwich (a.k.a. DARWISH-FAWAZ, Moustafa Reda; a.k.a. FAWAZ, Mostafa Reda Darwich; a.k.a. FAWAZ, Moustapha; a.k.a. FAWAZ, Mustafa; a.k.a. FAWAZ, Mustafa Darwish; a.k.a. FAWAZ, Mustapha; a.k.a. FAWAZ, Mustapha Reda Darwich; a.k.a. FAWAZ, Mustapha Rhoda Darwich; a.k.a. FAWWAZ, Mustafa), Flat 4, Blantyre Street, Behind Amigo Supermarket, Wuse II, Abuja, Nigeria; 3 Gaya Road, Kano, Nigeria; DOB 25 Jun 1964; alt. DOB 10 Sep 1964; POB Jwaya, Lebanon; alt. POB Koidu Town, Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL 2101602 (Lebanon); alt. Passport RL 0148105 (Lebanon); alt. Passport 0168459 (Sierra Leone); alt. Passport 0257909 (Sierra Leone); SSN 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 (United States) (individual) [SDGT] (Linked To: HIZBALLAH).

FAWAZ, Samer (a.k.a. AL-FOUZ, Samer; a.k.a. FAWZ, Samir; a.k.a. FOUZ, Samer; a.k.a. FOZ, Samer; a.k.a. FOZ, Samer Zuhair; a.k.a. FOZ, Samir), Meadows 2, Street 3, Villa 5, Dubai, United Arab Emirates; DOB 20 May 1973; POB Latakia, Syria; nationality Syria; alt. nationality Turkey; alt. nationality Saint Kitts and Nevis; citizen Saint Kitts and Nevis; Gender Male; National ID No. 784197341865828 (Syria) (individual) [SYRIA].

FAWWAZ, 'Abbas Abu-Ahmad (a.k.a. FAWAZ, Abbas Loutfe; a.k.a. FOUAZ, Abbas), Dakar, Senegal; DOB 07 Aug 1978; POB Jwaya, Lebanon; alt. POB Dakar, Senegal; citizen Lebanon; alt. citizen Senegal; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Personal ID Card 096574S (Senegal) (individual) [SDGT].

FAWWAZ, Fawzi (a.k.a. DARWISH-FAWAZ, Fawzy Reda; a.k.a. FAWAZ, Fouzi Reda; a.k.a. FAWAZ, Fawzi Reda; a.k.a. FAWAZ, Fawzy; a.k.a. FAWAZ, Fouzi Reda Darwish; a.k.a. FAWAZ, Fowzy); DOB 12 Feb 1968; alt. DOB 24 Mar 1973; POB Jwaya, Lebanon; alt. POB Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 0107516 (Lebanon); alt. Passport 0258649 (individual) [SDGT] (Linked To: HIZBALLAH).

FAWWAZ, Mustafa (a.k.a. DARWISH-FAWAZ, Moustafa Reda; a.k.a. FAWAZ, Mostafa Reda Darwich; a.k.a. FAWAZ, Moustapha; a.k.a. FAWAZ, Mustafa; a.k.a. FAWAZ, Mustafa Darwish; a.k.a. FAWAZ, Mustapha; a.k.a. FAWAZ, Mustapha Reda Darwich; a.k.a. FAWAZ, Mustapha Rhoda Darwich; a.k.a. FAWAZ, Mustapha Rida Darwich), Flat 4, Blantyre Street, Behind Amigo Supermarket, Wuse II, Abuja, Nigeria; 3 Gaya Road, Kano, Nigeria; DOB 25 Jun 1964; alt. DOB 10 Sep 1964; POB Jwaya, Lebanon; alt. POB Koidu Town, Sierra Leone; citizen Lebanon; alt. citizen Nigeria; alt. citizen Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL 2101602 (Lebanon); alt. Passport RL 0148105 (Lebanon); alt. Passport 0168459 (Sierra Leone); alt. Passport 0257909 (Sierra Leone); SSN 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 (United States) (individual) [SDGT] (Linked To: HIZBALLAH).

FAWZ, Samir (a.k.a. AL-FOUZ, Samer; a.k.a. FAWAZ, Samer; a.k.a. FOUZ, Samer; a.k.a. FOZ, Samer; a.k.a. FOZ, Samer Zuhair; a.k.a. FOZ, Samir), Meadows 2, Street 3, Villa 5, Dubai, United Arab Emirates; DOB 20 May 1973; POB Latakia, Syria; nationality Syria; alt. nationality Turkey; alt. nationality Saint Kitts and Nevis; citizen Saint Kitts and Nevis; Gender Male; National ID No. 784197341865828 (Syria) (individual) [SYRIA].

FAYAD, Saleh Mahmoud (a.k.a. FAYYAD, Saleh Mahmud); DOB 20 Oct 1972; POB Al-Taybe, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

FAYAD, Sobhi Mahmoud (a.k.a. FAYAD, Soubi Mamout; a.k.a. FAYADH, Sobhi Mahmoud; a.k.a. FAYYAD, Subhi Mahmud), 315, Piso 3,

Galeria Page, Ciudad del Este, Paraguay; DOB 20 Aug 1965; POB Al-Taybe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 1035562 (Paraguay); alt. Passport 220705 (Paraguay); alt. Passport 189103 (Paraguay); alt. Passport 142517 (Paraguay); alt. Passport 002301585 (Paraguay) (individual) [SDGT].

FAYAD, Soubi Mamout (a.k.a. FAYAD, Sobhi Mahmoud; a.k.a. FAYADH, Sobhi Mahmoud; a.k.a. FAYYAD, Subhi Mahmud), 315, Piso 3, Galeria Page, Ciudad del Este, Paraguay; DOB 20 Aug 1965; POB Al-Taybe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 1035562 (Paraguay); alt. Passport 220705 (Paraguay); alt. Passport 189103 (Paraguay); alt. Passport 142517 (Paraguay); alt. Passport 002301585 (Paraguay) (individual) [SDGT].

FAYADH, Sobhi Mahmoud (a.k.a. FAYAD, Sobhi Mahmoud; a.k.a. FAYAD, Soubi Mamout; a.k.a. FAYYAD, Subhi Mahmud), 315, Piso 3, Galeria Page, Ciudad del Este, Paraguay; DOB 20 Aug 1965; POB Al-Taybe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 1035562 (Paraguay); alt. Passport 220705 (Paraguay); alt. Passport 189103 (Paraguay); alt. Passport 142517 (Paraguay); alt. Passport 002301585 (Paraguay) (individual) [SDGT].

FAYRUZI, Ahmad (a.k.a. FOROOZANDEH, Ahmad; a.k.a. FORUZANDEH, Ahmad; a.k.a. FORUZANDEH, Ahmed; a.k.a. FRUZANDAH, Ahmad; a.k.a. "ABU AHMAD ISHAB"; a.k.a. "ABU SHAHAB"; a.k.a. "JAFARI"), Qods Force Central Headquarters, Former U.S. Embassy Compound, Tehran, Iran; DOB circa 1960; alt. DOB 1957; alt. DOB circa 1955; alt. DOB circa 1958; alt. DOB circa 1959; alt. DOB circa 1961; alt. DOB circa 1962; alt. DOB circa 1963; POB Kermanshah, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Brigadier General, Commanding Officer of the Iranian Islamic Revolutionary Guard Corps-Qods Force Ramazan Corps; Deputy Commander of the Ramazan Headquarters; Chief of Staff of the Iraq Crisis Staff (individual) [SDGT] [IRAQ3] [IRGC].

FAYYAD, Saleh Mahmud (a.k.a. FAYAD, Saleh Mahmoud); DOB 20 Oct 1972; POB Al-Taybe, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

FAYYAD, Subhi Mahmud (a.k.a. FAYAD, Sobhi Mahmoud; a.k.a. FAYAD, Soubi Mamout; a.k.a. FAYADH, Sobhi Mahmoud), 315, Piso 3, Galeria Page, Ciudad del Este, Paraguay; DOB 20 Aug 1965; POB Al-Taybe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 1035562 (Paraguay); alt. Passport 220705 (Paraguay); alt. Passport 189103 (Paraguay); alt. Passport 142517 (Paraguay); alt. Passport 002301585 (Paraguay) (individual) [SDGT].

FAYZIMATOV, Farrukh Furkatovitch (a.k.a. AL-SHAMI, Faruk; a.k.a. ASH-SHAMI, Faruk; a.k.a. FAYZIMATOV, Faruk Furkatovich; a.k.a. SHAMI, Faruk; a.k.a. SHAMI, Faruq (Cyrillic: ШАМИ, Фарук)), Idlib, Syria; DOB 02 Mar 1996; citizen Tajikistan; Gender Male; Digital Currency Address - XBT 17a5bpKvEp1j1Trs4qTbcNZrby53JbaS9C (individual) [SDGT].

FAYZIMATOV, Faruk Furkatovich (a.k.a. AL-SHAMI, Faruk; a.k.a. ASH-SHAMI, Faruk; a.k.a. FAYZIMATOV, Farrukh Furkatovitch; a.k.a. SHAMI, Faruk; a.k.a. SHAMI, Faruq (Cyrillic: ШАМИ, Фарук)), Idlib, Syria; DOB 02 Mar 1996; citizen Tajikistan; Gender Male; Digital Currency Address - XBT 17a5bpKvEp1j1Trs4qTbcNZrby53JbaS9C (individual) [SDGT].

FAZAL, Shakeel Karim (a.k.a. KARIM, Shakeel; a.k.a. "KAREEM, Shakeel"), Mohallah Gharib Abad Post Office Hathian, Dist. Mardan, Mardan, KPK, Pakistan; DOB 01 Jan 1975; POB Mardan, Pakistan; nationality Pakistan; citizen Pakistan; Email Address shksma@gmail.com; Gender Male; Passport AF5164852 (Pakistan) issued 01 Oct 2011 expires 29 Sep 2016 (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

FAZI, Adil Mohammad Abdu (a.k.a. AL-DHUBHANI, Adil Abduh Fari Uthman; a.k.a. AL-MAKANI, Adil Abd Fari; a.k.a. AL-MALKAB, Adil Fari; a.k.a. BIN-UTHMAN, Adil Abdu Bin-Fari; a.k.a. FARI, Adil Muhammad Abdu; a.k.a. "ABU AL-ABBAS"; a.k.a. "ADEL ABDUH FAREA'A"; a.k.a. "ADIL ABD FARI"; a.k.a. "ADIL ABDAH

FARI"; a.k.a. "'ADIL 'ABDIH FAR'A"; a.k.a. "ADIL ABDU FAAREA"; a.k.a. "ADIL ABDU FAARI'A"; a.k.a. "ADIL ABDU FAREA"; a.k.a. "ADIL ABDU FARIA"; a.k.a. "AMIR MUMINEN"; a.k.a. "AMIR MUMININ"; a.k.a. "FARI, Abu-al-Abbas Adil Abdu"; a.k.a. "FARI, Abu-al-Abbas Adil Abduh"), Ta'izz City, Ta'izz Governorate, Yemen; Almqwat Mahtah Ahmed Sif, Taiz City, Taiz Governorate, Yemen; DOB 15 Jul 1963; alt. DOB 1971; POB Ta'izz, Yemen; nationality Yemen; Gender Male; National ID No. 01010013602 (Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA; Linked To: ISIL-YEMEN).

FAZLEEVA, Leyla Rinatovna (Cyrillic: ФАЗЛЕЕВА, Лейла Ринатовна), Kazan, Republic of Tatarstan, Russia; DOB 29 May 1975; POB Kant, Chuy Region, Kyrgyzstan; nationality Russia; citizen Russia; Gender Female; Tax ID No. 165907960059 (Russia) (individual) [RUSSIA-EO14024].

FAZLI, Ali; DOB 20 Apr 1961; alt. DOB 1951; POB Sarkan, Hamedan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Rank Brigadier General; Title Basij Deputy Commander (individual) [IRAN-TRA].

FAZLULLAH, Maulana (a.k.a. HAYAT, Fazal; a.k.a. "Mullah Fazlullah"; a.k.a. "Mullah Radio"); DOB 1974; POB Swat, Pakistan; alt. POB Kuza Bandai village, Pakistan (individual) [SDGT].

FAZUL, Abdalla (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT].

FAZUL, Abdallah (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a.

MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"; DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT].

FAZUL, Abdallah Mohammed (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT].

FAZUL, Haroon (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT].

FAZUL, Harun (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT].

FAZUL, Mustafa (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. AL-NUBI, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FADIL, Mustafa Muhamad;

a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. "ANIS, Abu"; a.k.a. "HUSSEIN"; a.k.a. "KHALID"; a.k.a. "YUSSRR, Abu"); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

FAZZONE, Gregorio, Switzerland; DOB 13 Nov 1959; alt. DOB 31 Dec 1959; nationality Switzerland; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport X4818118 (Switzerland) expires 15 Jul 2020 (individual) [SDGT] (Linked To: AVA PETROLEUM SERVICES S.A.).

FBKSH (a.k.a. FRONT FOR ALBANIAN NATIONAL UNITY) [BALKANS].

FC AKHMAT GROZNY (a.k.a. AKHMAT GROZNY; a.k.a. RESPUBLIKANSKII FUTBOLNYI KLUB AKHMAT; a.k.a. RFK AKHMAT; a.k.a. RFK AKHMAT GROZNY), UI im s.sh.Iorsanova 3, G Groznyi, Russia; Business Registration Number RU45275964 (Russia) [GLOMAG] (Linked To: KADYROV, Ramzan Akhmatovich).

FC GRUPO EMPRESARIAL, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 42946 (Jalisco) (Mexico) [SDNTK].

FDI VOSTOKPROEKTVERF (a.k.a. FAR EAST INSTITUTE VOSTOKPROECTVERF LIMITED LIABILITY CORPORATION; a.k.a. OBSHCHESTVO S ORGANICHENNOY OTVETSTVENNOSTYU DALNEVOSTOCHNYY PROEKTNYY INSTITUT VOSTOKPROEKTVERF (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДАЛЬНЕВОСТОЧНЫЙ ПРОЕКТНЫЙ ИНСТИТУТ ВОСТОКПРОЕКТВЕРФЬ)), 72 Ulitsa Svetlanskaya, Vladivostok 690091, Russia; Organization Established Date 19 Aug 2008; Tax ID No. 2536207610 (Russia); Registration Number 1082536011250 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

FDLR (a.k.a. COMBATANT FORCE FOR THE LIBERATION OF RWANDA; a.k.a. DEMOCRATIC FORCES FOR THE LIBERATION OF RWANDA; a.k.a. FORCE COMBATTANTE ABACUNGUZI; a.k.a. FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA; a.k.a. "FOCA"), North and South

Kivu, Congo, Democratic Republic of the [DRCONGO].

FEBRIWANSAH, Tuwah (a.k.a. FACHRI, Muhammad; a.k.a. FACHRIA, Muhammad; a.k.a. FACHRY, Muhammad; a.k.a. FEBRIWANSYAH BIN ARIF HASRUDIN, Tuah; a.k.a. FEBRIWANSYAH, Tuah), Jalan Baru LUK, No. 1 RT 05/07, Kelurahan Bhakti Jaya, Setu Sub-District, Pamulang District, Tangerang Selatan, Banten Province, Indonesia; DOB 18 Feb 1968; POB Jakarta, Indonesia; nationality Indonesia; National ID No. 09.5004.180268.0074 (Indonesia) (individual) [SDGT].

FEBRIWANSYAH BIN ARIF HASRUDIN, Tuah (a.k.a. FACHRI, Muhammad; a.k.a. FACHRIA, Muhammad; a.k.a. FACHRY, Muhammad; a.k.a. FEBRIWANSAH, Tuwah; a.k.a. FEBRIWANSYAH, Tuah), Jalan Baru LUK, No. 1 RT 05/07, Kelurahan Bhakti Jaya, Setu Sub-District, Pamulang District, Tangerang Selatan, Banten Province, Indonesia; DOB 18 Feb 1968; POB Jakarta, Indonesia; nationality Indonesia; National ID No. 09.5004.180268.0074 (Indonesia) (individual) [SDGT].

FEBRIWANSYAH, Tuah (a.k.a. FACHRI, Muhammad; a.k.a. FACHRIA, Muhammad; a.k.a. FACHRY, Muhammad; a.k.a. FEBRIWANSAH, Tuwah; a.k.a. FEBRIWANSYAH BIN ARIF HASRUDIN, Tuah), Jalan Baru LUK, No. 1 RT 05/07, Kelurahan Bhakti Jaya, Setu Sub-District, Pamulang District, Tangerang Selatan, Banten Province, Indonesia; DOB 18 Feb 1968; POB Jakarta, Indonesia; nationality Indonesia; National ID No. 09.5004.180268.0074 (Indonesia) (individual) [SDGT].

FEDAKAR, Ali Reza (a.k.a. FADAKAR, Alireza), Iran; Iraq; DOB 09 Mar 1966; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport H46055007 (Iran); alt. Passport N35636890 (Iran); alt. Passport U41671790 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FEDASENKA, Katsyaryna Alyaksandrauna (Cyrillic: ФЕДАСЕНКА, Кацярына Аляксандраўна) (a.k.a. FEDOSENKO, Yekaterina Aleksandrovna (Cyrillic: ФЕДОСЕНКО, Екатерина Александровна)), Grodno Oblast, Belarus; DOB 1976; nationality Belarus; Gender Female (individual) [BELARUS-EO14038].

FEDAYEEN-E-ISLAM (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JUNDALLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan [FTO] [SDGT].

FEDERAL AUTONOMOUS INSTITUTION 'MAIN DIRECTORATE OF STATE EXAMINATION' (a.k.a. FAU 'GLAVGOSEKSPERTIZA ROSSII'; a.k.a. GENERAL BOARD OF STATE EXPERT REVIEW; a.k.a. GLAVGOSEKSPERTIZA), Furkasovskiy Lane, building 6, Moscow 101000, Russia; 13 Demidova Street, Sevastopol, Crimea, Ukraine; 10 Vokzalnaya Street, Sevastopol, Crimea, Ukraine; Website http://gge.ru; Email Address info@gge.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

FEDERAL AUTONOMOUS INSTITUTION ROSKAPSTROY (Cyrillic: ФЕДЕРАЛНОЕ АВТОНОМНОЕ УЧРЕЖДЕНИЕ РОСКАПСТРОЙ), 2 Igarskiy Drive, Moscow 129329, Russia; Tax ID No. 7718193111 (Russia); Registration Number 1027700221559 (Russia) [RUSSIA-EO14024].

FEDERAL CENTER FOR DUAL USE TECHNOLOGIES SOYUZ (a.k.a. FEDERAL STATE UNITARY ENTERPRISE FEDERAL CENTER OF DUAL TECHNOLOGIES SOYUZ (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ФЕДЕРАЛЬНЫЙ ЦЕНТР ДВОЙНЫХ ТЕХНОЛОГИЙ СОЮЗ); a.k.a. FEDERAL STATE UNITARY ENTERPRISE FTSDT SOYUZ; a.k.a. FSUE FCDT SOYUZ), 42 Zhukov Academy St., Dzerzhinskiy, Moscow Region 140090, Russia; Tax ID No. 5027030450 (Russia); Registration Number 1025007270375 (Russia) [RUSSIA-EO14024].

FEDERAL GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK UCH (a.k.a. FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK; a.k.a. FITS KAZNTS RAN; a.k.a. FITS KAZNTS RAN FGBU; a.k.a. FRC KAZSC RAS), d. 2/31, ul. Lobachevskogo, Kazan, Tatarstan Republic 420111, Russia; Organization Established Date 22 Apr 1991; Tax ID No. 1655022127 (Russia); Government Gazette Number 33859469 (Russia); Registration Number 1021602842359 (Russia) [RUSSIA-EO14024].

FEDERAL GOVERNMENT INSTITUTION PRETRIAL DETENTION CENTER NO 1 OF THE DIRECTORATE OF THE FEDERAL PENITENTIARY SERVICE FOR THE REPUBLIC OF CRIMEA AND SEVASTOPOL (Cyrillic: ФЕДЕРАЛЬНОЕ КАЗЕННОЕ УЧРЕЖДЕНИЕ СЛЕДСТВЕННЫЙ ИЗОЛЯТОР NO 1 УПРАВЛЕНИЯ ФЕДЕРАЛЬНОЙ СЛУЖБЫ ИСПОЛНЕНИЯ НАКАЗАНИЙ ПО РЕСПУБЛИКЕ КРЫМ И Г. СЕВАСТОПОЛЮ) (a.k.a. DETENTION CENTER NO 1 IN SIMFEROPOL; a.k.a. FKU SIZO-1 UFSIN OF RUSSIA FOR THE REPUBLIC OF CRIMEA AND SEVASTOPOL (Cyrillic: ФКУ СИЗО-1 УФСИН РОССИИ ПО РЕСПУБЛИКЕ КРЫМ И Г. СЕВАСТОПОЛЮ); a.k.a. SIMFEROPOL REMAND PRISON; a.k.a. SIMFEROPOL SIZO), Bulvar Lenina, dom 4, Simferopol, Crimea 295006, Ukraine; Lenin Boulevard, 4, Simferopol, Crimea 295006, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102002109 (Russia); Registration Number 1149102002389 (Russia) [UKRAINE-EO13685].

FEDERAL NEWS AGENCY LLC (a.k.a. FEDERALNOE AGENTSTVO NOVOSTEI OOO), d. 18 litera A. pom. 2-N, UL. Vsevoloda Vishnevskogo, St. Petersburg, Russia; Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: LIMITED LIABILITY COMPANY CONCORD MANAGEMENT AND CONSULTING).

FEDERAL RESEARCH AND PRODUCTION CENTER CENTRAL RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS (a.k.a. CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS (Cyrillic: ЦЕНТРАЛЬНЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ АВТОМАТИКИ И ГИДРАВЛИКИ); a.k.a. JSC CENTRAL RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS; a.k.a. TSENTRALNYY NAUCHNOISSLEDOVATELSKIY INSTITUT AVTOMATIKI I GIDRAVLIKI; a.k.a. TSNIIAG (Cyrillic: ЦНИИАГ)), 5 Sovetskoy Armii St., Moscow 127018, Russia; Website https://cniiag.ru; Organization Established Date 23 Jan 2012; Tax ID No. 7715900066 (Russia) [RUSSIA-EO14024].

FEDERAL RESEARCH AND PRODUCTION CENTER JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION MARS (a.k.a. FNPTS AO NPO MARS), Ul. Solnechnaya D. 20, Ulyanovsk 432022, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7303026811 (Russia); Registration Number 1067328003027 (Russia) [RUSSIA-EO14024].

FEDERAL RESEARCH AND PRODUCTION CENTER TITAN BARRIKADY JSC (a.k.a. JOINT STOCK COMPANY FEDERAL SCIENTIFIC AND PRODUCTION CENTER TITAN BARRIKADY (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО-ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ТИТАН-БАРРИКАДЫ); a.k.a. JSC FNPTS TITAN-BARRIKADY; a.k.a. TITAN DESIGN BUREAU; a.k.a. TITAN-BARRIKADY ENTERPRISE; a.k.a. TITAN-BARRIKADY FEDERAL RESEARCH AND DEVELOPMENT CENTRE; a.k.a. TITAN-BARRIKADY FNPTS AO; a.k.a. TITAN-BARRIKADY FNPTS AO FEDERAL RESEARCH AND PRODUCTION CENTER STOCK COMPANY; a.k.a. "TITAN-BARRIKADY"), Prospekt Imeni V.I. Lenina B/N, Volgograd 400071, Russia; Tax ID No. 3442110950 (Russia) [RUSSIA-EO14024].

FEDERAL RESEARCH CENTER INSTITUTE OF APPLIED PHYSICS OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. "IAP RAS"), 46 Ulyanov Str., Nizhny Novgorod 603950,

Russia; Tax ID No. 5260003387 (Russia); Registration Number 1025203020193 (Russia) [RUSSIA-EO14024].

FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES (f.k.a. FEDERAL GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK UCH; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK; a.k.a. FITS KAZNTS RAN; a.k.a. FITS KAZNTS RAN FGBU; a.k.a. FRC KAZSC RAS), d. 2/31, ul. Lobachevskogo, Kazan, Tatarstan Republic 420111, Russia; Organization Established Date 22 Apr 1991; Tax ID No. 1655022127 (Russia); Government Gazette Number 33859469 (Russia); Registration Number 1021602842359 (Russia) [RUSSIA-EO14024].

FEDERAL SCIENTIFIC AND PRODUCTION CENTER MV PROTSENKO START PRODUCTION ASSOCIATION JSC (Cyrillic: АО ФЕДЕРАЛЬНЫЙ ЦЕНТР ПРОИЗВОДСТВЕННОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СТАРТ ИМЕНИ МВ ПРОЦЕНКО) (a.k.a. FNPTS PO START IM MV PROTSENKO AO; a.k.a. JS FRPC PA START NAMED AFTER MV PROTSENKO; a.k.a. JSC FEDERALNY NAUCHNO PROIZVODSTVENNY CENTER PRODUCTION OBYEDINENIYE START IMENI MV PROTSENKO; a.k.a. M V PROTSENKO PA START), 1, Mira Prospekt, Zarechny, Penza Region 442960, Russia; Tax ID No. 5838013374 (Russia); Registration Number 1185835003221 (Russia) [RUSSIA-EO14024].

FEDERAL SECURITY SERVICE (a.k.a. FEDERALNAYA SLUZHBA BEZOPASNOSTI; a.k.a. "FSB"), Ulitsa Kuznetskiy Most, Dom 22, Moscow 107031, Russia; Lubyanskaya Ploschad, Dom 2, Moscow 107031, Russia; 1/3 Bolshaya Lubyanka St, Moscow 107031, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 1994; Target Type Government Entity [NPWMD]

[CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024] [HOSTAGES-EO14078].

FEDERAL SERVICE FOR MILITARY-TECHNICAL COOPERATION (a.k.a. "FSMTC"; a.k.a. "FSVTS"), Ovchinnikovskaya Nab., 18/1, Moscow 115035, Russia; Organization Established Date 23 Aug 2004; Target Type Government Entity; Tax ID No. 7705513237 (Russia); Registration Number 1047705052427 (Russia) [RUSSIA-EO14024].

FEDERAL STATE AUTONOMOUS INSTITUTION MILITARY INNOVATIVE TECHNOPOLIS ERA (Cyrillic: ВОЕННЫЙ ИННОВАЦИОННЫЙ ТЕХНОПОЛИС ЭРА; Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ АВТОНОМНОЕ УЧРЕЖДЕНИЕ ВОЕННЫЙ ИННОВАЦИОННЫЙ ТЕХНОПОЛИС ЭРА; Cyrillic: ФГАУ ВИТ ЭРА; Cyrillic: ТЕХНОПОЛИС ЭРА) (a.k.a. ERA MILITARY INNOVATION TECHNOPOLIS; a.k.a. FGAU VIT ERA), Pionerskiy Prospekt, 41, Anapa, Krasnodar Krai 353456, Russia; Website www.era-tehnopolis.ru; Email Address era_1@mil.ru; Tax ID No. 2539025440 (Russia) [RUSSIA-EO14024].

FEDERAL STATE AUTONOMOUS SCIENTIFIC ESTABLISHMENT SCIENTIFIC RESEARCH INSTITUTE SPECIALIZED SECURITY COMPUTING DEVICES AND AUTOMATION (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ АВТОНОМНОЕ НАУЧНОЕ УЧРЕЖДЕНИЕ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ СПЕЦИАЛИЗИРОВАННЫЕ ВЫЧИСЛИТЕЛЬНЫЕ УСТРОЙСТВА ЗАЩИТЫ И АВТОМАТИКА) (a.k.a. FGANU NII SPECVUZAVTOMATIKA), Rostov-On-Don, Russia; Tax ID No. 6164205270 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGET EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SAINT PETERSBURG MINING UNIVERSITY (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA SANKT PETERBURGSKI GORNY UNIVERSITET; f.k.a. NATSIONALNY MINERALNOSYREVOI UNIVERSITET GORNY, UCH; a.k.a. SAINT PETERSBURG MINING UNIVERSITY (Cyrillic: САНКТ ПЕТЕРБУРГСКИЙ ГОРНЫЙ УНИВЕРСИТЕТ); a.k.a. SPGU GORNY UNIVERSITET FGBU; a.k.a. "NATIONAL MINERAL RESOURCES UNIVERSITY"; a.k.a.

"SPMI"), 2, 21st Line, St Petersburg 199106, Russia; Tax ID No. 7801021076 (Russia); Government Gazette Number 02068508 (Russia); Registration Number 1027800507591 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTE INTERNATIONAL CHILDREN CENTER ARTEK (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ БЮДЖЕТНОЕ ОБРАЗОВАТЕЛЬНОЕ УЧРЕЖДЕНИЕ МЕЖДУНАРОДНЫЙ ДЕТСКИЙ ЦЕНТР АРТЕК) (a.k.a. THE STATE BUDGET EDUCATIONAL INSTITUTION ARTEK INTERNATIONAL CHILDRENS CENTER), 41 Lenningradskaya St., Gurzuf, Crimea 298645, Ukraine; Target Type Government Entity; Tax ID No. 230304393615 (Russia); Registration Number 1149102030770 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION GROZNY STATE OIL TECHNICAL UNIVERSITY NAMED AFTER ACADEMICIAN M.D. MILLIONSHCHIKOV (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA GROZNENSKI GOSUDARSTVENNY NEFTYANOI TEKHNICHESKI UNIVERSITET IMENI AKADEMIKA M.D. MILLIONSHCHIKOVA; a.k.a. GGNTU IM. AKAD. M.D. MILLIONSHCHIKOVA FGBOU VO GGNTU IM. AKAD. M. D. MILLIONSHCHIKOVA FGBU; a.k.a. GROZNY STATE OIL TECHNICAL UNIVERSITY; a.k.a. GROZNY STATE OIL TECHNICAL UNIVERSITY NAMED AFTER M.D. MILLIONSHCHIKOVA), 100, Isaeva av., Grozny 364024, Russia; 100, prospekt Imeni Khuseina Abubakarovicha Isaeva, Grozny, Chechnya Republic 364051, Russia; Organization Established Date 02 Jun 2000; Organization Type: Higher education; Tax ID No. 2020000531 (Russia); Government Gazette Number 45267841 (Russia); Registration Number 1022002549580 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION MOSCOW STATE TECHNICAL UNIVERSITY NAMED AFTER NE BAUMAN NATIONAL RESEARCH UNIVERSITY (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ БЮДЖЕТНОЕ ОБРАЗОВАТЕЛЬНОЕ УЧРЕЖДЕНИЕ ВЫСШЕГО ОБРАЗОВАНИЯ

МОСКОВСКИЙ ГОСУДАРСТВЕННЫЙ ТЕХНИЧЕСКИЙ УНИВЕРСИТЕТ ИМЕНИ НЭ БАУМАНА НАЦИОНАЛЬНЫЙ ИССЛЕДОВАТЕЛЬСКИЙ УНИВЕРСИТЕТ) (a.k.a. BAUMAN MOSCOW STATE TECHNICAL UNIVERSITY; a.k.a. MOSCOW STATE TECHNICAL UNIVERSITY NAMED AFTER NE BAUMAN (Cyrillic: МОСКОВСКИЙ ГОСУДАРСТВЕННЫЙ ТЕХНИЧЕСКИЙ УНИВЕРСИТЕТ ИМЕНИ НЭ БАУМАНА)), d. 5 str. 1, ul. 2-Ya Baumanskaya, Moscow 105005, Russia; Tax ID No. 7701002520 (Russia); Registration Number 1027739051779 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SERGO ORDZHONIKIDZE RUSSIAN STATE UNIVERSITY FOR GEOLOGICAL PROSPECTING (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA ROSSISKI GOSUDARSTVENNY GEOLOGORAZVEDOCHNY UNIVERSITET IMENI SERGO ORDZHONIKIDZE; a.k.a. MOSCOW GEOLOGICAL PROSPECTING INSTITUTE; a.k.a. SERGO ORDZHONIKIDZE GEO UNIVERSITY; a.k.a. "MGRI-RSGPU"), Miklouho-Maclay St. 23., Moscow 117997, Russia; Tax ID No. 7728028967 (Russia); Government Gazette Number 02068835 (Russia); Registration Number 1027739347723 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER VOCATIONAL EDUCATION GUBKIN RUSSIAN STATE UNIVERSITY OF OIL AND GAS (a.k.a. GUBKIN UNIVERSITY; a.k.a. NATIONAL UNIVERSITY OF OIL AND GAS GUBKIN UNIVERSITY; a.k.a. RGU NEFTI I GAZA NIU IMENI IM GUBKINA FGU), 65 Leninsky Prospekt, Moscow 119991, Russia; Organization Established Date 24 Sep 1997; Tax ID No. 7736093127 (Russia); Government Gazette Number 02066612 (Russia); Registration Number 1027739073845 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY ESTABLISHMENT 27 SCIENTIFIC CENTER OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (a.k.a. 27TH SCIENTIFIC CENTER; a.k.a. "27TH NTS"), Brigadirskiy Pereulok 13, Moscow 105005, Russia [NPWMD] [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY ESTABLISHMENT 33 CENTRAL SCIENTIFIC RESEARCH TEST INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (a.k.a. 33RD SCIENTIFIC RESEARCH AND TESTING INSTITUTE; a.k.a. "33RD TSNIII"), 1 Ulitsa Krasnoznamennaya, Volsk-18/Shikhany, Saratov Oblast, Russia; Krasnoznamennaya Street 1, Volsk-18, Saratov 412918, Russia [NPWMD] [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No.

5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY INSTITUTION MARINE RESCUE SERVICE (a.k.a. MORSPAS; a.k.a. MORSPASSLUZHBA; a.k.a. "MARINE RESCUE SERVICE" (Cyrillic: "МОРСКАЯ СПАСАТЕЛЬНАЯ СЛУЖБА")), Proektiruemyy proezd No 4062, Building 1, 4, Moscow 115432, Russia (Cyrillic: Проектируемый 4062 пр-д, д.4 с.1, Москва 115432, Russia); Petrovka street, Building 2, 3/6, Moscow 125993, Russia [PEESA-EO14039].

FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES (f.k.a. FEDERAL GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK UCH; a.k.a. FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK; a.k.a. FITS KAZNTS RAN; a.k.a. FITS KAZNTS RAN FGBU; a.k.a. FRC KAZSC RAS), d. 2/31, ul. Lobachevskogo, Kazan, Tatarstan Republic 420111, Russia; Organization Established Date 22 Apr 1991; Tax ID No. 1655022127 (Russia); Government Gazette Number 33859469 (Russia); Registration Number 1021602842359 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE INSTITUTE OF SOLID STATE PHYSICS N.A. YU. A. OSIPYAN OF THE RUSSIAN ACADEMY OF SCIENCES (f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK BU; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK FGBU; a.k.a. INSTITUTE OF SOLID STATE PHYSICS OF THE ACADEMY OF SCIENCES SSSR; a.k.a. OSIPYAN INSTITUTE OF SOLID STATE PHYSICS OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "IFTT RAN"; a.k.a. "ISSP RAS"), d. 2, ul. Akademika Osipyana,

Chernogolovka, Moskovskaya Obl 142432, Russia; Organization Established Date 12 Mar 1998; Tax ID No. 5031003120 (Russia); Government Gazette Number 02699796 (Russia); Registration Number 1025003915243 (Russia) [RUSSIA-EO14024].

FEDERAL STATE BUDGETARY SCIENTIFIC INSTITUTION RESEARCH AND PRODUCTION COMPLEX TECHNOLOGY CENTER (a.k.a. NPK TECHNOLOGICAL CENTER; a.k.a. SCIENTIFIC MANUFACTURING COMPLEX TECHNOLOGICAL CENTER; a.k.a. SMC TECHNOLOGICAL CENTRE), Shokina Square, House 1, Bld. 7 Off. 7237, Zelenograd, Moscow 124498, Russia; Organization Established Date 13 Mar 2000; Tax ID No. 7735096460 (Russia); Registration Number 1027700428480 (Russia) [RUSSIA-EO14024].

FEDERAL STATE ENTERPRISE ANOZIT, Ul. Sadovoe Koltso, D. 1, Samara 632380, Russia; Tax ID No. 5452112527 (Russia); Registration Number 1065471010340 (Russia) [RUSSIA-EO14024].

FEDERAL STATE ENTERPRISE KAMENSKY COMBINE (a.k.a. FEDERALNOE KAZENNOE PREDPRIYATIE KOMBINAT KAMENSKI; a.k.a. KOMBINAT KAMENSKI FKP; a.k.a. "KOMBINAT KAMENSKII"), Ul. Saprygina D.8, Kamensk-Shakhtinskiy 347801, Russia; Tax ID No. 6147025090 (Russia); Registration Number 1066147003658 (Russia) [RUSSIA-EO14024].

FEDERAL STATE ENTERPRISE KAZAN FEDERAL STATE GUNPOWDER PLANT (a.k.a. KAZANSKII GOSUDARSTVENNYI KAZENNYI POROKHOVOI ZAVOD; a.k.a. "KGKPZ"), ul. Pervogo Maya D. 14, Kazan 420032, Russia; Tax ID No. 1656025681 (Russia); Registration Number 1031624002937 (Russia) [RUSSIA-EO14024].

FEDERAL STATE ENTERPRISE PERM POWDER PLANT (Cyrillic: ФЕДЕРАЛЬНОЕ КАЗЕННОЕ ПРЕДПРИЯТИЕ ПЕРМСКИЙ ПОРОХОВОЙ ЗАВОД) (a.k.a. "PERM GUNPOWDER MILL"), Ul. Galperina 11, Perm 614101, Russia; Tax ID No. 5908006119 (Russia); Registration Number 1025901604156 (Russia) [RUSSIA-EO14024].

FEDERAL STATE ENTERPRISE SCIENCE AND TECHNOLOGY ASSOCIATION KAZAN PLANT OF PRECISION ENGINEERING (a.k.a. FKP NPO KZTM; a.k.a. NAUCHNO PROIZVODSTVENNOE OBYEDINENIE KAZANSKII ZAVOD TOCHNOGO MASHINOSTROENIYA), 71 Mazita Gafuri Street, Kazan 420108, Russia; 2 Pionerskaya Street, Chapaevsk 446100, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1654001773 (Russia); Registration Number 1021602829115 (Russia) [RUSSIA-EO14024].

FEDERAL STATE ENTERPRISE YA M SVERDLOV PLANT (a.k.a. PLANT NAMED AFTER IA M SVERDLOV FEDERAL STATE ENTERPRISE), Sverdlova Street 4, Dzerzhinsk 606002, Russia; Tax ID No. 5249002485 (Russia); Registration Number 1025201752982 (Russia) [RUSSIA-EO14024].

FEDERAL STATE ENTITY UNITARY ENTERPRISE ROSTOV ON DON RESEARCH INSTITUTE OF RADIO COMMUNICATIONS (a.k.a. "RNIIRS"), ul. Nansena d. 130, Rostov-na-Donu 344038, Russia; Tax ID No. 6152001024 (Russia); Registration Number 1026103711204 (Russia) [RUSSIA-EO14024].

FEDERAL STATE FINANCED INSTITUTION OF SCIENCE HIGHER EDUCATION INSTITUTION SPECTROSCOPY OF THE RUSSIAN FEDERATION ACADEMY OF SCIENCES (a.k.a. INSTITUTE OF SPECTROSCOPY OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "ISAN"), Fizicheskaya Str., 5, Troitsk, Moscow 108840, Russia; Organization Established Date 07 Jul 1992; Tax ID No. 5046005427 (Russia); Registration Number 1035009350100 (Russia) [RUSSIA-EO14024].

FEDERAL STATE FINANCED INSTITUTION OF SCIENCE PHYSICAL HIGHER EDUCATION INSTITUTION NAMED AFTER P. N. LEBEDEVA OF THE RUSSIAN FEDERATION ACADEMY SCIENCES (a.k.a. LEBEDEV PHYSICAL INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "FIAN"; a.k.a. "LPI RAS"), 53 Leninsky Ave, Moscow 119991, Russia; Organization Established Date 03 Oct 2001; Tax ID No. 7736037394 (Russia); Registration Number 1027739617960 (Russia) [RUSSIA-EO14024].

FEDERAL STATE FINANCED INSTITUTION OF SCIENCE PHYSICS AND TECHNOLOGY INSTITUTE NAMED AFTER A. F. IOFFE OF THE RUSSIAN FEDERATION ACADEMY OF SCIENCES (a.k.a. IOFFE INSTITUTE), 26 Politekhnicheskaya Str., Saint Petersburg 194021, Russia; Organization Established Date 26 Apr 1999; Tax ID No. 7802072267 (Russia); Registration Number 1037804006998 (Russia) [RUSSIA-EO14024].

FEDERAL STATE FINANCED INSTITUTION OF SCIENCE PHYSICS AND TECHNOLOGY INSTITUTE NAMED AFTER K. A. VALIEVA OF THE RUSSIAN FEDERATION ACADEMY OF SCIENCES (a.k.a. FTIAN NAMED AFTER K. A. VALIEVA RAN; a.k.a. K.A. VALIEV PHYSICO-TECHNOLOGICAL INSTITUTE RAS; a.k.a. VALIEV INSTITUTE OF PHYSICS AND TECHNOLOGY OF RUSSIAN ACADEMY OF SCIENCES; a.k.a. VALIEV IPT RAS), 34 Nakhimovsky Ave, Moscow 117218, Russia; Organization Established Date 16 Feb 1994; Tax ID No. 7727084140 (Russia); Registration Number 1037739352155 (Russia) [RUSSIA-EO14024].

FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (a.k.a. 223RD STATE AIRLINE FLIGHT UNIT; a.k.a. FGBU GAK 223 LETNYI OTRYAD MO RF; a.k.a. FGBU GOSUDARSTVENNAYA AVIAKOMPANIYA 223 LETNYY OTRYAD MO RF (Cyrillic: ФГБУ ГОСУДАРСТВЕННАЯ АВИАКОМПАНЯ 223 ЛЕТНЫЙ ОТРЯД МО РФ); a.k.a. "223RD FLIGHT DETACHMENT"; a.k.a. "223RD FLIGHT UNIT"), Ul. aerodromnaya d. 2, str. 1, Shchelkovo, Shchelkovskii district, Moscow Region 141103, Russia; Organization Established Date 12 Mar 1993; Tax ID No. 5050017062 (Russia); Registration Number 1035010206989 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

FEDERAL STATE INSTITUTION FEDERAL SCIENTIFIC CENTER SCIENTIFIC RESEARCH INSTITUTE FOR SYSTEM ANALYSIS OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERALNOE GOSUDARSTVENNOE UCHREZHDENIE FEDERALNYY NAUCHNYY TSENTR NAUCHNO-ISSLEDOVATELSKIY INSTITUT SISTEMNYKH ISSLEDOVANIY ROSSIYSKOY AKADEMII NAUK; a.k.a. FGU FNTS NIISI RAN; a.k.a. FSI FSC SRISA RAS; a.k.a. SCIENTIFIC RESEARCH INSTITUTE OF SYSTEM ANALYSIS, RUSSIAN ACADEMIC OF SCIENCES), Nakhimovsky Prospect, 36, Building 1, Moscow 117218, Russia; Tax ID No. 7727086772 (Russia); Registration Number 1027700384909 (Russia) [RUSSIA-EO14024].

FEDERAL STATE INSTITUTION MANAGEMENT OF FEDERAL ROADS 'TAMAN' (a.k.a. FKU UPRDOR 'TAMAN'), 3 Revolution Avenue, Anapa, Krasnodar 353440, Russia; Website http://fkutaman.ru/; Email Address office@fkutaman.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

FEDERAL STATE INSTITUTION MILITARY UNIT 20924 (a.k.a. 924TH STATE CENTER FOR UAV AVIATION; a.k.a. FEDERALNOE KAZENNOE UCHREZHDENIE VOISKOVAIA CHAST 20924; a.k.a. "924 GTSBA"), 5 Proezd Artilleristov, Kolomna, Moscow Oblast 140415, Russia; Organization Established Date 2013; Target Type Government Entity; Tax ID No. 5022050639 (Russia); Registration Number 1165022050808 (Russia) [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

FEDERAL STATE INSTITUTION MILITARY UNIT 25969 (a.k.a. COMMAND OF THE MILITARY TRANSPORT AVIATION; a.k.a. FEDERALNOE KAZENNOE UCHREZHDENIE VOISKOVAIA CHAST 25969; a.k.a. "MILITARY TRANSPORT AVIATION" (Cyrillic: "ВОЕННО-ТРАНСПОРТНАЯ АВИАЦИЯ"); a.k.a. "VTA" (Cyrillic: "ВТА"); a.k.a. "VTA COMMAND"), ul. Matrosskaia Tishina, 10, Moscow 107014, Russia; Organization Established Date 01 Jun 1931; Target Type Government Entity; Tax ID No. 7718786880 (Russia); Registration Number 1097746767821 (Russia) [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

FEDERAL STATE INSTITUTION MILITARY UNIT 40056 (a.k.a. GLAVNOYE UPRAVLENIE GLUBOKOVODSK ISSLEDOVANII; a.k.a. MAIN DIRECTORATE OF DEEP SEA RESEARCH; a.k.a. "GUGI"), 26A Onezhskaya Str., Moscow 125413, Russia; Organization Established Date 08 Dec 2009; Tax ID No. 7443763446 (Russia) [RUSSIA-EO14024].

FEDERAL STATE INSTITUTION OF HIGHER VOCATIONAL EDUCATION MOSCOW INSTITUTE OF PHYSICS AND TECHNOLOGY (a.k.a. MOSKOVSKIY FIZIKO TEKHNICHESKIY INSTITUT; a.k.a. "MFTI"; a.k.a. "MIPT"), 9 Institutskiy Per., Dolgoprudny, Moscow Region 141701, Russia; 1 A Kerchenskaya St., Moscow 117303, Russia; Ulitsa Gagarina 16, Zhukovsky, Moscow Region 140180, Russia; Klimentovsky Pereulok 1 Stroyeniye 1, Moscow 115184, Russia; Tax ID No. 5008006211 (Russia); Registration Number 1027739386135 (Russia) [RUSSIA-EO14024].

FEDERAL STATE OWNED UNITARY ENTERPRISE FOREIGN TRADE ASSOCIATION ALMAZJUVELIREXPORT (a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION ALMAZYUVELIREXPORT; a.k.a. VO ALMAZYUVELIREKSPORT AO), BR Zubovskii D. 25, K. 1, Moscow 119021, Russia; Ul. Ostozhenka D. 22/1, Moscow 119034, Russia; Tax ID No. 7704485379 (Russia); Registration Number 1197746226886 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE ALEXANDROV RESEARCH INSTITUTE OF TECHNOLOGY (a.k.a. ALEKSANDROV SCIENTIFIC RESEARCH TECHNOLOGICAL INSTITUTE NITI; a.k.a. FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE NAUCHNO ISSLEDOVATELSKII TEKHNOLOGICHESKII INSTITUT IMENI AP ALEKSANDROVA; a.k.a. FGUP NITI IM AP ALEKSANDROVA), Koporskoe Highway, House 72, Sosnovy Bor 188540, Russia; Organization Established Date 1962; Tax ID No. 4714000067 (Russia); Registration Number 1024701759565 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE ALL-RUSSIAN AUTOMATICS RESEARCH INSTITUTE NAMED AFTER N.L. DUKHOV (a.k.a. ALL-RUSSIA RESEARCH INSTITUTE OF AUTOMATICS; a.k.a. FEDERAL STATE UNITARY ENTERPRISE DUKHOV AUTOMATICS RESEARCH INSTITUTE; a.k.a. "VNIIA"), 22 Sushchevskaya st., Moscow 127055, Russia; Organization Established Date 15 Apr 1994; Tax ID No. 7707074137 (Russia); Registration Number 1027739646164 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF AVIATION MATERIALS OF THE NATIONAL RESEARCH CENTER KURCHATOV INSTITUTE STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION (a.k.a. ALL-RUSSIAN SCIENTIFIC INSTITUTE OF AVIATION MATERIALS; a.k.a. NRC KURCHATOV INSTITUTE - VIAM; a.k.a. VSEROSSISKIY INSTITUT AVIATSIONNYKH MATERIALOV (Cyrillic: ВСЕРОССИЙСКИЙ ИНСТИТУТ АВИАЦИОННЫХ МАТЕРИАЛОВ); a.k.a. VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT AVIATSIONNYKH MATERIALOV; a.k.a. "VIAM" (Cyrillic: "ВИАМ")), 17, Radio Street, Moscow,

Russia; Website www.viam.ru; Tax ID No. 7701024933 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE ATOMFLOT (a.k.a. FSUE ATOMFLOT (Cyrillic: ФГУП АТОМФЛОТ)), 1 Ter. Murmansk-17, Murmansk 183038, Russia; Tax ID No. 5192110268 (Russia); Registration Number 1025100864117 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE CENTER FOR OPERATION OF SPACE GROUND BASED INFRASTRUCTURE (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTR EKSPLUATATSII OBEKTOV NAZEMNOI KOSMICHESKOI INFRASTRUKTURY; a.k.a. FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE TSENTR EKSPLUATATSII OBEKTOV NAZEMNOI KOSMICHESKOI INFRASTRUKTURY; a.k.a. "AO TSENKI"; a.k.a. "FSUE TSENKI"), 42 Shchepkina Str., Moscow 129110, Russia; Tax ID No. 9702013720 (Russia); Registration Number 1207700033760 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE CENTRAL ORDER OF THE RED BANNER SCIENTIFIC RESEARCH AUTOMOBILE AND AUTOMOTIVE ENGINES INSTITUTE NAMI (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ЦЕНТРАЛЬНЫЙ ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ АВТОМОБИЛЬНЫЙ И АВТОМОТОРНЫЙ ИНСТИТУТ НАМИ) (a.k.a. FSUE NAMI (Cyrillic: ФГУП НАМИ)), 2 Avtomotornaya Street, Moscow 125438, Russia; Tax ID No. 7711000924 (Russia); Registration Number 1027739228406 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE CENTRAL RESEARCH INSTITUTE OF STRUCTURAL MATERIALS PROMETEY NAMED BY I.V. GORYNIN OF NATIONAL RESEARCH CENTER KURCHATOV INSTITUTE (a.k.a. FSUE CRISM PROMETEY; a.k.a. NRC KURCHATOV INSTITUTE CRISM PROMETEY), 49 Shpalernaya str., Saint Petersburg 191015, Russia; st. 120th Gatchina Division, 12, Gatchina, Leningrad Region, Russia; Tax ID No. 7815021340 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF ECONOMICS INFORMATICS AND MANAGEMENT SYSTEMS (a.k.a. "AO TSNII EISU" (Cyrillic: "ЦНИИ ЭИСУ"); a.k.a.

"CNIIEISU"), Ul. Bronnaya M D., STR. 1, Saint Petersburg 123104, Russia; Website cniieisu.ru; Organization Established Date 11 Nov 1991; Organization Type: Other information technology and computer service activities; Target Type Government Entity; Tax ID No. 7703824477 (Russia); Registration Number 1147748143344 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE 'CRIMEAN RAILWAY' (a.k.a. CRIMEAN RAILWAY; a.k.a. KRYMZHD; a.k.a. THE RAILWAYS OF CRIMEA), 34 Pavlenko Street, Simferopol, Republic of Crimea 95006, Ukraine; Website http://www.crimearw.ru; Email Address ngkkjd@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1159102022738; V.A.T. Number 9102157783 [UKRAINE-EO13685].

FEDERAL STATE UNITARY ENTERPRISE DUKHOV AUTOMATICS RESEARCH INSTITUTE (a.k.a. ALL-RUSSIA RESEARCH INSTITUTE OF AUTOMATICS; a.k.a. FEDERAL STATE UNITARY ENTERPRISE ALL-RUSSIAN AUTOMATICS RESEARCH INSTITUTE NAMED AFTER N.L. DUKHOV; a.k.a. "VNIIA"), 22 Sushchevskaya st., Moscow 127055, Russia; Organization Established Date 15 Apr 1994; Tax ID No. 7707074137 (Russia); Registration Number 1027739646164 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE FEDERAL CENTER OF DUAL TECHNOLOGIES SOYUZ (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ФЕДЕРАЛЬНЫЙ ЦЕНТР ДВОЙНЫХ ТЕХНОЛОГИЙ СОЮЗ) (a.k.a. FEDERAL CENTER FOR DUAL USE TECHNOLOGIES SOYUZ; a.k.a. FEDERAL STATE UNITARY ENTERPRISE FTSDT SOYUZ; a.k.a. FSUE FCDT SOYUZ), 42 Zhukov Academy St., Dzerzhinskiy, Moscow Region 140090, Russia; Tax ID No. 5027030450 (Russia); Registration Number 1025007270375 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE FOREIGN ECONOMIC ASSOCIATION PROMSYRIOIMPORT (a.k.a. PROMSYRIOIMPORT; a.k.a. PROMSYRIOIMPORT FOREIGN ECONOMIC ASSOCIATION S.O.C.; a.k.a. VO PROMSYRIEIMPORT (Cyrillic: ВО ПРОМСЫРЬЕИМПОРТ); a.k.a. VO PROMSYRIEIMPORT FGUP; a.k.a. VO

PROMSYRIOIMPORT), d. 13 str. 4, bulvar Novinski, Moscow 121099, Russia; 13 Novinski Boulevard, Moscow 121834, Russia; Novinskiy Boulevard 13, Building 4, Moscow 123995, Russia; Novinsky bld. 13, build 4, Moscow 121099, Russia; Tax ID No. 7704140399 (Russia); Government Gazette Number 01860331; Registration Number 1027700499903 (Russia) [SYRIA] (Linked To: SYRIAN COMPANY FOR OIL TRANSPORT).

FEDERAL STATE UNITARY ENTERPRISE FTSDT SOYUZ (a.k.a. FEDERAL CENTER FOR DUAL USE TECHNOLOGIES SOYUZ; a.k.a. FEDERAL STATE UNITARY ENTERPRISE FEDERAL CENTER OF DUAL TECHNOLOGIES SOYUZ (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ФЕДЕРАЛЬНЫЙ ЦЕНТР ДВОЙНЫХ ТЕХНОЛОГИЙ СОЮЗ); a.k.a. FSUE FCDT SOYUZ), 42 Zhukov Academy St., Dzerzhinskiy, Moscow Region 140090, Russia; Tax ID No. 5027030450 (Russia); Registration Number 1025007270375 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE GOSNIIAS (a.k.a. STATE RESEARCH INSTITUTE OF AVIATION SYSTEMS; a.k.a. STATE RESEARCH INSTITUTE OF AVIATION SYSTEMS STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION), Victorenko st., 7, Moscow 124167, Russia; Organization Established Date 17 Jan 1992; Tax ID No. 7714037739 (Russia); Registration Number 1027700227720 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE HYDROGRAPHIC COMPANY (a.k.a. FGUP GIDROGRAFICHESKOE PREDPRIYATIE (Cyrillic: ФГУП ГИДРОГРАФИЧЕСКОЕ ПРЕДПРИЯТИЕ); a.k.a. FGUP HYDROGRAPHIC COMPANY STATE CORPORATION ROSATOM; a.k.a. ROSATOMPORT; a.k.a. RUSSIA GOVT HYDROGRAPHIC DEPT), Prospekt Moskovskii, 12, Saint Petersburg 190031, Russia; Organization Established Date 25 Apr 1994; Organization Type: Inland freight water transport; Tax ID No. 7812022096 (Russia); Registration Number 1027810266758 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE KRONSHTADTSKYY MORSKOY FACTORY MINOBORONY ROSSII (a.k.a. FEDERAL STATE UNITARY ENTERPRISE KRONSHTADT MARINE PLANT OF THE MINISTRY OF

DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. JOINT STOCK COMPANY KRONSTADT MARINE PLANT; a.k.a. KRONSTADT MARINE PLANT), Kronstadt, St. Petrovskaya, 2, Kronstadt District, St. Petersburg 197762, Russia; Website kmolz.ru; Organization Established Date 25 Apr 1997; Tax ID No. 7818001991 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

FEDERAL STATE UNITARY ENTERPRISE KRONSTADT MARINE PLANT OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION (a.k.a. FEDERAL STATE UNITARY ENTERPRISE KRONSHTADTSKYY MORSKOY FACTORY MINOBORONY ROSSII; a.k.a. JOINT STOCK COMPANY KRONSTADT MARINE PLANT; a.k.a. KRONSTADT MARINE PLANT), Kronstadt, St. Petrovskaya, 2, Kronstadt District, St. Petersburg 197762, Russia; Website kmolz.ru; Organization Established Date 25 Apr 1997; Tax ID No. 7818001991 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

FEDERAL STATE UNITARY ENTERPRISE KRYLOVSKY STATE RESEARCH CENTER (a.k.a. KRYLOV STATE CENTER; a.k.a. KRYLOV STATE RESEARCH CENTER (Cyrillic: КРЫЛОВСКИЙ ГОСУДАРСТВЕННЫЙ НАУЧНЫЙ ЦЕНТР); a.k.a. KRYLOV STATE SCIENTIFIC CENTER FEDERAL STATE UNITARY ENTERPRISE), 44, Moskovskoe shosse, St. Petersburg 196158, Russia; Slavyanskaya pl., d. 2/5/4, str. 3, Moscow 109240, Russia; Organization Established Date 06 Sep 2001; Tax ID No. 7810213747 (Russia); Registration Number 1027804905303 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE MNIIRIP (a.k.a. MITISHINSKIY SCIENTIFIC RESEARCH INSTITUTE OF RADIO MEASURING INSTRUMENTS; a.k.a. MYTISHCHI RESEARCH INSTITUTE FOR RF MEASUREMENT INSTRUMENTS), ul Kolpakova, 2A / lit B1, 3 etazh Kabinet 86,87, Mytishchi, Moskovskaya 141002, Russia; Tax ID No. 5029008940 (Russia); Registration Number 1035005501629 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE NIIPA (a.k.a. APPLIED ACOUSTICS RESEARCH INSTITUTE; a.k.a. FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE NAUCHNO

ISSLEDOVATELSKII INSTITUT PRIKLADNOI AKUSTIKI; a.k.a. SCIENTIFIC RESEARCH INSTITUTE OF APPLIED ACOUSTICS; a.k.a. "AARI"; a.k.a. "FGUP NIIPA"; a.k.a. "RIAA"), 9 May St., 7A, Dubna 141981, Russia; 16A Nagatinskaia UI, Moscow, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5010007607 (Russia); Registration Number 1035002202070 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE RESEARCH INSTITUTE OF SYNTHETIC RUBBER (a.k.a. FEDERAL STATE UNITARY ENTERPRISE S.V. LEBEDEV INSTITUTE OF SYNTHETIC RUBBER; a.k.a. FEDERALNOYE GOSUDARSTVENNOYE UNITARNOYE PREDPRIYATIYE NAUCHNO-ISSLEDOVATELSKIY INSTITUT SINTETICHESKOGO KAUCHUKA; a.k.a. "FGUP-NIISK"; a.k.a. "FSUE ISR"; a.k.a. "FSUE RISR"), 1 Gapsalskaya Str., St. Petersburg 198035, Russia; Organization Established Date 29 Dec 2021; Tax ID No. 7805005251 (Russia); Registration Number 1027802761733 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ACADEMICIAN E.I. ZABABKHIN ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF TECHNICAL PHYSICS (a.k.a. CHELYABINSK-70; a.k.a. KASLI NUCLEAR WEAPONS DEVELOPMENT CENTER; a.k.a. RUSSIAN FEDERAL NUCLEAR CENTER - ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. VSEROSSIYSKY NAUCHNO-ISSLEDOVATELSKIY INSTITUT TEKHNICHESKOY FIZIKI; a.k.a. ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. "RFNC-VNIITF"; a.k.a. "VNIITF"), P.O. Box 245, Snezhinsk, Chelyabinsk Region 456770, Russia; Organization Established Date 1955; Tax ID No. 7423000572 (Russia); Registration Number 1027401350932 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS (a.k.a. ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. ARZAMAS-16; a.k.a. AVANGARD ELECTROMECHANICAL PLANT; a.k.a. KHARITON INSTITUTE; a.k.a. SAROV NUCLEAR WEAPONS PLANT; a.k.a. VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT EKSPERIMENTALNOY; a.k.a. "RFNC-VNIIEF"; a.k.a. "VNIIEF"), 10 Muzrukov Ave, Sarov, Nizhny Novgorod Region 607188, Russia; Organization Established Date 1992; Tax ID No. 5254001230 (Russia); Registration Number 1025202199791 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE S.V. LEBEDEV INSTITUTE OF SYNTHETIC RUBBER (a.k.a. FEDERAL STATE UNITARY ENTERPRISE RESEARCH INSTITUTE OF SYNTHETIC RUBBER; a.k.a. FEDERALNOYE GOSUDARSTVENNOYE UNITARNOYE PREDPRIYATIYE NAUCHNO-ISSLEDOVATELSKIY INSTITUT SINTETICHESKOGO KAUCHUKA; a.k.a. "FGUP-NIISK"; a.k.a. "FSUE ISR"; a.k.a. "FSUE RISR"), 1 Gapsalskaya Str., St. Petersburg 198035, Russia; Organization Established Date 29 Dec 2021; Tax ID No. 7805005251 (Russia); Registration Number 1027802761733 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE SCIENTIFIC AND PRODUCTION ENTERPRISE GAMMA (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ НАУЧНО-ПРОИЗВОДСТВЕННОЕ ПРЕДПРИЯТИЕ ГАММА) (a.k.a. FGUP NPP GAMMA (Cyrillic: ФГУП НПП ГАММА); a.k.a. FSUE NPP GAMMA; a.k.a. NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE GAMMA), UI. Profsoyuznaya D. 78, Str. 4, Moscow 117393, Russia; Organization Established Date 30 Aug 1991; Tax ID No. 7728044373 (Russia); Registration Number 1027739443830 (Russia) [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE STATE RESEARCH AND PRODUCTION ENTERPRISE BAZALT (a.k.a. AO NPO BAZALT; a.k.a. FSUE SRPE BAZALT; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION BAZALT), 32 Velyaminovskaya, Moscow 105318, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: this person is designated for

operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7719830028 (Russia); Registration Number 1127747209501 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

FEDERAL STATE UNITARY ENTERPRISE SZ MORYE (a.k.a. FEDERAL SUE SHIPYARD 'MORYE'; a.k.a. FSUE SZ 'MORYE'; a.k.a. MORYE SHIPYARD; a.k.a. "MORE SHIPYARD"), 1 Desantnikov Street, Feodosia, Crimea 98176, Ukraine; Website http://moreship.ru/; Email Address office@moreship.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

FEDERAL STATE UNITARY GEOLOGY ENTERPRISE URANGEOLOGORAZVEDKA (a.k.a. URANGEO AO (Cyrillic: УРАНГЕО АО); a.k.a. URANGEOLOGORAZVEDKA AO), Ulitsa Gogolya, Dom 53, Irkutsk 664039, Russia; Tax ID No. 3812016610 (Russia); Registration Number 1173850005251 (Russia) [RUSSIA-EO14024].

FEDERAL SUE SHIPYARD 'MORYE' (a.k.a. FEDERAL STATE UNITARY ENTERPRISE SZ MORYE; a.k.a. FSUE SZ 'MORYE'; a.k.a. MORYE SHIPYARD; a.k.a. "MORE SHIPYARD"), 1 Desantnikov Street, Feodosia, Crimea 98176, Ukraine; Website http://moreship.ru/; Email Address office@moreship.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

FEDERALNAYA SLUZHBA BEZOPASNOSTI (a.k.a. FEDERAL SECURITY SERVICE; a.k.a. "FSB"), Ulitsa Kuznetskiy Most, Dom 22, Moscow 107031, Russia; Lubyanskaya Ploschad, Dom 2, Moscow 107031, Russia; 1/3 Bolshaya Lubyanka St, Moscow 107031, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 1994; Target Type Government Entity [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024] [HOSTAGES-EO14078].

FEDERALNOE AGENTSTVO NOVOSTEI OOO (a.k.a. FEDERAL NEWS AGENCY LLC), d. 18 litera A. pom. 2-N, UL. Vsevoloda Vishnevskogo, St. Petersburg, Russia; Moscow, Russia; Secondary sanctions risk: Ukraine-

/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] (Linked To: LIMITED LIABILITY COMPANY CONCORD MANAGEMENT AND CONSULTING).

FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FGBU 48 TSNII MINOBORONY ROSSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BJUDZHETNOE UCHREZHDENIE TSENTRALNYJ NAUCHNO-ISSLEDOVATELSKIJ INSTITUT VOJSK VOSDUSHNO-KOSMICHESKOJ OBORONY MINOBORONY ROSSII (a.k.a. CENTRAL RESEARCH INSTITUTE OF THE RUSSIAN AIR AND SPACE FORCES; a.k.a. FGBU TSNII VVKO MINOBORONY ROSSII; a.k.a. "TSNII VVKO"), 32 Afanasiya Nikitina Waterfront, Tver 170026, Russia; Tax ID No. 5018163975 (Russia); Registration Number 1145018002711 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA GROZNENSKI GOSUDARSTVENNY NEFTYANOI TEKHNICHESKI UNIVERSITET IMENI AKADEMIKA M.D. MILLIONSHCHIKOVA (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION GROZNY STATE OIL TECHNICAL UNIVERSITY NAMED AFTER ACADEMICIAN M.D. MILLIONSHCHIKOV; a.k.a. GGNTU IM. AKAD. M.D. MILLIONSHCHIKOVA FGBOU VO GGNTU IM. AKAD. M. D. MILLIONSHCHIKOVA FGBU; a.k.a. GROZNY STATE OIL TECHNICAL UNIVERSITY; a.k.a. GROZNY STATE OIL TECHNICAL UNIVERSITY NAMED AFTER M.D. MILLIONSHIKOVA), 100, Isaeva av., Grozny 364024, Russia; 100, prospekt Imeni Khuseina Abubakarovicha Isaeva, Grozny, Chechnya Republic 364051, Russia; Organization Established Date 02 Jun 2000; Organization Type: Higher education; Tax ID No. 2020000531 (Russia); Government Gazette Number 45267841 (Russia); Registration Number 1022002549580 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA ROSSISKI GOSUDARSTVENNY GEOLOGORAZVEDOCHNY UNIVERSITET IMENI SERGO ORDZHONIKIDZE (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SERGO ORDZHONIKIDZE RUSSIAN STATE UNIVERSITY FOR GEOLOGICAL PROSPECTING; a.k.a. MOSCOW GEOLOGICAL PROSPECTING INSTITUTE; a.k.a. SERGO ORDZHONIKIDZE GEO UNIVERSITY; a.k.a. "MGRI-RSGPU"), Miklouho-Maclay St. 23., Moscow 117997, Russia; Tax ID No. 7728028967 (Russia); Government Gazette Number 02068835 (Russia); Registration Number 1027739347723 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA SANKT PETERBURGSKI GORNY UNIVERSITET (a.k.a. FEDERAL STATE BUDGET EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SAINT PETERSBURG MINING UNIVERSITY; f.k.a. NATSIONALNY MINERALNOSYREVOI UNIVERSITET GORNY, UCH; a.k.a. SAINT PETERSBURG MINING UNIVERSITY (Cyrillic: САНКТ ПЕТЕРБУРГСКИЙ ГОРНЫЙ УНИВЕРСИТЕТ); a.k.a. SPGU GORNY UNIVERSITET FGBU; a.k.a. "NATIONAL MINERAL RESOURCES UNIVERSITY"; a.k.a. "SPMI"), 2, 21st Line, St Petersburg 199106, Russia; Tax ID No. 7801021076 (Russia); Government Gazette Number 02068508 (Russia); Registration Number 1027800507591 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK (f.k.a. FEDERAL GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK UCH; a.k.a. FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FITS KAZNTS RAN; a.k.a. FITS KAZNTS RAN FGBU; a.k.a. FRC KAZSC RAS), d. 2/31, ul. Lobachevskogo, Kazan, Tatarstan Republic 420111, Russia; Organization Established Date 22 Apr 1991; Tax ID No. 1655022127 (Russia); Government Gazette Number 33859469 (Russia); Registration Number 1021602842359 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZICHESKIKH PROBLEM IM. P.L. KAPITSY ROSSISKOI AKADEMII NAUK (f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZICHESKIKH PROBLEM IM. P.L. KAPITSY ROSSISKOI AKADEMII NAUK BU; a.k.a. P.L. KAPITZA INSTITUTE FOR

PHYSICAL PROBLEMS, RUSSIAN ACADEMY OF SCIENCES; a.k.a. "IFP RAN FGBU"; a.k.a. "KIPP"), Kapitaza Institute, 2 ul. Kosygina, Moscow 119334, Russia; Organization Established Date 31 Jan 1994; Tax ID No. 7736039850 (Russia); Government Gazette Number 02699338 (Russia); Registration Number 1037739409311 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZICHESKIKH PROBLEM IM. P.L. KAPITSY ROSSISKOI AKADEMII NAUK BU (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZICHESKIKH PROBLEM IM. P.L. KAPITSY ROSSISKOI AKADEMII NAUK; a.k.a. P.L. KAPITZA INSTITUTE FOR PHYSICAL PROBLEMS, RUSSIAN ACADEMY OF SCIENCES; a.k.a. "IFP RAN FGBU"; a.k.a. "KIPP"), Kapitaza Institute, 2 ul. Kosygina, Moscow 119334, Russia; Organization Established Date 31 Jan 1994; Tax ID No. 7736039850 (Russia); Government Gazette Number 02699338 (Russia); Registration Number 1037739409311 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK BU (f.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE INSTITUTE OF SOLID STATE PHYSICS N.A. YU. A. OSIPYAN OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK FGBU; a.k.a. INSTITUTE OF SOLID STATE PHYSICS OF THE ACADEMY OF SCIENCES SSSR; a.k.a. OSIPYAN INSTITUTE OF SOLID STATE PHYSICS OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "IFTT RAN"; a.k.a. "ISSP RAS"), d. 2, ul. Akademika Osipyana, Chernogolovka, Moskovskaya Obl 142432, Russia; Organization Established Date 12 Mar 1998; Tax ID No. 5031003120 (Russia); Government Gazette Number 02699796 (Russia); Registration Number 1025003915243 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK FGBU (f.k.a.

FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE INSTITUTE OF SOLID STATE PHYSICS N.A. YU. A. OSIPYAN OF THE RUSSIAN ACADEMY OF SCIENCES; f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK BU; a.k.a. INSTITUTE OF SOLID STATE PHYSICS OF THE ACADEMY OF SCIENCES SSSR; a.k.a. OSIPYAN INSTITUTE OF SOLID STATE PHYSICS OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "IFTT RAN"; a.k.a. "ISSP RAS"), d. 2, ul. Akademika Osipyana, Chernogolovka, Moskovskaya Obl 142432, Russia; Organization Established Date 12 Mar 1998; Tax ID No. 5031003120 (Russia); Government Gazette Number 02699796 (Russia); Registration Number 1025003915243 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT KOSMICHESKIKH ISSLEDOVANI ROSSISKOI AKADEMII NAUK (a.k.a. IKI RAN FGBU; a.k.a. SPACE RESEARCH INSTITUTE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "IKI RAS"), Ul Profsoyuznaya, D 84/32, Moscow 117997, Russia; Tax ID No. 7728113806 (Russia); Government Gazette Number 02698692 (Russia); Registration Number 1027739475279 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT LAZERNOI FIZIKI SIBIRSKOGO OTDELENIYA ROSSISKOI AKADEMII NAUK (a.k.a. ILF SO RAN FGBU; a.k.a. INSTITUTE OF LASER PHYSICS OF THE SIBERIAN BRANCH OF THE RAS; a.k.a. INSTITUTE OF LASER PHYSICS OF THE SIBERIAN BRANCH OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. INSTITUTE OF LASER PHYSICS SB RAS; a.k.a. "ILP SB RAS"), 15B, prospekt Akademika Lavrenteva, Novosibirsk, Novosibirskaya Obl. 630090, Russia; Organization Established Date 06 Aug 1991; Tax ID No. 5408105471 (Russia); Government Gazette Number 11822515 (Russia); Registration Number 1025403665572 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT YADERNOI FIZIKI IM. G.I. BUDKERA SIBIRSKOGO OTDELENIYA ROSSISKOI AKADEMII NAUK (a.k.a. BUDKER INSTITUTE OF NUCLEAR PHYSICS OF SB

RAS; a.k.a. BUDKER INSTITUTE OF NUCLEAR PHYSICS OF SIBERIAN BRANCH RUSSIAN ACADEMY OF SCIENCES; f.k.a. INSTITUTE OF NUCLEAR PHYSICS OF THE SIBERIAN BRANCH OF THE USSR ACADEMY OF SCIENCE; a.k.a. IYAF SO RAN FGBU; a.k.a. "BINP SB RAS"), Prospkt Akademika Lavrentyeva D 11, Novosibirsk 630090, Russia; Organization Established Date 19 Jul 1994; Tax ID No. 5408105577 (Russia); Government Gazette Number 03533872 (Russia); Registration Number 1025403658136 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE SANATORI NIZHNYAYA OREANDA UPRAVLENIYA (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE SANATORI NIZHNYAYA OREANDA UPRAVLENIYA DELAMI PREZIDENTA ROSSISKOI FE; a.k.a. FGBU SANATORI NIZHNYAYA OREANDA; a.k.a. RESORT NIZHNYAYA OREANDA; a.k.a. SANATORIUM NIZHNYAYA OREANDA), Pgt Oreanda, Dom 12, Yalta, Crimea 298658, Ukraine; Resort Nizhnyaya Oreanda, Oreanda, Yalta 08655, Crimea; Oreanda - 12, Yalta 298658, Crimea; Website http://www.oreanda.biz; Email Address info@oreanda.biz; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102054221; Tax ID No. 9103006321; Government Gazette Number 00705605 [UKRAINE-EO13685].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE SANATORI NIZHNYAYA OREANDA UPRAVLENIYA DELAMI PREZIDENTA ROSSISKOI FE (f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE SANATORI NIZHNYAYA OREANDA UPRAVLENIYA; a.k.a. FGBU SANATORI NIZHNYAYA OREANDA; a.k.a. RESORT NIZHNYAYA OREANDA; a.k.a. SANATORIUM NIZHNYAYA OREANDA), Pgt Oreanda, Dom 12, Yalta, Crimea 298658, Ukraine; Resort Nizhnyaya Oreanda, Oreanda, Yalta 08655, Crimea; Oreanda - 12, Yalta 298658, Crimea; Website http://www.oreanda.biz; Email Address info@oreanda.biz; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102054221; Tax ID No. 9103006321; Government Gazette Number 00705605 [UKRAINE-EO13685].

FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENNIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR INSTITUT OBSHCHEI FIZIKI IM. A.M. PROKHOROVA ROSSISKOI AKADEMII NAUK (a.k.a. A.M. PROKHOROV GENERAL PHYSICS INSTITUTE RUSSIAN ACADEMY OF SCIENCES; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF RAS; a.k.a. PROKHOROV GENERAL PHYSICS INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. RUSSIAN ACADEMY OF SCIENCES - ALEXANDR MIKHAILOVICH PROKHOROV GENERAL PHYSICS INSTITUTE; a.k.a. "GPI RAS"; a.k.a. "IOF RAN"; a.k.a. "IOF RAN FGBU"), d. 38, ul. Vavilova, Moscow 119991, Russia; Organization Established Date 14 Sep 1993; Tax ID No. 7736029700 (Russia); Government Gazette Number 02700457 (Russia); Registration Number 1027700378595 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE UCHREZHDENIE FEDERALNYY NAUCHNYY TSENTR NAUCHNO-ISSLEDOVATELSKIY INSTITUT SISTEMNYKH ISSLEDOVANIY ROSSIYSKOY AKADEMII NAUK (a.k.a. FEDERAL STATE INSTITUTION FEDERAL SCIENTIFIC CENTER SCIENTIFIC RESEARCH INSTITUTE FOR SYSTEM ANALYSIS OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FGU FNTS NIISI RAN; a.k.a. FSI FSC SRISA RAS; a.k.a. SCIENTIFIC RESEARCH INSTITUTE OF SYSTEM ANALYSIS, RUSSIAN ACADEMIC OF SCIENCES), Nakhimovsky Prospect, 36, Building 1, Moscow 117218, Russia; Tax ID No. 7727086772 (Russia); Registration Number 1027700384909 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE NAUCHNO ISSLEDOVATELSKII INSTITUT PRIKLADNOI AKUSTIKI (a.k.a. APPLIED ACOUSTICS RESEARCH INSTITUTE; a.k.a. FEDERAL STATE UNITARY ENTERPRISE NIIPA; a.k.a. SCIENTIFIC RESEARCH INSTITUTE OF APPLIED ACOUSTICS; a.k.a. "AARI"; a.k.a. "FGUP NIIPA"; a.k.a. "RIAA"), 9 May St., 7A, Dubna 141981, Russia; 16A Nagatinskaia Ul, Moscow, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by

Executive Order 14114.; Tax ID No. 5010007607 (Russia); Registration Number 1035002202070 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE NAUCHNO ISSLEDOVATELSKII TEKHNOLOGICHESKII INSTITUT IMENI AP ALEKSANDROVA (a.k.a. ALEKSANDROV SCIENTIFIC RESEARCH TECHNOLOGICAL INSTITUTE NITI; a.k.a. FEDERAL STATE UNITARY ENTERPRISE ALEXANDROV RESEARCH INSTITUTE OF TECHNOLOGY; a.k.a. FGUP NITI IM AP ALEKSANDROVA), Koporskoe Highway, House 72, Sosnovy Bor 188540, Russia; Organization Established Date 1962; Tax ID No. 4714000067 (Russia); Registration Number 1024701759565 (Russia) [RUSSIA-EO14024].

FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE TSENTR EKSPLUATATSII OBEKTOV NAZEMNOI KOSMICHESKOI INFRASTRUKTURY (a.k.a. AKTSIONERNOE OBSHCHESTVO TSENTR EKSPLUATATSII OBEKTOV NAZEMNOI KOSMICHESKOI INFRASTRUKTURY; a.k.a. FEDERAL STATE UNITARY ENTERPRISE CENTER FOR OPERATION OF SPACE GROUND BASED INFRASTRUCTURE; a.k.a. "AO TSENKI"; a.k.a. "FSUE TSENKI"), 42 Shchepkina Str., Moscow 129110, Russia; Tax ID No. 9702013720 (Russia); Registration Number 1207700033760 (Russia) [RUSSIA-EO14024].

FEDERALNOE KAZENNOE PREDPRIYATIE KOMBINAT KAMENSKI (a.k.a. FEDERAL STATE ENTERPRISE KAMENSKY COMBINE; a.k.a. KOMBINAT KAMENSKI FKP; a.k.a. "KOMBINAT KAMENSKII"), Ul. Saprygina D.8, Kamensk-Shakhtinskiy 347801, Russia; Tax ID No. 6147025090 (Russia); Registration Number 1066147003658 (Russia) [RUSSIA-EO14024].

FEDERALNOE KAZENNOE UCHREZHDENIE VOISKOVAIA CHAST 20924 (a.k.a. 924TH STATE CENTER FOR UAV AVIATION; a.k.a. FEDERAL STATE INSTITUTION MILITARY UNIT 20924; a.k.a. "924 GTSBA"), 5 Proezd Artilleristov, Kolomna, Moscow Oblast 140415, Russia; Organization Established Date 2013; Target Type Government Entity; Tax ID No. 5022050639 (Russia); Registration Number 1165022050808 (Russia) [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

FEDERALNOE KAZENNOE UCHREZHDENIE VOISKOVAIA CHAST 25969 (a.k.a. COMMAND OF THE MILITARY TRANSPORT AVIATION; a.k.a. FEDERAL STATE

INSTITUTION MILITARY UNIT 25969; a.k.a. "MILITARY TRANSPORT AVIATION" (Cyrillic: "ВОЕННО-ТРАНСПОРТНАЯ АВИАЦИЯ"); a.k.a. "VTA" (Cyrillic: "ВТА"); a.k.a. "VTA COMMAND"), ul. Matrosskaia Tishina, 10, Moscow 107014, Russia; Organization Established Date 01 Jun 1931; Target Type Government Entity; Tax ID No. 7718786880 (Russia); Registration Number 1097746767821 (Russia) [IRAN-CON-ARMS-EO] [RUSSIA-EO14024].

FEDERALNOYE GOSUDARSTVENNOYE BYUDZHETNOYE UCHREZHDENIYE NAUKI INSTITUT OKEANOLOGII IM. P.P. SHIRSHOVA ROSSIYSKOY AKADEMII NAUK (a.k.a. P.P. SHIRSHOV INSTITUTE OF OCEANOLOGY OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "IO RAS"), 36 Nakhimovsky Avenue, Moscow 117997, Russia; Tax ID No. 7727083115 (Russia); Registration Number 1037739013388 (Russia) issued 1946 [RUSSIA-EO14024].

FEDERALNOYE GOSUDARSTVENNOYE UNITARNOYE PREDPRIYATIYE NAUCHNO-ISSLEDOVATELSKIY INSTITUT SINTETICHESKOGO KAUCHUKA (a.k.a. FEDERAL STATE UNITARY ENTERPRISE RESEARCH INSTITUTE OF SYNTHETIC RUBBER; a.k.a. FEDERAL STATE UNITARY ENTERPRISE S.V. LEBEDEV INSTITUTE OF SYNTHETIC RUBBER; a.k.a. "FGUP-NIISK"; a.k.a. "FSUE ISR"; a.k.a. "FSUE RISR"), 1 Gapsalskaya Str., St. Petersburg 198035, Russia; Organization Established Date 29 Dec 2021; Tax ID No. 7805005251 (Russia); Registration Number 1027802761733 (Russia) [RUSSIA-EO14024].

FEDIN, Yuriy Sergeyevich, Ukraine; DOB 26 Mar 1989; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] (Linked To: NEWSFRONT).

FEDORENKO, Eleanor (a.k.a. FEDORENKO, Eleonora Mikhailovna (Cyrillic: ФЕДОРЕНКО, Элеонора Михайловна)), Donetsk, Ukraine; DOB 28 Oct 1972; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

FEDORENKO, Eleonora Mikhailovna (Cyrillic: ФЕДОРЕНКО, Элеонора Михайловна) (a.k.a. FEDORENKO, Eleanor), Donetsk, Ukraine; DOB 28 Oct 1972; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

FEDORENKO, Konstantin Albertovich (Cyrillic: ФЕДОРЕНКО, Константин Альбертович), 15

Pushkina St, Belorechensk, Belorechensky District, Krasnodar Territory, Russia; DOB 29 Dec 1976; POB Belorechensk, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTE INTERNATIONAL CHILDREN CENTER ARTEK).

FEDOROV, Yury Viktorovich (Cyrillic: ФЁДОРОВ, Юрий Викторович) (a.k.a. FYODOROV, Yury Viktorovich), Russia; DOB 01 Jan 1972; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

FEDOROVSKOE LLC (a.k.a. FEDOROVSKOE OOO (Cyrillic: ФЕДОРОВСКОЕ ООО); f.k.a. RG NEDRA 1 LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РГ НЕДРА 1)), 69 Novocheremushkinskaya St., Moscow 117418, Russia; Tax ID No. 7604330100 (Russia); Registration Number 1177627026257 (Russia) [RUSSIA-EO14024] (Linked To: USM GOLD LIMITED LIABILITY COMPANY).

FEDOROVSKOE OOO (Cyrillic: ФЕДОРОВСКОЕ ООО) (a.k.a. FEDOROVSKOE LLC; f.k.a. RG NEDRA 1 LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РГ НЕДРА 1)), 69 Novocheremushkinskaya St., Moscow 117418, Russia; Tax ID No. 7604330100 (Russia); Registration Number 1177627026257 (Russia) [RUSSIA-EO14024] (Linked To: USM GOLD LIMITED LIABILITY COMPANY).

FEDOSENKO, Yekaterina Aleksandrovna (Cyrillic: ФЕДОСЕНКО, Екатерина Александровна) (a.k.a. FEDASENKA, Katsyaryna Alyaksandrauna (Cyrillic: ФЕДАСЕНКА, Кацярына Аляксандраўна)), Grodno Oblast, Belarus; DOB 1976; nationality Belarus; Gender Female (individual) [BELARUS-EO14038].

FEDYAEV, Pavel Mikhaylovich (Cyrillic: ФЕДЯЕВ, Павел Михайлович), Russia; DOB 31 Jul 1982; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

FEE BANK MALAYSIA (a.k.a. FIRST EAST EXPORT BANK PLC), Unit Level 10(B1), Main Office Tower, Financial Park, Jalan Merdeka, 87000 Labuan F.T., Wilayah Persekutuan, Malaysia; SWIFT/BIC FEEBMYKA; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [SDGT] [IFSR] (Linked To: BANK MELLAT).

FEI, Yiren (Chinese Simplified: 费亿人), No. 122, Renmin North Road, Pencheng Sub-district, Ruichang, Jiangxi, China; DOB 09 Sep 1984; nationality China; Email Address yasonne@hotmail.com; Gender Male; National ID No. 360481198409093811 (China) (individual) [ILLICIT-DRUGS-EO14059].

FEIZLOLLAHI, Ali Ahmad (a.k.a. FAIZULLAHI, Ali Ahmad (Arabic: علی احمد فیض اللهی); a.k.a. FEYZOLLAHI, Ahmad Ali (Arabic: احمدعلی فیض اللهی); a.k.a. FEYZOLLAHI, Ali Ahmad), Iran; DOB 1966 to 1967; POB Iran; nationality Iran; citizen Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Birth Certificate Number 1269 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

FELIX B. MADURO S.A., Panama; RUC # 811226-1-498041 (Panama); alt. RUC # 78-273-13798 (Panama) [SDNTK].

FELIX BELTRAN, Victor Manuel; DOB 18 Apr 1987; POB Culiacan, Sinaloa, Mexico; citizen Mexico; Gender Male; Passport 07040063285 (Mexico); R.F.C. FEBV870418DW2 (Mexico); C.U.R.P. FEBV870418HSLLLC07 (Mexico) (individual) [SDNTK].

FELIX FELIX, Manuel (a.k.a. TORRES FELIX, Manuel; a.k.a. TORRES FELIX, Manuel De Jesus; a.k.a. TORRES, Manuel Felix; a.k.a. TORRES, Manuel J; a.k.a. "EL ONDEADO"; a.k.a. "M1"), Sinaloa, Mexico; DOB 28 Feb 1954; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

FELIX FELIX, Victor Manuel (a.k.a. CASTRO RODRIGUEZ, Raul), Callejon Hortensias No. 320, Colonia Ciudad Bugambilias, Zapopan, Jalisco, Mexico; Calle Madero No. 39 Poniente, Lote 51, Colonia Centro, Culiacan, Sinaloa Codigo Postal 80000, Mexico; Privada San Geronimo No. 1801, Fraccionamiento San Jeronimo, Mexicali, Baja California Codigo Postal 21297, Mexico; Calle Victor Hugo No. 177, Interior 12, Colonia Portales, Delegacion Benito Juarez, Distrito Federal Codigo Postal 03300, Mexico; Circuito de las Flores Norte 2252, Fraccionamiento Ciudad Bugambilias, Zapopan, Jalisco, Mexico; Presa la Boquilla 1033, Colonia Las Quintas, Culiacan, Sinaloa, Mexico; Boulevard Francisco I. Madero 39 Poniente Despacho 501, Colonia Centro, Culiacan, Sinaloa, Mexico; Sevilla 1526 302 A, Fraccionamiento el Cid, Mazatlan, Sinaloa CP 82110, Mexico; Privada de San Jeronimo, San Jeronimo, Algodones, Baja California CP 21298, Mexico; Privada Puerta de Roble Numero 17-E, Fraccionamiento Puerta de Roble, Zapopan, Jalisco, Mexico; DOB 10 Nov 1957; alt. DOB 20 Jan 1958; POB Culiacan, Sinaloa, Mexico; alt. POB Baja, California, Mexico; R.F.C. FEFV571110-G75 (Mexico); Credencial electoral FLFLVC57111025H101 (Mexico); C.U.R.P. FEFV571110HSLLLC08 (Mexico) (individual) [SDNTK].

FELIX NUNEZ, Rafael Guadalupe (a.k.a. "CHANGITO"; a.k.a. "CHANGUITO ANTRAX"; a.k.a. "EL CHANGUITO"; a.k.a. "EL CHANGUITO ANTRAX"), Mexico; DOB 17 Jul 1979; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. FENR790717HSLLXF08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

FELIX TORRES, Javier (a.k.a. TAMAYO TORRES, Horacio; a.k.a. TORRES FELIX, Javier; a.k.a. "COMPADRE"; a.k.a. "EL JT"), Calle Paseo La Cuesta # 1550, Apt 6, Colonia Lomas De Guadalupe, Culiacan Rosales, Sinaloa, Mexico; DOB 19 Oct 1960; POB Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

FELIXTAPIA, S.C. DE R.L. DE C.V., Sinaloa de Leyva, Sinaloa, Mexico; Business Registration Document # CUD: A20150121805106744 (Mexico); Folio Mercantil No. 175774 (Mexico) [SDNTK].

FEMILI OFIS OOO (a.k.a. LIMITED LIABILITY COMPANY FEMILI OFIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФЕМИЛИ ОФИС)), 3 1-Ya Rybinskaya Street, Building 1, Floor 4, Office 27/1, Moscow 107113, Russia; Organization Established Date 19 Aug 2014; Tax ID No. 7718994619 (Russia); Registration Number 1147746941858 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

FENG SHENG CO., LTD. (a.k.a. TRANS MULTI MECHANICS CO. LTD.), 19, Chin Ho Lane, Chung Cheng Rd., Taya District, Taichung City, Taiwan; No 19, Jinhe Lane, Zhongzheng Road, Daya District, Taichung City, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

FENGHUI SHIP MANAGEMENT CO., LTD. (Chinese Traditional: 豐匯船舶管理有限公司) (a.k.a. GLOBAL MARINE SHIP MANAGEMENT CO., LIMITED; a.k.a. GLOBAL MARINE SHIP MANAGEMENT CO., LTD. (Chinese Traditional: 匯海船舶管理有限公司); a.k.a. HUIHAI SHIP MANAGEMENT CO., LTD. (Chinese Simplified: 汇海船舶管理有限公司)), Room 1708, Zhongshang Building, No. 100, Hong Kong Middle Road, Shinan District, Qingdao, Shandong Province, China; Flat C, 15th Floor, Unionway Commercial Centre, 283 Queens Road, Central, Hong Kong, China; Room 2108, 21/F, C Wu Building, 302-308 Hennessy Road, Wanchai, Hong Kong, China; Website www.GMSHIPS.com; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Identification Number IMO 5528362; Commercial Registry Number 1427788 (China) [IRAN-EO13846].

FENIANOS, Youssef (a.k.a. FENYANUS, Joseph; a.k.a. FINIANOS, Joseph; a.k.a. FINIANOS, Yusif; a.k.a. FINYANUS, Yusuf (Arabic: يوسف فنيانوس)), Lebanon; DOB 01 Jan 1964 to 31 Dec 1964; POB Zgharta, Lebanon; citizen Lebanon; Gender Male (individual) [SDGT].

FENIKS (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU FENIKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФЕНИКС); a.k.a. "PHOENIX"), Ter. Oez Ppt Lipetsk Str. 4A, Office 021/25, Gryazi 398010, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Manufacture of articles of concrete, cement and plaster; Tax ID No. 4802013587 (Russia); Registration Number 1194827003128 (Russia) [RUSSIA-EO14024].

FENIKS (a.k.a. LIMITED LIABILITY COMPANY PHOENIX), Ul. Nizhegorodskaya D. 86, K. B, Pomeshch. 5/1, Moscow 109052, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No.

6829115653 (Russia); Registration Number 1156829008489 (Russia) [RUSSIA-EO14024].

FENIKS ELEKTRONIKS (a.k.a. PHOENIX ELECTRONICS), ul. 8 Marta d. 16, Izhevsk 426035, Russia; Tax ID No. 1840028437 (Russia); Registration Number 1141840005768 (Russia) [RUSSIA-EO14024].

FENTEX PROPERTIES LTD., Tortola, Virgin Islands, British; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

FENYANUS, Joseph (a.k.a. FENIANOS, Youssef; a.k.a. FINIANOS, Joseph; a.k.a. FINIANOS, Yusif; a.k.a. FINYANUS, Yusuf (Arabic: يوسف فنيانوس)), Lebanon; DOB 01 Jan 1964 to 31 Dec 1964; POB Zgharta, Lebanon; citizen Lebanon; Gender Male (individual) [SDGT].

FEO ALVARADO, Alveiro (a.k.a. "BENAVIDES"), Colombia; DOB 16 Jun 1967; POB El Paso, Cesar, Colombia; citizen Colombia; Cedula No. 77162067 (Colombia) (individual) [SDNTK] (Linked To: CLAN DEL GOLFO).

FEODOSIA OIL PRODUCTS SUPPLY CO. (a.k.a. FEODOSIYA ENTERPRISE; a.k.a. FEODOSIYA ENTERPRISE ON PROVIDING OIL PRODUCTS; a.k.a. FEODOSIYSKE COMPANY FOR THE OIL; a.k.a. THEODOSIYA OIL TERMINAL), Feodosiya, Geologicheskaya str. 2, Crimea 98107, Ukraine; Feodosia, Str. Geological 2, Crimea 98107, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

FEODOSIA STATE OPTICAL PLANT (a.k.a. STATE OPTICAL PLANT - FEODOSIA; a.k.a. SUE RC 'FEODOSIA OPTICAL PLANT'), Feodosia State Optical Plant, 11 Moskovskaya Street, Feodosia, Crimea 98100, Ukraine; Website http://www.fkoz.feodosia.com.ua/; Email Address optic_plant_sbut@bk.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

FEODOSIYA ENTERPRISE (a.k.a. FEODOSIA OIL PRODUCTS SUPPLY CO.; a.k.a. FEODOSIYA ENTERPRISE ON PROVIDING OIL PRODUCTS; a.k.a. FEODOSIYSKE COMPANY FOR THE OIL; a.k.a. THEODOSIYA OIL TERMINAL), Feodosiya, Geologicheskaya str. 2, Crimea 98107, Ukraine; Feodosia, Str. Geological 2, Crimea 98107, Ukraine; Secondary sanctions risk: Ukraine-

/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

FEODOSIYA ENTERPRISE ON PROVIDING OIL PRODUCTS (a.k.a. FEODOSIA OIL PRODUCTS SUPPLY CO.; a.k.a. FEODOSIYA ENTERPRISE; a.k.a. FEODOSIYSKE COMPANY FOR THE OIL; a.k.a. THEODOSIYA OIL TERMINAL), Feodosiya, Geologicheskaya str. 2, Crimea 98107, Ukraine; Feodosia, Str. Geological 2, Crimea 98107, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

FEODOSIYSKE COMPANY FOR THE OIL (a.k.a. FEODOSIA OIL PRODUCTS SUPPLY CO.; a.k.a. FEODOSIYA ENTERPRISE; a.k.a. FEODOSIYA ENTERPRISE ON PROVIDING OIL PRODUCTS; a.k.a. THEODOSIYA OIL TERMINAL), Feodosiya, Geologicheskaya str. 2, Crimea 98107, Ukraine; Feodosia, Str. Geological 2, Crimea 98107, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660].

FERARI PREDUZEEE ZA USLUGE I PROMET POLOVNIM VOZILIMA SH.A., 40000 Mitrovice, Kosovo; Organization Established Date 20 Aug 2002; Organization Type: Wholesale of other machinery and equipment; Registration Number 80673094 (Kosovo) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

FERNANDEZ CONCEPCION, Carlos Ariel, Dominican Republic; DOB 14 Jan 1973; POB Santo Domingo, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 001-1217345-5 (Dominican Republic) (individual) [SDNTK].

FERNANDEZ DE LUNA, Gerardo, Calle Zaragoza No. 105, Centro, Morelos, Coahuila, Mexico; Allende, Coahuila, Mexico; Morelos, Coahuila, Mexico; DOB 18 Jul 1957; POB Coahuila, Mexico; citizen Mexico; R.F.C. FELG570718192 (Mexico); C.U.R.P. FELG570718HCLRNR04 (Mexico) (individual) [SDNTK] (Linked To: COMPANIA GANADERA 5 MANANTIALES S. DE P.R. DE R.L.).

FERNANDEZ DE LUNA, Jesus, Calle Miguel Hidalgo, No. 212, Centro, Allende, Coahuila, Mexico; Calle Espiridion Pena y Calle Miguel Hidalgo, Allende, Coahuila, Mexico; Mexico; Cinco Manantiales, Coahuila, Mexico; DOB 10 Oct 1969; POB Coahuila, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. FELJ691014HCLRNS07 (Mexico); RFC FELJ691014AV2 (Mexico) (individual) [SDNTK]

(Linked To: COMPANIA GANADERA 5 MANANTIALES S. DE P.R. DE R.L.).

FERNANDEZ FLAQUER, Kelvin Enrique (a.k.a. "COTTO"), Dominican Republic; DOB 06 Dec 1977; POB Higuey, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 026-0088747-1 (Dominican Republic) (individual) [SDNTK] (Linked To: CESAR PERALTA DRUG TRAFFICKING ORGANIZATION).

FERNANDEZ GOMEZ, Ernesto (a.k.a. FIGUERO GOMEZ, Hassein Eduardo; a.k.a. FIGUEROA GOMEZ, Hassein Eduardo), Las Cortes 2935, Barajas Villasenor, Guadalajara, Jalisco, Mexico; Tlajomulco de Zuniga, Paseo de los Bosquez 115, El Palomar, Jalisco, Mexico; Benito Juarez, Valentin Gomez Farias 120A, Puerto Vallarta, Jalisco, Mexico; Puerta de Hierro 5594, Colonia Puerta de Hierro, Zapopan, Jalisco, Mexico; Donato Guerra 227, Colonia Centro, Guadalajara, Jalisco, Mexico; San Aristeo 2323, Colonia Popular, Guadalajara, Jalisco, Mexico; Acueducto 2200, Casa 2, Zapopan, Jalisco, Mexico; Avenida Pinos 330-2, Zapopan, Jalisco, Mexico; Marina Heights Tower Penthouse 4902, Dubai Marina, Dubai, United Arab Emirates; c/o DESARROLLOS INMOBILIARIOS CITADEL, S.A. DE C.V.; c/o DESARROLLOS TURISTICOS FORTIA, S.A. DE C.V.; c/o SCUADRA FORTIA, S.A. DE C.V.; c/o UNION ABARROTERO DE JALISCO S.C. DE R.L. DE C.V.; c/o EL PALOMAR CAR WASH, S.A. DE C.V.; c/o FORTIA BAJA SUR, S.A. DE C.V.; c/o GEOFARMA S.A. DE C.V.; c/o GRUPO COMERCIAL SAN BLAS, S.A. DE C.V.; c/o GRUPO F Y F MEDICAL INTERNACIONAL DE EQUIPOS; c/o PROMOCIONES CITADEL, S.A. DE C.V.; c/o PUNTO FARMACEUTICO S.A. DE C.V.; c/o DESARROLLO ARQUITECTONICO FORTIA, S.A. DE C.V.; DOB 09 May 1973; alt. DOB 10 May 1973; POB Guadalajara, Jalisco, Mexico; Passport 01140311083 (Mexico); alt. Passport 6140103492 (Mexico); alt. Passport 96340014324 (Mexico) (individual) [SDNTK].

FERNANDEZ GONZALEZ, Carolina, Cinco Manantiales, Coahuila, Mexico; Rosa 700, Col. Los Colorines, San Pedro Garza Garcia, Nuevo Leon C.P. 66275, Mexico; Allende, Coahuila, Mexico; DOB 16 Dec 1992; POB Nuevo Leon, Mexico; alt. POB Coahuila, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. FEGC921216MNLRNR07 (Mexico) (individual) [SDNTK].

FERNANDEZ MELENDEZ, Manuel Angel (Latin: FERNÁNDEZ MELÉNDEZ, Manuel Ángel), Miranda, Venezuela; DOB 11 Jun 1966; citizen Venezuela; Gender Male; Cedula No. 6873122 (Venezuela) (individual) [VENEZUELA].

FERNANDEZ SANTANA, Mario Alberto, Av. Moctezuma 4297, Col. Jardines del Sol, Zapopan, Jalisco, Mexico; DOB 09 May 1977; POB Guadalajara, Jalisco, Mexico; citizen Mexico; Gender Male; R.F.C. FESM770509RQ7 (Mexico); C.U.R.P. FESM770509HJCRNR06 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION, Linked To: EVENTOS LA MORA, S.A. DE C.V.; Linked To: MONTALVA INMOBILIARIA, S.A. DE C.V.).

FERNANDEZ VALENCIA, Guadalupe (a.k.a. FERNANDEZ VALENCIA, Ma. Guadalupe; a.k.a. FERNANDEZ VALENCIA, Maria Guadalupe; a.k.a. "DON JULIO"; a.k.a. "JULIA"); DOB 29 Oct 1960; POB Aguililla, Michoacan de Ocampo, Mexico; citizen Mexico; Gender Female; R.F.C. FEVG601029EN3 (Mexico); C.U.R.P. FEVG601029MMNRLD10 (Mexico); alt. C.U.R.P. FEVG601029MMNRLD02 (Mexico) (individual) [SDNTK].

FERNANDEZ VALENCIA, Ma. Guadalupe (a.k.a. FERNANDEZ VALENCIA, Guadalupe; a.k.a. FERNANDEZ VALENCIA, Maria Guadalupe; a.k.a. "DON JULIO"; a.k.a. "JULIA"); DOB 29 Oct 1960; POB Aguililla, Michoacan de Ocampo, Mexico; citizen Mexico; Gender Female; R.F.C. FEVM601029EN3 (Mexico); C.U.R.P. FEVG601029MMNRLD10 (Mexico); alt. C.U.R.P. FEVG601029MMNRLD02 (Mexico) (individual) [SDNTK].

FERNANDEZ VALENCIA, Maria Guadalupe (a.k.a. FERNANDEZ VALENCIA, Guadalupe; a.k.a. FERNANDEZ VALENCIA, Ma. Guadalupe; a.k.a. "DON JULIO"; a.k.a. "JULIA"); DOB 29 Oct 1960; POB Aguililla, Michoacan de Ocampo, Mexico; citizen Mexico; Gender Female; R.F.C. FEVM601029EN3 (Mexico); C.U.R.P. FEVG601029MMNRLD10 (Mexico); alt. C.U.R.P. FEVG601029MMNRLD02 (Mexico) (individual) [SDNTK].

FERQAT AL-HAMZA (a.k.a. AL-HAMZA DIVISION; a.k.a. AL-HAMZAT DIVISION; a.k.a. FIRQA AL-HAMZA; a.k.a. HAMZA BRIGADE; a.k.a. HAMZA DIVISION (Arabic: فرقة الحمزة); a.k.a. HAMZA DIVISION SPECIAL FORCES; a.k.a. HAMZA TUMENI OZEL KUVVETLER; a.k.a. HAMZAT DIVISION)), Al-Bab District,

Aleppo Governorate, Syria; Afrin District, Aleppo Governorate, Syria [SYRIA-EO13894].

FERRARA LASHTAR, Mohamed Mohamed (a.k.a. FARRARA LASHTAR, Mohamed Mohamed; a.k.a. FERRARA LASHTAR, Mohammed Mohammed), Residencial Las Colinas, Calle de los Cerros, Casa 330, Managua, Nicaragua; DOB 17 May 1959; nationality Nicaragua; citizen Nicaragua; Gender Male; Passport C1102007 (Nicaragua); alt. Passport NG252351 (Libya); National ID No. 7771705590000M (Nicaragua); Diplomatic Passport A00000271 (Nicaragua) issued 12 Sep 2012 expires 12 Sep 2022 (individual) [NICARAGUA].

FERRARA LASHTAR, Mohammed Mohammed (a.k.a. FARRARA LASHTAR, Mohamed Mohamed; a.k.a. FERRARA LASHTAR, Mohamed Mohamed), Residencial Las Colinas, Calle de los Cerros, Casa 330, Managua, Nicaragua; DOB 17 May 1959; nationality Nicaragua; citizen Nicaragua; Gender Male; Passport C1102007 (Nicaragua); alt. Passport NG252351 (Libya); National ID No. 7771705590000M (Nicaragua); Diplomatic Passport A00000271 (Nicaragua) issued 12 Sep 2012 expires 12 Sep 2022 (individual) [NICARAGUA].

FERRARI, Sergio David (a.k.a. "Yagy"), Chivilcoy 3157 Piso 2 Depto D, Buenos Aires 1417, Argentina; Buenos Aires, Argentina; DOB 10 Feb 1968; POB Buenos Aires, Argentina; nationality Argentina; Gender Male; Passport AAA760416 (Argentina); D.N.I. 20010866 (Argentina); C.U.I.T. 20200108664 (Argentina) (individual) [SDNTK] (Linked To: SMILE TECHNOLOGIES S.A.; Linked To: SMILE PROPERTY & TRAVEL LTD; Linked To: SMILEWALLET S.A.S.; Linked To: SMILE TECHNOLOGIES CANADA LTD).

FERRITE DOMEN COMPANY (a.k.a. AO NII FERRIT DOMEN; a.k.a. RESEARCH INSTITUTE FERRIT DOMAIN; a.k.a. SCIENTIFIC AND RESEARCH INSTITUTE FERRIT DOMEN (Cyrillic: НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ФЕРРИТ-ДОМЕН), Ul. Tsvetochnaya, D. 25, Korp. 3, Saint Petersburg 196084, Russia; Organization Established Date 22 May 1959; Tax ID No. 7810245940 (Russia); Registration Number 1037821019631 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

FERRO GILAN COMPLEX (a.k.a. GILAN STEEL COMPLEX), Saravan Road, Rasht

OFFICE OF FOREIGN ASSETS CONTROL

4337185759, Iran; Ferro Gilan Complex Co. No. 38, West Arash Boulevard, Africa Ave, Tehran 1917743311, Iran; Website http://generative.ir/ferro_gilan; alt. Website https://www.ferrogilan.com/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 30 Oct 2000; Commercial Registry Number 167640 (Iran) [IRAN-EO13871].

FERRO SWISS AG (a.k.a. MOKU GOLD; a.k.a. MOKU GOLD MINES; a.k.a. MOKU GOLDMINES AG; a.k.a. MOKU GOLDMINES LTD; a.k.a. MOKU MINES D'OR SA), Renggerstrasse 71, Zurich 8038, Switzerland; Registration Number CH27030140272 (Switzerland) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

FERTOING LTD (a.k.a. LIMITED LIABILITY COMPANY FERTOING; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FERTOING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФЕРТОИНГ); a.k.a. OOO FERTOING (Cyrillic: ООО ФЕРТОИНГ)), Pulkovskoe Highway, House 40, Apartment 4, Letter A, Office A7060, St. Petersburg 196158, Russia; Shosse Pulkovskoe, Dom 40, Kvartira 4, Litera A, Ofis A7060, Gorod Sankt-Peterburg 196158, Russia; Tax ID No. 7802208912 (Russia); Registration Number 1037804040031 (Russia) [RUSSIA-EO14024].

FETHI, Alic (a.k.a. MNASRI, Fethi Ben Rebai Ben Absha; a.k.a. "ABU OMAR"; a.k.a. "AMOR"), Via Toscana n.46, Bologna, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 06 Mar 1969; POB Baja, Tunisia; Passport L497470 issued 03 Jun 1997 expires 02 Jun 2002 (individual) [SDGT].

FETISOV, Vyacheslav (Cyrillic: ФЕТИСОВ, Вячеслав), Russia; DOB 20 Apr 1958; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

FETTAR, Rachid (a.k.a. "AMINE DEL BELGIO"; a.k.a. "DJAFFAR"), Via degli Apuli n.5, Milan, Italy; DOB 16 Apr 1969; POB Boulogin, Algeria (individual) [SDGT].

FEYZOLLAHI, Ahmad Ali (Arabic: احمدعلی فیض اللهی) (a.k.a. FAIZULLAHI, Ali Ahmad (Arabic: علی احمد فیض اللهی); a.k.a. FEIZLOLLAHI, Ali Ahmad; a.k.a. FEYZOLLAHI, Ali Ahmad), Iran; DOB 1966 to 1967; POB Iran; nationality Iran; citizen Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Birth Certificate Number 1269 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

FEYZOLLAHI, Ali Ahmad (a.k.a. FAIZULLAHI, Ali Ahmad (Arabic: علی احمد فیض اللهی); a.k.a. FEIZLOLLAHI, Ali Ahmad; a.k.a. FEYZOLLAHI, Ahmad Ali (Arabic: احمدعلی فیض اللهی)), Iran; DOB 1966 to 1967; POB Iran; nationality Iran; citizen Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Birth Certificate Number 1269 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

FGANU NII SPECVUZAVTOMATIKA (a.k.a. FEDERAL STATE AUTONOMOUS SCIENTIFIC ESTABLISHMENT SCIENTIFIC RESEARCH INSTITUTE SPECIALIZED SECURITY COMPUTING DEVICES AND AUTOMATION (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ АВТОНОМНОЕ НАУЧНОЕ УЧРЕЖДЕНИЕ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ СПЕЦИАЛИЗИРОВАННЫЕ ВЫЧИСЛИТЕЛЬНЫЕ УСТРОЙСТВА ЗАЩИТЫ И АВТОМАТИКА), Rostov-On-Don, Russia; Tax ID No. 6164205270 (Russia) [RUSSIA-EO14024].

FGAU VIT ERA (a.k.a. ERA MILITARY INNOVATION TECHNOPOLIS; a.k.a. FEDERAL STATE AUTONOMOUS INSTITUTION MILITARY INNOVATIVE TECHNOPOLIS ERA (Cyrillic: ВОЕННЫЙ ИННОВАЦИОННЫЙ ТЕХНОПОЛИС ЭРА; Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ АВТОНОМНОЕ УЧРЕЖДЕНИЕ ВОЕННЫЙ ИННОВАЦИОННЫЙ ТЕХНОПОЛИС ЭРА; Cyrillic: ФГАУ ВИТ ЭРА; Cyrillic: ТЕХНОРОЛИС ЭРА)), Pionerskiy Prospekt, 41, Anapa, Krasnodar Krai 353456, Russia; Website www.era-tehnopolis.ru; Email Address era_1@mil.ru; Tax ID No. 2539025440 (Russia) [RUSSIA-EO14024].

FGBU 48 TSNII MINOBORONY ROSSII (a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE KIROV; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE SERGIEV POSAD; a.k.a. 48 CENTRAL SCIENTIFIC RESEARCH INSTITUTE YEKATERINBURG; a.k.a. 48 TSNII SERGIEV POSAD; a.k.a. 48TH CENTRAL RESEARCH INSTITUTE, SERGIEV POSAD; a.k.a. 48TH TSNII KIROV; a.k.a. 48TH TSNII

YEKATERINBURG; a.k.a. CENTER FOR MILITARY TECHNICAL PROBLEMS OF BIOLOGICAL DEFENSE; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION 48TH CENTRAL SCIENTIFIC AND RESEARCH INSTITUTE OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FEDERALNOE GOSUDARSTVENNOE BIUDZHETNOE UCHREZHDENIE 48 TSENTRALNYI NAUCHNO ISSLEDOVATELSKII INSTITUT MINISTERSTVA OBORONY ROSSIISKOI FEDERATSII; a.k.a. ZARGORSK INSTITUTE; a.k.a. "MILITARY TECHNICAL SCIENTIFIC RESEARCH INSTITUTE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF EPIDEMIOLOGY AND HYGIENE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MEDICINE"; a.k.a. "SCIENTIFIC RESEARCH INSTITUTE OF MICROBIOLOGY"; a.k.a. "THE VIROLOGY CENTER"), Ul. Oktyabrskaya D. 11, Gorodok 141306, Russia; 11 Ulitsa Oktyabrskaya, Sergiev Posad-6, Moscow Oblast 141306, Russia; 119 Oktyabrsky Prospekt, Kirov, Kirov Oblast 610017, Russia; 1 Ulitsa Zvezdnaya, Yekaterinburg, Sverdlovsk Oblast 620085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 07 Apr 1928; Target Type Government Entity; Tax ID No. 5042129453 (Russia); Registration Number 1136441000706 (Russia) [RUSSIA-EO14024].

FGBU GAK 223 LETNYI OTRYAD MO RF (a.k.a. 223RD STATE AIRLINE FLIGHT UNIT; a.k.a. FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FGBU GOSUDARSTVENNAYA AVIAKOMPANIYA 223 LETNYY OTRYAD MO RF (Cyrillic: ФГБУ ГОСУДАРСТВЕННАЯ АВИАКОМПАНИЯ 223 ЛЕТНЫЙ ОТРЯД МО РФ); a.k.a. "223RD FLIGHT DETACHMENT"; a.k.a. "223RD FLIGHT UNIT"), Ul. aerodromnaya d. 2, str. 1, Shchelkovo, Shchelkovskii district, Moscow Region 141103, Russia; Organization Established Date 12 Mar 1993; Tax ID No. 5050017062 (Russia); Registration Number 1035010206989 (Russia) [RUSSIA-EO14024]

(Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

FGBU GOSUDARSTVENNAYA AVIAKOMPANIYA 223 LETNYY OTRYAD MO RF (Cyrillic: ФГБУ ГОСУДАРСТВЕННАЯ АВИАКОМПАНЯ 223 ЛЕТНЫЙ ОТРЯД МО РФ) (a.k.a. 223RD STATE AIRLINE FLIGHT UNIT; a.k.a. FEDERAL STATE GOVERNMENTAL INSTITUTION 223 FLIGHT UNIT STATE AIRLINES OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. FGBU GAK 223 LETNYI OTRYAD MO RF; a.k.a. "223RD FLIGHT DETACHMENT"; a.k.a. "223RD FLIGHT UNIT"), Ul. aerodromnaya d. 2, str. 1, Shchelkovo, Shchelkovskii district, Moscow Region 141103, Russia; Organization Established Date 12 Mar 1993; Tax ID No. 5050017062 (Russia); Registration Number 1035010206989 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

FGBU SANATORI NIZHNYAYA OREANDA (f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE SANATORI NIZHNYAYA OREANDA UPRAVLENIYA; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE SANATORI NIZHNYAYA OREANDA UPRAVLENIYA DELAMI PREZIDENTA ROSSISKOI FE; a.k.a. RESORT NIZHNYAYA OREANDA; a.k.a. SANATORIUM NIZHNYAYA OREANDA), Pgt Oreanda, Dom 12, Yalta, Crimea 298658, Ukraine; Resort Nizhnyaya Oreanda, Oreanda, Yalta 08655, Crimea; Oreanda - 12, Yalta 298658, Crimea; Website http://www.oreanda.biz; Email Address info@oreanda.biz; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102054221; Tax ID No. 9103006321; Government Gazette Number 00705605 [UKRAINE-EO13685].

FGBU TSNII VVKO MINOBORONY ROSSII (a.k.a. CENTRAL RESEARCH INSTITUTE OF THE RUSSIAN AIR AND SPACE FORCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BJUDZHETNOE UCHREZHDENIE TSENTRALNYJ NAUCHNO-ISSLEDOVATELNIJ INSTITUT VOJSK VOSDUSHNO-KOSMICHESKOJ OBORONY MINOBORONY ROSSII; a.k.a. "TSNII VVKO"), 32 Afanasiya Nikitina Waterfront, Tver 170026, Russia; Tax ID No. 5018163975 (Russia); Registration Number 1145018002711 (Russia) [RUSSIA-EO14024].

FGU FNTS NIISI RAN (a.k.a. FEDERAL STATE INSTITUTION FEDERAL SCIENTIFIC CENTER SCIENTIFIC RESEARCH INSTITUTE FOR SYSTEM ANALYSIS OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE UCHREZHDENIE FEDERALNYY NAUCHNYY TSENTR NAUCHNO-ISSLEDOVATELSKIY INSTITUT SISTEMNYKH ISSLEDOVANIY ROSSIYSKOY AKADEMII NAUK; a.k.a. FSI FSC SRISA RAS; a.k.a. SCIENTIFIC RESEARCH INSTITUTE OF SYSTEM ANALYSIS, RUSSIAN ACADEMIC OF SCIENCES), Nakhimovsky Prospect, 36, Building 1, Moscow 117218, Russia; Tax ID No. 7727086772 (Russia); Registration Number 1027700384909 (Russia) [RUSSIA-EO14024].

FGUP CNIIXM (Cyrillic: ФГУП ЦНИИХМ) (a.k.a. CNIIHM (Cyrillic: ЦНИИХМ); a.k.a. FGUP TSNIIKHM; a.k.a. GNTS RF FGUP TSNIIKHM; a.k.a. STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION FGUP CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND MECHANICS; f.k.a. TSENTRALNY NAUCHNO-ISSLEDOVATELSKI INSTITUT KHIMII I MEKHANIKI, FGUP; a.k.a. TSNIIKHM, FGUP), 16A ul. Nagatinskaya, Moscow, Russia; Website http://cniihm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7724073013 (Russia); Government Gazette Number 07521506 (Russia); Registration Number 1037739097582 (Russia) [CAATSA - RUSSIA].

FGUP GIDROGRAFICHESKOE PREDPRIYATIE (Cyrillic: ФГУП ГИДРОГРАФИЧЕСКОЕ ПРЕДПРИЯТИЕ) (a.k.a. FEDERAL STATE UNITARY ENTERPRISE HYDROGRAPHIC COMPANY; a.k.a. FGUP HYDROGRAPHIC COMPANY STATE CORPORATION ROSATOM; a.k.a. ROSATOMPORT; a.k.a. RUSSIA GOVT HYDROGRAPHIC DEPT), Prospekt Moskovskii, 12, Saint Petersburg 190031, Russia; Organization Established Date 25 Apr 1994; Organization Type: Inland freight water transport; Tax ID No. 7812022096 (Russia); Registration Number 1027810266758 (Russia) [RUSSIA-EO14024].

FGUP HYDROGRAPHIC COMPANY STATE CORPORATION ROSATOM (a.k.a. FEDERAL STATE UNITARY ENTERPRISE HYDROGRAPHIC COMPANY; a.k.a. FGUP GIDROGRAFICHESKOE PREDPRIYATIE (Cyrillic: ФГУП ГИДРОГРАФИЧЕСКОЕ ПРЕДПРИЯТИЕ); a.k.a. ROSATOMPORT; a.k.a. RUSSIA GOVT HYDROGRAPHIC DEPT), Prospekt Moskovskii, 12, Saint Petersburg 190031, Russia; Organization Established Date 25 Apr 1994; Organization Type: Inland freight water transport; Tax ID No. 7812022096 (Russia); Registration Number 1027810266758 (Russia) [RUSSIA-EO14024].

FGUP NITI IM AP ALEKSANDROVA (a.k.a. ALEKSANDROV SCIENTIFIC RESEARCH TECHNOLOGICAL INSTITUTE NITI; a.k.a. FEDERAL STATE UNITARY ENTERPRISE ALEXANDROV RESEARCH INSTITUTE OF TECHNOLOGY; a.k.a. FEDERALNOE GOSUDARSTVENNOE UNITARNOE PREDPRIIATIE NAUCHNO ISSLEDOVATELSKII TEKHNOLOGICHESKII INSTITUT IMENI AP ALEKSANDROVA, Koporskoe Highway, House 72, Sosnovy Bor 188540, Russia; Organization Established Date 1962; Tax ID No. 4714000067 (Russia); Registration Number 1024701759565 (Russia) [RUSSIA-EO14024].

FGUP NPP GAMMA (Cyrillic: ФГУП НПП ГАММА) (a.k.a. FEDERAL STATE UNITARY ENTERPRISE SCIENTIFIC AND PRODUCTION ENTERPRISE GAMMA (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ НАУЧНО-ПРОИЗВОДСТВЕННОЕ ПРЕДПРИЯТИЕ ГАММА); a.k.a. FSUE NPP GAMMA; a.k.a. NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE GAMMA), Ul. Profsoyuznaya D. 78, Str. 4, Moscow 117393, Russia; Organization Established Date 30 Aug 1991; Tax ID No. 7728044373 (Russia); Registration Number 1027739443830 (Russia) [RUSSIA-EO14024].

FGUP TSNIIKHM (a.k.a. CNIIHM (Cyrillic: ЦНИИХМ); a.k.a. FGUP CNIIXM (Cyrillic: ФГУП ЦНИИХМ); a.k.a. GNTS RF FGUP TSNIIKHM; a.k.a. STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION FGUP CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND MECHANICS; f.k.a. TSENTRALNY NAUCHNO-ISSLEDOVATELSKI INSTITUT KHIMII I MEKHANIKI, FGUP; a.k.a. TSNIIKHM, FGUP), 16A ul. Nagatinskaya, Moscow, Russia; Website http://cniihm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7724073013 (Russia); Government Gazette Number 07521506 (Russia); Registration

Number 1037739097582 (Russia) [CAATSA - RUSSIA].

FIAZ, Muhammad (a.k.a. AHMAD, Fayyaz; a.k.a. "BAHA'I, Fayaz"; a.k.a. "FAIZ, Shaikh"; a.k.a. "FAYAZ, Sheikh"; a.k.a. "FIYAZ, Sheikh"; a.k.a. "FIYYAZ, Sheikh"), Sheikhpura, Pakistan; DOB 05 Dec 1973; POB Sheikhpura, Pakistan; Gender Male (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

FIDELIS LOGISTIC AND SUPPLY SERVICES (Arabic: خدمات لوجستيكي فيدليس), Pul-e-Charkhi, Industrial Estate, Kabul, Afghanistan; Organization Established Date 04 Sep 2010; Tax ID No. 9002322874 (Afghanistan); License I 35870 (Afghanistan); Business Registration Number 101449 (Afghanistan) [GLOMAG] (Linked To: RAHMANI, Ajmal).

FIDES SHIP MANAGEMENT LLC (a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU FIDES SHYP MENEDZHMENT), Bud.42,VUL.MARSELSKA Suvorovsky R-N, Odessa 65123, Ukraine; Organization Established Date 01 Jan 2015 to 31 Dec 2015; Organization Type: Activities of holding companies; alt. Organization Type: Sea and coastal freight water transport [VENEZUELA-EO13850].

FIDESIS LLC (a.k.a. FIDESYS; a.k.a. LIMITED LIABILITY COMPANY FIDESIS), Ul. Leninskie Gory D. 1 Str. 77 Nauchnyi Park Mgu Im M V Lomonosova Office 402, Moscow 119234, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7725692471 (Russia); Registration Number 1107746291443 (Russia) [RUSSIA-EO14024].

FIDESYS (a.k.a. FIDESIS LLC; a.k.a. LIMITED LIABILITY COMPANY FIDESIS), Ul. Leninskie Gory D. 1 Str. 77 Nauchnyi Park Mgu Im M V Lomonosova Office 402, Moscow 119234, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7725692471 (Russia); Registration Number 1107746291443 (Russia) [RUSSIA-EO14024].

FIFTEENTH OCEAN GMBH & CO. KG (a.k.a. FIFTEENTH OCEAN GMBH AND CO. KG),

Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 104175 [IRAN].

FIFTEENTH OCEAN GMBH AND CO. KG (a.k.a. FIFTEENTH OCEAN GMBH & CO. KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 104175 [IRAN].

FIFTH KUDO-KAI (a.k.a. GODAIME KUDO-KAI; a.k.a. KUDOKAI; a.k.a. KUDO-KAI), 1-1-12 Kantake Kokurakita-ku, Kitakyushu City, Fukuoka, Japan [TCO].

FIGAL ARRANZ, Antonio Agustin; DOB 02 Dec 1972; POB Baracaldo, Vizcaya Province, Spain; D.N.I. 20.172.692 (Spain); Member ETA (individual) [SDGT].

FIGUERO GOMEZ, Hassein Eduardo (a.k.a. FERNANDEZ GOMEZ, Ernesto; a.k.a. FIGUEROA GOMEZ, Hassein Eduardo), Las Cortes 2935, Barajas Villasenor, Guadalajara, Jalisco, Mexico; Tlajomulco de Zuniga, Paseo de los Bosquez 115, El Palomar, Jalisco, Mexico; Benito Juarez, Valentin Gomez Farias 120A, Puerto Vallarta, Jalisco, Mexico; Puerta de Hierro 5594, Colonia Puerta de Hierro, Zapopan, Jalisco, Mexico; Donato Guerra 227, Colonia Centro, Guadalajara, Jalisco, Mexico; San Aristeo 2323, Colonia Popular, Guadalajara, Jalisco, Mexico; Acueducto 2200, Casa 2, Zapopan, Jalisco, Mexico; Avenida Pinos 330-2, Zapopan, Jalisco, Mexico; Marina Heights Tower Penthouse 4902, Dubai Marina, Dubai, United Arab Emirates; c/o DESARROLLOS INMOBILIARIOS CITADEL, S.A. DE C.V.; c/o DESARROLLOS TURISTICOS FORTIA, S.A. DE C.V.; c/o SCUADRA FORTIA, S.A. DE C.V.; c/o UNION ABARROTERO DE JALISCO S.C. DE R.L. DE C.V.; c/o EL PALOMAR CAR WASH, S.A. DE C.V.; c/o FORTIA BAJA SUR, S.A. DE C.V.; c/o GEOFARMA S.A. DE C.V.; c/o GRUPO COMERCIAL SAN BLAS, S.A. DE C.V.; c/o GRUPO F Y F MEDICAL INTERNACIONAL DE EQUIPOS; c/o PROMOCIONES CITADEL, S.A. DE C.V.; c/o PUNTO FARMACEUTICO S.A. DE C.V.; c/o DESARROLLO ARQUITECTONICO FORTIA, S.A. DE C.V.; DOB 09 May 1973; alt. DOB 10 May 1973; POB Guadalajara, Jalisco, Mexico; Passport 01140311083 (Mexico); alt. Passport 6140103492 (Mexico); alt. Passport 96340014324 (Mexico) (individual) [SDNTK].

FIGUEROA BENITEZ, Jorge Humberto (a.k.a. "27"), Mexico; DOB 02 Sep 1989; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. FIBJ890902HSLGNR06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

FIGUEROA GOMEZ, Hassein Eduardo (a.k.a. FERNANDEZ GOMEZ, Ernesto; a.k.a. FIGUERO GOMEZ, Hassein Eduardo), Las Cortes 2935, Barajas Villasenor, Guadalajara, Jalisco, Mexico; Tlajomulco de Zuniga, Paseo de los Bosquez 115, El Palomar, Jalisco, Mexico; Benito Juarez, Valentin Gomez Farias 120A, Puerto Vallarta, Jalisco, Mexico; Puerta de Hierro 5594, Colonia Puerta de Hierro, Zapopan, Jalisco, Mexico; Donato Guerra 227, Colonia Centro, Guadalajara, Jalisco, Mexico; San Aristeo 2323, Colonia Popular, Guadalajara, Jalisco, Mexico; Acueducto 2200, Casa 2, Zapopan, Jalisco, Mexico; Avenida Pinos 330-2, Zapopan, Jalisco, Mexico; Marina Heights Tower Penthouse 4902, Dubai Marina, Dubai, United Arab Emirates; c/o DESARROLLOS INMOBILIARIOS CITADEL, S.A. DE C.V.; c/o DESARROLLOS TURISTICOS FORTIA, S.A. DE C.V.; c/o SCUADRA FORTIA, S.A. DE C.V.; c/o UNION ABARROTERO DE JALISCO S.C. DE R.L. DE C.V.; c/o EL PALOMAR CAR WASH, S.A. DE C.V.; c/o FORTIA BAJA SUR, S.A. DE C.V.; c/o GEOFARMA S.A. DE C.V.; c/o GRUPO COMERCIAL SAN BLAS, S.A. DE C.V.; c/o GRUPO F Y F MEDICAL INTERNACIONAL DE EQUIPOS; c/o PROMOCIONES CITADEL, S.A. DE C.V.; c/o PUNTO FARMACEUTICO S.A. DE C.V.; c/o DESARROLLO ARQUITECTONICO FORTIA, S.A. DE C.V.; DOB 09 May 1973; alt. DOB 10 May 1973; POB Guadalajara, Jalisco, Mexico; Passport 01140311083 (Mexico); alt. Passport 6140103492 (Mexico); alt. Passport 96340014324 (Mexico) (individual) [SDNTK].

FIGUEROA SALAZAR, Amilcar Jesus (a.k.a. "TINO"), Venezuela; DOB 10 Jul 1954; nationality Venezuela; Gender Male; Cedula No. 3946770 (Venezuela); Passport 31-2006 (Venezuela) (individual) [VENEZUELA].

FIGUEROA VASQUEZ, Ezio Benjamin, Avenida Pinos 330-2, Zapopan, Jalisco, Mexico; Colima No 319-B, Col. Roma, Zapopan, Jalisco, Mexico; Calle Colonias 269, Guadalajara, Jalisco, Mexico; Calle Abedules 507-5, Guadalajara, Jalisco, Mexico; Fraccionamiento El Palomar, Paseo el Palomar 132, Zapopan, Jalisco, Mexico; 2200 Acueducto, Casa 2, Zapopan, Jalisco, Mexico; Colinas de San

Javier, Paseo Loma Ancha 3547, Zapopan, Jalisco, Mexico; Blvd Puerta de Hierro No 6094, Zapopan, Jalisco, Mexico; Paseo de las Lomas No 43, Lomas de Colli, Zapopan, Jalisco, Mexico; Paseo de los Heroes 108-104, Tijuana, Baja California, Mexico; Ave Tamaulipas 103 9, Mexico City, Distrito Federal, Mexico; Jojutla 65, Mexico City, Distrito Federal, Mexico; Victoria 86 Interior 106, Mexico City, Distrito Federal, Mexico; Calle Arbol 4508, Col Chapalita, Guadalajara, Jalisco, Mexico; 6094 Fraccionamiento Puerta, Boulevard Puerta de Hierro, Guadalajara, Jalisco, Mexico; Avenida Vallarta 6503, Ciudad Granja, Guadalajara, Jalisco, Mexico; Donato Guerra 227, Colonia Centro, Guadalajara, Jalisco, Mexico; San Aristeo 2323, Colonia Popular, Guadalajara, Jalisco, Mexico; Las Cortes 2935, Barajas Villasenor, Guadalajara, Jalisco, Mexico; 2a Secc, Paseo Loma Ancha Colonias de San Javier, Zapopan, Jalisco, Mexico; Ave Lopez de Legaspi 2439, Colonia Lopez, Guadalajara, Jalisco, Mexico; c/o DISPOSITIVOS INDUSTRIALES DINAMICOS, S.A. DE C.V.; c/o SCUADRA FORTIA, S.A. DE C.V.; c/o TECNOLOGIA OPTIMA CORPORATIVA S. DE R.L. DE C.V.; c/o DISTRIBUIDORA LIFE, S.A.; c/o EL PALOMAR CAR WASH, S.A. DE C.V.; c/o DISTRIBUIDORA MEDICA HOSPITALARIA, S.A. DE C.V.; c/o GEOFARMA S.A. DE C.V.; c/o GRUPO COMERCIAL SAN BLAS, S.A. DE C.V.; c/o GRUPO F Y F MEDICAL INTERNACIONAL DE EQUIPOS; c/o PUNTO FARMACEUTICO S.A. DE C.V.; DOB 20 Jun 1952; POB Mexico; Passport 94330015931 (Mexico); alt. Passport GO1814955 (Mexico); alt. Passport 05140035482 (Mexico); alt. Passport 07140276330 (Mexico); VisaNumberID GDL000506209 (Mexico) (individual) [SDNTK].

FIKRI TAHA METE DENKAR SHIPPING (a.k.a. DENKAR SHIP CONSTRUCTION INCORPORATED COMPANY (Latin: DENKAR GEMI İNŞA ANONIM ŞIRKETI); a.k.a. DENKAR SHIP REPAIR AND MANAGEMENT COMPANY), No: 38/1 Tunc Sok. Postane Mahallesi Tuzla, Istanbul, Turkey; Registration Number 120312-5 (Turkey) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY).

FILATOVA, Irina Anatolyevna (Cyrillic: ФИЛАТОВА, Ирина Анатольевна), Russia; DOB 08 Aug 1978; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

FILIPCHUK, Pavel Igorevich (Cyrillic: ФИЛИПЧУК, Павел Игоревич) (a.k.a. FILIPCHUK, Pavlo Ihorovych (Cyrillic: ФІЛІПЧУК, Павло Ігорович)), 128 K. Libknekhta Street, Kherson, Kherson Region, Ukraine; 25 Zolina Street, Kakhovka, Kherson region, Ukraine; DOB 05 Jul 1983; POB Zolochiv, Lviv region, Ukraine; nationality Ukraine; Gender Male; Tax ID No. 3050100254 (Ukraine) (individual) [RUSSIA-EO14024].

FILIPCHUK, Pavlo Ihorovych (Cyrillic: ФІЛІПЧУК, Павло Ігорович) (a.k.a. FILIPCHUK, Pavel Igorevich (Cyrillic: ФИЛИПЧУК, Павел Игоревич)), 128 K. Libknekhta Street, Kherson, Kherson Region, Ukraine; 25 Zolina Street, Kakhovka, Kherson region, Ukraine; DOB 05 Jul 1983; POB Zolochiv, Lviv region, Ukraine; nationality Ukraine; Gender Male; Tax ID No. 3050100254 (Ukraine) (individual) [RUSSIA-EO14024].

FILM STUDIO YALTA-FILM (a.k.a. AKTSIONERNOE OBSCHESTVO 'YALTINSKAYA KINODSTUDIYA'; a.k.a. CJSC YALTA-FILM; a.k.a. JOINT STOCK COMPANY YALTA FILM STUDIO; a.k.a. JSC YALTA FILM STUDIO; a.k.a. KINOSTUDIYA YALTA-FILM; a.k.a. OAO YALTINSKAYA KINOSTUDIYA; a.k.a. YALTA FILM STUDIO; a.k.a. YALTA FILM STUDIOS), Ulitsa Mukhina, Building 3, Yalta, Crimea 298063, Ukraine; Sevastopolskaya 4, Yalta, Crimea, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 30993572 [UKRAINE-EO13685].

FINANCIAL CORPORATION (FINCORP INTERNATIONAL), S.A., Panama City, Panama; RUC # 1182193-1-578349 (Panama); Folio Mercantil No. 578349 (Panama) [SDNTK].

FINANCIAL CORPORATION FINCORP, C.A., Cto. Ciudad Comercial Tamanaco, Torre A, piso 3, Ofic. 308, Urb. Chuao, Caracas, Venezuela; RIF # J-31118020-6 (Venezuela) [SDNTK].

FINANCIAL INVESTIGATIONS DEPARTMENT OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS (a.k.a. DEPARTAMENT FINANSAVYKH RASSLEDAVANNYAU KAMITETA DZYARZHAUNAHA KANTROLYU RESPUBLIKI BELARUS (Cyrillic: ДЭПАРТАМЕНТ ФІНАНСАВЫХ РАССЛЕДАВАННЯЎ КАМІТЭТА ДЗЯРЖАЎНАГА КАНТРОЛЮ РЭСПУБЛІКІ БЕЛАРУСЬ); a.k.a. DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS (Cyrillic: ДЕПАРТАМЕНТ ФИНАНСОВЫХ РАССЛЕДОВАНИЙ КОМИТЕТА ГОСУДАРСТВЕННОГО КОНТРОЛЯ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. DFRKGK RB; a.k.a. "DEPARTMENT OF FINANCIAL INVESTIGATIONS"; a.k.a. "DFR" (Cyrillic: "ДФР")), 17 Kalvariyskaya str., Minsk 220004, Belarus (Cyrillic: ул.Кальварийская, 17, г.Минск 220004, Belarus); Organization Established Date 14 Apr 1998; Target Type Government Entity; Tax ID No. 101463246 (Belarus) [BELARUS-EO14038].

FINANCIERA CIMEX S.A (a.k.a. FINCIMEX), Calle 8, Entre 3ra Y 5ta Ave, 319 Playa, Havana, Cuba; Panama; RUC # 12555-91-124494 (Panama) [CUBA].

FINANSOVYE INFORMATSIONNYE SISTEMY (a.k.a. "FINANCIAL INFORMATION SYSTEMS"), Ul. Dusi Kovalchuk D. 179/5, Novosibirsk 630049, Russia; Ul. Musy Dzhalilya D. 3/1, Of. 823, Novosibirsk 630055, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5445255281 (Russia); Registration Number 1085445000046 (Russia) [RUSSIA-EO14024].

FINCA LOS TRES REYES, Aldea Espiritu Santo, Municipio de Florida, Departamento de Copan, Honduras [SDNTK].

FINCIMEX (a.k.a. FINANCIERA CIMEX S.A), Calle 8, Entre 3ra Y 5ta Ave, 319 Playa, Havana, Cuba; Panama; RUC # 12555-91-124494 (Panama) [CUBA].

FINDER TECHNOLOGY LTD (Chinese Traditional: 超達科技有限公司), Unit A, 7/F, Yeung Yiu Chung, No. 7 Industrial Building, 2 Fung Yip Street, Chai Wan, Hong Kong, China; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 04 Apr 2005; Commercial Registry Number 960469 (Hong Kong); Business Registration Number 35585540 (Hong Kong) [RUSSIA-EO14024].

FINIANOS, Joseph (a.k.a. FENIANOS, Youssef; a.k.a. FENYANUS, Joseph; a.k.a. FINIANOS, Yusif; a.k.a. FINYANUS, Yusuf (Arabic: يوسف فنيانوس)), Lebanon; DOB 01 Jan 1964 to 31 Dec 1964; POB Zgharta, Lebanon; citizen Lebanon; Gender Male (individual) [SDGT].

FINIANOS, Yusif (a.k.a. FENIANOS, Youssef; a.k.a. FENYANUS, Joseph; a.k.a. FINIANOS, Joseph; a.k.a. FINYANUS, Yusuf (Arabic: يوسف فنيانوس)), Lebanon; DOB 01 Jan 1964 to 31 Dec 1964; POB Zgharta, Lebanon; citizen Lebanon; Gender Male (individual) [SDGT].

FINROST LIMITED, Eleniko Building, Floor 4, Fla, 7 Stasandrou, Nicosia 1060, Cyprus; Registration Number HE 357180 (Cyprus) [GLOMAG] (Linked To: TESIC, Slobodan).

FINTENDER JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO FINTENDER; a.k.a. AO FINTENDER; a.k.a. FINTENDER JSC), Pr-Kt Tekstilshchikov D. 46, Pomeshch. 1, Kom.56, Kostroma 156000, Russia; Tax ID No. 7743113487 (Russia); Registration Number 1157746705930 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

FINTENDER JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO FINTENDER; a.k.a. AO FINTENDER; a.k.a. FINTENDER JOINT STOCK COMPANY), Pr-Kt Tekstilshchikov D. 46, Pomeshch. 1, Kom.56, Kostroma 156000, Russia; Tax ID No. 7743113487 (Russia); Registration Number 1157746705930 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

FINYANUS, Yusuf (Arabic: يوسف فنيانوس) (a.k.a. FENIANOS, Youssef; a.k.a. FENYANUS, Joseph; a.k.a. FINIANOS, Joseph; a.k.a. FINIANOS, Yusif), Lebanon; DOB 01 Jan 1964 to 31 Dec 1964; POB Zgharta, Lebanon; citizen Lebanon; Gender Male (individual) [SDGT].

FIRDAUS LIMITED (a.k.a. FIRDAWS LLC (Cyrillic: ООО ФИРДАУС); a.k.a. FIRDAWS LTD; a.k.a. LIMITED LIABILITY COMPANY FIRDAWS), UL. Kabardinskaya D. 22/24, Floor 2, Grozny, Republic of Chechnya 364024, Russia; Makhachkala, Republic of Dagestan, Russia; Organization Established Date 15 Apr 2011; Tax ID No. 2013002217 (Russia); Registration Number 1112031000872 (Russia) [RUSSIA-EO14024] (Linked To: KADYROVA, Ayshat Ramzanovna).

FIRDAWS LLC (Cyrillic: ООО ФИРДАУС) (a.k.a. FIRDAUS LIMITED; a.k.a. FIRDAWS LTD;

a.k.a. LIMITED LIABILITY COMPANY FIRDAWS), UL. Kabardinskaya D. 22/24, Floor 2, Grozny, Republic of Chechnya 364024, Russia; Makhachkala, Republic of Dagestan, Russia; Organization Established Date 15 Apr 2011; Tax ID No. 2013002217 (Russia); Registration Number 1112031000872 (Russia) [RUSSIA-EO14024] (Linked To: KADYROVA, Ayshat Ramzanovna).

FIRDAWS LTD (a.k.a. FIRDAUS LIMITED; a.k.a. FIRDAWS LLC (Cyrillic: ООО ФИРДАУС); a.k.a. LIMITED LIABILITY COMPANY FIRDAWS), UL. Kabardinskaya D. 22/24, Floor 2, Grozny, Republic of Chechnya 364024, Russia; Makhachkala, Republic of Dagestan, Russia; Organization Established Date 15 Apr 2011; Tax ID No. 2013002217 (Russia); Registration Number 1112031000872 (Russia) [RUSSIA-EO14024] (Linked To: KADYROVA, Ayshat Ramzanovna).

FIRMA VEARDON ООО (Cyrillic: ООО ФИРМА ВЕАРДОН), d. 6 str. 1, per. Sechenovski, Moscow 119034, Russia; Tax ID No. 7713165336 (Russia); Business Registration Number 1027700266219 (Russia) [RUSSIA-EO14024] (Linked To: SHUVALOV, Igor Ivanovich).

FIROOZABADI, Hassan (a.k.a. AQAI-FIRUZABADI, Hassan; a.k.a. FIROUZABADI, Hassan; a.k.a. FIRUZABADI, Hasan); DOB 03 Feb 1951; POB Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Chief of Staff of the Joint Armed Forces of the Islamic Republic of Iran; Chairman of the Armed Forces' Joint Chiefs of Staff; Major General (individual) [IRAN-HR].

FIROOZI, Hamid (a.k.a. "H4mid@Tm3l"); DOB 06 Aug 1981; alt. DOB 23 Jun 1981; alt. DOB 01 Jan 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2] (Linked To: ITSEC TEAM).

FIROUZABADI, Abdolhassan, Iran; DOB 08 Jan 1962; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-TRA].

FIROUZABADI, Hassan (a.k.a. AQAI-FIRUZABADI, Hassan; a.k.a. FIROOZABADI, Hassan; a.k.a. FIRUZABADI, Hasan); DOB 03 Feb 1951; POB Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Chief of Staff of the Joint Armed Forces of the Islamic Republic of Iran; Chairman of the Armed Forces' Joint Chiefs of Staff; Major General (individual) [IRAN-HR].

FIROV, Alim Khazkhismelovich (Cyrillic: ФИРОВ, Алим Хажисмелович), Russia; DOB 09 Nov 1984; POB Kakhun, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: DEXIAS INTERNATIONAL PRODUCTS AND TRADE LIMITED COMPANY).

FIRQA AL-HAMZA (a.k.a. AL-HAMZA DIVISION; a.k.a. AL-HAMZAT DIVISION; a.k.a. FERQAT AL-HAMZA; a.k.a. HAMZA BRIGADE; a.k.a. HAMZA DIVISION (Arabic: فرقة الحمزة); a.k.a. HAMZA DIVISION SPECIAL FORCES; a.k.a. HAMZA TUMENI OZEL KUVVETLER; a.k.a. HAMZAT DIVISION), Al-Bab District, Aleppo Governorate, Syria; Afrin District, Aleppo Governorate, Syria [SYRIA-EO13894].

FIRQAT EL-NEMR (a.k.a. RAPID INTERVENTION FORCE; a.k.a. SAUDI RAPID INTERVENTION GROUP; a.k.a. "TIGER SQUAD"), Saudi Arabia; Organization Established Date 2015 [GLOMAG] (Linked To: AL-QAHTANI, Saud).

FIRST BRANCH OF THE REVOLUTIONARY COURT OF SHIRAZ (a.k.a. BRANCH 1 OF THE SHIRAZ REVOLUTIONARY COURT; a.k.a. FIRST BRANCH OF THE SHIRAZ REVOLUTIONARY COURT), New Quran Boulevard, District 3, Shiraz City, Fars Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

FIRST BRANCH OF THE SHIRAZ REVOLUTIONARY COURT (a.k.a. BRANCH 1 OF THE SHIRAZ REVOLUTIONARY COURT; a.k.a. FIRST BRANCH OF THE REVOLUTIONARY COURT OF SHIRAZ), New Quran Boulevard, District 3, Shiraz City, Fars Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

FIRST CREDIT BANK (a.k.a. CHEIL CREDIT BANK; f.k.a. "KYONGYONG CREDIT BANK"), 3-18 Pyongyang Information Center, Potonggang District, Pyongyang, Korea, North; Beijing, China; Shenyang, China; Shanghai, China; SWIFT/BIC KYCBKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

FIRST DIVISION OF THE SYRIAN ARAB ARMY (Arabic: الفرقة الأولى الجيش العربي السوري) (a.k.a. "1ST ARMORED DIVISION"; a.k.a. "FIRST

ARMORED DIVISION" (Arabic: " الفرقة الأولى المدرعة")), Syria [SYRIA-EO13894].

FIRST EAST EXPORT BANK PLC (a.k.a. FEE BANK MALAYSIA), Unit Level 10(B1), Main Office Tower, Financial Park, Jalan Merdeka, 87000 Labuan F.T., Wilayah Persekutuan, Malaysia; SWIFT/BIC FEEBMYKA; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [SDGT] [IFSR] (Linked To: BANK MELLAT).

FIRST FURAT TRADING LLC (a.k.a. KASB INTERNATIONAL LLC), 10th Floor, Citi Bank Building, Oud Metha Road, Oud Metha, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone Number: (971) (4) (3248000) [IRAN].

FIRST ISLAMIC INVESTMENT BANK LIMITED (a.k.a. "FIIB"), 19A-3A-3A, Level 31, Business Suite, UOA Centre, No. 19 Jalan, Pinang, Kuala Lumpur 50450, Malaysia; Financial Park Labuan Complex Unit 13 (C), Main Office Tower Jalan Merdeka, Labuan 87000, Malaysia; Website www.fiib.com.my; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FIRST OCEAN ADMINISTRATION GMBH, Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRB94311 [IRAN].

FIRST OCEAN GMBH & CO KG (a.k.a. FIRST OCEAN GMBH AND CO KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 102601 [IRAN].

FIRST OCEAN GMBH AND CO KG (a.k.a. FIRST OCEAN GMBH & CO KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 102601 [IRAN].

FIRST OF OCTOBER ANTIFASCIST RESISTANCE GROUP (a.k.a. "GRAPO"), Spain [SDGT].

FIRST OIL JV CO LTD, Jongbaek 1-dong, Rakrang-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5963351 [DPRK4].

FIRUZABADI, Hasan (a.k.a. AQAI-FIRUZABADI, Hassan; a.k.a. FIROOZABADI, Hassan; a.k.a. FIROUZABADI, Hassan); DOB 03 Feb 1951; POB Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Chief of Staff of the Joint Armed Forces of the Islamic Republic of Iran; Chairman of the Armed Forces' Joint Chiefs of Staff; Major General (individual) [IRAN-HR].

FITCH PARENTE, Jose Elmer, c/o COMPANIA MINERA DEL RIO CIANURY S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o MINERA RIO PRESIDIO S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o MINERA LA CASTELLANA Y ANEXAS S.A. DE C.V., Culiacan, Sinaloa, Mexico; Francisco I. Madero Numero 145 al Oriente, Colonia Centro, Culiacan, Sinaloa, Mexico; DOB 27 Jan 1965; POB Mazatlan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. FIPJ650127 (Mexico); C.U.R.P. FIPE650127HSLTRL05 (Mexico) (individual) [SDNTK].

FITCH PARENTE, Pablo Antonio, c/o COMPANIA MINERA DEL RIO CIANURY S.A. DE C.V., Culiacan, Sinaloa, Mexico; Boulevard Francisco I. Madero Numero 145 al Oriente, Colonia Centro, Culiacan, Sinaloa, Mexico; DOB 24 Mar 1966; POB Mazatlan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. FIPP660324 (Mexico); C.U.R.P. FIPP660324HSLTRB07 (Mexico) (individual) [SDNTK].

FITCH TOVAR, Jose Manuel, c/o COMPANIA MINERA DEL RIO CIANURY S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o MINERA LA CASTELLANA Y ANEXAS S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o MINERA RIO PRESIDIO S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o COPA DE PLATA S.A. DE C.V., Culiacan, Sinaloa, Mexico; Rio de la Plata, numero 28, Campo Bello de Mazatlan, Sinaloa, Mexico; DOB 28 Dec 1936; POB Panuco, Concordia, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. FITM361228 (Mexico) (individual) [SDNTK].

FITIWI, Abdurazak (a.k.a. ABDELRAZAK, Ismail; a.k.a. ESMAIL, Abdurazak; a.k.a. FITWI, Abd al-Razzak), Tripoli, Libya; Sabratha, Libya; Benghazi, Libya; DOB 1985 to 1987; POB Massawa, Eritrea; nationality Sudan; Gender Male (individual) [LIBYA3].

FITS KAZNTS RAN (f.k.a. FEDERAL GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII

NAUK UCH; a.k.a. FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK; a.k.a. FITS KAZNTS RAN FGBU; a.k.a. FRC KAZSC RAS), d. 2/31, ul. Lobachevskogo, Kazan, Tatarstan Republic 420111, Russia; Organization Established Date 22 Apr 1991; Tax ID No. 1655022127 (Russia); Government Gazette Number 33859469 (Russia); Registration Number 1021602842359 (Russia) [RUSSIA-EO14024].

FITS KAZNTS RAN FGBU (f.k.a. FEDERAL GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK UCH; a.k.a. FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK; a.k.a. FITS KAZNTS RAN; a.k.a. FRC KAZSC RAS), d. 2/31, ul. Lobachevskogo, Kazan, Tatarstan Republic 420111, Russia; Organization Established Date 22 Apr 1991; Tax ID No. 1655022127 (Russia); Government Gazette Number 33859469 (Russia); Registration Number 1021602842359 (Russia) [RUSSIA-EO14024].

FITWI, Abd al-Razzak (a.k.a. ABDELRAZAK, Ismail; a.k.a. ESMAIL, Abdurazak; a.k.a. FITIWI, Abdurazak), Tripoli, Libya; Sabratha, Libya; Benghazi, Libya; DOB 1985 to 1987; POB Massawa, Eritrea; nationality Sudan; Gender Male (individual) [LIBYA3].

FIVE ENERGY OIL TRADING (a.k.a. "5 ENERGY"), United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] (Linked To: MEHDI GROUP).

FIVE STAR RESORT PTE LTD (a.k.a. ASIA TRADING & CONSTRUCTION PTE LTD; a.k.a. ASIA TRADING AND CONSTRUCTION PTE LTD), 20 Peck Seah Street #02-00, Singapore 79312, Singapore; Organization Established Date 18 Jan 2014; Organization Type: Construction of buildings; Registration Number 201401923D (Singapore) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

FKP NPO KZTM (a.k.a. FEDERAL STATE ENTERPRISE SCIENCE AND TECHNOLOGY ASSOCIATION KAZAN PLANT OF PRECISION ENGINEERING; a.k.a. NAUCHNO PROIZVODSTVENNOE OBYEDINENIE KAZANSKII ZAVOD TOCHNOGO MASHINOSTROENIYA), 71 Mazita Gafuri Street, Kazan 420108, Russia; 2 Pionerskaya Street, Chapaevsk 446100, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1654001773 (Russia); Registration Number 1021602829115 (Russia) [RUSSIA-EO14024].

FKU SIZO-1 UFSIN OF RUSSIA FOR THE REPUBLIC OF CRIMEA AND SEVASTOPOL (Cyrillic: ФКУ СИЗО-1 УФСИН РОССИИ ПО РЕСПУБЛИКЕ КРЫМ И Г. СЕВАСТОПОЛЮ) (a.k.a. DETENTION CENTER NO 1 IN SIMFEROPOL; a.k.a. FEDERAL GOVERNMENT INSTITUTION PRETRIAL DETENTION CENTER NO 1 OF THE DIRECTORATE OF THE FEDERAL PENITENTIARY SERVICE FOR THE REPUBLIC OF CRIMEA AND SEVASTOPOL (Cyrillic: ФЕДЕРАЛЬНОЕ КАЗЕННОЕ УЧРЕЖДЕНИЕ СЛЕДСТВЕННЫЙ ИЗОЛЯТОР NO 1 УПРАВЛЕНИЯ ФЕДЕРАЛЬНОЙ СЛУЖБЫ ИСПОЛНЕНИЯ НАКАЗАНИЙ ПО РЕСПУБЛИКЕ КРЫМ И Г. СЕВАСТОПОЛЮ); a.k.a. SIMFEROPOL REMAND PRISON; a.k.a. SIMFEROPOL SIZO), Bulvar Lenina, dom 4, Simferopol, Crimea 295006, Ukraine; Lenin Boulevard, 4, Simferopol, Crimea 295006, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102002109 (Russia); Registration Number 1149102002389 (Russia) [UKRAINE-EO13685].

FKU UPRDOR 'TAMAN' (a.k.a. FEDERAL STATE INSTITUTION MANAGEMENT OF FEDERAL ROADS 'TAMAN'), 3 Revolution Avenue, Anapa, Krasnodar 353440, Russia; Website http://fkutaman.ru/; Email Address office@fkutaman.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

FLAMINGO CLUB (a.k.a. CARIBBEAN SHOWPLACE LTD), Tropigala Night Club, Ironshore, Montego Bay, Jamaica; Rosehall Main Road, Rosehall, Jamaica [SDNTK].

FLAVIC FZE, P.O. Box: 513830, Sharjah Airport International Free Zone, Sharjah, United Arab Emirates; M2 Warehouse, Sharjah Airport International Free Zone, Sharjah, United Arab Emirates; Organization Established Date 31 Jan 2016; Identification Number 0051909189 (United Arab Emirates) [RUSSIA-EO14024].

FLEMING CABRERA, Alejandro Antonio, Caracas, Capital District, Venezuela; DOB 03 Oct 1973; Gender Male; Cedula No. 11953485 (Venezuela); Vice Minister for Europe of Venezuela's Ministry of Foreign Affairs; Former Vice Minister for North America of Venezuela's Ministry of Foreign Affairs; Former President of Venezuela's National Center for Foreign Commerce (CENCOEX); Former President for Suministros Venezolanos Industriales, C.A. (SUVINCA) of Venezuela's Ministry of Commerce; Former Ambassador of Venezuela to Luxembourg and Chief Ambassador of the Venezuelan Mission to the European Union (individual) [VENEZUELA].

FLETES Y TRANSPORTES GAXGAR S.A. DE C.V., Boulevard Luis Encinas No 581-B Esquina Alberto Truqui, Colonia Pimentel, Hermosillo, Sonora, Mexico; Guadalajara, Jalisco, Mexico; Alberto Truqui 581, Col. Pimentel, CP 83188, Hermosillo, Sonora, Mexico, Hermosillo, Sonora 83188, Mexico; R.F.C. FTG950807F20 (Mexico) [SDNTK].

FLEURETTE AFRICA RESOURCES I B.V., Industrieweg 5, Nieuwkoop, Zuid-Holland 2421 LK, Netherlands; V.A.T. Number NL852496369B01; Branch Unit Number 000026702959 (Netherlands); Chamber of Commerce Number 57238812 (Netherlands); Legal Entity Number 852496369 (Netherlands) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

FLEURETTE AFRICAN TRANSPORT B.V., Industrieweg 5, Nieuwkoop, Zuid-Holland 2421 LK, Netherlands; V.A.T. Number NL852777978B01; Branch Unit Number 000027280088 (Netherlands); Chamber of Commerce Number 57883149 (Netherlands); Legal Entity Number 852777978 (Netherlands) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

FLEURETTE DUTCH GROUP (a.k.a. FLEURETTE GROUP; a.k.a. FLEURETTE PROPERTIES LIMITED; a.k.a. GROUPE FLEURETTE; a.k.a. KARIBU AU DEVELOPMENT DURABLE AU CONGO; a.k.a. VENTORA INVESTMENTS S.A.SU), Strawinskylaan 335, WTC, B-Tower 3rd floor, Amsterdam 1077 XX, Netherlands; Gustav Mahlerplein 60, 7th Floor, ITO Tower, Amsterdam 1082 MA, Netherlands; 70 Batetela Avenue, Tilapia Building, 5th floor, Gombe, Kinshasa, Congo, Democratic Republic of the; 57/63 Line Wall Road, Gibraltar GX11 1AA, Gibraltar; 8eme Etage, Immeuble 1113, Boulevard Du 30 Juin No 110, Commune De La Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-00630 (Congo, Democratic Republic of the); Public Registration Number 99450 (Gibraltar) [GLOMAG] (Linked To: GERTLER, Dan).

FLEURETTE ENERGY I B.V., Industrieweg 5, Nieuwkoop, Zuid-Holland 2421 LK, Netherlands; V.A.T. Number NL852499097B01; Branch Unit Number 000026708302 (Netherlands); Chamber of Commerce Number 57244758 (Netherlands); Legal Entity Number 852499097 (Netherlands) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

FLEURETTE GROUP (a.k.a. FLEURETTE DUTCH GROUP; a.k.a. FLEURETTE PROPERTIES LIMITED; a.k.a. GROUPE FLEURETTE; a.k.a. KARIBU AU DEVELOPMENT DURABLE AU CONGO; a.k.a. VENTORA INVESTMENTS S.A.SU), Strawinskylaan 335, WTC, B-Tower 3rd floor, Amsterdam 1077 XX, Netherlands; Gustav Mahlerplein 60, 7th Floor, ITO Tower, Amsterdam 1082 MA, Netherlands; 70 Batetela Avenue, Tilapia Building, 5th floor, Gombe, Kinshasa, Congo, Democratic Republic of the; 57/63 Line Wall Road, Gibraltar GX11 1AA, Gibraltar; 8eme Etage, Immeuble 1113, Boulevard Du 30 Juin No 110, Commune De La Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-00630 (Congo, Democratic Republic of the); Public Registration Number 99450 (Gibraltar) [GLOMAG] (Linked To: GERTLER, Dan).

FLEURETTE HOLDINGS NETHERLANDS B.V., Industrieweg 5, Nieuwkoop, Zuid-Holland 2421 LK, Netherlands; Chamber of Commerce Number 55389694 (Netherlands); Legal Entity Number 851683897 (Netherlands) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

FLEURETTE PROPERTIES LIMITED (a.k.a. FLEURETTE DUTCH GROUP; a.k.a. FLEURETTE GROUP; a.k.a. GROUPE FLEURETTE; a.k.a. KARIBU AU DEVELOPMENT DURABLE AU CONGO; a.k.a. VENTORA INVESTMENTS S.A.SU), Strawinskylaan 335, WTC, B-Tower 3rd floor, Amsterdam 1077 XX, Netherlands; Gustav Mahlerplein 60, 7th Floor, ITO Tower, Amsterdam 1082 MA, Netherlands; 70 Batetela Avenue, Tilapia Building, 5th floor, Gombe, Kinshasa, Congo, Democratic Republic of the; 57/63 Line Wall Road, Gibraltar GX11 1AA, Gibraltar; 8eme Etage, Immeuble 1113, Boulevard Du 30 Juin No 110, Commune De La Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-00630 (Congo, Democratic Republic of the); Public Registration Number 99450 (Gibraltar) [GLOMAG] (Linked To: GERTLER, Dan).

FLEXOSEAL WATERPROOFING SOLUTIONS PTY LTD, 11 Walter Place, Durban, KwaZulu-Natal 4000, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 16 Mar 2021; Tax ID No. 9118725259 (South Africa); Trade License No. 2021/480544/07 (South Africa) [SDGT] (Linked To: AKBAR, Yunus Mohamad).

FLIGHT TRAVEL LLC, 50 Nalbandyan Street, Yerevan, Armenia; Email Address flighttravelevn@gmail.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR).

FLLC DANA ASTRA (a.k.a. FOREIGN LIMITED LIABILITY COMPANY DANA ASTRA; a.k.a. INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DANA ASTRA (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДАНА АСТРА); a.k.a. IOOO DANA ASTRA (Cyrillic: ИООО ДАНА АСТРА); a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DANA ASTRA (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДАНА АСТРА); a.k.a. ZTAA DANA ASTRA (Cyrillic:

ЗТАА ДАНА АСТРА)), ul. Petra Mstislavtsa, d. 9, pom. 9-13, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 9-13, г. Минск 220076, Belarus); Organization Established Date 21 Jan 2010; Registration Number 191295361 (Belarus) [BELARUS-EO14038].

FLORBEL OPERADORA DE RESTAURANTES, S.A. DE C.V., Mexico City, Mexico; Folio Mercantil No. 310801 (Mexico) [SDNTK].

FLORES APODACA, Agustin (a.k.a. "EL BARBON"; a.k.a. "EL INGENIERO"; a.k.a. "EL NINO"), Calle Sierra Madre Occidental No. 1280, Colonia Canadas, Culiacan, Sinaloa 8000, Mexico; DOB 09 Jun 1964; POB Sinaloa, Mexico; nationality Mexico; Gender Male; Passport 040070827 (Mexico); R.F.C. FOAA640609DX9 (Mexico); C.U.R.P. FOAA640609HSLLPG00 (Mexico) (individual) [SDNTK].

FLORES APODACA, Panfilo; DOB 01 Jun 1969; Passport G00527961 (Mexico) (individual) [SDNTK].

FLORES APODACA, Salome (a.k.a. "FINO"; a.k.a. "PELON"); DOB 23 Oct 1962; POB Sinaloa, Mexico; nationality Mexico; Gender Male; Passport 07040059504 (Mexico); R.F.C. FOAS621023Q97 (Mexico); C.U.R.P. FOAS621023HSLLPL04 (Mexico) (individual) [SDNTK].

FLORES BORREGO, Samuel (a.k.a. "SAMUEL FLORES FLORES"), Miguel Aleman, Tamaulipas, Mexico; Reynosa, Tamaulipas, Mexico; Michoacan, Mexico; DOB 06 Aug 1972; alt. DOB 22 Aug 1977; POB Tamaulipas, Mexico; alt. POB Distrito Federal, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. FOBS720806HTSLRM05 (Mexico); C.U.I.P. FOFS770822H09576414 (Mexico) (individual) [SDNTK].

FLORES CACHO, Alejandro (a.k.a. BOLANOS CACHO, Alejandro; a.k.a. CACHO FLORES, Alejandro; a.k.a. ROBLES VALDEZ, Abel; a.k.a. "ALEJANDRO LABASTIDA"; a.k.a. "GUILLERMO LABASTIDA"), Ojos Negros, Baja California Norte, Mexico; Carretera Acapulco, KM 8.5, Pie de la Cuesta, Acapulco, Guerrero, Mexico; Calle de Rio Nilo No. 20, Colonia Valle Dorado, Ensenada, Baja California Norte, Mexico; Montivideo No. 804, Lindavista, Mexico City, Distrito Federal, Mexico; Circuito de la Industria No. 94, Colonia Parque Ind. Lerma, Lerma, Mexico, Mexico; Avenida del Taller No. 23, Ret. 17, Colonia Jardin Balbuena, Delegacion Venustiano Carranza, Mexico City,

Distrito Federal, Mexico; Calle Jaime Torres Bodet No. 207-A, Int. 201, Colonia Santa Marta La Rivera, Delegacion Cuauhtemoc, Mexico City, Distrito Federal, Mexico; Homero No. 1343, Mexico City, Distrito Federal, Mexico; Avenida Herradona No. 1328, Interlomas, Mexico City, Distrito Federal, Mexico; Calle Cantiles 42 A, Mozimba 39460, Acapulco, Guerrero, Mexico; Calle Tulipanes No. 8, Colonia Lomas Cortes, Cuernavaca, Morelos, Mexico; Calle Rancho Tetela No. 957, Colonia Rancho Tetela, Cuernavaca, Morelos, Mexico; DOB 26 Mar 1963; alt. DOB 26 Mar 1964; POB Mexico City, Distrito Federal, Mexico; alt. POB Guadalajara, Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 01350202554 (Mexico); R.F.C. FOCA-630326 (Mexico); alt. R.F.C. FOCX-260363 (Mexico); alt. R.F.C. FOCX-630326 (Mexico); alt. R.F.C. FOCA-640326 (Mexico); C.U.R.P. FOCA630326HMCLCL05 (Mexico); Electoral Registry No. FLCCAL64032609H300 (Mexico); C.U.I.P. FOCA640326H14506669 (Mexico) (individual) [SDNTK].

FLORES CACHO, Javier, Avenida del Taller No. 23, Ret. 17, Colonia Jardin Balbuena, Delegacion Venustiano Carranza, Mexico City, Distrito Federal, Mexico; Martin Luis Guzman No. 259, Colonia Villa de Cortez, Mexico City, Distrito Federal, Mexico; DOB 30 Aug 1969; POB Mexico City, Distrito Federal, Mexico; nationality Mexico; citizen Mexico; R.F.C. FOCJ-690830 (Mexico); C.U.R.P. FOCJ690830HDFLCV03 (Mexico) (individual) [SDNTK].

FLORES CASTRO, Sandy (a.k.a. FLORES CASTRO, Sendy), Av. Ramon Corona 4750, Loc. 15, Col. Exhacienda de la Mora, Zapopan, Jalisco 45138, Mexico; Av. Ramon Corona 4750, Loc. 5, Zapopan, Jalisco 45138, Mexico; Av. Ramon Corona 4750, Zapopan, Jalisco 45019, Mexico; Tchaikovsky 474, Zapopan, Jalisco, Mexico; Piotr Tchaikovski 474, Col. Arcos de Guadalupe, Zapopan, Jalisco 45030, Mexico; Av. Sebastian Bach 5115, Col. Residencial La Estancia, Zapopan, Jalisco, Mexico; Av. Chapalita 50, Col. Jardines Plaza del Sol, Guadalajara, Jalisco, Mexico; Abraham Gonzalez 1375, Col. Sector Libertad, Zapopan, Jalisco, Mexico; DOB 10 Mar 1981; POB Guadalajara, Jalisco, Mexico; citizen Mexico; Gender Female; R.F.C. FOCS810310836 (Mexico); C.U.R.P. FOCS810310MJCLSN09 (Mexico); alt. C.U.R.P. FOCS810301MJCLSN00 (Mexico) (individual)

[SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION; Linked To: A & S CARRIER INTERNACIONAL, S.A. DE C.V.; Linked To: BOUNGALOWS VILLA AZUL, S.A. DE C.V.).

FLORES CASTRO, Sendy (a.k.a. FLORES CASTRO, Sandy), Av. Ramon Corona 4750, Loc. 15, Col. Exhacienda de la Mora, Zapopan, Jalisco 45138, Mexico; Av. Ramon Corona 4750, Loc. 5, Zapopan, Jalisco 45138, Mexico; Av. Ramon Corona 4750, Zapopan, Jalisco 45019, Mexico; Tchaikovsky 474, Zapopan, Jalisco, Mexico; Piotr Tchaikovski 474, Col. Arcos de Guadalupe, Zapopan, Jalisco 45030, Mexico; Av. Sebastian Bach 5115, Col. Residencial La Estancia, Zapopan, Jalisco, Mexico; Av. Chapalita 50, Col. Jardines Plaza del Sol, Guadalajara, Jalisco, Mexico; Abraham Gonzalez 1375, Col. Sector Libertad, Zapopan, Jalisco, Mexico; DOB 10 Mar 1981; POB Guadalajara, Jalisco, Mexico; citizen Mexico; Gender Female; R.F.C. FOCS810310836 (Mexico); C.U.R.P. FOCS810310MJCLSN09 (Mexico); alt. C.U.R.P. FOCS810301MJCLSN00 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION; Linked To: A & S CARRIER INTERNACIONAL, S.A. DE C.V.; Linked To: BOUNGALOWS VILLA AZUL, S.A. DE C.V.).

FLORES DE MADURO, Cilia Adela (a.k.a. FLORES, Cilia), Capital District, Venezuela; DOB 15 Oct 1956; POB Tinaquillo, Cojedes, Venezuela; citizen Venezuela; Gender Female; Cedula No. 5315632 (Venezuela) (individual) [VENEZUELA].

FLORES DRUG TRAFFICKING ORGANIZATION (a.k.a. FLORES DTO), Mexico City, Distrito Federal, Mexico; Mexico; Guadalajara, Jalisco, Mexico [SDNTK].

FLORES DTO (a.k.a. FLORES DRUG TRAFFICKING ORGANIZATION), Mexico City, Distrito Federal, Mexico; Mexico; Guadalajara, Jalisco, Mexico [SDNTK].

FLORES ESPARZA, Moises, C Playa Santiago 6041, Dep. 3, Rdcial Moctezuma PTE, Zapopan, Jalisco 45050, Mexico; DOB 14 Dec 1977; POB Tepic, Nayarit, Mexico; citizen Mexico; Gender Male; R.F.C. FOEM7712145E7 (Mexico); Credencial electoral FLESMS77121418H100 (Mexico); C.U.R.P. FOEM771214HNTLSS07 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION).

FLORES GOMEZ, Felipe, Mariano Abasolo 87, Autlan de Navarro Centro, Autlan de Navarro, Jalisco 48900, Mexico; Av. Fray Junipero Serra 843, Col. Alcalde Barranquitas, Guadalajara, Jalisco 44270, Mexico; Paulino Navarro 42, Col. Centro, Casimiro Castillo, Jalisco 48930, Mexico; DOB 20 Sep 1953; POB Villa Purificacion, Jalisco, Mexico; citizen Mexico; Gender Male; R.F.C. FOGF530920KX7 (Mexico); C.U.R.P. FOGF530920HJCLML09 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION; Linked To: BOUNGALOWS VILLA AZUL, S.A. DE C.V.; Linked To: CLUB DEPORTIVO MORUMBI, ASOCIACION CIVIL).

FLORES HALA, Florindo Eleuterio (a.k.a. "COMRADE ARTEMIO"); DOB 08 Sep 1961; POB San Juan de Siguas, Arequipa, Peru; citizen Peru (individual) [SDNTK].

FLORES HERNANDEZ, Raul (a.k.a. CASAS LINARES, Miguel), Distrito Federal, Mexico; Guadalajara, Jalisco, Mexico; Calle Piotr Tchaikovski 474, Col. Arcos de Guadalupe, Zapopan, Jalisco 45030, Mexico; Av. Sebastian Bach 5115, Col. Residencial La Estancia, Zapopan, Jalisco, Mexico; Av. Chapalita 50, Col. Jardines Plaza del Sol, Guadalajara, Jalisco, Mexico; Calle 72, Panfilo Perez, 750 Sector Libertad, Col. Blanco y Cuellar, Guadalajara, Jalisco 44730, Mexico; Calle Llamarada 193, Fracc. Residencial Sumiya, Jiutepec, Morelos 62560, Mexico; Zaragoza Sur 201, Col. Centro, San Martin Texmelucan, Puebla 74000, Mexico; DOB 03 Oct 1952; alt. DOB 05 Mar 1951; POB Autlan de Navarro, Jalisco, Mexico; alt. POB San Martin Texmelucan, Puebla, Mexico; citizen Mexico; Gender Male; R.F.C. FOHR521003SF7 (Mexico); alt. R.F.C. FOHR510305SF7 (Mexico); C.U.R.P. FOHR521003HJCLRL07 (Mexico); alt. C.U.R.P. FOHR510305HPLLRL08 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION).

FLORES MADRID, Luis Gerardo, Mexico; DOB 09 Mar 1988; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. FOML880309HSLLDS09 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

FLORES MENDOZA, Severo (a.k.a. "REY MAGO"), Ameca, Jalisco, Mexico; DOB 09 Nov 1976; POB Tequila, Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. FOMS761109HJCLNV04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

FLORES NUNEZ, Adelmo (Latin: FLORES NÚÑEZ, Adelmo) (a.k.a. NUNEZ MOLINA, Adelmo (Latin: NÚÑEZ MOLINA, Adelmo)), Sinaloa, Mexico; DOB 15 Dec 1970; POB Choix, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. NUMA701215HSLXLD02 (Mexico) (individual) [SDNTK].

FLORES ORTIZ, Francisco Abraham (a.k.a. "PANCHITO"), Mexico; DOB 13 Aug 1977; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. FOOF770813HSLLRR00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

FLORES PACHECO, Cenobio (a.k.a. CASTRO VILLA, Luis Fernando; a.k.a. "CHECO"; a.k.a. "CHEKO"); DOB 13 Nov 1974; citizen Mexico (individual) [SDNTK].

FLORES SILVA, Audias (a.k.a. "El Jardinero"), Mexico; DOB 19 Nov 1980; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; C.U.R.P. FOSA801119HMNLLD09 (Mexico) (individual) [SDNTK].

FLORES SOTO, Mario (a.k.a. FLORES SOTO, Mario Alberto), Privada A2 28, Colonia Infonavit, Nuevo Laredo, Tamaulipas, Mexico; Calle Tierra del Soconusco 252, Nuevo Laredo, Tamaulipas, Mexico; DOB 31 Oct 1967; POB Durango; nationality Mexico; citizen Mexico; C.U.R.P. FOSM671031HDGLTR03 (Mexico) (individual) [SDNTK].

FLORES SOTO, Mario Alberto (a.k.a. FLORES SOTO, Mario), Privada A2 28, Colonia Infonavit, Nuevo Laredo, Tamaulipas, Mexico; Calle Tierra del Soconusco 252, Nuevo Laredo, Tamaulipas, Mexico; DOB 31 Oct 1967; POB Durango; nationality Mexico; citizen Mexico; C.U.R.P. FOSM671031HDGLTR03 (Mexico) (individual) [SDNTK].

FLORES TINAJERO, Saul, Mexico; DOB 23 Aug 1975; POB Guadalajara, Jalisco, Mexico; citizen Mexico; Gender Male; R.F.C. FOTS7508237W0 (Mexico); C.U.R.P. FOTS750823HJCLNL01 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION).

FLORES, Cilia (a.k.a. FLORES DE MADURO, Cilia Adela), Capital District, Venezuela; DOB 15 Oct 1956; POB Tinaquillo, Cojedes, Venezuela; citizen Venezuela; Gender Female; Cedula No. 5315632 (Venezuela) (individual) [VENEZUELA].

FLOREZ HERMANOS LTDA. (a.k.a. HOSTERIA LAS DOS PALMAS), Carrera 65 No. 34-35,

Medellin, Colombia; NIT # 8000902368 (Colombia) [SDNT].

FLOREZ SEPULVEDA, Marco Tulio, Calle 49B No. 74-44 Apto. 401, Medellin, Colombia; DOB 08 Apr 1962; Cedula No. 70300929 (Colombia) (individual) [SDNTK].

FLOREZ UPEGUI, Francisco Antonio (a.k.a. "DON PACHO", c/o FLOREZ HERMANOS LTDA., Medellin, Colombia; c/o CANALES VENECIA LTDA., Envigado, Antioquia, Colombia; Calle 4 Sur No. 43B-60, Medellin, Colombia; DOB 10 May 1950; nationality Colombia; citizen Colombia; Cedula No. 8308988 (Colombia); Passport AG708213 (Colombia) (individual) [SDNT].

FLOROV, Aleksei Vadimovich (Cyrillic: ФЛОРОВ, АЛЕКСЕЙ ВАДИМОВИЧ) (a.k.a. "FLOROV, Aleksei"), Russia; DOB 10 Sep 1983; nationality Russia; Gender Male; Passport 644804652 (Russia) expires 28 Oct 2016; Tax ID No. 501814379947 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ALBATROS OOO).

FLOW GALLERY LOUNGE (a.k.a. FLOW GALLERY LOUNGE SRL), Calle Juan de Morfa 87, Villa Consuelo, Santo Domingo, Dominican Republic; Tax ID No. 131-42317-5 (Dominican Republic) [SDNTK].

FLOW GALLERY LOUNGE SRL (a.k.a. FLOW GALLERY LOUNGE), Calle Juan de Morfa 87, Villa Consuelo, Santo Domingo, Dominican Republic; Tax ID No. 131-42317-5 (Dominican Republic) [SDNTK].

FLY BAGHDAD (Arabic: فلاي بغداد) (a.k.a. FLY BAGHDAD AIRLINES COMPANY; a.k.a. IRAQ EXPRESS), Hurriya Square, Building 66, Street 25, Sector 925, Babil Neighborhood, Baghdad, Iraq; Jamia Street, Jadriya, Baghdad, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2014; Organization Type: Passenger air transport [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FLY BAGHDAD AIRLINES COMPANY (a.k.a. FLY BAGHDAD (Arabic: فلاي بغداد); a.k.a. IRAQ EXPRESS), Hurriya Square, Building 66, Street 25, Sector 925, Babil Neighborhood, Baghdad, Iraq; Jamia Street, Jadriya, Baghdad, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2014; Organization Type: Passenger air transport [SDGT] (Linked To:

ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FLYTECHGROUP LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU FLAYTEKGRUPP; a.k.a. "OOO FTG"), Mkr. Skhodnya, Tup. 1-I Oktyabrskii D. 1, Khimki 141420, Russia; Ul. Leningradskaya, D. 11, Pomeshch. 006, Khimki 141402, Russia; Tax ID No. 5047135637 (Russia); Registration Number 1125047015532 (Russia) [RUSSIA-EO14024].

FMF GENERAL TRADING LLC, Ahmad Abdulla Bahzad Building, Al Qusais Street, Al Qusais Industrial Area, Dubai, United Arab Emirates; P.O. Box 16542, Dubai, United Arab Emirates; C.R. No. 66488 (United Arab Emirates) [SDNTK].

FNPTS AO NPO MARS (a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION MARS), Ul. Solnechnaya D. 20, Ulyanovsk 432022, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7303026811 (Russia); Registration Number 1067328003027 (Russia) [RUSSIA-EO14024].

FNPTS PO START IM MV PROTSENKO AO (a.k.a. FEDERAL SCIENTIFIC AND PRODUCTION CENTER MV PROTSENKO START PRODUCTION ASSOCIATION JSC (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СТАРТ ИМЕНИ МВ ПРОЦЕНКО); a.k.a. JS FRPC PA START NAMED AFTER MV PROTSENKO; a.k.a. JSC FEDERALNY NAUCHNO PROIZVODSTVENNY CENTER PRODUCTION OBYEDINENIYE START IMENI MV PROTSENKO; a.k.a. M V PROTSENKO PA START), 1, Mira Prospekt, Zarechny, Penza Region 442960, Russia; Tax ID No. 5838013374 (Russia); Registration Number 1185835003221 (Russia) [RUSSIA-EO14024].

FOCUS COMPANY SARL (Arabic: شركة فوكوس (ميديا ش.م.ل. (a.k.a. FOCUS MEDIA S.A.R.L.; a.k.a. "FOCUS COMPANY"), Plot 6864, Section 5, Block A, Chiah, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Advertising; Registration

Number 2002046 (Lebanon) issued 21 Oct 2003 [SDGT] (Linked To: UNITED GENERAL HOLDING SAL).

FOCUS MEDIA COMPANY SAL OFFSHORE (Arabic: شركة فوكوس ميديا ش.م.ل. اوف شور), Al Rabyeh Building, New Airport Highway, Beirut, Lebanon; Plot number 6864, Section 5, Block A, Chiah, Lebanon; Al Hizam Al-Akhdar Street, Al Amir District, Al-Najaf Al-Ashraf, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Advertising; Registration Number 1807467 (Lebanon) issued 25 Apr 2014 [SDGT] (Linked To: FOCUS COMPANY SARL).

FOCUS MEDIA S.A.R.L. (a.k.a. FOCUS COMPANY SARL (Arabic: شركة فوكوس ميديا ش.م.ل.); a.k.a. "FOCUS COMPANY"), Plot 6864, Section 5, Block A, Chiah, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Advertising; Registration Number 2002046 (Lebanon) issued 21 Oct 2003 [SDGT] (Linked To: UNITED GENERAL HOLDING SAL).

FOLLOWERS OF THE PROPHET MUHAMMED (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [FTO] [SDGT] [SYRIA].

FO-MENEDZHMENT OOO (a.k.a. LIMITED LIABILITY COMPANY FO-MENEDZHMENT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФО-МЕНЕДЖМЕНТ)), 3 1-Ya Rybinskaya Street, Building 1, Floor 4, Office 27/2, Moscow

107113, Russia; Organization Established Date 26 Jan 2016; Tax ID No. 7718294952 (Russia); Registration Number 1167746092260 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

FOMICHEV, Vyacheslav Vasilevich (Cyrillic: ФОМИЧЁВ, Вячеслав Васильевич), Russia; DOB 26 Apr 1965; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

FOND ENERGIA (a.k.a. FOUNDATION FACILITATION OF THE STRATEGIC DEVELOPMENT OF THE FUEL AND ENERGY COMPLEX ENERGY; a.k.a. FUND FOR DEVELOPMENT OF ENERGY COMPLEX ENERGY; a.k.a. "FUND ENERGY"), Ul. 1-YA Frunzenskaya D. 6, Moscow 119146, Russia; Organization Established Date 28 May 2008; Tax ID No. 7704274995 (Russia); Registration Number 1087799025269 (Russia) [RUSSIA-EO14024].

FOND PERSPEKTIVNYKH ISSLEDOVANIY (Cyrillic: ФОНД ПЕРСПЕКТИВНЫХ ИССЛЕДОВАНИЙ) (a.k.a. ADVANCED RESEARCH FOUNDATION) (a.k.a. "FPI"), Nab. Berezhkovskaya, D. 22, Str. 3, Moscow 121059, Russia; Website fpi.gov.ru; Tax ID No. 7710480347 (Russia); Registration Number 1127799026596 (Russia) [RUSSIA-EO14024].

FONDATION SECOURS MONDIAL A.S.B.L. (a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL 'WORLD RELIEF'; a.k.a. FONDATION SECOURS MONDIAL-BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL-KOSOVA; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. STICHTING WERELDHULP-BELGIE, V.Z.W.; a.k.a. "FSM"), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, Putte 2580, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia and Herzegovina; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia and Herzegovina; Rr. Skenderbeu 76, Lagjja Sefa, Gjakova, Serbia; Ylli Morina Road, Djakovica, Serbia; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia;

China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir, undetermined; Lebanon; Gaza Strip, undetermined; Sierra Leone; Somalia; Syria; 49 rue du Lazaret, Strasbourg 67100, France; West Bank; V.A.T. Number BE 454,419,759 [SDGT].

FONDATION SECOURS MONDIAL VZW (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL 'WORLD RELIEF'; a.k.a. FONDATION SECOURS MONDIAL-BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL-KOSOVA; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. STICHTING WERELDHULP-BELGIE, V.Z.W.; a.k.a. "FSM"), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, Putte 2580, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia and Herzegovina; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia and Herzegovina; Rr. Skenderbeu 76, Lagjja Sefa, Gjakova, Serbia; Ylli Morina Road, Djakovica, Serbia; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir, undetermined; Lebanon; Gaza Strip, undetermined; Sierra Leone; Somalia; Syria; 49 rue du Lazaret, Strasbourg 67100, France; West Bank; V.A.T. Number BE 454,419,759 [SDGT].

FONDATION SECOURS MONDIAL 'WORLD RELIEF' (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL-BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL-KOSOVA; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. STICHTING WERELDHULP-BELGIE, V.Z.W.; a.k.a. "FSM"), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, Putte 2580, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia and

Herzegovina; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia and Herzegovina; Rr. Skenderbeu 76, Lagjja Sefa, Gjakova, Serbia; Ylli Morina Road, Djakovica, Serbia; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir, undetermined; Lebanon; Gaza Strip, undetermined; Sierra Leone; Somalia; Syria; 49 rue du Lazaret, Strasbourg 67100, France; West Bank; V.A.T. Number BE 454,419,759 [SDGT].

FONDATION SECOURS MONDIAL-BELGIQUE A.S.B.L. (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL 'WORLD RELIEF'; a.k.a. FONDATION SECOURS MONDIAL-KOSOVA; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. STICHTING WERELDHULP-BELGIE, V.Z.W.; a.k.a. "FSM"), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, Putte 2580, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia and Herzegovina; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia and Herzegovina; Rr. Skenderbeu 76, Lagjja Sefa, Gjakova, Serbia; Ylli Morina Road, Djakovica, Serbia; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir, undetermined; Lebanon; Gaza Strip, undetermined; Sierra Leone; Somalia; Syria; 49 rue du Lazaret, Strasbourg 67100, France; West Bank; V.A.T. Number BE 454,419,759 [SDGT].

FONDATION SECOURS MONDIAL-KOSOVA (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL 'WORLD RELIEF'; a.k.a. FONDATION SECOURS MONDIAL-BELGIQUE A.S.B.L.; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. STICHTING

WERELDHULP-BELGIE, V.Z.W.; a.k.a. "FSM"), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, Putte 2580, Belgium; Rue des Batavnes 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia and Herzegovina; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia and Herzegovina; Rr. Skenderbeu 76, Lagjja Sefa, Gjakova, Serbia; Ylli Morina Road, Djakovica, Serbia; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir, undetermined; Lebanon; Gaza Strip, undetermined; Sierra Leone; Somalia; Syria; 49 rue du Lazaret, Strasbourg 67100, France; West Bank; V.A.T. Number BE 454,419,759 [SDGT].

FONDO DE INVERSIONES DE VENEZUELA (a.k.a. BANCO BANDES; a.k.a. BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE VENEZUELA; a.k.a. BANDES), Av. Universidad, Esq. de Traposos a Colon, P-1, Torre BANDES, CARACAS, DISTRITO FEDERAL 1010, Venezuela; Edificio Fondo de Inversiones de Venezuela Avenida Norte 1, Esquina Colon a Traposos, Caracas, Venezuela; SWIFT/BIC FIVVVECA; National ID No. G200047526 (Venezuela) [VENEZUELA-EO13850].

FONDO FINANCIERO PRIVADO PRODEM S.A. (a.k.a. BANCO PRODEM S.A.), Calle Belisario Salinas No 520, esquina, Sanchez Lima, La Paz, La Paz, Bolivia; SWIFT/BIC BPRMBOLP; Tax ID No. 1029837028 (Bolivia) [VENEZUELA-EO13850] (Linked To: BANCO DE DESARROLLO ECONOMICO Y SOCIAL DE VENEZUELA).

FORABEN TRADING LIMITED, Suite C, 14/F Ritz Plaza 124 Austin Road TST KL, Hong Kong, China; Organization Established Date 29 Jul 2021; C.R. No. 3071736 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

FORCE COMBATTANTE ABACUNGUZI (a.k.a. COMBATANT FORCE FOR THE LIBERATION OF RWANDA; a.k.a. DEMOCRATIC FORCES FOR THE LIBERATION OF RWANDA; a.k.a. FDLR; a.k.a. FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA; a.k.a. "FOCA"),

North and South Kivu, Congo, Democratic Republic of the [DRCONGO].

FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda [FTO] [SDGT] [DRCONGO].

FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA (a.k.a. COMBATANT FORCE FOR THE LIBERATION OF RWANDA; a.k.a. DEMOCRATIC FORCES FOR THE LIBERATION OF RWANDA; a.k.a. FDLR; a.k.a. FORCE COMBATTANTE ABACUNGUZI; a.k.a. "FOCA"), North and South Kivu, Congo, Democratic Republic of the [DRCONGO].

FOREFRONT OF THE IDEA (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE;

a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

FOREIGN BANK MOSKVA-MINSK (a.k.a. BANK DABRABYT JOINT STOCK COMPANY; a.k.a. BANK DABRABYT JSC; f.k.a. BANK MOSCOW-MINSK JOINT STOCK COMPANY; f.k.a. MOSCOW-MINSK FOREIGN BANK; a.k.a. OJSC BANK DABRABYT (Cyrillic: ОАО БАНК ДАБРАБЫТ)), Kommunisticheskaya Str. 49, premises 1, Minsk 220002, Belarus; SWIFT/BIC MMBNBY22; Website www.bankdabrabyt.by; Organization Established Date 07 Apr 2000; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Registration Number 807000002 (Belarus) [BELARUS-EO14038].

FOREIGN INTELLIGENCE SERVICE OF THE RUSSIAN FEDERATION (a.k.a. SLUZHBA VNESHNEI RAZVEDKI ROSSISKOI FEDERATSII; a.k.a. SLUZHBA VNESHNEY RAZVEDKI; a.k.a. SVR ROSSII FKU; a.k.a. "SVR"), Building 1, 51 Ostozhenka st., Moscow 119034, Russia; Yasenevo 11 Kolpachny, Moscow 010100, Russia; Organization Established Date 09 Oct 2003; Target Type Government Entity; Tax ID No. 7728302546 (Russia); Government Gazette Number 00035837 (Russia); Registration Number 1037728048973 (Russia) [RUSSIA-EO14024].

FOREIGN LIMITED LIABILITY COMPANY DANA ASTRA (a.k.a. FLLC DANA ASTRA; a.k.a. INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DANA ASTRA (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДАНА АСТРА); a.k.a. IOOO DANA ASTRA (Cyrillic: ИООО ДАНА АСТРА); a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DANA ASTRA (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДАНА АСТРА); a.k.a. ZTAA DANA ASTRA (Cyrillic: ЗТАА ДАНА АСТРА)), ul. Petra Mstislavtsa, d. 9, pom. 9-13, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 9-13, г. Минск 220076, Belarus); Organization Established Date 21 Jan 2010; Registration Number 191295361 (Belarus) [BELARUS-EO14038].

FOREIGN LIMITED LIABILITY COMPANY SLAVKALI (a.k.a. INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SLAVKALIY (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЛАВКАЛИЙ); a.k.a. IOOO SLAVKALI (Cyrillic: ИООО СЛАВКАЛИЙ); a.k.a. SLAVKALI INOSTRANNOE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. SLAVKALI IOOO; a.k.a. SLAVKALIY (Cyrillic: СЛАВКАЛИЙ); a.k.a. SLAVKALY FLLC; a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SLAUKALIY (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СЛАЎКАЛІЙ); a.k.a. ZTAA SLAUKALIY (Cyrillic: ЗТАА СЛАЎКАЛІЙ)), Lyubanskiy District, Pervomaiskaya St, Building 35, Office 3.1, Lyuban City, Minsk Oblast 223810, Belarus (Cyrillic: Любанский район, ул. Первомайская, д. 35, каб. 3.1, г. Любань, Минская область 223810, Belarus); d. 35, kab. 3.1, ul. Pervomaiskaya g. s/s, Lyuban Lyubanksi Raion, Minskaya Obl. 223810, Belarus; Organization Established Date 25 Oct 2011; Registration Number 191689538 (Belarus) [BELARUS-EO14038].

FOREIGN LIMITED LIABILITY COMPANY ZOMEX INVESTMENT (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗОМЕКС ИНВЕСТМЕНТ) (a.k.a. LIMITED LIABILITY COMPANY EMIRATES BLUE SKY; a.k.a. LLC EMIRATES BLUE SKY; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU EMIREITS BLYU SKAI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. OOO EMIREITS BLYU SKAI (Cyrillic: ООО ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. TAA EMIREITS BLYU SKAI (Cyrillic: ТАА ЭМИРЕЙТС БЛЮ СКАЙ; a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU EMIREITS BLYU SKAI (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ЭМІРЭЙТС БЛЮ СКАЙ); f.k.a. "ZOMEX"), ul. Petra Mstislavtsa, d. 9, pom. 10-44, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10-44, г. Минск 220076, Belarus); Organization Established Date 08 Sep 2008; Registration ID 191061449 (Belarus) [BELARUS-EO14038].

FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA (a.k.a. KOREA TRADE BANK; a.k.a. MOOYOKBANK; a.k.a. NORTH KOREA'S FOREIGN TRADE BANK), FTB Building, Jungsong-dong, Central District, Pyongyang, Korea, North; SWIFT/BIC FTBDKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK3].

FORENINGEN AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT].

FORENINGEN AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.] [SDGT].

FORENINGEN AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; <Head Office> [SDGT].

FORENINGEN AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands [SDGT].

FORENINGEN AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA

FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium [SDGT].

FORENINGEN AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen [SDGT].

FORENINGEN AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE

SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden [SDGT].

FORENINGEN AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT].

FORENINGEN AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-

AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT].

FORENT TECHNIK GMBH, Konrad-Duden-Weg 1, Frankfurt am Main, Hessen 60437, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 60313B102980 (Germany); alt. Registration ID HRB102980 (Germany) [SDGT] [IRGC] [IFSR].

FOREPOST TRADING LLC (a.k.a. LIMITED LIABILITY COMPANY FOREPOST TRADING), ul. Generala Antonova d. 3A, Moscow 117342, Russia; Tax ID No. 7719667861 (Russia); Registration Number 1087746148962 (Russia) [RUSSIA-EO14024].

FORKHAN RELIEF ORGANIZATION (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal

Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

FORMER JUNDALLAH OF IRAN (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan [FTO] [SDGT].

FOROOZANDEH, Ahmad (a.k.a. FAYRUZI, Ahmad; a.k.a. FOROOZANDEH, Ahmad; a.k.a. FORUZANDEH, Ahmed; a.k.a. FRUZANDAH, Ahmad; a.k.a. "ABU AHMAD ISHAB"; a.k.a. "ABU SHAHAB"; a.k.a. "JAFARI"), Qods Force Central Headquarters, Former U.S. Embassy Compound, Tehran, Iran; DOB circa 1960; alt. DOB 1957; alt. DOB circa 1955; alt. DOB circa 1958; alt. DOB circa 1959; alt. DOB circa 1961; alt. DOB circa 1962; alt. DOB circa 1963; POB Kermanshah, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Brigadier General, Commanding Officer of the Iranian Islamic Revolutionary Guard Corps-Qods Force Ramazan Corps; Deputy Commander of the Ramazan Headquarters; Chief of Staff of the Iraq Crisis Staff (individual) [SDGT] [IRAQ3] [IRGC].

FORPRES, S.C., Tijuana, Baja California, Mexico [SDNTK].

FORREST, Trevor William (a.k.a. AL-FAISAL, Abdullah Ibrahim; a.k.a. EL-FAISAL, Abdulla; a.k.a. FAISAL, Abdullah), 8 Windsor Road, Spanishtown, Jamaica; DOB 09 Oct 1963; alt. DOB 10 Sep 1963; POB Jamaica; Gender Male; Passport A2791188; National ID No. 119458128 (Jamaica) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

FORT CONSULTING OOO (a.k.a. FORT KONSALTING LIMITED LIABILITY COMPANY

(Cyrillic: ФОРТ КОНСАЛТИНГ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)), d. 47A etazh / pom. 2/1, ul. Chernyshevskogo, Almetevsk 423465, Russia; Organization Established Date 2003; Tax ID No. 1650104263 (Russia); Government Gazette Number 14893929 (Russia); Registration Number 1031616038387 (Russia) [RUSSIA-EO14024] (Linked To: TAGRAS BIZNESSERVIS LIMITED LIABILITY COMPANY).

FORT DIALOG SERVIS OOO (a.k.a. LIMITED LIABILITY COMPANY FORT DIALOG SERVICE), Pr-Kt Moskovskii D. 140, Naberezhnyye Chelny 423812, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1650092709 (Russia); Registration Number 1021602021935 (Russia) [RUSSIA-EO14024].

FORT KONSALTING LIMITED LIABILITY COMPANY (Cyrillic: ФОРТ КОНСАЛТИНГ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. FORT CONSULTING OOO), d. 47A etazh / pom. 2/1, ul. Chernyshevskogo, Almetevsk 423465, Russia; Organization Established Date 2003; Tax ID No. 1650104263 (Russia); Government Gazette Number 14893929 (Russia); Registration Number 1031616038387 (Russia) [RUSSIA-EO14024] (Linked To: TAGRAS BIZNESSERVIS LIMITED LIABILITY COMPANY).

FORTA ENGINEERING CENTER LLC (a.k.a. LLC FORTA (Cyrillic: ООО ФОРТА)), 4 Shvernika Street, Building 2, Floor 6, Suite I, Room 612, Moscow 117036, Russia; Organization Established Date 04 Jun 2019; Tax ID No. 7727420642 (Russia); Registration Number 1197746359271 (Russia) [RUSSIA-EO14024].

FORTIA BAJA SUR, S.A. DE C.V., Calzada Fresnos No 70-A, Int. 102, Col. Ciudad Granja, Zapopan, Jalisco 45010, Mexico; Comerciantes No. 5395, Int. 11, Col. Jardines de Guadalupe, Zapopan, Jalisco 45030, Mexico; R.F.C. FBS0710126M0 (Mexico); Folio Mercantil No. 39854 (Mexico) [SDNTK].

FORTIANA HOLDINGS LIMITED, Office/Flat 403, 4th Floor, Galaxias Commercial Centre, 36 Ayias Elenis, Nicosia 1061, Cyprus; Registration Number HE 399750 (Cyprus)

[RUSSIA-EO14024] (Linked To: SVIBLOV, Vladislav Vladimirovich).

FORUZANDEH, Ahmad (a.k.a. FAYRUZI, Ahmad; a.k.a. FOROOZANDEH, Ahmad; a.k.a. FORUZANDEH, Ahmed; a.k.a. FRUZANDAH, Ahmad; a.k.a. "ABU AHMAD ISHAB"; a.k.a. "ABU SHAHAB"; a.k.a. "JAFARI"), Qods Force Central Headquarters, Former U.S. Embassy Compound, Tehran, Iran; DOB circa 1960; alt. DOB 1957; alt. DOB circa 1955; alt. DOB circa 1958; alt. DOB circa 1959; alt. DOB circa 1961; alt. DOB circa 1962; alt. DOB circa 1963; POB Kermanshah, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Brigadier General, Commanding Officer of the Iranian Islamic Revolutionary Guard Corps-Qods Force Ramazan Corps; Deputy Commander of the Ramazan Headquarters; Chief of Staff of the Iraq Crisis Staff (individual) [SDGT] [IRAQ3] [IRGC].

FORUZANDEH, Ahmed (a.k.a. FAYRUZI, Ahmad; a.k.a. FOROOZANDEH, Ahmad; a.k.a. FORUZANDEH, Ahmad; a.k.a. FRUZANDAH, Ahmad; a.k.a. "ABU AHMAD ISHAB"; a.k.a. "ABU SHAHAB"; a.k.a. "JAFARI"), Qods Force Central Headquarters, Former U.S. Embassy Compound, Tehran, Iran; DOB circa 1960; alt. DOB 1957; alt. DOB circa 1955; alt. DOB circa 1958; alt. DOB circa 1959; alt. DOB circa 1961; alt. DOB circa 1962; alt. DOB circa 1963; POB Kermanshah, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Brigadier General, Commanding Officer of the Iranian Islamic Revolutionary Guard Corps-Qods Force Ramazan Corps; Deputy Commander of the Ramazan Headquarters; Chief of Staff of the Iraq Crisis Staff (individual) [SDGT] [IRAQ3] [IRGC].

FORWARD SYSTEMS, R AND DC (a.k.a. CJSC NTTS PEREDOVYE SISTEMY; a.k.a. FORWARD SYSTEMS, R&DC; a.k.a. ZAO NTTS PEREDOVYE SISTEMY (Cyrillic: ЗАО НТЦ ПЕРЕДОВЫЕ СИСТЕМЫ)), 20B Glebovskaya st., Moscow 107258, Russia; ul. Glebovskaya, d. 20B, Moscow 107258, Russia; Website www.forsys.ru; Organization Established Date 29 May 1997; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7718124608 (Russia); Business Registration Number 1027700530329 (Russia) [RUSSIA-EO14024].

FORWARD SYSTEMS, R&DC (a.k.a. CJSC NTTS PEREDOVYE SISTEMY; a.k.a. FORWARD SYSTEMS, R AND DC; a.k.a. ZAO

NTTS PEREDOVYE SISTEMY (Cyrillic: ЗАО НТЦ ПЕРЕДОВЫЕ СИСТЕМЫ)), 20B Glebovskaya st., Moscow 107258, Russia; ul. Glebovskaya, d. 20B, Moscow 107258, Russia; Website www.forsys.ru; Organization Established Date 29 May 1997; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7718124608 (Russia); Business Registration Number 1027700530329 (Russia) [RUSSIA-EO14024].

FORWARDERZ (a.k.a. SECONDEYE SOLUTION), Karachi, Pakistan; Website secondeyesolution.su; alt. Website secondeyesolution.ch; alt. Website secondeyesolution.ru; alt. Website forwarderz.com; alt. Website secondeyehost.com; Email Address support@secondeyesolution.com; alt. Email Address info@forwarderz.com; alt. Email Address forwarderz@yahoo.com; alt. Email Address forwarderzlive@google.com; alt. Email Address forwarderzlive@hotmail.com; alt. Email Address support@secondeyehost.com; Digital Currency Address - XBT 1NE2NiGhhbkFPSEyNWwj7hKGhGDedBtSrQ; alt. Digital Currency Address - XBT 19D8PHBjZH29uS1uPZ4m3sVyqqfF8UFG9o; alt. Digital Currency Address - XBT 1EYitrwBYNWuTBcjZFbEUdqHppe2raLpaF; alt. Digital Currency Address - XBT 1G9CKRHA3mx22DoT1QyNYrh85VSQ19Y1em; alt. Digital Currency Address - XBT 182NGZbPJXwg2WDrhrPpR7tpiGQkNPF844; alt. Digital Currency Address - XBT 1NayLEVF3bEEbDtdF2Cwso1VdEtvVNh2qX; alt. Digital Currency Address - XBT 16PhXY3hNNMTo8kpuJx2emh713KbWpkqci; alt. Digital Currency Address - XBT 1GqChmWqGtsaLrGbHfgdrV5Nkvahtjjuxr; alt. Digital Currency Address - XBT 18Ke1QWE9nQfXuhJijHggZuPJ5ZYxapoBK; alt. Digital Currency Address - XBT 1QJUiNsNfji6mR1FjAwf6Eg9NxxHPoxpWL; alt. Digital Currency Address - XBT 1DtGgdCi9VPKz2Bpq8GQhUQEPnQ5HwaT9n; Digital Currency Address - ETH 0x1da5821544e25c636c1417ba96ade4cf6d2f9 b5a; alt. Digital Currency Address - ETH 0x7Db418b5D567A4e0E8c59Ad71BE1FcE48f3 E6107; alt. Digital Currency Address - ETH 0x72a5843cc08275C8171E582972Aa4fDa8C3 97B2A; alt. Digital Currency Address - ETH 0x7F19720A857F834887FC9A7bC0a0fBe7Fc7f

8102; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Digital Currency Address - LTC LQAhYwwK5AR1JQiQPr7vu8Pu4b6qcxxvNB; alt. Digital Currency Address - LTC LgwmgYnraU2uBWHVFUDgAmFCPYj5Yw8C9 L; alt. Digital Currency Address - LTC LeKvNdNEzgQkzVVnRdV3fAu2DSF1nLsNw6; Digital Currency Address - BCH 18M8bJWMzWHDBMxoLqjHHAffdRy4SrzkfB [CYBER2] [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

FOSSIL AGRO (a.k.a. FOSSIL AGRO PRIVATE LIMITED), 42 McChlery Avenue, Eastlea, Harare, Zimbabwe; 521 Access Road, Msasa Industrial Area, Harare, Zimbabwe; Organization Established Date 2016; Organization Type: Support activities for crop production; Target Type Private Company [GLOMAG] (Linked To: SAKUNDA HOLDINGS).

FOSSIL AGRO PRIVATE LIMITED (a.k.a. FOSSIL AGRO), 42 McChlery Avenue, Eastlea, Harare, Zimbabwe; 521 Access Road, Msasa Industrial Area, Harare, Zimbabwe; Organization Established Date 2016; Organization Type: Support activities for crop production; Target Type Private Company [GLOMAG] (Linked To: SAKUNDA HOLDINGS).

FOSSIL CONTRACTING (a.k.a. FOSSIL CONTRACTING PRIVATE LIMITED), 5 Loreley Crescent, Harare, Zimbabwe; 5, Loreley Close, Beverly, Msasa, Harare, Zimbabwe; Website https://www.fossilcontracting.org/; Organization Established Date 01 Jan 2010; Organization Type: Construction of other civil engineering projects; Business Number 200114146 (Zimbabwe); Registration Number 5268/2011 (Zimbabwe) [GLOMAG].

FOSSIL CONTRACTING PRIVATE LIMITED (a.k.a. FOSSIL CONTRACTING), 5 Loreley Crescent, Harare, Zimbabwe; 5, Loreley Close, Beverly, Msasa, Harare, Zimbabwe; Website https://www.fossilcontracting.org/; Organization Established Date 01 Jan 2010; Organization Type: Construction of other civil engineering projects; Business Number 200114146 (Zimbabwe); Registration Number 5268/2011 (Zimbabwe) [GLOMAG].

FOTHI GARAGE (a.k.a. DESIGNER GARAGE), Gurahaage, Feydhoo 19040, Maldives; Link Road, Addu City 19040, Maldives; Website fothigarage.business.site/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; Organization Established Date 20 Nov 2017; Organization Type: Wholesale of food, beverages and tobacco; alt. Organization Type: Retail sale of textiles in specialized stores; Business Number BN03382018 (Maldives); alt. Business Number BN38732022 (Maldives); Business Registration Number BP38892022 (Maldives) issued 29 Sep 2022; Registration Number SP-2375/2017 (Maldives); Permit Number IG0195S42018 (Maldives) issued 06 Feb 2018 [SDGT] (Linked To: AGLEEL, Ahmed).

FOTONIKS KLAUD (a.k.a. PHOTONICS CLOUD), Ul. Yasenevaya D. 5, K. 1, Floor 1, Office #V/8, Sosenki 108814, Russia; Ul. Sosnovaya D. 1B, Der. Sosenki, Moscow 108814, Russia; Tax ID No. 7751175688 (Russia); Registration Number 1207700027501 (Russia) [RUSSIA-EO14024].

FOUAZ, Abbas (a.k.a. FAWAZ, Abbas Loutfe; a.k.a. FAWWAZ, 'Abbas Abu-Ahmad), Dakar, Senegal; DOB 07 Aug 1978; POB Jwaya, Lebanon; alt. POB Dakar, Senegal; citizen Lebanon; alt. citizen Senegal; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Personal ID Card 096574S (Senegal) (individual) [SDGT].

FOUBERT CADENA, Manuel Alejandro, Puerto Vallarta, Jalisco, Mexico; Leon, Guanajuato, Mexico; DOB 16 Oct 1982; POB Guadalajara, Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. FOCM821016HJCBDN02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

FOULAD YAZD (a.k.a. YAZD INDUSTRIAL CONSTRUCTIONAL STEEL ROLLING MILL), 17th KM, towards Taft Town, Yazd-Kerman New Ring Road, Yazd, Iran; Foulad Building, no. 235 Azadi Avenue, Tehran 1457966191, Iran; Website www.yazdrollingmill.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1996; Registration Number 51556 (Iran) [IRAN-EO13871].

FOUNDATION CHEMICAL DISARMAMENT & CONVERSION (a.k.a. FOUNDATION CHEMICAL DISARMAMENT AND CONVERSION; a.k.a. NEKOMMERCHESKAYA ORGANIZATSIYA FOND KHIMICHESKOE RAZORUZHENIE I KONVERSIYA; a.k.a. NKO FOND KHIMRAZORUZHENIE), Ul. Pravdy D.21, Str.1, Moscow 125865, Russia; Organization Established Date 06 Apr 1998;

Tax ID No. 7726275181 (Russia); Registration Number 1037739149491 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

FOUNDATION CHEMICAL DISARMAMENT AND CONVERSION (a.k.a. FOUNDATION CHEMICAL DISARMAMENT & CONVERSION; a.k.a. NEKOMMERCHESKAYA ORGANIZATSIYA FOND KHIMICHESKOE RAZORUZHENIE I KONVERSIYA; a.k.a. NKO FOND KHIMRAZORUZHENIE), Ul. Pravdy D.21, Str.1, Moscow 125865, Russia; Organization Established Date 06 Apr 1998; Tax ID No. 7726275181 (Russia); Registration Number 1037739149491 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

FOUNDATION FACILITATION OF THE STRATEGIC DEVELOPMENT OF THE FUEL AND ENERGY COMPLEX ENERGY (a.k.a. FOND ENERGIA; a.k.a. FUND FOR DEVELOPMENT OF ENERGY COMPLEX ENERGY; a.k.a. "FUND ENERGY"), Ul. 1-YA Frunzenskaya D. 6, Moscow 119146, Russia; Organization Established Date 28 May 2008; Tax ID No. 7704274995 (Russia); Registration Number 1087799025269 (Russia) [RUSSIA-EO14024].

FOUNDATION FOR CONSTRUCTION (a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER E-NAU; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU; a.k.a. "UTN"), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, F 8/4, Islamabad, Pakistan [SDGT].

FOUNDATION FOR DEVELOPMENT OF THE CENTER FOR ELABORATION AND COMMERCIALIZATION OF NEW TECHNOLOGIES (a.k.a. SKOLKOVO FOUNDATION), 5 Nobelya str., Skolkovo Innovation Centre, Moscow 121205, Russia; Organization Established Date 2010; Tax ID No. 7701058410 (Russia); Registration Number 1107799016720 (Russia) [RUSSIA-EO14024].

FOUR SEASONS DAMASCUS (a.k.a. DAMASCUS FOUR SEASONS; a.k.a. FOUR SEASONS HOTEL DAMASCUS), Shukri Al Quatli Street, P.O. Box 6311, Damascus, Syria [SYRIA] (Linked To: FOZ, Samer).

FOUR SEASONS HOTEL DAMASCUS (a.k.a. DAMASCUS FOUR SEASONS; a.k.a. FOUR SEASONS DAMASCUS), Shukri Al Quatli Street, P.O. Box 6311, Damascus, Syria [SYRIA] (Linked To: FOZ, Samer).

FOURCAND, Herve (a.k.a. FOURCAND, Richard Herve; a.k.a. FOURCAND, Richard Lenine Herve), Haiti; DOB 14 Jun 1964; nationality Haiti; Gender Male; National ID No. 01-01-99-1964-06-00256 (Haiti) (individual) [ILLICIT-DRUGS-EO14059].

FOURCAND, Richard Herve (a.k.a. FOURCAND, Herve; a.k.a. FOURCAND, Richard Lenine Herve), Haiti; DOB 14 Jun 1964; nationality Haiti; Gender Male; National ID No. 01-01-99-1964-06-00256 (Haiti) (individual) [ILLICIT-DRUGS-EO14059].

FOURCAND, Richard Lenine Herve (a.k.a. FOURCAND, Herve; a.k.a. FOURCAND, Richard Herve), Haiti; DOB 14 Jun 1964; nationality Haiti; Gender Male; National ID No. 01-01-99-1964-06-00256 (Haiti) (individual) [ILLICIT-DRUGS-EO14059].

FOURTEEN STAR SHIPPING MANAGEMENT (a.k.a. 14 STAR SHIPPING MANAGEMENT; a.k.a. "FOURTEEN STARS"), United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] (Linked To: MEHDI GROUP).

FOURTEENTH OCEAN GMBH & CO. KG (a.k.a. FOURTEENTH OCEAN GMBH AND CO. KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 104174 [IRAN].

FOURTEENTH OCEAN GMBH AND CO. KG (a.k.a. FOURTEENTH OCEAN GMBH & CO. KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA 104174 [IRAN].

FOURTH DIVISION OF THE SYRIAN ARAB ARMY (Arabic: الفرقة الرابعة في الجيش العربي السوري), Syria [SYRIA-EO13894].

FOURTH GENERATION YAMAKEN-GUMI (Japanese: 四代目山健組) (a.k.a. YAMAKEN-GUMI (Japanese: 山健組); a.k.a. YONDAIME YAMAKEN-GUMI), 26-4 Hanakuma-cho Chuo-ku, Kobe-shi, Hyogo-ken 650-0013, Japan (Japanese: 26-4 花隈町中央区, 神戸市, 兵庫県 650-0013, Japan) [TCO] (Linked To: KOBE YAMAGUCHI-GUMI; Linked To: INOUE, Kunio).

FOURTH OCEAN GMBH & CO. KG (a.k.a. FOURTH OCEAN GMBH AND CO KG),

Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA102600 [IRAN].

FOURTH OCEAN GMBH AND CO KG (a.k.a. FOURTH OCEAN GMBH & CO KG), Schottweg 5, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRA102600 [IRAN].

FOUZ, Samer (a.k.a. AL-FOUZ, Samer; a.k.a. FAWAZ, Samer; a.k.a. FAWZ, Samir; a.k.a. FOZ, Samer; a.k.a. FOZ, Samer Zuhair; a.k.a. FOZ, Samir), Meadows 2, Street 3, Villa 5, Dubai, United Arab Emirates; DOB 20 May 1973; POB Latakia, Syria; nationality Syria; alt. nationality Turkey; alt. nationality Saint Kitts and Nevis; citizen Saint Kitts and Nevis; Gender Male; National ID No. 784197341865828 (Syria) (individual) [SYRIA].

FOXWHELP LIMITED, Akara Building, 24 Castro Street, Wickhams Cay 1, P.O. Box 3136, Road Town, Tortola, Virgin Islands, British; Public Registration Number 1577165 (Virgin Islands, British) [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

FOZ FOR TRADING (a.k.a. FOZ TRADING), Syria [SYRIA] (Linked To: AMAN HOLDING COMPANY).

FOZ TRADING (a.k.a. FOZ FOR TRADING), Syria [SYRIA] (Linked To: AMAN HOLDING COMPANY).

FOZ, Amer (a.k.a. FOZ, Amer Zuhair (Arabic: عامر زهير فوز); a.k.a. FOZ, Amer Zuheir), Yenisehir Mahallesi Ataturk Bulvari Yalim Apt. 61/1-A, Iskenderun Hatay, Turkey; United Arab Emirates; DOB 11 Mar 1976; POB Homs, Syria; citizen Turkey; Gender Male; Passport O6O1O274747 (Syria); alt. Passport U10511291 (Turkey); alt. Passport RE0027453 (Syria); National ID No. 69736232604 (Turkey); alt. National ID No. 162280535 (United Arab Emirates) (individual) [SYRIA] (Linked To: FOZ, Samer).

FOZ, Amer Zuhair (Arabic: عامر زهير فوز) (a.k.a. FOZ, Amer; a.k.a. FOZ, Amer Zuheir), Yenisehir Mahallesi Ataturk Bulvari Yalim Apt. 61/1-A, Iskenderun Hatay, Turkey; United Arab Emirates; DOB 11 Mar 1976; POB Homs, Syria; citizen Turkey; Gender Male; Passport O6O1O274747 (Syria); alt. Passport U10511291 (Turkey); alt. Passport RE0027453 (Syria); National ID No. 69736232604 (Turkey); alt. National ID No. 162280535 (United Arab

Emirates) (individual) [SYRIA] (Linked To: FOZ, Samer).

FOZ, Amer Zuheir (a.k.a. FOZ, Amer; a.k.a. FOZ, Amer Zuhair (Arabic: عامر زهير فوز)), Yenisehir Mahallesi Ataturk Bulvari Yalim Apt. 61/1-A, Iskendenun Hatay, Turkey; United Arab Emirates; DOB 11 Mar 1976; POB Homs, Syria; citizen Turkey; Gender Male; Passport O6O1O274747 (Syria); alt. Passport U10511291 (Turkey); alt. Passport RE0027453 (Syria); National ID No. 69736232604 (Turkey); alt. National ID No. 162280535 (United Arab Emirates) (individual) [SYRIA] (Linked To: FOZ, Samer).

FOZ, Hasan (a.k.a. FOZ, Hosn Zuhair; a.k.a. FOZ, Hoson; a.k.a. FOZ, Housen; a.k.a. FOZ, Husen; a.k.a. FOZ, Husen Aljibawi; a.k.a. FOZ, Hussen (Arabic: حسن فوز)), Meadows 1, Street 13, Villa 38, Dubai, United Arab Emirates; Adawai Area Rawdet Aleman Bld, 1st Floor, Damascus City, Syria; Yenisehir Mahallesi Ataturk Bulvari Yalim, Apt 61/1-A, Iskendenun Hatay, Turkey; DOB 25 May 1981; POB Lattakia, Syria; nationality Syria; alt. nationality Saint Kitts and Nevis; citizen Turkey; alt. citizen Syria; Gender Female; Passport U08527769 (Turkey); alt. Passport RE0027450 (Syria); National ID No. 06010274768 (Syria); alt. National ID No. 784198164202982 (United Arab Emirates); alt. National ID No. 69727232996 (Turkey) (individual) [SYRIA] (Linked To: FOZ, Samer).

FOZ, Hosn Zuhair (a.k.a. FOZ, Hasan; a.k.a. FOZ, Hoson; a.k.a. FOZ, Housen; a.k.a. FOZ, Husen; a.k.a. FOZ, Husen Aljibawi; a.k.a. FOZ, Hussen (Arabic: حسن فوز)), Meadows 1, Street 13, Villa 38, Dubai, United Arab Emirates; Adawai Area Rawdet Aleman Bld, 1st Floor, Damascus City, Syria; Yenisehir Mahallesi Ataturk Bulvari Yalim, Apt 61/1-A, Iskendenun Hatay, Turkey; DOB 25 May 1981; POB Lattakia, Syria; nationality Syria; alt. nationality Saint Kitts and Nevis; citizen Turkey; alt. citizen Syria; Gender Female; Passport U08527769 (Turkey); alt. Passport RE0027450 (Syria); National ID No. 06010274768 (Syria); alt. National ID No. 784198164202982 (United Arab Emirates); alt. National ID No. 69727232996 (Turkey) (individual) [SYRIA] (Linked To: FOZ, Samer).

FOZ, Hoson (a.k.a. FOZ, Hasan; a.k.a. FOZ, Hosn Zuhair; a.k.a. FOZ, Housen; a.k.a. FOZ, Husen; a.k.a. FOZ, Husen Aljibawi; a.k.a. FOZ, Hussen (Arabic: حسن فوز)), Meadows 1, Street 13, Villa 38, Dubai, United Arab Emirates;

Adawai Area Rawdet Aleman Bld, 1st Floor, Damascus City, Syria; Yenisehir Mahallesi Ataturk Bulvari Yalim, Apt 61/1-A, Iskendenun Hatay, Turkey; DOB 25 May 1981; POB Lattakia, Syria; nationality Syria; alt. nationality Saint Kitts and Nevis; citizen Turkey; alt. citizen Syria; Gender Female; Passport U08527769 (Turkey); alt. Passport RE0027450 (Syria); National ID No. 06010274768 (Syria); alt. National ID No. 784198164202982 (United Arab Emirates); alt. National ID No. 69727232996 (Turkey) (individual) [SYRIA] (Linked To: FOZ, Samer).

FOZ, Housen (a.k.a. FOZ, Hasan; a.k.a. FOZ, Hosn Zuhair; a.k.a. FOZ, Hoson; a.k.a. FOZ, Husen; a.k.a. FOZ, Husen Aljibawi; a.k.a. FOZ, Hussen (Arabic: حسن فوز)), Meadows 1, Street 13, Villa 38, Dubai, United Arab Emirates; Adawai Area Rawdet Aleman Bld, 1st Floor, Damascus City, Syria; Yenisehir Mahallesi Ataturk Bulvari Yalim, Apt 61/1-A, Iskendenun Hatay, Turkey; DOB 25 May 1981; POB Lattakia, Syria; nationality Syria; alt. nationality Saint Kitts and Nevis; citizen Turkey; alt. citizen Syria; Gender Female; Passport U08527769 (Turkey); alt. Passport RE0027450 (Syria); National ID No. 06010274768 (Syria); alt. National ID No. 784198164202982 (United Arab Emirates); alt. National ID No. 69727232996 (Turkey) (individual) [SYRIA] (Linked To: FOZ, Samer).

FOZ, Husen (a.k.a. FOZ, Hasan; a.k.a. FOZ, Hosn Zuhair; a.k.a. FOZ, Hoson; a.k.a. FOZ, Housen; a.k.a. FOZ, Husen Aljibawi; a.k.a. FOZ, Hussen (Arabic: حسن فوز)), Meadows 1, Street 13, Villa 38, Dubai, United Arab Emirates; Adawai Area Rawdet Aleman Bld, 1st Floor, Damascus City, Syria; Yenisehir Mahallesi Ataturk Bulvari Yalim, Apt 61/1-A, Iskendenun Hatay, Turkey; DOB 25 May 1981; POB Lattakia, Syria; nationality Syria; alt. nationality Saint Kitts and Nevis; citizen Turkey; alt. citizen Syria; Gender Female; Passport U08527769 (Turkey); alt. Passport RE0027450 (Syria); National ID No. 06010274768 (Syria); alt. National ID No. 784198164202982 (United Arab Emirates); alt. National ID No. 69727232996 (Turkey) (individual) [SYRIA] (Linked To: FOZ, Samer).

FOZ, Husen Aljibawi (a.k.a. FOZ, Hasan; a.k.a. FOZ, Hosn Zuhair; a.k.a. FOZ, Hoson; a.k.a. FOZ, Housen; a.k.a. FOZ, Husen; a.k.a. FOZ, Hussen (Arabic: حسن فوز)), Meadows 1, Street 13, Villa 38, Dubai, United Arab Emirates; Adawai Area Rawdet Aleman Bld, 1st Floor,

Damascus City, Syria; Yenisehir Mahallesi Ataturk Bulvari Yalim, Apt 61/1-A, Iskendenun Hatay, Turkey; DOB 25 May 1981; POB Lattakia, Syria; nationality Syria; alt. nationality Saint Kitts and Nevis; citizen Turkey; alt. citizen Syria; Gender Female; Passport U08527769 (Turkey); alt. Passport RE0027450 (Syria); National ID No. 06010274768 (Syria); alt. National ID No. 784198164202982 (United Arab Emirates); alt. National ID No. 69727232996 (Turkey) (individual) [SYRIA] (Linked To: FOZ, Samer).

FOZ, Hussen (Arabic: حسن فوز) (a.k.a. FOZ, Hasan; a.k.a. FOZ, Hosn Zuhair; a.k.a. FOZ, Hoson; a.k.a. FOZ, Housen; a.k.a. FOZ, Husen; a.k.a. FOZ, Husen Aljibawi), Meadows 1, Street 13, Villa 38, Dubai, United Arab Emirates; Adawai Area Rawdet Aleman Bld, 1st Floor, Damascus City, Syria; Yenisehir Mahallesi Ataturk Bulvari Yalim, Apt 61/1-A, Iskendenun Hatay, Turkey; DOB 25 May 1981; POB Lattakia, Syria; nationality Syria; alt. nationality Saint Kitts and Nevis; citizen Turkey; alt. citizen Syria; Gender Female; Passport U08527769 (Turkey); alt. Passport RE0027450 (Syria); National ID No. 06010274768 (Syria); alt. National ID No. 784198164202982 (United Arab Emirates); alt. National ID No. 69727232996 (Turkey) (individual) [SYRIA] (Linked To: FOZ, Samer).

FOZ, Samer (a.k.a. AL-FOUZ, Samer; a.k.a. FAWAZ, Samer; a.k.a. FAWZ, Samer; a.k.a. FOUZ, Samer; a.k.a. FOZ, Samer Zuhair; a.k.a. FOZ, Samir), Meadows 2, Street 3, Villa 5, Dubai, United Arab Emirates; DOB 20 May 1973; POB Latakia, Syria; nationality Syria; alt. nationality Turkey; alt. nationality Saint Kitts and Nevis; citizen Saint Kitts and Nevis; Gender Male; National ID No. 784197341865828 (Syria) (individual) [SYRIA].

FOZ, Samer Zuhair (a.k.a. AL-FOUZ, Samer; a.k.a. FAWAZ, Samer; a.k.a. FAWZ, Samer; a.k.a. FOUZ, Samer; a.k.a. FOZ, Samer; a.k.a. FOZ, Samir), Meadows 2, Street 3, Villa 5, Dubai, United Arab Emirates; DOB 20 May 1973; POB Latakia, Syria; nationality Syria; alt. nationality Turkey; alt. nationality Saint Kitts and Nevis; citizen Saint Kitts and Nevis; Gender Male; National ID No. 784197341865828 (Syria) (individual) [SYRIA].

FOZ, Samir (a.k.a. AL-FOUZ, Samer; a.k.a. FAWAZ, Samer; a.k.a. FAWZ, Samir; a.k.a. FOUZ, Samer; a.k.a. FOZ, Samer; a.k.a. FOZ, Samer Zuhair), Meadows 2, Street 3, Villa 5, Dubai, United Arab Emirates; DOB 20 May

1973; POB Latakia, Syria; nationality Syria; alt. nationality Turkey; alt. nationality Saint Kitts and Nevis; citizen Saint Kitts and Nevis; Gender Male; National ID No. 784197341865828 (Syria) (individual) [SYRIA].

FPK TRANSAGENCY JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO FPK TRANSAGENTSTVO), Ul. Fridrikha Engelsa D. 75 Str. 21, Moscow 105082, Russia; Ul. Nizhyaya Krasnoselskaya D. 5, Str. 6, Kom. 14-15, Moscow 107140, Russia; Tax ID No. 7708168606 (Russia); Registration Number 1027700024494 (Russia) [RUSSIA-EO14024].

FRADKOV, Mikhail Efimovich (Cyrillic: ФРАДКОВ, Михаил Ефимович), Russia; DOB 01 Sep 1950; POB Kurumoch, Kuibyshev Region, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Director of the Russian Institute for Strategic Studies (individual) [UKRAINE-EO13661].

FRADKOV, Petr (a.k.a. FRADKOV, Petr Mihaylovich; a.k.a. FRADKOV, Petr Mikhailovich (Cyrillic: ФРАДКОВ, Пётр Михайлович); a.k.a. FRADKOV, Pyotr Mihaylovich; a.k.a. FRADKOV, Pyotr Mikhailovich; a.k.a. FRAKOV, Pyetr Mikhaylovich), 33-1 Prospekt Mira, Apt. 34, Moscow, Russia; DOB 07 Feb 1978; POB Moscow, Russia; nationality Russia; Gender Male; Passport 530238587 (Russia) issued 31 Oct 2012 expires 12 Jul 2022; National ID No. 4503339117 (Russia) (individual) [RUSSIA-EO14024].

FRADKOV, Petr Mihaylovich (Cyrillic: ФРАДКОВ, Пётр Михайлович) (a.k.a. FRADKOV, Petr; a.k.a. FRADKOV, Petr Mihaylovich; a.k.a. FRADKOV, Pyotr Mihaylovich; a.k.a. FRADKOV, Pyotr Mikhailovich; a.k.a. FRAKOV, Pyetr Mikhaylovich), 33-1 Prospekt Mira, Apt. 34, Moscow, Russia; DOB 07 Feb 1978; POB

Moscow, Russia; nationality Russia; Gender Male; Passport 530238587 (Russia) issued 31 Oct 2012 expires 12 Jul 2022; National ID No. 4503339117 (Russia) (individual) [RUSSIA-EO14024].

FRADKOV, Pyotr Mihaylovich (a.k.a. FRADKOV, Petr; a.k.a. FRADKOV, Petr Mihaylovich; a.k.a. FRADKOV, Petr Mikhailovich (Cyrillic: ФРАДКОВ, Пётр Михайлович); a.k.a. FRADKOV, Pyotr Mikhailovich; a.k.a. FRAKOV, Pyetr Mikhaylovich), 33-1 Prospekt Mira, Apt. 34, Moscow, Russia; DOB 07 Feb 1978; POB Moscow, Russia; nationality Russia; Gender Male; Passport 530238587 (Russia) issued 31 Oct 2012 expires 12 Jul 2022; National ID No. 4503339117 (Russia) (individual) [RUSSIA-EO14024].

FRADKOV, Pyotr Mikhailovich (a.k.a. FRADKOV, Petr; a.k.a. FRADKOV, Petr Mihaylovich; a.k.a. FRADKOV, Petr Mikhailovich (Cyrillic: ФРАДКОВ, Пётр Михайлович); a.k.a. FRADKOV, Pyotr Mihaylovich; a.k.a. FRAKOV, Pyetr Mikhaylovich), 33-1 Prospekt Mira, Apt. 34, Moscow, Russia; DOB 07 Feb 1978; POB Moscow, Russia; nationality Russia; Gender Male; Passport 530238587 (Russia) issued 31 Oct 2012 expires 12 Jul 2022; National ID No. 4503339117 (Russia) (individual) [RUSSIA-EO14024].

FRAGOSO DO NASCIMENTO, Leopoldino (a.k.a. "DINO"), Luanda, Angola; DOB 05 Jun 1963; POB Luanda, Angola; nationality Angola; Gender Male; Passport N1999980 (Angola) expires 08 Apr 2036 (individual) [GLOMAG].

FRAHER, Liam Eoin, United Arab Emirates; DOB 20 Jul 1972; POB Ireland; nationality Ireland; Gender Male; Passport LT4885304 (Ireland) expires 12 Jan 2032 (individual) [RUSSIA-EO14024].

FRAKOV, Pyetr Mikhaylovich (a.k.a. FRADKOV, Petr; a.k.a. FRADKOV, Petr Mihaylovich; a.k.a. FRADKOV, Petr Mikhailovich (Cyrillic: ФРАДКОВ, Пётр Михайлович); a.k.a. FRADKOV, Pyotr Mihaylovich; a.k.a. FRADKOV, Pyotr Mikhailovich), 33-1 Prospekt Mira, Apt. 34, Moscow, Russia; DOB 07 Feb 1978; POB Moscow, Russia; nationality Russia; Gender Male; Passport 530238587 (Russia) issued 31 Oct 2012 expires 12 Jul 2022; National ID No. 4503339117 (Russia) (individual) [RUSSIA-EO14024].

FRANCISCO, Maricel (a.k.a. FRANCISCO, Maricel Factura), Dubai, United Arab Emirates; DOB 15 Dec 1975; nationality Philippines;

Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport S0261325; alt. Passport G609766 (Philippines) expires 06 Jan 2011 (individual) [SDGT] (Linked To: OSSEIRAN, Ali).

FRANCISCO, Maricel Factura (a.k.a. FRANCISCO, Maricel), Dubai, United Arab Emirates; DOB 15 Dec 1975; nationality Philippines; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport S0261325; alt. Passport G609766 (Philippines) expires 06 Jan 2011 (individual) [SDGT] (Linked To: OSSEIRAN, Ali).

FRANCO FIGUEROA, Ulises (a.k.a. "CHARCO"), Mexico; DOB 17 Jun 1987; POB Oaxaca, Mexico; nationality Mexico; Gender Male; C.U.R.P. FAFU870617HOCRGL03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

FRANCO QUINTERO, Rafael Antonio, Miranda, Venezuela; DOB 14 Oct 1973; Gender Male; Cedula No. 11311672 (Venezuela) (individual) [VENEZUELA].

FRANCO RUIZ, Ruben Alberto, c/o CAMPO LIBRE A LA DIVERSION E.U., Yumbo, Valle, Colombia; Avenida 5N No. 51-57, Cali, Colombia; Calle 34N No. 3CN-62, Cali, Colombia; DOB 18 Feb 1964; POB Cali, Colombia; Cedula No. 16702454 (Colombia); Passport AH070927 (Colombia) (individual) [SDNT].

FRANK, Gleb Sergeevich (Cyrillic: ФРАНК, Глеб Сергеевич), Russia; DOB 1982; POB Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: FRANK, Ksenia Gennadevna).

FRANK, Ksenia Gennadevna (Cyrillic: ФРАНК, Ксения Геннадьевна) (a.k.a. FRANK, Kseniya Gennadevna; a.k.a. FRANK, Xenia; f.k.a. TIMCHENKO, Kseniya; f.k.a. TIMCHENKO, Xenia; f.k.a. TIMTCHENKO, Ksenia), Russia; 1 Square Tower Road, Cologny, Switzerland; DOB 25 Sep 1985; POB St. Petersburg, Russia; nationality Russia; alt. nationality Finland; Gender Female (individual) [RUSSIA-EO14024] (Linked To: OOO TRANSOIL).

FRANK, Kseniya Gennadevna (a.k.a. FRANK, Ksenia Gennadevna (Cyrillic: ФРАНК, Ксения Геннадьевна); a.k.a. FRANK, Xeniia; f.k.a. TIMCHENKO, Kseniya; f.k.a. TIMCHENKO, Xenia; f.k.a. TIMTCHENKO, Ksenia), Russia; 1 Square Tower Road, Cologny, Switzerland; DOB 25 Sep 1985; POB St. Petersburg, Russia; nationality Russia; alt. nationality Finland;

Gender Female (individual) [RUSSIA-EO14024] (Linked To: OOO TRANSOIL).

FRANK, Sergei Ottovich (a.k.a. FRANK, Sergey Ottovich (Cyrillic: ФРАНК, Сергей Оттович)), Russia; DOB 13 Aug 1960; POB Novosibirsk, Novosibirsk Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

FRANK, Sergey Ottovich (Cyrillic: ФРАНК, Сергей Оттович) (a.k.a. FRANK, Sergei Ottovich), Russia; DOB 13 Aug 1960; POB Novosibirsk, Novosibirsk Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

FRANK, Xeniia (a.k.a. FRANK, Ksenia Gennadevna (Cyrillic: ФРАНК, Ксения Геннадьевна); a.k.a. FRANK, Kseniya Gennadevna; f.k.a. TIMCHENKO, Kseniya; f.k.a. TIMCHENKO, Xenia; f.k.a. TIMTCHENKO, Ksenia), Russia; 1 Square Tower Road, Cologny, Switzerland; DOB 25 Sep 1985; POB St. Petersburg, Russia; nationality Russia; alt. nationality Finland; Gender Female (individual) [RUSSIA-EO14024] (Linked To: OOO TRANSOIL).

FRANSKEVICH, Viktar Ivanavich (Cyrillic: ФРАНСКЕВIЧ, Вiктар Iванавiч) (a.k.a. FRANSKEVICH, Viktor Ivanovich (Cyrillic: ФРАНСКЕВИЧ, Виктор Иванович)), Minsk, Belarus; DOB 1967; POB Silitskoye village, Krupskyy District, Minsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038] (Linked To: DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS).

FRANSKEVICH, Viktor Ivanovich (Cyrillic: ФРАНСКЕВИЧ, Виктор Иванович) (a.k.a. FRANSKEVICH, Viktar Ivanavich (Cyrillic: ФРАНСКЕВIЧ, Вiктар Iванавiч)), Minsk, Belarus; DOB 1967; POB Silitskoye village, Krupskyy District, Minsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038] (Linked To: DEPARTMENT OF FINANCIAL INVESTIGATIONS OF THE STATE CONTROL COMMITTEE OF THE REPUBLIC OF BELARUS).

FRANZUL S.A., Calle 16 No. 41-210 of. 802, Medellin, Colombia; NIT # 811044587-2 (Colombia) [SDNT].

FRAS AIR PVT. CO. (a.k.a. FARS AIR CARGO AIRLINE; a.k.a. FARS AIR QESHM; a.k.a. FARS QESHM AIR; a.k.a. FARS QESHM AIRLINES; a.k.a. QESHM FARS AIR), No 1,

Laleh Dd End, Azadegan St., Karaj Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FRC KAZSC RAS (f.k.a. FEDERAL GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK UCH; a.k.a. FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE FEDERAL RESEARCH CENTER KAZAN SCIENTIFIC CENTER OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI FEDERALNY ISSLEDOVATELSKI TSENTR KAZANSKI NAUCHNY TSENTR ROSSISKOI AKADEMII NAUK; a.k.a. FITS KAZNTS RAN; a.k.a. FITS KAZNTS RAN FGBU), d. 2/31, ul. Lobachevskogo, Kazan, Tatarstan Republic 420111, Russia; Organization Established Date 22 Apr 1991; Tax ID No. 1655022127 (Russia); Government Gazette Number 33859469 (Russia); Registration Number 1021602842359 (Russia) [RUSSIA-EO14024].

FREE BIRD COMPANY (a.k.a. AL-TAIR AL-HUR (Arabic: الطير الحر); a.k.a. FREEBIRD TRAVEL AND TOURISM), Maysaloon Street, Al Muhandiseen Building Floor No. 12, Damascus, Syria; Hour al-Enz al-Mammzar Center, Second Floor, Office 12, Dubai, United Arab Emirates; Athens, Greece; Organization Established Date 2022; Organization Type: Travel agency activities [SYRIA] (Linked To: AL-DJ, Mahmoud Abdulilah).

FREE LIFE PARTY OF KURDISTAN (a.k.a. KURDISTAN FREE LIFE PARTY; a.k.a. PARTIYA JIYANA AZAD A KURDISTANE; a.k.a. PARTY OF FREE LIFE OF KURDISTAN; a.k.a. PEJAK; a.k.a. PEZHAK; a.k.a. PJAK), Qandil Mountain, Irbil Governorate, Iraq; Razgah, Iran [SDGT].

FREEBIRD TRAVEL AND TOURISM (a.k.a. AL-TAIR AL-HUR (Arabic: الطير الحر); a.k.a. FREE BIRD COMPANY), Maysaloon Street, Al Muhandiseen Building Floor No. 12, Damascus, Syria; Hour al-Enz al-Mammzar Center, Second Floor, Office 12, Dubai, United Arab Emirates; Athens, Greece; Organization Established Date 2022; Organization Type: Travel agency

activities [SYRIA] (Linked To: AL-DJ, Mahmoud Abdulilah).

FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN (a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KADEK; a.k.a. KGK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "HSK"; a.k.a. "KHK") [SDNTK] [FTO] [SDGT].

FREEDOM STAR GENERAL TRADING (a.k.a. FREEDOM STAR GENERAL TRADING CO. L.L.C. (Arabic: شركة نجم الحرية للتجارة العامة ذات مسئولية محدودة); a.k.a. FREEDOM STAR GENERAL TRADING CO. LLC; a.k.a. STAR OF FREEDOM GENERAL TRADING COMPANY LIMITED LIABILITY), P.O. Box 33237, Dubai, United Arab Emirates; Shop No. 5, Al Ras, Dubai, United Arab Emirates; Deira Al Ras, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Jan 1997; License 244911 (United Arab Emirates); Chamber of Commerce Number 41962 (United Arab Emirates); Economic Register Number (CBLS) 10795786 (United Arab Emirates) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

FREEDOM STAR GENERAL TRADING CO. L.L.C. (Arabic: شركة نجم الحرية للتجارة العامة ذات مسئولية محدودة) (a.k.a. FREEDOM STAR GENERAL TRADING; a.k.a. FREEDOM STAR GENERAL TRADING CO. LLC; a.k.a. STAR OF FREEDOM GENERAL TRADING COMPANY LIMITED LIABILITY), P.O. Box 33237, Dubai, United Arab Emirates; Shop No. 5, Al Ras, Dubai, United Arab Emirates; Deira Al Ras, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Jan 1997; License 244911 (United Arab Emirates); Chamber of Commerce Number 41962 (United Arab Emirates); Economic Register Number (CBLS) 10795786 (United Arab Emirates) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

FREEDOM STAR GENERAL TRADING CO. LLC (a.k.a. FREEDOM STAR GENERAL TRADING; a.k.a. FREEDOM STAR GENERAL TRADING

CO. L.L.C. (Arabic: شركة نجم الحرية للتجارة العامة
ذات مسئولية محدودة); a.k.a. STAR OF FREEDOM
GENERAL TRADING COMPANY LIMITED
LIABILITY), P.O. Box 33237, Dubai, United
Arab Emirates; Shop No. 5, Al Ras, Dubai,
United Arab Emirates; Deira Al Ras, Dubai,
United Arab Emirates; Secondary sanctions
risk: section 1(b) of Executive Order 13224, as
amended by Executive Order 13886;
Organization Established Date 09 Jan 1997;
License 244911 (United Arab Emirates);
Chamber of Commerce Number 41962 (United
Arab Emirates); Economic Register Number
(CBLS) 10795786 (United Arab Emirates)
[SDGT] (Linked To: INFORMATICS SERVICES
CORPORATION).

FREEZER AIR CONTRACTOR S.A., Panama
City, Panama; RUC # 916848-1-518421
[SDNTK].

FREGAT OOO, ul. Moiseenko, d. 24, lit. A, pom.
1-N, office 404-404A, Saint Petersburg 191144,
Russia; Tax ID No. 7814533642 (Russia);
Registration Number 1127847215891 (Russia)
[RUSSIA-EO14024].

FREGOSO AMEZQUITA, Maria Antonieta, Calle
Jerez 538, Fraccionamiento Chapultepec,
Tijuana, Baja California, Mexico; Calle Jerez
552-B, Fraccionamiento Chapultepec, CP
22420, Tijuana, Baja California, Mexico; c/o
Administradora De Inmuebles Vida, S.A. de
C.V., Tijuana, Baja California, Mexico; c/o ADP,
S.C., Tijuana, Baja California, Mexico; c/o
Forpres, S.C., Tijuana, Baja California, Mexico;
c/o Accesos Electronicos, S.A. de C.V., Tijuana,
Baja California, Mexico; c/o Operadora Valpark,
S.A. de C.V., Tijuana, Baja California, Mexico;
DOB 29 Oct 1952; POB Guadalajara, Jalisco;
R.F.C. AEL-980417-S51 (Mexico); Driver's
License No. 180839 (Mexico); Credencial
electoral 088455751391 (Mexico) (individual)
[SDNTK].

FREIGHTEX LOJISTIK DIS TICARET LTD. STI.
(a.k.a. DENIZ CAPITAL HOLDING AS; a.k.a.
VANESSA IMEX GROUP ITHALAT IHRACAT
VE DIS TICARET LIMITED SIRKETI; a.k.a.
VANESSA IMEX SARL), Kazlicesme Mah
Kennedy Cad. Buyukyali Ist. St, KBN: 52K/I 76
Zeytinburnu, Istanbul, Turkey; No: 8/3 Mimar
Kemalettsn Mahallesi Sair Fitnat Sokak Fatih,
Istanbul 34130, Turkey; Bchara Elkhouri, Down
Town Sayegh Centre - 2nd Floor, Beirut,
Lebanon; Website www.vanessaimex.com;
Secondary sanctions risk: section 1(b) of
Executive Order 13224, as amended by
Executive Order 13886; Organization

Established Date 10 Jun 2020; Business
Registration Number 1237466 (Turkey);
Registration Number 247702-5 (Turkey);
Central Registration System Number 0922-
1156-5400-0001 (Turkey) [SDGT] (Linked To:
DENIZ, Fadi).

FRENZEL, Conrado Adolfo (a.k.a. "OTTO"),
Buenos Aires, Argentina; DOB 07 Nov 1968;
POB Buenos Aires, Argentina; nationality
Argentina; Gender Male; Passport AAA435057
(Argentina); D.N.I. 20608046 (Argentina);
C.U.I.T. 23206080469 (Argentina) (individual)
[SDNTK] (Linked To: HIGH NUTRITION
SOCIEDAD DE RESPONSABILIDAD
LIMITADA; Linked To: B-WORK S.A.S.).

FRESCOS EL PACHON (a.k.a. RANCHO EL
NUEVO PACHON, S. DE R.L. DE C.V.), Km. 14
Camino Viejo a San Isidro Mazatepec, Tala,
Jalisco 45340, Mexico; Folio Mercantil No. 6022
(Mexico) [SDNTK].

FRESH AIR FARM HOUSE (a.k.a. FRESH AIR
FARM HOUSE KARACHI), Karachi, Pakistan;
Secondary sanctions risk: Ukraine-/Russia-
Related Sanctions Regulations, 31 CFR
589.201; Phone Number 923453272659; alt.
Phone Number 923209299030 [CYBER2]
[ELECTION-EO13848] (Linked To: RAZA,
Mohsin; Linked To: RAZA, Mujtaba Ali).

FRESH AIR FARM HOUSE KARACHI (a.k.a.
FRESH AIR FARM HOUSE), Karachi, Pakistan;
Secondary sanctions risk: Ukraine-/Russia-
Related Sanctions Regulations, 31 CFR
589.201; Phone Number 923453272659; alt.
Phone Number 923209299030 [CYBER2]
[ELECTION-EO13848] (Linked To: RAZA,
Mohsin; Linked To: RAZA, Mujtaba Ali).

FRESNO HOME S.A.S. (f.k.a. AGROMADERAS
ZAGAR S.A.S.), Kilometro 18 Vereda El
Manzano Via Pereira Armenia, Pereira,
Risaralda 66001, Colombia; NIT # 9005402427
(Colombia) [SDNTK].

FREZERNYE STANKI (a.k.a. LIMITED
LIABILITY COMPANY MILLING MACHINES;
a.k.a. "ROUTER"), Alleya Berezovaya D. 8, Kv.
10, Zelenograd 124498, Russia; Secondary
sanctions risk: this person is designated for
operating or having operated in a sector of the
Russian Federation economy determined to
support Russia's military-industrial base
pursuant to section 11 of Executive Order
14024, as amended by Executive Order 14114.;
Tax ID No. 5044115015 (Russia); Registration
Number 1195007003212 (Russia) [RUSSIA-
EO14024].

FRIDMAN, Mikhail Maratovich (Cyrillic:
ФРИДМАН, Михаил Маратович), London,
United Kingdom; Moscow, Russia; DOB 21 Apr
1964; POB Lviv, Ukraine; nationality Russia; alt.
nationality Israel; Gender Male; Tax ID No.
1601172932 (Russia) (individual) [RUSSIA-
EO14024].

FRIENDS OF THE JEWISH IDEA YESHIVA
(a.k.a. AMERICAN FRIENDS OF THE UNITED
YESHIVA; a.k.a. AMERICAN FRIENDS OF
YESHIVAT RAV MEIR; a.k.a. COMMITTEE
FOR THE SAFETY OF THE ROADS; a.k.a.
DIKUY BOGDIM; a.k.a. DOV; a.k.a.
FOREFRONT OF THE IDEA; a.k.a. JEWISH
IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a.
JUDEA POLICE; a.k.a. JUDEAN CONGRESS;
a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE
CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE
TZADAK; a.k.a. KAHANE.ORG; a.k.a.
KAHANETZADAK.COM; a.k.a. KFAR TAPUAH
FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH;
a.k.a. NEW KACH MOVEMENT; a.k.a.
NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a.
REPRESSION OF TRAITORS; a.k.a. STATE
OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a.
THE COMMITTEE AGAINST RACISM AND
DISCRIMINATION; a.k.a. THE HATIKVA
JEWISH IDENTITY CENTER; a.k.a. THE
INTERNATIONAL KAHANE MOVEMENT;
a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE
JUDEAN LEGION; a.k.a. THE JUDEAN VOICE;
a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a.
THE RABBI MEIR DAVID KAHANE
MEMORIAL FUND; a.k.a. THE VOICE OF
JUDEA; a.k.a. THE WAY OF THE TORAH;
a.k.a. THE YESHIVA OF THE JEWISH IDEA;
a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD")
[SDGT].

FRIGORIFICO CHAJHA S.A.E. (Latin:
FRIGORÍFICO CHAJHA S.A.E.), Carretera
Ruta 9 Dr. Carlos Antonio Lopez, Km 26.5, Villa
Hayes, Presidente Hayes, Paraguay;
Organization Established Date 10 Jun 2020;
Paraguayan tax identification number
80112472-7 (Paraguay) [GLOMAG].

FROLOV, Aleksey Andreevich (a.k.a.
ALEXANDROV, Aleksey Alexandrovich; a.k.a.
ALEXANDROV, Alexey (Cyrillic:
АЛЕКСАНДРОВ, Алексей); a.k.a.
ALEXANDROV, Alexey Alexandrovich (Cyrillic:
АЛЕКСАНДРОВ, Алексей Александрович);
a.k.a. FROLOV, Alexey (Cyrillic: ФРОЛОВ,
Алексей)), Moscow, Russia; DOB 16 Jun 1981;
alt. DOB 16 Jun 1980; nationality Russia;

Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

FROLOV, Alexey (Cyrillic: ФРОЛОВ, Алексей) (a.k.a. ALEXANDROV, Aleksey Alexandrovich; a.k.a. ALEXANDROV, Alexey (Cyrillic: АЛЕКСАНДРОВ, Алексей); a.k.a. ALEXANDROV, Alexey Alexandrovich (Cyrillic: АЛЕКСАНДРОВ, Алексей Александрович); a.k.a. FROLOV, Aleksey Andreevich), Moscow, Russia; DOB 16 Jun 1981; alt. DOB 16 Jun 1980; nationality Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

FROLOVA, Tamara Ivanovna (Cyrillic: ФРОЛОВА, Тамара Ивановна), Russia; DOB 02 Nov 1959; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

FRONT FOR ALBANIAN NATIONAL UNITY (a.k.a. FBKSH) [BALKANS].

FRONT FOR THE CONQUEST OF SYRIA (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN

LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

FRONT FOR THE LIBERATION OF THE LEVANT (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

FROSCH, Daniel; DOB 26 Apr 1982; POB Austria; citizen Austria; Additional Sanctions Information - Subject to Secondary Sanctions; Passport LO798512 (Austria) (individual) [NPWMD] [IFSR].

FRUIT ECO D.O.O. (a.k.a. DRUSTVO SA OGRANICENOM ODGOVORNOSCU ZA PROIZVODNJU I PROMET VOCA I POVRCA FRUIT ECO D.O.O. GORNJI PODGRADCI, GRADISKA; a.k.a. FRUIT ECO D.O.O. GRADISKA), Gornji Podgradci BB, Gradiska 78400, Bosnia and Herzegovina; Tax ID No. 4402717080004 (Bosnia and Herzegovina); Business Registration Number 1-16289-00 (Bosnia and Herzegovina) [BALKANS-EO14033] (Linked To: DODIK, Igor).

FRUIT ECO D.O.O. GRADISKA (a.k.a. DRUSTVO SA OGRANICENOM ODGOVORNOSCU ZA PROIZVODNJU I PROMET VOCA I POVRCA FRUIT ECO D.O.O. GORNJI PODGRADCI, GRADISKA; a.k.a. FRUIT ECO D.O.O.), Gornji Podgradci BB, Gradiska 78400, Bosnia and Herzegovina; Tax ID No. 4402717080004 (Bosnia and Herzegovina); Business Registration Number 1-16289-00 (Bosnia and Herzegovina) [BALKANS-EO14033] (Linked To: DODIK, Igor).

FRUIT PLUS MALDIVES PVT LTD (a.k.a. "FRUIT PLUS"), Double Eight, Buruzu Magu, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Jan 2018; Organization Type: Wholesale of food, beverages and tobacco; Registration Number C-0115/2018 (Maldives); Permit Number IG0218T102018 (Maldives) issued 11 Feb 2018 [SDGT] (Linked To: AFRAAH, Ahmed).

FRUIT, Joseba Inaki Reta (a.k.a. DE FRUTOS, Jose Ignacio Reta; a.k.a. DE FRUTOS, Joseba Inaki Reta); DOB 03 Jul 1959; POB Elorrio, Vizcaya, Spain; nationality Spain; National ID No. 72.253.056 (Spain); Member of the Basque Fatherland and Liberty (ETA) and is a fugitive (individual) [SDGT].

FRUMINETI INVESTMENTS LTD., Logothetou, 1, Germasogeia, Limassol 4043, Cyprus; Registration ID HE 291043 [SYRIA].

FRUZANDAH, Ahmad (a.k.a. FAYRUZI, Ahmad; a.k.a. FOROOZANDEH, Ahmad; a.k.a. FORUZANDEH, Ahmad; a.k.a. FORUZANDEH, Ahmed; a.k.a. "ABU AHMAD ISHAB"; a.k.a. "ABU SHAHAB"; a.k.a. "JAFARI"), Qods Force Central Headquarters, Former U.S. Embassy Compound, Tehran, Iran; DOB circa 1960; alt.

DOB 1957; alt. DOB circa 1955; alt. DOB circa 1958; alt. DOB circa 1959; alt. DOB circa 1961; alt. DOB circa 1962; alt. DOB circa 1963; POB Kermanshah, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Brigadier General, Commanding Officer of the Iranian Islamic Revolutionary Guard Corps-Qods Force Ramazan Corps; Deputy Commander of the Ramazan Headquarters; Chief of Staff of the Iraq Crisis Staff (individual) [SDGT] [IRAQ3] [IRGC].

FSB CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ФСБ) (a.k.a. CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ); a.k.a. CRIMINALISTICS INSTITUTE OF THE CENTER FOR SPECIAL TECHNOLOGY OF THE FSB OF RUSSIA (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ЦЕНТРА СПЕЦИАЛЬНОЙ ТЕХНИКИ ФСБ РОССИИ); a.k.a. FSB SPECIAL TECHNOLOGY CENTER'S INSTITUTE OF CRIMINOLOGY; a.k.a. INSTITUT KRIMINALISTIKI; a.k.a. MILITARY UNIT 34435; a.k.a. RESEARCH INSTITUTE - 2; a.k.a. "NII-2"), Akademika Vargi Street 2, Moscow, Russia [NPWMD].

FSB SPECIAL TECHNOLOGY CENTER'S INSTITUTE OF CRIMINOLOGY (a.k.a. CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ); a.k.a. CRIMINALISTICS INSTITUTE OF THE CENTER FOR SPECIAL TECHNOLOGY OF THE FSB OF RUSSIA (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ЦЕНТРА СПЕЦИАЛЬНОЙ ТЕХНИКИ ФСБ РОССИИ); a.k.a. FSB CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ФСБ); a.k.a. INSTITUT KRIMINALISTIKI; a.k.a. MILITARY UNIT 34435; a.k.a. RESEARCH INSTITUTE - 2; a.k.a. "NII-2"), Akademika Vargi Street 2, Moscow, Russia [NPWMD].

FSI FSC SRISA RAS (a.k.a. FEDERAL STATE INSTITUTION FEDERAL SCIENTIFIC CENTER SCIENTIFIC RESEARCH INSTITUTE FOR SYSTEM ANALYSIS OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE UCHREZHDENIE FEDERALNYY NAUCHNYY TSENTR NAUCHNO-ISSLEDOVATELSKIY INSTITUT SISTEMNYKH ISSLEDOVANIY ROSSIYSKOY AKADEMII NAUK; a.k.a. FGU FNTS NIISI RAN; a.k.a. SCIENTIFIC RESEARCH INSTITUTE OF SYSTEM ANALYSIS, RUSSIAN ACADEMIC OF SCIENCES), Nakhimovsky Prospect, 36,

Building 1, Moscow 117218, Russia; Tax ID No. 7727086772 (Russia); Registration Number 1027700384909 (Russia) [RUSSIA-EO14024].

FSUE ATOMFLOT (Cyrillic: ФГУП АТОМФЛОТ) (a.k.a. FEDERAL STATE UNITARY ENTERPRISE ATOMFLOT), 1 Ter. Murmansk-17, Murmansk 183038, Russia; Tax ID No. 5192110268 (Russia); Registration Number 1025100864117 (Russia) [RUSSIA-EO14024].

FSUE CRISM PROMETEY (a.k.a. FEDERAL STATE UNITARY ENTERPRISE CENTRAL RESEARCH INSTITUTE OF STRUCTURAL MATERIALS PROMETEY NAMED BY I.V. GORYNIN OF NATIONAL RESEARCH CENTER KURCHATOV INSTITUTE; a.k.a. NRC KURCHATOV INSTITUTE CRISM PROMETEY), 49 Shpalernaya str., Saint Petersburg 191015, Russia; st. 120th Gatchina Division, 12, Gatchina, Leningrad Region, Russia; Tax ID No. 7815021340 (Russia) [RUSSIA-EO14024].

FSUE FCDT SOYUZ (a.k.a. FEDERAL CENTER FOR DUAL USE TECHNOLOGIES SOYUZ; a.k.a. FEDERAL STATE UNITARY ENTERPRISE FEDERAL CENTER OF DUAL TECHNOLOGIES SOYUZ (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ФЕДЕРАЛЬНЫЙ ЦЕНТР ДВОЙНЫХ ТЕХНОЛОГИЙ СОЮЗ); a.k.a. FEDERAL STATE UNITARY ENTERPRISE FTSDT SOYUZ), 42 Zhukov Academy St., Dzerzhinskiy, Moscow Region 140090, Russia; Tax ID No. 5027030450 (Russia); Registration Number 1025007270375 (Russia) [RUSSIA-EO14024].

FSUE NAMI (Cyrillic: ФГУП НАМИ) (a.k.a. FEDERAL STATE UNITARY ENTERPRISE CENTRAL ORDER OF THE RED BANNER SCIENTIFIC RESEARCH AUTOMOBILE AND AUTOMOTIVE ENGINES INSTITUTE NAMI (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ЦЕНТРАЛЬНЫЙ ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ АВТОМОБИЛЬНЫЙ И АВТОМОТОРНЫЙ ИНСТИТУТ НАМИ)), 2 Avtomotornaya Street, Moscow 125438, Russia; Tax ID No. 7711000924 (Russia); Registration Number 1027739228406 (Russia) [RUSSIA-EO14024].

FSUE NPP GAMMA (a.k.a. FEDERAL STATE UNITARY ENTERPRISE SCIENTIFIC AND PRODUCTION ENTERPRISE GAMMA (Cyrillic: ФЕДЕРАЛЬНОЕ ГОСУДАРСТВЕННОЕ

УНИТАРНОЕ ПРЕДПРИЯТИЕ НАУЧНО-ПРОИЗВОДСТВЕННОЕ ПРЕДПРИЯТИЕ ГАММА); a.k.a. FGUP NPP GAMMA (Cyrillic: ФГУП НПП ГАММА); a.k.a. NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE GAMMA), Ul. Profsoyuznaya D. 78, Str. 4, Moscow 117393, Russia; Organization Established Date 30 Aug 1991; Tax ID No. 7728044373 (Russia); Registration Number 1027739443830 (Russia) [RUSSIA-EO14024].

FSUE SRPE BAZALT (a.k.a. AO NPO BAZALT; a.k.a. FEDERAL STATE UNITARY ENTERPRISE STATE RESEARCH AND PRODUCTION ENTERPRISE BAZALT; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION BAZALT), 32 Velyaminovskaya, Moscow 105318, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7719830028 (Russia); Registration Number 1127747209501 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

FSUE SZ 'MORYE' (a.k.a. FEDERAL STATE UNITARY ENTERPRISE SZ MORYE; a.k.a. FEDERAL SUE SHIPYARD 'MORYE'; a.k.a. MORYE SHIPYARD; a.k.a. "MORE SHIPYARD"), 1 Desantnikov Street, Feodosia, Crimea 98176, Ukraine; Website http://moreship.ru/; Email Address office@moreship.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

FTIAN NAMED AFTER K. A. VALIEVA RAN (a.k.a. FEDERAL STATE FINANCED INSTITUTION OF SCIENCE PHYSICS AND TECHNOLOGY INSTITUTE NAMED AFTER K. A. VALIEVA OF THE RUSSIAN FEDERATION ACADEMY OF SCIENCES; a.k.a. K.A. VALIEV PHYSICO-TECHNOLOGICAL INSTITUTE RAS; a.k.a. VALIEV INSTITUTE OF PHYSICS AND TECHNOLOGY OF RUSSIAN ACADEMY OF SCIENCES; a.k.a. VALIEV IPT RAS), 34 Nakhimovsky Ave, Moscow 117218, Russia; Organization Established Date 16 Feb 1994; Tax ID No. 7727084140 (Russia); Registration Number 1037739352155 (Russia) [RUSSIA-EO14024].

FU'ANI, Lu'ay, Syria; DOB 02 Apr 1972; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA - EJERCITO DEL PUEBLO (a.k.a. FARC-EP; a.k.a. REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY; a.k.a. "FARC DISSIDENTS FARC-EP"; a.k.a. "FARC-D FARC-EP"; a.k.a. "GAO-R FARC-EP"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL FARC-EP"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP FARC-EP"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS FARC-EP"), Colombia; Venezuela [FTO] [SDGT].

FUJIAN HEYUE MARINE FISHING DEVELOPMENT CO., LTD. (Chinese Simplified: 福建和悦海洋渔业发展有限公司), Room G433, 4th Floor, Science and Technology Development Center Building, No. 83 Junzhu Road, Mawei District, Fuzhou, China; Organization Established Date 27 Jan 2015; Organization Type: Activities of holding companies; Unified Social Credit Code (USCC) 91350100315701303B (China) [GLOMAG] (Linked To: PINGTAN GUANSHENG OCEAN FISHING CO., LTD.).

FUJIAN NANAN IMPORT & EXPORT COMPANY (a.k.a. FUJIAN NAN'AN IMPORT AND EXPORT COMPANY; a.k.a. FUJIAN NANAN IMPORT AND EXPORT CORPORATION (Chinese Simplified: 福建南安市进出口公司)), No. 198 Xinhua Street, Ximei Nanan City, Fujian 362300, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Code 259861969 (China); Business Registration Number 350583100010710 (China); Unified Social Credit Code (USCC) 9135058325861969M (China) [DPRK3] (Linked To: SEK STUDIO).

FUJIAN NAN'AN IMPORT AND EXPORT COMPANY (a.k.a. FUJIAN NANAN IMPORT & EXPORT COMPANY; a.k.a. FUJIAN NANAN IMPORT AND EXPORT CORPORATION (Chinese Simplified: 福建南安市进出口公司)), No. 198 Xinhua Street, Ximei Nanan City, Fujian 362300, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By

U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Code 259861969 (China); Business Registration Number 350583100010710 (China); Unified Social Credit Code (USCC) 9135058325861969M (China) [DPRK3] (Linked To: SEK STUDIO).

FUJIAN NANAN IMPORT AND EXPORT CORPORATION (Chinese Simplified: 福建南安市进出口公司) (a.k.a. FUJIAN NANAN IMPORT & EXPORT COMPANY; a.k.a. FUJIAN NAN'AN IMPORT AND EXPORT COMPANY), No. 198 Xinhua Street, Ximei Nanan City, Fujian 362300, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Code 259861969 (China); Business Registration Number 350583100010710 (China); Unified Social Credit Code (USCC) 9135058325861969M (China) [DPRK3] (Linked To: SEK STUDIO).

FUJIAN PINGTAN COUNTY OCEAN (a.k.a. FUJIAN PINGTAN COUNTY OCEAN FISHERY GROUP CO LTD; a.k.a. FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD. (Chinese Simplified: 福建省平潭县远洋渔业集团有限公司); a.k.a. PINGTAN FISHING), Room 2-25A, Building 1#, No. 27, Huli Road, Mawei District, Fujian, Fuzhou 350015, China; Organization Established Date 27 Feb 1998; Identification Number IMO 4235151; Unified Social Credit Code (USCC) 913501057051504472 (China) [GLOMAG] (Linked To: FUJIAN HEYUE MARINE FISHING DEVELOPMENT CO., LTD.).

FUJIAN PINGTAN COUNTY OCEAN FISHERY GROUP CO LTD (a.k.a. FUJIAN PINGTAN COUNTY OCEAN; a.k.a. FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD. (Chinese Simplified: 福建省平潭县远洋渔业集团有限公司); a.k.a. PINGTAN FISHING), Room 2-25A, Building 1#, No. 27, Huli Road, Mawei District, Fujian, Fuzhou 350015, China; Organization Established Date 27 Feb 1998; Identification Number IMO 4235151; Unified Social Credit Code (USCC) 913501057051504472 (China) [GLOMAG] (Linked To: FUJIAN HEYUE MARINE FISHING DEVELOPMENT CO., LTD.).

FUJIAN PROVINCIAL PINGTAN COUNTY OCEAN FISHING GROUP CO., LTD. (Chinese Simplified: 福建省平潭县远洋渔业集团有限公司) (a.k.a. FUJIAN PINGTAN COUNTY OCEAN; a.k.a. FUJIAN PINGTAN COUNTY OCEAN FISHERY GROUP CO LTD; a.k.a. PINGTAN FISHING), Room 2-25A, Building 1#, No. 27, Huli Road, Mawei District, Fujian, Fuzhou 350015, China; Organization Established Date 27 Feb 1998; Identification Number IMO 4235151; Unified Social Credit Code (USCC) 913501057051504472 (China) [GLOMAG] (Linked To: FUJIAN HEYUE MARINE FISHING DEVELOPMENT CO., LTD.).

FUJIE PETROCHEMICAL ZHOUSHAN CO., LTD. (a.k.a. "FUJIE PETROCHEM"), 304-15, Ganghang Building, Shengsixian Maji Shangang District, Zhoushan, Zhejiang, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 330935000003013 (China) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

FUKUDA, Hareaki, c/o 6-4-21 Akasaka, Minato-ku, Tokyo, Japan; DOB 1943 to 1944 (individual) [TCO] (Linked To: SUMIYOSHI-KAI).

FULMEN COMPANY (a.k.a. FULMEN GROUP), 167, Darya Blvd, Saadat Abad, 1466983565, Iran; No. 167 Darya Blvd, Sharak Ghods, Tehran, Iran; P.O. Box 19395/1371, Tehran, Iran; No 57, Lida St, Valiassr Ave, 19697, Tehran, Iran; No. 57, Lida St, After Vanak Sq, Vali-e Asr Ave, 19697, Tehran, Iran; Sadat Abad, Shahra Qod (Shahrak Gharb), Darya Ave, 19697, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FULMEN GROUP (a.k.a. FULMEN COMPANY), 167, Darya Blvd, Saadat Abad, 1466983565, Iran; No. 167 Darya Blvd, Sharak Ghods, Tehran, Iran; P.O. Box 19395/1371, Tehran, Iran; No 57, Lida St, Valiassr Ave, 19697, Tehran, Iran; No. 57, Lida St, After Vanak Sq, Vali-e Asr Ave, 19697, Tehran, Iran; Sadat Abad, Shahra Qod (Shahrak Gharb), Darya Ave, 19697, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

FUND FOR DEVELOPMENT OF ENERGY COMPLEX ENERGY (a.k.a. FOND ENERGIA; a.k.a. FOUNDATION FACILITATION OF THE STRATEGIC DEVELOPMENT OF THE FUEL AND ENERGY COMPLEX ENERGY; a.k.a.

"FUND ENERGY"), Ul. 1-YA Frunzenskaya D. 6, Moscow 119146, Russia; Organization Established Date 28 May 2008; Tax ID No. 7704274995 (Russia); Registration Number 1087799025269 (Russia) [RUSSIA-EO14024].

FUND FOR NON-BANKING TECHNOLOGIES LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY PSB-FOREKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПСБ-ФОРЕКС); a.k.a. PSB-FOREKS LLC; a.k.a. PSB-FOREKS OOO; a.k.a. "FNBT LLC" (Cyrillic: "ООО ФНБТ")), D. 7, Str. 8, Pom. III Kom. N1 Etazh 2, Naberezhnaya Derbenevskaya, Moscow 115114, Russia; Organization Established Date 11 Jul 2016; Tax ID No. 7725323192 (Russia); Registration Number 1167746652193 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

FUND FOR THE DEVELOPMENT OF WEAPONS TECHNOLOGIES AND PRODUCTION LOBAEV FOUNDATION (Cyrillic: ФОНД РАЗВИТИЯ ОРУЖЕЙНЫХ ТЕХНОЛОГИЙ И ПРОИЗВОДСТВ ФОНД ЛОБАЕВА) (a.k.a. PRIVATE CHARITABLE FOUNDATION FOR THE DEVELOPMENT OF WEAPONS AND PRODUCTION TECHNOLOGIES LOBAEV CHARITABLE FOUNDATION), Office 1, Building 1, 61 Lenin Street, Tarusa 249100, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4000000400 (Russia); Registration Number 1234000002521 (Russia) [RUSSIA-EO14024].

FUNDACION ISSARA, Avenida Samuel Lewis y Calle Santa Rita, Edificio Plaza Obarrio, Piso 3, Oficina 308, Panama City, Panama; RUC # 1333398-1-28957 (Panama) [SDNTK].

FUNDACION PARA LA PAZ DE CORDOBA (a.k.a. FUNDACION POR LA PAS DE CORDOBA; a.k.a. FUNPAZCOR; a.k.a. FUNDAZCOR), Carrera 6 No. 29-12, Monteria, Cordoba, Colombia; NIT # 830054536-9 (Colombia) [SDNTK].

FUNDACION POR LA PAS DE CORDOBA (a.k.a. FUNDACION PARA LA PAZ DE CORDOBA; a.k.a. FUNDAZCOR; a.k.a. FUNPAZCOR), Carrera 6 No. 29-12, Monteria,

Cordoba, Colombia; NIT # 830054536-9 (Colombia) [SDNTK].

FUNDACION VENEDIG, Panama City, Panama; Identification Number 36102 (Panama) [VENEZUELA-EO13850].

FUNDAZCOR (a.k.a. FUNDACION PARA LA PAZ DE CORDOBA; a.k.a. FUNDACION POR LA PAS DE CORDOBA; a.k.a. FUNPAZCOR), Carrera 6 No. 29-12, Monteria, Cordoba, Colombia; NIT # 830054536-9 (Colombia) [SDNTK].

FUNPAZCOR (a.k.a. FUNDACION PARA LA PAZ DE CORDOBA; a.k.a. FUNDACION POR LA PAS DE CORDOBA; a.k.a. FUNDAZCOR), Carrera 6 No. 29-12, Monteria, Cordoba, Colombia; NIT # 830054536-9 (Colombia) [SDNTK].

FUNSAGA PTE LTD., 111 North Bridge Road, #08-18, Peninsula Plaza, 179098, Singapore; Peninsular Plaza, 111 North Bridge Road, #08-11, 179098, Singapore; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 30 Oct 2018; Identification Number 201836948N (Singapore) [DPRK3] (Linked To: SEK STUDIO).

FURAHA CONSTRUCTION PVT LTD, Garden Villa, Feydhoo 19040, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Mar 2015; Registration Number C-0282/2015 (Maldives) [SDGT] (Linked To: AGLEEL, Ahmed).

FURSENKO, Andrei (a.k.a. FURSENKO, Andrei Alexandrovich; a.k.a. FURSENKO, Andrey); DOB 17 Jul 1949; POB St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Aide to the President of the Russian Federation (individual) [UKRAINE-EO13661].

FURSENKO, Andrei Alexandrovich (a.k.a. FURSENKO, Andrei; a.k.a. FURSENKO, Andrey); DOB 17 Jul 1949; POB St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Aide to the President of the Russian Federation (individual) [UKRAINE-EO13661].

FURSENKO, Andrey (a.k.a. FURSENKO, Andrei; a.k.a. FURSENKO, Andrei Alexandrovich); DOB 17 Jul 1949; POB St. Petersburg, Russia;

Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Aide to the President of the Russian Federation (individual) [UKRAINE-EO13661].

FURSENKO, Sergei (a.k.a. FURSENKO, Sergey; a.k.a. FURSENKO, Sergey Aleksandrovich); DOB 11 Mar 1954; POB Saint-Petersburg (F.K.A. Leningrad), Russian Federation; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

FURSENKO, Sergey (a.k.a. FURSENKO, Sergei; a.k.a. FURSENKO, Sergey Aleksandrovich); DOB 11 Mar 1954; POB Saint-Petersburg (F.K.A. Leningrad), Russian Federation; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

FURSENKO, Sergey Aleksandrovich (a.k.a. FURSENKO, Sergei; a.k.a. FURSENKO, Sergey); DOB 11 Mar 1954; POB Saint-Petersburg (F.K.A. Leningrad), Russian Federation; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

FURUNDZIJA, Anto; DOB 08 Jul 1969; POB Travnik, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

FUSCO, Fabio (a.k.a. AL-AMDOUNI, Mehrez Ben Mahmoud Ben Sassi; a.k.a. AMDOUNI, Meherez ben Ahdoud ben; a.k.a. AMDOUNI, Mehrez; a.k.a. AMDOUNI, Mehrez ben Tah; a.k.a. HAMDOUNI, Meherez; a.k.a. HASSAN, Mohamed; a.k.a. "ABU THALE"); DOB 18 Dec 1969; alt. DOB 25 May 1968; alt. DOB 18 Dec 1968; alt. DOB 14 Jul 1969; POB Tunis, Tunisia; alt. POB Naples, Italy; alt. POB Algeria; nationality Tunisia; Passport G737411 (Tunisia) issued 24 Oct 1990 expires 20 Sep 1997; alt. Passport 0801888 (Bosnia and Herzegovina) (individual) [SDGT].

FUSION PIZZA & PARRILLA (a.k.a. AMG RICAS PIZZA; a.k.a. RICA'S PIZZA), Carrera 45 No. 24A-05, Bogota, Colombia; Matricula Mercantil No 1323961 (Colombia) [SDNTK].

FUSTAR, Dusan; DOB 29 Jun 1954; POB Prijedor, Bosnia-Herzegovina; ICTY indictee in custody (individual) [BALKANS].

FUTOYI, Alfred (a.k.a. FATIYO, Alfred; a.k.a. FUTUYO, Alfred; a.k.a. KARABA, Alfred

Fatuyo; a.k.a. KARABA, Alfred Futuyo), Yambio, Western Equatoria, South Sudan; DOB 1971 to 1973; POB Sudan; Gender Male (individual) [SOUTH SUDAN].

FUTURE AGE SHIPPING LIMITED (a.k.a. FUTURE AGE SHIPPING LTD.), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

FUTURE AGE SHIPPING LTD. (a.k.a. FUTURE AGE SHIPPING LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

FUTURE BANK (a.k.a. FUTURE BANK B.S.C.; a.k.a. FUTUREBANK), Building 2577, Road 2833, Block Al-Seef 428, PO Box 785, Manama, Bahrain; Website www.futurebank.com.bh; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [IRAN] [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

FUTURE BANK B.S.C. (a.k.a. FUTURE BANK; a.k.a. FUTUREBANK), Building 2577, Road 2833, Block Al-Seef 428, PO Box 785, Manama, Bahrain; Website www.futurebank.com.bh; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [IRAN] [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

FUTURE ENERGY TRADING L.L.C (Arabic: فيوتشر لتجارة الطاقة ش.ذ.م.م), Bur Dubai, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 04 Nov 2021; Business Registration Number 1000007 (United Arab Emirates); Economic Register Number (CBLS) 11776799 (United Arab Emirates) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

FUTURE GATE FUEL AND PETROCHEMICAL TRADING L.L.C. (Arabic: فيوتشر جيت لتجارة الوقود والبتروكيماويات ش.ذ.م.م), Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 17 Mar 2020; Commercial Registry Number 11510153 (United Arab Emirates); License 885714 (United Arab Emirates) [IRAN-

EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

FUTUREBANK (a.k.a. FUTURE BANK; a.k.a. FUTURE BANK B.S.C.), Building 2577, Road 2833, Block Al-Seef 428, PO Box 785, Manama, Bahrain; Website www.futurebank.com.bh; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [IRAN] [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

FUTURIS FZE, SAIF Office, P8-08-37, PO Box 122788, Sharjah, United Arab Emirates; License 14541 (United Arab Emirates); Economic Register Number (CBLS) 11613852 (United Arab Emirates) [RUSSIA-EO14024].

FUTUYO, Alfred (a.k.a. FATIYO, Alfred; a.k.a. FUTOYI, Alfred; a.k.a. KARABA, Alfred Fatuyo; a.k.a. KARABA, Alfred Futuyo), Yambio, Western Equatoria, South Sudan; DOB 1971 to 1973; POB Sudan; Gender Male (individual) [SOUTH SUDAN].

FUZHOU HONG LONG OCEAN FISHERY CO. LTD. (a.k.a. FUZHOU HONGLONG OCEAN FISHING; a.k.a. FUZHOU HONGLONG OCEAN FISHING CO., LTD. (Chinese Simplified: 福州宏龙海洋水产有限公司)), Room 427, 4th Floor, Industrial Plant, Building No. 2, No. 2 Changtian Industry Park, Changsheng Road, Chang'an Investment Zone, Fuzhou Development Zone, Fujian, China; Identification Number IMO 5195011; Unified Social Credit Code (USCC) 91350100628538981P (China) [GLOMAG] (Linked To: PINGTAN MARINE ENTERPRISE LTD.).

FUZHOU HONGLONG OCEAN FISHING (a.k.a. FUZHOU HONG LONG OCEAN FISHERY CO. LTD.; a.k.a. FUZHOU HONGLONG OCEAN FISHING CO., LTD. (Chinese Simplified: 福州宏龙海洋水产有限公司)), Room 427, 4th Floor, Industrial Plant, Building No. 2, No. 2 Changtian Industry Park, Changsheng Road, Chang'an Investment Zone, Fuzhou Development Zone, Fujian, China; Identification Number IMO 5195011; Unified Social Credit Code (USCC) 91350100628538981P (China) [GLOMAG] (Linked To: PINGTAN MARINE ENTERPRISE LTD.).

FUZHOU HONGLONG OCEAN FISHING CO., LTD. (Chinese Simplified: 福州宏龙海洋水产有限公司) (a.k.a. FUZHOU HONG LONG OCEAN FISHERY CO. LTD.; a.k.a. FUZHOU HONGLONG OCEAN FISHING), Room 427, 4th Floor, Industrial Plant, Building No. 2, No. 2 Changtian Industry Park, Changsheng Road, Chang'an Investment

Zone, Fuzhou Development Zone, Fujian, China; Identification Number IMO 5195011; Unified Social Credit Code (USCC) 91350100628538981P (China) [GLOMAG] (Linked To: PINGTAN MARINE ENTERPRISE LTD.).

FY INTERNATIONAL TRADING CO., LIMITED (Chinese Traditional: 伊國際貿易有限公司), Add. Flat 2002C, 20F, Multifield Commercial Centre, 426 Shanghai Street, Mongkok, Kowloon, Hong Kong, China; Workshop 603F, Block A, East Sun Industrial Centre, No. 16 Shing Yip Street, Kowloon, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 11 Apr 2019; Company Number 2814827 (Hong Kong) [NPWMD] [IFSR] (Linked To: PISHTAZAN KAVOSH GOSTAR BOSHRA, LLC).

FYODOROV, Nikolai Vasilyevich (Cyrillic: ФЁДОРОВ, Николай Васильевич) (a.k.a. FYODOROV, Nikolay Vasilyevich), Russia; DOB 09 May 1958; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

FYODOROV, Nikolay Vasilyevich (a.k.a. FYODOROV, Nikolai Vasilyevich (Cyrillic: ФЁДОРОВ, Николай Васильевич)), Russia; DOB 09 May 1958; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

FYODOROV, Yevgeny Alekseevich (Cyrillic: ФЁДОРОВ, Евгений Алексеевич), Russia; DOB 11 May 1963; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

FYODOROV, Yury Viktorovich (a.k.a. FEDOROV, Yury Viktorovich (Cyrillic: ФЁДОРОВ, Юрий Викторович)), Russia; DOB 01 Jan 1972; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

G AND S DIAMOND FZE (Arabic: جى اند اس دايموند م م ح) (a.k.a. G&S DIAMOND FZE), Dubai Airport Free Zone Authority, Dubai, United Arab Emirates; P.O. Box 78426, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 2901 (United Arab Emirates); alt. Registration Number 1511

(United Arab Emirates) [SDGT] (Linked To: AHMAD, Nazem Said).

G Y G INTERNACIONAL S.A.S. (a.k.a. G&G INTERNACIONAL S.A.S.; a.k.a. SEBASTIANO), Calle 100 No. 17A-36, Ofc. 705, Bogota, Colombia; NIT # 9002981691 (Colombia); Matricula Mercantil No 1910782 (Colombia); alt. Matricula Mercantil No 1237153 (Colombia); alt. Matricula Mercantil No 1730043 (Colombia); alt. Matricula Mercantil No 1816081 (Colombia) [SDNTK].

G Y R ARQUITECTOS, S. DE R.L. DE C.V. (a.k.a. GR ARQUITECTOS), Kukulkan 4783, Col. Mirador del Sol, Zapopan, Jalisco, Mexico; Website www.grarquitectos.mx; Folio Mercantil No. 41884 (Mexico) [SDNTK].

G&G INTERNACIONAL S.A.S. (a.k.a. G Y G INTERNACIONAL S.A.S.; a.k.a. SEBASTIANO), Calle 100 No. 17A-36, Ofc. 705, Bogota, Colombia; NIT # 9002981691 (Colombia); Matricula Mercantil No 1910782 (Colombia); alt. Matricula Mercantil No 1237153 (Colombia); alt. Matricula Mercantil No 1730043 (Colombia); alt. Matricula Mercantil No 1816081 (Colombia) [SDNTK].

G&S DIAMOND FZE (a.k.a. G AND S DIAMOND FZE (Arabic: ‫ م م دايموند اس اند جي‬)), Dubai Airport Free Zone Authority, Dubai, United Arab Emirates; P.O. Box 78426, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 2901 (United Arab Emirates); alt. Registration Number 1511 (United Arab Emirates) [SDGT] (Linked To: AHMAD, Nazem Said).

GABAANE, Maxamed Dauud (a.k.a. QAAWANE, Maxamed Daud; a.k.a. "DAUD, Mahamud"; a.k.a. "DAUD, Maxamed"), Lower Shabelle, Somalia; DOB 1965; alt. DOB 1966; alt. DOB 1967; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

GACANIN, Edin (a.k.a. "Tito"), Bosnia and Herzegovina; Dubai, United Arab Emirates; Netherlands; DOB 12 Oct 1982; POB Bosnia and Herzegovina; nationality Bosnia and Herzegovina; alt. nationality Netherlands; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

GACHSARAN PETROCHEMICAL COMPANY (a.k.a. GACHSARAN POLYMER INDUSTRIES), Shahid Vahid Dastgerdi Street, Naseri St., Kian St. 11th Floor Unit 3, Tehran,

Iran; Website http://www.gpetroc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] (Linked To: IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY).

GACHSARAN POLYMER INDUSTRIES (a.k.a. GACHSARAN PETROCHEMICAL COMPANY), Shahid Vahid Dastgerdi Street, Naseri St., Kian St. 11th Floor Unit 3, Tehran, Iran; Website http://www.gpetroc.ir; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] (Linked To: IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY).

GADDAFI INTERNATIONAL CHARITY AND DEVELOPMENT FOUNDATION (a.k.a. GADDAFI INTERNATIONAL FOUNDATION FOR CHARITY ORGANISATIONS), Hay Elandadlus - Jian St, P.O. Box 1101, Tripoli, Libya; 22, Rue Henri-Mussard, Geneva 1208, Switzerland; Website www.gicdf.org; Email Address info@gicdf.org; Registration ID CH-660.0.699.004-7 (Switzerland); Telephone No. (218) (0)214778301; Telephone No. (022) 7363030; Fax No. (218) (0)214778766; Fax No. (022) 7363196 [LIBYA2].

GADDAFI INTERNATIONAL FOUNDATION FOR CHARITY ORGANISATIONS (a.k.a. GADDAFI INTERNATIONAL CHARITY AND DEVELOPMENT FOUNDATION), Hay Elandadlus - Jian St, P.O. Box 1101, Tripoli, Libya; 22, Rue Henri-Mussard, Geneva 1208, Switzerland; Website www.gicdf.org; Email Address info@gicdf.org; Registration ID CH-660.0.699.004-7 (Switzerland); Telephone No. (218) (0)214778301; Telephone No. (022) 7363030; Fax No. (218) (0)214778766; Fax No. (022) 7363196 [LIBYA2].

GADDAFI, Ayesha (a.k.a. AL-GADDAFI, Ayesha; a.k.a. AL-QADHAFI, Aisha; a.k.a. ELKADDAFI, Aisha; a.k.a. EL-QADDAFI, Aisha; a.k.a. GADHAFI, Aisha; a.k.a. GHADAFFI, Aisha; a.k.a. GHATHAFI, Aisha Muammer; a.k.a. QADDAFI, Aisha; a.k.a. QADHAFI, Aisha; a.k.a. QADHAFI, Aisha Muammar Muhammed Abu Minyar; a.k.a. QADHAFI, Ayesha), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt. Passport B/011641; alt. Passport 03824970 (Oman) issued 04 May 2014 expires 03 May 2024; National ID No. 98606612 (individual) [LIBYA2].

GADDAFI, Hannibal (a.k.a. AL-GADDAFI, Hannibal; a.k.a. AL-QADHAFI, Hannibal; a.k.a.

ELKADDAFI, Hannibal; a.k.a. EL-QADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal Muammar; a.k.a. GHADAFFI, Hannibal; a.k.a. GHATHAFI, Hannibal; a.k.a. QADDAFI, Hannibal; a.k.a. QADHAFI, Hannibal Muammar); DOB 20 Sep 1975; alt. DOB 1977; POB Tripoli, Libya; Passport B/002210 (Libya) (individual) [LIBYA2].

GADDAFI, Hannibal Muammar (a.k.a. AL-GADDAFI, Hannibal; a.k.a. AL-QADHAFI, Hannibal; a.k.a. ELKADDAFI, Hannibal; a.k.a. EL-QADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal; a.k.a. GHADAFFI, Hannibal; a.k.a. GHATHAFI, Hannibal; a.k.a. QADDAFI, Hannibal; a.k.a. QADHAFI, Hannibal Muammar); DOB 20 Sep 1975; alt. DOB 1977; POB Tripoli, Libya; Passport B/002210 (Libya) (individual) [LIBYA2].

GADDAFI, Khamis (a.k.a. AL-GADDAFI, Khamis; a.k.a. AL-QADHAFI; a.k.a. AL-QADHAFI, Khamis; a.k.a. ELKADDAFI, Khamis; a.k.a. EL-QADDAFI, Khamis; a.k.a. GADHAFI, Khamis; a.k.a. GHADAFFI, Khamis; a.k.a. GHATHAFI, Khamis; a.k.a. QADDAFI, Khamis; a.k.a. QADHAFI, Khamis); DOB 1980 (individual) [LIBYA2].

GADDAFI, Muammar (a.k.a. AL-GADDAFI, Muammar; a.k.a. AL-QADHAFI, Muammar; a.k.a. AL-QADHAFI, Muammar Abu Minyar; a.k.a. ELKADDAFI, Muammar; a.k.a. EL-QADDAFI, Muammar; a.k.a. GADDAFI, Mu'ammar; a.k.a. GADHAFI, Muammar; a.k.a. GHADAFFI, Muammar Muhammadi; a.k.a. GHATHAFI, Muammar; a.k.a. QADDAFI, Muammar; a.k.a. QADHAFI, Muammar); DOB 1942; POB Sirte, Libya (individual) [LIBYA2].

GADDAFI, Mu'ammar (a.k.a. AL-GADDAFI, Muammar; a.k.a. AL-QADHAFI, Muammar; a.k.a. AL-QADHAFI, Muammar Abu Minyar; a.k.a. ELKADDAFI, Muammar; a.k.a. EL-QADDAFI, Muammar; a.k.a. GADDAFI, Muammar; a.k.a. GADHAFI, Muammar; a.k.a. GHADAFFI, Muammar Muhammadi; a.k.a. GHATHAFI, Muammar; a.k.a. QADDAFI, Muammar; a.k.a. QADHAFI, Muammar); DOB 1942; POB Sirte, Libya (individual) [LIBYA2].

GADDAFI, Muhammad (a.k.a. AL-GADDAFI, Muhammad; a.k.a. AL-QADHAFI, Mohammed; a.k.a. ELKADDAFI, Muhammad; a.k.a. EL-QADDAFI, Muhammad; a.k.a. GADHAFFI, Mohammad Moammar; a.k.a. GADHAFI, Mohammed; a.k.a. GHATHAFI, Muhammad; a.k.a. QADDAFI, Muhammad; a.k.a. QADHAFI, Mohammed Muammar); DOB 1970; POB Tripoli, Libya (individual) [LIBYA2].

GADDAFI, Mutassim (a.k.a. AL-GADDAFI, Mutassim; a.k.a. AL-QADHAFI, Mutassim; a.k.a. ELKADDAFI, Mutassim; a.k.a. EL-QADDAFI, Mutassim; a.k.a. GADHAFI, Mutassim Billah; a.k.a. GHADAFFI, Mutassim; a.k.a. GHATHAFI, Mutassim; a.k.a. QADDAFI, Mutassim; a.k.a. QADHAFI, Mutassim); DOB 1975 (individual) [LIBYA2].

GADDAFI, Saadi (a.k.a. AL-GADDAFI, Saadi; a.k.a. AL-QADHAFI, Sa'adi Mu'ammar; a.k.a. ELKADDAFI, Saadi; a.k.a. EL-QADDAFI, Saadi; a.k.a. GADHAFI, Saadi; a.k.a. GHATHAFI, Saadi; a.k.a. QADDAFI, Saadi; a.k.a. QADHAFI, Saadi); DOB 27 May 1973; alt. DOB 25 May 1973; POB Tripoli, Libya; Passport 010433 (Libya); alt. Passport 014797 (Libya) (individual) [LIBYA2].

GADDAFI, Saif Al-Arab (a.k.a. AL-GADDAFI, Saif Al-Arab; a.k.a. AL-QADHAFI, Saif Al-Arab; a.k.a. ELKADDAFI, Saif Al-Arab; a.k.a. EL-QADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Seif Al-Arab; a.k.a. GADHAFI, Saif Al-Arab; a.k.a. GHATHAFI, Saif Al-Arab; a.k.a. QADDAFI, Saif Al-Arab; a.k.a. QADHAFI, Saif Al-Arab); DOB 1979; alt. DOB 1982; alt. DOB 1983; POB Tripoli, Libya (individual) [LIBYA2].

GADDAFI, Saif al-Islam (a.k.a. AL-GADDAFI, Saif al-Islam; a.k.a. AL-QADHAFI, Saif al-Islam; a.k.a. ELKADDAFI, Saif al-Islam; a.k.a. EL-QADDAFI, Seif al-Islam; a.k.a. GADHAFI, Saif al-Islam; a.k.a. GHADAFFI, Saif al-Islam; a.k.a. GHATHAFI, Saif al-Islam; a.k.a. QADDAFI, Saif al-Islam; a.k.a. QADHAFI, Saif al-Islam); DOB 25 Jun 1972; POB Tripoli, Libya (individual) [LIBYA2].

GADDAFI, Seif Al-Arab (a.k.a. AL-GADDAFI, Saif Al-Arab; a.k.a. AL-QADHAFI, Saif Al-Arab; a.k.a. ELKADDAFI, Saif Al-Arab; a.k.a. EL-QADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Saif Al-Arab; a.k.a. GADHAFI, Saif Al-Arab; a.k.a. GHATHAFI, Saif Al-Arab; a.k.a. QADDAFI, Saif Al-Arab; a.k.a. QADHAFI, Saif Al-Arab); DOB 1979; alt. DOB 1982; alt. DOB 1983; POB Tripoli, Libya (individual) [LIBYA2].

GADET, Peter (a.k.a. GATDET, Peter; a.k.a. YAAK, Peter Gadet; a.k.a. YAAK, Peter Gatdet; a.k.a. YAK, Peter Gadet; a.k.a. YAKA, Peter Gatdeet; a.k.a. YAKA, Peter Gatdet); DOB 1957 to 1959; POB Mayon County Unity State; alt. POB Mayan, Unity State; General (individual) [SOUTH SUDAN].

GADETSKI, Evgeni Yurevich (a.k.a. GADETSKII, Evgenii Yuryevich; a.k.a. GADETSKIY, Yevgeniy Yuryevich (Cyrillic: ГАДЕЦКИЙ, Евгений Юрьевич)), Russia; DOB 24 Oct 1978;

POB Russia; nationality Russia; Gender Male; Tax ID No. 482609144935 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SPETSINVESTSERVIS OOO).

GADETSKII, Evgenii Yuryevich (a.k.a. GADETSKI, Evgeni Yurevich; a.k.a. GADETSKIY, Yevgeniy Yuryevich (Cyrillic: ГАДЕЦКИЙ, Евгений Юрьевич)), Russia; DOB 24 Oct 1978; POB Russia; nationality Russia; Gender Male; Tax ID No. 482609144935 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SPETSINVESTSERVIS OOO).

GADETSKIY, Yevgeniy Yuryevich (Cyrillic: ГАДЕЦКИЙ, Евгений Юрьевич) (a.k.a. GADETSKI, Evgeni Yurevich; a.k.a. GADETSKII, Evgenii Yuryevich), Russia; DOB 24 Oct 1978; POB Russia; nationality Russia; Gender Male; Tax ID No. 482609144935 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SPETSINVESTSERVIS OOO).

GADHAFFI, Mohammad Moammar (a.k.a. AL-GADDAFI, Muhammad; a.k.a. AL-QADHAFI, Mohammed; a.k.a. ELKADDAFI, Muhammad; a.k.a. EL-QADDAFI, Muhammad; a.k.a. GADDAFI, Muhammad; a.k.a. GADHAFI, Mohammed; a.k.a. GHATHAFI, Muhammad; a.k.a. QADDAFI, Muhammad; a.k.a. QADHAFI, Mohammed Muammar); DOB 1970; POB Tripoli, Libya (individual) [LIBYA2].

GADHAFI, Aisha (a.k.a. AL-GADDAFI, Ayesha; a.k.a. AL-QADHAFI, Aisha; a.k.a. ELKADDAFI, Aisha; a.k.a. EL-QADDAFI, Aisha; a.k.a. GADDAFI, Ayesha; a.k.a. GHADAFFI, Aisha; a.k.a. GHATHAFI, Aisha; a.k.a. GHATHAFI, Aisha Muammer; a.k.a. QADDAFI, Aisha; a.k.a. QADHAFI, Aisha; a.k.a. QADHAFI, Aisha Muammar Muhammed Abu Minyar; a.k.a. QADHAFI, Ayesha), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt. Passport B/011641; alt. Passport 03824970 (Oman) issued 04 May 2014 expires 03 May 2024; National ID No. 98606612 (individual) [LIBYA2].

GADHAFI, Khamis (a.k.a. AL-GADDAFI, Khamis; a.k.a. AL-QADHAFI; a.k.a. AL-QADHAFI, Khamis; a.k.a. ELKADDAFI, Khamis; a.k.a. EL-QADDAFI, Khamis; a.k.a. GADDAFI, Khamis; a.k.a. GHADAFFI, Khamis; a.k.a. GHATHAFI, Khamis; a.k.a. QADDAFI, Khamis; a.k.a. QADHAFI, Khamis); DOB 1980 (individual) [LIBYA2].

GADHAFI, Mohammed (a.k.a. AL-GADDAFI, Muhammad; a.k.a. AL-QADHAFI, Mohammed;

a.k.a. ELKADDAFI, Muhammad; a.k.a. EL-QADDAFI, Muhammad; a.k.a. GADDAFI, Muhammad; a.k.a. GADHAFFI, Mohammad Moammar; a.k.a. GHATHAFI, Muhammad; a.k.a. QADDAFI, Muhammad; a.k.a. QADHAFI, Mohammed Muammar); DOB 1970; POB Tripoli, Libya (individual) [LIBYA2].

GADHAFI, Muammar (a.k.a. AL-GADDAFI, Muammar; a.k.a. AL-QADHAFI, Muammar; a.k.a. AL-QADHAFI, Muammar Abu Minyar; a.k.a. ELKADDAFI, Muammar; a.k.a. EL-QADDAFI, Muammar; a.k.a. GADDAFI, Mu'ammar; a.k.a. GADDAFI, Muammar; a.k.a. GHADAFFI, Muammar Muhammad; a.k.a. GHATHAFI, Muammar; a.k.a. QADDAFI, Muammar; a.k.a. QADHAFI, Muammar); DOB 1942; POB Sirte, Libya (individual) [LIBYA2].

GADHAFI, Mutassim Billah (a.k.a. AL-GADDAFI, Mutassim; a.k.a. AL-QADHAFI, Mutassim; a.k.a. ELKADDAFI, Mutassim; a.k.a. EL-QADDAFI, Mutassim; a.k.a. GADDAFI, Mutassim; a.k.a. GHADAFFI, Mutassim; a.k.a. GHATHAFI, Mutassim; a.k.a. QADDAFI, Mutassim; a.k.a. QADHAFI, Mutassim); DOB 1975 (individual) [LIBYA2].

GADHAFI, Saadi (a.k.a. AL-GADDAFI, Saadi; a.k.a. AL-QADHAFI, Sa'adi Mu'ammar; a.k.a. ELKADDAFI, Saadi; a.k.a. EL-QADDAFI, Saadi; a.k.a. GADDAFI, Saadi; a.k.a. GHATHAFI, Saadi; a.k.a. QADDAFI, Saadi; a.k.a. QADHAFI, Saadi); DOB 27 May 1973; alt. DOB 25 May 1973; POB Tripoli, Libya; Passport 010433 (Libya); alt. Passport 014797 (Libya) (individual) [LIBYA2].

GADHAFI, Saif Al-Arab (a.k.a. AL-GADDAFI, Saif Al-Arab; a.k.a. AL-QADHAFI, Saif Al-Arab; a.k.a. ELKADDAFI, Saif Al-Arab; a.k.a. EL-QADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Seif Al-Arab; a.k.a. GHATHAFI, Saif Al-Arab; a.k.a. QADDAFI, Saif Al-Arab; a.k.a. QADHAFI, Saif Al-Arab); DOB 1979; alt. DOB 1982; alt. DOB 1983; POB Tripoli, Libya (individual) [LIBYA2].

GADHAFI, Saif al-Islam (a.k.a. AL-GADDAFI, Saif al-Islam; a.k.a. AL-QADHAFI, Saif al-Islam; a.k.a. ELKADDAFI, Saif al-Islam; a.k.a. EL-QADDAFI, Seif al-Islam; a.k.a. GADDAFI, Saif al-Islam; a.k.a. GHADAFFI, Saif al-Islam; a.k.a. GHATHAFI, Saif al-Islam; a.k.a. QADDAFI, Saif al-Islam; a.k.a. QADHAFI, Saif al-Islam); DOB 25 Jun 1972; POB Tripoli, Libya (individual) [LIBYA2].

GADZHIEV, Nariman Gadzhievich (a.k.a. GADZHIYEV, Nariman Gadzhiyevich), Tannegg 1, St. Niklausen 6005, Switzerland; Dubai,

United Arab Emirates; DOB 31 May 1976; POB Derbent, Russia; nationality Russia; alt. nationality Saint Kitts and Nevis; Gender Male; Passport RE0032776 (Saint Kitts and Nevis) issued 19 Feb 2015 expires 18 Feb 2025 (individual) [RUSSIA-EO14024] (Linked To: KERIMOV, Suleiman Abusaidovich).

GADZHIYEV, Abdulkhakim Kutbudinovich (Cyrillic: ГАДЖИЕВ, Абдулхаким Кутбудинович), Russia; DOB 13 Feb 1966; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GADZHIYEV, Murad Stanislavovich (Cyrillic: ГАДЖИЕВ, Мурад Станиславович), Russia; DOB 31 Jul 1961; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GADZHIYEV, Nariman Gadzhiyevich (a.k.a. GADZHIEV, Nariman Gadzhievich), Tannegg 1, St. Niklausen 6005, Switzerland; Dubai, United Arab Emirates; DOB 31 May 1976; POB Derbent, Russia; nationality Russia; alt. nationality Saint Kitts and Nevis; Gender Male; Passport RE0032776 (Saint Kitts and Nevis) issued 19 Feb 2015 expires 18 Feb 2025 (individual) [RUSSIA-EO14024] (Linked To: KERIMOV, Suleiman Abusaidovich).

GADZHIYEV, Ruslan Gadzhiyevich (Cyrillic: ГАДЖИЕВ, Руслан Гаджиевич), Russia; DOB 29 Aug 1978; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GAESA (a.k.a. GRUPO DE ADMINISTRACION EMPRESARIAL S.A.; a.k.a. "GRUPO GAE"), Edificio de la Marina, Avenida Del Puerto Y Brapia, Havana, Cuba; Organization Established Date 28 Feb 1999; Organization Type: Activities of holding companies [CUBA].

GAEVOI, Aleksandr Andreevich (a.k.a. GAEVOY, Aleksandr; a.k.a. GAYEVOY, Aleksandr Andreyevich), Vladivostok, Russia; DOB 16 Jun 1986; POB Artem, Primorkiy Kray, Russia; nationality Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2] (Linked To: APOLLON OOO).

GAEVOY, Aleksandr (a.k.a. GAEVOI, Aleksandr Andreevich; a.k.a. GAYEVOY, Aleksandr Andreyevich), Vladivostok, Russia; DOB 16 Jun 1986; POB Artem, Primorkiy Kray, Russia; nationality Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2] (Linked To: APOLLON OOO).

GAFAR ZADA, Mehti (a.k.a. GAFAR ZADE, Mekhti Fikret; a.k.a. GAFAR ZADE, Mekhti Fikret Oglu; a.k.a. KAFAR ZADE, Mekhti Fikret Ogly; a.k.a. MEHTI, Gafar Zada), Moscow, Russia; DOB 30 Nov 1978; POB Azerbaijan; nationality Azerbaijan; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Passport C03895864 (Azerbaijan) issued 11 Apr 2022 expires 10 Apr 2032; National ID No. 0V9WV73 (Azerbaijan) (individual) [RUSSIA-EO14024].

GAFAR ZADE, Mekhti Fikret (a.k.a. GAFAR ZADA, Mehti; a.k.a. GAFAR ZADE, Mekhti Fikret Oglu; a.k.a. KAFAR ZADE, Mekhti Fikret Ogly; a.k.a. MEHTI, Gafar Zada), Moscow, Russia; DOB 30 Nov 1978; POB Azerbaijan; nationality Azerbaijan; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Passport C03895864 (Azerbaijan) issued 11 Apr 2022 expires 10 Apr 2032; National ID No. 0V9WV73 (Azerbaijan) (individual) [RUSSIA-EO14024].

GAFAR ZADE, Mekhti Fikret Oglu (a.k.a. GAFAR ZADA, Mehti; a.k.a. GAFAR ZADE, Mekhti Fikret; a.k.a. KAFAR ZADE, Mekhti Fikret Ogly; a.k.a. MEHTI, Gafar Zada), Moscow, Russia; DOB 30 Nov 1978; POB Azerbaijan; nationality Azerbaijan; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as

amended by Executive Order 14114.; Passport C03895864 (Azerbaijan) issued 11 Apr 2022 expires 10 Apr 2032; National ID No. 0V9WV73 (Azerbaijan) (individual) [RUSSIA-EO14024].

GAFNER, Denis Yakovlevich, Russia; DOB 08 Sep 1980; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 5003226888 (Russia); Identification Number 21500322688 (Russia) (individual) [NPWMD] [CYBER2] [ELECTION-EO13848] (Linked To: SOUTHFRONT).

GAGAALE, Abdikarim Hussein (a.k.a. "AL-ANSARI, Isse"; a.k.a. "ISSE, Abdikarin"), Qunyo Barrow, Middle Juba, Somalia; DOB 1984; alt. DOB 1985; alt. DOB 1986; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

GAGAKWAVU, Jerome (a.k.a. GAKWAVU BOKANDE, Jerome; a.k.a. KAKAWAVU BAKONDE, Jerome; a.k.a. KAKWAVU BUKANDE, Jerome), Kinshasa, Congo, Democratic Republic of the; Aru, Congo, Democratic Republic of the; DOB 1964; POB Masisi, Nord-Kivu, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

GAGLOEV, Mikhail (a.k.a. GAGLOEV, Mikhail Georgievich; a.k.a. GAGLOYEV, Mikhail Georgiyevich); DOB 17 Feb 1966; citizen Russia; Chairman of the Management Committee, Tempbank (individual) [SYRIA] (Linked To: TEMPBANK).

GAGLOEV, Mikhail Georgievich (a.k.a. GAGLOEV, Mikhail; a.k.a. GAGLOYEV, Mikhail Georgiyevich); DOB 17 Feb 1966; citizen Russia; Chairman of the Management Committee, Tempbank (individual) [SYRIA] (Linked To: TEMPBANK).

GAGLOEV, Vladimir (a.k.a. GAGLOEV, Vladimir Georgievich; a.k.a. GAGLOYEV, Vladimir Georgiyevich); DOB 14 Jan 1974; Supervisory Board Member, Tempbank (individual) [SYRIA] (Linked To: TEMPBANK).

GAGLOEV, Vladimir Georgevich (a.k.a. GAGLOEV, Vladimir; a.k.a. GAGLOYEV, Vladimir Georgiyevich); DOB 14 Jan 1974; Supervisory Board Member, Tempbank (individual) [SYRIA] (Linked To: TEMPBANK).

GAGLOYEV, Mikhail Georgiyevich (a.k.a. GAGLOEV, Mikhail; a.k.a. GAGLOEV, Mikhail Georgievich); DOB 17 Feb 1966; citizen Russia; Chairman of the Management Committee,

Tempbank (individual) [SYRIA] (Linked To: TEMPBANK).

GAGLOYEV, Vladimir Georgievich (a.k.a. GAGLOEV, Vladimir; a.k.a. GAGLOEV, Vladimir Georgyevich); DOB 14 Jan 1974; Supervisory Board Member, Tempbank (individual) [SYRIA] (Linked To: TEMPBANK).

GAI, Taban Deng, Juba, South Sudan; DOB 01 Jan 1953; POB Kuerbona, South Sudan; nationality South Sudan; Gender Male (individual) [GLOMAG].

GAICHUK, Nikolai Nikolaevich (Cyrillic: ГАЙЧУК, Николай Николаевич) (a.k.a. GAICHUK, Nikolay; a.k.a. HAICHUK, Mikalai Mikalaevich (Cyrillic: ГАЙЧУК, Мікалай Мікалаевіч)), Nezalezhnosti vulica, 16, Viliejka, Minsk Oblasti, Belarus; DOB 31 May 1973; nationality Belarus; Gender Male; National ID No. 3310573B014PB8 (Belarus) (individual) [BELARUS-EO14038].

GAICHUK, Nikolay (a.k.a. GAICHUK, Nikolai Nikolaevich (Cyrillic: ГАЙЧУК, Николай Николаевич); a.k.a. HAICHUK, Mikalai Mikalaevich (Cyrillic: ГАЙЧУК, Мікалай Мікалаевіч)), Nezalezhnosti vulica, 16, Viliejka, Minsk Oblasti, Belarus; DOB 31 May 1973; nationality Belarus; Gender Male; National ID No. 3310573B014PB8 (Belarus) (individual) [BELARUS-EO14038].

GAIDUKEVICH, Oleg Sergeevich (Cyrillic: ГАЙДУКЕВИЧ, Олег Сергеевич) (a.k.a. HAIDUKEVICH, Aleh Siarheevich (Cyrillic: ГАЙДУКЕВІЧ, Алег Сяргеевіч)), Minsk, Belarus; DOB 26 Mar 1977; POB Minsk, Belarus; nationality Belarus; Gender Male; Passport MP2663333 (Belarus); National Foreign ID Number 3260377A081PB9 (Belarus) (individual) [BELARUS-EO14038].

GAINI, Abdelatif, Syria; DOB 11 Nov 1975; POB Belgium; citizen Belgium; alt. citizen Morocco (individual) [SDGT].

GAJIC-MILOSEVIC, Milica; DOB 1970; daughter-in-law of Slobodan Milosevic (individual) [BALKANS].

GAKWAVU BOKANDE, Jerome (a.k.a. GAGAKWAVU, Jerome; a.k.a. KAKAWAVU BAKONDE, Jerome; a.k.a. KAKWAVU BUKANDE, Jerome), Kinshasa, Congo, Democratic Republic of the; Aru, Congo, Democratic Republic of the; DOB 1964; POB Masisi, Nord-Kivu, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

GALAPAGOS S.A, Calle 24N No. 6AN-15, Cali, Colombia; Carrera 115 No. 16B-121, Cali,

Colombia; NIT # 800183712-2 (Colombia) [SDNT].

GALARZA CORONADO, Antonio (a.k.a. GALARZA CORONADO, Jose Antonio), Privada Los Ebanos 105, Fraccionamiento Pedregal, San Nicholas de Los Garza, Nuevo Leon, Mexico; Espana Street, Col. Buena Vista, Matamoros, Tamaulipas, Mexico; Nuevo Laredo, Tamaulipas, Mexico; DOB 13 Nov 1960; POB Matamoros, Tamaulipas, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. GACA601113HTSLRN00 (Mexico) (individual) [SDNTK].

GALARZA CORONADO, Jose Antonio (a.k.a. GALARZA CORONADO, Antonio), Privada Los Ebanos 105, Fraccionamiento Pedregal, San Nicholas de Los Garza, Nuevo Leon, Mexico; Espana Street, Col. Buena Vista, Matamoros, Tamaulipas, Mexico; Nuevo Laredo, Tamaulipas, Mexico; DOB 13 Nov 1960; POB Matamoros, Tamaulipas, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. GACA601113HTSLRN00 (Mexico) (individual) [SDNTK].

GALAVIZ MARTIN, Mayra (a.k.a. "NAIDA"), Manuel Clouthier #486, Colonia Prados Vallarta, Guadalajara, Jalisco, Mexico; Plaza Del Sol Local #28, Zona R, Guadalajara, Jalisco, Mexico; Paseo Del Heliotropo 3426, Monraz, Guadalajara, Jalisco, Mexico; DOB 19 Jan 1973; POB Jalisco, Mexico; nationality Mexico; citizen Mexico; Passport 06140255887 (Mexico); C.U.R.P. GAMM730119MJCLRY08 (Mexico) (individual) [SDNTK].

GALAX INC. (a.k.a. GALAX TRADING CO., LTD.), 5250 Ferrier Street, Montreal, Quebec, Canada [CUBA].

GALAX TRADING CO., LTD. (a.k.a. GALAX INC.), 5250 Ferrier Street, Montreal, Quebec, Canada [CUBA].

GALAXY PETROCHEMICAL FZE (Arabic: جالاكسي بتروكيميكال م م ح), P1-ELOB Office No. E2-101F-33, Sharjah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 11 Dec 2019; License 18387 (United Arab Emirates); Economic Register Number (CBLS) 11578779 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

GALENIT INVEST AD, 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2000; Government Gazette Number 130329006

(Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

GALERIA PAGE (a.k.a. GALERIA PAGE I), 899 Calle Regimento Pirebebuy, Ciudad del Este, Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

GALERIA PAGE I (a.k.a. GALERIA PAGE), 899 Calle Regimento Pirebebuy, Ciudad del Este, Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

GALESHKALAMI, Iman Sedaghat; POB Gilan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 2709803755 (Iran) (individual) [SDGT] [IFSR] (Linked To: ZAGROS PARDIS KISH; Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

GALIC, Stanislav; DOB 12 Mar 1943; POB Goles, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

GALIN, Dmitrii Vladimirovich (a.k.a. GALIN, Dmitriy Vladimirovich (Cyrillic: ГАЛИН, Дмитрий Владимирович)), Moscow, Russia; DOB 02 May 1968; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

GALIN, Dmitriy Vladimirovich (Cyrillic: ГАЛИН, Дмитрий Владимирович) (a.k.a. GALIN, Dmitrii Vladimirovich), Moscow, Russia; DOB 02 May 1968; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

GALINDO MELLADO, Cruz (a.k.a. MELLADO CRUZ, Galdino; a.k.a. MELLADO CRUZ, Galindo; a.k.a. "EL MELLADO"), Calle Llano Grande, Tampico Alto, Veracruz C.P. 92040, Mexico; DOB 18 Apr 1973; POB Tampico, Veracruz; nationality Mexico; citizen Mexico; R.F.C. MECC730418 (Mexico); C.U.R.P. MECG730418HVZLRL05 (Mexico) (individual) [SDNTK].

GALINDO, Gabriel (a.k.a. ZULUAGA LINDO, Francisco Javier; a.k.a. "GORDO LINDO"), c/o SOCIEDAD SUPERDEPORTES LTDA., Bogota, Colombia; Calle 9 No. 28-50, Piso 3, Cali, Colombia; Calle 10 No. 46-45, Cali, Colombia; DOB 15 Jan 1970; POB Cali, Colombia; nationality Colombia; citizen Colombia; Cedula No. 16774828 (Colombia); Passport AF869394 (Colombia); alt. Passport AE047754 (Colombia) (individual) [SDNT].

GALLASTEGUI SODUPE, Lexuri; DOB 18 Jun 1969; POB Bilbao Vizcaya Province, Spain; D.N.I. 16.047.113; Member ETA (individual) [SDGT].

GALLION NAVIGATION INCORPORATED, 80 Broad Street, Monrovia, Liberia; Unit 27610-001, Building A1, IFZA Business Park, Dubai Silicon Oasis, Dubai, United Arab Emirates; Identification Number IMO 4112088 [RUSSIA-EO14024].

GALLISTICA DIAMANTE (a.k.a. GALLISTICA DIAMANTE S.A. DE C.V.; a.k.a. TICKET PREMIER), Aguascalientes, Aguascalientes, Mexico; Quinta Los Pirules Num. Ext. 182, Quinta Los Naranjos, Leon, Guanajuato 37210, Mexico; Website www.ticketpremier.mx [SDNTK].

GALLISTICA DIAMANTE S.A. DE C.V. (a.k.a. GALLISTICA DIAMANTE; a.k.a. TICKET PREMIER), Aguascalientes, Aguascalientes, Mexico; Quinta Los Pirules Num. Ext. 182, Quinta Los Naranjos, Leon, Guanajuato 37210, Mexico; Website www.ticketpremier.mx [SDNTK].

GALLON HENAO, Juan Santiago; DOB 26 May 1963; POB Medellin, Colombia; Cedula No. 79270771 (Colombia) (individual) [SDNTK].

GALOCHKIN, Maksim (a.k.a. "BENTLEY"; a.k.a. "CRYPT"; a.k.a. "VOLHVB"), Abakan, Russia; DOB 19 May 1982; nationality Russia; Email Address volhvb@mail.ru; alt. Email Address volhvb@live.ru; alt. Email Address volhvb@yandex.ru; alt. Email Address volhvb@gmail.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

GALS-DEVELOPMENT PAO (a.k.a. AKTSIONERNOE OBSHCHESTVO SG-DEVELOPMENT; f.k.a. HAS-DEVELOPMENT JSC; f.k.a. JOINT STOCK COMPANY HALS-DEVELOPMENT; f.k.a. PUBLIC JOINT STOCK COMPANY HALS-DEVELOPMENT; f.k.a. PUBLIC JOINT STOCK COMPANY SG-DEVELOPMENT; a.k.a. SG-DEVELOPMENT, AO), d. 35 str. 1 Etazh 5, Pomeshch. I, Kom. 129, Prospekt Leningradski, Moscow 125284, Russia; Website www.hals-development.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 21 Jan 1994; Organization Type: Real estate activities on a fee or contract basis; Registration ID 1027739002510 (Russia); Tax ID No. 7706032060 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

GALUSHINA, Rimma Fyodorovna (Cyrillic: ГАЛУШИНА, Римма Фёдоровна), Russia; DOB 30 May 1963; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GAMA'A AL-ISLAMIYYA (a.k.a. AL-GAMA'AT; a.k.a. EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA; a.k.a. ISLAMIC GAMA'AT; a.k.a. ISLAMIC GROUP; a.k.a. "GI"; a.k.a. "IG") [SDGT].

GAMAL, Sarah (a.k.a. AL-SAYYID, Sarah Jamal Muhammad (Arabic: ساره جمال محمد السيد); a.k.a. JAMAL, Sarah), Egypt; DOB 07 Jul 1985; POB Egypt; nationality Egypt; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

GAMBACHIDZE, Ilya Andreievitch (Cyrillic: ГАМБАЧИДЗЕ, Илья Андреевич) (a.k.a. GAMBASHIDZE, Ilya Andreevich (Cyrillic: ГАМБАШИДЗЕ, Илья Андреевич)), 17, Bld 3, Kuusinena Str, Apt 70, Moscow 125252, Russia; DOB 07 May 1977; POB Kyiv, Ukraine; nationality Russia; citizen Russia; Gender Male; Digital Currency Address - USDT TEFph7dZoUN5233cGEzF6XFwRpjPF8fQDS; alt. Digital Currency Address - USDT TMGLqRQ4twjW8wJhVH1mQR7nUThpGHUsN 3; Passport 756410352 (Russia); National ID No. 4522912438 (Russia); Tax ID No. 771401746465 (Russia); Registration Number 318774600703371 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOCIAL DESIGN AGENCY).

GAMBASHIDZE, Ilya Andreevich (Cyrillic: ГАМБАШИДЗЕ, Илья Андреевич) (a.k.a. GAMBACHIDZE, Ilya Andreievitch (Cyrillic: ГАМБАЧИДЗЕ, Илья Андреевич)), 17, Bld 3, Kuusinena Str, Apt 70, Moscow 125252, Russia; DOB 07 May 1977; POB Kyiv, Ukraine; nationality Russia; citizen Russia; Gender Male; Digital Currency Address - USDT TEFph7dZoUN5233cGEzF6XFwRpjPF8fQDS; alt. Digital Currency Address - USDT TMGLqRQ4twjW8wJhVH1mQR7nUThpGHUsN 3; Passport 756410352 (Russia); National ID No. 4522912438 (Russia); Tax ID No. 771401746465 (Russia); Registration Number 318774600703371 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOCIAL DESIGN AGENCY).

GAMEL MOHAMED (a.k.a. BOUYAHIA, Hamadi Ben Abdul Aziz Ben Ali), Corso XXII Marzo 39, Milan, Italy; DOB 22 May 1966; alt. DOB 29 May 1966; POB Tunisia; nationality Tunisia; Passport L723315 issued 05 May 1998 expires 04 May 2003; arrested 30 Sep 2002 (individual) [SDGT].

GAMES UNLIMITED OOD, 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2013; Government Gazette Number 202621673 (Bulgaria) [GLOMAG] (Linked To: VB MANAGEMENT EOOD).

GAN, Xuebi (Chinese Simplified: 甘雪碧) (a.k.a. "CHEN, Bella"), No. 21 Ganwang Village, Dongshan Village, Jinkou Street, Jiangxia District, Wuhan City, Hubei Province, China (Chinese Simplified: 甘王村21号, 金口街洞山村, 江夏区, 武汉市, 湖北省, China); DOB 15 Nov 1992; POB Hubei, China; nationality China; Gender Female; Passport C38528840 (China); National ID No. 42011519921153621 (China) (individual) [ILLICIT-DRUGS-EO14059].

GANADERAS 5 MANANTIALES S. DE P.R. DE R.L. (a.k.a. COMPANIA GANADERA 5 MANANTIALES; a.k.a. COMPANIA GANADERA 5 MANANTIALES S. DE P.R. DE R.L.; a.k.a. COMPANIA GANADERA 5 MANANTIALES, SOCIEDAD DE PRODUCCION RURAL DE RESPONSABILIDAD LIMITADA), Allende, Coahuila, Mexico; Camino al Molino, Allende Centro, Allende, Coahuila 26530, Mexico; Ciudad Lopez Mateos, Mexico; Acuna y Juarez, Colonia La Nogalera, Zaragoza, Coahuila 26450, Mexico; R.F.C. GCM100208902 (Mexico) [SDNTK].

GANADERIA EL VERGEL LTDA., Carrera 4 No. 12-20 of. 206, Cartago,Valle, Colombia; Km 7 Via Cartago-Obando, Hacienda El Vergel, Cartago, Valle, Colombia; NIT # 800146295-5 (Colombia) [SDNT].

GANADERIAS BILBAO LTDA., Carrera 4 No. 12-20 of. 206, Cartago, Valle, Colombia; Km 7 Via Cartago-Obando, Hacienda El Vergel, Cartago, Valle, Colombia; NIT # 800146290-9 (Colombia) [SDNT].

GANADEROS AGRICULTORES DEL NORTE, S. DE R.L. DE C.V. (a.k.a. "GAN"), Bo Las Flores, Frente al Salon Latino, No. 15, Tocoa, Colon, Honduras; 6 St 11 Ave, Morazan Boulevard, San Pedro Sula, Cortes, Honduras; Montanuela, Choloma, Cortes, Honduras; 6 Calle, El Barrio Morazan, San Pedro Sula, Cortes, Honduras; RTN 05019005483678 (Honduras) [SDNTK].

GANAN, Fauzi (a.k.a. CANAAN, Fazi; a.k.a. CAN'AN, Faouzi; a.k.a. KANAAN, Fauzi; a.k.a. KANAAN, Maustaf Fawzi (Faouzi); a.k.a. KAN'AN, Fawzi; a.k.a. KAN'AN, Fawzi Mustafa; a.k.a. KANAN, Fouzi), Calle 2, Residencias Cosmos, Fifth Floor, Apartment 5D, La Urbina, Caracas, Venezuela; Esquina Bucare, Building 703, Second Floor, Apartment 20, Caracas, Venezuela; DOB 07 Jun 1943; alt. DOB Feb 1943; alt. DOB 01 Jun 1943; POB Lebanon; alt. POB Betechelida, Lebanon; alt. POB Baalbeck, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 0877677 (Venezuela); National ID No. V-6.919.272 (Venezuela) (individual) [SDGT].

GANAPALMAS S.A. (a.k.a. INVERSIONES GANADERAS Y PALMERAS S.A.), Calle 18 No. 6-31 of. 704, Bogota, Colombia; NIT # 900016274-6 (Colombia) [SDNTK].

GANARECA S.A. (a.k.a. COMERCIALIZADORA DE GANADO Y RENTAS DE CAPITAL S.A.), Calle 7 Sur No. 42-70 of. 1105, Medellin, Colombia; NIT # 811035501-1 (Colombia) [SDNT].

GANCHEV, Vitaliy Konstantinovich (Cyrillic: ГАНЧЕВ, Виталий Константинович), Kharkiv, Ukraine; DOB 24 May 1975; POB Kharkiv, Ukraine; nationality Ukraine; Gender Male; Tax ID No. 2753714210 (Ukraine) (individual) [RUSSIA-EO14024].

GANGSHAN, Lang (a.k.a. LANG, Jonha), Yuhong District, Shenyang, China; DOB 15 Dec 1978; citizen China; Citizen's Card Number 211226197812154256 (China); Position: T-Rubber Representative; Alt. Position: T-Rubber Sales Manager (individual) [SYRIA] (Linked To: T-RUBBER CO., LTD).

GANJ MADRASSA (a.k.a. GANJOO MADRASSA; a.k.a. JAMIA MADRASSA DUR UL KORAN WASUNA; a.k.a. JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; a.k.a. MADRASA TALEEMUL QURAN WAL HADITH; a.k.a. MADRASA TALEEMUL QURAN WAL SUNNAH; a.k.a. MAWIYA MADRASSA; a.k.a. MOW-YA MADRASSA; a.k.a. TALALIM

QURAN MADRASSA; a.k.a. TALEEM UL-QURAN MADRASSA; a.k.a. TASIN AL-QURAN ABU HAMZA), Gunj Gate, Phandu Road, Peshawar, Pakistan; Near the Baron Gate, Ganj area, Peshawar, Pakistan; Lahori and Yaka Tote Rd. at the intersection near the Ganj Gate, Peshawar, Pakistan [SDGT].

GANJOO MADRASSA (a.k.a. GANJ MADRASSA; a.k.a. JAMIA MADRASSA DUR UL KORAN WASUNA; a.k.a. JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; a.k.a. MADRASA TALEEMUL QURAN WAL HADITH; a.k.a. MADRASA TALEEMUL QURAN WAL SUNNAH; a.k.a. MAWIYA MADRASSA; a.k.a. MOW-YA MADRASSA; a.k.a. TALALIM QURAN MADRASSA; a.k.a. TALEEM UL-QURAN MADRASSA; a.k.a. TASIN AL-QURAN ABU HAMZA), Gunj Gate, Phandu Road, Peshawar, Pakistan; Near the Baron Gate, Ganj area, Peshawar, Pakistan; Lahori and Yaka Tote Rd. at the intersection near the Ganj Gate, Peshawar, Pakistan [SDGT].

GANOV, Aleksandr Nikolaevich (a.k.a. GANOV, Alexander Nikolaevich (Cyrillic: ГАНОВ, Александр Николаевич)), Russia; DOB 24 Oct 1974; POB Voronezh, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685] (Linked To: GRAND SERVICE EXPRESS).

GANOV, Alexander Nikolaevich (Cyrillic: ГАНОВ, Александр Николаевич) (a.k.a. GANOV, Aleksandr Nikolaevich), Russia; DOB 24 Oct 1974; POB Voronezh, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685] (Linked To: GRAND SERVICE EXPRESS).

GAO, Jeff (a.k.a. GAO, Jingfeng), Rm. 1803B, Golden Tower B, No. 1518, Minsheng Road, Pudong District, Shanghai, China; DOB 05 Jul 1975; POB Shandong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 37030519750705074 (China) (individual) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

GAO, Jingfeng (a.k.a. GAO, Jeff), Rm. 1803B, Golden Tower B, No. 1518, Minsheng Road, Pudong District, Shanghai, China; DOB 05 Jul 1975; POB Shandong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID

No. 37030519750705074 (China) (individual) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

GAO, Lanfang (Chinese Simplified: 高兰芳), China; DOB 26 Apr 1979; POB Hebei, China; nationality China; Gender Female; National ID No. 13223319790426029 (China) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: HEBEI GUANLANG BIOTECHNOLOGY CO., LTD.).

GAO, Qi (Chinese Simplified: 高琪), China; DOB Aug 1970; POB Linxian County, Shanxi Province, China; nationality China; Gender Male (individual) [GLOMAG] [UHRPA] (Linked To: XINJIANG PUBLIC SECURITY BUREAU).

GAO, Yan, Beijing, China; DOB Apr 1963; POB Hongtong, Shanxi, China; Gender Male (individual) [GLOMAG].

GAP, Gure (a.k.a. MAHAMOUD, Bashir Mohamed; a.k.a. MAHMOUD, Bashir Mohamed; a.k.a. MOHAMMED, Bashir Mahmud; a.k.a. MOHAMOUD, Bashir Mohamed; a.k.a. MOHAMUD, Bashir Mohamed; a.k.a. QORGAB, Bashir; a.k.a. YARE, Bashir; a.k.a. "MUSCAB, Abu"; a.k.a. "QORGAB"), Mogadishu, Somalia; nationality Somalia; DOB circa 1979-1982; alt. DOB 1982 (individual) [SOMALIA].

GAPCHUK FOX, Karina (a.k.a. ROTENBERG, Karina Iurevna; a.k.a. ROTENBERG, Karina Iurievna; a.k.a. ROTENBERG, Karina Iuryevna; a.k.a. ROTENBERG, Karina Yurevna (Cyrillic: РОТЕНБЕРГ, Карина Юрьевна); a.k.a. ROTENBERG, Karina Yurievna; a.k.a. ROTENBERG, Karina Yuryevna), Russia; France; DOB 24 Nov 1978; POB St. Petersburg, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: ROTENBERG, Boris Romanovich).

GARAAD, Mohamed Abdi (a.k.a. GARAAD, Mohamud Mohamed; a.k.a. GARAD, Abdi; a.k.a. GARAD, Mohamed), Eyl, Somalia; Garowe, Somalia; DOB circa 1973; POB Eyl, Somalia (individual) [SOMALIA].

GARAAD, Mohamud Mohamed (a.k.a. GARAAD, Mohamed Abdi; a.k.a. GARAD, Mohamed), Eyl, Somalia; Garowe, Somalia; DOB circa 1973; POB Eyl, Somalia (individual) [SOMALIA].

GARAC INZENJERING OOD, Tsar Osvoboditel, 168, Kyustendil 2500, Bulgaria; Organization Established Date 04 Dec 2014; V.A.T. Number BG203318394 (Bulgaria) [GLOMAG] (Linked To: RADOJCIC, Milan Rajko).

GARAD, Abdi (a.k.a. GARAAD, Mohamed Abdi; a.k.a. GARAAD, Mohamud Mohamed; a.k.a.

GARAD, Mohamed), Eyl, Somalia; Garowe, Somalia; DOB circa 1973; POB Eyl, Somalia (individual) [SOMALIA].

GARAD, Mohamed (a.k.a. GARAAD, Mohamed Abdi; a.k.a. GARAAD, Mohamud Mohamed; a.k.a. GARAD, Abdi), Eyl, Somalia; Garowe, Somalia; DOB circa 1973; POB Eyl, Somalia (individual) [SOMALIA].

GARAFAN, Abdelrab (a.k.a. JARFAN, Abdul Rab Saleh Ahmed Hussain; a.k.a. JARFAN, Abdul Rahab; a.k.a. JARFAN, Abdulrabb Saleh Ahmed; a.k.a. "TAHA, Abu"), Ibb Governorate, Yemen; DOB 04 Feb 1979; Gender Male (individual) [GLOMAG].

GARANG, Angelo Kuot, Juba, South Sudan; DOB 12 Mar 1983; nationality South Sudan; Gender Male (individual) [GLOMAG].

GARANTEX EUROPE OU (Latin: GARANTEX EUROPE OÜ), Harju maakond, Kesklinna linnaosa, J., Poska tn 51a/1-3, Tallinn 10150, Estonia; Harju maakond, Lasnamae linnaosa, Peterburi tee 47, Tallinn 11415, Estonia; Moscow, Russia; St. Petersburg, Russia; Website garantex.io; Digital Currency Address - XBT 3Lpoy53K625zVeE47ZasiG5jGkAxJ27kh1; Digital Currency Address - ETH 0x7FF9cFad3877F21d41Da833E2F775dB0569 eE3D9; Digital Currency Address - USDT 3E6ZCKRrsdPc35chA9Eftp1h3DLW18NFNV; Business Registration Number 14850239 (Estonia) issued 18 Nov 2019 [RUSSIA-EO14024].

GARANTI IHRACAT ITHALAT KUYUMCULUK DIS TICARET LIMITED SIRKETI (a.k.a. "GARANTI GOLD AND EXCHANGE"), Ali Gulacti Center Apt, No: 6-302 Mimar Kemalettin Mahallesi, Koca Ragippasa Caddesi, Fatih, Istanbul 34130, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 31 Oct 2017; Chamber of Commerce Number 1095528 (Turkey); Registration Number 105602-5 (Turkey); Central Registration System Number 389094978900001 (Turkey) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

GARANTIYA OOO (a.k.a. LIMITED LIABILITY COMPANY GARANTIYA), bulvar Tverskoi, d. 15 str. 2, Moscow, Russia; Tax ID No. 7703610362 (Russia); Registration Number 5067746901426 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

GARANT-SV (a.k.a. GARANT-SV LIMITED LIABILITY COMPANY; a.k.a. GARANT-SV

LLC; a.k.a. GARANT-SV, OOO; a.k.a. LIMITED LIABILITY COMPANY GARANT-SV; a.k.a. LLC GARANT-SV; a.k.a. OOO GARANT-SV), House 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685, Ukraine; 9, Generala Ostryakova St., Opolznevoye, Yalta, Crimea 298685, Ukraine; Website http://mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103007830 (Russia); Registration Number 1149102066740 (Russia) [UKRAINE-EO13685].

GARANT-SV LIMITED LIABILITY COMPANY (a.k.a. GARANT-SV; a.k.a. GARANT-SV LLC; a.k.a. GARANT-SV, OOO; a.k.a. LIMITED LIABILITY COMPANY GARANT-SV; a.k.a. LLC GARANT-SV; a.k.a. OOO GARANT-SV), House 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685, Ukraine; 9, Generala Ostryakova St., Opolznevoye, Yalta, Crimea 298685, Ukraine; Website http://mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103007830 (Russia); Registration Number 1149102066740 (Russia) [UKRAINE-EO13685].

GARANT-SV LLC (a.k.a. GARANT-SV; a.k.a. GARANT-SV, OOO; a.k.a. LIMITED LIABILITY COMPANY GARANT-SV; a.k.a. LLC GARANT-SV; a.k.a. OOO GARANT-SV), House 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685, Ukraine; 9, Generala Ostryakova St., Opolznevoye, Yalta, Crimea 298685, Ukraine; Website http://mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103007830 (Russia); Registration Number 1149102066740 (Russia) [UKRAINE-EO13685].

GARANT-SV, OOO (a.k.a. GARANT-SV; a.k.a. GARANT-SV LIMITED LIABILITY COMPANY; a.k.a. GARANT-SV LLC; a.k.a. LIMITED LIABILITY COMPANY GARANT-SV; a.k.a. LLC GARANT-SV; a.k.a. OOO GARANT-SV), House 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685, Ukraine; 9, Generala Ostryakova St., Opolznevoye, Yalta, Crimea 298685, Ukraine; Website http://mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209;

Tax ID No. 9103007830 (Russia); Registration Number 1149102066740 (Russia) [UKRAINE-EO13685].

GARBIN NAVIGATION LTD, Care of Sambouk Shipping FCZ, Office 101, 1st Floor, FITCO Building No 3, Inside Fujairah Port, PO Box 50044, Fujairah, United Arab Emirates; 80 Broad Street, Monrovia, Liberia; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

GARCIA ARBOLEDA, Edward (a.k.a. "ORION"); DOB 04 Jun 1975; POB Urrao, Antioquia, Colombia; citizen Colombia; Cedula No. 98624193 (Colombia) (individual) [SDNTK] (Linked To: LA TIENDA DE MINGO; Linked To: INVERSIONES C.P.C.L. Y CIA. S. EN C.S.).

GARCIA CARNEIRO, Jorge (a.k.a. GARCIA CARNEIRO, Jorge Luis), La Guaira, Vargas, Venezuela; DOB 08 Feb 1952; POB Caracas, Venezuela; Gender Male; Cedula No. 4169273 (Venezuela) (individual) [VENEZUELA].

GARCIA CARNEIRO, Jorge Luis (a.k.a. GARCIA CARNEIRO, Jorge), La Guaira, Vargas, Venezuela; DOB 08 Feb 1952; POB Caracas, Venezuela; Gender Male; Cedula No. 4169273 (Venezuela) (individual) [VENEZUELA].

GARCIA CORRALES, Leobardo (a.k.a. "Leo"), Mexico; DOB 10 Mar 1970; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GACL700310HSLRRB04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GARCIA CORRALES, Martin (a.k.a. "Cachuchas"; a.k.a. "Tano"), Mexico; DOB 13 Apr 1980; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GACM800413HSLRRR06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GARCIA DUQUE, Franklin Horacio (Latin: GARCÍA DUQUE, Franklin Horacio), Miranda, Venezuela; DOB 19 Aug 1963; citizen Venezuela; Gender Male; Cedula No. 9125430 (Venezuela); Former National Director of Venezuela's Bolivarian National Police; Former Commander of the West Integral Strategic Defense Region of Venezuela's National Armed Forces (individual) [VENEZUELA].

GARCIA DURAN, Maria Del Rosario, c/o GRUPO INDUSTRIAL GAXIOLA HERMANOS S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o INMOBILIARIA GAXIOLA HERMANOS S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o MINERA LA CASTELLANA Y ANEXAS S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o MINERA RIO PRESIDIO S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o MOLDURAS DEL NOROESTE S.A.

DE C.V., Hermosillo, Sonora, Mexico; c/o DISTRIBUIDORA DE HERMOSILLO GAXIOLA HERMANOS S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o DISTRIBUIDORA GRAN AUTO S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o TEMPLE DEL PITIC S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o FLETES Y TRANSPORTES GAXGAR S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o COMPANIA MINERA DEL RIO CIANURY S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o COPA DE PLATA S.A. DE C.V., Culiacan, Sinaloa, Mexico; Prop. Priv y Bldg G. Escoboza, Hermosillo, Sonora, Mexico; Preferico Poniente, Calle Simon Bley Manuel I. Loaiza, Colonia Olivaries, Hermosillo, Sonora, Mexico; Calle Zaragoza No. 166-2, al Poniente de la Col. Centro, Culiacan, Sinaloa, Mexico; Calle Clavel No. 1406, Esquina con Calle Rosa, Colonia Margarita, Culiacan, Sinaloa, Mexico; Rafael Campoy #307, Colonia Pitic, Hermosillo, Sonora, Mexico; Calle de Anza Numero 210, Colonia Pitic, Hermosillo, Sonora, Mexico; Av. Uvalama 15, Hermosillo, Sonora, Mexico; Alamos 40, Colonia Modelo, Hermosillo, Sonora, Mexico; Ave Eduardo Villa 333, Col Oliv., Hermosillo, Sonora, Mexico; Calle Uvalama 19 Esq., Blvd Sabinos, Hermosillo, Sonora, Mexico; Uvalama 15 y Sabinos, Col Sabin, Hermosillo, Sonora, Mexico; DOB 12 Sep 1953; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. GADR530912 (Mexico); alt. R.F.C. GADR521211 (Mexico) (individual) [SDNTK].

GARCIA GARCIA, Jairo (a.k.a. GARCIA VARELA, Wilber Alirio; a.k.a. VARELA FAJARDO, Wilber Alirio; a.k.a. VARELA, Fredy; a.k.a. VARELA, Wilber; a.k.a. VARELA, Wilber Alirio; a.k.a. VARELA, Wilmer; a.k.a. "DON JAIRO"; a.k.a. "JABON"), Calle 22 No. 15-53, Armenia, Quindio, Colombia; Calle 30 No. 23B-22, Cali, Colombia; Carrera 85 No. 14A-57, Cali, Colombia; Calle 11 No. 4-442, Ofc. 722, Cali, Colombia; DOB 06 Nov 1954; POB Roldanillo, Valle, Colombia; alt. POB Armenia, Quindio, Colombia; citizen Colombia; Cedula No. 16891223 (Colombia); alt. Cedula No. 16545384 (Colombia); Passport AF427757 (Colombia) (individual) [SDNT].

GARCIA RIOS, Tomasa, Cipriano Obeso 1520, Colonia Chapultepec, Culiacan, Sinaloa, Mexico; DOB 07 Mar 1971; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. GART710307MSLRSM00 (Mexico) (individual) [SDNTK].

GARCIA SANCHEZ, Ricardo, c/o MANTENIMIENTO, AERONAUTICA, TRANSPORTE, Y SERVICIOS AEREOS S.A. DE C.V., Toluca, Mexico, Mexico; Huixquilucan, Mexico, Mexico; El Oro, Mexico, Mexico; Carranza 14, Toluca, Mexico, Mexico; DOB 05 Oct 1974; POB Mexico City, Distrito Federal, Mexico; nationality Mexico; citizen Mexico; Passport 99370022520 (Mexico); C.U.R.P. GASR741005HDFRNC06 (Mexico) (individual) [SDNTK].

GARCIA VARELA, Wilber Alirio (a.k.a. GARCIA GARCIA, Jairo; a.k.a. VARELA FAJARDO, Wilber Alirio; a.k.a. VARELA, Fredy; a.k.a. VARELA, Wilber; a.k.a. VARELA, Wilber Alirio; a.k.a. VARELA, Wilmer; a.k.a. "DON JAIRO"; a.k.a. "JABON"), Calle 22 No. 15-53, Armenia, Quindio, Colombia; Calle 30 No. 23B-22, Cali, Colombia; Carrera 85 No. 14A-57, Cali, Colombia; Calle 11 No. 4-442, Ofc. 722, Cali, Colombia; DOB 06 Nov 1954; POB Roldanillo, Valle, Colombia; alt. POB Armenia, Quindio, Colombia; citizen Colombia; Cedula No. 16891223 (Colombia); alt. Cedula No. 16545384 (Colombia); Passport AF427757 (Colombia) (individual) [SDNT].

GARCIA VELAZCO, Jorge Alejandro, San Luis Rio Colorado, Sonora, Mexico; DOB 12 Jan 1987; POB Sinaloa, Mexico; nationality Mexico; Gender Male; R.F.C. GAVJ870112DP3 (Mexico); C.U.R.P. GAVJ870112HSLRLR00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GARDESHGARI BANK (a.k.a. BANK-E GARDESHGARI; a.k.a. TOURISM BANK), Vali Asr St., above Vey Park, Shahid Fiazi St., No. 51, first floor, Tehran, Iran; No. 51, Shahid Fayazi St, ValiAsr Ave, Tehran, Iran; Website www.tourismbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

GARDSERVICE (f.k.a. BELSECURITYGROUP; f.k.a. LIMITED LIABILITY COMPANY BELSEKYURITIGRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛСЕКЬЮРИТИГРУПП); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU GARDSERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАРДСЕРВИС); a.k.a. OOO GARDSERVIS (Cyrillic: ООО ГАРДСЕРВИС); a.k.a. TAA HARDSERVIS (Cyrillic: ТАА ГАРДСЭРВІС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU HARDSERVIS (Cyrillic:

ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ГАРДСЭРВІС)), Karvata St., Building 85, Minsk 220138, Belarus (Cyrillic: ул. Карвата, д. 85, Минск 220138, Belarus); Organization Established Date 19 Nov 2019; Registration Number 193344802 (Belarus) [BELARUS-EO14038].

GAREVSKIKH, Anton, Switzerland; DOB 1968; nationality Russia; alt. nationality Switzerland; Gender Male (individual) [RUSSIA-EO14024] (Linked To: ADVANCED INDUSTRIAL TECHNOLOGIES GMBH).

GARGEES, Hikmat (a.k.a. BAHNAM, Hikmat Jarjes), Baghdad, Iraq; nationality Iraq; Passport 035667 (Iraq) (individual) [IRAQ2].

GARIEV, Denis (a.k.a. GARIYEV, Denis; a.k.a. GARIYEV, Denis Valiullovich), G.Sankt-Peterburg Vyborgskiy R-N Lunacharskogo PR. d. 37 korp. 2 kv. 214, Saint Petersburg, Russia; DOB 13 Mar 1978; alt. DOB 03 Mar 1978; POB Khabarovsk Region, USSR; nationality Russia; Gender Male; Passport 654034325 (Russia); alt. Passport XXIIAH534753 (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

GARIN, Oleg Vladimirovich (Cyrillic: ГАРИН, Олег Владимирович), Russia; DOB 26 Dec 1973; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GARIYEV, Denis (a.k.a. GARIEV, Denis; a.k.a. GARIYEV, Denis Valiullovich), G.Sankt-Peterburg Vyborgskiy R-N Lunacharskogo PR. d. 37 korp. 2 kv. 214, Saint Petersburg, Russia; DOB 13 Mar 1978; alt. DOB 03 Mar 1978; POB Khabarovsk Region, USSR; nationality Russia; Gender Male; Passport 654034325 (Russia); alt. Passport XXIIAH534753 (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

GARIYEV, Denis Valiullovich (a.k.a. GARIEV, Denis; a.k.a. GARIYEV, Denis), G.Sankt-Peterburg Vyborgskiy R-N Lunacharskogo PR. d. 37 korp. 2 kv. 214, Saint Petersburg, Russia; DOB 13 Mar 1978; alt. DOB 03 Mar 1978; POB Khabarovsk Region, USSR; nationality Russia; Gender Male; Passport 654034325 (Russia); alt. Passport XXIIAH534753 (individual) [SDGT] (Linked To: RUSSIAN IMPERIAL MOVEMENT).

GARKUSHA, Gennadiy Aleksandrovich (Cyrillic: ГАРКУША, Геннадий Александрович) (a.k.a. GARKUSHA, Gennadiy Oleksandrovych (Cyrillic: ГАРКУША, Геннадій Олександрович); a.k.a. HARKUSHA, Hennadiy), 11 Petrenko St., Kherson, Kherson Region, Ukraine; DOB 26 Jan 1968; nationality

Ukraine; Gender Male; Tax ID No. 2486201770 (Ukraine) (individual) [RUSSIA-EO14024].

GARKUSHA, Gennadiy Oleksandrovych (Cyrillic: ГАРКУША, Геннадій Олександрович) a.k.a. GARKUSHA, Gennadiy Aleksandrovich (Cyrillic: ГАРКУША, Геннадий Александрович); a.k.a. HARKUSHA, Hennadiy), 11 Petrenko St., Kherson, Kherson Region, Ukraine; DOB 26 Jan 1968; nationality Ukraine; Gender Male; Tax ID No. 2486201770 (Ukraine) (individual) [RUSSIA-EO14024].

GARSHASBI, Amanollah (a.k.a. GOSHTASBI, Amanolah (Arabic: امان الله کشتاسبی); a.k.a. GOSHTASBI, Amanollah (Arabic: امان الله کشتناسبی); a.k.a. GOSHTASBI, Amanulah; a.k.a. GOSHTASBI, Amanullah), Iran; DOB 21 Mar 1965 to 20 Mar 1966; POB Gachsaran, Kohgiluyeh and Boyer-Ahmed Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Deputy Inspector of the IRGC Ground Forces (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

GARSHIN, Vadim Veniaminovich, Russia; DOB 01 May 1961; POB Yevpatoriya, Ukraine; nationality Russia; Gender Male; Passport 736240066 (Russia) issued 13 Oct 2014 expires 13 Oct 2024 (individual) [RUSSIA-EO14024].

GARTUNG, Valery Karlovich (Cyrillic: ГАРТУНГ, Валерий Карлович), Russia; DOB 12 Nov 1960; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GARWICH, Simon (a.k.a. DUAL, Simon Gatwec; a.k.a. DUAL, Simon Gatwech; a.k.a. DUAL, Simon Gatwich; a.k.a. DUAL, Simon Getwech; a.k.a. GATWEACH, Simon; a.k.a. GATWECH, Simon; a.k.a. GATWICK, Simon; a.k.a. "Dhual"; a.k.a. "General Gaduel"), Jonglei State, South Sudan; DOB 1953; POB Akobo, Jonglei State, South Sudan; alt. POB Akobo, Jonglei State, Sudan; alt. POB Uror County, Jonglei State, South Sudan; alt. POB Uror County, Jonglei State, Sudan; SPLA in Opposition Chief of General Staff; Major General (individual) [SOUTH SUDAN].

GASANOV, Dzhamaladin Nabiyevich (Cyrillic: ГАСАНОВ, Джамаладин Набиевич), Russia; DOB 05 Aug 1964; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GASHASBI, Mansoor, Iran; DOB 13 Jun 1991; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport J11580003 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

GASILOV, Andrei Valeryevich, Moscow, Russia; DOB 14 Jul 1982; POB Gorky, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 526310349913 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JSC ARGUMENT).

GASMI, Salah (a.k.a. "BOUNOUADHER"; a.k.a. "SALAH ABU MOHAMED"; a.k.a. "SALAH ABU MUHAMAD"); DOB 13 Apr 1971; POB Zeribet El Oued, Biskra, Algeria (individual) [SDGT].

GASODIESEL Y SERVICIOS ANCONA, S.A. DE C.V. (n.k.a. GASOLINERA LA CANADA, S.A. DE C.V.), Manuel J. Clouthier No. 1800, Col. Libertad, Culiacan, Sinaloa C.P.80180, Mexico; R.F.C. GSA-100223-M92 (Mexico) [SDNTK].

GASOLINERA ALAMOS COUNTRY, S.A. DE C.V. (n.k.a. GASOLINERA RECURSOS HIDRAULICOS, S.A. DE C.V.), Blvd. Pedro Infante No. 3050, Col. Recursos Hidraulicos, Culiacan, Sinaloa C.P. 80100, Mexico; R.F.C. GAC-100224-GDA (Mexico) [SDNTK].

GASOLINERA EL CRUCERO LAS TORRES, S.A. DE C.V. (a.k.a. SERVICIOS CHULAVISTA, S.A. DE C.V.), Blvd. Las Torres No. 2622 Pte., Fracc. Prados del Sol, Culiacan, Sinaloa C.P. 80197, Mexico; Calzada Las Torres S/N, Col. Prados del Sol Etapa 1, Culiacan, Sinaloa, Mexico; R.F.C. SCU-070904-T25 (Mexico) [SDNTK].

GASOLINERA JESUS MARIA (a.k.a. CONSTRUCTORA H.L.P.; a.k.a. TRANSPORTES LC), La Reforma, Zacapa, Guatemala; NIT # 557109K (Guatemala) [SDNTK].

GASOLINERA LA CANADA, S.A. DE C.V. (a.k.a. GASODIESEL Y SERVICIOS ANCONA, S.A. DE C.V.), Manuel J. Clouthier No. 1800, Col. Libertad, Culiacan, Sinaloa C.P.80180, Mexico; R.F.C. GSA-100223-M92 (Mexico) [SDNTK].

GASOLINERA MULTILOMAS, S.A. DE C.V. (a.k.a. BUENOS AIRES SERVICIOS, S.A. DE C.V.), Blvd. Guillermo Batiz Paredes No. 1100, Col. Buenos Aires, Culiacan, Sinaloa C.P. 80199, Mexico; R.F.C. BAS-960417-PY6 (Mexico) [SDNTK].

GASOLINERA RECURSOS HIDRAULICOS, S.A. DE C.V. (a.k.a. GASOLINERA ALAMOS COUNTRY, S.A. DE C.V.), Blvd. Pedro Infante

No. 3050, Col. Recursos Hidraulicos, Culiacan, Sinaloa C.P. 80100, Mexico; R.F.C. GAC-100224-GDA (Mexico) [SDNTK].

GASOLINERA ROSARIO (a.k.a. ROSARIO NIEBLA CARDOZA A. EN P.), Avenida Manuel Vallarta 2141, Colonia Centro, Culiacan, Sinaloa 80129, Mexico; R.F.C. NICR-461006-T36 (Mexico) [SDNTK].

GASOLINERA Y SERVICIOS VILLABONITA, S.A. DE C.V. (n.k.a. GASOLINERAS LA VILLA, S.A. DE C.V.), Av. Alvaro Obregon No. 6040, Col. Villa Bonita, Culiacan, Sinaloa C.P. 80000, Mexico; R.F.C. GSV-100224-773 (Mexico) [SDNTK].

GASOLINERAS LA VILLA, S.A. DE C.V. (a.k.a. GASOLINERA Y SERVICIOS VILLABONITA, S.A. DE C.V.), Av. Alvaro Obregon No. 6040, Col. Villa Bonita, Culiacan, Sinaloa C.P. 80000, Mexico; R.F.C. GSV-100224-773 (Mexico) [SDNTK].

GASOLINERAS SAN FERNANDO S.A. DE C.V., Avenida 3A y Calle Mina, Colonia Centro, Saucillo, Chihuahua, Mexico; Ciudad Camargo, Chihuahua, Mexico [SDNTK].

GASTELLUM CAZARES, Blanca Margarita (a.k.a. CAZARES DE MEZA, Blanca Margarita; a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES GASTELUM, Blanca; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Chiquis; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ

CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

GASTELLUM, Blanca Margarita (a.k.a. CAZARES DE MEZA, Blanca Margarita; a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES GASTELUM, Blanca; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Chiquis; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM CAZARES, Blanca Margarita; a.k.a. GASTELUM CAZAREZ DE MEZA, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

GASTELUM CAZAREZ DE MEZA, Blanca Margarita (a.k.a. CAZARES DE MEZA, Blanca

Margarita; a.k.a. CAZARES GASTELLUM, Blanca Margarita; a.k.a. CAZARES GASTELLUM, Blanca; a.k.a. CAZARES MESA, Blanca; a.k.a. CAZARES SALAZAR, Blanca Margarita; a.k.a. CAZARES, Blanca; a.k.a. CAZAREZ MESA, Blanca; a.k.a. CAZAREZ SALAZAR DE MEZA, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Blanca Margarita; a.k.a. CAZAREZ SALAZAR, Chiquis; a.k.a. CAZAREZ, Chiquis; a.k.a. GASTELLUM CAZARES, Blanca Margarita; a.k.a. GASTELLUM, Blanca Margarita), Calle G. Robles No. 152, Culiacan, Sinaloa, Mexico; Urban Lot 11, Manzana 35, Zona 2, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, Apt. 102, Colonia Centro, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 166, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Rodolfo G. Robles No. 153 South, Colonia Jorge Almada, Culiacan, Sinaloa, Mexico; Avenida Ignacio Aldama No. 257 Norte, Culiacan, Sinaloa, Mexico; Calle Mariano Escobedo No. 366, #102, Culiacan, Sinaloa, Mexico; Calle Juan de Dios Batiz No. 139, Culiacan, Sinaloa, Mexico; c/o TOYS FACTORY, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o SIN-MEX IMPORTADORA, S.A. DE C.V., Mexico, Distrito Federal, Mexico; c/o CHIQUIS CAZAREZ CASA DE CAMBIO, Sepulveda con Juarez y Grandos, Culiacan, Sinaloa, Mexico; 9311 Clancey Avenue, Downey, CA 90240, United States; DOB 18 Sep 1954; alt. DOB 18 Sep 1955; POB Guayabito, Pericos, Morocito, Sinaloa, Mexico; nationality Mexico; citizen Mexico; alt. citizen United States; R.F.C. CASB540918LVI (Mexico); C.U.R.P. CASB540918MSLZLL00 (Mexico); Electoral Registry No. CZSLBL54091825M200 (Mexico) (individual) [SDNTK].

GASTELUM IRIBE, Oscar Manuel (a.k.a. "EL MUSICO"; a.k.a. "SALGADO"), Monte Rosa #657, Colonia Montebello, Culiacan, Sinaloa 80227, Mexico; Rio de la Plata #3041, Colonia Lomas del Boulevard, Culiacan, Sinaloa 80110, Mexico; Antonio Palafox #1856 Int 42, Colonia Paseos del Sol, Zapopan, Jalisco, Mexico; DOB 05 Oct 1974; POB Jalisco, Mexico; nationality Mexico; Gender Male; RFC GAI0741005TQ3 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GASTELUM PAYAN, Maria Guadalupe, Avenida Camino a la Tijera No. 806, Fraccionamiento La Tijera, Tlajomulco de Zuniga, Jalisco, Mexico; Calle Chichen Itza No. 4644, Colonia Mirador

del Sol, Zapopan, Jalisco C.P. 45054, Mexico; Calle Morelos No. 2223, Colonia Arcos Vallarta, Guadalajara, Jalisco C.P. 44130, Mexico; DOB 30 Aug 1949; POB Pericos, Sinaloa, Mexico; R.F.C. GAPG4908307H1 (Mexico); C.U.R.P. GAPG490830MSLSYD06 (Mexico) (individual) [SDNTK] (Linked To: GRUPO IMPERGOZA, S.A. DE C.V.; Linked To: DESARROLLOS EVEREST, S.A. DE C.V.).

GASTELUM SERRANO, Alfredo; DOB 20 Aug 1971; POB Culiacan, Sinaloa, Mexico; nationality Mexico; C.U.R.P. GASA710820HSLSRL04 (Mexico) (individual) [SDNTK].

GASTELUM SERRANO, Cesar (a.k.a. "LA SENORA"), Culiacan, Sinaloa, Mexico; DOB 30 Apr 1968; POB Sinaloa, Culiacan, Mexico; nationality Mexico; C.U.R.P. GASC680430HSLSRS07 (Mexico) (individual) [SDNTK].

GASTELUM SERRANO, Francisco Javier; DOB 02 Dec 1964; POB Culiacan, Sinaloa, Mexico; citizen Mexico; C.U.R.P. GASF641202HSLSRR09 (Mexico) (individual) [SDNTK].

GASTELUM SERRANO, Guadalupe Candelario; DOB 02 Feb 1964; POB Culiacan, Sinaloa, Mexico; nationality Mexico; C.U.R.P. GASG640202HSLSRD01 (Mexico) (individual) [SDNTK].

GASTELUM SERRANO, Jaime (a.k.a. "KIO"); DOB 28 Nov 1972; POB Culiacan, Sinaloa, Mexico; nationality Mexico; C.U.R.P. GASJ721128HSLSRM06 (Mexico) (individual) [SDNTK].

GATDET, Peter (a.k.a. GADET, Peter; a.k.a. YAAK, Peter Gadet; a.k.a. YAAK, Peter Gatdet; a.k.a. YAK, Peter Gadet; a.k.a. YAKA, Peter Gatdeet; a.k.a. YAKA, Peter Gatdet); DOB 1957 to 1959, POB Mayon County Unity State; alt. POB Mayan, Unity State; General (individual) [SOUTH SUDAN].

GATEWICK AVIATION SERVICES (a.k.a. GATEWICK FREIGHT AND CARGO; a.k.a. GATEWICK LLC; a.k.a. "GATEWICK"), Office No. M22, 1st Floor Dnata Building Freight Gate No. 4, Dubai Airport Free Zone, United Arab Emirates; Freight Gate 3, DAFZA, Dubai, United Arab Emirates; P.O. Box 52404, United Arab Emirates; P.O. Box 120597, United Arab Emirates; Website www.gatewick.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 222112 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MAHAN AIR).

GATEWICK FREIGHT AND CARGO (a.k.a. GATEWICK AVIATION SERVICES; a.k.a. GATEWICK LLC; a.k.a. "GATEWICK"), Office No. M22, 1st Floor Dnata Building Freight Gate No. 4, Dubai Airport Free Zone, United Arab Emirates; Freight Gate 3, DAFZA, Dubai, United Arab Emirates; P.O. Box 52404, United Arab Emirates; P.O. Box 120597, United Arab Emirates; Website www.gatewick.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 222112 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MAHAN AIR).

GATEWICK LLC (a.k.a. GATEWICK AVIATION SERVICES; a.k.a. GATEWICK FREIGHT AND CARGO; a.k.a. "GATEWICK"), Office No. M22, 1st Floor Dnata Building Freight Gate No. 4, Dubai Airport Free Zone, United Arab Emirates; Freight Gate 3, DAFZA, Dubai, United Arab Emirates; P.O. Box 52404, United Arab Emirates; P.O. Box 120597, United Arab Emirates; Website www.gatewick.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 222112 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MAHAN AIR).

GATHERING OF THE FREEMEN OF THE EAST (a.k.a. AHRAR AL-SHARQIAH; a.k.a. AHRAR AL-SHARQIYA (Arabic: أحرار الشرقية); a.k.a. AHRAR AL-SHARQIYA BRIGADE; a.k.a. AHRAR AL-SHARQIYAH; a.k.a. AHRAR AL-SHARQIYEH; a.k.a. TAJAMMU' AHRAR AL-SHARQIYA), Syria [SYRIA-EO13894].

GATWEACH, Simon (a.k.a. DUAL, Simon Gatwec; a.k.a. DUAL, Simon Gatwech; a.k.a. DUAL, Simon Gatwich; a.k.a. DUAL, Simon Getwech; a.k.a. GARWICH, Simon; a.k.a. GATWECH, Simon; a.k.a. GATWICK, Simon; a.k.a. "Dhual"; a.k.a. "General Gaduel"), Jonglei State, South Sudan; DOB 1953; POB Akobo, Jonglei State, South Sudan; alt. POB Akobo, Jonglei State, Sudan; alt. POB Uror County, Jonglei State, South Sudan; alt. POB Uror County, Jonglei State, Sudan; SPLA in Opposition Chief of General Staff; Major General (individual) [SOUTH SUDAN].

GATWECH, Simon (a.k.a. DUAL, Simon Gatwec; a.k.a. DUAL, Simon Gatwech; a.k.a. DUAL, Simon Gatwich; a.k.a. DUAL, Simon Getwech; a.k.a. GARWICH, Simon; a.k.a. GATWEACH, Simon; a.k.a. GATWICK, Simon; a.k.a. "Dhual"; a.k.a. "General Gaduel"), Jonglei State, South Sudan; DOB 1953; POB Akobo, Jonglei State, South Sudan; alt. POB Akobo, Jonglei State, Sudan; alt. POB Uror County, Jonglei State,

South Sudan; alt. POB Uror County, Jonglei State, Sudan; SPLA in Opposition Chief of General Staff; Major General (individual) [SOUTH SUDAN].

GATWICK, Simon (a.k.a. DUAL, Simon Gatwec; a.k.a. DUAL, Simon Gatwech; a.k.a. DUAL, Simon Gatwich; a.k.a. DUAL, Simon Getwech; a.k.a. GARWICH, Simon; a.k.a. GATWEACH, Simon; a.k.a. GATWECH, Simon; a.k.a. "Dhual"; a.k.a. "General Gaduel"), Jonglei State, South Sudan; DOB 1953; POB Akobo, Jonglei State, South Sudan; alt. POB Akobo, Jonglei State, Sudan; alt. POB Uror County, Jonglei State, Sudan; SPLA in Opposition Chief of General Staff; Major General (individual) [SOUTH SUDAN].

GAUS, Alexandra Viktorovna (a.k.a. GAUSS, Alexandra); DOB 29 Mar 1975 (individual) [MAGNIT].

GAUSS, Alexandra (a.k.a. GAUS, Alexandra Viktorovna); DOB 29 Mar 1975 (individual) [MAGNIT].

GAVIA BEAUTY COSMETICS PTY LTD (a.k.a. GAVIA TRADINGS PTY LTD), 318 Kingsley West Wing, Gauteng, 2006, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Apr 2019; V.A.T. Number 4490286517 (South Africa); Tax ID No. 9389475196 (South Africa); Commercial Registry Number 2019/143224/07 (South Africa) [SDGT] (Linked To: WEHBE, Mohamad).

GAVIA TRADINGS PTY LTD (f.k.a. GAVIA BEAUTY COSMETICS PTY LTD), 318 Kingsley West Wing, Gauteng, 2006, Johannesburg, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Apr 2019; V.A.T. Number 4490286517 (South Africa); Tax ID No. 9389475196 (South Africa); Commercial Registry Number 2019/143224/07 (South Africa) [SDGT] (Linked To: WEHBE, Mohamad).

GAVIDIA FLORES, Walter Jacob (a.k.a. GAVIDIA-FLORES, Walter), Caracas, Capital District, Venezuela; DOB 15 Dec 1978; citizen Venezuela; Gender Male; Cedula No. 14407259 (Venezuela); Passport 113561269 (Venezuela) expires 28 Jan 2020 (individual) [VENEZUELA-EO13850].

GAVIDIA FLORES, Yosser Daniel (a.k.a. GAVIDIA-FLORES, Yosser), Caracas, Capital District, Venezuela; DOB 11 Oct 1988; citizen

Venezuela; Gender Male; Cedula No. 18815328 (Venezuela); Passport 135713284 (Venezuela) expires 31 May 2021 (individual) [VENEZUELA-EO13850].

GAVIDIA FLORES, Yoswal Alexander, Caracas, Capital District, Venezuela; DOB 06 Aug 1990; citizen Venezuela; Gender Male; Cedula No. 19733466 (Venezuela); Passport 134559177 (Venezuela) expires 11 May 2021 (individual) [VENEZUELA-EO13850].

GAVIDIA-FLORES, Walter (a.k.a. GAVIDIA FLORES, Walter Jacob), Caracas, Capital District, Venezuela; DOB 15 Dec 1978; citizen Venezuela; Gender Male; Cedula No. 14407259 (Venezuela); Passport 113561269 (Venezuela) expires 28 Jan 2020 (individual) [VENEZUELA-EO13850].

GAVIDIA-FLORES, Yosser (a.k.a. GAVIDIA FLORES, Yosser Daniel), Caracas, Capital District, Venezuela; DOB 11 Oct 1988; citizen Venezuela; Gender Male; Cedula No. 18815328 (Venezuela); Passport 135713284 (Venezuela) expires 31 May 2021 (individual) [VENEZUELA-EO13850].

GAVIOTAS LTDA. (a.k.a. HOTEL SIN PECADOS; a.k.a. MOTEL CAMPO AMOR; a.k.a. "HOTEL SIN PK2"), Calle 4A No. 21-34 Circunvalar, Cartago, Valle, Colombia; NIT # 800032092-7 (Colombia) [SDNT].

GAVRILENKO, Anatoli Anatolievich (a.k.a. GAVRILENKO, Anatolii Anatolyevich; a.k.a. GAVRILENKO, Anatoliy Anatolevich; a.k.a. GAVRILENKO, Anatoly), Moscow, Russia; DOB 1972; nationality Russia; Gender Male; Tax ID No. 771902996586 (Russia) (individual) [RUSSIA-EO14024].

GAVRILENKO, Anatolii Anatolyevich (a.k.a. GAVRILENKO, Anatoli Anatolievich; a.k.a. GAVRILENKO, Anatoliy Anatolevich; a.k.a. GAVRILENKO, Anatoly), Moscow, Russia; DOB 1972; nationality Russia; Gender Male; Tax ID No. 771902996586 (Russia) (individual) [RUSSIA-EO14024].

GAVRILENKO, Anatoliy Anatolevich (a.k.a. GAVRILENKO, Anatoli Anatolievich; a.k.a. GAVRILENKO, Anatolii Anatolyevich; a.k.a. GAVRILENKO, Anatoly), Moscow, Russia; DOB 1972; nationality Russia; Gender Male; Tax ID No. 771902996586 (Russia) (individual) [RUSSIA-EO14024].

GAVRILENKO, Anatoly (a.k.a. GAVRILENKO, Anatoli Anatolievich; a.k.a. GAVRILENKO, Anatolii Anatolyevich; a.k.a. GAVRILENKO, Anatoliy Anatolevich), Moscow, Russia; DOB 1972; nationality Russia; Gender Male; Tax ID

No. 771902996586 (Russia) (individual) [RUSSIA-EO14024].

GAVRILOV, Sergey Anatolyevich (Cyrillic: ГАВРИЛОВ, Сергей Анатольевич), Russia; DOB 27 Jan 1966; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GAVRJUCHENKOV, Andrej Viktorovich (a.k.a. GAVRYUCHENKOV, Andrei Viktorovich (Cyrillic: ГАВРЮЧЕНКОВ, АНДРЕЙ ВИКТОРОВИЧ); a.k.a. GAVRYUCHENKOV, Andrey Viktorovich), Russia; DOB 23 Oct 1960; POB Tulun, Russia; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; National ID No. 46357814 (Russia); Tax ID No. 500111196730 (Russia) (individual) [NPWMD] [RUSSIA-EO14024] (Linked To: AKTSIONERNOE OBSHCHESTVO RAU FARM).

GAVRYUCHENKOV, Andrei Viktorovich (Cyrillic: ГАВРЮЧЕНКОВ, АНДРЕЙ ВИКТОРОВИЧ) (a.k.a. GAVRJUCHENKOV, Andrej Viktorovich; a.k.a. GAVRYUCHENKOV, Andrey Viktorovich), Russia; DOB 23 Oct 1960; POB Tulun, Russia; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; National ID No. 46357814 (Russia); Tax ID No. 500111196730 (Russia) (individual) [NPWMD] [RUSSIA-EO14024] (Linked To: AKTSIONERNOE OBSHCHESTVO RAU FARM).

GAVRYUCHENKOV, Andrey Viktorovich (a.k.a. GAVRJUCHENKOV, Andrej Viktorovich; a.k.a. GAVRYUCHENKOV, Andrei Viktorovich (Cyrillic: ГАВРЮЧЕНКОВ, АНДРЕЙ ВИКТОРОВИЧ)), Russia; DOB 23 Oct 1960; POB Tulun, Russia; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; National ID No. 46357814 (Russia); Tax ID No. 500111196730 (Russia) (individual) [NPWMD] [RUSSIA-EO14024] (Linked To: AKTSIONERNOE OBSHCHESTVO RAU FARM).

GAWAKA, Maxime Eli Jeoffroy Mokom (a.k.a. GAWAKA, Maxime Mokom; a.k.a. MOCOM, Maxime; a.k.a. MOKOM, Gawaka; a.k.a. MOKOM, Maxim; a.k.a. MOKOM, Maxime; a.k.a. MOKOME, Maxime; a.k.a. MOKOM-GAWAKA, Maxime Jeoffroy Eli; a.k.a. MOKOUM, Maxime; a.k.a. "Colonel Rock"), Boy-Rabe, Bangui, Central African Republic; DOB 30 Dec 1978; POB Bangui, Central African Republic; nationality Central African Republic; Gender Male; Passport O00006983 (Central African Republic) expires 02 Feb 2017 (individual) [CAR].

GAWAKA, Maxime Mokom (a.k.a. GAWAKA, Maxime Eli Jeoffroy Mokom; a.k.a. MOCOM, Maxime; a.k.a. MOKOM, Gawaka; a.k.a. MOKOM, Maxim; a.k.a. MOKOM, Maxime; a.k.a. MOKOME, Maxime; a.k.a. MOKOM-GAWAKA, Maxime Jeoffroy Eli; a.k.a. MOKOUM, Maxime; a.k.a. "Colonel Rock"), Boy-Rabe, Bangui, Central African Republic; DOB 30 Dec 1978; POB Bangui, Central African Republic; nationality Central African Republic; Gender Male; Passport O00006983 (Central African Republic) expires 02 Feb 2017 (individual) [CAR].

GAXIOLA GARCIA, Carlos Alberto, c/o INMUEBLES SIERRA VISTA S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o DISTRIBUIDORA GRAN AUTO S.A. DE C.V., Hermosillo, Sonora, Mexico; Calle Angel Garcia Aburto No. 62, Col. Loma Linda, Hermosillo, Sonora, Mexico; Calles Olivares y Eduardo W. Villa, Hermosillo, Sonora, Mexico; Avenida Raul Campoy Numero 307, Colonia Pitic, Hermosillo, Sonora, Mexico; DOB 02 Mar 1978; POB Hermosillo, Sonora, Mexico; nationality Mexico; citizen Mexico; R.F.C. GAGC780302H75 (Mexico); C.U.R.P. GAGC780302HSRXRRR00 (Mexico) (individual) [SDNTK].

GAXIOLA GARCIA, Maria Elena, c/o INMOBILIARIA GAXIOLA HERMANOS S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o DISTRIBUIDORA GRAN AUTO S.A. DE C.V., Hermosillo, Sonora, Mexico; Calle Rafael Campoy No. 305, Col. Pitic, Hermosillo, Sonora, Mexico; Rafael Campoy Num 307, Hermosillo, Sonora, Mexico; Priv. Bugambilia 55, Colonia Bugambilia, Hermosillo, Sonora, Mexico; DOB 18 Aug 1975; POB Culiacan, Sinaloa, Mexico; alt. POB Arizpe, Sonora, Mexico; nationality Mexico; citizen Mexico; R.F.C. GAGE750818L66 (Mexico); alt. R.F.C. GAGE350904 (Mexico); alt. R.F.C. GAGE680511 (Mexico); C.U.R.P. GAGE750818MSLXRL11 (Mexico); alt. C.U.R.P. GAGE750818MSLXRL03 (Mexico) (individual) [SDNTK].

GAXIOLA GARCIA, Rigoberto, c/o INMOBILIARIA GAXIOLA HERMANOS S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o AGRICOLA GAXIOLA S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o COPA DE PLATA S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o MINERA LA CASTELLANA Y ANEXAS S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o MINERA RIO PRESIDIO S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o TEMPLE DEL PITIC S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o DISTRIBUIDORA GRAN AUTO S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o GRUPO INDUSTRIAL GAXIOLA HERMANOS S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o INMUEBLES SIERRA VISTA S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o MOLDURAS DEL NOROESTE S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o DISTRIBUIDORA DE HERMOSILLO GAXIOLA HERMANOS S.A. DE C.V., Hermosillo, Sonora, Mexico; c/o FLETES Y TRANSPORTES GAXGAR S.A. DE C.V., Hermosillo, Sonora, Mexico; Calles Olivares y Eduardo W. Villa, Colonia Olivares, Hermosillo, Sonora, Mexico; Alamos No. 42, Colonia Modelo, Hermosillo, Sonora, Mexico; Avenida de Anza #210, Colonia Pitic, Hermosillo, Sonora, Mexico; Calle Clavel No. 1406, Esquina con Calle Rosa, Colonia Margarita, Culiacan, Sinaloa, Mexico; Rafael Campoy #307, Pitic, Hermosillo, Sonora, Mexico; Calle de Anza Numero 210, Colonia Pitic, Hermosillo, Sonora, Mexico; Uvalama No. 19, Col Los Sabinos, Hermosillo, Sonora, Mexico; Avenida Adolfo de la Huerta 401, Colonia Pitic, Hermosillo, Sonora, Mexico; Ave Colonizadores 830, Hermosillo, Sonora, Mexico; DOB 25 Jan 1973; alt. DOB 26 Jan 1973; POB CULIACAN, SINALOA, MEXICO; nationality Mexico; citizen Mexico; R.F.C. GAGR730125DC9 (Mexico); alt. R.F.C. GACR730125 (Mexico); alt. R.F.C. GAGP730125 (Mexico); C.U.R.P. GAGR730125HSLXRG08 (Mexico) (individual) [SDNTK].

GAXIOLA MEDINA, Rigoberto (a.k.a. MEDINA SAENZ, Enrique; a.k.a. MORALES GUERRERO, Juan Antonio; a.k.a. SAENZ MEDINA, Enrique), Calle Clavel No. 1406,

Colonia Margarita, Culiacan, Sinaloa, Mexico; Hermosillo, Sonora, Mexico; DOB 27 Sep 1950; alt. DOB 27 Oct 1950; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. GAMR-501027 (Mexico); C.U.R.P. GAMR501027HSLXDG00 (Mexico) (individual) [SDNTK].

GAYE, Aroun (a.k.a. GAYE, Haroun; a.k.a. GEYE, Aroun; a.k.a. GUAYE, Haroun; a.k.a. GUEYE, Haroun), Bangui, Central African Republic; DOB 30 Jan 1968; alt. DOB 30 Jan 1969; Passport O000065872 (Central African Republic) expires 30 Dec 2019 (individual) [CAR].

GAYE, Haroun (a.k.a. GAYE, Aroun; a.k.a. GEYE, Aroun; a.k.a. GUAYE, Haroun; a.k.a. GUEYE, Haroun), Bangui, Central African Republic; DOB 30 Jan 1968; alt. DOB 30 Jan 1969; Passport O000065872 (Central African Republic) expires 30 Dec 2019 (individual) [CAR].

GAYEVOY, Aleksandr Andreyevich (a.k.a. GAEVOI, Aleksandr Andreevich; a.k.a. GAEVOY, Aleksandr), Vladivostok, Russia; DOB 16 Jun 1986; POB Artem, Primorkiy Kray, Russia; nationality Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2] (Linked To: APOLLON OOO).

GAYKOVICH, Boris Aleksandrovich, St. Petersburg, Russia; DOB 30 Oct 1977; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 649039450 (Russia); National ID No. 4004990741 (individual) [CYBER2] (Linked To: NPP PT OKEANOS, AO).

GAZ GROUP (a.k.a. GAZ JSC; a.k.a. GAZ PAO; a.k.a. GAZ GROUP, Nizhny Novgorod 603950, Russia; 15/1 Rochdelskaya Str., Moscow 123022, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1929; Tax ID No. 5200000046 (Russia); Registration Number 1025202265571 (Russia) [UKRAINE-EO13661] [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: DERIPASKA, Oleg Vladimirovich; Linked To: RUSSIAN MACHINES).

GAZ JSC (a.k.a. GAZ GROUP; a.k.a. GAZ PAO; a.k.a. GAZ GROUP, Nizhny Novgorod 603950, Russia; 15/1 Rochdelskaya Str., Moscow 123022, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1929; Tax ID No. 5200000046 (Russia); Registration Number 1025202265571 (Russia) [UKRAINE-EO13661] [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: DERIPASKA, Oleg Vladimirovich; Linked To: RUSSIAN MACHINES).

GAZ PAO (a.k.a. GAZ GROUP; a.k.a. GAZ JSC), 88 Lenin Avenue, Nizhny Novgorod 603950, Russia; 15/1 Rochdelskaya Str., Moscow 123022, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1929; Tax ID No. 5200000046 (Russia); Registration Number 1025202265571 (Russia) [UKRAINE-EO13661] [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: DERIPASKA, Oleg Vladimirovich; Linked To: RUSSIAN MACHINES).

GAZA NOW (Arabic: غزة الآن) (a.k.a. "GAZAALAN"; a.k.a. "GAZAALANNET"; a.k.a. "GNNANOW"), Gaza; Digital Currency Address - XBT 3Q8H2ZWMtc4R1M3mkmhnTjCoYKTeCFigDP; Digital Currency Address - ETH 0xE950DC316b836e4EeFb8308bf32Bf7C72a1358FF; alt. Digital Currency Address - ETH 0x21B8d56BDA776bbE68655A16895afd96F5534feD; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 May 2012; Digital Currency Address - USDT TTgcTTNbNuFdbrhvbjMZVrdU5KALyzDaPw; alt. Digital Currency Address - USDT TGJVc32ig2u8tQsYMLE7KXHT5NDQroaVNU; alt. Digital Currency Address - USDT TXEsK1sEsKjZ1xtHitnyAAoqw3WLdYdRNW; alt. Digital Currency Address - USDT TH96tFMn8KGiYSLiwcV3E2UiaJc8jmcbz3; alt. Digital Currency Address - USDT 0x175d44451403Edf28469dF03A9280c1197ADb92c [SDGT] (Linked To: HAMAS; Linked To: AYASH, Mustafa).

GAZARYAN, Yuri Garunovich (a.k.a. GAZARYAN, Yuriy Garunovich), Moscow, Russia; DOB 23 Jul 1974; POB Baku, Azerbaijan; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

GAZARYAN, Yuriy Garunovich (a.k.a. GAZARYAN, Yuri Garunovich), Moscow, Russia; DOB 23 Jul 1974; POB Baku, Azerbaijan; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

GAZAVTOMATIKA (a.k.a. JOINT STOCK COMPANY GAZPROM AVTOMATIZATSIYA; a.k.a. OTKRYTOE AKTSIONERNOE OBSCHESTVO GAZPROM AVTOMATIZATSIYA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO GAZPROM AVTOMATIZATSIYA), 25, Savvinskaya Naberezhnaya, Moscow 119435, Russia; d. 3 pom. VI kom. 21, ul. Kirpichnye Vyemki Moscow, Moscow 117405, Russia; Organization Established Date 05 Aug 1993; Tax ID No. 7704028125 (Russia); Government Gazette Number 00159093 (Russia); Registration Number 1027700055360 (Russia) [RUSSIA-EO14024].

GAZIYEV, Tarkhan Ismailovich, Turkey; DOB 11 Nov 1965; POB Itum-Kale District, Chechen Ingush; alt. POB Chechen Republic, Russia; nationality Russia (individual) [SDGT].

GAZNEFTEMASH LLC (a.k.a. LIMITED LIABILITY COMPANY PROIZVOSTVENNAYA KOMMERCHESKAYA FIRMA GAZNEFTEMASH; a.k.a. PKF GAZNEFTEMASH), Km Kievskoe Shosse 22-1, Domovladenie 4, Str. 5, Moscow 108811, Russia; Organization Established Date 02 Jun 2008; Tax ID No. 7727653358 (Russia); Registration Number 1087746698137 (Russia) [RUSSIA-EO14024].

GAZOGLI, Fadi (Cyrillic: ГАЗОГЛИ, ФАДИ) (a.k.a. DENIZ, Fadi; a.k.a. GHAZOGHLI, Fadi; a.k.a. GHAZOGHLI, Fadi Ferzanda), Adma, Keserwan, Lebanon; Hamra, Beirut, Lebanon; La Cite, Jounieh, Lebanon; Bchamoun, Lebanon; Pavla Korchagina D 15 KV 116, Moscow, Russia; Kazlicesme Mah, Kennedy CD 52 E 17 34020 Zeytinburnu, Istanbul, Turkey; 20-22 Wenlock Road, London NI 7GU, United Kingdom; Saint Kitts and Nevis; DOB 04 May 1975; POB Aleppo, Syria; nationality Lebanon; alt. nationality Syria; alt. nationality Russia; alt. nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 244705926511 (Russia); Identification Number 117221771 (Lebanon); alt. Identification Number 114048392 (Lebanon); alt. Identification Number 0996361 (Russia); alt. Identification Number 460780224 (United

Kingdom) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

GAZPROM BURENIE, OOO (f.k.a. BUROVAYA KOMPANIYA OAO GAZPROM, DOCHERNEE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. GAZPROM BURENIYE LLC; a.k.a. GAZPROM DRILLING; a.k.a. LIMITED LIABILITY COMPANY GAZPROM BURENIYE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GAZPROM BURENIE), 12A, ul. Nametkina, Moscow 117420, Russia; Website www.burgaz.ru; Email Address mail@burgaz.gazprom.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1028900620319; Tax ID No. 5003026493; Government Gazette Number 00156251 [UKRAINE-EO13662] (Linked To: ROTENBERG, Igor Arkadyevich).

GAZPROM BURENIYE LLC (f.k.a. BUROVAYA KOMPANIYA OAO GAZPROM, DOCHERNEE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. GAZPROM BURENIE, OOO; a.k.a. GAZPROM DRILLING; a.k.a. LIMITED LIABILITY COMPANY GAZPROM BURENIYE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GAZPROM BURENIE), 12A, ul. Nametkina, Moscow 117420, Russia; Website www.burgaz.ru; Email Address mail@burgaz.gazprom.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1028900620319; Tax ID No. 5003026493; Government Gazette Number 00156251 [UKRAINE-EO13662] (Linked To: ROTENBERG, Igor Arkadyevich).

GAZPROM DRILLING (f.k.a. BUROVAYA KOMPANIYA OAO GAZPROM, DOCHERNEE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. GAZPROM BURENIE, OOO; a.k.a. GAZPROM BURENIYE LLC; a.k.a. LIMITED LIABILITY COMPANY GAZPROM BURENIYE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GAZPROM BURENIE), 12A, ul. Nametkina, Moscow 117420, Russia; Website www.burgaz.ru; Email Address mail@burgaz.gazprom.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1028900620319; Tax ID No. 5003026493; Government Gazette

Number 00156251 [UKRAINE-EO13662] (Linked To: ROTENBERG, Igor Arkadyevich).

GAZPROM KOSMICHESKIE SISTEMY AO (a.k.a. JOINT STOCK COMPANY GAZPROM SPACE SYSTEMS), ul. Moskovskaya, d. 77, lit. B, Shchelkovo 141108, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5018035691 (Russia); Registration Number 1025002045177 (Russia) [RUSSIA-EO14024].

GAZPROM VNIIGAZ (a.k.a. GAZPROM VNIIGAZ, OOO (Cyrillic: ООО ГАЗПРОМ ВНИИГАЗ); a.k.a. LLC VNIIGAZ; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'NAUCHNO-ISSLEDOVATELSKI INSTITUT PRIRODNYKH GAZOV I GAZOVYKH TEKHNOLOGI - GAZPROM VNIIGAZ' (Cyrillic: НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ПРИРОДНЫХ ГАЗОВ И ГАЗОВЫХ ТЕХНОЛОГИЙ - ГАЗПРОМ ВНИИГАЗ); f.k.a. "ALL UNION SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES"; a.k.a. "LIMITED LIABILITY COMPANY SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES"; a.k.a. "VNIGAZ"), 15 Gazovikov St., bld. 1, Razvilka, Leninski Raion, Moskovskaya obl. 142717, Russia; Sevastopolskaya St. 1A, Ukhta, Komi Republic, Russia; Website www.vniigaz.ru; Email Address adm@vniigaz.gazprom.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 30 Jun 1999; Registration ID 1025000651598; Tax ID No. 5003028155; Government Gazette Number 31323949; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM).

GAZPROM VNIIGAZ, OOO (Cyrillic: ООО ГАЗПРОМ ВНИИГАЗ) (a.k.a. GAZPROM VNIIGAZ; a.k.a. LLC VNIIGAZ; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'NAUCHNO-

ISSLEDOVATELSKI INSTITUT PRIRODNYKH GAZOV I GAZOVYKH TEKHNOLOGI - GAZPROM VNIIGAZ' (Cyrillic: НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ПРИРОДНЫХ ГАЗОВ И ГАЗОВЫХ ТЕХНОЛОГИЙ - ГАЗПРОМ ВНИИГАЗ); f.k.a. "ALL UNION SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES"; a.k.a. "LIMITED LIABILITY COMPANY SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES"; a.k.a. "VNIGAZ"), 15 Gazovikov St., bld. 1, Razvilka, Leninski Raion, Moskovskaya obl. 142717, Russia; Sevastopolskaya St. 1A, Ukhta, Komi Republic, Russia; Website www.vniigaz.ru; Email Address adm@vniigaz.gazprom.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 30 Jun 1999; Registration ID 1025000651598; Tax ID No. 5003028155; Government Gazette Number 31323949; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM).

GAZPROMNEFT CATALYTIC SYSTEM LIMITED LIABILITY COMPANY, Pr-Kt Gubkina D. 1, Omsk 644040, Russia; Organization Established Date 16 Sep 2016; Tax ID No. 5501177142 (Russia); Registration Number 1165543085542 (Russia) [RUSSIA-EO14024].

GAZPROMNEFT NGGF OOO (Cyrillic: ГАЗПРОМНЕФТЬ ННГГФ ООО) (a.k.a. GAZPROMNEFT NOYABRSK OIL AND GAS GEOPHYSICS LIMITED LIABILITY COMPANY; a.k.a. GAZPROMNEFT NOYABRSKNEFTEGAZGEOFIZIKA; a.k.a. GAZPROMNEFT NOYABRSKNEFTEGAZGEOPHYSICS OOO (Cyrillic: ГАЗПРОМНЕФТЬ НОЯБРЬСКНЕФТЕГАЗГЕОФИЗИКА ООО)), ter. Promuzel Pelei, Panel Xv 24, Noyabrsk, Yamalo-Nenetski A.O. 629809, Russia; Organization Established Date 01 Jun 2016; Tax ID No. 8905062456 (Russia); Government Gazette Number 04779032 (Russia); Registration Number 1168901053562 (Russia) [RUSSIA-EO14024].

GAZPROMNEFT NOYABRSK OIL AND GAS GEOPHYSICS LIMITED LIABILITY COMPANY

(a.k.a. GAZPROMNEFT NGGF OOO (Cyrillic: ГАЗПРОМНЕФТЬ ННГГФ ООО); a.k.a. GAZPROMNEFT NOYABRSKNEFTEGAZGEOFIZIKA; a.k.a. GAZPROMNEFT NOYABRSKNEFTEGAZGEOPHYSICS OOO (Cyrillic: ГАЗПРОМНЕФТЬ НОЯБРЬСКНЕФТЕГАЗГЕОФИЗИКА ООО)), ter. Promuzel Pelei, Panel Xv 24, Noyabrsk, Yamalo-Nenetski A.O. 629809, Russia; Organization Established Date 01 Jun 2016; Tax ID No. 8905062456 (Russia); Government Gazette Number 04779032 (Russia); Registration Number 1168901053562 (Russia) [RUSSIA-EO14024].

GAZPROMNEFT NOYABRSKNEFTEGAZGEOFIZIKA (a.k.a. GAZPROMNEFT NGGF OOO (Cyrillic: ГАЗПРОМНЕФТЬ ННГГФ ООО); a.k.a. GAZPROMNEFT NOYABRSK OIL AND GAS GEOPHYSICS LIMITED LIABILITY COMPANY; a.k.a. GAZPROMNEFT NOYABRSKNEFTEGAZGEOPHYSICS OOO (Cyrillic: ГАЗПРОМНЕФТЬ НОЯБРЬСКНЕФТЕГАЗГЕОФИЗИКА ООО)), ter. Promuzel Pelei, Panel Xv 24, Noyabrsk, Yamalo-Nenetski A.O. 629809, Russia; Organization Established Date 01 Jun 2016; Tax ID No. 8905062456 (Russia); Government Gazette Number 04779032 (Russia); Registration Number 1168901053562 (Russia) [RUSSIA-EO14024].

GAZPROMNEFT NOYABRSKNEFTEGAZGEOPHYSICS OOO (Cyrillic: ГАЗПРОМНЕФТЬ НОЯБРЬСКНЕФТЕГАЗГЕОФИЗИКА ООО) (a.k.a. GAZPROMNEFT NGGF OOO (Cyrillic: ГАЗПРОМНЕФТЬ ННГГФ ООО); a.k.a. GAZPROMNEFT NOYABRSK OIL AND GAS GEOPHYSICS LIMITED LIABILITY COMPANY; a.k.a. GAZPROMNEFT NOYABRSKNEFTEGAZGEOFIZIKA), ter. Promuzel Pelei, Panel Xv 24, Noyabrsk, Yamalo-Nenetski A.O. 629809, Russia; Organization Established Date 01 Jun 2016; Tax ID No. 8905062456 (Russia); Government Gazette Number 04779032 (Russia); Registration Number 1168901053562 (Russia) [RUSSIA-EO14024].

GAZPROMNEFT NTC (a.k.a. GAZPROMNEFT SCIENCE AND TECHNOLOGY CENTRE LIMITED LIABILITY COMPANY; a.k.a. GAZPROMNEFT STC LLC), Ul. Galernaya D. 5A, Saint Petersburg 190000, Russia; Organization Established Date 15 Nov 2007;

Tax ID No. 7838395487 (Russia); Registration Number 1079847089673 (Russia) [RUSSIA-EO14024].

GAZPROMNEFT SCIENCE AND TECHNOLOGY CENTRE LIMITED LIABILITY COMPANY (a.k.a. GAZPROMNEFT NTC; a.k.a. GAZPROMNEFT STC LLC), Ul. Galernaya D. 5A, Saint Petersburg 190000, Russia; Organization Established Date 15 Nov 2007; Tax ID No. 7838395487 (Russia); Registration Number 1079847089673 (Russia) [RUSSIA-EO14024].

GAZPROMNEFT STC LLC (a.k.a. GAZPROMNEFT NTC; a.k.a. GAZPROMNEFT SCIENCE AND TECHNOLOGY CENTRE LIMITED LIABILITY COMPANY), Ul. Galernaya D. 5A, Saint Petersburg 190000, Russia; Organization Established Date 15 Nov 2007; Tax ID No. 7838395487 (Russia); Registration Number 1079847089673 (Russia) [RUSSIA-EO14024].

GAZSTROIPROM AO (a.k.a. AKTSIONERNOE OBSHCHESTVO GAZSTROIPROM; a.k.a. AO GAZSTROYPROM; a.k.a. JOINT STOCK COMPANY GAZSTROYPROM), Ul. Tashkentskaya D. 3, Korpus 3 Lit. B, Saint Petersburg 196084, Russia; Organization Established Date 21 Jun 2018; Tax ID No. 7842155505 (Russia); Government Gazette Number 29749701 (Russia); Registration Number 1187847178705 (Russia) [RUSSIA-EO14024].

GAZTRON CORP (a.k.a. AKTSIONERNOE OBSCHESTVO OPTRON STAVROPOL; a.k.a. JOINT STOCK COMPANY OPTRON STAVROPOL; a.k.a. OPTRON STAVROPOL CORP), 431 Lenina Str., Stavropol 355000, Russia; Tax ID No. 2635078677 (Russia); Registration Number 1052600264254 (Russia) [RUSSIA-EO14024].

GBAE (a.k.a. GENERAL BUREAU OF ATOMIC ENERGY; a.k.a. GENERAL DEPARTMENT OF ATOMIC ENERGY), Haeudong, Pyongchen District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

GBD LIMITED (f.k.a. KOLNET LIMITED), Afstralias 6, Limassol 3017, Cyprus; Organization Established Date 03 Aug 1998; Organization Type: Non-specialized wholesale trade; Registration Number C96489 (Cyprus)

[RUSSIA-EO14024] (Linked To: VOLFOVICH, Alexander).

GBJ DE COLIMA, S.A. DE C.V. (a.k.a. ESTACION DE SERVICIO GBJ), Avenida Benito Juarez No. 1039, Col. Villas del Rio, Villa de Alvarez, Colima C.P. 28970, Mexico; R.F.C. GCO070626DY8 (Mexico) [SDNTK].

GCH FINLAND OY, Manttaalitie 5, Vantaa, Uusimaa 01530, Finland; Website www.gchfinland.fi; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Registration Number 25554771 (Finland) [CYBER2] (Linked To: KOVALEVSKIJ, Nikita Gennadievitch).

GCT (a.k.a. GROUPE COMBATTANT TUNISIEN; a.k.a. JAMA'A COMBATTANTE TUNISIEN; a.k.a. TUNISIAN COMBAT GROUP; a.k.a. TUNISIAN COMBATANT GROUP; a.k.a. "JCT") [SDGT].

GEA OOO (Cyrillic: ООО ГЭА) (a.k.a. LIMITED LIABILITY COMPANY GEA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЭА); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GEA), Ter. OEZ Alabuga, Ul. Sh-2, Str. 5/12, Pomeshch. 36, Yelabuga, Volga federal region, Tatarstan, Russia; Organization Established Date 26 Mar 2020; Organization Type: Manufacture of pulp, paper and paperboard; Tax ID No. 1646048200 (Russia); Registration Number 1201600024878 (Russia); alt. Registration Number 43974020 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

GEBAA 2480 SAL (a.k.a. JEBAA 2480 SAL), Adnan Al Hakim Street, Al Wazeer Building, First Floor, Building No. 3672, Msaytbeh, Beirut, Lebanon; Commercial Registry Number 1013406 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

GEBERT, Markus (a.k.a. GELOWICZ, Abdullah; a.k.a. GELOWICZ, Fritz Martin; a.k.a. GELOWICZ, Fritz Martin Abdullah; a.k.a. GELOWITZ, Fritz Martin Abdullah; a.k.a. KONARS, Robert; a.k.a. "BENZL"), Boefinger Weg 20, Ulm 89075, Germany; Eberhardstrasse 70, Ulm 89073, Germany; DOB 01 Sep 1979; alt. DOB 10 Apr 1979; POB Munich, Germany; alt. POB Liege, Belgium; citizen Germany; Passport 7020069907 (Germany); Personal ID Card 7020783883; currently incarcerated at Stuttgart-Stammheim, Germany (individual) [SDGT].

GEBREDENGEL, Simon (a.k.a. GOITOM, Taeme Abraham; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a. "TESFALEN"; a.k.a. "TSEGAI"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

GEDEON, Kyungu Mutanga (a.k.a. MTANGA, Gedeon; a.k.a. MUTANGA WA BAFUNKWA KANONGA, Gedeon Kyungu; a.k.a. MUTANGA, Gedeon Kyungu; a.k.a. MUTANGA, Gideon Kyungu); DOB 1972; alt. DOB 1974; POB Manono territory, Katanga Province (now Tanganyika Province), Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male (individual) [DRCONGO].

GEFESD LTD (a.k.a. PO GEFESD), ul. Sovetskaya d. 15, Lyulikh 601362, Russia; Organization Established Date 09 Nov 2010; Tax ID No. 3324123093 (Russia); Registration Number 1103337000524 (Russia) [RUSSIA-EO14024] (Linked To: GARSHIN, Vadim Veniaminovich; Linked To: RAZORENOV, Aleksandr Gennadievich).

GEFEST-M LLC, Office 401, Structure 1, Building 1, Chermyanskaya Street, Moscow 127081, Russia; Office Space 5, Room 18, Building 5/7 Rozhdestvenka Street, Moscow 107031, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] (Linked To: KOREA TANGUN TRADING CORPORATION).

GEIGES, Daniel; DOB 25 Jan 1938; POB Lachen, Switzerland; nationality Switzerland; Passport 8071366 (Switzerland) (individual) [NPWMD].

GEKKIEV, Zaur Dalkhatovich (Cyrillic: ГЕККИЕВ, Заур Далхатович), Russia; DOB 12 Feb 1961; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GELERI IMPORT EXPORT S.R.L., 3 Str. Clinceni Depozitul, C10, Ilfov 70000, Romania;

Romanian C.R. J23/242/2004 (Romania) [SDNTK].

GELERI, Omer, Prundeni, Valcea, Romania; c/o MEGA GROUP S.R.L.; c/o GELRO IMPEX S.R.L.; DOB 01 Mar 1946; POB Mardin, Turkey; nationality Turkey; CNP (Personal Numerical Code) 7460301380011 (Romania); Romanian Permanent Resident CAN 0125477 (Romania) issued 13 Jul 2007 (individual) [SDNTK].

GELERI, Zeyneddin, c/o GELERI IMPORT EXPORT S.R.L.; c/o MEGA GROUP S.R.L.; DOB 13 Oct 1973; alt. DOB 13 Oct 1977; POB Mardin, Turkey; nationality Turkey; citizen Turkey (individual) [SDNTK].

GELOWICZ, Abdullah (a.k.a. GEBERT, Markus; a.k.a. GELOWICZ, Fritz Martin; a.k.a. GELOWICZ, Fritz Martin Abdullah; a.k.a. GELOWITZ, Fritz Martin Abdullah; a.k.a. KONARS, Robert; a.k.a. "BENZL"), Boefinger Weg 20, Ulm 89075, Germany; Eberhardstrasse 70, Ulm 89073, Germany; DOB 01 Sep 1979; alt. DOB 10 Apr 1979; POB Munich, Germany; alt. POB Liege, Belgium; citizen Germany; Passport 7020069907 (Germany); Personal ID Card 7020783883; currently incarcerated at Stuttgart-Stammheim, Germany (individual) [SDGT].

GELOWICZ, Fritz Martin (a.k.a. GEBERT, Markus; a.k.a. GELOWICZ, Abdullah; a.k.a. GELOWICZ, Fritz Martin Abdullah; a.k.a. GELOWITZ, Fritz Martin Abdullah; a.k.a. KONARS, Robert; a.k.a. "BENZL"), Boefinger Weg 20, Ulm 89075, Germany; Eberhardstrasse 70, Ulm 89073, Germany; DOB 01 Sep 1979; alt. DOB 10 Apr 1979; POB Munich, Germany; alt. POB Liege, Belgium; citizen Germany; Passport 7020069907 (Germany); Personal ID Card 7020783883; currently incarcerated at Stuttgart-Stammheim, Germany (individual) [SDGT].

GELOWICZ, Fritz Martin Abdullah (a.k.a. GEBERT, Markus; a.k.a. GELOWICZ, Abdullah; a.k.a. GELOWICZ, Fritz Martin; a.k.a. GELOWITZ, Fritz Martin Abdullah; a.k.a. KONARS, Robert; a.k.a. "BENZL"), Boefinger Weg 20, Ulm 89075, Germany; Eberhardstrasse 70, Ulm 89073, Germany; DOB 01 Sep 1979; alt. DOB 10 Apr 1979; POB Munich, Germany; alt. POB Liege, Belgium; citizen Germany; Passport 7020069907 (Germany); Personal ID Card 7020783883; currently incarcerated at Stuttgart-Stammheim, Germany (individual) [SDGT].

GELOWITZ, Fritz Martin Abdullah (a.k.a. GEBERT, Markus; a.k.a. GELOWICZ, Abdullah;

a.k.a. GELOWICZ, Fritz Martin; a.k.a. GELOWICZ, Fritz Martin Abdullah; a.k.a. KONARS, Robert; a.k.a. "BENZL"), Boefinger Weg 20, Ulm 89075, Germany; Eberhardstrasse 70, Ulm 89073, Germany; DOB 01 Sep 1979; alt. DOB 10 Apr 1979; POB Munich, Germany; alt. POB Liege, Belgium; citizen Germany; Passport 7020069907 (Germany); Personal ID Card 7020783883; currently incarcerated at Stuttgart-Stammheim, Germany (individual) [SDGT].

GELRO IMPEX S.R.L., Cart. Cring, Bloc 2C, Ap. 16, Municipiul Buzau, Buzau 120164, Romania; C.R. No. J10/623/1997 (Romania); Fiscal Code 9896460 (Romania) [SDNTK].

GEMINI S.A.S.U., 8eme etage, Immeuble 1113, Boulevard Du 30 Juin No. 110, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-01223 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: OPERA).

GEMUHO HOLDING, INC, Costa de Este, P.H. Sevilla, Torre 1, apartamento 43B, Panama City, Panama; RUC # 2388488-1-803204 (Panama) [SDNTK].

GENAITI (a.k.a. "GENIT"), b-r Bolshoi (Innovatsionnogo Tsentra Skolkovo ter) d. 42, str. 1, et/pom.1/335, Moscow 121250, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9701102208 (Russia); Registration Number 1187746256642 (Russia) [RUSSIA-EO14024].

GENBANK, AO (Cyrillic: ГЕНБАНК, АО) AKTSIONERNOE OBSHCHESTVO GENBANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГЕНБАНК); a.k.a. CLOSED JOINT STOCK COMPANY GENBANK; a.k.a. JOINT STOCK COMPANY GENBANK; a.k.a. JSC GENBANK), Ozerkovskaya Naberezhnaya 12, Moscow 115184, Russia; Ulitsa Sevastopolskaya 13, Simferopol 295011, Ukraine; SWIFT/BIC GEOORUMM; Website www.genbank.ru; Email Address info@genbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1137711000074 (Russia) [UKRAINE-EO13685].

GENCOGLU, Serhat; DOB 29 Oct 1970; POB Turkey; CAATSA Section 235 Information:

SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec 235(a)(12); alt. CAATSA Section 235 Information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec 235(a)(9); alt. CAATSA Section 235 Information: FOREIGN EXCHANGE. Sec 235(a)(7); alt. CAATSA Section 235 Information: BANKING TRANSACTIONS. Sec 235(a)(8); alt. CAATSA Section 235 Information: EXCLUSION OF CORPORATE OFFICERS. Sec 235(a)(11); Passport S01001544 (Turkey) expires 28 Mar 2018 (individual) [CAATSA - RUSSIA] (Linked To: PRESIDENCY OF DEFENSE INDUSTRIES).

GENERAL ARMAMENT DEPARTMENT (a.k.a. EQUIPMENT DEVELOPMENT DEPARTMENT (Chinese Simplified: 装备发展部)), China; CAATSA Section 235 Information: EXPORT SANCTIONS Sec. 235(a)(2); alt. CAATSA Section 235 Information: FOREIGN EXCHANGE. Sec 235(a)(7); alt. CAATSA Section 235 Information: BANKING TRANSACTIONS. Sec 235(a)(8); alt. CAATSA Section 235 Information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec 235(a)(12); alt. CAATSA Section 235 Information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec 235(a)(9) [CAATSA - RUSSIA].

GENERAL BOARD OF STATE EXPERT REVIEW (a.k.a. FAU 'GLAVGOSEKSPERTIZA ROSSII'; a.k.a. FEDERAL AUTONOMOUS INSTITUTION 'MAIN DIRECTORATE OF STATE EXAMINATION'; a.k.a. GLAVGOSEKSPERTIZA), Furkasovskiy Lane, building 6, Moscow 101000, Russia; 13 Demidova Street, Sevastopol, Crimea, Ukraine; 10 Vokzalnaya Street, Sevastopol, Crimea, Ukraine; Website http://gge.ru; Email Address info@gge.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

GENERAL BUREAU OF ATOMIC ENERGY (a.k.a. GBAE; a.k.a. GENERAL DEPARTMENT OF ATOMIC ENERGY), Haeudong, Pyongchen District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

GENERAL BUREAU OF PETROLEUM INDUSTRY (a.k.a. CRUDE OIL INDUSTRY MINISTRY; a.k.a. MINISTRY OF CRUDE OIL; a.k.a. MINISTRY OF CRUDE OIL INDUSTRY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

GENERAL COMPANY FOR HOMS REFINERY (a.k.a. HOMS REFINERY COMPANY), General Company for Homs Refinery Building, 352 Tripoli Street, Homs, Syria; P.O. Box 352, Trablus (Tripoli) Street, Homs, Syria; Postal Box 352, Homs, Syria [SYRIA].

GENERAL DEPARTMENT OF ATOMIC ENERGY (a.k.a. GBAE; a.k.a. GENERAL BUREAU OF ATOMIC ENERGY), Haeudong, Pyongchen District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

GENERAL DIRECTORATE OF MILITARY COUNTERINTELLIGENCE (a.k.a. DGCIM; a.k.a. DIRECCION GENERAL DE CONTRAINTELIGENCIA MILITAR (Latin: DIRECCIÓN GENERAL DE CONTRAINTELIGENCIA MILITAR)), Caracas, Capital District, Venezuela [VENEZUELA-EO13850].

GENERAL DIRECTORATE OF MINES (Latin: DIRECCIÓN GENERAL DE MINAS), Barrio Largaespada, Hospital Bautista 1c Oeste 1c Norte, Managua, Nicaragua; Organization Type: Mining of other non-ferrous metal ores; Target Type State-Owned Enterprise [NICARAGUA] (Linked To: MANSELL CASTRILLO, Salvador).

GENERAL DIRECTORATE OF SYRIAN PORTS (a.k.a. "GENERAL DIRECTORATE OF PORTS"), Algazaer Street, Lattakia, Syria [SYRIA].

GENERAL KUWAIT COMMITTEE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING

COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus,

Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

GENERAL NICKEL SA (a.k.a. LA COMPANIA GENERAL DE NIQUEL), Cuba [CUBA].

GENERAL ORGANIZATION FOR REFINING AND DISTRIBUTION OF PETROLEUM PRODUCTS (a.k.a. PUBLIC ESTABLISHMENT FOR REFINING AND DISTRIBUTION (Arabic: المؤسسة العامة لتكرير النفط و توزيع المشتقات النفطية); a.k.a. THE PUBLIC ESTABLISHMENT FOR OIL REFINING AND THE DISTRIBUTION OF OIL DERIVATIVES), Tripoli Road, P.O. Box 342, Homs, Syria; Website http://perd.sy/; Organization Established Date 2009; Organization Type: Support activities for petroleum and natural gas extraction [SYRIA].

GENERAL ORGANIZATION OF RADIO AND TV (a.k.a. GENERAL RADIO AND TELEVISION CORPORATION; a.k.a. RADIO AND TELEVISION CORPORATION; a.k.a. RTV SYRIA; a.k.a. SYRIAN DIRECTORATE GENERAL OF RADIO & TELEVISION EST; a.k.a. "GORT"), Al Oumaween Square, P.O. Box 250, Damascus, Syria [SYRIA].

GENERAL PETROLEUM CORPORATION (a.k.a. "GPC"), New Sham- Building of Syrian Oil Company, PO Box 60694, Damascus, Syria [SYRIA].

GENERAL RADIO AND TELEVISION CORPORATION (a.k.a. GENERAL ORGANIZATION OF RADIO AND TV; a.k.a. RADIO AND TELEVISION CORPORATION; a.k.a. RTV SYRIA; a.k.a. SYRIAN DIRECTORATE GENERAL OF RADIO & TELEVISION EST; a.k.a. "GORT"), Al Oumaween Square, P.O. Box 250, Damascus, Syria [SYRIA].

GENERAL STAFF OF IRANIAN ARMED FORCES (a.k.a. ARMED FORCES GENERAL STAFF; a.k.a. "AFGS"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13876].

GENERAL TECHNOLOGY LIMITED, Level 13, 68 Yee Wo Street, Causeway Bay, Hong Kong, China; Organization Established Date 06 Apr 2018; Target Type Private Company; Registration Number 2676701 (Hong Kong) [NPWMD].

GENERATION TRADING FREE ZONE ESTABLISHMENT (a.k.a. GENERATION TRADING FZE (Arabic: جنيراشن تريدينغ م.م.ح)), Al-Sabkha Tower, Baniyas Road, 109, Floor 8, Suite 810, Al-Sabkha, Deira, Dubai, United Arab Emirates; Business Center, Rakez, Ras al-Khaimah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Nov 2018; License 5020355 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

GENERATION TRADING FZE (Arabic: جنيراشن تريدينغ م.م.ح) (a.k.a. GENERATION TRADING FREE ZONE ESTABLISHMENT), Al-Sabkha Tower, Baniyas Road, 109, Floor 8, Suite 810, Al-Sabkha, Deira, Dubai, United Arab Emirates; Business Center, Rakez, Ras al-Khaimah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 25 Nov 2018; License 5020355 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

GENESIS MARKET (a.k.a. "GENESIS MARKETPLACE"; a.k.a. "GENESIS STORE"), Russia; Website genesis.market; alt. Website G3n3sis.org; alt. Website genesis7zoveavupiiwnrycmaq6uro3kn5h2be3el7wdnbjti2ln2wid.onion; alt. Website g3n3sis.pro; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 01 Mar 2018 [CYBER2].

GENETICA GANADERA RANCHO ALEJANDRA S.P.R. DE R. L. DE C.V., Calle Alvarado No. 143, Local 5-J, Zona Centro, Ojos Negros, Domicilio Conocido, Ensenada, Baja California Norte, Mexico; Carretera Ensenada, San Felipe, Baja California Norte, Mexico [SDNTK].

GENETICA IMPORT-EXPORT S.P.R. DE R.L. DE C.V., Calle Alvarado No. 143, Local 5-J, Zona Centro, Ojos Negros, Domicilio Conocido, Ensenada, Baja California Norte, Mexico; Carretera Ensenada, San Felipe, Baja California Norte, Mexico; Avenida Iturbide No. 648-3, Ensenada, Baja California Norte,

Mexico; Segunda No. 1576, Colonia Obrera, Ensenada, Baja California Norte, Mexico; R.F.C. GIE-030325-Q53 (Mexico) [SDNTK].

GENI GROUP (a.k.a. GENI S.A.; a.k.a. GENI SARL; a.k.a. "GENI"), Rua Marechal Bros Tito No 13, Ingombotas Predio Do Kinaxixi, Luanda, Angola; Cabinda, Angola; Organization Established Date 01 Jan 1996; Organization Type: Wholesale of other household goods [GLOMAG] (Linked To: FRAGOSO DO NASCIMENTO, Leopoldino).

GENI NOVAS TECNOLOGIAS (a.k.a. GENI NOVAS TECNOLOGIAS S.A.), Luanda, Angola; Organization Established Date 24 Jun 2003; Organization Type: Other information technology and computer service activities [GLOMAG] (Linked To: FRAGOSO DO NASCIMENTO, Leopoldino).

GENI NOVAS TECNOLOGIAS S.A. (a.k.a. GENI NOVAS TECNOLOGIAS), Luanda, Angola; Organization Established Date 24 Jun 2003; Organization Type: Other information technology and computer service activities [GLOMAG] (Linked To: FRAGOSO DO NASCIMENTO, Leopoldino).

GENI S.A. (a.k.a. GENI GROUP; a.k.a. GENI SARL; a.k.a. "GENI"), Rua Marechal Bros Tito No 13, Ingombotas Predio Do Kinaxixi, Luanda, Angola; Cabinda, Angola; Organization Established Date 01 Jan 1996; Organization Type: Wholesale of other household goods [GLOMAG] (Linked To: FRAGOSO DO NASCIMENTO, Leopoldino).

GENI SARL (a.k.a. GENI GROUP; a.k.a. GENI S.A.; a.k.a. "GENI"), Rua Marechal Bros Tito No 13, Ingombotas Predio Do Kinaxixi, Luanda, Angola; Cabinda, Angola; Organization Established Date 01 Jan 1996; Organization Type: Wholesale of other household goods [GLOMAG] (Linked To: FRAGOSO DO NASCIMENTO, Leopoldino).

GENOV, Ivan (a.k.a. GENOV, Ivan Kirov (Cyrillic: ГЕНОВ, Иван Киров)), Bulgaria; DOB 19 May 1953; POB Gita, Bulgaria; nationality Bulgaria; Gender Male; National ID No. 5305197607 (Bulgaria) (individual) [GLOMAG].

GENOV, Ivan Kirov (Cyrillic: ГЕНОВ, Иван Киров) (a.k.a. GENOV, Ivan), Bulgaria; DOB 19 May 1953; POB Gita, Bulgaria; nationality Bulgaria; Gender Male; National ID No. 5305197607 (Bulgaria) (individual) [GLOMAG].

GENT ELEKTRIK ENERJISI TOPTAN SATI AS (f.k.a. BATI ENERJI URETIM SANAYI VE TICARET ANONIM SIRKETI; a.k.a. GENT ELEKTRIK ENERJISI TOPTAN SATIS

ANONIM SIRKETI), No: 12, Istinye Mahallesi Bostan Sokak, Sariyer, Istanbul 34460, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Istanbul Chamber of Comm. No. 593351 (Turkey); Registration Number 593351-0 (Turkey); Central Registration System Number 0150-0522-0980-0013 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

GENT ELEKTRIK ENERJISI TOPTAN SATIS ANONIM SIRKETI (f.k.a. BATI ENERJI URETIM SANAYI VE TICARET ANONIM SIRKETI; a.k.a. GENT ELEKTRIK ENERJISI TOPTAN SATI AS), No: 12, Istinye Mahallesi Bostan Sokak, Sariyer, Istanbul 34460, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Istanbul Chamber of Comm. No. 593351 (Turkey); Registration Number 593351-0 (Turkey); Central Registration System Number 0150-0522-0980-0013 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

GENT PETROL VE DIS TICARET LIMITED SIRKETI, Istinye Mah. Bostan Sok. No. 12 Sariyer, Istanbul, Turkey; No. 29 Resitpasa Deniz Bank Ust Sit. Yol Sk., Istinye, Istanbul, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Istanbul Chamber of Comm. No. 443806 (Turkey); Registration Number 443806-0 (Turkey); Central Registration System Number 0394-0158-3920-0015 (Turkey) [SDGT] (Linked To: AYAN, Sitki).

GEO HIT (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GEO KHIT; a.k.a. "GEO KHIT"), Pl. Sovetsko-Chekhoslovatskoi Druzhby, Saratov 410059, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Maintenance and repair of motor vehicles; Tax ID No. 6451422711 (Russia); Registration Number 1086451002890 (Russia) [RUSSIA-EO14024].

GEOFARMA S.A. DE C.V., Colonias No. 269, Guadalajara, Jalisco 44100, Mexico; Calle Nueva York No. 304, Col. Napoles, Benito Juarez, Mexico City, Distrito Federal 03810, Mexico; Wisconsin No. 68, Col. Napoles, Benito Juarez, Mexico City, Distrito Federal 03810, Mexico; Uno No. 110, Col. Revoluciones, Boca

Del Rio, Veracruz 94296, Mexico; R.F.C. GEO000810UD5 (Mexico); Folio Mercantil No. 265072 (Mexico) [SDNTK].

GEOLOGORAZVEDKA AO (a.k.a. VNIGRI GEOLOGORAZVEDKA AO (Cyrillic: ВНИГРИ ГЕОЛОГОРАЗВЕДКА AO)), Ulitsa Fayansovaya, Dom 20, Korpus 2 Lit. A, Pomeshenie 313, Saint Petersburg 192019, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7811638125 (Russia); Registration Number 1177847061545 (Russia) [RUSSIA-EO14024].

GEOPOLITICA (Cyrillic: ГЕОПОЛИТИКА), Russia; Website Geopolitica.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13660] (Linked To: DUGIN, Aleksandr).

GEORGIEVA, Elena Aleksandrovna (Cyrillic: ГЕОРГИЕВА, Елена Александровна), Moscow, Russia; DOB 15 Feb 1977; POB Moscow, Russia; nationality Russia; Gender Female; Tax ID No. 771988299175 (Russia) (individual) [RUSSIA-EO14024].

GEORGIOU, Georgios, United Arab Emirates; DOB 10 Oct 1963; POB Nicosia, Cyprus; nationality Cyprus; Gender Male; Passport K00489150 (Cyprus) (individual) [RUSSIA-EO14024].

GEORGIOU, Marilena, Cyprus; DOB 31 Oct 1987; POB Cyprus; nationality Cyprus; Gender Female (individual) [RUSSIA-EO14024] (Linked To: ALMENOR HOLDINGS LIMITED).

GEOVETTY, Luisa de Fatima (a.k.a. GIOVETTY, Luisa de Fatima), Avenida 4 de Fevereiro, No. 32, 5 Esquerdo, Bairro Marginal, Municipio de Ingombata, Luanda, Luanda, Angola; DOB 14 Jul 1962; POB Sambinzanga, Angola; alt. POB Luanda, Angola; nationality Angola; Gender Female (individual) [GLOMAG] (Linked To: BAIA CONSULTING LIMITED).

GERASIMOV, Valery, Russia; DOB 08 Sep 1955; POB Kazan, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

GERCO SAS (a.k.a. ASHDALE SETTLEMENT GERCO SAS), 67 Boulevard Du 30 Juin, Immeuble Gold, 5eme etage, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; 32 BIS, Avenue KIVU, Ngaliema, Kinshasa, Kinshasa, Congo, Democratic

Republic of the; 8eme etage, immeuble 1113, Boulevard Du 30 Juin No. 110, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; 70 Batetela, Immeuble Tilipia, 5eme etage, Municipality of Gombe, Kinshasa, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/17-B-01379 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: MUKONDA MAYANDU, Alain).

GEREMEYEV, Ruslan, Russia; DOB 10 May 1978; citizen Russia; Gender Male (individual) [MAGNIT].

GEREMEYEV, Suleiman Sadulayevich (Cyrillic: ГЕРЕМЕЕВ, Сулейман Садулаевич), Russia; DOB 20 Jan 1971; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GERESANO ESCRIBANO, Gonzalo (a.k.a. "CERESANO ESCRIBANO"; a.k.a. "GERESANO ESCRIBAJO"; a.k.a. "GERESANO ESCRINAO"; a.k.a. "JEREZANO ESCRIBANO"), Mexico; DOB 28 Feb 1974; nationality Mexico; citizen Mexico; R.F.C. GEEG740228 (Mexico) (individual) [SDNTK].

GERMANOVA, Olga Mikhaylovna (Cyrillic: ГЕРМАНОВА, Ольга Михайловна), Russia; DOB 26 Sep 1961; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GERSHANOK, Lev Valentinovich (Cyrillic: ГЕРШАНОК, Лев Валентинович), Moscow, Russia; DOB 06 Feb 1976; POB Perm, Perm Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

GERTLER FAMILY FOUNDATION (a.k.a. LA FONDATION FAMILLE GERTLER), Congo, Democratic Republic of the [GLOMAG] (Linked To: GERTLER, Dan).

GERTLER, Dan, 17 Daniel Street, Bnei Brak, Israel; 28 Daniel Street, Bnei Brak, Israel; Avenue Tchatchi 29, Gombe, Kinshasa, Congo, Democratic Republic of the; DOB 23 Dec 1973; POB Tel Aviv, Israel; nationality Israel; alt. nationality Congo, Democratic Republic of the; Gender Male; Passport 10945182 (Israel) issued 28 Jun 2010 expires 27 Jun 2020; alt. Passport 10926248 (Israel) issued 25 Feb 2008 expires 27 Feb 2018; alt. Passport DB0009084 (Congo, Democratic Republic of the) issued 28 May 2015 expires 27 May 2020; National ID No. 027100619 (Israel) (individual) [GLOMAG].

GESTAR SANAT DELIJAN COMPANY (a.k.a. JESTAR SANAT DELIJAN; a.k.a. JESTAR SANAT DELIJAN COMPANY), No. 9 Shenasa Street, Vali-Asr Street, Tehran, Iran; Shenasa St., Valiasr St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2005; National ID No. 10861613201 (Iran); Registration Number 1041 (Iran) [NPWMD] [IFSR] (Linked To: HOSSEINI, Mohammad Ali).

GESTORAS PRO-AMNISTIA (a.k.a. ASKATASUNA), Spain [SDGT].

GESTORES DEL ECUADOR GESTORUM S.A., Av. de los Shyris No. 35-174, Barrio Suecia, Quito, Ecuador; RUC # 1792141214001 (Ecuador) [SDNTK].

GETTA, Anton Aleksandrovich (Cyrillic: ГЕТТА, Антон Александрович), Russia; DOB 29 Apr 1980; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GEUMMANE, Abu Bakr (a.k.a. AL-JAZA'IRI, Abu Ubaida; a.k.a. AL-JAZAIRI, Abu Ubaydah; a.k.a. GHUMAYN, Abu Bakr Muhammad Muhammad; a.k.a. GUEMMANE, Aboubakir; a.k.a. GUEMMANE, Aboubakr; a.k.a. GUEMMANE, Aboubekr; a.k.a. GUEMMANE, Abu Bakr Muhammad Muhammad; a.k.a. JAMIN, Abu Bakr Muhammad Muhammad; a.k.a. MAZOUZ, Kheireddine; a.k.a. MAZOUZI, Khayr al-Din; a.k.a. "LESAGE, Carol Jacques Ghislain"; a.k.a. "LESAGE, Jacques Ghislain"), Iran; DOB 31 Mar 1981; POB Algeria; nationality Algeria; Passport 98LH90556 (France) (individual) [SDGT] (Linked To: AL QA'IDA).

GEX EXPLORE S. DE R.L. DE C.V., Avenida David Alfaro Siqueiros 2789-102, Colonia Zona Rio, Tijuana, Baja California, Mexico; Avenida David Alfaro 25, Tijuana, Baja California CP 22320, Mexico; Calle Nezahualcoyotyl No. 1660, Colonia Zona Rio, Tijuana, Baja California CP 22320, Mexico [SDNTK].

GEYE, Aroun (a.k.a. GAYE, Aroun; a.k.a. GAYE, Haroun; a.k.a. GUAYE, Haroun; a.k.a. GUEYE, Haroun), Bangui, Central African Republic; DOB 30 Jan 1968; alt. DOB 30 Jan 1969; Passport O00065872 (Central African Republic) expires 30 Dec 2019 (individual) [CAR].

GGNTU IM. AKAD. M.D. MILLIONSHCHIKOVA FGBOU VO GGNTU IM. AKAD. M. D. MILLIONSHCHIKOVA FGBU (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION GROZNY STATE OIL TECHNICAL

UNIVERSITY NAMED AFTER ACADEMICIAN M.D. MILLIONSHCHIKOV; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA GROZNENSKI GOSUDARSTVENNY NEFTYANOI TEKHNICHESKI UNIVERSITET IMENI AKADEMIKA M.D. MILLIONSHCHIKOVA; a.k.a. GROZNY STATE OIL TECHNICAL UNIVERSITY; a.k.a. GROZNY STATE OIL TECHNICAL UNIVERSITY NAMED AFTER M.D. MILLIONSHIKOVA), 100, Isaeva av., Grozny 364024, Russia; 100, prospekt Imeni Khuseina Abubakarovicha Isaeva, Grozny, Chechnya Republic 364051, Russia; Organization Established Date 02 Jun 2000; Organization Type: Higher education; Tax ID No. 2020000531 (Russia); Government Gazette Number 45267841 (Russia); Registration Number 1022002549580 (Russia) [RUSSIA-EO14024].

GHAANI, Esmail (a.k.a. AKBARNEJAD, Esmaeil Ghaani; a.k.a. GHA'ANI, Esma'il; a.k.a. GHANI, Esmail; a.k.a. NEZHAD, Ismail Akbar; a.k.a. QA'ANI, Esma'il; a.k.a. QANI, Esmail); DOB 08 Aug 1957; POB Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport D9003033 (Iran); alt. Passport D9008347 (Iran) issued 18 Jul 2010 expires 18 Jul 2015 (individual) [SDGT] [IRGC] [IFSR].

GHA'ANI, Esma'il (a.k.a. AKBARNEJAD, Esmaeil Ghaani; a.k.a. GHAANI, Esmail; a.k.a. GHANI, Esmail; a.k.a. NEZHAD, Ismail Akbar; a.k.a. QA'ANI, Esma'il; a.k.a. QANI, Esmail); DOB 08 Aug 1957; POB Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport D9003033 (Iran); alt. Passport D9008347 (Iran) issued 18 Jul 2010 expires 18 Jul 2015 (individual) [SDGT] [IRGC] [IFSR].

GHADAFFI, Aisha (a.k.a. AL-GADDAFI, Ayesha; a.k.a. AL-QADHAFI, Aisha; a.k.a. ELKADDAFI, Aisha; a.k.a. EL-QADDAFI, Aisha; a.k.a. GADDAFI, Ayesha; a.k.a. GADHAFI, Aisha; a.k.a. GHATHAFI, Aisha; a.k.a. GHATHAFI, Aisha Muammer; a.k.a. QADDAFI, Aisha; a.k.a. QADHAFI, Aisha; a.k.a. QADHAFI, Aisha Muammar Muhammed Abu Minyar; a.k.a. QADHAFI, Ayesha), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt. Passport B/011641; alt. Passport 03824970

(Oman) issued 04 May 2014 expires 03 May 2024; National ID No. 98606612 (individual) [LIBYA2].

GHADAFFI, Hannibal (a.k.a. AL-GADDAFI, Hannibal; a.k.a. AL-QADHAFI, Hannibal; a.k.a. ELKADDAFI, Hannibal; a.k.a. EL-QADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal Muammar; a.k.a. GHATHAFI, Hannibal; a.k.a. QADDAFI, Hannibal; a.k.a. QADHAFI, Hannibal Muammar); DOB 20 Sep 1975; alt. DOB 1977; POB Tripoli, Libya; Passport B/002210 (Libya) (individual) [LIBYA2].

GHADAFFI, Khamis (a.k.a. AL-GADDAFI, Khamis; a.k.a. AL-QADHAFI, Khamis; a.k.a. AL-QADHAFI, Khamis; a.k.a. ELKADDAFI, Khamis; a.k.a. EL-QADDAFI, Khamis; a.k.a. GADDAFI, Khamis; a.k.a. GADDAFI, Khamis; a.k.a. GHATHAFI, Khamis; a.k.a. QADDAFI, Khamis; a.k.a. QADHAFI, Khamis); DOB 1980 (individual) [LIBYA2].

GHADAFFI, Muammar Muhammad (a.k.a. AL-GADDAFI, Muammar; a.k.a. AL-GADDAFI, Muammar; a.k.a. AL-QADHAFI, Muammar Abu Minyar; a.k.a. ELKADDAFI, Muammar; a.k.a. EL-QADDAFI, Muammar; a.k.a. GADDAFI, Mu'ammar; a.k.a. GADDAFI, Muammar; a.k.a. GHAFI, Muammar; a.k.a. GHATHAFI, Muammar; a.k.a. QADDAFI, Muammar; a.k.a. QADHAFI, Muammar); DOB 1942; POB Sirte, Libya (individual) [LIBYA2].

GHADAFFI, Mutassim (a.k.a. AL-GADDAFI, Mutassim; a.k.a. AL-QADHAFI, Mutassim; a.k.a. ELKADDAFI, Mutassim; a.k.a. EL-QADDAFI, Mutassim; a.k.a. GADDAFI, Mutassim; a.k.a. GADDAFI, Mutassim Billah; a.k.a. GHATHAFI, Mutassim; a.k.a. QADDAFI, Mutassim; a.k.a. QADHAFI, Mutassim); DOB 1975 (individual) [LIBYA2].

GHADAFFI, Saif al-Islam (a.k.a. AL-GADDAFI, Saif al-Islam; a.k.a. AL-QADHAFI, Saif al-Islam; a.k.a. ELKADDAFI, Saif al-Islam; a.k.a. EL-QADDAFI, Saif al-Islam; a.k.a. GADDAFI, Saif al-Islam; a.k.a. GHATHAFI, Saif al-Islam; a.k.a. QADDAFI, Saif al-Islam; a.k.a. QADHAFI, Saif al-Islam); DOB 25 Jun 1972; POB Tripoli, Libya (individual) [LIBYA2].

GHADDAR, Ibrahim Fadel (Arabic: ابراهيم فاضل غدار), Dubai, United Arab Emirates; DOB 22 Jan 1978; nationality France; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 13FV29368

(individual) [SDGT] (Linked To: AHMAD, Nazem Said).

GHADER, El Hadj Ould Abdel (a.k.a. JELIL, Youssef Ould Abdel; a.k.a. KHADER, Abdel; a.k.a. SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed; a.k.a. SALEM, Mohamed; a.k.a. SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad; a.k.a. SOULEIMANE, Abou; a.k.a. "AL-MAURITANI, Sheikh Yunis"; a.k.a. "AL-MAURITANI, Younis"; a.k.a. "AL-MAURITANI, Yunis"; a.k.a. "CHINGHEITY"; a.k.a. "THE MAURITANIAN, Salih"; a.k.a. "THE MAURITANIAN, Shaykh Yunis"); DOB 1981; POB Saudi Arabia; nationality Mauritania (individual) [SDGT].

GHADIR ABU MUSA HAMOON, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR CASPIAN GILAN ENERGY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR CASPIAN STEEL TRADING, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR ELECTRICITY AND ENERGY INVESTMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR ETEZAD INVESTMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR INDUSTRIAL TRADING, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR INTERNATIONAL TRADING AND DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR INVESTMENT AND INDUSTRY DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR INVESTMENT COMPANY, 341 West Mirdamad Boulevard, Tehran, Iran; P.O. Box 19696, Tehran, Iran; Website http://www.ghadir-invest.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

GHADIR KANI ARIYA, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR KHUZESTAN CONSTRUCTION INDUSTRY DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR LAMORD ENERGY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR MANAGEMENT AND COMMERCIAL SERVICES, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR MAZANDARAN ELECTRICITY AND ENERGY GENERATION, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR MEHRIZ SOLAR ENERGY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR OXIN ELECTRICITY GENERATION DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR PAYMAN COUNSELING ENGINEERS, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR PETRO ARMAN KISH, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR PISHRO ELECTRICITY GENERATION, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR QOM SOLAR ENERGY GENERATION DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR REAL-TIME SYSTEMS DEVELOPMENT (a.k.a. GHADIR TOSE-E SAAMANEHAYE BEHENGAAM; a.k.a. "ISEEMA"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions

[IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR SOLAR ELECTRICITY AND ENERGY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR TEHRAN ELECTRICITY AND ENERGY GENERATION DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIR TOSE-E SAAMANEHAYE BEHENGAAM (a.k.a. GHADIR REAL-TIME SYSTEMS DEVELOPMENT; a.k.a. "ISEEMA"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GHADIRIAN, Hamid Reza, Iran; DOB 23 Sep 1978; POB Aran o Bigdol, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 6199152344 (Iran) (individual) [NPWMD] [IFSR].

GHAED BASSIR (Arabic: قائد بصير) (a.k.a. GHAED BASSIR PETROCHEMICAL PRODUCTS COMPANY (Arabic: شرکت قائد بصیر (پتروشیمی)), No. 15, Palizvani (7th) Street, Gandhi (South) Avenue, Tehran 1517655711, Iran; Km 10 of Khomayen Road, Golpayegan, Iran; Website http://www.gbpc.net; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101795696 (Iran); Registration Number 136434 (Iran) [IRAN] [IRAN-EO13876] (Linked To: TADBIR ENERGY DEVELOPMENT GROUP CO.).

GHAED BASSIR PETROCHEMICAL PRODUCTS COMPANY (Arabic: شرکت قائد بصیر (پتروشیمی)) (a.k.a. GHAED BASSIR (Arabic: قائد بصير)), No. 15, Palizvani (7th) Street, Gandhi (South) Avenue, Tehran 1517655711, Iran; Km 10 of Khomayen Road, Golpayegan, Iran; Website http://www.gbpc.net; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101795696 (Iran); Registration Number 136434 (Iran) [IRAN] [IRAN-EO13876] (Linked To: TADBIR ENERGY DEVELOPMENT GROUP CO.).

GHAEEMI, Morteza (a.k.a. ALI, Ghasemi Morteza; a.k.a. GHASEMI, Morteza; a.k.a. QASIMI, Murtadi); DOB 10 Apr 1991; alt. DOB 31 May 1988; alt. DOB 03 Mar 1983; alt. DOB 03 Jan 1983; POB Iran; Additional Sanctions Information - Subject to Secondary Sanctions;

Gender Male; Passport T14532563 (Iran); alt. Passport K30803856 (Iran) expires 07 Sep 2019 (individual) [SDGT] (Linked To: QASEMI, Rostam).

GHAFARI, Sanaullah (a.k.a. AL-MUHAJIR, Shahab), Afghanistan; DOB 28 Oct 1994; POB Afghanistan; nationality Afghanistan; Gender Male; Passport O1503093 (individual) [SDGT].

GHAFARIAN, Seyed Mohammed (a.k.a. GHAFFARIANANBERAN, Seyedmohammad), Iran; DOB 29 Jul 1987; POB Manchester, England; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport B16035341 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

GHAFFARIANANBERAN, Seyedmohammad (a.k.a. GHAFARIAN, Seyed Mohammed), Iran; DOB 29 Jul 1987; POB Manchester, England; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport B16035341 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

GHAFFARINIA, Omid; DOB 24 Jun 1990; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2].

GHAFUR, Humam Abdel Khaleq Abdel (a.k.a. ABD AL-GHAFUR, Humam Abd al-Khaliq; a.k.a. 'ABD AL-RAHMAN, Humam 'abd al-Khaliq; a.k.a. ABD-AL-GHAFUR, Humam abd-al-Khaliq; a.k.a. RASHID, Humam 'abd al-Khaliq); DOB 1945; POB ar-Ramadi, Iraq; nationality Iraq; Former Minister of Higher Education and Research; M0018061/104,issued 12 September 1993 (individual) [IRAQ2].

GHAILANI, Abubakary Khalfan Ahmed (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB

Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT].

GHAILANI, Ahmed (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT].

GHAILANI, Ahmed Khalfan (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT].

GHAIR, Dr. Alim (a.k.a. HAQQANI, Dr. Naseer; a.k.a. HAQQANI, Naseer; a.k.a. HAQQANI, Nashir; a.k.a. HAQQANI, Nasiruddin; a.k.a. HAQQANI, Nassir; a.k.a. "NASERUDDIN"); DOB 1972; POB Afghanistan (individual) [SDGT].

GHALANDARI, Seyed Hamzeh, Tehran, Iran; DOB 16 Jul 1984; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10009455 (Iran) (individual) [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

GHALAWANJI, Omar Ibrahim; DOB 1954; POB Tartous, Syria; Deputy Prime Minister for Services Affairs; Minister of Local Administration (individual) [SYRIA].

GHALI, Iyad ag (a.k.a. GHALY, Iyad ag), Mali; DOB 1954; POB Abeibara, Kidal Region, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

GHALIB, Nayif Shindakh Thamir; nationality Iraq; Ba'th party regional command chairman, an-Najaf; member; Iraqi National Assembly (individual) [IRAQ2].

GHALY, Iyad ag (a.k.a. GHALI, Iyad ag), Mali; DOB 1954; POB Abeibara, Kidal Region, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

GHANAAT, Javad (a.k.a. GHANA'AT, Javad (Arabic: جواد قناعت)), Iran; DOB 1966; alt. DOB 1967; POB Amol, Mazandaran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2141915309 (Iran) (individual) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

GHANA'AT, Javad (Arabic: جواد قناعت) (a.k.a. GHANAAT, Javad), Iran; DOB 1966; alt. DOB 1967; POB Amol, Mazandaran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2141915309 (Iran) (individual) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

GHANDOUR, Ahmad (a.k.a. AL-GHANDOUR, Abu Anas; a.k.a. AL-GHANDUR, Ahmad Naji; a.k.a. GHANDOUR, Ahmed; a.k.a. "ABU-ANAS"), Gaza, Palestinian; DOB 1967; POB Jaffa, Israel; Gender Male (individual) [SDGT].

GHANDOUR, Ahmed (a.k.a. AL-GHANDOUR, Abu Anas; a.k.a. AL-GHANDUR, Ahmad Naji; a.k.a. GHANDOUR, Ahmad; a.k.a. "ABU-ANAS"), Gaza, Palestinian; DOB 1967; POB Jaffa, Israel; Gender Male (individual) [SDGT].

GHANEM, Ali; DOB 1963; POB Damascus, Syria; Minister of Oil; Minister of Petroleum and Mineral Wealth; Minister of Petroleum and Mineral Resources (individual) [SYRIA].

GHANI SAZI ENRICHMENT (a.k.a. ADVANCED TECHNOLOGIES COMPANY OF IRAN; a.k.a. IRAN ADVANCED TECHNOLOGIES COMPANY; f.k.a. IRAN URANIUM ENRICHMENT COMPANY; f.k.a. IRANIAN ENRICHMENT COMPANY; a.k.a. "ADVANCED TECHNOLOGIES"; a.k.a. "ADVANCED TECHNOLOGIES COMPANY"; a.k.a. "ADVANCED TECHNOLOGIES HOLDING COMPANY"; a.k.a. "IATC"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103378982 (Iran); Registration Number 299780 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

GHANI, Esmail (a.k.a. AKBARNEJAD, Esmaeil Ghaani; a.k.a. GHA'ANI, Esma'il; a.k.a. GHAANI, Esmail; a.k.a. NEZHAD, Ismail Akbar; a.k.a. QA'ANI, Esma'il; a.k.a. QANI, Esmail); DOB 08 Aug 1957; POB Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport D9003033 (Iran); alt. Passport D9008347 (Iran) issued 18 Jul 2010 expires 18 Jul 2015 (individual) [SDGT] [IRGC] [IFSR].

GHANI, Hamad (a.k.a. YAKOOB, Mohammad; a.k.a. YAQUB, Ahmed); DOB 1966; alt. DOB 1967; POB Faisalabad, Pakistan; alt. POB Jeda Walah, Punjab Province, Pakistan (individual) [SDGT].

GHANI, Mohamed Nadim (a.k.a. GHANI, Mohammad Nadeem), United Kingdom; DOB Feb 1968; nationality United Kingdom; citizen United Kingdom; Gender Male; Passport 093055372 (United Kingdom) (individual) [SDNTK].

GHANI, Mohammad Nadeem (a.k.a. GHANI, Mohamed Nadim), United Kingdom; DOB Feb 1968; nationality United Kingdom; citizen United Kingdom; Gender Male; Passport 093055372 (United Kingdom) (individual) [SDNTK].

GHANIM, Ma'n, Syria; DOB 03 May 1970; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

GHANNADI MARAGHEH, Mohammad (a.k.a. GHANNADI, Mohammad; a.k.a. GHANNADI-MARAGHEH, Mohammad; a.k.a. QANNADI, Mohammad), Tehran, Iran; DOB 13 Oct 1952; POB Maragheh, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

GHANNADI, Mohammad (a.k.a. GHANNADI MARAGHEH, Mohammad; a.k.a. GHANNADI-MARAGHEH, Mohammad; a.k.a. QANNADI, Mohammad), Tehran, Iran; DOB 13 Oct 1952; POB Maragheh, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

GHANNADI-MARAGHEH, Mohammad (a.k.a. GHANNADI MARAGHEH, Mohammad; a.k.a. GHANNADI, Mohammad; a.k.a. QANNADI, Mohammad), Tehran, Iran; DOB 13 Oct 1952; POB Maragheh, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

GHARARGAH GHAEM (a.k.a. GHARARGAHE SAZANDEGI GHAEM), No. 25, Valiasr St., Azadi Sq., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

GHARARGAH GHAEM FAATER INSTITUTE (a.k.a. FAATER INSTITUTE; a.k.a. FATER ENGINEERING COMPANY; a.k.a. FATER ENGINEERING INSTITUTE), No. 25, Valiasr Jonoobi, Azizi Street, Azadi Sq. NE, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

GHARARGAH KARBALA (a.k.a. GHARARGAH SAZANDEGI KARBALA-MOASSESEH TAHA; a.k.a. GHORB KARBALA), No. 2 Firouzeh Alley, Shahid Hadjipour St., Resalat Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

GHARARGAH SAZANDEGI KARBALA-MOASSESEH TAHA (a.k.a. GHARARGAH KARBALA; a.k.a. GHORB KARBALA), No. 2 Firouzeh Alley, Shahid Hadjipour St., Resalat Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

GHARARGAHE SAZANDEGI GHAEM (a.k.a. GHARARGAH GHAEM), No. 25, Valiasr St., Azadi Sq., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

GHARCHAK PRISON (a.k.a. QARCHAK PRISON; a.k.a. QARCHAK WOMEN'S PRISON; a.k.a. SHAHR-E REY PRISON; a.k.a. "WOMEN'S KAHRIZAK"), Varamin Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

GHARIB, Abbas Hassan (Arabic: عباس حسن غريب) (a.k.a. "GHARIB, Abbass"), Tayir Harfa, Tyre, South Lebanon, Lebanon; DOB 25 Sep 1969; POB Tayir Harfa, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

GHARIB, Fadil Mahmud (a.k.a. AL-MASHAIKHI, Gharib Muhammad Fazel); DOB 1944; POB Dujail, Iraq; nationality Iraq; Ba'th party regional command chairman, Babil; chairman, General Federation of Iraqi Trade Unions (individual) [IRAQ2].

GHARIB, Omar (a.k.a. ABDALLAH AL-JAZAIRI; a.k.a. ARIF, Said; a.k.a. ARIF, Said Mohamed; a.k.a. CHABANI, Slimane; a.k.a. "ABDERAHMANE"; a.k.a. "ABDERRAHMANE"; a.k.a. "SOULEIMAN"), Syria; DOB 05 Dec 1965; POB Oran, Algeria; nationality Algeria (individual) [SDGT].

GHARZOLHASANEH MEHR IRAN BANK (a.k.a. BANK-E GHARZOLHASANEH MEHR IRAN; a.k.a. MEHR IRAN CREDIT UNION BANK), Taleghani St., No.204, Before the intersection of Mofateh, across from the former U.S. embassy, Tehran, Iran; No. 204, Taleghani Street, Tehran, Iran; 204, Before the Mofatteh Crossroad, Taleghani Ave., Tehran, Iran; Website www.qmb.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

GHARZOLHASANEH RESALAT BANK (a.k.a. BANK-E GHARZOLHASANEH RESALAT), Beside the No. 1 Baghestan Alley, Saadat Abad Ave., Kaj Sq., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; All offices worldwide [IRAN] [IRAN-EO13902].

GHASEMI MOHAMMADALI, ROSTAM (a.k.a. GHASEMI, Rostam; a.k.a. QASEMI, Rostam), Iran; DOB 22 May 1964; POB Lamerd, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A2463775 (Iran); National ID No. 6579726970 (Iran) (individual) [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: SOLEIMANI, Qasem; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

GHASEMI, Morteza (a.k.a. ALI, Ghasemi Morteza; a.k.a. GHAEEMI, Morteza; a.k.a. QASIMI, Murtadi); DOB 10 Apr 1991; alt. DOB 31 May 1988; alt. DOB 03 Mar 1983; alt. DOB

03 Jan 1983; POB Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T14532563 (Iran); alt. Passport K30803856 (Iran) expires 07 Sep 2019 (individual) [SDGT] (Linked To: QASEMI, Rostam).

GHASEMI, Naser (a.k.a. GHASIR, Ali; a.k.a. GHASSIR, Ali; a.k.a. KASSIR, Ali; a.k.a. QASIR, Ali; a.k.a. QASIR, 'Ali), Iran; DOB 29 Jul 1992; alt. DOB 29 Jul 1990; POB Deir Kanoun El Nahr, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL 3367620 (Lebanon) expires 28 Aug 2020 (individual) [SDGT] (Linked To: QASEMI, Rostam; Linked To: HIZBALLAH).

GHASEMI, Rostam (a.k.a. GHASEMI MOHAMMADALI, ROSTAM; a.k.a. QASEMI, Rostam), Iran; DOB 22 May 1964; POB Lamerd, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A2463775 (Iran); National ID No. 6579726970 (Iran) (individual) [SDGT] [NPWMD] [IRGC] [IFSR] (Linked To: SOLEIMANI, Qasem; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

GHASEMI, Seyyed Reza (a.k.a. QASEMI, Seyed Reza); Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 004-3-94558-9 (Iran); Chief Executive Officer, Rayan Roshd Afzar Company; Managing Director, Rayan Roshd Afzar Company (individual) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

GHASEMZADEH, Mehdi (a.k.a. AZIZPUR, Amir), Iran; DOB 21 Sep 1981; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

GHASHGHAVI, Hamed, Iran; DOB 23 Apr 1989; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IFSR] (Linked To: NEW HORIZON ORGANIZATION).

GHASIR, Ali (a.k.a. GHASEMI, Naser; a.k.a. GHASSIR, Ali; a.k.a. KASSIR, Ali; a.k.a. QASIR, Ali; a.k.a. QASIR, 'Ali), Iran; DOB 29 Jul 1992; alt. DOB 29 Jul 1990; POB Deir Kanoun El Nahr, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to

Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL 3367620 (Lebanon) expires 28 Aug 2020 (individual) [SDGT] (Linked To: QASEMI, Rostam; Linked To: HIZBALLAH).

GHASSIR, Ali (a.k.a. GHASEMI, Naser; a.k.a. GHASIR, Ali; a.k.a. KASSIR, Ali; a.k.a. QASIR, Ali; a.k.a. QASIR, 'Ali), Iran; DOB 29 Jul 1992; alt. DOB 29 Jul 1990; POB Deir Kanoun El Nahr, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL 3367620 (Lebanon) expires 28 Aug 2020 (individual) [SDGT] (Linked To: QASEMI, Rostam; Linked To: HIZBALLAH).

GHATHAFI, Aisha (a.k.a. AL-GADDAFI, Ayesha; a.k.a. AL-QADHAFI, Aisha; a.k.a. ELKADDAFI, Aisha; a.k.a. EL-QADDAFI, Aisha; a.k.a. GADDAFI, Ayesha; a.k.a. GADHAFI, Aisha; a.k.a. GHADAFFI, Aisha; a.k.a. GHATHAFI, Aisha Muammer; a.k.a. QADDAFI, Aisha; a.k.a. QADHAFI, Aisha; a.k.a. QADHAFI, Aisha Muammar Muhammed Abu Minyar; a.k.a. QADHAFI, Ayesha), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt. Passport B/011641; alt. Passport 03824970 (Oman) issued 04 May 2014 expires 03 May 2024; National ID No. 98606612 (individual) [LIBYA2].

GHATHAFI, Aisha Muammer (a.k.a. AL-GADDAFI, Ayesha; a.k.a. AL-QADHAFI, Aisha; a.k.a. ELKADDAFI, Aisha; a.k.a. EL-QADDAFI, Aisha; a.k.a. GADDAFI, Ayesha; a.k.a. GADHAFI, Aisha; a.k.a. GHADAFFI, Aisha; a.k.a. GHATHAFI, Aisha; a.k.a. QADDAFI, Aisha; a.k.a. QADHAFI, Aisha; a.k.a. QADHAFI, Aisha Muammar Muhammed Abu Minyar; a.k.a. QADHAFI, Ayesha), Oman; DOB 1977; alt. DOB 1976; alt. DOB 01 Jan 1978; POB Tripoli, Libya; Gender Female; Passport 215215 (Libya); alt. Passport 428720 (Libya); alt. Passport B/011641; alt. Passport 03824970 (Oman) issued 04 May 2014 expires 03 May 2024; National ID No. 98606612 (individual) [LIBYA2].

GHATHAFI, Hannibal (a.k.a. AL-GADDAFI, Hannibal; a.k.a. AL-QADHAFI, Hannibal; a.k.a. ELKADDAFI, Hannibal; a.k.a. EL-QADDAFI,

OFFICE OF FOREIGN ASSETS CONTROL

SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

Hannibal; a.k.a. GADDAFI, Hannibal; a.k.a. GADDAFI, Hannibal Muammar; a.k.a. GHADAFFI, Hannibal; a.k.a. QADDAFI, Hannibal; a.k.a. QADHAFI, Hannibal Muammar); DOB 20 Sep 1975; alt. DOB 1977; POB Tripoli, Libya; Passport B/002210 (Libya) (individual) [LIBYA2].

GHATHAFI, Khamis (a.k.a. AL-GADDAFI, Khamis; a.k.a. AL-QADHAFI; a.k.a. AL-QADHAFI, Khamis; a.k.a. ELKADDAFI, Khamis; a.k.a. EL-QADDAFI, Khamis; a.k.a. GADDAFI, Khamis; a.k.a. GADHAFI, Khamis; a.k.a. GHADAFFI, Khamis; a.k.a. QADDAFI, Khamis; a.k.a. QADHAFI, Khamis); DOB 1980 (individual) [LIBYA2].

GHATHAFI, Muammar (a.k.a. AL-GADDAFI, Muammar; a.k.a. AL-QADHAFI, Muammar; a.k.a. AL-QADHAFI, Muammar Abu Minyar; a.k.a. ELKADDAFI, Muammar; a.k.a. EL-QADDAFI, Muammar; a.k.a. GADDAFI, Mu'ammar; a.k.a. GADDAFI, Muammar; a.k.a. GADHAFI, Muammar; a.k.a. GHADAFFI, Muammar Muhammad; a.k.a. QADDAFI, Muammar; a.k.a. QADHAFI, Muammar); DOB 1942; POB Sirte, Libya (individual) [LIBYA2].

GHATHAFI, Muhammad (a.k.a. AL-GADDAFI, Muhammad; a.k.a. AL-QADHAFI, Mohammed; a.k.a. ELKADDAFI, Muhammad; a.k.a. EL-QADDAFI, Muhammad; a.k.a. GADDAFI, Muhammad; a.k.a. GADHAFI, Mohammad Moammar; a.k.a. GADHAFI, Mohammed; a.k.a. QADDAFI, Muhammad; a.k.a. QADHAFI, Mohammed Muammar); DOB 1970; POB Tripoli, Libya (individual) [LIBYA2].

GHATHAFI, Mutassim (a.k.a. AL-GADDAFI, Mutassim; a.k.a. AL-QADHAFI, Mutassim; a.k.a. ELKADDAFI, Mutassim; a.k.a. EL-QADDAFI, Mutassim; a.k.a. GADDAFI, Mutassim; a.k.a. GADHAFI, Mutassim Billah; a.k.a. GHADAFFI, Mutassim; a.k.a. QADDAFI, Mutassim; a.k.a. QADHAFI, Mutassim); DOB 1975 (individual) [LIBYA2].

GHATHAFI, Saadi (a.k.a. AL-GADDAFI, Saadi; a.k.a. AL-QADHAFI, Sa'adi Mu'ammar; a.k.a. ELKADDAFI, Saadi; a.k.a. EL-QADDAFI, Saadi; a.k.a. GADDAFI, Saadi; a.k.a. GADHAFI, Saadi; a.k.a. QADDAFI, Saadi; a.k.a. QADHAFI, Saadi); DOB 27 May 1973; alt. DOB 25 May 1973; POB Tripoli, Libya; Passport 010433 (Libya); alt. Passport 014797 (Libya) (individual) [LIBYA2].

GHATHAFI, Saif Al-Arab (a.k.a. AL-GADDAFI, Saif Al-Arab; a.k.a. AL-QADHAFI, Saif Al-Arab; a.k.a. ELKADDAFI, Saif Al-Arab; a.k.a. EL-QADDAFI, Saif Al-Arab; a.k.a. GADDAFI, Saif Al-Arab; a.k.a. GADHAFI, Seif Al-Arab; a.k.a. GADHAFI, Saif Al-Arab; a.k.a. QADDAFI, Saif Al-Arab; a.k.a. QADHAFI, Saif Al-Arab) DOB 1979; alt. DOB 1982; alt. DOB 1983; POB Tripoli, Libya (individual) [LIBYA2].

GHATHAFI, Saif al-Islam (a.k.a. AL-GADDAFI, Saif al-Islam; a.k.a. AL-QADHAFI, Saif al-Islam; a.k.a. ELKADDAFI, Saif al-Islam; a.k.a. EL-QADDAFI, Saif al-Islam; a.k.a. GADDAFI, Saif al-Islam; a.k.a. GADHAFI, Saif al-Islam; a.k.a. GHADAFFI, Saif al-Islam; a.k.a. QADDAFI, Saif al-Islam; a.k.a. QADHAFI, Saif al-Islam); DOB 25 Jun 1972; POB Tripoli, Libya (individual) [LIBYA2].

GHAURI, Yahya Shoaib (a.k.a. GHOURI, Atif Yahya; a.k.a. "GHAURI, Atif"; a.k.a. "Qari Atif"; a.k.a. "Qari Ibrahim"), Afghanistan; DOB 1982; alt. DOB 1981; alt. DOB 1983; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

GHAVAMIN BANK (a.k.a. BANK QAVAMIN; f.k.a. GHAVAMIN FINANCIAL & CREDIT INS.; a.k.a. QAVAMIN BANK; a.k.a. QAVVAMIN BANK), Ghavamin Tower, Argentina Sq., Tehran, Iran; Website www.ghbi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 397957 (Iran) [IRAN] [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

GHAVAMIN FINANCIAL & CREDIT INS. (a.k.a. BANK QAVAMIN; a.k.a. GHAVAMIN BANK; a.k.a. QAVAMIN BANK; a.k.a. QAVVAMIN BANK), Ghavamin Tower, Argentina Sq., Tehran, Iran; Website www.ghbi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 397957 (Iran) [IRAN] [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

GHAWIL, Khalifa Mohamed Ahmed (a.k.a. AL-GHUWAYL, Khalifah; a.k.a. AL-GHWEIL, Khalifa; a.k.a. GHWELL, Khalifa; a.k.a. GHWELL, Khalifa), Kaser Ahmet Street, Ras Al Sayah District, Misurata, Libya; DOB 01 Jan 1956; POB Misurata, Libya; nationality Libya; Passport A005465 (Libya) issued 12 Apr 2015 expires 11 Apr 2017; Prime Minister and Defense Minister of the National Salvation Government (individual) [LIBYA3].

GHAZALI, Rustum, Syria; DOB circa 1949; nationality Syria; Chief of Syrian Military Intelligence for Lebanon (individual) [SYRIA].

GHAZOGHLI, Fadi (a.k.a. DENIZ, Fadi; a.k.a. GAZOGLI, Fadi (Cyrillic: ГАЗОГЛИ, ФАДИ); a.k.a. GHAZOGHLI, Fadi Ferzanda), Adma, Keserwan, Lebanon; Hamra, Beirut, Lebanon; La Cite, Jounieh, Lebanon; Bchamoun, Lebanon; Pavla Korchagina D 15 KV 116, Moscow, Russia; Kazlicesme Mah, Kennedy CD 52 E 17 34020 Zeytinburnu, Istanbul, Turkey; 20-22 Wenlock Road, London NI 7GU, United Kingdom; Saint Kitts and Nevis; DOB 04 May 1975; POB Aleppo, Syria; nationality Lebanon; alt. nationality Syria; alt. nationality Russia; alt. nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 244705926511 (Russia); Identification Number 117221771 (Lebanon); alt. Identification Number 114048392 (Lebanon); alt. Identification Number 0996361 (Russia); alt. Identification Number 460780224 (United Kingdom) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

GHAZOGHLI, Fadi Ferzanda (a.k.a. DENIZ, Fadi; a.k.a. GAZOGLI, Fadi (Cyrillic: ГАЗОГЛИ, ФАДИ); a.k.a. GHAZOGHLI, Fadi), Adma, Keserwan, Lebanon; Hamra, Beirut, Lebanon; La Cite, Jounieh, Lebanon; Bchamoun, Lebanon; Pavla Korchagina D 15 KV 116, Moscow, Russia; Kazlicesme Mah, Kennedy CD 52 E 17 34020 Zeytinburnu, Istanbul, Turkey; 20-22 Wenlock Road, London NI 7GU, United Kingdom; Saint Kitts and Nevis; DOB 04 May 1975; POB Aleppo, Syria; nationality Lebanon; alt. nationality Syria; alt. nationality Russia; alt. nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Tax ID No. 244705926511 (Russia); Identification Number 117221771 (Lebanon); alt. Identification Number 114048392 (Lebanon); alt. Identification Number 0996361 (Russia); alt. Identification Number 460780224 (United Kingdom) (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

GHEIB PARVAR, Gholam Hossein (a.k.a. GHEIB PARVAR, Gholamhossein (Arabic: غلامحسین غیب پرور); a.k.a. GHEYB PARVAR, Gholam Hossein; a.k.a. GHEYBPARVAR, Gholam Hossein), Iran; DOB 22 Dec 1960; POB Shiraz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R55505958 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked

To: ISLAMIC REVOLUTIONARY GUARD CORPS).

GHEIB PARVAR, Gholamhossein (Arabic: غلامحسین غیب پرور) (a.k.a. GHEIB PARVAR, Gholam Hossein; a.k.a. GHEYB PARVAR, Gholam Hossein; a.k.a. GHEYBPARVAR, Gholam Hossein), Iran; DOB 22 Dec 1960; POB Shiraz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R55505958 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

GHERMAY, Ermias, Sabratha, Libya; Khartoum, Sudan; Tripoli, Libya; DOB 1972 to 1977; POB Addis Ababa, Ethiopia; nationality Ethiopia; citizen Eritrea; Gender Male (individual) [LIBYA3].

GHESHM SHIPPING LINES MARINE AND ENGINEERING SERVICES CO (a.k.a. IMSENGCO; a.k.a. IRISL MARINE SERVICES; a.k.a. IRISL MARINE SERVICES AND ENGINEERING COMPANY), Iran shahr Street 221, Karimkhan Zand Avenue, Tehran, Iran; Website www.imsengco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

GHEYB PARVAR, Gholam Hossein (a.k.a. GHEIB PARVAR, Gholam Hossein; a.k.a. GHEIB PARVAR, Gholamhossein (Arabic: غلامحسین غیب پرور); a.k.a. GHEYBPARVAR, Gholam Hossein), Iran; DOB 22 Dec 1960; POB Shiraz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R55505958 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

GHEYBPARVAR, Gholam Hossein (a.k.a. GHEIB PARVAR, Gholam Hossein; a.k.a. GHEIB PARVAR, Gholamhossein (Arabic: غلامحسین غیب پرور); a.k.a. GHEYB PARVAR, Gholam Hossein), Iran; DOB 22 Dec 1960; POB Shiraz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R55505958 (Iran) (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

GHILANI, Ahmad Khalafan (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI,

Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE""; a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT].

GHODOMI, Khaled (a.k.a. AL-QADDUMI, Khaled; a.k.a. AL-QADDUMI, Khalid; a.k.a. ASAAD, Khaled Farid Ahmed; a.k.a. QADDOUMI, Khaled (Arabic: خالد القدومي)), Tehran, Iran; DOB 08 Oct 1970; alt. DOB 01 Jan 1970; POB Jordan; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number 9701027203 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

GHODS AVIATION INDUSTRIES (a.k.a. LIGHT AIRPLANES DESIGN AND MANUFACTURING INDUSTRIES; a.k.a. QODS AVIATION INDUSTRIES; a.k.a. QODS RESEARCH CENTER), P.O. Box 15875-1834, Km 5 Karaj Special Road, Tehran, Iran; Unit (or Suite) 207, Saleh Blvd, Tehran, Iran; Unit 207, Tarajit Maydane Taymori (or Teimori) Square, Basiri Building, Tarasht, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005441856 (Iran); Registration Number 483250 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

GHOLAMI, Ali; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 24471008 (Iran); Managing Director (individual) [NPWMD] [IFSR] (Linked To: SAZEH MORAKAB CO. LTD).

GHOLAMI, Mohammad, Iran; DOB 26 Dec 1973; POB Bojnord, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5249398618 (Iran) (individual) [NPWMD] [IFSR] (Linked To: SHAHID HEMMAT INDUSTRIAL GROUP).

GHOLAMSHAHI, Abbas (a.k.a. QOLAMSHAHI, Abbas), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

GHOLI ZADEH, Majid (a.k.a. GHOLIA ZADEH, Majid; a.k.a. GHOLIZADEH ZAHMATKESH, Majid (Arabic: مجید قلی زاده زحمت کش); a.k.a. GHOLIZADEH, Majid (Arabic: مجید قلی زاده); a.k.a. QOLIZADEH, Majid), Iran; DOB 01 Mar 1962 to 31 Mar 1963; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0042851882 (Iran); Director of Tasnim News Agency (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: TASNIM NEWS AGENCY).

GHOLIA ZADEH, Majid (a.k.a. GHOLI ZADEH, Majid; a.k.a. GHOLIZADEH ZAHMATKESH, Majid (Arabic: مجید قلی زاده زحمت کش); a.k.a. GHOLIZADEH, Majid (Arabic: مجید قلی زاده); a.k.a. QOLIZADEH, Majid), Iran; DOB 01 Mar 1962 to 31 Mar 1963; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0042851882 (Iran); Director of Tasnim News Agency (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: TASNIM NEWS AGENCY).

GHOLIZADEH ZAHMATKESH, Majid (Arabic: مجید قلی زاده زحمت کش) (a.k.a. GHOLI ZADEH, Majid; a.k.a. GHOLIA ZADEH, Majid; a.k.a. GHOLIZADEH, Majid (Arabic: مجید قلی زاده); a.k.a. QOLIZADEH, Majid), Iran; DOB 01 Mar 1962 to 31 Mar 1963; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0042851882 (Iran); Director of Tasnim News Agency (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: TASNIM NEWS AGENCY).

GHOLIZADEH, Hojjat, Iran; DOB 30 Jan 1980; POB Khoy, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M38523792 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

GHOLIZADEH, Majid (Arabic: مجید قلی زاده) (a.k.a. GHOLI ZADEH, Majid; a.k.a. GHOLIA ZADEH, Majid; a.k.a. GHOLIZADEH ZAHMATKESH, Majid (Arabic: مجید قلی زاده زحمت کش); a.k.a. QOLIZADEH, Majid), Iran; DOB 01 Mar 1962 to 31 Mar 1963; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0042851882 (Iran); Director of Tasnim News Agency (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: TASNIM NEWS AGENCY).

GHOLIZADEH, Vali (Arabic: ولی قلی زاده) (a.k.a. QOLIZADEH, Vali; a.k.a. SA'IDI, Mohammad Hosein), Iran; Iraq; DOB 11 Sep 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0056758472 (Iran) (individual) [SDGT] [IFSR] (Linked To: MADA'IN NOVIN TRADERS).

GHOMMARI, Muhammad (a.k.a. AL-GHAMARI, Muhammad Abd Al-Karim; a.k.a. AL-GHAMARI, Muhammad 'Abd-al-Karim Ahmad Husayn; a.k.a. AL-GHOMMARI, Muhammad; a.k.a. "Sayyid Hashim"), Yemen; DOB 1979; alt. DOB 1984; POB Izla Dhaen, Wahha District, Hajjar Governorate, Yemen; nationality Yemen; Gender Male (individual) [YEMEN].

GHORB KARBALA (a.k.a. GHARARGAH KARBALA; a.k.a. GHARARGAH SAZANDEGI KARBALA-MOASSESEH TAHA), No. 2 Firouzeh Alley, Shahid Hadjipour St., Resalat Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

GHORB KHATAM (a.k.a. KHATAM AL-ANBYA; a.k.a. KHATAM OL AMBIA; a.k.a. KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH), No. 221, Phase 4, North Falamak-Zarafshan Intersection, Shahrak-E-Ghods, Tehran 14678, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

GHORB NOOH, P.O. Box 16765-3476, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

GHORBANIAN, Mohammad (a.k.a. GHORBANIYAN, Mohammad; a.k.a. "EnExchanger"; a.k.a. "Ensaniyat"; a.k.a. "Ensaniyat_Exchanger"), Iran; DOB 09 Mar 1987; POB Tehran, Iran; nationality Iran; Website www.enexchanger.com; Email Address EnExchanger@gmail.com; alt. Email Address Ensaniyat1365@gmail.com; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT 1AjZPMsnmpdK2Rv9KQNfMurTXinscVro9V; Identification Number 008-046347-9 (Iran); Birth Certificate Number 32270 (Iran) (individual) [CYBER2].

GHORBANIYAN, Mohammad (a.k.a. GHORBANIAN, Mohammad; a.k.a. "EnExchanger"; a.k.a. "Ensaniyat"; a.k.a. "Ensaniyat_Exchanger"), Iran; DOB 09 Mar 1987; POB Tehran, Iran; nationality Iran;

Website www.enexchanger.com; Email Address EnExchanger@gmail.com; alt. Email Address Ensaniyat1365@gmail.com; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT 1AjZPMsnmpdK2Rv9KQNfMurTXinscVro9V; Identification Number 008-046347-9 (Iran); Birth Certificate Number 32270 (Iran) (individual) [CYBER2].

GHOREISHI, Sayyid Hojatollah (a.k.a. GHOREISHI, Sayyid Hojjatollah; a.k.a. GHOREISHI, Seyed Hojatollah (Arabic: سید حجت اله قریشی); a.k.a. GHOREISHI, Seyed Hojjatollah; a.k.a. GHOREISHI, Seyyed Hojjatollah; a.k.a. GHOREISZI, Seyed Hojjatollah E.; a.k.a. QORESHI, Seyyed Hojjatollah; a.k.a. QORESHI, Seyyed Hojjatollah; a.k.a. QURESHI, Seyed Hojjatollah), Iran; DOB 27 Sep 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003923 (Iran) expires 15 Aug 2023 to 15 Aug 2024; alt. Passport N42881363 (Iran) expires 10 Oct 2022; alt. Passport D9021706 (Iran) expires 14 Jul 2021; alt. Passport D10007155 (Iran) expires 17 Aug 2025; alt. Passport A59655618 (Iran) expires 15 Sep 2027; National ID No. 5929869741 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: QODS AVIATION INDUSTRIES).

GHOREISHI, Sayyid Hojjatollah (a.k.a. GHOREISHI, Sayyid Hojatollah; a.k.a. GHOREISHI, Seyed Hojatollah (Arabic: سید حجت اله قریشی); a.k.a. GHOREISHI, Seyed Hojjatollah; a.k.a. GHOREISHI, Seyyed Hojjatollah; a.k.a. GHOREISZI, Seyed Hojjatollah E.; a.k.a. QORESHI, Seyyed Hojjatollah; a.k.a. QURESHI, Seyed Hojjatollah), Iran; DOB 27 Sep 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003923 (Iran) expires 15 Aug 2023 to 15 Aug 2024; alt. Passport N42881363 (Iran) expires 10 Oct 2022; alt. Passport D9021706 (Iran) expires 14 Jul 2021; alt. Passport D10007155 (Iran) expires 17 Aug 2025; alt. Passport A59655618 (Iran) expires 15 Sep 2027; National ID No. 5929869741 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: QODS AVIATION INDUSTRIES).

GHOREISHI, Seyed Hojatollah (Arabic: سید حجت اله قریشی) (a.k.a. GHOREISHI, Sayyid Hojatollah; a.k.a. GHOREISHI, Sayyid Hojjatollah; a.k.a. GHOREISHI, Seyed Hojjatollah; a.k.a. GHOREISHI, Seyyed Hojjatollah; a.k.a. GHOREISZI, Seyed Hojjatollah E.; a.k.a. QORESHI, Seyyed Hojjatollah; a.k.a. QURESHI, Seyyed Hojjatollah), Iran; DOB 27 Sep 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003923 (Iran) expires 15 Aug 2023 to 15 Aug 2024; alt. Passport N42881363 (Iran) expires 10 Oct 2022; alt. Passport D9021706 (Iran) expires 14 Jul 2021; alt. Passport D10007155 (Iran) expires 17 Aug 2025; alt. Passport A59655618 (Iran) expires 15 Sep 2027; National ID No. 5929869741 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: QODS AVIATION INDUSTRIES).

GHOREISHI, Seyed Hojjatollah (a.k.a. GHOREISHI, Sayyid Hojatollah; a.k.a. GHOREISHI, Sayyid Hojjatollah; a.k.a. GHOREISHI, Seyed Hojatollah (Arabic: سید حجت اله قریشی); a.k.a. GHOREISHI, Seyyed Hojjatollah; a.k.a. GHOREISZI, Seyed Hojjatollah E.; a.k.a. QORESHI, Seyyed Hojjatollah; a.k.a. QURESHI, Seyyed Hojjatollah), Iran; DOB 27 Sep 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003923 (Iran) expires 15 Aug 2023 to 15 Aug 2024; alt. Passport N42881363 (Iran) expires 10 Oct 2022; alt. Passport D9021706 (Iran) expires 14 Jul 2021; alt. Passport D10007155 (Iran) expires 17 Aug 2025; alt. Passport A59655618 (Iran) expires 15 Sep 2027; National ID No. 5929869741 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: QODS AVIATION INDUSTRIES).

GHOREISHI, Seyyed Hojatollah (a.k.a. GHOREISHI, Sayyid Hojatollah; a.k.a. GHOREISHI, Sayyid Hojjatollah; a.k.a. GHOREISHI, Seyed Hojatollah (Arabic: سید

(حجت اله قریشی); a.k.a. GHOREISHI, Seyed Hojjatollah; a.k.a. GHOREISHI, Seyyed Hojjatollah; a.k.a. GHOREISZI, Seyed Hojjatollah E.; a.k.a. QORESHI, Seyyed Hojatollah; a.k.a. QURESHI, Seyed Hojjatollah), Iran; DOB 27 Sep 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003923 (Iran) expires 15 Aug 2023 to 15 Aug 2024; alt. Passport N42881363 (Iran) expires 10 Oct 2022; alt. Passport D9021706 (Iran) expires 14 Jul 2021; alt. Passport D10007155 (Iran) expires 17 Aug 2025; alt. Passport A59655618 (Iran) expires 15 Sep 2027; National ID No. 5929869741 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: QODS AVIATION INDUSTRIES).

GHOREISHI, Seyyed Hojjatollah (a.k.a. GHOREISHI, Sayyid Hojatollah; a.k.a. GHOREISHI, Seyyed Hojatollah; a.k.a. GHOREISHI, Seyed Hojatollah (Arabic: سید حجت اله قریشی); a.k.a. GHOREISHI, Seyed Hojjatollah; a.k.a. GHOREISHI, Seyyed Hojatollah; a.k.a. GHOREISZI, Seyed Hojjatollah E.; a.k.a. QORESHI, Seyyed Hojatollah; a.k.a. QURESHI, Seyed Hojjatollah), Iran; DOB 27 Sep 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003923 (Iran) expires 15 Aug 2023 to 15 Aug 2024; alt. Passport N42881363 (Iran) expires 10 Oct 2022; alt. Passport D9021706 (Iran) expires 14 Jul 2021; alt. Passport D10007155 (Iran) expires 17 Aug 2025; alt. Passport A59655618 (Iran) expires 15 Sep 2027; National ID No. 5929869741 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: QODS AVIATION INDUSTRIES).

GHOREISZI, Seyed Hojjatollah E. (a.k.a. GHOREISHI, Sayyid Hojatollah; a.k.a. GHOREISHI, Sayyid Hojatollah; a.k.a. GHOREISHI, Seyed Hojatollah (Arabic: سید حجت اله قریشی); a.k.a. GHOREISHI, Seyed Hojjatollah; a.k.a. GHOREISHI, Seyyed Hojjatollah; a.k.a. GHOREISHI, Seyyed Hojatollah; a.k.a. QORESHI, Seyyed Hojatollah; a.k.a. QURESHI, Seyed Hojjatollah), Iran; DOB 27 Sep 1964; nationality Iran; Additional

Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10003923 (Iran) expires 15 Aug 2023 to 15 Aug 2024; alt. Passport N42881363 (Iran) expires 10 Oct 2022; alt. Passport D9021706 (Iran) expires 14 Jul 2021; alt. Passport D10007155 (Iran) expires 17 Aug 2025; alt. Passport A59655618 (Iran) expires 15 Sep 2027; National ID No. 10103057702 (Iran); Registration Number 272808 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

GHOSTARESHE SANAYIE MADANI KAWEH PARS (a.k.a. KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY (Arabic: شرکت گسترش صنایع معدنی کاوه پارس); a.k.a. KAVEH-PARS MINING INDUSTRIES DEVELOPMENT COMPANY; a.k.a. SHERKATE SANAYE MADANIYE KAVEH PARS; a.k.a. "KAVEH PARS"; a.k.a. "KMID"), 9th Floor, Central Building, No 0, Resalat Highway - Bonyad Mostazafan, Modares Hwy, District 3, Tehran, Tehran Province 1519613519, Iran; Argentina Square, Beginning of Africa Highway, Bonyad Mostazafan Building Number 1, Tehran, Iran; Africa Boulevard, No. 5, End of Arash Street, Tehran, Iran; Website http://kpars.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103057702 (Iran); Registration Number 272808 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

GHOURI, Atif Yahya (a.k.a. GHAURI, Yahya Shoaib; a.k.a. "GHAURI, Atif"; a.k.a. "Qari Atif"; a.k.a. "Qari Ibrahim"), Afghanistan; DOB 1982; alt. DOB 1981; alt. DOB 1983; POB Pakistan; nationality Pakistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-QA'IDA IN THE INDIAN SUBCONTINENT).

GHUL, Hassan (a.k.a. AL-MADANI, Abu Gharib; a.k.a. GUL, Hasan; a.k.a. GUL, Hassan; a.k.a. KHAN, Mustafa Hajji Muhammad; a.k.a. MAHMUD, Khalid; a.k.a. MUHAMMAD, Mustafa; a.k.a. SHAHJI, Ahmad; a.k.a. "ABU-SHAIMA"; a.k.a. "ABU-SHAYMA"); DOB Aug 1977; alt. DOB Sep 1977; alt. DOB 1976; POB Madinah, Saudi Arabia; alt. POB Sangrar, Sindh Province, Pakistan; nationality Pakistan; alt. nationality Saudi Arabia (individual) [SDGT].

GHUMAYN, Abu Bakr Muhammad Muhammad (a.k.a. AL-JAZA'IRI, Abu Ubaida; a.k.a. AL-

JAZAIRI, Abu Ubaydah; a.k.a. GEUMMANE, Abu Bakr; a.k.a. GUEMMANE, Aboubakir; a.k.a. GUEMMANE, Aboubakr; a.k.a. GUEMMANE, Aboubekr; a.k.a. GUEMMANE, Abu Bakr Muhammad Muhammad; a.k.a. JAMIN, Abu Bakr Muhammad Muhammad; a.k.a. MAZOUZ, Kheireddine; a.k.a. MAZOUZI, Khayr al-Din; a.k.a. "LESAGE, Carol Jacques Ghislain"; a.k.a. "LESAGE, Jacques Ghislain"), Iran; DOB 31 Mar 1981; POB Algeria; nationality Algeria; Passport 98LH90556 (France) (individual) [SDGT] (Linked To: AL QA'IDA).

GHWELL, Khalifa (a.k.a. AL-GHUWAYL, Khalifah; a.k.a. AL-GHWEIL, Khalifa; a.k.a. GHAWIL, Khalifa Mohamed Ahmed), Kaser Ahmet Street, Ras Al Sayah District, Misurata, Libya; DOB 01 Jan 1956; POB Misurata, Libya; nationality Libya; Passport A005465 (Libya) issued 12 Apr 2015 expires 11 Apr 2017; Prime Minister and Defense Minister of the National Salvation Government (individual) [LIBYA3].

GIAD INDUSTRIAL CITY (a.k.a. GIAD INDUSTRIAL GROUP; a.k.a. SUDAN MASTER TECHNOLOGY), SMT Building Madani Road, KM 50 Khartoum, Giad Industrial Complex, Gamhuria Street, Khartoum, Sudan; Giad Industrial Group Building, Street 60, Giad Industrial City, PO Box 444, Khartoum, Sudan; SMT Building, Gamhuria Street, Giad Industrial Complex, PO Box 10782, Khartoum SU001, Sudan; Website www.sudanmaster.com; Organization Established Date 01 Jan 1993; Organization Type: Activities of holding companies [SUDAN-EO14098].

GIAD INDUSTRIAL GROUP (a.k.a. GIAD INDUSTRIAL CITY; a.k.a. SUDAN MASTER TECHNOLOGY), SMT Building Madani Road, KM 50 Khartoum, Giad Industrial Complex, Gamhuria Street, Khartoum, Sudan; Giad Industrial Group Building, Street 60, Giad Industrial City, PO Box 444, Khartoum, Sudan; SMT Building, Gamhuria Street, GIAD Industrial Complex, PO Box 10782, Khartoum SU001, Sudan; Website www.sudanmaster.com; Organization Established Date 01 Jan 1993; Organization Type: Activities of holding companies [SUDAN-EO14098].

GIANNAKOU, Kostas (a.k.a. YIANNAKOU, Costas), Cyprus; DOB 24 Jul 1970; Gender Male (individual) [RUSSIA-EO14024] (Linked To: ALMENOR HOLDINGS LIMITED).

GIBATDINOV, Airat Minerasikhovich (Cyrillic: ГИБАТДИНОВ, Айрат Минерасихович) (a.k.a. GIBATDINOV, Ayrat Minerasikhovich), Russia; DOB 16 Jan 1986; nationality Russia; Gender

Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GIBATDINOV, Ayrat Minerasikhovich (a.k.a. GIBATDINOV, Airat Minerasikhovich (Cyrillic: ГИБАТДИНОВ, Айрат Минерасихович)), Russia; DOB 16 Jan 1986; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GICM (a.k.a. GROUPE ISLAMIQUE COMBATTANT MAROCAIN; a.k.a. MOROCCAN ISLAMIC COMBATANT GROUP) [SDGT].

GIF GROUPE DINVESTISSEMENT FINANCI OSBORNE DIS TIC LTD STI (a.k.a. OSBORNE DIS TICARET LIMITED SIRKETI), Yakuplu Mah. Hurriyet Bul. Skyport Sitesi, Skyport Residence Blok No. 1 ic, Kap 1 No. 64 Beylikduzu, Istanbul, Turkey; Organization Established Date 27 Jun 2022; Tax ID No. 6481617870 (Turkey) [RUSSIA-EO14024].

GIGANT KOMPLEKSNYE SISTEMY (a.k.a. "GKS"; a.k.a. "JSC LTD GCS"), Proezd Zavodskoi D. 2, Pomeshch. 560, Fryazino 141190, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5050129707 (Russia); Registration Number 1165050057556 (Russia) [RUSSIA-EO14024].

GIGEL, Tatyana Anatolyevna (Cyrillic: ГИГЕЛЬ, Татьяна Анатольевна), Russia; DOB 27 Feb 1960; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GIGER, Markus Jakob, Bildgass 30, Schaan 9494, Liechtenstein; Switzerland; DOB 17 Aug 1955; POB St. Gallen, Switzerland; nationality Switzerland; alt. nationality United Kingdom; Gender Male; Passport X0192937 (Switzerland) expires 10 Apr 2026; National ID No. 040002130001 (United Kingdom) (individual) [RUSSIA-EO14024] (Linked To: SEQUOIA TREUHAND TRUST REG).

GIL GARCIA, Jose Alejandro, Avenida Ejercito Trigarante 7865-J, Infonavit Cuchanilla 22680, Tijuana, Baja California, Mexico; Avenida Altabrisa 15401, Fraccionamiento Altabrisa, Otay Universidad, Tijuana, Baja California, Mexico; c/o Farmacia Vida Suprema, S.A. DE

C.V., Tijuana, Baja California, Mexico; c/o Distribuidora Imperial De Baja California, S.A. de C.V., Tijuana, Baja California, Mexico; c/o Administradora De Inmuebles Vida, S.A. de C.V., Tijuana, Baja California, Mexico; c/o ADP, S.C., Tijuana, Baja California, Mexico; DOB 22 Jan 1952; POB Culiacan, Sinaloa, Mexico; R.F.C. GIGA-520122 (Mexico); Credencial electoral 103624690069 (Mexico) (individual) [SDNTK].

GIL, Josef (a.k.a. GILBERT, Joseph; a.k.a. GILBOA, Joseph; a.k.a. GILBOA, Joseph Papzian; a.k.a. GILBOA, Yosef); DOB 08 Apr 1943; POB Israel (individual) [SDNTK].

GILAN ELECTRICITY GENERATION MANAGEMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GILAN ELECTRICITY TRANSMISSION DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

GILAN STEEL COMPLEX (a.k.a. FERRO GILAN COMPLEX), Saravan Road, Rasht 4337185759, Iran; Ferro Gilan Complex Co. No. 38, West Arash Boulevard, Africa Ave, Tehran 1917743311, Iran; Website http://generative.ir/ferro_gilan; alt. Website https://www.ferrogilan.com/; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 30 Oct 2000; Commercial Registry Number 167640 (Iran) [IRAN-EO13871].

GILBERT, Joseph (a.k.a. GIL, Josef; a.k.a. GILBOA, Joseph; a.k.a. GILBOA, Joseph Papzian; a.k.a. GILBOA, Yosef); DOB 08 Apr 1943; POB Israel (individual) [SDNTK].

GILBOA, Joseph (a.k.a. GIL, Josef; a.k.a. GILBERT, Joseph; a.k.a. GILBOA, Joseph Papzian; a.k.a. GILBOA, Yosef); DOB 08 Apr 1943; POB Israel (individual) [SDNTK].

GILBOA, Joseph Papzian (a.k.a. GIL, Josef; a.k.a. GILBERT, Joseph; a.k.a. GILBOA, Joseph; a.k.a. GILBOA, Yosef); DOB 08 Apr 1943; POB Israel (individual) [SDNTK].

GILBOA, Yosef (a.k.a. GIL, Josef; a.k.a. GILBERT, Joseph; a.k.a. GILBOA, Joseph; a.k.a. GILBOA, Joseph Papzian); DOB 08 Apr 1943; POB Israel (individual) [SDNTK].

GILDA TAR KARVAN INTERNATIONAL COMPANY, No 9 6th Alley, Tehran 1514643411, Iran; No. 7 Alvand Street, Argentine Sqr., Tehran 19666, Iran; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 10103735379 (Iran) [SDGT] (Linked To: NAFRIEH, Edman).

GILL, Muhammad Hussain (a.k.a. AL WAFA, Yahya Abu; a.k.a. GILL, Muhammad Hussein; a.k.a. UL-WAFA, Abu; a.k.a. WAFA, Abdul), 4-Lake Road, Lahore, Pakistan; DOB 07 Apr 1937; nationality Pakistan; National ID No. 35202-8457000-3 (Pakistan) (individual) [SDGT].

GILL, Muhammad Hussein (a.k.a. AL WAFA, Yahya Abu; a.k.a. GILL, Muhammad Hussain; a.k.a. UL-WAFA, Abu; a.k.a. WAFA, Abdul), 4-Lake Road, Lahore, Pakistan; DOB 07 Apr 1937; nationality Pakistan; National ID No. 35202-8457000-3 (Pakistan) (individual) [SDGT].

GILMUTDINOV, Dinar Zagitovich (Cyrillic: ГИЛЬМУТДИНОВ, Динар Загитович), Russia; DOB 10 Aug 1969; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GILMUTDINOV, Ildar Irekovich (Cyrillic: ГИЛЬМУТДИНОВ, Ильдар Ирекович), Russia; DOB 03 Sep 1962; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GIMBATOV, Andrey Petrovich (Cyrillic: ГИМБАТОВ, Андрей Петрович), Russia; DOB 19 Jul 1979; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GIOVETTY, Luisa de Fatima (a.k.a. GEOVETTY, Luisa de Fatima), Avenida 4 de Fevereiro, No. 32, 5 Esquerdo, Bairro Marginal, Municipio de Ingombata, Luanda, Luanda, Angola; DOB 14 Jul 1962; POB Sambinzanga, Angola; alt. POB Luanda, Angola; nationality Angola; Gender Female (individual) [GLOMAG] (Linked To: BAIA CONSULTING LIMITED).

GIRALDO FRANCO, Juan Carlos, Calle 3 Oeste No. 26-12, El Aguila, Valle, Colombia; DOB 10 Jun 1971; Cedula No. 16791184 (Colombia) (individual) [SDNT].

GIRALDO SERNA, Hernan; DOB 16 Oct 1948; Cedula No. 12531356 (Colombia) (individual) [SDNTK].

GIRKIN, Igor Vsevolodovich (a.k.a. STRELKOV, Igor Ivanovich; a.k.a. STRELKOV, Ihor; a.k.a. STRELOK, Igor), Shenkurskiy Passage (Proyezd), House 8-6, Apartment 136, Moscow,

Russia; DOB 17 Dec 1970; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 4506460961 (individual) [UKRAINE-EO13660].

GIZUNOV, Sergey (a.k.a. GIZUNOV, Sergey Aleksandrovich); DOB 18 Oct 1956; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 4501712967 (Russia); Deputy Chief of GRU (individual) [CYBER2] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

GIZUNOV, Sergey Aleksandrovich (a.k.a. GIZUNOV, Sergey); DOB 18 Oct 1956; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 4501712967 (Russia); Deputy Chief of GRU (individual) [CYBER2] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

GK STRUKTURA (Cyrillic: ГК СТРУКТУРА) (a.k.a. COMPANY GROUP STRUCTURA LLC; a.k.a. GRUPPA KOMPANII STRUKTURA (Cyrillic: ГРУППА КОМПАНИЙ СТРУКТУРА); a.k.a. STRUCTURA NATIONAL TECHNOLOGIES), Per. Bolshoi Kislovskii, d. 1, str. 2, Pomeshch/Kom I/42, Moscow 125009, Russia; Website structura.pro; Organization Established Date 12 Dec 2017; Organization Type: Other information technology and computer service activities; Tax ID No. 7703438908 (Russia); Registration Number 5177746315588 (Russia) [RUSSIA-EO14024].

GK VEB.RF (f.k.a. BANK FOR FOREIGN TRADE OF THE U.S.S.R.; a.k.a. GOSUDARSTVENNAYA KORPORATSIYA RAZVITIYA VEB.RF; a.k.a. STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK; a.k.a. STATE DEVELOPMENT CORPORATION VEB.RF (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ РАЗВИТИЯ ВЭБ.РФ); a.k.a. VEB.RF (Cyrillic: ВЭБ.РФ); f.k.a. VNESHECONOMBANK; f.k.a. VNESHEKONOMBANK GK; f.k.a. VNESHEKONOMBANK SSSR; a.k.a. "BANK FOR DEVELOPMENT"; a.k.a. "VEB"), Akademik Sakharov Ave 9, Moscow 107996, Russia; Pr-kt, Akademika Sakharova, D. 9, Moscow 107078, Russia (Cyrillic: Пр-Кт Академика Сахарова, Д. 9, Город Москва 107078, Russia); SWIFT/BIC BFEARUMM; Website www.veb.ru; BIK (RU) 044525060; Executive Order 13662 Directive Determination

- Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 18 Aug 1922; Target Type State-Owned Enterprise; alt. Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Government Gazette Number 00005061 (Russia); Registration Number 1077711000102 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

GKR NEDVIZHIMOST OOO, ul. Petrovka d. 17, str. 4, et 1 pom. VII kom 7, Moscow 107031, Russia; Organization Established Date 15 Apr 2014; Tax ID No. 7702836342 (Russia); Registration Number 1147746418291 (Russia) [RUSSIA-EO14024] (Linked To: VINER, Natan Adadievich).

GKR OOO, ul. Dmitrovka M. d. 18A, str. 3, floor 3 office 1, Moscow 127006, Russia; Organization Established Date 27 Jun 2014; Tax ID No. 7702840557 (Russia); Registration Number 1147746723288 (Russia) [RUSSIA-EO14024] (Linked To: VINER, Natan Adadievich).

GKR UK OOO, ul. Selskokhozyaistvennaya d. 26, str. 6, floor/pomeshch. 2/II, kom. 7, Moscow 129226, Russia; Organization Established Date 12 Oct 2021; Tax ID No. 9717106688 (Russia); Registration Number 1217700485122 (Russia) [RUSSIA-EO14024] (Linked To: VINER, Natan Adadievich).

GLADKIKH, Boris Mikhaylovich (Cyrillic: ГЛАДКИХ, Борис Михайлович), Russia; DOB 16 Feb 1983; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GLADKIKH, Evgeny Viktorovich (Cyrillic: ГЛАДКИХ, Евгений Викторович) (a.k.a. GLADKIKH, Yevgeniy Viktorovich), Moscow, Russia; DOB 05 Sep 1985; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] (Linked To: STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION FGUP CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND MECHANICS).

GLADKIKH, Yevgeniy Viktorovich (a.k.a. GLADKIKH, Evgeny Viktorovich (Cyrillic: ГЛАДКИХ, Евгений Викторович)), Moscow,

Russia; DOB 05 Sep 1985; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] (Linked To: STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION FGUP CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND MECHANICS).

GLADKOV, Viacheslav Vladimirovich (a.k.a. GLADKOV, Vyacheslav Vladimirovich (Cyrillic: ГЛАДКОВ, Вячеслав Владимирович)), Belgorod Region, Russia; DOB 15 Jan 1969; POB Kuchki, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 583800610358 (Russia) (individual) [RUSSIA-EO14024].

GLADKOV, Vyacheslav Vladimirovich (Cyrillic: ГЛАДКОВ, Вячеслав Владимирович) (a.k.a. GLADKOV, Viacheslav Vladimirovich), Belgorod Region, Russia; DOB 15 Jan 1969; POB Kuchki, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 583800610358 (Russia) (individual) [RUSSIA-EO14024].

GLAVGOSEKSPERTIZA (a.k.a. FAU 'GLAVGOSEKSPERTIZA ROSSII'; a.k.a. FEDERAL AUTONOMOUS INSTITUTION 'MAIN DIRECTORATE OF STATE EXAMINATION'; a.k.a. GENERAL BOARD OF STATE EXPERT REVIEW), Furkasovskiy Lane, building 6, Moscow 101000, Russia; 13 Demidova Street, Sevastopol, Crimea, Ukraine; 10 Vokzalnaya Street, Sevastopol, Crimea, Ukraine; Website http://gge.ru; Email Address info@gge.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

GLAVNOE RAZVEDYVATEL'NOE UPRAVLENIE (Cyrillic: ГЛАВНОЕ РАЗВЕДЫВАТЕЛЬНОЕ УПРАВЛЕНИЕ) (a.k.a. GRU; a.k.a. MAIN DIRECTORATE OF THE GENERAL STAFF; a.k.a. MAIN INTELLIGENCE DEPARTMENT; a.k.a. MAIN INTELLIGENCE DIRECTORATE), Khoroshevskoye Shosse 76, Khodinka, Moscow, Russia; Ministry of Defence of the Russian Federation, Frunzenskaya nab., 22/2, Moscow 119160, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Target Type Government Entity [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024].

GLAVNOYE UPRAVLENIE GLUBOKOVODSK ISSLEDOVANII (a.k.a. FEDERAL STATE

INSTITUTION MILITARY UNIT 40056; a.k.a. MAIN DIRECTORATE OF DEEP SEA RESEARCH; a.k.a. "GUGI", 26A Onezhskaya Str., Moscow 125413, Russia; Organization Established Date 08 Dec 2009; Tax ID No. 7443763446 (Russia) [RUSSIA-EO14024].

GLAVNOYE UPRAVLENIE VNUTRENNIKH DEL MINSKOVO GORISPOLKOMA (a.k.a. MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE (Cyrillic: ГЛАВНОЕ УПРАВЛЕНИЕ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. MINSK GUVD (Cyrillic: ГУВД МИНСК); a.k.a. THE GENERAL DIRECTORATE OF INTERNAL AFFAIRS OF MINSK CITY EXECUTIVE COMMITTEE), Dobromislenski Lane, 5, Minsk, Belarus (Cyrillic: пер.Добромысленский,5, г.Минск, Belarus); Tax ID No. 100582346 (Belarus) [BELARUS].

GLAVSET LLC (a.k.a. AZIMUT LLC; a.k.a. GLAVSET, OOO; a.k.a. INTERNET RESEARCH AGENCY LLC; a.k.a. LAKHTA INTERNET RESEARCH; a.k.a. MEDIASINTEZ LLC; a.k.a. MEDIASINTEZ, OOO; a.k.a. MIXINFO LLC; a.k.a. NOVINFO LLC; a.k.a. NOVINFO, OOO), 55 Savushkina Street, St. Petersburg, Russia; d. 4 korp. 3 litera A pom. 9-N, ofis 238, ul. Optikov, St. Petersburg, Russia; d. 4 litera B pom. 22-N, ul. Starobelskaya, St. Petersburg, Russia; d. 79 litera A. pom 1-N, ul. Planernaya, St. Petersburg, Russia; 4 Optikov Street, Building 3, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [ELECTION-EO13848].

GLAVSET, OOO (a.k.a. AZIMUT LLC; a.k.a. GLAVSET LLC; a.k.a. INTERNET RESEARCH AGENCY LLC; a.k.a. LAKHTA INTERNET RESEARCH; a.k.a. MEDIASINTEZ LLC; a.k.a. MEDIASINTEZ, OOO; a.k.a. MIXINFO LLC; a.k.a. NOVINFO LLC; a.k.a. NOVINFO, OOO), 55 Savushkina Street, St. Petersburg, Russia; d. 4 korp. 3 litera A pom. 9-N, ofis 238, ul. Optikov, St. Petersburg, Russia; d. 4 litera B pom. 22-N, ul. Starobelskaya, St. Petersburg, Russia; d. 79 litera A. pom 1-N, ul. Planernaya, St. Petersburg, Russia; 4 Optikov Street, Building 3, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [ELECTION-EO13848].

GLAZKOVA, Anzhelika Yegorovna (Cyrillic: ГЛАЗКОВА, Анжелика Егоровна), Russia;

DOB 28 Dec 1968; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GLAZYEV, Sergei (a.k.a. GLAZYEV, Sergey); DOB 01 Jan 1961; POB Zaporozhye, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Presidential Advisor (individual) [UKRAINE-EO13661].

GLAZYEV, Sergey (a.k.a. GLAZYEV, Sergei); DOB 01 Jan 1961; POB Zaporozhye, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Presidential Advisor (individual) [UKRAINE-EO13661].

GLBC (a.k.a. GREAT LAKES BUSINESS COMPANY), P. O. Box 315, Goma, Congo, Democratic Republic of the; Gisenyi, Rwanda [DRCONGO].

GLEBOVA, Lyubov Nikolayevna (Cyrillic: ГЛЕБОВА, Любовь Николаевна), Russia; DOB 07 Mar 1960; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GLENDOR FINANCE S.A., Panama; RUC # 2041747-1-746484 (Panama) [SDNTK].

GLOBAL AGE LIMITED, East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

GLOBAL CENTRAL LOGISTICS FZCO (Arabic: جلوبال سنترال لوجيستيكس ش.م.ح), Dubai Free Zone, Industrial Al Qusais, Warehouse QB08, Dubai, United Arab Emirates; License 3831 (United Arab Emirates) [RUSSIA-EO14024].

GLOBAL CLEANERS S.A.R.L. (a.k.a. GLOBAL CLEANERS, INC.), Center Mzannar, Main Street, Second Floor, Baabda, Lebanon; Airport Road, Beirut, Lebanon; Street 21, Section 929, Al Karrada Area, Baghdad, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: HIZBALLAH; Linked To: TABAJA, Adham Husayn).

GLOBAL CLEANERS, INC. (a.k.a. GLOBAL CLEANERS S.A.R.L.), Center Mzannar, Main Street, Second Floor, Baabda, Lebanon; Airport Road, Beirut, Lebanon; Street 21, Section 929, Al Karrada Area, Baghdad, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial

Sanctions Regulations [SDGT] (Linked To: HIZBALLAH; Linked To: TABAJA, Adham Husayn).

GLOBAL DE TEXTILES ANDINO S.A.S., CR 46 67 5, Barranquilla, Atlantico, Colombia; NIT # 9005980294 (Colombia) [VENEZUELA-EO13850].

GLOBAL ENERGY COMPANY S.A.S., CL 94 No 51 B - 43 PI 4 Of 401, Barranquilla, Atlantico, Colombia; NIT # 9006520120 (Colombia) [VENEZUELA-EO13850].

GLOBAL INDUSTRIAL AND ENGINEERING SUPPLY LIMITED (a.k.a. GLOBAL INDUSTRIAL AND ENGINEERING SUPPLY LTD.; a.k.a. "GIES GROUP"), Unit 04, Bright Way Tower, No. 33, Mong Kok Road Kowloon, Hong Kong; 603-3-3, Miyun Road, Nankai District, Tianjin, China; Unit 902, 9/F, Technology Park, 18 On Lai Street, Shatin, N.T., Hong Kong; Website giesgroup.com [IFCA].

GLOBAL INDUSTRIAL AND ENGINEERING SUPPLY LTD. (a.k.a. GLOBAL INDUSTRIAL AND ENGINEERING SUPPLY LIMITED; a.k.a. "GIES GROUP"), Unit 04, Bright Way Tower, No. 33, Mong Kok Road Kowloon, Hong Kong; 603-3-3, Miyun Road, Nankai District, Tianjin, China; Unit 902, 9/F, Technology Park, 18 On Lai Street, Shatin, N.T., Hong Kong; Website giesgroup.com [IFCA].

GLOBAL INTERFACE COMPANY INC. (f.k.a. TRANS SCIENTIFIC CORP.), 9F-1, No. 22, Hsin Yi Rd., Sec. 2, Taipei, Taiwan; 1st Floor, No. 49, Lane 280, Kuang Fu S. Road, Taipei, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Business Registration Document # 12873346 (Taiwan) [NPWMD].

GLOBAL KEY LIMITED LIABILITY COMPANY (a.k.a. "GLOBAL KEI"; a.k.a. "NOYFOX AS LTD."), Ul. Ivana Fomina D. 6, Lit. B, Pomeshch. 402A, 402B, Saint Petersburg 194295, Russia; Website global-key.ru; Organization Established Date 18 Aug 2015; Tax ID No. 7802536470 (Russia); Registration Number 1157847282119 (Russia) [RUSSIA-EO14024].

GLOBAL LIBERTY D.O.O. (a.k.a. DRUSTVO SA OGRANICENOM ODGOVORNOSCU GLOBAL LIBERTY LAKTASI; a.k.a. GLOBAL LIBERTY D.O.O. LAKTASI), Gradiska cesta 57, Laktasi 78250, Bosnia and Herzegovina; Tax ID No.

4403756190000 (Bosnia and Herzegovina); Business Registration Number 57-01-0286-14 (Bosnia and Herzegovina) [BALKANS-EO14033] (Linked To: DODIK, Igor; Linked To: DODIK, Gorica).

GLOBAL LIBERTY D.O.O. LAKTASI (a.k.a. DRUSTVO SA OGRANICENOM ODGOVORNOSCU GLOBAL LIBERTY LAKTASI; a.k.a. GLOBAL LIBERTY D.O.O.), Gradiska cesta 57, Laktasi 78250, Bosnia and Herzegovina; Tax ID No. 4403756190000 (Bosnia and Herzegovina); Business Registration Number 57-01-0286-14 (Bosnia and Herzegovina) [BALKANS-EO14033] (Linked To: DODIK, Igor; Linked To: DODIK, Gorica).

GLOBAL MARINE SHIP MANAGEMENT CO., LIMITED (a.k.a. FENGHUI SHIP MANAGEMENT CO., LTD. (Chinese Traditional: 豐匯船舶管理有限公司); a.k.a. GLOBAL MARINE SHIP MANAGEMENT CO., LTD. (Chinese Traditional: 匯海船舶管理有限公司); a.k.a. HUIHAI SHIP MANAGEMENT CO., LTD. (Chinese Simplified: 汇海船舶管理有限公司)), Room 1708, Zhongshang Building, No. 100, Hong Kong Middle Road, Shinan District, Qingdao, Shandong Province, China; Flat C, 15th Floor, Unionway Commercial Centre, 283 Queens Road, Central, Hong Kong, China; Room 2108, 21/F, C Wu Building, 302-308 Hennessy Road, Wanchai, Hong Kong, China; Website www.GMSHIPS.com; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Identification Number IMO 5528362; Commercial Registry Number 1427788 (China) [IRAN-EO13846].

GLOBAL MARINE SHIP MANAGEMENT CO., LTD. (Chinese Traditional: 匯海船舶管理有限公司) (a.k.a. FENGHUI SHIP MANAGEMENT CO., LTD. (Chinese Traditional: 豐匯船舶管理有限公司); a.k.a. GLOBAL MARINE SHIP MANAGEMENT CO., LIMITED; a.k.a. HUIHAI SHIP MANAGEMENT CO., LTD. (Chinese Simplified: 汇海船舶管理有限公司)), Room 1708, Zhongshang Building, No. 100, Hong Kong Middle Road, Shinan District, Qingdao, Shandong Province, China; Flat C, 15th Floor, Unionway Commercial Centre, 283 Queens Road, Central, Hong Kong, China; Room 2108, 21/F, C Wu Building, 302-308 Hennessy Road, Wanchai, Hong Kong, China; Website www.GMSHIPS.com; Executive Order 13846

information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); Identification Number IMO 5528362; Commercial Registry Number 1427788 (China) [IRAN-EO13846].

GLOBAL RELIEF FOUNDATION, INC., P.O. Box 1406, Bridgeview, IL 60455, United States; US FEIN 36-3804626 [SDGT].

GLOBAL RELIEF FOUNDATION, INC. (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL 'WORLD RELIEF'; a.k.a. FONDATION SECOURS MONDIAL-BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL-KOSOVA; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. STICHTING WERELDHULP-BELGIE, V.Z.W.; a.k.a. "FSM"), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, Putte 2580, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia and Herzegovina; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia and Herzegovina; Rr. Skenderbeu 76, Lagjja Sefa, Gjakova, Serbia; Ylli Morina Road, Djakovica, Serbia; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir, undetermined; Lebanon; Gaza Strip, undetermined; Sierra Leone; Somalia; Syria; 49 rue du Lazaret, Strasbourg 67100, France; West Bank; V.A.T. Number BE 454,419,759 [SDGT].

GLOBAL SEA LINE CO LTD, 10 Anson Road #31-10 International Plaza, Singapore; Email Address globalsealine@gmail.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

GLOBAL STRUCTURE, S.A., Panama City, Panama; Folio Mercantil No. 844394 (Panama) [VENEZUELA-EO13850] (Linked To: RUBIO GONZALEZ, Emmanuel Enrique).

GLOBAL TECH MARINE SERVICES INC, Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; 8th Floor, Arenco Tower, Sheikh Zayed Road, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886; Organization Established Date 15 Dec 2020; Identification Number IMO 6197743; Business Registration Number 107145 (Marshall Islands) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

GLOBAL TECHNOLOGY IMPORT & EXPORT, S.A. (GTI), Calle 50 Y 53 Marbella, Edificio Plaza 2000, Piso 7, Panama City, Panama; RUC # 1061547-1-549692 (Panama) [SDNTK].

GLOBAL TOURISTIC SERVICES SAL, Property 362, Section 8, Block B, Eidi Building, Chiyah, Lebanon; Commercial Registry Number 2012409 (Lebanon) [SDGT] (Linked To: ATLAS HOLDING).

GLOBAL TRADING GROUP (a.k.a. ENERGY ENGINEERS PROCUREMENT AND CONSTRUCTION; a.k.a. GLOBAL TRADING GROUP NV; a.k.a. "EEPC"), Frankrijklei 39, 2nd Floor, Antwerpen 2000, Belgium; 22 Liverpool Street, Freetown, Sierra Leone; Standard Chartered Bank Building, 2nd floor, Kairaba Ave, Banjul, The Gambia; Rue de Canal, G83 Zone 4G, 01BP1280, Abidjan, Cote d Ivoire; Quartier les Cocotiers, Avenue Pape Jean Paul II, Lot 4274, Cotonou, Benin; Frankrijklei 156 (5th floor), Antwerpen 2000, Belgium; Website www.globaltradinggroup.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; D-U-N-S Number 37-117-1419 [SDGT] (Linked To: BAZZI, Mohammad Ibrahim).

GLOBAL TRADING GROUP NV (a.k.a. ENERGY ENGINEERS PROCUREMENT AND CONSTRUCTION; a.k.a. GLOBAL TRADING GROUP; a.k.a. "EEPC"), Frankrijklei 39, 2nd Floor, Antwerpen 2000, Belgium; 22 Liverpool Street, Freetown, Sierra Leone; Standard Chartered Bank Building, 2nd floor, Kairaba Ave, Banjul, The Gambia; Rue de Canal, G83 Zone 4G, 01BP1280, Abidjan, Cote d Ivoire; Quartier les Cocotiers, Avenue Pape Jean Paul II, Lot 4274, Cotonou, Benin; Frankrijklei 156 (5th floor), Antwerpen 2000, Belgium; Website www.globaltradinggroup.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; D-U-N-S Number 37-117-1419 [SDGT] (Linked To: BAZZI, Mohammad Ibrahim).

GLOBAL UNITED BIOTECHNOLOGY INC., Virgin Islands, British; Room 707, No. 67, Jinyu Road, Pudong, Shanghai 201206, China; Website www.globalrc.net; Email Address

OFFICE OF FOREIGN ASSETS CONTROL

researchchemical@aliyun.com; Registration Number 1700919 (Virgin Islands, British) [SDNTK] (Linked To: ZHENG DRUG TRAFFICKING ORGANIZATION).

GLOBAL UNITED SHIPPING LIMITED (a.k.a. GLOBAL UNITED SHIPPING LTD-BZE), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

GLOBAL UNITED SHIPPING LTD-BZE (a.k.a. GLOBAL UNITED SHIPPING LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

GLOBAL VISINESS PTE. LTD., Rm A 12F Kiu Fu Commercial Bldg, 300 Lockhart Road, Wan Chai, Hong Kong, China; 73 Upper Paya Lebar Road No 06-01c, Centro Bianco, Singapore 534818, Singapore; Website globalvisiness.com/; Organization Established Date 25 Dec 2020; Company Number 202041648D (Singapore) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

GLOBAL VISION GROUP (a.k.a. LIMITED LIABILITY COMPANY GLOBAL CONCEPTS GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЛОБАЛЬНЫЕ КОНЦЕПЦИИ ГРУПП); a.k.a. "LLC GKG" (Cyrillic: "ООО ГКГ")), Office I Room 7, Building 3, House 22, Staromonetny Lane, Moscow 119180, Russia; Russia; Staromonetne STR 22/3, Moscow, Russia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: BANIAS REFINERY COMPANY; Linked To: ALCHWIKI, Mhd Amer).

GLOBAL WORLD SHIP MANAGEMENT AND AGENCY TRADE LIMITED COMPANY (a.k.a. ID SHIP AGENCY TRADE LIMITED COMPANY (Latin: İD GEMI ACENTELIĞI TICARET LIMITED ŞIRKETI); a.k.a. ID SHIPPING AGENCY), Ic Kapi No: 1 No: 15 Sen Sk. Postane Mah. Tuzla, Istanbul, Turkey; Registration Number 829488-0 (Turkey) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

GLOBALTEC LLC (a.k.a. LIMITED LIABILITY COMPANY GLOBALTEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЛОБАЛТЭК)), Room 22, Suite I, Floor 13, Building 2, 6 Presnenskaya Embankment, Moscow 123112, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Construction of utility projects; Tax ID No. 9705138011 (Russia); Registration Number 1197746621930 (Russia) [RUSSIA-EO14024].

GLOBALTRANS LIMITED (a.k.a. "GT LTD"), Ul. Respublikanskaya D. 24, K. 1 Str. 1, Pomeshch. 22-N, Office 2, Saint Petersburg 195112, Russia; Tax ID No. 7806582269 (Russia); Registration Number 1217800018204 (Russia) [RUSSIA-EO14024].

GLOBALVOENTREIDING LTD OOO (a.k.a. LIMITED LIABILITY COMPANY GLOBALVOENTREYDING LTD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЛОБАЛВОЕНТРЕЙДИНГ ЛТД); a.k.a. LLC GLOBALVOENTRAIDING LTD), 3 1-Ya Rybinskaya Street, Building 1, Floor 4, Office 9/2, Moscow 107113, Russia; Organization Established Date 22 Oct 2002; Tax ID No. 7709388844 (Russia); Registration Number 1027709015641 (Russia) [RUSSIA-EO14024].

GLOBANTY S.A.S., Calle 13 No. 10-45, Centro, Maicao, Guajira, Colombia; NIT # 900467096-6 (Colombia) [SDNTK].

GLOBATEK 3D (a.k.a. AO GLOBATEK; a.k.a. JOINT STOCK COMPANY GLOBATEK GROUP), Sh Varshavskoe D. 42, Moscow, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Tax ID No. 7724739790 (Russia); Registration Number 1107746187999 (Russia) [RUSSIA-EO14024].

GLOBE TREKKERS LLC, Salah Al Din Street 131, Dubai, United Arab Emirates; PO Box 32276, M01, Saif Abdulrehman Building, Salahuddin St, Deira, Dubai, United Arab Emirates); License 224100 (United Arab Emirates); Chamber of Commerce Number 20374 (United Arab Emirates); Economic Register Number (CBLS) 10788984 (United Arab Emirates) [RUSSIA-EO14024].

GLOBOVISION (a.k.a. GLOBOVISION TELE C.A.), Caracas, Venezuela [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul; Linked To: PERDOMO ROSALES, Gustavo Adolfo).

GLOBOVISION TELE C.A. (a.k.a. GLOBOVISION), Caracas, Venezuela [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul; Linked To: PERDOMO ROSALES, Gustavo Adolfo).

GLOBOVISION TELE CA, CORP., 4100 Salzedo Street, Unit 804, Coral Gables, FL 33146, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul; Linked To: PERDOMO ROSALES, Gustavo Adolfo).

GLOBUS RYAZAN DESIGN BUREAU JSC (a.k.a. AO RKB GLOBUS; a.k.a. JOINT STOCK COMPANY RYAZANSKOE KONSTRUKTORSKOE BJURO GLOBUS; a.k.a. RKB GLOBUS PAO), Ul. Vysokovoltnaya D. 6, Ryazan 390013, Russia; Organization Established Date 01 Oct 1955; Tax ID No. 6229060995 (Russia); Registration Number 1086229000560 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

GLOBUS TURKEY LOJISTIK DIS TICARET LIMITED SIRKETI, Daire:2, No:71 Suadiye Mahallesi, Istanbul 34740, Turkey; Organization Established Date 04 Apr 2022; Tax ID No. 3961454218 (Turkey); Business Registration Number 372297 (Turkey) [RUSSIA-EO14024].

GLORINA SHIPPING COMPANY LIMITED, Karaiskaki, 13, Limassol 3032, Cyprus; Organization Type: Sea and coastal freight water transport; Registration Number 408052 (Cyprus) [RUSSIA-EO14024].

GLORY ADVANCED LIMITED, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 2811523 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

GLOTOV, Yevgeniy Eduardovich, Ukraine; DOB 19 Sep 1987; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. 3203817519 (Ukraine) (individual) [NPWMD] [CYBER2] (Linked To: NEWSFRONT).

GLOTREASURE COMPANY LIMITED, Blk 28 Mg Villas 136A Ha Che Pat Heung Yuen Long, Hong Kong, China; Organization Established

Date 19 Apr 2021; C.R. No. 3039877 (Hong Kong); Business Registration Number 72902367-000 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

GMCS MANAGEMENT LIMITED (a.k.a. GMCS MANAGEMENT LIMITED LIABILITY COMPANY; a.k.a. GMCS MANAGEMENT LLC; a.k.a. GMCS MANAGEMENT LTD), Ul. Pokryshkina D. 7, Floor 1 Kom 4, Moscow 119602, Russia; Tax ID No. 7715712231 (Russia); Registration Number 1087746971135 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

GMCS MANAGEMENT LIMITED LIABILITY COMPANY (a.k.a. GMCS MANAGEMENT LIMITED; a.k.a. GMCS MANAGEMENT LLC; a.k.a. GMCS MANAGEMENT LTD), Ul. Pokryshkina D. 7, Floor 1 Kom 4, Moscow 119602, Russia; Tax ID No. 7715712231 (Russia); Registration Number 1087746971135 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

GMCS MANAGEMENT LLC (a.k.a. GMCS MANAGEMENT LIMITED; a.k.a. GMCS MANAGEMENT LIMITED LIABILITY COMPANY; a.k.a. GMCS MANAGEMENT LTD), Ul. Pokryshkina D. 7, Floor 1 Kom 4, Moscow 119602, Russia; Tax ID No. 7715712231 (Russia); Registration Number 1087746971135 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

GMCS MANAGEMENT LTD (a.k.a. GMCS MANAGEMENT LIMITED; a.k.a. GMCS MANAGEMENT LIMITED LIABILITY COMPANY; a.k.a. GMCS MANAGEMENT LLC), Ul. Pokryshkina D. 7, Floor 1 Kom 4, Moscow 119602, Russia; Tax ID No. 7715712231 (Russia); Registration Number 1087746971135 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

GMI GLOBAL MANUFACTURING & INTEGRATION LTD (a.k.a. GMI GLOBAL MANUFACTURING AND INTEGRATION LTD; f.k.a. PRUVIA LIMITED), Afstralias 6, Limassol 3017, Cyprus; Organization Established Date 02 Dec 2009; Registration Number C258701 (Cyprus) [RUSSIA-EO14024] (Linked To: VOLFOVICH, Alexander).

GMI GLOBAL MANUFACTURING AND INTEGRATION LTD (a.k.a. GMI GLOBAL

MANUFACTURING & INTEGRATION LTD; f.k.a. PRUVIA LIMITED), Afstralias 6, Limassol 3017, Cyprus; Organization Established Date 02 Dec 2009; Registration Number C258701 (Cyprus) [RUSSIA-EO14024] (Linked To: VOLFOVICH, Alexander).

GMI PROJECTS HAMBURG GMBH, Jungfernstieg 14, Hamburg 20354, Germany; Website https://www.gmiprojects.de; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 18 Oct 2010; V.A.T. Number DE276234810 (Germany); Registration Number HRB115564 (Germany) [IRAN-EO13871] (Linked To: MIDDLE EAST MINES AND MINERAL INDUSTRIES DEVELOPMENT HOLDING COMPANY).

GMI PROJECTS LTD, 20-22 Wenlock Road, London N1 7GU, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Feb 2009; Company Number 06813827 (United Kingdom) [IRAN-EO13871] (Linked To: MIDDLE EAST MINES AND MINERAL INDUSTRIES DEVELOPMENT HOLDING COMPANY).

GMM FZE, PO Box SHJ-124903, Sharjah, United Arab Emirates; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 13 Apr 2017; License 18050 (United Arab Emirates) [RUSSIA-EO14024].

GMM MANAGEMENT DMCC, Dubai, United Arab Emirates; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; License DMCC-786039 (United Arab Emirates); Economic Register Number (CBLS) 11554900 (United Arab Emirates) [RUSSIA-EO14024].

GNEDOVSKI, Aleksei Dmitrievich (a.k.a. GNEDOVSKII, Aleksei Dmitrievich; a.k.a. GNEDOVSKIY, Alexey), 32 Olimpiyskiy Prospekt, Apt 10, Moscow 129272, Russia; DOB 31 Dec 1964; POB Moscow, Russia; nationality Russia; alt. nationality Cyprus; Gender Male; Passport K00221183 (Cyprus) issued 07 May 2015 expires 07 May 2025; alt.

Passport 721036977 (Russia) expires 06 Sep 2022; alt. Passport 722881075 (Russia) expires 06 Sep 2022; National ID No. 1295013 (Cyprus); Tax ID No. 770200079259 (Russia) (individual) [RUSSIA-EO14024].

GNEDOVSKII, Aleksei Dmitrievich (a.k.a. GNEDOVSKI, Aleksei Dmitrievich; a.k.a. GNEDOVSKIY, Alexey), 32 Olimpiyskiy Prospekt, Apt 10, Moscow 129272, Russia; DOB 31 Dec 1964; POB Moscow, Russia; nationality Russia; alt. nationality Cyprus; Gender Male; Passport K00221183 (Cyprus) issued 07 May 2015 expires 07 May 2025; alt. Passport 721036977 (Russia) expires 06 Sep 2022; alt. Passport 722881075 (Russia) expires 06 Sep 2022; National ID No. 1295013 (Cyprus); Tax ID No. 770200079259 (Russia) (individual) [RUSSIA-EO14024].

GNEDOVSKIY, Alexey (a.k.a. GNEDOVSKI, Aleksei Dmitrievich; a.k.a. GNEDOVSKII, Aleksei Dmitrievich), 32 Olimpiyskiy Prospekt, Apt 10, Moscow 129272, Russia; DOB 31 Dec 1964; POB Moscow, Russia; nationality Russia; alt. nationality Cyprus; Gender Male; Passport K00221183 (Cyprus) issued 07 May 2015 expires 07 May 2025; alt. Passport 721036977 (Russia) expires 06 Sep 2022; alt. Passport 722881075 (Russia) expires 06 Sep 2022; National ID No. 1295013 (Cyprus); Tax ID No. 770200079259 (Russia) (individual) [RUSSIA-EO14024].

GNIII VM MOD RF (Cyrillic: ГНИИИ ВМ МО РФ) (a.k.a. GOSUDARSTVENNY NAUCHNO-ISSLEDOVATELSKIY ISPYTATELNY INSTITUT VOYENNOY MEDITSINY; a.k.a. STATE INSTITUTE FOR EXPERIMENTAL MILITARY MEDICINE (Cyrillic: ГОСУДАРСТВЕННЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИСПЫТАТЕЛЬНЫЙ ИНСТИТУТ ВОЕННОЙ МЕДИЦИНЫ); a.k.a. STATE INSTITUTE FOR EXPERIMENTAL MILITARY MEDICINE OF THE MINISTRY OF DEFENSE (Cyrillic: ГОСУДАРСТВЕННЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИСПЫТАТЕЛЬНЫЙ ИНСТИТУТ ВОЕННОЙ МЕДИЦИНЫ МО); a.k.a. STATE RESEARCH EXPERIMENTAL INSTITUTE OF MILITARY MEDICINE; a.k.a. "GNII VM" (Cyrillic: "ГНИИ ВМ")), Lesoparkovaya Street, Building 4, St. Petersburg 195043, Russia (Cyrillic: Улица Лесопарковая, Дом 4, Санкт-Петербург 195043, Russia); Registration ID 1157847310048; Tax ID No. 7806194153 [RUSSIA-EO14024].

GNTS FGUGP YUZHMORGEOLOGIYA (a.k.a. JOINT STOCK COMPANY YUZHNOYE NAUCHNO PROIZVODSTVENNOYE OBEDINENIYE PO MORSKIM GEOLOGORAZVEDOCHNYM RABOTAM (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЮЖНОЕ НАУЧНО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ПО МОРСКИМ ГЕОЛОГОРАЗВЕДОЧНЫМ РАБОТАМ); a.k.a. YUZHMORGEOLOGIYA AO (Cyrillic: ЮЖМОРГЕОЛОГИЯ АО)), Ulitsa Krymskaya, 20, Gelendzhik 353461, Russia; Tax ID No. 2304070606 (Russia); Registration Number 1162304051370 (Russia) [RUSSIA-EO14024].

GNTS RF FGUP TSNIIKHM (a.k.a. CNIIHM (Cyrillic: ЦНИИХМ); a.k.a. FGUP CNIIXM (Cyrillic: ФГУП ЦНИИХМ); a.k.a. FGUP TSNIIKHM; a.k.a. STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION FGUP CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF CHEMISTRY AND MECHANICS; f.k.a. TSENTRALNY NAUCHNO-ISSLEDOVATELSKI INSTITUT KHIMII I MEKHANIKI, FGUP; a.k.a. TSNIIKHM, FGUP), 16A ul. Nagatinskaya, Moscow, Russia; Website http://cniihm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7724073013 (Russia); Government Gazette Number 07521506 (Russia); Registration Number 1037739097582 (Russia) [CAATSA - RUSSIA].

GODAIME KUDO-KAI (a.k.a. FIFTH KUDO-KAI; a.k.a. KUDOKAI; a.k.a. KUDO-KAI), 1-1-12 Kantake Kokurakita-ku, Kitakyushu City, Fukuoka, Japan [TCO].

GODINA GUERRERO, Gilberto (a.k.a. LOPEZ GUERRERO, Ismael), Nuevo Laredo, Tamaulipas, Mexico; DOB 01 Jun 1978; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Passport A085434793 (Mexico); C.U.R.P. LOGI780601HTSPRS05 (Mexico) (individual) [SDNTK] (Linked To: LOS ZETAS).

GODOY ARELLANO, Esther, Mexico; DOB 26 Jul 1968; POB Jerez, Zacatecas, Mexico; nationality Mexico; Gender Female; C.U.R.P. GOAE680726MZSDRS02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GOETZ GOLD LLC (a.k.a. PGR GOLD LLC; a.k.a. PGR GOLD TRADING LLC), Dubai, United Arab Emirates; Organization Type: Mining of other non-ferrous metal ores; Commercial Registry Number 689308 (United Arab Emirates) [DRCONGO] (Linked To: GOETZ, Alain Francois Viviane).

GOETZ, Alain (a.k.a. GOETZ, Alain Francois Viviane; a.k.a. GOZ, Alen), The Palm Jumeirah 0-35, 65919, Dubai, United Arab Emirates; Villa 39, Frond N, The Palm Jumeirah, Dubai, United Arab Emirates; DOB 24 Apr 1965; alt. DOB 20 Apr 1965; POB Antwerp, Belgium; nationality Belgium; citizen Turkey; Gender Male; Passport EP985086 (Belgium) issued 08 May 2018 expires 07 May 2025; alt. Passport 50641895930 (Turkey) expires 10 Jul 2030; Identification Number 784196536027277 (United Arab Emirates) (individual) [DRCONGO] (Linked To: AFRICAN GOLD REFINERY LIMITED).

GOETZ, Alain Francois Viviane (a.k.a. GOETZ, Alain; a.k.a. GOZ, Alen), The Palm Jumeirah 0-35, 65919, Dubai, United Arab Emirates; Villa 39, Frond N, The Palm Jumeirah, Dubai, United Arab Emirates; DOB 24 Apr 1965; alt. DOB 20 Apr 1965; POB Antwerp, Belgium; nationality Belgium; citizen Turkey; Gender Male; Passport EP985086 (Belgium) issued 08 May 2018 expires 07 May 2025; alt. Passport 50641895930 (Turkey) expires 10 Jul 2030; Identification Number 784196536027277 (United Arab Emirates) (individual) [DRCONGO] (Linked To: AFRICAN GOLD REFINERY LIMITED).

GOGEASCOECHEA ARRONATEGUI, Eneko, DOB 29 Apr 1967; POB Guernica, Vizacaya Province, Spain; D.N.I. 44.556.097 (Spain); Member ETA (individual) [SDGT].

GOGERDCHIAN, Mehdi (a.k.a. GUGERDCHIAN, Mehdi), Iran; DOB 14 Aug 1975; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1286966558 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

GOHARDASHT PRISON (a.k.a. RAJAEE SHAHR PRISON; a.k.a. RAJAEI SHAHR PRISON; a.k.a. RAJAI-SHAHR PRISON), Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR].

GOHARDEHI, Mohsen; DOB 14 Sep 1985; POB Sary, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport E52807849 (Iran) expires 05 Mar 2025 (individual) [IRAN] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

GOHARI MOGHADAM, Abuzar (a.k.a. GOHARI MOQADAM, Abuzar; a.k.a.

GOHARIMOQADAM, Abuzar); DOB 16 Sep 1980; alt. DOB 17 Sep 1980; POB Zabol, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V29385211 (Iran) issued 19 Feb 2014 expires 19 Feb 2019; National ID No. 367-353055-063; Birth Certificate Number 455 (individual) [CYBER2].

GOHARI MOQADAM, Abuzar (a.k.a. GOHARI MOGHADAM, Abuzar; a.k.a. GOHARIMOQADAM, Abuzar); DOB 16 Sep 1980; alt. DOB 17 Sep 1980; POB Zabol, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V29385211 (Iran) issued 19 Feb 2014 expires 19 Feb 2019; National ID No. 367-353055-063; Birth Certificate Number 455 (individual) [CYBER2].

GOHARIMOQADAM, Abuzar (a.k.a. GOHARI MOGHADAM, Abuzar; a.k.a. GOHARI MOQADAM, Abuzar); DOB 16 Sep 1980; alt. DOB 17 Sep 1980; POB Zabol, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V29385211 (Iran) issued 19 Feb 2014 expires 19 Feb 2019; National ID No. 367-353055-063; Birth Certificate Number 455 (individual) [CYBER2].

GOIRICELAYA GONZALEZ, Cristina; DOB 23 Dec 1967; POB Vergara, Guipuzcoa Province, Spain; D.N.I. 16.282.556 (Spain); Member ETA (individual) [SDGT].

GOITOM, Taeme Abraham (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Te'ame; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a. "TESFALEN"; a.k.a. "TSEGAI"); DOB 1957; alt. DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

GOITOM, Te'ame (a.k.a. GEBREDENGEL, Simon; a.k.a. GOITOM, Taeme Abraham; a.k.a. SELASSIE, Ta'ame Abraham; a.k.a. SELASSIE, Te'ame Abraha; a.k.a. SELASSIE, Te'ame Abraham; a.k.a. TA'AME, Abraham Selassie; a.k.a. "DA'AME"; a.k.a. "DHA'AME"; a.k.a. "GAAMEI"; a.k.a. "MEKELE"; a.k.a. "MEKELLE"; a.k.a. "MEQELE"; a.k.a. "TESFALEN"; a.k.a. "TSEGAI"); DOB 1957; alt.

DOB 1956; POB Akale Guzay (Shemejena); Diplomatic Passport Laissez-Passer 02154; Colonel; Head of Eritrean External Intelligence Operation; Brigadier General (individual) [SOMALIA].

GOK SIBIRSKIE MINERALY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GORNO-OBOGATITELNY KOMBINAT SIBIRSKIE MINERALY; a.k.a. OOO SIBIRSKIE MINERALY), 1, ul. Tsentralnaya, Ak-Dovurak, Tyva Resp. 668050, Russia; Organization Established Date 12 May 2011; Tax ID No. 1718002246 (Russia); alt. Tax ID No. 1718002246 (Russia); Government Gazette Number 94545591 (Russia); Registration Number 1111722000060 (Russia) [RUSSIA-EO14024] (Linked To: BITRIVER AG).

GOK, Mahmut, Istanbul, Turkey; DOB 29 Apr 1976; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U07107567 (Turkey) expires 01 Apr 2023 (individual) [NPWMD] [IFSR] (Linked To: GOKLER DIS TICARET LIMITED SIRKETI).

GOKLER DIS TICARET LIMITED SIRKETI (a.k.a. GOKLER IMPORT AND EXPORT LIMITED COMPANY), Molla Fenari MH Iskender Bogazi SK., Centilmen H.N: 3/322, Fatih, Istanbul, Turkey; Sultan Selim MH Eski, Buyukdere Cad No: 61/2, Synergie Plaza, Kagithane, Istanbul, Turkey; Website www.goklergroup.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 05 Jul 2021; Chamber of Commerce Number 1307423 (Turkey); Registration Number 317308-5 (Turkey); Central Registration System Number 0396-1370-8340-0001 (Turkey) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

GOKLER IMPORT AND EXPORT LIMITED COMPANY (a.k.a. GOKLER DIS TICARET LIMITED SIRKETI), Molla Fenari MH Iskender Bogazi SK., Centilmen H.N: 3/322, Fatih, Istanbul, Turkey; Sultan Selim MH Eski, Buyukdere Cad No: 61/2, Synergie Plaza, Kagithane, Istanbul, Turkey; Website www.goklergroup.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 05 Jul 2021; Chamber of Commerce Number 1307423 (Turkey); Registration Number 317308-5 (Turkey); Central Registration System Number 0396-1370-8340-0001 (Turkey) [NPWMD]

[IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

GOKUDO (a.k.a. BORYOKUDAN; a.k.a. YAKUZA), Japan [TCO].

GOLAN LIBERATION BRIGADE (a.k.a. AL-HAMAD BRIGADE; a.k.a. AL-NUJABA TV; a.k.a. AMMAR IBN YASIR BRIGADE; a.k.a. HARAKAT AL-NUJABA; a.k.a. HARAKAT HEZBOLLAH AL-NUJABA; a.k.a. IMAM AL-HASAN AL-MUJTABA BRIGADE; a.k.a. MOVEMENT OF THE NOBLE ONES HEZBOLLAH; a.k.a. THE MOVEMENT OF THE NOBLE ONES), Iraq; Syria [SDGT].

GOLD MILES LIMITED, 9B Shun Pont Commercial Building, 5 Thomson Road, Wanchai, Hong Kong, China; Suite 1601 Lake Central Tower, Marasi Drive, Business Bay, PO Box 417761, Dubai, United Arab Emirates; Organization Established Date 05 May 2011; Target Type Private Company; Registration Number 1596444 (Hong Kong) [RUSSIA-EO14024] (Linked To: HANAFIN, John Desmond).

GOLD MOUNT INDUSTRIAL COMPANY LIMITED (a.k.a. HONG PANG ELECTRONIC INDUSTRIES LIMITED; a.k.a. HONG PANG ELECTRONIC INDUSTRY CO., LTD.), 216, Corner of 49th St. and Maha Bandoola Rd., Pazundaung, Yangon, Burma; Hong Pang Wire Showroom, Room D, 80-81 35th Street, Mandalay, Burma [SDNTK].

GOLD SOLUTION OU, Mahtra TN 50A, Tallinn 13812, Estonia; Organization Type: Transportation and storage; Tax ID No. EE101233187 (Estonia); Registration Number 11504442 (Estonia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY PUMORI NORTHWEST).

GOLDBERG, Marina Samuilovna (a.k.a. KALASHOV, Marina; a.k.a. KALASHOVA, Marina), Burj Khalifa, Dubai, United Arab Emirates; DOB 15 Sep 1979; Passport 514763020 (Russia) (individual) [TCO].

GOLDEN CHAIN (Arabic: سلسلة الذهب) (a.k.a. AL SILSILAH AL DHAHABA; a.k.a. SELSELAT AL THAHAB; a.k.a. SELSELAT AL THAHAB FOR MONEY EXCHANGE; a.k.a. SILSALAT AL DHAB; a.k.a. SILSILAH MONEY EXCHANGE COMPANY; a.k.a. SILSILAT MONEY EXCHANGE COMPANY; a.k.a. SILSILET AL THAHAB), Al-Kadhumi Complex, al Harthia, Baghdad, Iraq; al Abbas Street, Karbala, Iraq [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

GOLDEN COMMODITIES LLC, 1805, Al Owais Tower, Baniyas Road, Deira, Dubai, United Arab Emirates; P.O. Box 31662, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: SEIFI, Asadollah).

GOLDEN CROWN OVERSEAS LIMITED (a.k.a. MOBIN HOLDING LIMITED), 22 Long Acre, Long Acre, London WC2E 9LY, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 09745038 (United Kingdom) [SDGT] [IFSR] (Linked To: MADANIPOUR, Mahmoud).

GOLDEN ENTERPRISE SHIPPING LIMITED (a.k.a. GOLDEN ENTERPRISE SHIPPING LTD), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

GOLDEN ENTERPRISE SHIPPING LTD (a.k.a. GOLDEN ENTERPRISE SHIPPING LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

GOLDEN FISH LIBERIA LTD., 2nd Street Sinkor, Logan Town, Montserrado County, Monrovia, Liberia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: QANSU, Ali Muhammad).

GOLDEN FISH S.A.L. (OFFSHORE), Tayuni Tower No. 1251, Section 30- 3rd floor, Chath Tayuni, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: QANSU, Ali Muhammad).

GOLDEN GROUP SAL OFF SHORE, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 26 Aug 2014; Business Registration Number 1807712 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

GOLDEN GROUP TRADING SARL, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 May 2014; Business Registration Number 1018316 (Lebanon) [SDGT] (Linked To: AYAD, Adnan).

GOLDEN KAPOK (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

GOLDEN KAPOK (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

GOLDEN LAITH FREIGHT FORWARD SERVICES (a.k.a. ALLAYTH ALZAHABE (Arabic: الليث الذهبي); a.k.a. AL-LAYTH ALZAHABE TRANSPORTATION AND SHIPPING SERVICES (Arabic: الليث الذهبي لخدمات النقل والشحن); a.k.a. GOLDEN LEIH TRANSPORTATION & SHIPMENT SERVICES L.L.C.; a.k.a. GOLDEN LEIH TRANSPORTATION AND SHIPMENT SERVICES L.L.C.; a.k.a. GOLDEN LEITH FOR TRANSPORTATION AND SHIPPING

SERVICES), Damascus, Syria; Organization Established Date 26 May 2019; Registration Number 12388 (Syria) [SYRIA] (Linked To: KHITI HOLDING GROUP).

GOLDEN LEIH TRANSPORTATION & SHIPMENT SERVICES L.L.C. (a.k.a. ALLAYTH ALZAHABE (Arabic: الليث الذهبي); a.k.a. AL-LAYTH ALZAHABE TRANSPORTATION AND SHIPPING SERVICES (Arabic: الليث الذهبي لخدمات النقل والشحن); a.k.a. GOLDEN LAITH FREIGHT FORWARD SERVICES; a.k.a. GOLDEN LEIH TRANSPORTATION AND SHIPMENT SERVICES L.L.C.; a.k.a. GOLDEN LEITH FOR TRANSPORTATION AND SHIPPING SERVICES), Damascus, Syria; Organization Established Date 26 May 2019; Registration Number 12388 (Syria) [SYRIA] (Linked To: KHITI HOLDING GROUP).

GOLDEN LEIH TRANSPORTATION AND SHIPMENT SERVICES L.L.C. (a.k.a. ALLAYTH ALZAHABE (Arabic: الليث الذهبي); a.k.a. AL-LAYTH ALZAHABE TRANSPORTATION AND SHIPPING SERVICES (Arabic: الليث الذهبي لخدمات النقل والشحن); a.k.a. GOLDEN LAITH FREIGHT FORWARD SERVICES; a.k.a. GOLDEN LEIH TRANSPORTATION & SHIPMENT SERVICES L.L.C.; a.k.a. GOLDEN LEITH FOR TRANSPORTATION AND SHIPPING SERVICES), Damascus, Syria; Organization Established Date 26 May 2019; Registration Number 12388 (Syria) [SYRIA] (Linked To: KHITI HOLDING GROUP).

GOLDEN LEITH FOR TRANSPORTATION AND SHIPPING SERVICES (a.k.a. ALLAYTH ALZAHABE (Arabic: الليث الذهبي); a.k.a. AL-LAYTH ALZAHABE TRANSPORTATION AND SHIPPING SERVICES (Arabic: الليث الذهبي لخدمات النقل والشحن); a.k.a. GOLDEN LAITH FREIGHT FORWARD SERVICES; a.k.a. GOLDEN LEIH TRANSPORTATION & SHIPMENT SERVICES L.L.C.; a.k.a. GOLDEN LEIH TRANSPORTATION AND SHIPMENT SERVICES L.L.C.), Damascus, Syria; Organization Established Date 26 May 2019; Registration Number 12388 (Syria) [SYRIA] (Linked To: KHITI HOLDING GROUP).

GOLDEN LOTUS OIL GAS & REAL (a.k.a. GOLDEN LOTUS OIL GAS AND REAL; a.k.a. GOLDEN LOTUS OIL GAS AND REAL ESTATE JOINT STOCK COMPANY), 67 Pho Duc Chinh, Truc Bach Ward, Ba Dinh District, Hanoi, Vietnam; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Identification Number IMO 6144804; Business

Registration Number 0108209906 (Vietnam) [IRAN-EO13846].

GOLDEN LOTUS OIL GAS AND REAL (a.k.a. GOLDEN LOTUS OIL GAS & REAL; a.k.a. GOLDEN LOTUS OIL GAS AND REAL ESTATE JOINT STOCK COMPANY), 67 Pho Duc Chinh, Truc Bach Ward, Ba Dinh District, Hanoi, Vietnam; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Identification Number IMO 6144804; Business Registration Number 0108209906 (Vietnam) [IRAN-EO13846].

GOLDEN LOTUS OIL GAS AND REAL ESTATE JOINT STOCK COMPANY (a.k.a. GOLDEN LOTUS OIL GAS & REAL; a.k.a. GOLDEN LOTUS OIL GAS AND REAL), 67 Pho Duc Chinh, Truc Bach Ward, Ba Dinh District, Hanoi, Vietnam; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Identification Number IMO 6144804; Business Registration Number 0108209906 (Vietnam) [IRAN-EO13846].

GOLDEN RESOURCES TRADING COMPANY L.L.C. (a.k.a. "GRTC"), 9th Floor, Office No. 905, Khalid Al Attar Tower 1, Sheikh Zayed Road, After Crown Plaza Hotel, Al Wasl Area, Dubai, United Arab Emirates; Postal Box 34489, Dubai, United Arab Emirates; Postal Box 14358, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

GOLDEN STAR CO (a.k.a. GOLDEN STAR INTERNATIONAL FREIGHT LIMITED; a.k.a. GOLDEN STAR TRADING & INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING AND INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING INTERNATIONAL FREIGHT; a.k.a. KASSOUMA FZC; a.k.a. SHAREKAT GOLDEN STAR; a.k.a. SMART LOGISTICS F.S.S.A.L; a.k.a. SMART LOGISTICS OFFSHORE; a.k.a. SMART LOGISTICS TRADING & INTERNATIONAL FREIGHT; a.k.a. SMART LOGISTICS TRADING AND INTERNATIONAL FREIGHT), Al Awqaf building, 5th floor, Victoria Bridge, Damascus, Syria; 2 Floor, Inana Bldg, Damascus Free Zone, Damascus, Syria; Room 707, Fulijinxi Business Center, No. 05, Fuchang Road, Haizhu District, Guangzhou, China; Al Alshiah, Mar Mekheal Church, Amicho Building, 3rd Floor, Beirut, Lebanon; Office 112, First Floor, Al Manara Building, Port Street, Beirut, Lebanon; Website www.goldenstar-co.com

[NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

GOLDEN STAR INTERNATIONAL FREIGHT LIMITED (a.k.a. GOLDEN STAR CO; a.k.a. GOLDEN STAR TRADING & INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING AND INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING INTERNATIONAL FREIGHT; a.k.a. KASSOUMA FZC; a.k.a. SHAREKAT GOLDEN STAR; a.k.a. SMART LOGISTICS F.S.S.A.L; a.k.a. SMART LOGISTICS OFFSHORE; a.k.a. SMART LOGISTICS TRADING & INTERNATIONAL FREIGHT; a.k.a. SMART LOGISTICS TRADING AND INTERNATIONAL FREIGHT), Al Awqaf building, 5th floor, Victoria Bridge, Damascus, Syria; 2 Floor, Inana Bldg, Damascus Free Zone, Damascus, Syria; Room 707, Fulijinxi Business Center, No. 05, Fuchang Road, Haizhu District, Guangzhou, China; Al Alshiah, Mar Mekheal Church, Amicho Building, 3rd Floor, Beirut, Lebanon; Office 112, First Floor, Al Manara Building, Port Street, Beirut, Lebanon; Website www.goldenstar-co.com [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

GOLDEN STAR TRADING & INTERNATIONAL FREIGHT (a.k.a. GOLDEN STAR CO; a.k.a. GOLDEN STAR INTERNATIONAL FREIGHT LIMITED; a.k.a. GOLDEN STAR TRADING AND INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING INTERNATIONAL FREIGHT; a.k.a. KASSOUMA FZC; a.k.a. SHAREKAT GOLDEN STAR; a.k.a. SMART LOGISTICS F.S.S.A.L; a.k.a. SMART LOGISTICS OFFSHORE; a.k.a. SMART LOGISTICS TRADING & INTERNATIONAL FREIGHT; a.k.a. SMART LOGISTICS TRADING AND INTERNATIONAL FREIGHT), Al Awqaf building, 5th floor, Victoria Bridge, Damascus, Syria; 2 Floor, Inana Bldg, Damascus Free Zone, Damascus, Syria; Room 707, Fulijinxi Business Center, No. 05, Fuchang Road, Haizhu District, Guangzhou, China; Al Alshiah, Mar Mekheal Church, Amicho Building, 3rd Floor, Beirut, Lebanon; Office 112, First Floor, Al Manara Building, Port Street, Beirut, Lebanon; Website www.goldenstar-co.com [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

GOLDEN STAR TRADING AND INTERNATIONAL FREIGHT (a.k.a. GOLDEN STAR CO; a.k.a. GOLDEN STAR INTERNATIONAL FREIGHT LIMITED; a.k.a. GOLDEN STAR TRADING & INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING INTERNATIONAL

FREIGHT; a.k.a. GOLDEN STAR TRADING INTERNATIONAL FREIGHT; a.k.a. KASSOUMA FZC; a.k.a. SHAREKAT GOLDEN STAR; a.k.a. SMART LOGISTICS F.S.S.A.L; a.k.a. SMART LOGISTICS OFFSHORE; a.k.a. SMART LOGISTICS TRADING & INTERNATIONAL FREIGHT; a.k.a. SMART LOGISTICS TRADING AND INTERNATIONAL FREIGHT), Al Awqaf building, 5th floor, Victoria Bridge, Damascus, Syria; 2 Floor, Inana Bldg, Damascus Free Zone, Damascus, Syria; Room 707, Fulijinxi Business Center, No. 05, Fuchang Road, Haizhu District, Guangzhou, China; Al Alshiah, Mar Mekheal Church, Amicho Building, 3rd Floor, Beirut, Lebanon; Office 112, First Floor, Al Manara Building, Port Street, Beirut, Lebanon; Website www.goldenstar-co.com [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

GOLDEN STAR TRADING INTERNATIONAL FREIGHT (a.k.a. GOLDEN STAR CO; a.k.a. GOLDEN STAR INTERNATIONAL FREIGHT LIMITED; a.k.a. GOLDEN STAR TRADING & INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING AND INTERNATIONAL FREIGHT; a.k.a. KASSOUMA FZC; a.k.a. SHAREKAT GOLDEN STAR; a.k.a. SMART LOGISTICS F.S.S.A.L; a.k.a. SMART LOGISTICS OFFSHORE; a.k.a. SMART LOGISTICS TRADING & INTERNATIONAL FREIGHT; a.k.a. SMART LOGISTICS TRADING AND INTERNATIONAL FREIGHT), Al Awqaf building, 5th floor, Victoria Bridge, Damascus, Syria; 2 Floor, Inana Bldg, Damascus Free Zone, Damascus, Syria; Room 707, Fulijinxi Business Center, No. 05, Fuchang Road, Haizhu District, Guangzhou, China; Al Alshiah, Mar Mekheal Church, Amicho Building, 3rd Floor, Beirut, Lebanon; Office 112, First Floor, Al Manara Building, Port Street, Beirut, Lebanon; Website www.goldenstar-co.com [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

GOLDEN STAR TRADING LLC (Arabic: شركة النجم الذهبي التجارية), Rural Damascus, Syria; Organization Established Date 23 Oct 2019; Organization Type: Wholesale of electronic and telecommunications equipment and parts [SYRIA] (Linked To: BIN ALI, Khodr Taher).

GOLDEN SUN I/E DALIAN CO., LTD. (a.k.a. DALIAN GOLDEN SUN IMPORT AND EXPORT CO., LTD. (Chinese Simplified: 大连金阳进出口有限公司))), 11F-12F, Fortune Mansion, No. 18, Shiji Street, Dalian, China; 7F., No. 55 Renmin Road, Zhongshan District,

Dalian, Liaoning Province, China (Chinese Simplified: 人民路55号7层, 中山区, 大连市, 辽宁省, China); 7F., Yatai International Finance Building, No. 55 Renmin Road, Zhongshan District, Dalian, Liaoning Province, China (Chinese Simplified: 雅泰国际口融大厦7层, 人民路55号, 中山区, 大连市, 辽宁省, China); Website dlmm.com.cn; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS.  Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); United Social Credit Code Certificate (USCCC) 91210200241830857Q (China); Registration Number 210200000186851 (China) [IRAN-EO13846].

GOLDEN WARRIOR SHIPPING CO. LIMITED, 9th Floor, Block C, Qingdao Plaza, 381, Dunhua Lu, Shibei Qu, Qingdao, Shandong 266034, China; Unit D, 16/F, One Capital Place, 18 Luard Road, Wan Chai, Hong Kong, China; Identification Number IMO 6128561; Registration Number 2880066 (Hong Kong) [IRAN-EO13846].

GOLDEN WARRIORS INVESTMENT PVT LTD (a.k.a. "GW INVESTMENT"), Vaaly Villa, Majeedhee Magu, Henveiru, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Dec 2014; Organization Type: Wholesale of solid, liquid and gaseous fuels and related products; Registration Number C-1063/2014 (Maldives); Permit Number IG-0069/T10/2015 (Maldives) issued 15 Jan 2015 [SDGT] (Linked To: SHIYAM, Ali).

GOLDEN WINGS AVIATION, Juba, South Sudan; Wau, South Sudan; Regency Hotel, Ground Floor, Khartoum, Sudan; Rumbek, South Sudan; Awel Grand Market, Awel, South Sudan; Yida Grand Market, Yida, South Sudan; Asmara, Eritrea [SOUTH SUDAN] (Linked To: OLAWO, Obac William).

GOLDENIX CO., LIMITED, Flat/Rm A 12/F Zj 300, 300 Lockhart Road, Wan Chai, Hong Kong, China; Organization Established Date 02 Dec 2021; C.R. No. 3108311 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

GOLDI ELECTRONICS S.A., Colon, Panama; RUC # 1476422-1-642962 (Panama) [SDNTK].

GOLDPHARMA DRUG TRAFFICKING & MONEY LAUNDERING ORGANIZATION (a.k.a. GOLDPHARMA DRUG TRAFFICKING AND MONEY LAUNDERING ORGANIZATION), Buenos Aires, Argentina [SDNTK].

GOLDPHARMA DRUG TRAFFICKING AND MONEY LAUNDERING ORGANIZATION (a.k.a. GOLDPHARMA DRUG TRAFFICKING & MONEY LAUNDERING ORGANIZATION), Buenos Aires, Argentina [SDNTK].

GOLFESTEIT OOO (a.k.a. LIMITED LIABILITY COMPANY GOLFESTEIT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГОЛЬФЭСТЕЙТ)), Room 416, Floor 24, Section I, Building 10, Testovskaya Street, Moscow 123112, Russia; Tax ID No. 7703427840 (Russia); Registration Number 1177746513273 (Russia) [RUSSIA-EO14024] (Linked To: KHRISTENKO, Viktor Borisovich).

GOLFRATE (a.k.a. GOLFRATE AFRICA; a.k.a. GOLFRATE DISTRIBUTION; a.k.a. GOLFRATE FOOD INDUSTRIES; a.k.a. GOLFRATE HOLDINGS (ANGOLA) LDA; a.k.a. GOLFRATE HPC INDUSTRIES; a.k.a. GOLFRATE PAINTS), Avenida 4 de Fevereiro No. 13, C.P. 6172, Luanda, Angola; Avenida 4 de Fevereiro 13 R/N, Luanda, Angola; Av. 4 de Fevereiro no 13 R/C, Luanda, Angola; Website www.golfrateangola.com; Email Address qassim@golfrate.com; alt. Email Address golfrategrupo@ebonet.net; alt. Email Address info@golfrateangola.com; (Golfrate Distribution, Golfrate Food Industries, Golfrate HPC Industries and Golfrate Paints are subsidiaries of Golfrate Holdings (Angola) Lda and operate from the same business address as Golfrate Holdings (Angola) Lda.) [SDGT].

GOLFRATE AFRICA (a.k.a. GOLFRATE; a.k.a. GOLFRATE DISTRIBUTION; a.k.a. GOLFRATE FOOD INDUSTRIES; a.k.a. GOLFRATE HOLDINGS (ANGOLA) LDA; a.k.a. GOLFRATE HPC INDUSTRIES; a.k.a. GOLFRATE PAINTS), Avenida 4 de Fevereiro No. 13, C.P. 6172, Luanda, Angola; Avenida 4 de Fevereiro 13 R/N, Luanda, Angola; Av. 4 de Fevereiro no 13 R/C, Luanda, Angola; Website www.golfrateangola.com; Email Address qassim@golfrate.com; alt. Email Address golfrategrupo@ebonet.net; alt. Email Address info@golfrateangola.com; (Golfrate Distribution, Golfrate Food Industries, Golfrate HPC Industries and Golfrate Paints are subsidiaries of Golfrate Holdings (Angola) Lda and operate from the same business address as Golfrate Holdings (Angola) Lda.) [SDGT].

GOLFRATE DISTRIBUTION (a.k.a. GOLFRATE; a.k.a. GOLFRATE AFRICA; a.k.a. GOLFRATE FOOD INDUSTRIES; a.k.a. GOLFRATE HOLDINGS (ANGOLA) LDA; a.k.a. GOLFRATE HPC INDUSTRIES; a.k.a. GOLFRATE PAINTS), Avenida 4 de Fevereiro No. 13, C.P. 6172, Luanda, Angola; Avenida 4 de Fevereiro 13 R/N, Luanda, Angola; Av. 4 de Fevereiro no 13 R/C, Luanda, Angola; Website www.golfrateangola.com; Email Address qassim@golfrate.com; alt. Email Address golfrategrupo@ebonet.net; alt. Email Address info@golfrateangola.com; (Golfrate Distribution, Golfrate Food Industries, Golfrate HPC Industries and Golfrate Paints are subsidiaries of Golfrate Holdings (Angola) Lda and operate from the same business address as Golfrate Holdings (Angola) Lda.) [SDGT].

GOLFRATE FOOD INDUSTRIES (a.k.a. GOLFRATE; a.k.a. GOLFRATE AFRICA; a.k.a. GOLFRATE DISTRIBUTION; a.k.a. GOLFRATE HOLDINGS (ANGOLA) LDA; a.k.a. GOLFRATE HPC INDUSTRIES; a.k.a. GOLFRATE PAINTS), Avenida 4 de Fevereiro No. 13, C.P. 6172, Luanda, Angola; Avenida 4 de Fevereiro 13 R/N, Luanda, Angola; Av. 4 de Fevereiro no 13 R/C, Luanda, Angola; Website www.golfrateangola.com; Email Address qassim@golfrate.com; alt. Email Address golfrategrupo@ebonet.net; alt. Email Address info@golfrateangola.com; (Golfrate Distribution, Golfrate Food Industries, Golfrate HPC Industries and Golfrate Paints are subsidiaries of Golfrate Holdings (Angola) Lda and operate from the same business address as Golfrate Holdings (Angola) Lda.) [SDGT].

GOLFRATE HOLDINGS (ANGOLA) LDA (a.k.a. GOLFRATE; a.k.a. GOLFRATE AFRICA; a.k.a. GOLFRATE DISTRIBUTION; a.k.a. GOLFRATE FOOD INDUSTRIES; a.k.a. GOLFRATE HPC INDUSTRIES; a.k.a. GOLFRATE PAINTS), Avenida 4 de Fevereiro No. 13, C.P. 6172, Luanda, Angola; Avenida 4 de Fevereiro 13 R/N, Luanda, Angola; Av. 4 de Fevereiro no 13 R/C, Luanda, Angola; Website www.golfrateangola.com; Email Address qassim@golfrate.com; alt. Email Address golfrategrupo@ebonet.net; alt. Email Address info@golfrateangola.com; (Golfrate Distribution, Golfrate Food Industries, Golfrate HPC Industries and Golfrate Paints are subsidiaries of Golfrate Holdings (Angola) Lda and operate from the same business address as Golfrate Holdings (Angola) Lda.) [SDGT].

GOLFRATE HPC INDUSTRIES (a.k.a. GOLFRATE; a.k.a. GOLFRATE AFRICA; a.k.a. GOLFRATE DISTRIBUTION; a.k.a. GOLFRATE FOOD INDUSTRIES; a.k.a. GOLFRATE HOLDINGS (ANGOLA) LDA; a.k.a. GOLFRATE PAINTS), Avenida 4 de Fevereiro No. 13, C.P. 6172, Luanda, Angola; Avenida 4 de Fevereiro 13 R/N, Luanda, Angola; Av. 4 de Fevereiro no 13 R/C, Luanda, Angola; Website www.golfrateangola.com; Email Address qassim@golfrate.com; alt. Email Address golfrategrupo@ebonet.net; alt. Email Address info@golfrateangola.com; (Golfrate Distribution, Golfrate Food Industries, Golfrate HPC Industries and Golfrate Paints are subsidiaries of Golfrate Holdings (Angola) Lda and operate from the same business address as Golfrate Holdings (Angola) Lda.) [SDGT].

GOLFRATE PAINTS (a.k.a. GOLFRATE; a.k.a. GOLFRATE AFRICA; a.k.a. GOLFRATE DISTRIBUTION; a.k.a. GOLFRATE FOOD INDUSTRIES; a.k.a. GOLFRATE HOLDINGS (ANGOLA) LDA; a.k.a. GOLFRATE HPC INDUSTRIES), Avenida 4 de Fevereiro No. 13, C.P. 6172, Luanda, Angola; Avenida 4 de Fevereiro 13 R/N, Luanda, Angola; Av. 4 de Fevereiro no 13 R/C, Luanda, Angola; Website www.golfrateangola.com; Email Address qassim@golfrate.com; alt. Email Address golfrategrupo@ebonet.net; alt. Email Address info@golfrateangola.com; (Golfrate Distribution, Golfrate Food Industries, Golfrate HPC Industries and Golfrate Paints are subsidiaries of Golfrate Holdings (Angola) Lda and operate from the same business address as Golfrate Holdings (Angola) Lda.) [SDGT].

GOLGOHAR MINING AND INDUSTRIAL COMPANY, No. 273, Dr. Fatemi Ave., Tehran 1414618551, Iran; 55 km, Shiraz Road, Sirjan, Kerman, Iran; PO Box 178185-111, Sirjan, Kerman, Iran; Website www.geg.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

GOLIC, Srebrenka (Cyrillic: ГОЛИЋ, Сребренка), Bosnia and Herzegovina; DOB 29

Jul 1958; nationality Bosnia and Herzegovina; Gender Female (individual) [BALKANS-EO14033].

GOLIKOV, Oleg Aleksandrovich (Cyrillic: ГОЛИКОВ, Олег Александрович), Russia; DOB 21 Oct 1968; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GOLIKOVA, Tatiyana Alekseyevna (a.k.a. GOLIKOVA, Tatyana Alekseevna; a.k.a. GOLIKOVA, Tatyana Alekseyevna (Cyrillic: ГОЛИКОВА, Татьяна Алексеевна)), Moscow, Russia; DOB 09 Feb 1966; POB Mytishchi, Moscow Region, Russia; nationality Russia; citizen Russia; Gender Female; Tax ID No. 773101409430 (Russia) (individual) [RUSSIA-EO14024].

GOLIKOVA, Tatyana Alekseevna (a.k.a. GOLIKOVA, Tatiyana Alekseyevna; a.k.a. GOLIKOVA, Tatyana Alekseyevna (Cyrillic: ГОЛИКОВА, Татьяна Алексеевна)), Moscow, Russia; DOB 09 Feb 1966; POB Mytishchi, Moscow Region, Russia; nationality Russia; citizen Russia; Gender Female; Tax ID No. 773101409430 (Russia) (individual) [RUSSIA-EO14024].

GOLIKOVA, Tatyana Alekseyevna (Cyrillic: ГОЛИКОВА, Татьяна Алексеевна) (a.k.a. GOLIKOVA, Tatiyana Alekseyevna; a.k.a. GOLIKOVA, Tatyana Alekseevna), Moscow, Russia; DOB 09 Feb 1966; POB Mytishchi, Moscow Region, Russia; nationality Russia; citizen Russia; Gender Female; Tax ID No. 773101409430 (Russia) (individual) [RUSSIA-EO14024].

GOLODETS, Olga Yurevna (a.k.a. GOLODETS, Olga Yurievna; a.k.a. GOLODETS, Olga Yuryevna (Cyrillic: ГОЛОДЕЦ, Ольга Юрьевна)), Russia; DOB 01 Jun 1962; POB Moscow, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

GOLODETS, Olga Yurievna (a.k.a. GOLODETS, Olga Yurevna; a.k.a. GOLODETS, Olga Yuryevna (Cyrillic: ГОЛОДЕЦ, Ольга Юрьевна)), Russia; DOB 01 Jun 1962; POB Moscow, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

GOLODETS, Olga Yuryevna (Cyrillic: ГОЛОДЕЦ, Ольга Юрьевна) (a.k.a. GOLODETS, Olga Yurevna; a.k.a. GOLODETS, Olga Yurievna),

Russia; DOB 01 Jun 1962; POB Moscow, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

GOLOVANOV, Viktor Grigoriyevich (a.k.a. GOLOVANOV, Viktar Hryhoryavich; a.k.a. GOLOVANOV, Viktor Grigoriyevich; a.k.a. GOLOVANOV, Viktor Hryhoryavich; a.k.a. GOLOVANOV, Viktor Ryhoravich; a.k.a. HALAVANAU, Viktar Grigoriyevich; a.k.a. HALAVANAU, Viktar Hryhoryavich; a.k.a. HALAVANAU, Viktor Grigoriyevich; a.k.a. HALAVANAU, Viktor Hryhoryavich; a.k.a. HALAVANAU, Viktor Ryhoravich); DOB 1952; POB Borisov, Belarus; Minister of Justice (individual) [BELARUS].

GOLOVANOV, Viktar Hryhoryavich (a.k.a. GOLOVANOV, Viktar Grigoriyevich; a.k.a. GOLOVANOV, Viktor Grigoriyevich; a.k.a. GOLOVANOV, Viktor Hryhoryavich; a.k.a. GOLOVANOV, Viktor Ryhoravich; a.k.a. HALAVANAU, Viktar Grigoriyevich; a.k.a. HALAVANAU, Viktar Hryhoryavich; a.k.a. HALAVANAU, Viktor Grigoriyevich; a.k.a. HALAVANAU, Viktor Hryhoryavich; a.k.a. HALAVANAU, Viktor Ryhoravich); DOB 1952; POB Borisov, Belarus; Minister of Justice (individual) [BELARUS].

GOLOVANOV, Viktar Ryhoravich (a.k.a. GOLOVANOV, Viktar Grigoriyevich; a.k.a. GOLOVANOV, Viktar Hryhoryavich; a.k.a. GOLOVANOV, Viktor Grigoriyevich; a.k.a. GOLOVANOV, Viktor Hryhoryavich; a.k.a. GOLOVANOV, Viktor Ryhoravich; a.k.a. HALAVANAU, Viktar Grigoriyevich; a.k.a. HALAVANAU, Viktar Hryhoryavich; a.k.a. HALAVANAU, Viktor Grigoriyevich; a.k.a. HALAVANAU, Viktor Hryhoryavich; a.k.a. HALAVANAU, Viktor Ryhoravich); DOB 1952; POB Borisov, Belarus; Minister of Justice (individual) [BELARUS].

GOLOVANOV, Viktor Grigoriyevich (a.k.a. GOLOVANOV, Viktar Grigoriyevich; a.k.a. GOLOVANOV, Viktar Hryhoryavich; a.k.a. GOLOVANOV, Viktor Hryhoryavich; a.k.a. GOLOVANOV, Viktor Ryhoravich; a.k.a. HALAVANAU, Viktar Grigoriyevich; a.k.a. HALAVANAU, Viktar Hryhoryavich; a.k.a.

HALAVANAU, Viktor Grigoriyevich; a.k.a. HALAVANAU, Viktor Hryhoryavich; a.k.a. HALAVANAU, Viktor Ryhoravich); DOB 1952; POB Borisov, Belarus; Minister of Justice (individual) [BELARUS].

GOLOVANOV, Viktor Hryhoryavich (a.k.a. GOLOVANOV, Viktar Grigoriyevich; a.k.a. GOLOVANOV, Viktar Hryhoryavich; a.k.a. GOLOVANOV, Viktor Grigoriyevich; a.k.a. GOLOVANOV, Viktor Ryhoravich; a.k.a. HALAVANAU, Viktar Grigoriyevich; a.k.a. HALAVANAU, Viktar Hryhoryavich; a.k.a. HALAVANAU, Viktor Grigoriyevich; a.k.a. HALAVANAU, Viktor Hryhoryavich; a.k.a. HALAVANAU, Viktor Ryhoravich); DOB 1952; POB Borisov, Belarus; Minister of Justice (individual) [BELARUS].

GOLOVANOV, Viktor Ryhoravich (a.k.a. GOLOVANOV, Viktar Grigoriyevich; a.k.a. GOLOVANOV, Viktar Hryhoryavich; a.k.a. GOLOVANOV, Viktor Grigoriyevich; a.k.a. GOLOVANOV, Viktor Hryhoryavich; a.k.a. HALAVANAU, Viktar Grigoriyevich; a.k.a. HALAVANAU, Viktar Hryhoryavich; a.k.a. HALAVANAU, Viktor Grigoriyevich; a.k.a. HALAVANAU, Viktor Hryhoryavich; a.k.a. HALAVANAU, Viktor Ryhoravich); DOB 1952; POB Borisov, Belarus; Minister of Justice (individual) [BELARUS].

GOLOVNOYE SISTEMNOYE KONSTRUKTORSKOYE BYURO OPEN JOINT-STOCK COMPANY OF ALMAZ-ANTEY PVO CONCERN IMENI ACADEMICIAN A.A. RASPLETIN (a.k.a. A.A. RASPLETIN MAIN SYSTEM DESIGN BUREAU; a.k.a. ALMAZ-ANTEY GSKB; a.k.a. ALMAZ-ANTEY GSKB IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. ALMAZ-ANTEY MSDB; a.k.a. ALMAZ-ANTEY PVO 'AIR DEFENSE' CONCERN LEAD SYSTEMS DESIGN BUREAU OAO 'OPEN JOINT-STOCK COMPANY' IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. JOINT STOCK COMPANY ALMAZ-ANTEY AIR DEFENSE CONCERN MAIN SYSTEM DESIGN BUREAU NAMED BY ACADEMICIAN A.A. RASPLETIN; a.k.a. JSC 'ALMAZ-ANTEY' MSDB; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA; a.k.a.

"GSKB"), 16-80, Leningradsky Prospect, Moscow 125190, Russia; Website http://www.raspletin.ru/; Email Address info@raspletin.ru; alt. Email Address almaz_zakupki@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

GOLOVTCHENKO, Andrei (a.k.a. GOLOVTCHENKO, Andrey), United Arab Emirates; DOB 06 Jun 1963; nationality Sweden; Gender Male; Passport 35169175 (Sweden) expires 19 Aug 2025 (individual) [RUSSIA-EO14024].

GOLOVTCHENKO, Andrey (a.k.a. GOLOVTCHENKO, Andrei), United Arab Emirates; DOB 06 Jun 1963; nationality Sweden; Gender Male; Passport 35169175 (Sweden) expires 19 Aug 2025 (individual) [RUSSIA-EO14024].

GOLPAYEGANI, Mohammad Mohammadi, Iran; DOB 1943; POB Golpayegan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

GOLUBEV, Vasili Yurevich (a.k.a. GOLUBEV, Vasiliy Yuryevich (Cyrillic: ГОЛУБЕВ, Василий Юрьевич); a.k.a. GOLUBEV, Vasily Yurievich), Rostov region, Russia; DOB 30 Jan 1957; POB Ermakovskaya, Rostov Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 500300258082 (Russia) (individual) [RUSSIA-EO14024].

GOLUBEV, Vasiliy Yuryevich (Cyrillic: ГОЛУБЕВ, Василий Юрьевич) (a.k.a. GOLUBEV, Vasili Yurevich; a.k.a. GOLUBEV, Vasily Yurievich), Rostov region, Russia; DOB 30 Jan 1957; POB Ermakovskaya, Rostov Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 500300258082 (Russia) (individual) [RUSSIA-EO14024].

GOLUBEV, Vasily Yurievich (a.k.a. GOLUBEV, Vasili Yurevich; a.k.a. GOLUBEV, Vasiliy Yuryevich (Cyrillic: ГОЛУБЕВ, Василий Юрьевич)), Rostov region, Russia; DOB 30 Jan 1957; POB Ermakovskaya, Rostov Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 500300258082 (Russia) (individual) [RUSSIA-EO14024].

GOLZARI, Sa'id (a.k.a. ALLAHDAD, Hushang; a.k.a. ALLAHDADI, Hushang); Additional Sanctions Information - Subject to Secondary Sanctions; Passport A0022791; alt. Passport 08550695 (individual) [SDGT] [IRGC] [IFSR].

GOMEI AIR SERVICES CO., LTD., 3/F, The Strand, 49 Bonham Strand, Sheung Wan, Hong Kong; B-1,2, Tower1, 120Liuhua Rd Dongfang Hotel, Guangzhou, China; Room 1403B, Pearl River Int'l Building, 112 Yuehua Road, YueXiu District, Guangzhou, China; Email Address cargores@gzgomei.com.hk; alt. Email Address cargores@gzgomei.cn; alt. Email Address mahan-gz@m3eliteclub.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR).

GOMEZ ALVAREZ, Sor Teresa (a.k.a. "LA NEGRA"); DOB 27 Jun 1956; POB Amalfi, Antioquia, Colombia; Cedula No. 21446537 (Colombia); Passport 21446537 (Colombia) (individual) [SDNTK] (Linked To: FUNDACION PARA LA PAZ DE CORDOBA).

GOMEZ APONTE, Laura Victoria, Carrera 4A No. 63N-29, Cali, Colombia; c/o LADRILLERA LA CANDELARIA LTDA., Cali, Colombia; DOB 31 Oct 1965; POB Cali, Valle, Colombia; Cedula No. 31937650 (Colombia); Passport 31937650 (Colombia) [SDNT].

GOMEZ ARIAS, Luis Lorenzo, Portal Calimaya 662, Colonia Los Portales, Ciudad De Puerto Vallarta, Jalisco, Mexico; DOB 03 Feb 1970; nationality Mexico; Gender Male; Electoral Registry No. GMARLS70020314H800 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GOMEZ BUSTAMANTE, Luis Alfonso, c/o GAVIOTAS LTDA., Colombia; Calle 1B No. 1-26, Barrio El Prado, Cartago, Valle, Colombia; Carrera 5 No. 1-82, Obando, Valle, Colombia; DOB 01 Nov 1953; Cedula No. 4451571 (Colombia); Passport 4451571 (Colombia) (individual) [SDNT].

GOMEZ BUSTAMANTE, Luis Hernando, Km 7 Via Cartago-Obando, Hacienda El Vergel, Cartago, Colombia; Km 12 Via Santa Ana Molina, Hacienda Doima, Cartago, Colombia; c/o AGRICOLA DOIMA DEL NORTE DEL VALLE LTDA., Cartago, Valle, Colombia; c/o GANADERIA EL VERGEL LTDA., Cartago, Valle, Colombia; c/o GANADERIAS BILBAO LTDA., Cartago, Valle, Colombia; c/o INMOBILIARIA EL ESCORIAL LTDA., Cartago, Valle, Colombia; c/o INMOBILIARIA LINARES LTDA., Cartago, Valle, Colombia; c/o INMOBILIARIA PASADENA LTDA., Cartago, Valle, Colombia; c/o ORGANIZACION LUIS HERNANDO GOMEZ BUSTAMANTE Y CIA. S.C.S., Cartago, Valle, Colombia; c/o VISCAYA LTDA., Cartago, Valle, Colombia; DOB 14 Mar 1958; POB El Aguila, Valle, Colombia; Cedula

No. 16209410 (Colombia); Passport 16209410 (Colombia) (individual) [SDNT].

GOMEZ BUSTAMANTE, Wilmer de Jesus, c/o GAVIOTAS LTDA., Cartago, Valle, Colombia; Calle 17A No. 8N-15, Cartago, Valle, Colombia; DOB 26 Jan 1970; POB Aguila, Valle; Cedula No. 16223940 (Colombia); Passport AH345442 (Colombia); alt. Passport AF002565 (Colombia) (individual) [SDNT].

GOMEZ CHAVEZ, Gabriel (a.k.a. GONZALEZ LOPEZ, Gregorio; a.k.a. GONZALEZ QUIRARTE, Eduardo; a.k.a. GONZALEZ QUIRARTE, Jose; a.k.a. GONZALEZ QUIRARTE, Lalo; a.k.a. ORELLANA ERAZO, Hector Manuel); DOB 28 Aug 1962; alt. DOB 20 Aug 1962; POB Jalisco Mexico; Passport 96140045817 (Mexico); alt. Passport 97380018185 (Mexico); SSN 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 (United States) (individual) [SDNTK].

GOMEZ FLORES, Luis Angel (a.k.a. GONZALEZ VALENCIA, Abigael; a.k.a. GONZALEZ VALENCIA, Abigail; a.k.a. GONZALEZ VALENCIA, Luis Angel; a.k.a. TAK TOLEDO, Jonathan Paul; a.k.a. TAK TOLEDO, Paul Jonathan), Paseo Royal Country 5395-31, Fraccionamiento Royal Country, Zapopan, Jalisco, Mexico; Boulevard Puerta de Hierro 5687, Fraccionamiento Puerta de Hierro, Zapopan, Jalisco, Mexico; DOB 18 Oct 1972; alt. DOB 28 Oct 1979; POB Aguililla, Michoacan, Mexico; alt. POB Guadalajara, Jalisco, Mexico; alt. POB Apatzingan, Michoacan, Mexico; Gender Male; Passport JX755855 (Canada); C.U.R.P. GOVA721018HMNNLB07 (Mexico); alt. C.U.R.P. GOFL721018HJCMLS02 (Mexico); alt. C.U.R.P. GOVL721018HMNNLS08 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS; Linked To: VALGO GRUPO DE INVERSION S.A. DE C.V.; Linked To: ASESORES TURISTICOS S.A. DE C.V.).

GOMEZ GOMEZ, Viviana, Carrera 4 No. 12-20 of. 206, Cartago, Valle, Colombia; c/o AGRICOLA DOIMA DEL NORTE DEL VALLE LTDA., Cartago, Valle, Colombia; c/o INMOBILIARIA PASADENA LTDA., Cartago, Valle, Colombia; c/o ORGANIZACION LUIS HERNANDO GOMEZ BUSTAMANTE Y CIA. S.C.S., Cartago, Valle, Colombia; c/o VISCAYA LTDA., Cartago, Valle, Colombia; DOB 17 Oct 1982; NIT # 681946748-1 (Colombia) (individual) [SDNT].

GOMEZ JARAMILLO, Olga Cecilia, Carrera 4 No. 12-20 of. 206, Cartago, Valle, Colombia; c/o AGRICOLA DOIMA DEL NORTE DEL VALLE

LTDA., Cartago, Valle, Colombia; c/o GANADERIA EL VERGEL LTDA., Cartago, Valle, Colombia; c/o INMOBILIARIA EL ESCORIAL LTDA., Cartago, Valle, Colombia; c/o INMOBILIARIA LINARES LTDA., Cartago, Valle, Colombia; c/o INMOBILIARIA PASADENA LTDA., Cartago, Valle, Colombia; c/o ORGANIZACION LUIS HERNANDO GOMEZ BUSTAMANTE Y CIA. S.C.S., Cartago, Valle, Colombia; c/o VISCAYA LTDA., Cartago, Valle, Colombia; DOB 29 Feb 1956; Cedula No. 31398070 (Colombia); Passport 31398070 (Colombia) (individual) [SDNT].

GOMEZ MARIN LTDA., Km. 2 Via al Amparo, Ansermanuevo, Valle, Colombia; Km. 2 Via al Amparo, Cartago, Valle, Colombia; Calle 16 No. 1N-74, Cartago, Valle, Colombia; NIT # 800102465-1 (Colombia) [SDNT].

GOMEZ MARTINEZ, Servando (a.k.a. "EL PROFE"; a.k.a. "EL PROFESOR"; a.k.a. "LA TUTA"), 236 Ave. Lazaro Cardenas, Centro, 60920, Mexico; 25 Calle Libertad, Vigencia, Mexico; DOB 06 Feb 1966; POB Arteaga, Michoacan, Mexico; R.F.C. GOMS660206NS4 (Mexico); alt. R.F.C. GOMS790516 (Mexico); C.U.R.P. GOMS660206HMNNRR08 (Mexico) (individual) [SDNTK].

GOMEZ OCAMPO, Davinson (a.k.a. "GORDO"), c/o GOMEZ MARIN LTDA., Ansermanuevo, Valle, Colombia; Calle 16 No. 1-58, Cartago, Valle, Colombia; DOB 10 Jul 1960; Cedula No. 2470433 (Colombia) (individual) [SDNT].

GOMEZ ORTIZ, David, c/o GESTORES DEL ECUADOR GESTORUM S.A., Quito, Ecuador; Avenida de los Estudiantes No. 21-54, Pasto, Narino, Colombia; Calle 20 No. 21-54, Pasto, Narino, Colombia; c/o COMERCIALIZADORA EMPRESARIAL TEAM BUSINESS S.A., Quito, Pichincha, Ecuador; DOB 14 Aug 1977; POB Pasto, Narino, Colombia; Cedula No. 98398142 (Colombia); alt. Cedula No. 171984116-3 (Ecuador) (individual) [SDNTK].

GOMEZ VELASQUEZ, Daniela (a.k.a. GOMEZ VELAZQUEZ, Daniela), Cuernavaca, Morelos, Mexico; DOB 25 Nov 1989; POB Poza Rica de Hidalgo, Veracruz, Mexico; citizen Mexico; Gender Female; R.F.C. GOVD891125EK6 (Mexico); National ID No. 96088982044 (Mexico); alt. National ID No. 96098907692 (Mexico); C.U.R.P. GOVD891125MVZMLN04 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

GOMEZ VELAZQUEZ, Daniela (a.k.a. GOMEZ VELASQUEZ, Daniela), Cuernavaca, Morelos,

Mexico; DOB 25 Nov 1989; POB Poza Rica de Hidalgo, Veracruz, Mexico; citizen Mexico; Gender Female; R.F.C. GOVD891125EK6 (Mexico); National ID No. 96088982044 (Mexico); alt. National ID No. 96098907692 (Mexico); C.U.R.P. GOVD891125MVZMLN04 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

GONCALVES DO CARMO, Diego Macedo (Latin: GONÇALVES DO CARMO, Diego Macedo) (a.k.a. "Brahma"), Penitenciaria Federal de Porto Velho, Porto Velho, Brazil; DOB 18 Jun 1984; POB Brazil; nationality Brazil; Gender Male; Tax ID No. 327.953.228-03 (Brazil) (individual) [ILLICIT-DRUGS-EO14059] (Linked To: PRIMEIRO COMANDO DA CAPITAL).

GONCHAROV, Nikolay Aleksandrovich (Cyrillic: ГОНЧАРОВ, Николай Александрович), Russia; DOB 13 Jan 1984; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GONG, Jiao, China; DOB 17 Feb 1995; POB Heibei, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 130321199502170123 (China) (individual) [NPWMD] [IFSR] (Linked To: WEI, Zunyi).

GONIN, Leonid Mikhailovich (Cyrillic: ГОНИН, Леонид Михайлович), Izhevsk, Russia; DOB 06 Aug 1963; POB Payzal, Udmurt Republic, Russia; nationality Russia; Gender Male; Passport 71 1600237 (Russia) (individual) [RUSSIA-EO14024].

GONUL EXPORT LOJISTIK TICARET VE SANAYI LIMITED SIRKETI, Mahmutlar Mah. Mahmutlar Tepe Sok., No 8 Ic Kapi No: 66, Alanya, Antalya, Turkey; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 03 Aug 2022; Organization Type: Wholesale of other machinery and equipment [RUSSIA-EO14024].

GONZALES GARBANCHO DE ZEVALLOS, Sara Maria, c/o EMPRESA EDITORA CONTINENTE PRESS S.A., Lima, Peru; c/o PERU GLOBAL TOURS S.A.C., Lima, Peru; c/o ORIENTE TOURS S.R.L., Lima, Peru; c/o LUCERO IMPORT S.A.C., Lima, Peru; c/o EDITORA

TRANSPARENCIA S.A., Lima, Peru; c/o SERVICIOS SILSA S.A.C., Lima, Peru; c/o PERUVIAN PRECIOUS METALS S.A.C., Lima, Peru; c/o TRANSPORTES AEREOS UNIDOS SELVA AMAZONICA S.A., Lima, Peru; Calle Trinidad Moran 1316, Lima, Peru; DOB 02 Aug 1936; LE Number 07553590 (Peru) (individual) [SDNTK].

GONZALES, Hernan (a.k.a. ZEVALLOS GONZALES, Fernando Melciades; a.k.a. ZEVALLOS GONZALEZ, Fernando); DOB 08 Jul 1957; POB Juanjui, San Martin, Peru; LE Number 07552116 (Peru) (individual) [SDNTK].

GONZALEV VALENCIA, Noemi (a.k.a. GONZALEZ VALENCIA, Noemi), Mexico; DOB 05 Dec 1983; POB Aguililla, Michoacan de Ocampo, Mexico; C.U.R.P. GOVN831205MMNNLM07 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS).

GONZALEZ ANGUIANO, Moises, Mexico; DOB 01 Apr 1992; POB Culiacan, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GOAM920401HSLNNS03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GONZALEZ APUSHANA, Armando (a.k.a. GONZALEZ POLANCO, Amaury; a.k.a. GONZALEZ POLANCO, Hermagoras; a.k.a. "EL GORDO BAEZ"; a.k.a. "GORDITO POLANCO"; a.k.a. "MILCIADES"; a.k.a. "UNCLE TOLI"), Avenida El Milagro, Edificio Villa Virginia, Maracaibo, Zulia, Venezuela; Karla Karolin Penthouse, Avenida 3 Entre 76 y 77, Maracaibo, Zulia, Venezuela; Maracaibo, Zulia, Venezuela; Caja Seca, Zulia, Venezuela; Merida, Merida, Venezuela; Maicao, Guajira, Colombia; Aruba; DOB 19 Oct 1962; alt. DOB 19 Oct 1959; POB Maicao, Guajira, Colombia; nationality Venezuela; alt. nationality Colombia; citizen Venezuela; alt. citizen Colombia; Cedula No. 7789819 (Venezuela); alt. Cedula No. 84041400 (Colombia) (individual) [SDNTK].

GONZALEZ BENITEZ, Olga Patricia, Hacienda Coque, Cartago, Colombia; Carrera 4 No. 16-04 apt. 303, Cartago, Colombia; c/o AGRICOLA GANADERA HENAO GONZALEZ Y CIA. S.C.S., Cartago, Colombia; c/o DESARROLLOS COMERCIALES E INDUSTRIALES HENAO GONZALEZ Y CIA. S.C.S., Cartago, Colombia; Avenida 4 Oeste No. 5-97 Apt. 1001, Cali, Colombia; c/o COMPANIA AGROINVERSORA HENAGRO LTDA., Cartago, Colombia; DOB 04 Aug 1965; POB Cartago, Valle Colombia; Cedula No. 29503761 (Colombia); Passport AH567983

(Colombia); alt. Passport 29503761 (Colombia) (individual) [SDNT].

GONZALEZ BRITO, Andres Laureano (Latin: GONZÁLEZ BRITO, Andrés Laureano), Havana, Cuba; DOB 04 Jul 1954; POB Barajagua, Las Villas, Cuba; alt. POB Barajagua, Cienfuegos, Cuba; nationality Cuba; Gender Male; Chief, Central Army (individual) [GLOMAG].

GONZALEZ CARDENAS, Jorge Guillermo, Calle Moras No. 543-B, Colonia Del Valle, Delegacion Benito Juarez, Distrito Federal Codigo Postal 03100, Mexico; Avenida Coyoacan No. 43, Colonia Del Valle, Delegacion Benito Juarez, Distrito Federal Codigo Postal 03100, Mexico; Castillo de Kent 38, Manzana 26 Lote 37, Condado de Sayavedra, Atizapan de Zaragoza, Estado de Mexico CP 52930, Mexico; DOB 24 Oct 1962; POB Culiacan, Sinaloa, Mexico; Passport 07380070619 (Mexico); R.F.C. GOCJ621024I Q0 (Mexico); C.U.R.P. GOCJ621024HSLNRR06 (Mexico) (individual) [SDNTK].

GONZALEZ CASTRO, Gustavo, Calle Avalo No. 28, Colonia Las Lomas, Tuxpan, Veracruz C.P. 92800, Mexico; DOB 01 Jul 1973; POB Tuxpam, Veracruz; nationality Mexico; citizen Mexico; R.F.C. GOCG730701 (Mexico); C.U.R.P. GOCG730701HVZNSS08 (Mexico); Cartilla de Servicio Militar Nacional B8765616 (Mexico) (individual) [SDNTK].

GONZALEZ CORDERO, Mayra Gisel, San Luis Rio Colorado, Sonora, Mexico; DOB 25 Sep 1985; POB Baja California, Mexico; nationality Mexico; Gender Female; C.U.R.P. GOCM850925MBCNRY07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GONZALEZ DELLAN, Leonardo (a.k.a. GONZALEZ, Leonardo), London, United Kingdom; DOB 11 Sep 1966; citizen Venezuela; Gender Male; Cedula No. 8639102 (Venezuela); Passport 073785390 (Venezuela) expires 01 Jul 2018; alt. Passport 046041771 (Venezuela) expires 24 May 2016; alt. Passport 002272834 (Venezuela) expires 14 Aug 2012 (individual) [VENEZUELA-EO13850].

GONZALEZ DIAZ, Juan (a.k.a. PEREZ ROJAS, Daniel), Fraccionamiento Santa Isabel, Tlajomulco De Zuniga, Jalisco, Mexico; Aldea San Cristobal, Comapa, Jutiapa, Guatemala; Valle Hermoso, Tamaulipas, Mexico; Matamoros, Tamaulipas, Mexico; DOB 10 Feb 1977; alt. DOB 28 Sep 1976; alt. DOB 11 Feb 1977; POB Moyuta, Guanajuato, Mexico; nationality Mexico; citizen Mexico; Cedula No.

U22-30905 (Guatemala); Driver's License No. 1-1-22-07-00030905-3 (Guatemala) expires 2010 (individual) [SDNTK].

GONZALEZ DURAN, Jaime, Calle Xolmon, Tampaxal, Colonia Aquismon, San Luis Potosi C.P. 79760, Mexico; DOB 22 Jan 1976; POB San Luis Potosi, Mexico; nationality Mexico; citizen Mexico; R.F.C. GODJ760122 (Mexico); C.U.R.P. GODJ760122HSPNRM01 (Mexico); Cartilla de Servicio Militar Nacional B8987689 (Mexico); C.U.I.P. GODJ760122H24151162 (Mexico) (individual) [SDNTK].

GONZALEZ GARZA, Rolando (a.k.a. GONZALEZ PIZANA JR., Rogelio; a.k.a. GONZALEZ PIZANA, Rogelio Kak, Jr.; a.k.a. PIZANA GONZALEZ, Rogelio), Matamoros, Mexico; Carretera A La Playa El Huizachal, Valle Hermoso, Tamaulipas, Mexico; Fraccionamiento Valle De Aguayo, 9th Street and Quintana Roo No. 3150, Ciudad Victoria, Tamaulipas, Mexico; DOB 28 Feb 1974; alt. DOB 01 Mar 1974; nationality Mexico; citizen Mexico (individual) [SDNTK].

GONZALEZ HIGUERA, Jaime (a.k.a. "EL TUNCO"; a.k.a. "TUNCO"), Mexico; DOB 07 Mar 1972; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GOHJ720307HSLNGM00 (Mexico) (individual) [SDNTK].

GONZALEZ HOYOS, Carlos Enrique, Colombia; DOB 13 Jul 1968; nationality Colombia; citizen Colombia; Cedula No. 0018594926 (Colombia) (individual) [SDNT].

GONZALEZ LOPEZ, Gregorio (a.k.a. GOMEZ CHAVEZ, Gabriel; a.k.a. GONZALEZ QUIRARTE, Eduardo; a.k.a. GONZALEZ QUIRARTE, Jose; a.k.a. GONZALEZ QUIRARTE, Lalo; a.k.a. ORELLANA ERAZO, Hector Manuel); DOB 28 Aug 1962; alt. DOB 20 Aug 1962; POB Jalisco Mexico; Passport 96140045817 (Mexico); alt. Passport 97380018185 (Mexico); SSN 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 (United States) (individual) [SDNTK].

GONZALEZ LOPEZ, Gustavo Enrique (Latin: GONZÁLEZ LÓPEZ, Gustavo Enrique); DOB 02 Nov 1960; POB Venezuela; nationality Venezuela; citizen Venezuela; Gender Male; Cedula No. 5.726.284 (Venezuela); Passport B0111931 (Venezuela); Director General of Venezuela's Bolivarian National Intelligence Service (SEBIN); Major General, President of Venezuela's Strategic Center of Security and Protection of the Homeland (CESPPA) (individual) [VENEZUELA].

GONZALEZ MARTINEZ, Erick (a.k.a. MEDINA RIOJAS, Eleazar; a.k.a. MEDINA ROJAS, Eleazar), Cuauhtemoc 805, Nuevo Laredo, Tamaulipas, Mexico; Diaz Miron 604, Colonia Victoria, Nuevo Laredo, Tamaulipas, Mexico; DOB 28 Jan 1972; POB Nuevo Laredo, Tamaulipas; alt. POB Monterrey, Nuevo Leon; nationality Mexico; citizen Mexico; C.U.R.P. MERE720128HTSDJL07 (Mexico) (individual) [SDNTK].

GONZALEZ MEDINA, Jaime Andres (a.k.a. MARTINEZ ALVAREZ, Carlos), c/o GRUPO CRISTAL CORONA S.A. DE C.V., Mexico City, Distrito Federal, Mexico; c/o COMERCIALIZADORA GONRA, Cali, Colombia; Avenida Lomas Anahuac No. 133, Edificio A., Depto. 602, Colonia Lomas Anahuac, Delegacion Huixquilucan, Mexico, Mexico; DOB 27 Apr 1975; POB Cali, Valle del Cauca, Colombia; nationality Colombia; citizen Colombia; Cedula No. 94428531 (Colombia); Passport 94428531 (Colombia); C.U.R.P. GOMJ750427HNENDM06 (Mexico) (individual) [SDNTK].

GONZALEZ MUNIZ, Emilio Guillermo, Calle Enrique Cavazos No. 2326, Colonia Universidad, Saltillo, Coahuila, Mexico; DOB 06 Apr 1974; POB Coahuila, Mexico; nationality Mexico; citizen Mexico; R.F.C. GOME740406L12 (Mexico); C.U.R.P. GOME740406HCLNXM04 (Mexico) (individual) [SDNTK] (Linked To: COMPANIA GANADERA 5 MANANTIALES S. DE P.R. DE R.L.).

GONZALEZ MUNIZ, Esperanza Maria, Miguel Hidalgo Norte, No. 212, Zona Centro, Allende, Coahuila, Mexico; Cinco Manantiales, Coahuila, Mexico; DOB 23 Jan 1970; POB Coahuila, Mexico; citizen Mexico; R.F.C. GOME700123SMA (Mexico); C.U.R.P. GOME700123MCLNXS05 (Mexico) (individual) [SDNTK] (Linked To: COMPANIA GANADERA 5 MANANTIALES S. DE P.R. DE R.L.).

GONZALEZ PARADA, Juvencio Ignacio, DOB 09 Jan 1947; POB Tepeaca, Puebla, Mexico; C.U.R.P. GOPJ470109HPLNRV00 (Mexico) (individual) [SDNTK] (Linked To: GRUPO CINJAB, S.A. DE C.V.; Linked To: GRUPO IMPERGOZA, S.A. DE C.V.; Linked To: URBANIZADORA NUEVA ITALIA, S.A. DE C.V.).

GONZALEZ PENUELAS DRUG TRAFFICKING ORGANIZATION (Latin: GONZÁLEZ PEÑUELAS DRUG TRAFFICKING ORGANIZATION), Sinaloa, Mexico [SDNTK].

GONZALEZ PENUELAS, Ignacio (Latin: GONZÁLEZ PEÑUELAS, Ignacio) (a.k.a. GONZALEZ PENUELAS, Jose Ignacio; a.k.a. "NACHO GONZALEZ"), Sinaloa, Mexico; DOB 31 Jul 1972; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GOPI720731HSLNXG07 (Mexico) (individual) [SDNTK] (Linked To: GONZALEZ PENUELAS DRUG TRAFFICKING ORGANIZATION).

GONZALEZ PENUELAS, Jesus (Latin: GONZÁLEZ PEÑUELAS, Jesús) (a.k.a. "EL CHUY GONZALEZ"), Sinaloa, Mexico; DOB 10 Nov 1969; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GOPJ691110HSLNXS09 (Mexico) (individual) [SDNTK].

GONZALEZ PENUELAS, Jose Ignacio (a.k.a. GONZALEZ PENUELAS, Ignacio (Latin: GONZÁLEZ PEÑUELAS, Ignacio); a.k.a. "NACHO GONZALEZ"), Sinaloa, Mexico; DOB 31 Jul 1972; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GOPI720731HSLNXG07 (Mexico) (individual) [SDNTK] (Linked To: GONZALEZ PENUELAS DRUG TRAFFICKING ORGANIZATION).

GONZALEZ PENUELAS, Wilfredo (Latin: GONZÁLEZ PEÑUELAS, Wilfredo) (a.k.a. GONZALEZ PENUELAS, Wilfrido (Latin: GONZÁLEZ PEÑUELAS, Wilfrido)), Avenida Segunda numero 148, del Poblado Gallo de Limones, Guasave, Sinaloa, Mexico; DOB 14 Sep 1977; POB Guasave, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GOPW770914HSLNXL03 (Mexico) (individual) [SDNTK] (Linked To: GONZALEZ PENUELAS DRUG TRAFFICKING ORGANIZATION).

GONZALEZ PENUELAS, Wilfrido (Latin: GONZÁLEZ PEÑUELAS, Wilfrido) (a.k.a. GONZALEZ PENUELAS, Wilfredo (Latin: GONZÁLEZ PEÑUELAS, Wilfredo)), Avenida Segunda numero 148, del Poblado Gallo de Limones, Guasave, Sinaloa, Mexico; DOB 14 Sep 1977; POB Guasave, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GOPW770914HSLNXL03 (Mexico) (individual) [SDNTK] (Linked To: GONZALEZ PENUELAS DRUG TRAFFICKING ORGANIZATION).

GONZALEZ PIZANA JR., Rogelio (a.k.a. GONZALEZ GARZA, Rolando; a.k.a. GONZALEZ PIZANA, Rogelio Kak, Jr.; a.k.a. PIZANA GONZALEZ, Rogelio), Matamoros, Tamaulipas, Mexico; Carretera A La Playa El Huizachal, Valle Hermoso, Tamaulipas, Mexico; Fraccionamiento Valle De Aguayo, 9th Street and Quintana Roo No. 3150, Ciudad Victoria,

Tamaulipas, Mexico; DOB 28 Feb 1974; alt. DOB 01 Mar 1974; nationality Mexico; citizen Mexico (individual) [SDNTK].

GONZALEZ PIZANA, Rogelio Kak, Jr. (a.k.a. GONZALEZ GARZA, Rolando; a.k.a. GONZALEZ PIZANA JR., Rogelio; a.k.a. PIZANA GONZALEZ, Rogelio), Matamoros, Tamaulipas, Mexico; Carretera A La Playa El Huizachal, Valle Hermoso, Tamaulipas, Mexico; Fraccionamiento Valle De Aguayo, 9th Street and Quintana Roo No. 3150, Ciudad Victoria, Tamaulipas, Mexico; DOB 28 Feb 1974; alt. DOB 01 Mar 1974; nationality Mexico; citizen Mexico (individual) [SDNTK].

GONZALEZ POLANCO, Amaury (a.k.a. GONZALEZ APUSHANA, Armando; a.k.a. GONZALEZ POLANCO, Hermagoras; a.k.a. "EL GORDO BAEZ"; a.k.a. "GORDITO POLANCO"; a.k.a. "MILCIADES"; a.k.a. "UNCLE TOLI"), Avenida El Milagro, Edificio Villa Virginia, Maracaibo, Zulia, Venezuela; Karla Karolin Penthouse, Avenida 3 Entre 76 y 77, Maracaibo, Zulia, Venezuela; Maracaibo, Zulia, Venezuela; Caja Seca, Zulia, Venezuela; Merida, Merida, Venezuela; Maicao, Guajira, Colombia; Aruba; DOB 19 Oct 1962; alt. DOB 19 Oct 1959; POB Maicao, Guajira, Colombia; nationality Venezuela; alt. nationality Colombia; citizen Venezuela; alt. citizen Colombia; Cedula No. 7789819 (Venezuela); alt. Cedula No. 84041400 (Colombia) (individual) [SDNTK].

GONZALEZ POLANCO, Hermagoras (a.k.a. GONZALEZ APUSHANA, Armando; a.k.a. GONZALEZ POLANCO, Amaury; a.k.a. "EL GORDO BAEZ"; a.k.a. "GORDITO POLANCO"; a.k.a. "MILCIADES"; a.k.a. "UNCLE TOLI"), Avenida El Milagro, Edificio Villa Virginia, Maracaibo, Zulia, Venezuela; Karla Karolin Penthouse, Avenida 3 Entre 76 y 77, Maracaibo, Zulia, Venezuela; Maracaibo, Zulia, Venezuela; Caja Seca, Zulia, Venezuela; Merida, Merida, Venezuela; Maicao, Guajira, Colombia; Aruba; DOB 19 Oct 1962; alt. DOB 19 Oct 1959; POB Maicao, Guajira, Colombia; nationality Colombia; citizen Venezuela; alt. citizen Colombia; Cedula No. 7789819 (Venezuela); alt. Cedula No. 84041400 (Colombia) (individual) [SDNTK].

GONZALEZ QUIONES, Jorge (a.k.a. ALCIDES MAGANA, Ramon; a.k.a. ALCIDES MAGANE, Ramon; a.k.a. ALCIDES MAYENA, Ramon; a.k.a. ALCIDEZ MAGANA, Ramon; a.k.a. MAGANA ALCIDES, Ramon; a.k.a. MAGANA, Jorge; a.k.a. MAGNA ALCIDEDES, Ramon; a.k.a. MATA, Alcides; a.k.a. RAMON MAGANA,

Alcedis; a.k.a. RAMON MAGANA, Alcides; a.k.a. ROMERO, Antonio); DOB 04 Sep 1957 (individual) [SDNTK].

GONZALEZ QUIRARTE, Eduardo (a.k.a. GOMEZ CHAVEZ, Gabriel; a.k.a. GONZALEZ LOPEZ, Gregorio; a.k.a. GONZALEZ QUIRARTE, Jose; a.k.a. GONZALEZ QUIRARTE, Lalo; a.k.a. ORELLANA ERAZO, Hector Manuel); DOB 28 Aug 1962; alt. DOB 20 Aug 1962; POB Jalisco Mexico; Passport 96140045817 (Mexico); alt. Passport 97380018185 (Mexico); SSN 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 (United States) (individual) [SDNTK].

GONZALEZ QUIRARTE, Jose (a.k.a. GOMEZ CHAVEZ, Gabriel; a.k.a. GONZALEZ LOPEZ, Gregorio; a.k.a. GONZALEZ QUIRARTE, Eduardo; a.k.a. GONZALEZ QUIRARTE, Lalo; a.k.a. ORELLANA ERAZO, Hector Manuel); DOB 28 Aug 1962; alt. DOB 20 Aug 1962; POB Jalisco Mexico; Passport 96140045817 (Mexico); alt. Passport 97380018185 (Mexico); SSN 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 (United States) (individual) [SDNTK].

GONZALEZ QUIRARTE, Lalo (a.k.a. GOMEZ CHAVEZ, Gabriel; a.k.a. GONZALEZ LOPEZ, Gregorio; a.k.a. GONZALEZ QUIRARTE, Eduardo; a.k.a. GONZALEZ QUIRARTE, Jose; a.k.a. ORELLANA ERAZO, Hector Manuel); DOB 28 Aug 1962; alt. DOB 20 Aug 1962; POB Jalisco Mexico; Passport 96140045817 (Mexico); alt. Passport 97380018185 (Mexico); SSN 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 (United States) (individual) [SDNTK].

GONZALEZ RODRIGUEZ, Dimas, Mexico; DOB 25 Jul 1978; POB Tamaulipas, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. GORD780725HTSNDM07 (Mexico) (individual) [SDNTK].

GONZALEZ VALENCIA, Abigael (a.k.a. GOMEZ FLORES, Luis Angel; a.k.a. GONZALEZ VALENCIA, Abigail; a.k.a. GONZALEZ VALENCIA, Luis Angel; a.k.a. TAK TOLEDO, Jonathan Paul; a.k.a. TAK TOLEDO, Paul Jonathan), Paseo Royal Country 5395-31, Fraccionamiento Royal Country, Zapopan, Jalisco, Mexico; Boulevard Puerta de Hierro 5687, Fraccionamiento Puerta de Hierro, Zapopan, Jalisco, Mexico; DOB 18 Oct 1972; alt. DOB 28 Oct 1979; POB Aguililla, Michoacan, Mexico; alt. POB Guadalajara, Jalisco, Mexico; alt. POB Apatzingan, Michoacan, Mexico; Gender Male; Passport JX755855 (Canada); C.U.R.P. GOVA721018HMNNLB07 (Mexico); alt. C.U.R.P. GOFL721018HJCMLS02 (Mexico);

alt. C.U.R.P. GOVL721018HMNNLS08 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS; Linked To: VALGO GRUPO DE INVERSION S.A. DE C.V.; Linked To: ASESORES TURISTICOS S.A. DE C.V.).

GONZALEZ VALENCIA, Abigail (a.k.a. GOMEZ FLORES, Luis Angel; a.k.a. GONZALEZ VALENCIA, Abigael; a.k.a. GONZALEZ VALENCIA, Luis Angel; a.k.a. TAK TOLEDO, Jonathan Paul; a.k.a. TAK TOLEDO, Paul Jonathan), Paseo Royal Country 5395-31, Fraccionamiento Royal Country, Zapopan, Jalisco, Mexico; Boulevard Puerta de Hierro 5687, Fraccionamiento Puerta de Hierro, Zapopan, Jalisco, Mexico; DOB 18 Oct 1972; alt. DOB 28 Oct 1979; POB Aguililla, Michoacan, Mexico; alt. POB Guadalajara, Jalisco, Mexico; alt. POB Apatzingan, Michoacan, Mexico; Gender Male; Passport JX755855 (Canada); C.U.R.P. GOVA721018HMNNLB07 (Mexico); alt. C.U.R.P. GOFL721018HJCMLS02 (Mexico); alt. C.U.R.P. GOVL721018HMNNLS08 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS; Linked To: VALGO GRUPO DE INVERSION S.A. DE C.V.; Linked To: ASESORES TURISTICOS S.A. DE C.V.).

GONZALEZ VALENCIA, Arnulfo, Mexico; DOB 22 Jun 1968; POB Aguililla, Michoacan de Ocampo, Mexico; C.U.R.P. GOVA680622HMNNLR02 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS).

GONZALEZ VALENCIA, Edgar Eden, Mexico; DOB 08 Oct 1984; POB Aguililla, Michoacan de Ocampo, Mexico; C.U.R.P. GOVE841008HMNNLD01 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS).

GONZALEZ VALENCIA, Elvis (a.k.a. TAPIA CASTRO, Alejandro), Mexico; DOB 12 Oct 1980; alt. DOB 18 Mar 1979; POB Aguililla, Michoacan de Ocampo, Mexico; C.U.R.P. GOVE801012HMNNLL03 (Mexico); alt. C.U.R.P. TACA790318HJCPSL08 (Mexico); I.F.E. TPCSAL79031814H401 (Mexico) (individual) [SDNTK] (Linked To: CARTEL DE JALISCO NUEVA GENERACION; Linked To: LOS CUINIS).

GONZALEZ VALENCIA, Erika, Guadalajara, Jalisco, Mexico; DOB 22 Jun 1974; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Female; C.U.R.P. GOVE740622MMNNLR00 (Mexico) (individual) [SDNTK].

GONZALEZ VALENCIA, Luis Angel (a.k.a. GOMEZ FLORES, Luis Angel; a.k.a.

GONZALEZ VALENCIA, Abigail; a.k.a. GONZALEZ VALENCIA, Abigail; a.k.a. TAK TOLEDO, Jonathan Paul; a.k.a. TAK TOLEDO, Paul Jonathan), Paseo Royal Country 5395-31, Fraccionamiento Royal Country, Zapopan, Jalisco, Mexico; Boulevard Puerta de Hierro 5687, Fraccionamiento Puerta de Hierro, Zapopan, Jalisco, Mexico; DOB 18 Oct 1972; alt. DOB 28 Oct 1979; POB Aguililla, Michoacan, Mexico; alt. POB Guadalajara, Jalisco, Mexico; alt. POB Apatzingan, Michoacan, Mexico; Gender Male; Passport JX755855 (Canada); C.U.R.P. GOVA721018HMNNLB07 (Mexico); alt. C.U.R.P. GOFL721018HJCMLS02 (Mexico); alt. C.U.R.P. GOVL721018HMNNLS08 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS; Linked To: VALGO GRUPO DE INVERSION S.A. DE C.V.; Linked To: ASESORES TURISTICOS S.A. DE C.V.).

GONZALEZ VALENCIA, Marisa Ivette, Mexico; DOB 27 Jul 1988; POB Apatzingan, Michoacan de Ocampo, Mexico; C.U.R.P. GOVM880727MMNNLR08 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS).

GONZALEZ VALENCIA, Noemi (a.k.a. GONZALEV VALENCIA, Noemi), Mexico; DOB 05 Dec 1983; POB Aguililla, Michoacan de Ocampo, Mexico; C.U.R.P. GOVN831205MMNNLM07 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS).

GONZALEZ VALENCIA, Ulises Jovani, Calle Alcamo 2870-501, Colonia Providencia, Guadalajara, Jalisco, Mexico; Calle Herradura Numero 4825, Colonia Mirador Del Sol, Zapopan, Jalisco, Mexico; DOB 31 May 1986; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; C.U.R.P. GOVU860531HMNNLL06 (Mexico) (individual) [SDNTK].

GONZALEZ VASQUEZ, Julian Andrey (a.k.a. "BARNY"); DOB 31 Jan 1979; POB La Merced, Caldas, Colombia; citizen Colombia; Cedula No. 8125194 (Colombia) (individual) [SDNTK].

GONZALEZ VILLEGAS, Ian Jassiel, Calle Pedro Moreno 113, Colonia Toluquilla, San Pedro Tlaquepaque, Jalisco, Mexico; DOB 21 Apr 1981; POB Distrito Federal, Mexico; nationality Mexico; Gender Male; C.U.R.P. GOVI810421HDFNKN02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GONZALEZ, Leonardo (a.k.a. GONZALEZ DELLAN, Leonardo), London, United Kingdom; DOB 11 Sep 1966; citizen Venezuela; Gender Male; Cedula No. 8639102 (Venezuela);

Passport 073785390 (Venezuela) expires 01 Jul 2018; alt. Passport 046041771 (Venezuela) expires 24 May 2016; alt. Passport 002272834 (Venezuela) expires 14 Aug 2012 (individual) [VENEZUELA-EO13850].

GOOBE, Suleiman Daoud (a.k.a. DAOUD, Suleiman Cabdi; a.k.a. "GOOBE, Saleban"; a.k.a. "GOOBE, Saleeban"), Lower Shabelle, Somalia; DOB 1981; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

GOOD LAND COMPANY (Arabic: شركة ارض الخير) (a.k.a. ARD AL-KHAIR INTERNATIONAL COMPANY; a.k.a. ARD AL-KHER INTERNATIONAL COMPANY; a.k.a. GOOD LAND INTERNATIONAL COMPANY (Arabic: شركة ارض الخير الدولية); a.k.a. GOOD LAND INTERNATIONAL COMPANY FOR THE IMPORTING AND EXPORTING OF VEGETABLES AND FRUIT (Arabic: شركة ارض الخير الدولية لاستيراد وتصدير الخضار والفواكة); a.k.a. GOOD LAND LIMITED LIABILITY COMPANY), Duma, Syria; Oman; Jordan; Egypt; Organization Established Date 1995; alt. Organization Established Date 2016; Organization Type: Wholesale of food, beverages and tobacco; Registration Number 10845 (Syria) [SYRIA] (Linked To: KHITI, Amer Taysir).

GOOD LAND INTERNATIONAL COMPANY (Arabic: شركة ارض الخير الدولية) (a.k.a. ARD AL-KHAIR INTERNATIONAL COMPANY; a.k.a. ARD AL-KHER INTERNATIONAL COMPANY; a.k.a. GOOD LAND COMPANY (Arabic: شركة ارض الخير); a.k.a. GOOD LAND INTERNATIONAL COMPANY FOR THE IMPORTING AND EXPORTING OF VEGETABLES AND FRUIT (Arabic: شركة ارض الخير الدولية لاستيراد وتصدير الخضار والفواكة); a.k.a. GOOD LAND LIMITED LIABILITY COMPANY), Duma, Syria; Oman; Jordan; Egypt; Organization Established Date 1995; alt. Organization Established Date 2016; Organization Type: Wholesale of food, beverages and tobacco; Registration Number 10845 (Syria) [SYRIA] (Linked To: KHITI, Amer Taysir).

GOOD LAND INTERNATIONAL COMPANY FOR THE IMPORTING AND EXPORTING OF VEGETABLES AND FRUIT (Arabic: شركة ارض الخير الدولية لاستيراد وتصدير الخضار والفواكة) (a.k.a. ARD AL-KHAIR INTERNATIONAL COMPANY; a.k.a. ARD AL-KHER INTERNATIONAL

COMPANY; a.k.a. GOOD LAND COMPANY (Arabic: شركة ارض الخير); a.k.a. GOOD LAND INTERNATIONAL COMPANY (Arabic: شركة ارض الخير الدولية); a.k.a. GOOD LAND LIMITED LIABILITY COMPANY), Duma, Syria; Oman; Jordan; Egypt; Organization Established Date 1995; alt. Organization Established Date 2016; Organization Type: Wholesale of food, beverages and tobacco; Registration Number 10845 (Syria) [SYRIA] (Linked To: KHITI, Amer Taysir).

GOOD LAND LIMITED LIABILITY COMPANY (a.k.a. ARD AL-KHAIR INTERNATIONAL COMPANY; a.k.a. ARD AL-KHER INTERNATIONAL COMPANY; a.k.a. GOOD LAND COMPANY (Arabic: شركة ارض الخير); a.k.a. GOOD LAND INTERNATIONAL COMPANY (Arabic: شركة ارض الخير الدولية); a.k.a. GOOD LAND INTERNATIONAL COMPANY FOR THE IMPORTING AND EXPORTING OF VEGETABLES AND FRUIT (Arabic: شركة ارض الخير الدولية لاستيراد وتصدير الخضار والفواكه)), Duma, Syria; Oman; Jordan; Egypt; Organization Established Date 1995; alt. Organization Established Date 2016; Organization Type: Wholesale of food, beverages and tobacco; Registration Number 10845 (Syria) [SYRIA] (Linked To: KHITI, Amer Taysir).

GOOD RUN LIMITED, 291 Brighton Road, South Croydon, CR2 6EQ, London E16 1AH, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 23 May 2008; Registration Number 06601634 (United Kingdom) [IRAN-EO13871] (Linked To: KHOUZESTAN STEEL COMPANY).

GOOD SIBLINGS LTD, London, United Kingdom; c/o Weihai Huijiang Trade Limited, Room 602, 28 Crown Garden District, Weihai Economic and Technological Development Zone, Poyuzhen, Huancui Qu, Weihai, Shandong 264200, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 6040603; Company Number 11257095 (United Kingdom) [DPRK4].

GOODFORWARDING DOO BEOGRAD, Jurija Gagarina 231, Belgrade 11070, Serbia; Tax ID No. 113097773 (Serbia); Registration Number 21801135 (Serbia) [RUSSIA-EO14024].

GOODWILL CHARITABLE ORGANIZATION, INC. (f.k.a. AL-SHAHID SOCIAL ASSOCIATION; f.k.a. EDUCATIONAL DEVELOPMENT ASSOCIATION), 13106 Warren Ave. Suite #4, Dearborn, MI 48126, United States; PO Box 1794, Dearborn, MI 48126, United States; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

GOORYONG SHIPPING BANGKOK (a.k.a. GOORYONG SHIPPING CO LTD), Changgyong 2-dong, Sosong-guyok, Pyongyang, Korea, North; Warranton Ville 458Soi 5Pattanakan Soi 44Suanluang, Bangkok 10250, Thailand; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5055293 [DPRK4].

GOORYONG SHIPPING CO LTD (f.k.a. GOORYONG SHIPPING BANGKOK), Changgyong 2-dong, Sosong-guyok, Pyongyang, Korea, North; Warranton Ville 458Soi 5Pattanakan Soi 44Suanluang, Bangkok 10250, Thailand; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5055293 [DPRK4].

GOPHSTAIN, Bentzi (a.k.a. GOPHSTEIN, Bentzi; a.k.a. GOPSTEIN, Ben Zion; a.k.a. GOPSTEIN, Bentzi; a.k.a. GOPSTEIN, Ben-Zion (Hebrew: בן ציון גופשטיין)), Kiryat Arba, West Bank; Israel; DOB 10 Sep 1969; nationality Israel; Gender Male; National ID No. 024526394 (Israel) (individual) [WEST-BANK-EO14115].

GOPHSTEIN, Bentzi (a.k.a. GOPHSTAIN, Bentzi; a.k.a. GOPSTEIN, Ben Zion; a.k.a. GOPSTEIN, Bentzi; a.k.a. GOPSTEIN, Ben-Zion (Hebrew: בן ציון גופשטיין)), Kiryat Arba, West Bank; Israel; DOB 10 Sep 1969; nationality Israel; Gender Male; National ID No. 024526394 (Israel) (individual) [WEST-BANK-EO14115].

GOPSTEIN, Ben Zion (a.k.a. GOPHSTAIN, Bentzi; a.k.a. GOPHSTEIN, Bentzi; a.k.a. GOPSTEIN, Bentzi; a.k.a. GOPSTEIN, Ben-Zion (Hebrew: בן ציון גופשטיין)), Kiryat Arba, West Bank; Israel; DOB 10 Sep 1969;

nationality Israel; Gender Male; National ID No. 024526394 (Israel) (individual) [WEST-BANK-EO14115].

GOPSTEIN, Bentzi (a.k.a. GOPHSTAIN, Bentzi; a.k.a. GOPHSTEIN, Bentzi; a.k.a. GOPSTEIN, Ben Zion; a.k.a. GOPSTEIN, Ben-Zion (Hebrew: בן ציון גופשטיין)), Kiryat Arba, West Bank; Israel; DOB 10 Sep 1969; nationality Israel; Gender Male; National ID No. 024526394 (Israel) (individual) [WEST-BANK-EO14115].

GOPSTEIN, Ben-Zion (Hebrew: בן ציון גופשטיין) (a.k.a. GOPHSTAIN, Bentzi; a.k.a. GOPHSTEIN, Bentzi; a.k.a. GOPSTEIN, Ben Zion; a.k.a. GOPSTEIN, Bentzi), Kiryat Arba, West Bank; Israel; DOB 10 Sep 1969; nationality Israel; Gender Male; National ID No. 024526394 (Israel) (individual) [WEST-BANK-EO14115].

GORA, Dmitri (a.k.a. GORA, Dmitry Iurevich (Cyrillic: ГОРА, Дмитрий Юрьевич); a.k.a. GORA, Dmitry Yurievich; a.k.a. HARA, Dzmitry Iurevich (Cyrillic: ГАРА, Дзмітрый Юр'евіч)), Minsk, Belarus; DOB 04 May 1970; POB Tbilisi, Georgia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

GORA, Dmitry Iurevich (Cyrillic: ГОРА, Дмитрий Юрьевич) (a.k.a. GORA, Dmitri; a.k.a. GORA, Dmitry Yurievich; a.k.a. HARA, Dzmitry Iurevich (Cyrillic: ГАРА, Дзмітрый Юр'евіч)), Minsk, Belarus; DOB 04 May 1970; POB Tbilisi, Georgia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

GORA, Dmitry Yurievich (a.k.a. GORA, Dmitri; a.k.a. GORA, Dmitry Iurevich (Cyrillic: ГОРА, Дмитрий Юрьевич); a.k.a. HARA, Dzmitry Iurevich (Cyrillic: ГАРА, Дзмітрый Юр'евіч)), Minsk, Belarus; DOB 04 May 1970; POB Tbilisi, Georgia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

GORANOV, Vladimir (a.k.a. GORANOV, Vladislav; a.k.a. GORANOV, Vladislav Ivanov (Cyrillic: ГОРАНОВ, Владислав Иванов)), II Krasna Polyana R.D., NO 226, Apt. 78, Sofia, Bulgaria; DOB 30 Apr 1977; POB Pleven, Bulgaria; nationality Bulgaria; Gender Male; National ID No. 7704304020 (Bulgaria) (individual) [GLOMAG].

GORANOV, Vladislav (a.k.a. GORANOV, Vladimir; a.k.a. GORANOV, Vladislav Ivanov (Cyrillic: ГОРАНОВ, Владислав Иванов)), II Krasna Polyana R.D., NO 226, Apt. 78, Sofia, Bulgaria; DOB 30 Apr 1977; POB Pleven, Bulgaria; nationality Bulgaria; Gender Male;

National ID No. 7704304020 (Bulgaria) (individual) [GLOMAG].

GORANOV, Vladislav Ivanov (Cyrillic: ГОРАНОВ, Владислав Иванов) (a.k.a. GORANOV, Vladimir; a.k.a. GORANOV, Vladislav), II Krasna Polyana R.D., NO 226, Apt. 78, Sofia, Bulgaria; DOB 30 Apr 1977; POB Pleven, Bulgaria; nationality Bulgaria; Gender Male; National ID No. 7704304020 (Bulgaria) (individual) [GLOMAG].

GORDEEV, Sergey Eduardovich (Cyrillic: ГОРДЕЕВ, Сергей Эдуардович) (a.k.a. GORDEYEV, Sergey Eduardovich), Russia; DOB 22 Nov 1972; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 773600375716 (Russia) (individual) [RUSSIA-EO14024].

GORDEYEV, Alexey Vasilievich (Cyrillic: ГОРДЕЕВ, Алексей Васильевич), Russia; DOB 28 Feb 1955; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GORDEYEV, Sergey Eduardovich (a.k.a. GORDEEV, Sergey Eduardovich (Cyrillic: ГОРДЕЕВ, Сергей Эдуардович)), Russia; DOB 22 Nov 1972; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 773600375716 (Russia) (individual) [RUSSIA-EO14024].

GORDIEVSKY, Stanislav Evgenievich, Russia; DOB 09 Sep 1977; Gender Male (individual) [MAGNIT].

GORELKIN, Anton Vadimovich (Cyrillic: ГОРЕЛКИН, Антон Вадимович), Russia; DOB 22 Dec 1982; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GORGE LIMITED, Level 8/5B, Portomaso Business Tower, St. Julians, Malta; D-U-N-S Number 53-400-4151; Trade License No. C 76400 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

GORGEOUS BANK OF NORTH KOREA (a.k.a. BRILLIANCE BANKING CORPORATION, LTD.; a.k.a. HANA BANKING CORPORATION LTD; a.k.a. HUALI BANK (Chinese Simplified: 朝鲜华丽银行); a.k.a. HWARYO BANK (Korean: 화려은행)), Haebangsan Hotel, Jungsong-Dong, Sungri Street, Central District, Pyongyang, Korea, North; Dandong, China; SWIFT/BIC BRBKKPP1; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions

Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

GORITSKY, Dmitry Yuryevich (Cyrillic: ГОРИЦКИЙ, Дмитрий Юрьевич), Russia; DOB 28 Oct 1970; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GORKOV, Sergei Nikolaevich (a.k.a. GORKOV, Sergei Nikolaevich; a.k.a. GORKOV, Sergey Nikolaevich (Cyrillic: ГОРЬКОВ, Сергей Николаевич); a.k.a. GORKOV, Sergey Nikolayevich), Russia; DOB 01 Dec 1968; POB Gay, Orenburg Region, Russia; nationality Russia; Gender Male; Tax ID No. 772900658791 (Russia) (individual) [RUSSIA-EO14024].

GORKOV, Sergei Nikolaevich (a.k.a. GORKOV, Sergei Nikolaevich; a.k.a. GORKOV, Sergey Nikolaevich (Cyrillic: ГОРЬКОВ, Сергей Николаевич); a.k.a. GORKOV, Sergey Nikolayevich), Russia; DOB 01 Dec 1968; POB Gay, Orenburg Region, Russia; nationality Russia; Gender Male; Tax ID No. 772900658791 (Russia) (individual) [RUSSIA-EO14024].

GORKOV, Sergey Nikolaevich (Cyrillic: ГОРЬКОВ, Сергей Николаевич) (a.k.a. GORKOV, Sergei Nikolaevich; a.k.a. GORKOV, Sergei Nikolayevich; a.k.a. GORKOV, Sergey Nikolayevich), Russia; DOB 01 Dec 1968; POB Gay, Orenburg Region, Russia; nationality Russia; Gender Male; Tax ID No. 772900658791 (Russia) (individual) [RUSSIA-EO14024].

GORKOV, Sergey Nikolayevich (a.k.a. GORKOV, Sergei Nikolaevich; a.k.a. GORKOV, Sergei Nikolayevich; a.k.a. GORKOV, Sergey Nikolaevich (Cyrillic: ГОРЬКОВ, Сергей Николаевич)), Russia; DOB 01 Dec 1968; POB Gay, Orenburg Region, Russia; nationality Russia; Gender Male; Tax ID No. 772900658791 (Russia) (individual) [RUSSIA-EO14024].

GORLACH, Tatyana Borisovna (Cyrillic: ГОРЛАЧ, Татьяна Борисовна) (f.k.a. EGEREVA, Tatyana Borisovna (Cyrillic: ЕГЕРЕВА, Татьяна Борисовна); a.k.a. KIRYANOVA, Tatiana Borisovna (Cyrillic: КИРЬЯНОВА, Татьяна Борисовна)), Str. Profsoyuznaya 136-1-200, Moscow 117321, Russia; DOB 20 Apr 1966; POB Moscow, Russia; nationality Russia; Gender Female;

Passport 714842540 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KIRYANOV, Victor Nikolayevich).

GORNIN, Leonid Vladimirovich (Cyrillic: ГОРНИН, Леонид Владимирович), Moscow, Russia; DOB 30 Dec 1972; POB Novosibirsk, Novosibirsk region, Russia; nationality Russia; Gender Male; Tax ID No. 540316302800 (Russia) (individual) [RUSSIA-EO14024].

GORNYAKOV, Sergei Vasilyevich (Cyrillic: ГОРНЯКОВ, Сергей Васильевич), Russia; DOB 05 Jan 1966; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GORNYAKOV, Sergey Vasilyevich (a.k.a. GORNYAKOV, Sergei Vasilyevich (Cyrillic: ГОРНЯКОВ, Сергей Васильевич)), Russia; DOB 05 Jan 1966; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GORODETSKIY, Vladimir Filippovich (Cyrillic: ГОРОДЕЦКИЙ, Владимир Филиппович) (a.k.a. GORODETSKY, Vladimir Filippovich), Russia; DOB 11 Jul 1948; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GORODETSKY, Vladimir Filippovich (a.k.a. GORODETSKIY, Vladimir Filippovich (Cyrillic: ГОРОДЕЦКИЙ, Владимир Филиппович)), Russia; DOB 11 Jul 1948; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GOROKHOV, Andrey Yuryevich (Cyrillic: ГОРОХОВ, Андрей Юрьевич), Russia; DOB 13 Jan 1960; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GORRIN BELISARIO, Raul (a.k.a. GORRIN BELISARIO, Raul Antonio; a.k.a. GORRIN BELISARIO, Raul Antonio De La Santisima Trinidad; a.k.a. GORRIN, Raul; a.k.a. GORRIN, Raul A; a.k.a. GORRIN, Raul Antonio; a.k.a. GORRIN-BELISARIO, Raul Antonio De La Santisima), 4100 Salzedo Street, Apt. 1010, Miami, FL 33146, United States; 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 144 Isla Dorada Blvd., Coral Gables, FL 33143, United States; DOB 22 Nov 1968; citizen Venezuela; Gender Male; Cedula No.

8682996 (Venezuela); Passport 129603081 (Venezuela) expires 14 Oct 2020; alt. Passport 066936455 (Venezuela) expires 10 Jan 2018; alt. Passport 007931220 (Venezuela) expires 24 Jan 2013 (individual) [VENEZUELA-EO13850].

GORRIN BELISARIO, Raul Antonio (a.k.a. GORRIN BELISARIO, Raul; a.k.a. GORRIN BELISARIO, Raul Antonio De La Santisima Trinidad; a.k.a. GORRIN, Raul; a.k.a. GORRIN, Raul A; a.k.a. GORRIN, Raul Antonio; a.k.a. GORRIN-BELISARIO, Raul Antonio De La Santisima), 4100 Salzedo Street, Apt. 1010, Miami, FL 33146, United States; 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 144 Isla Dorada Blvd., Coral Gables, FL 33143, United States; DOB 22 Nov 1968; citizen Venezuela; Gender Male; Cedula No. 8682996 (Venezuela); Passport 129603081 (Venezuela) expires 14 Oct 2020; alt. Passport 066936455 (Venezuela) expires 10 Jan 2018; alt. Passport 007931220 (Venezuela) expires 24 Jan 2013 (individual) [VENEZUELA-EO13850].

GORRIN BELISARIO, Raul Antonio De La Santisima Trinidad (a.k.a. GORRIN BELISARIO, Raul; a.k.a. GORRIN BELISARIO, Raul Antonio; a.k.a. GORRIN, Raul; a.k.a. GORRIN, Raul A; a.k.a. GORRIN, Raul Antonio; a.k.a. GORRIN-BELISARIO, Raul Antonio De La Santisima), 4100 Salzedo Street, Apt. 1010, Miami, FL 33146, United States; 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 144 Isla Dorada Blvd., Coral Gables, FL 33143, United States; DOB 22 Nov 1968; citizen Venezuela; Gender Male; Cedula No. 8682996 (Venezuela); Passport 129603081 (Venezuela) expires 14 Oct 2020; alt. Passport 066936455 (Venezuela) expires 10 Jan 2018; alt. Passport 007931220 (Venezuela) expires 24 Jan 2013 (individual) [VENEZUELA-EO13850].

GORRIN, Raul (a.k.a. GORRIN BELISARIO, Raul; a.k.a. GORRIN BELISARIO, Raul Antonio; a.k.a. GORRIN BELISARIO, Raul Antonio De La Santisima Trinidad; a.k.a. GORRIN, Raul A; a.k.a. GORRIN, Raul Antonio; a.k.a. GORRIN-BELISARIO, Raul Antonio De La Santisima), 4100 Salzedo Street, Apt. 1010, Miami, FL 33146, United States; 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 144 Isla Dorada Blvd., Coral Gables, FL 33143, United States; DOB 22 Nov 1968; citizen Venezuela; Gender Male; Cedula No. 8682996 (Venezuela); Passport

129603081 (Venezuela) expires 14 Oct 2020; alt. Passport 066936455 (Venezuela) expires 10 Jan 2018; alt. Passport 007931220 (Venezuela) expires 24 Jan 2013 (individual) [VENEZUELA-EO13850].

GORRIN, Raul A (a.k.a. GORRIN BELISARIO, Raul; a.k.a. GORRIN BELISARIO, Raul Antonio; a.k.a. GORRIN BELISARIO, Raul Antonio De La Santisima Trinidad; a.k.a. GORRIN, Raul; a.k.a. GORRIN, Raul Antonio; a.k.a. GORRIN-BELISARIO, Raul Antonio De La Santisima), 4100 Salzedo Street, Apt. 1010, Miami, FL 33146, United States; 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 144 Isla Dorada Blvd., Coral Gables, FL 33143, United States; DOB 22 Nov 1968; citizen Venezuela; Gender Male; Cedula No. 8682996 (Venezuela); Passport 129603081 (Venezuela) expires 14 Oct 2020; alt. Passport 066936455 (Venezuela) expires 10 Jan 2018; alt. Passport 007931220 (Venezuela) expires 24 Jan 2013 (individual) [VENEZUELA-EO13850].

GORRIN, Raul Antonio (a.k.a. GORRIN BELISARIO, Raul; a.k.a. GORRIN BELISARIO, Raul Antonio; a.k.a. GORRIN BELISARIO, Raul Antonio De La Santisima Trinidad; a.k.a. GORRIN, Raul; a.k.a. GORRIN, Raul A; a.k.a. GORRIN-BELISARIO, Raul Antonio De La Santisima), 4100 Salzedo Street, Apt. 1010, Miami, FL 33146, United States; 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 144 Isla Dorada Blvd., Coral Gables, FL 33143, United States; DOB 22 Nov 1968; citizen Venezuela; Gender Male; Cedula No. 8682996 (Venezuela); Passport 129603081 (Venezuela) expires 14 Oct 2020; alt. Passport 066936455 (Venezuela) expires 10 Jan 2018; alt. Passport 007931220 (Venezuela) expires 24 Jan 2013 (individual) [VENEZUELA-EO13850].

GORRIN-BELISARIO, Raul Antonio De La Santisima (a.k.a. GORRIN BELISARIO, Raul; a.k.a. GORRIN BELISARIO, Raul Antonio; a.k.a. GORRIN BELISARIO, Raul Antonio De La Santisima Trinidad; a.k.a. GORRIN, Raul; a.k.a. GORRIN, Raul A; a.k.a. GORRIN, Raul Antonio), 4100 Salzedo Street, Apt. 1010, Miami, FL 33146, United States; 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 144 Isla Dorada Blvd., Coral Gables, FL 33143, United States; DOB 22 Nov 1968; citizen Venezuela; Gender Male; Cedula No. 8682996 (Venezuela); Passport 129603081 (Venezuela) expires 14 Oct 2020; alt. Passport

066936455 (Venezuela) expires 10 Jan 2018; alt. Passport 007931220 (Venezuela) expires 24 Jan 2013 (individual) [VENEZUELA-EO13850].

GORUH-E TOSE-E SAKHTEMAN-E TADBIR (a.k.a. TADBIR BUILDING EXPANSION GROUP; a.k.a. TADBIR CONSTRUCTION DEVELOPMENT COMPANY; a.k.a. TADBIR HOUSING DEVELOPMENT GROUP), Block 1, Mehr Passage, 4th Street, Iran Zamin Boulevard, Shahrak Qods, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

GORYACHEVA, Ksenia Alexandrovna (Cyrillic: ГОРЯЧЕВА, Ксения Александровна), Russia; DOB 16 May 1996; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GORYACHEVA, Svetlana Petrovna (Cyrillic: ГОРЯЧЕВА, Светлана Петровна), Russia; DOB 03 Jun 1947; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GOS MKB VYMPEL IM. I.I. TOROPOVA AO (a.k.a. AO GOS MKB VYMPEL IM. I.I. TOROPOVA; a.k.a. JOINT STOCK COMPANY STATE MACHINE BUILDING DESIGN BUREAU VYMPEL BY NAME I.I. TOROPOV; a.k.a. VYMPEL STATE ENGINEERING DESIGN BUREAU JSC NAMED AFTER I.I. TOROPOV), Sh. Volokolamskoe D. 90, Moscow 125424, Russia; Organization Established Date 26 Dec 1991; Tax ID No. 7733546058 (Russia); Registration Number 1057747296166 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

GOSHTASBI, Amanolah (Arabic: امان الله گشتاسبی) (a.k.a. GARSHASBI, Amanollah; a.k.a. GOSHTASBI, Amanollah (Arabic: امان الله گشتاسبی); a.k.a. GOSHTASBI, Amanullah; a.k.a. GOSHTASBI, Amanullah), Iran; DOB 21 Mar 1965 to 20 Mar 1966; POB Gachsaran, Kohgiluyeh and Boyer-Ahmed Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Deputy Inspector of the IRGC Ground Forces (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

GOSHTASBI, Amanollah (Arabic: امان الله گشتاسبی) (a.k.a. GARSHASBI, Amanollah; a.k.a. GOSHTASBI, Amanolah (Arabic: امان الله گشتاسبی); a.k.a. GOSHTASBI, Amanulah; a.k.a.

GOSHTASBI, Amanullah), Iran; DOB 21 Mar 1965 to 2 Mar 1966; POB Gachsaran, Kohgiluyeh and Boyer-Ahmed Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Deputy Inspector of the IRGC Ground Forces (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

GOSHTASBI, Amanulah (a.k.a. GARSHASBI, Amanollah; a.k.a. GOSHTASBI, Amanolah (Arabic: امان الله گشتاسبی); a.k.a. GOSHTASBI, Amanollah (Arabic: امان الله گشتاسبی); a.k.a. GOSHTASBI, Amanullah), Iran; DOB 21 Mar 1965 to 20 Mar 1966; POB Gachsaran, Kohgiluyeh and Boyer-Ahmed Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Deputy Inspector of the IRGC Ground Forces (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

GOSHTASBI, Amanullah (a.k.a. GARSHASBI, Amanollah; a.k.a. GOSHTASBI, Amanolah (Arabic: امان الله گشتاسبی); a.k.a. GOSHTASBI, Amanollah (Arabic: امان الله گشتاسبی); a.k.a. GOSHTASBI, Amanulah), Iran; DOB 21 Mar 1965 to 20 Mar 1966; POB Gachsaran, Kohgiluyeh and Boyer-Ahmed Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Deputy Inspector of the IRGC Ground Forces (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

GOSNIIOKHT (a.k.a. STATE SCIENTIFIC RESEARCH INSTITUTE OF ORGANIC CHEMISTRY AND TECHNOLOGY), Shosse Entuziastov 23, Moscow, Moscow Oblast, Russia [NPWMD].

GOSTARESH PAYA SANAT SINA (a.k.a. BONYAD IMPORT AND EXPORT CO; a.k.a. GOSTARESH PAYASANAT SINA HOLDING; a.k.a. PAYA SANAT SINA; a.k.a. SINA PAYA SANAT DEVELOPMENT CO. (Arabic: شرکت گسترش پایا صنعت سینا); a.k.a. SINA PAYA SANAT DEVELOPMENT COMPANY PJS; a.k.a. SINA PAYA SANAT GOSTARESH CO.; a.k.a. SINA SANAT PAYA DEVELOPMENT COMPANY; a.k.a. "SINAPAD"), Unit 61, 3rd Km Karaj Special Road, Tehran, Iran; No. 42, 17th Street, Gandhi Avenue, Tehran, Iran; Website http://www.sinapad.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101236358 (Iran);

Registration Number 78804 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

GOSTARESH PAYASANAT SINA HOLDING (a.k.a. BONYAD IMPORT AND EXPORT CO; a.k.a. GOSTARESH PAYA SANAT SINA; a.k.a. PAYA SANAT SINA; a.k.a. SINA PAYA SANAT DEVELOPMENT CO. (Arabic: شرکت گسترش پایا صنعت سینا); a.k.a. SINA PAYA SANAT DEVELOPMENT COMPANY PJS; a.k.a. SINA PAYA SANAT GOSTARESH CO.; a.k.a. SINA SANAT PAYA DEVELOPMENT COMPANY; a.k.a. "SINAPAD"), Unit 61, 3rd Km Karaj Special Road, Tehran, Iran; No. 42, 17th Street, Gandhi Avenue, Tehran, Iran; Website http://www.sinapad.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101236358 (Iran); Registration Number 78804 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

GOSTEV, Arkadiy Aleksandrovich (Cyrillic: ГОСТЕВ, Аркадий Александрович), Russia; DOB 11 Feb 1961; POB Shatsk District, Ryazan Region, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

GOSUDARSTVENNAYA KOMPANIYA AVTODOR (a.k.a. AVTODOR GK; a.k.a. GOSUDARSTVENNAYA KOMPANIYA ROSSISKIE AVTOMOBILNYE DOROGI; a.k.a. RUSSIAN HIGHWAYS STATE COMPANY), B-R Strastnoi D. 9, Moscow 127006, Russia; Organization Established Date 12 Aug 2009; Tax ID No. 7717151380 (Russia); Government Gazette Number 94158138 (Russia); Registration Number 1097799013652 (Russia) [RUSSIA-EO14024].

GOSUDARSTVENNAYA KOMPANIYA ROSSISKIE AVTOMOBILNYE DOROGI (a.k.a. AVTODOR GK; a.k.a. GOSUDARSTVENNAYA KOMPANIYA AVTODOR; a.k.a. RUSSIAN HIGHWAYS STATE COMPANY), B-R Strastnoi D. 9, Moscow 127006, Russia; Organization Established Date 12 Aug 2009; Tax ID No. 7717151380 (Russia); Government Gazette Number 94158138 (Russia); Registration Number 1097799013652 (Russia) [RUSSIA-EO14024].

GOSUDARSTVENNAYA KORPORATSIYA RAZVITIYA VEB.RF (f.k.a. BANK FOR FOREIGN TRADE OF THE U.S.S.R.; a.k.a. GK VEB.RF; a.k.a. STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK;

a.k.a. STATE DEVELOPMENT CORPORATION VEB.RF (Cyrillic: ГОСУДАРСТВЕННАЯ КОРПОРАЦИЯ РАЗВИТИЯ ВЭБ.РФ); a.k.a. VEB.RF (Cyrillic: ВЭБ.РФ); f.k.a. VNESHECONOMBANK; f.k.a. VNESHEKONOMBANK GK; f.k.a. VNESHEKONOMBANK SSSR; a.k.a. "BANK FOR DEVELOPMENT"; a.k.a. "VEB"), Akademik Sakharov Ave 9, Moscow 107996, Russia; Pr-kt, Akademika Sakharova, D. 9, Moscow 107078, Russia (Cyrillic: Пр-Кт Академика Сахарова, Д. 9, Город Москва 107078, Russia); SWIFT/BIC BFEARUMM; Website www.veb.ru; BIK (RU) 044525060; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 18 Aug 1922; Target Type State-Owned Enterprise; alt. Target Type Financial Institution; Tax ID No. 7750004150 (Russia); Government Gazette Number 00005061 (Russia); Registration Number 1077711000102 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE DOPOLNITELNOGO OBRAZOVANIYA RESPUBLIKI KRYM REGIONALNY TSENTR PO PODGOTOVKE K VOENNOI SLUZHBE I VOENNO-PATRIOTICHESKOMU VOSPITANIYU (Cyrillic: РЕГИОНАЛЬНЫЙ ЦЕНТР ПО ПОДГОТОВКЕ К ВОЕННОЙ СЛУЖБЕ И ВОЕННО ПАТРИОТИЧЕСКОМУ ВОСПИТАНИЮ). (a.k.a. KRYMPATRIOTTSENTR; a.k.a. REGIONAL CENTER FOR PREPARATION FOR MILITARY SERVICE AND MILITARY PATRIOTIC EDUCATION.; a.k.a. STATE BUDGETARY EDUCATIONAL INSTITUTION OF ADDITIONAL EDUCATION OF THE REPUBLIC OF CRIMEA CRIMEA PATRIOT CENTER (Cyrillic: ГОСУДАРСТВЕННОЕ БЮДЖЕТНОЕ ОБРАЗОВАТЕЛЬНОЕ УЧРЕЖДЕНИЕ ДОПОЛНИТЕЛЬНОГО ОБРАЗОВАНИЯ РЕСПУБЛИКИ КРЫМ КРЫМПАТРИОТЦЕНТР)), 60 Let Oktyabrya Street, Building 13/64, Simferopol, Crimea 295044, Ukraine; Organization Established Date 15 Jun 2015; Tax ID No. 9102187450

(Russia); Registration Number 1159102101180 (Russia) [RUSSIA-EO14024].

GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRIM KONSTRUKTORSKO-TECHNOLOGICHESKOE BYURO SUDOKOMPOZIT (Cyrillic: ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ РЕСПУБЛИКИ КРЫМ КОНСТРУКТОРСКО ТЕХНОЛОГИЧЕСКОЕ БЮРО СУДОКОМПОЗИТ) (a.k.a. GUP RK KTB SUDOKOMPOZIT (Cyrillic: ГУП РК КТБ СУДОКОМПОЗИТ); a.k.a. KTB SUDOKOMPOZIT, GUP; a.k.a. STATE UNITARY ENTERPRISE IN THE REPUBLIC OF CRIMEA DESIGN-TECHNOLOGY BUREAU SUDOKOMPOZIT; a.k.a. SUDOKOMPOZIT DESIGN AND TECHNOLOGICAL BUREAU), House 14, Kuibysheva Street, Feodosia, Crimea 298100, Ukraine; Website http://sudocompozit.ru/; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9108007745 (Russia); Government Gazette Number 00745510 (Russia); Registration Number 1149102094680 (Russia) [UKRAINE-EO13685].

GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL (a.k.a. CRIMEAN STATE AVIATION ENTERPRISE UNIVERSAL-AVIA; a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL-AVIA; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE UNIVERSAL-AVIA; a.k.a. STATE ENTERPRISE UNIVERSAL-AVIA; a.k.a. UNIVERSAL-AVIA, CRIMEA STATE AVIATION ENTERPRISE; a.k.a. UNIVERSAL-AVIA, GUP RK), 5, Aeroflotskaya Street, Simferopol, Crimea 95024, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1159102026742; Tax ID No. 9102159300; Government Gazette Number 00830954 [UKRAINE-EO13685].

GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL-AVIA (a.k.a. CRIMEAN STATE AVIATION ENTERPRISE UNIVERSAL-AVIA; a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL; a.k.a. GOSUDARSTVENOYE PREDPRIYATIYE UNIVERSAL-AVIA; a.k.a.

STATE ENTERPRISE UNIVERSAL-AVIA; a.k.a. UNIVERSAL-AVIA, CRIMEA STATE AVIATION ENTERPRISE; a.k.a. UNIVERSAL-AVIA, GUP RK), 5, Aeroflotskaya Street, Simferopol, Crimea 95024, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1159102026742; Tax ID No. 9102159300; Government Gazette Number 00830954 [UKRAINE-EO13685].

GOSUDARSTVENNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: ГОСУДАРСТВЕННОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ) (a.k.a. CENTRKURORT; a.k.a. DZYARZHAUNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: ДЗЯРЖАЎНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. REPUBLICAN UNITARY ENTERPRISE TSENTRKURORT; a.k.a. RESPUBLIKANSKAYE UNITARNAYE PRADPRYEMSTVA TSENTRKURORT (Cyrillic: РЭСПУБЛІКАНСКАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА ЦЭНТРКУРОРТ); a.k.a. RESPUBLIKANSKOYE UNITARNOYE PREDPRIYATIYE TSENTRKURORT (Cyrillic: РЕСПУБЛИКАНСКОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ ЦЕНТРКУРОРТ); a.k.a. STATE ENTERPRISE TSENTRKURORT; a.k.a. TSENTRKURORT), ul. Myasnikova, d. 39, kom. 338, Minsk 220048, Belarus (Cyrillic: ул. Мясникова, д. 39, ком. 338, г. Минск 220048, Belarus); Organization Established Date 19 Jul 2000; Organization Type: Tour operator activities; alt. Organization Type: Travel agency activities; Target Type State-Owned Enterprise; Registration Number 100726604 (Belarus) [BELARUS-EO14038].

GOSUDARSTVENNY NAUCHNO-ISSLEDOVATELSKIY ISPYTATELNY INSTITUT VOYENNOY MEDITSINY (a.k.a. GNIII VM MOD RF (Cyrillic: ГНИИИ ВМ МО РФ); a.k.a. STATE INSTITUTE FOR EXPERIMENTAL MILITARY MEDICINE (Cyrillic: ГОСУДАРСТВЕННЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИСПЫТАТЕЛЬНЫЙ ИНСТИТУТ ВОЕННОЙ МЕДИЦИНЫ); a.k.a. STATE INSTITUTE FOR EXPERIMENTAL MILITARY MEDICINE OF THE MINISTRY OF DEFENSE (Cyrillic: ГОСУДАРСТВЕННЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИСПЫТАТЕЛЬНЫЙ ИНСТИТУТ ВОЕННОЙ МЕДИЦИНЫ МО); a.k.a. STATE RESEARCH EXPERIMENTAL INSTITUTE OF MILITARY MEDICINE; a.k.a. "GNII VM" (Cyrillic: "ГНИИ ВМ")), Lesoparkovaya Street, Building 4, St.

Petersburg 195043, Russia (Cyrillic: Улица Лесопарковая, Дом 4, Санкт-Петербург 195043, Russia); Registration ID 1157847310048; Tax ID No. 7806194153 [RUSSIA-EO14024].

GOSUDARSTVENNY SPETSIALIZIROVANNY ROSSISKI EKSPORTNO-IMPORTNY BANK (ZAKRYTOE AKTSIONERNOE OBSHCHESTVO) (a.k.a. AO ROSEKSIMBANK (Cyrillic: АО РОСЭКСИМБАНК); a.k.a. EXIMBANK OF RUSSIA; a.k.a. EXIMBANK OF RUSSIA JSC; a.k.a. EXIMBANK OF RUSSIA ZAO; a.k.a. ROSEKSIMBANK, ZAO; a.k.a. RUSSIAN EXPORT-IMPORT BANK; a.k.a. STATE SPECIALIZED RUSSIAN EXPORT-IMPORT BANK JOINT-STOCK COMPANY (Cyrillic: ГОСУДАРСТВЕННЫЙ СПЕЦИАЛИЗИРОВАННЫЙ РОССИЙСКИЙ ЭКСПОРТНО-ИМПОРТНЫЙ БАНК АКЦИОНЕРНОЕ ОБЩЕСТВО)), 12 Krasnopresnenskaya Embankments, Moscow 123610, Russia; SWIFT/BIC EXIRRUMM; Website eximbank.ru; Executive Order 13883 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 24 May 1994; Target Type Financial Institution; Tax ID No. 7704001959 (Russia); Legal Entity Number 253400HA6URWT39X2982; Registration Number 1027739109133 (Russia); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

GOSUDARSTVENOYE PREDPRIYATIYE AGRO-FIRMA MAGARACH NACIONALNOGO INSTITUTA VINOGRADA I VINA MAGARACH (a.k.a. AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH, DP; a.k.a. DERZHAVNE PIDPRYEMSTVO AGROFIRMA MAGARACH NATSIONALNOGO INSTYTUTU VYNOGRADU I VYNA MAGARACH; a.k.a. MAGARACH AGRICULTURAL COMPANY OF NATIONAL INSTITUTE OF WINE AND GRAPES MAGARACH; a.k.a. STATE ENTERPRISE AGRICULTURAL COMPANY MAGARACH NATIONAL INSTITUTE OF VINE AND WINE

MAGARACH; a.k.a. STATE ENTERPRISE MAGARACH OF THE NATIONAL INSTITUTE OF WINE), Bud. 9 vul. Chapaeva, S.Viline, Bakhchysaraisky R-N, Crimea 98433, Ukraine; 9 Chapayeva str., Vilino, Bakhchisaray Region, Crimea 98433, Ukraine; 9 Chapayeva str., Vilino, Bakhchisarayski district 98433, Ukraine; 9, Chapaeva Str., Vilino, Bakhchisaray Region, Crimea 98433, Ukraine; Website http://magarach-institut.ru/; Email Address magar@ukr.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 11231070006000476 (Ukraine); Government Gazette Number 31332064 (Ukraine) [UKRAINE-EO13685].

GOSUDARSTVENOYE PREDPRIYATIYE UNIVERSAL-AVIA (a.k.a. CRIMEAN STATE AVIATION ENTERPRISE UNIVERSAL-AVIA; a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL; a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRYM UNIVERSAL-AVIA; a.k.a. STATE ENTERPRISE UNIVERSAL-AVIA; a.k.a. UNIVERSAL-AVIA, CRIMEA STATE AVIATION ENTERPRISE; a.k.a. UNIVERSAL-AVIA, GUP RK), 5, Aeroflotskaya Street, Simferopol, Crimea 95024, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1159102026742; Tax ID No. 9102159300; Government Gazette Number 00830954 [UKRAINE-EO13685].

GOSUDARSTVENOYE PREDPRIYATIYE ZAVOD SHAMPANSKYKH VIN NOVY SVET (a.k.a. DERZHAVNE PIDPRYEMSTVO ZAVOD SHAMPANSKYKH VYN NOVY SVIT; a.k.a. NOVY SVET WINERY; a.k.a. NOVY SVET WINERY STATE ENTERPRISE; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINE NOVY SVET; a.k.a. STATE ENTERPRISE FACTORY OF SPARKLING WINES NEW WORLD; a.k.a. ZAVOD SHAMPANSKYKH VYN NOVY SVIT, DP), 1 Shaliapin Street, Novy Svet Village, Sudak, Crimea 98032, Ukraine; Bud. 1 vul. Shalyapina Smt, Novy Svit, Sudak, Crimea 98032, Ukraine; 1 Shalyapina str. Novy Svet, Sudak 98032, Ukraine; Website http://nsvet.com.ua/en/contacts; Email Address boss@nsvet.com.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209;

Registration ID 00412665 (Ukraine) [UKRAINE-EO13685].

GOTMAN, David (a.k.a. GUSEV, Denis Igorevich (Cyrillic: ГУСЕВ, ДЕНИС ИГОРЕВИЧ); a.k.a. POMOJAC, Marin), Moscow, Russia; DOB 10 Jun 1986; alt. DOB 08 Jul 1977; alt. DOB 07 Oct 1987; POB Moscow, Russia; alt. POB Ceadir-Lunga, Moldova; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 717386212 (Russia); alt. Passport A1167292 (Moldova); alt. Passport 1213007 (Israel) (individual) [CYBER2] (Linked To: EVIL CORP).

GOTO, Tadamasa (Japanese: 後藤忠正; Japanese: 後藤忠政) (a.k.a. GOTOU, Chyuei; a.k.a. "AJA, Chuei" (Japanese: "アジャ忠政"); a.k.a. "CHUEI" (Japanese: "忠政"); a.k.a. "OKNHA, Chuei"), Cambodia; DOB 16 Sep 1942; POB Tokyo, Japan; citizen Cambodia (individual) [TCO] (Linked To: YAKUZA).

GOTOU, Chyuei (a.k.a. GOTO, Tadamasa (Japanese: 後藤忠正; Japanese: 後藤忠政); a.k.a. "AJA, Chuei" (Japanese: "アジャ忠政"); a.k.a. "CHUEI" (Japanese: "忠政"); a.k.a. "OKNHA, Chuei"), Cambodia; DOB 16 Sep 1942; POB Tokyo, Japan; citizen Cambodia (individual) [TCO] (Linked To: YAKUZA).

GOTSANIUK, Jurij Mikhailovich (a.k.a. GOTSANYUK, Jury Mikhailovich; a.k.a. GOTSANYUK, Yuri Mikhailovich (Cyrillic: ГОЦАНЮК, Юрий Михайлович); a.k.a. HOTSANIUK, Iurii Mykhailovich (Cyrillic: ГОЦАНЮК, Юрій Михайлович)), Simferopol, Ukraine; DOB 18 Jul 1966; POB Nove Selo, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

GOTSANYUK, Jury Mikhailovich (a.k.a. GOTSANIUK, Jurij Mikhailovich; a.k.a. GOTSANYUK, Yuri Mikhailovich (Cyrillic: ГОЦАНЮК, Юрий Михайлович); a.k.a. HOTSANIUK, Iurii Mykhailovych (Cyrillic: ГОЦАНЮК, Юрій Михайлович)), Simferopol, Ukraine; DOB 18 Jul 1966; POB Nove Selo, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

GOTSANYUK, Yuri Mikhailovich (Cyrillic: ГОЦАНЮК, Юрий Михайлович) (a.k.a. GOTSANIUK, Jurij Mikhailovich; a.k.a. GOTSANYUK, Jury Mikhailovich; a.k.a. HOTSANIUK, Iurii Mykhailovych (Cyrillic:

ГОЦАНЮК, Юрій Михайлович), Simferopol, Ukraine; DOB 18 Jul 1966; POB Nove Selo, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

GOUDARZI, Mohammad Moazami (a.k.a. GOUDARZI, Mohammad Moazzami (Arabic: محمد معظمی کودرزی)), Tehran, Iran; DOB 21 Mar 1957; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport J43303959 (Iran) expires 16 Oct 2022 (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

GOUDARZI, Mohammad Moazzami (Arabic: محمد معظمی کودرزی) (a.k.a. GOUDARZI, Mohammad Moazami), Tehran, Iran; DOB 21 Mar 1957; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport J43303959 (Iran) expires 16 Oct 2022 (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

GOVERNMENT OF IRAN DEPARTMENT OF DEFENSE (a.k.a. MINISTRY OF DEFENCE & ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE AND SUPPORT FOR ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE ARMED FORCES LOGISTICS; a.k.a. MINISTRY OF DEFENSE FOR ARMED FORCES LOGISTICS; a.k.a. MODAFL; a.k.a. MODSAF; a.k.a. VEZARATE DEFA; a.k.a. VEZARAT-E DEFA VA POSHTYBANI-E NIRU-HAYE MOSALLAH), Ferdowsi Avenue, Sarhang Sakhaei Street, Tehran, Iran; PO Box 11365-8439, Pasdaran Ave., Tehran, Iran; West side of Dabestan Street, Abbas Abad District, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ROSOBORONEKSPORT OAO).

GOVORUN, Oleg, Russia; DOB 15 Jan 1969; POB Bratsk, Irkutsk Region, Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Presidential Directorate for Social and Economic Cooperation with the Commonwealth of Independent States Member Countries, the

Republic of Abkhazia, and the Republic of South Ossetia (individual) [UKRAINE-EO13661].

GOVTVIN, Yuriy Nikolaevich (Cyrillic: ГОВТВИН, Юрий Николаевич) (a.k.a. GOVTVIN, Yuriy Nikolayevich; a.k.a. HOVTVIN, Yuriy Mykolayovych (Cyrillic: ГОВТВІН, Юрій Миколайович)), Square of the Heroes of the Great Patriotic War, 3, Luhansk, So-called Luhansk People's Republic, Ukraine; DOB 12 Apr 1968; nationality Ukraine; Gender Male (individual) [RUSSIA-EO14065].

GOVTVIN, Yuriy Nikolayevich (a.k.a. GOVTVIN, Yuriy Nikolaevich (Cyrillic: ГОВТВИН, Юрий Николаевич); a.k.a. HOVTVIN, Yuriy Mykolayovych (Cyrillic: ГОВТВІН, Юрій Миколайович)), Square of the Heroes of the Great Patriotic War, 3, Luhansk, So-called Luhansk People's Republic, Ukraine; DOB 12 Apr 1968; nationality Ukraine; Gender Male (individual) [RUSSIA-EO14065].

GOVYRIN, Alexey (Cyrillic: ГОВЫРИН, Алексей), Russia; DOB 26 May 1983; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GOZ, Alen (a.k.a. GOETZ, Alain; a.k.a. GOETZ, Alain Francois Viviane), The Palm Jumeirah 0-35, 65919, Dubai, United Arab Emirates; Villa 39, Frond N, The Palm Jumeirah, Dubai, United Arab Emirates; DOB 24 Apr 1965; alt. DOB 20 Apr 1965; POB Antwerp, Belgium; nationality Belgium; citizen Turkey; Gender Male; Passport EP985086 (Belgium) issued 08 May 2018 expires 07 May 2025; alt. Passport 50641895930 (Turkey) expires 10 Jul 2030; Identification Number 784196536022277 (United Arab Emirates) (individual) [DRCONGO] (Linked To: AFRICAN GOLD REFINERY LIMITED).

GP NPO ASTROFIZIKA (a.k.a. AKTSIONERNOE OBSHCHESTVO NATSIONALNIY TSENTR LAZERNYKH SISTEM I KOMPLEKSOV ASTROFIZIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАЦИОНАЛЬНЫЙ ЦЕНТР ЛАЗЕРНЫХ СИСТЕМ И КОМПЛЕКСОВ АСТРОФИЗИКА); a.k.a. AO NTSLSK ASTROFIZIKA; a.k.a. JOINT STOCK COMPANY ASTROPHYSIKA NATIONAL CENTRE OF LASER SYSTEMS AND COMPLEXES), Ul. Aleksandra Solzhenitsyna D. 27, Pomeshch. I, Moscow 109004, Russia; Tax ID No. 7733826256 (Russia); Registration

Number 1127747254744 (Russia) [RUSSIA-EO14024].

GPM VERKHNE MENKECHE LLC (a.k.a. LIMITED LIABILITY COMPANY GEOPROMAINING VERKHNE MENKECHE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЕОПРОМАЙНИНГ ВЕРХНЕ МЕНКЕЧЕ)), d. 4 pom. 13, etazh 1, ul. Magadanskaya, Pos. Khandyga 678720, Russia; Tax ID No. 7707674550 (Russia); Registration Number 5087746087040 (Russia) [RUSSIA-EO14024] (Linked To: LLC HOLDING GPM).

GPO AZOT OJSC (f.k.a. GRODNESKOYE PROZVODSTVENNOYE OBYEDINENYE AZOT; a.k.a. GRODNO AZOT; a.k.a. GRODNO AZOT OAO; f.k.a. RUP GPO AZOT; f.k.a. RUP GRODNENSKOYE PO AZOT), Prospekt Kosmanovtov 100, 230013, Grodno, Belarus; 100 Kosmonavtov Avenue, 230013, Grodno, Belarus; 100 Kosmonavtov pr., 230013, Grodno, Belarus [BELARUS].

GQ SOLUTION ELEKTRONIK EKIPMAN LIMITED SIRKETI, Sultan Selim Mah. Eski Buyukdere Cad No: 61 Ic Kapi No: 2 Kagithane, Istanbul, Turkey; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration Number 391615-5 (Turkey) [RUSSIA-EO14024].

GR ARQUITECTOS (a.k.a. G Y R ARQUITECTOS, S. DE R.L. DE C.V.), Kukulkan 4783, Col. Mirador del Sol, Zapopan, Jalisco, Mexico; Website www.grarquitectos.mx; Folio Mercantil No. 41884 (Mexico) [SDNTK].

GRABCHAK, Evgeniy (a.k.a. GRABCHAK, Evgeniy Petrovich; a.k.a. GRABCHAK, Evgeny), Russia; DOB 18 Jul 1981; POB Ust-Labinsk, Krasnodar Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Department of Operational Control and Management in the Electric Power Industry in the Energy Ministry of the Russian Federation (individual) [UKRAINE-EO13661].

GRABCHAK, Evgeniy Petrovich (a.k.a. GRABCHAK, Evgeniy; a.k.a. GRABCHAK, Evgeny), Russia; DOB 18 Jul 1981; POB Ust-Labinsk, Krasnodar Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209; Head of the Department of Operational Control and Management in the Electric Power Industry in the Energy Ministry of the Russian Federation (individual) [UKRAINE-EO13661].

GRABCHAK, Evgeny (a.k.a. GRABCHAK, Evgeniy; a.k.a. GRABCHAK, Evgeniy Petrovich), Russia; DOB 18 Jul 1981; POB Ust-Labinsk, Krasnodar Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Department of Operational Control and Management in the Electric Power Industry in the Energy Ministry of the Russian Federation (individual) [UKRAINE-EO13661].

GRACE BAY SHIPPING INC, Care of Sambouk Shipping FCZ, 1st Floor, FITCO Building No 3, Inside Fujairah Port, PO Box 50044, Fujairah, United Arab Emirates; Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

GRACHEV, Pavel Sergeyevich (Cyrillic: ГРАЧЁВ, Павел Сергеевич) (a.k.a. GRACHYOV, Pavel Sergeevich), Russia; DOB 21 Jan 1973; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 770200640178 (Russia) (individual) [RUSSIA-EO14024].

GRACHYOV, Pavel Sergeevich (a.k.a. GRACHEV, Pavel Sergeyevich (Cyrillic: ГРАЧЁВ, Павел Сергеевич)), Russia; DOB 21 Jan 1973; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 770200640178 (Russia) (individual) [RUSSIA-EO14024].

GRACIOUS SHIPPING CO LTD (a.k.a. GRACIOUS SHIPPING COMPANY LIMITED), Flat 302, 3/F, The Strand, 49 Bonham Strand, Sheung Wan, Hong Kong, China; Room 2604, 26th Floor, Nam Wo Hong Building, 148 Wing Lok Street, Sheung Wan, Hong Kong, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY

OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); C.R. No. 2563281 (Hong Kong); Identification Number IMO 6003094 [IFCA].

GRACIOUS SHIPPING COMPANY LIMITED (a.k.a. GRACIOUS SHIPPING CO LTD), Flat 302, 3/F, The Strand, 49 Bonham Strand, Sheung Wan, Hong Kong, China; Room 2604, 26th Floor, Nam Wo Hong Building, 148 Wing Lok Street, Sheung Wan, Hong Kong, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); C.R. No. 2563281 (Hong Kong); Identification Number IMO 6003094 [IFCA].

GRADJEVINSKO PREDUZECE INKOP DOO CUPRIJA (a.k.a. INKOP DOO CUPRIJA; a.k.a. "INKOP"), Karadordeva 6, Cuprija 35230, Serbia; Organization Established Date 12 May 1992; Organization Type: Construction of roads and railways; V.A.T. Number 100245351 (Serbia) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

GRAF, Herman (a.k.a. GREF, German Oskarovich; a.k.a. GREF, Herman Oskarovich (Cyrillic: ГРЕФ, Герман Оскарович)), Russia; DOB 08 Feb 1964; POB Panfilovo, Kazakhstan; nationality Russia; Gender Male; Passport 760508990 (Russia); National ID No. 4509555545 (Russia) (individual) [RUSSIA-EO14024].

GRAINS MIDDLE EAST TRADING DWC-LLC (Arabic: جرينز الشرق الأوسط للتجارة دي دبليو سي ش.ذ.م.م), Building A3 Office 213 Dubai World Central Business Park, Dubai, United Arab Emirates; Office 1705, Lake Central Tower, Business Bay, Dubai, United Arab Emirates; Office 426, A5 Building, Dubai World Central, Dubai, United Arab Emirates; Bahnhofstrasse 29, Zug 6300, Switzerland; Bahnhofstrasse 21, Zug 6300, Switzerland; Website https://grains-middleeast.com; Organization Established Date 18 Jul 2019; alt. Organization Established Date 10 May 2022; Company Number CHE-390.605.414 (Switzerland); Business Registration Number 9245 (United Arab Emirates); Registration Number CH-

170.9.002.230-0 (Switzerland); Economic Register Number (CBLS) 11454986 (United Arab Emirates) [SYRIA] (Linked To: LIMITED COMPANY STG LOGISTIC).

GRAK, Olga Yurievna (Cyrillic: ГРАК, Ольга Юрьевна), Kaliningrad, Russia; DOB 13 May 1973; POB Kaliningrad, Russia; nationality Russia; Gender Female; Passport 71 9823288 (Russia) (individual) [RUSSIA-EO14024].

GRAMASHOV, Dmitrij Sergeevich (Cyrillic: ГРАМАШОВ, Дмитрο Сергійович) (a.k.a. GRAMASHOV, Dmitry Sergeevich (Cyrillic: ГРАМАШОВ, Дмитрий Сергеевич)), 60 Let SSSR St, 12A, kv 86, Alushta, Crimea, Ukraine (Cyrillic: ул. 60 лет СССР, 12А, кв. 86, г. Алушта, Крым, Ukraine); DOB 23 May 1988; POB Alushta, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] [UKRAINE-EO13685].

GRAMASHOV, Dmitry Sergeevich (Cyrillic: ГРАМАШОВ, Дмитрий Сергеевич) (a.k.a. GRAMASHOV, Dmitrij Sergeevich (Cyrillic: ГРАМАШОВ, Дмитро Сергійович)), 60 Let SSSR St, 12A, kv 86, Alushta, Crimea, Ukraine (Cyrillic: ул. 60 лет СССР, 12А, кв. 86, г. Алушта, Крым, Ukraine); DOB 23 May 1988; POB Alushta, Ukraine; nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] [UKRAINE-EO13685].

GRAN MUELLE S.A., Carrera 3 No. 7-32 Piso 3, Buenaventura, Colombia; Carrera 3 No. 7-42, Buenaventura, Colombia; Calle 6 Km 5 Kennedy, Buenaventura, Colombia; Calle 7A No. 3-73 Piso 3, Buenavetura, Colombia; Av. Simon Bolivar Km 4 El Pinal, Buenaventura, Colombia; Av. Simon Bolivar Km 5, Buenaventura, Colombia; Av. Portuaria Edif. Colfecar B-B Modulo 38, Buenaventura, Colombia; NIT # 800173054-1 (Colombia) [SDNT].

GRANATURA, S. DE P.R. DE R.L. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 81689 (Mexico) [SDNTK].

GRAND CASINO (a.k.a. GRAND CASINO ZAPOPAN), Av. Adolfo Lopez Mateos Sur 4527, Col. La Calma, Zapopan, Jalisco 45070, Mexico [SDNTK].

GRAND CASINO ZAPOPAN (a.k.a. GRAND CASINO), Av. Adolfo Lopez Mateos Sur 4527,

Col. La Calma, Zapopan, Jalisco 45070, Mexico [SDNTK].

GRAND SERVICE EXPRESS (Cyrillic: ГРАНД СЕРВИС ЭКСПРЕСС) (a.k.a. AO GRAND SERVIS EKSPRESS; a.k.a. JOINT STOCK COMPANY GRAND SERVICE EXPRESS; a.k.a. JOINT STOCK COMPANY TRANSPORT COMPANY GRAND SERVICE EXPRESS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСПОРТНАЯ КОМПАНИЯ ГРАНД СЕРВИС ЭКСПРЕСС); a.k.a. "GRAND EXPRESS" (Cyrillic: "ГРАНД ЭКСПРЕСС"); a.k.a. "JSC GSE"), 85 Sheremetevskaya St., Building 1, Moscow 129075, Russia; ul. Sheremetevskaya. d. 85, str. 1, Moscow 129075, Russia; P.O. Box 15, Moscow 129075, Russia; a/ya 15, Moscow 129075, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7705445700 (Russia) [UKRAINE-EO13685].

GRAND STORES (THE GAMBIA LOCATION ONLY) (a.k.a. TAJCO; a.k.a. TAJCO COMPANY; a.k.a. TAJCO COMPANY LLC; a.k.a. TAJCO LTD; a.k.a. TAJCO SARL; a.k.a. TRADEX CO), 62 Buckle Street, Banjul, The Gambia; 1 Picton Street, Banjul, The Gambia; Dohat Building 1st Floor, Liberation Avenue, Banjul, The Gambia; Tajco Building, Main Street, Hannawiyah, Tyre, Lebanon; Tajco Building, Hanouay, Sour (Tyre), Lebanon; 30 Sani Abacha Street, Freetown, Sierra Leone; Website www.tajco-ltd.com; alt. Website www.tajcogambia.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; (Tradex Co. is a subsidiary of Tajco Company and operates from the same business address in Freetown, Sierra Leone as Tajco Company.) [SDGT].

GRAND TOWN (a.k.a. GRAND TOWN TOURISM PROJECT (Arabic: مشروع غراند تاون السياحي); a.k.a. GRAND TOWN TOURIST CITY (Arabic: غراند تاون المدينة السياحة); a.k.a. ZK GRAND TOWN), Airport Road, after the Fourth Bridge, Damascus, Syria; Website www.facebook.com/ZKGrandTown/; Organization Established Date 2017; Organization Type: Real estate activities on a fee or contract basis [SYRIA].

GRAND TOWN TOURISM PROJECT (Arabic: مشروع غراند تاون السياحي) (a.k.a. GRAND TOWN; a.k.a. GRAND TOWN TOURIST CITY (Arabic: غراند تاون المدينة السياحة); a.k.a. ZK GRAND TOWN), Airport Road, after the Fourth

Bridge, Damascus, Syria; Website www.facebook.com/ZKGrandTown/; Organization Established Date 2017; Organization Type: Real estate activities on a fee or contract basis [SYRIA].

GRAND TOWN TOURIST CITY (Arabic: غراند ناون المدينة السياحة) (a.k.a. GRAND TOWN; a.k.a. GRAND TOWN TOURISM PROJECT (Arabic: مشروع غراند ناون السياحي); a.k.a. ZK GRAND TOWN), Airport Road, after the Fourth Bridge, Damascus, Syria; Website www.facebook.com/ZKGrandTown/; Organization Established Date 2017; Organization Type: Real estate activities on a fee or contract basis [SYRIA].

GRANDEUR GENERAL TRADING FZE, P.O. Box 5480, Fujairah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR).

GRANJA LA SIERRA LTDA., Carrera 85C No. 43-22, Cali, Colombia; Callejon El Dinamo V/Gorgona, Candelaria, Colombia; NIT # 800253142-5 (Colombia) [SDNT].

GRANKO ARTEAGA, Alexander Enrique, Miranda, Venezuela; DOB 25 Mar 1981; Gender Male; Cedula No. 14970215 (Venezuela) (individual) [VENEZUELA].

GRANOVSKY, Aleksey Ivanovich, 41 Ulitsa Malakhova, Donetsk, Donetsk Region, Ukraine; DOB 03 Nov 1973; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC).

GRANPECT CO. LTD., Room 1701, 17th Floor, Block A, Tsinghua Tongfang Technology Building, No. 1 Wangzhuang Road, Wudaokou, Haidan District, Beijing 100083, China; Website www.granpect.com; Organization Established Date 02 Mar 2005; Registration Number 110108007999360 (China); Unified Social Credit Code (USCC) 911101087719621018 (China) [NPWMD].

GRAWIT LIMITED, Elli Court, Floor 2, Flat 4, 210, Makariou III Limassol, 3030, Limassol, Cyprus; Registration ID HE272654 (Cyprus) [GLOMAG] (Linked To: TESIC, Slobodan).

GRAZHDANSKIE PRIPASY (a.k.a. "GP AMMO"), Ter. Oez Ppt Lipetsk Str. 71, Gryazi 398010, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of

Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4802011685 (Russia); Registration Number 1084802000832 (Russia) [RUSSIA-EO14024].

GREAT LAKES BUSINESS COMPANY (a.k.a. GLBC), P. O. Box 315, Goma, Congo, Democratic Republic of the; Gisenyi, Rwanda [DRCONGO].

GREAT SHARE INTERNATIONAL LOGISTICS LIMITED (Chinese Simplified: 深圳市大协国际货运代理有限公司) (a.k.a. SHENZHEN DAXIE FREIGHT AGENCY CO LTD; a.k.a. SHENZHEN DAXIE INTERNATIONAL FREIGHT SHIPPING CO LTD; a.k.a. SHENZHEN FEDERATION OF INTERNATIONAL FREIGHT FORWARDING CO LTD), Room 2210, Building 2, Nanguang City Garden, at the intersection of Nanshan District Avenue and Chuangye Road, Shenzhen, China; Unified Social Credit Code (USCC) 91440300584057093C (China) [RUSSIA-EO14024].

GREAT TEHRAN PENITENTIARY (a.k.a. FASHAFOUYEH PRISON; a.k.a. FASHAFOYE PRISON), Tehran Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

GREEN BIRDS, Alihaa, 7020, Naifaru, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 19 Aug 2019; Registration Number SP-1741/2019 (Maldives); Permit Number IG1107T102019 (Maldives) issued 01 Sep 2019 [SDGT] (Linked To: RAZZAQ, Mohamed Maathiu Abdul).

GREEN CAR RENT LIMITED PARTNERSHIP (a.k.a. HANG HUN SUAN CHAMKAT KRIN KHA REN), 445/11 Soi Ramkamhaeng, 39 Lat Phrao Road, Wang Thong Lang, Bang Kapi district, Bangkok, Thailand [SDNTK].

GREEN DISTRICT B.V. (f.k.a. RESEARCH GROUP NEDERLAND B.V.), Huygensstraat 42, JM, Boxtel 5283, Netherlands; Website www.researchgroupnederland.com; Organization Established Date 12 Jan 2017; Tax ID No. 857833340 (Netherlands) [ILLICIT-DRUGS-EO14059] (Linked To: PEIJNENBURG, Alex Adrianus Martinus; Linked To: ORGANIC DISTRICT B.V.).

GREEN ENERGY SOLUTIONS PROJECT MANAGEMENT SERVICES SOLE PROPRIETORSHIP LLC (Arabic: جرين انرجي سليو شنس لخدمات أدارة المشاريع شركة الشخص الواحد ذ.م.م), East 40 Al Sa'adah, Abu Dhabi,

United Arab Emirates; Identification Number 11899598 (United Arab Emirates) [RUSSIA-EO14024].

GREEN INDUSTRIES HONG KONG LIMITED (a.k.a. GREEN INDUSTRIES, LTD), 2/F, Green 18, Phase 2, Hong Kong Science Park, Pak Shek Kok, NT, Hong Kong; Flat A10, 8/F, Hung Fuk Factory Building, 60 Hung To Road, Kwun Tong, Hong Kong; Unit D, 16/F, One Capital Place, 18 Luard Road, Wan Chai, Hong Kong; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 2147089 [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed).

GREEN INDUSTRIES, LTD (a.k.a. GREEN INDUSTRIES HONG KONG LIMITED), 2/F, Green 18, Phase 2, Hong Kong Science Park, Pak Shek Kok, NT, Hong Kong; Flat A10, 8/F, Hung Fuk Factory Building, 60 Hung To Road, Kwun Tong, Hong Kong; Unit D, 16/F, One Capital Place, 18 Luard Road, Wan Chai, Hong Kong; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 2147089 [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed).

GREEN ISLAND S.A., Avenida El Dorado Entrada 2 Int. 6, Bogota, Colombia; NIT # 830067456-4 (Colombia) [SDNT].

GREEN LEAF GENERAL TRADING LLC (f.k.a. GREEN LEAF TRADING LLC), P.O. Box 56351, Dubai, United Arab Emirates; Hamad Bin Ali Alowais Building, Al Suq Al Kabeer Street, Deira, Dubai, United Arab Emirates; Humaid Bin Ali Alowais Building, Al Suq Al Kabeer Street, Deira, Al Bateen, Dubai, United Arab Emirates; Gargash Center, Shop No 114, Dubai, United Arab Emirates; Dubai Chamber of Commerce Membership No. 42988 (United Arab Emirates) [SDNTK].

GREEN LEAF TRADING LLC (a.k.a. GREEN LEAF GENERAL TRADING LLC), P.O. Box 56351, Dubai, United Arab Emirates; Hamad Bin Ali Alowais Building, Al Suq Al Kabeer Street, Deira, Dubai, United Arab Emirates; Humaid Bin Ali Alowais Building, Al Suq Al Kabeer Street, Deira, Al Bateen, Dubai, United Arab Emirates; Gargash Center, Shop No 114, Dubai, United Arab Emirates; Dubai Chamber of Commerce Membership No. 42988 (United Arab Emirates) [SDNTK].

GREEN PINE ASSOCIATED CORPORATION (a.k.a. CHO'NGSONG UNITED TRADING COMPANY; a.k.a. CHONGSONG YONHAP; a.k.a. CH'O'NGSONG YO'NHAP; a.k.a. CHOSUN CHAWO'N KAEBAL T'UJA HOESA;

a.k.a. JINDALLAE; a.k.a. KU'MHAERYONG COMPANY LTD; a.k.a. NATURAL RESOURCES DEVELOPMENT AND INVESTMENT CORPORATION; a.k.a. SAENGP'IL COMPANY), c/o Reconnaissance General Bureau Headquarters, Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

GREEN SHIPPING LTD., c/o Milenyum Denizcilik Gemi Hizmetleri Acentelik ve Ozel Ogretim Hizmetleri Ltd. Sti, Nazli Sokak 9, Halilrifatpasa Mah, Sisli, Istanbul 34384, Turkey; Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Marshall Islands; Identification Number IMO 5848165 [SYRIA] (Linked To: MILENYUM ENERGY S.A.).

GREEN WAVE TECHNOLOGIES (a.k.a. GREEN WAVE TELECOMMUNICATION; a.k.a. GREEN WAVE TELECOMMUNICATION SDN BHD; a.k.a. GREENWAVE TELECOM; a.k.a. "GREEN WAVE"; a.k.a. "GREEN WAVE COMPANY"; a.k.a. "GWT"), 8, 12, 9, Menara Mutiara, Bangsar, Jalan Liku, Off Jalan Bangsar, Kuala Lumpur 59100, Malaysia; Website gwt.com.my; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 880140-W (Malaysia) [NPWMD] [IFSR].

GREEN WAVE TELECOMMUNICATION (a.k.a. GREEN WAVE TECHNOLOGIES; a.k.a. GREEN WAVE TELECOMMUNICATION SDN BHD; a.k.a. GREENWAVE TELECOM; a.k.a. "GREEN WAVE"; a.k.a. "GREEN WAVE COMPANY"; a.k.a. "GWT"), 8, 12, 9, Menara Mutiara, Bangsar, Jalan Liku, Off Jalan Bangsar, Kuala Lumpur 59100, Malaysia; Website gwt.com.my; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 880140-W (Malaysia) [NPWMD] [IFSR].

GREEN WAVE TELECOMMUNICATION SDN BHD (a.k.a. GREEN WAVE TECHNOLOGIES; a.k.a. GREEN WAVE TELECOMMUNICATION; a.k.a. GREENWAVE TELECOM; a.k.a. "GREEN WAVE"; a.k.a. "GWT"), 8, 12, 9, Menara Mutiara, Bangsar, Jalan Liku, Off Jalan Bangsar, Kuala Lumpur 59100, Malaysia; Website gwt.com.my; Additional Sanctions Information - Subject to Secondary Sanctions;

Registration ID 880140-W (Malaysia) [NPWMD] [IFSR].

GREEN WITHOUT BORDERS (Arabic: أخضر بلا حدود) (a.k.a. NATIONAL ASSOCIATION FOR THE PROTECTION AND DEVELOPMENT OF FOREST, ENVIRONMENTAL, AND ANIMAL WEALTH (Arabic: الجمعية الوطنية لحماية وتنمية الثروة الحرجية والبيئة والحيوانية)), Property No. 335, Section No. 13, Ground Floor, Nabatiyeh, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Target Type Charity or Nonprofit Organization; Registration Number 1128 (Lebanon) issued 20 Jun 2013 [SDGT] (Linked To: HIZBALLAH).

GREENLAND OIL & GAS TRADING FZE (Arabic: جرينلاند اويل & غاز تريدينغ م م خ) (a.k.a. GREENLAND OIL AND GAS TRADING FZE), Leased Office Bldg Office No. IF-31, Hamriyah Free Zone, Sharjah, United Arab Emirates; Organization Established Date 08 Mar 2021; Business Registration Number 19230 (United Arab Emirates); Economic Register Number (CBLS) 11634715 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

GREENLAND OIL AND GAS TRADING FZE (a.k.a. GREENLAND OIL & GAS TRADING FZE (Arabic: جرينلاند اويل & غاز تريدينغ م م خ)), Leased Office Bldg Office No. IF-31, Hamriyah Free Zone, Sharjah, United Arab Emirates; Organization Established Date 08 Mar 2021; Business Registration Number 19230 (United Arab Emirates); Economic Register Number (CBLS) 11634715 (United Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

GREENWAVE TELECOM (a.k.a. GREEN WAVE TECHNOLOGIES; a.k.a. GREEN WAVE TELECOMMUNICATION; a.k.a. GREEN WAVE TELECOMMUNICATION SDN BHD; a.k.a. "GREEN WAVE"; a.k.a. "GREEN WAVE COMPANY"; a.k.a. "GWT"), 8, 12, 9, Menara Mutiara, Bangsar, Jalan Liku, Off Jalan Bangsar, Kuala Lumpur 59100, Malaysia; Website gwt.com.my; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 880140-W (Malaysia) [NPWMD] [IFSR].

GREF, German Oskarovich (a.k.a. GRAF, Herman; a.k.a. GREF, Herman Oskarovich (Cyrillic: ГРЕФ, Герман Оскарович)), Russia; DOB 08 Feb 1964; POB Panfilovo, Kazakhstan; nationality Russia; Gender Male; Passport 760508990 (Russia); National ID No. 4509555545 (Russia) (individual) [RUSSIA-EO14024].

GREF, Herman Oskarovich (Cyrillic: ГРЕФ, Герман Оскарович) (a.k.a. GRAF, Herman; a.k.a. GREF, German Oskarovich), Russia; DOB 08 Feb 1964; POB Panfilovo, Kazakhstan; nationality Russia; Gender Male; Passport 760508990 (Russia); National ID No. 4509555545 (Russia) (individual) [RUSSIA-EO14024].

GREMLOS, Elektrozavodskaya 7, Vladimir 600007, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3302018810 (Russia); Registration Number 1033302001732 (Russia) [RUSSIA-EO14024].

GRESHNEVIKOV, Anatoly Nikolaevich (Cyrillic: ГРЕШНЕВИКОВ, Анатолий Николаевич), Russia; DOB 29 Aug 1956; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GRIB DIAMONDS, Schupstraat 21, Antwerpen 2018, Belgium; Organization Established Date 12 Apr 2012; V.A.T. Number BE0845338469 (Belgium); Tax ID No. 0845338469 (Belgium); Company Number 2.208.926.263 (Belgium) [RUSSIA-EO14024] (Linked To: JSC AGD DIAMONDS).

GRIB, Mikhail (Cyrillic: ГРИБ, Михаил) (a.k.a. GRIB, Mikhail Vyacheslavovich (Cyrillic: ГРИБ, Михаил Вячеславович); a.k.a. HRYB, Mikhail), Minsk, Belarus; DOB 29 Jul 1980; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

GRIB, Mikhail Vyacheslavovich (Cyrillic: ГРИБ, Михаил Вячеславович) (a.k.a. GRIB, Mikhail (Cyrillic: ГРИБ, Михаил)); a.k.a. HRYB, Mikhail), Minsk, Belarus; DOB 29 Jul 1980; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

GRIBNAYA RADUGA OOO (a.k.a. LIMITED LIABILITY COMPANY MUSHROOM RAINBOW), ul. Volodsarkogo, d. 70 ofis 4/1, Kursk, Kursk oblast, Russia; Tax ID No.

4611013515 (Russia); Registration Number 1154611000114 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

GRIFFIN, Paul Nicholas; DOB 16 Feb 1964; nationality United Kingdom (individual) [NPWMD].

GRIFFIN, Peter; DOB 09 Sep 1935; POB Oxford, United Kingdom; nationality United Kingdom; Passport B401584 (United Kingdom) issued 28 Sep 1989 expires 28 Sep 1999; alt. Passport B109455 (United Kingdom) issued 03 Oct 1979 (individual) [NPWMD].

GRIFFON FZC, P.O. Box 514057, Saif Zone, Sharjah, United Arab Emirates; License 16523 (United Arab Emirates); Economic Register Number (CBLS) 11618197 (United Arab Emirates) [RUSSIA-EO14024].

GRIGORENKO, Dmitriy Yuryevich (Cyrillic: ГРИГОРЕНКО, Дмитрий Юрьевич), Russia, DOB 14 Jul 1978; POB Nizhnevartovsk, Tyumen Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

GRIGOR'EV, Andrej Ivanovich (a.k.a. GRIGORIEV, Andrey Ivanovich; a.k.a. GRIGORYEV, Andrei Ivanovich; a.k.a. GRIGORYEV, Andrey Ivanovich), Russia; DOB 30 Jan 1963; nationality Russia; Gender Male; Tax ID No. 772788747079 (Russia) (individual) [RUSSIA-EO14024].

GRIGOREV, Girgorij Igorevich (a.k.a. GRIGORIEV, Grigoriy Igorevich (Cyrillic: ГРИГОРЬЕВ, Григорий Игоревич)), Urovskaya, Building 95, Flat 7, Moscow 125466, Russia; DOB 19 Jun 1977; POB Istra, Russia; nationality Russia; Gender Male; Passport 721493424 (Russia); Tax ID No. 501702148902 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NOVELCO).

GRIGORIEV, Andrey Ivanovich (a.k.a. GRIGOR'EV, Andrej Ivanovich; a.k.a. GRIGORYEV, Andrei Ivanovich; a.k.a. GRIGORYEV, Andrey Ivanovich), Russia; DOB 30 Jan 1963; nationality Russia; Gender Male; Tax ID No. 772788747079 (Russia) (individual) [RUSSIA-EO14024].

GRIGORIEV, Grigoriy Igorevich (Cyrillic: ГРИГОРЬЕВ, Григорий Игоревич) (a.k.a. GRIGOREV, Girgorij Igorevich), Urovskaya, Building 95, Flat 7, Moscow 125466, Russia; DOB 19 Jun 1977; POB Istra, Russia; nationality Russia; Gender Male; Passport 721493424 (Russia); Tax ID No. 501702148902 (Russia) (individual) [RUSSIA-EO14024]

(Linked To: LIMITED LIABILITY COMPANY NOVELCO).

GRIGORYEV, Andrei Ivanovich (a.k.a. GRIGOR'EV, Andrej Ivanovich; a.k.a. GRIGORIEV, Andrey Ivanovich; a.k.a. GRIGORYEV, Andrey Ivanovich), Russia; DOB 30 Jan 1963; nationality Russia; Gender Male; Tax ID No. 772788747079 (Russia) (individual) [RUSSIA-EO14024].

GRIGORYEV, Andrey Ivanovich (a.k.a. GRIGOR'EV, Andrej Ivanovich; a.k.a. GRIGORIEV, Andrey Ivanovich; a.k.a. GRIGORYEV, Andrei Ivanovich), Russia; DOB 30 Jan 1963; nationality Russia; Gender Male; Tax ID No. 772788747079 (Russia) (individual) [RUSSIA-EO14024].

GRIGORYEV, Yuri Innokentyevich (Cyrillic: ГРИГОРЬЕВ, Юрий Иннокентьевич), Russia; DOB 20 Sep 1969; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GRIMBERG DE GUBEREK, Sara; DOB 14 Sep 1938; POB Cartagena, Colombia; Cedula No. 20222497 (Colombia) (individual) [SDNTK] (Linked To: ISSA EMPRESA UNIPERSONAL; Linked To: INVERSIONES GILFE S.A.; Linked To: INDUITEX LTDA.; Linked To: SBT S.A.; Linked To: G&G INTERNACIONAL S.A.S.; Linked To: FUNDACION ISSARA; Linked To: COMERCIALIZADORA INTERNACIONAL ANDINA LIMITADA; Linked To: COMPANIA REAL DE PANAMA S.A.; Linked To: BRACRO S.A.).

GRIMM, Matthew Simon, Bristol, United Kingdom; Amsterdam, Netherlands; DOB 05 Sep 1974; POB Southmead, England; nationality United Kingdom; citizen United Kingdom; Website smokeyschemsite.com; alt. Website gr8researchchemicals-eu.com; Gender Male; Digital Currency Address - XBT 1LpYKb3SXZPve9hsH2QEJZFX279wJVGowi; alt. Digital Currency Address - XBT 15uqdxqNXQwVf5H7yZPz4TmEGeSccCwdor; alt. Digital Currency Address - XBT 1FjubFHV4mpYjBmvjsEhZssyiiA4TNmnm2; alt. Digital Currency Address - XBT 1LAh7PQwpd1uGiLHae5C5Xz9QXse3y2phq; alt. Digital Currency Address - XBT 15yqWQ4sqr7jzCwDtZ3U1KaCa8WMEy7Mm2; alt. Digital Currency Address - XBT 19GrL5jnUkGmHXVcraB1Etv5rXCANeLWpq; alt. Digital Currency Address - XBT 39NG2LcGRHXxSr1irpEVnJMw4ydL231sEn; alt. Digital Currency Address - XBT

3He6EyDaCUgmdr4GXqhxbeTQukaGLCByU2; alt. Digital Currency Address - XBT 12NpCkhddSNiDkD9rRYUCHsTT9ReMNiJjG; alt. Digital Currency Address - XBT 32jgFkZsTEjMFaBvxJnYvJEeTNKTmq5b32; alt. Digital Currency Address - XBT 1Hpj6qm9i7nMF3VkKfBFtjhEDpEjxHWvgv; alt. Digital Currency Address - XBT 194xmrZA53UBsZau2PnJLdmVVW9m5feeS; alt. Digital Currency Address - XBT 361NP7YcBPQ4KkLT3Y2QZeDEV4M3yi65Ar; alt. Digital Currency Address - XBT 1LuDiMd95Df4i2bcvrfw47t2GKpLLXAQMZ; alt. Digital Currency Address - XBT 3A1HH3PseYMkh2nSrBb4kkVt3815kUNVVC; alt. Digital Currency Address - XBT 1F317n2eJEMaEMGiwCqtd5XCU3wF7jzPEW; alt. Digital Currency Address - XBT 3HWjh69cVQvcPeLWVCyVmXEq72nyDSj5zP; alt. Digital Currency Address - XBT 1r6S9vpUZPS5rb6gSdwV2bvSFcN3uSq4q; alt. Digital Currency Address - XBT 3Jpf9B5P8cvEKSSGp9cES3Upbms8VRnXUb; alt. Digital Currency Address - XBT 3EL5vcYeu1cnivLtR7tnAX3bBirr9ATNAL; alt. Digital Currency Address - XBT 1LBQd4ZxtQYYsDWrCzK4uMxHBJVxmyzs3M; alt. Digital Currency Address - XBT 1LQV6yUBcfTjAWvFu3XPhdTgjqihss7i1z; alt. Digital Currency Address - XBT 1MiQRekg4BatJ12qbiSGnNakLLd8xbLMCG; alt. Digital Currency Address - XBT 12mNKr2YP4M3CEQvCvVqZsvxuCG47LHMu1; alt. Digital Currency Address - XBT 1J6cgUVEZRKyJhpXJgHWX7YmzkdnHRaLhF; alt. Digital Currency Address - XBT 3PUmTuVAW3LkKg53FZ7F97VDBitW4ugwnM; alt. Digital Currency Address - XBT 3H4qaWi5DS6FMwyZrG9xRRud3Qc5dUVn2U; alt. Digital Currency Address - XBT 13ViCDZyJxxv5cZzpDDsE7aDQ3Y552zpAH; alt. Digital Currency Address - XBT 1Juv2Ks3jJFUes8jEGxwgt6T6csBRQmmRw; alt. Digital Currency Address - XBT 35vypiSvQsxRiT3YZzGRGVaduUSx67ysZb; alt. Digital Currency Address - XBT 3LLUnf3ezw6mCbQ2zCZmGu5rZULzkhxQi7; alt. Digital Currency Address - XBT 3QrukkUiBrn23rFUKUgasNd1wYWNk7WdSV; alt. Digital Currency Address - XBT 3B3vmabBbeDRnVrjvvq3hm85zVB4v5bWFC; alt. Digital Currency Address - XBT 31nadacWrgPeAQxKRMabhn3fPhnhi3hjKa; alt. Digital Currency Address - XBT 343w3Xh64q5UpgpvAPqmsUzxrknde8PQHb;

alt. Digital Currency Address - XBT 1C7RpJNE19HgefzWVCSaUqRTHAwGAFkbYV; Digital Currency Address - ETH 0xd0975b32cea532eadddfc9c60481976e39db3472; alt. Digital Currency Address - ETH 0x1967d8af5bd86a497fb3dd7899a020e47560daaf; Digital Currency Address - BCH qqyuc9s700plhzr6awzru7g5z2d2p906uyrm6ht0r0; alt. Digital Currency Address - BCH qz9f2vz3033sg5vc5mf7m7xshmj0jugy4ummf05jk8 (individual) [ILLICIT-DRUGS-EO14059].

GRIN, Victor Yakovlevich (a.k.a. GRIN, Viktor); DOB 01 Jan 1951 (individual) [MAGNIT].

GRIN, Viktor (a.k.a. GRIN, Victor Yakovlevich); DOB 01 Jan 1951 (individual) [MAGNIT].

GRININ, Evgenij Aleksandrovich (a.k.a. GRININ, Yevgeniy Aleksandrovich (Cyrillic: ГРИНИН, Евгений Александрович)), Russia; DOB 15 Apr 1978; Gender Male; National ID No. 253105350001 (United Kingdom); Tax ID No. 550305192743 (Russia) (individual) [RUSSIA-EO14024]; Linked To: OOO SERNIYA INZHINIRING; Linked To: PHOTON PRO LLP).

GRININ, Yevgeniy Aleksandrovich (Cyrillic: ГРИНИН, Евгений Александрович) (a.k.a. GRININ, Evgenij Aleksandrovich), Russia; DOB 15 Apr 1978; Gender Male; National ID No. 253105350001 (United Kingdom); Tax ID No. 550305192743 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OOO SERNIYA INZHINIRING; Linked To: PHOTON PRO LLP).

GRODNENSKOYE PROZVODSTVENNOYE OBYEDINENYE AZOT (f.k.a. GPO AZOT OJSC; a.k.a. GRODNO AZOT OJSC; a.k.a. GRODNO AZOT OAO; f.k.a. RUP GPO AZOT; f.k.a. RUP GRODNENSKOYE PO AZOT), Prospekt Kosmanovtov 100, 230013, Grodno, Belarus; 100 Kosmanovtov Avenue, 230013, Grodno, Belarus; 100 Kosmonavtov pr., 230013, Grodno, Belarus [BELARUS].

GRODNO AZOT (f.k.a. GPO AZOT OJSC; f.k.a. GRODNESKOYE PROZVODSTVENNOYE OBYEDINENYE AZOT; a.k.a. GRODNO AZOT OAO; f.k.a. RUP GPO AZOT; f.k.a. RUP GRODNENSKOYE PO AZOT), Prospekt Kosmanovtov 100, 230013, Grodno, Belarus; 100 Kosmanovtov Avenue, 230013, Grodno, Belarus; 100 Kosmonavtov pr., 230013, Grodno, Belarus [BELARUS].

GRODNO AZOT OAO (f.k.a. GPO AZOT OJSC; f.k.a. GRODNESKOYE PROZVODSTVENNOYE OBYEDINENYE AZOT; a.k.a. GRODNO AZOT; f.k.a. RUP GPO AZOT; f.k.a. RUP GRODNENSKOYE PO AZOT), Prospekt Kosmanovtov 100, 230013,

Grodno, Belarus; 100 Kosmanovtov Avenue, 230013, Grodno, Belarus; 100 Kosmonavtov pr., 230013, Grodno, Belarus [BELARUS].

GRODNO CHEMICAL FIBRE OJSC (a.k.a. GRODNO KHIMVOLOKNO JSC; a.k.a. GRODNO KHIMVOLOKNO OAO; a.k.a. JSC GRODNO KHIMVOLOKNO), 4 Slavinskogo Street, 230026, Grodno, Belarus; ulitsa Slavinskogo 4, 230026, Grodno, Belarus; str. Slavinskogo 4, 230026, Grodno, Belarus [BELARUS].

GRODNO KHIMVOLOKNO JSC (a.k.a. GRODNO CHEMICAL FIBRE OJSC; a.k.a. GRODNO KHIMVOLOKNO OAO; a.k.a. JSC GRODNO KHIMVOLOKNO), 4 Slavinskogo Street, 230026, Grodno, Belarus; ulitsa Slavinskogo 4, 230026, Grodno, Belarus; str. Slavinskogo 4, 230026, Grodno, Belarus [BELARUS].

GRODNO KHIMVOLOKNO OAO (a.k.a. GRODNO CHEMICAL FIBRE OJSC; a.k.a. GRODNO KHIMVOLOKNO JSC; a.k.a. JSC GRODNO KHIMVOLOKNO), 4 Slavinskogo Street, 230026, Grodno, Belarus; ulitsa Slavinskogo 4, 230026, Grodno, Belarus; str. Slavinskogo 4, 230026, Grodno, Belarus [BELARUS].

GRODNO TOBACCO FACTORY NEMAN (a.k.a. AAT HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: ААТ ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. GTF NEMAN; a.k.a. HRODNA TOBACCO FACTORY NEMAN; a.k.a. OAO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОАО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН); a.k.a. OJSC GRODNO TOBACCO FACTORY NEMAN; a.k.a. OPEN JOINT-STOCK COMPANY GRODNO TOBACCO FACTORY NEMAN; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН)), ul. Ordzhonikidze, d. 18, Grodno, Grodnenskaya Oblast 230771, Belarus (Cyrillic: ул. Орджоникидзе, д. 18, г. Гродно, Гродненская область 230771, Belarus); Organization Established Date 29 Dec 1996;

Registration Number 500047627 (Belarus) [BELARUS-EO14038].

GROMOV, Alexei Alexeyevich, Russia; DOB 31 May 1960; POB Zagorsk (Sergiev, Posad), Moscow Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; First Deputy Chief of Staff of the Presidential Executive Office; First Deputy Head of Presidential Administration; First Deputy Presidential Chief of Staff (individual) [UKRAINE-EO13661] [ELECTION-EO13848].

GROMOV, Vladimir Pavlovich (Cyrillic: ГРОМОВ, ВЛАДИМИР ПАВЛОВИЧ) (a.k.a. PUGACHEV, Aleksei Vladimirovich (Cyrillic: ПУГАЧЕВ, АЛЕКСЕЙ ВЛАДИМИРОВИЧ); a.k.a. PUGACHEV, Alexei Pavlovich; a.k.a. PUGACHEV, Alexey; a.k.a. TIORINE, Vladimir; a.k.a. TIOURINE, Vladimir; a.k.a. TIURIN, Vladimir; a.k.a. TIURINE, Vladimir; a.k.a. TJRURIN, Vladimir; a.k.a. TJURIN, Wladimir; a.k.a. TURIN, Anatolievich; a.k.a. TURIN, Vladimir; a.k.a. TURIYAN, Vladimir; a.k.a. TYURIN, Anatoly; a.k.a. TYURIN, Vladimir Anatolievich; a.k.a. TYURIN, Vladimir Anatolyevich (Cyrillic: ТЮРИН, ВЛАДИМИР АНАТОЛЬЕВИЧ); a.k.a. TYURIN, Volodya; a.k.a. TYURINE, Anatoly; a.k.a. TYURINE, Vladimir; a.k.a. "TIURIK"; a.k.a. "TYURIK" (Cyrillic: "ТЮРИК"); a.k.a. "TYURYA"), Moscow, Russia; DOB 25 Nov 1958; alt. DOB 20 Dec 1958; POB Tirlyan, Beloretskiy Rayon, Bashkiria, Russia; alt. POB Irkutsk, Russia; alt. POB Bratsk, Russia; citizen Russia; alt. citizen Kazakhstan; Gender Male; Passport EA804478 (Belgium); alt. Passport 432062125 (Russia); alt. Passport 410579055 (Russia); alt. Passport 4511264874 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

GROMOVIKOV, Vasiliy Viktorovich (Cyrillic: ГРОМОВИКОВ, Василий Викторович) (a.k.a. "Zevsgod2000"), St. Petersburg, Russia; DOB 31 Mar 1993; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 5528037522335 (Russia) (individual) [RUSSIA-EO14024].

GROSS LTD (a.k.a. LIMITED LIABILITY COMPANY GROSS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГРОСС)), ul. Leningradskaya 2, Asbest 624261, Russia; Organization Type: Real estate activities with own or leased property; Tax ID No. 6603019147 (Russia); Registration Number 1069603008452 (Russia) [RUSSIA-EO14024]

(Linked To: LIMITED LIABILITY COMPANY NATSIONALNAYA SURMYANAYA KOMPANIYA).

GROUP FOR THE SUPPORT OF ISLAM AND MUSLIMS (a.k.a. GROUP TO SUPPORT ISLAM AND MUSLIMS; a.k.a. JAMAAT NOSRAT AL-ISLAM WAL-MOUSLIMIN; a.k.a. JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; a.k.a. NUSRAT AL-ISLAM WAL-MUSLIMEEN; a.k.a. "GNIM"; a.k.a. "GSIM") [FTO] [SDGT].

GROUP GRAND LIMITED (a.k.a. GROUP GRAND LIMITED GENERAL TRADING; a.k.a. GROUP GRAND LTD.), Room C, 25/F Cheuk Nang Plaza, 250 Hennessy Road, Wan Chai, Hong Kong; Registration Number 1871367 (Hong Kong) [VENEZUELA-EO13850] (Linked To: SAAB MORAN, Alex Nain).

GROUP GRAND LIMITED (a.k.a. GROUP GRAND LIMITED, S.A. DE C.V.), Mexico City, Mexico; Folio Mercantil No. N-2017034206 (Mexico) [VENEZUELA-EO13850] (Linked To: RUBIO GONZALEZ, Emmanuel Enrique).

GROUP GRAND LIMITED GENERAL TRADING, Dubai, United Arab Emirates [VENEZUELA-EO13850] (Linked To: SAAB MORAN, Alex Nain).

GROUP GRAND LIMITED GENERAL TRADING (a.k.a. GROUP GRAND LIMITED; a.k.a. GROUP GRAND LTD.), Room C, 25/F Cheuk Nang Plaza, 250 Hennessy Road, Wan Chai, Hong Kong; Registration Number 1871367 (Hong Kong) [VENEZUELA-EO13850] (Linked To: SAAB MORAN, Alex Nain).

GROUP GRAND LIMITED, S.A. DE C.V. (a.k.a. GROUP GRAND LIMITED), Mexico City, Mexico; Folio Mercantil No. N-2017034206 (Mexico) [VENEZUELA-EO13850] (Linked To: RUBIO GONZALEZ, Emmanuel Enrique).

GROUP GRAND LTD. (a.k.a. GROUP GRAND LIMITED; a.k.a. GROUP GRAND LIMITED GENERAL TRADING), Room C, 25/F Cheuk Nang Plaza, 250 Hennessy Road, Wan Chai, Hong Kong; Registration Number 1871367 (Hong Kong) [VENEZUELA-EO13850] (Linked To: SAAB MORAN, Alex Nain).

GROUP OF SUPPORTERS OF THE SALAFIST TREND (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING;

a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT].

GROUP OF SUPPORTERS OF THE SALAFISTE TREND (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT].

GROUP PROTECTORS OF SALAFIST PREACHING (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT].

GROUP TO SUPPORT ISLAM AND MUSLIMS (a.k.a. GROUP FOR THE SUPPORT OF

ISLAM AND MUSLIMS; a.k.a. JAMAAT NOSRAT AL-ISLAM WAL-MOUSLIMIN; a.k.a. JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; a.k.a. NUSRAT AL-ISLAM WAL-MUSLIMEEN; a.k.a. "GNIM"; a.k.a. "GSIM") [FTO] [SDGT].

GROUPE COMBATTANT TUNISIEN (a.k.a. GCT; a.k.a. JAMA'A COMBATTANTE TUNISIEN; a.k.a. TUNISIAN COMBAT GROUP; a.k.a. TUNISIAN COMBATANT GROUP; a.k.a. "JCT") [SDGT].

GROUPE CONGO FUTUR (a.k.a. CONGO FUTUR; a.k.a. CONGO FUTUR IMPORT; a.k.a. CONGO FUTURE), Future Tower, 3462 Boulevard du 30 Juin, Gombe, Kinshasa, Congo, Democratic Republic of the; Avenue du Flambeau 389, Kinshasa, Congo, Democratic Republic of the; Website www.congofutur.com [SDGT].

GROUPE D'INVESTISSEMENT FINANCIER SA (a.k.a. "GIF SA"), Avenue De La Ferme Rose 7 B. 15, Brussels 1180, Belgium; Roze Hoevelaan 7 B. 15, Brussels 1180, Belgium; 243 Avenue Dolez, Uccle 1180, Belgium; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 20 Oct 2000; Identification Number 1298404-16 (Belgium); Registration Number 0473.155.607 (Belgium) [RUSSIA-EO14024].

GROUPE FLEURETTE (a.k.a. FLEURETTE DUTCH GROUP; a.k.a. FLEURETTE GROUP; a.k.a. FLEURETTE PROPERTIES LIMITED; a.k.a. KARIBU AU DEVELOPMENT DURABLE AU CONGO; a.k.a. VENTORA INVESTMENTS S.A.SU), Strawinskylaan 335, WTC, B-Tower 3rd floor, Amsterdam 1077 XX, Netherlands; Gustav Mahlerplein 60, 7th Floor, ITO Tower, Amsterdam 1082 MA, Netherlands; 70 Batetela Avenue, Tilapia Building, 5th floor, Gombe, Kinshasa, Congo, Democratic Republic of the; 57/63 Line Wall Road, Gibraltar GX11 1AA, Gibraltar; 8eme Etage, Immeuble 1113, Boulevard Du 30 Juin No 110, Commune De La Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-00630 (Congo, Democratic Republic of the); Public Registration Number 99450 (Gibraltar) [GLOMAG] (Linked To: GERTLER, Dan).

GROUPE ISLAMIQUE COMBATTANT MAROCAIN (a.k.a. GICM; a.k.a. MOROCCAN ISLAMIC COMBATANT GROUP) [SDGT].

GROUPEMENT ISLAMIQUE ARME (a.k.a. AL-JAMA'AH AL-ISLAMIYAH AL-MUSALLAH; a.k.a. ARMED ISLAMIC GROUP; a.k.a. "GIA") [SDGT].

GROZNY STATE OIL TECHNICAL UNIVERSITY (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION GROZNY STATE OIL TECHNICAL UNIVERSITY NAMED AFTER ACADEMICIAN M.D. MILLIONSHCHIKOV; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA GROZNENSKI GOSUDARSTVENNY NEFTYANOI TEKHNICHESKI UNIVERSITET IMENI AKADEMIKA M.D. MILLIONSHCHIKOVA; a.k.a. GGNTU IM. AKAD. M.D. MILLIONSHCHIKOVA FGBOU VO GGNTU IM. AKAD. M. D. MILLIONSHCHIKOVA FGBU; a.k.a. GROZNY STATE OIL TECHNICAL UNIVERSITY NAMED AFTER M.D. MILLIONSHIKOVA), 100, Isaeva av., Grozny 364024, Russia; 100, prospekt Imeni Khuseina Abubakarovicha Isaeva, Grozny, Chechnya Republic 364051, Russia; Organization Established Date 02 Jun 2000; Organization Type: Higher education; Tax ID No. 2020000531 (Russia); Government Gazette Number 45267841 (Russia); Registration Number 1022002549580 (Russia) [RUSSIA-EO14024].

GROZNY STATE OIL TECHNICAL UNIVERSITY NAMED AFTER M.D. MILLIONSHIKOVA (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER EDUCATION GROZNY STATE OIL TECHNICAL UNIVERSITY NAMED AFTER ACADEMICIAN M.D. MILLIONSHCHIKOV; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE VYSSHEGO OBRAZOVANIYA GROZNENSKI GOSUDARSTVENNY NEFTYANOI TEKHNICHESKI UNIVERSITET IMENI AKADEMIKA M.D. MILLIONSHCHIKOVA; a.k.a. GGNTU IM. AKAD. M.D. MILLIONSHCHIKOVA FGBOU VO GGNTU IM. AKAD. M. D. MILLIONSHCHIKOVA FGBU; a.k.a. GROZNY STATE OIL TECHNICAL UNIVERSITY), 100, Isaeva av., Grozny 364024, Russia; 100, prospekt Imeni Khuseina

Abubakarovicha Isaeva, Grozny, Chechnya Republic 364051, Russia; Organization Established Date 02 Jun 2000; Organization Type: Higher education; Tax ID No. 2020000531 (Russia); Government Gazette Number 45267841 (Russia); Registration Number 1022002549580 (Russia) [RUSSIA-EO14024].

GRU (a.k.a. GLAVNOE RAZVEDYVATEL'NOE UPRAVLENIE (Cyrillic: ГЛАВНОЕ РАЗВЕДЫВАТЕЛЬНОЕ УПРАВЛЕНИЕ); a.k.a. MAIN DIRECTORATE OF THE GENERAL STAFF; a.k.a. MAIN INTELLIGENCE DEPARTMENT; a.k.a. MAIN INTELLIGENCE DIRECTORATE), Khoroshevskoye Shosse 76, Khodinka, Moscow, Russia; Ministry of Defence of the Russian Federation, Frunzenskaya nab., 22/2, Moscow 119160, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Target Type Government Entity [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024].

GRUBAN, Momcilo; DOB 19 Jun 1961; Bosnian Serb; ICTY indictee in custody (individual) [BALKANS].

GRUEVSKI, Nikola (Cyrillic: ГРУЕВСКИ, Никола), Hungary; Skopje, North Macedonia, The Republic of; DOB 31 Aug 1970; POB Skopje, North Macedonia; nationality North Macedonia, The Republic of; Gender Male (individual) [BALKANS-EO14033].

GRUPO AROSFRAN (a.k.a. AROSFRAN; a.k.a. GRUPO AROSFRAN; a.k.a. GRUPO AROSFRAN EMPREENDIMENTOS E PARTICIPACOES SARL), 1st Floor, Avenida Comandante Valodia, No. 65, Luanda, Angola; Rua Clube Maritimo Africano, No 22 r/c, Luanda, Angola; Rua Comandante de Volodia, No 67, Premiero Andar, Luanda, Angola; Avenida Comandante de Valodia, No. 0.67, 1 Andar, Luanda, Angola; Rua General Rocadas 5, Luanda, Angola; Website www.grupoarosfran.net [SDGT].

GRUPO AROSFRAN (a.k.a. AROSFRAN; a.k.a. GRUPO AROSFRAN; a.k.a. GRUPO AROSFRAN EMPREENDIMENTOS E PARTICIPACOES SARL), 1st Floor, Avenida Comandante Valodia, No. 65, Luanda, Angola; Rua Clube Maritimo Africano, No 22 r/c, Luanda, Angola; Rua Comandante de Volodia, No 67, Premiero Andar, Luanda, Angola; Avenida Comandante de Valodia, No. 0.67, 1 Andar, Luanda, Angola; Rua General Rocadas

5, Luanda, Angola; Website www.grupoarosfran.net [SDGT].

GRUPO AROSFRAN EMPREENDIMENTOS E PARTICIPACOES SARL (a.k.a. AROSFRAN; a.k.a. GRUPO AROSFRAM; a.k.a. GRUPO AROSFRAN), 1st Floor, Avenida Comandante Valodia, No. 65, Luanda, Angola; Rua Clube Maritimo Africano, No 22 r/c, Luanda, Angola; Rua Comandante de Volodia, No 67, Premiero Andar, Luanda, Angola; Avenida Comandante de Valodia, No 0.67, 1 Andar, Luanda, Angola; Rua General Rocadas 5, Luanda, Angola; Website www.grupoarosfran.net [SDGT].

GRUPO CEDRO PANAMA S.A.; RUC # 2039933-1-746238 (Panama) [SDNTK].

GRUPO CIMA PANAMA, S.A., Calle 15 Y Avenida Roosevelt, Colon Free Zone, Panama; PO Box 3294, Panama City, Panama; RUC # 408392-1-425571 (Panama); alt. RUC # 425571-1-408392 (Panama) [SDNTK].

GRUPO CINJAB, S.A. DE C.V. (a.k.a. PROVENZA RESIDENCIAL), Av. Adolfo Lopez Mateos No. 5555, Col. Santa Anita, Tlajomulco de Zuniga, Jalisco C.P. 46645, Mexico; R.F.C. GCI-080604-891 (Mexico) [SDNTK].

GRUPO COCHAN (a.k.a. COCHAN ANGOLA; a.k.a. COCHAN GROUP; a.k.a. COCHAN S.A.; a.k.a. "COCHAN"), Av. 1 Congresso Do Mpla, Edificio CIF 17 Andar, Luanda, Angola; Organization Established Date 06 May 2009; Registration Number 1001537110 (Angola) [GLOMAG] (Linked To: FRAGOSO DO NASCIMENTO, Leopoldino).

GRUPO COJIM, S.A. DE C.V. (a.k.a. GRUPO GASOLINERO COJIM, S.A. DE C.V.), Guadalajara, Jalisco, Mexico; KM 39 700 Carretera Jalostotitlan, San Julian, San Miguel El Alto, Jalisco, Mexico; Carretera Jalostotitlan San Julian KM 39.70, San Miguel El Alto, Jalisco, Mexico; KM 1.5 Carretera San Julian a San Miguel El Alto, San Julian, Jalisco 47140, Mexico; Folio Mercantil No. 79563 (Jalisco) (Mexico) [SDNTK].

GRUPO COMERCIAL ROOL, S.A. DE C.V. (a.k.a. EL VIEJO LUIS; a.k.a. TEQUILA VALENTON), Alberta No. 2288 4B, Col. Jardines de Providencia, Guadalajara, Jalisco 44630, Mexico; Acueducto No. 2380, Col. Colinas de San Javier, Guadalajara, Jalisco 44660, Mexico; Lazaro Cardenas No. 3430, Desp. 403 and 404, Piso 4, Zapopan, Jalisco 45040, Mexico; Av. Mexico No. 2798, Col. Terranova, Guadalajara, Jalisco 44689, Mexico; RFC GCR990628KR9 (Mexico); Folio Mercantil No. 38347 [SDNTK].

GRUPO COMERCIAL SAN BLAS, S.A. DE C.V., Colonias 269, Guadalajara, Jalisco 44160, Mexico; Avenida Vallarta Edif. Concentro, No. 6503, Piso 16, Ciudad Granja, Zapopan, Jalisco 45010, Mexico; Homero No. 418, Sexto Piso, Col. Polanco, Del Miguel Hidalgo, Mexico City, Distrito Federal 11570, Mexico; Benjamin Hill No. 178, Colonia Condesa, Cuauhtemoc, Mexico City, Distrito Federal 06140, Mexico; Vicente Guerrero No. 1261, Colonia Molino de Parra, Municipio Morelia, Michoacan 58010, Mexico; Avenida Vallarta #6503, Torre Corey, Piso 16, Col. Ciudad Granja, Zapopan, Jalisco 45010, Mexico; R.F.C. GCS9903264U1 (Mexico); Folio Mercantil No. 251184 (Mexico) [SDNTK].

GRUPO CONTROL 2004, C.A., Av. Fco. Solano, con Calle Acueducto, Edif. Torre Banvenez, piso 9, Ofic. C y D, Sabana Grande, Caracas, Venezuela; RIF # J-31153379-6 (Venezuela) [SDNTK].

GRUPO CONTROL SYSTEM 2004, C.A., Av. Francisco de Miranda, Centro Lido, Torre A, piso 10, Of. 10-02, Urb. El Rosal, Caracas, Venezuela; RIF # J-29469218-4 (Venezuela) [SDNTK].

GRUPO CRISTAL CORONA S.A. DE C.V., Avenida Insurgentes No. 23, Interior 506, Piso 5, Colonia San Rafael, Delegacion Cuauhtemoc, Mexico City, Distrito Federal, Mexico; Avenida Fuentes de Piramides No. 1-604, Oficina 17, Tecamachalco, Naucalpan, Mexico, Mexico; R.F.C. GCC-030326-KUA (Mexico) [SDNTK].

GRUPO DE ADMINISTRACION EMPRESARIAL S.A. (a.k.a. GAESA; a.k.a. "GRUPO GAE"), Edificio de la Marina, Avenida Del Puerto Y Brapia, Havana, Cuba; Organization Established Date 28 Feb 1999; Organization Type: Activities of holding companies [CUBA].

GRUPO DIJEMA, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 46092-1 (Mexico) [SDNTK].

GRUPO EGMONT, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Fernando de Alba 765-3, Col. Chapalita, Guadalajara, Jalisco 44500, Mexico; R.F.C. GEG130219MY1 (Mexico); Folio Mercantil No. 72549 (Jalisco) (Mexico) [SDNTK].

GRUPO EMPRESARIAL EPTA, S.A. DE C.V. (a.k.a. GRUPO EPTA), Puerto Vallarta, Jalisco, Mexico; Leon, Guanajuato, Mexico; Website www.grupoepta.com; Organization Established Date 14 Aug 2013; Organization Type: Management consultancy activities; Folio

Mercantil No. 16378 (Mexico); alt. Folio Mercantil No. 68520 (Mexico) [ILLICIT-DRUGS-EO14059].

GRUPO EPTA (a.k.a. GRUPO EMPRESARIAL EPTA, S.A. DE C.V.), Puerto Vallarta, Jalisco, Mexico; Leon, Guanajuato, Mexico; Website www.grupoepta.com; Organization Established Date 14 Aug 2013; Organization Type: Management consultancy activities; Folio Mercantil No. 16378 (Mexico); alt. Folio Mercantil No. 68520 (Mexico) [ILLICIT-DRUGS-EO14059].

GRUPO F Y F MEDICAL INTERNACIONAL DE EQUIPOS, Mexico City, Distrito Federal, Mexico; Folio Mercantil No. 290199 (Mexico) [SDNTK].

GRUPO FALCON DE PANAMA, S.A., PH Centro Comercial Los Pueblos Albrook, Local 47-D, Panama City, Panama; RUC # 556350-1-444254-07 (Panama) [SDNT].

GRUPO FALCON S.A., Calle 16 No. 41-210 of. 801, Medellin, Colombia; NIT # 800214711-1 (Colombia) [SDNT].

GRUPO GASOLINERO COJIM, S.A. DE C.V. (a.k.a. GRUPO COJIM, S.A. DE C.V.), Guadalajara, Jalisco, Mexico; KM 39 700 Carretera Jalostotitlan, San Julian, San Miguel El Alto, Jalisco, Mexico; Carretera Jalostotitlan San Julian KM 39.70, San Miguel El Alto, Jalisco, Mexico; KM 1.5 Carretera San Julian a San Miguel El Alto, San Julian, Jalisco 47140, Mexico; Folio Mercantil No. 79563 (Jalisco) (Mexico) [SDNTK].

GRUPO GUADALEST S.A. DE C.V., Calle Enrique Wallon 424 Alts. Hab. 13, Rincon del Bosque y Presidente Mazarik, Colonia Polanco, Mexico City, Distrito Federal 11560, Mexico; Naucalpan de Juarez, Estado de Mexico, Mexico; R.F.C. GGU040603B20 (Mexico) [SDNT].

GRUPO HORTA ZAVALA S.A. DE C.V., Boulevard Aguacaliente No. 4558-1602, Aviacion, Carranza y Pablo Sidar, Tijuana, Baja California Norte, Mexico; R.F.C. GHZ-051111-8B3 (Mexico) [SDNTK].

GRUPO ILC (a.k.a. ILC CONSULTORES ADMINISTRATIVOS, S. DE R.L. DE C.V.; a.k.a. ILC EXPORTACIONES, S. DE R.L. DE C.V.; a.k.a. RESTAURANTE EL HABANERO, S.A. DE C.V.; a.k.a. "EQUIPOSPA"; a.k.a. "PERFECT SILHOUETTE"; a.k.a. "ULTRAPHARMA"; a.k.a. "ULTRAVITAL"), General Victoriano Cepeda 2, Colonia Observatorio, Miguel Hidalgo, Mexico, Distrito Federal 11860, Mexico; Louisiana No. 24, Esq.

Montana, Col. Napoles, Del. Benito Juarez, Mexico, Distrito Federal 03810, Mexico; Periferico Sur #102, Col. Observatorio, Del. Miguel Hidalgo, Mexico, Distrito Federal, Mexico; Huixquilucan, Estado de Mexico, Mexico; R.F.C. IEX-950713-L90 (Mexico); alt. R.F.C. ICA060810942 (Mexico) [SDNTK].

GRUPO IMPERGOZA, S.A. DE C.V. (a.k.a. LA TIJERA PARQUE INDUSTRIAL; a.k.a. PROVENZA CENTER), Av. Adolfo Lopez Mateos No. 5565, Col. Santa Anita, Tlajomulco de Zuniga, Jalisco C.P. 46645, Mexico; Av. Camino A La Tijera No. 806, Col. La Tijera, Tlajomulco de Zuniga, Jalisco C.P. 45645, Mexico; R.F.C. GIM-081015-SIA (Mexico) [SDNTK].

GRUPO INDUSTRIAL GAXIOLA (a.k.a. GRUPO INDUSTRIAL GAXIOLA HERMANOS S.A. DE C.V.; f.k.a. MADYVA), Calle del Oro, Esq. Vinedo, Colonia Parque Industrial, Hermosillo, Sonora 83299, Mexico; Luis Encinas y Alberto Truqui, Hermosillo, Sonora, Mexico; Guadalajara, Jalisco, Mexico; R.F.C. GIG910522BR8 (Mexico) [SDNTK].

GRUPO INDUSTRIAL GAXIOLA HERMANOS S.A. DE C.V. (a.k.a. GRUPO INDUSTRIAL GAXIOLA; f.k.a. MADYVA), Calle del Oro, Esq. Vinedo, Colonia Parque Industrial, Hermosillo, Sonora 83299, Mexico; Luis Encinas y Alberto Truqui, Hermosillo, Sonora, Mexico; Guadalajara, Jalisco, Mexico; R.F.C. GIG910522BR8 (Mexico) [SDNTK].

GRUPO INMOBILIARIO SEGTAC (a.k.a. GRUPO SEGTAC INMOBILIARIA; a.k.a. GRUPO SEGTAC, S.A. DE C.V.), Av. Chapultepec No. 15, Piso 16-A Of. 1, Colonia Ladron de Guevara, Guadalajara, Jalisco, Mexico; R.F.C. GSE1111188QA (Mexico); Folio Mercantil No. 66501 (Mexico) [SDNTK].

GRUPO MBS - KAYUM CENTRE, Avenida Karl Marx 1464/82, Maputo, Mozambique; P.O. Box 2274, Maputo, Mozambique; Numero Unico de Identificacao Tributaria (NUIT) 300000436 (Mozambique) [SDNTK].

GRUPO MBS LDA (a.k.a. GRUPO MBS LIMITADA), Avenida Karl Marx 1464/82, Maputo, Mozambique; P.O. Box 2274, Maputo, Mozambique; Avenida Vlademir Lenin 2836, Maputo, Mozambique; Avenida 24 de Julho, Maputo, Mozambique; Benefica, Maputo, Mozambique; Numero Unico de Identificacao Tributaria (NUIT) 300000436 (Mozambique) [SDNTK].

GRUPO MBS LIMITADA (a.k.a. GRUPO MBS LDA), Avenida Karl Marx 1464/82, Maputo,

Mozambique; P.O. Box 2274, Maputo, Mozambique; Avenida Vlademir Lenin 2836, Maputo, Mozambique; Avenida 24 de Julho, Maputo, Mozambique; Benefica, Maputo, Mozambique; Numero Unico de Identificacao Tributaria (NUIT) 300000436 (Mozambique) [SDNTK].

GRUPO MINERA BARRA PACIFICO, S.A.P.I. DE C.V., Leon, Guanajuato, Mexico; Organization Established Date 08 Feb 2021; Organization Type: Mining and Quarrying; Folio Mercantil No. N-2021024215 (Mexico) [ILLICIT-DRUGS-EO14059].

GRUPO PATRON LTDA (a.k.a. DISTRIECOR S.A.S.), Cra 106A, Nro. 94 15, Nuevo Apartado, Apartado 05045, Colombia; NIT # 8110469383 (Colombia) [SDNTK].

GRUPO PRODUCSIL, S. DE P.R. DE R.L. DE C.V. (a.k.a. GRUPO PRODUCSIL, S.P.R. DE R.L. DE C.V.), Guadalajara, Jalisco, Mexico; Paseo de la Arboleda 768-10, Col. Jardines del Bosque, Guadalajara, Jalisco 44520, Mexico; R.F.C. GPR140605GC0 (Mexico); Folio Mercantil No. 83061 (Jalisco) (Mexico) [SDNTK].

GRUPO PRODUCSIL, S.P.R. DE R.L. DE C.V. (a.k.a. GRUPO PRODUCSIL, S. DE P.R. DE R.L. DE C.V.), Guadalajara, Jalisco, Mexico; Paseo de la Arboleda 768-10, Col. Jardines del Bosque, Guadalajara, Jalisco 44520, Mexico; R.F.C. GPR140605GC0 (Mexico); Folio Mercantil No. 83061 (Jalisco) (Mexico) [SDNTK].

GRUPO SAHECT, C.A., Av. Guaicaipuro, con Calle Urdaneta, Edificio San Marco, piso 9, Ofic. 9-2, Chacao, Caracas, Venezuela; RIF # J-29620174-9 (Venezuela) [SDNTK].

GRUPO SEGTAC INMOBILIARIA (a.k.a. GRUPO INMOBILIARIO SEGTAC; a.k.a. GRUPO SEGTAC, S.A. DE C.V.), Av. Chapultepec No. 15, Piso 16-A Of. 1, Colonia Ladron de Guevara, Guadalajara, Jalisco, Mexico; R.F.C. GSE1111188QA (Mexico); Folio Mercantil No. 66501 (Mexico) [SDNTK].

GRUPO SEGTAC, S.A. DE C.V. (a.k.a. GRUPO INMOBILIARIO SEGTAC; a.k.a. GRUPO SEGTAC INMOBILIARIA), Av. Chapultepec No. 15, Piso 16-A Of. 1, Colonia Ladron de Guevara, Guadalajara, Jalisco, Mexico; R.F.C. GSE1111188QA (Mexico); Folio Mercantil No. 66501 (Mexico) [SDNTK].

GRUPO W S.A. (a.k.a. "HOMETEK"), Pueblo Nuevo Calle 22 Edificio La Galera Local 8, Panama, Panama; RUC # 4067941425327 (Panama) [SDNTK].

GRUPO WISA, S.A. (a.k.a. LA RIVIERA), Calle 15 entre Avenida Santa Isabel y Avenida Roosevelt, Zona Libre de Colon, Colon, Panama; Torre Generali, Piso 11 y 12, Calle 54 Este y Avenida Samuel Lewis, Panama, Panama; Colombia; Guatemala; Belize; Costa Rica; El Salvador; Mexico; Bolivia; Honduras; Nicaragua; Uruguay; RUC # 645451-1-458900 (Panama) [SDNTK].

GRUPO ZAIT, S.A. DE C.V., Culiacan, Sinaloa, Mexico; Organization Established Date 22 Jul 2013; Folio Mercantil No. 82722 (Mexico) [ILLICIT-DRUGS-EO14059].

GRUPPA GMS OAO (a.k.a. AKTSIONERNOE OBSHCHESTVO GRUPPA GMS; a.k.a. HMS GROUP JSC; f.k.a. INVESTITSIONNO PROMYSHLENNAYA GRUPPA GIDRAVLICHESKIE MASHINY I SISTEMY OOO; a.k.a. JOINT STOCK COMPANY HMS GROUP), Ul. Chayanova D. 7, Moscow 125047, Russia; Organization Established Date 02 Mar 2004; Registration ID 5087746036483 (Russia); Tax ID No. 7708678325 (Russia); Government Gazette Number 72718329 (Russia) [RUSSIA-EO14024].

GRUPPA KOMPANII MKS (a.k.a. LIMITED LIABILITY COMPANY GROUP OF COMPANIES MKC), Victorenko Str. 5, Building 1, Business Center, Victory Plaza, 9th Floor, Office 8A, Moscow 125167, Russia; Voronezhskaya Str. 5, Letter A, Section 27H, Office 224, St. Petersburg 191119, Russia; Kirova Str. 63, Office 206, Beryozovsky 623700, Russia; Tax ID No. 6604025432 (Russia); Registration Number 1096604002384 (Russia) [RUSSIA-EO14024].

GRUPPA KOMPANII STRUKTURA (Cyrillic: ГРУППА КОМПАНИЙ СТРУКТУРА) (a.k.a. COMPANY GROUP STRUCTURA LLC; a.k.a. GK STRUKTURA (Cyrillic: ГК СТРУКТУРА); a.k.a. STRUCTURA NATIONAL TECHNOLOGIES), Per. Bolshoi Kislovskii, d. 1, str. 2, Pomeshch/Kom I/42, Moscow 125009, Russia; Website structura.pro; Organization Established Date 12 Dec 2017; Organization Type: Other information technology and computer service activities; Tax ID No. 7703438908 (Russia); Registration Number 5177746315588 (Russia) [RUSSIA-EO14024].

GRUPPA RODINA OOO (a.k.a. RODINA GROUP), ul. Dmitrovka M. d. 18A, str. 3, et 3 pom. X office 3, Moscow 127006, Russia; Organization Established Date 24 Jan 2020; Tax ID No. 7707437415 (Russia); Registration Number 1207700022364 (Russia) [RUSSIA-

EO14024] (Linked To: VINER, Natan Adadievich).

GRUPPA SIBUGLEMET (a.k.a. LLC SIBUGLEMET GROUP), ul. Mashi Poryvaevoi d. 34, kom. 3, Moscow 107078, Russia; Tax ID No. 7708320240 (Russia); Registration Number 1177746596268 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

GRUPPO DOMANO S.R.L., Via Robert Musil 8, Roma 00137, Italy; Tax ID No. 15250881008 (Italy) [VENEZUELA-EO13850].

GRYZLOV, Boris Vyacheslavovich (Cyrillic: ГРЫЗЛОВ, Борис Вячеславович), Belarus; DOB 15 Dec 1950; POB Vladivostok, Russia; nationality Russia; Gender Male; Tax ID No. 70402468191 (Russia) (individual) [RUSSIA-EO14024].

GSK ADVANCE COMPANY LTD (a.k.a. GSK FOR ADVANCED BUSINESS CO. LTD; a.k.a. "GSK ADVANCE"), Ahmed Khair Street, Khartoum 11111, Sudan; Website http://www.gsk-sd.com; Organization Type: Other information technology and computer service activities [SUDAN-EO14098].

GSK FOR ADVANCED BUSINESS CO. LTD (a.k.a. GSK ADVANCE COMPANY LTD; a.k.a. "GSK ADVANCE"), Ahmed Khair Street, Khartoum 11111, Sudan; Website http://www.gsk-sd.com; Organization Type: Other information technology and computer service activities [SUDAN-EO14098].

GSPC (a.k.a. AL-QA'IDA IN THE ISLAMIC MAGHREB; a.k.a. AQIM; a.k.a. LE GROUPE SALAFISTE POUR LA PREDICATION ET LE COMBAT; a.k.a. SALAFIST GROUP FOR CALL AND COMBAT; a.k.a. SALAFIST GROUP FOR PREACHING AND COMBAT; a.k.a. TANZIM AL-QA'IDA FI BILAD AL-MAGHRIB AL-ISLAMIYA) [FTO] [SDGT].

GTF NEMAN (a.k.a. AAT HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: ААТ ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. GRODNO TOBACCO FACTORY NEMAN; a.k.a. HRODNA TOBACCO FACTORY NEMAN; a.k.a. OAO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОАО

ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН); a.k.a. OJSC GRODNO TOBACCO FACTORY NEMAN; a.k.a. OPEN JOINT-STOCK COMPANY GRODNO TOBACCO FACTORY NEMAN; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН)), ul. Ordzhonikidze, d. 18, Grodno, Grodnenskaya Oblast 230771, Belarus (Cyrillic: ул. Орджоникидзе, д. 18, г. Гродно, Гродненская область 230771, Belarus); Organization Established Date 29 Dec 1996; Registration Number 500047627 (Belarus) [BELARUS-EO14038].

GTLK AO (Cyrillic: АО ГТЛК) (a.k.a. AKTSIONERNOYE OBSHCHESTVO GOSUDARSTVENNAYA TRANSPORTNAYA LIZINGOVAYA KOMPANIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГОСУДАРСТВЕННАЯ ТРАНСПОРТНАЯ ЛИЗИНГОВАЯ КОМПАНИЯ); a.k.a. JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY; a.k.a. JSC GTLK; a.k.a. PJSC GTLK; a.k.a. PJSC STLC; a.k.a. PUBLIC JOINT STOCK COMPANY STATE TRANSPORT LEASING COMPANY), 31A Leningradsky prospekt, Bldg 1, Moscow 125284, Russia; ul. Respubliki, D. 73, Kom. 100, Salekhard, Yamalo-Nenets Autonomous Region 629008, Russia (Cyrillic: ул. Республики, д. 73, ком. 100, г. Салехард, Ямало-Ненецкий Автономный Округ 629008, Russia); Tax ID No. 7720261827 (Russia); Government Gazette Number 57992197 (Russia); Registration Number 1027739407189 (Russia) [RUSSIA-EO14024].

GTLK ASIA LIMITED, 31/F, Tower Two, Times Square, 1 Matheson Street, Causeway Bay, Hong Kong, China; Organization Established Date 05 Sep 2018; Registration Number 2742447 (Hong Kong) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

GTLK EUROPE CAP (a.k.a. GTLK EUROPE CAPITAL DAC; a.k.a. GTLK EUROPE CAPITAL DESIGNATED ACTIVITY COMPANY), 2nd Floor, 2 Hume Street, Dublin 2, Ireland; Registration Number 619002 (Ireland) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

GTLK EUROPE CAPITAL DAC (a.k.a. GTLK EUROPE CAP; a.k.a. GTLK EUROPE

CAPITAL DESIGNATED ACTIVITY COMPANY), 2nd Floor, 2 Hume Street, Dublin 2, Ireland; Registration Number 619002 (Ireland) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

GTLK EUROPE CAPITAL DESIGNATED ACTIVITY COMPANY (a.k.a. GTLK EUROPE CAP; a.k.a. GTLK EUROPE CAPITAL DAC), 2nd Floor, 2 Hume Street, Dublin 2, Ireland; Registration Number 619002 (Ireland) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

GTLK EUROPE DAC (a.k.a. GTLK EUROPE DESIGNATED ACTIVITY COMPANY; a.k.a. "GTLKE"), 2nd Floor, 2 Hume Street, Dublin 2, Ireland; 9 Pembroke Street Upper, Dublin 2, Ireland; Registration Number 512927 (Ireland) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

GTLK EUROPE DESIGNATED ACTIVITY COMPANY (a.k.a. GTLK EUROPE DAC; a.k.a. "GTLKE"), 2nd Floor, 2 Hume Street, Dublin 2, Ireland; 9 Pembroke Street Upper, Dublin 2, Ireland; Registration Number 512927 (Ireland) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

GTLK MIDDLE EAST FREE ZONE COMPANY (a.k.a. GTLK MIDDLE EAST FZCO), Dubai Airport Freezone Authority, P.O. Box 491, Dubai 00000, United Arab Emirates; Organization Established Date 07 Oct 2018; Registration Number DAFZ/1918 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

GTLK MIDDLE EAST FZCO (a.k.a. GTLK MIDDLE EAST FREE ZONE COMPANY), Dubai Airport Freezone Authority, P.O. Box 491, Dubai 00000, United Arab Emirates; Organization Established Date 07 Oct 2018; Registration Number DAFZ/1918 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY).

GTS GRUPP, Ul. Rossolomio D. 17, Str. 2, Pomeshch. XI, Kom 3-6, Moscow 119021, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of

Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9717063811 (Russia); Registration Number 1177746940260 (Russia) [RUSSIA-EO14024].

GUALILO LTDA. C.I. (a.k.a. ESMERALDAS COLOMBIANAS CERRO GUALILO LTDA. C.I.), Transversal 46 No. 152 - 46 Ofc. 276, Bogota, Colombia; NIT # 830124149-2 (Colombia) [SDNTK].

GUAMATUR S.A. (a.k.a. HAVANATUR CHILE S.A.), Avenue 11 de Septiembre 2155, Edificio Panoramico, Torre C, Oficina 805, Providencia, Santiago, Chile [CUBA].

GUANGZHOU AUSAY TECHNOLOGY CO., LIMITED (Chinese Simplified: 广州欧赛科技有限公司) (a.k.a. GUANGZHOU AUSAY TECHNOLOGY CO., LTD.), R301, Block A of No 3 Building, West Area of Tongda Industrial Zone, Hebian 5 She Helong Street, Baiyun District, Guangzhou, Guangdong, China; Website http://www.ausay.com/; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 19 Nov 2017; Unified Social Credit Code (USCC) 91440101MA5ALQNR86 (China) [RUSSIA-EO14024].

GUANGZHOU AUSAY TECHNOLOGY CO., LTD. (a.k.a. GUANGZHOU AUSAY TECHNOLOGY CO., LIMITED (Chinese Simplified: 广州欧赛科技有限公司)), R301, Block A of No 3 Building, West Area of Tongda Industrial Zone, Hebian 5 She Helong Street, Baiyun District, Guangzhou, Guangdong, China; Website http://www.ausay.com/; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 19 Nov 2017; Unified Social Credit Code (USCC) 91440101MA5ALQNR86 (China) [RUSSIA-EO14024].

GUANGZHOU HESEN IMPORT AND EXPORT CO., LTD (Chinese Simplified: 广州合森进出口有限公司), Room 4195, No. 1 Chunhui Street, Tongtai Road, Baiyun District, Guangzhou, China (Chinese Simplified: 4195室, 同泰路春晖街1号, 白云区, 广州, China);

Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 21 Mar 2023; Unified Social Credit Code (USCC) 91440111MACCQ31P0B (China) [RUSSIA-EO14024].

GUANGZHOU SYRISS LOGISTICS & SERVICES (a.k.a. SYRISS; a.k.a. SYRISS GROUP LIMITED; a.k.a. SYRISS LOGISTICS AND SERVICE COMPANY), Head Office, Suite 707, Oriental Finance Building, 140 Dong Feng Xi Road, Guangzhou 510000, China; Marine Logistics Office, Suite 912, Nan You Building, 142 Dongfeng Xi Road, Guangzhou, China; Air Logistics Office, Suite 419, Nan You Building, 142 Dongfeng Xi Road, Guangzhou, China; Marine Warehouse, Baiyun Area, ShiJing Town, 20 Qingfeng Qinglong Road, Guangzhou, China; Baramkeh Free Zone, Damascus, Syria; Jebel Ali Free Zone, W.H. # WF06, Jebel Ali, United Arab Emirates; Ras Al Khor Industrial 3, Warehouse # 2, Al Aweer, United Arab Emirates; Exit 19 Al Manakh area , W.H. # 364, Riyadh, Saudi Arabia [SYRIA] (Linked To: YONA STAR INTERNATIONAL).

GUARDIANS OF RELIGION (a.k.a. AL-QAIDA IN SYRIA; a.k.a. HURRAS AL-DIN; a.k.a. SHAM AL-RIBAT; a.k.a. TANDHIM HURRAS AL-DEEN; a.k.a. TANZIM HURRAS AL-DIN; a.k.a. "AQ-S"), Syria [SDGT].

GUARIN LOAIZA, Jose Berley (Latin: GUARÍN LOAIZA, José Berley) (a.k.a. "EL ILUSTRE"); DOB 13 Jun 1968; POB Tulua, Valle, Colombia; Cedula No. 16365933 (Colombia) (individual) [SDNTK].

GUARINO, Rosario; DOB 26 Jun 1983; POB Naples, Italy (individual) [TCO].

GUAYE, Haroun (a.k.a. GAYE, Aroun; a.k.a. GAYE, Haroun; a.k.a. GEYE, Aroun; a.k.a. GUEYE, Haroun), Bangui, Central African Republic; DOB 30 Jan 1968; alt. DOB 30 Jan 1969; Passport O00065872 (Central African Republic) expires 30 Dec 2019 (individual) [CAR].

GUBAREV, Pavel (a.k.a. HUBARYEV, Pavlo); DOB 10 Feb 1983; POB Sievierodonetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

GUBAREVA, Ekaterina (a.k.a. GUBAREVA, Ekaterina Yurievna (Cyrillic: ГУБАРЕВА, Екатерина Юрьевна); a.k.a. GUBAREVA, Kateryna Yuriivna (Cyrillic: ГУБАРЕВА, Катерина Юріївна); a.k.a. GUBAREVA, Yekaterina; a.k.a. HUBAREVA, Katerina Yuriivna; a.k.a. KRASKO, Ekaterina Yurievna), 3 B. Severnaya Street, Apt. 30, Donetsk, Donetsk Region, Ukraine; 101 Karl Marx Street, Apt. 10, Kahovka, Kherson Region, Ukraine; DOB 05 Jul 1983; nationality Ukraine; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 3050117961 (Russia) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

GUBAREVA, Ekaterina Yurievna (Cyrillic: ГУБАРЕВА, Екатерина Юрьевна) (a.k.a. GUBAREVA, Ekaterina; a.k.a. GUBAREVA, Kateryna Yuriivna (Cyrillic: ГУБАРЕВА, Катерина Юріївна); a.k.a. GUBAREVA, Yekaterina; a.k.a. HUBAREVA, Katerina Yuriivna; a.k.a. KRASKO, Ekaterina Yurievna), 3 B. Severnaya Street, Apt. 30, Donetsk, Donetsk Region, Ukraine; 101 Karl Marx Street, Apt. 10, Kahovka, Kherson Region, Ukraine; DOB 05 Jul 1983; nationality Ukraine; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 3050117961 (Russia) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

GUBAREVA, Kateryna Yuriivna (Cyrillic: ГУБАРЕВА, Катерина Юріївна) (a.k.a. GUBAREVA, Ekaterina; a.k.a. GUBAREVA, Ekaterina Yurievna (Cyrillic: ГУБАРЕВА, Екатерина Юрьевна); a.k.a. GUBAREVA, Yekaterina; a.k.a. HUBAREVA, Katerina Yuriivna; a.k.a. KRASKO, Ekaterina Yurievna), 3 B. Severnaya Street, Apt. 30, Donetsk, Donetsk Region, Ukraine; 101 Karl Marx Street, Apt. 10, Kahovka, Kherson Region, Ukraine; DOB 05 Jul 1983; nationality Ukraine; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 3050117961 (Russia) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

GUBAREVA, Yekaterina (a.k.a. GUBAREVA, Ekaterina; a.k.a. GUBAREVA, Ekaterina Yurievna (Cyrillic: ГУБАРЕВА, Екатерина Юрьевна); a.k.a. GUBAREVA, Kateryna Yuriivna (Cyrillic: ГУБАРЕВА, Катерина Юріївна); a.k.a. HUBAREVA, Katerina Yuriivna; a.k.a. KRASKO, Ekaterina Yurievna), 3 B.

Severnaya Street, Apt. 30, Donetsk, Donetsk Region, Ukraine; 101 Karl Marx Street, Apt. 10, Kahovka, Kherson Region, Ukraine; DOB 05 Jul 1983; nationality Ukraine; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 3050117961 (Russia) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

GUBEREK GRIMBERG, Henry (a.k.a. GUBEREX GRIMBERG, Henry), Bogota, Colombia; Rosh HaAyin, Israel; DOB 06 Apr 1958; POB Bogota, Colombia; citizen Colombia; alt. citizen Israel; Cedula No. 79150656 (Colombia); Passport AG578034 (Colombia); alt. Passport 11328034 (Israel); National ID No. 313850281 (Israel) (individual) [SDNTK] (Linked To: C.I. DEL ISTMO S.A.S.; Linked To: INDUITEX LTDA.; Linked To: I&S HOLDING COMPANY, S.A.; Linked To: ORBITAL HORIZONS CORP.; Linked To: COMERCIALIZADORA INTERNACIONAL ANDINA LIMITADA; Linked To: IMPAN-COL, S.A.; Linked To: T.F.M.C. THE FOOD MANAGEMENT CORPORATION LTD; Linked To: PROMESAS DEL FUTBOL COLOMBIANO S.A.).

GUBEREK RABINOVICH, Isaac (a.k.a. GUBEREK RAVINOVICZ, Isaac Perez); DOB 21 Mar 1936; POB Bogota, Colombia; citizen Colombia; Cedula No. 2918329 (Colombia); Passport AM354606 (Colombia) (individual) [SDNTK] (Linked To: C.I. DEL ISTMO S.A.S.; Linked To: I&S HOLDING COMPANY, S.A.; Linked To: INDUITEX LTDA.; Linked To: CHAPS INVESTMENT INC.; Linked To: SBT S.A.; Linked To: ISSA EMPRESA UNIPERSONAL; Linked To: INVERSIONES GILFE S.A.; Linked To: INVERSORA PANACOL S.A.; Linked To: ORBITAL HORIZONS CORP.; Linked To: FUNDACION ISSARA; Linked To: G&G INTERNACIONAL S.A.S.; Linked To: COMERCIALIZADORA INTERNACIONAL ANDINA LIMITADA; Linked To: IMPAN-COL, S.A.; Linked To: COLOMBO PERUANA DE TEJIDOS S.A.; Linked To: C.I. CAFFEE VALORES S.A.; Linked To: PROMESAS DEL FUTBOL COLOMBIANO S.A.).

GUBEREK RAVINOVICZ, Isaac Perez (a.k.a. GUBEREK RABINOVICH, Isaac); DOB 21 Mar 1936; POB Bogota, Colombia; citizen Colombia; Cedula No. 2918329 (Colombia); Passport AM354606 (Colombia) (individual) [SDNTK] (Linked To: C.I. DEL ISTMO S.A.S.; Linked To:

I&S HOLDING COMPANY, S.A.; Linked To: INDUITEX LTDA.; Linked To: CHAPS INVESTMENT INC.; Linked To: SBT S.A.; Linked To: ISSA EMPRESA UNIPERSONAL; Linked To: INVERSIONES GILFE S.A.; Linked To: INVERSORA PANACOL S.A.; Linked To: ORBITAL HORIZONS CORP.; Linked To: FUNDACION ISSARA; Linked To: G&G INTERNACIONAL S.A.S.; Linked To: COMERCIALIZADORA INTERNACIONAL ANDINA LIMITADA; Linked To: IMPAN-COL, S.A.; Linked To: COLOMBO PERUANA DE TEJIDOS S.A.; Linked To: C.I. CAFFEE VALORES S.A.; Linked To: PROMESAS DEL FUTBOL COLOMBIANO S.A.).

GUBEREX GRIMBERG, Henry (a.k.a. GUBEREK GRIMBERG, Henry), Bogota, Colombia; Rosh HaAyin, Israel; DOB 06 Apr 1958; POB Bogota, Colombia; citizen Colombia; alt. citizen Israel; Cedula No. 79150656 (Colombia); Passport AG587034 (Colombia); alt. Passport 11328034 (Israel); National ID No. 313850281 (Israel) (individual) [SDNTK] (Linked To: C.I. DEL ISTMO S.A.S.; Linked To: INDUITEX LTDA.; Linked To: I&S HOLDING COMPANY, S.A.; Linked To: ORBITAL HORIZONS CORP.; Linked To: COMERCIALIZADORA INTERNACIONAL ANDINA LIMITADA; Linked To: IMPAN-COL, S.A.; Linked To: T.F.M.C. THE FOOD MANAGEMENT CORPORATION LTD; Linked To: PROMESAS DEL FUTBOL COLOMBIANO S.A.).

GUBERMAN, David, Moscow, Russia; DOB 01 Mar 1971; POB Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. 7201105 (Israel) (individual) [CYBER2] (Linked To: EVIL CORP.).

GUBKIN UNIVERSITY (a.k.a. FEDERAL STATE BUDGETARY EDUCATIONAL INSTITUTION OF HIGHER VOCATIONAL EDUCATION GUBKIN RUSSIAN STATE UNIVERSITY OF OIL AND GAS; a.k.a. NATIONAL UNIVERSITY OF OIL AND GAS GUBKIN UNIVERSITY; a.k.a. RGU NEFTI I GAZA NIU IMENI IM GUBKINA FGU), 65 Leninsky Prospekt, Moscow 119991, Russia; Organization Established Date 24 Sep 1997; Tax ID No. 7736093127 (Russia); Government Gazette Number 02066612 (Russia); Registration Number 1027739073845 (Russia) [RUSSIA-EO14024].

GUBOPIK (Cyrillic: ГУБОПИК) (a.k.a. MAIN DIRECTORATE FOR COMBATING ORGANIZED CRIME AND CORRUPTION OF THE MVD OF THE REPUBLIC OF BELARUS (Cyrillic: ГЛАВНОЕ УПРАВЛЕНИЕ ПО БОРЬБЕ С ОРГАНИЗОВАННОЙ ПРЕСТУПНОСТЬЮ И КОРРУПЦИЕЙ МВД РЕСПУБЛИКИ БЕЛАРУСЬ)), ul. Revolyutsionnaya, 3, Minsk, Belarus; Organization Established Date 28 Mar 1991; Target Type Government Entity [BELARUS].

GUCHAEV, Zaurbek (a.k.a. GUCHAYEV, Zaurbek; a.k.a. "AZIZ, Abdul"); DOB 04 Sep 1975; POB Chegem/Kabardino-Balkaria, Russia (individual) [SDGT] (Linked To: CAUCASUS EMIRATE).

GUCHAYEV, Zaurbek (a.k.a. GUCHAEV, Zaurbek; a.k.a. "AZIZ, Abdul"); DOB 04 Sep 1975; POB Chegem/Kabardino-Balkaria, Russia (individual) [SDGT] (Linked To: CAUCASUS EMIRATE).

GUDILIN, Yuriy Igorevich (Cyrillic: ГУДИЛИН, Юрий Игоревич), Moscow, Russia; DOB 18 Jun 1983; POB Lviv, Ukraine; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

GUDINO HARO, Francisco Javier (Latin: GUDIÑO HARO, Francisco Javier) (a.k.a. "La Gallina"), Puerto Vallarta, Jalisco, Mexico; Guadalajara, Jalisco, Mexico; DOB 29 Feb 1988; POB Guadalajara, Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. GUHF880229HJCDRR07 (Mexico) (individual) [SDNTK].

GUDZON SHIPPING CO LLC (a.k.a. LLC GUDZON SHIPPING CO; a.k.a. OOO GUDZON SHIPPING CO; a.k.a. SK GUDZON, OOO), ul Tigorovaya 20A, Vladivostok, Primorskiy kray 690091, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5753988 [DPRK4].

GUEMMANE, Aboubakir (a.k.a. AL-JAZA'IRI, Abu Ubaida; a.k.a. AL-JAZAIRI, Abu Ubaydah; a.k.a. GEUMMANE, Abu Bakr; a.k.a. GHUMAYN, Abu Bakr Muhammad Muhammad; a.k.a. GUEMMANE, Aboubakr; a.k.a. GUEMMANE, Abu Bakr Muhammad Muhammad; a.k.a. JAMIN, Abu Bakr Muhammad Muhammad; a.k.a. MAZOUZ, Kheireddine; a.k.a. MAZOUZI, Khayr al-Din; a.k.a. "LESAGE, Carol Jacques Ghislain"; a.k.a. "LESAGE, Jacques Ghislain"), Iran; DOB 31 Mar 1981; POB Algeria; nationality Algeria; Passport 98LH90556 (France) (individual) [SDGT] (Linked To: AL QA'IDA).

GUEMMANE, Aboubakr (a.k.a. AL-JAZA'IRI, Abu Ubaida; a.k.a. AL-JAZAIRI, Abu Ubaydah; a.k.a. GEUMMANE, Abu Bakr; a.k.a. GHUMAYN, Abu Bakr Muhammad Muhammad; a.k.a. GUEMMANE, Aboubakir; a.k.a. GUEMMANE, Abu Bakr Muhammad Muhammad; a.k.a. JAMIN, Abu Bakr Muhammad Muhammad; a.k.a. MAZOUZ, Kheireddine; a.k.a. MAZOUZI, Khayr al-Din; a.k.a. "LESAGE, Carol Jacques Ghislain"; a.k.a. "LESAGE, Jacques Ghislain"), Iran; DOB 31 Mar 1981; POB Algeria; nationality Algeria; Passport 98LH90556 (France) (individual) [SDGT] (Linked To: AL QA'IDA).

GUEMMANE, Abu Bakr Muhammad Muhammad (a.k.a. AL-JAZA'IRI, Abu Ubaida; a.k.a. AL-JAZAIRI, Abu Ubaydah; a.k.a. GEUMMANE, Abu Bakr; a.k.a. GHUMAYN, Abu Bakr Muhammad Muhammad; a.k.a. GUEMMANE, Aboubakir; a.k.a. GUEMMANE, Aboubakr; a.k.a. JAMIN, Abu Bakr Muhammad Muhammad; a.k.a. MAZOUZ, Kheireddine; a.k.a. MAZOUZI, Khayr al-Din; a.k.a. "LESAGE, Carol Jacques Ghislain"; a.k.a. "LESAGE, Jacques Ghislain"), Iran; DOB 31 Mar 1981; POB Algeria; nationality Algeria; Passport 98LH90556 (France) (individual) [SDGT] (Linked To: AL QA'IDA).

GUERRA RAMIREZ, Rogelio, Mexico; DOB 21 Aug 1973; POB Chiapas; nationality Mexico; citizen Mexico; R.F.C. GURR730821 (Mexico); C.U.R.P. GURR730821HCLRMG (Mexico); alt. C.U.R.P. GURR730821HCLRMG01 (Mexico); alt. C.U.R.P. GURR730821HCLRMG01 (Mexico); Cartilla de Servicio Militar Nacional B7384371 (Mexico) (individual) [SDNTK].

GUERRERO CASTILLO, Pedro Oliveiro (a.k.a. "CUCHILLO"), Colombia; DOB 28 Feb 1970; POB San Martin, Meta, Colombia; Cedula No. 17355451 (Colombia) (individual) [SDNTK].

GUERRERO COVARRUBIAS, Adrian Alonso (a.k.a. GUERRERO COVARRUBIAS, Alonso; a.k.a. "EL OCHO"), Mexico; DOB 10 Dec 1990; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; C.U.R.P. GUCA901210HMNRVL04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GUERRERO COVARRUBIAS, Alonso (a.k.a. GUERRERO COVARRUBIAS, Adrian Alonso; a.k.a. "EL OCHO"), Mexico; DOB 10 Dec 1990; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; C.U.R.P. GUCA901210HMNRVL04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GUERRERO COVARRUBIAS, Javier, Mexico; DOB 14 Feb 1988; POB Michoacan de Ocampo, Mexico; nationality Mexico; Gender Male; C.U.R.P. GUCJ880214HMNRVV02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GUERRERO MIJARES, Hannover Esteban, Caracas, Capital District, Venezuela; DOB 14 Jan 1971; Gender Male; Cedula No. 10537738 (Venezuela) (individual) [VENEZUELA].

GUERREROS DE AUTLAN (a.k.a. CLUB DEPORTIVO AUTLAN; a.k.a. CLUB DEPORTIVO MORUMBI; a.k.a. CLUB DEPORTIVO MORUMBI, A.C.; a.k.a. CLUB DEPORTIVO MORUMBI, ASOCIACION CIVIL; a.k.a. PROMOTORA CULTURAL Y DEPORTIVA MORUMBI; a.k.a. "MORUMBI"), Zapopan, Jalisco, Mexico; Av. Del Bajio S/N, Col. El Bajio, Zapopan, Jalisco, Mexico; Folio Mercantil No. 4123 (Jalisco) (Mexico) [SDNTK].

GUERREROS UNIDOS, Mexico [ILLICIT-DRUGS-EO14059].

GUEYE, Haroun (a.k.a. GAYE, Aroun; a.k.a. GAYE, Haroun; a.k.a. GEYE, Aroun; a.k.a. GUAYE, Haroun), Bangui, Central African Republic; DOB 30 Jan 1968; alt. DOB 30 Jan 1969; Passport O00065872 (Central African Republic) expires 30 Dec 2019 (individual) [CAR].

GUGERDCHIAN, Mehdi (a.k.a. GOGERDCHIAN, Mehdi), Iran; DOB 14 Aug 1975; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1286966558 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

GUGNIN, Vladimir Vladimirovich, Russia; DOB 20 Jun 1959; nationality Russia; Gender Male; Tax ID No. 504213050247 (Russia) (individual) [RUSSIA-EO14024] (Linked To: TECHNOLOGY 5 CO., LIMITED).

GUHAAD, Cumar (a.k.a. GUHAAD, Omar), Lower Shabelle, Somalia; DOB 1972; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

GUHAAD, Omar (a.k.a. GUHAAD, Cumar), Lower Shabelle, Somalia; DOB 1972; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

GUIDO DE ROMERO, Ana Julia, Iglesia, Nicaragua; DOB 16 Feb 1959; POB Matagalpa, Nicaragua; nationality Nicaragua; Gender Female; Passport A00000211 (Nicaragua) issued 14 Aug 2012 expires 14 Aug 2022 (individual) [NICARAGUA].

GUIERREZ LOERA, Jose Luis (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GUILIN ALPHA RUBBER & PLASTICS TECHNOLOGY CO., LTD (Chinese Traditional: 桂林阿尔法橡塑科技有限公司) (a.k.a. GUILIN ALPHA RUBBER & PLASTICS TECHNOLOGY COMPANY; a.k.a. GUILIN ALPHA RUBBER AND PLASTICS TECHNOLOGY CO., LTD; a.k.a. GUILIN ALPHA RUBBER AND PLASTICS TECHNOLOGY COMPANY), Industry Chuangye Yuan, Kongming West Road, Seven Star District, Guilin City, Guangxi Province 541004, China; Run Yuan A6-2, HuiXian Road, Seven Star District, Guilin City, Guangxi Province 541004, China; Venture Industrial Park, Kongming West Rd., Qixing District, Guilin, Guangxi 542500, China; Seven Star Road No.71, Seven Star District, Guilin City, Guangxi Province 541004, China; 90#

Villa, Yingtelai Garden, Seven Star District, Guilin City, Guangxi Province, China; Website www.alpha06.com; alt. Website www.alpha06.cn; alt. Website www.alphaindustry.cn; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Code 791301394 (China); Registration Number 450305200023881 (China); Unified Social Credit Code (USCC) 91450305791301394Q (China) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

GUILIN ALPHA RUBBER & PLASTICS TECHNOLOGY COMPANY (a.k.a. GUILIN ALPHA RUBBER & PLASTICS TECHNOLOGY CO., LTD (Chinese Traditional: 桂林阿尔法橡塑科技有限公司); a.k.a. GUILIN ALPHA RUBBER AND PLASTICS TECHNOLOGY CO., LTD; a.k.a. GUILIN ALPHA RUBBER AND PLASTICS TECHNOLOGY COMPANY), Industry Chuangye Yuan, Kongming West Road, Seven Star District, Guilin City, Guangxi Province 541004, China; Run Yuan A6-2, HuiXian Road, Seven Star District, Guilin City, Guangxi Province 541004, China; Venture Industrial Park, Kongming West Rd., Qixing District, Guilin, Guangxi 542500, China; Seven Star Road No.71, Seven Star District, Guilin City, Guangxi Province 541004, China; 90# Villa, Yingtelai Garden, Seven Star District, Guilin City, Guangxi Province, China; Website www.alpha06.com; alt. Website www.alpha06.cn; alt. Website www.alphaindustry.cn; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Code 791301394 (China); Registration Number 450305200023881 (China); Unified Social Credit Code (USCC) 91450305791301394Q (China) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

GUILIN ALPHA RUBBER AND PLASTICS TECHNOLOGY CO., LTD (a.k.a. GUILIN ALPHA RUBBER & PLASTICS TECHNOLOGY CO., LTD (Chinese Traditional: 桂林阿尔法橡塑科技有限公司); a.k.a. GUILIN ALPHA RUBBER & PLASTICS TECHNOLOGY COMPANY; a.k.a. GUILIN ALPHA RUBBER AND PLASTICS TECHNOLOGY COMPANY), Industry Chuangye Yuan, Kongming West Road, Seven Star District, Guilin City, Guangxi Province 541004, China; Run Yuan A6-2, HuiXian Road, Seven Star District, Guilin City, Guangxi Province 541004, China; Venture

Industrial Park, Kongming West Rd., Qixing District, Guilin, Guangxi 542500, China; Seven Star Road No.71, Seven Star District, Guilin City, Guangxi Province 541004, China; 90# Villa, Yingtelai Garden, Seven Star District, Guilin City, Guangxi Province, China; Website www.alpha06.com; alt. Website www.alphaindustry.cn; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Code 791301394 (China); Registration Number 450305200023881 (China); Unified Social Credit Code (USCC) 9145030579130139 4Q (China) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

GUILIN ALPHA RUBBER AND PLASTICS TECHNOLOGY COMPANY (a.k.a. GUILIN ALPHA RUBBER & PLASTICS TECHNOLOGY CO., LTD (Chinese Traditional: 桂林阿尔法橡塑科技有限公司); a.k.a. GUILIN ALPHA RUBBER & PLASTICS TECHNOLOGY COMPANY; a.k.a. GUILIN ALPHA RUBBER AND PLASTICS TECHNOLOGY CO., LTD), Industry Chuangye Yuan, Kongming West Road, Seven Star District, Guilin City, Guangxi Province 541004, China; Run Yuan A6-2, HuiXian Road, Seven Star District, Guilin City, Guangxi Province 541004, China; Venture Industrial Park, Kongming West Rd., Qixing District, Guilin, Guangxi 542500, China; Seven Star Road No.71, Seven Star District, Guilin City, Guangxi Province 541004, China; 90# Villa, Yingtelai Garden, Seven Star District, Guilin City, Guangxi Province, China; Website www.alpha06.com; alt. Website www.alphaindustry.cn; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Code 791301394 (China); Registration Number 450305200023881 (China); Unified Social Credit Code (USCC) 9145030579130139 4Q (China) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

GUISANES S.A.S., Calle 8 B No. 65 191, Oficina 519, Medellin, Antioquia, Colombia; NIT # 811039331-4 (Colombia) [SDNTK].

GUIZANI, Achraf Ben Fathi Ben Mabrouk (a.k.a. AL-GIZANI, Ashraf; a.k.a. AL-KAFI, Abu 'Ubaydah; a.k.a. AL-QIZANI, Ashraf; a.k.a. GUIZANI, Achraf Ben Fethi Ben Mabrouk), Tunisia; DOB 05 Oct 1991; POB El Gouazine, Dahmani, Governorate of Le Kef, Tunisia;

nationality Tunisia; Gender Male; National ID No. 13601334 (Tunisia) (individual) [SDGT].

GUIZANI, Achref Ben Fethi Ben Mabrouk (a.k.a. AL-GIZANI, Ashraf; a.k.a. AL-KAFI, Abu 'Ubaydah; a.k.a. AL-QIZANI, Ashraf; a.k.a. GUIZANI, Achraf Ben Fathi Ben Mabrouk), Tunisia; DOB 05 Oct 1991; POB El Gouazine, Dahmani, Governorate of Le Kef, Tunisia; nationality Tunisia; Gender Male; National ID No. 13601334 (Tunisia) (individual) [SDGT].

GUL AL-PAKISTANI, Niaz Muhammad Muhammada (a.k.a. AL-BISHAURI, Abu Mohammad Shaykh Aminullah; a.k.a. AL-PESHAWARI, Shaykh Abu Mohammed Ameen; a.k.a. AL-PESHAWARI, Shaykh Aminullah; a.k.a. AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed; a.k.a. BISHAWRI, Abu Mohammad Amin; a.k.a. MUHAMMAD, Niaz; a.k.a. PESHAWARI, Abu Mohammad Aminullah; a.k.a. "AMINULLAH, Shaykh"; a.k.a. "AMINULLAH, Sheik"; a.k.a. "SHAYKH AMEEN"), Ganj District, Peshawar, Khyber Pakhtunkhwa, Pakistan; House number T-876 Galli Mohallah, Sheikh Abad number 4, Peshawar, Khyber Pakhtunkhwa, Pakistan; Saudi Arabia; DOB circa 01 Jan 1961; POB Shunkrai village, Sarkani District, Konar Province, Afghanistan; Passport FU0152122 (Pakistan) expires 24 Apr 2017; alt. Passport FU0152121 (Pakistan) (individual) [SDGT] (Linked To: JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

GUL, Bakht (a.k.a. BAHAR, Bakht Gul; a.k.a. GUL, Bakhta; a.k.a. "SHUQIB"), Miram Shah, North Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1980; POB Aki Village, Zadran District, Paktiya Province, Afghanistan; nationality Afghanistan (individual) [SDGT].

GUL, Bakhta (a.k.a. BAHAR, Bakht Gul; a.k.a. GUL, Bakht; a.k.a. "SHUQIB"), Miram Shah, North Waziristan, Federally Administered Tribal Areas, Pakistan; DOB 1980; POB Aki Village, Zadran District, Paktiya Province, Afghanistan; nationality Afghanistan (individual) [SDGT].

GUL, Hasan (a.k.a. AL-MADANI, Abu Gharib; a.k.a. GHUL, Hassan; a.k.a. GUL, Hassan; a.k.a. KHAN, Mustafa Hajji Muhammad; a.k.a. MAHMUD, Khalid; a.k.a. MUHAMMAD, Mustafa; a.k.a. SHAHJI, Ahmad; a.k.a. "ABU-SHAIMA"; a.k.a. "ABU-SHAYMA"); DOB Aug 1977; alt. DOB Sep 1977; alt. DOB 1976; POB Madinah, Saudi Arabia; alt. POB Sangrar, Sindh Province, Pakistan; nationality Pakistan; alt. nationality Saudi Arabia (individual) [SDGT].

GUL, Hassan (a.k.a. AL-MADANI, Abu Gharib; a.k.a. GHUL, Hassan; a.k.a. GUL, Hasan; a.k.a. KHAN, Mustafa Hajji Muhammad; a.k.a. MAHMUD, Khalid; a.k.a. MUHAMMAD, Mustafa; a.k.a. SHAHJI, Ahmad; a.k.a. "ABU-SHAIMA"; a.k.a. "ABU-SHAYMA"); DOB Aug 1977; alt. DOB Sep 1977; alt. DOB 1976; POB Madinah, Saudi Arabia; alt. POB Sangrar, Sindh Province, Pakistan; nationality Pakistan; alt. nationality Saudi Arabia (individual) [SDGT].

GUL, Redi Hussein Khal (a.k.a. "GUL, Redi"; a.k.a. "GULL, Rida"), Nowshera, Pakistan; DOB 25 Dec 1981; POB Afghanistan; nationality Afghanistan; citizen Afghanistan; Gender Male (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

GULF CARTEL (a.k.a. CARTEL DEL GOLFO; a.k.a. OSIEL CARDENAS-GUILLEN ORGANIZATION; a.k.a. "CDG"), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

GULF CLAN (a.k.a. BANDA CRIMINAL DE URABA; a.k.a. CLAN DEL GOLFO; a.k.a. CLAN USUGA; a.k.a. LOS AUTODEFENSAS GAITANISTAS DE COLOMBIA; a.k.a. LOS URABENOS (Latin: LOS URABEÑOS)), Colombia [SDNTK] [ILLICIT-DRUGS-EO14059].

GULIN, Maxim Alexeyevich (Cyrillic: ГУЛИН, Максим Алексеевич), Russia; DOB 16 May 1997; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GUMAN LOERAL, Joaquin (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaguin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GUMEROVA, Lilia Salavatovna (Cyrillic: ГУМЕРОВА, Лилия Салаватовна) (a.k.a. GUMEROVA, Liliya Salavatovna), Russia; DOB 16 Dec 1972; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GUMEROVA, Liliya Salavatovna (a.k.a. GUMEROVA, Lilia Salavatovna (Cyrillic: ГУМЕРОВА, Лилия Салаватовна)), Russia; DOB 16 Dec 1972; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GUN MAKING COMPANY LEVSHA T LLC (a.k.a. LLC WEAPON FIRM LEVSHA T; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU ORUZHEINAIA FIRMA LEVSHA T), 1A Sovetskaya St, Building 95-037, Pom/floor 11/2 lit. e3, Tula 300041, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7107049851 (Russia); Registration Number 1027100978300 (Russia) [RUSSIA-EO14024].

GUNAWAN, Gun Gun Rusman (a.k.a. GUNAWAN, Rusman; a.k.a. "ABD AL-HADI"; a.k.a. "ABDUL HADI"; a.k.a. "ABDUL KARIM"; a.k.a. "BUKHORI"; a.k.a. "BUKHORY"); DOB 06 Jul 1977; POB Cianjur, West Java, Indonesia; nationality Indonesia (individual) [SDGT].

GUNAWAN, Rusman (a.k.a. GUNAWAN, Gun Gun Rusman; a.k.a. "ABD AL-HADI"; a.k.a. "ABDUL HADI"; a.k.a. "ABDUL KARIM"; a.k.a. "BUKHORI"; a.k.a. "BUKHORY"); DOB 06 Jul 1977; POB Cianjur, West Java, Indonesia; nationality Indonesia (individual) [SDGT].

GUNDUZ, Seyyid Cemal, Turkey; DOB 12 Jan 1957; POB Bakirkoy, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U10533074 (Turkey); National ID No. 11581778738 (Turkey) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

GUO, Chunyan (Chinese Simplified: 郭春艳), 30 Baiyunshan Chenjiang Village Committee, Chenjiang, Zhongkai District, Huizhou City, Guangdong Province, China (Chinese Simplified: 陈江村委会白云山30号, 仲恺区陈江, 惠州市, 广东省, China); 75 Baiyun Boulevard, (Taihuang Dengshi), 3F Rm 315, Chenjiang Town, Huizhou City, Guangdong Province 516229, China (Chinese Simplified: 白云大道75号(泰煌灯饰), 3楼315室, 陈江镇, 惠州市, 广东省 516229, China); DOB 15 Apr 1983; nationality China; Website

www.yolimachine.com; Email Address guoruiguang2016@126.com; Gender Female; Phone Number 8615815351839; alt. Phone Number 867523323959; National ID No. 44138119830415242X (China) issued 18 Mar 2016 expires 18 Mar 2036 (individual) [ILLICIT-DRUGS-EO14059].

GUO, Ruiguang (Chinese Simplified: 郭瑞光), 30 Baiyunshan Chenjiang Village Committee, Chenjiang Office, Huicheng District, Huizhou City, Guangdong Province, China (Chinese Simplified: 陈江村委会白云山30号, 惠城区陈江办事处, 惠州市, 广东省, China); 75 Baiyun Boulevard, Chenjiang Town, Huizhou City, Guangdong Province 516229, China (Chinese Simplified: 白云大道75号, 陈江镇, 惠州市, 广东省 516229, China); DOB 20 Mar 1954; nationality China; Email Address guoruiguang2016@126.com; Gender Male; Phone Number 8615815351839; National ID No. 44252119540320412 (China) issued 14 Dec 2006 (individual) [ILLICIT-DRUGS-EO14059].

GUO, Yunnian (Chinese Simplified: 郭运年), d26 Weiyuan Small District, Chenjiang Town, Huizhou City, Guangdong Province 516229, China (Chinese Simplified: 威源小区D26, 陈江镇, 惠州市, 广东省 516229, China); DOB 05 Dec 1961; nationality China; Email Address iscan2009@live.cn; Gender Female; Phone Number 8615815351839; alt. Phone Number 867523323959; alt. Phone Number 867623218162; National ID No. 442521196112052420 (China) (individual) [ILLICIT-DRUGS-EO14059].

GUP RK KTB SUDOKOMPOZIT (Cyrillic: ГУП РК КТБ СУДОКОМПОЗИТ) (a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRIM KONSTRUKTORSKO-TECHNOLOGICHESKOE BYURO SUDOKOMPOZIT (Cyrillic: ГОСУДАРСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ РЕСПУБЛИКИ КРЫМ КОНСТРУКТОРСКО ТЕХНОЛОГИЧЕСКОЕ БЮРО СУДОКОМПОЗИТ); a.k.a. KTB SUDOKOMPOZIT, GUP; a.k.a. STATE UNITARY ENTERPRISE IN THE REPUBLIC OF CRIMEA DESIGN-TECHNOLOGY BUREAU SUDOKOMPOZIT; a.k.a. SUDOKOMPOZIT DESIGN AND TECHNOLOGICAL BUREAU), House 14, Kuibysheva Street, Feodosia, Crimea 298100, Ukraine; Website http://sudocompozit.ru/; Secondary sanctions risk: Ukraine-/Russia-

Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9108007745 (Russia); Government Gazette Number 00745510 (Russia); Registration Number 1149102094680 (Russia) [UKRAINE-EO13685].

GUPTA, Ajay (a.k.a. GUPTA, Ajay Kumar), Dubai, United Arab Emirates; DOB 05 Feb 1966; POB Saharanpur, India; nationality India; Gender Male (individual) [GLOMAG].

GUPTA, Ajay Kumar (a.k.a. GUPTA, Ajay), Dubai, United Arab Emirates; DOB 05 Feb 1966; POB Saharanpur, India; nationality India; Gender Male (individual) [GLOMAG].

GUPTA, Atul (a.k.a. GUPTA, Atul Kumar), Dubai, United Arab Emirates; DOB 14 Jun 1968; POB Saharanpur, India; nationality South Africa; Gender Male (individual) [GLOMAG].

GUPTA, Atul Kumar (a.k.a. GUPTA, Atul), Dubai, United Arab Emirates; DOB 14 Jun 1968; POB Saharanpur, India; nationality South Africa; Gender Male (individual) [GLOMAG].

GUPTA, Rajesh (a.k.a. GUPTA, Rajesh Kumar; a.k.a. "GUPTA, Tony"), Dubai, United Arab Emirates; DOB 05 Aug 1972; POB Saharanpur, India; nationality South Africa; Gender Male; National ID No. 7208056345087 (South Africa) (individual) [GLOMAG].

GUPTA, Rajesh Kumar (a.k.a. GUPTA, Rajesh; a.k.a. "GUPTA, Tony"), Dubai, United Arab Emirates; DOB 05 Aug 1972; POB Saharanpur, India; nationality South Africa; Gender Male; National ID No. 7208056345087 (South Africa) (individual) [GLOMAG].

GUREV, Andrei Andreevich (a.k.a. GURYEV, Andrey Andreevich (Cyrillic: ГУРЬЕВ, Андрей Андреевич)), Russia; DOB 07 Mar 1982; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

GURIEV, Andrey Grigoryevich (a.k.a. GURYEV, Andrey Grigoryevich (Cyrillic: ГУРЬЕВ, Андрей Григорьевич)), Moscow, Russia; Witanhurst, 41 Highgate West Hill, London, United Kingdom; DOB 24 Mar 1960; POB Lobnya, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

GURLEYEN, Soner, Istanbul, Turkey; DOB 06 Jun 1988; POB Gaziosmanpasha, Turkey; citizen Turkey; Gender Male; Identification Number 20768654918 (Turkey) (individual) [SDGT] (Linked To: AL QA'IDA).

GURULEV, Andrey Viktorovich (Cyrillic: ГУРУЛЁВ, Андрей Викторович), Russia; DOB 16 Oct 1967; nationality Russia; Gender Male; Member of the State Duma of the Federal

Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GURYEV, Andrey Andreevich (Cyrillic: ГУРЬЕВ, Андрей Андреевич) (a.k.a. GUREV, Andrey Andreevich), Russia; DOB 07 May 1982; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

GURYEV, Andrey Grigoryevich (Cyrillic: ГУРЬЕВ, Андрей Григорьевич) (a.k.a. GURIEV, Andrey Grigoryevich), Moscow, Russia; Witanhurst, 41 Highgate West Hill, London, United Kingdom; DOB 24 Mar 1960; POB Lobnya, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

GURZHII, Andrei Anatolievich (a.k.a. GURZHIY, Andrey Anatolievich (Cyrillic: ГУРЖИЙ, Андрей Анатольевич); a.k.a. GURZHY, Andrei; a.k.a. GURZHY, Andrei Anatolievich (Cyrillic: ГУРЖЫ, Андрэй Анатольевіч); a.k.a. GURZHY, Andrei Anatoljevich; a.k.a. HURZHY, Andrei Anatolevich), Homel Oblast, Belarus; DOB 10 Oct 1975; nationality Belarus; Gender Male (individual) [BELARUS].

GURZHIY, Andrey Anatolievich (Cyrillic: ГУРЖИЙ, Андрей Анатольевич) (a.k.a. GURZHII, Andrei Anatolievich; a.k.a. GURZHY, Andrei; a.k.a. GURZHY, Andrei Anatolievich (Cyrillic: ГУРЖЫ, Андрэй Анатольевіч); a.k.a. GURZHY, Andrei Anatoljevich; a.k.a. HURZHY, Andrei Anatolevich), Homel Oblast, Belarus; DOB 10 Oct 1975; nationality Belarus; Gender Male (individual) [BELARUS].

GURZHY, Andrei (a.k.a. GURZHII, Andrei Anatolievich; a.k.a. GURZHIY, Andrey Anatolievich (Cyrillic: ГУРЖИЙ, Андрей Анатольевич); a.k.a. GURZHY, Andrei Anatolievich (Cyrillic: ГУРЖЫ, Андрэй Анатольевіч); a.k.a. GURZHY, Andrei Anatoljevich; a.k.a. HURZHY, Andrei Anatolevich), Homel Oblast, Belarus; DOB 10 Oct 1975; nationality Belarus; Gender Male (individual) [BELARUS].

GURZHY, Andrei Anatolievich (Cyrillic: ГУРЖЫ, Андрэй Анатольевіч) (a.k.a. GURZHII, Andrei Anatolievich; a.k.a. GURZHIY, Andrey Anatolievich (Cyrillic: ГУРЖИЙ, Андрей Анатольевич); a.k.a. GURZHY, Andrei; a.k.a. GURZHY, Andrei Anatoljevich; a.k.a. HURZHY, Andrei Anatolevich), Homel Oblast, Belarus; DOB 10 Oct 1975; nationality Belarus; Gender Male (individual) [BELARUS].

GURZHY, Andrei Anatoljevich (a.k.a. GURZHII, Andrei Anatolievich; a.k.a. GURZHIY, Andrey Anatolievich (Cyrillic: ГУРЖИЙ, Андрей Анатольевич); a.k.a. GURZHY, Andrei; a.k.a.

GURZHY, Andrei Anatolievich (Cyrillic: ГУРЖЫ, Андрэй Анатольевіч); a.k.a. HURZHY, Andrei Anatolevich), Homel Oblast, Belarus; DOB 10 Oct 1975; nationality Belarus; Gender Male (individual) [BELARUS].

GUSAKOVSKY, Aleksandr Vladislavovich (a.k.a. GUSAKOVSKY, Alexander Vladislavovich (Cyrillic: ГУСАКОВСКИЙ, Александр Владиславович)), Russia; DOB 25 Aug 1970; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GUSAKOVSKY, Alexander Vladislavovich (Cyrillic: ГУСАКОВСКИЙ, Александр Владиславович) (a.k.a. GUSAKOVSKY, Aleksandr Vladislavovich), Russia; DOB 25 Aug 1970; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GUSEV, Aleksandr Viktorovich (a.k.a. GUSEV, Alexander Viktorovich (Cyrillic: ГУСЕВ, Александр Викторович)), Voronezh, Russia; DOB 27 Jul 1963; POB Ozerskoe, Kaluga Region, Russia; nationality Russia; Gender Male; Tax ID No. 366307834243 (Russia) (individual) [RUSSIA-EO14024].

GUSEV, Alexander Viktorovich (Cyrillic: ГУСЕВ, Александр Викторович) (a.k.a. GUSEV, Aleksandr Viktorovich), Voronezh, Russia; DOB 27 Jul 1963; POB Ozerskoe, Kaluga Region, Russia; nationality Russia; Gender Male; Tax ID No. 366307834243 (Russia) (individual) [RUSSIA-EO14024].

GUSEV, Denis Igorevich (Cyrillic: ГУСЕВ, ДЕНИС ИГОРЕВИЧ) (a.k.a. GOTMAN, David; a.k.a. POMOJAC, Marin), Moscow, Russia; DOB 10 Jun 1986; alt. DOB 08 Jul 1977; alt. DOB 07 Oct 1987; POB Moscow, Russia; alt. POB Ceadir-Lunga, Moldova; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 717386212 (Russia); alt. Passport A1167292 (Moldova); alt. Passport 1213007 (Israel) (individual) [CYBER2] (Linked To: EVIL CORP).

GUSEV, Denis Vladimirovich (Cyrillic: ГУСЕВ, Денис Владимирович), Russia; DOB 26 Dec 1976; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GUSEV, Dmitry Gennadyevich (Cyrillic: ГУСЕВ, Дмитрий Геннадьевич), Russia; DOB 23 Jul

1972; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GUSEV, Dmitry Vladimirovich (Cyrillic: ГУСЕВ, Дмитрий Владимирович), Ulofa Palme street 7, flat 31, Moscow, Russia; DOB 25 Jan 1976; POB Anadyr, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

GUTENEV, Vladimir Vladimirovich (Cyrillic: ГУТЕНЕВ, Владимир Владимирович), Russia; DOB 27 Mar 1966; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

GUTIERREZ AGUIRRE, Duffay (a.k.a. "EL GORDO DUFFAY"), Bogota, Colombia; DOB 16 Sep 1968; POB Buga, Valle, Colombia; Cedula No. 14892384 (Colombia); Matricula Mercantil No 01302280 (Colombia) (individual) [SDNT].

GUTIERREZ ALVARADO, Gladys Maria (Latin: GUTIÉRREZ ALVARADO, Gladys María), Caracas, Capital District, Venezuela; DOB 16 Apr 1962; POB Punto Fijo, Falcon, Venezuela; citizen Venezuela; Gender Female; Cedula No. 7525777 (Venezuela); Passport 1122011 (Venezuela); alt. Passport 4532006 (Venezuela); Magistrate of the Constitutional Chamber of Venezuela's Supreme Court of Justice; Former President of Venezuela's Supreme Court of Justice (individual) [VENEZUELA].

GUTIERREZ BARBOZA, Maureen Patricia, c/o ILC EXPORTACIONES, S. DE R.L. DE C.V., Mexico, Distrito Federal, Mexico; Mexico; DOB 11 Jun 1972; POB Carmen Central San Jose, Costa Rica; nationality Costa Rica; citizen Costa Rica; Cedula No. 108390780 (Costa Rica) (individual) [SDNTK].

GUTIERREZ GARAVITO, Armando, c/o BLUE-STAR SECCION HOSTELERIA S.L., Parla, Madrid, Spain; c/o EMPRESA DE EMPLEOS TEMPORALES LA UNICA LTDA., Villavicencio, Colombia; c/o INVERSIONES GANADERAS Y PALMERAS S.A., Bogota, Colombia; c/o INVERSIONES GANAGRO LTDA., Villavicencio, Colombia; c/o INVERSIONES TALADRO LTDA., Villavicencio, Colombia; Calle 8B No. 77-30, Bogota, Colombia; Calle 8B No. 78-30 Castilla Real, Bogota, Colombia; Calle 23F No. 73F-03, Bogota, Colombia; Calle Hacienda de Pavones, No. 48, Madrid, Spain; Hacienda Oeste, Restrepo, Meta, Colombia;

DOB 02 Dec 1959; POB Acacias, Meta, Colombia; Cedula No. 17410782 (Colombia); N.I.E. X-1552120-B (Spain) (individual) [SDNTK].

GUTIERREZ HERNANDEZ, Javier Mauricio, c/o BINGO INTERNACIONAL E.U., Bogota, Colombia; c/o INVERSIONES GANADERAS Y PALMERAS S.A., Bogota, Colombia; Calle 18 No. 6-31 of. 704, Bogota, Colombia; Carrera 7 Bis No. 123-51 apto. 201, Barrio Santa Barbara, Bogota, Colombia; DOB 11 Dec 1968; POB Villavicencio, Colombia; Cedula No. 17339511 (Colombia) (individual) [SDNTK].

GUTIERREZ MERCADO, Walmaro Antonio, KM. 43.5 South Road Panamerican, South Panamerican Highway, Diriamba, Carazo, Nicaragua; DOB 05 May 1968; POB Managua, Nicaragua; nationality Nicaragua; Gender Male; Passport A0007922 (Nicaragua) issued 25 Sep 2007 expires 24 Sep 2012 (individual) [NICARAGUA].

GUTIERREZ PARRA, Jose Bernabe, Av Las Acacias entre Libertador y Andres Bello, Edf Florida Plaza Piso 2 Apt 2, Caracas, Gran Caracas 1010, Venezuela; DOB 21 Dec 1952; POB Caicara del Orinoco, Bolivar, Venezuela; nationality Venezuela; Gender Male; Cedula No. V-1565144 (Venezuela); Passport 068637114 (Venezuela) issued 04 Mar 2013 expires 03 Mar 2018 (individual) [VENEZUELA].

GUTIERREZ PARRA, Jose Luis, Calle Sucre, Res. Puma, Piso 2, Apto 24, Urb. Chacao, Caracas, Miranda 1060, Venezuela; DOB 13 Jun 1963; POB Puerto Ayacucho, Venezuela; nationality Venezuela; Gender Male; Cedula No. V-7048576 (Venezuela); Passport 108109658 (Venezuela) issued 15 Oct 2014 expires 14 Oct 2019 (individual) [VENEZUELA].

GUTIERREZ RENDON, Orlando (a.k.a. "NEGRO ORLANDO"); DOB 12 Jan 1966; POB Buenaventura, Valle, Colombia; citizen Colombia; Cedula No. 16486550 (Colombia) (individual) [SDNTK].

GUTIERREZ, Dolis, c/o DOLL EXPORT LTDA., Bogota, Colombia; DOB 03 Oct 1962; POB San Martin, Meta, Colombia; Cedula No. 51658906 (Colombia) (individual) [SDNTK].

GUTNIK, Igor (Cyrillic: ГУТНИК, Игорь) (a.k.a. GUTNIK, Igor Nikolaevich (Cyrillic: ГУТНИК, Игорь Николаевич)), Brest, Belarus; DOB 17 Dec 1974; POB Zabolotye village, Smolevichskiy district, Minsk oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

GUTNIK, Igor Nikolaevich (Cyrillic: ГУТНИК, Игорь Николаевич) (a.k.a. GUTNIK, Igor (Cyrillic: ГУТНИК, Игорь)), Brest, Belarus; DOB 17 Dec 1974; POB Zabolotye village, Smolevichskiy district, Minsk oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

GUTSAN, Aleksandr Vladimirovich (Cyrillic: ГУЦАН, Александр Владимирович) (a.k.a. GUTSAN, Alexander), Russia; DOB 06 Jul 1960; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

GUTSAN, Alexander (a.k.a. GUTSAN, Aleksandr Vladimirovich (Cyrillic: ГУЦАН, Александр Владимирович)), Russia; DOB 06 Jul 1960; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

GUZEL, Cebrail (a.k.a. GUZEL, Jebrail), Istanbul, Turkey; DOB 10 Jul 1993; POB Gerger, Adiyaman, Turkey; nationality Turkey; Gender Male; Identification Number 17011251840 (Turkey) (individual) [SDGT] (Linked To: AL QA'IDA).

GUZEL, Faruk (Latin: GÜZEL, Faruk), Malatya, Turkey; DOB 01 Oct 1968; POB Malatya, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 54163439634 (Turkey) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

GUZEL, Jebrail (a.k.a. GUZEL, Cebrail), Istanbul, Turkey; DOB 10 Jul 1993; POB Gerger, Adiyaman, Turkey; nationality Turkey; Gender Male; Identification Number 17011251840 (Turkey) (individual) [SDGT] (Linked To: AL QA'IDA).

GUZMAN ENRIQUEZ, Juan Luis, Mexico; DOB 24 Jun 1950; POB La Huacana, Michoacan De Ocampo, Mexico; nationality Mexico; citizen Mexico; R.F.C. GUEJ500624 (Mexico); C.U.R.P. GUEJ500624HDFZNN06 (Mexico) (individual) [SDNTK].

GUZMAN FERNANDEZ, Joaquin (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN LOEIA, Joaguin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo;

GUTNIK, Igor Nikolaevich (Cyrillic: ГУТНИК, Игорь Николаевич) (a.k.a. GUTNIK, Igor (Cyrillic: ГУТНИК, Игорь)), Brest, Belarus; DOB 17 Dec 1974; POB Zabolotye village, Smolevichskiy district, Minsk oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GUZMAN LOEIA, Joaquin (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GUZMAN LOERA, Joaquin (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaguin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GUZMAN LOESA, Joaquin (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GUZMAN LOPEZ, Joaquin (a.k.a. "El Guero"; a.k.a. "Guero Moreno"; a.k.a. "Moreno"), Sinaloa, Mexico; DOB 16 Jul 1986; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. GULJ860716HSRZPQ01

(Mexico) (individual) [ILLICIT-DRUGS-EO14059].

GUZMAN LOPEZ, Ovidio (a.k.a. "El Raton"; a.k.a. "Raton Nuevo"), Mexico; DOB 29 Mar 1990; POB Culiacan, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. GULO900329HSLZPV09 (Mexico) (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

GUZMAN LOREA, Chapo (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GUZMAN OCHOA, Ulises, Calle Golfo de California No. 1585, Colonia Nuevo Culiacan, Culiacan, Sinaloa, Mexico; DOB 03 Jun 1975; POB Culiacan, Sinaloa, Mexico; C.U.R.P. GUOU750603HSLZCL08 (Mexico) (individual) [SDNTK] (Linked To: GASODIESEL Y SERVICIOS ANCONA, S.A. DE C.V.; Linked To: GASOLINERA ALAMOS COUNTRY, S.A. DE C.V.; Linked To: GASOLINERA Y SERVICIOS VILLABONITA, S.A. DE C.V.; Linked To: PETROBARRANCOS, S.A. DE C.V.; Linked To: SERVICIOS CHULAVISTA, S.A. DE C.V.).

GUZMAN PADILLA, Joaquin (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GUZMAN SALAZAR, Ivan Archivaldo (a.k.a. "Chapito"), Mexico; DOB 1980; POB Sinaloa, Mexico; nationality Mexico; Gender Male

(individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

GUZMAN SALAZAR, Jesus Alfredo (a.k.a. "Alfredillo"; a.k.a. "JAGS"), Mexico; DOB 17 May 1986; POB Zapopan, Jalisco, Mexico; nationality Mexico; Gender Male; C.U.R.P. GUSJ860517HJCZLS06 (Mexico) (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

GUZMAN, Achivaldo (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GUZMAN, Archibaldo (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GUZMAN, Aureliano (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Chapo; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GUZMAN, Chapo (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a.

GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Joaquin Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GUZMAN, Joaquin Chapo (a.k.a. AREGON, Max; a.k.a. CARO RODRIGUEZ, Gilberto; a.k.a. GUIERREZ LOERA, Jose Luis; a.k.a. GUMAN LOERAL, Joaquin; a.k.a. GUZMAN FERNANDEZ, Joaquin; a.k.a. GUZMAN LOEIA, Joaquin; a.k.a. GUZMAN LOERA, Joaquin; a.k.a. GUZMAN LOESA, Joaquin; a.k.a. GUZMAN LOREA, Chapo; a.k.a. GUZMAN PADILLA, Joaquin; a.k.a. GUZMAN, Achivaldo; a.k.a. GUZMAN, Archibaldo; a.k.a. GUZMAN, Aureliano; a.k.a. GUZMAN, Chapo; a.k.a. ORTEGA, Miguel; a.k.a. OSUNA, Gilberto; a.k.a. RAMIREZ, Joise Luis; a.k.a. RAMOX PEREZ, Jorge); DOB 25 Dec 1954; POB Mexico (individual) [SDNTK].

GV GOLD (a.k.a. PAO VYSOCHAISHY; a.k.a. PJSC VYSOCHAISHY; a.k.a. PUBLICHNOYE AKTSIONERNOYE OBSHCHESTVO VYSOCHAISHY; a.k.a. VYSOCHAISHI, PAO), 27A, Pristrasovaya Str., Taksimo, Muisky district, town, Taksimo, Republic of Buryatia 671560, Russia; ul. Berezovaya d. 17 Bodaibo Irkutsk Region, Irkutsk 666902, Russia; D. 38, B-r Gagarina, Irkutsk Region, Irkutsk 664025, Russia; Organization Established Date 19 Nov 2002; Tax ID No. 3802008553 (Russia); Registration Number 1023800732878 (Russia) [RUSSIA-EO14024].

GWAIDER, Ageela Salah Issa (a.k.a. ESSA, Agila Saleh; a.k.a. GWAIDER, Agila Saleh Issa; a.k.a. ISSA, Aguila Saleh; a.k.a. QUYDIR, Aqilah Salih; a.k.a. SALEH, Aqilah); DOB 01 Jun 1942; POB Elgubba, Libya; nationality Libya; Passport D001001 (Libya) issued 22 Jan 2015 expires 22 Jan 2017; President and Speaker of the Libyan House of Representatives (individual) [LIBYA3].

GWAIDER, Agila Saleh Issa (a.k.a. ESSA, Agila Saleh; a.k.a. GWAIDER, Ageela Salah Issa; a.k.a. ISSA, Aguila Saleh; a.k.a. QUYDIR, Aqilah Salih; a.k.a. SALEH, Aqilah); DOB 01 Jun 1942; POB Elgubba, Libya; nationality

Libya; Passport D001001 (Libya) issued 22 Jan 2015 expires 22 Jan 2017; President and Speaker of the Libyan House of Representatives (individual) [LIBYA3].

GX SHIPPING FZE (Arabic: جى اكس الشحن م م ح), P1 - ELOB Office No. E-41F-14, Hamriyah Free Zone, Sharjah, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 12 Dec 2019; Commercial Registry Number 11578782 (United Arab Emirates); License 18390 (United Arab Emirates) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

H & H METALFORM GMBH (a.k.a. H AND H METALFORM GMBH), Postfach 1160, Strontianitstrasse 3, Drensteinfurt 4406, Germany [IRAQ2].

H AND H METALFORM GMBH (a.k.a. H & H METALFORM GMBH), Postfach 1160, Strontianitstrasse 3, Drensteinfurt 4406, Germany [IRAQ2].

H Y J COMERCIALIZADORA INTERNACIONAL LTDA, Carrera 15 No. 119-32, Bogota, Colombia; NIT # 830106350-0 (Colombia); Matricula Mercantil No 01200175 (Bogota) [SDNTK].

HABANERO'S RESTAURANTE (a.k.a. CONCEPTOS GASTRONOMICOS DE SONORA, S. DE R.L. DE C.V.; a.k.a. HABANERO'S RESTAURANTE STEAK WINGS; a.k.a. HABANEROS STEAK WINGS), Nogales, Sonora, Mexico; Calle Ruiz Cortinez 914, Nogales, Sonora 84040, Mexico; Calle Ruiz Cortinez 895, Nogales, Sonora 84030, Mexico; Organization Established Date 03 Apr 2017; Organization Type: Restaurants and mobile food service activities; SRE Permit No. A201703091732456026 (Mexico) [ILLICIT-DRUGS-EO14059].

HABANERO'S RESTAURANTE STEAK WINGS (a.k.a. CONCEPTOS GASTRONOMICOS DE SONORA, S. DE R.L. DE C.V.; a.k.a. HABANERO'S RESTAURANTE; a.k.a. HABANEROS STEAK WINGS), Nogales, Sonora, Mexico; Calle Ruiz Cortinez 914, Nogales, Sonora 84040, Mexico; Calle Ruiz Cortinez 895, Nogales, Sonora 84030, Mexico; Organization Established Date 03 Apr 2017; Organization Type: Restaurants and mobile food service activities; SRE Permit No. A201703091732456026 (Mexico) [ILLICIT-DRUGS-EO14059].

HABANEROS STEAK WINGS (a.k.a. CONCEPTOS GASTRONOMICOS DE

SONORA, S. DE R.L. DE C.V.; a.k.a. HABANERO'S RESTAURANTE; a.k.a. HABANERO'S RESTAURANTE STEAK WINGS), Nogales, Sonora, Mexico; Calle Ruiz Cortinez 914, Nogales, Sonora 84040, Mexico; Calle Ruiz Cortinez 895, Nogales, Sonora 84030, Mexico; Organization Established Date 03 Apr 2017; Organization Type: Restaurants and mobile food service activities; SRE Permit No. A201703091732456026 (Mexico) [ILLICIT-DRUGS-EO14059].

HABIB, Ali (a.k.a. MAHMOUD, Ali Habib; a.k.a. MAHMOUD, Ali Muhammad Habib; a.k.a. MAHMUD, Ali Habib); DOB 1939; POB Tartous, Syria; Lieutenant General, Minister of Defense (individual) [SYRIA].

HABIB, Malik Ali (Arabic: مالك على حبيب), Palmyra, Syria; DOB 04 Jan 1963; POB Jablah Latakia, Syria; nationality Syria; Gender Male; Major General (individual) [SYRIA] (Linked To: SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

HABIB, Mohammed Turki, Baghdad, Iraq (individual) [IRAQ2].

HABIB, Radwan; DOB 1962; POB Aleppo, Syria; Minister of Justice (individual) [SYRIA].

HABIB, Salah (a.k.a. HABIB, Saleh; a.k.a. HABIB, Salih), Villa 43A, al Syniar Street, Jumeirah 3, P.O. Box 127074, Dubai, United Arab Emirates; DOB 05 Jul 1962; POB Ain el-Karm, Syria; citizen France; alt. citizen Syria; Passport 13AF69606 (France) expires 06 Feb 2023; Position: Owner; Alt. Position: General Manager; Alt. Position: Chief Executive Officer (individual) [SYRIA] (Linked To: YONA STAR INTERNATIONAL).

HABIB, Saleh (a.k.a. HABIB, Salah; a.k.a. HABIB, Salih), Villa 43A, al Syniar Street, Jumeirah 3, P.O. Box 127074, Dubai, United Arab Emirates; DOB 05 Jul 1962; POB Ain el-Karm, Syria; citizen France; alt. citizen Syria; Passport 13AF69606 (France) expires 06 Feb 2023; Position: Owner; Alt. Position: General Manager; Alt. Position: Chief Executive Officer (individual) [SYRIA] (Linked To: YONA STAR INTERNATIONAL).

HABIB, Salih (a.k.a. HABIB, Salah; a.k.a. HABIB, Saleh), Villa 43A, al Syniar Street, Jumeirah 3, P.O. Box 127074, Dubai, United Arab Emirates; DOB 05 Jul 1962; POB Ain el-Karm, Syria; citizen France; alt. citizen Syria; Passport 13AF69606 (France) expires 06 Feb 2023; Position: Owner; Alt. Position: General Manager; Alt. Position: Chief Executive Officer

(individual) [SYRIA] (Linked To: YONA STAR INTERNATIONAL).

HABIB, Soussou (a.k.a. ABIB, Soussou; a.k.a. SAIDOU, Habib; a.k.a. SOUSSOU, Habib), Boda, Lobaye Prefecture, Central African Republic; DOB 13 Mar 1980; nationality Central African Republic (individual) [CAR].

HABIBI, Ali (a.k.a. NAJAFI, Ali Habibi), Tehran, Iran; DOB 25 Dec 1977; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0060598298 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ASEMAN PISHRANEH CO. LTD.).

HABIBI, Hasan (a.k.a. ARAMBUNEZHAD, Hasan), Iran; DOB 23 Sep 1975; POB Varamin, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 6589640386 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: KIMIA PART SIVAN COMPANY LLC; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

HABIBI, Skender; DOB 13 Jul 1968; POB Vitina, Serbia and Montenegro (individual) [BALKANS].

HABO, Muhammed (a.k.a. AL-HABU, Muhammad; a.k.a. AL-HABU, Muhammad Abd-al-Karim; a.k.a. AL-HEBO, Muhamad Ali; a.k.a. ALHOBO, Mohamad Abdulkarim; a.k.a. HABU, Muhammad; a.k.a. HEBBO, Mohammed), Hurriyet Caddesi, Sahinbey, Gaziantep, Turkey; Syria; Lebanon; DOB 01 Oct 1980; alt. DOB 15 Mar 1983; alt. DOB 01 Jan 1980; POB Syria; nationality Syria; Gender Male; Passport 00814L001424 (Syria); National ID No. 2020409266 (Syria); alt. National ID No. 2020316097 (Syria); alt. National ID No. 10716775 (Syria) (individual) [SDGT] (Linked To: AL-HEBO JEWELRY COMPANY).

HABU, Muhammad (a.k.a. AL-HABU, Muhammad; a.k.a. AL-HABU, Muhammad Abd-al-Karim; a.k.a. AL-HEBO, Muhamad Ali; a.k.a. ALHOBO, Mohamad Abdulkarim; a.k.a. HABO, Muhammed; a.k.a. HEBBO, Mohammed), Hurriyet Caddesi, Sahinbey, Gaziantep, Turkey; Syria; Lebanon; DOB 01 Oct 1980; alt. DOB 15 Mar 1983; alt. DOB 01 Jan 1980; POB Syria; nationality Syria; Gender Male; Passport 00814L001424 (Syria); National ID No. 2020409266 (Syria); alt. National ID No. 2020316097 (Syria); alt. National ID No. 10716775 (Syria) (individual) [SDGT] (Linked To: AL-HEBO JEWELRY COMPANY).

HACIENDA CIEN ANOS DE TIJUANA, S. DE R.L. DE C.V. (a.k.a. COCINA ANTIGUA, S. DE

R.L. DE C.V.; a.k.a. LA HACIENDA DE TIJUANA, S. DE R.L. DE C.V.), Blvd. Sanchez Taboada S/N, No. 10451, Zona Rio, Fte. de Saverios e Arreola y cion accesso, Tijuana, Baja California, Mexico; Calle Jose Maria Velazco No. 1407, Colonia Zona Rio, Baja California, Mexico; Sanchez Taboada 10451, Rio Tijuana, Arreola y Cjon de Acceso Frente a Saveri, Tijuana, Baja California, Mexico; R.F.C. HTI010702GR7 (Mexico); alt. R.F.C. CAN010702DF8 (Mexico) [SDNTK].

HAD KAEW COMPANY LTD. (a.k.a. BORISAT HAT KAEO CHAMKAT; a.k.a. HATKAEW COMPANY LTD.), 275 Soi Thiam Ruammit, Ratchada Phisek Road, Huai Khwang district, Bangkok, Thailand [SDNTK].

HADDAD ADEL, Gholamali (a.k.a. HADDAD ADEL, Gholam-Ali; a.k.a. HADDAD-ADEL, Gholamali; a.k.a. HADDADADEL, Gholam-Ali), Iran; DOB 1945; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

HADDAD ADEL, Gholam-Ali (a.k.a. HADDAD ADEL, Gholamali; a.k.a. HADDAD-ADEL, Gholamali; a.k.a. HADDADADEL, Gholam-Ali), Iran; DOB 1945; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

HADDAD, Fethi Ben Assen Ben Salem, Via Fulvio Testi, 184, Cinisello Balsamo, Milan, Italy; Via Porte Giove, 1, Mortara, Pavia, Italy; DOB 28 Mar 1963; alt. DOB 28 Jun 1963; POB Tataouene, Tunisia; nationality Tunisia; Passport L 183017 issued 14 Feb 1996 expires 13 Feb 2001; Italian Fiscal Code HDDFTH63H28Z352V (individual) [SDGT].

HADDAD-ADEL, Gholamali (a.k.a. HADDAD ADEL, Gholamali; a.k.a. HADDAD ADEL, Gholam-Ali; a.k.a. HADDADADEL, Gholam-Ali), Iran; DOB 1945; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

HADDADADEL, Gholam-Ali (a.k.a. HADDAD ADEL, Gholamali; a.k.a. HADDAD ADEL, Gholam-Ali; a.k.a. HADDAD-ADEL, Gholamali), Iran; DOB 1945; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

HADDADNEZHAD, Sayyed Mohammad Ali Jalal (a.k.a. TEHRANI, Sayyed Mohammad Ali Haddadnezhad), Iran; DOB 1970; nationality

Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 32371002 (individual) [NPWMD] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JEHAD ORGANIZATION).

HADI SHIPPING COMPANY LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HADI, Abdul (a.k.a. "DOCTOR"); DOB 01 Oct 1979; POB Nawzad District of Helmand Province; citizen Afghanistan (individual) [SDNTK].

HADI, Mizban Khadr; DOB 1938; POB Mandali District, Diyala, Iraq; nationality Iraq; member, Ba'th party regional command and Revolutionary Command Council since 1991 (individual) [IRAQ2].

HADLERCO LIMITED, Marilena Building, Flat No 101, No 1, Prigkipissas Zinas Kanther 12, Nicosia 1065, Cyprus; Organization Established Date 11 Aug 2000; Tax ID No. 10113889S (Cyprus); Legal Entity Number 213800MRUA23SZCWPO15; Registration Number C113889 (Cyprus) [RUSSIA-EO14024] (Linked To: BUGAYENKO, Dmitry Vitalyevich).

HADWAN, Hasib (a.k.a. HADWAN, Hasib Muhammad; a.k.a. "ZAYN, Hajj"; a.k.a. "ZAYN, Hajj Mustafa"; a.k.a. "ZEIN, Hajj"), Lebanon; DOB 1959; POB Hazin, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 2288073 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

HADWAN, Hasib Muhammad (a.k.a. HADWAN, Hasib; a.k.a. "ZAYN, Hajj"; a.k.a. "ZAYN, Hajj Mustafa"; a.k.a. "ZEIN, Hajj"), Lebanon; DOB 1959; POB Hazin, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; National ID No. 2288073 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

HADZIHASANOVIC, Enver; DOB 07 Jul 1950; POB Zvornik, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

HAEGU'MGANG TRADING COMPANY (a.k.a. KOREA HAEGUMGANG TRADING CORPORATION; a.k.a. KOREA RIMYONGSU TRADING CORPORATION; a.k.a. NAEGU'NGANG TRADING COMPANY), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

HAEJIN SHIP MANAGEMENT COMPANY LIMITED, Tonghung-dong, Chung-guyok, Pyongyang, Korea, North; Tonghung-dong, Central District, Pyongyang, Korea, North; Email Address haejinsm@silibank.net.kp; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 5814866 [DPRK].

HAEYANG CREW MANAGEMENT COMPANY (a.k.a. EAST SEA SHIPPING COMPANY; a.k.a. KOREA MIRAE SHIPPING CO. LTD.; a.k.a. OCEAN MARITIME MANAGEMENT COMPANY LIMITED), Dongheung-dong Changgwang Street, Chung-ku, PO Box 125, Pyongyang, Korea, North; Donghung Dong, Central District, PO Box 120, Pyongyang, Korea, North; No. 10, 10th Floor, Unit 1, Wu Wu Lu 32-1, Zhong Shan Qu, Dalian City, Liaoning Province, China; 22 Jin Cheng Jie, Zhong Shan Qu, Dalian City, Liaoning Province, China; 43-39 Lugovaya, Vladivostok, Russia; CPO Box 120, Tonghung-dong, Chung-gu, Pyongyang, Korea, North; Bangkok, Thailand; Lima, Peru; Port Said, Egypt; Singapore; Brazil; Hong Kong, China; Shenzhen, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 1790183 [DPRK].

HAFAZ, Abu Ubayda Hairi (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu

Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

HAFEMAZAMINI, Huseyin (a.k.a. AMINI, Hosein Hafez; a.k.a. AMINI, Hossein Hafez; a.k.a. AMINI, Huseyin Hafez; a.k.a. AMINI, Hussein Hafiz; a.k.a. HAFEZAMINI, Huseyin), Turkey; DOB 23 Aug 1969; nationality Iran; alt. nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A3784761 (Iran) expires 11 Aug 2021; alt. Passport U12438217 (Turkey) expires 30 Mar 2026 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

HAFEZ DARYA ARYA SHIPPING COMPANY (a.k.a. HAFEZ DARYA ARYA SHIPPING LINE; a.k.a. HAFEZ-E DARYAY-E ARIA SHIPPING LINES; f.k.a. HAFIZ DARYA SHIPPING COMPANY; f.k.a. HAFIZ-E-DARYA SHIPPING LINES; a.k.a. HDASCO SHIPPING COMPANY; a.k.a. "HDAS CO."; f.k.a. "HDAS LINES"; a.k.a. "HDASCO"; f.k.a. "HDS LINES"; f.k.a. "HDSL"; f.k.a. "HDSLINES CO."), Asseman Tower, Pasdaran Street, Tehran, Iran; No 60, Pasdaran Avenue, 7th Neyestan Street, Ehteshamiyeh Square, Tehran, Iran; Website www.hdasco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 341417 (Iran) [IRAN] [IFCA].

HAFEZ DARYA ARYA SHIPPING LINE (a.k.a. HAFEZ DARYA ARYA SHIPPING COMPANY; a.k.a. HAFEZ-E DARYAY-E ARIA SHIPPING LINES; f.k.a. HAFIZ DARYA SHIPPING COMPANY; f.k.a. HAFIZ-E-DARYA SHIPPING LINES; a.k.a. HDASCO SHIPPING COMPANY; a.k.a. "HDAS CO."; f.k.a. "HDAS LINES"; a.k.a. "HDASCO"; f.k.a. "HDS LINES"; f.k.a. "HDSL"; f.k.a. "HDSLINES CO."), Asseman Tower, Pasdaran Street, Tehran, Iran; No 60, Pasdaran Avenue, 7th Neyestan Street, Ehteshamiyeh Square, Tehran, Iran; Website www.hdasco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 341417 (Iran) [IRAN] [IFCA].

HAFEZ, Abu-Obaidah Khairy (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

HAFEZAMINI, Huseyin (a.k.a. AMINI, Hosein Hafez; a.k.a. AMINI, Hossein Hafez; a.k.a. AMINI, Huseyin Hafez; a.k.a. AMINI, Hussein Hafiz; a.k.a. HAFEMAZAMINI, Huseyin), Turkey; DOB 23 Aug 1969; nationality Iran; alt. nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A3784761 (Iran) expires 11 Aug 2021; alt. Passport U12438217 (Turkey) expires 30 Mar 2026 (individual) [SDGT] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

HAFEZ-E DARYAY-E ARIA SHIPPING LINES (a.k.a. HAFEZ DARYA ARYA SHIPPING COMPANY; a.k.a. HAFEZ DARYA ARYA SHIPPING LINE; f.k.a. HAFIZ DARYA SHIPPING COMPANY; f.k.a. HAFIZ-E-DARYA SHIPPING LINES; a.k.a. HDASCO SHIPPING COMPANY; a.k.a. "HDAS CO."; f.k.a. "HDAS LINES"; a.k.a. "HDASCO"; f.k.a. "HDS LINES"; f.k.a. "HDSL"; f.k.a. "HDSLINES CO."), Asseman Tower, Pasdaran Street, Tehran, Iran; No 60, Pasdaran Avenue, 7th Neyestan Street, Ehteshamiyeh Square, Tehran, Iran; Website www.hdasco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL

INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 341417 (Iran) [IRAN] [IFCA].

HAFIZ DARYA SHIPPING COMPANY (a.k.a. HAFEZ DARYA ARYA SHIPPING COMPANY; a.k.a. HAFEZ DARYA ARYA SHIPPING LINE; a.k.a. HAFEZ-E DARYAY-E ARIA SHIPPING LINES; f.k.a. HAFIZ-E-DARYA SHIPPING LINES; a.k.a. HDASCO SHIPPING COMPANY; a.k.a. "HDAS CO."; f.k.a. "HDAS LINES"; a.k.a. "HDASCO"; f.k.a. "HDS LINES"; f.k.a. "HDSL"; f.k.a. "HDSLINES CO."), Asseman Tower, Pasdaran Street, Tehran, Iran; No 60, Pasdaran Avenue, 7th Neyestan Street, Ehteshamiyeh Square, Tehran, Iran; Website www.hdasco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 341417 (Iran) [IRAN] [IFCA].

HAFIZ, Abdallah, Syria; DOB 27 Jun 1962; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

HAFIZ, Abu Ubaydah Khayr (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a.

ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu 'Ubaydah Khayri; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

HAFIZ, Abu 'Ubaydah Khayri (a.k.a. AGHA, Abu Obaida Khairy Hafiz; a.k.a. AGHA, Abu Ubaydah Khayr; a.k.a. AL AGHA, Abu Obaida Khairi Hafiz; a.k.a. AL AGHA, Abu Ubaida Khairee Hafez; a.k.a. AL AGHA, Abuobaidah Kh H; a.k.a. ALAGHA, Abu Obaida Khairy; a.k.a. ALAGHA, Abu Obaidah Khairy Hafiz; a.k.a. ALAGHA, Abu Obeidah Kheiri; a.k.a. ALAGHA, Abu Obidah Khairi Hafez; a.k.a. AL-AGHA, Abu Ubayda Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri; a.k.a. AL-AGHA, Abu Ubaydah Khayri Hafiz; a.k.a. ALAGHA, Abuobaida Khairy Hafez; a.k.a. EL AGHA, Abou Oubida Khairy Hafiz; a.k.a. HAFAZ, Abu Ubayda Hairi; a.k.a. HAFEZ, Abu-Obaidah Khairy; a.k.a. HAFIZ, Abu Ubaydah Khayr; a.k.a. "ALAGHA, Abu Obaida"; a.k.a. "AL-AGHA, Abu-'Ubaydah"; a.k.a. "HAFETH, Abu Ubaydah"; a.k.a. "HAFEZ, Abo Obeida"; a.k.a. "HAFEZ, Abu Obaida"; a.k.a. "HAFEZ, Abu-Obaidah K."; a.k.a. "HAFITH, Abu Ubaydah"; a.k.a. "HAFIZ, Abu Obidah K"; a.k.a. "HAFIZ, Abu Ubayda"), P.O. Box 8800, Jeddah 21492, Saudi Arabia; Al Rawdah, Jeddah 21492, Saudi Arabia; Pr. Amir Sultan Street, Khalidiya Business Center, 3rd Floor, Khalidiya, Jeddah 21492, Saudi Arabia; Ar Rawdah

Quarter, Near An Nuwaysir Mosque, Jeddah, Saudi Arabia; Ar Rawdah Quarter, Near Mosque Mujib Al Maddah, Jeddah, Saudi Arabia; DOB 03 May 1964; alt. DOB 02 May 1964; POB Taif, Saudi Arabia; nationality Saudi Arabia; Passport H376590 (Saudi Arabia) expires 16 Oct 2012; alt. Passport B912630 (Saudi Arabia); National ID No. 1020539712 (Saudi Arabia) (individual) [SDGT] (Linked To: HAMAS).

HAFIZ, Said Khan (a.k.a. AHMAD, Sayed; a.k.a. KHAN, Hafez Sayed; a.k.a. KHAN, Hafiz Saeed; a.k.a. KHAN, Hafiz Sa'id; a.k.a. KHAN, Hafiz Said; a.k.a. KHAN, Hafiz Said Muhammad; a.k.a. KHAN, Shaykh Hafidh Sa'id; a.k.a. KHAN, Wali Hafiz Sayid; a.k.a. SAEED, Hafiz; a.k.a. SA'ID, Hafiz); DOB 01 Jan 1976 to 31 Dec 1978; alt. DOB 01 Jan 1977 to 31 Dec 1979; POB Mamondzowi Village, Orakzai Agency, Pakistan; nationality Pakistan (individual) [SDGT].

HAFIZ-E-DARYA SHIPPING LINES (a.k.a. HAFEZ DARYA ARYA SHIPPING COMPANY; a.k.a. HAFEZ DARYA ARYA SHIPPING LINE; a.k.a. HAFEZ-E DARYAY-E ARIA SHIPPING LINES; f.k.a. HAFIZ DARYA SHIPPING COMPANY; a.k.a. HDASCO SHIPPING COMPANY; a.k.a. "HDAS CO."; f.k.a. "HDAS LINES"; a.k.a. "HDASCO"; f.k.a. "HDS LINES"; f.k.a. "HDSL"; f.k.a. "HDSLINES CO."), Asseman Tower, Pasdaran Street, Tehran, Iran; No 60, Pasdaran Avenue, 7th Neyestan Street, Ehteshamiyeh Square, Tehran, Iran; Website www.hdasco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 341417 (Iran) [IRAN] [IFCA].

HAFSAT, Abu (a.k.a. AL-BARNAWI, Khaled; a.k.a. AL-BARNAWI, Khalid; a.k.a. BARNAWI, Khalid; a.k.a. EL-BARNAOUI, Khaled; a.k.a.

USMAN, Mohammed), Nigeria; DOB 1976; POB Maiduguri, Nigeria (individual) [SDGT].

HAGHANIAN, Vahid, Iran; DOB 1961; alt. DOB 1962; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

HAGHIGHAT, Ghasem (a.k.a. "GAO, Shan"), China; Iran; DOB 19 Jun 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport G9302650 (Iran) expires 04 Dec 2012; alt. Passport A0026483 (Iran) expires 25 Nov 2004 (individual) [NPWMD] [IFSR] (Linked To: BEIJING SHINY NIGHTS TECHNOLOGY DEVELOPMENT CO., LTD).

HAGHIGHIAN, Mohammad Hossein, Iran; DOB 1989; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: KIMIYA PAKHSH SHARGH).

HAI HSING, Sae Wei (a.k.a. APHICHART, Cheewinprapasi; a.k.a. HKIM, Aik Hsam; a.k.a. SOONTHRON, Cheewinprapasri; a.k.a. SUNTHORN, Chiwinpraphasi; a.k.a. WEI, Hsueh Lung; a.k.a. "CHAIRMAN KEUN"; a.k.a. "KEUN DONG"; a.k.a. "KEUN SEU CHANG"; a.k.a. "TI JUNG"; a.k.a. "WEI HSUEH LUNG"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; Pang Poi, Shan, Burma; Na Lot, Shan, Burma; 409/4, Soi Wachiratham Sathit 34, Khwaeng Bang Chak, Khet Phra Khanong, Bangkok, Thailand; DOB 1936; POB Chiang Rai, Thailand; Passport B265235 (Thailand); National Foreign ID Number 5570700010951 (Thailand) (individual) [SDNTK].

HAICHUK, Mikalai Mikalaevich (Cyrillic: ГАЙЧУК, Мікалай Мікалаевіч) (a.k.a. GAICHUK, Nikolai Nikolaevich (Cyrillic: ГАЙЧУК, Николай Николаевич); a.k.a. GAICHUK, Nikolay), Nezalezhnosti vulica, 16, Viliejka, Minsk Oblasti, Belarus; DOB 31 May 1973; nationality Belarus; Gender Male; National ID No. 3310573B014PB8 (Belarus) (individual) [BELARUS-EO14038].

HAIDAMOUS, Joseph Elia (a.k.a. HAIDAMOUS, Joseph Ilya (Arabic: جوزيف إيليا هيدموس); a.k.a. HAYDAMOUS, Joseph Elia), Lebanon; DOB 20 Sep 1965; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

HAIDAMOUS, Joseph Ilya (Arabic: جوزيف إيليا هيدموس) (a.k.a. HAIDAMOUS, Joseph Elia; a.k.a. HAYDAMOUS, Joseph Elia), Lebanon; DOB 20 Sep 1965; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

HAIDAR, Ali; DOB 1962; POB Hama, Syria; Minister of State for National Reconciliation Affairs (individual) [SYRIA].

HAIDAR, Mohamad Ali (a.k.a. HAYDAR, Muhammad; a.k.a. HAYDAR, Muhammad Ali; a.k.a. "HAYDAR, Abu Ali"); DOB 25 Nov 1959; POB Kabrika, Lebanon; Gender Male; Passport 469/2005 (Lebanon) (individual) [SDGT].

HAIDER, Farhan Hussein (a.k.a. HAYDAR, Farhan Hussein), Somalia; South C, Monari Estate House No. 101, Nairobi, Kenya; DOB 1986; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 27478723 (Kenya) (individual) [SDGT] (Linked To: AL-SHABAAB).

HAIDUKEVICH, Aleh Siarheevich (Cyrillic: ГАЙДУКЕВІЧ, Алег Сяргеевіч) (a.k.a. GAIDUKEVICH, Oleg Sergeevich (Cyrillic: ГАЙДУКЕВИЧ, Олег Сергеевич)), Minsk, Belarus; DOB 26 Mar 1977; POB Minsk, Belarus; nationality Belarus; Gender Male; Passport MP2663333 (Belarus); National Foreign ID Number 3260377A081PB9 (Belarus) (individual) [BELARUS-EO14038].

HAITANI, Muhammad, Syria; DOB 03 Sep 1983; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

HAITIAN CIS LLC (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHAITIAN SNG), Volokolamskoe Shosse Dom 116, Str.4, Moscow 125310, Russia; Tax ID No. 7733847577 (Russia); Registration Number 1137746577770 (Russia) [RUSSIA-EO14024].

HAITIAN PRECISION LLC (a.k.a. KHAITIAN PRESIZHN), Proezd Novovladykinskii D. 8, Str. 5, Moscow 127106, Russia; Tax ID No. 7733375405 (Russia); Registration Number 1217700496958 (Russia) [RUSSIA-EO14024].

HAJAN, Pah (a.k.a. SAWADJAAN, Hatib Hajan; a.k.a. SAWADJAAN, Hatib Hajjan), Mindanao, Philippines; DOB 1959; POB Jolo City, Philippines; Gender Male (individual) [SDGT].

HAJI ABDUL BASIR AND ZAR JAMEEL HAWALA (a.k.a. HAJI ABDUL BASIR EXCHANGE SHOP; a.k.a. HAJI BASEER HAWALA; a.k.a. HAJI BASHIR AND ZARJMIL HAWALA COMPANY; a.k.a. HAJI BASIR AND ZARJAMIL CURRENCY EXCHANGE; a.k.a. HAJI BASIR AND ZARJMIL COMPANY HAWALA; a.k.a. HAJI BASIR HAWALA; a.k.a. HAJI ZAR JAMIL, HAJI ABDUL BASEER MONEY CHANGER), Sanatan (variant Sanatin) Bazaar, Sanatan Bazaar Street, near Trench (variant Tranch) Road, Chaman, Balochistan Province, Pakistan; Quetta, Pakistan; Lahore, Pakistan; Peshawar, Pakistan; Karachi, Pakistan; Islamabad, Pakistan; Qandahar Province, Afghanistan; Herat Province, Afghanistan; Helmand Province, Afghanistan; Dubai, United Arab Emirates; Iran [SDGT].

HAJI ABDUL BASIR EXCHANGE SHOP (a.k.a. HAJI ABDUL BASIR AND ZAR JAMEEL HAWALA; a.k.a. HAJI BASEER HAWALA; a.k.a. HAJI BASHIR AND ZARJMIL HAWALA COMPANY; a.k.a. HAJI BASIR AND ZARJAMIL CURRENCY EXCHANGE; a.k.a. HAJI BASIR AND ZARJMIL COMPANY HAWALA; a.k.a. HAJI BASIR HAWALA; a.k.a. HAJI ZAR JAMIL, HAJI ABDUL BASEER MONEY CHANGER), Sanatan (variant Sanatin) Bazaar, Sanatan Bazaar Street, near Trench (variant Tranch) Road, Chaman, Balochistan Province, Pakistan; Quetta, Pakistan; Lahore, Pakistan; Peshawar, Pakistan; Karachi, Pakistan; Islamabad, Pakistan; Qandahar Province, Afghanistan; Herat Province, Afghanistan; Helmand Province, Afghanistan; Dubai, United Arab Emirates; Iran [SDGT].

HAJI ABDUL QAYOUM, Eisa Jan (a.k.a. HAJI ABDUL QAYOUM, Eisa Jon; a.k.a. HAJI ABDUL QAYOUM, Eissa Jan); DOB 13 Apr 1986; alt. DOB 13 Nov 1986; POB Kandahar, Afghanistan; citizen Afghanistan; Passport OR306785 (Afghanistan); alt. Passport OR022979 (Afghanistan) (individual) [SDNTK].

HAJI ABDUL QAYOUM, Eisa Jon (a.k.a. HAJI ABDUL QAYOUM, Eisa Jan; a.k.a. HAJI ABDUL QAYOUM, Eissa Jan); DOB 13 Apr 1986; alt. DOB 13 Nov 1986; POB Kandahar, Afghanistan; citizen Afghanistan; Passport OR306785 (Afghanistan); alt. Passport OR022979 (Afghanistan) (individual) [SDNTK].

HAJI ABDUL QAYOUM, Eissa Jan (a.k.a. HAJI ABDUL QAYOUM, Eisa Jan; a.k.a. HAJI ABDUL QAYOUM, Eisa Jon); DOB 13 Apr 1986; alt. DOB 13 Nov 1986; POB Kandahar, Afghanistan; citizen Afghanistan; Passport OR306785 (Afghanistan); alt. Passport OR022979 (Afghanistan) (individual) [SDNTK].

HAJI AHMAD SHAH HAWALA (a.k.a. AHMAD SHAH HAWALA; a.k.a. MAULAWI AHMED SHAH HAWALA; a.k.a. MULLAH AHMED SHAH HAWALA; a.k.a. ROSHAN MONEY EXCHANGE; a.k.a. ROSHAN SARAFI; a.k.a. ROSHAN SHIRKAT; a.k.a. ROSHAN TRADING COMPANY; a.k.a. RUSHAAN TRADING COMPANY), Floor 5, Shop 25, Kandahar City Sarafi Market, Kandahar District, Kandahar Province, Afghanistan; Lakri, Helmand Province, Afghanistan; Aziz Market, In front of Azizi Bank, Waish Border, Spin Boldak District, Kandahar Province, Afghanistan; Gardi Jungle, Balochistan Province, Pakistan; Chaghi, Balochistan Province, Pakistan; Fahr Khan (variant Furqan) Center, Shop Number 1584, Chalhor Mal Road, Quetta, Balochistan Province, Pakistan; St. Flore, Flat Number 4, Furqan Center, Jamaludden (variant Jamaludin) Afghani Road, Quetta, Balochistan Province, Pakistan; Muslim Plaza Building, Doctor Banu Road, 2nd Floor, Office Number 4, Quetta, Balochistan Province, Pakistan; Cholmon Road, Quetta, Balochistan Province, Pakistan; Munsafi Road, Quetta, Balochistan Province, Pakistan; Abdul Samad Khan Street, Next to Fathma Jena Road, Kadari Place, 1st Floor, Shop Number 1, Quetta, Balochistan Province, Pakistan; Safar Bazaar, Garm Ser District, Helmand Province, Afghanistan; Main Bazaar, Safar, Helmand Province, Afghanistan; Money Exchange Market, Lashkar Gah, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, Lashkar Gah, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Helmand Province, Afghanistan; Hazar Joft, Garmser District, Helmand Province, Afghanistan; Ismat Bazaar, Marjah District, Helmand Province, Afghanistan; Zaranj, Nimruz Province, Afghanistan; Suite 8, 4th Floor, Sarrafi Market, District 1, Kandahar City, Kandahar Province, Afghanistan [SDGT] (Linked To: TALIBAN).

HAJI ALIM HAWALA (a.k.a. HAJI HAKIM HAWALA; a.k.a. HAJI KHAIR ULLAH MONEY SERVICE; a.k.a. HAJI KHAIRULLAH AND ABDUL SATTAR AND COMPANY; a.k.a. HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE; a.k.a. HAJI KHAIRULLAH MONEY EXCHANGE; a.k.a. HAJI KHAIRULLAH-HAJI SATTAR SARAFI; a.k.a. HAJI SALAM HAWALA), Chohar Mir Road, Qandahari Bazaar, Quetta, Balochistan Province, Pakistan; Room Number 1, Abdul Sattar Plaza, Hafiz Saleem Street, Munsafi Road, Quetta, Balochistan Province, Pakistan;

Shop Number 3, Dr. Bano Road, Quetta, Pakistan; Office Number 3, Dr. Bano Road, Near Fatima Jinnah Road, Quetta, Pakistan; Kachara Road, Naserullah Khan Chawk, Quetta, Pakistan; Wazir Mohammad Road, Quetta, Balochistan Province, Pakistan; Moishah Chowk Road, Lahore, Punjab Province, Pakistan; Karachi, Sindh Province, Pakistan; 2 Larran Road, Chaman, Balochistan Province, Pakistan; Chaman Central Bazaar, Chaman, Balochistan Province, Pakistan; Shah Zada Market, Shop Number 237, Kabul, Afghanistan; Sarai Shahzada, 3rd Floor, Shop Number 257, Kabul, Afghanistan; Sharai Shahzada Market, Kabul, Afghanistan; Kandahar City Sarafi Market, 2nd Floor, Shop 21 and 22, Kandahar City, Kandahar Province, Afghanistan; New Sarafi Market, 2nd Floor, Kandahar City, Kandahar Province, Afghanistan; Safi Market, Kandahar City, Kandahar Province, Afghanistan; Gereshk City, Nahr-e Saraj District, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Lashkar Gah, Lashkar Gah District, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, 2nd Floor, Lashkar Gah District, Helmand Province, Afghanistan; Khorasan Market, 3rd Floor, Suite Number 196-197, Herat, Afghanistan; Shahre Naw, District 5, Khorasan Market, Herat, Afghanistan; Sarafi Market, Zaranj District, Nimroz Province, Afghanistan; Ansari Market, 2nd Floor, Nimroz, Afghanistan; Sarafi Market, Wesh, Afghanistan; Wesh, Spin Boldak District, Kandahar Province, Afghanistan; Sarafi Market, Farah, Afghanistan; Dubai, United Arab Emirates; Zahedan, Iran; Zabul, Iran; Peshawar, Khyber Paktunkhwa Province, Pakistan; Tax ID No. 1774308 (Pakistan); alt. Tax ID No. 0980338 (Pakistan); alt. Tax ID No. 3187777 (Pakistan); Afghan Money Service Provider License Number 044 (Afghanistan) [SDGT] (Linked To: TALIBAN).

HAJI BASEER HAWALA (a.k.a. HAJI ABDUL BASIR AND ZAR JAMEEL HAWALA; a.k.a. HAJI ABDUL BASIR EXCHANGE SHOP; a.k.a. HAJI BASHIR AND ZARJMIL HAWALA COMPANY; a.k.a. HAJI BASIR AND ZARJAMIL CURRENCY EXCHANGE; a.k.a. HAJI BASIR AND ZARJMIL COMPANY HAWALA; a.k.a. HAJI BASIR HAWALA; a.k.a. HAJI ZAR JAMIL, HAJI ABDUL BASEER MONEY CHANGER), Sanatan (variant Sanatin) Bazaar, Sanatan Bazaar Street, near Trench (variant Tranch) Road, Chaman, Balochistan Province, Pakistan; Quetta, Pakistan; Lahore, Pakistan; Peshawar,

Pakistan; Karachi, Pakistan; Islamabad, Pakistan; Qandahar Province, Afghanistan; Herat Province, Afghanistan; Helmand Province, Afghanistan; Dubai, United Arab Emirates; Iran [SDGT].

HAJI BASHIR AND ZARJMIL HAWALA COMPANY (a.k.a. HAJI ABDUL BASIR AND ZAR JAMEEL HAWALA; a.k.a. HAJI ABDUL BASIR EXCHANGE SHOP; a.k.a. HAJI BASEER HAWALA; a.k.a. HAJI BASIR AND ZARJAMIL CURRENCY EXCHANGE; a.k.a. HAJI BASIR AND ZARJMIL COMPANY HAWALA; a.k.a. HAJI BASIR HAWALA; a.k.a. HAJI ZAR JAMIL, HAJI ABDUL BASEER MONEY CHANGER), Sanatan (variant Sanatin) Bazaar, Sanatan Bazaar Street, near Trench (variant Tranch) Road, Chaman, Balochistan Province, Pakistan; Quetta, Pakistan; Lahore, Pakistan; Peshawar, Pakistan; Karachi, Pakistan; Islamabad, Pakistan; Qandahar Province, Afghanistan; Herat Province, Afghanistan; Helmand Province, Afghanistan; Dubai, United Arab Emirates; Iran [SDGT].

HAJI BASIR AND ZARJAMIL CURRENCY EXCHANGE (a.k.a. HAJI ABDUL BASIR AND ZAR JAMEEL HAWALA; a.k.a. HAJI ABDUL BASIR EXCHANGE SHOP; a.k.a. HAJI BASEER HAWALA; a.k.a. HAJI BASHIR AND ZARJMIL HAWALA COMPANY; a.k.a. HAJI BASIR AND ZARJMIL COMPANY HAWALA; a.k.a. HAJI BASIR HAWALA; a.k.a. HAJI ZAR JAMIL, HAJI ABDUL BASEER MONEY CHANGER), Sanatan (variant Sanatin) Bazaar, Sanatan Bazaar Street, near Trench (variant Tranch) Road, Chaman, Balochistan Province, Pakistan; Quetta, Pakistan; Lahore, Pakistan; Peshawar, Pakistan; Karachi, Pakistan; Islamabad, Pakistan; Qandahar Province, Afghanistan; Herat Province, Afghanistan; Helmand Province, Afghanistan; Dubai, United Arab Emirates; Iran [SDGT].

HAJI BASIR AND ZARJMIL COMPANY HAWALA (a.k.a. HAJI ABDUL BASIR AND ZAR JAMEEL HAWALA; a.k.a. HAJI ABDUL BASIR EXCHANGE SHOP; a.k.a. HAJI BASEER HAWALA; a.k.a. HAJI BASHIR AND ZARJMIL HAWALA COMPANY; a.k.a. HAJI BASIR AND ZARJMIL CURRENCY EXCHANGE; a.k.a. HAJI BASIR AND ZARJMIL COMPANY HAWALA; a.k.a. HAJI BASIR HAWALA; a.k.a. HAJI ZAR JAMIL, HAJI ABDUL BASEER MONEY CHANGER), Sanatan (variant Sanatin) Bazaar, Sanatan Bazaar Street, near Trench (variant Tranch) Road, Chaman, Balochistan Province, Pakistan; Quetta, Pakistan; Lahore, Pakistan; Peshawar, Pakistan; Karachi, Pakistan; Islamabad,

Pakistan; Qandahar Province, Afghanistan; Herat Province, Afghanistan; Helmand Province, Afghanistan; Dubai, United Arab Emirates; Iran [SDGT].

HAJI BASIR HAWALA (a.k.a. HAJI ABDUL BASIR AND ZAR JAMEEL HAWALA; a.k.a. HAJI ABDUL BASIR EXCHANGE SHOP; a.k.a. HAJI BASEER HAWALA; a.k.a. HAJI BASHIR AND ZARJMIL HAWALA COMPANY; a.k.a. HAJI BASIR AND ZARJAMIL CURRENCY EXCHANGE; a.k.a. HAJI BASIR AND ZARJMIL COMPANY HAWALA; a.k.a. HAJI ZAR JAMIL, HAJI ABDUL BASEER MONEY CHANGER), Sanatan (variant Sanatin) Bazaar, Sanatan Bazaar Street, near Trench (variant Tranch) Road, Chaman, Balochistan Province, Pakistan; Quetta, Pakistan; Lahore, Pakistan; Peshawar, Pakistan; Karachi, Pakistan; Islamabad, Pakistan; Qandahar Province, Afghanistan; Herat Province, Afghanistan; Helmand Province, Afghanistan; Dubai, United Arab Emirates; Iran [SDGT].

HAJI HAKIM HAWALA (a.k.a. HAJI ALIM HAWALA; a.k.a. HAJI KHAIR ULLAH MONEY SERVICE; a.k.a. HAJI KHAIRULLAH AND ABDUL SATTAR AND COMPANY; a.k.a. HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE; a.k.a. HAJI KHAIRULLAH MONEY EXCHANGE; a.k.a. HAJI KHAIRULLAH-HAJI SATTAR SARAFI; a.k.a. HAJI SALAM HAWALA), Chohar Mir Road, Qandahari Bazaar, Quetta, Balochistan Province, Pakistan; Room Number 1, Abdul Sattar Plaza, Hafiz Saleem Street, Munsafi Road, Quetta, Balochistan Province, Pakistan; Shop Number 3, Dr. Bano Road, Quetta, Pakistan; Office Number 3, Dr. Bano Road, Near Fatima Jinnah Road, Quetta, Pakistan; Kachara Road, Naserullah Khan Chawk, Quetta, Pakistan; Wazir Mohammad Road, Quetta, Balochistan Province, Pakistan; Moishah Chowk Road, Lahore, Punjab Province, Pakistan; Karachi, Sindh Province, Pakistan; 2 Larran Road, Chaman, Balochistan Province, Pakistan; Chaman Central Bazaar, Chaman, Balochistan Province, Pakistan; Shah Zada Market, Shop Number 237, Kabul, Afghanistan; Sarai Shahzada, 3rd Floor, Shop Number 257, Kabul, Afghanistan; Sharai Shahzada Market, Kabul, Afghanistan; Kandahar City Sarafi Market, 2nd Floor, Shop 21 and 22, Kandahar City, Kandahar Province, Afghanistan; New Sarafi Market, 2nd Floor, Kandahar City, Kandahar Province, Afghanistan; Safi Market, Kandahar City,

Kandahar Province, Afghanistan; Gereshk City, Nahr-e Saraj District, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Lashkar Gah, Lashkar Gah District, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, 2nd Floor, Lashkar Gah District, Helmand Province, Afghanistan; Khorasan Market, 3rd Floor, Suite Number 196-197, Herat, Afghanistan; Shahre Naw, District 5, Khorasan Market, Herat, Afghanistan; Sarafi Market, Zaranj District, Nimroz Province, Afghanistan; Ansari Market, 2nd Floor, Nimroz, Afghanistan; Sarafi Market, Wesh, Afghanistan; Wesh, Spin Boldak District, Kandahar Province, Afghanistan; Sarafi Market, Farah, Afghanistan; Dubai, United Arab Emirates; Zahedan, Iran; Zabul, Iran; Peshawar, Khyber Paktunkhwa Province, Pakistan; Tax ID No. 1774308 (Pakistan); alt. Tax ID No. 0980338 (Pakistan); alt. Tax ID No. 3187777 (Pakistan); Afghan Money Service Provider License Number 044 (Afghanistan) [SDGT] (Linked To: TALIBAN).

HAJI HOSSEINI, Mojtaba (a.k.a. HAJIHOSSEINI, Mojtaba; a.k.a. HAJJI HOSEINI ROKNABADI, Mojtaba (Arabic: مجتبی حاجی حسینی رکن آبادی)), Iran; DOB 1991; POB Meybod, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4480031332 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

HAJI HOSSEINI, Mostafa (a.k.a. HAJIHOSSEINI, Mostafa; a.k.a. HAJJI HOSEINI ROKNABADI, Mostafa (Arabic: مصطفی حاجی حسینی رکن آبادی)), Iran; DOB 1991; POB Meybod, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4480031340 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

HAJI JUMA KHAN ORGANIZATION (a.k.a. "HJK ORGANIZATION"; a.k.a. "KHAN ORGANIZATION"), Afghanistan; Pakistan [SDNTK].

HAJI KHAIR ULLAH MONEY SERVICE (a.k.a. HAJI ALIM HAWALA; a.k.a. HAJI HAKIM HAWALA; a.k.a. HAJI KHAIRULLAH AND ABDUL SATTAR AND COMPANY; a.k.a. HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE; a.k.a. HAJI KHAIRULLAH MONEY EXCHANGE; a.k.a. HAJI KHAIRULLAH-HAJI SATTAR SARAFI; a.k.a. HAJI SALAM HAWALA), Chohar Mir Road, Qandahari Bazaar, Quetta, Balochistan Province, Pakistan; Room Number 1, Abdul Sattar Plaza, Hafiz Saleem Street, Munsafi

Road, Quetta, Balochistan Province, Pakistan; Shop Number 3, Dr. Bano Road, Quetta, Pakistan; Office Number 3, Dr. Bano Road, Near Fatima Jinnah Road, Quetta, Pakistan; Kachara Road, Naserullah Khan Chawk, Quetta, Pakistan; Wazir Mohammad Road, Quetta, Balochistan Province, Pakistan; Moishah Chowk Road, Lahore, Punjab Province, Pakistan; Karachi, Sindh Province, Pakistan; 2 Larran Road, Chaman, Balochistan Province, Pakistan; Chaman Central Bazaar, Chaman, Balochistan Province, Pakistan; Shah Zada Market, Shop Number 237, Kabul, Afghanistan; Sarai Shahzada, 3rd Floor, Shop Number 257, Kabul, Afghanistan; Sharai Shahzada Market, Kabul, Afghanistan; Kandahar City Sarafi Market, 2nd Floor, Shop 21 and 22, Kandahar City, Kandahar Province, Afghanistan; New Sarafi Market, 2nd Floor, Kandahar City, Kandahar Province, Afghanistan; Safi Market, Kandahar City, Kandahar Province, Afghanistan; Gereshk City, Nahr-e Saraj District, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Lashkar Gah, Lashkar Gah District, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, 2nd Floor, Lashkar Gah District, Helmand Province, Afghanistan; Khorasan Market, 3rd Floor, Suite Number 196-197, Herat, Afghanistan; Shahre Naw, District 5, Khorasan Market, Herat, Afghanistan; Sarafi Market, Zaranj District, Nimroz Province, Afghanistan; Ansari Market, 2nd Floor, Nimroz, Afghanistan; Sarafi Market, Wesh, Afghanistan; Wesh, Spin Boldak District, Kandahar Province, Afghanistan; Sarafi Market, Farah, Afghanistan; Dubai, United Arab Emirates; Zahedan, Iran; Zabul, Iran; Peshawar, Khyber Paktunkhwa Province, Pakistan; Tax ID No. 1774308 (Pakistan); alt. Tax ID No. 0980338 (Pakistan); alt. Tax ID No. 3187777 (Pakistan); Afghan Money Service Provider License Number 044 (Afghanistan) [SDGT] (Linked To: TALIBAN).

HAJI KHAIRULLAH AND ABDUL SATTAR AND COMPANY (a.k.a. HAJI ALIM HAWALA; a.k.a. HAJI HAKIM HAWALA; a.k.a. HAJI KHAIR ULLAH MONEY SERVICE; a.k.a. HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE; a.k.a. HAJI KHAIRULLAH MONEY EXCHANGE; a.k.a. HAJI KHAIRULLAH-HAJI SATTAR SARAFI; a.k.a. HAJI SALAM HAWALA), Chohar Mir Road, Qandahari Bazaar, Quetta, Balochistan Province, Pakistan; Room Number 1, Abdul Sattar Plaza, Hafiz Saleem Street, Munsafi

Road, Quetta, Balochistan Province, Pakistan; Shop Number 3, Dr. Bano Road, Quetta, Pakistan; Office Number 3, Dr. Bano Road, Near Fatima Jinnah Road, Quetta, Pakistan; Kachara Road, Naserullah Khan Chawk, Quetta, Pakistan; Wazir Mohammad Road, Quetta, Balochistan Province, Pakistan; Moishah Chowk Road, Lahore, Punjab Province, Pakistan; Karachi, Sindh Province, Pakistan; 2 Larran Road, Chaman, Balochistan Province, Pakistan; Chaman Central Bazaar, Chaman, Balochistan Province, Pakistan; Shah Zada Market, Shop Number 237, Kabul, Afghanistan; Sarai Shahzada, 3rd Floor, Shop Number 257, Kabul, Afghanistan; Sharai Shahzada Market, Kabul, Afghanistan; Kandahar City Sarafi Market, 2nd Floor, Shop 21 and 22, Kandahar City, Kandahar Province, Afghanistan; New Sarafi Market, 2nd Floor, Kandahar City, Kandahar Province, Afghanistan; Safi Market, Kandahar City, Kandahar Province, Afghanistan; Gereshk City, Nahr-e Saraj District, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Lashkar Gah, Lashkar Gah District, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, 2nd Floor, Lashkar Gah District, Helmand Province, Afghanistan; Khorasan Market, 3rd Floor, Suite Number 196-197, Herat, Afghanistan; Shahre Naw, District 5, Khorasan Market, Herat, Afghanistan; Sarafi Market, Zaranj District, Nimroz Province, Afghanistan; Ansari Market, 2nd Floor, Nimroz, Afghanistan; Sarafi Market, Wesh, Afghanistan; Wesh, Spin Boldak District, Kandahar Province, Afghanistan; Sarafi Market, Farah, Afghanistan; Dubai, United Arab Emirates; Zahedan, Iran; Zabul, Iran; Peshawar, Khyber Paktunkhwa Province, Pakistan; Tax ID No. 1774308 (Pakistan); alt. Tax ID No. 0980338 (Pakistan); alt. Tax ID No. 3187777 (Pakistan); Afghan Money Service Provider License Number 044 (Afghanistan) [SDGT] (Linked To: TALIBAN).

HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE (a.k.a. HAJI ALIM HAWALA; a.k.a. HAJI HAKIM HAWALA; a.k.a. HAJI KHAIR ULLAH MONEY SERVICE; a.k.a. HAJI KHAIRULLAH AND ABDUL SATTAR AND COMPANY; a.k.a. HAJI KHAIRULLAH MONEY EXCHANGE; a.k.a. HAJI KHAIRULLAH-HAJI SATTAR SARAFI; a.k.a. HAJI SALAM HAWALA), Chohar Mir Road, Qandahari Bazaar, Quetta, Balochistan Province, Pakistan; Room Number 1, Abdul Sattar Plaza, Hafiz Saleem Street, Munsafi Road, Quetta,

Balochistan Province, Pakistan; Shop Number 3, Dr. Bano Road, Quetta, Pakistan; Office Number 3, Dr. Bano Road, Near Fatima Jinnah Road, Quetta, Pakistan; Kachara Road, Naserullah Khan Chawk, Quetta, Pakistan; Wazir Mohammad Road, Quetta, Balochistan Province, Pakistan; Moishah Chowk Road, Lahore, Punjab Province, Pakistan; Karachi, Sindh Province, Pakistan; 2 Larran Road, Chaman, Balochistan Province, Pakistan; Chaman Central Bazaar, Chaman, Balochistan Province, Pakistan; Shah Zada Market, Shop Number 237, Kabul, Afghanistan; Sarai Shahzada, 3rd Floor, Shop Number 257, Kabul, Afghanistan; Sharai Shahzada Market, Kabul, Afghanistan; Kandahar City Sarafi Market, 2nd Floor, Shop 21 and 22, Kandahar City, Kandahar Province, Afghanistan; New Sarafi Market, 2nd Floor, Kandahar City, Kandahar Province, Afghanistan; Safi Market, Kandahar City, Kandahar Province, Afghanistan; Gereshk City, Nahr-e Saraj District, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Lashkar Gah, Lashkar Gah District, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, 2nd Floor, Lashkar Gah District, Helmand Province, Afghanistan; Khorasan Market, 3rd Floor, Suite Number 196-197, Herat, Afghanistan; Shahre Naw, District 5, Khorasan Market, Herat, Afghanistan; Sarafi Market, Zaranj District, Nimroz Province, Afghanistan; Ansari Market, 2nd Floor, Nimroz, Afghanistan; Sarafi Market, Wesh, Afghanistan; Wesh, Spin Boldak District, Kandahar Province, Afghanistan; Sarafi Market, Farah, Afghanistan; Dubai, United Arab Emirates; Zahedan, Iran; Zabul, Iran; Peshawar, Khyber Paktunkhwa Province, Pakistan; Tax ID No. 1774308 (Pakistan); alt. Tax ID No. 0980338 (Pakistan); alt. Tax ID No. 3187777 (Pakistan); Afghan Money Service Provider License Number 044 (Afghanistan) [SDGT] (Linked To: TALIBAN).

HAJI KHAIRULLAH MONEY EXCHANGE (a.k.a. HAJI ALIM HAWALA; a.k.a. HAJI HAKIM HAWALA; a.k.a. HAJI KHAIRULLAH AND ABDUL SATTAR AND COMPANY; a.k.a. HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE; a.k.a. HAJI KHAIRULLAH-HAJI SATTAR SARAFI; a.k.a. HAJI SALAM HAWALA), Chohar Mir Road, Qandahari Bazaar, Quetta, Balochistan Province, Pakistan; Room Number 1, Abdul Sattar Plaza, Hafiz Saleem Street, Munsafi Road, Quetta, Balochistan Province, Pakistan; Shop Number 3, Dr. Bano Road, Quetta, Pakistan; Office

3, Dr. Bano Road, Quetta, Pakistan; Office Number 3, Dr. Bano Road, Near Fatima Jinnah Road, Quetta, Pakistan; Kachara Road, Naserullah Khan Chawk, Quetta, Pakistan; Wazir Mohammad Road, Quetta, Balochistan Province, Pakistan; Moishah Chowk Road, Lahore, Punjab Province, Pakistan; Karachi, Sindh Province, Pakistan; 2 Larran Road, Chaman, Balochistan Province, Pakistan; Chaman Central Bazaar, Chaman, Balochistan Province, Pakistan; Shah Zada Market, Shop Number 237, Kabul, Afghanistan; Sarai Shahzada, 3rd Floor, Shop Number 257, Kabul, Afghanistan; Sharai Shahzada Market, Kabul, Afghanistan; Kandahar City Sarafi Market, 2nd Floor, Shop 21 and 22, Kandahar City, Kandahar Province, Afghanistan; New Sarafi Market, 2nd Floor, Kandahar City, Kandahar Province, Afghanistan; Safi Market, Kandahar City, Kandahar Province, Afghanistan; Gereshk City, Nahr-e Saraj District, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Lashkar Gah, Lashkar Gah District, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, 2nd Floor, Lashkar Gah District, Helmand Province, Afghanistan; Khorasan Market, 3rd Floor, Suite Number 196-197, Herat, Afghanistan; Shahre Naw, District 5, Khorasan Market, Herat, Afghanistan; Sarafi Market, Zaranj District, Nimroz Province, Afghanistan; Ansari Market, 2nd Floor, Nimroz, Afghanistan; Sarafi Market, Wesh, Afghanistan; Wesh, Spin Boldak District, Kandahar Province, Afghanistan; Sarafi Market, Farah, Afghanistan; Dubai, United Arab Emirates; Zahedan, Iran; Zabul, Iran; Peshawar, Khyber Paktunkhwa Province, Pakistan; Tax ID No. 1774308 (Pakistan); alt. Tax ID No. 0980338 (Pakistan); alt. Tax ID No. 3187777 (Pakistan); Afghan Money Service Provider License Number 044 (Afghanistan) [SDGT] (Linked To: TALIBAN).

HAJI KHAIRULLAH-HAJI SATTAR SARAFI (a.k.a. HAJI ALIM HAWALA; a.k.a. HAJI HAKIM HAWALA; a.k.a. HAJI KHAIR ULLAH MONEY SERVICE; a.k.a. HAJI KHAIRULLAH AND ABDUL SATTAR AND COMPANY; a.k.a. HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE; a.k.a. HAJI KHAIRULLAH MONEY EXCHANGE; a.k.a. HAJI SALAM HAWALA), Chohar Mir Road, Qandahari Bazaar, Quetta, Balochistan Province, Pakistan; Room Number 1, Abdul Sattar Plaza, Hafiz Saleem Street, Munsafi Road, Quetta, Balochistan Province, Pakistan; Shop Number 3, Dr. Bano Road, Quetta, Pakistan; Office

Number 3, Dr. Bano Road, Near Fatima Jinnah Road, Quetta, Pakistan; Kachara Road, Naserullah Khan Chawk, Quetta, Pakistan; Wazir Mohammad Road, Quetta, Balochistan Province, Pakistan; Moishah Chowk Road, Lahore, Punjab Province, Pakistan; Karachi, Sindh Province, Pakistan; 2 Larran Road, Chaman, Balochistan Province, Pakistan; Chaman Central Bazaar, Chaman, Balochistan Province, Pakistan; Shah Zada Market, Shop Number 237, Kabul, Afghanistan; Sarai Shahzada, 3rd Floor, Shop Number 257, Kabul, Afghanistan; Sharai Shahzada Market, Kabul, Afghanistan; Kandahar City Sarafi Market, 2nd Floor, Shop 21 and 22, Kandahar City, Kandahar Province, Afghanistan; New Sarafi Market, 2nd Floor, Kandahar City, Kandahar Province, Afghanistan; Safi Market, Kandahar City, Kandahar Province, Afghanistan; Gereshk City, Nahr-e Saraj District, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Lashkar Gah, Lashkar Gah District, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, 2nd Floor, Lashkar Gah District, Helmand Province, Afghanistan; Khorasan Market, 3rd Floor, Suite Number 196-197, Herat, Afghanistan; Shahre Naw, District 5, Khorasan Market, Herat, Afghanistan; Sarafi Market, Zaranj District, Nimroz Province, Afghanistan; Ansari Market, 2nd Floor, Nimroz, Afghanistan; Sarafi Market, Wesh, Afghanistan; Wesh, Spin Boldak District, Kandahar Province, Afghanistan; Sarafi Market, Farah, Afghanistan; Dubai, United Arab Emirates; Zahedan, Iran; Zabul, Iran; Peshawar, Khyber Paktunkhwa Province, Pakistan; Tax ID No. 1774308 (Pakistan); alt. Tax ID No. 0980338 (Pakistan); alt. Tax ID No. 3187777 (Pakistan); Afghan Money Service Provider License Number 044 (Afghanistan) [SDGT] (Linked To: TALIBAN).

HAJI LAL MOHAMMAD MONEY SERVICE PROVIDER (a.k.a. ALI SHER SHINWARY LTD.; a.k.a. LAHORE JAN SHANWARI EXCHANGE), Lahore Jan Shanwari Exchange, Ghulam Dastager Market, Shop Numbers 18-19, First Floor, Chowk Talashi, Jalalabad, Afghanistan; Ali Sher Shinwary Ltd., Second Floor, Shahzada Market, Kabul, Afghanistan; Shop No. 13, Second Floor, Sarai, Shahzada, Kabul, Afghanistan; Afghan Money Service Provider License Number 093 (Afghanistan) [SDNTK].

HAJI MOHAMMED QASIM HAWALA (a.k.a. HAJI MUHAMMAD QASIM SARAFI; a.k.a. MUSA KALIM HAWALA; a.k.a. NEW CHAGAI

TRADING COMPANY; a.k.a. RAHAT LTD; a.k.a. RAHAT LTD. SARAFI; a.k.a. RAHAT TRADING COMPANY), Room 33, 5th Floor, Sarafi Market, Kandahar, Afghanistan; Shop 4, Azizi Bank, Haji Muhammad Isa Market, Wesh (Waish), Spin Boldak, Afghanistan; Dr Barno Road, Quetta, Pakistan; Haji Mohammed Plaza, Tol Aram Road, near Jamal Dean Afghani Road, Quetta, Pakistan; Kandari Bazar, Quetta, Pakistan; Safaar Bazaar, Garmsir, Afghanistan; Nimruz, Afghanistan; Chahgay Bazaar, Chahgay, Pakistan; Gereshk, Afghanistan; Chaman, Pakistan; Lashkar Gah, Afghanistan; Zahedan, Iran; Musa Qal'ah District Center Bazaar, Musa Qal'ah, Helmand Province, Afghanistan [SDGT].

HAJI MUHAMMAD QASIM SARAFI (a.k.a. HAJI MOHAMMED QASIM HAWALA; a.k.a. MUSA KALIM HAWALA; a.k.a. NEW CHAGAI TRADING COMPANY; a.k.a. RAHAT LTD; a.k.a. RAHAT LTD. SARAFI; a.k.a. RAHAT TRADING COMPANY), Room 33, 5th Floor, Sarafi Market, Kandahar, Afghanistan; Shop 4, Azizi Bank, Haji Muhammad Isa Market, Wesh (Waish), Spin Boldak, Afghanistan; Dr Barno Road, Quetta, Pakistan; Haji Mohammed Plaza, Tol Aram Road, near Jamal Dean Afghani Road, Quetta, Pakistan; Kandari Bazar, Quetta, Pakistan; Safaar Bazaar, Garmsir, Afghanistan; Nimruz, Afghanistan; Chahgay Bazaar, Chahgay, Pakistan; Gereshk, Afghanistan; Chaman, Pakistan; Lashkar Gah, Afghanistan; Zahedan, Iran; Musa Qal'ah District Center Bazaar, Musa Qal'ah, Helmand Province, Afghanistan [SDGT].

HAJI SALAM HAWALA (a.k.a. HAJI ALIM HAWALA; a.k.a. HAJI HAKIM HAWALA; a.k.a. HAJI KHAIR ULLAH MONEY SERVICE; a.k.a. HAJI KHAIRULLAH AND ABDUL SATTAR AND COMPANY; a.k.a. HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE; a.k.a. HAJI KHAIRULLAH MONEY EXCHANGE; a.k.a. HAJI KHAIRULLAH-HAJI SATTAR SARAFI), Chohar Mir Road, Qandahari Bazaar, Quetta, Balochistan Province, Pakistan; Room Number 1, Abdul Sattar Plaza, Hafiz Saleem Street, Munsafi Road, Quetta, Balochistan Province, Pakistan; Shop Number 3, Dr. Bano Road, Quetta, Pakistan; Office Number 3, Dr. Bano Road, Near Fatima Jinnah Road, Quetta, Pakistan; Kachara Road, Naserullah Khan Chawk, Quetta, Pakistan; Wazir Mohammad Road, Quetta, Balochistan Province, Pakistan; Moishah Chowk Road, Lahore, Punjab Province, Pakistan; Karachi, Sindh Province,

Pakistan; 2 Larran Road, Chaman, Balochistan Province, Pakistan; Chaman Central Bazaar, Chaman, Balochistan Province, Pakistan; Shah Zada Market, Shop Number 237, Kabul, Afghanistan; Sarai Shahzada, 3rd Floor, Shop Number 257, Kabul, Afghanistan; Sharai Shahzada Market, Kabul, Afghanistan; Kandahar City Sarafi Market, 2nd Floor, Shop 21 and 22, Kandahar City, Kandahar Province, Afghanistan; New Sarafi Market, 2nd Floor, Kandahar City, Kandahar Province, Afghanistan; Safi Market, Kandahar City, Kandahar Province, Afghanistan; Gereshk City, Nahr-e Saraj District, Helmand Province, Afghanistan; Lashkar Gah Bazaar, Lashkar Gah, Lashkar Gah District, Helmand Province, Afghanistan; Haji Ghulam Nabi Market, 2nd Floor, Lashkar Gah District, Helmand Province, Afghanistan; Khorasan Market, 3rd Floor, Suite Number 196-197, Herat, Afghanistan; Shahre Naw, District 5, Khorasan Market, Herat, Afghanistan; Sarafi Market, Zaranj District, Nimroz Province, Afghanistan; Ansari Market, 2nd Floor, Nimroz, Afghanistan; Sarafi Market, Wesh, Afghanistan; Wesh, Spin Boldak District, Kandahar Province, Afghanistan; Sarafi Market, Farah, Afghanistan; Dubai, United Arab Emirates; Zahedan, Iran; Zabul, Iran; Peshawar, Khyber Paktunkhwa Province, Pakistan; Tax ID No. 1774308 (Pakistan); alt. Tax ID No. 0980338 (Pakistan); alt. Tax ID No. 3187777 (Pakistan); Afghan Money Service Provider License Number 044 (Afghanistan) [SDGT] (Linked To: TALIBAN).

HAJI ZAR JAMIL, HAJI ABDUL BASEER MONEY CHANGER (a.k.a. HAJI ABDUL BASIR AND ZAR JAMEEL HAWALA; a.k.a. HAJI ABDUL BASIR EXCHANGE SHOP; a.k.a. HAJI BASEER HAWALA; a.k.a. HAJI BASHIR AND ZARJMIL HAWALA COMPANY; a.k.a. HAJI BASIR AND ZARJAMIL CURRENCY EXCHANGE; a.k.a. HAJI BASIR AND ZARJMIL COMPANY HAWALA; a.k.a. HAJI BASIR HAWALA), Sanatan (variant Sanatin) Bazaar, Sanatan Bazaar Street, near Trench (variant Tranch) Road, Chaman, Balochistan Province, Pakistan; Quetta, Pakistan; Lahore, Pakistan; Peshawar, Pakistan; Karachi, Pakistan; Islamabad, Pakistan; Qandahar Province, Afghanistan; Herat Province, Afghanistan; Helmand Province, Afghanistan; Dubai, United Arab Emirates; Iran [SDGT].

HAJI, Ali Ahmed (a.k.a. NAAJI, Ali Ahmed; a.k.a. NAJI, Ali Ahmed; a.k.a. NAJI, Cali Axmed; a.k.a. "NAJI, Ali"), Kismayo, Somalia; DOB 01

Jan 1974; nationality Somalia; Gender Male (individual) [SOMALIA].

HAJI, Ali Khatib (a.k.a. ALEX, Maiko Joseph; a.k.a. HAJI, Ali Khatibu; a.k.a. HASSAN, Ali Khatib Haji; a.k.a. SHAKUR, Abdallah; a.k.a. "SHIKUBA"; a.k.a. "SHKUBA"); DOB 05 Jun 1970; alt. DOB 01 Jan 1963; alt. DOB 08 Jun 1970; POB Zanzibar, Tanzania; alt. POB Dar es Salaam, Tanzania; nationality Tanzania; citizen Tanzania; Gender Male; Passport AB269600 (Tanzania); alt. Passport AB360821 (Tanzania); alt. Passport AB564505 (Tanzania); alt. Passport A0389018 (Tanzania); alt. Passport AB179561 (Tanzania); alt. Passport A0010167 (Tanzania) (individual) [SDNTK].

HAJI, Ali Khatibu (a.k.a. ALEX, Maiko Joseph; a.k.a. HAJI, Ali Khatib; a.k.a. HASSAN, Ali Khatib Haji; a.k.a. SHAKUR, Abdallah; a.k.a. "SHIKUBA"; a.k.a. "SHKUBA"); DOB 05 Jun 1970; alt. DOB 01 Jan 1963; alt. DOB 08 Jun 1970; POB Zanzibar, Tanzania; alt. POB Dar es Salaam, Tanzania; nationality Tanzania; citizen Tanzania; Gender Male; Passport AB269600 (Tanzania); alt. Passport AB360821 (Tanzania); alt. Passport AB564505 (Tanzania); alt. Passport A0389018 (Tanzania); alt. Passport AB179561 (Tanzania); alt. Passport A0010167 (Tanzania) (individual) [SDNTK].

HAJI, Mohamed Omar (a.k.a. MA'ALIN, Mohamed Omar; a.k.a. MAXAMED, Mohamed Cumar; a.k.a. MOA'LIN, Mohamed Haji Omar; a.k.a. MOHAMED, Mohamed Omar; a.k.a. "OMAROW, Mohamed"; a.k.a. "UMUROW, Ma'd"), Diinsor District, Bay, Somalia; Buur Hakaba District, Bay, Somalia; POB 1976; POB Taflow Village, Berdaale District, Bay, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

HAJI, Sayid Abdullahi Adan (a.k.a. AADAN, Siciid Abdullahi; a.k.a. INO, Siciid Abdullah Haji), Tortoroow, Lower Shabelle, Somalia; DOB 1998; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

HAJIHOSSEINI, Mojtaba (a.k.a. HAJI HOSSEINI, Mojtaba; a.k.a. HAJJI HOSEINI ROKNABADI, Mojtaba (Arabic: مجتبی حاجی حسینی رکن آبادی)), Iran; DOB 1991; POB Meybod, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions;

Gender Male; National ID No. 4480031332 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

HAJIHOSSEINI, Mostafa (a.k.a. HAJI HOSSEINI, Mostafa; a.k.a. HAJJI HOSEINI ROKNABADI, Mostafa (Arabic: مصطفی حاجی حسینی رکن آبادی)), Iran; DOB 1991; POB Meybod, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4480031340 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

HAJIJ, Qasim (a.k.a. HEJEIJ, Kassem; a.k.a. HUJAYJ, Qasim Muhammad); DOB 05 Mar 1953; POB Lagos, Nigeria; nationality Lebanon; Gender Male; Passport RL0000432 (Lebanon) issued 31 Jan 2013 expires 31 Jan 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

HAJIZADEH, Amir Ali, Iran; DOB 1961; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

HAJJI HOSEINI ROKNABADI, Mojtaba (Arabic: مجتبی حاجی حسینی رکن آبادی) (a.k.a. HAJI HOSSEINI, Mojtaba; a.k.a. HAJIHOSSEINI, Mojtaba), Iran; DOB 1991; POB Meybod, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4480031332 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

HAJJI HOSEINI ROKNABADI, Mostafa (Arabic: مصطفی حاجی حسینی رکن آبادی) (a.k.a. HAJI HOSSEINI, Mostafa; a.k.a. HAJIHOSSEINI, Mostafa), Iran; DOB 1991; POB Meybod, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 4480031340 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

HAJJI, Muhammad Fawzi, Syria; DOB 25 Jun 1962; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

HAJJLU, Jalal Emami Ghareh (a.k.a. HAJLOU, Jalal Emami Ghareh); DOB 21 Mar 1969; POB Gha'emshahr, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport 2161567098 (individual) [NPWMD] [IFSR] (Linked To: SHAHID KARIMI GROUP).

HAJLOU, Jalal Emami Ghareh (a.k.a. HAJJLU, Jalal Emami Ghareh); DOB 21 Mar 1969; POB Gha'emshahr, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary

Sanctions; Gender Male; Passport 2161567098 (individual) [NPWMD] [IFSR] (Linked To: SHAHID KARIMI GROUP).

HAKEMZADEH, Farshad; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 005-1-61706-4 (Iran) (individual) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

HAKIMZADA KAUR, Eljeet (a.k.a. KAUR, Eljeet), Flat 17, 2nd FL Atlas Tower, Jamal Abdud Nasir Rd., Sharjah, United Arab Emirates; DOB 03 May 1959; nationality India; Gender Female; Passport Z2525822 (India) (individual) [SDNTK] (Linked To: HAKIMZADA, Jasmeet).

HAKIMZADA, Harmohan Singh (a.k.a. SING, Har Mohan), Flat 17, 2nd FL Atlas Tower, Jamal Abdul Nasir Rd., Sharjah, United Arab Emirates; DOB 23 Jun 1953; nationality India; Gender Male; Passport 1850327 (India); alt. Passport Z1432933 (India) (individual) [SDNTK] (Linked To: HAKIMZADA, Jasmeet).

HAKIMZADA, Jasmeet (a.k.a. SINGH, Jasmeet), Flat 17, 2nd FL Atlas Tower, Jamal Abdud Nasir Rd., Sharjah, United Arab Emirates; DOB 26 Jun 1979; nationality India; Gender Male; Passport Z2030393 (India) (individual) [SDNTK].

HAKIZIMANA, Apollinaire (a.k.a. LEPIC, Amikwe; a.k.a. "POETE"), Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1964; POB Rugogwe Cell, Mwiyanike Sector, Karago Commune, Gisenyi Prefecture, Rwanda; alt. POB Rubavu District, Western Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO] (Linked To: FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA).

HALAVANAU, Viktar Grigoriyevich (a.k.a. GOLOVANOV, Viktar Grigoriyevich; a.k.a. GOLOVANOV, Viktar Hryhoryavich; a.k.a. GOLOVANOV, Viktar Ryhoravich; a.k.a. GOLOVANOV, Viktor Grigoriyevich; a.k.a. GOLOVANOV, Viktor Hryhoryavich; a.k.a. GOLOVANOV, Viktor Ryhoravich; a.k.a. HALAVANAU, Viktar Hryhoryavich; a.k.a. HALAVANAU, Viktar Ryhoravich; a.k.a. HALAVANAU, Viktor Grigoriyevich; a.k.a. HALAVANAU, Viktor Hryhoryavich; a.k.a. HALAVANAU, Viktor Ryhoravich); DOB 1952; POB Borisov, Belarus; Minister of Justice (individual) [BELARUS].

HALAVANAU, Viktar Hryhoryavich (a.k.a. GOLOVANOV, Viktar Grigoriyevich; a.k.a. GOLOVANOV, Viktar Hryhoryavich; a.k.a. GOLOVANOV, Viktar Ryhoravich; a.k.a.

GOLOVANOV, Viktor Grigoriyevich; a.k.a.
GOLOVANOV, Viktor Hryhoryavich; a.k.a.
GOLOVANOV, Viktor Ryhoravich; a.k.a.
HALAVANAU, Viktar Grigoriyevich; a.k.a.
HALAVANAU, Viktar Ryhoravich; a.k.a.
HALAVANAU, Viktar Grigoriyevich; a.k.a.
HALAVANAU, Viktor Hryhoryavich; a.k.a.
HALAVANAU, Viktor Ryhoravich); DOB 1952;
POB Borisov, Belarus; Minister of Justice
(individual) [BELARUS].

HALAVANAU, Viktar Ryhoravich (a.k.a.
GOLOVANOV, Viktar Grigoriyevich; a.k.a.
GOLOVANOV, Viktar Hryhoryavich; a.k.a.
GOLOVANOV, Viktar Ryhoravich; a.k.a.
GOLOVANOV, Viktor Grigoriyevich; a.k.a.
GOLOVANOV, Viktor Ryhoravich; a.k.a.
HALAVANAU, Viktar Grigoriyevich; a.k.a.
HALAVANAU, Viktar Hryhoryavich; a.k.a.
HALAVANAU, Viktor Grigoriyevich; a.k.a.
HALAVANAU, Viktor Ryhoravich); DOB 1952;
POB Borisov, Belarus; Minister of Justice
(individual) [BELARUS].

HALAVANAU, Viktor Grigoriyevich (a.k.a.
GOLOVANOV, Viktar Grigoriyevich; a.k.a.
GOLOVANOV, Viktar Hryhoryavich; a.k.a.
GOLOVANOV, Viktar Ryhoravich; a.k.a.
GOLOVANOV, Viktor Grigoriyevich; a.k.a.
GOLOVANOV, Viktor Hryhoryavich; a.k.a.
GOLOVANOV, Viktor Ryhoravich; a.k.a.
HALAVANAU, Viktar Grigoriyevich; a.k.a.
HALAVANAU, Viktar Hryhoryavich; a.k.a.
HALAVANAU, Viktar Ryhoravich; a.k.a.
HALAVANAU, Viktor Hryhoryavich; a.k.a.
HALAVANAU, Viktor Ryhoravich); DOB 1952;
POB Borisov, Belarus; Minister of Justice
(individual) [BELARUS].

HALAVANAU, Viktor Hryhoryavich (a.k.a.
GOLOVANOV, Viktar Grigoriyevich; a.k.a.
GOLOVANOV, Viktar Hryhoryavich; a.k.a.
GOLOVANOV, Viktar Ryhoravich; a.k.a.
GOLOVANOV, Viktor Grigoriyevich; a.k.a.
GOLOVANOV, Viktor Hryhoryavich; a.k.a.
HALAVANAU, Viktar Grigoriyevich; a.k.a.
HALAVANAU, Viktar Hryhoryavich; a.k.a.
HALAVANAU, Viktar Ryhoravich; a.k.a.
HALAVANAU, Viktor Grigoriyevich; a.k.a.
HALAVANAU, Viktor Ryhoravich); DOB 1952;
POB Borisov, Belarus; Minister of Justice
(individual) [BELARUS].

HALAVANAU, Viktor Ryhoravich (a.k.a.
GOLOVANOV, Viktar Grigoriyevich; a.k.a.
GOLOVANOV, Viktar Hryhoryavich; a.k.a.

GOLOVANOV, Viktar Ryhoravich; a.k.a.
GOLOVANOV, Viktor Grigoriyevich; a.k.a.
GOLOVANOV, Viktor Hryhoryavich; a.k.a.
GOLOVANOV, Viktor Ryhoravich; a.k.a.
HALAVANAU, Viktar Grigoriyevich; a.k.a.
HALAVANAU, Viktar Hryhoryavich; a.k.a.
HALAVANAU, Viktar Ryhoravich; a.k.a.
HALAVANAU, Viktor Grigoriyevich; a.k.a.
HALAVANAU, Viktor Hryhoryavich); DOB 1952;
POB Borisov, Belarus; Minister of Justice
(individual) [BELARUS].

HALAWI, Hani (a.k.a. MANSOUR, Mohammad
Yousef; a.k.a. MANSOUR, Mohammad
Youssef; a.k.a. MANSUR, Muhammad Yusuf
Ahmad; a.k.a. MANSUR, Muhammad Yusif
Ahmad; a.k.a. MANSUR, Muhammad Yusuf
Ahmad; a.k.a. SHEHAB, Sami; a.k.a. SHIHAB,
Sami Hani; a.k.a. "HILLAWI, Jamal Hani"; a.k.a.
"SAMI, Salem Bassem"; a.k.a. "SHIHAB,
Muhammad Yusuf Mansur Sami"), Beirut,
Lebanon; DOB 14 Sep 1970; alt. DOB 01 Jan
1974; alt. DOB 1980; POB Bint Jubayl,
Lebanon; Additional Sanctions Information -
Subject to Secondary Sanctions Pursuant to the
Hizballah Financial Sanctions Regulations
(individual) [SDGT].

HALEEL COMMODITIES L.L.C. (a.k.a. "HALEEL
GROUP"), Office 601-A, P.O. Box 172532,
Deira Twin Tower, Baniyas Road, Dubai, United
Arab Emirates; Makkah Almukarramah Ave. 3,
Mogadishu, Somalia; Website
http://haleelcommodities.com; alt. Website
www.haleel.co; Secondary sanctions risk:
section 1(b) of Executive Order 13224, as
amended by Executive Order 13886;
Commercial Registry Number 1052074 (United
Arab Emirates); Certificate of Incorporation
Number SCCI/1260/19 (Somalia); License
632562 (United Arab Emirates); Chamber of
Commerce Number 178704 (United Arab
Emirates) [SDGT] (Linked To: AL-SHABAAB).

HALEEL COMMODITIES LIMITED, Starehe,
Starehe District, Nairobi, Kenya; Secondary
sanctions risk: section 1(b) of Executive Order
13224, as amended by Executive Order 13886;
Organization Established Date 30 Jan 2017;
Trade License No. PVTAAABNC3 (Kenya)
[SDGT] (Linked To: AWALE, Mohamed Jumale
Ali).

HALEEL COMMODITIES LIMITED (a.k.a.
HALEEL COMMODITIES LTD), King Fahad
Plaza, Kampala, Uganda; Secondary sanctions
risk: section 1(b) of Executive Order 13224, as
amended by Executive Order 13886;
Organization Established Date 25 Apr 2016;

Company Number 80010001140329 / 220184
(Uganda) [SDGT] (Linked To: HAYDAR, Farhan
Hussein).

HALEEL COMMODITIES LTD (a.k.a. HALEEL
COMMODITIES LIMITED), King Fahad Plaza,
Kampala, Uganda; Secondary sanctions risk:
section 1(b) of Executive Order 13224, as
amended by Executive Order 13886;
Organization Established Date 25 Apr 2016;
Company Number 80010001140329 / 220184
(Uganda) [SDGT] (Linked To: HAYDAR, Farhan
Hussein).

HALEEL FINANCE LTD, Nicosia, Cyprus;
Secondary sanctions risk: section 1(b) of
Executive Order 13224, as amended by
Executive Order 13886; Organization
Established Date 15 Mar 2018; Registration
Number HE381288 (Cyprus) [SDGT] (Linked
To: HALEEL COMMODITIES L.L.C.).

HALEEL HOLDINGS LTD, Zena Kanther 4, Agia
Triada 3035, Limassol, Cyprus; Secondary
sanctions risk: section 1(b) of Executive Order
13224, as amended by Executive Order 13886;
Organization Established Date 08 Nov 2017;
Registration Number HE375900 (Cyprus)
[SDGT] (Linked To: HALEEL COMMODITIES
L.L.C.).

HALEEL LTD, Zena Kanther 4, Agia Triada 3035,
Limassol, Cyprus; Secondary sanctions risk:
section 1(b) of Executive Order 13224, as
amended by Executive Order 13886;
Organization Established Date 18 Aug 2017;
Registration Number HE372894 (Cyprus)
[SDGT] (Linked To: HALEEL COMMODITIES
L.L.C.).

HALFWIND LIMITED LIABILITY COMPANY
(a.k.a. LIMITED LIABILITY COMPANY
GALFVIND; a.k.a. LIMITED LIABILITY
COMPANY GULFWIND), Per. Neishlotskii D.
23, Lit. A, Pomeshch. 10N, Saint Petersburg
194044, Russia; Secondary sanctions risk: this
person is designated for operating or having
operated in a sector of the Russian Federation
economy determined to support Russia's
military-industrial base pursuant to section 11 of
Executive Order 14024, as amended by
Executive Order 14114.; Tax ID No.
7804613602 (Russia); Registration Number
1187847004531 (Russia) [RUSSIA-EO14024].

HALHUL GANG (a.k.a. HALHUL SQUAD; a.k.a.
MARTYR ABU-ALI MUSTAFA BATTALION;
a.k.a. PALESTINIAN POPULAR RESISTANCE
FORCES; a.k.a. PFLP; a.k.a. POPULAR
FRONT FOR THE LIBERATION OF
PALESTINE; a.k.a. PPRF; a.k.a. RED EAGLE

GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES) [FTO] [SDGT].

HALHUL SQUAD (a.k.a. HALHUL GANG; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES) [FTO] [SDGT].

HALILI, Nevzat; DOB 15 Sep 1946; POB Poroj, Macedonia (individual) [BALKANS].

HALIM, Mufti Muabdul (a.k.a. RAHEEM, Mufti Abdul; a.k.a. RAHIM, Mufti Abdul; a.k.a. RAHIM, Mufti Abdur; a.k.a. "USTAAD SHEHEB"), Karachi, Pakistan; DOB circa 1955; alt. DOB circa 1964; POB Sarghoda region, Punjab Province, Pakistan; nationality Pakistan (individual) [SDGT].

HALLAQ, As'ad 'Adnan, Syria; DOB 08 Jan 1967; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

HALU MESRU SAVUNMA KUVVETI (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. KADEK; a.k.a. KGK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "HSK"; a.k.a. "KHK") [SDNTK] [FTO] [SDGT].

HAMAD, Abdelbasit Alhaj Alhassan Haj (a.k.a. ALHASSAN, Abdelbaset Alhaj; a.k.a. HASAN, Abd-al-Basit Al-Hadj; a.k.a. HASSAN, Abdel Basit al-Hajj; a.k.a. MOHAMED, Abdel Basit Hag El-Hassan Hag; a.k.a. "AL-BASIT, Abd"); DOB 1979; POB Sudan; nationality Sudan (individual) [SDGT].

HAMAD, Fathi (a.k.a. HAMAD, Fathy Ahmed; a.k.a. HAMMAD, Fathi Ahmad; a.k.a. HAMMAD, Fathi Ahmad Mohammed), Jabaliya, Gaza; DOB 1961; POB Jabaliya, Gaza Strip (individual) [SDGT] [NS-PLC].

HAMAD, Fathy Ahmed (a.k.a. HAMAD, Fathi; a.k.a. HAMMAD, Fathi Ahmad; a.k.a. HAMMAD, Fathi Ahmad Mohammed), Jabaliya, Gaza; DOB 1961; POB Jabaliya, Gaza Strip (individual) [SDGT] [NS-PLC].

HAMADA, Alhoussein Ould (a.k.a. HAMMADA, Hussein Ould; a.k.a. "TABANKORT, Zakaria"), Mali; DOB 1976; alt. DOB 1984; alt. DOB 1985;

alt. DOB 1986; POB Tabankort, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; Linked To: AL-MULATHAMUN BATTALION).

HAMADI, Hamed Yussef (a.k.a. AL-HAMMADI, Hamid Yusif), Iraq; Former Minister of Culture and Information (individual) [IRAQ2].

HAMADU, Abid (a.k.a. ABOU ZEID, Abdelhamid; a.k.a. ABU ZEID, Abdelhamid; a.k.a. ADEL, Youcef; a.k.a. HAMMADOU, Abid; a.k.a. "ABU ABDELLAH"); DOB 12 Dec 1965; POB Touggourt, Ouargla, Algeria (individual) [SDGT].

HAMAMI, Brahim Ben Hedili Ben Mohamed, Via de' Carracci n.l5, Casalecchio di Reno, Bologna, Italy; DOB 20 Nov 1971; POB Goubellat, Tunisia; alt. POB Koubellat, Tunisia; nationality Tunisia; Passport Z106861 issued 18 Feb 2004 expires 17 Feb 2009 (individual) [SDGT].

HAMANDUSH, Muhammad, Syria; DOB 09 Jan 1964; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

HAMANI, Hamma (a.k.a. BANA, Hama; a.k.a. HAMANI, Mohammed; a.k.a. "DJANET, el Hadj Hama"); DOB 1967; POB Illizi, Algeria; nationality Algeria (individual) [SDGT] [LIBYA3] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HAMANI, Mohammed (a.k.a. BANA, Hama; a.k.a. HAMANI, Hamma; a.k.a. "DJANET, el Hadj Hama"); DOB 1967; POB Illizi, Algeria; nationality Algeria (individual) [SDGT] [LIBYA3] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HAMAS (a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS) [FTO] [SDGT].

HAMAS TV (a.k.a. AL-AQSA SATELLITE TELEVISION; a.k.a. AL-AQSA TV; a.k.a. SIRAJ AL-AQSA TV; a.k.a. THE AQSA LAMP), Jabaliya, Gaza, Palestinian; Website www.aqsatv.ps; Email Address info@aqsatv.ps;

Telephone: 0097282851500; Fax: 0097282858208 [SDGT].

HAMAS, Saidullah (a.k.a. JAN, Saidullah; a.k.a. KHAMAS, Sayedullah; a.k.a. KHAN, Abid; a.k.a. KHAN, Saidullah; a.k.a. "WAZIRI, Saidullah"); DOB 1982; alt. DOB 11 Sep 1985; POB Giyan District, Paktika Province, Afghanistan; nationality Pakistan; National ID No. 2170525247081 (Pakistan); Mulawi (individual) [SDGT].

HAMAWANDI, Kawa (a.k.a. AHMAD, Farhad Kanabi; a.k.a. OMAR ACHMED, Kaua), Lochhamer Str. 115, Munich 81477, Germany; Iraq; DOB 01 Jul 1971; POB Arbil, Iraq; nationality Iraq; Travel Document Number A0139243 (Germany) (individual) [SDGT].

HAMAWI, Ahmad, Syria; DOB 15 Jul 1971; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

HAMCHO INTERNATIONAL (a.k.a. HAMSHO GROUP; a.k.a. HAMSHO GROUP INTERNATIONAL; a.k.a. HAMSHO INTERNATIONAL; a.k.a. HAMSHO INTERNATIONAL GROUP), Baghdad Street, Building No. 31, P.O. Box 8254, Damascus, Syria; Hamsho Building, Free Zone Area, P.O. Box 8254, Syria [SYRIA].

HAMCHO, Ahmad Saber (Arabic: احمد صابر حمشو) (a.k.a. HAMCHO, Ahmad Saber Mohamad; a.k.a. HAMSHO, Ahmad Sabir Mohammed; a.k.a. HAMSHOU, Ahmed Saber Mohammed), Damascus, Syria; Dubai, United Arab Emirates; London, United Kingdom; DOB 25 Nov 1992; POB Damascus, Syria; nationality Syria; Gender Male; Passport N005364444 (Syria) (individual) [SYRIA-EO13894].

HAMCHO, Ahmad Saber Mohamad (a.k.a. HAMCHO, Ahmad Saber (Arabic: احمد صابر حمشو); a.k.a. HAMSHO, Ahmad Sabir Mohammed; a.k.a. HAMSHOU, Ahmed Saber Mohammed), Damascus, Syria; Dubai, United Arab Emirates; London, United Kingdom; DOB 25 Nov 1992; POB Damascus, Syria; nationality Syria; Gender Male; Passport N005364444 (Syria) (individual) [SYRIA-EO13894].

HAMCHO, Ali (a.k.a. HAMCHO, Ali Mohamad; a.k.a. HAMSHO, Ali Mohammad (Arabic: علي محمد حمشو); a.k.a. HAMSHOU, Ali Mohammed), Damascus, Syria; Paris, France; DOB 03 Nov 1998; POB Damascus, Syria; nationality Syria; Gender Male; Passport N005361042 (Syria) (individual) [SYRIA-EO13894].

HAMCHO, Ali Mohamad (a.k.a. HAMCHO, Ali; a.k.a. HAMSHO, Ali Muhammad (Arabic: علي

(محمد حمشو); a.k.a. HAMSHOU, Ali Mohammed), Damascus, Syria; Paris, France; DOB 03 Nov 1998; POB Damascus, Syria; nationality Syria; Gender Male; Passport N005361042 (Syria) (individual) [SYRIA-EO13894].

HAMCHO, Amre (Arabic: عمرو حمشو) (a.k.a. HAMCHO, Amre Mohamad; a.k.a. HAMSHO, Amr Mohamed; a.k.a. HAMSHO, Amrou Mohammed; a.k.a. HAMSHOU, Amrou Mohammed), Damascus, Syria; DOB 07 Mar 1995; POB Damascus, Syria; nationality Syria; Gender Male; Passport N005361043 (Syria) (individual) [SYRIA-EO13894].

HAMCHO, Amre Mohamad (a.k.a. HAMCHO, Amre (Arabic: عمرو حمشو); a.k.a. HAMSHO, Amr Mohamed; a.k.a. HAMSHO, Amrou Mohammed; a.k.a. HAMSHOU, Amrou Mohammed), Damascus, Syria; DOB 07 Mar 1995; POB Damascus, Syria; nationality Syria; Gender Male; Passport N005361043 (Syria) (individual) [SYRIA-EO13894].

HAMCHO, Mohamed (a.k.a. HAMSHO, Mohammad; a.k.a. HAMSHO, Mohammed Saber; a.k.a. HAMSHO, Muhammad; a.k.a. HAMSHOU, Mohammed; a.k.a. HAMSHU, Muhammad Sabir), Syria; DOB 20 May 1966; POB Damascus, Syria; nationality Syria; Gender Male; Passport 002954347 (Syria) (individual) [SYRIA] [SYRIA-EO13894].

HAMDAN, Ahmad, Syria; DOB 15 Mar 1965; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

HAMDAN, Dr. Maamoun (a.k.a. HAMDAN, Dr. Mamoun; a.k.a. HAMDAN, Mamun); DOB 1958; POB Damascus, Syria; Minister of Finance (individual) [SYRIA].

HAMDAN, Dr. Mamoun (a.k.a. HAMDAN, Dr. Maamoun; a.k.a. HAMDAN, Mamun); DOB 1958; POB Damascus, Syria; Minister of Finance (individual) [SYRIA].

HAMDAN, Mamun (a.k.a. HAMDAN, Dr. Maamoun; a.k.a. HAMDAN, Dr. Mamoun); DOB 1958; POB Damascus, Syria; Minister of Finance (individual) [SYRIA].

HAMDAN, Salim Ahmad Salim (a.k.a. AL-JADAWI, Saqar; a.k.a. AL-JADDAW, Saqr); DOB 1965; POB Al-Mukalla, Yemen; Passport 00385937 (Yemen) (individual) [SDGT].

HAMDAN, Usama, Haret Hreik, Lebanon; DOB 1964 (individual) [SDGT].

HAMDAR, Mohammed Galeb (a.k.a. AMADAR, Mohammed; a.k.a. AMADAR, Muamad; a.k.a. HAMDAR, Mouhamad Ghaleb; a.k.a. HAMDAR, Muamad Ghaleb; a.k.a. HAMDAR, Muhammad

Ghaleb); DOB 01 Aug 1986; alt. DOB 01 Jan 1986; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport E0063360 (Sierra Leone); alt. Passport RL-1108616 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

HAMDAR, Mouhamad Ghaleb (a.k.a. AMADAR, Mohammed; a.k.a. AMADAR, Muamad; a.k.a. HAMDAR, Mohammed Galeb; a.k.a. HAMDAR, Muamad Ghaleb; a.k.a. HAMDAR, Muhammad Ghaleb); DOB 01 Aug 1986; alt. DOB 01 Jan 1986; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport E0063360 (Sierra Leone); alt. Passport RL-1108616 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

HAMDAR, Muamad Ghaleb (a.k.a. AMADAR, Mohammed; a.k.a. AMADAR, Muamad; a.k.a. HAMDAR, Mohammed Galeb; a.k.a. HAMDAR, Mouhamad Ghaleb; a.k.a. HAMDAR, Muhammad Ghaleb); DOB 01 Aug 1986; alt. DOB 01 Jan 1986; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport E0063360 (Sierra Leone); alt. Passport RL-1108616 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

HAMDAR, Muhammad Ghaleb (a.k.a. AMADAR, Mohammed; a.k.a. AMADAR, Muamad; a.k.a. HAMDAR, Mohammed Galeb; a.k.a. HAMDAR, Mouhamad Ghaleb; a.k.a. HAMDAR, Muamad Ghaleb); DOB 01 Aug 1986; alt. DOB 01 Jan 1986; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport E0063360 (Sierra Leone); alt. Passport RL-1108616 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH).

HAMDOUNI, Meherez (a.k.a. AL-AMDOUNI, Mehrez Ben Mahmoud Ben Sassi; a.k.a. AMDOUNI, Meherez ben Ahdoud ben; a.k.a. AMDOUNI, Mehrez; a.k.a. AMDOUNI, Mehrez ben Tah; a.k.a. FUSCO, Fabio; a.k.a. HASSAN, Mohamed; a.k.a. "ABU THALE") DOB 18 Dec 1969; alt. DOB 25 May 1968; alt. DOB 18 Dec 1968; alt. DOB 14 Jul 1969; POB Tunis, Tunisia; alt. POB Naples, Italy; alt. POB Algeria; nationality Tunisia; Passport G737411 (Tunisia) issued 24 Oct 1990 expires 20 Sep 1997; alt.

Passport 0801888 (Bosnia and Herzegovina) (individual) [SDGT].

HAMEEDI, Gula Khan (a.k.a. HAMIDI, Gul Muhammad; a.k.a. HAMIDI, Gula Khan), Afghanistan; Istanbul, Turkey; DOB 1976; POB Afghanistan; nationality Afghanistan; Gender Male; Passport OR944957 (Afghanistan); Identification Number 99652828346; alt. Identification Number A387489 (individual) [SDGT] (Linked To: HAQQANI NETWORK).

HAMEIAH, Jamel (a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMEIAH, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMEIAH, Mamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA,

Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou; DOB Sep 1938 (individual) [SDNTK].

HAMEIEH, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamel; a.k.a. HAMIE, Jamel; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMEIH, Jamill (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMER, Jamel; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamel; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMER AND NAIL CONSTRUCTION LIMITED, 1st Floor Anchor House, Cairo Road, Town Centre, Lusaka, Lusaka Province, Zambia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Mar 2017; Business Registration Number 120170002264 (Zambia) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

HAMER, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamel; a.k.a. HAMIE, Jamil

Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIAEH, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamel; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamel; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIAH, Jamiel (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamel; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIE, Jamel; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMID, Huseyini (a.k.a. MARALLU, Behnam Shahriyari; a.k.a. MIR VAKILI, Seyed Ali Akbar; a.k.a. MIRVAKILI, Seyed Aliakbar; a.k.a. MIRVAKILI, Seyedaliakbar; a.k.a. SHAHCHERAGHI, Seyed Hamid Reza; a.k.a. SHAHRIARI, Behnam; a.k.a. SHAHRIYARI, Behnam; a.k.a. SHAHRYARI, Behnam), Iran; DOB 1968; alt. DOB 22 Sep 1967; alt. DOB 30 Sep 1965; nationality Iran; Additional Sanctions

Information - Subject to Secondary Sanctions; Gender Male; Passport K47248790 (Iran) expires 20 Oct 2023; alt. Passport D10007350 (Iran) expires 13 Oct 2025 (individual) [SDGT] [IFSR].

HAMID, Mustafa (a.k.a. AL-MASRI, Abu al-Walid; a.k.a. AL-MISRI, Abu Walid; a.k.a. ATIYA, Mustafa; a.k.a. HAMID, Mustafa Muhammad 'Atiya; a.k.a. "AL-MAKKI, Hashim"; a.k.a. "AL-WALID, Abu"); DOB Mar 1945; POB Alexandria, Egypt; nationality Egypt; alt. nationality Pakistan (individual) [SDGT].

HAMID, Mustafa Muhammad 'Atiya (a.k.a. AL-MASRI, Abu al-Walid; a.k.a. AL-MISRI, Abu Walid; a.k.a ATIYA, Mustafa; a.k.a. HAMID, Mustafa; a.k.a. "AL-MAKKI, Hashim"; a.k.a. "AL-WALID, Abu"); DOB Mar 1945; POB Alexandria, Egypt; nationality Egypt; alt. nationality Pakistan (individual) [SDGT].

HAMIDCO INVESTMENT LIMITED, Plot No. 5831, Kalundu, Lusaka, Lusaka Province, Zambia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 29 May 2014; Business Registration Number 120140122806 (Zambia) [SDGT] (Linked To: AYAD, Adnan).

HAMIDI, Esmail, Iran; DOB 29 Jul 1968; POB Tonekabon, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

HAMIDI, Gul Muhammad (a.k.a. HAMEEDI, Gula Khan; a.k.a. HAMIDI, Gula Khan), Afghanistan; Istanbul, Turkey; DOB 1976; POB Afghanistan; nationality Afghanistan; Gender Male; Passport OR944957 (Afghanistan); Identification Number 99652828346; alt. Identification Number A387489 (individual) [SDGT] (Linked To: HAQQANI NETWORK).

HAMIDI, Gula Khan (a.k.a. HAMEEDI, Gula Khan; a.k.a. HAMIDI, Gul Muhammad), Afghanistan; Istanbul, Turkey; DOB 1976; POB Afghanistan; nationality Afghanistan; Gender Male; Passport OR944957 (Afghanistan); Identification Number 99652828346; alt. Identification Number A387489 (individual) [SDGT] (Linked To: HAQQANI NETWORK).

HAMIDI, Mihrab Suhrab (a.k.a. HAMIDI, Mikhrab Sukhrab; a.k.a. MIHRAB, Suhrab Hamidi), Moscow, Russia; DOB 15 Dec 1970; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Passport P02458563 (Afghanistan); Tax ID No. 771387042305 (Russia) (individual) [SDGT] [IFSR] (Linked To: RPP LIMITED LIABILITY COMPANY).

HAMIDI, Mikhrab Sukhrab (a.k.a. HAMIDI, Mihrab Suhrab; a.k.a. MIHRAB, Suhrab Hamidi), Moscow, Russia; DOB 15 Dec 1970; nationality Afghanistan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P02458563 (Afghanistan); Tax ID No. 771387042305 (Russia) (individual) [SDGT] [IFSR] (Linked To: RPP LIMITED LIABILITY COMPANY).

HAMIDIRAVARI, Reza (Arabic: رضا حمیدی راوری) (a.k.a. RAVARI, Reza), Iran; DOB 31 Oct 1963; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport V40150378 (Iran) expires 02 Jan 2022 (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

HAMIE, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIE, Jamil Abdulkarim (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIE, Jamile (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIEAH, Jamel (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIEAH, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamel; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIEH, Jamal (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIEH, Jamiel (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIEH, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMIEH, Mamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE,

Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a.
HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a.
HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a.
HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a.
HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a.
HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil;
a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH,
Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM,
Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a.
NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep
1938 (individual) [SDNTK].
HAMIEL, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a.
HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil;
a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill;
a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil;
a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil;
a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE,
Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a.
HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a.
HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a.
HAMIEH, Mamil; a.k.a. HAMIEYE, Jamil; a.k.a.
HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a.
HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil;
a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH,
Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM,
Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a.
NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep
1938 (individual) [SDNTK].
HAMIEYE, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a.
HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil;
a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill;
a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil;
a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil;
a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE,
Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a.
HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a.
HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a.
HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a.
HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a.
HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil;
a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH,
Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM,
Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a.
NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep
1938 (individual) [SDNTK].
HAMIEYYEH, Jamil (a.k.a. HAMEIAH, Jamel;
a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH,
Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH,
Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH,
Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE,
Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a.
HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a.
HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a.
HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a.
HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a.

HAMIEYE, Jamil; a.k.a. HAMIL, Jamil; a.k.a.
HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil;
a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH,
Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM,
Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a.
NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep
1938 (individual) [SDNTK].
HAMIL, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a.
HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil;
a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill;
a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil;
a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil;
a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE,
Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a.
HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a.
HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a.
HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a.
HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil;
a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE,
Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a.
HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a.
KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a.
NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep
1938 (individual) [SDNTK].
HAMITOV, Amir Makhsudovich (Cyrillic:
ХАМИТОВ, Амир Махсудович), Russia; DOB
04 Feb 1975; nationality Russia; Gender Male;
Member of the State Duma of the Federal
Assembly of the Russian Federation (individual)
[RUSSIA-EO14024].
HAMIYA, Abdul Jamil (a.k.a. HAMEIAH, Jamel;
a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH,
Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH,
Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH,
Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE,
Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a.
HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a.
HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a.
HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a.
HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a.
HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil;
a.k.a. HAMIL, Jamil; a.k.a. HAMIYE, Jamil;
a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH,
Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM,
Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a.
NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep
1938 (individual) [SDNTK].
HAMIYAH, Talal (a.k.a. HAMIYAH, Talal Husni;
a.k.a. MEZERANI, Ismat); DOB 27 Nov 1952;
alt. DOB 18 Mar 1960; alt. DOB 05 Mar 1958;
alt. DOB 08 Dec 1958; POB Tarayya, Lebanon;
alt. POB Sojad, Lebanon; nationality Lebanon;
citizen Lebanon; Additional Sanctions
Information - Subject to Secondary Sanctions

Pursuant to the Hizballah Financial Sanctions
Regulations (individual) [SDGT].
HAMIYAH, Talal Husni (a.k.a. HAMIYAH, Talal;
a.k.a. MEZERANI, Ismat); DOB 27 Nov 1952;
alt. DOB 18 Mar 1960; alt. DOB 05 Mar 1958;
alt. DOB 08 Dec 1958; POB Tarayya, Lebanon;
alt. POB Sojad, Lebanon; nationality Lebanon;
citizen Lebanon; Additional Sanctions
Information - Subject to Secondary Sanctions
Pursuant to the Hizballah Financial Sanctions
Regulations (individual) [SDGT].
HAMIYE, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a.
HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil;
a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill;
a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil;
a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil;
a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE,
Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a.
HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a.
HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a.
HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a.
HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil;
a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul
Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a.
HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a.
KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a.
NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep
1938 (individual) [SDNTK].
HAMIYYAH, Jamil (a.k.a. HAMEIAH, Jamel;
a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH,
Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH,
Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH,
Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE,
Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a.
HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a.
HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a.
HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a.
HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a.
HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil;
a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul
Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYEH,
Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM,
Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a.
NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep
1938 (individual) [SDNTK].
HAMIYYEH, Jamil (a.k.a. HAMEIAH, Jamel;
a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH,
Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH,
Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH,
Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE,
Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a.
HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a.
HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a.
HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a.
HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a.

HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou) DOB Sep 1938 (individual) [SDNTK].

HAML VA NAGHL ETEMAAD TARABARGROUS (a.k.a. TARABAR-GOROUS TRUST TRANSPORTATION), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

HAML VA NAGHL KALAHAYE RAHNAVARD SIMAN SEPAHAN (a.k.a. SEPAHAN CEMENT RAHNAVARD PRODUCTS TRANSPORTATION), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

HAML VA NAGHL SEPEHR SIMAN MASHHAD (a.k.a. SEPEHR MASHAHD CEMENT TRANSPORTATION), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

HAMMAD, Fathi Ahmad (a.k.a. HAMAD, Fathi; a.k.a. HAMAD, Fathy Ahmed; a.k.a. HAMMAD, Fathi Ahmad Mohammad), Jabaliya, Gaza; DOB 1961; POB Jabaliya, Gaza Strip (individual) [SDGT] [NS-PLC].

HAMMAD, Fathi Ahmad Mohammad (a.k.a. HAMAD, Fathi; a.k.a. HAMAD, Fathy Ahmed; a.k.a. HAMMAD, Fathi Ahmad), Jabaliya, Gaza; DOB 1961; POB Jabaliya, Gaza Strip (individual) [SDGT] [NS-PLC].

HAMMADA, Hussein Ould (a.k.a. HAMADA, Alhoussein Ould; a.k.a. "TABANKORT, Zakaria"), Mali; DOB 1976; alt. DOB 1984; alt. DOB 1985; alt. DOB 1986; POB Tabankort, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; Linked To: AL-MULATHAMUN BATTALION).

HAMMADI, Lu'ay Jasim (a.k.a. AL-JUBURI, Lu'ay Jasim Hammadi; a.k.a. AL-JUBURI, Lu'ay Jasim Hammadi Mahdi; a.k.a. "Hajji Lu'ay"), Mersin, Turkey; DOB 06 Oct 1970; POB Baghdad, Iraq; nationality Iraq; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT]

(Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HAMMADOU, Abid (a.k.a. ABOU ZEID, Abdelhamid; a.k.a. ABU ZEID, Abdelhamid; a.k.a. ADEL, Youcef; a.k.a. HAMADU, Abid; a.k.a. "ABU ABDELLAH") DOB 12 Dec 1965; POB Touggourt, Ouargla, Algeria (individual) [SDGT].

HAMMAM, Yahya Abu (a.k.a. AKACHA, Jamel; a.k.a. DJAMEL, Akkacha; a.k.a. EL HAMMAM, Yahia Abou); DOB 1979; nationality Algeria (individual) [SDGT].

HAMMAMI, Omar (a.k.a. AL-AMRIKI, Abu Mansour; a.k.a. AL-AMRIKI, Abu Mansour; a.k.a. AL-AMRIKI, Abu Mansour; a.k.a. HAMMAMI, Omar Shafik; a.k.a. HAMMAMI, Umar; a.k.a. "FAROUK"; a.k.a. "FAROUQ"); DOB 06 May 1984; POB Alabama, USA; Passport 403062567 (United States); SSN 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 (United States) (individual) [SOMALIA].

HAMMAMI, Omar Shafik (a.k.a. AL-AMRIKI, Abu Mansour; a.k.a. AL-AMRIKI, Abu Mansur; a.k.a. AL-AMRIKI, Abu Mansour; a.k.a. HAMMAMI, Omar; a.k.a. HAMMAMI, Umar; a.k.a. "FAROUK"; a.k.a. "FAROUQ"); DOB 06 May 1984; POB Alabama, USA; Passport 403062567 (United States); SSN 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 (United States) (individual) [SOMALIA].

HAMMAMI, Umar (a.k.a. AL-AMRIKI, Abu Mansour; a.k.a. AL-AMRIKI, Abu Mansour; a.k.a. AL-AMRIKI, Abu Mansour; a.k.a. HAMMAMI, Omar; a.k.a. HAMMAMI, Omar Shafik; a.k.a. "FAROUK"; a.k.a. "FAROUQ"); DOB 06 May 1984; POB Alabama, USA; Passport 403062567 (United States); SSN 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 (United States) (individual) [SOMALIA].

HAMMID, Mohammed Tahir (a.k.a. "ABDELHAMID AL KURDI"), Via della Martinella 132, Parma, Italy; DOB 01 Nov 1975; POB Poshok, Iraq; nationality Iraq; Kurdish; arrested 31 Mar 2003 (individual) [SDGT].

HAMMOUD, Ali (a.k.a. HAMMUD, Ali; a.k.a. HAMOUD, Ali); DOB 1964; POB Tartous, Syria; Minister of Transport (individual) [SYRIA].

HAMMUD, Abed Mahmoud (a.k.a. AL-TIKRITI, Abid Hamid Mahmud; a.k.a. MAHMOUD, Col. Abdel Hamid; a.k.a. MAHMUD, Abid Hamid bid Hamid); DOB circa 1957; POB al-Awja, near Tikrit, Iraq; nationality Iraq; Saddam Hussein al-Tikriti's presidential secretary and key advisor (individual) [IRAQ2].

HAMMUD, Ali (a.k.a. HAMMOUD, Ali; a.k.a. HAMOUD, Ali); DOB 1964; POB Tartous, Syria; Minister of Transport (individual) [SYRIA].

HAMOON SEPAHAN COMMERCIAL TRADING, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

HAMOON SEPAHAN INVESTMENT, Iran [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

HAMOON SEPAHAN MANAGEMENT SERVICES, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

HAMOU, Ahmed (a.k.a. AL-HAMO, Ahmad; a.k.a. AL-HAMU, Ahmad); DOB 1947; Minister of Industry (individual) [SYRIA].

HAMOU, Sara Aleksandra (a.k.a. HAMOU, Sara Aleksandra Fayssal; a.k.a. HAMOU-HEMSI, Sara), 19 Psaron Agios Tychonas, Limassol 4521, Cyprus; DOB 27 Jun 1984; nationality Poland; Gender Female; Passport EK5529085 (Poland) (individual) [CYBER2].

HAMOU, Sara Aleksandra Fayssal (a.k.a. HAMOU, Sara Aleksandra; a.k.a. HAMOU-HEMSI, Sara), 19 Psaron Agios Tychonas, Limassol 4521, Cyprus; DOB 27 Jun 1984; nationality Poland; Gender Female; Passport EK5529085 (Poland) (individual) [CYBER2].

HAMOUD, Ali (a.k.a. HAMMOUD, Ali; a.k.a. HAMMUD, Ali); DOB 1964; POB Tartous, Syria; Minister of Transport (individual) [SYRIA].

HAMOU-HEMSI, Sara (a.k.a. HAMOU, Sara Aleksandra; a.k.a. HAMOU, Sara Aleksandra Fayssal), 19 Psaron Agios Tychonas, Limassol 4521, Cyprus; DOB 27 Jun 1984; nationality Poland; Gender Female; Passport EK5529085 (Poland) (individual) [CYBER2].

HAMRAHAN PISHRO TEJARAT (a.k.a. BAZARGANI HAMRAHAN PISHRO TEJARAT; a.k.a. HAMRAHAN PISHRO TEJARAT COMMERCIAL TRADING COMPANY; a.k.a. HAMRAHAN PISHRO TEJARAT TRADING COMPANY), No. 750, 10th Floor, Bahar Tower, Bahar Street, Tehran 1561636847, Iran; Website http://pishro-tejarat.com/about/fa; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] (Linked To: ASHTARI, Mahmud).

HAMRAHAN PISHRO TEJARAT COMMERCIAL TRADING COMPANY (a.k.a. BAZARGANI HAMRAHAN PISHRO TEJARAT; a.k.a. HAMRAHAN PISHRO TEJARAT; a.k.a. HAMRAHAN PISHRO TEJARAT TRADING COMPANY), No. 750, 10th Floor, Bahar Tower, Bahar Street, Tehran 1561636847, Iran; Website http://pishro-tejarat.com/about/fa;

Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] (Linked To: ASHTARI, Mahmud).

HAMRAHAN PISHRO TEJARAT TRADING COMPANY (a.k.a. BAZARGANI HAMRAHAN PISHRO TEJARAT; a.k.a. HAMRAHAN PISHRO TEJARAT; a.k.a. HAMRAHAN PISHRO TEJARAT COMMERCIAL TRADING COMPANY), No. 750, 10th Floor, Bahar Tower, Bahar Street, Tehran 1561636847, Iran; Website http://pishro-tejarat.com/about/fa; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] (Linked To: ASHTARI, Mahmud).

HAMRAOUI, Kamel Ben Mouldi Ben Hassan (a.k.a. "KAMEL"; a.k.a. "KIMO"), Via Bertesi 27, Cremona, Italy; DOB 21 Oct 1977; POB Beja, Tunisia; nationality Tunisia; Passport P229856 issued 01 Nov 2002 expires 31 Oct 2007; arrested 1 Apr 2003 (individual) [SDGT].

HAMRIYAH STEEL FREE ZONE COMPANY (Arabic: الحمرية للحديد ش م ح) (a.k.a. HAMRIYAH STEEL FZC), PO Box 42142, Plot 4E-01, Jiddah Street, Hamriyah Free Zone Phase II, Sharjah, Sharjah, United Arab Emirates; Organization Established Date 28 Aug 2008; Company Number 11582020 (United Arab Emirates); Business Registration Number 4326 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: HOLDINGOVAYA KOMPANIYA METALLOINVEST AO).

HAMRIYAH STEEL FZC (a.k.a. HAMRIYAH STEEL FREE ZONE COMPANY (Arabic: الحمرية للحديد ش م ح)), PO Box 42142, Plot 4E-01, Jiddah Street, Hamriyah Free Zone Phase II, Sharjah, Sharjah, United Arab Emirates; Organization Established Date 28 Aug 2008; Company Number 11582020 (United Arab Emirates); Business Registration Number 4326 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: HOLDINGOVAYA KOMPANIYA METALLOINVEST AO).

HAMSHO GROUP (a.k.a. HAMCHO INTERNATIONAL; a.k.a. HAMSHO GROUP INTERNATIONAL; a.k.a. HAMSHO INTERNATIONAL; a.k.a. HAMSHO INTERNATIONAL GROUP), Baghdad Street, Building No. 31, P.O. Box 8254, Damascus, Syria; Hamsho Building, Free Zone Area, P.O. Box 8254, Syria [SYRIA].

HAMSHO GROUP INTERNATIONAL (a.k.a. HAMCHO INTERNATIONAL; a.k.a. HAMSHO GROUP; a.k.a. HAMSHO INTERNATIONAL; a.k.a. HAMSHO INTERNATIONAL GROUP), Baghdad Street, Building No. 31, P.O. Box

8254, Damascus, Syria; Hamsho Building, Free Zone Area, P.O. Box 8254, Syria [SYRIA].

HAMSHO INTERNATIONAL (a.k.a. HAMCHO INTERNATIONAL; a.k.a. HAMSHO GROUP; a.k.a. HAMSHO GROUP INTERNATIONAL; a.k.a. HAMSHO INTERNATIONAL GROUP), Baghdad Street, Building No. 31, P.O. Box 8254, Damascus, Syria; Hamsho Building, Free Zone Area, P.O. Box 8254, Syria [SYRIA].

HAMSHO INTERNATIONAL GROUP (a.k.a. HAMCHO INTERNATIONAL; a.k.a. HAMSHO GROUP; a.k.a. HAMSHO GROUP INTERNATIONAL; a.k.a. HAMSHO INTERNATIONAL), Baghdad Street, Building No. 31, P.O. Box 8254, Damascus, Syria; Hamsho Building, Free Zone Area, P.O. Box 8254, Syria [SYRIA].

HAMSHO, Ahmad Sabir Mohammed (a.k.a. HAMCHO, Ahmad Saber (Arabic: احمد صابر حمشو); a.k.a. HAMCHO, Ahmad Saber Mohamad; a.k.a. HAMSHOU, Ahmed Saber Mohammed), Damascus, Syria; Dubai, United Arab Emirates; London, United Kingdom; DOB 25 Nov 1992; POB Damascus, Syria; nationality Syria; Gender Male; Passport N005364444 (Syria) (individual) [SYRIA-EO13894].

HAMSHO, Ali Muhammad (Arabic: علي محمد حمشو) (a.k.a. HAMCHO, Ali; a.k.a. HAMCHO, Ali Mohamad; a.k.a. HAMSHOU, Ali Mohammed), Damascus, Syria; Paris, France; DOB 03 Nov 1998; POB Damascus, Syria; Gender Male; Passport N005361042 (Syria) (individual) [SYRIA-EO13894].

HAMSHO, Amr Mohamed (a.k.a. HAMCHO, Amre (Arabic: عمرو حمشو); a.k.a. HAMCHO, Amre Mohamad; a.k.a. HAMSHO, Amrou Mohammed; a.k.a. HAMSHOU, Amrou Mohammed), Damascus, Syria; DOB 07 Mar 1995; POB Damascus, Syria; nationality Syria; Gender Male; Passport N005361043 (Syria) (individual) [SYRIA-EO13894].

HAMSHO, Amrou Mohammed (a.k.a. HAMCHO, Amre (Arabic: عمرو حمشو); a.k.a. HAMCHO, Amre Mohamad; a.k.a. HAMSHO, Amr Mohamed; a.k.a. HAMSHOU, Amrou Mohammed), Damascus, Syria; DOB 07 Mar 1995; POB Damascus, Syria; nationality Syria; Gender Male; Passport N005361043 (Syria) (individual) [SYRIA-EO13894].

HAMSHO, Mohammad (a.k.a. HAMCHO, Mohamed; a.k.a. HAMSHO, Mohammed Saber; a.k.a. HAMSHO, Muhammad; a.k.a. HAMSHOU, Mohammed; a.k.a. HAMSHU, Muhammad Sabir), Syria; DOB 20 May 1966;

POB Damascus, Syria; nationality Syria; Gender Male; Passport 002954347 (Syria) (individual) [SYRIA] [SYRIA-EO13894].

HAMSHO, Mohammed Saber (a.k.a. HAMCHO, Mohamed; a.k.a. HAMSHO, Mohammad; a.k.a. HAMSHO, Muhammad; a.k.a. HAMSHOU, Mohammed; a.k.a. HAMSHU, Muhammad Sabir), Syria; DOB 20 May 1966; POB Damascus, Syria; nationality Syria; Gender Male; Passport 002954347 (Syria) (individual) [SYRIA] [SYRIA-EO13894].

HAMSHO, Muhammad (a.k.a. HAMCHO, Mohamed; a.k.a. HAMSHO, Mohammad; a.k.a. HAMSHO, Mohammed Saber; a.k.a. HAMSHOU, Mohammed; a.k.a. HAMSHU, Muhammad Sabir), Syria; DOB 20 May 1966; POB Damascus, Syria; nationality Syria; Gender Male; Passport 002954347 (Syria) (individual) [SYRIA] [SYRIA-EO13894].

HAMSHOU, Ahmed Saber Mohammed (a.k.a. HAMCHO, Ahmad Saber (Arabic: احمد صابر حمشو); a.k.a. HAMCHO, Ahmad Saber Mohamad; a.k.a. HAMSHO, Ahmad Sabir Mohammed), Damascus, Syria; Dubai, United Arab Emirates; London, United Kingdom; DOB 25 Nov 1992; POB Damascus, Syria; nationality Syria; Gender Male; Passport N005364444 (Syria) (individual) [SYRIA-EO13894].

HAMSHOU, Ali Mohammed (a.k.a. HAMCHO, Ali; a.k.a. HAMCHO, Ali Mohamad; a.k.a. HAMSHO, Ali Muhammad (Arabic: علي محمد حمشو)), Damascus, Syria; Paris, France; DOB 03 Nov 1998; POB Damascus, Syria; nationality Syria; Gender Male; Passport N005361042 (Syria) (individual) [SYRIA-EO13894].

HAMSHOU, Amrou Mohammed (a.k.a. HAMCHO, Amre (Arabic: عمرو حمشو); a.k.a. HAMCHO, Amre Mohamad; a.k.a. HAMSHO, Amr Mohamed; a.k.a. HAMSHO, Amrou Mohammed), Damascus, Syria; DOB 07 Mar 1995; POB Damascus, Syria; nationality Syria; Gender Male; Passport N005361043 (Syria) (individual) [SYRIA-EO13894].

HAMSHOU, Mohammed (a.k.a. HAMCHO, Mohamed; a.k.a. HAMSHO, Mohammad; a.k.a. HAMSHO, Mohammed Saber; a.k.a. HAMSHO, Muhammad; a.k.a. HAMSHU, Muhammad Sabir), Syria; DOB 20 May 1966; POB Damascus, Syria; nationality Syria; Gender Male; Passport 002954347 (Syria) (individual) [SYRIA-EO13894].

HAMSHU, Hudu' Nayif, Syria; DOB 08 Jan 1957; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

HAMSHU, Muhammad Sabir (a.k.a. HAMCHO, Mohamed; a.k.a. HAMSHO, Mohammad; a.k.a. HAMSHO, Mohammed Saber; a.k.a. HAMSHO, Muhammad; a.k.a. HAMSHOU, Mohammed), Syria; DOB 20 May 1966; POB Damascus, Syria; nationality Syria; Gender Male; Passport 002954347 (Syria) (individual) [SYRIA] [SYRIA-EO13894].

HAMUD, Faruq, al Hawl, Syria; DOB 02 Feb 1990; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HAMUDAT, General Maki Mustafa (a.k.a. AL-HAMADAT, General Maki; a.k.a. HAMUDAT, Maki; a.k.a. HMODAT, Mackie; a.k.a. MUSTAFA, Macki Hamoudat), Mosul, Iraq; DOB circa 1934; nationality Iraq (individual) [IRAQ2].

HAMUDAT, Maki (a.k.a. AL-HAMADAT, General Maki; a.k.a. HAMUDAT, General Maki Mustafa; a.k.a. HMODAT, Mackie; a.k.a. MUSTAFA, Macki Hamoudat), Mosul, Iraq; DOB circa 1934; nationality Iraq (individual) [IRAQ2].

HAMYH, Jamil (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamill; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Mamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. KARIM, Jamil Abdul; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

HAMZA BRIGADE (a.k.a. AL-HAMZA DIVISION; a.k.a. AL-HAMZAT DIVISION; a.k.a. FERQAT AL-HAMZA; a.k.a. FIRQA AL-HAMZA; a.k.a. HAMZA DIVISION (Arabic: فرقة الحمزة); a.k.a. HAMZA DIVISION SPECIAL FORCES; a.k.a. HAMZA TUMENI OZEL KUVVETLER; a.k.a. HAMZAT DIVISION), Al-Bab District, Aleppo Governorate, Syria; Afrin District, Aleppo Governorate, Syria [SYRIA-EO13894].

HAMZA DIVISION (Arabic: فرقة الحمزة) (a.k.a. AL-HAMZA DIVISION; a.k.a. AL-HAMZAT DIVISION; a.k.a. FERQAT AL-HAMZA; a.k.a. FIRQA AL-HAMZA; a.k.a. HAMZA BRIGADE; a.k.a. HAMZA DIVISION SPECIAL FORCES; a.k.a. HAMZA TUMENI OZEL KUVVETLER;

a.k.a. HAMZAT DIVISION), Al-Bab District, Aleppo Governorate, Syria; Afrin District, Aleppo Governorate, Syria [SYRIA-EO13894].

HAMZA DIVISION SPECIAL FORCES (a.k.a. AL-HAMZA DIVISION; a.k.a. AL-HAMZAT DIVISION; a.k.a. FERQAT AL-HAMZA; a.k.a. FIRQA AL-HAMZA; a.k.a. HAMZA BRIGADE; a.k.a. HAMZA DIVISION (Arabic: فرقة الحمزة); a.k.a. HAMZA TUMENI OZEL KUVVETLER; a.k.a. HAMZAT DIVISION), Al-Bab District, Aleppo Governorate, Syria; Afrin District, Aleppo Governorate, Syria [SYRIA-EO13894].

HAMZA TUMENI OZEL KUVVETLER (a.k.a. AL-HAMZA DIVISION; a.k.a. AL-HAMZAT DIVISION; a.k.a. FERQAT AL-HAMZA; a.k.a. FIRQA AL-HAMZA; a.k.a. HAMZA BRIGADE; a.k.a. HAMZA DIVISION (Arabic: فرقة الحمزة); a.k.a. HAMZA DIVISION SPECIAL FORCES; a.k.a. HAMZAT DIVISION), Al-Bab District, Aleppo Governorate, Syria; Afrin District, Aleppo Governorate, Syria [SYRIA-EO13894].

HAMZA, Abd al-Basit (a.k.a. KHAIR, Abdelbasit Hamza Elhassan Mohamed; a.k.a. "HAMZA, Abdelbasit"), Africa Street, Khartoum 12290, Sudan; DOB 28 Aug 1955; POB Marawi, Sudan; nationality Sudan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 101 0015 9792 (Sudan) (individual) [SDGT] (Linked To: HAMAS).

HAMZA, Amir (a.k.a. HAMZA, Maulana Ameer; Jamia Masjid, al Qadsia, Chauburji Chowk, Lahore, Pakistan; DOB 10 May 1959; POB Sheikhupura, Punjab Province, Pakistan; citizen Pakistan; Passport AB6217491 issued 01 Jun 2006 expires 01 Jun 2011; National ID No. 3520149847497 (Pakistan) (individual) [SDGT].

HAMZA, Maulana Ameer (a.k.a. HAMZA, Amir), Jamia Masjid, al Qadsia, Chauburji Chowk, Lahore, Pakistan; DOB 10 May 1959; POB Sheikhupura, Punjab Province, Pakistan; citizen Pakistan; Passport AB6217491 issued 01 Jun 2006 expires 01 Jun 2011; National ID No. 3520149847497 (Pakistan) (individual) [SDGT].

HAMZAT DIVISION (a.k.a. AL-HAMZA DIVISION; a.k.a. AL-HAMZAT DIVISION; a.k.a. FERQAT AL-HAMZA; a.k.a. FIRQA AL-HAMZA; a.k.a. HAMZA BRIGADE; a.k.a. HAMZA DIVISION (Arabic: فرقة الحمزة); a.k.a. HAMZA DIVISION SPECIAL FORCES; a.k.a. HAMZA TUMENI OZEL KUVVETLER), Al-Bab District, Aleppo Governorate, Syria; Afrin District, Aleppo Governorate, Syria [SYRIA-EO13894].

HMZZA YASIR, Abdelraouf Abu Zaid Mohamed (a.k.a. ABU ZAID MOHAMED, Abdel Raouf; a.k.a. ABUZAID, Abdul Rauf; a.k.a. MOHAMED HAMZA, Abd Al-Ra'Ouf Abu Zaid; a.k.a. MUHAMMAD HAMZA, Abd-al-Ra'uf Abu Zayd; a.k.a. MUHAMMAD HAMZA, Abdul Raouf Abu Zeid; a.k.a. ZAYID HAMZA, Abdel Raouf Abu); DOB 01 Jan 1983; POB Sudan; nationality Sudan (individual) [SDGT].

HAN, Cellat (a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shabaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shahbaz; a.k.a. ZADRAN, Shabbaz; a.k.a. ZADRAN, Shahbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

HAN, Chang-su (a.k.a. HAN, Jang Su), Moscow, Russia; DOB 08 Nov 1969; POB Pyongyang; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745420176 expires 19 Oct 2020; Foreign Trade Bank chief representative (individual) [NPWMD].

HAN, Chol Man (Korean: 한철만) (a.k.a. HAN, Ch'ol-man), Shenyang, China; DOB 06 May 1978; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK3] (Linked To: KUMGANG BANK).

HAN, Ch'o'l-man (a.k.a. HAN, Chol Man (Korean: 한철만)), Shenyang, China; DOB 06 May 1978; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK3] (Linked To: KUMGANG BANK).

HAN, Jang Su (a.k.a. HAN, Chang-su), Moscow, Russia; DOB 08 Nov 1969; POB Pyongyang; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745420176 expires 19 Oct 2020; Foreign Trade Bank chief representative (individual) [NPWMD].

HAN, Kon U (a.k.a. HAN, Ko'n-u; a.k.a. HAN, Kwon U; a.k.a. HAN, Kwo'n-u), Zhuhai, China; DOB 21 Aug 1962; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745434880; Korea Ryonbong General Corporation Representative in Zhuhai, China (individual) [DPRK2].

HAN, Ko'n-u (a.k.a. HAN, Kon U; a.k.a. HAN, Kwon U; a.k.a. HAN, Kwo'n-u), Zhuhai, China; DOB 21 Aug 1962; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745434880; Korea Ryonbong General Corporation Representative in Zhuhai, China (individual) [DPRK2].

HAN, Kwon U (a.k.a. HAN, Kon U; a.k.a. HAN, Ko'n-u; a.k.a. HAN, Kwo'n-u), Zhuhai, China; DOB 21 Aug 1962; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745434880; Korea Ryonbong General Corporation Representative in Zhuhai, China (individual) [DPRK2].

HAN, Kwo'n-u (a.k.a. HAN, Kon U; a.k.a. HAN, Ko'n-u; a.k.a. HAN, Kwon U), Zhuhai, China; DOB 21 Aug 1962; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745434880; Korea Ryonbong General Corporation Representative in Zhuhai, China (individual) [DPRK2].

HAN, Sahbaz (a.k.a. HAN, Cellat; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shahbaz; a.k.a. ZADRAN, Shabbaz; a.k.a. ZADRAN, Shahbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

HANA BANKING CORPORATION LTD (a.k.a. BRILLIANCE BANKING CORPORATION, LTD.; a.k.a. GORGEOUS BANK OF NORTH KOREA; a.k.a. HUALI BANK (Chinese Simplified: 朝鲜华丽银行); a.k.a. HWARYO BANK (Korean: 화려은행)), Haebangsan Hotel, Jungsong-Dong, Sungri Street, Central District, Pyongyang, Korea, North; Dandong, China; SWIFT/BIC BRBKKPP1; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

HANA ELECTRONIC JV COMPANY (a.k.a. HANA ELECTRONICS; a.k.a. HANA ELECTRONICS JVC), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

HANA ELECTRONICS (a.k.a. HANA ELECTRONIC JV COMPANY; a.k.a. HANA ELECTRONICS JVC), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

HANA ELECTRONICS JVC (a.k.a. HANA ELECTRONIC JV COMPANY; a.k.a. HANA ELECTRONICS), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

HANAFI, Khalid (a.k.a. HANAFI, Mohammad Khalid; a.k.a. HANAFI, Shaikh al-Hadith Mohammad Khalid; a.k.a. HANAFI, Shaykh Muhammad Khalid; a.k.a. "KHALID, Mohamad"), Afghanistan; DOB 1971 to 1972; POB Kolam Shaheed, Doabi, Nuristan, Afghanistan; nationality Afghanistan; Gender Male (individual) [GLOMAG].

HANAFI, Mohammad Khalid (a.k.a. HANAFI, Khalid; a.k.a. HANAFI, Shaikh al-Hadith Mohammad Khalid; a.k.a. HANAFI, Shaykh Muhammad Khalid; a.k.a. "KHALID, Mohamad"), Afghanistan; DOB 1971 to 1972; POB Kolam Shaheed, Doabi, Nuristan, Afghanistan; nationality Afghanistan; Gender Male (individual) [GLOMAG].

HANAFI, Shaikh al-Hadith Mohammad Khalid (a.k.a. HANAFI, Khalid; a.k.a. HANAFI, Mohammad Khalid; a.k.a. HANAFI, Shaykh Muhammad Khalid; a.k.a. "KHALID, Mohamad"), Afghanistan; DOB 1971 to 1972; POB Kolam Shaheed, Doabi, Nuristan, Afghanistan; nationality Afghanistan; Gender Male (individual) [GLOMAG].

HANAFI, Shaykh Muhammad Khalid (a.k.a. HANAFI, Khalid; a.k.a. HANAFI, Mohammad Khalid; a.k.a. HANAFI, Shaikh al-Hadith Mohammad Khalid; a.k.a. "KHALID, Mohamad"), Afghanistan; DOB 1971 to 1972; POB Kolam Shaheed, Doabi, Nuristan, Afghanistan; nationality Afghanistan; Gender Male (individual) [GLOMAG].

HANAFIN, John Desmond, United Arab Emirates; DOB 10 Jul 1974; nationality Ireland; Gender Male; Digital Currency Address - USDT 0x38735f03b30FbC022DdD06ABED01F0Ca82 3C6a94; Passport LT8338945 (Ireland) (individual) [RUSSIA-EO14024] (Linked To: HURIYA PRIVATE FZE LLE).

HAND OF MERCY (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA, a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

HANDAL PEREZ, Jose Miguel (a.k.a. "CHEPE HANDAL"; a.k.a. "CHEPITO HANDAL"), Col Bella Vista, Casa No. 09, Camino a Rotulo de Coca Cola, San Pedro Sula, Cortes, Honduras; DOB 14 May 1974; POB Honduras; nationality Honduras; citizen Honduras; National ID No. 0501-1974-03523 (Honduras); Tax ID No. ERQ1IZE (Honduras) (individual) [SDNTK] (Linked To: CORPORACION HANDAL S. DE R.L.; Linked To: EASY CASH S. DE R.L.; Linked To: AUTO PARTES HANDAL S. DE R.L. DE C.V.; Linked To: SUPERTIENDAS HANDAL S. DE R.L.; Linked To: JM TROYA).

HANDASIEH (a.k.a. ORGANIZATION FOR ENGINEERING INDUSTRIES), PO Box 21120 Baramkeh, Damascus, Syria; PO Box 2849, Al Moutanabi Street, Damascus, Syria; PO Box 5966, Abou Bakr Al Seddeq St., Damascus, Syria [NPWMD].

HANG HUN SUAN CHAMKAT BANG KOK ATHI-FLORA DISAIN (a.k.a. BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP), 812/89 Ratchada Phisek Road, Din Daeng

precinct, Huai Khwang district, Bangkok, Thailand [SDNTK].

HANG HUN SUAN CHAMKAT KRIN KHA REN (a.k.a. GREEN CAR RENT LIMITED PARTNERSHIP), 445/11 Soi Ramkamhaeng, 39 Lat Phrao Road, Wang Thong Lang, Bang Kapi district, Bangkok, Thailand [SDNTK].

HANGZHOU FUYANG KOTO MACHINERY (a.k.a. HANGZHOU FUYANG KOTO MACHINERY CO.; a.k.a. HANGZHOU FUYANG KOTO MACHINERY CO., LTD; a.k.a. KOTO MACHINERY CO., LTD; a.k.a. KOTO MACHINRY CO., LTD), No. 19 Jingping Road Fuchun Street, Fuyang Hangzhou, Zhejiang, China; No.3 hengliangting, Fuyang City, Zhejiang Province, China; Website https://kotomachinery.wixsite.com/kotomach/bla nk; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

HANGZHOU FUYANG KOTO MACHINERY CO. (a.k.a. HANGZHOU FUYANG KOTO MACHINERY; a.k.a. HANGZHOU FUYANG KOTO MACHINERY CO., LTD; a.k.a. KOTO MACHINERY CO., LTD; a.k.a. KOTO MACHINRY CO., LTD), No. 19 Jingping Road Fuchun Street, Fuyang Hangzhou, Zhejiang, China; No.3 hengliangting, Fuyang City, Zhejiang Province, China; Website https://kotomachinery.wixsite.com/kotomach/bla nk; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

HANGZHOU FUYANG KOTO MACHINERY CO., LTD (a.k.a. HANGZHOU FUYANG KOTO MACHINERY; a.k.a. HANGZHOU FUYANG KOTO MACHINERY CO.; a.k.a. KOTO MACHINERY CO., LTD; a.k.a. KOTO MACHINRY CO., LTD), No. 19 Jingping Road Fuchun Street, Fuyang Hangzhou, Zhejiang, China; No.3 hengliangting, Fuyang City, Zhejiang Province, China; Website https://kotomachinery.wixsite.com/kotomach/bla nk; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

HANGZHOU HONGYAN TRADING CO., LTD (a.k.a. CEC CHEMICAL CO., LTD.; a.k.a. CEC LIMITED; a.k.a. CEC LTD.; a.k.a. CEC PHARM CO LTD; a.k.a. CEC PHARMATECH LTD; a.k.a. CHINA ENRICHING CHEMISTRY; a.k.a. IAN LIMITED; a.k.a. SHANGHAI CANHE

PHARMTECH CO LTD), Room 807, 8/F Building 6, No.333 Guiping Road, Shanghai 200233, China; 401, No.23, Changning Road 1277, Shanghai 200051, China; Website www.cecchem.com; alt. Website www.eric1234.com [SDNTK].

HANHONG MEDICINE TECHNOLOGY HUBEI CO., LIMITED (a.k.a. HUBEI VAST CHEMICAL CO., LIMITED (Chinese Simplified: 湖北翰弘化工有限公司)), Office Unit B, ON 9/F, Thomson Commercial Building 8, Thomson Road, Hong Kong, China; Website www.vast-chem.com; Organization Established Date 30 Jun 2020; Registration Number 2956172 (Hong Kong) [ILLICIT-DRUGS-EO14059] (Linked To: DU, Changgen).

HANHONG MEDICINE TECHNOLOGY HUBEI CO., LTD. (Chinese Simplified: 翰弘医药科技湖北有限公司) (a.k.a. HANHONG PHARMACEUTICAL TECHNOLOGY CO., LTD. (Chinese Simplified: 湖北翰弘化工有限公司)), H0781, Bldg. 1, No. 58 Guanggu Road, East Lake New Technology Development Zone, Wuhan, Hubei Province 430000, China; Website www.hanhong-med.com; Phone Number 862786832068; Organization Established Date 03 Nov 2016; Unified Social Credit Code (USCC) 91420111MA4KP9GA7L (China) [ILLICIT-DRUGS-EO14059].

HANHONG PHARMACEUTICAL TECHNOLOGY CO., LTD. (Chinese Simplified: 湖北翰弘化工有限公司) (f.k.a. HANHONG MEDICINE TECHNOLOGY HUBEI CO., LTD. (Chinese Simplified: 翰弘医药科技湖北有限公司)), H0781, Bldg. 1, No. 58 Guanggu Road, East Lake New Technology Development Zone, Wuhan, Hubei Province 430000, China; Website www.hanhong-med.com; Phone Number 862786832068; Organization Established Date 03 Nov 2016; Unified Social Credit Code (USCC) 91420111MA4KP9GA7L (China) [ILLICIT-DRUGS-EO14059].

HANIEH, Ismail (a.k.a. HANIYA, Ismael; a.k.a. HANIYA, Ismail; a.k.a. HANYAH, Ismail; a.k.a. HANIYAH, Ismail; a.k.a. HANIYEH, Ismail; a.k.a. HANIYEH, Ismail Abdel Salam Ahmed; a.k.a. HANIYEH, Ismayil; a.k.a. HANIYYAH, Ismail); DOB 1962; POB Shati refugee camp, Gaza Strip; Gender Male (individual) [SDGT].

HANIFA EXCHANGE (a.k.a. HANIFA MONEY EXCHANGE OFFICE (Arabic: شركة حنيفة للصرافة); a.k.a. HANIFAH CURRENCY EXCHANGE; a.k.a. HANIFAH EXCHANGE COMPANY; a.k.a. HANIFEH EXCHANGE;

a.k.a. HUNAIFA OFFICE), Albu Kamal, Syria; Albu Kamal Branch only [SDGT] (Linked To: JUBAYR AL-RAWI, Fawaz Muhammad; Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HANIFA MONEY EXCHANGE OFFICE (Arabic: شركة حنيفة للصرافة) (a.k.a. HANIFA EXCHANGE; a.k.a. HANIFAH CURRENCY EXCHANGE; a.k.a. HANIFAH EXCHANGE COMPANY; a.k.a. HANIFEH EXCHANGE; a.k.a. HUNAIFA OFFICE), Albu Kamal, Syria; Albu Kamal Branch only [SDGT] (Linked To: JUBAYR AL-RAWI, Fawaz Muhammad; Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HANIFAH CURRENCY EXCHANGE (a.k.a. HANIFA EXCHANGE; a.k.a. HANIFA MONEY EXCHANGE OFFICE (Arabic: شركة حنيفة للصرافة); a.k.a. HANIFAH EXCHANGE COMPANY; a.k.a. HANIFEH EXCHANGE; a.k.a. HUNAIFA OFFICE), Albu Kamal, Syria; Albu Kamal Branch only [SDGT] (Linked To: JUBAYR AL-RAWI, Fawaz Muhammad; Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HANIFAH EXCHANGE COMPANY (a.k.a. HANIFA EXCHANGE; a.k.a. HANIFA MONEY EXCHANGE OFFICE (Arabic: شركة حنيفة للصرافة); a.k.a. HANIFAH CURRENCY EXCHANGE; a.k.a. HANIFEH EXCHANGE; a.k.a. HUNAIFA OFFICE), Albu Kamal, Syria; Albu Kamal Branch only [SDGT] (Linked To: JUBAYR AL-RAWI, Fawaz Muhammad; Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HANIFEH EXCHANGE (a.k.a. HANIFA EXCHANGE; a.k.a. HANIFA MONEY EXCHANGE OFFICE (Arabic: شركة حنيفة للصرافة); a.k.a. HANIFAH CURRENCY EXCHANGE; a.k.a. HANIFAH EXCHANGE COMPANY; a.k.a. HUNAIFA OFFICE), Albu Kamal, Syria; Albu Kamal Branch only [SDGT] (Linked To: JUBAYR AL-RAWI, Fawaz Muhammad; Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HANISTA DEVELOPER GROUP (a.k.a. HANISTA PROGRAMING GROUP (Arabic: گروه برنامه نویسی هانیستا)), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [HRIT-IR].

HANISTA PROGRAMING GROUP (Arabic: گروه برنامه نویسی هانیستا) (a.k.a. HANISTA DEVELOPER GROUP), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [HRIT-IR].

HANIYA, Ismael (a.k.a. HANIEH, Ismail; a.k.a. HANIYA, Ismail; a.k.a. HANIYAH, Ismael; a.k.a. HANIYAH, Ismail; a.k.a. HANIYEH, Ismail; a.k.a. HANIYEH, Ismail Abdel Salam Ahmed; a.k.a. HANIYEH, Ismayil; a.k.a. HANIYYAH, Ismail); DOB 1962; POB Shati refugee camp, Gaza Strip; Gender Male (individual) [SDGT].

HANIYA, Ismail (a.k.a. HANIEH, Ismail; a.k.a. HANIYA, Ismael; a.k.a. HANIYAH, Ismael; a.k.a. HANIYAH, Ismail; a.k.a. HANIYEH, Ismail; a.k.a. HANIYEH, Ismail Abdel Salam Ahmed; a.k.a. HANIYEH, Ismayil; a.k.a. HANIYYAH, Ismail); DOB 1962; POB Shati refugee camp, Gaza Strip; Gender Male (individual) [SDGT].

HANIYAH, Ismael (a.k.a. HANIEH, Ismail; a.k.a. HANIYA, Ismael; a.k.a. HANIYA, Ismail; a.k.a. HANIYAH, Ismail; a.k.a. HANIYEH, Ismail; a.k.a. HANIYEH, Ismail Abdel Salam Ahmed; a.k.a. HANIYEH, Ismayil; a.k.a. HANIYYAH, Ismail); DOB 1962; POB Shati refugee camp, Gaza Strip; Gender Male (individual) [SDGT].

HANIYAH, Ismail (a.k.a. HANIEH, Ismail; a.k.a. HANIYA, Ismael; a.k.a. HANIYA, Ismail; a.k.a. HANIYAH, Ismael; a.k.a. HANIYEH, Ismail; a.k.a. HANIYEH, Ismail Abdel Salam Ahmed; a.k.a. HANIYEH, Ismayil; a.k.a. HANIYYAH, Ismail); DOB 1962; POB Shati refugee camp, Gaza Strip; Gender Male (individual) [SDGT].

HANIYEH, Ismail (a.k.a. HANIEH, Ismail; a.k.a. HANIYA, Ismael; a.k.a. HANIYA, Ismail; a.k.a. HANIYAH, Ismael; a.k.a. HANIYAH, Ismail; a.k.a. HANIYEH, Ismail Abdel Salam Ahmed; a.k.a. HANIYEH, Ismayil; a.k.a. HANIYYAH, Ismail); DOB 1962; POB Shati refugee camp, Gaza Strip; Gender Male (individual) [SDGT].

HANIYEH, Ismail Abdel Salam Ahmed (a.k.a. HANIEH, Ismail; a.k.a. HANIYA, Ismael; a.k.a. HANIYA, Ismail; a.k.a. HANIYAH, Ismael; a.k.a. HANIYAH, Ismail; a.k.a. HANIYEH, Ismail; a.k.a. HANIYEH, Ismayil; a.k.a. HANIYYAH, Ismail); DOB 1962; POB Shati refugee camp, Gaza Strip; Gender Male (individual) [SDGT].

HANIYEH, Ismayil (a.k.a. HANIEH, Ismail; a.k.a. HANIYA, Ismael; a.k.a. HANIYA, Ismail; a.k.a. HANIYAH, Ismael; a.k.a. HANIYAH, Ismail; a.k.a. HANIYEH, Ismail; a.k.a. HANIYEH, Ismail Abdel Salam Ahmed; a.k.a. HANIYYAH, Ismail); DOB 1962; POB Shati refugee camp, Gaza Strip; Gender Male (individual) [SDGT].

HANIYYAH, Ismail (a.k.a. HANIEH, Ismail; a.k.a. HANIYA, Ismael; a.k.a. HANIYA, Ismail; a.k.a. HANIYAH, Ismael; a.k.a. HANIYAH, Ismail; a.k.a. HANIYEH, Ismail; a.k.a. HANIYEH, Ismail Abdel Salam Ahmed; a.k.a. HANIYEH, Ismayil);

DOB 1962; POB Shati refugee camp, Gaza Strip; Gender Male (individual) [SDGT].

HANLEY LIMITED, Queen Victoria House, 4th Floor 41-43 Victoria Street, Douglas IM1 2LF, Man, Isle of; Organization Established Date 16 Jan 2023; Registration Number 019301V (Man, Isle of) [RUSSIA-EO14024] (Linked To: POMEROL CAPITAL SA).

HANNA, Bassam; DOB 1954; POB Aleppo, Syria; Minister of Water Resources (individual) [SYRIA].

HANNADI, Mohamed (a.k.a. BEN HAMMEDI, Mohammed; a.k.a. BENHAMMEDI, Mohammed; a.k.a. BIN HAMMIDI, Muhammad Muhammad; a.k.a. "ABU AL QASSAM"; a.k.a. "ABU HAJIR"; a.k.a. "ABU HAJIR AL LIBI"; a.k.a. "HAMMEDI, Ben"; a.k.a. "PANHAMMEDI"), Midlands, United Kingdom; DOB 22 Sep 1966; POB Libya; citizen Libya (individual) [SDGT].

HANSURI, Muhammad Muhawad (a.k.a. CHIZARI, Mohsen); DOB 01 Apr 1959; POB Tehran, Iran; Commander of IRGC-Qods Force Operations and Training (individual) [SYRIA].

HAO, Mingjin (Chinese Simplified: 郝明金; Chinese Traditional: 郝明金); Beijing, China; DOB Dec 1956; POB Jiaxiang County, Shandong Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

HAOKUN ENERGY GROUP CO., LTD. (Chinese Simplified: 昊坤能源集团有限公司) (a.k.a. HAOKUN ENERGY GROUP COMPANY LIMITED; a.k.a. "HAOKUN ENERGY"), Building 6, Central District, Haidian District, Beijing 100191, China; Website www.haokunny.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Unified Social Credit Code (USCC) 911101053063517353 (China) [SDGT] (Linked To: CHINA HAOKUN ENERGY LIMITED).

HAOKUN ENERGY GROUP COMPANY LIMITED (a.k.a. HAOKUN ENERGY GROUP CO., LTD. (Chinese Simplified: 昊坤能源集团有限公司); a.k.a. "HAOKUN ENERGY"), Building 6, Central District, Haidian District, Beijing 100191, China; Website www.haokunny.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Unified Social Credit Code (USCC)

911101053063517353 (China) [SDGT] (Linked To: CHINA HAOKUN ENERGY LIMITED).

HAPILON, Isnilon Totoni (a.k.a. HAPILUN, Isnilon; a.k.a. HAPILUN, Isnilun; a.k.a. "ABU MUSAB"; a.k.a. "SALAHUDIN"; a.k.a. "TUAN ISNILON"); DOB 18 Mar 1966; alt. DOB 10 Mar 1967; POB Bulanza, Lantawan, Basilan, the Philippines; nationality Philippines (individual) [SDGT].

HAPILUN, Isnilon (a.k.a. HAPILON, Isnilon Totoni; a.k.a. HAPILUN, Isnilun; a.k.a. "ABU MUSAB"; a.k.a. "SALAHUDIN"; a.k.a. "TUAN ISNILON"); DOB 18 Mar 1966; alt. DOB 10 Mar 1967; POB Bulanza, Lantawan, Basilan, the Philippines; nationality Philippines (individual) [SDGT].

HAPILUN, Isnilun (a.k.a. HAPILON, Isnilon Totoni; a.k.a. HAPILUN, Isnilon; a.k.a. "ABU MUSAB"; a.k.a. "SALAHUDIN"; a.k.a. "TUAN ISNILON"); DOB 18 Mar 1966; alt. DOB 10 Mar 1967; POB Bulanza, Lantawan, Basilan, the Philippines; nationality Philippines (individual) [SDGT].

HAPJANGGANG SHIPPING CORP, Kumsong 3-dong, Mangyongdae-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5787684 [DPRK4].

HAPJANGGANG TRADING CORPORATION (Korean: 합장강무역회사), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type State-Owned Enterprise [NPWMD] (Linked To: MINISTRY OF ROCKET INDUSTRY).

HAQ, Abdul (a.k.a. AXIMU, Memetiming; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China;

National ID No. 653225197110100533 (China) (individual) [SDGT].

HAQ, Sanaul (a.k.a. UMAR, Asim; a.k.a. UMER, Asim), Afghanistan; Pakistan; Bangladesh; DOB 1974 to 1976; POB Sambhal, Uttar Pradesh, India; nationality India; Maulana (individual) [SDGT].

HAQANI, Saraj (a.k.a. HAQANI, Siraj; a.k.a. HAQANI, Sirajuddin; a.k.a. HAQQANI, Saraj; a.k.a. HAQQANI, Siraj; a.k.a. HAQQANI, Sirajuddin; a.k.a. MUHAMMAD, Sirajuddin Haqqani Jalaluddin Khwasa), Manba'ul uloom Madrasa, Miramshah, North Waziristan, FATA, NWFP, Pakistan; Dergey Manday Madrasa (North of Miramsha), North Waziristan, FATA, NWFP, Pakistan; Kela neighborhood/Danda neighborhood (2 km NW from Miramshah town), Pakistan; DOB 1977; alt. DOB 1978; alt. DOB 1970; POB Danda, Miramshah, Afghanistan; alt. POB Khowst Province, Afghanistan; alt. POB Neka District, Paktika, Afghanistan; alt. POB Srana Village, Garda Saray District, Paktya Province, Afghanistan (individual) [SDGT].

HAQANI, Siraj (a.k.a. HAQANI, Saraj; a.k.a. HAQANI, Sirajuddin; a.k.a. HAQQANI, Saraj; a.k.a. HAQQANI, Siraj; a.k.a. HAQQANI, Sirajuddin; a.k.a. MUHAMMAD, Sirajuddin Haqqani Jalaluddin Khwasa), Manba'ul uloom Madrasa, Miramshah, North Waziristan, FATA, NWFP, Pakistan; Dergey Manday Madrasa (North of Miramsha), North Waziristan, FATA, NWFP, Pakistan; Kela neighborhood/Danda neighborhood (2 km NW from Miramshah town), Pakistan; DOB 1977; alt. DOB 1978; alt. DOB 1970; POB Danda, Miramshah, Afghanistan; alt. POB Khowst Province, Afghanistan; alt. POB Neka District, Paktika, Afghanistan; alt. POB Srana Village, Garda Saray District, Paktya Province, Afghanistan (individual) [SDGT].

HAQANI, Sirajuddin (a.k.a. HAQANI, Saraj; a.k.a. HAQANI, Siraj; a.k.a. HAQQANI, Saraj; a.k.a. HAQQANI, Siraj; a.k.a. HAQQANI, Sirajuddin; a.k.a. MUHAMMAD, Sirajuddin Haqqani Jalaluddin Khwasa), Manba'ul uloom Madrasa, Miramshah, North Waziristan, FATA, NWFP, Pakistan; Dergey Manday Madrasa (North of Miramsha), North Waziristan, FATA, NWFP, Pakistan; Kela neighborhood/Danda neighborhood (2 km NW from Miramshah town), Pakistan; DOB 1977; alt. DOB 1978; alt. DOB 1970; POB Danda, Miramshah, Afghanistan; alt. POB Khowst Province, Afghanistan; alt. POB Neka District, Paktika, Afghanistan; alt. POB Srana Village, Garda Saray District, Paktya Province, Afghanistan (individual) [SDGT].

HAQQANI NETWORK (a.k.a. "HQN"), Afghanistan; Pakistan [FTO] [SDGT].

HAQQANI, Abdul Aziz (a.k.a. HAQQANI, Aziz); DOB 1987 to 1989 (individual) [SDGT].

HAQQANI, Abdul Qadir (a.k.a. ABDUL BASEER, Abdul Qadeer Basir; a.k.a. AHMAT, Abdul Qadir; a.k.a. BASIR, Abdul Qadir; a.k.a. QADIR, Abdul; a.k.a. "Nasibullah"), Peshawar, Pakistan; DOB 1964; POB Nangarhar Province, Afghanistan; nationality Afghanistan; Gender Male; Passport D000974 (Afghanistan) (individual) [SDGT] (Linked To: TALIBAN).

HAQQANI, Aziz (a.k.a. HAQQANI, Abdul Aziz); DOB 1987 to 1989 (individual) [SDGT].

HAQQANI, Dr. Naseer (a.k.a. GHAIR, Dr. Alim; a.k.a. HAQQANI, Naseer; a.k.a. HAQQANI, Nashir; a.k.a. HAQQANI, Nasiruddin; a.k.a. HAQQANI, Nassir; a.k.a. "NASERUDDIN"); DOB 1972; POB Afghanistan (individual) [SDGT].

HAQQANI, Khaleel (a.k.a. HAQQANI, Khalil Ahmad; a.k.a. HAQQANI, Khalil Al-Rahman; a.k.a. HAQQANI, Khalil ur Rahman), Peshawar, Pakistan; Near Dirgha Mundei Madrassa, in Dirgha Mundei Village, near Miram Shah, North Waziristan Agency (NWA), FATA, Pakistan; Kayla Village, near Miram Shah, North Waziristan Agency (NWA), FATA, Pakistan; Sarana Zadran Village, Paktia, Afghanistan; DOB 01 Jan 1966; alt. DOB 1964; alt. DOB 1963; alt. DOB 1962; alt. DOB 1961; alt. DOB 1960; alt. DOB 1959; alt. DOB 1958; nationality Afghanistan; Haji (individual) [SDGT].

HAQQANI, Khalil Ahmad (a.k.a. HAQQANI, Khaleel; a.k.a. HAQQANI, Khalil Al-Rahman; a.k.a. HAQQANI, Khalil ur Rahman), Peshawar, Pakistan; Near Dirgha Mundei Madrassa, in Dirgha Mundei Village, near Miram Shah, North Waziristan Agency (NWA), FATA, Pakistan; Kayla Village, near Miram Shah, North Waziristan Agency (NWA), FATA, Pakistan; Sarana Zadran Village, Paktia, Afghanistan; DOB 01 Jan 1966; alt. DOB 1964; alt. DOB 1963; alt. DOB 1962; alt. DOB 1961; alt. DOB 1960; alt. DOB 1959; alt. DOB 1958; nationality Afghanistan; Haji (individual) [SDGT].

HAQQANI, Khalil Al-Rahman (a.k.a. HAQQANI, Khaleel; a.k.a. HAQQANI, Khalil Ahmad; a.k.a. HAQQANI, Khalil ur Rahman), Peshawar, Pakistan; Near Dirgha Mundei Madrassa, in Dirgha Mundei Village, near Miram Shah, North Waziristan Agency (NWA), FATA, Pakistan; Kayla Village, near Miram Shah, North Waziristan Agency (NWA), FATA, Pakistan; Sarana Zadran Village, Paktia, Afghanistan;

DOB 01 Jan 1966; alt. DOB 1964; alt. DOB 1963; alt. DOB 1962; alt. DOB 1961; alt. DOB 1960; alt. DOB 1959; alt. DOB 1958; nationality Afghanistan; Haji (individual) [SDGT].

HAQQANI, Khalil ur Rahman (a.k.a. HAQQANI, Khaleel; a.k.a. HAQQANI, Khalil Ahmad; a.k.a. HAQQANI, Khalil Al-Rahman), Peshawar, Pakistan; Near Dirgha Mundei Madrassa, in Dirgha Mundei Village, near Miram Shah, North Waziristan Agency (NWA), FATA, Pakistan; Kayla Village, near Miram Shah, North Waziristan Agency (NWA), FATA, Pakistan; Sarana Zadran Village, Paktia, Afghanistan; DOB 01 Jan 1966; alt. DOB 1964; alt. DOB 1963; alt. DOB 1962; alt. DOB 1961; alt. DOB 1960; alt. DOB 1959; alt. DOB 1958; nationality Afghanistan; Haji (individual) [SDGT].

HAQQANI, Naseer (a.k.a. GHAIR, Dr. Alim; a.k.a. HAQQANI, Dr. Naseer; a.k.a. HAQQANI, Nashir; a.k.a. HAQQANI, Nasiruddin; a.k.a. HAQQANI, Nassir; a.k.a. "NASERUDDIN"); DOB 1972; POB Afghanistan (individual) [SDGT].

HAQQANI, Nashir (a.k.a. GHAIR, Dr. Alim; a.k.a. HAQQANI, Dr. Naseer; a.k.a. HAQQANI, Naseer; a.k.a. HAQQANI, Nasiruddin; a.k.a. HAQQANI, Nassir; a.k.a. "NASERUDDIN"); DOB 1972; POB Afghanistan (individual) [SDGT].

HAQQANI, Nasiruddin (a.k.a. GHAIR, Dr. Alim; a.k.a. HAQQANI, Dr. Naseer; a.k.a. HAQQANI, Naseer; a.k.a. HAQQANI, Nashir; a.k.a. HAQQANI, Nassir; a.k.a. "NASERUDDIN"); DOB 1972; POB Afghanistan (individual) [SDGT].

HAQQANI, Nassir (a.k.a. GHAIR, Dr. Alim; a.k.a. HAQQANI, Dr. Naseer; a.k.a. HAQQANI, Naseer; a.k.a. HAQQANI, Nashir; a.k.a. HAQQANI, Nasiruddin; a.k.a. "NASERUDDIN"); DOB 1972; POB Afghanistan (individual) [SDGT].

HAQQANI, Saraj (a.k.a. HAQANI, Saraj; a.k.a. HAQANI, Siraj; a.k.a. HAQANI, Sirajuddin; a.k.a. HAQQANI, Siraj; a.k.a. HAQQANI, Sirajuddin; a.k.a. MUHAMMAD, Sirajuddin Haqqani Jalaluddin Khwasa), Manba'ul uloom Madrasa, Miramshah, North Waziristan, FATA, NWFP, Pakistan; Dergey Manday Madrasa (North of Miramsha), North Waziristan, FATA, NWFP, Pakistan; Kela neighborhood/Danda neighborhood (2 km NW from Miramshah town), Pakistan; DOB 1977; alt. DOB 1978; alt. DOB 1970; POB Danda, Miramshah, Afghanistan; alt. POB Khowst Province, Afghanistan; alt. POB Neka District, Paktika, Afghanistan; alt. POB

Srana Village, Garda Saray District, Paktya Province, Afghanistan (individual) [SDGT]. HAQQANI, Siraj (a.k.a. HAQANI, Saraj; a.k.a. HAQANI, Siraj; a.k.a. HAQANI, Sirajuddin; a.k.a. HAQQANI, Saraj; a.k.a. HAQQANI, Sirajuddin; a.k.a. MUHAMMAD, Sirajuddin Haqqani Jalaluddin Khwasa), Manba'ul uloom Madrasa, Miramshah, North Waziristan, FATA, NWFP, Pakistan; Dergey Manday Madrasa (North of Miramsha), North Waziristan, FATA, NWFP, Pakistan; Kela neighborhood/Danda neighborhood (2 km NW from Miramshah town), Pakistan; DOB 1977; alt. DOB 1978; alt. DOB 1970; POB Danda, Miramshah, Afghanistan; alt. POB Khowst Province, Afghanistan; alt. POB Neka District, Paktika, Afghanistan; alt. POB Srana Village, Garda Saray District, Paktya Province, Afghanistan (individual) [SDGT].

HAQQANI, Sirajuddin (a.k.a. HAQANI, Saraj; a.k.a. HAQANI, Siraj; a.k.a. HAQANI, Sirajuddin; a.k.a. HAQQANI, Saraj; a.k.a. HAQQANI, Siraj; a.k.a. MUHAMMAD, Sirajuddin Haqqani Jalaluddin Khwasa), Manba'ul uloom Madrasa, Miramshah, North Waziristan, FATA, NWFP, Pakistan; Dergey Manday Madrasa (North of Miramsha), North Waziristan, FATA, NWFP, Pakistan; Kela neighborhood/Danda neighborhood (2 km NW from Miramshah town), Pakistan; DOB 1977; alt. DOB 1978; alt. DOB 1970; POB Danda, Miramshah, Afghanistan; alt. POB Khowst Province, Afghanistan; alt. POB Neka District, Paktika, Afghanistan; alt. POB Srana Village, Garda Saray District, Paktya Province, Afghanistan (individual) [SDGT].

HAQQANI, Yahya (a.k.a. HAQQANI, Yahyah; a.k.a. HAQQANI, Yaya; a.k.a. "HAROON"), The Haqqani Madrassa Compound, Miram Shah, North Waziristan Agency (NWA), Federally Administered Tribal Areas (FATA), Pakistan; Miram Shah, NWA, FATA, Pakistan; Danda Village, Miram Shah, NWA, FATA, Pakistan; DOB 1982; alt. DOB 1978; POB Miram Shah, Pakistan; citizen Afghanistan (individual) [SDGT].

HAQQANI, Yahyah (a.k.a. HAQQANI, Yahya; a.k.a. HAQQANI, Yaya; a.k.a. "HAROON"), The Haqqani Madrassa Compound, Miram Shah, North Waziristan Agency (NWA), Federally Administered Tribal Areas (FATA), Pakistan; Miram Shah, NWA, FATA, Pakistan; Danda Village, Miram Shah, NWA, FATA, Pakistan; DOB 1982; alt. DOB 1978; POB Miram Shah, Pakistan; citizen Afghanistan (individual) [SDGT].

HAQQANI, Yaya (a.k.a. HAQQANI, Yahya; a.k.a. HAQQANI, Yahyah; a.k.a. "HAROON"), The Haqqani Madrassa Compound, Miram Shah, North Waziristan Agency (NWA), Federally Administered Tribal Areas (FATA), Pakistan; Miram Shah, NWA, FATA, Pakistan; Danda Village, Miram Shah, NWA, FATA, Pakistan; DOB 1982; alt. DOB 1978; POB Miram Shah, Pakistan; citizen Afghanistan (individual) [SDGT].

HAR HEBRON FUND (a.k.a. HAR HEVRON FUND; a.k.a. MOUNT HEBRON FOUNDATION; a.k.a. MOUNT HEBRON FUND (Hebrew: קרן הר חברון)), Ein Rehovot 33, Otniel 9040700, West Bank; Organization Established Date 2015; Target Type Charity or Nonprofit Organization; Registered Charity No. 580616100 (Israel) [WEST-BANK-EO14115] (Linked To: LEVI, Yinon).

HAR HEVRON FUND (a.k.a. HAR HEBRON FUND; a.k.a. MOUNT HEBRON FOUNDATION; a.k.a. MOUNT HEBRON FUND (Hebrew: קרן הר חברון)), Ein Rehovot 33, Otniel 9040700, West Bank; Organization Established Date 2015; Target Type Charity or Nonprofit Organization; Registered Charity No. 580616100 (Israel) [WEST-BANK-EO14115] (Linked To: LEVI, Yinon).

HARA COMPANY (a.k.a. HARA INSTITUTE), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

HARA INSTITUTE (a.k.a. HARA COMPANY), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

HARA, Dzmitry Iurevich (Cyrillic: ГАРА, Дзмітрый Юр'евіч) (a.k.a. GORA, Dmitri; a.k.a. GORA, Dmitry Iurevich (Cyrillic: ГОРА, Дмитрий Юрьевич); a.k.a. GORA, Dmitry Yurievich), Minsk, Belarus; DOB 04 May 1970; POB Tbilisi, Georgia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

HARADINAJ, Daut; DOB 06 Apr 1978; POB Glodjane, Serbia and Montenegro (individual) [BALKANS].

HARAKAH SAWA'ID MISR (a.k.a. ARMS OF EGYPT MOVEMENT; a.k.a. HARAKAT SAWA'D MISR; a.k.a. HASM; a.k.a. HASM MOVEMENT; a.k.a. MOVEMENT OF EGYPT'S ARMS; a.k.a. MOVEMENT OF EGYPT'S FOREARMS; a.k.a. "HAMMS"; a.k.a. "HASAM"; a.k.a. "HASSAM"; a.k.a. "HASSM"), Beheira, Egypt; Beni Suef, Egypt; Cairo, Egypt; Giza,

Egypt; Damietta, Egypt; Fayoum, Egypt; Qalyubia, Egypt; Turkey; Sudan [FTO] [SDGT].

HARAKAT AL-MUQAWAMA AL-ISLAMIYA (a.k.a. HAMAS; a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS; a.k.a. IZZ AL DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS) [FTO] [SDGT].

HARAKAT AL-NUJABA (a.k.a. AL-HAMAD BRIGADE; a.k.a. AL-NUJABA TV; a.k.a. AMMAR IBN YASIR BRIGADE; a.k.a. GOLAN LIBERATION BRIGADE; a.k.a. HARAKAT HEZBOLLAH AL-NUJABA; a.k.a. IMAM AL-HASAN AL-MUJTABA BRIGADE; a.k.a. MOVEMENT OF THE NOBLE ONES HEZBOLLAH; a.k.a. THE MOVEMENT OF THE NOBLE ONES), Iraq; Syria [SDGT].

HARAKAT AL-SABIREEN (a.k.a. AL-SABIREEN; a.k.a. AL-SABIREEN FOR THE VICTORY OF PALESTINE; a.k.a. AL-SABIREEN MOVEMENT FOR SUPPORTING PALESTINE; a.k.a. AL-SABIRIN; a.k.a. A-SABRIN ORGANIZATION; a.k.a. MOVEMENT OF THE PATIENT ONES; a.k.a. MOVEMENT OF THOSE WHO ENDURE WITH PATIENCE; a.k.a. THE SABIREEN MOVEMENT; a.k.a. "HESN"), Gaza Strip, Palestinian; West Bank, Palestinian; Jerusalem, Israel [SDGT].

HARAKAT AL-SHABAAB AL-MUJAAHIDIIN (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SDGT] [SOMALIA].

HARAKAT HEZBOLLAH AL-NUJABA (a.k.a. AL-HAMAD BRIGADE; a.k.a. AL-NUJABA TV; a.k.a. AMMAR IBN YASIR BRIGADE; a.k.a.

GOLAN LIBERATION BRIGADE; a.k.a. HARAKAT AL-NUJABA; a.k.a. IMAM AL-HASAN AL-MUJTABA BRIGADE; a.k.a. MOVEMENT OF THE NOBLE ONES HEZBOLLAH; a.k.a. THE MOVEMENT OF THE NOBLE ONES), Iraq; Syria [SDGT].

HARAKAT SAWA'D MISR (a.k.a. ARMS OF EGYPT MOVEMENT; a.k.a. HARAKAH SAWA'ID MISR; a.k.a. HASM; a.k.a. HASM MOVEMENT; a.k.a. MOVEMENT OF EGYPT'S ARMS; a.k.a. MOVEMENT OF EGYPT'S FOREARMS; a.k.a. "HAMMS"; a.k.a. "HASAM"; a.k.a. "HASSAM"; a.k.a. "HASSM"), Beheira, Egypt; Beni Suef, Egypt; Cairo, Egypt; Giza, Egypt; Damietta, Egypt; Fayoum, Egypt; Qalyubia, Egypt; Turkey; Sudan [FTO] [SDGT].

HARAKAT SHABAB AL-MUJAHIDIN (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SDGT] [SOMALIA].

HARAKAT SHAM AL-ISLAM (a.k.a. HARAKET SHAM AL-ISLAM; a.k.a. SHAM AL-ISLAM MOVEMENT; a.k.a. "SHAM AL-ISLAM"), Syria [SDGT].

HARAKAT UL JIHAD AL ISLAMI (a.k.a. HARAKAT UL JIHAD ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD E ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD-I-ISLAMI/BANGLADESH; a.k.a. HARKAT UL JIHAD AL ISLAMI; a.k.a. HARKATUL JIHAD; a.k.a. HARKATUL JIHAD AL ISLAM; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HUJI-B; a.k.a. IDEK; a.k.a. ISLAMI DAWAT-E-KAFELA) [FTO] [SDGT].

HARAKAT UL JIHAD ISLAMI BANGLADESH (a.k.a. HARAKAT UL JIHAD AL ISLAMI; a.k.a. HARAKAT UL-JIHAD E ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD-I-ISLAMI/BANGLADESH; a.k.a. HARKAT UL JIHAD AL ISLAMI; a.k.a. HARKATUL JIHAD;

a.k.a. HARKATUL JIHAD AL ISLAM; a.k.a. HARKATUL-UL-JEHAD-AL-ISLAMI; a.k.a. HUJI-B; a.k.a. IDEK; a.k.a. ISLAMI DAWAT-E-KAFELA) [FTO] [SDGT].

HARAKAT UL JIHAD-E-ISLAMI (a.k.a. HARAKAT-UL JIHAD ISLAMI; a.k.a. HARKAT-AL-JIHAD-UL ISLAMI; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HARKAT-UL-JIHAD-AL ISLAMI; a.k.a. MOVEMENT OF ISLAMIC HOLY WAR; a.k.a. "HUJI"), Afghanistan; India; Pakistan [SDGT].

HARAKAT UL-ANSAR (a.k.a. AL-FARAN; AL-HADID; a.k.a. AL-HADITH; a.k.a. ANSAR-UL-UMMAH; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. JAMIAT UL-ANSAR; a.k.a. "HUA"; a.k.a. "HUM") [FTO] [SDGT].

HARAKAT UL-JIHAD E ISLAMI BANGLADESH (a.k.a. HARAKAT UL JIHAD AL ISLAMI; a.k.a. HARAKAT UL JIHAD ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD-I-ISLAMI/BANGLADESH; a.k.a. HARKAT UL JIHAD AL ISLAMI; a.k.a. HARKATUL JIHAD; a.k.a. HARKATUL JIHAD AL ISLAM; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HUJI-B; a.k.a. IDEK; a.k.a. ISLAMI DAWAT-E-KAFELA) [FTO] [SDGT].

HARAKAT UL-JIHAD-I-ISLAMI/BANGLADESH (a.k.a. HARAKAT UL JIHAD AL ISLAMI; a.k.a. HARAKAT UL JIHAD ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD E ISLAMI BANGLADESH; a.k.a. HARKAT UL JIHAD AL ISLAMI; a.k.a. HARKATUL JIHAD; a.k.a. HARKATUL JIHAD AL ISLAM; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HUJI-B; a.k.a. IDEK; a.k.a. ISLAMI DAWAT-E-KAFELA) [FTO] [SDGT].

HARAKAT UL-MUJAHIDEEN (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. ANSAR-UL-UMMAH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. JAMIAT UL-ANSAR; a.k.a. "HUA"; a.k.a. "HUM") [FTO] [SDGT].

HARAKAT UL-MUJAHIDIN (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. ANSAR-UL-UMMAH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. JAMIAT UL-ANSAR; a.k.a. "HUA"; a.k.a. "HUM") [FTO] [SDGT].

HARAKAT-UL JIHAD ISLAMI (a.k.a. HARAKAT UL JIHAD-E-ISLAMI; a.k.a. HARKAT-AL-JIHAD-UL ISLAMI; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HARKAT-UL-JIHAD-AL ISLAMI; a.k.a. MOVEMENT OF ISLAMIC HOLY

WAR; a.k.a. "HUJI"), Afghanistan; India; Pakistan [SDGT].

HARAKATUL-SHABAAB AL MUJAAHIDIIN (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HISB'UL SHABAAB; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SDGT] [SOMALIA].

HARAKET SHAM AL-ISLAM (a.k.a. HARAKAT SHAM AL-ISLAM; a.k.a. SHAM AL-ISLAM MOVEMENT; a.k.a. "SHAM AL-ISLAM"), Syria [SDGT].

HARAM TRADING COMPANY (a.k.a. AL HARAM COMMERCIAL COMPANY; a.k.a. AL HARAM FOREIGN EXCHANGE CO. LTD; a.k.a. AL HARAM TRANSFER CO.; a.k.a. AL-HARAM COMPANY FOR MONEY TRANSFER; a.k.a. AL-HARAM EXCHANGE COMPANY; a.k.a. ALHARAM FOR EXCHANGE LTD; a.k.a. AL-HARM TRADING COMPANY; a.k.a. ARABISC HARAM; a.k.a. SHARIKAT AL-HARAM LIL-HIWALAT AL-MALIYYAH; a.k.a. TRADING AL-HARM COMPANY), Istanbul, Turkey; Mersin, Turkey; Gaziantep, Turkey; Antakya, Turkey; Reyhanli, Turkey; Iskenderun, Turkey; Belen, Turkey; Surmez, Turkey; Kirikhan, Turkey; Bursa, Turkey; Islahiye, Turkey; Alanya, Turkey; Urfa, Turkey; Antalya, Turkey; Narlica, Turkey; Ankara, Turkey; Izmir, Turkey; Konya, Turkey; Kayseri, Turkey; Turkey; Lebanon; Jordan; Sudan; Palestinian; Website www.arabisc-haram.com [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HARARA, Muyassir (a.k.a. AL-JIBURI, Muyassir; a.k.a. AL-JUBURI, Maysar Ali Musa Abdallah; a.k.a. AL-QAHTANI, Mus'ab; a.k.a. AL-SHAMMARI; a.k.a. AL-SHAMMARI, Muyassir; a.k.a. HASSAN, Muhammad Khalid); DOB 01 Jun 1976; POB al-Shura, Mosul, Iraq; alt. POB Harara, Ninawa Province, Iraq; citizen Iraq (individual) [SDGT].

HARAZ SHIPPING COMPANY LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HARAZALLAH, Salah Kamil (a.k.a. HERZALLAH, Salah Kamel; a.k.a. HERZALLAH, Salah Kamel Raghib; a.k.a. HIRZALLAH, Salah Kamil; a.k.a. HIRZALLAH, Salah Kamil Raghib (Arabic: صالح حرزالله راغب (كمال)), Gaza; DOB 08 Jan 1960; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 911395259 (Israel); Electoral Registry No. 8105411 (Israel) (individual) [SDGT] (Linked To: HAMAS).

HARAZULLAH EXCHANGE AND GENERAL TRADING COMPANY LLC (a.k.a. HERZALLA EXCHANGE CO.; a.k.a. HERZALLAH COMPANY FOR MONEY; a.k.a. HERZALLAH COMPANY FOR MONEY - EXCHANGE; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY (Arabic: شركة حرزالله للصرافة والتجارة العامة; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY LLC (Arabic: شركة حرزالله للصرافة والتجارة العامة المساهمة الخصوصية المحدودة); a.k.a. HERZALLAH EXCHANGE COMPANY; a.k.a. HERZALLAH EXCHANGE COMPANY AND TRANSFER), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Apr 2006; Organization Type: Other monetary intermediation; Identification Number 563141746 (Palestinian) [SDGT] (Linked To: HAMAS).

HARB, Abass Hussein (a.k.a. HARB, Abbas Hussein), Ave Pedro Melean, cruce con Calle No. 73, Local No. 22, Sector Santa Rosa, Valencia, Venezuela; Carrera 70 No. 76-50 BG 3, Barranquilla, Colombia; Calle 10 No 11-63, Maicao, Colombia; DOB 11 Nov 1979; POB Lebanon; Passport 1368212 (Venezuela); NIT # 6390001813 (Colombia); National ID No. 21495203 (Venezuela); alt. National ID No. 22465548 (Venezuela); National Foreign ID Number 264521 (Colombia); Matricula Mercantil No 398329 (Colombia); alt. Matricula Mercantil No 398330 (Colombia); alt. Matricula Mercantil

No 076592 (Colombia); alt. Matricula Mercantil No 041789 (Colombia) (individual) [SDNTK] (Linked To: IMPORTADORA SILVANIA; Linked To: IMPORTADORA SILVANIA, C.A.).

HARB, Abbas Hussein (a.k.a. HARB, Abass Hussein), Ave Pedro Melean, cruce con Calle No. 73, Local No. 22, Sector Santa Rosa, Valencia, Venezuela; Calle 10A No.12-21, Maicao, Colombia; Carrera 70 No. 76-50 BG 3, Barranquilla, Colombia; Calle 10 No 11-63, Maicao, Colombia; DOB 11 Nov 1979; POB Lebanon; Passport 1368212 (Venezuela); NIT # 6390001813 (Colombia); National ID No. 21495203 (Venezuela); alt. National ID No. 22465548 (Venezuela); National Foreign ID Number 264521 (Colombia); Matricula Mercantil No 398329 (Colombia); alt. Matricula Mercantil No 398330 (Colombia); alt. Matricula Mercantil No 076592 (Colombia); alt. Matricula Mercantil No 041789 (Colombia) (individual) [SDNTK] (Linked To: IMPORTADORA SILVANIA; Linked To: IMPORTADORA SILVANIA, C.A.).

HARB, Ali Houssein (a.k.a. HARB, Ali Hussein), Calle 10A No. 11-63, Maicao, La Guajira, Colombia; Calle 13 No. 10-34 Centro, Maicao, La Guajira, Colombia; DOB 11 Aug 1976; alt. DOB 19 Aug 1976; nationality Lebanon; National ID No. 26405022 (Venezuela); National Foreign ID Number 254291 (Colombia) (individual) [SDNTK].

HARB, Ali Hussein (a.k.a. HARB, Ali Houssein), Calle 10A No. 11-63, Maicao, La Guajira, Colombia; Calle 13 No. 10-34 Centro, Maicao, La Guajira, Colombia; DOB 11 Aug 1976; alt. DOB 19 Aug 1976; nationality Lebanon; National ID No. 26405022 (Venezuela); National Foreign ID Number 254291 (Colombia) (individual) [SDNTK].

HARB, Chekri Mahmoud (a.k.a. "SHEKRY HARB"), c/o VARIEDADES HARB SPORT, Medellin, Colombia; c/o COMERCIAL JINAN S.A., Guatemala, Guatemala; c/o ALMACEN FUTURO NO. 1, Medellin, Colombia; Carerra 50 A, No 76-s-169, Torre 3, Apto. 319, Medellin, Colombia; DOB 25 Aug 1961; POB Lebanon; nationality Lebanon; citizen Colombia; Cedula No. 256820 (Colombia) (individual) [SDNT].

HARB, Hajj Ya'taqad Khalil (a.k.a. AHMAD, Sayyid; a.k.a. HARB, Khalil Yusif; a.k.a. HARB, Khalil Yusuf; a.k.a. HARB, Mustafa Khalil; a.k.a. MUSTAFA, Abu); DOB 09 Oct 1958; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

HARB, Khalil Yusif (a.k.a. AHMAD, Sayyid; a.k.a. HARB, Hajj Ya'taqad Khalil; a.k.a. HARB, Khalil Yusuf; a.k.a. HARB, Mustafa Khalil; a.k.a. MUSTAFA, Abu); DOB 09 Oct 1958; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

HARB, Khalil Yusuf (a.k.a. AHMAD, Sayyid; a.k.a. HARB, Hajj Ya'taqad Khalil; a.k.a. HARB, Khalil Yusif; a.k.a. HARB, Mustafa Khalil; a.k.a. MUSTAFA, Abu); DOB 09 Oct 1958; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

HARB, Mostafa Habib (a.k.a. HARB, Mustafa Habib (Arabic: مصطفى حبيب حرب); a.k.a. HARB, Mustapha), Haruf, al-Nabatiyah, Lebanon; DOB 06 Aug 1973; POB Haruf, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

HARB, Mustafa Habib (Arabic: مصطفى حبيب حرب) (a.k.a. HARB, Mostafa Habib; a.k.a. HARB, Mustapha), Haruf, al-Nabatiyah, Lebanon; DOB 06 Aug 1973; POB Haruf, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

HARB, Mustafa Khalil (a.k.a. AHMAD, Sayyid; a.k.a. HARB, Hajj Ya'taqad Khalil; a.k.a. HARB, Khalil Yusif; a.k.a. HARB, Khalil Yusuf; a.k.a. MUSTAFA, Abu); DOB 09 Oct 1958; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

HARB, Mustapha (a.k.a. HARB, Mostafa Habib; a.k.a. HARB, Mustafa Habib (Arabic: مصطفى حبيب حرب), Haruf, al-Nabatiyah, Lebanon; DOB 06 Aug 1973; POB Haruf, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: AL-QARD AL-HASSAN ASSOCIATION).

HARBOUR SHIP MANAGEMENT LIMITED, Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Ap 22, Carrer de Pallars 193, Barcelona 08018, Spain; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886;

Identification Number IMO 6235071 [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

HARDAN, As'ad (a.k.a. HARDAN, Assaad Halim; a.k.a. HARDAN, Assad); DOB 31 Jul 1951; POB Rashayya al-Fakhar, Lebanon; alt. POB Rashia al Foukhar, Lebanon; alt. POB Rashayya al-Fuqhar, Lebanon (individual) [LEBANON].

HARDAN, Assaad Halim (a.k.a. HARDAN, As'ad; a.k.a. HARDAN, Assad); DOB 31 Jul 1951; POB Rashayya al-Fakhar, Lebanon; alt. POB Rashia al Foukhar, Lebanon; alt. POB Rashayya al-Fuqhar, Lebanon (individual) [LEBANON].

HARDAN, Assad (a.k.a. HARDAN, As'ad; a.k.a. HARDAN, Assaad Halim); DOB 31 Jul 1951; POB Rashayya al-Fakhar, Lebanon; alt. POB Rashia al Foukhar, Lebanon; alt. POB Rashayya al-Fuqhar, Lebanon (individual) [LEBANON].

HARDBERRY LIMITED LIABILITY COMPANY (a.k.a. HARDBERRY RUSFACTOR LLC; a.k.a. KHARDBERRI RUSFAKTOR); Ul. Pererva D. 55, Kv. 22, Moscow 109451, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7728845817 (Russia); Registration Number 1137746479310 (Russia) [RUSSIA-EO14024].

HARDBERRY RUSFACTOR LLC (a.k.a. HARDBERRY LIMITED LIABILITY COMPANY; a.k.a. KHARDBERRI RUSFAKTOR); Ul. Pererva D. 55, Kv. 22, Moscow 109451, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7728845817 (Russia); Registration Number 1137746479310 (Russia) [RUSSIA-EO14024].

HARDSEA AGENCIES (f.k.a. SINOSE MARITIME; a.k.a. WITSHIPPING MARITIME PTE LTD), Hoe Chiang Road 10, #15-02a, Central Business District 089315, Singapore; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. 201311193Z (Singapore) [IRAN].

HARICHEV, Aleksandr Dmitrievich (a.k.a. KHARICHEV, Aleksandr Dmitrievich; a.k.a.

KHARICHEV, Alexander), Russia; DOB 08 Feb 1966; POB Kostroma, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

HARINGHTON PADRON, Katherine Nayarith; DOB 05 Dec 1971; POB Caracas, Venezuela; citizen Venezuela; Gender Female; Cedula No. 10.548.414 (Venezuela); Passport 042677664 (Venezuela) expires 25 Feb 2016; National Level Prosecutor, 20th District, Venezuela's Public Ministry (individual) [VENEZUELA].

HARIRI, Muhammad, Syria; DOB 27 Aug 1984; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

HARIS NIZAR, Mohamad Irshad Mohamad (a.k.a. HARIS NIZAR, Mohamed Irshad Mohamed), 96-3 China Fort Road, Beruwala, Sri Lanka; DOB 27 Apr 1971; POB Beruwala, Sri Lanka; nationality Sri Lanka; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N5636241 (Sri Lanka) expires 04 Dec 2025 (individual) [SDGT] (Linked To: TALIB, Ahmed Luqman).

HARIS NIZAR, Mohamed Irshad Mohamed (a.k.a. HARIS NIZAR, Mohamad Irshad Mohamad), 96-3 China Fort Road, Beruwala, Sri Lanka; DOB 27 Apr 1971; POB Beruwala, Sri Lanka; nationality Sri Lanka; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport N5636241 (Sri Lanka) expires 04 Dec 2025 (individual) [SDGT] (Linked To: TALIB, Ahmed Luqman).

HARIS, Muhammad (a.k.a. DAR, Muhammad Harris), Faisalabad, Pakistan; DOB 16 Jan 1986; POB Faisalabad, Pakistan; Gender Male; Identification Number 3310030015409 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

HARKAT UL JIHAD AL ISLAMI (a.k.a. HARAKAT UL JIHAD AL ISLAMI; a.k.a. HARAKAT UL JIHAD ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD E ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD-I-ISLAMI/BANGLADESH; a.k.a. HARKATUL JIHAD; a.k.a. HARKATUL JIHAD AL ISLAMI; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HUJI-B; a.k.a. IDEK; a.k.a. ISLAMI DAWAT-E-KAFELA) [FTO] [SDGT].

HARKAT-AL-JIHAD-UL ISLAMI (a.k.a. HARAKAT UL JIHAD-E-ISLAMI; a.k.a. HARAKAT-UL JIHAD ISLAMI; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HARKAT-UL-

JIHAD-AL ISLAMI; a.k.a. MOVEMENT OF ISLAMIC HOLY WAR; a.k.a. "HUJI"), Afghanistan; India; Pakistan [SDGT].

HARKATUL JIHAD (a.k.a. HARAKAT UL JIHAD AL ISLAMI; a.k.a. HARAKAT UL JIHAD ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD E ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD-I-ISLAMI/BANGLADESH; a.k.a. HARKAT UL JIHAD AL ISLAMI; a.k.a. HARKATUL JIHAD; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HUJI-B; a.k.a. IDEK; a.k.a. ISLAMI DAWAT-E-KAFELA) [FTO] [SDGT].

HARKATUL JIHAD AL ISLAM (a.k.a. HARAKAT UL JIHAD AL ISLAMI; a.k.a. HARAKAT UL JIHAD ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD E ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD-I-ISLAMI/BANGLADESH; a.k.a. HARKAT UL JIHAD AL ISLAMI; a.k.a. HARKATUL JIHAD; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HARKATUL JIHAD AL ISLAM; a.k.a. HUJI-B; a.k.a. IDEK; a.k.a. ISLAMI DAWAT-E-KAFELA) [FTO] [SDGT].

HARKAT-UL-JEHAD-AL-ISLAMI (a.k.a. HARAKAT UL JIHAD AL ISLAMI; a.k.a. HARAKAT UL JIHAD ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD E ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD-I-ISLAMI/BANGLADESH; a.k.a. HARKAT UL JIHAD AL ISLAMI; a.k.a. HARKATUL JIHAD; a.k.a. HARKATUL JIHAD AL ISLAMI; a.k.a. HUJI-B; a.k.a. IDEK; a.k.a. ISLAMI DAWAT-E-KAFELA) [FTO] [SDGT].

HARKAT-UL-JEHAD-AL-ISLAMI (a.k.a. HARAKAT UL JIHAD-E-ISLAMI; a.k.a. HARAKAT-UL JIHAD ISLAMI; a.k.a. HARKAT-AL-JIHAD-UL ISLAMI; a.k.a. HARKAT-UL-JIHAD-AL ISLAMI; a.k.a. MOVEMENT OF ISLAMIC HOLY WAR; a.k.a. "HUJI"), Afghanistan; India; Pakistan [SDGT].

HARKATUL-JIHAD-AL ISLAMI (a.k.a. HARAKAT UL JIHAD-E-ISLAMI; a.k.a. HARAKAT-UL JIHAD ISLAMI; a.k.a. HARKAT-AL-JIHAD-UL ISLAMI; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. MOVEMENT OF ISLAMIC HOLY WAR; a.k.a. "HUJI"), Afghanistan; India; Pakistan [SDGT].

HARKUSHA, Hennadiy (a.k.a GARKUSHA, Gennadiy Aleksandrovich (Cyrillic: ГАРКУША, Геннадий Александрович); a.k.a. GARKUSHA, Gennadiy Oleksandrovych (Cyrillic: ГАРКУША, Геннадій Олександрович)), 11 Petrenko St., Kherson, Kherson Region, Ukraine; DOB 26 Jan 1968; nationality Ukraine; Gender Male; Tax ID No.

2486201770 (Ukraine) (individual) [RUSSIA-EO14024].

HAROONI, Hossein (a.k.a. HARUNI, Hosein Mohammad (Arabic: حسین محمد هارونی)), Tehran, Iran; DOB 09 Nov 1989; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1270285696 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: DADEH AFZAR ARMAN).

HAROUN, Ahmed Mohamed (a.k.a. HAROUN, Ahmed Mohammed; a.k.a. HARUN, Ahmad; a.k.a. HARUN, Ahmad Muhammad; a.k.a. HARUN, Ahmad Muhammed; a.k.a. HARUN, Mawlana Ahmad Muhammad); DOB 1964; POB Kordofan, Sudan; nationality Sudan; State Minister for Humanitarian Affairs; former State Minister for the Interior; former Coordinator of the Popular Police Forces (individual) [DARFUR].

HAROUN, Ahmed Mohammed (a.k.a. HAROUN, Ahmed Mohamed; a.k.a. HARUN, Ahmad; a.k.a. HARUN, Ahmad Muhammad; a.k.a. HARUN, Ahmad Muhammed; a.k.a. HARUN, Mawlana Ahmad Muhammad); DOB 1964; POB Kordofan, Sudan; nationality Sudan; State Minister for Humanitarian Affairs; former State Minister for the Interior; former Coordinator of the Popular Police Forces (individual) [DARFUR].

HAROUN, Fadhil (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah; a.k.a. "AL SUDANI, Abu Seif"; a.k.a. "HAROON"; a.k.a. "HARUN"); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT].

HARRACH, Bekkay (a.k.a. AL HAFIDH ABU TALHA DER DEUTSCHE; DOB 04 Sep 1977; POB Berkane, Morocco; nationality Germany; Passport 5208116575 (Germany) expires 07 Sep 2013; Driver's License No. J17001W6Z12; National ID No. 5209243072 (Germany) expires 07 Sep 2013; Believed to be in the Afghanistan/Pakistan border area (individual) [SDGT].

HARUN, Ahmad (a.k.a. HAROUN, Ahmed Mohamed; a.k.a. HAROUN, Ahmed Mohammed; a.k.a. HARUN, Ahmad Muhammad; a.k.a. HARUN, Ahmad Muhammed; a.k.a. HARUN, Mawlana Ahmad Muhammad); DOB 1964; POB Kordofan, Sudan; nationality Sudan; State Minister for Humanitarian Affairs; former State Minister for the Interior; former Coordinator of the Popular Police Forces (individual) [DARFUR].

HARUN, Ahmad Muhammad (a.k.a. HAROUN, Ahmed Mohamed; a.k.a. HAROUN, Ahmed Mohammed; a.k.a. HARUN, Ahmad; a.k.a. HARUN, Ahmad Muhammed; a.k.a. HARUN, Mawlana Ahmad Muhammad); DOB 1964; POB Kordofan, Sudan; nationality Sudan; State Minister for Humanitarian Affairs; former State Minister for the Interior; former Coordinator of the Popular Police Forces (individual) [DARFUR].

HARUN, Ahmad Muhammed (a.k.a. HAROUN, Ahmed Mohamed; a.k.a. HAROUN, Ahmed Mohammed; a.k.a. HARUN, Ahmad; a.k.a. HARUN, Ahmad Muhammad; a.k.a. HARUN, Mawlana Ahmad Muhammad); DOB 1964; POB Kordofan, Sudan; nationality Sudan; State Minister for Humanitarian Affairs; former State Minister for the Interior; former Coordinator of the Popular Police Forces (individual) [DARFUR].

HARUN, Mawlana Ahmad Muhammad (a.k.a. HAROUN, Ahmed Mohamed; a.k.a. HAROUN, Ahmed Mohammed; a.k.a. HARUN, Ahmad; a.k.a. HARUN, Ahmad Muhammad; a.k.a. HARUN, Ahmad Muhammed); DOB 1964; POB Kordofan, Sudan; nationality Sudan; State Minister for Humanitarian Affairs; former State Minister for the Interior; former Coordinator of the Popular Police Forces (individual) [DARFUR].

HARUNI, Hosein Mohammad (Arabic: حسین محمد هارونی), Tehran, Iran; DOB 09 Nov 1989; POB Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 1270285696 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: DADEH AFZAR ARMAN).

HARZALLAH, Mohamed (a.k.a. HERZAL ALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed Falah; a.k.a. HERZALLAH, Mohammed Falah; a.k.a. HERZALLAH, Mohammed Falah Kamel; a.k.a. HIRZALLAH,

Muhammad Fallah; a.k.a. HIRZALLAH, Muhammad Fallah Kamil (Arabic: محمد فلاح كمال حرزالله), Gaza; DOB 09 Sep 1989; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 802413112 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HARZI, Ali (a.k.a. AL-HARZI, Ali Bin Al-tahar Bin Al-falah Al-ouni; a.k.a. HARZI, Ali Ouni); DOB 09 Mar 1986; POB Tunis, Tunisia; Passport W342058 (Tunisia) (individual) [SDGT].

HARZI, Ali Ouni (a.k.a. AL-HARZI, Ali Bin Al-tahar Bin Al-falah Al-ouni; a.k.a. HARZI, Ali); DOB 09 Mar 1986; POB Tunis, Tunisia; Passport W342058 (Tunisia) (individual) [SDGT].

HARZI, Tariq Tahir Falih 'Awni (a.k.a. AI-HARZI, Tariq Bin Tahir Bin Al-Falih Al-Auni; a.k.a. AL-HARZI, Tariq Tahir Falih Al-Awni; a.k.a. AL-HARAZI, Tarik Bin al-Falah al-Awni; a.k.a. AL-HARZI, Tariq Bin-Al-Tahar Bin Al Falih Al-'Awni; a.k.a. AL-HARZI, Tariq Tahir Faleh Al-Awni; a.k.a. AL-TUNISI, Abu 'Umar; a.k.a. AL-TUNISI, Tariq; a.k.a. AL-TUNISI, Tariq Abu 'Umar; a.k.a. AL-TUNISI, Tariq Abu Umar; a.k.a. EL HARAZI, Tarek Ben El Felah El Aouni; a.k.a. "HOUDOUD, Abu Omar"); DOB 03 May 1982; alt. DOB 05 Mar 1982; alt. DOB 1981; POB Tunis, Tunisia; Passport Z-050399 (individual) [SDGT].

HASA NEDERLAND B.V., Nieuwstraat 56 F, Sluis 4524 EG, Netherlands; 73/B Burgemeester Bosstraat, Rotterdam 3043 GC, Netherlands; Belgium; Target Type Private Company; Branch Unit Number 000009753184 (Netherlands); Enterprise Number 0877031240 (Belgium); Registration Number 32065154 (Netherlands) [RUSSIA-EO14024] (Linked To: THE MOTHER ARK LTD).

HASAN DEQQOU TRADING (a.k.a. HASSAN DAQQOU TRADING), No. 142 Niha-Main Road, Zahle, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Jan 2014; Registration Number 4004501 (Lebanon) [SDGT] (Linked To: DAQQOU, Hassan Muhammad).

HASAN YUSUF, Ahmad (a.k.a. HASSAN NASIR AL ZUBAYDI, Sajjad; a.k.a. "ABU-MARYAM"), Iran; DOB 17 Mar 1986; alt. DOB 07 Jan 1986; POB Sitra, Bahrain; alt. POB Baghdad, Iraq; Gender Male (individual) [SDGT].

HASAN, 'Abd al-Karim Ahmad (a.k.a. AL-AJOURI, Akram; a.k.a. AL-'AJURI, Abu Muhammad; a.k.a. AL-'AJURI, Akram; a.k.a. AL-AJURI, Akram Muhammad Salih), Damascus, Syria; DOB 1958; POB Jabaliya, Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

HASAN, Abd-al-Basit Al-Hadj (a.k.a. ALHASSAN, Abdelbaset Alhaj; a.k.a. HAMAD, Abdelbasit Alhaj Alhassan Haj; a.k.a. HASSAN, Abdel Basit al-Hajj; a.k.a. MOHAMED, Abdel Basit Hag El-Hassan Hag; a.k.a. "AL-BASIT, Abd"); DOB 1979; POB Sudan; nationality Sudan (individual) [SDGT].

HASAN, Ammar, Syria; DOB 01 Jul 1975; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

HASAN, As'ad, Syria; DOB 24 Dec 1958; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

HASAN, Basam (a.k.a. AL-HASSAN, Bassam; a.k.a. HASAN, Bassam; a.k.a. HASSAN, Bassam); DOB 1961; alt. DOB 1960; alt. DOB 1962; POB Homs, Syria; Brigadier General; Syrian Presidential Advisor (individual) [SYRIA].

HASAN, Bassam (a.k.a. AL-HASSAN, Bassam; a.k.a. HASAN, Basam; a.k.a. HASSAN, Bassam); DOB 1961; alt. DOB 1960; alt. DOB 1962; POB Homs, Syria; Brigadier General; Syrian Presidential Advisor (individual) [SYRIA].

HASAN, Bilal, Syria; DOB 01 Jan 1978; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

HASAN, Hameed ul (a.k.a. HASSAN, Hameed ul; a.k.a. HASSAN, Hameedul), House number 4, Lane 4, Village flag 2, Dhalwan, Pasrur Tehsil, Sialkot District, Punjab Province, Pakistan; DOB 02 Jan 1980; alt. DOB 02 Nov 1980; POB Sialkot, Pakistan; nationality Pakistan; Gender Male (individual) [SDGT].

HASAN, Jamil (a.k.a. HASSAN, Jamil); DOB 1953; POB Syria; Head of Syrian Air Force Intelligence; Major General (individual) [SYRIA].

HASAN, Kamal 'Ali (Arabic: كمال علي حسن) (a.k.a. AL-HASSAN, Kamal), Damascus, Syria; DOB 10 Jun 1967; nationality Syria; Gender Male; National ID No. 571778 (Syria); Brigadier General (individual) [SYRIA] (Linked To:

SYRIAN MILITARY INTELLIGENCE DIRECTORATE).

HASAN, Shaikh Daud (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. DILIP, Aziz; a.k.a. EBRAHIM, Dawood; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SABRI, Dawood; a.k.a. SAHEB, Amir; a.k.a. SETH, Iqbal), 617 CP Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

HASANI, Zhavit; DOB 05 May 1957; POB Tanusevci, Macedonia (individual) [BALKANS].

HASAR, Fatih (a.k.a. "AL-TURKI, Ubayd"); DOB 01 Sep 1989; POB Puturge, Turkey; citizen Turkey; National ID No. 56287253110 (individual) [SDGT].

HASAWANI, George (a.k.a. AL HASAWANI, George; a.k.a. HASWANI, George; a.k.a. HASWANI, Jurj; a.k.a. HESSWANI, Georges; a.k.a. HESWANI, George; a.k.a. HEWANI, George; a.k.a. KHESOUANI, George; a.k.a. KHESOUANI, Georges); DOB 26 Sep 1946; POB Yabrud, Syria; nationality Syria; alt. nationality Russia (individual) [SYRIA].

HASDAI, David Chai (a.k.a. CHASDAI, David Chai (Hebrew: דוד חי חסדאי); a.k.a. HASDAI, David Hai), Givat Ronen, West Bank; DOB 23

Nov 1994; POB Israel; nationality Israel; Gender Male (individual) [WEST-BANK-EO14115].

HASDAI, David Hai (a.k.a. CHASDAI, David Chai (Hebrew: דוד חי חסדאי); a.k.a. HASDAI, David Chai), Givat Ronen, West Bank; DOB 23 Nov 1994; POB Israel; nationality Israel; Gender Male (individual) [WEST-BANK-EO14115].

HAS-DEVELOPMENT JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO SG-DEVELOPMENT; f.k.a. GALS-DEVELOPMENT PAO; f.k.a. JOINT STOCK COMPANY HALS-DEVELOPMENT; f.k.a. PUBLIC JOINT STOCK COMPANY HALS-DEVELOPMENT; f.k.a. PUBLIC JOINT STOCK COMPANY SG-DEVELOPMENT; a.k.a. SG-DEVELOPMENT, AO), d. 35 str. 1 Etazh 5, Pomeshch. I, Kom. 129, Prospekt Leningradski, Moscow 125284, Russia; Website www.hals-development.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 21 Jan 1994; Organization Type: Real estate activities on a fee or contract basis; Registration ID 1027739002510 (Russia); Tax ID No. 7706032060 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

HASH MAKER LIMITED LIABILITY COMPANY (a.k.a. OOO KHESH MEYKER), Ter. Oez Ppt Lipetsk Str. 4a, Office 021/41, Gryazi 398010, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4802014206 (Russia); Registration Number 1214800010523 (Russia) [RUSSIA-EO14024].

HASHAN, Sayed Mohammad (a.k.a. AGHA, Torak; a.k.a. AGHA, Torek; a.k.a. AGHA, Toriq; a.k.a. SAYED, Toriq Agha), Pashtunabad, Quetta, Pakistan; DOB 01 Jan 1964 to 31 Dec 1966; alt. DOB 01 Jan 1961 to 31 Dec 1963; alt. DOB 1960; POB Kandahar Province, Afghanistan; alt. POB Pishin, Balochistan Province, Pakistan; Identification Number 5430312277059 (Pakistan); Haji (individual) [SDGT] (Linked To: TALIBAN).

HASHEMI, Sayyed Mohammad (a.k.a. HASHEMI, Seyed Mohammad; a.k.a. HASHEMI, Seyyed Mohammad), Iran; DOB 16 May 1965; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

HASHEMI, Seyed Mohammad (a.k.a. HASHEMI, Sayyed Mohammad; a.k.a. HASHEMI, Seyyed Mohammad), Iran; DOB 16 May 1965; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

HASHEMI, Seyed Morteza Minaye (Arabic: سید مرتضی مینای هاشمی), China; DOB 02 Mar 1984; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T96361497 (Iran) expires 16 Oct 2022; National ID No. 0073496464 (Iran) (individual) [SDGT] [IFSR] (Linked To: HIZBALLAH; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

HASHEMI, Seyyed Mohammad (a.k.a. HASHEMI, Sayyed Mohammad; a.k.a. HASHEMI, Seyed Mohammad), Iran; DOB 16 May 1965; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

HASHEMITABAR, Sayyed Asghar; DOB 23 Aug 1974; POB Sabzevar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport A30439933 (individual) [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

HASHIM, Abdul (a.k.a. HASHIM, Abul; a.k.a. RABBANI, Abul Hashim; a.k.a. SARWAR, Muhammad; a.k.a. "ABU ALI HASHIM"; a.k.a. "ABU HASHIM"; a.k.a. "ABU UL-HASHIM"), Lahore, Pakistan; DOB 01 Jan 1966 to 31 Dec 1968; POB Sheikhupura, Pakistan; nationality Pakistan; Gender Male; Passport AK5995921 (Pakistan) issued 24 Mar 2007 expires 22 Mar 2012 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

HASHIM, Abul (a.k.a. HASHIM, Abdul; a.k.a. RABBANI, Abul Hashim; a.k.a. SARWAR, Muhammad; a.k.a. "ABU ALI HASHIM"; a.k.a. "ABU HASHIM"; a.k.a. "ABU UL-HASHIM"), Lahore, Pakistan; DOB 01 Jan 1966 to 31 Dec

1968; POB Sheikhupura, Pakistan; nationality Pakistan; Gender Male; Passport AK5995921 (Pakistan) issued 24 Mar 2007 expires 22 Mar 2012 (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

HASHIM, Yusef (a.k.a. HASHIM, Yusuf; a.k.a. "SADIQ, Hajji"; a.k.a. "SADIQ, Sayyid"), Al Zahrani, Lebanon; DOB 1962; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

HASHIM, Yusuf (a.k.a. HASHIM, Yusef; a.k.a. "SADIQ, Hajji"; a.k.a. "SADIQ, Sayyid"), Al Zahrani, Lebanon; DOB 1962; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

HASHIMI, Muzammil Iqbal (a.k.a. HASHMI, Muzammil Iqbal; a.k.a. "SAHIB, Hashmi"), Pakistan; DOB 1969; alt. DOB 1970; alt. DOB 1971; Gender Male (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

HASHIMOTO, Hirofumi (a.k.a. KANG, Hong-Mun; a.k.a. KYO, Hirofumi); DOB 08 Jan 1947 (individual) [TCO].

HASHMI, Muzammil Iqbal (a.k.a. HASHIMI, Muzammil Iqbal; a.k.a. "SAHIB, Hashmi"), Pakistan; DOB 1969; alt. DOB 1970; alt. DOB 1971; Gender Male (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

HASM (a.k.a. ARMS OF EGYPT MOVEMENT; a.k.a. HARAKAH SAWA'ID MISR; a.k.a. HARAKAT SAWA'D MISR; a.k.a. HASM MOVEMENT; a.k.a. MOVEMENT OF EGYPT'S ARMS; a.k.a. MOVEMENT OF EGYPT'S FOREARMS; a.k.a. "HAMMS"; a.k.a. "HASAM"; a.k.a. "HASSAM"; a.k.a. "HASSM"), Beheira, Egypt; Beni Suef, Egypt; Cairo, Egypt; Giza, Egypt; Damietta, Egypt; Fayoum, Egypt; Qalyubia, Egypt; Turkey; Sudan [FTO] [SDGT].

HASM MOVEMENT (a.k.a. ARMS OF EGYPT MOVEMENT; a.k.a. HARAKAH SAWA'ID MISR; a.k.a. HARAKAT SAWA'D MISR; a.k.a. HASM; a.k.a. MOVEMENT OF EGYPT'S ARMS; a.k.a. MOVEMENT OF EGYPT'S FOREARMS; a.k.a. "HAMMS"; a.k.a. "HASAM"; a.k.a. "HASSAM"; a.k.a. "HASSM"), Beheira, Egypt; Beni Suef, Egypt; Cairo, Egypt; Giza, Egypt; Damietta, Egypt; Fayoum, Egypt; Qalyubia, Egypt; Turkey; Sudan [FTO] [SDGT].

HASNAIN, Syed Johar, Karachi, Pakistan; DOB 30 Dec 1987; nationality Pakistan; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; National ID No. 4220106151401 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

HASOURI, Mohammad Yousef (Arabic: محمد حاصوري يوسف) (a.k.a. AL-HASOURI, Muhammad Yousef (Arabic: محمد يوسف الحاصوري); a.k.a. HASOURI, Muhammad Yousef; a.k.a. HASOURI, Muhammed Yousef), Syria; DOB 1965; POB Talkalakh, Homs, Syria; nationality Syria; Gender Male; Major General (individual) [SYRIA].

HASOURI, Muhammad Yousef (a.k.a. AL-HASOURI, Muhammad Yousef (Arabic: محمد يوسف الحاصوري); a.k.a. HASOURI, Mohammad Yousef (Arabic: محمد يوسف حاصوري); a.k.a. HASOURI, Muhammed Yousef), Syria; DOB 1965; POB Talkalakh, Homs, Syria; nationality Syria; Gender Male; Major General (individual) [SYRIA].

HASOURI, Muhammed Yousef (a.k.a. AL-HASOURI, Muhammad Yousef (Arabic: محمد يوسف الحاصوري); a.k.a. HASOURI, Mohammad Yousef (Arabic: محمد يوسف حاصوري); a.k.a. HASOURI, Muhammad Yousef), Syria; DOB 1965; POB Talkalakh, Homs, Syria; nationality Syria; Gender Male; Major General (individual) [SYRIA].

HASSALEH INTERNATIONAL CO (a.k.a. HASSALEH INTERNATIONAL COMPANY), 80 Broad Street, Monrovia, Liberia; Registration Country Liberia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number IMO 6270941 [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

HASSALEH INTERNATIONAL COMPANY (a.k.a. HASSALEH INTERNATIONAL CO), 80 Broad Street, Monrovia, Liberia; Registration Country Liberia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Identification Number IMO 6270941 [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

HASSAN ALIYANI, Ahmed Mahamud (a.k.a. HASSAN, Ahmad Mahmoud; a.k.a. HASSAN, Ahmed Mahmoud), Congo, Democratic Republic of the; DOB 21 Jul 1997; POB Tanga, Tanzania; nationality Tanzania; Gender Male; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Passport AB850901 (Tanzania) expires 01 Dec 2026; alt. Passport AB187304 (Tanzania) expires 28 Nov 2016 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO).

HASSAN AYACH EXCHANGE (a.k.a. AYASH EXCHANGE COMPANY SARL; a.k.a. AYASH XCHANGE CO.; a.k.a. HASSAN AYAS PARTNER EXCHANGE CO; a.k.a. HASSAN AYASH EXCHANGE COMPANY; a.k.a. HASSANE AYASH EXCHANGE CO. SARL; a.k.a. MAKDESSI SAYRAFI COMPANY), Madame Curie St., Hamra St., Beirut, Lebanon [SDNTK].

HASSAN AYAS PARTNER EXCHANGE CO (a.k.a. AYASH EXCHANGE COMPANY SARL; a.k.a. AYASH XCHANGE CO.; a.k.a. HASSAN AYACH EXCHANGE; a.k.a. HASSAN AYASH EXCHANGE COMPANY; a.k.a. HASSANE AYASH EXCHANGE CO. SARL; a.k.a. MAKDESSI SAYRAFI COMPANY), Madame Curie St., Hamra St., Beirut, Lebanon [SDNTK].

HASSAN AYASH EXCHANGE COMPANY (a.k.a. AYASH EXCHANGE COMPANY SARL; a.k.a. AYASH XCHANGE CO.; a.k.a. HASSAN AYACH EXCHANGE; a.k.a. HASSAN AYAS PARTNER EXCHANGE CO; a.k.a. HASSANE AYASH EXCHANGE CO. SARL; a.k.a. MAKDESSI SAYRAFI COMPANY), Madame Curie St., Hamra St., Beirut, Lebanon [SDNTK].

HASSAN DAQQOU TRADING (a.k.a. HASAN DEQQOU TRADING), No. 142 Niha-Main Road, Zahle, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Jan 2014; Registration Number 4004501 (Lebanon) [SDGT] (Linked To: DAQQOU, Hassan Muhammad).

HASSAN DRUG TRAFFICKING ORGANIZATION (a.k.a. HASSAN DTO; a.k.a. SHKUBA DTO), Tanzania; South Africa [SDNTK].

HASSAN DTO (a.k.a. HASSAN DRUG TRAFFICKING ORGANIZATION; a.k.a. SHKUBA DTO), Tanzania; South Africa [SDNTK].

HASSAN NASIR AL ZUBAYDI, Sajjad (a.k.a. HASAN YUSUF, Ahmad; a.k.a. "ABU-MARYAM"), Iran; DOB 17 Mar 1986; alt. DOB 07 Jan 1986; POB Sitra, Bahrain; alt. POB Baghdad, Iraq; Gender Male (individual) [SDGT].

HASSAN, Abdel Basit al-Hajj (a.k.a. ALHASSAN, Abdelbaset Alhaj; a.k.a. HAMAD, Abdelbasit Alhaj Alhassan Haj; a.k.a. HASAN, Abd-al-Basit Al-Hadj; a.k.a. MOHAMED, Abdel Basit Hag El-Hassan Hag; a.k.a. "AL-BASIT, Abd"); DOB 1979; POB Sudan; nationality Sudan (individual) [SDGT].

HASSAN, Abu (a.k.a. AMIRIAN, Amir; a.k.a. AZADFAR, Mansur; a.k.a. EYRLO, Hassan; a.k.a. EYRLOU, Hassan; a.k.a. IRLOO, Hassan; a.k.a. IRLU, Hassan; a.k.a. IRLU, Hasan Azir), Sanaa, Yemen; DOB 11 Jun 1964; alt. DOB 1959; alt. DOB 1958; alt. DOB 1960; POB Rey, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0089886348 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

HASSAN, Abu Yasir (a.k.a. "HASSAN, Yaseer"; a.k.a. "QASIM, Abu"), Cabo Delgado Province, Mozambique; DOB 1981 to 1983; POB Pwani Region, Tanzania; nationality Tanzania; Gender Male (individual) [SDGT].

HASSAN, Ahmad Mahmoud (a.k.a. HASSAN ALIYANI, Ahmed Mahamud; a.k.a. HASSAN, Ahmed Mahmoud), Congo, Democratic Republic of the; DOB 21 Jul 1997; POB Tanga, Tanzania; nationality Tanzania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AB850901 (Tanzania) expires 01 Dec 2026; alt. Passport AB187304 (Tanzania) expires 28 Nov 2016 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO).

HASSAN, Ahmed Mahmoud (a.k.a. HASSAN ALIYANI, Ahmed Mahamud; a.k.a. HASSAN, Ahmad Mahmoud), Congo, Democratic Republic of the; DOB 21 Jul 1997; POB Tanga, Tanzania; nationality Tanzania; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport AB850901 (Tanzania) expires 01 Dec 2026; alt. Passport AB187304 (Tanzania) expires 28 Nov 2016 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO).

HASSAN, Ali Abbas Othman (a.k.a. JEGA, Abbas; a.k.a. JEGA, Ali Abbas Usman), 6B Nouakchott Street, Wuse Zone 1, Abuja, Nigeria; DOB 1965; nationality Nigeria;

Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IFSR].

HASSAN, Ali Khatib Haji (a.k.a. ALEX, Maiko Joseph; a.k.a. HAJI, Ali Khatib; a.k.a. HAJI, Ali Khatibu; a.k.a. SHAKUR, Abdallah; a.k.a. "SHIKUBA"; a.k.a. "SHKUBA"); DOB 05 Jun 1970; alt. DOB 01 Jan 1963; alt. DOB 08 Jun 1970; POB Zanzibar, Tanzania; alt. POB Dar es Salaam, Tanzania; nationality Tanzania; citizen Tanzania; Gender Male; Passport AB269600 (Tanzania); alt. Passport AB360821 (Tanzania); alt. Passport AB564505 (Tanzania); alt. Passport A0389018 (Tanzania); alt. Passport AB179561 (Tanzania); alt. Passport A0010167 (Tanzania) (individual) [SDNTK].

HASSAN, Basil, Syria; DOB 1986 to 1988; POB Lebanon (individual) [SDGT].

HASSAN, Bassam (a.k.a. AL-HASSAN, Bassam; a.k.a. HASAN, Basam; a.k.a. HASSAN, Bassam); DOB 1961; alt. DOB 1960; alt. DOB 1962; POB Homs, Syria; Brigadier General; Syrian Presidential Advisor (individual) [SYRIA].

HASSAN, Dawood (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. DILIP, Aziz; a.k.a. EBRAHIM, Dawood; a.k.a. HASAN, Shaikh Daud; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SABRI, Dawood; a.k.a. SAHEB, Amir; a.k.a. SETH, Iqbal), 617 CP Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-

823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

HASSAN, Hameed ul (a.k.a. HASAN, Hameed ul; a.k.a. HASSAN, Hameedul), House number 4, Lane 4, Village flag 2, Dhalwan, Pasrur Tehsil, Sialkot District, Punjab Province, Pakistan; DOB 02 Jan 1980; alt. DOB 02 Nov 1980; POB Sialkot, Pakistan; nationality Pakistan; Gender Male (individual) [SDGT].

HASSAN, Hameedul (a.k.a. HASAN, Hameed ul; a.k.a. HASSAN, Hameed ul), House number 4, Lane 4, Village flag 2, Dhalwan, Pasrur Tehsil, Sialkot District, Punjab Province, Pakistan; DOB 02 Jan 1980; alt. DOB 02 Nov 1980; POB Sialkot, Pakistan; nationality Pakistan; Gender Male (individual) [SDGT].

HASSAN, Hassan El Hajj (a.k.a. HASSAN, Hassan el-Hajj); DOB 22 Mar 1988; citizen Canada; alt. citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

HASSAN, Hassan el-Hajj (a.k.a. HASSAN, Hassan El Hajj); DOB 22 Mar 1988; citizen Canada; alt. citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

HASSAN, Jamil (a.k.a. HASAN, Jamil); DOB 1953; POB Syria; Head of Syrian Air Force Intelligence; Major General (individual) [SYRIA].

HASSAN, Mohamed (a.k.a. AL-AMDOUNI, Mehrez Ben Mahmoud Ben Sassi; a.k.a. AMDOUNI, Meherez ben Ahdoud ben; a.k.a. AMDOUNI, Mehrez; a.k.a. AMDOUNI, Mehrez ben Tah; a.k.a. FUSCO, Fabio; a.k.a. HAMDOUNI, Meherez; a.k.a. "ABU THALE"); DOB 18 Dec 1969; alt. DOB 25 May 1968; alt. DOB 18 Dec 1968; alt. DOB 14 Jul 1969; POB Tunis, Tunisia; alt. POB Naples, Italy; alt. POB Algeria; nationality Tunisia; Passport G737411 (Tunisia) issued 24 Oct 1990 expires 20 Sep 1997; alt. Passport 0801888 (Bosnia and Herzegovina) (individual) [SDGT].

HASSAN, Muhammad Khalid (a.k.a. AL-JIBURI, Muyassir; a.k.a. AL-JUBURI, Maysar Ali Musa Abdallah; a.k.a. AL-QAHTANI, Mus'ab; a.k.a. AL-SHAMMARI; a.k.a. AL-SHAMMARI, Muyassir; a.k.a. HARARA, Muyassir); DOB 01 Jun 1976; POB Al-Shura, Mosul, Iraq; alt. POB Harara, Ninawa Province, Iraq; citizen Iraq (individual) [SDGT].

HASSAN, Suheil (a.k.a. AL-HASAN, Suhayl Hasan), Syria; DOB 1964; Gender Male; Syrian Air Force Intelligence Colonel (individual) [SYRIA] (Linked To: SYRIAN AIR FORCE INTELLIGENCE).

HASSAN, Yaser (a.k.a. ABU DHESS, Mohamed; a.k.a. "ABU ALI"), Holdenweg 76, Essen 45143, Germany; DOB 01 Feb 1966; POB Hashmija, Iraq; nationality possibly Palestinian;arrested 23 Apr 2002 (individual) [SDGT].

HASSANE AYASH EXCHANGE CO. SARL (a.k.a. AYASH EXCHANGE COMPANY SARL; a.k.a. AYASH XCHANGE CO.; a.k.a. HASSAN AYACH EXCHANGE; a.k.a. HASSAN AYAS PARTNER EXCHANGE CO; a.k.a. HASSAN AYASH EXCHANGE COMPANY; a.k.a. MAKDESSI SAYRAFI COMPANY), Madame Curie St., Hamra St., Beirut, Lebanon [SDNTK].

HASSANZADEH, Hasan (Arabic: حسن حسنزاده (a.k.a. HASSANZADEH, Hassan), Tehran, Iran; DOB 21 Mar 1957; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; IRGC Brigadier General (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

HASSANZADEH, Hassan (a.k.a. HASSANZADEH, Hasan (Arabic: حسن حسنزاده)), Tehran, Iran; DOB 21 Mar 1957; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; IRGC Brigadier General (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

HASSAYN, Sayf Allah 'Umar bin (a.k.a. AAYADH, Abou; a.k.a. HASSINE, Saifallah Ben; a.k.a. HASSINE, Seifallah Ben; a.k.a. HOCINE, Seif Allah Ben; a.k.a. HUSSAYN, Sayf Allah ben; a.k.a. "AL-TUNISI, Abu Ayyad"; a.k.a. "AL-TUNISI, Abu Iyyadh"; a.k.a. "EL-TOUNSI, Abou Iyadh"; a.k.a. "IYADH, Abou"); DOB 08 Nov 1965 (individual) [SDGT].

HASSINE, Saifallah Ben (a.k.a. AAYADH, Abou; a.k.a. HASSAYN, Sayf Allah 'Umar bin; a.k.a. HASSINE, Seifallah Ben; a.k.a. HOCINE, Seif Allah Ben; a.k.a. HUSSAYN, Sayf Allah bin; a.k.a. "AL-TUNISI, Abu Ayyad"; a.k.a. "AL-TUNISI, Abu Iyyadh"; a.k.a. "EL-TOUNSI, Abou Iyadh"; a.k.a. "IYADH, Abou"); DOB 08 Nov 1965 (individual) [SDGT].

HASSINE, Seifallah Ben (a.k.a. AAYADH, Abou; a.k.a. HASSAYN, Sayf Allah 'Umar bin; a.k.a. HASSINE, Saifallah Ben; a.k.a. HOCINE, Seif Allah Ben; a.k.a. HUSSAYN, Sayf Allah bin; a.k.a. "AL-TUNISI, Abu Ayyad"; a.k.a. "AL-

TUNISI, Abu Iyyadh"; a.k.a. "EL-TOUNSI, Abou Iyadh"; a.k.a. "IYADH, Abou"); DOB 08 Nov 1965 (individual) [SDGT].

HASWANI, George (a.k.a. AL HASAWANI, George; a.k.a. HASAWANI, George; a.k.a. HASWANI, Jurj; a.k.a. HESSWANI, Georges; a.k.a. HESWANI, George; a.k.a. HEWANI, George; a.k.a. KHESOUANI, George; a.k.a. KHESOUANI, Georges); DOB 26 Sep 1946; POB Yabrud, Syria; nationality Syria; alt. nationality Russia (individual) [SYRIA].

HASWANI, Jurj (a.k.a. AL HASAWANI, George; a.k.a. HASAWANI, George; a.k.a. HASWANI, George; a.k.a. HESSWANI, Georges; a.k.a. HESWANI, George; a.k.a. HEWANI, George; a.k.a. KHESOUANI, George; a.k.a. KHESOUANI, Georges); DOB 26 Sep 1946; POB Yabrud, Syria; nationality Syria; alt. nationality Russia (individual) [SYRIA].

HATARI, Musa (a.k.a. ATAR, Mussa; a.k.a. ATARI, Musah; a.k.a. MUSA, Atari; a.k.a. TAHIR, Musa; a.k.a. TARAH, Musah; a.k.a. TARAK, Musah; a.k.a. TARK, Musa), Songo, Kafia Kingi; DOB 1965; alt. DOB 1964; alt. DOB 1966; nationality Sudan (individual) [CAR] (Linked To: LORD'S RESISTANCE ARMY).

HATEF SHIPPING COMPANY LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HATKAEW COMPANY LTD. (a.k.a. BORISAT HAT KAEO CHAMKAT; a.k.a. HAD KAEW COMPANY LTD.), 275 Soi Thiam Ruammit, Ratchada Phisek Road, Huai Khwang district, Bangkok, Thailand [SDNTK].

HATSADIN, Phonsakunphaisan (a.k.a. LAO, Ssu; a.k.a. RUNGRIT, Thianphichet; a.k.a. WANG, Ssu; a.k.a. WANG, Wen Chou; a.k.a. WITTHAYA, Ngamthiralert; a.k.a. "LAO SSU"), Burma; DOB 01 Jan 1960; Passport P403726 (Thailand); National ID No. 3570700443258 (Thailand) (individual) [SDNTK].

HAUCHARD, Maxime (a.k.a. "Abou Abdallah Al Faransi"), Syria; DOB 17 Mar 1992; POB Normandy, France; nationality France (individual) [SDGT].

HAVANA INTERNATIONAL BANK, LTD (a.k.a. HAVIN BANK LIMITED), 4th Floor, 189 Marsh Wall, London E14 9SH, United Kingdom; Edificio Atlantic, Oficina 4 H, Calle D No. 8 entre 1ra. y 3ra., Vedado, Plaza de la Revolucion, Havana 10400, Cuba; SWIFT/BIC HAVIGB2L;

Website www.havanaintbank.co.uk; alt. Website www.hib.uk.com; Company Number 01074897 (United Kingdom) [CUBA].

HAVANATUR, 54 Rue Richelieu, Paris, France [CUBA].

HAVANATUR BAHAMAS LTD., East Bay Street, Nassau, Bahamas, The [CUBA].

HAVANATUR CHILE S.A. (f.k.a. GUAMATUR S.A.), Avenue 11 de Septiembre 2155, Edificio Panoramico, Torre C, Oficina 805, Providencia, Santiago, Chile [CUBA].

HAVANATUR S.A. (a.k.a. HAVANATUR, S.A.), Gerardo Medina No. 633, e/Avenue Borregos y Carretera de Vinales, Pinar del Rio, Cuba; Edificio Sierra Maestra, Calle 1era e/ 0 y 2, Miramar, Playa, Ciudad Habana, Cuba; Avenue 40 esq. 41 #4101, Cienfuegos, Cuba; 1ra. Rotonda Cayo Coco, Moron, Ciego de Avila, Cuba; Monteagudo e/Cuba y Carretera Central, Camaguey, Cuba; Frexes no. 172 e/Morales Lemus y Narciso Lopez, Holguin, Cuba; Calle 8 no. 56 e/1era. y 3ra. Rpto., Vista Allegre, Santiago de Cuba, Cuba; Hialeah, FL, United States; Maipu 464, Piso 10, Buenos Aires 1006, Argentina; Panama City, Panama; Avenue 3era e/ 33 y 34, Varadero, Cuba; C.U.I.T. 30-68074603-2 (Argentina) [CUBA].

HAVANATUR, S.A. (a.k.a. HAVANATUR S.A.), Gerardo Medina No. 633, e/Avenue Borregos y Carretera de Vinales, Pinar del Rio, Cuba; Edificio Sierra Maestra, Calle 1era e/ 0 y 2, Miramar, Playa, Ciudad Habana, Cuba; Avenue 40 esq. 41 #4101, Cienfuegos, Cuba; 1ra. Rotonda Cayo Coco, Moron, Ciego de Avila, Cuba; Monteagudo e/Cuba y Carretera Central, Camaguey, Cuba; Frexes no. 172 e/Morales Lemus y Narciso Lopez, Holguin, Cuba; Calle 8 no. 56 e/1era. y 3ra. Rpto., Vista Allegre, Santiago de Cuba, Cuba; Hialeah, FL, United States; Maipu 464, Piso 10, Buenos Aires 1006, Argentina; Panama City, Panama; Avenue 3era e/ 33 y 34, Varadero, Cuba; C.U.I.T. 30-68074603-2 (Argentina) [CUBA].

HAVANTUR CANADA INC. (a.k.a. 2904977 CANADA, INC.; a.k.a. CARIBE SOL), 818 rue Sherbrooke East, Montreal, Quebec H2L 1K3, Canada [CUBA].

HAVAPEYMAYI MELLI IRAN (a.k.a. IRAN AIR; a.k.a. IRAN AIR PJSC; a.k.a. IRANAIR; a.k.a. IRANAIR CARGO; a.k.a. THE AIRLINE OF THE ISLAMIC REPUBLIC OF IRAN; a.k.a. "HOMA"), Iran Air Building, Mehrabad Airport, Tehran, Iran; Postal Box 13185-775, Tehran, Iran; Central Airlines Department of the Islamic Republic of Iran, Tehran Karaj Special Road,

Beginning of Mehrabad International Airport, Tehran, Iran; Website www.iranair.com; alt. Website www.iranair.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100354259 (Iran); Registration Number 8132 [IRAN].

HAVCHENKO, Dmitrij Vasilevich (a.k.a. KHAVCHENKO, Dmitriy Vasilyevich (Cyrillic: ХАВЧЕНКО, Дмитрий Васильевич); a.k.a. KHAVCHENKO, Dmytro Vasylovych (Cyrillic: ХАВЧЕНКО, Дмитро Васильович)) Moscow, Russia; Crimea, Ukraine; DOB 06 Jan 1966; Gender Male (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

HAVIN BANK LIMITED (a.k.a. HAVANA INTERNATIONAL BANK, LTD), 4th Floor, 189 Marsh Wall, London E14 9SH, United Kingdom; Edificio Atlantic, Oficina 4 H, Calle D No. 8 entre 1ra. y 3ra., Vedado, Plaza de la Revolucion, Havana 10400, Cuba; SWIFT/BIC HAVIGB2L; Website www.havanaintbank.co.uk; alt. Website www.hib.uk.com; Company Number 01074897 (United Kingdom) [CUBA].

HAW, Aik (a.k.a. HEIN, Aung; a.k.a. HO, Chun Ting; a.k.a. HO, Chung Ting; a.k.a. HO, Hsiao; a.k.a. HOE, Aik; a.k.a. TE, Ho Chun; a.k.a. TIEN, Ho Chun; a.k.a. WIN, Aung; a.k.a. "AIK HAW"; a.k.a. "HO CHUN TING"; a.k.a. "HO, Aik"; a.k.a. "HSIO HO"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma); National ID No. 029430 (Burma); alt. National

ID No. 176089 (Burma); alt. National ID No. 272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

HAWATMA, Nayif (a.k.a. HAWATMAH, Nayif; a.k.a. HAWATMEH, Nayif; a.k.a. KHALID, Abu; DOB 1933; Secretary General of DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION (individual) [SDGT].

HAWATMAH, Nayif (a.k.a. HAWATMA, Nayif; a.k.a. HAWATMEH, Nayif; a.k.a. KHALID, Abu; DOB 1933; Secretary General of DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION (individual) [SDGT].

HAWATMEH, Nayif (a.k.a. HAWATMA, Nayif; a.k.a. HAWATMAH, Nayif; a.k.a. KHALID, Abu; DOB 1933; Secretary General of DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION (individual) [SDGT].

HAWRANI, Habib; DOB 25 Mar 1969; Scientific Studies and Research Center Colonel (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

HAWWAT, Muhammad, Syria; DOB 10 Mar 1966; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

HAXHIREXHA, Kastriot; DOB 09 May 1961; POB Debar, Macedonia (individual) [BALKANS].

HAYAATULLAH, Haji (a.k.a. HAYATOLLAH, Haji; a.k.a. HAYATULLAH, Haji; a.k.a. HIYATULLAH, Haji; a.k.a. MUHAMMAD, Hayat Ullah Ghulam), Saeedabad, Pagi Road, Peshawar, Pakistan; Saeedabad, Pachagi Road, Peshawar, Pakistan; DOB 1957 to 1959; POB Nangalam Village, Dar-e-Pech, Kunar, Afghanistan; Gender Male; Passport TR030544 (Afghanistan); alt. Passport TR035506 (Afghanistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: ISIL KHORASAN; Linked To: AL QA'IDA; Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HAYAT AL-DAM LIL-MUQAWAMA AL-ISLAMIYA (a.k.a. ISLAMIC RESISTANCE SUPPORT ASSOCIATION; a.k.a. ISLAMIC RESISTANCE SUPPORT ORGANIZATION), Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

HAYAT JAFFRI, Muhammad Khizar (a.k.a. AL KARBALAI, Muhammad Khizar; a.k.a. HAYAT,

Mohammad Khizar; a.k.a. HAYAT, Muhammad Khizar), Karachi, Pakistan; DOB 14 Jul 1994; POB Karachi, Pakistan; nationality Pakistan; Email Address khizarh11@yahoo.com; alt. Email Address khizarhayat.jaffri@yahoo.com; alt. Email Address muhammadkhizar.hayatjaffri@yahoo.com; alt. Email Address mygreentree59@yahoo.com; alt. Email Address khizar14hayat@gmail.com; alt. Email Address muhammadkhizarhayatjaffri@yahoo.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport EB617700 (Pakistan); National ID No. 4210191597005 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

HAYAT TAHRIR AL-SHAM (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

HAY'AT TAHRIR AL-SHAM (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT;

a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

HAYAT UR RAS AL-FURQAN (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-

FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

HAYAT, Fazal (a.k.a. FAZLULLAH, Maulana; a.k.a. "Mullah Fazlullah"; a.k.a. "Mullah Radio"); DOB 1974; POB Swat, Pakistan; alt. POB Kuza Bandai village, Pakistan (individual) [SDGT].

HAYAT, Mohammad Khizar (a.k.a. AL KARBALAI, Muhammad Khizar; a.k.a. HAYAT JAFFRI, Muhammad Khizar; a.k.a. HAYAT, Muhammad Khizar), Karachi, Pakistan; DOB 14 Jul 1994; POB Karachi, Pakistan; nationality Pakistan; Email Address khizarh11@yahoo.com; alt. Email Address khizarhayat.jaffri@yahoo.com; alt. Email Address muhammadkhizar.hayatjaffri@yahoo.com; alt. Email Address mygreentree59@yahoo.com; alt. Email Address khizar14hayat@gmail.com; alt. Email Address muhammadkhizarhayatjaffri@yahoo.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport EB617700 (Pakistan); National ID No. 4210191597005 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

HAYAT, Muhammad Khizar (a.k.a. AL KARBALAI, Muhammad Khizar; a.k.a. HAYAT JAFFRI, Muhammad Khizar; a.k.a. HAYAT, Mohammad Khizar), Karachi, Pakistan; DOB 14 Jul 1994; POB Karachi, Pakistan; nationality Pakistan; Email Address khizarh11@yahoo.com; alt. Email Address khizarhayat.jaffri@yahoo.com; alt. Email Address muhammadkhizar.hayatjaffri@yahoo.com; alt. Email Address mygreentree59@yahoo.com; alt. Email Address khizar14hayat@gmail.com; alt. Email Address muhammadkhizarhayatjaffri@yahoo.com; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport EB617700 (Pakistan); National ID No. 4210191597005 (Pakistan) (individual)

[CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

HAYATOLLAH, Haji (a.k.a. HAAYATULLAH, Haji; a.k.a. HAYATULLAH, Haji; a.k.a. HIYATULLAH, Haji; a.k.a. MUHAMMAD, Hayat Ullah Ghulam), Saeedabad, Pagi Road, Peshawar, Pakistan; Saeedabad, Pachagi Road, Peshawar, Pakistan; DOB 1957 to 1959; POB Nangalam Village, Dar-e-Pech, Kunar, Afghanistan; Gender Male; Passport TR030544 (Afghanistan); alt. Passport TR035506 (Afghanistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: ISIL KHORASAN; Linked To: AL QA'IDA; Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HAYATULLAH, Haji (a.k.a. HAAYATULLAH, Haji; a.k.a. HAYATOLLAH, Haji; a.k.a. HIYATULLAH, Haji; a.k.a. MUHAMMAD, Hayat Ullah Ghulam), Saeedabad, Pagi Road, Peshawar, Pakistan; Saeedabad, Pachagi Road, Peshawar, Pakistan; DOB 1957 to 1959; POB Nangalam Village, Dar-e-Pech, Kunar, Afghanistan; Gender Male; Passport TR030544 (Afghanistan); alt. Passport TR035506 (Afghanistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: ISIL KHORASAN; Linked To: AL QA'IDA; Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HAYATURAS (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHAIRYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

HAYDAMOUS, Joseph Elia (a.k.a. HAIDAMOUS, Joseph Elia; a.k.a. HAIDAMOUS, Joseph Ilya (Arabic: حوزيف ايليا هيداموس)), Lebanon; DOB 20 Sep 1965; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HIZBALLAH).

HAYDAR KARAR CENTER (a.k.a. HEIDAR KARAR GROUP; a.k.a. HEIDAR KARRAR RESEARCH GROUP), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

HAYDAR, Farhan Hussein (a.k.a. HAIDER, Farhan Hussein), Somalia; South C, Monari Estate House No. 101, Nairobi, Kenya; DOB 1986; nationality Kenya; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 27478723 (Kenya) (individual) [SDGT] (Linked To: AL-SHABAAB).

HAYDAR, Muhammad (a.k.a. HAIDAR, Mohamad Ali; a.k.a. HAYDAR, Muhammad Ali; a.k.a. "HAYDAR, Abu Ali"); DOB 25 Nov 1959; POB Kabrika, Lebanon; Gender Male; Passport 469/2005 (Lebanon) (individual) [SDGT].

HAYDAR, Muhammad Ali (a.k.a. HAIDAR, Mohamad Ali; a.k.a. HAYDAR, Muhammad; a.k.a. "HAYDAR, Abu Ali"); DOB 25 Nov 1959; POB Kabrika, Lebanon; Gender Male; Passport 469/2005 (Lebanon) [SDGT].

HAYDAR, Zuhayr; DOB 18 Dec 1965; Scientific Studies and Research Center Colonel (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

HAY'ET TAHRIR AL-SHAM (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a.

ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

HAZIM KAKA (a.k.a. AL NOBANI, Ali; a.k.a. AL-OBEIDI, Ahmed Hassan Kaka; a.k.a. AL-UBAYDI, Ahmad Hassan Kaka), Al Humayra Village, Taza sub district, Iraq; Kurdi Al Nasir village, Iraq; DOB 1949; POB Baghdad, Iraq; nationality Iraq; Passport F032516 (Iraq) issued 04 May 1976 (individual) [IRAQ3].

HAZIME, Hussein Ali (a.k.a. HAZZIMA, Husain Ali; a.k.a. "Mourtada"), Harat Hreiq, Beirut, Lebanon; DOB 07 Dec 1967; POB Beirut, Lebanon; Gender Male (individual) [SDGT].

HAZZIMA, Husain Ali (a.k.a. HAZIME, Hussein Ali; a.k.a. "Mourtada"), Harat Hreiq, Beirut, Lebanon; DOB 07 Dec 1967; POB Beirut, Lebanon; Gender Male (individual) [SDGT].

HD COLLECTION, S.A. DE C.V., Boulevard Puerta de Hierro # 5210 8C, Col. Puerta de Hierro, Zapopan, Jalisco 45116, Mexico; R.F.C. HCO0911242K8 (Mexico) [SDNTK].

HD PARTS OY, Koivupuistontie 30, Vantaa 01510, Finland; Organization Established Date 04 Feb 1977; Tax ID No. 01085974 (Finland) [RUSSIA-EO14024].

HDASCO SHIPPING COMPANY (a.k.a. HAFEZ DARYA ARYA SHIPPING COMPANY; a.k.a. HAFEZ DARYA ARYA SHIPPING LINE; a.k.a. HAFEZ-E DARYAY-E ARIA SHIPPING LINES; f.k.a. HAFIZ DARYA SHIPPING COMPANY; f.k.a. HAFIZ-E-DARYA SHIPPING LINES; a.k.a. "HDAS CO."; f.k.a. "HDAS LINES"; a.k.a. "HDASCO"; f.k.a. "HDS LINES"; f.k.a. "HDSL";

f.k.a. "HDSLINES CO."), Asseman Tower, Pasdaran Street, Tehran, Iran; No 60, Pasdaran Avenue, 7th Neyestan Street, Ehteshamiyeh Square, Tehran, Iran; Website www.hdasco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Registration Number 341417 (Iran) [IRAN] [IFCA].

HE, Daniel Y. (a.k.a. HE, Daniel Yi; a.k.a. HE, Yi), China; DOB 06 Jul 1965; POB Hangzhou, China; nationality China; Gender Male; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e); Passport G47432853 (China); alt. Passport G30884221 (China); President, Reach Group (individual) [IFCA] (Linked To: REACH HOLDING GROUP SHANGHAI CO., LTD.).

HE, Daniel Yi (a.k.a. HE, Daniel Y.; a.k.a. HE, Yi), China; DOB 06 Jul 1965; POB Hangzhou, China; nationality China; Gender Male; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.

Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e); Passport G47432853 (China); alt. Passport G30884221 (China); President, Reach Group (individual) [IFCA] (Linked To: REACH HOLDING GROUP SHANGHAI CO., LTD.).

HE, Jing (Chinese Simplified: 何靖), Hong Kong; DOB Jun 1964; POB Zhanjiang, Guangdong Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149 (individual) [HK-EO13936].

HE, Yi (a.k.a. HE, Daniel Y.; a.k.a. HE, Daniel Yi), China; DOB 06 Jul 1965; POB Hangzhou, China; nationality China; Gender Male; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e); Passport G47432853 (China); alt. Passport G30884221 (China); President, Reach Group (individual) [IFCA] (Linked To: REACH HOLDING GROUP SHANGHAI CO., LTD.).

HEAD AEROSPACE GROUP (a.k.a. CHINA HEAD AEROSPACE TECHNOLOGY COMPANY; a.k.a. CHINA HEAD TECHNOLOGY CO), 5F, Bldg 5, Science and Technology Park, A-2 North Xisanhuan Road, Haidian District, Beijing 100021, China; Registration Number 110108010146888 (China); Unified Social Credit Code (USCC) 91110108661572276L (China) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

HEADEY INVESTMENTS LIMITED, Dimokritou, 15 Panaretos Eliena Complex, Flat 104, Potamos Germasogeias, Limassol 4041, Cyprus; Organization Established Date 31 Dec 2014; Organization Type: Activities of holding companies; Registration Number HE 339642 (Cyprus) [RUSSIA-EO14024] (Linked To: BASHKIROV, Aleksei Vladimirovich).

HEADQUARTERS OF RECONSTRUCTION OF HOLY SHRINES (a.k.a. RECONSTRUCTION ORGANIZATION OF HOLY SHRINES IN IRAQ (Arabic: ستاد بازسازی عتبات عالیات); a.k.a. RECONSTRUCTION ORGANIZATION OF THE HOLY SHRINES), No. 3, Shahid Mohammadi Alley, Shahid Sepahbod Gharani Street, Fardowsi Square, Tehran 15999-77111, Iran; Najaf, Iraq; Karbala, Iraq; Baghdad, Iraq; Samarra, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

HEANG, Him Bun (a.k.a. BUNHEANG, Hing; a.k.a. BUNHEUNG, Hing; a.k.a. HEANG, Hing Bun; a.k.a. HIENG, Hing Bun), Takhmao, Cambodia; 22, St. 118, Phnom Penh, Cambodia; DOB 01 Jan 1957; POB Cambodia; Gender Male (individual) [GLOMAG].

HEANG, Hing Bun (a.k.a. BUNHEANG, Hing; a.k.a. BUNHEUNG, Hing; a.k.a. HEANG, Him Bun; a.k.a. HIENG, Hing Bun), Takhmao, Cambodia; 22, St. 118, Phnom Penh, Cambodia; DOB 01 Jan 1957; POB Cambodia; Gender Male (individual) [GLOMAG].

HEATH, Noel Timothy (a.k.a. ZAMBA, Noel Heath; a.k.a. ZAMBO, Noel Heath), Cardin Avenue, Saint Kitts and Nevis; DOB 16 Dec 1949; POB St Kitts and Nevis; Passport 03574 (United Kingdom) (individual) [SDNTK].

HEBBO, Mohammed (a.k.a. AL-HABU, Muhammad (a.k.a. AL-HABU, Muhammad Abd-al-Karim; a.k.a. AL-HEBO, Muhamad Ali; a.k.a. ALHOBO, Mohamad Abdulkarim; a.k.a. HABO, Muhammed; a.k.a. HABU, Muhammad), Hurriyet Caddesi, Sahinbey, Gaziantep, Turkey; Syria; Lebanon; DOB 01 Oct 1980; alt. DOB 15 Mar 1983; alt. DOB 01 Jan 1980; POB Syria; nationality Syria; Gender Male; Passport 00814L001424 (Syria); National ID No. 2020409266 (Syria); alt. National ID No. 2020316097 (Syria); alt. National ID No. 10716775 (Syria) (individual) [SDGT] (Linked To: AL-HEBO JEWELRY COMPANY).

HEBEI ATUN TRADING CO., LTD. (Chinese Simplified: 河北艾豚商贸有限公司) (a.k.a. "HBATUN"), Haiyuetiandi B906, Qiaoxi Street, Shijiazhuang, Hebei, China; Room 1102, Bldg. D Haiyuetiandi No. 66 Yuhua West Road Qiaoxi District, Shijiazhuang, Hebei, China (Chinese Simplified: 裕华西路66号海悦天地D座1102室, 石家庄市, 河北省, China); Website www.atunchemical.com; Digital Currency Address - XBT

1JPfVv5cWRLx1js9NWxg46dG2CGbeRz4th; Unified Social Credit Code (USCC) 91130104MA09YL9T2W (China) [ILLICIT-DRUGS-EO14059].

HEBEI CROVELL BIOTECH CO., LTD. (Chinese Simplified: 河北克拉维尔生物科技有限公司), 2-2-1901, Huacheng Lvzhou Phase I, No. 169 Shengli South Street, Qiaoxi District, Shijiazhuang, Hebei 050000, China; Website www.hebeicrovell.com; Phone Number 8613273412322; Organization Established Date 04 Jan 2019; Unified Social Credit Code (USCC) 91130104MA0D4G9Q45 (China) [ILLICIT-DRUGS-EO14059].

HEBEI GUANLANG BIOTECHNOLOGY CO., LIMITED (Chinese Simplified: 河北冠朗生物科技有限公司), Room 1512, 15th Floor, Lucky Centre, 165-171 Wanchai Road, Wanchai, Hong Kong, China; Organization Established Date 17 Dec 2018; Registration Number 2778068 (Hong Kong) [ILLICIT-DRUGS-EO14059] (Linked To: DU, Changgen).

HEBEI GUANLANG BIOTECHNOLOGY CO., LTD. (Chinese Simplified: 河北冠朗生物科技有限公司) (f.k.a. SHIJIAZHUANG FA KE TRADING COMPANY), Room 2914, Bldg. B Weekend Max Mara, No. 108 West Zhongshan Road, Qiaoxi District, Shijiazhuang, Hebei Province 050000, China; Website www.guanlang-group.com; Phone Number 8619930505208; alt. Phone Number 8613273412322; Organization Established Date 30 Apr 2015; Unified Social Credit Code (USCC) 91130104336154011D (China) [ILLICIT-DRUGS-EO14059].

HEBEI HUANHAO BIOTECHNOLOGY CO., LTD., Room 1801, The MixC, Qiaoxi District, Shijiazhuang, Hebei 050000, China; Unified Social Credit Code (USCC) 91130104MA07T43608 (China) [ILLICIT-DRUGS-EO14059].

HEBEI XIUNA COMMERCE AND TRADE CO., LTD. (a.k.a. HEBEI XIUNA TRADING CO., LTD. (Chinese Simplified: 河北休纳商贸有限公司)), Room 1408, Block F, Haiyue Tiandi, No. 66 Yuhua West Road, Qiaoxi District, Shijiazhuang, Hebei 050000, China; Email Address Service1@Xiunashangmao.com; Phone Number 8615531133331; alt. Phone Number 8613102808677; Organization Established Date 26 Nov 2020; Unified Social Credit Code (USCC) 91130105MA0FRNGTXXX (China) [ILLICIT-DRUGS-EO14059] (Linked To: DU, Changgen).

HEBEI XIUNA TRADING CO., LTD. (Chinese Simplified: 河北休纳商贸有限公司) (a.k.a. HEBEI XIUNA COMMERCE AND TRADE CO, LTD.), Room 1408, Block F, Haiyue Tiandi, No. 66 Yuhua West Road, Qiaoxi District, Shijiazhuang, Hebei 050000, China; Email Address 319775872@qq.com; alt. Email Address Service1@Xiunashangmao.com; Phone Number 8615531133331; alt. Phone Number 8613102808677; Organization Established Date 26 Nov 2020; Unified Social Credit Code (USCC) 91130105MA0FRNGTXX (China) [ILLICIT-DRUGS-EO14059] (Linked To: DU, Changgen).

HEBEI YAXIN RESTAURANT MANAGEMENT CO., LTD. (Chinese Simplified: 河北雅新餐饮管理有限公司), Qiaoxi District, Shijiazhuang, Hebei Province, China; Email Address 414192810@qq.com; Phone Number 8615175978802; Organization Established Date 16 Sep 2021; Unified Social Credit Code (USCC) 91130104MA7B2YLD31 (China) [ILLICIT-DRUGS-EO14059] (Linked To: WANG, Tianmin).

HEDAYAT, Reza (a.k.a. SARTAJI, Abas; a.k.a. SARTAJI, Abbas), Tehran, Iran; DOB 23 Aug 1983; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M51368656 (Iran); National ID No. 6039648112 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

HEIDAR KARAR GROUP (a.k.a. HAYDAR KARAR CENTER; a.k.a. HAYDAR KARRAR RESEARCH GROUP), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

HEIDAR KARRAR RESEARCH GROUP (a.k.a. HAYDAR KARAR CENTER; a.k.a. HEIDAR KARAR GROUP), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

HEIDARI, Kiyumars (Arabic: كيومرث حيدري) (a.k.a. HEYDARI, Kioumars), Iran; DOB 1964; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR].

HEIDARI, Mohammad Ali Mohammad Sadegh (a.k.a. HEYDARI, Mohammad Sadegh; a.k.a. MOUSA, Mohammad Sadegh Heidari (Arabic:

موسى حیدری صادق محمد(‎; a.k.a. MUSA, Mohammad Sadegh Heidari), Iran; DOB 23 Sep 1977; alt. DOB 24 Sep 1977; POB Shahrebabak, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3149555493 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: PARAVAR PARS COMPANY).

HEIDARI, Rahmatollah (Arabic: حیدری رحمت‎), Iran; DOB 22 Sep 1985; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2392019630 (Iran) (individual) [NPWMD] [IFSR] (Linked To: BAHARESTAN KISH COMPANY).

HEIDARI, Reza, DOB 10 Jan 1977; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A37899489 (Iran) expires 26 Jul 2021; alt. Passport R24530943 (Iran) expires 23 Jun 2017 (individual) [SDGT] [IRGC] [IFSR].

HEIN, Aung (a.k.a. HAW, Aik; a.k.a. HO, Chun Ting; a.k.a. HO, Chung Ting; a.k.a. HO, Hsiao; a.k.a. HOE, Aik; a.k.a. TE, Ho Chun; a.k.a. TIEN, Ho Chun; a.k.a. WIN, Aung; a.k.a. "AIK HAW"; a.k.a. "HO CHUN TING"; a.k.a. "HO, Aik"; a.k.a. "HSIO HO"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yin Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma); National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No. 272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

HEIN, Zaw, Burma; DOB 01 Jan 1974 to 31 Dec 1975; citizen Burma; Gender Male (individual) [BURMA-EO14014].

HEJAB TEXTILE CO (a.k.a. HEJAB TEXTILE COMPANY; a.k.a. SHAHR-E KORD HIJAB TEXTILE COMPANY (Arabic: نساجی شرکت حجاب شهرکرد)), No. 47, 2nd Floor, Nahid Street, Mirzaye Shirazi Street, Between Ostad Motahari and Shahid Beheshti, Tehran, Iran; Kilometer 7, Khuzestan Road, Shahr-e Kord, Iran; 8 Baharestan, First Square, Shahr-e Kord Industrial Town, Shahr-e Kord, Iran; Unit 3, Moalem Street, Goldasht Town, Najaf Abad Road, Kilometer 20, Isfahan, Iran; Website https://hejabtextile.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10340048630 (Iran); Registration Number 1407 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

HEJAB TEXTILE COMPANY (a.k.a. HEJAB TEXTILE CO; a.k.a. SHAHR-E KORD HIJAB TEXTILE COMPANY (Arabic: نساجی شرکت حجاب شهرکرد)), No. 47, 2nd Floor, Nahid Street, Mirzaye Shirazi Street, Between Ostad Motahari and Shahid Beheshti, Tehran, Iran; Kilometer 7, Khuzestan Road, Shahr-e Kord, Iran; 8 Baharestan, First Square, Shahr-e Kord Industrial Town, Shahr-e Kord, Iran; Unit 3, Moalem Street, Goldasht Town, Najaf Abad Road, Kilometer 20, Isfahan, Iran; Website https://hejabtextile.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10340048630 (Iran); Registration Number 1407 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

HEJABI, Mahdi, Iran; DOB 26 Aug 1990; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport R46314475 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

HEJAZI, Ali Asghar (a.k.a. HEJAZI, Asghar; a.k.a. HEJAZI, Asghar Sadegh; a.k.a. HEJAZI, Seyyed Ali Asghar; a.k.a. MIR-HEJAZI RUHANI, Ali Asqar; a.k.a. MIRHEJAZI, Ali; a.k.a. MIR-HEJAZI, Ali Asqar; a.k.a. MIR-HEJAZI, Asghar), Iran; DOB 08 Sep 1946; POB Esfahan, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Security Deputy of Supreme Leader; Member of the Leader's Planning Chamber; Head of Security of Supreme Leader's Office; Deputy Chief of Staff of the Supreme Leader's Office (individual) [IRAN-HR] [IRAN-EO13876].

HEJAZI, Asghar (a.k.a. HEJAZI, Ali Asghar; a.k.a. HEJAZI, Asghar Sadegh; a.k.a. HEJAZI, Seyyed Ali Asghar; a.k.a. MIR-HEJAZI RUHANI, Ali Asqar; a.k.a. MIRHEJAZI, Ali; a.k.a. MIR-HEJAZI, Ali Asqar; a.k.a. MIR-HEJAZI, Asghar), Iran; DOB 08 Sep 1946; POB Esfahan, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Security Deputy of Supreme Leader; Member of the Leader's Planning Chamber; Head of Security of Supreme Leader's Office; Deputy Chief of Staff of the Supreme Leader's Office (individual) [IRAN-HR] [IRAN-EO13876].

HEJAZI, Asghar Sadegh (a.k.a. HEJAZI, Ali Asghar; a.k.a. HEJAZI, Asghar; a.k.a. HEJAZI, Seyyed Ali Asghar; a.k.a. MIR-HEJAZI RUHANI, Ali Asqar; a.k.a. MIRHEJAZI, Ali; a.k.a. MIR-HEJAZI, Ali Asqar; a.k.a. MIR-HEJAZI, Asghar), Iran; DOB 08 Sep 1946; POB Esfahan, Iran; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Security Deputy of Supreme Leader; Member of the Leader's Planning Chamber; Head of Security of Supreme Leader's Office; Deputy Chief of Staff of the Supreme Leader's Office (individual) [IRAN-HR] [IRAN-EO13876].

HEJAZI, Mohammad; DOB circa 1959; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

HEJAZI, Mohammed a.k.a. HIJAZI, Mohamad Hussein (Arabic: حسین حجازی محمد‎; a.k.a. HIJAZI, Muhammad Husayn), Villa No. 1,251/9A Street, Al Mardaf, Dubai, United Arab Emirates; Abo Ghaleb Hamdan Building, Saint Therese Street, Hadath, Beirut, Lebanon; DOB 10 Oct 1974; POB Monrovia, Liberia; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2006465 (Lebanon) expires 22 Feb 2031; Identification Number 2712653 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

HEJAZI, Seyyed Ali Asghar (a.k.a. HEJAZI, Ali Asghar; a.k.a. HEJAZI, Asghar; a.k.a. HEJAZI, Asghar Sadegh; a.k.a. MIR-HEJAZI RUHANI, Ali Asqar; a.k.a. MIRHEJAZI, Ali; a.k.a. MIR-HEJAZI, Ali Asqar; a.k.a. MIR-HEJAZI, Asghar), Iran; DOB 08 Sep 1946; POB Esfahan, Iran;

nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Security Deputy of Supreme Leader; Member of the Leader's Planning Chamber; Head of Security of Supreme Leader's Office; Deputy Chief of Staff of the Supreme Leader's Office (individual) [IRAN-HR] [IRAN-EO13876].

HEJEIJ, Kassem (a.k.a. HAJIJ, Qasim; a.k.a. HUJAYJ, Qasim Muhammad; DOB 05 Mar 1953; POB Lagos, Nigeria; nationality Lebanon; Gender Male; Passport RL0000432 (Lebanon) issued 31 Jan 2013 expires 31 Jan 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

HEKHMARTYAR, Gulbuddin (a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HEKMETYAR, Gulbudin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), Iran; DOB 01 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT].

HEKMAT IRANIAN BANK (a.k.a. BANK HEKMAT IRANIAN; a.k.a. BANK-E HEKMAT IRANIAN), Argentine Circle, beginning of Africa St., Corner of 37th St., (Dara Cul-de-sac), No.26, Tehran, Iran; No. 26, Afrigha Ave, Argentina Sq., Tehran, Iran; No. 26, Africa Hwy, Argantin Sq., Tehran, Iran; Website www.hibank24.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [NPWMD] [IFSR] (Linked To: BANK SEPAH).

HEKMATIAR, Gulbuddin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HEKMETYAR, Gulbudin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), Iran; DOB 01 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT].

HEKMATYAR, Gulabudin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HEKMETYAR, Gulbudin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), Iran; DOB 01 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT].

HEKMATYAR, Gulbuddin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMETYAR, Gulbudin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), Iran; DOB 01 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT].

HEKMETYAR, Gulbudin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), Iran; DOB 01 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT].

HELAL, Mounir Ben Dhaou Ben Brahim Ben (a.k.a. HELEL, Mounir; a.k.a. HILEL, Mounir; a.k.a. "AL-TUNISI, Abu Maryam"; a.k.a. "IBRAHIM, Munir Bin Du Bin"; a.k.a. "RAHMAH, Abu"); DOB 10 May 1983; POB Ben Guerdane, Tunisia; Gender Male (individual) [SDGT].

HELBAWI, Mahdy Akil (a.k.a. AKIL, Madhy; a.k.a. AKIL, Mahdi Amer; a.k.a. AQIL, Mahdi Amer; a.k.a. AQIL, Mahdi Amir); Colombia; DOB 30 Oct 1987; POB Maicao, Colombia; nationality Lebanon; citizen Colombia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Cedula No. 1126038243 (Colombia); Passport LR0159572 (Lebanon) expires 14 Nov 2021; alt. Passport PE092928 (Colombia); National ID No. 000050624602 (Lebanon); Identification Number 3664441 (Lebanon) (individual) [SDGT] (Linked To: RADA, Amer Mohamed Akil).

HELEL, Mounir (a.k.a. HELAL, Mounir Ben Dhaou Ben Brahim Ben; a.k.a. HILEL, Mounir; a.k.a. "AL-TUNISI, Abu Maryam"; a.k.a. "IBRAHIM, Munir Bin Du Bin"; a.k.a. "RAHMAH, Abu"); DOB 10 May 1983; POB Ben Guerdane, Tunisia; Gender Male (individual) [SDGT].

HELFORD DIRECTORS LIMITED, Haven Court, 5 Library Ramp, Gibraltar, United Kingdom [IRAQ2].

HELICS GEMB (a.k.a. HELICS GEMB BVBA), Hoveniersstraat 30, B. 199, Antwerpen 2018, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 May 2012; Organization Type: Chemicals and allied products wholesale; Registration Number 0845843067 (Belgium); alt. Registration Number 1003665-78 (Belgium) [SDGT] (Linked To: AMANA DIAM DMCC).

HELICS GEMB BVBA (a.k.a. HELICS GEMB), Hoveniersstraat 30, B. 199, Antwerpen 2018, Belgium; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 May 2012; Organization

Type: Chemicals and allied products wholesale; Registration Number 0845843067 (Belgium); alt. Registration Number 1003665-78 (Belgium) [SDGT] (Linked To: AMANA DIAM DMCC).

HEMED, Ahmed (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED HAMED"; a.k.a. "AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT].

HEMERA INFOTECH FZCO (Arabic: هميرا إنفوتيك ش.م.ح), Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Commercial Registry Number 11437558 (United Arab Emirates); License 4041 (United Arab Emirates) [SDGT] (Linked To: ASADOLLAH, Hossein).

HEMMAT PETROCHEMICAL COMPANY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

HEMMATI, Alireza; DOB Dec 1955; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRGC] [IFSR].

HEMMATIAN, Ali (Arabic: علی همتيان) (a.k.a. AMINIAN, Ali; a.k.a. "Raouf"), Iran; DOB 1982; alt. DOB 1983; POB Damghan, Semnan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRGC] [IRAN-HR].

HEMSI, Hosein (Arabic: حسین حمصی) (a.k.a. HOMSI, Hosein), Tehran, Iran; DOB 27 Oct 1982; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0532987276 (Iran) (individual) [NPWMD] [IFSR] (Linked To: FANAVARAN SANAT ERTEBATAT COMPANY).

HENAN JIAYUAN ALUMINIUM INDUSTRY CO., LTD (Chinese Simplified: 河南嘉源铝业有限公司) (a.k.a. HENAN JIAYUAN ALUMINUM INDUSTRY COMPANY, LIMITED), Rm. 1402, Unit 2, Building 27, Shangwu Inner Ring Rd, Zhengdong New Area, Zhengzhou, Henan, China; No. 1402, Unit 2, Building 27, Shangwu Inner Ring Road (Zhengdong), Zhengzhou Area, Pilot Free Trade Zone, Henan, China; Website

HEKMETYAR, Gulbudin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), Iran; DOB 01 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT].

www.jyalco.com; Additional Sanctions Information - Subject to Secondary Sanctions; United Social Credit Certificate (USCCC) 914101006905518610 (China) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

HENAN JIAYUAN ALUMINUM INDUSTRY COMPANY, LIMITED (a.k.a. HENAN JIAYUAN ALUMINIUM INDUSTRY CO., LTD (Chinese Simplified: 河南嘉源铝业有限公司)), Rm. 1402, Unit 2, Building 27, Shangwu Inner Ring Rd, Zhengdong New Area, Zhengzhou, Henan, China; No. 1402, Unit 2, Building 27, Shangwu Inner Ring Road (Zhengdong), Zhengzhou Area, Pilot Free Trade Zone, Henan, China; Website www.jyalco.com; Additional Sanctions Information - Subject to Secondary Sanctions; United Social Credit Code Certificate (USCCC) 914101006905518610 (China) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

HENAO JARAMILLO, Mario Alberto, Colombia; DOB 04 Sep 1966; Cedula No. 98519014 (Colombia) (individual) [SDNT].

HENAO MONTOYA, Arcangel de Jesus, Hacienda Coque, Cartago, Colombia; Carrera 4 No. 16-04 apt. 303, Cartago, Colombia; c/o AGRICOLA GANADERA HENAO GONZALEZ Y CIA. S.C.S., Cartago, Colombia; c/o COMPANIA AGROINVERSORA HENAGRO LTDA., Cartago, Colombia; c/o DESARROLLOS COMERCIALES E INDUSTRIALES HENAO GONZALEZ Y CIA. S.C.S., Cartago, Colombia; c/o MAQUINARIA TECNICA Y TIERRAS LTDA., Cartago, Colombia; c/o ORGANIZACION EMPRESARIAL A DE J HENAO M E HIJOS Y CIA. S.C.S., Cartago, Colombia; c/o AGROPECUARIA MIRALINDO S.A., Cartago, Colombia; c/o ARIZONA S.A., Cartago, Colombia; Carrera 8N No. 17A-12, Cartago, Colombia; Carrera 42 No. 5B-81, Cali, Colombia; DOB 07 Oct 1954; POB Cartago, Valle, Colombia; Cedula No. 16215230 (Colombia); Passport 16215230 (Colombia); NIT # 16215230-1 (Colombia) (individual) [SDNT].

HENAO MUNOZ, Jhon Fredey (a.k.a. ESPANA CAICEDO, Euclides; a.k.a. "JHONIER"; a.k.a. "JONIER"; a.k.a. "JONNIER"), Cauca Department, Colombia; DOB 29 Dec 1973; POB Albania, Caqueta Department, Colombia; citizen Colombia; Gender Male; Cedula No. 17674103 (Colombia) (individual) [SDGT] (Linked To:

REVOLUTIONARY ARMED FORCES OF COLOMBIA - PEOPLE'S ARMY).

HENGAM PETROCHEMICAL CO (a.k.a. HENGAM PETROCHEMICAL COMPANY), 4th Floor, No 22, 16th Avenue, Khlid Islomboli Street, Tehran 1513643911, Iran; 5th Street, Ahmed Ghasir Street, Khaled Eslamboli Avenue 22, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 1924 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

HENGAM PETROCHEMICAL COMPANY (a.k.a. HENGAM PETROCHEMICAL CO), 4th Floor, No 22, 16th Avenue, Khlid Islomboli Street, Tehran 1513643911, Iran; 5th Street, Ahmed Ghasir Street, Khaled Eslamboli Avenue 22, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 1924 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

HENGSHUI HESHUO CELLULOSE CO., LTD. (Chinese Simplified: 衡水和硕纤维素有限公司), East Side of Taishan Street, Yanhuan Circular Economy Park, Jizhou District, Hengshui, Hebei Province, China (Chinese Simplified: 泰山大街东侧, 盐化工循环经济园, 冀州区, 衡水市, 河北省, China); Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 04 Jan 2016; Unified Social Credit Code (USCC) 91131181MA07MANB7G (China) [RUSSIA-EO14024].

HENGSHUI YUANCHEM TRADING LIMITED (Chinese Simplified: 衡水元展贸易有限公司), No. 29 Qiantong Road, Qiaotou Town, Wuyi County, Hengshui City, Hebei Province, China (Chinese Simplified: 千童路29号, 桥头镇, 武邑县, 衡水市, 河北省, China); No. 365, Xinhua Street, Hengshui, Hebei Province, China; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 30 Mar 2015; Unified Social

Credit Code (USCC) 91131122335912693D (China) [RUSSIA-EO14024].

HENNESEA HOLDINGS LIMITED, 1229, Al Sila Tower, Adgm Square, Al Maryah Island, Abu Dhabi, United Arab Emirates; Organization Established Date 2022; License 000008900 (United Arab Emirates); Economic Register Number (CBLS) 11978506 (United Arab Emirates) [RUSSIA-EO14024].

HENNY, Watson (a.k.a. DAVID, Andoson; a.k.a. KIM, Hyon U; a.k.a. KIM, Hyon Woo; a.k.a. KIM, Hyon Wu; a.k.a. PAK, Ch'in-hyo'k; a.k.a. PAK, Jin Hek; a.k.a. PAK, Jin Hyok; a.k.a. PARK, Jin Hyok); DOB 15 Aug 1984; alt. DOB 18 Oct 1984; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290333974 (Korea, North) (individual) [DPRK3].

HENRIQUEZ SOLORZANO, Borromeo Enrique (a.k.a. RIVERA ARIAS, Racson Mario; a.k.a. "EL DIABLITO"; a.k.a. "EL DIABLITO DE HOLLYWOOD"; a.k.a. "EL DIABLO"; a.k.a. "EL DIABLO PEQUENO"); DOB 27 Jul 1978; POB San Salvador, El Salvador; nationality El Salvador (individual) [TCO].

HEQ, Abdul (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; National ID No. 653225197110100533 (China) (individual) [SDGT].

HERCULES INTERNATIONAL SHIP, Care of Sambouk Shipping FCZ, Office 101, 1st Floor, FITCO Building No 3, Inside Fujairah Port, PO Box 50044, Fujairah, United Arab Emirates; 80 Broad Street, Monrovia, Liberia; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

HERJEZ LTDA. (a.k.a. CARNES CUERNAVACA), Avenida Ciudad de Cali No. 15A-91 Local-06, Bogota, Colombia; NIT # 900083653-1 (Colombia) [SDNTK].

HERMIS SHIPPING SA, Care of Sambouk Shipping FCZ, Office 101, 1st Floor, FITCO

Building No 3, Inside Fujairah Port, PO Box 50044, Fujairah, United Arab Emirates; Panama City, Panama; Monrovia, Liberia; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

HERNANDEZ AMAYA, Ena Elizabeth (a.k.a. DE HANDAL, Ena), San Pedro Sula, Cortes, Honduras; DOB 03 Sep 1978; nationality Honduras; National ID No. 0501-1978-08173 (Honduras) (individual) [SDNTK] (Linked To: J & E S. DE R.L. DE C.V.).

HERNANDEZ ARBOLEDA, Sandra Milena, c/o COMERCIALIZADORA DE CAFE DEL OCCIDENTE CODECAFE LTDA., Pereira, Risaralda, Colombia; c/o INVERSIONES MACARNIC PATINO Y CIA S.C.S., Pereira, Risaralda, Colombia; Cedula No. 42109136 (Colombia) (individual) [SDNT].

HERNANDEZ BARRON, Raul, Calle Congregacion Troncones y Potrerillos, Colonia Congregaciones Troncones y Potrerillos, Coatzintla, Veracruz C.P. 93160, Mexico; DOB 04 Feb 1977; alt. DOB 16 Oct 1980; POB Poza Rica de Hidalgo, Veracruz; alt. POB Coatzintla, Veracruz; alt. POB Veracruz, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. HEBR770204HVZRRL02 (Mexico); Electoral Registry No. HRBRRL77020430H900 (Mexico); Cartilla de Servicio Militar Nacional C-528381 (Mexico); C.U.I.P. HEBR770204H30271467 (Mexico) (individual) [SDNTK].

HERNANDEZ DALA, Ivan (a.k.a. HERNANDEZ DALA, Ivan Rafael; a.k.a. HERNANDEZ, Ivan), Caracas, Capital District, Venezuela; DOB 18 May 1966; citizen Venezuela; Gender Male; Cedula No. 6961149 (Venezuela) (individual) [VENEZUELA].

HERNANDEZ DALA, Ivan Rafael (a.k.a. HERNANDEZ DALA, Ivan; a.k.a. HERNANDEZ, Ivan), Caracas, Capital District, Venezuela; DOB 18 May 1966; citizen Venezuela; Gender Male; Cedula No. 6961149 (Venezuela) (individual) [VENEZUELA].

HERNANDEZ DE HERNANDEZ, Socorro Elizabeth (Latin: HERNÁNDEZ DE HERNÁNDEZ, Socorro Elizabeth), Caracas, Capital District, Venezuela; DOB 11 Mar 1952; citizen Venezuela; Gender Female; Cedula No. 3977396 (Venezuela); Rector of Venezuela's National Electoral Council; Member of Venezuela's National Electoral Board (individual) [VENEZUELA].

HERNANDEZ GARCIA, Javier (a.k.a. LOPEZ LANDEROS, Geronimo; a.k.a. ZAMBADA GARCIA, Ismael; a.k.a. ZAMBADA GARCIA,

Ismael Mario; a.k.a. ZAMBADA, El Mayo; a.k.a. "El Mayo"; a.k.a. "Mayo"), Mexico; DOB 1948; POB Sinaloa, Mexico; nationality Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

HERNANDEZ GRISALES, Jesus David (a.k.a. "CHAPARRO"); DOB 25 Nov 1975; POB Medellin, Colombia; citizen Colombia; Cedula No. 98658284 (Colombia) (individual) [SDNTK].

HERNANDEZ JIMENEZ, Cesar (a.k.a. MONTERO PINZON, Julio Cesar; a.k.a. VELAZQUEZ BALTAZAR, Luis Armando; a.k.a. "Comandante Tarjetas"; a.k.a. "El Chess"; a.k.a. "El Chino"; a.k.a. "El Tarjetas"; a.k.a. "HERNANDEZ JIMENEZ, Francisco"; a.k.a. "Moreno"), Puerto Vallarta, Jalisco, Mexico; Estero del Cayman, Real Ixtapa, #137-A, Puerto Vallarta, Jalisco, Mexico; DOB 02 Jun 1982; alt. DOB 08 Nov 1982; alt. DOB 25 Aug 1986; alt. DOB 28 Jun 1977; POB Puerto Vallarta, Jalisco, Mexico; alt. POB Amatan, Chiapas, Mexico; nationality Mexico; Gender Male; R.F.C. VEBL860825 (Mexico); C.U.R.P. MOPJ820602HJCNNL05 (Mexico); alt. C.U.R.P. MOPJ821108HJCNNL04 (Mexico); alt. C.U.R.P. VEBL860825HJCLLS05 (Mexico); alt. C.U.R.P. HEJC770628HCSRMS06 (Mexico); Electoral Registry No. GRMRLR82012730M700 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

HERNANDEZ LECHUGA, Luciano (a.k.a. HERNANDEZ LECHUGA, Lucio; a.k.a. HERNANDEZ LECHUGA, Raul Lucio), Mexico; Calle Astros 7, Col. Praxedis Balboa, Matamoros, Tamaulipas, Mexico; DOB 08 Feb 1976; POB Hidalgo, Mexico; alt. POB Piedras Negras, Coahuila, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

HERNANDEZ LECHUGA, Lucio (a.k.a. HERNANDEZ LECHUGA, Luciano; a.k.a. HERNANDEZ LECHUGA, Raul Lucio), Mexico; Calle Astros 7, Col. Praxedis Balboa, Matamoros, Tamaulipas, Mexico; DOB 08 Feb 1976; POB Hidalgo, Mexico; alt. POB Piedras Negras, Coahuila, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

HERNANDEZ LECHUGA, Raul Lucio (a.k.a. HERNANDEZ LECHUGA, Luciano; a.k.a. HERNANDEZ LECHUGA, Lucio), Mexico; Calle Astros 7, Col. Praxedis Balboa, Matamoros, Tamaulipas, Mexico; DOB 08 Feb 1976; POB Hidalgo, Mexico; alt. POB Piedras Negras, Coahuila, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

HERNANDEZ MAZON, Sergio Isaias (a.k.a. "Chavelo"), Calle Estribo 3, Colonia El Rodeo, Nogales, Sonora, Mexico; DOB 23 Aug 1980; POB Sonora, Mexico; nationality Mexico; Gender Male; C.U.R.P. HEMS800823HSRRZR07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

HERNANDEZ MEJIA, Jorge Alberto, c/o ASES DE COMPETENCIA Y CIA. S.A., Medellin, Colombia; c/o FRANZUL S.A., Medellin, Colombia; c/o HIERROS DE JERUSALEM S.A., Medellin, Colombia; c/o TAXI AEREO ANTIOQUENO S.A., Medellin, Colombia; DOB 15 Jun 1962; Cedula No. 71530775 (Colombia) (individual) [SDNT].

HERNANDEZ MORENO, Arturo, c/o DEL NORTES CARNES FINAS SAN IGNACIO S.A. DE C.V., Chihuahua, Mexico; c/o INMOBILIARIA EL ESCORPION DEL NORTE S.A. DE C.V., Chihuahua, Mexico; c/o INMOBILIARIA EL PRESON S.A. DE C.V., Chihuahua, Mexico; Calle 16 No. 4016, Chihuahua, Chihuahua, Mexico; DOB 27 Nov 1962; POB Hidalgo Del Parral, Chihuaua, Mexico; nationality Mexico; citizen Mexico; R.F.C. HEMA-621127 (Mexico) (individual) [SDNTK].

HERNANDEZ PULIDO, Maria Elda, Calle Juan de Dios Peza 1015, Colonia Mexico 22150, Tijuana, Baja California, Mexico; c/o Farmacia Vida Suprema, S.A. DE C.V., Tijuana, Baja California, Mexico; c/o Distribuidora Imperial De Baja California, S.A. de C.V., Tijuana, Baja California, Mexico; DOB 18 Aug 1971; POB Baja California Norte, Mexico (individual) [SDNTK].

HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION (a.k.a. "HERNANDEZ SALAS TCO"), Mexicali, Mexico; Tijuana, Mexico; Organization Established Date 2018; Target Type Criminal Organization [TCO].

HERNANDEZ SALAS, Ofelia (a.k.a. "DONA LUPE"; a.k.a. "GUADALUPE"; a.k.a. "LA GUERA"; a.k.a. "LA LUPE"), Avenida Barreda #2318, Res. Quintas del Rey, Mexicali, Baja California, Mexico; Avenida Dinamarca S/N, Col. Orizaba, Mexicali, Baja California, Mexico; DOB 27 Jun 1962; POB Guerrero, Mexico; nationality Mexico; Gender Female; C.U.R.P. HESO620627MGRRLF03 (Mexico) (individual) [TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

HERNANDEZ SALAZAR, Maria A (a.k.a. SALAZAR DE GUZMAN, Alejandrina; a.k.a.

SALAZAR HERNANDEZ DE GUZMAN, Maria; a.k.a. SALAZAR HERNANDEZ, Alejandra; a.k.a. SALAZAR HERNANDEZ, Alejandrina; a.k.a. SALAZAR HERNANDEZ, Alejandra Maria; a.k.a. SALAZAR HERNANDEZ, Maria A; a.k.a. SALAZAR HERNANDEZ, Maria Alejandrina), Avenida Central 1191-35, Condominio Malaga, Colonia Parques de la Castellana, Zapopan, Jalisco, Mexico; Local 9 Zona E, Plaza Universidad, Zapopan, Jalisco, Mexico; Avenida Nayar #222, Colonia Ciudad del Sol, Zapopan, Jalisco, Mexico; Avenida Pablo Neruda #4341-E9, Colonia Villa Universitaria, Guadalajara, Jalisco, Mexico; Calle Mexico Independiente #733, Colonia Conjunto Patria, Zapopan, Jalisco, Mexico; Calle GK Chesterton #184, Zapopan, Jalisco, Mexico; Hidalgo 20 Naucalpan, Mexico City, DF, Mexico; Calle Quebec 606-B, Colonia Prados Providencia, Guadalajara, Mexico; Avenida Manuel Acuna 2929 C-6, Fraccionamiento Terranova, Guadalajara, Mexico; Calle Herrera y Cairo 2800, Local C6, Fraccionamiento Terranova, Guadalajara, Jalisco, Mexico; Calle Rinconada del Abedul #126, Colonia Rinconada Guadalupe, Zapopan, Jalisco, Mexico; Conchas Chinas Condominiums, Puerto Vallarta, Jalisco, Mexico; DOB 17 Jul 1958; POB Culiacan, Sinaloa, Mexico; Passport 140302262 (Mexico); R.F.C. SAHA580717AP6 (Mexico); C.U.R.P. SAHA580717MSLLRL07 (Mexico) (individual) [SDNTK].

HERNANDEZ SANCHEZ, Federico, Av. Yugoslavia No. 130 Colonia Palmares de Orizaba, Mexicali, Baja California, Mexico; DOB 20 Apr 1980; POB Guanajuato, Mexico; nationality Mexico; Gender Male; C.U.R.P. HESF800420HGTRND02 (Mexico) (individual) [TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

HERNANDEZ SOMERO, Urbano, C. Mision de Mulege 2993, Colonia Zona Urbana Rio Tijuana, Tijuana, Baja California, Mexico; Avenida Manuela Herrera 590, Colonia Rio Reforma CP 22000, Tijuana, Baja California, Mexico; Avenida Manuela Herrera 592, Colonia Rio Reforma CP 22000, Tijuana, Baja California, Mexico; Avenida Del Bosque 4640, Colonia Jardines de Chapultepec, Tijuana, Baja California, Mexico; C. Hermosillo, Colonia Rancho El Grande CP 22000, Tijuana, Baja California, Mexico; Pda. Mercurio, Colonia Puerta De Hierro CP 22330, Tijuana, Baja California, Mexico; Pda. Del Cobre 0, Colonia Puerto De Hierro CP 22000, Tijuana, Baja California, Mexico; c/o COMPLEJO TURISTICO OASIS, S.A. DE C.V., Rosarito, Baja California, Mexico; c/o PLAYA MAR S.A. DE C.V., Tijuana, Baja California, Mexico; c/o INMOBILIARIA LA PROVINCIA S.A. DE C.V., Tijuana, Baja California, Mexico; c/o INMOBILIARIA ESTADO 29 S.A. DE C.V., Tijuana, Baja California, Mexico; c/o INMOBILIARIA TIJUANA COSTA S.A. DE C.V., Tijuana, Baja California, Mexico; DOB 25 May 1943; POB Mexicali, Baja California, Mexico; C.U.R.P. # HESU430525HBCRMR13 (Mexico); alt. C.U.R.P. # HESU430525HBCRMR05 (Mexico); alt. C.U.R.P. # HEXU430525HBCRXR07 (Mexico); Immigration No. A38839964 (United States) (individual) [SDNTK].

HERNANDEZ ZEA, Ana Elvia, Carrera 35 No. 53-53, Bogota, Colombia; c/o INTERCONTINENTAL DE AVIACION S.A., Bogota, Colombia; c/o INTERCONTINENTAL DE FINANCIACION AEREA S.A., Bogota, Colombia; c/o GREEN ISLAND S.A., Bogota, Colombia; DOB 28 Dec 1949; POB Tibasosa, Boyaca, Colombia; Cedula No. 41503907 (Colombia); Passport AG686192 (Colombia); alt. Passport AC594144 (Colombia); alt. Passport AE591041 (Colombia) (individual) [SDNT].

HERNANDEZ ZEA, Luis Antonio (a.k.a. "EL CAPITAN"), Carrera 53 No. 35-35, Bogota, Colombia; c/o INTERCONTINENTAL DE AVIACION S.A., Bogota, Colombia; c/o AEROVIAS ATLANTICO LTDA. AEROATLANTICO LTDA., Baranquilla, Colombia; c/o ASOCIACION TURISTICA INTERNACIONAL S.C.S., Bogota, Colombia; c/o CIA CONSTRUCTORA Y COMERCIALIZADORA DEL SUR LTDA., Bogota, Colombia; c/o GREEN ISLAND S.A., Bogota, Colombia; c/o INTERCONTINENTAL DE FINANCIACION AEREA S.A., Bogota, Colombia; c/o INVERSIONES Y COMERCIALIZADORA INCOM LTDA., Cali, Colombia; c/o LARGO LEASING LTD., George Town, Cayman Islands; c/o TRANS PACIFIC WORLD LEASING LIMITED, Port Vila, Vanuatu; DOB 07 May 1960; POB Bogota, Colombia; Cedula No. 79252957 (Colombia); Passport P006320 (Colombia); alt. Passport PE022166 (Colombia) (individual) [SDNT].

HERNANDEZ, Adan (a.k.a. AMESCUA, Chuey; a.k.a. AMEZCUA CONTRERAS, Jesus; a.k.a. AMEZCUA CONTRERAS, Jose de Jesus; a.k.a. AMEZCUA, Chuy; a.k.a. AMEZCUA, Jose de Jesus); DOB 31 Jul 1964; alt. DOB 31 Jul 1964; alt. DOB 31 Jul 1965; POB Mexico (individual) [SDNTK].

HERNANDEZ, Ivan (a.k.a. HERNANDEZ DALA, Ivan; a.k.a. HERNANDEZ DALA, Ivan Rafael), Caracas, Capital District, Venezuela; DOB 18 May 1966; citizen Venezuela; Gender Male; Cedula No. 6961149 (Venezuela) (individual) [VENEZUELA].

HERO OF RUSSIA AKHMAT KADYROV REGIONAL PUBLIC FUND (a.k.a. AKHMAD KADYROV FUND; a.k.a. AKHMAT KADYROV FOUNDATION (Cyrillic: ФОНД АХМАТА КАДЫРОВА); a.k.a. REGIONAL PUBLIC FUND NAMED AFTER HERO OF RUSSIA AKHMAT HAJI KADYROV (Cyrillic: РЕГИОНАЛЬНЫЙ ОБЩЕСТВЕННЫЙ ФОНД ИМ ГЕРОЯ РОССИИ АХМАТА ХАДЖИ КАДЫРОВА); a.k.a. REGIONALNY OBSHCHESTVENNY FOND IMENI GEROYA ROSSII AKHMATA KADYROVA), d. 5 korp., ofis, ul. A.Kadyrova Gudermes, Gudermesski Raion, Chechnya 366200, Russia; Tax ID No. 2005504830 (Russia); Registration Number 1042000001713 (Russia) [GLOMAG] [RUSSIA-EO14024].

HEROIC TREASURE LIMITED, Virgin Islands, British; Organization Type: Activities of holding companies [GLOMAG] (Linked To: ZHUO, Xinrong).

HERRI BATASUNA (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. EPANASTATIKI PIRINES; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. XAKI; a.k.a. "ETA"; a.k.a. "K.A.S.") [SDGT].

HERSTEL TRADING LIMITED, Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro 96960, Marshall Islands; Organization Established Date 16 Sep 2020; Registration Number 106223 (Marshall Islands) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

HERYADI, Rudi, Bogor, West Java, Indonesia; DOB 21 Sep 1973; POB Cirebon, West Java, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport B 2315612 (Indonesia) issued 15 Nov 2015 (individual)

[SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HERZAL ALLAH, Mohamed (a.k.a. HARZALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed Falah; a.k.a. HERZALLAH, Mohammed Falah; a.k.a. HERZALLAH, Mohammed Falah Kamel; a.k.a. HERZALLAH, Muhammad; a.k.a. HIRZALLAH, Muhammad Fallah; a.k.a. HIRZALLAH, Muhammad Fallah Kamil (Arabic: محمد فلاح كمال حرزالله)), Gaza; DOB 09 Sep 1989; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 802413112 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HERZALLA EXCHANGE CO. (a.k.a. HARAZULLAH EXCHANGE AND GENERAL TRADING COMPANY LLC; a.k.a. HERZALLAH COMPANY FOR MONEY; a.k.a. HERZALLAH COMPANY FOR MONEY - EXCHANGE; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY (Arabic: شركة حرزالله للصرافة والتجارة العامة); a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY LLC (Arabic: شركة حرزالله للصرافة والتجارة العامة المساهمة الخصوصية المحدودة); a.k.a. HERZALLAH EXCHANGE COMPANY; a.k.a. HERZALLAH EXCHANGE COMPANY AND TRANSFER), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Apr 2006; Organization Type: Other monetary intermediation; Identification Number 563141746 (Palestinian) [SDGT] (Linked To: HAMAS).

HERZALLAH COMPANY FOR MONEY (a.k.a. HARAZULLAH EXCHANGE AND GENERAL TRADING COMPANY LLC; a.k.a. HERZALLA EXCHANGE CO.; a.k.a. HERZALLAH COMPANY FOR MONEY - EXCHANGE; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY (Arabic: شركة حرزالله للصرافة والتجارة العامة); a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY LLC (Arabic: شركة حرزالله للصرافة والتجارة العامة المساهمة الخصوصية المحدودة); a.k.a. HERZALLAH EXCHANGE COMPANY; a.k.a. HERZALLAH EXCHANGE COMPANY AND TRANSFER), Gaza; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Apr 2006; Organization Type: Other monetary intermediation; Identification Number 563141746 (Palestinian) [SDGT] (Linked To: HAMAS).

HERZALLAH COMPANY FOR MONEY - EXCHANGE (a.k.a. HARAZULLAH EXCHANGE AND GENERAL TRADING COMPANY LLC; a.k.a. HERZALLA EXCHANGE CO.; a.k.a. HERZALLAH COMPANY FOR MONEY; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY (Arabic: شركة حرزالله للصرافة والتجارة العامة); a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY LLC (Arabic: شركة حرزالله للصرافة والتجارة العامة المساهمة الخصوصية المحدودة); a.k.a. HERZALLAH EXCHANGE COMPANY; a.k.a. HERZALLAH EXCHANGE COMPANY AND TRANSFER), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Apr 2006; Organization Type: Other monetary intermediation; Identification Number 563141746 (Palestinian) [SDGT] (Linked To: HAMAS).

HERZALLAH EXCHANGE AND GENERAL TRADING (a.k.a. HARAZULLAH EXCHANGE AND GENERAL TRADING COMPANY LLC; a.k.a. HERZALLA EXCHANGE CO.; a.k.a. HERZALLAH COMPANY FOR MONEY; a.k.a. HERZALLAH COMPANY FOR MONEY - EXCHANGE; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY (Arabic: شركة حرزالله للصرافة والتجارة العامة); a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY LLC (Arabic: شركة حرزالله للصرافة والتجارة العامة الخصوصية المحدودة); a.k.a. HERZALLAH EXCHANGE COMPANY; a.k.a. HERZALLAH EXCHANGE COMPANY AND TRANSFER), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Apr 2006; Organization Type: Other monetary intermediation; Identification Number 563141746 (Palestinian) [SDGT] (Linked To: HAMAS).

HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY (Arabic: شركة حرزالله للصرافة والتجارة العامة (a.k.a. HARAZULLAH EXCHANGE AND GENERAL TRADING

COMPANY LLC; a.k.a. HERZALLA EXCHANGE CO.; a.k.a. HERZALLAH COMPANY FOR MONEY; a.k.a. HERZALLAH COMPANY FOR MONEY - EXCHANGE; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY LLC (Arabic: شركة حرزالله للصرافة والتجارة العامة المساهمة الخصوصية المحدودة); a.k.a. HERZALLAH EXCHANGE COMPANY; a.k.a. HERZALLAH EXCHANGE COMPANY AND TRANSFER), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Apr 2006; Organization Type: Other monetary intermediation; Identification Number 563141746 (Palestinian) [SDGT] (Linked To: HAMAS).

HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY LLC (Arabic: شركة حرزالله للصرافة والتجارة العامة المساهمة الخصوصية المحدودة) (a.k.a. HARAZULLAH EXCHANGE AND GENERAL TRADING COMPANY LLC; a.k.a. HERZALLA EXCHANGE CO.; a.k.a. HERZALLAH COMPANY FOR MONEY; a.k.a. HERZALLAH COMPANY FOR MONEY - EXCHANGE; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY (Arabic: شركة حرزالله للصرافة والتجارة العامة); a.k.a. HERZALLAH EXCHANGE COMPANY; a.k.a. HERZALLAH EXCHANGE COMPANY AND TRANSFER), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Apr 2006; Organization Type: Other monetary intermediation; Identification Number 563141746 (Palestinian) [SDGT] (Linked To: HAMAS).

HERZALLAH EXCHANGE COMPANY (a.k.a. HARAZULLAH EXCHANGE AND GENERAL TRADING COMPANY LLC; a.k.a. HERZALLA EXCHANGE CO.; a.k.a. HERZALLAH COMPANY FOR MONEY; a.k.a. HERZALLAH COMPANY FOR MONEY - EXCHANGE; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY (Arabic: شركة حرزالله للصرافة والتجارة العامة); a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY LLC (Arabic: شركة حرزالله للصرافة والتجارة العامة المساهمة الخصوصية المحدودة); a.k.a. HERZALLAH EXCHANGE COMPANY AND TRANSFER), Gaza;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Apr 2006; Organization Type: Other monetary intermediation; Identification Number 563141746 (Palestinian) [SDGT] (Linked To: HAMAS).

HERZALLAH EXCHANGE COMPANY AND TRANSFER (a.k.a. HARAZULLAH EXCHANGE AND GENERAL TRADING COMPANY LLC; a.k.a. HERZALLA EXCHANGE CO.; a.k.a. HERZALLAH COMPANY FOR MONEY; a.k.a. HERZALLAH COMPANY FOR MONEY - EXCHANGE; a.k.a. HERZALLLAH EXCHANGE AND GENERAL TRADING; a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY (Arabic: شركة حرزالله للصرافة والتجارة العامة); a.k.a. HERZALLAH EXCHANGE AND GENERAL TRADING COMPANY LLC (Arabic: شركة حرزالله للصرافة والتجارة العامة المساهمة المحدودة)(الخصوصية); a.k.a. HERZALLAH EXCHANGE COMPANY), Gaza; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 24 Apr 2006; Organization Type: Other monetary intermediation; Identification Number 563141746 (Palestinian) [SDGT] (Linked To: HAMAS).

HERZALLAH, Mohamed (a.k.a. HARZALLAH, Mohamed; a.k.a. HERZAL ALLAH, Mohamed; a.k.a. HERZALLAH, Mohammed Falah; a.k.a. HERZALLAH, Mohammed Falah Kamel; a.k.a. HERZALLAH, Muhammad; a.k.a. HIRZALLAH, Muhammad Fallah; a.k.a. HIRZALLAH, Muhammad Fallah Kamil (Arabic: محمد فلاح كمال حرزالله)), Gaza; DOB 09 Sep 1989; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 802413112 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HERZALLAH, Mohamed Falah (a.k.a. HARZALLAH, Mohamed; a.k.a. HERZAL ALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed; a.k.a. HERZALLAH, Mohammed Falah; a.k.a. HERZALLAH, Mohammed Falah Kamel; a.k.a. HERZALLAH, Muhammad; a.k.a. HIRZALLAH, Muhammad Fallah; a.k.a. HIRZALLAH, Muhammad Fallah Kamil (Arabic: محمد فلاح كمال حرزالله)), Gaza; DOB 09 Sep 1989; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 802413112 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HERZALLAH, Mohammed Falah (a.k.a. HARZALLAH, Mohamed; a.k.a. HERZAL ALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed; a.k.a. HERZALLAH, Mohammed Falah; a.k.a. HERZALLAH, Mohammed Falah Kamel; a.k.a. HERZALLAH, Muhammad; a.k.a. HIRZALLAH, Muhammad Fallah; a.k.a. HIRZALLAH, Muhammad Fallah Kamil (Arabic: محمد فلاح كمال حرزالله)), Gaza; DOB 09 Sep 1989; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 802413112 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HERZALLAH, Mohammed Falah Kamel (a.k.a. HARZALLAH, Mohamed; a.k.a. HERZAL ALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed; a.k.a. HERZALLAH, Mohammed Falah; a.k.a. HERZALLAH, Muhammad; a.k.a. HIRZALLAH, Muhammad Fallah; a.k.a. HIRZALLAH, Muhammad Fallah Kamil (Arabic: محمد فلاح كمال حرزالله)), Gaza; DOB 09 Sep 1989; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 802413112 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HERZALLAH, Muhammad (a.k.a. HARZALLAH, Mohamed; a.k.a. HERZAL ALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed; a.k.a. HERZALLAH, Mohammed Falah; a.k.a. HERZALLAH, Mohammed Falah Kamel; a.k.a. HIRZALLAH, Muhammad Fallah; a.k.a. HIRZALLAH, Muhammad Fallah Kamil (Arabic: محمد فلاح كمال حرزالله)), Gaza; DOB 09 Sep 1989; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 802413112 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HERZALLAH, Naem Kamel (a.k.a. HIRZ-ALLAH, Na'im Kamil Raghib; a.k.a. HIRZALLAH, Na'im Kamil Raghib (Arabic: نعام راغب كمال حرزالله)), Gaza; DOB 16 Sep 1966; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as

amended by Executive Order 13886; National ID No. 911395275 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HERZALLAH, Salah Kamel (a.k.a. HARAZALLAH, Salah Kamil; a.k.a. HERZALLAH, Salah Kamel Raghib; a.k.a. HIRZALLAH, Salah Kamel; a.k.a. HIRZALLAH, Salah Kamil Raghib (Arabic: صالح كمال راغب حرزالله)), Gaza; DOB 08 Jan 1960; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 911395259 (Israel); Electoral Registry No. 8105411 (Israel) (individual) [SDGT] (Linked To: HAMAS).

HERZALLAH, Salah Kamel Raghib (a.k.a. HARAZALLAH, Salah Kamil; a.k.a. HERZALLAH, Salah Kamel; a.k.a. HIRZALLAH, Salah Kamel; a.k.a. HIRZALLAH, Salah Kamil Raghib (Arabic: صالح كمال راغب حرزالله)), Gaza; DOB 08 Jan 1960; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 911395259 (Israel); Electoral Registry No. 8105411 (Israel) (individual) [SDGT] (Linked To: HAMAS).

HERZALLAH, Sameer Abdel Mueen Abed (a.k.a. HERZALLAH, Sameer Abdulmooti; a.k.a. HERZALLAH, Samer Abdulmoaien Abed; a.k.a. HERZALLAH, Samir; a.k.a. HIRZALLAH, Abd al-Mu'in 'Abd Ismail (Arabic: عبدالمعين عبد حرزالله اسماعيل); a.k.a. HIRZALLAH, Samir 'Abd Al-Mu'in 'Abd (Arabic: سمير عبدالمعين عبد حرزالله)), Gaza; DOB 11 Jun 1978; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 900511445 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HERZALLAH, Sameer Abdulmooti (a.k.a. HERZALLAH, Sameer Abdel Mueen Abed; a.k.a. HERZALLAH, Samer Abdulmoaien Abed; a.k.a. HERZALLAH, Samir; a.k.a. HIRZALLAH, Abd al-Mu'in 'Abd Ismail (Arabic: عبدالمعين عبد حرزالله اسماعيل); a.k.a. HIRZALLAH, Samir 'Abd Al-Mu'in 'Abd (Arabic: سمير عبدالمعين عبد حرزالله)), Gaza; DOB 11 Jun 1978; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 900511445 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HERZALLAH, Samer Abdulmoaien Abed (a.k.a. HERZALLAH, Sameer Abdel Mueen Abed; a.k.a. HERZALLAH, Sameer Abdulmooti; a.k.a. HERZALLAH, Samir; a.k.a. HIRZALLAH, Abd al-Mu'in 'Abd Ismail (Arabic: عبد عبدالمعين حرزالله إسماعيل); a.k.a. HIRZALLAH, Samir 'Abd Al-Mu'in 'Abd (Arabic: (سمير عبدالمعين عبد حرزالله)), Gaza; DOB 11 Jan 1978; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 900511445 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HERZALLAH, Samir (a.k.a. HERZALLAH, Sameer Abdel Mueen Abed; a.k.a. HERZALLAH, Sameer Abdulmooti; a.k.a. HERZALLAH, Samer Abdulmoaien Abed; a.k.a. HIRZALLAH, Abd al-Mu'in 'Abd Ismail (Arabic: عبدالمعين عبد إسماعيل حرزالله; a.k.a. HIRZALLAH, Samir 'Abd Al-Mu'in 'Abd (Arabic: (سمير عبدالمعين عبد حرزالله)), Gaza; DOB 11 Jan 1978; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 900511445 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HESA TRADE CENTER (a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران); a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HESA"; a.k.a. "HEVAPEIMASAZI"; a.k.a. "HTC"; a.k.a. "IAMCO"; a.k.a. "IAMI"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Esfahan - Tehran Freeway, Shahin Shahr, Esfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Esfahan, Iran; Shahih Shar Industrial Zone, Esfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

HESCO ENG & CON. CO (a.k.a. HESCO ENGINEERING & CONSTRUCTION CO; a.k.a. HESCO ENGINEERING AND CONSTRUCTION COMPANY LIMITED), Al Horani Building, Abdullah Ben Omer Street, Damascus, Syria; Suite 351, 10 Great Russell Street, London WC1B 3BQ, United Kingdom; Company Number 05527424 (United Kingdom) [SYRIA] (Linked To: HASWANI, George).

HESCO ENGINEERING & CONSTRUCTION CO (a.k.a. HESCO ENG & CON. CO; a.k.a. HESCO ENGINEERING AND CONSTRUCTION COMPANY LIMITED), Al Horani Building, Abdullah Ben Omer Street, Damascus, Syria; Suite 351, 10 Great Russell Street, London WC1B 3BQ, United Kingdom; Company Number 05527424 (United Kingdom) [SYRIA] (Linked To: HASWANI, George).

HESCO ENGINEERING AND CONSTRUCTION COMPANY LIMITED (a.k.a. HESCO ENG & CON. CO; a.k.a. HESCO ENGINEERING & CONSTRUCTION CO), Al Horani Building, Abdullah Ben Omer Street, Damascus, Syria; Suite 351, 10 Great Russell Street, London WC1B 3BQ, United Kingdom; Company Number 05527424 (United Kingdom) [SYRIA] (Linked To: HASWANI, George).

HESONG TRADING CORPORATION, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

HESSWANI, Georges (a.k.a. AL HASAWANI, George; a.k.a. HASAWANI, George; a.k.a. HASWANI, George; a.k.a. HASWANI, Jurj; a.k.a. HESWANI, George; a.k.a. HEWANI, George; a.k.a. KHESOUANI, George; a.k.a. KHESOUANI, Georges); DOB 26 Sep 1946; POB Yabrud, Syria; nationality Syria; alt. nationality Russia (individual) [SYRIA].

HESWANI, George (a.k.a. AL HASAWANI, George; a.k.a. HASAWANI, George; a.k.a. HASWANI, George; a.k.a. HASWANI, Jurj; a.k.a. HESSWANI, Georges; a.k.a. HEWANI, George; a.k.a. KHESOUANI, George); DOB 26 Sep 1946; POB Yabrud, Syria; nationality Syria; alt. nationality Russia (individual) [SYRIA].

HEWANI, George (a.k.a. AL HASAWANI, George; a.k.a. HASAWANI, George; a.k.a. HASWANI, George; a.k.a. HASWANI, Jurj; a.k.a. HESSWANI, Georges; a.k.a. HESWANI,

George; a.k.a. KHESOUANI, George; a.k.a. KHESOUANI, Georges); DOB 26 Sep 1946; POB Yabrud, Syria; nationality Syria; alt. nationality Russia (individual) [SYRIA].

HEYDARI, Kioumars (a.k.a. HEIDARI, Kiyumars (Arabic: کیومرث حیدری); Iran; DOB 1964; POB Kermanshah, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR].

HEYDARI, Mohammad Sadegh (a.k.a. HEIDARI, Mohammad Ali Mohammad Sadegh; a.k.a. MOUSA, Mohammad Sadegh Heidari (Arabic: محمد صادق حیدری موسی); a.k.a. MUSA, Mohammad Sadegh Heidari), Iran; DOB 23 Sep 1977; alt. DOB 24 Sep 1977; POB Shahrebabak, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 3149555493 (Iran) (individual) [NPWMD] [IRGC] [IFSR] (Linked To: PARAVAR PARS COMPANY).

HIAST (a.k.a. HIGHER INSTITUTE OF APPLIED SCIENCE AND TECHNOLOGY; a.k.a. INSTITUT DES SCIENCES APPLIQUEES ET DE TECHNOLOGIE; a.k.a. INSTITUT SUPERIEUR DES SCIENCES APPLIQUEES ET DE TECHNOLOGIE; a.k.a. ISAT; a.k.a. ISSAT), P.O. Box 31983, Barzeh, Damascus, Syria [NPWMD].

HIDRI TRUST, Felket Street, Asmara, Eritrea; Organization Established Date 1994 [ETHIOPIA-EO14046].

HIDROBO AMOROSO, Elvis Eduardo, Aragua, Venezuela; DOB 04 Aug 1963; POB Caracas, Venezuela; citizen Venezuela; Gender Male; Cedula No. 7659695 (Venezuela); Second Vice President of Venezuela's Constituent Assembly (individual) [VENEZUELA].

HIENG, Hing Bun (a.k.a. BUNHEANG, Hing; a.k.a. BUNHEUNG, Hing; a.k.a. HEANG, Him Bun; a.k.a. HEANG, Hing Bun), Takhmao, Cambodia; 22, St. 118, Phnom Penh, Cambodia; DOB 01 Jan 1957; POB Cambodia; Gender Male (individual) [GLOMAG].

HIERROS DE JERUSALEM S.A., Calle 16 No. 41-210 of. 801, Medellin, Colombia; NIT # 830513468-6 (Colombia) [SDNT].

HIGH NUTRITION S.R.L. (a.k.a. HIGH NUTRITION SOCIEDAD DE RESPONSABILIDAD LIMITADA), Adolfo Carranza 2216, Buenos Aires, Argentina [SDNTK].

HIGH NUTRITION SOCIEDAD DE RESPONSABILIDAD LIMITADA (a.k.a. HIGH

NUTRITION S.R.L.), Adolfo Carranza 2216, Buenos Aires, Argentina [SDNTK].

HIGH PRECISION WEAPONS JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION (a.k.a. AKTSIONERNOE OBSHCHESTVO NPO VYSOKOTOCHNYE KOMPLEKSY; a.k.a. JSC NPO HIGH PRECISION SYSTEMS (Cyrillic: АО НПО ВЫСОКОТОЧНЫЕ КОМПЛЕКСЫ); a.k.a. JSC NPO VYSOKOTOCHNYE KOMPLEKSY; a.k.a. NPO VYSOKOTOCHNYE KOMPLEKSY, AO), 21 str. 1, bulvar Gogolevski, Moscow 119019, Russia; 7 Kievskaya Str., Moscow 121059, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 12 Feb 2009; Registration ID 1097746068012 (Russia); Tax ID No. 7704721192 (Russia); Government Gazette Number 60390527 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

HIGHER INSTITUTE OF APPLIED SCIENCE AND TECHNOLOGY (a.k.a. HIAST; a.k.a. INSTITUT DES SCIENCES APPLIQUEES ET DE TECHNOLOGIE; a.k.a. INSTITUT SUPERIEUR DES SCIENCES APPLIQUEES ET DE TECHNOLOGIE; a.k.a. ISAT; a.k.a. ISSAT), P.O. Box 31983, Barzeh, Damascus, Syria [NPWMD].

HIGHLAND GOLD MINING LIMITED, 26 New Street, Helier JE2 3RA, Jersey; Organization Established Date 23 May 2002; Organization Type: Mining of other non-ferrous metal ores [RUSSIA-EO14024].

HIGHLINE LOGISTIC HK LIMITED, Unit No A222 3F Hang Fung Industrial Building Phase 2 No 2G Hok Yuen Street Hunghom, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 20 Jan 2021; C.R. No. 3013326 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

HIGHRISE PROPERTY INVESTMENTS PTY LTD, F2W1 The Paragon II, 16 Kings Road, Bedfordview, Johannesburg, Gauteng 2007, South Africa; P.O. Box 752368, Johannesburg, Gauteng 2047, South Africa; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 14 Feb 2012; V.A.T. Number 4120261039 (South Africa); Tax ID No. 9410146170 (South Africa); Commercial Registry Number 2012/027862/07 (South Africa) [SDGT] (Linked To: OXFOCENTO PROPRIETARY LTD; Linked To: DIOTRIX PROPRIETARY LTD).

HIGHTRADE FINANCE LTD, Suite 305, Griffith Corporate Centre, Kingstown, Saint Vincent and the Grenadines; Registration Number 23905 IBC 2017 (Saint Vincent and the Grenadines) [CYBER2].

HIGHTRAIL LTD, Louloupis Court, 6th Floor, Christodoulou Chatzipaylou 205, Limassol 3036, Cyprus; Organization Established Date 24 Nov 2021; Registration Number C428257 (Cyprus) [RUSSIA-EO14024] (Linked To: SERGHIDES, Demetrios).

HIGUERA GUERRERO, Gilberto (a.k.a. "EL GILILLO"); DOB 14 Apr 1968; nationality Mexico (individual) [SDNTK].

HIGUERA GUERRERO, Ismael; DOB 17 Mar 1961; POB Mexico (individual) [SDNTK].

HIGUITA PERALTA, Jose Efer, Colombia; DOB 14 May 1959; POB Corinto, Cauca, Colombia; Gender Male; Cedula No. 6460433 (Colombia) (individual) [SDNTK].

HIJAZ PROVINCE OF THE ISLAMIC STATE (a.k.a. ISIL-SAUDI ARABIA; a.k.a. ISIS IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-SAUDI ARABIA; a.k.a. MUJAHIDEEN OF THE ARABIAN PENINSULA; a.k.a. WILAYAT AL-HARAMAYN; a.k.a. "AL-HIJAZ PROVINCE"; a.k.a. "NAJD PROVINCE"; a.k.a. "PROVINCE OF THE TWO HOLY PLACES"; a.k.a. "WILAYAT NAJD"), Hijaz and Asir Provinces, Najd region, Saudi Arabia; Kuwait [SDGT].

HIJAZI, Hassan; DOB 1964; POB Quneitra, Syria; Minister of Labor (individual) [SYRIA].

HIJAZI, Kassem (a.k.a. HIJAZI, Kassem Mohamad; a.k.a. HIJAZI, Kassem Mohamed), Ciudad del Este, Paraguay; DOB 15 Sep 1972; POB Foz de Iguacu, Brazil; Gender Male; RUC # 3481074-9 (Paraguay); National ID No. 4212398/SP (Brazil) (individual) [GLOMAG].

HIJAZI, Kassem Mohamad (a.k.a. HIJAZI, Kassem; a.k.a. HIJAZI, Kassem Mohamed), Ciudad del Este, Paraguay; DOB 15 Sep 1972; POB Foz de Iguacu, Brazil; Gender Male; RUC

# 3481074-9 (Paraguay); National ID No. 4212398/SP (Brazil) (individual) [GLOMAG].

HIJAZI, Kassem Mohamed (a.k.a. HIJAZI, Kassem; a.k.a. HIJAZI, Kassem Mohamad), Ciudad del Este, Paraguay; DOB 15 Sep 1972; POB Foz de Iguacu, Brazil; Gender Male; RUC # 3481074-9 (Paraguay); National ID No. 4212398/SP (Brazil) (individual) [GLOMAG].

HIJAZI, Khalil Ahmad, Ciudad del Este, Paraguay; DOB 22 Aug 1961; POB Paraguay; nationality Paraguay; Gender Male; RUC # 1112312-5 (Paraguay) (individual) [GLOMAG] (Linked To: HIJAZI, Kassem Mohamad).

HIJAZI, Mohamad Hussein (Arabic: محمد حسين حجازي) (a.k.a. HEJAZI, Mohammed; a.k.a. HIJAZI, Muhammad Husayn), Villa No. 1,251/9A Street, Al Mardaf, Dubai, United Arab Emirates; Abo Ghaleb Hamdan Building, Saint Therese Street, Hadath, Beirut, Lebanon; DOB 10 Oct 1974; POB Monrovia, Liberia; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2006465 (Lebanon) expires 22 Feb 2031; Identification Number 2712653 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

HIJAZI, Muhammad Husayn (a.k.a. HEJAZI, Mohammed; a.k.a. HIJAZI, Mohamad Hussein (Arabic: محمد حسين حجازي)), Villa No. 1,251/9A Street, Al Mardaf, Dubai, United Arab Emirates; Abo Ghaleb Hamdan Building, Saint Therese Street, Hadath, Beirut, Lebanon; DOB 10 Oct 1974; POB Monrovia, Liberia; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2006465 (Lebanon) expires 22 Feb 2031; Identification Number 2712653 (Lebanon) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

HIJAZI, Raed M (a.k.a. AL-AMRIKI, Abu-Ahmad; a.k.a. AL-HAWEN, Abu-Ahmad; a.k.a. AL-MAGHRIBI, Rashid; a.k.a. AL-SHAHID, Abu-Ahmad; a.k.a. HIJAZI, Riad), Jordan; DOB 1968; POB California, USA; SSN 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 (United States) (individual) [SDGT].

HIJAZI, Riad (a.k.a. AL-AMRIKI, Abu-Ahmad; a.k.a. AL-HAWEN, Abu-Ahmad; a.k.a. AL-MAGHRIBI, Rashid; a.k.a. AL-SHAHID, Abu-Ahmad; a.k.a. HIJAZI, Raed M), Jordan; DOB 1968; POB California, USA; SSN 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 (United States) (individual) [SDGT].

HIJAZI, Samir (a.k.a. AL-SURI, Faruq; a.k.a. HIJAZI, Samir 'Abd al-Latif; a.k.a. "AL-'ASKARI,

Abu Hammam"; a.k.a. "AL-SHAMI, Abu Hammam"; a.k.a. "AL-SHAMI, Abu Humam"), Syria; DOB 1977; POB Damascus, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HURRAS AL-DIN).

HIJAZI, Samir 'Abd al-Latif (a.k.a. AL-SURI, Faruq; a.k.a. HIJAZI, Samir; a.k.a. "AL-'ASKARI, Abu Hammam"; a.k.a. "AL-SHAMI, Abu Hammam"; a.k.a. "AL-SHAMI, Abu Humam"), Syria; DOB 1977; POB Damascus, Syria; nationality Syria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: HURRAS AL-DIN).

HIJAZI, Umar, Syria; DOB 01 Jun 1962; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

HIKMETYAR, Golboddin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HEKMETYAR, Gulbudin; a.k.a. KHEKMATIYAR, Gulbuddin), Iran; DOB 01 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT].

HILAL AHMAR SOCIETY INDONESIA (a.k.a. HILAL AHMAR SOCIETY OF INDONESIA; a.k.a. INDONESIA HILAL AHMAR SOCIETY FOR SYRIA; a.k.a. YAYASAN HILAL AHMAR), Lampung, Indonesia; Jakarta, Indonesia; Semarang, Indonesia; Yogyakarta, Indonesia; Solo, Indonesia; Surabaya, Indonesia; Makassar, Indonesia [SDGT].

HILAL AHMAR SOCIETY OF INDONESIA (a.k.a. HILAL AHMAR SOCIETY INDONESIA; a.k.a. INDONESIA HILAL AHMAR SOCIETY FOR SYRIA; a.k.a. YAYASAN HILAL AHMAR), Lampung, Indonesia; Jakarta, Indonesia; Semarang, Indonesia; Yogyakarta, Indonesia; Solo, Indonesia; Surabaya, Indonesia; Makassar, Indonesia [SDGT].

HILAL TRAVEL AGENCY (a.k.a. HILAL TRAVEL C.A.; a.k.a. KANAAN TRAVEL), Avenida Baralt, Esquina Maderero, Edificio Santa Isabel, Caracas, Venezuela; Avenida Baralt, Esquina Maderero, Edificio Santa Isabel, PB, Local 1, Caracas, Venezuela; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions

Regulations; Business Registration Document # 80074366 (Venezuela) [SDGT].

HILAL TRAVEL C.A. (a.k.a. HILAL TRAVEL AGENCY; a.k.a. KANAAN TRAVEL), Avenida Baralt, Esquina Maderero, Edificio Santa Isabel, Caracas, Venezuela; Avenida Baralt, Esquina Maderero, Edificio Santa Isabel, PB, Local 1, Caracas, Venezuela; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Business Registration Document # 80074366 (Venezuela) [SDGT].

HILAL, Moussa (a.k.a. HILAL, Musa); DOB circa 1960; POB Kutum, North Darfur, Sudan; Sheikh and Paramount Chief of the Jalul Tribe in North Darfur (individual) [DARFUR].

HILAL, Musa (a.k.a. HILAL, Moussa); DOB circa 1960; POB Kutum, North Darfur, Sudan; Sheikh and Paramount Chief of the Jalul Tribe in North Darfur (individual) [DARFUR].

HILALI, Muhammad Jalal, Syria; DOB 10 Nov 1960; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

HILEL, Mounir (a.k.a. HELAL, Mounir Ben Dhaou Ben Brahim Ben; a.k.a. HELEL, Mounir; a.k.a. "AL-TUNISI, Abu Maryam"; a.k.a. "IBRAHIM, Munir Bin Du Bin"; a.k.a. "RAHMAH, Abu"); DOB 10 May 1983; POB Ben Guerdane, Tunisia; Gender Male (individual) [SDGT].

HI-LOW PROPERTIES LTD., The Business Centre, Valley Road, Msida MSD 9060, Malta; D-U-N-S Number 52-024-2258; Trade License No. C 38094 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

HILOWLE, Abdiaziz Yusuf Dini (a.k.a. DIINI, Abdiaziz Yuusuf; a.k.a. DINI, Abdulaziz Youssouf; a.k.a. DINI, Abdulaziz Yusuf; a.k.a. DINI, Cabdicasiis Yusuf; a.k.a. DINI, Faysal Yusuf; a.k.a. DINI, Feisal Yussuf; a.k.a. DINI, Feyself Yusuf; a.k.a. HILOWLE, Cabdicasis Yusuf Diini), Madena Estate, House #4, South C, Nairobi, Kenya; Djibouti; DOB 01 Jan 1971; POB Galkayo, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 19RF00115 (Djibouti) expires 13 Nov 2022 (individual) [SDGT] (Linked To: AL-SHABAAB).

HILOWLE, Cabdicasis Yusuf Diini (a.k.a. DIINI, Abdiaziz Yuusuf; a.k.a. DINI, Abdulaziz Youssouf; a.k.a. DINI, Abdulaziz Yusuf; a.k.a. DINI, Cabdicasiis Yusuf; a.k.a. DINI, Faysal Yusuf; a.k.a. DINI, Feisal Yussuf; a.k.a. DINI, Feyself Yusuf; a.k.a. HILOWLE, Abdiaziz Yusuf

Dini), Madena Estate, House #4, South C, Nairobi, Kenya; Djibouti; DOB 01 Jan 1971; POB Galkayo, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 19RF00115 (Djibouti) expires 13 Nov 2022 (individual) [SDGT] (Linked To: AL-SHABAAB).

HILOWLE, Omar Sheikh Ali, Uganda; DOB 1981; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P00238720 (Somalia); Tax ID No. 1010041103 (Somalia) (individual) [SDGT] (Linked To: AL-SHABAAB).

HIMICH, Abdelilah (a.k.a. "Abou Souleiman al-Firansi"; a.k.a. "Abu Souleymane"; a.k.a. "Abu Souleymane al-Faransi"; a.k.a. "Abu Souleymane the Frenchman"; a.k.a. "Abu Sulaiyman"; a.k.a. "Abu Sulaiyman al Fransi"; a.k.a. "Abu Sulayman al-Faransi"; a.k.a. "Abu Suleiman"; a.k.a. "Abu Suleyman"; a.k.a. "Abu Suleyman al-Faransi"; a.k.a. "Abu Suleyman al-Firansi"), al Bab, Syria; DOB Nov 1989; POB Morocco; nationality France (individual) [SDGT].

HIMSI, Muhammad Riyad, Syria; DOB 08 Nov 1957; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

HIR, Musa Abdul (a.k.a. HIR, Zulkifli Abdul; a.k.a. HIR, Zulkifli Bin Abdul; a.k.a. ZULKIFLI, Abdul Hir bin; a.k.a. ZULKIFLI, Bin Abdul Hir; a.k.a. "MUSA ABDUL"); DOB 05 Jan 1966; alt. DOB 05 Oct 1966; POB Malaysia (individual) [SDGT].

HIR, Zulkifli Abdul (a.k.a. HIR, Musa Abdul; a.k.a. HIR, Zulkifli Bin Abdul; a.k.a. ZULKIFLI, Abdul Hir bin; a.k.a. ZULKIFLI, Bin Abdul Hir; a.k.a. "MUSA ABDUL"); DOB 05 Jan 1966; alt. DOB 05 Oct 1966; POB Malaysia (individual) [SDGT].

HIR, Zulkifli Bin Abdul (a.k.a. HIR, Musa Abdul; a.k.a. HIR, Zulkifli Abdul; a.k.a. ZULKIFLI, Abdul Hir bin; a.k.a. ZULKIFLI, Bin Abdul Hir; a.k.a. "MUSA ABDUL"); DOB 05 Jan 1966; alt. DOB 05 Oct 1966; POB Malaysia (individual) [SDGT].

HIREY, Mohamed Abdullah, Jilib, Middle Juba, Somalia; Kamsuuma, Lower Juba, Somalia; DOB 1954; alt. DOB 1955; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

HIRMAND SHIPPING COMPANY LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary

Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HIRZALLAH, Abd al-Mu'in 'Abd Ismail (Arabic: عبدالمعين عبد إسماعيل حرزالله) (a.k.a. HERZALLAH, Sameer Abdel Mueen Abed; a.k.a. HERZALLAH, Sameer Abdulmooti; a.k.a. HERZALLAH, Samer Abdulmoaien Abed; a.k.a. HERZALLAH, Samir, a.k.a. HIRZALLAH, Samir 'Abd Al-Mu'in 'Abd (Arabic: سمير عبدالمعين عبد حرزالله)), Gaza; DOB 11 Jan 1978; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 900511445 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HIRZALLAH, Muhammad Fallah (a.k.a. HARZALLAH, Mohamed; a.k.a. HERZAL ALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed Falah; a.k.a. HERZALLAH, Mohammed Falah; a.k.a. HERZALLAH, Mohammed Falah Kamel; a.k.a. HERZALLAH, Muhammad; a.k.a. HIRZALLAH, Muhammad Fallah Kamil (Arabic: محمد فلاح كمال حرزالله), Gaza; DOB 09 Sep 1989; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 802413112 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HIRZALLAH, Muhammad Fallah Kamil (Arabic: محمد فلاح كمال حرزالله) (a.k.a. HARZALLAH, Mohamed; a.k.a. HERZAL ALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed; a.k.a. HERZALLAH, Mohamed Falah; a.k.a. HERZALLAH, Mohammed Falah; a.k.a. HERZALLAH, Mohammed Falah Kamel; a.k.a. HERZALLAH, Muhammad; a.k.a. HIRZALLAH, Muhammad Fallah), Gaza; DOB 09 Sep 1989; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 802413112 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HIRZ-ALLAH, Na'im Kamil Raghib (a.k.a. HERZALLAH, Naem Kamel; a.k.a. HIRZALLAH, Na'im Kamil Raghib (Arabic: نعام كمال راغب حرزالله)), Gaza; DOB 16 Sep 1966; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National

ID No. 911395275 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HIRZALLAH, Na'im Kamil Raghib (Arabic: نعام كمال راغب حرزالله) (a.k.a. HERZALLAH, Naem Kamel; a.k.a. HIRZ-ALLAH, Na'im Kamil Raghib), Gaza; DOB 16 Sep 1966; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 911395275 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HIRZALLAH, Salah Kamil (a.k.a. HARAZALLAH, Salah Kamil; a.k.a. HERZALLAH, Salah Kamel; a.k.a. HERZALLAH, Salah Kamel Raghib; a.k.a. HIRZALLAH, Salah Kamil Raghib (Arabic: صالح كمال راغب حرزالله)), Gaza; DOB 08 Jan 1960; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 911395259 (Israel); Electoral Registry No. 8105411 (Israel) (individual) [SDGT] (Linked To: HAMAS).

HIRZALLAH, Salah Kamil Raghib (Arabic: صالح كمال راغب حرزالله) (a.k.a. HARAZALLAH, Salah Kamil; a.k.a. HERZALLAH, Salah Kamel; a.k.a. HERZALLAH, Salah Kamel Raghib; a.k.a. HIRZALLAH, Salah Kamil), Gaza; DOB 08 Jan 1960; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 911395259 (Israel); Electoral Registry No. 8105411 (Israel) (individual) [SDGT] (Linked To: HAMAS).

HIRZALLAH, Samir 'Abd Al-Mu'in 'Abd (Arabic: سمير عبدالمعين عبد حرزالله) (a.k.a. HERZALLAH, Sameer Abdel Mueen Abed; a.k.a. HERZALLAH, Sameer Abdulmooti; a.k.a. HERZALLAH, Samer Abdulmoaien Abed; a.k.a. HERZALLAH, Samir; a.k.a. HIRZALLAH, Abd al-Mu'in 'Abd Ismail (Arabic: عبدالمعين عبد إسماعيل حرزالله)), Gaza; DOB 11 Jan 1978; POB Gaza Strip; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 900511445 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HIRZALLAH, Thafir (a.k.a. HIRZALLAH, Thair Abd Al Raziq Shukri (Arabic: ثاثر عبدالرازق شكري حرزالله); a.k.a. HIRZALLAH, Thair Abd Al Razzaq Shukri; a.k.a. HIRZALLAH, Tha'ir 'Abd-al-Raziq Shukri), Gaza; DOB 14 Oct 1973; POB Israel; nationality Israel; Gender Male;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2001052383 (Israel); Electoral Registry No. 7602061 (Israel); Identification Number 700154933 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HIRZALLAH, Thair Abd Al Raziq Shukri (Arabic: ثاثر عبدالرازق شكري حرزالله) (a.k.a. HIRZALLAH, Thafir; a.k.a. HIRZALLAH, Thair Abd Al Razzaq Shukri; a.k.a. HIRZALLAH, Tha'ir 'Abd-al-Raziq Shukri), Gaza; DOB 14 Oct 1973; POB Israel; nationality Israel; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2001052383 (Israel); Electoral Registry No. 7602061 (Israel); Identification Number 700154933 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HIRZALLAH, Thair Abd Al Razzaq Shukri (a.k.a. HIRZALLAH, Thafir; a.k.a. HIRZALLAH, Thair Abd Al Raziq Shukri (Arabic: ثاثر عبدالرازق شكري حرزالله); a.k.a. HIRZALLAH, Tha'ir 'Abd-al-Raziq Shukri), Gaza; DOB 14 Oct 1973; POB Israel; nationality Israel; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2001052383 (Israel); Electoral Registry No. 7602061 (Israel); Identification Number 700154933 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HIRZALLAH, Tha'ir 'Abd-al-Raziq Shukri (a.k.a. HIRZALLAH, Thafir; a.k.a. HIRZALLAH, Thair Abd Al Raziq Shukri (Arabic: ثاثر عبدالرازق شكري حرزالله); a.k.a. HIRZALLAH, Thair Abd Al Razzaq Shukri), Gaza; DOB 14 Oct 1973; POB Israel; nationality Israel; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 2001052383 (Israel); Electoral Registry No. 7602061 (Israel); Identification Number 700154933 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

HISB'UL SHABAAB (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HIZBUL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN

YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SDGT] [SOMALIA].

HISHAM, Badran al-Turki (a.k.a. AL MAZIDIH, Badran Turki Hishan; a.k.a. AL MEZIDI, Badran Turki Hishan; a.k.a. AL-MAZIDIH, Badran Turki al-Hishan; a.k.a. AL-SHA'BANI, Badran Turki Hisham al-Mazidih; a.k.a. AL-TURKI, Badran; a.k.a. HISHAN, Badran Turki; a.k.a. SHALASH, Badran Turki Hayshan; a.k.a. "ABU 'ABDALLAH"; a.k.a. "ABU ABDULLAH"; a.k.a. "ABU 'AZZAM"; a.k.a. "ABU GHADIYAH"), Zabadani, Syria; DOB 1977; alt. DOB 1978; alt. DOB 1979; POB Mosul, Iraq (individual) [SDGT].

HISHAN, Badran Turki (a.k.a. AL MAZIDIH, Badran Turki Hishan; a.k.a. AL MEZIDI, Badran Turki Hishan; a.k.a. AL-MAZIDIH, Badran Turki al-Hishan; a.k.a. AL-SHA'BANI, Badran Turki Hisham al-Mazidih; a.k.a. AL-TURKI, Badran; a.k.a. HISHAM, Badran al-Turki; a.k.a. SHALASH, Badran Turki Hayshan; a.k.a. "ABU 'ABDALLAH"; a.k.a. "ABU ABDULLAH"; a.k.a. "ABU 'AZZAM"; a.k.a. "ABU GHADIYAH"), Zabadani, Syria; DOB 1977; alt. DOB 1978; alt. DOB 1979; POB Mosul, Iraq (individual) [SDGT].

HISHAN, Ghazy Fezzaa (a.k.a. AL MAZIDIH, Ghazy Fezza Hishan; a.k.a. "ABU FAYSAL"; a.k.a. "ABU GHAZZY"; a.k.a. "SHLASH, Mushari Abd Aziz Saleh"), Zabadani, Syria; DOB 1974; alt. DOB 1975 (individual) [SDGT].

HISHMAH, Ahmad al KHATIB, Ahmad; a.k.a. AL-KHATIB, Ahmad; a.k.a. EL KHATIB, Ahmad), Sao Paulo, Brazil; DOB 03 Jul 1969; alt. DOB 03 Jul 1967; POB Majdal Anjar, Lebanon; nationality Egypt; alt. nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL0554365 (Lebanon) issued 20 Mar 2011 expires 29 Mar 2016; Tax ID No. 234.904.268-51 (Brazil) (individual) [SDGT].

HISSEIN, Abdoulaye (a.k.a. ABDOULAYE, Hissene; a.k.a. ABDOULAYE, Issene; a.k.a. HISSENE, Abdoulaye; a.k.a. ISSENE, Abdoulaye (Latin: ISSÈNE, Abdoulaye); a.k.a. RAMADANE, Abdoulaye Issene (Latin: RAMADANE, Abdoulaye Issène)), KM5, Bangui, Central African Republic; Ndele,

Bamingui-Bangoran Prefecture, Central African Republic; DOB 1967; POB Ndele, Bamingui-Bangoran Prefecture, Central African Republic; nationality Central African Republic; Gender Male; Passport D00000897 (Central African Republic) issued 05 Apr 2013 expires 04 Apr 2018 (individual) [CAR].

HISSENE, Abdoulaye (a.k.a. ABDOULAYE, Hissene; a.k.a. ABDOULAYE, Issene; a.k.a. HISSEIN, Abdoulaye; a.k.a. ISSENE, Abdoulaye (Latin: ISSÈNE, Abdoulaye); a.k.a. RAMADANE, Abdoulaye Issene (Latin: RAMADANE, Abdoulaye Issène)), KM5, Bangui, Central African Republic; Ndele, Bamingui-Bangoran Prefecture, Central African Republic; DOB 1967; POB Ndele, Bamingui-Bangoran Prefecture, Central African Republic; nationality Central African Republic; Gender Male; Passport D00000897 (Central African Republic) issued 05 Apr 2013 expires 04 Apr 2018 (individual) [CAR].

HITAL EXCHANGE (a.k.a. SARAFI SEYYED MOHAMMAD REZA ALE ALI AND PARTNERS; a.k.a. SEYYED MOHAMMAD REZA ALE ALI CURRENCY EXCHANGE), No. 2486, Tolu Shopping Center, Vali Asr Street, Tavanir Street, Tehran 1434853851, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005467510 (Iran); Registration Number 483939 (Iran) [SDGT] [IFSR] (Linked To: ALE ALI, Mohammad Reza).

HI-TECH KONEISTO INTERNATIONAL OY, Hirsalantie 11, Jorvas 02420, Finland; Organization Established Date 21 Jul 2021; V.A.T. Number FI32114731 (Finland); Identification Number 3211473-1 (Finland) [RUSSIA-EO14024] (Linked To: DREMOVA, Evgenia).

HITTA, Asidan Ag (a.k.a. HITTA, Sidan Ag; a.k.a. HITTA, Siddan Ag; a.k.a. "ABU 'ABD AL-HAKIM"; a.k.a. "Abu Abdelhakim al-Kidali"; a.k.a. "Abu Qarwani"; a.k.a. "AL-QAYRAWANI, Abd-al-Hakim"), Kidal Region, Mali; DOB 1976; POB Kidal, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

HITTA, Sidan Ag (a.k.a. HITTA, Asidan Ag; a.k.a. HITTA, Siddan Ag; a.k.a. "ABU 'ABD AL-HAKIM"; a.k.a. "Abu Abdelhakim al-Kidali"; a.k.a. "Abu Qarwani"; a.k.a. "AL-QAYRAWANI, Abd-al-Hakim"), Kidal Region, Mali; DOB 1976; POB Kidal, Mali; nationality Mali; Gender Male;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

HITTA, Siddan Ag (a.k.a. HITTA, Asidan Ag; a.k.a. HITTA, Sidan Ag; a.k.a. "ABU 'ABD AL-HAKIM"; a.k.a. "Abu Abdelhakim al-Kidali"; a.k.a. "Abu Qarwani"; a.k.a. "AL-QAYRAWANI, Abd-al-Hakim"), Kidal Region, Mali; DOB 1976; POB Kidal, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

HIYAT ORAZ AL ISLAMIYA (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in

University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

HIYATULLAH, Haji (a.k.a. HAYAATULLAH, Haji; a.k.a. HAYATOLLAH, Haji; a.k.a. HAYATULLAH, Haji; a.k.a. MUHAMMAD, Hayat Ullah Ghulam), Saeedabad, Pagi Road, Peshawar, Pakistan; Saeedabad, Pachagi Road, Peshawar, Pakistan; DOB 1957 to 1959; POB Nangalam Village, Dar-e-Pech, Kunar, Afghanistan; Gender Male; Passport TR030544 (Afghanistan); alt. Passport TR035506 (Afghanistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: LASHKAR E-TAYYIBA; Linked To: TALIBAN; Linked To: ISIL KHORASAN; Linked To: AL QA'IDA; Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HIZBALLAH (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [FTO] [SDGT] [SYRIA].

HIZBALLAH BRIGADES (a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB HEZBOLLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'ABAS"; a.k.a.

"KATIBAT ZAYD EBIN ALI"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; www.alesebm.com [FTO] [SDGT] [IRAQ3].

HIZBALLAH BRIGADES IN IRAQ (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB HEZBOLLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'ABAS"; a.k.a. "KATIBAT ZAYD EBIN ALI"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; www.alesebm.com [FTO] [SDGT] [IRAQ3].

HIZBALLAH BRIGADES-IRAQ (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB HEZBOLLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'ABAS"; a.k.a. "KATIBAT ZAYD EBIN ALI"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; www.alesebm.com [FTO] [SDGT] [IRAQ3].

HIZBALLAH ESO (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [FTO] [SDGT] [SYRIA].

HIZBALLAH INTERNATIONAL (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [FTO] [SDGT] [SYRIA].

HIZBALLAH MARTYRS FOUNDATION (a.k.a. AL-MUA'ASSAT AL-SHAHID; a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION; a.k.a. AL-SHAHID FOUNDATION; a.k.a. AL-SHAHID ORGANIZATION; a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNDATION; a.k.a. LEBANESE MARTYR ASSOCIATION; a.k.a. LEBANESE MARTYR FOUNDATION; a.k.a. MARTYRS FOUNDATION IN LEBANON; a.k.a. MARTYRS INSTITUTE), P.O. Box 110 24, Bir al-Abed, Beirut, Lebanon; Biqa' Valley, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

HIZBUL MUJAHIDEEN (a.k.a. HIZB-UL-MUJAHIDEEN; a.k.a. "HM"), Pakistan [FTO] [SDGT].

HIZBUL SHABAAB (a.k.a. AL-SHABAAB; a.k.a. AL-SHABAAB AL-ISLAAM; a.k.a. AL-SHABAAB AL-ISLAMIYA; a.k.a. AL-SHABAAB AL-JIHAAD; a.k.a. AL-SHABAB; a.k.a. HARAKAT AL-SHABAAB AL-MUJAAHIDIIN; a.k.a. HARAKAT SHABAB AL-MUJAHIDIN; a.k.a. HARAKATUL-SHABAAB AL MUJAAHIDIIN; a.k.a. HISB'UL SHABAAB; a.k.a. MUJAAHIDIIN YOUTH MOVEMENT; a.k.a. MUJAHIDEEN YOUTH MOVEMENT; a.k.a. MUJAHIDIN AL-SHABAAB MOVEMENT; a.k.a. MUJAHIDIN

YOUTH MOVEMENT; a.k.a. PUMWANI ISLAMIST MUSLIM YOUTH CENTER; a.k.a. PUMWANI MUSLIM YOUTH; a.k.a. SHABAAB; a.k.a. "AL HIJRA"; a.k.a. "AL-HIJRA"; a.k.a. "MUSLIM YOUTH CENTER"; a.k.a. "MYC"; a.k.a. "MYM"; a.k.a. "THE UNITY OF ISLAMIC YOUTH"; a.k.a. "THE YOUTH"; a.k.a. "YOUTH WING"), Somalia [FTO] [SDGT] [SOMALIA].

HIZB-UL-MUJAHIDEEN (a.k.a. HIZBUL MUJAHIDEEN (a.k.a. "HM"), Pakistan [FTO] [SDGT].

HJ BANNISTER CONSTRUCTION CC, 38 Cunningham Rd, Umbilo, Durban, KwaZulu-Natal 4001, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Jul 1989; Tax ID No. 9126178202 (South Africa); Trade License No. 1989/023376/23 (South Africa); Enterprise Number B1989023376 (South Africa) [SDGT] (Linked To: AKBAR, Nufael; Linked To: AKBAR, Yunus Mohamad).

HK HENGBANGWEI ELECTRONICS LIMITED (Chinese Traditional: 香港恆邦微電子有限公司), Room 2, 21F, Hip Kwan Commercial Building, 38 Pitt Street, Yau Ma Tei, Kowloon, Hong Kong, China (Chinese Traditional: 協群商業大廈1樓02室, 油麻地碧街38號, 九龍, 香港, China); Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 13 Jun 2022; Company Number 3162098 (Hong Kong) [RUSSIA-EO14024].

HK SIHAI YINGTONG INDUSTRY CO., LIMITED (f.k.a. TROPICAL RAIN FOREST LOGISTICS CO., LIMITED), Des Voeux Road Central, Central and Western District, Hong Kong, China; Organization Established Date 17 Oct 2016; C.R. No. 2438373 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

HK SIHANG HAOCHEN TRADING LIMITED (Chinese Traditional: 香港思航皓宸貿易有限公司), 12th Floor San Toi Building 137-139, Connaught Road, Central Hong Kong, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 03 Jan 2022;

Commercial Registry Number 3117975 (Hong Kong) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

HKIM, Aik Hsam (a.k.a. APHICHART, Cheewinprapasi; f.k.a. HAI HSING, Sae Wei; a.k.a. SOONTHRON, Cheewinprapasri; a.k.a. SUNTHORN, Chiwinpraphasi; a.k.a. WEI, Hsueh Lung; a.k.a. "CHAIRMAN KEUN"; a.k.a. "KEUN DONG"; a.k.a. "KEUN SEU CHANG"; a.k.a. "TI JUNG"; a.k.a. "WEI HSUEH LUNG"), c/o DEHONG THAILONG HOTEL CO., LTD., Yunnan Province, China; Pang Poi, Shan, Burma; Na Lot, Shan, Burma; 409/4, Soi Wachiratham Sathit 34, Khwaeng Bang Chak, Khet Phra Khanong, Bangkok, Thailand; DOB 1936; POB Chiang Rai, Thailand; Passport B265235 (Thailand); National Foreign ID Number 5570700010951 (Thailand) (individual) [SDNTK].

HLA, Aung (a.k.a. "AH BANG"; a.k.a. "AH PANG"; a.k.a. "HLA AUNG"), c/o YANGON AIRWAYS COMPANY LIMITED, Rangoon, Burma; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7, Corner of Inya Road & Oo Yin Street, Ward. 10, Kamayut, Yangon, Burma; Passport 706634 (Burma); alt. Passport 497797 (Burma) (individual) [SDNTK].

HLA, Daw Kyu Kyu (a.k.a. HLA, Kyu Kyu), Naypyitaw, Burma; DOB 13 Apr 1954; nationality Burma; Gender Female; National ID No. 12SAKANAN020151 (Burma) (individual) [BURMA-EO14014].

HLA, Kyu Kyu (a.k.a. HLA, Daw Kyu Kyu), Naypyitaw, Burma; DOB 13 Apr 1954; nationality Burma; Gender Female; National ID No. 12SAKANAN020151 (Burma) (individual) [BURMA-EO14014].

HLAING, Chit (a.k.a. HLAING, U Chit; a.k.a. NAING, Chit; a.k.a. NAING, U Chit; a.k.a. NYAR, Sate Pyin), Burma; DOB Dec 1948; POB Kyee Nee Village, Chauk Township, Burma; nationality Burma; citizen Burma; Gender Male; Minister for Information (individual) [BURMA-EO14014].

HLAING, Khin, Burma; DOB 02 May 1968; Gender Male (individual) [GLOMAG].

HLAING, Ko Ko (a.k.a. HLAING, U Ko Ko), 3, IPRD Wing, East Shwegonedine Road, Bahan, Burma; DOB 24 Oct 1956; POB Myinmu, Burma; nationality Burma; citizen Burma; Gender Male; Passport OM003624 (Burma) issued 06 Sep 2011 expires 05 Sep 2016; National ID No. 8MAKANANG014283 (Burma);

Minister for International Cooperation (individual) [BURMA-EO14014].

HLAING, Min Aung, Burma; DOB 03 Jul 1956; POB Dawei, Burma; Gender Male (individual) [GLOMAG] [BURMA-EO14014].

HLAING, Than, Burma; DOB 1965; Gender Male; Deputy Minister for Home Affairs and Chief of Burma Police Force (individual) [BURMA-EO14014].

HLAING, U Chit (a.k.a. HLAING, Chit; a.k.a. NAING, Chit; a.k.a. NAING, U Chit; a.k.a. NYAR, Sate Pyin), Burma; DOB Dec 1948; POB Kyee Nee Village, Chauk Township, Burma; nationality Burma; citizen Burma; Gender Male; Minister for Information (individual) [BURMA-EO14014].

HLAING, U Ko Ko (a.k.a. HLAING, Ko Ko), 3, IPRD Wing, East Shwegonedine Road, Bahan, Burma; DOB 24 Oct 1956; POB Myinmu, Burma; nationality Burma; citizen Burma; Gender Male; Passport OM003624 (Burma) issued 06 Sep 2011 expires 05 Sep 2016; National ID No. 8MAKANANG014283 (Burma); Minister for International Cooperation (individual) [BURMA-EO14014].

HMODAT, Mackie (a.k.a. AL-HAMADAT, General Maki; a.k.a. HAMUDAT, General Maki Mustafa; a.k.a. HAMUDAT, Maki; a.k.a. MUSTAFA, Macki Hamoudat), Mosul, Iraq; DOB circa 1934; nationality Iraq (individual) [IRAQ2].

HMS GROUP JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO GRUPPA GMS; f.k.a. GRUPPA GMS OAO; f.k.a. INVESTITSIONNO PROMYSHLENNAYA GRUPPA GIDRAVLICHESKIE MASHINY I SISTEMY OOO; a.k.a. JOINT STOCK COMPANY HMS GROUP), Ul. Chayanova D. 7, Moscow 125047, Russia; Organization Established Date 02 Mar 2004; Registration ID 5087746036483 (Russia); Tax ID No. 7708678325 (Russia); Government Gazette Number 72718329 (Russia) [RUSSIA-EO14024].

HO, Chun Ting (a.k.a. HAW, Aik; a.k.a. HEIN, Aung; a.k.a. HO, Chung Ting; a.k.a. HO, Hsiao; a.k.a. HOE, Aik; a.k.a. TE, Ho Chun; a.k.a. TIEN, Ho Chun; a.k.a. WIN, Aung; a.k.a. "AIK HAW"; a.k.a. "HO CHUN TING"; a.k.a. "HO, Aik"; a.k.a. "HSIO HO"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG

MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma); National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No. 272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

HO, Chung Ting (a.k.a. HAW, Aik; a.k.a. HEIN, Aung; a.k.a. HO, Chun Ting; a.k.a. HO, Hsiao; a.k.a. HOE, Aik; a.k.a. TE, Ho Chun; a.k.a. TIEN, Ho Chun; a.k.a. WIN, Aung; a.k.a. "AIK HAW"; a.k.a. "HO CHUN TING"; a.k.a. "HO, Aik"; a.k.a. "HSIO HO"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma); National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No. 272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

HO, Hsiao (a.k.a. HAW, Aik; a.k.a. HEIN, Aung; a.k.a. HO, Chun Ting; a.k.a. HO, Chung Ting;

a.k.a. HOE, Aik; a.k.a. TE, Ho Chun; a.k.a. TIEN, Ho Chun; a.k.a. WIN, Aung; a.k.a. "AIK HAW"; a.k.a. "HO CHUN TING"; a.k.a. "HO, Aik"; a.k.a. "HSIO HO"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma); National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No. 272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

HO, Yong Il (a.k.a. HO', Yo'ng-il), Dandong, China; DOB 09 Sep 1968; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

HO', Yo'ng-il (a.k.a. HO, Yong Il), Dandong, China; DOB 09 Sep 1968; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

HOAYEK, Marianne (Arabic: ماريان حويك) (a.k.a. ANDRIANOPOULOS, Marianne Alexandros; a.k.a. HOUWAYEK, Marianne Hamid; a.k.a. HOYEK, Marianne Hamid Gebrayel), Beirut, Lebanon; DOB 14 May 1980; POB Faytroun, Lebanon; nationality Lebanon; Gender Female; Passport RL3598301 (Lebanon) expires 11 Feb 2021; alt. Passport LR1934306 (Lebanon)

expires 11 Nov 2030; National ID No. 000040732326 (Lebanon) (individual) [LEBANON].

HOCINE, Seif Allah Ben (a.k.a. AAYADH, Abou; a.k.a. HASSAYN, Sayf Allah 'Umar bin; a.k.a. HASSINE, Saifallah Ben; a.k.a. HASSINE, Seifallah Ben; a.k.a. HUSSAYN, Sayf Allah bin; a.k.a. "AL-TUNISI, Abu Ayyad"; a.k.a. "AL-TUNISI, Abu Iyyadh"; a.k.a. "EL-TOUNSI, Abou Iyadh"; a.k.a. "IYADH, Abou"); DOB 08 Nov 1965 (individual) [SDGT].

HODA SHIPPING COMPANY LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HODA TRADING (a.k.a. HODA TRADING CO.; a.k.a. HODA TRADING COMPANY; a.k.a. SUSTAINABLE ELECTRONIC DEVELOPMENT; a.k.a. SUSTAINABLE ELECTRONICS DEVELOPMENT; a.k.a. SUSTAINABLE ELECTRONICS DEVELOPMENT COMPANY), No. 34, Shahid Hesari (Southern Razan) St., Mirdamad Avenue, Tehran, Iran; Langari Street, Nobonyad Square, Pasdaran Avenue, Tehran, Iran; No. 225 Teymori St., Langari - Nobonyad Ave., Tehran, Iran; No.31, Across Nikan Hospital, Araj, Artesh Highway, Tehran, Iran; Website www.sedfirm.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN COMMUNICATION INDUSTRIES).

HODA TRADING CO. (a.k.a. HODA TRADING; a.k.a. HODA TRADING COMPANY; a.k.a. SUSTAINABLE ELECTRONIC DEVELOPMENT; a.k.a. SUSTAINABLE ELECTRONICS DEVELOPMENT; a.k.a. SUSTAINABLE ELECTRONICS DEVELOPMENT COMPANY), No. 34, Shahid Hesari (Southern Razan) St., Mirdamad Avenue, Tehran, Iran; Langari Street, Nobonyad Square, Pasdaran Avenue, Tehran, Iran; No. 225 Teymori St., Langari - Nobonyad Ave., Tehran, Iran; No.31, Across Nikan Hospital, Araj, Artesh Highway, Tehran, Iran; Website www.sedfirm.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN COMMUNICATION INDUSTRIES).

HODA TRADING COMPANY (a.k.a. HODA TRADING; a.k.a. HODA TRADING CO.; a.k.a. SUSTAINABLE ELECTRONIC

DEVELOPMENT; a.k.a. SUSTAINABLE ELECTRONICS DEVELOPMENT; a.k.a. SUSTAINABLE ELECTRONICS DEVELOPMENT COMPANY), No. 34, Shahid Hesari (Southern Razan) St., Mirdamad Avenue, Tehran, Iran; Langari Street, Nobonyad Square, Pasdaran Avenue, Tehran, Iran; No. 225 Teymori St., Langari - Nobonyad Ave., Tehran, Iran; No.31, Across Nikan Hospital, Araj, Artesh Highway, Tehran, Iran; Website www.sedfirm.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN COMMUNICATION INDUSTRIES).

HODJAT ABADI, Mohsen Kargar (a.k.a. HODJATABADI, Mohsen Kargar; a.k.a. PARSAJAM, Mohsen; a.k.a. "KARGAR, Mohsen"); DOB 23 Aug 1964; POB Qom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N95873956 (Iran) expires 05 May 2020; National ID No. 038-1-57690-6 (Iran); Chairman of the Board, Rayan Roshd Afzar Company (individual) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

HODJATABADI, Mohsen Kargar (a.k.a. HODJAT ABADI, Mohsen Kargar; a.k.a. PARSAJAM, Mohsen; a.k.a. "KARGAR, Mohsen"); DOB 23 Aug 1964; POB Qom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport N95873956 (Iran) expires 05 May 2020; National ID No. 038-1-57690-6 (Iran); Chairman of the Board, Rayan Roshd Afzar Company (individual) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

HODROJ EXCHANGE S.A.R.L (Arabic: شركة حدرج للصرافة ش.م.م) (a.k.a. HUDRUJ EXCHANGE), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Sep 2009; Business Registration Number 2017574 (Lebanon) [SDGT] (Linked To: HUDROJ, Bilal).

HODROJ, Bilal (a.k.a. HODROJ, Bilal Yousef (Arabic: بلال يوسف حدرج); a.k.a. HUDROJ, Bilal; a.k.a. HUDRUJ, Bilal), Lebanon; DOB 10 Jul 1968; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2435514 (Lebanon) expires 02 Nov 2031 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

HODROJ, Bilal Yousef (Arabic: بلال يوسف حدرج) (a.k.a. HODROJ, Bilal; a.k.a. HUDROJ, Bilal; a.k.a. HUDRUJ, Bilal), Lebanon; DOB 10 Jul 1968; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2435514 (Lebanon) expires 02 Nov 2031 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

HOE, Aik (a.k.a. HAW, Aik; a.k.a. HEIN, Aung; a.k.a. HO, Chun Ting; a.k.a. HO, Chung Ting; a.k.a. HO, Hsiao; a.k.a. TE, Ho Chun; a.k.a. TIEN, Ho Chun; a.k.a. WIN, Aung; a.k.a. "AIK HAW"; a.k.a. "HO CHUN TING"; a.k.a. "HO, Aik"; a.k.a. "HSIO HO"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma); National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No. 272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

HOERYONG SHIPPING CO LTD, 108, Pongnam-dong, Pyongchon-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 5817786 [DPRK3].

HOJATI, Mohsen, c/o Fajr Industries Group, Tehran, Iran; DOB 28 Sep 1955; POB Najafabad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport G4506013 (Iran) (individual) [NPWMD] [IFSR].

HOKOUL SAL OFFSHORE, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; Commercial Registry Number 1808820 (Lebanon) [SDGT] (Linked To: AL-BAZZAL, Muhammad Qasim).

HOLA SUN HOLIDAYS LIMITED, 146 Beaver Creek Road, Richmond Hill, Ontario L4B 1C2, Canada [CUBA].

HOLDING COMPANY INTERROS OOO (a.k.a. HOLDINGOVAYA KOMPANIYA INTERROS OOO; a.k.a. KHOLDINGOVAYA KOMPANIYA INTERROS OOO (Cyrillic: ХОЛДИНГОВАЯ КОМПАНИЯ ИНТЕРРОС ООО)), Ulitsa Yakimanka B., 9, Moscow 119180, Russia; Organization Established Date 1994; Tax ID No. 7706419639 (Russia); Registration Number 1157746314274 (Russia) [RUSSIA-EO14024].

HOLDING SECURITY STRUCTURE WOLF (a.k.a. DEFENSE HOLDING STRUCTURE 'WOLF'; a.k.a. KHOLDING OKHRANNYKH STRUKTUR VOLK; a.k.a. WOLF HOLDING COMPANY; a.k.a. 'WOLF' HOLDING OF SECURITY STRUCTURES), ul. Panferova d. 18, Moscow 119261, Russia; Nizhniye Mnevniki, 110, Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7736640919 (Russia) [UKRAINE-EO13660].

HOLDING VTB CAPITAL CJSC (a.k.a. KHOLDING VTB KAPITAL ZAKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. VTB CAPITAL HOLDING CJSC; a.k.a. VTB CAPITAL HOLDING ZAO; a.k.a. VTB CAPITAL HOLDINGS CLOSED JOINT STOCK COMPANY; a.k.a. VTB CAPITAL JSC), 12 Presnenskaya nab., Moscow 123100, Russia; 4th Lesnoy Pereulok 4, Capital Plaza, Moscow 125047, Russia; Room 410, Stolyarniy Pereulok 3, bld 34, Moscow 123022, Russia; Website http://vtbcapital.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Registration ID 1097746344596 (Russia); For more information on directives, please visit the following url: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-

EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

HOLDINGOVAYA KOMPANIYA INTERROS OOO (a.k.a. HOLDING COMPANY INTERROS OOO; a.k.a. KHOLDINGOVAYA KOMPANIYA INTERROS OOO (Cyrillic: ХОЛДИНГОВАЯ КОМПАНИЯ ИНТЕРРОС ООО)), Ulitsa Yakimanka B., 9, Moscow 119180, Russia; Organization Established Date 1994; Tax ID No. 7706419639 (Russia); Registration Number 1157746314274 (Russia) [RUSSIA-EO14024].

HOLDINGOVAYA KOMPANIYA METALLOINVEST AO (Cyrillic: ХОЛДИНГОВАЯ КОМПАНИЯ МЕТАЛЛОИНВЕСТ АО), Shosse Rublevskoe, Dom 28, Et 11, Pom 1, Kom 4, Moscow, Moscow Region 121609, Russia; Organization Established Date 08 Nov 2000; Tax ID No. 7705392230 (Russia); Registration Number 1027700006289 (Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

HOLLYWOOD VAPE LABS, INC. (a.k.a. VALERIAN LABS DISTRIBUTION CORP.), 1130-1971 Broadway St, Port Coquitlam, British Columbia V3C 0C9, Canada; Company Number 800741142 (Canada); Registration Number BC1053173 (Canada) [ILLICIT-DRUGS-EO14059].

HOLV LUBRICANTS RUS LLC (a.k.a. KHOLV LUBRIKANTS RUS), Ul. Poltavskaya D. 30, Pomeshch. 1, Nizhniy Novgorod 603089, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5262328687 (Russia); Registration Number 1155262016755 (Russia) [RUSSIA-EO14024].

HOLY CONSTRUCTION FOUNDATION (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. CONSTRUCTION JIHAD; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHAD-AL-BINAA ASSOCIATION; a.k.a. JIHADU-I-BINAA; a.k.a. STRUGGLE FOR RECONSTRUCTION), Beirut, Lebanon; Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Additional Sanctions Information - Subject to

Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT (f.k.a. OCCUPIED LAND FUND), 525 International Parkway, Suite 509, Richardson, TX 75081, United States; P.O. Box 832390, Richardson, TX 75083, United States; 9250 S. Harlem Avenue, Bridgeview, IL, United States; 345 E. Railway Avenue, Paterson, NJ 07503, United States; Hebron, West Bank; Gaza Strip, undetermined; 12798 Rancho Penasquitos Blvd., Suite F, San Diego, CA 92128, United States; Jenin, West Bank; Shurta Street, 'Amira al-Ramuna, 4th Floor, Ramallah, West Bank; US FEIN 95-4227517; and other locations within the United States [SDGT].

HOLY WARRIORS BATTALION (a.k.a. AL MUJAHIDEEN BRIGADES; a.k.a. AL-MUJAHIDIN BRIGADES; a.k.a. ANSAR AL-MUJAHIDIN MOVEMENT; a.k.a. KHATIB AL-MUJAHIDIN), West Bank, Palestinian; Gaza Strip, Palestinian; Cairo, Egypt [SDGT].

HOLZVUD (a.k.a. KHOLTSVUD LLC; a.k.a. KHOLTSVUD OOO (Cyrillic: ООО ХОЛЬЦВУД); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLTSVUD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛЬЦВУД)), Ul. Smirnovskaya D. 10, Str. 8, Kabinet 8, Moscow 109052, Russia (Cyrillic: Ул. Смирновская, Д. 10, Стр. 8, Каб. 8, Москва 109052, Russia); Organization Established Date 08 Sep 2014; Registration ID 5147746070368 (Russia); Tax ID No. 7722854607 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

HOMA SHIPPING COMPANY LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HOMAYUNFAL, Hamed (a.k.a. HOMAYUNFAL, Hamid), Iran; DOB 14 Feb 1987; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

HOMAYUNFAL, Hamid (a.k.a. HOMAYUNFAL, Hamed), Iran; DOB 14 Feb 1987; nationality Iran; Gender Male; Secondary sanctions risk:

section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

HOME AND AWAY LTD., Hai-Amarat (off May Street), Juba, South Sudan [GLOMAG] (Linked To: BOL MEL, Benjamin).

HOME CREDIT & FINANCE BANK LIMITED LIABILITY COMPANY (a.k.a. HOME CREDIT & FINANCE BANK LLC; a.k.a. HOME CREDIT AND FINANCE BANK LIMITED LIABILITY COMPANY; a.k.a. HOME CREDIT AND FINANCE BANK LLC; a.k.a. "HCF BANK"), Build. 1 Pravdi Str., 8, Moscow 125040, Russia; SWIFT/BIC HCFBRUMM; Target Type Financial Institution; Tax ID No. 7735057951 (Russia); Identification Number ADQ9VQ.00005.ME.643 (Russia); Legal Entity Number 2534007XNRQ38CWWDP74; Registration Number 1027700280937 (Russia) [RUSSIA-EO14024].

HOME CREDIT & FINANCE BANK LLC (a.k.a. HOME CREDIT & FINANCE BANK LIMITED LIABILITY COMPANY; a.k.a. HOME CREDIT AND FINANCE BANK LIMITED LIABILITY COMPANY; a.k.a. HOME CREDIT AND FINANCE BANK LLC; a.k.a. "HCF BANK"), Build. 1 Pravdi Str., 8, Moscow 125040, Russia; SWIFT/BIC HCFBRUMM; Target Type Financial Institution; Tax ID No. 7735057951 (Russia); Identification Number ADQ9VQ.00005.ME.643 (Russia); Legal Entity Number 2534007XNRQ38CWWDP74; Registration Number 1027700280937 (Russia) [RUSSIA-EO14024].

HOME CREDIT AND FINANCE BANK LIMITED LIABILITY COMPANY (a.k.a. HOME CREDIT & FINANCE BANK LIMITED LIABILITY COMPANY; a.k.a. HOME CREDIT & FINANCE BANK LLC; a.k.a. HOME CREDIT AND FINANCE BANK LLC; a.k.a. "HCF BANK"), Build. 1 Pravdi Str., 8, Moscow 125040, Russia; SWIFT/BIC HCFBRUMM; Target Type Financial Institution; Tax ID No. 7735057951 (Russia); Identification Number ADQ9VQ.00005.ME.643 (Russia); Legal Entity Number 2534007XNRQ38CWWDP74; Registration Number 1027700280937 (Russia) [RUSSIA-EO14024].

HOME CREDIT AND FINANCE BANK LLC (a.k.a. HOME CREDIT & FINANCE BANK LIMITED LIABILITY COMPANY; a.k.a. HOME CREDIT & FINANCE BANK LLC; a.k.a. HOME CREDIT AND FINANCE BANK LIMITED

LIABILITY COMPANY; a.k.a. "HCF BANK"), Build. 1 Pravdi Str., 8, Moscow 125040, Russia; SWIFT/BIC HCFBRUMM; Target Type Financial Institution; Tax ID No. 7735057951 (Russia); Identification Number ADQ9VQ.00005.ME.643 (Russia); Legal Entity Number 2534007XNRQ38CWWDP74; Registration Number 1027700280937 (Russia) [RUSSIA-EO14024].

HOME ELEGANCE COMERCIO DE MOVEIS EIRELI (Latin: HOME ELEGANCE COMÉRCIO DE MOVEIS EIRELI) (a.k.a. DAIANA PORTELLA COELHO COMERCIO DE MOVEIS E COLCHES; a.k.a. MARROCOS MOVEIS E COLCHOES; a.k.a. MOHAMED AWAAD COMERCIO DE MOVEIS EIRELI; a.k.a. "HOME ELEGANCE"), Rua Dorezopolis, 669, Casa 03, Jardim Santa Clara, Guarulhos, Sao Paulo 07123-120, Brazil; Organization Established Date 11 Oct 2018; Tax ID No. 31.746.200/0001-11 (Brazil) [SDGT] (Linked To: AWADD, Mohamed Sherif Mohamed Mohamed).

HOMS REFINERY COMPANY (a.k.a. GENERAL COMPANY FOR HOMS REFINERY), General Company for Homs Refinery Building, 352 Tripoli Street, Homs, Syria; P.O. Box 352, Trablus (Tripoli) Street, Homs, Syria; Postal Box 352, Homs, Syria [SYRIA].

HOMSI, Hosein (a.k.a. HEMSI, Hosein (Arabic: حسین حمصی)), Tehran, Iran; DOB 27 Oct 1982; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0532987276 (Iran) (individual) [NPWMD] [IFSR] (Linked To: FANAVARAN SANAT ERTEBATAT COMPANY).

HONAR SHIPPING COMPANY LIMITED, Diagoras House, 7th Floor, 16 Panteli Katelari Street, Nicosia 1097, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone (357)(22660766); Fax (357)(22668608) [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

HONG KONG AEONIAN COMPLEX CO., LIMITED, Room 1002, No. 715 Hengkai Building, Changxing Road, Jiangbei District, Ningbo, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 27 Apr 2020; C.R. No. 2936467 (Hong Kong); Business Registration Number 71809722-000 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

HONG KONG ELECTRONICS (a.k.a. HONG KONG ELECTRONICS KISH CO), Sanaee St., Kish Island, Iran; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

HONG KONG ELECTRONICS KISH CO (a.k.a. HONG KONG ELECTRONICS), Sanaee St., Kish Island, Iran; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

HONG KONG HONG PANG GEMS & JEWELLERY CO., LTD. (a.k.a. HONG KONG HONG PANG GEMS AND JEWELLERY CO., LTD.; a.k.a. HONG KONG HONG PANG GEMS & JEWELLERY (HK) CO. LIMITED; a.k.a. HONG PANG GEMS AND JEWELLERY (HK) CO. LIMITED), Room 3605 36/F Wu Chung House, 213 Queen's Road East, Wan Chai, Hong Kong; 11, Huang Ching (Gold) Road, Between 64/65 Street, Myo Thit, Mandalay, Burma; 12th Floor C, Jade Exchange Center, 513-531, Canton Road, Kowloon, Hong Kong; 6A, 6D North Section, 7th Building, Chilung Park, 68 Sin Chung St., East City Drive, Beijing, China; No. 19, Hung Hua Bridge, Kunming, Yunnan, China; 28th and 29th Floor, Overseas Friendship Building, 2, Yun Chun Road, Lo Hu, Sham Cheng, Kuang Tung, China; Certificate of Incorporation Number 766810 (Hong Kong) [SDNTK].

HONG KONG HONG PANG GEMS AND JEWELLERY CO., LTD. (a.k.a. HONG KONG HONG PANG GEMS & JEWELLERY CO., LTD.; a.k.a. HONG KONG HONG PANG GEMS & JEWELLERY (HK) CO. LIMITED; a.k.a. HONG PANG GEMS AND JEWELLERY (HK) CO. LIMITED), Room 3605 36/F Wu Chung House, 213 Queen's Road East, Wan Chai, Hong Kong; 11, Huang Ching (Gold) Road, Between 64/65 Street, Myo Thit, Mandalay, Burma; 12th Floor C, Jade Exchange Center, 513-531, Canton Road, Kowloon, Hong Kong; 6A, 6D North Section, 7th Building, Chilung Park, 68 Sin Chung St., East City Drive, Beijing, China; No. 19, Hung Hua Bridge, Kunming, Yunnan, China; 28th and 29th Floor, Overseas Friendship Building, 2, Yun Chun Road, Lo Hu, Sham Cheng, Kuang Tung, China; Certificate of

Incorporation Number 766810 (Hong Kong) [SDNTK].

HONG KONG INTERTRADE COMPANY, Hong Kong; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

HONG KONG KE.DO INTERNATIONAL TRADE CO., LIMITED, Room E, 3F, Southtex Building, 51 Tsun Tip Street, Kwun Tong, Kowloon, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Aug 2020; Commercial Registry Number 2967963 (Hong Kong); Business Registration Number 72130415-000 (Hong Kong) [NPWMD] [IFSR] (Linked To: P.B. SADR CO.).

HONG PANG ELECTRONIC INDUSTRIES LIMITED (f.k.a. GOLD MOUNT INDUSTRIAL COMPANY LIMITED; a.k.a. HONG PANG ELECTRONIC INDUSTRY CO., LTD.), 216, Corner of 49th St. and Maha Bandoola Rd., Pazunduang, Yangon, Burma; Hong Pang Wire Showroom, Room D, 80-81 35th Street, Mandalay, Burma [SDNTK].

HONG PANG ELECTRONIC INDUSTRY CO., LTD. (f.k.a. GOLD MOUNT INDUSTRIAL COMPANY LIMITED; a.k.a. HONG PANG ELECTRONIC INDUSTRIES LIMITED), 216, Corner of 49th St. and Maha Bandoola Rd., Pazunduang, Yangon, Burma; Hong Pang Wire Showroom, Room D, 80-81 35th Street, Mandalay, Burma [SDNTK].

HONG PANG GEMS & JEWELLERY (HK) CO. LIMITED (a.k.a. HONG KONG HONG PANG GEMS & JEWELLERY CO., LTD.; a.k.a. HONG KONG HONG PANG GEMS AND JEWELLERY CO., LTD.; a.k.a. HONG PANG GEMS AND JEWELLERY (HK) CO. LIMITED), Room 3605 36/F Wu Chung House, 213 Queen's Road East, Wan Chai, Hong Kong; 11, Huang Ching (Gold) Road, Between 64/65 Street, Myo Thit, Mandalay, Burma; 12th Floor C, Jade Exchange Center, 513-531, Canton Road, Kowloon, Hong Kong; 6A, 6D North Section, 7th Building, Chilung Park, 68 Sin Chung St., East City Drive, Beijing, China; No. 19, Hung Hua Bridge, Kunming, Yunnan, China; 28th and 29th Floor, Overseas Friendship Building, 2, Yun Chun Road, Lo Hu, Sham Cheng, Kuang Tung, China; Certificate of Incorporation Number 766810 (Hong Kong) [SDNTK].

HONG PANG GEMS & JEWELLERY COMPANY LIMITED (a.k.a. HONG PANG GEMS AND JEWELLERY COMPANY LIMITED), 11, Ngui Shwe Wah Road, Between 64th and 65th

Street, Chan Maya Thar Si Township, Mandalay, Burma [SDNTK].

HONG PANG GEMS AND JEWELLERY (HK) CO. LIMITED (a.k.a. HONG KONG HONG PANG GEMS & JEWELLERY CO., LTD.; a.k.a. HONG KONG HONG PANG GEMS AND JEWELLERY CO., LTD.; a.k.a. HONG PANG GEMS & JEWELLERY (HK) CO. LIMITED), Room 3605 36/F Wu Chung House, 213 Queen's Road East, Wan Chai, Hong Kong; 11, Huang Ching (Gold) Road, Between 64/65 Street, Myo Thit, Mandalay, Burma; 12th Floor C, Jade Exchange Center, 513-531, Canton Road, Kowloon, Hong Kong; 6A, 6D North Section, 7th Building, Chilung Park, 68 Sin Chung St., East City Drive, Beijing, China; No. 19, Hung Hua Bridge, Kunming, Yunnan, China; 28th and 29th Floor, Overseas Friendship Building, 2, Yun Chun Road, Lo Hu, Sham Cheng, Kuang Tung, China; Certificate of Incorporation Number 766810 (Hong Kong) [SDNTK].

HONG PANG GEMS AND JEWELLERY COMPANY LIMITED (a.k.a. HONG PANG GEMS & JEWELLERY COMPANY LIMITED), 11, Ngui Shwe Wah Road, Between 64th and 65th Street, Chan Maya Thar Si Township, Mandalay, Burma [SDNTK].

HONG PANG GENERAL TRADING COMPANY, LIMITED (f.k.a. HONG PANG IMPORT EXPORT GENERAL TRADING COMPANY LIMITED), 18, Kyaing Ngan St., Qtr. 2, Kyaington, Burma; 102, Lanmadaw St., Sarsy Qtr., Magway, Burma; 9, West of Market, Haw Gone Qtr., Taunggyi, Burma; 157, Pyihtaungsu Rd., Yuzana Qtr., Myitkyina, Burma; 216/222, Room C/D, (G/F), Bo Myat Tun Housing, Mahabandoola Road, Pazundaung Township, Yangon, Burma [SDNTK].

HONG PANG IMPORT EXPORT GENERAL TRADING COMPANY LIMITED (a.k.a. HONG PANG GENERAL TRADING COMPANY, LIMITED), 18, Kyaing Ngan St., Qtr. 2, Kyaington, Burma; 102, Lanmadaw St., Sarsy Qtr., Magway, Burma; 9, West of Market, Haw Gone Qtr., Taunggyi, Burma; 157, Pyihtaungsu Rd., Yuzana Qtr., Myitkyina, Burma; 216/222, Room C/D, (G/F), Bo Myat Tun Housing, Mahabandoola Road, Pazundaung Township, Yangon, Burma [SDNTK].

HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma [SDNTK].

HONG PANG MINING COMPANY LIMITED, No. 216/222, Room No. C/D Ground Floor, Bo Myat Tun Housing, Mahabandoola Road,

Pazundaung Township, Yangon, Burma [SDNTK].

HONG PANG TEXTILE COMPANY LIMITED, No. 216/222, Room C/D, Ground Floor, Bo Myat Tun Housing, Mahabandoola Road, Pazundaung Township, Yangon, Burma [SDNTK].

HONG, Jinhua, China; DOB 19 Jan 1972; nationality China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; National Foreign ID Number 210604197201190322 (China); Deputy General Manager, Dandong Hongxiang Industrial Development Co Ltd (individual) [NPWMD] (Linked To: DANDONG HONGXIANG INDUSTRIAL DEVELOPMENT CO LTD).

HONGKONG CANWAY CO., LIMITED, Wai Yip Street, Kwun Tong, Hong Kong, China; Organization Established Date 14 Mar 2012; C.R. No. 1716519 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

HONGKONG HIMARK ELECTRON MODEL LIMITED, Rm D 10/F Tower A Billion CTR 1 Wang Kwong Rd, Kowloon Bay, Kowloon, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Sep 2017; Commercial Registry Number 2578406 (Hong Kong) [NPWMD] [IFSR] (Linked To: PISHGAM ELECTRONIC SAFEH COMPANY).

HONGKONG UNITOP GROUP LTD, Unit 2508A, Bank of America Tower, 12, Harcourt Road, Central, Hong Kong, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 09 Jun 2023; C.R. No. 3287498 (Hong Kong); Identification Number IMO 6428388 [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

HONGKONG WELL INTERNATIONAL TRADING LIMITED (Chinese Traditional: 香港如意國際貿易有限公司), Room 1607, Trend Centre 19 51 Cheung Lee Street Chai Wan, Hong Kong, China; Organization Established Date 20 Dec 2019; C.R. No. 2904608 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

HONGXIANG MARINE HONG KONG LTD (Chinese Traditional: 鴻祥海運(香港)有限公司), Room 1502, 15th Floor, Keen Hung Commercial Building, 80, Queen's Road East, Wan Chai, Hong Kong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5857588 [DPRK4].

HONGYUAN MARINE CO LTD (a.k.a. HONGYUAN MARINE CO LTD HONG UNION), Room 905, China Hong Centre, 717, Zhongxing Lu, Jiangdong Qu, Ningbo, Zhejiang 315040, China; R1003-1008, Heyuan Enterprise Square, 2993 Gonghexin Rd, Shanghai 315040, China; Website http://www.hong-union.com; Additional Sanctions Information - Subject to Secondary Sanctions; Identification Number IMO 5163651 [IRAN-EO13871].

HONGYUAN MARINE CO LTD HONG UNION (a.k.a. HONGYUAN MARINE CO LTD), Room 905, China Hong Centre, 717, Zhongxing Lu, Jiangdong Qu, Ningbo, Zhejiang 315040, China; R1003-1008, Heyuan Enterprise Square, 2993 Gonghexin Rd, Shanghai 315040, China; Website http://www.hong-union.com; Additional Sanctions Information - Subject to Secondary Sanctions; Identification Number IMO 5163651 [IRAN-EO13871].

HONOR BANK (a.k.a. EFTEKHAR BANK; a.k.a. HONORBANK; a.k.a. HONORBANK ZAO; a.k.a. ONER BANK; a.k.a. ONERBANK; a.k.a. ONER-BANK; a.k.a. ONERBANK ZAO), Ulitsa Klary Tsetkin 51, Minsk 220004, Belarus; SWIFT/BIC HNRRBY2X; Registration ID 807000227 (Belarus) issued 16 Oct 2009; all offices worldwide [IRAN].

HONORBANK (a.k.a. EFTEKHAR BANK; a.k.a. HONOR BANK; a.k.a. HONORBANK ZAO; a.k.a. ONER BANK; a.k.a. ONERBANK; a.k.a. ONER-BANK; a.k.a. ONERBANK ZAO), Ulitsa Klary Tsetkin 51, Minsk 220004, Belarus; SWIFT/BIC HNRRBY2X; Registration ID 807000227 (Belarus) issued 16 Oct 2009; all offices worldwide [IRAN].

HONORBANK ZAO (a.k.a. EFTEKHAR BANK; a.k.a. HONOR BANK; a.k.a. HONORBANK; a.k.a. ONER BANK; a.k.a. ONERBANK; a.k.a. ONER-BANK; a.k.a. ONERBANK ZAO), Ulitsa Klary Tsetkin 51, Minsk 220004, Belarus; SWIFT/BIC HNRRBY2X; Registration ID 807000227 (Belarus) issued 16 Oct 2009; all offices worldwide [IRAN].

HOOMER, Farhad (a.k.a. OMAR, Farhad; a.k.a. UMAR, Farhaad; a.k.a. 'UMAR, Farhad), 57 Spathodia Drive, Isipingo Hills, KwaZulu Natal 4133, South Africa; 72 Riley Road, Overport, Essenwood, Berea 4001, South Africa; 9 Nugget Road, Reservoir Hills, Durban 4090, South Africa; DOB 18 Nov 1976; nationality South Africa; citizen South Africa; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A05256584 (South Africa); alt. Passport A04151202 (South Africa); National ID No. 7611185236087 (South Africa) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HOOPAD DARYA SHIPPING AGENCY COMPANY (a.k.a. HOOPAD DARYA SHIPPING AGENCY SERVICES; f.k.a. SOUTH WAY SHIPPING AGENCY), No. 101, Shabnam Alley, Ghaem Magham Street, Tehran, Iran; Hoopad Darya Shipping Agency Building, B.I.K. Port Complex, Bandar Imam Khomeini, Iran; Hoopad Darya Shipping Agency Building, Imam Khomeini Blvd, Bandar Abbas, Iran; Flat No. 2, 2nd Floor, SSL Building, Coastal Blvd, Between City Hall and Post Office, Khorramshahr, Iran; Opposite to City Post Office, No. 2 Telecommunications Center, Bandar Assaluyeh, Iran; PO Box 1589673134, Tehran, Iran; Website www.hdsac.net; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 349706 (Iran) [IRAN].

HOOPAD DARYA SHIPPING AGENCY SERVICES (a.k.a. HOOPAD DARYA SHIPPING AGENCY COMPANY; f.k.a. SOUTH WAY SHIPPING AGENCY), No. 101, Shabnam Alley, Ghaem Magham Street, Tehran, Iran; Hoopad Darya Shipping Agency Building, B.I.K. Port Complex, Bandar Imam Khomeini, Iran; Hoopad Darya Shipping Agency Building, Imam Khomeini Blvd, Bandar Abbas, Iran; Flat No. 2, 2nd Floor, SSL Building, Coastal Blvd, Between City Hall and Post Office, Khorramshahr, Iran; Opposite to City Post Office, No. 2 Telecommunications Center, Bandar Assaluyeh, Iran; PO Box 1589673134, Tehran, Iran; Website www.hdsac.net; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 349706 (Iran) [IRAN].

HOOPOE BUSINESS BROKERS LLC (f.k.a. HOOPOE SPORTS AGENT L.L.C.; a.k.a. HOOPOE SPORTS LLC), Office No. 2101 and 2102, 21st Floor, Emaar Boulevard Plaza,

Tower 2, Dubai, United Arab Emirates; Organization Established Date 17 May 2017; Dubai Chamber of Commerce Membership No. 289666 (United Arab Emirates); Commercial Registry Number 1286684 (United Arab Emirates); Company Number 782807 (United Arab Emirates) [TCO].

HOOPOE SPORTS AGENT L.L.C. (f.k.a. HOOPOE BUSINESS BROKERS LLC; a.k.a. HOOPOE SPORTS LLC), Office No. 2101 and 2102, 21st Floor, Emaar Boulevard Plaza, Tower 2, Dubai, United Arab Emirates; Organization Established Date 17 May 2017; Dubai Chamber of Commerce Membership No. 289666 (United Arab Emirates); Commercial Registry Number 1286684 (United Arab Emirates); Company Number 782807 (United Arab Emirates) [TCO].

HOOPOE SPORTS LLC (f.k.a. HOOPOE BUSINESS BROKERS LLC; f.k.a. HOOPOE SPORTS AGENT L.L.C.), Office No. 2101 and 2102, 21st Floor, Emaar Boulevard Plaza, Tower 2, Dubai, United Arab Emirates; Organization Established Date 17 May 2017; Dubai Chamber of Commerce Membership No. 289666 (United Arab Emirates); Commercial Registry Number 1286684 (United Arab Emirates); Company Number 782807 (United Arab Emirates) [TCO].

HORMOGAN ELECTRICITY AND POWER GENERATION, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

HORMOZ OIL REFINING COMPANY, Next to the Current Bandar Abbas Refinery, Bandar Abbas City, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

HORMOZ UREA FERTILIZER COMPANY, Iran; Website www.hormoz-fc.com; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

HORMOZGAN STEEL COMPANY (a.k.a. "HOSCO"), Shahid Rejaei Port Road KM 13, Bandar Abbas, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

HORRYZIN INTERNATIONAL TRADE CO., LIMITED (Chinese Traditional: 灝晟錦國際貿易有限公司), Hennessy Road, Wanchai, Hong Kong, China; 16/F, Kowloon Building, 555 Nathan Road, Mongkok, Kowloon,

Hong Kong, China; Organization Established Date 30 Mar 2017; C.R. No. 2515317 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

HOSEINI, Mohammad Ali (a.k.a. HOSSEINI, Mohammad Ali; a.k.a. "HOSEINI, Mohammadali"; a.k.a. "HOSSEINI, M. Ali"), Iran; DOB 16 Sep 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U41608657 (Iran); National ID No. 0579705900 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JEHAD ORGANIZATION; Linked To: PARCHIN CHEMICAL INDUSTRIES).

HOSEINZADEH, Amin (a.k.a. KHANMIRI, Amin Hosseinzadeh), Iran; DOB 19 Feb 1989; POB Azarshahr, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport X20406521 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

HOSSEINI NEJAD TRADING CO. (a.k.a. ARFA PAINT COMPANY; a.k.a. ARFEH COMPANY; a.k.a. FARASEPEHR ENGINEERING COMPANY; a.k.a. IRAN SAFFRON COMPANY; a.k.a. IRANSAFFRON CO; a.k.a. SHETAB G; a.k.a. SHETAB GAMAN; a.k.a. SHETAB TRADING; a.k.a. Y.A.S. CO LTD.; a.k.a. YASA PART), West Lavansai, Tehran 009821, Iran; Sa'adat Abaad, Shahrdari Sq Sarv Building, 9th Floor, Unit 5, Tehran, Iran; No 17, Balooch Alley, Vaezi St, Shariati Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

HOSSEINI, Mohammad Ali (a.k.a. HOSEINI, Mohammad Ali; a.k.a. "HOSEINI, Mohammadali"; a.k.a. "HOSSEINI, M. Ali"), Iran; DOB 16 Sep 1969; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U41608657 (Iran); National ID No. 0579705900 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JEHAD ORGANIZATION; Linked To: PARCHIN CHEMICAL INDUSTRIES).

HOSSEINI, Sadegh (a.k.a. HOSSEINI, Seyed Sadegh (Arabic: سید صادق حسینی)), Kurdistan, Iran; DOB 1963 to 1964; POB Dehloran, Iran; nationality Iran; Additional Sanctions

Information - Subject to Secondary Sanctions; Gender Male; IRGC Commander in Kurdistan (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

HOSSEINI, Sayyed Jabar; DOB 03 Oct 1955; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IFSR] (Linked To: LINER TRANSPORT KISH).

HOSSEINI, Seyed Sadegh (Arabic: سید صادق حسینی) (a.k.a. HOSSEINI, Sadegh), Kurdistan, Iran; DOB 1963 to 1964; POB Dehloran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; IRGC Commander in Kurdistan (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

HOSTERIA LAS DOS PALMAS (a.k.a. FLOREZ HERMANOS LTDA.), Carrera 65 No. 34-35, Medellin, Colombia; NIT # 8000902368 (Colombia) [SDNT].

HOSTERIA LLANOGRANDE (a.k.a. LLANOTOUR LTDA.), Carretera Las Palmas cruce Aeropuerto Km. 3, Rionegro, Antioquia, Colombia; NIT # 890941440-4 (Colombia) [SDNT].

HOTEL CASA GRANDE - SARAJEVO, BOSNIA AND HERZEGOVINA, Velika Aleja 2, Sarajevo 71000, Bosnia and Herzegovina [SDNTK].

HOTEL CASA GRANDE - ULCINJ, MONTENEGRO, Donji Stoj B.B., Ulcinj 85360, Montenegro; Website www.casagrande-mne.com [SDNTK].

HOTEL HOLDING, S.R.O., Bratislava, Slovakia; Tax ID No. 2023153495 (Slovakia); Registration Number 45946892 (Slovakia) [GLOMAG] (Linked To: KOCNER, Marian).

HOTEL LAS TORRES (a.k.a. HOTELERA LOPEZ MATEOS S.A. DE C.V.), Boulevard Adolfo Lopez Mateos 1401, Mexicali, Baja California 21040, Mexico; Website https://hotelastorres.com/home.html; Phone Number +52 686 555 5920; Organization Established Date 08 May 2014; Organization Type: Short term accommodation activities; Tax ID No. HLM140508NU5 (Mexico) [TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

HOTEL PALACE (a.k.a. CIA. CONSTRUCTORA Y COMERCIALIZADORA DEL SUR LTDA.; a.k.a. COSUR LTDA.), Avenida El Dorado Entrada 2 Int. 6, Bogota, Colombia; NIT # 890329758-7 (Colombia) [SDNT].

HOTEL PLAZA, Avenida Madero 366, Centro Civico, Mexicali, Baja California 21100, Mexico; Website https://hotel-plaza-mexicali.negocio.site/; Phone Number +52 686-383-6864; Organization Type: Short term accommodation activities [TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

HOTEL REGENTE (a.k.a. ADMINISTRADORA DEL ORIENTE; a.k.a. ESTACION GUADALUPE), Guatemala; NIT # 7142099 (Guatemala) [SDNTK].

HOTEL SIN PECADOS (a.k.a. GAVIOTAS LTDA.; a.k.a. MOTEL CAMPO AMOR; a.k.a. "HOTEL SIN PK2"), Calle 4A No. 21-34 Circunvalar, Cartago, Valle, Colombia; NIT # 800032092-7 (Colombia) [SDNT].

HOTELERA LOPEZ MATEOS S.A. DE C.V. (a.k.a. HOTEL LAS TORRES), Boulevard Adolfo Lopez Mateos 1401, Mexicali, Baja California 21040, Mexico; Website https://hotelastorres.com/home.html; Phone Number +52 686 555 5920; Organization Established Date 08 May 2014; Organization Type: Short term accommodation activities; Tax ID No. HLM140508NU5 (Mexico) [TCO] (Linked To: HERNANDEZ SALAS TRANSNATIONAL CRIMINAL ORGANIZATION).

HOTELERA MUNDIAL, S.A., Panama; RUC # 22515-10-201355 (Panama) [SDNTK].

HOTELITO DESCONOCIDO, Playon de Mismaloya s/n, La Cruz de Loreto, Tomatlan, Jalisco 48460, Mexico; Blvd. Puerta de Hierro # 5210, Piso 8, Col. Puerta de Hierro, Zapopan, Jalisco 45116, Mexico; Website www.hotelito.com [SDNTK].

HOTH, Gatluak Nyang (a.k.a. "NYANGA, Hoth Gatluak"), Mayendit County, Unity, South Sudan; DOB 1982; POB Dablual Village, Mayendit County, Unity, South Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

HOTSANIUK, Iurii Mykhailovych (Cyrillic: ГОЦАНЮК, Юрій Михайлович) (a.k.a. GOTSANIUK, Jury Mikhailovich; a.k.a. GOTSANYUK, Jury Mikhailovich; a.k.a. GOTSANYUK, Yuri Mikhailovich (Cyrillic: ГОЦАНЮК, Юрий Михайлович)), Simferopol, Ukraine; DOB 18 Jul 1966; POB Nove Selo, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

HOTSENKO, Vitaly (a.k.a. KHOTSENKO, Vitaliy Pavlovich (Cyrillic: ХОЦЕНКО, Виталий Павлович)), Donetsk, Ukraine; DOB 18 Mar 1986; POB Dnepropetrovsk, Ukraine; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

HOUMAT ED DAAWA ES SALIFIYA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT].

HOUMAT ED-DAAOUA ES-SALAFIA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT].

HOUMATE ED-DAAWA ES-SALAFIA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING;

Russia; Gender Male (individual) [RUSSIA-EO14024].

a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT].

HOUMATE EL DA'AWAA ES-SALAFIYYA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALIFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALIFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT].

HOUSE OF ART LIMITED, Suites 2111-13, 21/F, Prudential Tower, The Gateway, Harbour City, 21 Canton Road, Tsimshatsui, Kowloon, Hong Kong, China; Room 201, Yu To Sang Building, 37 Queen's Road Central, Hong Kong, China; Website www.house-of-art.com.hk; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 14 May 2014; Registration Number 2096541 (Hong Kong) [SDGT] (Linked To: MEGA GEMS PTY LTD).

HOUSING BANK - OF IRAN (a.k.a. BANK MASKAN), PO Box 11365/5699, No 247 3rd Floor Fedowsi Ave, Cross Sarhang Sakhaei St, Tehran, Iran; P.O. Box 11365-3499, Ferdowsi Ave, Cross Sarhang Sakhaie St, Tehran, Iran; Website www.bank-maskan.ir; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] [IRAN-EO13902].

HOUWAYEK, Marianne Hamid (a.k.a. ANDRIANOPOULOS, Marianne Alexandros; a.k.a. HOAYEK, Marianne (Arabic: ماريان حويك); a.k.a. HOYEK, Marianne Hamid Gebrayel), Beirut, Lebanon; DOB 14 May 1980; POB

Faytroun, Lebanon; nationality Lebanon; Gender Female; Passport RL3598301 (Lebanon) expires 11 Feb 2021; alt. Passport LR1934306 (Lebanon) expires 11 Nov 2030; National ID No. 000040732326 (Lebanon) (individual) [LEBANON].

HOVTVIN, Yuriy Mykolayovych (Cyrillic: ГОВТВІН, Юрій Миколайович) (a.k.a. GOVTVIN, Yuriy Nikolaevich (Cyrillic: ГОВТВИН, Юрий Николаевич); a.k.a. GOVTVIN, Yuriy Nikolayevich), Square of the Heroes of the Great Patriotic War, 3, Luhansk, So-called Luhansk People's Republic, Ukraine; DOB 12 Apr 1968; nationality Ukraine; Gender Male (individual) [RUSSIA-EO14065].

HOYEK, Marianne Hamid Gebrayel (a.k.a. ANDRIANOPOULOS, Marianne Alexandros; a.k.a. HOAYEK, Marianne (Arabic: ماريان حويك); a.k.a. HOUWAYEK, Marianne Hamid), Beirut, Lebanon; DOB 14 May 1980; POB Faytroun, Lebanon; nationality Lebanon; Gender Female; Passport RL3598301 (Lebanon) expires 11 Feb 2021; alt. Passport LR1934306 (Lebanon) expires 11 Nov 2030; National ID No. 000040732326 (Lebanon) (individual) [LEBANON].

HRIBAK, Alenka (a.k.a. HRIBAR, Alenka; a.k.a. KARNER, Alenka), IV-044 Rozna Dolina Cesta, Ljubljana, Slovenia; DOB 04 Sep 1978; POB Ljubljana, Slovenia; citizen Slovenia; Registration ID 0409978505053 (Slovenia) (individual) [SDNTK].

HRIBAR, Alenka (a.k.a. HRIBAK, Alenka; a.k.a. KARNER, Alenka), IV-044 Rozna Dolina Cesta, Ljubljana, Slovenia; DOB 04 Sep 1978; POB Ljubljana, Slovenia; citizen Slovenia; Registration ID 0409978505053 (Slovenia) (individual) [SDNTK].

HRODNA TOBACCO FACTORY NEMAN (a.k.a. AAT HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: ААТ ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA HRODZENSKAYA TYTUNYOVAYA FABRYKA NEMAN (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ГРОДЗЕНСКАЯ ТЫТУНЁВАЯ ФАБРЫКА НЕМАН); a.k.a. GRODNO TOBACCO FACTORY NEMAN; a.k.a. GTF NEMAN; a.k.a. OAO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОАО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН); a.k.a. OJSC GRODNO TOBACCO FACTORY NEMAN; a.k.a. OPEN JOINT-STOCK COMPANY GRODNO TOBACCO

FACTORY NEMAN; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO GRODNENSKAYA TABACHNAYA FABRIKA NEMAN (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ГРОДНЕНСКАЯ ТАБАЧНАЯ ФАБРИКА НЕМАН), ul. Ordzhonikidze, d. 18, Grodno, Grodnenskaya Oblast 230771, Belarus (Cyrillic: ул. Орджоникидзе, д. 18, г. Гродно, Гродненская область 230771, Belarus); Organization Established Date 29 Dec 1996; Registration Number 500047627 (Belarus) [BELARUS-EO14038].

HRYB, Mikhail (a.k.a. GRIB, Mikhail (Cyrillic: ГРИБ, Михаил); a.k.a. GRIB, Mikhail Vyacheslavovich (Cyrillic: ГРИБ, Михаил Вячеславович)), Minsk, Belarus; DOB 29 Jul 1980; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

HS ATLANTICA LIMITED, 80 Broad Street, Monrovia, Liberia; Identification Number IMO 6356766 [RUSSIA-EO14024].

HSAI, U Sai Lone (a.k.a. HSAING, U Sai Lone; a.k.a. HSENG, Sai Lone; a.k.a. HSENG, Sai Long; a.k.a. SAING, Sai Lone; a.k.a. SAING, U Sai Lone), Naypyitaw, Burma; DOB 18 Apr 1947; nationality Burma; Gender Male; State Administrative Council Member (individual) [BURMA-EO14014].

HSAING, U Sai Lone (a.k.a. HSAI, U Sai Lone; a.k.a. HSENG, Sai Lone; a.k.a. HSENG, Sai Long; a.k.a. SAING, Sai Lone; a.k.a. SAING, U Sai Lone), Naypyitaw, Burma; DOB 18 Apr 1947; nationality Burma; Gender Male; State Administrative Council Member (individual) [BURMA-EO14014].

HSAN, Pwint (a.k.a. SAN, Pwint), Zayar Shwe Pyi Road, Naypyitaw, Burma; DOB 13 Jul 1961; POB Rangoon, Burma; nationality Burma; citizen Burma; Gender Male; Passport DM000334 (Burma) issued 30 May 2011 expires 29 May 2021; National ID No. 12MARAKAN007186 (Burma); Union Minister of Commerce (individual) [BURMA-EO14014].

HSENG, Sai Lone (a.k.a. HSAI, U Sai Lone; a.k.a. HSAING, U Sai Lone; a.k.a. HSENG, Sai Long; a.k.a. SAING, Sai Lone; a.k.a. SAING, U Sai Lone), Naypyitaw, Burma; DOB 18 Apr 1947; nationality Burma; Gender Male; State Administrative Council Member (individual) [BURMA-EO14014].

HSENG, Sai Long (a.k.a. HSAI, U Sai Lone; a.k.a. HSAING, U Sai Lone; a.k.a. HSENG, Sai Lone; a.k.a. SAING, Sai Lone; a.k.a. SAING, U Sai Lone), Naypyitaw, Burma; DOB 18 Apr 1947; nationality Burma; Gender Male; State

Administrative Council Member (individual) [BURMA-EO14014].

HSF DIS TICARET LIMITED SIRKETI, Emniyet Evleri M.E. Buyukdere CD Sapphire No: 1/1/1B04 Kagithane, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 19 Oct 2021; Chamber of Commerce Number 1325177 (Turkey); Registration Number 334856-5 (Turkey); Central Registration System Number 0464-1770-1330-0001 (Turkey) [IRAN-EO13871] (Linked To: KHOUZESTAN STEEL COMPANY).

HSI TRADING FZE, Office CI-I3I7Q, Ajman Free Zone, Ajman, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MAHAN AIR).

HSING, Su (a.k.a. MYINT, Li; a.k.a. "SU HSING"; a.k.a. "U LI MYINT"), c/o HONG PANG ELECTRONIC INDUSTRY CO., LTD., Yangon, Burma; c/o HONG PANG GEMS & JEWELLERY COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; 525 Merchant Street, Rangoon, Burma; Tangyan, Burma; National ID No. 13/Ta Na Na (Naing)019077 (Burma) (individual) [SDNTK].

HTET, Hein (a.k.a. HTET, Ivan; a.k.a. HTET, U Hein), Burma; DOB 06 Nov 1987; nationality Burma; Gender Male; National ID No. 12DAGANAN029901 (Burma) (individual) [BURMA-EO14014].

HTET, Ivan (a.k.a. HTET, Hein; a.k.a. HTET, U Hein), Burma; DOB 06 Nov 1987; nationality Burma; Gender Male; National ID No. 12DAGANAN029901 (Burma) (individual) [BURMA-EO14014].

HTET, Kaung (a.k.a. HTET, U Kaung), Burma; DOB 03 Aug 1992; nationality Burma; Gender Male; National ID No. 12DAGANAN032517 (Burma) (individual) [BURMA-EO14014].

HTET, Theint Win, Burma; DOB 21 May 1999; nationality Burma; Gender Female; National ID No. 12/LAMANAN155055 (Burma) (individual) [BURMA-EO14014] (Linked To: ZAW, Theint Win).

HTET, U Hein (a.k.a. HTET, Hein; a.k.a. HTET, Ivan), Burma; DOB 06 Nov 1987; nationality Burma; Gender Male; National ID No.

12DAGANAN029901 (Burma) (individual) [BURMA-EO14014].

HTET, U Kaung (a.k.a. HTET, Kaung), Burma; DOB 03 Aug 1992; nationality Burma; Gender Male; National ID No. 12DAGANAN032517 (Burma) (individual) [BURMA-EO14014].

HTOO GROUP (a.k.a. HTOO GROUP OF COMPANIES; a.k.a. "HCG"), No. 5, Pyay Road, Hlaing Township, Yangon, Burma; Organization Type: Activities of holding companies; Target Type Private Company [BURMA-EO14014] (Linked To: ZA, Tay).

HTOO GROUP OF COMPANIES (a.k.a. HTOO GROUP; a.k.a. "HCG"), No. 5, Pyay Road, Hlaing Township, Yangon, Burma; Organization Type: Activities of holding companies; Target Type Private Company [BURMA-EO14014] (Linked To: ZA, Tay).

HTTS HANSEATIC TRADE TRUST & SHIPPING GMBH (a.k.a. HTTS HANSEATIC TRADE TRUST AND SHIPPING GMBH), Schottweg 5-7, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRB 109492 [IRAN].

HTTS HANSEATIC TRADE TRUST AND SHIPPING GMBH (a.k.a. HTTS HANSEATIC TRADE TRUST & SHIPPING GMBH), Schottweg 5-7, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRB 109492 [IRAN].

HTUN, Zaw Min (a.k.a. TUN, Zaw Min), Burma; DOB 20 Jul 2001; POB Burma; nationality Burma; Gender Male; National ID No. 9/PABATHA(N)010135 (Burma) (individual) [BURMA-EO14014].

HTUT, Soe, Burma; DOB 1960; Gender Male (individual) [BURMA-EO14014].

HU, Chi Shu (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen

China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

HU, Chishu (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HUANG, Man Chi; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

HU, Lianhe (Chinese Simplified: 胡联合), China; DOB 04 Oct 1967; POB Shaoyang, Hunan, China; nationality China; Gender Male (individual) [GLOMAG].

HU, Xiaoxun, China; DOB 19 Oct 1975; POB China; nationality China; Gender Male; Passport G00062763 (China) (individual) [RUSSIA-EO14024].

HU, Yongan; DOB 26 May 1976; POB China; citizen China; Passport E00957550 (China); National ID No. 410204197605261014 (China); Chinese Commercial Code 5170 3057 1344 (individual) [SDNTK] (Linked To: CEC LIMITED).

HUA, Shi Yu (a.k.a. SHI, Yuhua; a.k.a. YUHUA, Shi; a.k.a. "SHI, Arlex"), China; DOB 05 Aug 1976; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport PE0475719 (China) expires 14 Nov 2019 (individual) [NPWMD] [IFSR].

HUALI BANK (Chinese Simplified: 朝鲜华丽银行) (a.k.a. BRILLIANCE BANKING CORPORATION, LTD.; a.k.a. GORGEOUS BANK OF NORTH KOREA; a.k.a. HANA BANKING CORPORATION LTD; a.k.a. HWARYO BANK (Korean: 화려은행)),

Haebangsan Hotel, Jungsong-Dong, Sungri Street, Central District, Pyongyang, Korea, North; Dandong, China; SWIFT/BIC BRBKKPP1; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

HUANG, Chin-Hua (a.k.a. HUANG, Jinee), Taiwan; DOB 08 Apr 1978; POB Taiwan; citizen Taiwan; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport 302114600 (Taiwan) expires 07 Oct 2020; Identification Number H222234642 (Taiwan) (individual) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

HUANG, Jinee (a.k.a. HUANG, Chin-Hua), Taiwan; DOB 08 Apr 1978; POB Taiwan; citizen Taiwan; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport 302114600 (Taiwan) expires 07 Oct 2020; Identification Number H222234642 (Taiwan) (individual) [NPWMD] [IFSR] (Linked To: DES INTERNATIONAL CO., LTD.).

HUANG, Man Chi (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Manchi; a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

HUANG, Manchi (a.k.a. CHAN, Shu Sang; a.k.a. CHAN, Shusang; a.k.a. CHEN, Bing Shen; a.k.a. CHEN, Bingshen; a.k.a. CHEN, Shu Sheng; a.k.a. CHEN, Shusheng; a.k.a. DU, Yu Rong; a.k.a. DU, Yurong; a.k.a. HU, Chi Shu; a.k.a. HU, Chishu; a.k.a. HUANG, Man Chi;

a.k.a. WONG, Kam Kong; a.k.a. WONG, Kamkong; a.k.a. WONG, Moon Chi; a.k.a. WONG, Moonchi; a.k.a. WONG, Mun Chi; a.k.a. WONG, Munchi; a.k.a. WU, Chai Su; a.k.a. WU, Chaisu; a.k.a. ZHANG, Jiang Ping; a.k.a. ZHANG, Jiangping; a.k.a. "CHI BANG"), Hong Kong, China; DOB 18 Mar 1961; alt. DOB 21 Apr 1945; alt. DOB 25 Jan 1947; alt. DOB 08 Feb 1955; alt. DOB 03 Aug 1958; alt. DOB 08 Aug 1958; POB China; nationality China; citizen China; alt. citizen Cambodia; Passport 611657479 (China); alt. Passport 2355009C (China); National ID No. D489833(9) (Hong Kong); British National Overseas Passport 750200421 (United Kingdom) (individual) [SDNTK].

HUANG, Wan Ken (a.k.a. HUANG, Wang Ken (Chinese Traditional: 黃旺根); a.k.a. HUANG, Wang-gen; a.k.a. HUANG, Wan-Ken), Taiwan; DOB 18 Jul 1960; nationality Taiwan; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

HUANG, Wang Ken (Chinese Traditional: 黃旺根) (a.k.a. HUANG, Wan Ken; a.k.a. HUANG, Wang-gen; a.k.a. HUANG, Wan-Ken), Taiwan; DOB 18 Jul 1960; nationality Taiwan; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

HUANG, Wang-gen (a.k.a. HUANG, Wan Ken; a.k.a. HUANG, Wang Ken (Chinese Traditional: 黃旺根); a.k.a. HUANG, Wan-Ken), Taiwan; DOB 18 Jul 1960; nationality Taiwan; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

HUANG, Wan-Ken (a.k.a. HUANG, Wan Ken; a.k.a. HUANG, Wang Ken (Chinese Traditional: 黃旺根); a.k.a. HUANG, Wang-gen), Taiwan; DOB 18 Jul 1960; nationality Taiwan; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

HUANGSHAN WANNAN MACHINERY CO., LTD. (a.k.a. SINO MACHINERY CO., LTD. (Chinese Simplified: 安徽新诺精工股份有限公司)), No. 51 West Huancheng Road, Yansi Town, Huizhou District, Huangshan, Anhui 245900, China; Website www.sinocnc.com.cn; Organization Established Date 25 Aug 2017; Unified Social Credit Code (USCC) 91341000MA2NY77U6X (China) [RUSSIA-EO14024].

HUAXIN SHIPPING HONGKONG LTD (Chinese Traditional: 華信船務(香港)有限公司), Room 2105, Trend Centre, 29-31 Cheung Lee Street, Chai Wan, Hong Kong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5758476 [DPRK4].

HUBAREVA, Katerina Yuriivna (a.k.a. GUBAREVA, Ekaterina; a.k.a. GUBAREVA, Ekaterina Yurievna (Cyrillic: ГУБАРЕВА, Екатерина Юрьевна); a.k.a. GUBAREVA, Kateryna Yuriivna (Cyrillic: ГУБАРЕВА, Катерина Юріївна); a.k.a. KRASKO, Ekaterina; a.k.a. YEKATERINA, a.k.a. Yurievna), 3 B. Severnaya Street, Apt. 30, Donetsk, Donetsk Region, Ukraine; 101 Karl Marx Street, Apt. 10, Kahovka, Kherson Region, Ukraine; DOB 05 Jul 1983; nationality Ukraine; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 3050117961 (Russia) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

HUBARYEV, Pavlo (a.k.a. GUBAREV, Pavel); DOB 10 Feb 1983; POB Sievierodonetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

HUBEI VAST CHEMICAL CO., LIMITED (Chinese Simplified: 湖北翰弘化工有限公司) (a.k.a. HANHONG MEDICINE TECHNOLOGY HUBEI CO., LIMITED), Office Unit B, ON 9/F, Thomson Commercial Building 8, Thomson Road, Hong Kong, China; Website www.vast-chem.com; Organization Established Date 30 Jun 2020; Registration Number 2956172 (Hong Kong) [ILLICIT-DRUGS-EO14059] (Linked To: DU, Changgen).

HUDBAH, Amin, Syria; DOB 09 Nov 1959; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

HUDROJ, Bilal (a.k.a. HODROJ, Bilal; a.k.a. HODROJ, Bilal Yousef (Arabic: بلال يوسف حدرج); a.k.a. HUDRUJ, Bilal), Lebanon; DOB 10 Jul 1968; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2435514 (Lebanon) expires 02 Nov 2031 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

HUDROJ EXCHANGE (a.k.a. HODROJ EXCHANGE S.A.R.L (Arabic: شركة حدرج للصيرفة ش.م.م), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Sep 2009; Business Registration Number 2017574 (Lebanon) [SDGT] (Linked To: HUDROJ, Bilal).

HUDRUJ, Bilal (a.k.a. HODROJ, Bilal; a.k.a. HODROJ, Bilal Yousef (Arabic: بلال يوسف حدرج); a.k.a. HUDROJ, Bilal), Lebanon; DOB 10 Jul 1968; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2435514 (Lebanon) expires 02 Nov 2031 (individual) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

HUDSOTRADE LIMITED, 118 Anexartisias Street, Suite 202, Limassol 3040, Cyprus; 14 Gubkina Street, Moscow, Moscow Region 117312, Russia; Website http://www.primax.com.cy; Registration ID C81329 (Cyprus) [SYRIA] (Linked To: KHURI, Mudalal; Linked To: NICOLAOU, Nicos; Linked To: PRIMAX BUSINESS CONSULTANTS LIMITED).

HUIHAI SHIP MANAGEMENT CO., LTD. (Chinese Simplified: 汇海船舶管理有限公司) (a.k.a. FENGHUI SHIP MANAGEMENT CO., LTD. (Chinese Traditional: 豐匯船舶管理有限公司); a.k.a. GLOBAL MARINE SHIP MANAGEMENT CO., LIMITED; a.k.a. GLOBAL MARINE SHIP MANAGEMENT CO., LTD. (Chinese Traditional: 匯海船舶管理有限公司)), Room 1708, Zhongshang Building, No. 100, Hong Kong Middle Road, Shinan District, Qingdao, Shandong Province, China; Flat C, 15th Floor, Unionway Commercial Centre, 283 Queens Road, Central, Hong Kong, China; Room 2108,

21/F, C Wu Building, 302-308 Hennessy Road, Wanchai, Hong Kong, China; Website www.GMSHIPS.com; Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); Identification Number IMO 5528362; Commercial Registry Number 1427788 (China) [IRAN-EO13846].

HUJAYJ, Qasim Muhammad (a.k.a. HAJIJ, Qasim; a.k.a. HEJEIJ, Kassem); DOB 05 Mar 1953; POB Lagos, Nigeria; nationality Lebanon; Gender Male; Passport RL0000432 (Lebanon) issued 31 Jan 2013 expires 31 Jan 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

HUJI-B (a.k.a. HARAKAT UL JIHAD AL ISLAMI; a.k.a. HARAKAT UL JIHAD ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD E ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD-I-ISLAMI/BANGLADESH; a.k.a. HARKAT UL JIHAD AL ISLAMI; a.k.a. HARKATUL JIHAD; a.k.a. HARKATUL JIHAD AL ISLAM; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. IDEK; a.k.a. ISLAMI DAWAT-E-KAFELA) [FTO] [SDGT].

HULM AL SAHRA ELECT DEVICES TR (a.k.a. HULM AL SAHRA ELECTRIC DEVICES TRADING (Arabic: حلم الصحراء لتجارة الاجهزه الكهربائيه); a.k.a. HULM AL SAHRA ELECTRIC DEVICES TRADING LTD), Building 38 Industrial Area No. 1, Al Dhaid City, Sharjah, United Arab Emirates; PO Box 62105, Sharjah, United Arab Emirates; Organization Established Date 21 Apr 1999; Organization Type: Wholesale of electronic and telecommunications equipment and parts; Registration Number 11166971 (United Arab Emirates); alt. Registration Number 501015 (United Arab Emirates) [RUSSIA-EO14024].

HULM AL SAHRA ELECTRIC DEVICES TRADING (Arabic: حلم الصحراء لتجارة الاجهزه الكهربائيه) (a.k.a. HULM AL SAHRA ELECT DEVICES TR; a.k.a. HULM AL SAHRA ELECTRIC DEVICES TRADING LTD), Building 38 Industrial Area No. 1, Al Dhaid City, Sharjah, United Arab Emirates; PO Box 62105, Sharjah, United Arab Emirates; Organization Established Date 21 Apr 1999; Organization Type: Wholesale of electronic and telecommunications equipment and parts; Registration Number 11166971 (United Arab Emirates); alt. Registration Number 501015 (United Arab Emirates) [RUSSIA-EO14024].

HULM AL SAHRA ELECTRIC DEVICES TRADING LTD (a.k.a. HULM AL SAHRA ELECT DEVICES TR; a.k.a. HULM AL SAHRA

ELECTRIC DEVICES TRADING (Arabic: حلم الصحراء لتجارة الاجهزه الكهربائيه)), Building 38 Industrial Area No. 1, Al Dhaid City, Sharjah, United Arab Emirates; PO Box 62105, Sharjah, United Arab Emirates; Organization Established Date 21 Apr 1999; Organization Type: Wholesale of electronic and telecommunications equipment and parts; Registration Number 11166971 (United Arab Emirates); alt. Registration Number 501015 (United Arab Emirates) [RUSSIA-EO14024].

HUMAM, Msuti (a.k.a. MASOUTI BIN MOHAMMED ADNAN, Mohammed Humam (Arabic: محمد هہام مسوتي بن محمد عدنان); a.k.a. MASOUTI, Mohammad Humam; a.k.a. MASOUTI, Mohammad Hussam Mohammad Adnan; a.k.a. MASOUTI, Mohammed Hammam; a.k.a. MASOUTI, Mohammed Hammam Mohammed Adnan (Arabic: محمد هہام عدنان مسوتي); a.k.a. MASOUTI, Mohammed Humam Mohammed Adnan; a.k.a. MSOUTI, Mohammad Humam Mohammad Adnan), Damascus, Syria; DOB 1976; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

HUMAN WELFARE FOUNDATION (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR;

a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

HUMANITARE HILFSORGANISATION FUR PALASTINA (a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE; a.k.a. "ASP"), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, Geneva CH-1201, Switzerland; Gartnerstrasse 55, Basel CH-4109, Switzerland; Postfach 406, Basel CH-4109, Switzerland [SDGT].

HUMANITARIAN WELFARE FOUNDATION (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI

JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

HUMANITERRE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANI'TERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org [SDGT] (Linked To: HAMAS).

HUMANI'TERRE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY

WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; a.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. HUMANITERRE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. SOUTIEN HUMANI'TERRE; a.k.a. "CBSP"), 68 Rue Jules Guesde, Lille 59000, France; 10 Rue Notre Dame, Lyon 69006, France; 37 Rue de la Chapelle, Paris 75018, France; 1 Avenue Helene Boucher, La Courneuve 93120, France; 54 Rue Anizan Cavillon, La Courneuve 93120, France; 3 Bis Rue Desiree Clary, Marseille 13003, France; Website h-terre.org [SDGT] (Linked To: HAMAS).

HUMAYDAH, Muhammad Abd-al-Halim (a.k.a. SALEH, Mohammed Abdel-Halim Hemaida); DOB 1988; alt. DOB 22 Sep 1988; alt. DOB 22 Sep 1989; POB Alexandria, Egypt; nationality Egypt (individual) [SDGT].

HUNAIFA OFFICE (a.k.a. HANIFA EXCHANGE; a.k.a. HANIFA MONEY EXCHANGE OFFICE (Arabic: شركة حنيفة للصرافة); a.k.a. HANIFAH CURRENCY EXCHANGE; a.k.a. HANIFAH EXCHANGE COMPANY; a.k.a. HANIFEH EXCHANGE), Albu Kamal, Syria; Albu Kamal Branch only [SDGT] (Linked To: JUBAYR AL-RAWI, Fawaz Muhammad; Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

HUNJIN TRADING CO. (a.k.a. KOREA HEUNGJIN TRADING COMPANY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

HUO, Liujun (Chinese Simplified: 霍留军), Xinjiang, China; DOB 1952; Gender Male (individual) [GLOMAG].

HURIYA PRIVATE CYPRUS LTD, 157 Athalassas, Strovolos 2015, Cyprus; Organization Established Date 26 Feb 2021; Target Type Private Company; Registration Number C418778 (Cyprus) [RUSSIA-EO14024] (Linked To: HANAFIN, John Desmond).

HURIYA PRIVATE FZE LLE, Suite 1601 Lake Central Tower, Business Bay, Dubai, United Arab Emirates; Nuschelerstrasse 31, PO Box 8022, Zurich, Switzerland; Office 1919, 19 floor, The E18hteen Tower, Lusail, Doha, Qatar; Fujairah, United Arab Emirates; Albania; Cyprus; Organization Established Date 2018; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c. [RUSSIA-EO14024].

HURRAS AL-DIN (a.k.a. AL-QAIDA IN SYRIA; a.k.a. GUARDIANS OF RELIGION; a.k.a. SHAM AL-RIBAT; a.k.a. TANDHIM HURRAS AL-DEEN; a.k.a. TANZIM HURRAS AL-DIN; a.k.a. "AQ-S"), Syria [SDGT].

HURTADO OLASCOAGA, Johnny (a.k.a. "EL FISH"; a.k.a. "EL MOJARRO"; a.k.a. "EL MUHADO"; a.k.a. "EL PESCADO"; a.k.a. "EL PEZ"; a.k.a. "PECADO PEZ"), Mexico; DOB 01 Mar 1973; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. HUOJ730301HGRRLH02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

HURTADO OLASCOAGA, Jose Alfredo (a.k.a. "EL FRESA"), Mexico; DOB 02 Sep 1984; POB Guerrero, Mexico; nationality Mexico; Gender Male; C.U.R.P. HUOA840902HGRRLL03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

HURTADO ROMERO, Jairo Jose, Carrera 42 No. 5B-81, Cali, Colombia; Carrera 8N No. 17A-12, Cartago, Colombia; c/o ARIZONA S.A., Cartago, Colombia; c/o MAQUINARIA TECNICA Y TIERRAS LTDA., Cali, Colombia; Cedula No. 13809079 (Colombia); Passport 13809079 (Colombia) (individual) [SDNT].

HURZHY, Andrei Anatolevich (a.k.a. GURZHII, Andrei Anatolevich; a.k.a. GURZHIY, Andrey Anatolievich (Cyrillic: ГУРЖИЙ, Андрей Анатольевич); a.k.a. GURZHY, Andrei; a.k.a. GURZHY, Andrei Anatolievich (Cyrillic: ГУРЖЫ, Андрэй Анатольевіч); a.k.a. GURZHY, Andrei Anatoljevich), Homel Oblast, Belarus; DOB 10 Oct 1975; nationality Belarus; Gender Male (individual) [BELARUS].

HUSAIN, Ali Saleh (a.k.a. 'ALA'LAH, 'Ali Salih Husayn; a.k.a. AL-TABUKI, Ali Saleh Husain; a.k.a. AL-TABUKI, 'Ali Salih Husayn al-Dhahak; a.k.a. AL-YEMENI, Abu Dhahak; a.k.a.

'ULA'LAH, 'Ali Salih Husayn; a.k.a. "DAHHAK, Abu"); DOB circa 1970; POB al-Hudaydah, Yemen; nationality Yemen; Individual's height is 5 feet 9 inches. (individual) [SDGT].

HUSAIN, Husain Ahmed Abdulla Ahmed (a.k.a. AL-DAMMAMI, Hussein Ahmad 'Abdallah Ahmad Hussein), Iran; Syria; DOB 16 Nov 1989; nationality Bahrain; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 1442486 (Bahrain) expires 01 Nov 2017 (individual) [SDGT] (Linked To: AL-ASHTAR BRIGADES).

HUSAIN, Zain Al-Abidin Muhammad (a.k.a. ABU ZUBEIDAH, Zeinulabideen Muhammed Husein; a.k.a. HUSAYN, Zayn al-Abidin Muhammad; a.k.a. HUSSEIN, Zayn al-Abidin Muhammad; a.k.a. "ABU ZUBAIDA"; a.k.a. "ABU ZUBAYDAH"), Guantanamo Bay detention center, Cuba; DOB 12 Mar 1971; POB Riyadh, Saudi Arabia; nationality Palestinian; Gender Male; Passport 484824 (Egypt) issued 18 Jan 1984 (individual) [SDGT].

HUSARI, Bassam Ahmad (a.k.a. AL-HASRI, Bassam Ahmad; a.k.a. "AKHLAQ, Abu Ahmad"; a.k.a. "AL-SHAMI, Abu Ahmad"), Syria; DOB 01 Jan 1971 to 31 Dec 1971; alt. DOB 01 Jan 1969; POB Qalamun, Damascus Province, Syria; alt. POB Ghutah, Damascus Province, Syria; alt. POB Tadamon, Rif Dimashq, Syria; nationality Syria; alt. nationality Palestinian; Gender Male (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

HUSAYN, 'Ali, Syria; DOB 20 Mar 1959; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

HUSAYN, Hanan, Syria; DOB 20 Apr 1975; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

HUSAYN, Muhammad, Syria; DOB 25 Feb 1965; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

HUSAYN, Saddam (a.k.a. AL-TIKRITI, Saddam Hussein; a.k.a. HUSSAIN, Saddam; a.k.a. HUSSEIN, Saddam; a.k.a. "ABU ALI"); DOB 28 Apr 1937; POB al-Awja, near Tikrit, Iraq; nationality Iraq; named in UNSCR 1483; President since 1979 (individual) [IRAQ2].

HUSAYN, Wahid, Syria; DOB 01 Apr 1966; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

HUSAYN, Zayn al-Abidin Muhammad (a.k.a. ABU ZUBEIDAH, Zeinulabideen Muhammed Husein; a.k.a. HUSAIN, Zain Al-Abidin Muhammad; a.k.a. HUSSEIN, Zayn al-Abidin Muhammad; a.k.a. "ABU ZUBAIDA"; a.k.a. "ABU ZUBAYDAH"), Guantanamo Bay detention center, Cuba; DOB 12 Mar 1971; POB Riyadh, Saudi Arabia; nationality Palestinian; Gender Male; Passport 484824 (Egypt) issued 18 Jan 1984 (individual) [SDGT].

HUSSAIN, Mavungal; DOB 03 Jun 1961; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2] (Linked To: KOREA MINING DEVELOPMENT TRADING CORPORATION).

HUSSAIN, Omar (a.k.a. "AL-BRITANI, Abu Sa'eed"), High Wycombe, Buckinghamshire, United Kingdom; DOB 01 Jan 1986 to 31 Dec 1987; nationality United Kingdom (individual) [SDGT].

HUSSAIN, Saddam (a.k.a. AL-TIKRITI, Saddam Hussein; a.k.a. HUSAYN, Saddam; a.k.a. HUSSEIN, Saddam; a.k.a. "ABU ALI"); DOB 28 Apr 1937; POB al-Awja, near Tikrit, Iraq; nationality Iraq; named in UNSCR 1483; President since 1979 (individual) [IRAQ2].

HUSSAIN, Sakinah (a.k.a. JONES, Sally; a.k.a. JONES, Sally Anne; a.k.a. JONES, Sally-Anne Frances; a.k.a. "AL-BRITANI, Umm Hussain"), Syria; DOB 17 Nov 1968; POB Greenwich, England; nationality United Kingdom; Passport 519408086 (United Kingdom) issued 23 Sep 2013 expires 23 Sep 2023 (individual) [SDGT].

HUSSAIN, Zafar Anis Ishteyaq (a.k.a. ANIS, Zafar), United Arab Emirates; nationality India; Additional Sanctions Information - Subject to Secondary Sanctions; Residency Number 784-1973-1617539-3 (United Arab Emirates) (individual) [SDGT] (Linked To: FOURTEEN STAR SHIPPING MANAGEMENT).

HUSSAYN, Sayf Allah bin (a.k.a. AAYADH, Abou; a.k.a. HASSAYN, Sayf Allah 'Umar bin; a.k.a. HASSINE, Saifallah Ben; a.k.a. HASSINE, Seifallah Ben; a.k.a. HOCINE, Seif Allah Ben; a.k.a. "AL-TUNISI, Abu Ayyad"; a.k.a. "AL-TUNISI, Abu Iyyadh"; a.k.a. "EL-TOUNSI, Abou Iyadh"; a.k.a. "IYADH, Abou"); DOB 08 Nov 1965 (individual) [SDGT].

HUSSEIN, Ali Ahmed, Tortoroow, Lower Shabelle, Somalia; DOB 1980; nationality Somalia; Gender Male; Secondary sanctions

risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

HUSSEIN, Ashraf Said Ahmed (a.k.a. AL-CARDINAL, Ashraf Seed Ahmed; a.k.a. ALI, Ashraf Seedahmed Hussein; a.k.a. HUSSEIN, Ashraf Seed Ahmed; a.k.a. SEED AHMED, Asharaf; a.k.a. SEED AHMED, Ashraff; a.k.a. SEEDAHMED, Ashiraf; a.k.a. "ALI, Ashraf Sayed"; a.k.a. "HUSSEIN ALI, Ashraf"), 1 College Yard, Winchester Avenue, London, England NW6 7UA, United Kingdom; 207 Jersey Road, Osterley, London TW7 4RE, United Kingdom; Dubai, United Arab Emirates; DOB 01 Jan 1957 to 31 Jan 1957; POB Sudan; nationality Sudan; Gender Male; Passport B00018325 (Sudan) expires 16 Feb 2023; National ID No. 11945710905 (Sudan); alt. National ID No. 784195754986941 (United Arab Emirates) (individual) [GLOMAG].

HUSSEIN, Ashraf Seed Ahmed (a.k.a. AL-CARDINAL, Ashraf Seed Ahmed; a.k.a. ALI, Ashraf Seedahmed Hussein; a.k.a. HUSSEIN, Ashraf Said Ahmed; a.k.a. SEED AHMED, Asharaf; a.k.a. SEED AHMED, Ashraff; a.k.a. SEEDAHMED, Ashiraf; a.k.a. "ALI, Ashraf Sayed"; a.k.a. "HUSSEIN ALI, Ashraf"), 1 College Yard, Winchester Avenue, London, England NW6 7UA, United Kingdom; 207 Jersey Road, Osterley, London TW7 4RE, United Kingdom; Dubai, United Arab Emirates; DOB 01 Jan 1957 to 31 Jan 1957; POB Sudan; nationality Sudan; Gender Male; Passport B00018325 (Sudan) expires 16 Feb 2023; National ID No. 11945710905 (Sudan); alt. National ID No. 784195754986941 (United Arab Emirates) (individual) [GLOMAG].

HUSSEIN, Atris (a.k.a. ATRIS, Hussein); DOB 11 Nov 1964; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

HUSSEIN, Mahafudh Abubakar Ahmed Abdallah (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar; a.k.a. ""AHMED THE TANZANIAN""; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. ""FOOPIE"";

a.k.a. ""FUPI""; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT].

HUSSEIN, Mansour Othman Aba (a.k.a. ABAHUSEYIN, Mansur Othman M; a.k.a. ABAHUSSAIN, Mansour Othman M.); DOB 11 Aug 1972; alt. DOB 10 Aug 1972; POB Majmaa, Saudi Arabia; nationality Saudi Arabia; Gender Male; Passport S059033 (Saudi Arabia) issued 22 Feb 2016 expires 28 Dec 2020 (individual) [GLOMAG].

HUSSEIN, Mazen Ali (a.k.a. SALAH MUHAMAD, Issa), Branderstrasse 28, Augsburg 86154, Germany; Hauzenberg 94051, Germany; DOB 01 Jan 1982; alt. DOB 01 Jan 1980; POB Baghdad, Iraq; nationality Iraq; Travel Document Number A0144378 (Germany) (individual) [SDGT].

HUSSEIN, Saddam (a.k.a. AL-TIKRITI, Saddam Hussein; a.k.a. HUSAYN, Saddam; a.k.a. HUSSAIN, Saddam; a.k.a. "ABU ALI"); DOB 28 Apr 1937; POB al-Awja, near Tikrit, Iraq; nationality Iraq; named in UNSCR 1483; President since 1979 (individual) [IRAQ2].

HUSSEIN, Sheikh Hassaan (a.k.a. ADAM, Sheikh Hassaan Hussein; a.k.a. OMAR, Hassan Mahad; a.k.a. OMAR, Hassan Mahat); DOB 10 Apr 1979; POB Garissa, Kenya; nationality Kenya; Passport A1180173 (Kenya) expires 20 Aug 2017; Kenyan ID No. 23446085 (Kenya) (individual) [SOMALIA].

HUSSEIN, Udai Saddam (a.k.a. AL-TIKRITI, Uday Saddam Hussein); DOB 1964; alt. DOB 1967; POB Baghdad, Iraq; nationality Iraq; Saddam Hussein al-Tikriti's eldest son; leader of paramilitary organization Fedayeen Saddam (individual) [IRAQ2].

HUSSEIN, Zayn al-Abidin Muhammad (a.k.a. ABU ZUBEIDAH, Zeinulabideen Muhammed Husein; a.k.a. HUSAIN, Zain Al-Abidin Muhammad; a.k.a. HUSAYN, Zayn al-Abidin Muhammad; a.k.a. "ABU ZUBAIDA"; a.k.a. "ABU ZUBAYDAH"), Guantanamo Bay detention center, Cuba; DOB 12 Mar 1971; POB Riyadh, Saudi Arabia; nationality Palestinian; Gender Male; Passport 484824 (Egypt) issued 18 Jan 1984 (individual) [SDGT].

HUWAYSH, Abd-al-Tawab Mullah; DOB 1957; alt. DOB 14 Mar 1942; POB Mosul or Baghdad, Iraq; nationality Iraq; deputy prime minister; director, Organization of Military Industrialization (individual) [IRAQ2].

HWANG, Kil Su (Korean: 황길수), Congo, Democratic Republic of the; DOB 09 Dec 1973; POB Pyongyang, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

HWANG, Kyong Nam (a.k.a. HWANG, Su Man); DOB 06 Apr 1955; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472220033 (Korea, North) (individual) [DPRK2] (Linked To: KOREA MINING DEVELOPMENT TRADING CORPORATION).

HWANG, Pyong So (a.k.a. HWANG, Pyo'ng-so'), Korea, North; DOB 1940; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vice Chairman of the National Defense Commission (individual) [DPRK2] (Linked To: NATIONAL DEFENSE COMMISSION).

HWANG, Pyo'ng-so' (a.k.a. HWANG, Pyong So), Korea, North; DOB 1940; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vice Chairman of the National Defense Commission (individual) [DPRK2] (Linked To: NATIONAL DEFENSE COMMISSION).

HWANG, Su Man (a.k.a. HWANG, Kyong Nam); DOB 06 Apr 1955; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472220033 (Korea, North) (individual) [DPRK2] (Linked To: KOREA MINING DEVELOPMENT TRADING CORPORATION).

HWARYO BANK (Korean: 화려은행) (a.k.a. BRILLIANCE BANKING CORPORATION, LTD.; a.k.a. GORGEOUS BANK OF NORTH KOREA;

a.k.a. HANA BANKING CORPORATION LTD;
a.k.a. HUALI BANK (Chinese Simplified:
朝鲜华丽银行)), Haebangsan Hotel, Jungsong-
Dong, Sungri Street, Central District,
Pyongyang, Korea, North; Dandong, China;
SWIFT/BIC BRBKKPP1; Secondary sanctions
risk: North Korea Sanctions Regulations,
sections 510.201 and 510.210; Transactions
Prohibited For Persons Owned or Controlled By
U.S. Financial Institutions: North Korea
Sanctions Regulations section 510.214
[DPRK3].

HWASONG SHIPPING CO LTD, Changgyong
dong, Sosong-guyok, Pyongyang, Korea, North;
Secondary sanctions risk: North Korea
Sanctions Regulations, sections 510.201 and
510.210; Transactions Prohibited For Persons
Owned or Controlled By U.S. Financial
Institutions: North Korea Sanctions Regulations
section 510.214; Company Number IMO
543400 [DPRK4].

HWEI, Jao (a.k.a. CHIO, Wai; a.k.a. SAECHOU,
Thanchai; a.k.a. WAI, Chio; a.k.a. WEI, Chao;
a.k.a. WEI, Jiao; a.k.a. WEI, Zhang; a.k.a. WEI,
Zhao), Flat G, 19 FL Maple Mansion, Taikoo
Shing, Quarry Bay, Hong Kong; Room 2410,
24/F, Block Q, Kornhill, Quarry Bay, Hong
Kong; DOB 16 Sep 1952; POB Heilongjiang
Province, China; alt. POB Liaoning Province,
China; nationality China; Gender Male;
Passport MA0269785 (Macau); alt. Passport
M0178952 (China); alt. Passport MA0162634
(China); National ID No. 12756003 (Macau)
(individual) [TCO] (Linked To: ZHAO WEI TCO).

HYDRA MARKET (a.k.a. HYDRA
MARKETPLACE; a.k.a. "HYDRA"), Russia;
Commonwealth of Independent States; Website
http://hydram6esdjf6otepmr5c3vjyndsoddz22afp
hbbjznwb5ln2c6op7ad.onion/; alt. Website
http://hydraclubbioknikokex7njhwuahc2l67lfiz7z
36md2jvopda7nchid.onion//; Digital Currency
Address - XBT
3K4rjdh8A5yi6LWvft2rbmyZvqEbPSSSX4; alt.
Digital Currency Address - XBT
17mhyeBX617ABZ1ffThhUTJkHUcMvCkfd5;
alt. Digital Currency Address - XBT
35qwVtMEohWDdBWRiCSR7azoP5cbY8SG1Q
; alt. Digital Currency Address - XBT
35KAdTa2vqnJzitF2xiUzZn1Gmcas2Y465; alt.
Digital Currency Address - XBT
35LScRJ8hzDvvWh9t9UA8bHGnGNVz3YEfa;
alt. Digital Currency Address - XBT
1PJp8diNa89cVHpiT1VPu7EQ8LxYM5HX6v;
alt. Digital Currency Address - XBT
17V7THwHMiDJmDwZK4unhE5HgKFJKx7VCe

; alt. Digital Currency Address - XBT
3PiCnZrBvGfWAKQ9hr4cCpfaDjy64yNSpE; alt.
Digital Currency Address - XBT
14gM1HuLVDELNHaFU22qpabjtiWek4HhV1;
alt. Digital Currency Address - XBT
1GYuu9d5HPikafbys3k5Q3DRJq6debGsoB; alt.
Digital Currency Address - XBT
3GXdtA6kbb4M5aqzZm5qqxcFDFRMW8LqdJ;
alt. Digital Currency Address - XBT
1B11Ezqg3AXjFhMdRq5UpPDpNyriYNVtkn;
alt. Digital Currency Address - XBT
16SPDQFFzgsoNSPiFFTfS8Dw8LLXqia4oc;
alt. Digital Currency Address - XBT
19pPbUDvoSBZafkUCYkD2Z9AkuqqV6sWm7;
alt. Digital Currency Address - XBT
3BQACtiMXYB9JpUMpkEWt9m8BzswpGHq4X;
alt. Digital Currency Address - XBT
1DGsY4ww3BJnWXTsnmTgWa6UWdoRXgA1p
X; alt. Digital Currency Address - XBT
1GcKLUUXodTQcLcPD7VLMgvCc4hs5Q775;
alt. Digital Currency Address - XBT
1EvhBad5wCZYhBoAsGaciV6AvmZ1osLpeJ;
alt. Digital Currency Address - XBT
bc1qsmv6lkrw65l30yazdqpdjjtwzpvk9f8gfh0cy7;
alt. Digital Currency Address - XBT
bc1qs9u6j78e3utj08mwvqkkmqm9de5xk3g4yh8
qtq; alt. Digital Currency Address - XBT
12VrYZgS1nmf9KHHped24xBb1aLLRpV2cT;
alt. Digital Currency Address - XBT
bc1q202ajnhxgg9d9jjczmg0g4usp6haqldyy2eak
l; alt. Digital Currency Address - XBT
1NbGwQwt4uEhg2srAKppLf8QaF6fbp3PZG;
alt. Digital Currency Address - XBT
13LQJQ1oJ9K7PsqsGfjNhoVv6UeU6hgzQz;
alt. Digital Currency Address - XBT
1CG1aSCxUnbmv9G34ofxTQoHtuVnMLJtQV;
alt. Digital Currency Address - XBT
3Kp8Qc5z7yevDeoQxhS5RSSKnEi5x7AQ43;
alt. Digital Currency Address - XBT
331TS6DyASY7iU5CRA8UryBnkPS78fP2B1;
alt. Digital Currency Address - XBT
1NvJm3jfZxENNyqws5BKQvhkLxg9chLJdo; alt.
Digital Currency Address - XBT
1Licqjca74n8pmNaoARXLLqcTUTHFpxbXH;
alt. Digital Currency Address - XBT
175BUqf8JCU1uoG1iTRKTacDa4uvJDUCw2;
alt. Digital Currency Address - XBT
1ANpca7g93BwptUJg1zV116v49zn9gjDi3; alt.
Digital Currency Address - XBT
1BCWMwpR4M1nYUuuYe2bmzrNuwGoF9ZAb
A; alt. Digital Currency Address - XBT
18cFGAdYcvNHkuhXLBE7izQKCyUW8TzCJE;
alt. Digital Currency Address - XBT
1QHxyuLGRMHfbNPJikV4Dwhfx45HWfUMWB;
alt. Digital Currency Address - XBT

1GnFTy5F9qi5MfaRZfgdg2jkyT5xtAHvd8; alt.
Digital Currency Address - XBT
bc1quyc6j8ca84q9gjej5jjd2n8hra0vfu0j60fefs57
p6e5rerkq07q0l5u3w; alt. Digital Currency
Address - XBT
16p2UWTZwXRyK5bTHNVjdDyy1D3EQGsZf2;
alt. Digital Currency Address - XBT
1CddRqw7oSPrT4tt5oXKyx2LiHJDPszy7y; alt.
Digital Currency Address - XBT
1Hhe61Bwxs8Hd2WxzWY9FQyZicBiZGeSNW;
alt. Digital Currency Address - XBT
1D3GuaS9eqKw8dWj9JFQtNufdRtysjSLxZ; alt.
Digital Currency Address - XBT
1PWRKxkR5AU7Tc9zPqjdhtu1eGW1QZzs4y;
alt. Digital Currency Address - XBT
1D1ej7zQzywWBDNXKNYpmH7Hso2U9koDG4
; alt. Digital Currency Address - XBT
3KGQ3hX6eFYtBjTBFSdvdkzHmwZyYWLRQh;
alt. Digital Currency Address - XBT
1LKE3XA9bf5JFqtGtCHzWj5QGxKGwMfXZw;
alt. Digital Currency Address - XBT
1MtsQsw6n2jvJCWhpCw7jifTfD9Q3rBBVg; alt.
Digital Currency Address - XBT
1KkaKujnqwJf7Cbm7JKAZGF3X9d4685m8n;
alt. Digital Currency Address - XBT
1Ge8JodC2HiBiEuT7D3MoH6Fak6XrcT9Kf; alt.
Digital Currency Address - XBT
bc1qsmqpalp3gtgkltag4x3ygevmhh9y2hzk73t2u
g; alt. Digital Currency Address - XBT
1E9uUnLbyfToazo95vmM3ysYnzgkrL7GeC; alt.
Digital Currency Address - XBT
1HH8eiuaTMucTNyvGCUmAvmCZCtdMi8SqK;
alt. Digital Currency Address - XBT
19FQzHibWDhSP8pKmJS3uagFYoisXtehzw;
alt. Digital Currency Address - XBT
3DLGfN7hgsWXXSp9euXcnmWXLpFQuswW2t
; alt. Digital Currency Address - XBT
1PXxwPVtYxZiCRp9LKq7aKMDFrhAQztvUE;
alt. Digital Currency Address - XBT
1Q4tJjH2aBr3AJrzxqa4Z3jPpf5SDgF4jK; alt.
Digital Currency Address - XBT
1PYtgFS2t6i57WdDvbRa7kPcsagGMBxzfg; alt.
Digital Currency Address - XBT
16ZSAEfYpPCj3D94fsNt2okYj9Ue8mxy6T; alt.
Digital Currency Address - XBT
bc1qvlzfn6kmezv44d8kw0p5jsmxe6wchv3zc7g
sxs; alt. Digital Currency Address - XBT
3QVyoH4u3qT88uChAeJVhfB3r6maZt431y; alt.
Digital Currency Address - XBT
1FFS6pX1TCKTNy668Mbk2Lyoem1qB48kYX;
alt. Digital Currency Address - XBT
1Dpddb1TMjvmNQeYDqgyd1ww6cmwPJRdSk;
alt. Digital Currency Address - XBT
3AjiWiUdKB5mcGUSS9mBeoHCeYJw3Zo8r6;
alt. Digital Currency Address - XBT

1EtMuBPQnPCa3cecerdSH1SzydxnhbTmw;
alt. Digital Currency Address - XBT
3CCmt5LjQ5yKkaFY1DWC2SbERVEtWRnSRD
; alt. Digital Currency Address - XBT
1MQBDeRWsiJBf7K1VGjJ7PWEL6GJXMfmLg;
alt. Digital Currency Address - XBT
1MbtT2ZsTtLp7EKZUV9r74cTyqvsMtTP2M; alt.
Digital Currency Address - XBT
36yS87PLuW7sErLg1TY26WzaVarTim7AcC;
alt. Digital Currency Address - XBT
3AYU365Tcjef7j9pdKF9Xe8rWpEpsH196t; alt.
Digital Currency Address - XBT
148LKmyZT3FGE4x1GjsFN6RsAwcjzk5iuE; alt.
Digital Currency Address - XBT
16EKTes8ahD8xvwisqjc2xSNLiG3fDHatW; alt.
Digital Currency Address - XBT
3GuQjr7kkrR5EjpanMgyAuxuLgrjEUwe21; alt.
Digital Currency Address - XBT
35eanEz5iYg2eYaxCtMrR4SCoypFqrBWUH;
alt. Digital Currency Address - XBT
3QWUdP5taP4GrRuueVDud1eWetb7hc3wDH;
alt. Digital Currency Address - XBT
3Czhm6xqn8odwz6jgTcjRrUjog28v6aVS8; alt.
Digital Currency Address - XBT
1F7UL41qYm6TvnExZzPHBCyeENvX3XDEMS
; alt. Digital Currency Address - XBT
123WBUDmSJv4GctdVEz6Qq6z8nXSKrJ4KX;
alt. Digital Currency Address - XBT
3BCN3WgMRJwULTz1vsEQ7NZrBjwaUBf5Ca;
alt. Digital Currency Address - XBT
35SwVFxosV3AsvnrBfzdXarqavRbvDyyxv; alt.
Digital Currency Address - XBT
32pCmCWEjwhkLwh5BgLNAeBQFp5Gi1hv81;
alt. Digital Currency Address - XBT
1G64TFMFVJTjhJXra6x74BBhsfSyiWaFtT; alt.
Digital Currency Address - XBT
1A3iYY4c3dkgNYGewzYzr7EsqfBuWXibGo;
alt. Digital Currency Address - XBT
3GAUBtrTtWp1D9yeXgr3wMg8B599QHa5m5;
alt. Digital Currency Address - XBT
3HJN4jRa4mdfkey9JR9jUhr86yPwL86A3C; alt.
Digital Currency Address - XBT
1EuUMPBCZtSd5pVVFEqmRqUSfU1qy6ASuL;
alt. Digital Currency Address - XBT
1Pu1nAW7kCoSMThMs8QcpM8JxuByQDZgH;
alt. Digital Currency Address - XBT
3QnWE5GVfQu3wVav91RuFkqip4Ti4NWqAY;
alt. Digital Currency Address - XBT
1CNbhgxGRZvsWnEHotfXge7k2E1UPzBDC7;
alt. Digital Currency Address - XBT
3HSZc4BLnQBznjSq7JvXgqNCZUUs3M9fZz;
alt. Digital Currency Address - XBT
37dDBCexFPraKW4jGSqkE3NyG52YeZQbJx;
alt. Digital Currency Address - XBT
1H8sDTTgJPBKw83EBZDLhXvetCbxZUMMZM

; alt. Digital Currency Address - XBT
1BvJRBRp9ZZ6zLyuZaSV7g3xP6JokdZQW;
alt. Digital Currency Address - XBT
bc1q237mvl0heyw0r38wd3xz8h5mar96rrwpam
s8pp; alt. Digital Currency Address - XBT
34dxZvijpBM1YkPybczbQ7DuGuKAnULdfS; alt.
Digital Currency Address - XBT
1GkLN7DbA9mAtHNzQWNPANcdWbefaz4Gz
m; alt. Digital Currency Address - XBT
13hfsQm6oCaDZehfYBSMFiJVAi1jsL6sQd; alt.
Digital Currency Address - XBT
1Sf6e4xQv8muMZqYPTdRF3e5o5eWcg9F;
alt. Digital Currency Address - XBT
bc1qj6j6p0jdefl6pvdzx3kx8245yy5mz6q4luhzes;
alt. Digital Currency Address - XBT
1B3u21itzjgKtm7QsNQNCBpSkwzzeDHqrW;
alt. Digital Currency Address - XBT
3JhPsVV3KnL9dBYGSZALS9EbrLr97R865a;
alt. Digital Currency Address - XBT
bc1qqf8kcc9m57xjqcvsvuf989nnl48ve6d2s24cx
3; alt. Digital Currency Address - XBT
1HuYfoEwsfHgZiRhbhJrCd5ST3iksa8KEx; alt.
Digital Currency Address - XBT
1J9wJH2bamZVxscXAvoDH4jvtGKb7sYFDm;
alt. Digital Currency Address - XBT
34WWXwFKAsXL9zYxbeNPaPV6vDamkjQLUo
; alt. Digital Currency Address - XBT
3PDmRwotTkRAFRLGTUrucCERp2JdM1q4ar;
alt. Digital Currency Address - XBT
3AFcE2mbSSndcpYFgHoExSmjUc26ef2gQh;
alt. Digital Currency Address - XBT
3P6PzdfETr4275Gn3veLkCyDxA1jV8fHKm; alt.
Digital Currency Address - XBT
3HRExd8GKFskZC5inmVcpiyy9UWG7FVa6o;
alt. Digital Currency Address - XBT
3MP7yBGSW2gkXVRE8S84T2j4KVgPh3rEzv;
alt. Digital Currency Address - XBT
1K2fmE9hfhbRNSZoBvCBWZAvsS5idTUxBG;
alt. Digital Currency Address - XBT
3ES6pqCueDPCnC4hCqhhYuey6gyiRJZw6E;
alt. Digital Currency Address - XBT
3KvBX3jo69Qn8jHy44M33RYoeYcf8DdRBD;
alt. Digital Currency Address - XBT
3K26aMKmnrv97Pj6YiFcqiXk2LxeHfhnG3; alt.
Digital Currency Address - XBT
3BWP6ZQAhc4j5wR1b95zJAthJEFvhdees7;
alt. Digital Currency Address - XBT
3JuSgFrwnrNfuhvR4GpWAPmeJVot4xrEae; alt.
Digital Currency Address - XBT
1DKGRGJXGNLAtTeFb9SNPNHtrkZ87q7qKi;
alt. Digital Currency Address - XBT
361AkMKNNWYwZRsCE8pPNmoh5aQf4V7g4
p; alt. Digital Currency Address - XBT
33fWcMdmsB2Ey4CEbVWbjGFkuevBSyP9nG;

35aTjkBh4yeTypJsi9nuTdoMKHTsawKVgX;
Secondary sanctions risk: Ukraine-/Russia-
Related Sanctions Regulations, 31 CFR
589.201; Organization Established Date 2015
[CYBER2].
HYDRA MARKETPLACE (a.k.a. HYDRA
MARKET; a.k.a. "HYDRA"), Russia;
Commonwealth of Independent States; Website
http://hydram6esdjf6otepmr5c3vjyndsoddz22afp
hbbjznwb5ln2c6op7ad.onion/; alt. Website
http://hydraclubbioknikokex7njhwuahc2l67lfiz7z
36md2jvopda7nchid.onion/; Digital Currency
Address - XBT
3K4rjdh8A5yi6LWvft2rbmyZvqEbPSSSX4; alt.
Digital Currency Address - XBT
17mhyeBX617ABZ1ffThhUTJkHUcMvCkfd5;
alt. Digital Currency Address - XBT
35qwVtMEohWDdBWRiCSR7azoP5cbY8SG1Q
; alt. Digital Currency Address - XBT
35KAdTa2vqnJzitF2xiUzZn1Gmcas2Y465; alt.
Digital Currency Address - XBT
35LScRJ8hzDvvWh9t9UA8bHGnGNVz3YEfa;
alt. Digital Currency Address - XBT
1PJp8diNa89cVHpiT1VPu7EQ8LxYM5HX6v;
alt. Digital Currency Address - XBT
17V7THwHMiDJmDwZK4unhE5HgKFJKx7VCe
; alt. Digital Currency Address - XBT
3PiCnZrBvGfWAKQ9hr4cCpfaDjy64yNSpE; alt.
Digital Currency Address - XBT
14gM1HuLVDELNHaFU22qpabjtiWek4HhV1;
alt. Digital Currency Address - XBT
1GYuu9d5HPikafbys3k5Q3DRJq6debGsoB; alt.
Digital Currency Address - XBT
3GXdtA6kbb4M5aqzZm5qqxcFDFRMW8LqdJ;
alt. Digital Currency Address - XBT
1B11Ezqg3AXjFhMdRq5UpPDpNyriYNVtkn;
alt. Digital Currency Address - XBT
16SPDQFFzgsoNSPiFFTfS8Dw8LLXqia4oc;
alt. Digital Currency Address - XBT
19pPbUDvoSBZafkUCYkD2Z9AkuqqV6sWm7;
alt. Digital Currency Address - XBT
3BQACtiMXYB9JpUMpkEWt9m8BzswpGHq4X;
alt. Digital Currency Address - XBT
1DGsY4ww3BJnWXTsnmTgWa6UWdoRXgA1p
X; alt. Digital Currency Address - XBT
1GcKLUUXodTQcLcPD7VLMgvCc4hs5Q775;
alt. Digital Currency Address - XBT
1EvhBad5wCZYhBoAsGaciV6AvmZ1osLpeJ;
alt. Digital Currency Address - XBT
bc1qsmv6lkrw65l30yazdqpdjjtwzpvk9f8gfh0cy7;
alt. Digital Currency Address - XBT
bc1qs9u6j78e3utj08mwvqkkmqm9de5xk3g4yh8
qtq; alt. Digital Currency Address - XBT
12VrYZgS1nmf9KHHped24xBb1aLLRpV2cT;
alt. Digital Currency Address - XBT

bc1q202ajnhxgg9d9jjczmg0g4usp6haqldyy2eak l; alt. Digital Currency Address - XBT 1NbGwQwt4uEhg2srAKppLf8QaF6fbp3PZG; alt. Digital Currency Address - XBT 13LQJQ1oJ9K7PsqsGfjNhoVv6UeU6hgzQz; alt. Digital Currency Address - XBT 1CG1aSCxUnbmv9G34ofxTQoHtuVnMLJtQV; alt. Digital Currency Address - XBT 3Kp8Qc5z7yevDeoQxhS5RSSKnEi5x7AQ43; alt. Digital Currency Address - XBT 331TS6DyASY7iU5CRA8UryBnkPS78fP2B1; alt. Digital Currency Address - XBT 1NvJm3jfZxENNyqws5BKQvhkLxg9chLJdo; alt. Digital Currency Address - XBT 1Licqjca74n8pmNaoARXLLqcTUTHFpxbXH; alt. Digital Currency Address - XBT 175BUqf8JCU1uoG1iTRKTacDa4uvJDUCw2; alt. Digital Currency Address - XBT 1ANpca7g93BwptUJg1zV116v49zn9gjDi3; alt. Digital Currency Address - XBT 1BCWMwpR4M1nYUuuYe2bmzrNuwGoF9ZAb A; alt. Digital Currency Address - XBT 18cFGAdYcvNHkuhXLBE7izQKCyUW8TzCJE; alt. Digital Currency Address - XBT 1QHxyuLGRMHfbNPJikV4Dwhfx45HWfUMWB; alt. Digital Currency Address - XBT 1GnFTy5F9qi5MfaRZfgdg2jkyT5xtAHvd8; alt. Digital Currency Address - XBT bc1quyc6j8ca84q9gjej5jjd2n8hra0vfu0j60fefs57 p6e5rerkq07q0l5u3w; alt. Digital Currency Address - XBT 16p2UWTZwXRyK5bTHNVjdDyy1D3EQGsZf2; alt. Digital Currency Address - XBT 1CddRqw7oSPrT4tt5oXKyx2LiHJDPszy7y; alt. Digital Currency Address - XBT 1Hhe61Bwxs8Hd2WxzWY9FQyZicBiZGeSNW; alt. Digital Currency Address - XBT 1D3GuaS9eqKw8dWj9JFQtNufdRtysjSLxZ; alt. Digital Currency Address - XBT 1PWRKxkR5AU7Tc9zPqjdhtu1eGW1QZzs4y; alt. Digital Currency Address - XBT 1D1ej7zQzywWBDNXKNYpmH7Hso2U9koDG4 ; alt. Digital Currency Address - XBT 3KGQ3hX6eFYtBjTBFSdvdkzHmwZyYWLRQh; alt. Digital Currency Address - XBT 1LKE3XA9bf5JFqtGtCHzWj5QGxKGwMfXZw; alt. Digital Currency Address - XBT 1MtsQsw6n2jvJCWhpCw7jifTfD9Q3rBBVg; alt. Digital Currency Address - XBT 1KkaKujnqwJf7Cbm7JKAZGF3X9d4685m8n; alt. Digital Currency Address - XBT 1Ge8JodC2HiBiEuT7D3MoH6Fak6XrcT9Kf; alt. Digital Currency Address - XBT bc1qsmqpalp3gtgkltag4x3ygevmhh9y2hzk73t2u g; alt. Digital Currency Address - XBT

1E9uUnLbyfToazo95vmM3ysYnzgkrL7GeC; alt. Digital Currency Address - XBT 1HH8eiuaTMucTNyvGCUmAvmCZCtdMi8SqK; alt. Digital Currency Address - XBT 19FQzHibWDhSP8pKmJS3uagFYoisXtehzw; alt. Digital Currency Address - XBT 3DLGfN7hgsWXXSp9euXcnmWXLpFQuswW2t ; alt. Digital Currency Address - XBT 1PXxwPVtYxZiCRp9LKq7aKMDFrhAQztvUE; alt. Digital Currency Address - XBT 1Q4tJjH2aBr3AJrzxqa4Z3jPpf5SDgF4jK; alt. Digital Currency Address - XBT 1PYtgFS2t6i57WdDvbRa7kPcsagGMBxzfg; alt. Digital Currency Address - XBT 16ZSAEfYpPCj3D94fsNt2okYj9Ue8mxy6T; alt. Digital Currency Address - XBT bc1qvlzfn6kmezv44d8kw0p5jsmxe6wchv3zc7g sxs; alt. Digital Currency Address - XBT 3QVyoH4u3qT88uChAeJVhfB3r6maZt431y; alt. Digital Currency Address - XBT 1FFS6pX1TCKTNy668Mbk2Lyoem1qB48kYX; alt. Digital Currency Address - XBT 1Dpddb1TMjvmNQeYDqgyd1ww6cmwPJRdSk; alt. Digital Currency Address - XBT 3AjiWiUdKB5mcGUSS9mBeoHCeYJw3Zo8r6; alt. Digital Currency Address - XBT 1EtMuBPQnPCa3cecerdSH1SzydxnhbTmw; alt. Digital Currency Address - XBT 3CCmt5LjQ5yKkaFY1DWC2SbERVEtWRnSRD ; alt. Digital Currency Address - XBT 1MQBDeRWsiJBf7K1VGjJ7PWEL6GJXMfmLg; alt. Digital Currency Address - XBT 1MbtT2ZsTtLp7EKZUV9r74cTyqvsMtTP2M; alt. Digital Currency Address - XBT 36yS87PLuW7sErLg1TY26WzaVarTim7AcC; alt. Digital Currency Address - XBT 3AYU365Tcjef7j9pdKF9Xe8rWpEpsH196t; alt. Digital Currency Address - XBT 148LKmyZT3FGE4x1GjsFN6RsAwcjzk5iuE; alt. Digital Currency Address - XBT 16EKTes8ahD8xvwisqjc2xSNLiG3fDHatW; alt. Digital Currency Address - XBT 3GuQjr7kkrR5EjpanMgyAuxuLgrjEUwe21; alt. Digital Currency Address - XBT 35eanEz5iYg2eYaxCtMrR4SCoypFqrBWUH; alt. Digital Currency Address - XBT 3QWUdP5taP4GrRuueVDud1eWetb7hc3wDH; alt. Digital Currency Address - XBT 3Czhm6xqn8odwz6jgTcjRrUjog28v6aVS8; alt. Digital Currency Address - XBT 1F7UL41qYm6TvnExZzPHBCyeENvX3XDEMS ; alt. Digital Currency Address - XBT 123WBUDmSJv4GctdVEz6Qq6z8nXSKrJ4KX; alt. Digital Currency Address - XBT 3BCN3WgMRJwULTz1vsEQ7NZrBjwaUBf5Ca;

alt. Digital Currency Address - XBT 35SwVFxosV3AsvnrBfzdXarqavRbvDyyxv; alt. Digital Currency Address - XBT 32pCmCWEjwhkLwh5BgLNAeBQFp5Gi1hv81; alt. Digital Currency Address - XBT 1G64TFMFVJTjhJXra6x74BBhsfSyiWaFtT; alt. Digital Currency Address - XBT 1A3iYY4c3dkgNYGewzYzr7EsqfBuWXibGo; alt. Digital Currency Address - XBT 3GAUBtrTtWp1D9yeXgr3wMg8B599QHa5m5; alt. Digital Currency Address - XBT 3HJN4jRa4mdfkey9JR9jUhr86yPwL86A3C; alt. Digital Currency Address - XBT 1EuUMPBCZtSd5pVVFEqmRqUSfU1qy6ASuL; alt. Digital Currency Address - XBT 1Pu1nAW7kCoSMThMs8QcpM8JxuByQDZgH; alt. Digital Currency Address - XBT 3QnWE5GVfQu3wVav91RuFkqip4Ti4NWqAY; alt. Digital Currency Address - XBT 1CNbhgxGRZvsWnEHotfXge7k2E1UPzBDC7; alt. Digital Currency Address - XBT 3HSZc4BLnQBznjSq7JvXgqNCZUUs3M9fZz; alt. Digital Currency Address - XBT 37dDBCexFPraKW4jGSqkE3NyG52YeZQbJx; alt. Digital Currency Address - XBT 1H8sDTTgJPBKw83EBZDLhXvetCbxZUMMZM ; alt. Digital Currency Address - XBT 1BvJRBRp9ZZ6zLyuZaZsV7g3xP6JokdZQW; alt. Digital Currency Address - XBT bc1q237mvl0heyw0r38wd3xz8h5mar96rrwpam s8pp; alt. Digital Currency Address - XBT 34dxZvijpBM1YkPybczbQ7DuGuKAnULdfS; alt. Digital Currency Address - XBT 1GkLN7DbA9mAtHNzQWNPANcdWbefaz4Gz m; alt. Digital Currency Address - XBT 13hfsQm6oCaDZehfYBSMFiJVAi1jsL6sQd; alt. Digital Currency Address - XBT 1Sf6e4xQv8muMZqYPTdRFf3e5o5eWcg9F; alt. Digital Currency Address - XBT bc1qj6j6p0jdefl6pvdzx3kx8245yy5mz6q4luhzes; alt. Digital Currency Address - XBT 1B3u21itzjgKtm7QsNQNCBpSkwzzeDHqrW; alt. Digital Currency Address - XBT 3JhPsVV3KnL9dBYGSZALS9EbrLr97R865a; alt. Digital Currency Address - XBT bc1qqf8kcc9m57xjqcvsvuf989nnl48ve6d2s24cx 3; alt. Digital Currency Address - XBT 1HuYfoEwsfHgZiRhbhJrCd5ST3iksa8KEx; alt. Digital Currency Address - XBT 1J9wJH2bamZVxscXAvoDH4jvtGKb7sYFDm; alt. Digital Currency Address - XBT 34WWXwFKAsXL9zYxbeNPaPV6vDamkjQLUo ; alt. Digital Currency Address - XBT 3PDmRwotTkRAFRLGTUrucCERp2JdM1q4ar; alt. Digital Currency Address - XBT

3AFcE2mbSSndcpYFgHoExSmjUc26ef2gQh; alt. Digital Currency Address - XBT 3P6PzdfETr4275Gn3veLkCyDxA1jV8fHKm; alt. Digital Currency Address - XBT 3HRExd8GKFskZC5inmVcpiyy9UWG7FVa6o; alt. Digital Currency Address - XBT 3MP7yBGSW2gkXVRE8S84T2j4KVgPh3rEzv; alt. Digital Currency Address - XBT 1K2fmE9hfhbRNSZoBvCBWZAvsS5idTUxBG; alt. Digital Currency Address - XBT 3ES6pqCueDPCnC4hCqhhYuey6gyiRJZw6E; alt. Digital Currency Address - XBT 3KvBX3jo69Qn8jHy44M33RYoeYcf8DdRBD; alt. Digital Currency Address - XBT 3K26aMKmnrv97Pj6YiFcqiXk2LxeHfhnG3; alt. Digital Currency Address - XBT 3BWP6ZQAhc4j5wR1b95zJAthJEFvhdees7; alt. Digital Currency Address - XBT 3JuSgFrwnrNfuhvR4GpWAPmeJVot4xrEae; alt. Digital Currency Address - XBT 1DKGRGJXGNLAtTeFb9SNPNHtrkZ87q7qKi; alt. Digital Currency Address - XBT 361AkMKNNWYwZRsCE8pPNmoh5aQf4V7g4 p; alt. Digital Currency Address - XBT 33fWcMdmsB2Ey4CEbVWbjGFkuevBSyP9nG; alt. Digital Currency Address - XBT 35aTjkBh4yeTypJsi9nuTdoMKHTsawKVgX; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Established Date 2015 [CYBER2].

HYDRO COMPANY FOR DRILLING EQUIPMENT RENTAL (a.k.a. HYDRO COMPANY S.A.L.; a.k.a. HYDRO DRILLING EQUIPMENT RENTAL S.A.L.), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1024713 (Lebanon) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

HYDRO COMPANY S.A.L. (a.k.a. HYDRO COMPANY FOR DRILLING EQUIPMENT RENTAL; a.k.a. HYDRO DRILLING EQUIPMENT RENTAL S.A.L.), Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1024713 (Lebanon) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

HYDRO DRILLING EQUIPMENT RENTAL S.A.L. (a.k.a. HYDRO COMPANY FOR DRILLING EQUIPMENT RENTAL; a.k.a. HYDRO COMPANY S.A.L.), Lebanon; Secondary

sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Commercial Registry Number 1024713 (Lebanon) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

HYON, Gwang II (a.k.a. HYON, Kwang II), Korea, North; DOB 27 May 1961; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Department Director at the National Aerospace Development Administration (individual) [NPWMD] (Linked To: NATIONAL AEROSPACE DEVELOPMENT ADMINISTRATION).

HYON, Kwang II (a.k.a. HYON, Gwang II), Korea, North; DOB 27 May 1961; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Department Director at the National Aerospace Development Administration (individual) [NPWMD] (Linked To: NATIONAL AEROSPACE DEVELOPMENT ADMINISTRATION).

HYPEREL FZCO, 342001, Unit 101 Ifza, Dubai Silicon Oasis, DDP Building A2, Dubai, United Arab Emirates; Organization Established Date 28 Mar 2022; Economic Register Number (CBLS) 11868929 (United Arab Emirates) [RUSSIA-EO14024].

I A C INTERNATIONAL INC. (a.k.a. IAC INTERNATIONAL INC.; a.k.a. INTERNATIONAL AIRLINE CONSULTING), Miami, FL, United States; US FEIN 65-0842701; Business Registration Document # P9800004558 (United States) [SDNTK].

I AND S HOLDING COMPANY, S.A. (a.k.a. I&S HOLDING COMPANY, S.A.), Panama; RUC # 1199542-1-581763 (Panama) [SDNTK].

I JET GLOBAL DMCC (a.k.a. TRADE MED MIDDLE EAST; a.k.a. TRADE MID MIDDLE EAST; a.k.a. "IJET"), Unit No: 3504, 1 Lake Plaza, Plot No: JLT-PH2-T2A, Jumeirah Lakes Towers, Dubai, United Arab Emirates; Plaza del Olivar, 1 4, Palma de Mallorca, Baleares H24 07002, Spain; 116/8, St. George's Road, St. Julians STJ3203, Malta; Damascus, Syria; Organization Established Date 13 Oct 2014; Organization Type: Service activities incidental

to air transportation; Registration Number DMCC19501 (United Arab Emirates) [RUSSIA-EO14024].

I SPHERA JOINT STOCK COMPANY (a.k.a. AO KRASNYI DELFIN; a.k.a. RED DOLPHIN JOINT STOCK COMPANY), Per. Khimicheskii D. 1, Lit. BE, Floor 3, Pomeshch. 60, Saint Petersburg 198095, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration ID 1077847590040 (Russia); Tax ID No. 7805439611 (Russia) [RUSSIA-EO14024].

I&S HOLDING COMPANY, S.A. (a.k.a. I AND S HOLDING COMPANY, S.A.), Panama; RUC # 1199542-1-581763 (Panama) [SDNTK].

I.C.I.C. KFT. (a.k.a. I.C.I.C. LTD.), Bocskai utca 9, Pecel 2119, Hungary; Organization Established Date 15 Jul 2021; Tax ID No. 27189173-1-13 (Hungary); Registration Number 13-09-214318 (Hungary) [BALKANS-EO14033] (Linked To: GRUEVSKI, Nikola).

I.C.I.C. LTD. (a.k.a. I.C.I.C. KFT.), Bocskai utca 9, Pecel 2119, Hungary; Organization Established Date 15 Jul 2021; Tax ID No. 27189173-1-13 (Hungary); Registration Number 13-09-214318 (Hungary) [BALKANS-EO14033] (Linked To: GRUEVSKI, Nikola).

I.P.C. INTERNATIONAL LIMITED, United Kingdom [IRAQ2].

I.P.C. MARKETING LIMITED, United Kingdom [IRAQ2].

IA INFOROS, OOO (Cyrillic: ООО ИА ИНФОРОС) (a.k.a. INFOROS INFORMATION AGENCY, CO, LTD.; a.k.a. NEWS AGENCY INFOROS), Moscow, Russia; Website inforos.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Type: News agency activities; Tax ID No. 5025021509 (Russia) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

IAC INTERNATIONAL INC. (a.k.a. I A C INTERNATIONAL INC.; a.k.a. INTERNATIONAL AIRLINE CONSULTING), Miami, FL, United States; US FEIN 65-0842701; Business Registration Document # P9800004558 (United States) [SDNTK].

IAKOVLEV, Pavel Aleksandrovich (a.k.a. YAKOVLEV, Pavel Alexandrovich), Russia;

DOB 27 Jan 1968; POB Yekaterinburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 741501315015 (Russia) (individual) [RUSSIA-EO14024].

IAN LIMITED (a.k.a. CEC CHEMICAL CO., LTD.; a.k.a. CEC LIMITED; a.k.a. CEC LTD.; a.k.a. CEC PHARM CO LTD; a.k.a. CEC PHARMATECH LTD; a.k.a. CHINA ENRICHING CHEMISTRY; a.k.a. HANGZHOU HONGYAN TRADING CO., LTD; a.k.a. SHANGHAI CANHE PHARMTECH CO LTD), Room 807, 8/F Building 6, No.333 Guiping Road, Shanghai 200233, China; 401, No.23, Changning Road 1277, Shanghai 200051, China; Website www.cecchem.com; alt. Website www.eric1234.com [SDNTK].

IARA (a.k.a. AL-WAKALA AL-ISLAMIYA AL-AFRIKIA L'IL-IGHATHA; a.k.a. AL-WAKALA AL-ISLAMIYA L'IL-IGHATHA; a.k.a. ISLAMIC AFRICAN RELIEF AGENCY; a.k.a. ISLAMIC AMERICAN RELIEF AGENCY; a.k.a. ISLAMIC RELIEF AGENCY; a.k.a. "ISRA"), 201 E. Cherry Street, Suite D, Columbia, MO 65205, United States; all offices worldwide [SDGT].

IB REFORM JSC (a.k.a. JOINT STOCK COMPANY INFORMATION SECURITY REFORM; a.k.a. JSC IS REFORM), D. 125 Str. 1 Etazh 6 Pom. X Kom 23, Shosse Varshavskoe, Moscow 117587, Russia; Organization Established Date 31 Jul 2019; Tax ID No. 7726482572 (Russia); Government Gazette Number 75059643 (Russia); Registration Number 1217700423654 (Russia) [RUSSIA-EO14024].

IBARRA CARDONA, Carlos Jesus Ivan, Calle Lago La Doga 5312, Tijuana, Baja California, Mexico; DOB 02 Dec 1986; POB Sonora, Mexico; Passport 970200221199 (Mexico) (individual) [SDNTK].

IBARRA CARDONA, Luis Gerardo, Calle Lago de La Doga 5312, Tijuana, Baja California, Mexico; DOB 28 Nov 1982; nationality Mexico; citizen Mexico; R.F.C. IACL821128 (Mexico) (individual) [SDNTK].

IBARRA FAVILA, Jose Gerardo, Calle Lago de La Doga 5312, Tijuana, Baja California, Mexico; DOB 09 Mar 1961; POB Durango, Mexico; R.F.C. IAFG610309 (Mexico) (individual) [SDNTK].

IBARRA YEPIS, Priciliano (a.k.a. IBARRA YEPIS, Prisciliano; a.k.a. IBARRA YEPIZ, Prisciliano; a.k.a. YBARRA YEPIS, Priciliano), Mexico; DOB 04 Jan 1977; POB Sonora, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. IAYP770104HSRBPR00 (Mexico) (individual) [SDNTK].

IBARRA YEPIS, Prisciliano (a.k.a. IBARRA YEPIS, Priciliano; a.k.a. IBARRA YEPIZ, Prisciliano; a.k.a. YBARRA YEPIS, Priciliano), Mexico; DOB 04 Jan 1977; POB Sonora, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. IAYP770104HSRBPR00 (Mexico) (individual) [SDNTK].

IBARRA YEPIZ, Prisciliano (a.k.a. IBARRA YEPIS, Priciliano; a.k.a. IBARRA YEPIS, Prisciliano; a.k.a. YBARRA YEPIS, Priciliano), Mexico; DOB 04 Jan 1977; POB Sonora, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. IAYP770104HSRBPR00 (Mexico) (individual) [SDNTK].

IBEX SHIPPING INC, Office 4, 1st Floor, Mitsi Building 1, Stasinou Avenue, Nicosia 1060, Cyprus; Identification Number IMO 5344160 [RUSSIA-EO14024].

IBN ALHOUSSEYNI, Mohamed (a.k.a. AG ALHOUSSEINI, Houka Houka; a.k.a. IBN AL-HUSAYN, Muhammad), Zouera, Mali; DOB 1962; alt. DOB 1963; alt. DOB 1964; POB Ariaw, Tombouctou region, Mali; nationality Mali; Gender Male (individual) [MALI-EO13882].

IBN AL-HUSAYN, Muhammad (a.k.a. AG ALHOUSSEINI, Houka Houka; a.k.a. IBN ALHOUSSEYNI, Mohamed), Zouera, Mali; DOB 1962; alt. DOB 1963; alt. DOB 1964; POB Ariaw, Tombouctou region, Mali; nationality Mali; Gender Male (individual) [MALI-EO13882].

IBRAGIMOV, Turpal-Ali Vakhaevich (a.k.a. IBRAGIMOV, Turpal-Ali Vakhayevich (Cyrillic: ИБРАГИМОВ, Турпал-Али Вахаевич)), Chechen Republic, Russia; DOB 24 Jul 1979; POB Germenchuk, Chechen Republic, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 774317638795 (Russia) (individual) [RUSSIA-EO14024].

IBRAGIMOV, Turpal-Ali Vakhayevich (Cyrillic: ИБРАГИМОВ, Турпал-Али Вахаевич) (a.k.a. IBRAGIMOV, Turpal-Ali Vakhaevich), Chechen Republic, Russia; DOB 24 Jul 1979; POB Germenchuk, Chechen Republic, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 774317638795 (Russia) (individual) [RUSSIA-EO14024].

IBRAHIM MUHAMMAD RASHID, Ma'ad (a.k.a. AL-ATILI, Ma'ad Ibrahim Muhammad Rashid

(Arabic: (معاد إبراهيم محمد رشيد العتيلي)), West Bank; DOB 15 Mar 1980; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 906168711 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

IBRAHIM SAID, Mahmoud; DOB 1953; POB Lattakia, Syria; Minister of Transport (individual) [SYRIA].

IBRAHIM, Aadan Yusuf Saciid (a.k.a. "ABDULLAHI, Hussein"), Beled Amin, Lower Shabelle, Somalia; DOB 1987; alt. DOB 1988; alt. DOB 1989; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

IBRAHIM, 'Abd Al-Baqi Muhammad (a.k.a. AL-BAKI, 'Abd; a.k.a. AL-BARI, 'Abd; a.k.a. BAKI, Abdul; a.k.a. BAQI, Abdul; a.k.a. BARI, Abdul; a.k.a. BARI, Abdul Baqi; a.k.a. BARI, Haji Abdul; a.k.a. IBRAHIM, 'Abd Labaqi Muhammad; a.k.a. ISHAQZAI, Rais Abdul Bari; a.k.a. "ABDELBAKI"); DOB 01 Jan 1953; alt. DOB 1952; POB Kandahar, Afghanistan; Passport 306749 (Afghanistan) expires 28 Jun 2014; alt. Passport 47168 (Afghanistan) (individual) [SDGT].

IBRAHIM, 'Abd Labaqi Muhammad (a.k.a. AL-BAKI, 'Abd; a.k.a. AL-BARI, 'Abd; a.k.a. BAKI, Abdul; a.k.a. BAQI, Abdul; a.k.a. BARI, Abdul; a.k.a. BARI, Abdul Baqi; a.k.a. BARI, Haji Abdul; a.k.a. IBRAHIM, 'Abd Al-Baqi Muhammad; a.k.a. ISHAQZAI, Rais Abdul Bari; a.k.a. "ABDELBAKI"); DOB 01 Jan 1953; alt. DOB 1952; POB Kandahar, Afghanistan; Passport 306749 (Afghanistan) expires 28 Jun 2014; alt. Passport 47168 (Afghanistan) (individual) [SDGT].

IBRAHIM, Al Hajj Alie (a.k.a. AL-WAFA, Ali Ibrahim; a.k.a. AL-WAFA, Alie Ibrahim; a.k.a. AL-WATFA, Ali Ibrahim; a.k.a. AL-WATFA, Alie Ibrahim), 26 Malama Thomas Street, Freetown, Sierra Leone; DOB 1969; POB Al Qalamun, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

IBRAHIM, Ali, Syria; DOB 28 Feb 1985; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

IBRAHIM, 'Ali, Syria; DOB 25 Mar 1961; nationality Syria; Scientific Studies and

Research Center Employee (individual) [SYRIA].

IBRAHIM, Anis (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. DILIP, Aziz; a.k.a. EBRAHIM, Dawood; a.k.a. HASAN, Shaikh Daud; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SABRI, Dawood; a.k.a. SAHEB, Amir; a.k.a. SETH, Iqbal), 617 CP Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

IBRAHIM, Ayman (a.k.a. IBRAHIM, Ayman Ahmad); DOB 01 Apr 1979; POB 'Adlun, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; General Manager, Unique Stars Mobile Phones LLC (individual) [SDGT] (Linked To: UNIQUE STARS MOBILE PHONES LLC).

IBRAHIM, Ayman Ahmad (a.k.a. IBRAHIM, Ayman); DOB 01 Apr 1979; POB 'Adlun, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; General Manager, Unique Stars Mobile Phones LLC (individual) [SDGT] (Linked To: UNIQUE STARS MOBILE PHONES LLC).

IBRAHIM, Dawood (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. DILIP, Aziz; a.k.a. EBRAHIM, Dawood; a.k.a. HASAN, Shaikh Daud; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SABRI, Dawood; a.k.a. SAHEB, Amir; a.k.a. SETH, Iqbal), 617 CP Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

IBRAHIM, Dawood Sheik (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. DILIP, Aziz; a.k.a. EBRAHIM, Dawood; a.k.a. HASAN, Shaikh Daud; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood; a.k.a. KASKAR, Dawood Ibrahim; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SABRI, Dawood; a.k.a. SAHEB, Amir; a.k.a. SETH, Iqbal), 617 CP Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30, Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

IBRAHIM, Frere Petrus (a.k.a. MUJYAMBERE, Leopold; a.k.a. "ACHILLE"; a.k.a. "MUSENYERI"), Mwenga, South Kivu Province, Congo, Democratic Republic of the; DOB 17 Mar 1962; alt. DOB 1966; POB Kigali, Rwanda; citizen Rwanda; Colonel; Commander, FDLR CO 2nd Division (individual) [DRCONGO].

IBRAHIM, Fu'ad 'Abd-al-Qadir, Syria; DOB 24 Nov 1967; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

IBRAHIM, Haji (a.k.a. IBRAHIM, Haji Ehai; a.k.a. KHAN AFRIDI, Haji Ibrahim; a.k.a. KHAN, Haji Ibrahim); DOB 28 Sep 1957; POB Pakistan (individual) [SDNTK].

IBRAHIM, Haji Ehai (a.k.a. IBRAHIM, Haji; a.k.a. KHAN AFRIDI, Haji Ibrahim; a.k.a. KHAN, Haji Ibrahim); DOB 28 Sep 1957; POB Pakistan (individual) [SDNTK].

IBRAHIM, Khalil (a.k.a. MOHAMED, Khalil Ibrahim; a.k.a. TAHA, Khalil Ibrahim Mohamed Achar Foudail); DOB 15 Jun 1958; POB El Fasher, Sudan; alt. POB Al Fashir, Sudan; nationality Sudan; Registration ID 0179427 (France); National Foreign ID Number 4203016171 (France) issued 20 Feb 2004; Chairman, Justice and Equality Movement; Co-founder, National Redemption Front (individual) [DARFUR].

IBRAHIM, Maxamed Siidow Sheikh (a.k.a. SIIDOW, Maxamed), Lower Shabelle, Somalia; DOB 1972; alt. DOB 1973; alt. DOB 1974; POB Lower Shabelle, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

IBRAHIM, Mohamed Ahmed Elsayed Ahmed, Brazil; DOB 05 Apr 1977; POB Gharbeya,

Egypt; citizen Egypt; Gender Male; Passport A09935181 (Egypt); Turkish Identification Number 99148469954 (Turkey) (individual) [SDGT] (Linked To: AL QA'IDA).

IBRAHIM, Mohammad Sholeh (a.k.a. IBRAHIM, Muh Sholeh; a.k.a. IBRAHIM, Muhammad Sholeh; a.k.a. IBRAHIM, Muhammad Soleh; a.k.a. IBRAHIM, Sholeh; a.k.a. IBROHIM, Muhammad Sholeh); DOB Sep 1958; POB Demak, Indonesia; nationality Indonesia; Ustad (individual) [SDGT].

IBRAHIM, Mohammed Hassan (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Hassan Dahir; a.k.a. AWES, Shaykh Hassan Dahir; a.k.a. AWEYES, Hassen Dahir; a.k.a. AWEYS, Ahmed Dahir; a.k.a. AWEYS, Hassan Dahir; a.k.a. AWEYS, Sheikh; a.k.a. AWEYS, Sheikh Hassan Dahir; a.k.a. DAHIR, Aweys Hassan; a.k.a. OAIS, Hassan Tahir; a.k.a. UWAYS, Hassan Tahir; a.k.a. "HASSAN, Sheikh"), Somalia; Eritrea; DOB 1935; nationality Somalia; citizen Somalia (individual) [SOMALIA].

IBRAHIM, Muh Sholeh (a.k.a. IBRAHIM, Mohammad Sholeh; a.k.a. IBRAHIM, Muhammad Sholeh; a.k.a. IBRAHIM, Muhammad Soleh; a.k.a. IBRAHIM, Sholeh; a.k.a. IBROHIM, Muhammad Sholeh); DOB Sep 1958; POB Demak, Indonesia; nationality Indonesia; Ustad (individual) [SDGT].

IBRAHIM, Muhammad; DOB 05 Aug 1964; Brigadier General (individual) [SYRIA] (Linked To: SYRIAN AIR FORCE).

IBRAHIM, Muhammad Makkawi (a.k.a. MAKAWI, Mohamed; a.k.a. MOHAMED, Mohamed Makawi Ibrahim; a.k.a. MOHAMED, Mohamed Makkawi Ibrahim); DOB 1984; POB Sudan; nationality Sudan (individual) [SDGT].

IBRAHIM, Muhammad Sholeh (a.k.a. IBRAHIM, Mohammad Sholeh; a.k.a. IBRAHIM, Muh Sholeh; a.k.a. IBRAHIM, Muhammad Soleh; a.k.a. IBRAHIM, Sholeh; a.k.a. IBROHIM, Muhammad Sholeh); DOB Sep 1958; POB Demak, Indonesia; nationality Indonesia; Ustad (individual) [SDGT].

IBRAHIM, Muhammad Soleh (a.k.a. IBRAHIM, Mohammad Sholeh; a.k.a. IBRAHIM, Muh Sholeh; a.k.a. IBRAHIM, Muhammad Sholeh; a.k.a. IBRAHIM, Sholeh; a.k.a. IBROHIM, Muhammad Sholeh); DOB Sep 1958; POB Demak, Indonesia; nationality Indonesia; Ustad (individual) [SDGT].

IBRAHIM, Nasreen Hussein (Arabic: نسرين حسين إبراهيم) (a.k.a. IBRAHIM, Nisrine; a.k.a. IBRAHIM, Nsrin; a.k.a. IBRAHIM, Nsrin Hussin),

Damascus, Syria; DOB 13 Nov 1975; POB Latakia, Syria; nationality Syria; Gender Female; National ID No. 06110008173 (Syria) (individual) [SYRIA-EO13894].

IBRAHIM, Nisrine (a.k.a. IBRAHIM, Nasreen Hussein (Arabic: نسرين حسين إبراهيم); a.k.a. IBRAHIM, Nsrin; a.k.a. IBRAHIM, Nsrin Hussin), Damascus, Syria; DOB 13 Nov 1975; POB Latakia, Syria; nationality Syria; Gender Female; National ID No. 06110008173 (Syria) (individual) [SYRIA-EO13894].

IBRAHIM, Nsrin (a.k.a. IBRAHIM, Nasreen Hussein (Arabic: نسرين حسين إبراهيم); a.k.a. IBRAHIM, Nisrine; a.k.a. IBRAHIM, Nsrin Hussin), Damascus, Syria; DOB 13 Nov 1975; POB Latakia, Syria; nationality Syria; Gender Female; National ID No. 06110008173 (Syria) (individual) [SYRIA-EO13894].

IBRAHIM, Nsrin Hussin (a.k.a. IBRAHIM, Nasreen Hussein (Arabic: نسرين حسين إبراهيم); a.k.a. IBRAHIM, Nisrine; a.k.a. IBRAHIM, Nsrin), Damascus, Syria; DOB 13 Nov 1975; POB Latakia, Syria; nationality Syria; Gender Female; National ID No. 06110008173 (Syria) (individual) [SYRIA-EO13894].

IBRAHIM, Osama Al Kuni (Arabic: أسامة الكوني إبراهيم) (a.k.a. AL KUNI, Osama; a.k.a. AL-MILAD, Osama; a.k.a. MILAD, Osama; a.k.a. "ZAWIYA, Osama"; a.k.a. "ZAWIYAH, Osama"), Zawiyah, Libya; DOB 04 Apr 1976; alt. DOB 02 Apr 1976; POB Tripoli, Libya; nationality Libya; Gender Male (individual) [LIBYA3].

IBRAHIM, Rana Hussein (Arabic: رنا حسين ابراهيم) (a.k.a. IBRAHIM, Rana Hussin), Damascus, Syria; DOB 07 Oct 1994; POB Damascus, Syria; nationality Syria; Gender Female; National ID No. 06110065397 (Syria) (individual) [SYRIA-EO13894].

IBRAHIM, Rana Hussin (a.k.a. IBRAHIM, Rana Hussein (Arabic: رنا حسين ابراهيم)), Damascus, Syria; DOB 07 Oct 1994; POB Damascus, Syria; nationality Syria; Gender Female; National ID No. 06110065397 (Syria) (individual) [SYRIA-EO13894].

IBRAHIM, Sadr, Afghanistan; DOB 1967; alt. DOB 1968; alt. DOB 1966; Gender Male (individual) [SDGT] (Linked To: TALIBAN).

IBRAHIM, Sholeh (a.k.a. IBRAHIM, Mohammad Sholeh; a.k.a. IBRAHIM, Muh Sholeh; a.k.a. IBRAHIM, Muhammad Sholeh; a.k.a. IBRAHIM, Muhammad Soleh; a.k.a. IBROHIM, Muhammad Sholeh); DOB Sep 1958; POB Demak, Indonesia; nationality Indonesia; Ustad (individual) [SDGT].

IBRAHIM, Yasar (a.k.a. IBRAHIM, Yassar; a.k.a. IBRAHIM, Yasser Hussein (Arabic: يسار حسين ابراهيم)), Syria; DOB 09 Apr 1983; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

IBRAHIM, Yassar (a.k.a. IBRAHIM, Yasar; a.k.a. IBRAHIM, Yasser Hussein (Arabic: يسار حسين ابراهيم)), Syria; DOB 09 Apr 1983; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

IBRAHIM, Yasser Hussein (Arabic: يسار حسين ابراهيم) (a.k.a. IBRAHIM, Yasar; a.k.a. IBRAHIM, Yassar), Syria; DOB 09 Apr 1983; POB Damascus, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

IBRAHIMI, Hasan Dahqan (a.k.a. EBRAHIMI, Hasan Dehghan); DOB 21 Mar 1961; POB Dezfool, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U19707756 (Iran) issued 12 May 2011 expires 11 May 2016 (individual) [SDGT] [IRGC] [IFSR].

IBROHIM, Muhammad Sholeh (a.k.a. IBRAHIM, Mohammad Sholeh; a.k.a. IBRAHIM, Muh Sholeh; a.k.a. IBRAHIM, Muhammad Sholeh; a.k.a. IBRAHIM, Muhammad Soleh; a.k.a. IBRAHIM, Sholeh); DOB Sep 1958; POB Demak, Indonesia; nationality Indonesia; Ustad (individual) [SDGT].

IBS EXPERTISE (a.k.a. OOO IBS EKSPERTIZA), ul. Skladochnaya d. 3, str. 1, Moscow 127018, Russia; sh. Dmitrovskoe, d. 9B, et. 5, pom. XIII, kom. 6, Moscow 127434, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7713606622 (Russia); Registration Number 1067761849704 (Russia) [RUSSIA-EO14024].

IBS SOFT LTD (a.k.a. OOO IBS SOFT), ul. Skladochnaya d. 3, str. 1, Moscow, 127434, Russia; sh. Dmitrovskoe, d. 9B, et. 5, pom. XIII, kom. 14, Moscow 127434, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7713721689 (Russia); Registration Number 1117746016013 (Russia) [RUSSIA-EO14024].

IC CONSTANTA LLC (a.k.a. KONSTANTA, OOO; a.k.a. LIMITED LIABILITY COMPANY INSURANCE COMPANY KONSTANTA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТРАХОВАЯ КОМПАНИЯ КОНСТАНТА); a.k.a. LLC SK KONSTANTA (Cyrillic: ООО СК КОНСТАНТА); a.k.a. "CONSTANTA"; a.k.a. "KONSTANTA" (Cyrillic: "КОНСТАНТА")), d. 19 etazh 3 pom. 70, ul. Leninskaya Sloboda, Moscow 115280, Russia (Cyrillic: д. 19 этаж 3, помещ. 70, ул. Ленинская слобода, Москва 115280, Russia); st. Leninskaya Sloboda, house 19, floor 3, room. 70, Moscow 115280, Russia; vn. ter. Municipal district Danilovsky, Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: вн. тер г. муниципальный округ даниловский, ул. ленинская слобода, д. 19 этаж 3, помещ. 70, г. Москва 115280, Russia); Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: ул. Ленинская слобода, д. 19, этаж 3, помещ. 70, Москва 115280, Russia); Tax ID No. 7707447597 (Russia); Government Gazette Number 24544006 (Russia); Business Registration Number 1217700000011 (Russia) [PEESA-EO14039].

IC HORVIK LLC (a.k.a. INTERNATIONAL COMPANY LIMITED LIABILITY COMPANY KHORVIK (Cyrillic: МЕЖДУНАРОДНАЯ КОМПАНИЯ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОРВИК)), 8 Melkovodny Lane, Floor 2, Suite 209, Russian Island, Primorskiy Region 690922, Russia; Tax ID No. 2540270365 (Russia); Registration Number 1222500017574 (Russia) [RUSSIA-EO14024].

IC LLC ASTEKLING (a.k.a. INTERNATIONAL COMPANY LIMITED LIABILITY COMPANY ASTECLING (Cyrillic: МЕЖДУНАРОДНАЯ КОМПАНИЯ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АСТЕКЛИНГ)), Office 209, Floor 2, Building 8, Melkovodniy, Russky Island, Primorskiy Krai 690922, Russia; Tax ID No. 2540276952 (Russia); Registration Number 123500012910 (Russia) [RUSSIA-EO14024].

IC ROSGOSSTRAKH PJSC (a.k.a. PJSC IC ROSGOSSTRAKH (Cyrillic: ПАО СК РОСГОССТРАХ); a.k.a. PUBLIC JOINT STOCK COMPANY INSURANCE COMPANY ROSGOSSTRAKH (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СТРАХОВАЯ КОМПАНИЯ РОСГОССТРАХ); a.k.a.

ROSGOSSTRAKH INSURANCE COMPANY GROUP), dom 3, ulitsa Parkovaya, Lyubertsy, Moscow Oblast 140002, Russia; Tax ID No. 7707067683 (Russia); Registration Number 1027739049689 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

IC VELES CAPITAL LLC (a.k.a. IK VELES KAPITAL OOO), Nab. Krasnopresnenskaya d. 12, podyezd 7, floor 18, Tsentr Mezhdunarodnoi Torgovli-2, Moscow 123610, Russia; Organization Established Date 27 Apr 2000; Tax ID No. 7709303960 (Russia); Identification Number YT68RV.99999.SL.643 (Russia); Legal Entity Number 253400GHQM8WGX9UET22; Registration Number 1027700098150 (Russia) [RUSSIA-EO14024].

ICEBERG CENTRAL DESIGN BUREAU (a.k.a. CENTRAL DESIGN BUREAU USC-ICEBERG JSC; a.k.a. JSC TSKB AYSBERG (Cyrillic: АО ЦКБ АЙСБЕРГ); a.k.a. UNITED SHIPBUILDING CORPORATION JSC AYSBERG CENTRAL DESIGN BUILDING; a.k.a. USC-ICEBERG CENTRAL DESIGN BUREAU), 36 Bolshoi Ave. V. I., St. Petersburg 199034, Russia; Tax ID No. 7801005606 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

ICGOO ELECTRONICS LIMITED (Chinese Traditional: 創新在線電子有限公司), Unit 1-4, 8/F, Block B, Chung Mei Centre, 15B Hing Yip Street, Kwun Tong, Kowloon, Hong Kong, China; Website www.icgoo.net; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 28 Aug 2014; Registration Number 2138580 (Hong Kong) [NPWMD] [IFSR] (Linked To: RAYBEAM OPTRONICS CO. LTD.).

ICHTIJAR, Hisham (a.k.a. AL IKHTEYAR, Hisham; a.k.a. AL IKHTIYAR, Hisham; a.k.a. AL-IKHTIYAR, Hisham; a.k.a. AL-IKHTIYAR, Hisham Ahmad; a.k.a. BAKHTIAR, Hisham; a.k.a. BAKHTIYAR, Hisham; a.k.a. IKHTEYAR, Hisham; a.k.a. IKHTIYAR, Hisham), Maliki, Damascus, Syria; DOB 1941; Major General; Director, Syria Ba'ath Party Regional Command National Security Bureau (individual) [SYRIA].

ICI (a.k.a. IRAN COMMUNICATION INDUSTRIES; a.k.a. IRAN COMMUNICATIONS INDUSTRIES GROUP; a.k.a. SANAYE MOKHABERAT IRAN), P.O. Box 19295-4731, Pasdaran Avenue, Tehran, Iran; P.O. Box 19575-131, 34 Apadana Avenue, Tehran, Iran;

Shahid Langary Street, Nobonyad Square Ave., Pasdaran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ICL ELECTRONICS LIMITED LIABILITY COMPANY, ul. Sovetskaya zd. 278, Office 17(1004), Stolbishche, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1684000390 (Russia); Registration Number 1211600058780 (Russia) [RUSSIA-EO14024].

ICL TECHNO LIMITED LIABILITY COMPANY, Ul. Dorozhnaya D. 42, Usady 422624, Russia; Ul. Sovetskaya ZD. 278, Office 18 (1005), Stolbishche, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1624014670 (Russia); Registration Number 1161690055075 (Russia) [RUSSIA-EO14024].

ID SHIP AGENCY TRADE LIMITED COMPANY (Latin: İD GEMI ACENTELİĞİ TICARET LIMITED ŞIRKETI) (f.k.a. GLOBAL WORLD SHIP MANAGEMENT AND AGENCY TRADE LIMITED COMPANY; a.k.a. ID SHIPPING AGENCY), Ic Kapi No: 1 No: 15 Sen Sk. Postane Mah. Tuzla, Istanbul, Turkey; Registration Number 829488-0 (Turkey) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

ID SHIPPING AGENCY (f.k.a. GLOBAL WORLD SHIP MANAGEMENT AND AGENCY TRADE LIMITED COMPANY; a.k.a. ID SHIP AGENCY TRADE LIMITED COMPANY (Latin: İD GEMI ACENTELİĞİ TICARET LIMITED ŞIRKETI)), Ic Kapi No: 1 No: 15 Sen Sk. Postane Mah. Tuzla, Istanbul, Turkey; Registration Number 829488-0 (Turkey) [RUSSIA-EO14024] (Linked To: NORD PROJECT LLC TRANSPORT COMPANY).

'ID, Nisrin Bubhi, Syria; DOB 26 May 1984; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

IDA ASANSOR SAN VE TIC LTD (a.k.a. IDA ASANSOR SANAYII VE TICARET LIMITED SIRKETI; a.k.a. IDA ELEVATOR INDUSTRY AND TRADE LIMITED COMPANY), 5 1 Osb

Mahallesi 9, Caddesi, Yesilyurt, Malatya 44900, Turkey; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration Number 13872 (Turkey) [RUSSIA-EO14024].

IDA ASANSOR SANAYII VE TICARET LIMITED SIRKETI (a.k.a. IDA ASANSOR SAN VE TIC LTD; a.k.a. IDA ELEVATOR INDUSTRY AND TRADE LIMITED COMPANY), 5 1 Osb Mahallesi 9, Caddesi, Yesilyurt, Malatya 44900, Turkey; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration Number 13872 (Turkey) [RUSSIA-EO14024].

IDA ELEVATOR INDUSTRY AND TRADE LIMITED COMPANY (a.k.a. IDA ASANSOR SAN VE TIC LTD; a.k.a. IDA ASANSOR SANAYII VE TICARET LIMITED SIRKETI), 5 1 Osb Mahallesi 9, Caddesi, Yesilyurt, Malatya 44900, Turkey; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration Number 13872 (Turkey) [RUSSIA-EO14024].

IDA, Laode (a.k.a. KHAN, Mohd Shahwal; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia (individual) [SDGT].

IDARA KHIDMAT-E-KHALQ (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a.

FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

IDARAT AL-'AMN AL-SIYYASI (a.k.a. POLITICAL SECURITY DEPARTMENT; a.k.a. POLITICAL SECURITY DIRECTORATE), Damascus, Syria [SYRIA].

IDARAT AL-MUKHABARAT AL-JAWIYYA (a.k.a. AIR FORCE INTELLIGENCE DIRECTORATE; a.k.a. SYRIAN AIR FORCE INTELLIGENCE) [SYRIA].

IDAROOS, Hashim Mohsen (a.k.a. AL HAMID, Hashim; a.k.a. AL-AIDAROOS, Hashim Mohsen; a.k.a. ALHAMAD, Hashem Mohssein Idroos; a.k.a. ALHAMED, Hossin Mohsen; a.k.a. ALHAMID, Hashim; a.k.a. AL-HAMID, Hashim Muhsin Aydarus; a.k.a. AL-HAMID, Mohsan; a.k.a. AL-HAMSHI, Hashim al-Hamid; a.k.a. ALHMAID, Housin Mohsein; a.k.a. "ABU TAHIR"), Al Ghaydah, al-Mahrah Governorate, Yemen; Shabwah Governorate, Yemen; Mansoura, Aden, Yemen; Mukalla, Hadramawt Governorate, Yemen; Abyan Governorate, Yemen; Marib Governorate, Yemen; DOB 12 Dec 1985; POB Yemen; nationality Yemen; Gender Male; National ID No. 16010003042

(Yemen) (individual) [SDGT] (Linked To: AL-QA'IDA IN THE ARABIAN PENINSULA).

IDEK (a.k.a. HARAKAT UL JIHAD AL ISLAMI; a.k.a. HARAKAT UL JIHAD ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD E ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD-I-ISLAMI/BANGLADESH; a.k.a. HARKAT UL JIHAD AL ISLAMI; a.k.a. HARKATUL JIHAD; a.k.a. HARKATUL JIHAD AL ISLAM; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HUJI-B; a.k.a. ISLAMI DAWAT-E-KAFELA) [FTO] [SDGT].

IDERAT AL-AMN AL-'AMM (a.k.a. SYRIAN GENERAL INTELLIGENCE DIRECTORATE), Syria [SYRIA] [HRIT-SY].

IDIAMS DMCC, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established 15 Oct 2012; Registration Number DMCC-32587 (United Arab Emirates); alt. Registration Number DMCC-3609 (United Arab Emirates); alt. Registration Number 11458255 (United Arab Emirates) [SDGT] (Linked To: AHMAD, Nazem Said).

IDRIS, Ibrahim, Syria; DOB 05 Apr 1963; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

IDRO (a.k.a. INDUSTRIAL DEVELOPMENT AND RENOVATION ORGANIZATION OF IRAN; a.k.a. IRAN DEVELOPMENT & RENOVATION ORGANIZATION COMPANY; a.k.a. IRAN DEVELOPMENT AND RENOVATION ORGANIZATION COMPANY; a.k.a. SAWZEMANE GOSTARESH VA NOWSAZI SANAYE IRAN), Vali Asr Building, Jam e Jam Street, Vali Asr Avenue, Tehran 15815-3377, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

IEVLEV, Igor Nikolaevich (Cyrillic: ИЕВЛЕВ, Игор Николаевич) (a.k.a. IEVLEV, Igor Nikolayevich), 17 Zelionie Allei, Flat 428, Moscow, Moscow Region, Russia; DOB 17 Jul 1977; nationality Russia; Gender Male; Tax ID No. 502904657693 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ID SOLUTION).

IEVLEV, Igor Nikolayevich (a.k.a. IEVLEV, Igor Nikolaevich (Cyrillic: ИЕВЛЕВ, Игор Николаевич)), 17 Zelionie Allei, Flat 428, Moscow, Moscow Region, Russia; DOB 17 Jul 1977; nationality Russia; Gender Male; Tax ID No. 502904657693 (Russia) (individual)

[RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY ID SOLUTION).

IFD KAPITAL (a.k.a. CLOSED JOINT STOCK COMPANY 'IFD KAPITAL'; a.k.a. IFD KAPITAL GROUP; a.k.a. IFD-CAPITAL; a.k.a. IFDK, ZAO; a.k.a. IFD-KAPITAL; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO 'IFD KAPITAL'; f.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO IFD KARITAL), 6 naberezhnaya, Krasnopresnenskaya, Moscow 123100, Russia; Website www.ifdk.com; Email Address info@ifdk.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027703007452 (Russia); Tax ID No. 7703354743 (Russia); Government Gazette Number 59109241 (Russia) [UKRAINE-EO13685].

IFD KAPITAL GROUP (a.k.a. CLOSED JOINT STOCK COMPANY 'IFD KAPITAL'; a.k.a. IFD KAPITAL; a.k.a. IFD-CAPITAL; a.k.a. IFDK, ZAO; a.k.a. IFD-KAPITAL; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO 'IFD KAPITAL'; f.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO IFD KARITAL), 6 naberezhnaya, Krasnopresnenskaya, Moscow 123100, Russia; Website www.ifdk.com; Email Address info@ifdk.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027703007452 (Russia); Tax ID No. 7703354743 (Russia); Government Gazette Number 59109241 (Russia) [UKRAINE-EO13685].

IFD-CAPITAL (a.k.a. CLOSED JOINT STOCK COMPANY 'IFD KAPITAL'; a.k.a. IFD KAPITAL; a.k.a. IFD KAPITAL GROUP; a.k.a. IFDK, ZAO; a.k.a. IFD-KAPITAL; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO 'IFD KAPITAL'; f.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO IFD KARITAL), 6 naberezhnaya, Krasnopresnenskaya, Moscow 123100, Russia; Website www.ifdk.com; Email Address info@ifdk.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027703007452 (Russia); Tax ID No. 7703354743 (Russia); Government Gazette Number 59109241 (Russia) [UKRAINE-EO13685].

IFDK, ZAO (a.k.a. CLOSED JOINT STOCK COMPANY 'IFD KAPITAL'; a.k.a. IFD KAPITAL GROUP; a.k.a. IFD-CAPITAL; a.k.a. IFD-KAPITAL; a.k.a. ZAKRYTOE AKTSIONERNOE

OBSHCHESTVO 'IFD KAPITAL'; f.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO IFD KARITAL), 6 naberezhnaya, Krasnopresnenskaya, Moscow 123100, Russia; Website www.ifdk.com; Email Address info@ifdk.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027703007452 (Russia); Tax ID No. 7703354743 (Russia); Government Gazette Number 59109241 (Russia) [UKRAINE-EO13685].

IFD-KAPITAL (a.k.a. CLOSED JOINT STOCK COMPANY 'IFD KAPITAL'; a.k.a. IFD KAPITAL; a.k.a. IFD KAPITAL GROUP; a.k.a. IFD-CAPITAL; a.k.a. IFDK, ZAO; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO 'IFD KAPITAL'; f.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO IFD KARITAL), 6 naberezhnaya, Krasnopresnenskaya, Moscow 123100, Russia; Website www.ifdk.com; Email Address info@ifdk.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027703007452 (Russia); Tax ID No. 7703354743 (Russia); Government Gazette Number 59109241 (Russia) [UKRAINE-EO13685].

IFIC (a.k.a. IRAN FOREIGN INVESTMENT COMPANY), No. 4, Saba Blvd., Africa Blvd., Tehran 19177, Iran; P.O. Box 19395-6947, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

IFIC HOLDING AG (a.k.a. IHAG), Koenigsallee 60 D, Dusseldorf 40212, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 48032 (Germany); all offices worldwide [IRAN].

IFP (a.k.a. FADJR INDUSTRIES GROUP; a.k.a. FAJR INDUSTRIES GROUP; a.k.a. INDUSTRIAL FACTORIES OF PRECISION-MACHINERY; a.k.a. INSTRUMENTATION FACTORIES OF PRECISION MACHINERY; a.k.a. INSTRUMENTATION FACTORY PLANT; a.k.a. MOJTAME SANTY AJZAE DAGHIGH; a.k.a. NASR INDUSTRIES GROUP), P.O. Box 1985-777, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IGNATOV, Viktor Aleksandrovich (Cyrillic: ИГНАТОВ, Виктор Александрович), Russia; DOB 15 Oct 1968; nationality Russia; Gender Male; Member of the State Duma of the Federal

Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

IGNATOVA, Anastasia (a.k.a. CHEMEZOV, Anastasia; a.k.a. IGNATOVA, Anastasia Mikhailovna), Russia; DOB 1987; nationality Russia; Gender Female; Tax ID No. 770470614612 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CHEMEZOV, Sergei).

IGNATOVA, Anastasia Mikhailovna (a.k.a. CHEMEZOV, Anastasia; a.k.a. IGNATOVA, Anastasia), Russia; DOB 1987; nationality Russia; Gender Female; Tax ID No. 770470614612 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CHEMEZOV, Sergei).

IGNATOVA, Ekaterina (a.k.a. IGNATOVA, Yekaterina; a.k.a. IGNATOVA, Yekaterina Sergeyevna (Cyrillic: ИГНАТОВА, Екатерина Сергеевна)), 10 Presnenskaya Naberezhnaya, Moscow 123112, Russia; DOB 21 Mar 1968; POB Moscow, Russia; nationality Russia; Gender Female; Tax ID No. 771406273815 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CHEMEZOV, Sergei).

IGNATOVA, Yekaterina (a.k.a. IGNATOVA, Ekaterina; a.k.a. IGNATOVA, Yekaterina Sergeyevna (Cyrillic: ИГНАТОВА, Екатерина Сергеевна)), 10 Presnenskaya Naberezhnaya, Moscow 123112, Russia; DOB 21 Mar 1968; POB Moscow, Russia; nationality Russia; Gender Female; Tax ID No. 771406273815 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CHEMEZOV, Sergei).

IGNATOVA, Yekaterina Sergeyevna (Cyrillic: ИГНАТОВА, Екатерина Сергеевна) (a.k.a. IGNATOVA, Ekaterina; a.k.a. IGNATOVA, Yekaterina), 10 Presnenskaya Naberezhnaya, Moscow 123112, Russia; DOB 21 Mar 1968; POB Moscow, Russia; nationality Russia; Gender Female; Tax ID No. 771406273815 (Russia) (individual) [RUSSIA-EO14024] (Linked To: CHEMEZOV, Sergei).

IGOSHIN, Igor Nikolayevich (Cyrillic: ИГОШИН, Игорь Николаевич), Russia; DOB 11 Dec 1970; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

IGT INTERGESTIONS TRUST REG., Aeulestrasse 2, Vaduz 9490, Liechtenstein; Aeulestrasse 30, Vaduz 9490, Liechtenstein; Organization Established Date 20 Aug 1993; Identification Number JB8LS5.99999.SL.438 (Liechtenstein); Legal Entity Number 391200PWMHBZMLPKTA05; Registration Number FL-0001.513.056-8 (Liechtenstein)

[RUSSIA-EO14024] (Linked To: TRADE INITIATIVE ESTABLISHMENT).

IHAG (a.k.a. IFIC HOLDING AG), Koenigsallee 60 D, Dusseldorf 40212, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 48032 (Germany); all offices worldwide [IRAN].

IHAG TRADING GMBH, Koenigsallee 60 D, Dusseldorf 40212, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB 37918 (Germany); all offices worldwide [IRAN].

IHRS (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

IHSAN CHARITY (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. JAMI'A AL-AHSAN AL-KHAYRIYYAH; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian;

Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian [SDGT].

IHSAN, Muhammad (a.k.a. AHSAN, Muhammad; a.k.a. EHSAN, Muhammad; a.k.a. "ULLAH, Ehsan"), Sialkot, Pakistan; Islamabad, Pakistan; DOB 1970; alt. DOB 1971; alt. DOB 1972; POB Sialkot, Pakistan; Gender Male (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

IHSRC (a.k.a. IRAN HELICOPTER SUPPORT AND RENEWAL COMPANY; a.k.a. IRANIAN HELICOPTERS' MAINTENANCE AND REPAIRS COMPANY; a.k.a. IRAN'S HELICOPTER RENOVATION AND LOGISTICS COMPANY; a.k.a. PANHA), Meherabad Airport Road, Azadi Square, Foroudgah Street, Meradj Avenue, Tehran, Iran; PO Box 13185-1688, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IHU (a.k.a. EMAM HOSEYN COMPREHENSIVE UNIVERSITY; a.k.a. IMAAM HOSSEIN UNIVERSITY; a.k.a. IMAM HOSEYN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY COMPLEX; a.k.a. IMAM HUSSEIN UNIVERSITY; a.k.a. UNIVERSITY OF IMAM HOSEYN), Near Fourth Square, Tehran Pars, Shahid Babaie Highway, near Hakimiyeh and Mini-city, Tehran, Iran; Kilometer 11, Shahid Babaei Highway, Tehran, Iran; Website www.ihu.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

IHYA TURAS AL-ISLAMI (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH-AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a.

RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa

Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

IJHA TURATH AL-ISLAMI (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

IK MMK-FINANS (a.k.a. INVESTITSIONNAYA KOMPANIYA MMK-FINANS; a.k.a. LIMITED LIABILITY COMPANY INVESTMENT COMPANY MMK-FINANS; a.k.a. LLC IK MMK-FINANS (Cyrillic: ООО ИК ММК-ФИНАНС); a.k.a. MMK-FINANS OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNAYA KOMPANIYA MMK-FINANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТИЦИОННАЯ КОМПАНИЯ ММК-ФИНАНС); f.k.a. RASCHETNO-FONDOVY TSENTR, ZAKRYTOE AKTSIONERNOE OBSHCHESTVO INVESTITSIONNAYA KOMPANIYA), 70, ul. Kirova Magnitogorsk, Chelyabinskaya Obl. 455019, Russia; Organization Established Date 08 May 1996; Tax ID No. 7446045354 (Russia); Government Gazette Number 34565086 (Russia); Registration Number 1057421016047 (Russia) [RUSSIA-EO14024] (Linked To: PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT).

IK VELES KAPITAL OOO (a.k.a. IC VELES CAPITAL LLC), Nab. Krasnopresnenskaya d. 12, podyezd 7, floor 18, Tsentr Mezhdunarodnoi Torgovli-2, Moscow 123610, Russia; Organization Established Date 27 Apr 2000; Tax ID No. 7709303960 (Russia); Identification Number YT68RV.99999.SL.643 (Russia); Legal Entity Number 253400GHQM8WGX9UET22; Registration Number 1027700098150 (Russia) [RUSSIA-EO14024].

IKANOVIC, Bajro; DOB 08 Nov 1976; POB Hrncici, Bratunac, Bosnia and Herzegovina; citizen Bosnia and Herzegovina; National ID No. JMB 0811976181415 (Bosnia and Herzegovina) (individual) [SDGT].

IKEDA, Takashi (Japanese: 池田孝志); DOB 21 Jan 1945 (individual) [TCO] (Linked To: KOBE YAMAGUCHI-GUMI).

IKHTEYAR, Hisham (a.k.a. AL IKHTEYAR, Hisham; a.k.a. AL IKHTIYAR, Hisham; a.k.a. AL-IKHTIYAR, Hisham; a.k.a. AL-IKHTIYAR, Hisham Ahmad; a.k.a. BAKHTIAR, Hisham; a.k.a. BAKHTIYAR, Hisham; a.k.a. ICHTIJAR, Hisham; a.k.a. IKHTIYAR, Hisham), Maliki, Damascus, Syria; DOB 1941; Major General; Director, Syria Ba'ath Party Regional Command National Security Bureau (individual) [SYRIA].

IKHTIYAR, Hisham (a.k.a. AL IKHTEYAR, Hisham; a.k.a. AL IKHTIYAR, Hisham; a.k.a. AL-IKHTIYAR, Hisham; a.k.a. AL-IKHTIYAR, Hisham Ahmad; a.k.a. BAKHTIAR, Hisham; a.k.a. BAKHTIYAR, Hisham; a.k.a. ICHTIJAR, Hisham; a.k.a. IKHTEYAR, Hisham), Maliki, Damascus, Syria; DOB 1941; Major General; Director, Syria Ba'ath Party Regional Command National Security Bureau (individual) [SYRIA].

IKI RAN FGBU (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT KOSMICHESKIKH ISSLEDOVANI ROSSISKOI AKADEMII NAUK; a.k.a. SPACE RESEARCH INSTITUTE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "IKI RAS"), Ul Profsoyuznaya, D 84/32, Moscow 117997, Russia; Tax ID No. 7728113806 (Russia); Government Gazette Number 02698692 (Russia); Registration Number 1027739475279 (Russia) [RUSSIA-EO14024].

IK-MANAGEMENT LLC (a.k.a. LIMITED LIABILITY COMPANY IK-MENEDZHMENT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИК-МЕНЕДЖМЕНТ)), 3 Simferopolskoye Highway, Building 8, Floor 5, Room 509, Bulatnikovo Village, Leninskiy City, Moscow Region 142718,

Russia; Organization Established Date 29 Dec 2021; Tax ID No. 5003148734 (Russia); Registration Number 1215000132676 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

IKONNIKOV, Vasily Nikolayevich (Cyrillic: ИКОННИКОВ, Василий Николаевич), Russia; DOB 26 Apr 1961; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

IKORC (a.k.a. IMAM KHOMEINI SHAZAND OIL REFINING COMPANY; a.k.a. IMAM KHOMEINI ZHAZAND OIL REFINING), 20th Km of Borujerd Road, Arak 38671-41111, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 144518 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

IKS JOINT STOCK COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO SPETSIALIZIROVANNYI ZASTROISHCHIK IKS; a.k.a. "AO SZ IKS"; a.k.a. "IKS JSC"), 33 Oktyabrskaya St., Nizhny Novgorod 603005, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 5263023906 (Russia); Registration Number 1025203020424 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

IKSORA OOO (a.k.a. LIMITED LIABILITY COMPANY IKSORA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИКСОРА)), 3 1-Ya Rybinskaya Street, Building 1, Floor 4, Office 1/2, Moscow 107113, Russia; Organization Established Date 11 Dec 2007; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 5032180429 (Russia); Registration Number 1075032017125 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

ILAM PETROCHEMICAL (a.k.a. ILAM PETROCHEMICAL CO; a.k.a. ILAM PETROCHEMICAL COMPANY; a.k.a. ILAM PETROCHEMICAL INDUSTRIES), Afar Blvd - Below Shahid Hemmat Bridge - Ninth Gandhi Side - Building No. 2 Petrochemical Company - First Floor, Tehran, Iran; Ilam - Chawar - Ilam

Petrochemical Complex, Iran; Website www.ilampetro.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 253861 (Iran) [NPWMD] (Linked To: IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY).

ILAM PETROCHEMICAL CO (a.k.a. ILAM PETROCHEMICAL; a.k.a. ILAM PETROCHEMICAL COMPANY; a.k.a. ILAM PETROCHEMICAL INDUSTRIES), Afar Blvd - Below Shahid Hemmat Bridge - Ninth Gandhi Side - Building No. 2 Petrochemical Company - First Floor, Tehran, Iran; Ilam - Chawar - Ilam Petrochemical Complex, Iran; Website www.ilampetro.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 253861 (Iran) [NPWMD] (Linked To: IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY).

ILAM PETROCHEMICAL COMPANY (a.k.a. ILAM PETROCHEMICAL; a.k.a. ILAM PETROCHEMICAL CO; a.k.a. ILAM PETROCHEMICAL INDUSTRIES), Afar Blvd - Below Shahid Hemmat Bridge - Ninth Gandhi Side - Building No. 2 Petrochemical Company - First Floor, Tehran, Iran; Ilam - Chawar - Ilam Petrochemical Complex, Iran; Website www.ilampetro.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 253861 (Iran) [NPWMD] (Linked To: IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY).

ILAM PETROCHEMICAL INDUSTRIES (a.k.a. ILAM PETROCHEMICAL; a.k.a. ILAM PETROCHEMICAL CO; a.k.a. ILAM PETROCHEMICAL COMPANY), Afar Blvd - Below Shahid Hemmat Bridge - Ninth Gandhi Side - Building No. 2 Petrochemical Company - First Floor, Tehran, Iran; Ilam - Chawar - Ilam Petrochemical Complex, Iran; Website www.ilampetro.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 253861 (Iran) [NPWMD] (Linked To: IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY).

IL-BRAZZOL (a.k.a. WORLD WATER FISHERIES LIMITED), 10 Quarry Garage, Gharghur, Malta; 22 Mensija Road, San Gwann SGN 1432, Malta; 6/13, Ibragg road, Tal-Balal, Swieqi, Malta; D-U-N-S Number 56-558-7594; V.A.T. Number MT15388917 (Malta); Trade License No. C 24129 (Malta); Company Number 4220856 [LIBYA3] (Linked To: DEBONO, Darren).

ILC CONSULTORES ADMINISTRATIVAS, S. DE R.L. DE C.V. (a.k.a. GRUPO ILC; a.k.a. ILC EXPORTACIONES, S. DE R.L. DE C.V.; a.k.a. RESTAURANTE EL HABANERO, S.A. DE C.V.; a.k.a. "EQUIPOSPA"; a.k.a. "PERFECT SILHOUETTE"; a.k.a. "ULTRAPHARMA"; a.k.a. "ULTRAVITAL"), General Victoriano Cepeda 2, Colonia Observatorio, Miguel Hidalgo, Mexico, Distrito Federal 11860, Mexico; Louisiana No. 24, Esq. Montana, Col. Napoles, Del. Benito Juarez, Mexico, Distrito Federal 03810, Mexico; Periferico Sur #102, Col. Observatorio, Del. Miguel Hidalgo, Mexico, Distrito Federal, Mexico; Huixquilucan, Estado de Mexico, Mexico; R.F.C. IEX-950713-L90 (Mexico); alt. R.F.C. ICA060810942 (Mexico) [SDNTK].

ILC EXPORTACIONES, S. DE R.L. DE C.V. (a.k.a. GRUPO ILC; a.k.a. ILC CONSULTORES ADMINISTRATIVAS, S. DE R.L. DE C.V.; a.k.a. RESTAURANTE EL HABANERO, S.A. DE C.V.; a.k.a. "EQUIPOSPA"; a.k.a. "PERFECT SILHOUETTE"; a.k.a. "ULTRAPHARMA"; a.k.a. "ULTRAVITAL"), General Victoriano Cepeda 2, Colonia Observatorio, Miguel Hidalgo, Mexico, Distrito Federal 11860, Mexico; Louisiana No. 24, Esq. Montana, Col. Napoles, Del. Benito Juarez, Mexico, Distrito Federal 03810, Mexico; Periferico Sur #102, Col. Observatorio, Del. Miguel Hidalgo, Mexico, Distrito Federal, Mexico; Huixquilucan, Estado de Mexico, Mexico; R.F.C. IEX-950713-L90 (Mexico); alt. R.F.C. ICA060810942 (Mexico) [SDNTK].

ILF SO RAN FGBU (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT LAZERNOI FIZIKI SIBIRSKOGO OTDELENIYA ROSSISKOI AKADEMII NAUK; a.k.a. INSTITUTE OF LASER PHYSICS OF THE SIBERIAN BRANCH OF THE RAS; a.k.a. INSTITUTE OF LASER PHYSICS OF THE SIBERIAN BRANCH OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. INSTITUTE OF LASER PHYSICS SB RAS; a.k.a. "ILP SB RAS"), 15B, prospekt Akademika Lavrenteva, Novosibirsk, Novosibirskaya Obl. 630090, Russia; Organization Established Date 06 Aug 1991; Tax ID No. 5408105471 (Russia); Government Gazette Number 11822515 (Russia); Registration Number 1025403665572 (Russia) [RUSSIA-EO14024].

ILIEV, Zarakh Binsionovich (Cyrillic: ИЛИЕВ, Зарах Бинсионович), Moscow, Russia; DOB 08 Sep 1966; POB Krasnaya Sloboda, Azerbaijan; nationality Russia; alt. nationality Azerbaijan; Gender Male; Tax ID No.

500102003928 (Russia) (individual) [RUSSIA-EO14024].

ILISHKIN, Ulan Vladimirovich, Russia; DOB 02 Nov 1960; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

ILLC GEOPROMINING INVESTMENT (Cyrillic: МКООО ГЕОПРОМАЙНИНГ ИНВЕСТМЕНТ), d. 71-73 pom. XI pom. 15, ul. Oktyabrskaya, Kaliningrad 236004, Russia; Tax ID No. 3900012798 (Russia); Registration Number 1233900007318 (Russia) [RUSSIA-EO14024].

ILMIEV, Vadim Viktorovich (a.k.a. ILMIIEV, Vadym; a.k.a. ILMIYEV, Vadim Viktorovich (Cyrillic: ИЛЬМИЕВ, Вадим Викторович)), Kherson Region, Ukraine; DOB 15 Aug 1966; POB Samarkand, Uzbekistan; nationality Ukraine; Gender Male; Tax ID No. 2433321334 (Ukraine) (individual) [RUSSIA-EO14024].

ILMIIEV, Vadym (a.k.a. ILMIEV, Vadim Viktorovich; a.k.a. ILMIYEV, Vadim Viktorovich (Cyrillic: ИЛЬМИЕВ, Вадим Викторович)), Kherson Region, Ukraine; DOB 15 Aug 1966; POB Samarkand, Uzbekistan; nationality Ukraine; Gender Male; Tax ID No. 2433321334 (Ukraine) (individual) [RUSSIA-EO14024].

ILMIYEV, Vadim Viktorovich (Cyrillic: ИЛЬМИЕВ, Вадим Викторович) (a.k.a. ILMIEV, Vadim Viktorovich; a.k.a. ILMIIEV, Vadym), Kherson Region, Ukraine; DOB 15 Aug 1966; POB Samarkand, Uzbekistan; nationality Ukraine; Gender Male; Tax ID No. 2433321334 (Ukraine) (individual) [RUSSIA-EO14024].

ILSIM INTERNATIONAL BANK, Pyongyang, Korea, North; SWIFT/BIC ILSIKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

ILTYAKOV, Alexander Vladimirovich (Cyrillic: ИЛЬТЯКОВ, Александр Владимирович), Russia; DOB 09 Oct 1971; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ILYAS, Naib Amir (a.k.a. AL-KASHMIRI, Elias; a.k.a. KASHMIRI, Mohammad Ilyas; a.k.a. KASHMIRI, Muhammad Ilyas), Thathi Village, Samahni, Bhimber District, Pakistan; DOB 02 Jan 1964; alt. DOB 10 Feb 1964; POB Bhimber, Samahani Valley, Pakistan; Mufti or Maulana (individual) [SDGT].

ILYASHENKO, Andrey Vitalyevich, Russia; DOB 19 Dec 1958; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: INFOROS, OOO).

ILYENKO ELARA RESEARCH AND PRODUCTION COMPLEX OJSC (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNYI KOMPLEKS ELARA IMENI G.A. ILYENKO; a.k.a. AO ELARA; a.k.a. OPEN JOINT STOCK COMPANY ILYENKO ELARA RESEARCH AND PRODUCTION COMPLEX), Moskovsky Prospekt 40, Cheboksary, Chuvash Republic 428015, Russia; Organization Established Date 1970; Tax ID No. 2129017646 (Russia); Registration Number 1022101269123 (Russia) [RUSSIA-EO14024].

ILYNIKH, Vladimir Alekseyevich (Cyrillic: ИЛЬИНЫХ, Владимир Алексеевич), Russia; DOB 20 May 1975; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ILYUMZHINOV, Kirsan (a.k.a. ILYUMZHINOV, Kirsan Nikolayevich); DOB 05 Apr 1962; POB Elista, Republic of Kalmykia, Russia (individual) [SYRIA] (Linked To: MAYALEH, Adib; Linked To: RIDA, Batoul).

ILYUMZHINOV, Kirsan Nikolayevich (a.k.a. ILYUMZHINOV, Kirsan); DOB 05 Apr 1962; POB Elista, Republic of Kalmykia, Russia (individual) [SYRIA] (Linked To: MAYALEH, Adib; Linked To: RIDA, Batoul).

IM, Song Sun (Korean: 임성순), Korea, North; DOB 02 Sep 1965; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745335827 (Korea, North) (individual) [DPRK4].

IMAAM HOSSEIN UNIVERSITY (a.k.a. EMAM HOSEYN COMPREHENSIVE UNIVERSITY; a.k.a. IHU; a.k.a. IMAM HOSEYN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY COMPLEX; a.k.a. IMAM HUSSEIN UNIVERSITY; a.k.a. UNIVERSITY OF IMAM HOSEYN), Near Fourth Square, Tehran Pars, Shahid Babaie Highway, near Hakimiyeh and Mini-city, Tehran, Iran; Kilometer

11, Shahid Babaei Highway, Tehran, Iran; Website www.ihu.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

IMAD AL-DEEN AL-MADANI, Kamal (a.k.a. AMAD AL-DIN AL-MADANI, Kamal; a.k.a. IMAD AL-DIN AL-MADANI, Kamal (Arabic: كمال عماد الدين المدني)), Beirut, Lebanon; DOB 08 Dec 1980; nationality Lebanon; Gender Male (individual) [SYRIA].

IMAD AL-DEEN AL-MADANI, Tarek (a.k.a. AMAD AL-DIN AL-MADANI, Tariq; a.k.a. IMAD AL-DIN AL-MADANI, Tareq; a.k.a. IMAD AL-DIN AL-MADANI, Tariq (Arabic: طارق عماد الدين المدني)), Beirut, Lebanon; DOB 12 Dec 1984; nationality Lebanon; Gender Male (individual) [SYRIA].

IMAD AL-DIN AL-MADANI, Kamal (Arabic: كمال عمد الدين المدني) (a.k.a. AMAD AL-DIN AL-MADANI, Kamal; a.k.a. IMAD AL-DEEN AL-MADANI, Kamal), Beirut, Lebanon; DOB 08 Dec 1980; nationality Lebanon; Gender Male (individual) [SYRIA].

IMAD AL-DIN AL-MADANI, Tareq (a.k.a. AMAD AL-DIN AL-MADANI, Tariq; a.k.a. IMAD AL-DEEN AL-MADANI, Tarek; a.k.a. IMAD AL-DIN AL-MADANI, Tariq (Arabic: طارق عماد الدين المدني)), Beirut, Lebanon; DOB 12 Dec 1984; nationality Lebanon; Gender Male (individual) [SYRIA].

IMAD AL-DIN AL-MADANI, Tariq (Arabic: طارق عماد الدين المدني) (a.k.a. AMAD AL-DIN AL-MADANI, Tariq; a.k.a. IMAD AL-DEEN AL-MADANI, Tarek; a.k.a. IMAD AL-DIN AL-MADANI, Tareq), Beirut, Lebanon; DOB 12 Dec 1984; nationality Lebanon; Gender Male (individual) [SYRIA].

IMAM AL-BUKHARI BATTALION (a.k.a. IMAM AL-BUKHORIY BRIGADE; a.k.a. IMAM BUKHARI BATTALION; a.k.a. IMAM BUKHARI JAMAAT; a.k.a. IMAM BUKHORI JAMAAT; a.k.a. IMOM BUXORIY KATIBASI; a.k.a. KATIBAT AL-IMAM AL-BUKHARI; a.k.a. KATIBATUL IMOM AL-BUXORIY; a.k.a. "IBB"; a.k.a. "KIB"), Aleppo, Syria; Afghanistan [SDGT].

IMAM AL-BUKHORIY BRIGADE (a.k.a. IMAM AL-BUKHARI BATTALION; a.k.a. IMAM BUKHARI BATTALION; a.k.a. IMAM BUKHARI JAMAAT; a.k.a. IMAM BUKHORI JAMAAT; a.k.a. IMOM BUXORIY KATIBASI; a.k.a. KATIBAT AL-IMAM AL-BUKHARI; a.k.a. KATIBATUL IMOM AL-BUXORIY; a.k.a. "IBB"; a.k.a. "KIB"), Aleppo, Syria; Afghanistan [SDGT].

IMAM AL-HASAN AL-MUJTABA BRIGADE (a.k.a. AL-HAMAD BRIGADE; a.k.a. AL-NUJABA TV; a.k.a. AMMAR IBN YASIR BRIGADE; a.k.a. GOLAN LIBERATION BRIGADE; a.k.a. HARAKAT AL-NUJABA; a.k.a. HARAKAT HEZBOLLAH AL-NUJABA; a.k.a. MOVEMENT OF THE NOBLE ONES HEZBOLLAH; a.k.a. THE MOVEMENT OF THE NOBLE ONES), Iraq; Syria [SDGT].

IMAM BUKHARI BATTALION (a.k.a. IMAM AL-BUKHARI BATTALION; a.k.a. IMAM AL-BUKHORIY BRIGADE; a.k.a. IMAM BUKHARI JAMAAT; a.k.a. IMAM BUKHORI JAMAAT; a.k.a. IMOM BUXORIY KATIBASI; a.k.a. KATIBAT AL-IMAM AL-BUKHARI; a.k.a. KATIBATUL IMOM AL-BUXORIY; a.k.a. "IBB"; a.k.a. "KIB"), Aleppo, Syria; Afghanistan [SDGT].

IMAM BUKHARI JAMAAT (a.k.a. IMAM AL-BUKHARI BATTALION; a.k.a. IMAM AL-BUKHORIY BRIGADE; a.k.a. IMAM BUKHARI BATTALION; a.k.a. IMAM BUKHORI JAMAAT; a.k.a. IMOM BUXORIY KATIBASI; a.k.a. KATIBAT AL-IMAM AL-BUKHARI; a.k.a. KATIBATUL IMOM AL-BUXORIY; a.k.a. "IBB"; a.k.a. "KIB"), Aleppo, Syria; Afghanistan [SDGT].

IMAM BUKHORI JAMAAT (a.k.a. IMAM AL-BUKHARI BATTALION; a.k.a. IMAM AL-BUKHORIY BRIGADE; a.k.a. IMAM BUKHARI BATTALION; a.k.a. IMAM BUKHARI JAMAAT; a.k.a. IMOM BUXORIY KATIBASI; a.k.a. KATIBAT AL-IMAM AL-BUKHARI; a.k.a. KATIBATUL IMOM AL-BUXORIY; a.k.a. "IBB"; a.k.a. "KIB"), Aleppo, Syria; Afghanistan [SDGT].

IMAM HOSEYN UNIVERSITY (a.k.a. EMAM HOSEYN COMPREHENSIVE UNIVERSITY; a.k.a. IHU; a.k.a. IMAAM HOSSEIN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY COMPLEX; a.k.a. IMAM HUSSEIN UNIVERSITY; a.k.a. UNIVERSITY OF IMAM HOSEYN), Near Fourth Square, Tehran Pars, Shahid Babaie Highway, near Hakimiyeh and Mini-city, Tehran, Iran; Kilometer 11, Shahid Babaei Highway, Tehran, Iran; Website www.ihu.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

IMAM HOSSEIN UNIVERSITY (a.k.a. EMAM HOSEYN COMPREHENSIVE UNIVERSITY; a.k.a. IHU; a.k.a. IMAAM HOSSEIN UNIVERSITY; a.k.a. IMAM HOSEYN UNIVERSITY; a.k.a. IMAM HOSSEIN

UNIVERSITY COMPLEX; a.k.a. IMAM HUSSEIN UNIVERSITY; a.k.a. UNIVERSITY OF IMAM HOSEYN), Near Fourth Square, Tehran Pars, Shahid Babaie Highway, near Hakimiyeh and Mini-city, Tehran, Iran; Kilometer 11, Shahid Babaei Highway, Tehran, Iran; Website www.ihu.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

IMAM HOSSEIN UNIVERSITY COMPLEX (a.k.a. EMAM HOSEYN COMPREHENSIVE UNIVERSITY; a.k.a. IHU; a.k.a. IMAAM HOSSEIN UNIVERSITY; a.k.a. IMAM HOSEYN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY; a.k.a. IMAM HUSSEIN UNIVERSITY; a.k.a. UNIVERSITY OF IMAM HOSEYN), Near Fourth Square, Tehran Pars, Shahid Babaie Highway, near Hakimiyeh and Mini-city, Tehran, Iran; Kilometer 11, Shahid Babaei Highway, Tehran, Iran; Website www.ihu.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

IMAM HUSSEIN UNIVERSITY (a.k.a. EMAM HOSEYN COMPREHENSIVE UNIVERSITY; a.k.a. IHU; a.k.a. IMAAM HOSSEIN UNIVERSITY; a.k.a. IMAM HOSEYN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY; a.k.a. IMAM HOSSEIN UNIVERSITY COMPLEX; a.k.a. UNIVERSITY OF IMAM HOSEYN), Near Fourth Square, Tehran Pars, Shahid Babaie Highway, near Hakimiyeh and Mini-city, Tehran, Iran; Kilometer 11, Shahid Babaei Highway, Tehran, Iran; Website www.ihu.ac.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

IMAM KHOMEINI EMDAD COMMITTEE (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD

COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

IMAM KHOMEINI FOUNDATION (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

IMAM KHOMEINI IMDAD COMMITTEE (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM

KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH) (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

IMAM KHOMEINI RELIEF ORGANIZATION (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE

FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

IMAM KHOMEINI SHAZAND OIL REFINING COMPANY (a.k.a. IKORC; a.k.a. IMAM KHOMEINI ZHAZAND OIL REFINING), 20th Km of Borujerd Road, Arak 38671-41111, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 144518 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

IMAM KHOMEINI SUPPORT COMMITTEE (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE

FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

IMAM KHOMEINI ZHAZAND OIL REFINING (a.k.a. IKORC; a.k.a. IMAM KHOMEINI SHAZAND OIL REFINING COMPANY), 20th Km of Borujerd Road, Arak 38671-41111, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 144518 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

IMAM KHOMEINY AID COMMITTEE (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

IMAMOVIC, Nusret (a.k.a. IMAMOVIC, Nusret Sulejman), Syria; DOB 26 Sep 1971; alt. DOB 26 Sep 1977; POB Miljanovci, Kalesija Municipality, Bosnia; nationality Bosnia and

Herzegovina; Passport 349054; alt. Passport 3490054 (individual) [SDGT].

IMAMOVIC, Nusret Sulejman (a.k.a. IMAMOVIC, Nusret), Syria; DOB 26 Sep 1971; alt. DOB 26 Sep 1977; POB Miljanovci, Kalesija Municipality, Bosnia; nationality Bosnia and Herzegovina; Passport 349054; alt. Passport 3490054 (individual) [SDGT].

IMAN, Maimaiti (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. JUNDULLAH, Abdulheq; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; National ID No. 653225197110100533 (China) (individual) [SDGT].

IMANI, Seyyed Zia (Arabic: سید ضیاء ایمانی) (a.k.a. IMANI, Seyyed Zia al-Din (Arabic: سید ضیاء الدین ایمانی); a.k.a. IMANI, Zia (Arabic: ضیاء ایمانی)), Iran; POB Dodangeh, Mazandaran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5789707084 (Iran) (individual) [IRAN-EO13876] (Linked To: SINA BANK).

IMANI, Seyyed Zia al-Din (Arabic: سید ضیاء الدین ایمانی) (a.k.a. IMANI, Seyyed Zia (Arabic: سید ضیاء ایمانی); a.k.a. IMANI, Zia (Arabic: ضیاء ایمانی)), Iran; POB Dodangeh, Mazandaran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5789707084 (Iran) (individual) [IRAN-EO13876] (Linked To: SINA BANK).

IMANI, Zia (Arabic: ضیاء ایمانی) (a.k.a. IMANI, Seyyed Zia (Arabic: سید ضیاء ایمانی); a.k.a. IMANI, Seyyed Zia al-Din (Arabic: سید ضیاء الدین ایمانی)), Iran; POB Dodangeh, Mazandaran Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5789707084 (Iran) (individual) [IRAN-EO13876] (Linked To: SINA BANK).

IMANIRAD, Arman; DOB 07 Jun 1984; POB Arak, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport WS188312 (Canada) (individual) [NPWMD] [IFSR] (Linked To: ALUMINAT).

IMANIRAD, Mohammad Javad; Additional Sanctions Information - Subject to Secondary Sanctions; Passport S7127156 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ALUMINAT).

IMANNET PASARGAD (a.k.a. EMENNET PASARGAD), Tehran, Iran; National ID No. 14008996506 (Iran); Business Registration Number 554267 (Iran) [ELECTION-EO13848].

IMARAT KAVKAZ (a.k.a. CAUCASUS EMIRATE; a.k.a. IMIRAT KAVKAZ; a.k.a. ISLAMIC EMIRATE OF THE CAUCASUS) [SDGT].

IMATEL FOR COMMUNICATIONS (Arabic: شركة ايماتيل للاتصالات) (a.k.a. EMATEL COMMUNICATIONS; a.k.a. EMATEL LLC; a.k.a. EMMA TEL LLC (Arabic: ايماتيل); a.k.a. EMMATEL; a.k.a. "EMATEL"), Shaalan, Damascus, Syria; Mazzeh Highway, Damascus, Syria; Behind Revolution Street, al-Lahoudiyeh, Tartous, Syria; New Zahira Highway, Al Zahira, Damascus, Syria; Marjeh, Damascus, Syria; Daraa Highway, Town Center, Damascus, Syria; Eastern Qalamoun, Rural Damascus, Syria; Flowers Street, Tartous, Syria; The Main Circle, Civilization Street, Homs, Syria; Quwatli Street, Homs, Syria; Murabit, Hama, Syria; Al Jamelaiah, Aleppo, Syria; Baghdad Street, Latakia, Syria; Latakia, Syria; March 8th Street, Latakia, Syria; University Highway, Al-Zahira, Latakia, Syria; Amara Street, Jeblah, Syria; Daraa, Syria; Al-Qamashil, Northeastern Region, Syria; Al-Hasakah, Syria; Deir Ezzor, Syria; Organization Type: Wholesale of electronic and telecommunications equipment and parts [SYRIA] (Linked To: BIN ALI, Khodr Taher).

IMATEL PLUS LLC (a.k.a. EMMA TEL PLUS LLC (Arabic: شركة ايماتيل بلس)), Damascus, Syria; Organization Established Date 17 Jan 2019; Organization Type: Wholesale of electronic and telecommunications equipment and parts [SYRIA] (Linked To: BIN ALI, Khodr Taher).

IMAXCHIP TECHNOLOGY CO., LIMITED (Chinese Traditional: 愛瑪芯科技有限公司), Room 705, 7/F. Fa Yuen Commercial Building, No. 75-77, Fa Yuen Street, Mong Kok, Kowloon, Hong Kong, China; 18E, Building 2, China Phoenix Building, Shennan Road, Futian District, Shenzhen 518000, China; Organization Established Date 21 May 2018; Commercial Registry Number 2697983 (Hong Kong); Business Registration Number 69392858 (Hong Kong) [RUSSIA-EO14024].

IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

IMDAD COMMITTEE FOR ISLAMIC CHARITY (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd

Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

IMEN SANAT ZAMAN FARA COMPANY (Arabic: شرکت ایمن صنعت زمان فرا), Shahrak-e-Jafar Abad-e-Jangal Rd, Naseriyeh, Tehran, Iran; Number 16, Kolezar alley, Farsian Street, Shahid Rezaiee Street, Azadegan Autobahn, Tehran, Iran; Number 16, Gholshan 14, Golestan Boulevard, Negarestan Boulevard, Sham Abad, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 103201991293 (Iran); Business Registration Number 369541 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

IMENIE TSARGRAD OOO, Pr-d Nagatinskii 1-1 d. 4, et 2 of 220, Moscow 117105, Russia; Organization Established Date 08 Nov 2006; Organization Type: Real estate activities on a

fee or contract basis; Tax ID No. 7718611440 (Russia); Registration Number 1067759325150 (Russia) [RUSSIA-EO14024] (Linked To: TSARGRAD OOO).

IMENSAZEN CONSULTANT ENGINEERS INSTITUTE, No. 5/1, Niroo Alley, Padegan-e-Valiasr Street, Sepah Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

IMIDRO (a.k.a. IRAN MINING INDUSTRIES DEVELOPMENT AND RENOVATION ORGANIZATION; a.k.a. IRANIAN MINES AND MINERAL INDUSTRIES DEVELOPMENT AND RENOVATION; a.k.a. IRANIAN MINES AND MINING INDUSTRIES DEVELOPMENT AND RENOVATION ORGANIZATION), No. 39, Sepahbod Gharani Avenue, Ferdousi Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

IMIRAT KAVKAZ (a.k.a. CAUCASUS EMIRATE; a.k.a. IMARAT KAVKAZ; a.k.a. ISLAMIC EMIRATE OF THE CAUCASUS) [SDGT].

IMIRBAKI, Arken (Chinese Simplified: 艾力更·依明巴海; Chinese Traditional: 艾力更依明巴海) (a.k.a. YIMINGBAHAI, Ailigeng), Beijing, China; DOB Sep 1953; POB Yengisar County, Xinjiang Uyghur Autonomous Region, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

IMOM BUXORIY KATIBASI (a.k.a. IMAM AL-BUKHARI BATTALION; a.k.a. IMAM AL-BUKHORIY BRIGADE; a.k.a. IMAM BUKHARI BATTALION; a.k.a. IMAM BUKHARI JAMAAT; a.k.a. IMAM BUKHORI JAMAAT; a.k.a. KATIBAT AL-IMAM AL-BUKHARI; a.k.a. KATIBATUL IMOM AL-BUXORIY; a.k.a. "IBB"; a.k.a. "KIB"), Aleppo, Syria; Afghanistan [SDGT].

IMPAN-COL, S.A., Panama; RUC # 3058-123-47645 (Panama) [SDNTK].

IMPECUA S.A. (a.k.a. INDUSTRIAL MINERA Y PECUARIA S.A.), Carrera 30 No. 90-82B La Castellana, Bogota, Colombia; NIT # 830000855-1 (Colombia) [SDNT].

IMPERIAL CASTRO, Eliseo (a.k.a. "CHEYO ANTRAX"), Mexico; DOB 17 Jan 1984; POB Culiacan, Sinaloa, Mexico; citizen Mexico; Gender Male; R.F.C. IECE840117RCA

(Mexico); C.U.R.P. IECE840117HSLMSL04 (Mexico) (individual) [SDNTK].

IMPERIAL YACHTS LIMITED (a.k.a. IMPERIAL YACHTS LTD; a.k.a. IMPERIAL YACHTS SARL), 27, Bd Albert 1Er, Ermanno Palace Bloc A-7ETG-N01, 98000, Monaco; Moscow, Russia; PO Box 437 Kensington Chambers, 46 50 Kensington Place, St Helier JE4 0ZE, Jersey; United Kingdom; Organization Established Date 2005; Registration Number 08S04803 (Monaco) [RUSSIA-EO14024] (Linked To: KOCHMAN, Evgeniy Borisovich).

IMPERIAL YACHTS LTD (a.k.a. IMPERIAL YACHTS LIMITED; a.k.a. IMPERIAL YACHTS SARL), 27, Bd Albert 1Er, Ermanno Palace Bloc A-7ETG-N01, 98000, Monaco; Moscow, Russia; PO Box 437 Kensington Chambers, 46 50 Kensington Place, St Helier JE4 0ZE, Jersey; United Kingdom; Organization Established Date 2005; Registration Number 08S04803 (Monaco) [RUSSIA-EO14024] (Linked To: KOCHMAN, Evgeniy Borisovich).

IMPERIAL YACHTS SARL (a.k.a. IMPERIAL YACHTS LIMITED; a.k.a. IMPERIAL YACHTS LTD), 27, Bd Albert 1Er, Ermanno Palace Bloc A-7ETG-N01, 98000, Monaco; Moscow, Russia; PO Box 437 Kensington Chambers, 46 50 Kensington Place, St Helier JE4 0ZE, Jersey; United Kingdom; Organization Established Date 2005; Registration Number 08S04803 (Monaco) [RUSSIA-EO14024] (Linked To: KOCHMAN, Evgeniy Borisovich).

IMPERIYA 19-31 OOO (a.k.a. LIMITED LIABILITY COMPANY EMPIRE 19-31), ul. Novoselov 25/2, floor 2, komnata 4, d. Alfimovo, Stupino 142860, Russia; Organization Established Date 09 Nov 2010; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 7703731504 (Russia); Registration Number 1107746906970 (Russia) [RUSSIA-EO14024] (Linked To: IMENIE TSARGRAD OOO).

IMPIRE SHIPPING (a.k.a. IMPIRE SHIPPING COMPANY; a.k.a. IMPIRE SHIPPING LIMITED), Greece; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IMPIRE SHIPPING COMPANY (a.k.a. IMPIRE SHIPPING; a.k.a. IMPIRE SHIPPING LIMITED), Greece; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IMPIRE SHIPPING LIMITED (a.k.a. IMPIRE SHIPPING; a.k.a. IMPIRE SHIPPING COMPANY), Greece; Additional Sanctions

Information - Subject to Secondary Sanctions [IRAN].

IMPORTACIONES Y EXPORTACIONES NOBARO S.A. DE C.V., Avenida Lazaro Cardenas Numero 730, Nahuatzen, Michoacan, Mexico; Calle Rafael Gomez Campos Numero 249, Colonia El Carrierl, Mugica (Nueva Italia), Michoacan, Mexico; Francisco I Madero Numero 105, Colonia Centro, Mugica, Michoacan, Mexico; Calle Ignacio Allende S/N Casi Esquina Con Lazaro Cardenas Norte, Nueva Italia, Michoacan, Mexico; Esquina de Ignacio Allende Numero y Lazaro Cardenas Norte Numero 500, Nueva Italia, Michoacan, Mexico [SDNTK].

IMPORTADORA JIREH, San Marcos, Guatemala; Organization Established Date 08 Sep 2017; Organization Type: Sale of motor vehicles; NIT # 59536969 (Guatemala) [ILLICIT-DRUGS-EO14059] (Linked To: MORALES CIFUENTES, Juan Jose).

IMPORTADORA LORENZANA, S.A. (a.k.a. IMPORTADORA Y EXPORTADORA LORENZANA), La Reforma, Zacapa, Guatemala; NIT # 35599 (Guatemala) [SDNTK].

IMPORTADORA SILVANIA, Carerra 70 No. 76-50 BG 3, Barranquilla, Colombia; Calle 10A No.12-21, Maicao, Colombia; Matricula Mercantil No 398330 (Colombia) [SDNTK].

IMPORTADORA SILVANIA, C.A., Ave Pedro Melean, cruce con Calle 73, Local No. 22, Sector Santa Rosa, Valencia, Carabobo, Venezuela; Tax ID No. RIF J-31069374-9 (Venezuela) [SDNTK].

IMPORTADORA Y EXPORTADORA LORENZANA (a.k.a. IMPORTADORA LORENZANA, S.A.), La Reforma, Zacapa, Guatemala; NIT # 35599 (Guatemala) [SDNTK].

IMPORTCLUB (a.k.a. CHIKA'S; a.k.a. CHIKA'S ACCESORIOS Y COSMETICOS; a.k.a. SIN-MEX IMPORTADORA, S.A. DE C.V.), Poniente 140 No. 639, Col. Industrial Vallejo, Mexico, Distrito Federal, Mexico; Pedro Loza No. 174, Col. Centro, Guadalajara, Jalisco, Mexico; Av. Juarez No. 496, Col. Centro, Guadalajara, Jalisco, Mexico; Alvaro Obregon No. 614, Col. San Juan de Dios, Guadalajara, Jalisco, Mexico; Plaza Centro Sur Local D-11, Guadalajara, Jalisco, Mexico; Magno Centro Joyero Sn. Juan de Dios Local 1038, Guadalajara, Jalisco, Mexico; Av. Javier Mina No. 26, Col. San Juan de Dios, Guadalajara, Jalisco, Mexico; Plaza Centro Sur Local I-9, Guadalajara, Jalisco, Mexico; Reforma 217-A, Col. Centro, Leon, Guanajuato, Mexico; Plaza

Coliseo Local 11, Col. Centro, Leon, Guanajuato, Mexico; Riva Palacio No. 675 Sur, Col. Almada, Culiacan, Sinaloa, Mexico; Galerias San Miguel Local 40 K, Culiacan, Sinaloa, Mexico; Centro Joyero Local 31, Culiacan, Sinaloa, Mexico; Rubi No. 366-A, Col. Centro, Culiacan, Sinaloa, Mexico; Plaza Galerias Local 22, Col. Colinas de San Miguel, Culiacan, Sinaloa, Mexico; Plaza Fantasia, Calle del Carmen No. 82 Local 28, Distrito Federal, Mexico; Centro Joyero Local 21 y 25, Andador Allende No. 116 Oriente, Aguascalientes, Ags., Mexico; Centro Joyero de Toluca Local 8, Benito Juarez No. 109, Toluca, Estado Mexico, Mexico; Plaza de la Mujer Local 27, Morelos No. 133 Poniente, Monterrey, Nuevo Leon, Mexico; Parras 1750 Int. C, Col. Alamo Oriente, Tlaquepaque, Jalisco, Mexico; Poniente 140 No. 639, Col. Industrial Vallejo, Delegacion Azcapotzalco, Distrito Federal, Mexico; Ignacio Lopez Rayon No. 9104, Col. 1 de Mayo, Toluca, Mexico; Ignacio Lopez Rayon, Col. 5 de Mayo, Toluca, Mexico; Avenida Rayon 104, Col. Colonia Toluca de Lerdo Centro, Toluca, Estado de Mexico 50000, Mexico; Avenida Rayon 140 D, Col. Colonia Toluca de Lerdo Centro, Toluca, Estado de Mexico 50000, Mexico; R.F.C. SMI010730DH8 (Mexico) [SDNTK].

IMPORTEKS, ul. Svetlanskaya d.133, kvartira 16, Vladivostok 690001, Russia; 1st floor, 53b, Nekrasovskaya St., Vladivostok, Russia; Office 31, 7th floor, 16, Raketny Boulevard St., Moscow, Russia; Tax ID No. 2543036719 (Russia); Registration Number 1132543023612 (Russia) [RUSSIA-EO14024].

IMPULSE INTERNATIONAL S.A.L. OFFSHORE (a.k.a. STATURA S.A.L. OFFSHORE), Unesco Center, 4th Floor, Office No. 19, Verdun, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 1801124 (Lebanon) [SDGT] (Linked To: AL-AMIN, Muhammad 'Abdallah).

IMPULSE S.A.R.L., Floor 4, Unesco Center, Verdun, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 1003871 (Lebanon) [SDGT] (Linked To: AL-AMIN, Muhammad 'Abdallah).

IMSENGCO (a.k.a. GHESHM SHIPPING LINES MARINE AND ENGINEERING SERVICES CO; a.k.a. IRISL MARINE SERVICES; a.k.a. IRISL

MARINE SERVICES AND ENGINEERING COMPANY), Iran shahr Street 221, Karimkhan Zand Avenue, Tehran, Iran; Website www.imsengco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IN SIRATEL (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEM'IJJETUL FURQAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, Sarajevo 71 000, Bosnia and Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia and Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia and Herzegovina [SDGT].

INAGAWA-KAI, 7-8-4 Roppongi, Minato-ku, Tokyo, Japan [TCO].

INAGRO LTDA. (a.k.a. INVERSIONES AGROINDUSTRIALES DEL ORIENTE LTDA.), Carrera 14 No. 13-56, Granada, Meta, Colombia; NIT # 822000899-6 (Colombia) [SDNTK].

INAND INDUSTRIES COMPANY LIMITED (a.k.a. CONG TY TNHH INAND INDUSTRIES), Floor 9, Building Minori, 67A Truong Dinh, Ward Truong Dinh, District Hai Ba Trung, Hanoi, Vietnam; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 2022; Tax ID No. 0110203228 (Vietnam) [RUSSIA-EO14024].

INANLOO, Mitra (a.k.a. INANLU, Mitra (Arabic: میترا اینانلو)), Iran; DOB 23 Sep 1977; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 0059643390 (Iran) (individual) [NPWMD] [IFSR] (Linked To: MANDEGAR BASPAR KIMIYA COMPANY).

INANLU, Mitra (Arabic: میترا اینانلو) (a.k.a. INANLOO, Mitra), Iran; DOB 23 Sep 1977; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; National ID No. 0059643390

(Iran) (individual) [NPWMD] [IFSR] (Linked To: MANDEGAR BASPAR KIMIYA COMPANY).

INAS, Moosa (a.k.a. ENAS, Moosa), Kalhaidhoo, Maldives; Male, Maldives; DOB 11 Dec 1985; POB Kalhaidhoo, Maldives; nationality Maldives; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. A134920 (Maldives); Identification Number A096123 (Maldives) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

INAYATULLAH, Maulawi (a.k.a. ENAYATULLAH, Maulawi; a.k.a. FATEHULLAH, Mullah; a.k.a. "Ghowya"), Pakistan; DOB 1972; POB Chahar Darah District, Kunduz Province, Afghanistan; nationality Afghanistan; Gender Male (individual) [SDGT] (Linked To: TALIBAN).

INCE, Samet (a.k.a. YAYLA, Bulut); DOB 1981; POB Zonguldak, Turkey (individual) [SDGT].

INDEPENDENT INSURANCE GROUP LTD (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA NEZAVISIMAYA STRAKHOVAYA GRUPPA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТРАХОВАЯ КОМПАНИЯ НЕЗАВИСИМАЯ СТРАХОВАЯ ГРУППА); a.k.a. "NSG OOO"), Vspolniy Pereulok 18, bldg. 2, Moscow 123001, Russia; Website www.nsg-ins.ru; Organization Established Date 03 Mar 2003; Tax ID No. 7716227728 (Russia); Government Gazette Number 14139641 (Russia); Registration Number 1037716006360 (Russia) [RUSSIA-EO14024].

INDERSEN GLOBAL PTE LTD (a.k.a. CONFIDERI ADVISORY GROUP; a.k.a. CONFIDERI FAMILY OFFICE; a.k.a. CONFIDERI PTE LTD; f.k.a. POLINA CAPITAL PTE LTD), Bolshaya Serpukhovskaya Str., 25 Bld. 1, Moscow, Russia; Six Battery Road, Level 30, Singapore, Singapore; Tong Eng Building, 101 Cecil Street #16-04, Singapore 69533, Singapore; Cayman Islands; Organization Established Date 2010; Legal Entity Number 984500E975B997FA5E48; Registration Number 201207051Z (Singapore) [RUSSIA-EO14024].

INDIAN MUJAHEDEEN (a.k.a. INDIAN MUJAHIDEEN; a.k.a. INDIAN MUJAHIDIN; a.k.a. ISLAMIC SECURITY FORCE-INDIAN MUJAHIDEEN (ISF-IM)), India [FTO] [SDGT].

INDIAN MUJAHIDEEN (a.k.a. INDIAN MUJAHEDEEN; a.k.a. INDIAN MUJAHIDIN;

a.k.a. ISLAMIC SECURITY FORCE-INDIAN MUJAHIDEEN (ISF-IM)), India [FTO] [SDGT].

INDIAN MUJAHIDIN (a.k.a. INDIAN MUJAHEDEEN; a.k.a. INDIAN MUJAHIDEEN; a.k.a. ISLAMIC SECURITY FORCE-INDIAN MUJAHIDEEN (ISF-IM)), India [FTO] [SDGT].

INDIO VITORIO S. DE P.R. DE R.L. DE C.V., Saucillo, Chihuahua, Mexico; R.F.C. IVI-030311-1L6 (Mexico) [SDNTK].

INDONESIA HILAL AHMAR SOCIETY FOR SYRIA (a.k.a. HILAL AHMAR SOCIETY INDONESIA; a.k.a. HILAL AHMAR SOCIETY OF INDONESIA; a.k.a. YAYASAN HILAL AHMAR), Lampung, Indonesia; Jakarta, Indonesia; Semarang, Indonesia; Yogyakarta, Indonesia; Solo, Indonesia; Surabaya, Indonesia; Makassar, Indonesia [SDGT].

INDONESIAN ISLAMIC WARRIORS' COUNCIL (a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia [SDGT].

INDONESIAN MUJAHEDEEN COUNCIL (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia [SDGT].

INDONESIAN MUJAHIDEEN COUNCIL (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN

NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia [SDGT].

INDONESIAN MUJAHIDIN COUNCIL (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia [SDGT].

INDUITEX LTDA., Avenida Libertadores, Bodega E-2, Zona Franca, Cucuta, Colombia; NIT # 9001451701 (Colombia) [SDNTK].

INDUSTRIA AGROPECUARIA SANTA ELENA LTDA. (a.k.a. CRIADERO LA LUISA E.U.), Avenida 7 Norte No. 23N-81, Cali, Colombia; Avenida 7 Norte No. 23-77, Cali, Colombia; Calle 15 No. 26-400, Cali, Colombia; Jamundi, Valle, Colombia; NIT # 860503330-5 (Colombia) [SDNT].

INDUSTRIA DE PESCA SOBRE EL PACIFICO S.A (a.k.a. INPESCA S.A.), Km. 5 El Pinal, Buenaventura, Colombia; Av. Simon Bolivar Km. 5 El Pinal, Buenaventura, Colombia; NIT # 890302172-4 (Colombia) [SDNT].

INDUSTRIAL BANK, Dar Al Muhanisen Building, 7th Floor, Maysaloun Street, P.O. Box 7572, Damascus, Syria; P.O. Box 7578, 29 Maysaloun Street, Damascus, Syria; Jamal Abd Al Nasser Street, Al Hasaka, Syria; P.O. Box 50, Masarif Building, Sweida, Syria; Near the Big Mosque, Aleppo, Syria; Hama, Syria; Ibn Kholdoun Street, Homs, Syria; P.O. Box 8, Jules Jamal Street, Deraa, Syria; P.O. Box 2359, 29 Ayaar Street, Damascus, Syria; P.O. Box 25069, Harbaka, Damascus, Syria; P.O. Box 10, Rif Dimashq, Daraya, Damascus, Syria; P.O. Box 82, Rif Dimashq, Yabrood, Damascus, Syria; Website www.industrialbank.gov.sy [SYRIA].

INDUSTRIAL DEVELOPMENT AND RENOVATION ORGANIZATION OF IRAN (a.k.a. IDRO; a.k.a. IRAN DEVELOPMENT & RENOVATION ORGANIZATION COMPANY; a.k.a. IRAN DEVELOPMENT AND RENOVATION ORGANIZATION COMPANY; a.k.a. SAWZEMANE GOSTARESH VA NOWSAZI SANAYE IRAN), Vali Asr Building, Jam e Jam Street, Vali Asr Avenue, Tehran 15815-3377, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

INDUSTRIAL FACTORIES OF PRECISION-MACHINERY (a.k.a. FADJR INDUSTRIES GROUP; a.k.a. FAJR INDUSTRIES GROUP; a.k.a. IFP; a.k.a. INSTRUMENTATION FACTORIES OF PRECISION MACHINERY; a.k.a. INSTRUMENTATION FACTORY PLANT; a.k.a. MOJTAME SANTY AJZAE DAGHIGH; a.k.a. NASR INDUSTRIES GROUP), P.O. Box 1985-777, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

INDUSTRIAL MINERA Y PECUARIA S.A. (a.k.a. IMPECUA S.A.), Carrera 30 No. 90-82B La Castellana, Bogota, Colombia; NIT # 830000855-1 (Colombia) [SDNT].

INDUSTRIAL RESOURCES GENERAL TRADING (Arabic: العامة للتجارة ريسورسز اندستر (a.k.a. INDUSTRIAL RESOURCES GENERAL TRADING LLC), Al Hawai Tower, 88, Sheikh Zayed Road, 2nd Floor, Office 203, Dubai, United Arab Emirates; P.O. Box 74345, Dubai, United Arab Emirates; Website www.iruae.ae; Organization Established Date 21 Sep 2010; Organization Type: Non-specialized wholesale trade; Business Registration Number 10469466 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

INDUSTRIAL RESOURCES GENERAL TRADING LLC (a.k.a. INDUSTRIAL RESOURCES GENERAL TRADING (Arabic: العامة للتجارة ريسورسز اندستر)), Al Hawai Tower, 88, Sheikh Zayed Road, 2nd Floor, Office 203, Dubai, United Arab Emirates; P.O. Box 74345, Dubai, United Arab Emirates; Website www.iruae.ae; Organization Established Date 21 Sep 2010; Organization Type: Non-specialized wholesale trade; Business Registration Number 10469466 (United Arab Emirates) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

INDUSTRIAL SOLUTIONS, Baghdad Street 5, PO Box 6394, Damascus, Syria [NPWMD].

INDUSTRIAL UNITARY ENTERPRISE OIL BITUMEN PLANT (a.k.a. PROIZVODSTVENNOYE UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: ПРОИЗВОДСТВЕННОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД); a.k.a. UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD (Cyrillic: УНІТАРНАЕ ПРАДПРЫЕМСТВА НАФТАБІТУМНЫ ЗАВОД); a.k.a. UNITARNOYE PREDPRIYATIYE NEFTEBITUMNIY ZAVOD (Cyrillic: УНИТАРНОЕ ПРЕДПРИЯТИЕ НЕФТЕБИТУМНЫЙ ЗАВОД); a.k.a. UNITARY ENTERPRISE NEFTEBITUMEN PLANT; a.k.a. UNITARY ENTERPRISE OIL BITUMEN PLANT; a.k.a. VYTVORCHAYE UNITARNAYE PRADPRYEMSTVA NAFTABITUMNY ZAVOD (Cyrillic: ВЫТВОРЧАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА НАФТАБІТУМНЫ ЗАВОД)), village Koleina, Lyadenskiy council, Chervenskiy district, Minsk oblast 223231, Belarus (Cyrillic: д. Колеина, Лядeнский сельсовет, Червенский район, Минская область 223231, Belarus); Organization Established Date 23 Jun 2004; Registration Number 690296283 (Belarus) [BELARUS-EO14038].

INDUSTRIAL-COMMERCIAL PRIVATE UNITARY ENTERPRISE MINOTOR-SERVICE (a.k.a. MINOTOR-SERVICE ENTERPRISE; a.k.a. PROIZVODSTVENNO-TORGOVOYE CHASTNOYE UNITARNOYE PREDPRIYATIYE MINOTOR-SERVIS (Cyrillic: ПРОИЗВОДСТВЕННО-ТОРГОВОЕ ЧАСТНОЕ УНИТАРНОЕ ПРЕДПРИЯТИЕ МИНОТОР-СЕРВИС); a.k.a. UE MINOTOR-SERVICE; a.k.a. UP MINATOR-SERVIS (Cyrillic: УП МІНАТОР-СЭРВІС); a.k.a. UP MINOTOR-SERVIS (Cyrillic: УП МИНОТОР-СЕРВИС); a.k.a. VYTVORCHA-HANDLEVAYE PRYVATNAYE UNITARNAYE PRADPRYEMSTVA MINOTOR-SERVIS (Cyrillic: ВЫТВОРЧА-ГАНДЛЕВАЕ ПРЫВАТНАЕ ЎНІТАРНАЕ ПРАДПРЫЕМСТВА МИНОТОР-СЭРВІС)), ul. Karvata, d. 84, kom. 1, Minsk 220139, Belarus (Cyrillic: ул. Карвата, д. 84, ком. 1, г. Минск 220139, Belarus); Radialnaya str., 40, Minsk 220070, Belarus; Organization Established Date 1991; Registration Number 100665069 (Belarus) [BELARUS-EO14038].

INDUSTRIAS DE GANADEROS S.A. DE C.V. (a.k.a. DORA PASTEURIZA DE LECHE SANTA MONICA; a.k.a. LECHERIA SANTA MONICA; a.k.a. NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V.; a.k.a. SANTA MONICA DAIRY), Calle/Boulevard Doctor Mora 1230, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; Carretera Los Mochis Topolobampo, KM. 5.2, Los Mochis, Sinaloa, Mexico; Avenida Francisco Villa Norte 135, Colonia Ninos Heroes, Salvador Alvarado, Sinaloa 81400, Mexico; Carretera La Cruz KM 15 S/N, Colonia Arroyitos, La Cruz, Sinaloa 82700, Mexico;

Chamizal S/N, La Cruz, Sinaloa 82700, Mexico; Carretera Internacional al Norte KM 1.5, 1207, Colonia Ejido Venadillo, Mazatlan, Sinaloa 82129, Mexico; Plaza Azul S/N, Colonia Las Brisas, Tecuala, Nayarit, Mexico; Calle Prolongacion Morelos y Matamoros S/N, Colonia Benito Juarez, Escuinapa, Sinaloa 82400, Mexico; Matamoros 5, Escuinapa, Sinaloa 82478, Mexico; Carretera Internacional 1845, Bodega 8 y 10, Colonia Zona Industrial 2, Ciudad Obregon, Sonora 85065, Mexico; Calle Sauces 384, Colonia Del Bosque, Guasave, Sinaloa 81020, Mexico; Calle Federalismo 2000, Colonia Recursos Hidraulicos, Culiacan, Sinaloa 80060, Mexico; Carretera Augstin Olachea Local 30, Colonia Pericues, La Paz, Baja California Sur 23090, Mexico; Avenida Vallarta 2141, Colonia Centro, Culiacan, Sinaloa 80060, Mexico; Carretera A Navolato, Colonia Bachigualato, Culiacan, Sinaloa 80060, Mexico; Calle Tomate 10 Bodega 34Y5, Colonia Mercado Abastos, Culiacan, Sinaloa 83170, Mexico; Carretera A Topolobampo 5, Colonia Ninos Heroes, Ahome, Sinaloa 81290, Mexico; Avenida Xicotencalth # 1795, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; Calle Central Local A10, Colonia Mercado Abastos, Cajeme, Sonora 85000, Mexico; Calle Jose Diego Abad 2923, Colonia Bachigualato, Culiacan, Sinaloa 80140, Mexico; R.F.C. NIG-8802029-Y7 (Mexico) [SDNTK].

INELSO OOO, ul. Gelsingforsskaya 3, lit. Z, pomeshch. 412, Saint Petersburg 194044, Russia; Tax ID No. 7813635698 (Russia); Registration Number 1197847128478 (Russia) [RUSSIA-EO14024].

INFORION OOO (a.k.a. LIMITED LIABILITY COMPANY INFORION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНФОРИОН); a.k.a. LLC INFORION), Ul. Bolshaya Semenovskaya d. 45, Moscow 107023, Russia; Website inforion.ru; Organization Established Date 17 Feb 2006; Organization Type: Other information technology and computer service activities; Tax ID No. 7715592358 (Russia); Registration Number 1067746288323 (Russia) [RUSSIA-EO14024].

INFORMATICS AND SERVICES CORPORATION (a.k.a. INFORMATICS SERVICES COMPANY; a.k.a. INFORMATICS SERVICES CORPORATION (Arabic: شركت خدمات انفورماتیک)), Marjan Building, No. 6, Madadkaran Street, Shahnazari Street, Mother Square, Mirdamad Boulevard, Tehran 1545654311, Iran; Website www.isc.co.ir; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Dec 1993; National ID No. 10101455520 (Iran); Business Registration Number 101605 (Iran) [SDGT] [IFSR] (Linked To: BANK MARKAZI JOMHOURI ISLAMI IRAN).

INFORMATICS SERVICES COMPANY (a.k.a. INFORMATICS AND SERVICES CORPORATION; a.k.a. INFORMATICS SERVICES CORPORATION (Arabic: شركت خدمات انفورماتیک)), Marjan Building, No. 6, Madadkaran Street, Shahnazari Street, Mother Square, Mirdamad Boulevard, Tehran 1545654311, Iran; Website www.isc.co.ir; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Dec 1993; National ID No. 10101455520 (Iran); Business Registration Number 101605 (Iran) [SDGT] [IFSR] (Linked To: BANK MARKAZI JOMHOURI ISLAMI IRAN).

INFORMATICS SERVICES CORPORATION (Arabic: شرکت خدمات انفورماتیک) (a.k.a. INFORMATICS AND SERVICES CORPORATION; a.k.a. INFORMATICS SERVICES COMPANY), Marjan Building, No. 6, Madadkaran Street, Shahnazari Street, Mother Square, Mirdamad Boulevard, Tehran 1545654311, Iran; Website www.isc.co.ir; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Dec 1993; National ID No. 10101455520 (Iran); Business Registration Number 101605 (Iran) [SDGT] [IFSR] (Linked To: BANK MARKAZI JOMHOURI ISLAMI IRAN).

INFORMATION SYSTEMS IRAN (a.k.a. ISIRAN), PO Box 15875-4337, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

INFORMATION TELECOMMUNICATION TECHNOLOGIES JOINT STOCK COMPANY (a.k.a. "INTELTECH JSC"; a.k.a. "INTELTEKH"), Ul. Kantemirovskaya D. 8, Saint Petersburg 197342, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7802030605 (Russia); Registration Number 1027801525608 (Russia) [RUSSIA-EO14024].

INFORMATSIYNE AGENSTVO ONLI N'YUZ TOV (Cyrillic: ІНФОРМАЦІЙНЕ АГЕНСТВО ОНЛІ Н'ЮЗ ТОВ) (a.k.a. "ONLY NEWS"), Vul. Hotkevicha Gnata 12, Of. 177, Kiev, Dniprovskyi R-N 02094, Ukraine; Website onmedia.io; Identification Number 42283491 (Ukraine) [ELECTION-EO13848] (Linked To: ZHURAVEL, Petro Anatoliyovich).

INFOROS INFORMATION AGENCY, CO, LTD. (a.k.a. IA INFOROS, OOO (Cyrillic: ООО ИА ИНФОРОС); a.k.a. NEWS AGENCY INFOROS), Moscow, Russia; Website inforos.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Type: News agency activities; Tax ID No. 5025021509 (Russia) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

INFOROS, OOO (Cyrillic: ООО ИА ИНФОРОС), Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Organization Type: News agency activities; Identification Number 7727214569 (Russia) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

INFOTECH BALAKOVO LIMITED LIABILITY COMPANY, Ul. Chapaeva D. 26, Pomeshch. 7, Kormezhka 413835, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6439098794 (Russia); Registration Number 1216400002576 (Russia) [RUSSIA-EO14024].

INFRASTRUKTURA MOLZHANINOVO (a.k.a. LLC INFRASTRUCTURE MOLZHANINOVO (Cyrillic: ООО ИНФРАСТРУКТУРА МОЛЖАНИНОВО); f.k.a. LLC RESAD (Cyrillic: ООО РЕСАД); f.k.a. RESAD LLC), ul. Bryanskaya D. 5, et 4 pom. I kom 25, Moscow 121059, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7733109347 (Russia); Registration Number

1027739071337 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

INKOP DOO CUPRIJA (a.k.a. GRADJEVINSKO PREDUZECE INKOP DOO CUPRIJA; a.k.a. "INKOP"), Karadordeva 6, Cuprija 35230, Serbia; Organization Established Date 12 May 1992; Organization Type: Construction of roads and railways; V.A.T. Number 100245351 (Serbia) [GLOMAG] (Linked To: VESELINOVIC, Zvonko).

INKOTECH LTD. (a.k.a. INKOTEKH), Nab. Vyborgskaya D. 55, K. 3, Lit. A, Pomeshch. 5-N, Saint Petersburg 194100, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7811285656 (Russia); Registration Number 1167847076825 (Russia) [RUSSIA-EO14024].

INKOTEKH (a.k.a. INKOTECH LTD.), Nab. Vyborgskaya D. 55, K. 3, Lit. A, Pomeshch. 5-N, Saint Petersburg 194100, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7811285656 (Russia); Registration Number 1167847076825 (Russia) [RUSSIA-EO14024].

INKUORTYN FIVE SRL (a.k.a. LA KUORA TERRAZA; a.k.a. LA TERRAZA DE LA KUORA; a.k.a. "LA KUORA"), Calle La Guardia No. 25, Villa Consuelo, Santo Domingo, Dominican Republic; Tax ID No. 131-45973-2 (Dominican Republic) [SDNTK].

INMA MALDIVES (a.k.a. INMA MALDIVES COMPANY), Dhekunu Thila, 5th floor, Sabudheyli Magu, Male, Maldives; Noor Villa, Rahdhebai Hingun, Male, Maldives; Website http://inma-maldives.business.site/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 May 2018;

Organization Type: Wholesale of food, beverages and tobacco; Business Registration Number BP17202021 (Maldives) issued 09 May 2021; Registration Number P-0095/2018 (Maldives); Permit Number IG0641T102018 (Maldives) issued 07 May 2018 [SDGT] (Linked To: AHMED, Ameen).

INMA MALDIVES COMPANY (a.k.a. INMA MALDIVES), Dhekunu Thila, 5th floor, Sabudheyli Magu, Male, Maldives; Noor Villa, Rahdhebai Hingun, Male, Maldives; Website http://inma-maldives.business.site/; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 May 2018; Organization Type: Wholesale of food, beverages and tobacco; Business Registration Number BP17202021 (Maldives) issued 09 May 2021; Registration Number P-0095/2018 (Maldives); Permit Number IG0641T102018 (Maldives) issued 07 May 2018 [SDGT] (Linked To: AHMED, Ameen).

INMAA 'AL' FOR ENGINEERING AND CONTRACTING SARL (a.k.a. AL-INMAA ENGINEERING AND CONTRACTING; a.k.a. AL-INMAA GROUP FOR ENGINEERING AND CONTRACTING), Ground Floor, Inmaa Building, New Airport Highway, Beirut, Lebanon; Airport Highway, Bir Hassan, Beirut, Lebanon; Aljadriya, Baghdad, Iraq; Aljazzar Road, Basra, Iraq; Al-Jaza'ir Street, 'Oman Neighborhood, Basra, Iraq; Website www.alinmaa.com.lb; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: TABAJA, Adham Husayn; Linked To: AL-INMAA GROUP FOR TOURISM WORKS, LLC).

INMOBILIARIA DEL RIO HUMAYA, S.A. DE C.V., Culiacan, Sinaloa, Mexico; Organization Established Date 20 Aug 2003; Folio Mercantil No. 73228 (Mexico) [ILLICIT-DRUGS-EO14059].

INMOBILIARIA EL ESCORIAL LTDA., Carrera 4 No. 12-20 of. 206, Cartago, Valle, Colombia; Carrera 5 No. 18-20 Local 12, Cartago, Valle, Colombia; NIT # 800146869-2 (Colombia) [SDNT].

INMOBILIARIA EL ESCORPION DEL NORTE S.A. DE C.V., Chihuahua, Chihuahua, Mexico [SDNTK].

INMOBILIARIA EL PRESON S.A. DE C.V., Chihuahua, Chihuahua, Mexico [SDNTK].

INMOBILIARIA ESPARTA S.A. DE C.V., Avenida Negrete 220 Local 2B, Colonia Zona Central,

Tijuana, Baja California, Mexico; R.F.C. # IES-870805 (Mexico) [SDNTK].

INMOBILIARIA ESTADO 29 S.A. DE C.V., Ocampo 1860 4, Colonia Zona Central, Tijuana, Baja California, Mexico; Entre Juan Sarabia y Plutarco Elias C., Tijuana, Baja California, Mexico; R.F.C. # IEV-950628 (Mexico) [SDNTK].

INMOBILIARIA FER CADENA, Diagonal 23 #11-07 P.2, Cali, Valle, Colombia; Matricula Mercantil No 754962-2 (Cali) [SDNTK].

INMOBILIARIA FLORES CASTRO, S. DE R.L. DE C.V. (a.k.a. INMOVILIARIA FLORES CASTRO, S. DE R.L. DE C.V.), Zapopan, Jalisco, Mexico; Folio Mercantil No. 42969 (Jalisco) (Mexico) [SDNTK].

INMOBILIARIA GAXIOLA (f.k.a. DISTRIBUIDORA DE MUEBLES GAXIOLA HERMANOS; a.k.a. INMOBILIARIA GAXIOLA HERMANOS S.A. DE C.V.), Blvd. Francisco Eusebio km. 177-7, Col. 5 de Mayo, Hermosillo, Sonora 83010, Mexico; Blvd. L Encinas numero 581-A, Esquina Truqui, Colonia Pimentel, Hermosillo, Sonora, Mexico; Michoacan 404 Inter. 11, Colonia Cerrada Paraiso, Hermosillo, Sonora 83170, Mexico; Blvd. Jose Maria Morelos s/n y Ave 13 Col Colinas del Bachoco, Hermosillo, Sonora 83000, Mexico; Guadalajara, Jalisco, Mexico; R.F.C. IGH910522UM3 (Mexico); alt. R.F.C. DMG910522 (Mexico) [SDNTK].

INMOBILIARIA GAXIOLA HERMANOS S.A. DE C.V. (f.k.a. DISTRIBUIDORA DE MUEBLES GAXIOLA HERMANOS; a.k.a. INMOBILIARIA GAXIOLA), Blvd. Francisco Eusebio km. 177-7, Col. 5 de Mayo, Hermosillo, Sonora 83010, Mexico; Blvd. L Encinas numero 581-A, Esquina Truqui, Colonia Pimentel, Hermosillo, Sonora, Mexico; Michoacan 404 Inter. 11, Colonia Cerrada Paraiso, Hermosillo, Sonora 83170, Mexico; Blvd. Jose Maria Morelos s/n y Ave 13 Col Colinas del Bachoco, Hermosillo, Sonora 83000, Mexico; Guadalajara, Jalisco, Mexico; R.F.C. IGH910522UM3 (Mexico); alt. R.F.C. DMG910522 (Mexico) [SDNTK].

INMOBILIARIA J & M CORP (a.k.a. INMOBILIARIA J AND M CORP), Panama; RUC # 884675-1-511785 (Panama) [SDNTK].

INMOBILIARIA J AND M CORP (a.k.a. INMOBILIARIA J & M CORP), Panama; RUC # 884675-1-511785 (Panama) [SDNTK].

INMOBILIARIA LA PROVINCIA S.A. DE C.V., Cuauhtemoc 6046 3 Libertad, Tijuana, Baja California, Mexico; R.F.C. # IPR-931014 (Mexico) [SDNTK].

INMOBILIARIA LINARES LTDA., Carrera 4 No. 12-20 of. 206, Cartago, Valle, Colombia; NIT # 800146860-7 (Colombia) [SDNT].

INMOBILIARIA MULTI-TIENDAS, S.A., Panama; RUC # 1008619-1-537654 (Panama) [SDNTK].

INMOBILIARIA PASADENA LTDA., Carrera 4 No. 12-20 of. 206, Cartago, Valle, Colombia; NIT # 800146861-4 (Colombia) [SDNT].

INMOBILIARIA RIVERA MARADIAGA, S.A. DE C.V. (a.k.a. INRIMAR), Florencia Norte, Plaza America, Av Roble 201, Distrito Central, Francisco Morazan, Honduras; Barrio Los Laureles, Carretera Panamericana Norte contiguo a DIPPSA, Tocoa, Colon, Honduras; Barrio El Centro, Tocoa, Colon, Honduras; RTN 08019009234360 (Honduras) [SDNTK].

INMOBILIARIA ROFI S A, Av. George Washinton #500, Malecon Center Plaza, Su, Gazcue, Dominican Republic; Tax ID No. 101880821 (Dominican Republic) [GLOMAG].

INMOBILIARIA ROYPAL, S.A., Panama; RUC # 46966-79-305611 (Panama) [SDNTK].

INMOBILIARIA TIJUANA COSTA S.A. DE C.V., Agua Caliente 10440 9, Colonia Aviacion, Tijuana, Baja California, Mexico; Entre Abelardo L. Rodriguez y Avenida Del Rio, Tijuana, Baja California, Mexico; R.F.C. # ITC-910503 (Mexico) [SDNTK].

INMOVILIARIA FLORES CASTRO, S. DE R.L. DE C.V. (a.k.a. INMOBILIARIA FLORES CASTRO, S. DE R.L. DE C.V.), Zapopan, Jalisco, Mexico; Folio Mercantil No. 42969 (Jalisco) (Mexico) [SDNTK].

INMUEBLES SIERRA VISTA S.A. DE C.V., Hermosillo, Sonora, Mexico [SDNTK].

INMUEBLES Y DESARROLLOS WEST POINT, C.A. (f.k.a. PLM INMOBILIARIA C.A.), Av. Principal de Los Ruices, Edif. El Doral, piso 6, Ofic. 62, Urb. Los Ruices, Caracas, Venezuela; RIF # J-31242224-6 (Venezuela) [SDNTK].

INNFOCUS LIMITED LIABILITY COMPANY, Ul. Stakhanovskaya D. 54, Str. P, Office 211, Perm 614066, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5904343931 (Russia); Registration Number 1165958115730 (Russia) [RUSSIA-EO14024].

INNOCENT, Vitel Homme (a.k.a. INNOCENT, Vitel'homme; a.k.a. INNOCENT, Vitelhomme; a.k.a. VITEL'HOMME, Innocent; a.k.a. "VITEL HOMME"), Port-au-Prince, Haiti; DOB 08 Nov 1985 to 07 Nov 1986; nationality Haiti; Gender Male (individual) [GLOMAG].

INNOCENT, Vitelhomme (a.k.a. INNOCENT, Vitel Homme; a.k.a. INNOCENT, Vitel'homme; a.k.a. VITEL'HOMME, Innocent; a.k.a. "VITEL HOMME"), Port-au-Prince, Haiti; DOB 08 Nov 1985 to 07 Nov 1986; nationality Haiti; Gender Male (individual) [GLOMAG].

INNOCENT, Vitel'homme (a.k.a. INNOCENT, Vitel Homme; a.k.a. INNOCENT, Vitelhomme; a.k.a. VITEL'HOMME, Innocent; a.k.a. "VITEL HOMME"), Port-au-Prince, Haiti; DOB 08 Nov 1985 to 07 Nov 1986; nationality Haiti; Gender Male (individual) [GLOMAG].

INNODRAIV (a.k.a. INNODRIVE LIMITED LIABILITY COMPANY), Ul. Pionerskaya D. 30, Lit. B, Pomeshch. 306, Saint Petersburg 197110, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7811697554 (Russia); Registration Number 1187847162106 (Russia) [RUSSIA-EO14024].

INNODRIVE LIMITED LIABILITY COMPANY (a.k.a. INNODRAIV), Ul. Pionerskaya D. 30, Lit. B, Pomeshch. 306, Saint Petersburg 197110, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7811697554 (Russia); Registration Number 1187847162106 (Russia) [RUSSIA-EO14024].

INNOEDGE CLOUDSERVE PRIVATE LIMITED, 944, Block C, Sushant Lok Phase 1 Gurugram, Gurgaon 122001, India; Organization Established Date 18 Jul 2022; Registration Number U72900HR2022PTC105231 (India) [RUSSIA-EO14024].

INNOVATION HUB LIMITED LIABILITY COMPANY (a.k.a. ROSATOM INNOHUB; a.k.a. "INNOHUB LLC"), Per. Bolshoi Tolmachevskii D. 4, Str. 1, Pomeshch. 4/1, Moscow 119017, Russia; Tax ID No. 9724042820 (Russia); Registration Number 1217700144738 (Russia) [RUSSIA-EO14024].

INO, Siciid Abdullah Haji (a.k.a. AADAN, Siciid Abdullahi; a.k.a. HAJI, Sayid Abdullahi Adan), Tortoroow, Lower Shabelle, Somalia; DOB 1998; nationality Somalia; Gender Male;

Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

INOPTICS (a.k.a. INTELLEKTUALNYE SISTEMY NN LIMITED LIABILITY COMPANY), Ul. Libknekhta D. 41, K. 2, Dzerzhinsk 606020, Russia; Ul. Budennogo D. 5 V Of. 103, Dzerzhinsk 606026, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5249106861 (Russia); Registration Number 1105249001593 (Russia) [RUSSIA-EO14024].

INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DANA ASTRA (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДАНА АСТРА) (a.k.a. FLLC DANA ASTRA; a.k.a. FOREIGN LIMITED LIABILITY COMPANY DANA ASTRA; a.k.a. IOOO DANA ASTRA (Cyrillic: ИООО ДАНА АСТРА); a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DANA ASTRA (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДАНА АСТРА); a.k.a. ZTAA DANA ASTRA (Cyrillic: ЗТАА ДАНА АСТРА)), ul. Petra Mstislavtsa, d. 9, pom. 9-13, Minsk 220076, Belarus (Cyrillic: ул. Петра Мсціславца, д. 9, пом. 9-13, г. Мінск 220076, Belarus); Organization Established Date 21 Jan 2010; Registration Number 191295361 (Belarus) [BELARUS-EO14038].

INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SLAVKALIY (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЛАВКАЛИЙ) (a.k.a. FOREIGN LIMITED LIABILITY COMPANY SLAVKALI; a.k.a. IOOO SLAVKALI (Cyrillic: ИООО СЛАВКАЛИЙ); a.k.a. SLAVKALI INOSTRANNOE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIYU; a.k.a. SLAVKALI IOOO; a.k.a. SLAVKALIY (Cyrillic: СЛАВКАЛИЙ); a.k.a. SLAVKALY FLLC; a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SLAUKALIY (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СЛАЎКАЛІЙ); a.k.a. ZTAA

SLAUKALIY (Cyrillic: ЗТАА СЛАЎКАЛІЙ)), Lyubanskiy District, Pervomaiskaya St, Building 35, Office 3.1, Lyuban City, Minsk Oblast 223810, Belarus (Cyrillic: Любанский район, ул. Первомайская, д. 35, каб. 3.1, г. Любань, Минская область 223810, Belarus); d. 35, kab. 3.1, ul. Pervomaiskaya g. s/s, Lyuban Lyubanksi Raion, Minskaya Obl. 223810, Belarus; Organization Established Date 25 Oct 2011; Registration Number 191689538 (Belarus) [BELARUS-EO14038].

INOUE, Kunio (Japanese: 井上邦雄), 26-14 Hanakuma-cho Chuo-ku, Kobe-shi, Hyogo-ken, Japan (Japanese: 二十六番十四号花隈町中央区, 神戸市, 兵庫県, Japan); DOB 22 Aug 1948 (individual) [TCO] (Linked To: KOBE YAMAGUCHI-GUMI).

INOVEST LIMITED (f.k.a. LEISURE HOLIDAYS LIMITED), 18, Drive 41, Tumas Galea Street, Ta'Paris, Birkirkara BKR 04, Malta; D-U-N-S Number 52-023-9744; V.A.T. Number MT14324921 (Malta); Tax ID No. 14324921 (Malta); Trade License No. C 19766 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

INPESCA S.A. (a.k.a. INDUSTRIA DE PESCA SOBRE EL PACIFICO S.A), Km. 5 El Pinal, Buenaventura, Colombia; Av. Simon Bolivar Km. 5 El Pinal, Buenaventura, Colombia; NIT # 890302172-4 (Colombia) [SDNT].

INRESBANK LTD (a.k.a. INRESBANK OOO; a.k.a. INVESTITSIONNY RESPUBLIKANSKI BANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. INVESTMENT REPUBLIC BANK LLC; f.k.a. OOO KBK BANK), Ulitsa Bolshaya Semenovskaya, D. 32, Str. 1, Moscow 107023, Russia; SWIFT/BIC INKKRUM1; alt. SWIFT/BIC IREPRUMM; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: SMP BANK).

INRESBANK OOO (a.k.a. INRESBANK LTD; a.k.a. INVESTITSIONNY RESPUBLIKANSKI BANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. INVESTMENT REPUBLIC BANK LLC; f.k.a. OOO KBK BANK), Ulitsa Bolshaya Semenovskaya, D. 32, Str. 1, Moscow 107023, Russia; SWIFT/BIC INKKRUM1; alt. SWIFT/BIC IREPRUMM; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: SMP BANK).

INRIMAR (a.k.a. INMOBILIARIA RIVERA MARADIAGA, S.A. DE C.V.), Florencia Norte,

Plaza America, Av Roble 201, Distrito Central, Francisco Morazan, Honduras; Barrio Los Laureles, Carretera Panamericana Norte contiguo a DIPPSA, Tocoa, Colon, Honduras; Barrio El Centro, Tocoa, Colon, Honduras; RTN 08019009234360 (Honduras) [SDNTK].

INSHAAT CO SARL, Baabda, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 08 Feb 2005; Business Registration Number 2005265 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

INSPIRA INVEST A OOO (a.k.a. LIMITED LIABILITY COMPANY INSPIRA INVEST A (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНСПИРА ИНВЕСТ А); a.k.a. LLC INSPIRA INVEST A (Cyrillic: ООО ИНСПИРА ИНВЕСТ А)), et 1 pom 2 kom 28-1 of 1, dom 9, ulitsa Leninskaya Sloboda, Moscow 115280, Russia; Organization Established Date 10 Apr 2017; Tax ID No. 7725367175 (Russia); Registration Number 1177746359834 (Russia) [RUSSIA-EO14024] (Linked To: PUCHKOV, Andrey Sergeyevich).

INSTAR LODZHISTIKS, OOO (a.k.a. INSTAR LOGISTICS), d. 20 str., 7 ofis 102V, ul. Elektrozavodskaya, Moscow 107023, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7714136948 (Russia); Government Gazette Number 18631592 (Russia); Registration Number 1027739429981 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

INSTAR LOGISTICS (a.k.a. INSTAR LODZHISTIKS, OOO), d. 20 str., 7 ofis 102V, ul. Elektrozavodskaya, Moscow 107023, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7714136948 (Russia); Government Gazette Number 18631592 (Russia); Registration Number 1027739429981 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

INSTITUT DES SCIENCES APPLIQUEES ET DE TECHNOLOGIE (a.k.a. HIAST; a.k.a. HIGHER INSTITUTE OF APPLIED SCIENCE AND TECHNOLOGY; a.k.a. INSTITUT SUPERIEUR DES SCIENCES APPLIQUEES ET DE TECHNOLOGIE; a.k.a. ISAT; a.k.a. ISSAT), P.O. Box 31983, Barzeh, Damascus, Syria [NPWMD].

INSTITUT GIPROSTROIMOST-SANKT-PETERBURG, ZAO (a.k.a. AO 'INSTITUTE GIPROSTROYMOST-SAINT-PETERSBURG'; a.k.a. AO 'INSTITUTE GIPROSTROYMOST-SANKT-PETERBURG'; a.k.a. JSC 'INSTITUTE GIPROSTROYMOST-SAINT-PETERSBURG'; a.k.a. JSC 'INSTITUTE GIPROSTROYMOST-SANKT-PETERBURG'; f.k.a. ZAO 'INSTITUTE GIPROSTROYMOST SAINT-PETERSBURG'), 7 Yablochkova Street, St. Petersburg 197198, Russia; Website www.gpsm.ru; Email Address office@gpsm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037828021660 (Russia); Tax ID No. 7826717210 (Russia); Government Gazette Number 53289443 (Russia) [UKRAINE-EO13685].

INSTITUT KRIMINALISTIKI (a.k.a. CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ); a.k.a. CRIMINALISTICS INSTITUTE OF THE CENTER FOR SPECIAL TECHNOLOGY OF THE FSB OF RUSSIA (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ЦЕНТРА СПЕЦИАЛЬНОЙ ТЕХНИКИ ФСБ РОССИИ); a.k.a. FSB CRIMINALISTICS INSTITUTE (Cyrillic: ИНСТИТУТ КРИМИНАЛИСТИКИ ФСБ); a.k.a. FSB SPECIAL TECHNOLOGY CENTER'S INSTITUTE OF CRIMINOLOGY; a.k.a. MILITARY UNIT 34435; a.k.a. RESEARCH INSTITUTE - 2; a.k.a. "NII-2"), Akademika Vargi Street 2, Moscow, Russia [NPWMD].

INSTITUT MORSKOGO PRIBOROSTROENIYA I ROBOTOTEKHNIKI (a.k.a. AUTONOMOUS NONPROFIT ORGANIZATION INSTITUTE OF MARINE INSTRUMENTATION AND ROBOTICS), Ul. Universitetskaya D. 31, Pom. 2.8, Sevastopol, Ukraine; Tax ID No. 9200000727 (Russia); Registration Number 1209200006366 (Russia) [RUSSIA-EO14024].

INSTITUT STROIPROEKT ZAKRYTOE AKTSIONERNOE OBSHCHESTVO (a.k.a. AKTSIONERNOE OBSHCESTVO INSTITUT STROIPROEKT; a.k.a. AO INSTITUT STROIPROEKT; a.k.a. AO INSTITUTE STROYPROEKT; a.k.a. INSTITUT STROIPROEKT, AO; a.k.a. INSTITUTE STROYPROECT; a.k.a. STROYPROEKT; a.k.a. STROYPROEKT ENGINEERING GROUP), D. 13 Korp. 2 LiteraA Prospekt Dunaiski, St. Petersburg 196158, Russia; 13/2 Dunaisky Prospect, St. Petersburg 196158, Russia; Website http://www.stpr.ru; Email

Address Most@stpr.ru; alt. Email Address Murina@stpr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027810258673; Tax ID No. 7826688390; Government Gazette Number 11117863 [UKRAINE-EO13685].

INSTITUT STROIPROEKT, AO (a.k.a. AKTSIONERNOE OBSHCESTVO INSTITUT STROIPROEKT; a.k.a. AO INSTITUT STROIPROEKT; a.k.a. AO INSTITUTE STROYPROEKT; f.k.a. INSTITUT STROIPROEKT ZAKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. INSTITUTE STROYPROECT; a.k.a. STROYPROEKT; a.k.a. STROYPROEKT ENGINEERING GROUP), D. 13 Korp. 2 LiteraA Prospekt Dunaiski, St. Petersburg 196158, Russia; 13/2 Dunaisky Prospect, St. Petersburg 196158, Russia; Website http://www.stpr.ru; Email Address Most@stpr.ru; alt. Email Address Murina@stpr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027810258673; Tax ID No. 7826688390; Government Gazette Number 11117863 [UKRAINE-EO13685].

INSTITUT SUPERIEUR DES SCIENCES APPLIQUEES ET DE TECHNOLOGIE (a.k.a. HIAST; a.k.a. HIGHER INSTITUTE OF APPLIED SCIENCE AND TECHNOLOGY; a.k.a. INSTITUT DES SCIENCES APPLIQUEES ET DE TECHNOLOGIE; a.k.a. ISAT; a.k.a. ISSAT), P.O. Box 31983, Barzeh, Damascus, Syria [NPWMD].

INSTITUTE FOR DEFENSE EDUCATION AND RESEARCH (a.k.a. DEFENSE TECHNOLOGY AND SCIENCE RESEARCH CENTER; a.k.a. MOASSESE AMOZESH VA TAHGHIGHATI; a.k.a. "DTSRC"; a.k.a. "MAVT CO."), Pasdaran Avenue, P.O. Box 19585/777, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [NPWMD] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

INSTITUTE OF APPLIED PHYSICS JSC (a.k.a. AO IPF; a.k.a. "INSTITUTE OF APPLIED PHYSICS IAP"), Ul. Arbuzova D. 1/1, Novosibirsk 630117, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order

14024, as amended by Executive Order 14114.; Tax ID No. 5408106299 (Russia); Registration Number 1025403638831 (Russia) [RUSSIA-EO14024].

INSTITUTE OF LASER PHYSICS OF THE SIBERIAN BRANCH OF THE RAS (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT LAZERNOI FIZIKI SIBIRSKOGO OTDELENIYA ROSSISKOI AKADEMII NAUK; a.k.a. ILF SO RAN FGBU; a.k.a. INSTITUTE OF LASER PHYSICS OF THE SIBERIAN BRANCH OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. INSTITUTE OF LASER PHYSICS SB RAS; a.k.a. "ILP SB RAS"), 15B, prospekt Akademika Lavrenteva, Novosibirsk, Novosibirskaya Obl. 630090, Russia; Organization Established Date 06 Aug 1991; Tax ID No. 5408105471 (Russia); Government Gazette Number 11822515 (Russia); Registration Number 1025403665572 (Russia) [RUSSIA-EO14024].

INSTITUTE OF LASER PHYSICS OF THE SIBERIAN BRANCH OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT LAZERNOI FIZIKI SIBIRSKOGO OTDELENIYA ROSSISKOI AKADEMII NAUK; a.k.a. ILF SO RAN FGBU; a.k.a. INSTITUTE OF LASER PHYSICS OF THE SIBERIAN BRANCH OF THE RAS; a.k.a. INSTITUTE OF LASER PHYSICS SB RAS; a.k.a. "ILP SB RAS"), 15B, prospekt Akademika Lavrenteva, Novosibirsk, Novosibirskaya Obl. 630090, Russia; Organization Established Date 06 Aug 1991; Tax ID No. 5408105471 (Russia); Government Gazette Number 11822515 (Russia); Registration Number 1025403665572 (Russia) [RUSSIA-EO14024].

INSTITUTE OF LASER PHYSICS SB RAS (a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT LAZERNOI FIZIKI SIBIRSKOGO OTDELENIYA ROSSISKOI AKADEMII NAUK; a.k.a. ILF SO RAN FGBU; a.k.a. INSTITUTE OF LASER PHYSICS OF THE SIBERIAN BRANCH OF THE RAS; a.k.a. INSTITUTE OF LASER PHYSICS OF THE SIBERIAN BRANCH OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "ILP SB RAS"), 15B, prospekt Akademika Lavrenteva, Novosibirsk, Novosibirskaya Obl. 630090, Russia; Organization Established Date 06 Aug 1991; Tax ID No. 5408105471 (Russia); Government Gazette Number 11822515

(Russia); Registration Number 1025403665572 (Russia) [RUSSIA-EO14024].

INSTITUTE OF NUCLEAR PHYSICS OF THE SIBERIAN BRANCH OF THE USSR ACADEMY OF SCIENCE (a.k.a. BUDKER INSTITUTE OF NUCLEAR PHYSICS OF SB RAS; a.k.a. BUDKER INSTITUTE OF NUCLEAR PHYSICS OF SIBERIAN BRANCH RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT YADERNOI FIZIKI IM. G.I. BUDKERA SIBIRSKOGO OTDELENIYA ROSSISKOI AKADEMII NAUK; a.k.a. IYAF SO RAN FGBU; a.k.a. "BINP SB RAS"), Prospkt Akademika Lavrentyeva D 11, Novosibirsk 630090, Russia; Organization Established Date 19 Jul 1994; Tax ID No. 5408105577 (Russia); Government Gazette Number 03533872 (Russia); Registration Number 1025403658136 (Russia) [RUSSIA-EO14024].

INSTITUTE OF PETROLEUM CHEMISTRY SIBERIAN BRANCH OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. IPC SB RAS (Cyrillic: ИХН СО РАН); a.k.a. IPCH SB RAS), Pr-T Akademicheskii D.4, Tomsk 634021, Russia; 3, Academichesky Ave., Tomsk 634021, Russia; Organization Established Date 05 Aug 1968; Tax ID No. 7021001022 (Russia); Government Gazette Number 03534067 (Russia); Registration Number 1027000876374 (Russia) [RUSSIA-EO14024].

INSTITUTE OF SOLID STATE PHYSICS OF THE ACADEMY OF SCIENCES SSSR (f.k.a. FEDERAL STATE BUDGETARY INSTITUTION OF SCIENCE INSTITUTE OF SOLID STATE PHYSICS N.A. YU. A. OSIPYAN OF THE RUSSIAN ACADEMY OF SCIENCES; f.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK BU; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT FIZIKI TVERDOGO TELA ROSSISKOI AKADEMII NAUK FGBU; a.k.a. OSIPYAN INSTITUTE OF SOLID STATE PHYSICS OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "IFTT RAN"; a.k.a. "ISSP RAS"), d. 2, ul. Akademika Osipyana, Chernogolovka, Moskovskaya Obl 142432, Russia; Organization Established Date 12 Mar 1998; Tax ID No. 5031003120 (Russia); Government Gazette Number 02699796

(Russia); Registration Number 1025003915243 (Russia) [RUSSIA-EO14024].

INSTITUTE OF SPECTROSCOPY OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERAL STATE FINANCED INSTITUTION OF SCIENCE HIGHER EDUCATION INSTITUTION SPECTROSCOPY OF THE RUSSIAN FEDERATION ACADEMY OF SCIENCES; a.k.a. "ISAN"), Fizicheskaya Str., 5, Troitsk, Moscow 108840, Russia; Organization Established Date 07 Jul 1992; Tax ID No. 5046005427 (Russia); Registration Number 1035009350100 (Russia) [RUSSIA-EO14024].

INSTITUTE STROYPROECT (a.k.a. AKTSIONERNOE OBSHCESTVO INSTITUT STROIPROEKT; a.k.a. AO INSTITUT STROIPROEKT; a.k.a. AO INSTITUTE STROYPROEKT; f.k.a. INSTITUT STROIPROEKT ZAKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. INSTITUT STROIPROEKT, AO; a.k.a. STROYPROEKT; a.k.a. STROYPROEKT ENGINEERING GROUP), D. 13 Korp. 2 LiteraA Prospekt Dunaiski, St. Petersburg 196158, Russia; 13/2 Dunaisky Prospect, St. Petersburg 196158, Russia; Website http://www.stpr.ru; Email Address Most@stpr.ru; alt. Email Address Murina@stpr.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027810258673; Tax ID No. 7826688390; Government Gazette Number 11117863 [UKRAINE-EO13685].

INSTITUTION CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MAIN INTERNAL AFFAIRS DIRECTORATE OF THE MINSK CITY EXECUTIVE COMMITTEE (a.k.a. AKRESCINA JAIL; a.k.a. AKRESTSINA; a.k.a. AKRESTSINA DETENTION CENTER; a.k.a. AKRESTSINA JAIL; a.k.a. CENTER FOR THE ISOLATION OF LAWBREAKERS OF THE MINSK GUVD; a.k.a. CENTRE FOR ISOLATION OF OFFENDERS OF THE CHIEF DIRECTORATE OF THE INTERIOR OF MINSK EXECUTIVE COMMITTEE; a.k.a. OKRESTINA; a.k.a. OKRESTINA STREET DETENTION FACILITY; a.k.a. TSENTR IZALYATSYI PRAVANARUSHALNIKAU HUUS MINHARVYKANKAMA (Cyrillic: ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГУУС МІНГАРВЫКАНКАМА); a.k.a. TSENTR IZOLYATSII PRAVONARUSHITELEI GUVD MINGORISPOLKOMA (Cyrillic: ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГУВД МИНГОРИСПОЛКОМА); a.k.a.

UCHREZHDENIYE TSENTR IZOLYATSII PRAVONARUSHITELEI GLAVNOVO UPRAVLENIYA VNUTRENNIKH DEL MINSKOVO GORODSKOVO ISPOLNITELNOVO KOMITETA (Cyrillic: УЧРЕЖДЕНИЕ ЦЕНТР ИЗОЛЯЦИИ ПРАВОНАРУШИТЕЛЕЙ ГЛАВНОГО УПРАВЛЕНИЯ ВНУТРЕННИХ ДЕЛ МИНСКОГО ГОРОДСКОГО ИСПОЛНИТЕЛЬНОГО КОМИТЕТА); a.k.a. USTANOVA TSENTR IZALYATSYI PRAVANARUSHALNIKAU HALOUNAHA UPRAULENIYA UNUTRANYKH SPRAU MINSKAHA GARADSKOHA VYKANAUCHAHA KAMITETA (Cyrillic: УСТАНОВА ЦЭНТР ІЗАЛЯЦЫІ ПРАВАПАРУШАЛЬНІКАЎ ГАЛОЎНАГА ЎПРАЎЛЕННЯ ЎНУТРАНЫХ СПРАЎ МІНСКАГА ГАРАДСКОГА ВЫКАНАЎЧАГА КАМІТЭТА)), per. 1-st Okrestina, d. 36, Minsk 220028, Belarus (Cyrillic: пер. 1-й Окрестина, д. 36, г. Минск 220028, Belarus); Registration Number 191291828 (Belarus) [BELARUS].

INSTITUTO NACIONAL DE LOS ESPACIOS ACUATICOS E INSULARES (a.k.a. "INEA"), Av. Orinoco, Edificio I.N.E.A., Caracas, Venezuela; Identification Number IMO 4166811 [VENEZUELA-EO13850].

INSTITUTO NACIONAL DE TURISMO DE CUBA, Spain [CUBA].

INSTRUMENT DESIGN BUREAU (a.k.a. JSC KBP INSTRUMENT DESIGN BUREAU; a.k.a. KBP INSTRUMENT DESIGN BUREAU; a.k.a. KBP INSTRUMENT DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. KONSTRUKTORSKOE BYURO PRIBOROSTROENIYA OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. "KBP OAO"), 59 Shcheglovskaya Zaseka ul., Tula 300001, Russia; Website www.kbptula.ru; Email Address kbkedr@tula.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1117154036911 (Russia); Government Gazette Number 07515747 (Russia) [UKRAINE-EO13661].

INSTRUMENTATION FACTORIES OF PRECISION MACHINERY (a.k.a. FADJR INDUSTRIES GROUP; a.k.a. FAJR INDUSTRIES GROUP; a.k.a. IFP; a.k.a. INDUSTRIAL FACTORIES OF PRECISION-MACHINERY; a.k.a. INSTRUMENTATION FACTORY PLANT; a.k.a. MOJTAME SANTY AJZAE DAGHIGH; a.k.a. NASR INDUSTRIES GROUP), P.O. Box 1985-777, Tehran, Iran;

Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

INSTRUMENTATION FACTORY PLANT (a.k.a. FADJR INDUSTRIES GROUP; a.k.a. FAJR INDUSTRIES GROUP; a.k.a. IFP; a.k.a. INDUSTRIAL FACTORIES OF PRECISION-MACHINERY; a.k.a. INSTRUMENTATION FACTORIES OF PRECISION MACHINERY; a.k.a. MOJTAME SANTY AJZAE DAGHIGH; a.k.a. NASR INDUSTRIES GROUP), P.O. Box 1985-777, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

INSURANCE COMPANY SBERBANK INSURANCE LIMITED LIABILITY COMPANY (a.k.a. LLC INSURANCE COMPANY SBERBANK INSURANCE; f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK OBSHCHEE STRAKHOVANIE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE; a.k.a. SBERBANK INSURANCE COMPANY LTD; a.k.a. SBERBANK INSURANCE IC LLC; a.k.a. SBERBANK STRAHOVANIE OOO SK; a.k.a. SK SBERBANK STRAHOVANIE LLC; a.k.a. STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE), 42 Bolshaya Yakimanka St., b. 1-2, office 209, Moscow 119049, Russia; 7 ul. Pavlovskaya, Moscow, Russia; 3 Poklonnaya Street, building 1, floor 1, office 3, Moscow 121170, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683479 (Russia); Tax ID No. 7706810747 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

INSURANCE COMPANY SBERBANK LIFE INSURANCE LIMITED LIABILITY COMPANY (a.k.a. LIMITED LIABILITY COMPANY INSURANCE COMPANY SBERBANK INSURANCE; a.k.a. SBERBANK LIFE INSURANCE IC LLC), 3 Poklonnaya St., Building 1, Moscow 121170, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7744002123 (Russia); Registration Number 1037700051146 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

INT INVEST EOOD, 119 Ekzarh Yosif Str., Oborishte Distr., Sofia 1527, Bulgaria; 79, Ralevitsa Str., Vitosha Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2019; V.A.T. Number BG 205535941 (Bulgaria) [GLOMAG] (Linked To: INTRUST PLC EAD).

INT LTD EOOD, 119 Ul. Ekzarh Yosif Str., R-N Oborishte Distr, Sofia 1527, Bulgaria; 79, Ralevitsa Str., Vitosha Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2017; V.A.T. Number BG 204589523 (Bulgaria) [GLOMAG] (Linked To: PEEVSKI, Delyan Slavchev).

INTAJIA (Arabic: الانتاجية) (a.k.a. INTAJIA PPA; a.k.a. PRODUCTIVE PROJECTS ADMINISTRATION (Arabic: إدارة المشاريع الانتاجية)), P.O. Box 4703, Customs Free Zone, Damascus, Syria; Aleppo, Syria; Website http://intajia.sy; Organization Established Date 1973; Organization Type: Manufacture of pharmaceuticals, medicinal chemical and botanical products [SYRIA].

INTAJIA PPA (a.k.a. INTAJIA (Arabic: الانتاجية); a.k.a. PRODUCTIVE PROJECTS ADMINISTRATION (Arabic: إدارة المشاريع الانتاجية)), P.O. Box 4703, Customs Free Zone, Damascus, Syria; Aleppo, Syria; Website http://intajia.sy; Organization Established Date 1973; Organization Type: Manufacture of pharmaceuticals, medicinal chemical and botanical products [SYRIA].

INTECH ENGINEERING LTD (a.k.a. OOO INTEKH INZHINIRING), Proezd Garazhnyi D. 1, Lit. K, Office 16, Saint Petersburg 192289, Russia; Tax ID No. 7810840000 (Russia);

Registration Number 1117847384445 (Russia) [RUSSIA-EO14024].

INTEGRACION BADEVA, S.A. DE C.V., Puerto Vallarta, Jalisco, Mexico; Folio Mercantil No. 16553 (Mexico) [ILLICIT-DRUGS-EO14059].

INTEGRAL-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA INTEGRAL, OAO (a.k.a. AAT INTEHRAL - KIRUIUCHAIA KAMPANIIA KHOLDYNGU INTEHRAL (Cyrillic: ААТ ІНТЭГРАЛ - КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ ІНТЭГРАЛ); a.k.a. OAO INTEGRAL - MANAGEMENT HOLDING COMPANY INTEGRAL (Cyrillic: OAO ИНТЕГРАЛ - УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА ИНТЕГРАЛ); a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO INTEGRAL; a.k.a. PUBLIC JOINT STOCK COMPANY INTEGRAL (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ИНТЕГРАЛ)), I.P., d.121A, kom. 327, ul. Kazintsa g., Minsk, Belarus; Registration Number 100386629 (Belarus) [BELARUS-EO14038].

INTEGRATED SCIENTIFIC MICROWAVE TECHNOLOGY (a.k.a. INTEGRATED SCIENTIFIC MICROWAVE TECHNOLOGY SDN BHD; a.k.a. "ISM TECH"), 1-11 1st Floor, Jalan Padan Perdana 2 Dataran Pandan Prima, Kuala Lumpur 55100, Malaysia; Rm. 1014, Favor Industrial Centre 2-6 Kin Hong Street, Kwai Chung, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 May 2019; Registration Number 201901016612 (Malaysia) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

INTEGRATED SCIENTIFIC MICROWAVE TECHNOLOGY SDN BHD (a.k.a. INTEGRATED SCIENTIFIC MICROWAVE TECHNOLOGY; a.k.a. "ISM TECH"), 1-11 1st Floor, Jalan Padan Perdana 2 Dataran Pandan Prima, Kuala Lumpur 55100, Malaysia; Rm. 1014, Favor Industrial Centre 2-6 Kin Hong Street, Kwai Chung, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 May 2019; Registration Number 201901016612 (Malaysia) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi).

INTELECTO BUSINESS GROOP (a.k.a. PROMOTORA VALLARTA ONE, S.A. DE C.V.), Bucerias, Nayarit, Mexico; Avenida Paseo de los Heroes 10289, Piso 3 3006, Colonia Zona Urbana Rio Tijuana, Tijuana, Baja California C.P.22505, Mexico; Folio Mercantil No. 1769 (Mexico) [ILLICIT-DRUGS-EO14059].

INTELLEKT LLC (a.k.a. INTELLEKT OOO), Moscow, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 04 Mar 2019; Tax ID No. 7701080141 (Russia); Registration Number 1197746161711 (Russia) [DPRK2] (Linked To: KOZLOV, Sergey Mikhaylovich).

INTELLEKT OOO (a.k.a. INTELLEKT LLC), Moscow, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 04 Mar 2019; Tax ID No. 7701080141 (Russia); Registration Number 1197746161711 (Russia) [DPRK2] (Linked To: KOZLOV, Sergey Mikhaylovich).

INTELLEKTUALNYE SISTEMY NN LIMITED LIABILITY COMPANY (a.k.a. INOPTICS), Ul. Libknekhta D. 41, K. 2, Dzerzhinsk 606020, Russia; Ul. Budennogo D. 5 V Of. 103, Dzerzhinsk 606026, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5249106861 (Russia); Registration Number 1105249001593 (Russia) [RUSSIA-EO14024].

INTELLER LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕЛЛЕР) (a.k.a. INTELLER LLC (Cyrillic: ООО ИНТЕЛЛЕР)), ul. Sovetskaya (Pervomaiskii Mkr), D. 31, Pomeshch. 2, Kab. 1, Korolev, Moscow Oblast 141069, Russia (Cyrillic: УЛ. СОВЕТСКАЯ (ПЕРВОМАЙСКИЙ МКР), Д. 31, ПОМЕЩ. 2, КАБ.1, КОРОЛЁВ, МОСКОВСКАЯ ОБЛАСТЬ 141069, Russia); Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 25 Sep 2019; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 5018201606 (Russia);

Government Gazette Number 41610288 (Russia); Business Registration Number 1195081071756 (Russia) [NPWMD] [RUSSIA-EO14024] (Linked To: AKTSIONERNOE OBSHCHESTVO RAU FARM).

INTELLER LLC (Cyrillic: ООО ИНТЕЛЛЕР) (a.k.a. INTELLER LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕЛЛЕР)), ul. Sovetskaya (Pervomaiskii Mkr), D. 31, Pomeshch. 2, Kab. 1, Korolev, Moscow Oblast 141069, Russia (Cyrillic: УЛ. СОВЕТСКАЯ (ПЕРВОМАЙСКИЙ МКР), Д. 31, ПОМЕЩ. 2, КАБ.1, КОРОЛЁВ, МОСКОВСКАЯ ОБЛАСТЬ 141069, Russia); Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 25 Sep 2019; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 5018201606 (Russia); Government Gazette Number 41610288 (Russia); Business Registration Number 1195081071756 (Russia) [NPWMD] [RUSSIA-EO14024] (Linked To: AKTSIONERNOE OBSHCHESTVO RAU FARM).

INTELLEXA ANONYMI ETAIREIA (a.k.a. INTELLEXA S.A.), Vouliagmenis Avenue & 14 Hatzievaggelou, Elliniko 16777, Greece; Leof Vouliagmenis 47, Elliniko 16777, Greece; Irodou Attikou Streeet 7, Athens, Greece; Karaoli Dimitriou 1 & Vasiliss 1, 15231, Athens, Greece; Organization Established Date 11 Mar 2020; Organization Type: Other information technology and computer service activities; Tax ID No. 801326153 (Greece); Chamber of Commerce Number 154460701000 (Greece) [CYBER2].

INTELLEXA LIMITED (a.k.a. INTELLEXA LTD.), 3rd Floor Ulysses House, Foley Street, Dublin 1, Dublin D01W2T2, Ireland; Organization Established Date 30 Jan 2020; Organization Type: Other information technology and computer service activities; Company Number 665443 (Ireland) [CYBER2].

INTELLEXA LTD. (a.k.a. INTELLEXA LIMITED), 3rd Floor Ulysses House, Foley Street, Dublin 1, Dublin D01W2T2, Ireland; Organization Established Date 30 Jan 2020; Organization Type: Other information technology and

computer service activities; Company Number 665443 (Ireland) [CYBER2].

INTELLEXA S.A. (a.k.a. INTELLEXA ANONYMI ETAIREIA), Vouliagmenis Avenue & 14 Hatzievaggelou, Elliniko 16777, Greece; Leof Vouliagmenis 47, Elliniko 16777, Greece; Irodou Attikou Streeet 7, Athens, Greece; Karaoli Dimitriou 1 & Vasiliss 1, 15231, Athens, Greece; Organization Established Date 11 Mar 2020; Organization Type: Other information technology and computer service activities; Tax ID No. 801326153 (Greece); Chamber of Commerce Number 154460701000 (Greece) [CYBER2].

INTER ALIMENT SAL OFF-SHORE (a.k.a. INTERALIMENT OFFSHORE COMPANY), Verdun 732 Center 3377/74 Mousseitbeh, Dar El-Fatwa Sector, Rachid Karame Sreet, Beirut, Lebanon; Verdun - Center, 730, Section 74 of the property 3377, Area Msaytbeh Real Estate - the fifth floor, Beirut, Lebanon; 732 Center, 5th Floor, Verdun Street, Beirut, Lebanon; D-U-N-S Number 557757412; Phone Number 9611797101; Registration ID 1239305; Commercial Registry Number 1801267 (Lebanon) [SDGT] (Linked To: ASSI, Saleh).

INTER TOBACCO (f.k.a. JOINT LIMITED LIABILITY COMPANY INTERDORS (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРДОРС); a.k.a. LIMITED LIABILITY COMPANY INTER TOBACCO; a.k.a. LLC INTER TOBACCO; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU INTER TOBAKKO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕР ТОБАККО); a.k.a. ООО INTER TOBAKKO (Cyrillic: ООО ИНТЕР ТОБАККО); a.k.a. TAA INTER TABAKKA (Cyrillic: ТАА ІНТЭР ТАБАККА); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTER TABAKKA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭР ТАБАККА), d. 131 (FEZ Minsk), Novodvorskiy village, Novodvorskiy village council, Minsk District, Minsk Oblast 223016, Belarus (Cyrillic: д. 131 (СЭЗ Минск), Новодворский сельсовет, с/с Новодворский, Минский район, Минская область 223016, Belarus); Organization Established Date 10 Oct 2002; Registration Number 808000714 (Belarus) [BELARUS-EO14038].

INTER TRADE 2021 EOOD (Cyrillic: ИНТЕР ТРЕЙД 2021), Rikkardo Vakkarini 10A, VH. 2, AP. Atelie 3, 1404, Sofia, Bulgaria; Organization

Established Date 27 Mar 2017; V.A.T. Number BG204517463 (Bulgaria); Business Registration Number 204517463 (Bulgaria) [GLOMAG] (Linked To: MALINOV, Nikolay Simeonov).

INTERALIMENT OFFSHORE COMPANY (a.k.a. INTER ALIMENT SAL OFF-SHORE), Verdun 732 Center 3377/74 Mousseitbeh, Dar El-Fatwa Sector, Rachid Karame Sreet, Beirut, Lebanon; Verdun - Center, 730, Section 74 of the property 3377, Area Msaytbeh Real Estate - the fifth floor, Beirut, Lebanon; 732 Center, 5th Floor, Verdun Street, Beirut, Lebanon; D-U-N-S Number 557757412; Phone Number 9611797101; Registration ID 1239305; Commercial Registry Number 1801267 (Lebanon) [SDGT] (Linked To: ASSI, Saleh).

INTERCAD COMPANY LIMITED (a.k.a. LIMITED LIABILITY COMPANY INTERKAD), Pr-Kt Yuriya Gagarina D. 2, Lit. A, Pomeshch. 13-N Pom.28,29, Saint Petersburg 196105, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7813176194 (Russia); Registration Number 1027806880551 (Russia) [RUSSIA-EO14024].

INTERCONSULT, Panama [CUBA].

INTERCONTINENTAL (a.k.a. INTERCONTINENTAL DE AVIACION S.A.; a.k.a. "INTER"), Avenida El Dorado Entrada 2 Int. 6, Bogota, Colombia; NIT # 860009526-3 (Colombia) [SDNT].

INTERCONTINENTAL BAUMASCHINEN (a.k.a. INTERCONTINENTAL BAUMASCHINEN UND NUTZFAHRZEUGE HANDELS GMBH), Noerdliche Auffahrtsallee 13, 80638, Muenchen, Bayern, Germany; Klugstrasse 71, 80637, Munich, Germany; Business Registration Document # HRB147158 [SDNTK].

INTERCONTINENTAL BAUMASCHINEN UND NUTZFAHRZEUGE HANDELS GMBH (a.k.a. INTERCONTINENTAL BAUMASCHINEN), Noerdliche Auffahrtsallee 13, 80638, Muenchen, Bayern, Germany; Klugstrasse 71, 80637, Munich, Germany; Business Registration Document # HRB147158 [SDNTK].

INTERCONTINENTAL DE AVIACION S.A. (a.k.a. INTERCONTINENTAL; a.k.a. "INTER"), Avenida El Dorado Entrada 2 Int. 6, Bogota, Colombia; NIT # 860009526-3 (Colombia) [SDNT].

INTERCONTINENTAL DE FINANCIACION AEREA  S.A. (a.k.a. INTERFIAR S.A.), Avenida El Dorado Entrada 2 Int. 6, Bogota, Colombia; NIT # 800043810-6 (Colombia) [SDNT].

INTERCORP LEGOCA, S.A. DE C.V., Avenida Fco I Madero 643, Colonia Guadalajara Centro, Guadalajara, Jalisco 44100, Mexico; Folio Mercantil No. 65256 (Mexico) [SDNTK].

INTERFIAR S.A. (a.k.a. INTERCONTINENTAL DE FINANCIACION AEREA  S.A.), Avenida El Dorado Entrada 2 Int. 6, Bogota, Colombia; NIT # 800043810-6 (Colombia) [SDNT].

INTERMODAL MALDIVES, 20264 M. M. Aanooru, 1st Floor, Asaree Hingun, Male, Maldives; Registration Number SP-0663/2022 (Maldives) [RUSSIA-EO14024].

INTERMOST LOGISTICS EAST CO LTD (a.k.a. INTERMOST LOGISTIKA VOSTOK), Pr-Kt Vostochnyi D.3A, Nakhodka 692943, Russia; Tax ID No. 2508079685 (Russia); Registration Number 1072508002566 (Russia) [RUSSIA-EO14024].

INTERMOST LOGISTIKA VOSTOK (a.k.a. INTERMOST LOGISTICS EAST CO LTD), Pr-Kt Vostochnyi D.3A, Nakhodka 692943, Russia; Tax ID No. 2508079685 (Russia); Registration Number 1072508002566 (Russia) [RUSSIA-EO14024].

INTERNAL TROOPS OF THE MINISTRY OF INTERNAL AFFAIRS (Cyrillic: ВНУТРЕННИЕ ВОЙСКА МИНИСТЕРСТВА ВНУТРЕННЫХ ДЕЛ) (a.k.a. INTERNAL TROOPS OF THE MINISTRY OF INTERNAL AFFAIRS OF THE REPUBLIC OF BELARUS), 4 Gorodskoi Val, Minsk 220030, Belarus (Cyrillic: ул. Городской Вал, 4, Минск 220030, Belarus); Target Type Government Entity [BELARUS].

INTERNAL TROOPS OF THE MINISTRY OF INTERNAL AFFAIRS OF THE REPUBLIC OF BELARUS (a.k.a. INTERNAL TROOPS OF THE MINISTRY OF INTERNAL AFFAIRS (Cyrillic: ВНУТРЕННИЕ ВОЙСКА МИНИСТЕРСТВА ВНУТРЕННЫХ ДЕЛ)), 4 Gorodskoi Val, Minsk 220030, Belarus (Cyrillic: ул. Городской Вал, 4, Минск 220030, Belarus); Target Type Government Entity [BELARUS].

INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT RBK (a.k.a. ANO INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT (Cyrillic: АНО МЕЖДУНАРОДНОЕ АГЕНТСТВО СУВЕРЕННОГО РАЗВИТИЯ); a.k.a. AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL

COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT (Cyrillic: АВТОНОМНАЯ НЕКОММЕРЧЕСКАЯ ОРГАНИЗАЦИЯ ПО ИЗУЧЕНИЮ И РАЗВИТИЮ МЕЖДУНАРОДНОГО СОТРУДНИЧЕСТВА В ЭКОНОМИЧЕСКОЙ СФЕРЕ МЕЖДУНАРОДНОЕ АГЕНТСТВО СУВЕРЕННОГО РАЗВИТИЯ)), Prospekt Mira, dom 19, stroeniye 1, E/Pom/K/Of 1/I/6/17U, Moscow 129090, Russia; Organization Established Date 14 May 2020; Tax ID No. 9702016897 (Russia); Registration Number 120770165727 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Konstantin).

INTERNATIONAL AIRLINE CONSULTING (a.k.a. I A C INTERNATIONAL INC.; a.k.a. IAC INTERNATIONAL INC.), Miami, FL, United States; US FEIN 65-0842701; Business Registration Document # P9800004558 (United States) [SDNTK].

INTERNATIONAL AL QUDS INSTITUTE (a.k.a. AL QUDS INSTITUTE; a.k.a. AL QUDS INTERNATIONAL INSTITUTION; a.k.a. AL-QUDS FOUNDATION; a.k.a. AL-QUDS INTERNATIONAL FOUNDATION; a.k.a. INTERNATIONAL JERUSALEM FOUNDATION; a.k.a. JERUSALEM INTERNATIONAL ESTABLISHMENT; a.k.a. JERUSALEM INTERNATIONAL FOUNDATION; a.k.a. MU'ASSASAT AL-QUDS; a.k.a. THE INTERNATIONAL AL QUDS FOUNDATION; a.k.a. "IJF"), Hamra Street, Saroulla Building, 11th Floor; P.O. Box Beirut-Hamra 113/5647, Beirut, Lebanon; Website www.alquds-online.org; Email Address institution@alquds-online.org; alt. Email Address alquds_institution@yahoo.com; alt. Email Address info@alquds-city.com [SDGT].

INTERNATIONAL ANTICRISIS CENTER (Cyrillic: МЕЖДУНАРОДНЫЙ АНТИКРИЗИСНЫЙ ЦЕНТР), Russia; Website anticrisis.cc; Email Address info@anticrisis.cc; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

INTERNATIONAL BATTALION (a.k.a. ISLAMIC PEACEKEEPING INTERNATIONAL BRIGADE; a.k.a. PEACEKEEPING BATTALION; a.k.a. THE INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC PEACEKEEPING ARMY; a.k.a.

THE ISLAMIC PEACEKEEPING BRIGADE) [SDGT].

INTERNATIONAL CENTER FOR QUANTUM OPTICS AND QUANTUM TECHNOLOGIES LIMITED LIABILITY COMPANY (a.k.a. OOO MTSKT; a.k.a. RUSSIAN QUANTUM CENTER; a.k.a. "RQC"), 30 Bld., 1 Bolshoy Blvd, Skolkovo Innovation Center, Moscow 121205, Russia; 100 Novaya Street, Skolkovo Village, Odintsovo, Moscow Region 143026, Russia; Tax ID No. 7743801910 (Russia); Registration Number 1107746994365 (Russia) [RUSSIA-EO14024].

INTERNATIONAL CHEMICAL JOINT VENTURE CORPORATION (a.k.a. CHOSON INTERNATIONAL CHEMICALS JOINT OPERATION COMPANY; a.k.a. CHOSUN INTERNATIONAL CHEMICALS JOINT OPERATION COMPANY; a.k.a. KOREA INTERNATIONAL CHEMICAL JOINT VENTURE COMPANY), Hamhung, South Hamgyong Province, Korea, North; Man gyongdae-kuyok, Pyongyang, Korea, North; Mangyungdae-gu, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

INTERNATIONAL COBALT CO. INC., Saskatchewan, AB, Canada [CUBA].

INTERNATIONAL COMPANY FOR INDUSTRIAL AND COMMERCIAL TECHNOLOGY (a.k.a. INTERNATIONAL TRADE AND INDUSTRIAL TECHNOLOGY ITRITEC GMBH; a.k.a. INTERNATIONAL TRADE AND TECHNOLOGY ITRITEC GMBH; a.k.a. "ITRITEC"; a.k.a. "ITRITEC COMPANY"), Tersteegenstr. 8, Dusseldorf 40474, Germany; St. Martin Tower, Floor 15, Franklinstrasse, 61-63, Frankfurt am Main 60486, Germany; Website www.itritec.com; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number DE261651351 (Germany); Tax ID No. 04523635052 (Germany); Registration Number HRB 84582 (Germany); alt. Registration Number HRB 59494 (Germany); alt. Registration Number 60313B84582 (Germany) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

INTERNATIONAL COMPANY JOINT STOCK COMPANY HIGHLAND GOLD, Building 8, Floor 2, Office 209, Melkovodniy, Russky

Island, Primorskiy Krai 690922, Russia; Tax ID No. 2540277272 (Russia); Registration Number 1232500014405 (Russia) [RUSSIA-EO14024].

INTERNATIONAL COMPANY LIMITED LIABILITY COMPANY ASTECLING (Cyrillic: МЕЖДУНАРОДНАЯ КОМПАНИЯ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АСТЕКЛИНГ) (a.k.a. IC LLC ASTEKLING), Office 209, Floor 2, Building 8, Melkovodniy, Russky Island, Primorskiy Krai 690922, Russia; Tax ID No. 2540276952 (Russia); Registration Number 123500012910 (Russia) [RUSSIA-EO14024].

INTERNATIONAL COMPANY LIMITED LIABILITY COMPANY KHORVIK (Cyrillic: МЕЖДУНАРОДНАЯ КОМПАНИЯ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОРВИК) (a.k.a. IC HORVIK LLC), 8 Melkovodny Lane, Floor 2, Suite 209, Russian Island, Primorskiy Region 690922, Russia; Tax ID No. 2540270365 (Russia); Registration Number 1222500017574 (Russia) [RUSSIA-EO14024].

INTERNATIONAL COMPANY LIMTED LIABILITY COMPANY LEDAMEN (Cyrillic: МЕЖДУНАРОДНАЯ КОМПАНИЯ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛЕДАМЕН), 25 Solnechniy Boulevard, Suite B/70, Kaliningrad, Russia; Tax ID No. 3906391775 (Russia); Registration Number 1203900006310 (Russia) [RUSSIA-EO14024].

INTERNATIONAL DIAMOND INDUSTRIES (a.k.a. "IDI"), Kinshasa, Congo, Democratic Republic of the [GLOMAG] (Linked To: GERTLER, Dan).

INTERNATIONAL DIGITAL TECHNOLOGY CENTRE LIMITED LIABILITY COMPANY (Cyrillic: ЦЕНТРМЕЖДУНАРОДНЫХ ЦИФРОВЫХ ТЕХНОЛОГИЙ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ) (a.k.a. "CMCT LLC"), d. 28 etazh 13 kom. 40, shosse Rublevskoe, Moscow 121609, Russia; Organization Established Date 02 Nov 2020; Organization Type: Activities of holding companies; Tax ID No. 9731072060 (Russia); Government Gazette Number 46260686 (Russia); Registration Number 1207700411137 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY USM TELECOM).

INTERNATIONAL EXPERTISE GROUP (a.k.a. INTERNATIONAL EXPERTISE GROUP LIMITED; a.k.a. INTERNATIONAL EXPERTISE GROUP LTD.), East Shahid Atefi Street 35,

Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

INTERNATIONAL EXPERTISE GROUP LIMITED (a.k.a. INTERNATIONAL EXPERTISE GROUP; a.k.a. INTERNATIONAL EXPERTISE GROUP LTD.), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

INTERNATIONAL EXPERTISE GROUP LTD. (a.k.a. INTERNATIONAL EXPERTISE GROUP; a.k.a. INTERNATIONAL EXPERTISE GROUP LIMITED), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

INTERNATIONAL FINANCIAL CORPORATION EMAXON INC. (a.k.a. EMAXON FINANCE INTERNATIONAL INC.), 8356 Rue Labarre, Montreal, Quebec H4P2E7, Canada; Business Number 1160199932 (Canada) [GLOMAG] (Linked To: GERTLER, Dan).

INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [FTO] [SDGT].

INTERNATIONAL GATEWAYS GROUP OF COMPANY LIMITED, Pyay Road No. 3X, Highland Avenue 6 Ward, 7 Mile, Mayangone Township, Yangon Region, Burma; Organization Type: Activities of holding companies; Target Type Private Company; Registration Number 182733636 (Burma) issued 29 Jun 2011 [BURMA-EO14014] (Linked To: AUNG, Naing Htut).

INTERNATIONAL GENERAL RESOURCING FZE, E.O.C. E2145, Ajman, United Arab Emirates; Additional Sanctions Information -

Subject to Secondary Sanctions [NPWMD] [IFSR].

INTERNATIONAL HELICOPTERS PROGRAMS LIMITED LIABILITY COMPANY (a.k.a. MEZHDUNARODNYE VERTOLETNYE PROGRAMMY OOO), Ul. Garshina D. 26/3, Lyubertsy, Tomilino 140070, Russia; Organization Established Date 29 Jun 2009; Tax ID No. 5027150429 (Russia); Registration Number 1095027007008 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

INTERNATIONAL INDUSTRIAL DEVELOPMENT BANK, Jongpyong-Dong, Pyong Chon District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

INTERNATIONAL INVESTMENT BANK (a.k.a. MEZHDUNARODNY INVESTITSIONNY BANK, a.k.a. "IIB"), Vaci ut, 188, Budapest H-1138, Hungary; Fo utca 1, Budapest H-1011, Hungary; 7 Mashi Poryvaevoy Street, Moscow 107078, Russia; SWIFT/BIC IIBMHU22; Website www.iib.int; Organization Established Date 10 Jul 1970; Target Type Financial Institution; Tax ID No. 30479900-1-51 (Hungary); alt. Tax ID No. 9909152110 (Russia); Legal Entity Number 2534000PHLD27VN98Y03 [RUSSIA-EO14024].

INTERNATIONAL INVESTMENT DEVELOPMENT HOLDING A.S. (f.k.a. "R.E.N.T.A.L A.S."), Bratislava, Slovakia; Tax ID No. 2022037809 (Slovakia); Registration Number 35875551 (Slovakia) [GLOMAG] (Linked To: KOCNER, Marian).

INTERNATIONAL INVESTMENT HOTELS HOLDINGS A.S. (a.k.a. RENTA A.S.), Bratislava, Slovakia; Tax ID No. 2021969268 (Slovakia); Registration Number 35873990 (Slovakia) [GLOMAG] (Linked To: KOCNER, Marian).

INTERNATIONAL INVESTMENTS HOLDING S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 27387 (Mexico) [SDNTK].

INTERNATIONAL JERUSALEM FOUNDATION (a.k.a. AL QUDS INSTITUTE; a.k.a. AL QUDS INTERNATIONAL INSTITUTION; a.k.a. AL-QUDS FOUNDATION; a.k.a. AL-QUDS INTERNATIONAL FOUNDATION; a.k.a. INTERNATIONAL AL QUDS INSTITUTE; a.k.a. JERUSALEM INTERNATIONAL

ESTABLISHMENT; a.k.a. JERUSALEM INTERNATIONAL FOUNDATION; a.k.a. MU'ASSASAT AL-QUDS; a.k.a. THE INTERNATIONAL AL QUDS FOUNDATION; a.k.a. "IJF"), Hamra Street, Saroulla Building, 11th Floor; P.O. Box Beirut-Hamra 113/5647, Beirut, Lebanon; Website www.alquds-online.org; Email Address institution@alquds-online.org; alt. Email Address alquds_institution@yahoo.com; alt. Email Address info@alquds-city.com [SDGT].

INTERNATIONAL LIMITED LIABILITY COMPANY INTERROS CAPITAL, Building 8, Apt. 210/2, Melkovodny Village, Russky Island, Vladivostok, Primorsky Krai 690922, Russia; Tax ID No. 2540265679 (Russia); Business Registration Number 1212500029598 (Russia) [RUSSIA-EO14024] (Linked To: WHITELEAVE HOLDINGS LIMITED).

INTERNATIONAL LIMITED LIABILITY COMPANY INTERROS INVEST (Cyrillic: МЕЖДУНАРОДНАЯ КОМПАНИЯ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРРОС ИНВЕСТ) (f.k.a. INTERROS LIMITED; a.k.a. MK INTERROS INVEST; f.k.a. OLDERFREY HOLDINGS LIMITED), Building 8, Office 201/2, Melkovodny Village, Russky Island, Primorsky Krai 690922, Russia; Organization Established Date 13 Jan 2023; Tax ID No. 2540273856 (Russia); Registration Number 1232500000325 (Russia) [RUSSIA-EO14024] (Linked To: POTANIN, Vladimir Olegovich).

INTERNATIONAL LIMITED LIABILITY COMPANY RUSSIAN COPPER COMPANY LIMITED (Cyrillic: МЕЖДУНАРОДНАЯ КОМПАНИЯ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАШН КОППЕР КОМПАНИ ЛИМИТЕД), Building 8, Office 205, Melkovodny Settlement, Russky Island, Primorski Krai 690922, Russia; Tax ID No. 2540276825 (Russia); Registration Number 1232500012645 (Russia) [RUSSIA-EO14024].

INTERNATIONAL LIMITED LIABILITY COMPANY TMK STEEL HOLDING (Cyrillic: МЕЖДУНАРОДНАЯ КОМПАНИЯ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК СТИЛ ХОЛДИНГ), Building 8, Suite 116, Melkovodniy Village, Russkiy Island 690922, Russia; Tax ID No. 2540277730 (Russia); Registration Number 1232500016374 (Russia) [RUSSIA-EO14024].

INTERNATIONAL PACIFIC TRADING, INC., Miami, FL, United States; US FEIN 65-0315268;

Business Registration Document # V16155 (United States) [SDNTK].

INTERNATIONAL PIPELINE CONSTRUCTION FZE, Fujairah, United Arab Emirates [SYRIA] (Linked To: HESCO ENGINEERING & CONSTRUCTION CO).

INTERNATIONAL REALTY & MAINTENANCE, S.A. DE C.V. (a.k.a. INTERNATIONAL REALTY AND MAINTENANCE, S.A. DE C.V.), Puerto Vallarta, Jalisco, Mexico; Organization Established Date 15 Oct 2016; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. N-2016030303 (Mexico) [ILLICIT-DRUGS-EO14059].

INTERNATIONAL REALTY AND MAINTENANCE, S.A. DE C.V. (a.k.a. INTERNATIONAL REALTY & MAINTENANCE, S.A. DE C.V.), Puerto Vallarta, Jalisco, Mexico; Organization Established Date 15 Oct 2016; Organization Type: Real estate activities with own or leased property; Folio Mercantil No. N-2016030303 (Mexico) [ILLICIT-DRUGS-EO14059].

INTERNATIONAL SIKH YOUTH FEDERATION (a.k.a. "ISYF") [SDGT].

INTERNATIONAL TANKER LIMITED (a.k.a. "INTERNATIONAL TANKER LTD"), East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

INTERNATIONAL TRADE AND INDUSTRIAL TECHNOLOGY ITRITEC GMBH (a.k.a. INTERNATIONAL COMPANY FOR INDUSTRIAL AND COMMERCIAL TECHNOLOGY; a.k.a. INTERNATIONAL TRADE AND TECHNOLOGY ITRITEC GMBH; a.k.a. "ITRITEC"; a.k.a. "ITRITEC COMPANY"), Tersteegenstr. 8, Dusseldorf 40474, Germany; St. Martin Tower, Floor 15, Franklinstrasse, 61-63, Frankfurt am Main 60486, Germany; Website www.itritec.com; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number DE261651351 (Germany); Tax ID No. 04523635052 (Germany); Registration Number HRB 84582 (Germany); alt. Registration Number HRB 59494 (Germany); alt. Registration Number 60313B84582 (Germany) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

INTERNATIONAL TRADE AND TECHNOLOGY ITRITEC GMBH (a.k.a. INTERNATIONAL COMPANY FOR INDUSTRIAL AND

COMMERCIAL TECHNOLOGY; a.k.a. INTERNATIONAL TRADE AND INDUSTRIAL TECHNOLOGY ITRITEC GMBH; a.k.a. "ITRITEC"; a.k.a. "ITRITEC COMPANY"), Tersteegenstr. 8, Dusseldorf 40474, Germany; St. Martin Tower, Floor 15, Franklinstrasse, 61-63, Frankfurt am Main 60486, Germany; Website www.itritec.com; Additional Sanctions Information - Subject to Secondary Sanctions; V.A.T. Number DE261651351 (Germany); Tax ID No. 04523635052 (Germany); Registration Number HRB 84582 (Germany); alt. Registration Number HRB 59494 (Germany); alt. Registration Number 60313B84582 (Germany) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

INTERNATIONAL UNION OF VIRTUAL MEDIA (a.k.a. IUVM), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [ELECTION-EO13848] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

INTERNET RESEARCH AGENCY LLC (a.k.a. AZIMUT LLC; a.k.a. GLAVSET LLC; a.k.a. GLAVSET, OOO; a.k.a. LAKHTA INTERNET RESEARCH; a.k.a. MEDIASINTEZ LLC; a.k.a. MEDIASINTEZ, OOO; a.k.a. MIXINFO LLC; a.k.a. NOVINFO LLC; a.k.a. NOVINFO, OOO), 55 Savushkina Street, St. Petersburg, Russia; d. 4 korp. 3 litera A pom. 9-N, ofis 238, ul. Optikov, St. Petersburg, Russia; d. 4 litera B pom. 22-N, ul. Starobelskaya, St. Petersburg, Russia; d. 79 litera A pom 1-N, ul. Planernaya, St. Petersburg, Russia; 4 Optikov Street, Building 3, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [ELECTION-EO13848].

INTERNEWS 98 OOD, 126, Tsar Boris III Str./blvd., R-N Krasno Selo Distr, Sofia, Stolichna 1612, Bulgaria; Organization Established Date 1998; V.A.T. Number BG 121584837 (Bulgaria) [GLOMAG] (Linked To: NOVE INTERNAL EOOD).

INTERPAL (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND

DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London NW6 1RW, United Kingdom; Registered Charity No. 1040094 [SDGT].

INTERPOLITREID OOO (a.k.a. INTERPOLYTRADE LIMITED COMPANY), ul. Sedova d. 37, lit. A, pom. 184-N Office 601, chast 2, Saint Petersburg, Russia; Organization Established Date 15 Dec 2012; Tax ID No. 7811539798 (Russia); Registration Number 1129847026297 (Russia) [RUSSIA-EO14024] (Linked To: MUELLER, Markus Gerhard).

INTERPOLYTRADE LIMITED COMPANY (a.k.a. INTERPOLITREID OOO), ul. Sedova d. 37, lit. A, pom. 184-N Office 601, chast 2, Saint Petersburg, Russia; Organization Established Date 15 Dec 2012; Tax ID No. 7811539798 (Russia); Registration Number 1129847026297 (Russia) [RUSSIA-EO14024] (Linked To: MUELLER, Markus Gerhard).

INTERREGIONAL PUBLIC ORGANIZATION FOR THE PROMOTION OF DOMESTIC TRADITIONS AND CULTURAL HERITAGE VECHE (Cyrillic: МЕЖРЕГИОНАЛЬНАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ СОДЕЙСТВИЯ СОХРАНЕНИЮ ОТЕЧЕСТВЕННЫХ ТРАДИЦИЙ И КУЛЬТУРНОГО НАСЛЕДИЯ ВЕЧЕ) (a.k.a. МОО VECHE), 71 Ismailovske Highway, Building 4, Room 6, Office 9, Moscow 105187, Russia; Tax ID No. 7719288461 (Russia); Registration Number 1097799028348 (Russia) [RUSSIA-EO14024].

INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS (Cyrillic: МЕЖРЕГИОНАЛЬНАЯ ОБЩЕСТВЕННАЯ ОРГАНИЗАЦИЯ СОЮЗ ДОБРОВОЛЬЦЕВ ДОНБАССА) (a.k.a. МОО SDD (Cyrillic: МОО СДД); a.k.a. UNION OF DONBAS VOLUNTEERS (Cyrillic: СОЮЗ ДОБРОВОЛЬЦЕВ ДОНБАССА)), ofis 2, str. 1, d. 7, ul. Fadeyeva, Moscow 125047, Russia; ul. Ulofa Palme, d. 1, podyezd C, Moscow, Russia; Tax ID No. 9710001943 (Russia); Registration Number 1157700015065 (Russia) [RUSSIA-EO14024].

INTERROS LIMITED (a.k.a. INTERNATIONAL LIMITED LIABILITY COMPANY INTERROS INVEST (Cyrillic: МЕЖДУНАРОДНАЯ КОМПАНИЯ ОБЩЕСТВО С

ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРРОС ИНВЕСТ); a.k.a. MK INTERROS INVEST; f.k.a. OLDERFREY HOLDINGS LIMITED), Building 8, Office 201/2, Melkovodny Village, Russky Island, Primorsky Krai 690922, Russia; Organization Established Date 13 Jan 2023; Tax ID No. 2540273856 (Russia); Registration Number 1232500000325 (Russia) [RUSSIA-EO14024] (Linked To: POTANIN, Vladimir Olegovich).

INTERSEAS SHIPYARD LTD, East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NATIONAL IRANIAN TANKER COMPANY).

INTERSECTION LLC (Arabic: شركة نقطة تقاطع), Rural Damascus, Syria; Organization Established Date 11 Mar 2018; Organization Type: Construction of buildings [SYRIA] [SYRIA-CAESAR] (Linked To: AL-QATTAN, Wassim Anwar).

INTERSERVIS NOVOPOLOTSKOE LLC (a.k.a. LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSK LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSKOYE OBSHCHESTVO S OGRANICHENNOY OTVESTVENNOSTYU INTERSERVIS (Cyrillic: НОВОПОЛОЦКОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРСЕРВИС); a.k.a. OOO INTERSERVIS (Cyrillic: ООО ИНТЕРСЕРВИС); a.k.a. TAA INTERSERVIS (Cyrillic: ТАА ІНТЭРСЭРВІС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTERSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭРСЭРВІС); a.k.a. "INTERSERVICE"; a.k.a. "LLC INTERSERVICE"), ul. Molodezhnaya, d. 7, kom. 110, Novopolotsk, Vitebsk oblast 211440, Belarus (Cyrillic: ул. Молодежная, д. 7, ком. 110, г. Новополоцк, Витебская область 211440, Belarus); Organization Established Date 13 May 1998; Registration Number 300577484 (Belarus) [BELARUS-EO14038].

INTER-TRANS SP Z OO (a.k.a. INTER-TRANS SPOLKA Z OGRANICZONA ODPOWIEDZIALNOSCIA), Brzeska 97, lok. 211, Siedlce 08-110, Poland; Organization Established Date 10 Nov 2017; V.A.T. Number 8212655098 (Poland); Tax ID No. 368738723 (Poland); Registration Number 0000724475 (Poland) [RUSSIA-EO14024].

INTER-TRANS SPOLKA Z OGRANICZONA ODPOWIEDZIALNOSCIA (a.k.a. INTER-TRANS SP Z OO), Brzeska 97, lok. 211, Siedlce 08-110, Poland; Organization Established Date 10 Nov 2017; V.A.T. Number 8212655098 (Poland); Tax ID No. 368738723 (Poland); Registration Number 0000724475 (Poland) [RUSSIA-EO14024].

INTRA CHEM TRADING GMBH (a.k.a. INTRA-CHEM TRADING CO. (GMBH)), Schottweg 3, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB48416 (Germany); all offices worldwide [IRAN].

INTRA-CHEM TRADING CO. (GMBH) (a.k.a. INTRA CHEM TRADING GMBH), Schottweg 3, Hamburg 22087, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID HRB48416 (Germany); all offices worldwide [IRAN].

INTRACONT TREUHAND AG (f.k.a. STUDHALTER TREUHAND AG; a.k.a. SWISS INTERNATIONAL ADVISORY GROUP AG), Matthofstrand 8, Luzern 6005, Switzerland; Organization Established Date 04 Nov 1986; Organization Type: Accounting, bookkeeping and auditing activities; tax consultancy; Tax ID No. 103755348 (Switzerland); Legal Entity Number 5493005XWZ1Q6ED29G15; Registration Number CH-100.3.006.955-6 (Switzerland) [RUSSIA-EO14024] (Linked To: STUDHALTER, Alexander-Walter).

INTREPID NAVIGATORS S.A., Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH96960, Marshall Islands; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 15 Feb 2022; Business Number 113129 (Marshall Islands) [SDGT] (Linked To: ARTEMOV, Viktor Sergiyovich).

INTRUST EAD (a.k.a. INTRUST PLC EAD), 119 Ekzarh Yosif Str., R-N Oborishte Distr., Sofia 1527, Bulgaria; 79, Ralevitsa Str., Vitosha Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2017; Legal Entity Number 485100GBI2SE0KIX8T70; Registration Number 204589733 (Bulgaria) [GLOMAG] (Linked To: PEEVSKI, Delyan Slavchev).

INTRUST PLC EAD (a.k.a. INTRUST EAD), 119 Ekzarh Yosif Str., R-N Oborishte Distr., Sofia 1527, Bulgaria; 79, Ralevitsa Str., Vitosha Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2017; Legal

Entity Number 485100GBI2SE0KIX8T70; Registration Number 204589733 (Bulgaria) [GLOMAG] (Linked To: PEEVSKI, Delyan Slavchev).

INTTRAFFIC EOOD (a.k.a. INTTRAFIK EOOD), 119 Ekzarh Yosif Str., Oborishte Distr., Sofia 1527, Bulgaria; 102, Balgaria blvd., Vitosha Distr., Apt. 59, Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2018; V.A.T. Number BG 205244843 (Bulgaria) [GLOMAG] (Linked To: INTRUST PLC EAD).

INTTRAFIK EOOD (a.k.a. INTTRAFFIC EOOD), 119 Ekzarh Yosif Str., Oborishte Distr., Sofia 1527, Bulgaria; 102, Balgaria blvd., Vitosha Distr., Apt. 59, Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2018; V.A.T. Number BG 205244843 (Bulgaria) [GLOMAG] (Linked To: INTRUST PLC EAD).

INVENTION BRIDGE SL, Calle Provenca 281 Planta 2 Despacho 9, Barcelona 08037, Spain; Organization Established Date 09 Mar 2016; C.I.F. B66732785 (Spain); Registration Number HB 483203 (Spain) [RUSSIA-EO14024] (Linked To: OOO SERNIYA INZHINIRING).

INVERSIONES ADAG LTDA., Carrera 16 No. 96-64 of. 316, Bogota, Colombia; NIT # 830007842-8 (Colombia) [SDNTK].

INVERSIONES AGROINDUSTRIALES DEL ORIENTE LTDA. (a.k.a. INAGRO LTDA.), Carrera 14 No. 13-56, Granada, Meta, Colombia; NIT # 822000899-6 (Colombia) [SDNTK].

INVERSIONES C.P.C.L. Y CIA. S. EN C.S., Carrera 48 No. 25 B Sur 12, Envigado, Antioquia, Colombia; NIT # 900315175-8 (Colombia) [SDNTK].

INVERSIONES EPOCA S.A., Calle 15 Norte No. 6N-34 ofc. 404, Cali, Colombia; NIT # 805012582-7 (Colombia) [SDNT].

INVERSIONES GANADERAS Y PALMERAS S.A. (a.k.a. GANAPALMAS S.A.), Calle 18 No. 6-31 of. 704, Bogota, Colombia; NIT # 900016274-6 (Colombia) [SDNTK].

INVERSIONES GANAGRO LTDA., Edif. Parque Santander of. 906, Villavicencio, Colombia; NIT # 900078332-0 (Colombia) [SDNTK].

INVERSIONES GILFE S.A., AK 15 No. 93-60, LC 121, Bogota, Colombia; NIT # 8301317025 (Colombia); Matricula Mercantil No 1326707 (Colombia) [SDNTK].

INVERSIONES IRIS MANUELA, S.A. (a.k.a. SERVICENTRO DEL LAGO; a.k.a. SERVIFIESTAS ELEGANCE), Guatemala City, Guatemala; NIT # 2688827-0 (Guatemala) [SDNTK].

INVERSIONES LA PLATA M & M S. EN C.A. (a.k.a. INVERSIONES LA PLATA M Y M), Carrera 18 No. 30 - 65, Manizales, Caldas, Colombia; Transversal 72 No. 16 - 11, Glorieta de Milan, Manizales, Caldas, Colombia; NIT # 900324723-2 (Colombia) [SDNTK].

INVERSIONES LA PLATA M Y M (a.k.a. INVERSIONES LA PLATA M & M S. EN C.A.), Carrera 18 No. 30 - 65, Manizales, Caldas, Colombia; Transversal 72 No. 16 - 11, Glorieta de Milan, Manizales, Caldas, Colombia; NIT # 900324723-2 (Colombia) [SDNTK].

INVERSIONES LA QUINTA Y CIA. LTDA., Diagonal 29 No. 36-10 of. 801, Cali, Colombia; Diagonal 27 No. 27-104, Cali, Colombia; NIT # 800160387-2 (Colombia) [SDNT].

INVERSIONES LAS ACACIAS Y CIA. LTDA., Carrera 17 No. 14-41, Acacias, Meta, Colombia; NIT # 822001081-3 (Colombia) [SDNTK].

INVERSIONES LDT, S.A., Panama; RUC # 40136-117-278301 (Panama) [SDNTK].

INVERSIONES LOS TUNJOS LTDA., Calle 62 No. 9A-82 of. 616, Bogota, Colombia; NIT # 830147501-1 (Colombia) [SDNTK].

INVERSIONES LUISITO, Aldea Espiritu Santo, Municipio de Florida, Departamento de Copan, Honduras [SDNTK].

INVERSIONES MACARNIC PATINO Y CIA S.C.S., Calle 19 No. 9-50, Ofc. 505, Pereira, Risaralda, Colombia; Carrera 8 No. 23-09, Ofc. 903, Pereira, Risaralda, Colombia; NIT # 816005011-4 (Colombia) [SDNTK].

INVERSIONES MALAMAR R, C.A., Av. Intercomunal El Valle, Resid. Radio Caracas, Edif. Canaima, piso 9, Apto. 905, El Valle, Caracas, Venezuela; RIF # J-31267002-9 (Venezuela) [SDNTK].

INVERSIONES MINERAS H.D. EMPRESA UNIPERSONAL, Calle 16 No. 15-09, Caucasia, Antioquia, Colombia; Carrera 2A No. 19-15, Caucasia, Antioquia, Colombia; NIT # 811008231-3 (Colombia) [SDNTK].

INVERSIONES PMA 243, C.A., Calle Argentina, entre 3a y 4a Avenida, Casa No 86, Catia, Caracas, Venezuela; RIF # J-30835786-3 (Venezuela) [SDNTK].

INVERSIONES RODIME S.A., Panama; Folio Mercantil No. 364300 (Panama) [VENEZUELA-EO13850].

INVERSIONES TALADRO LTDA. (a.k.a. KUARZO DISCOTECA), Calle 1 K. 48 Anillo Vial, Villavicencio, Colombia; NIT # 900063810-4 (Colombia) [SDNTK].

INVERSIONES TURISTICAS JOYA GRANDE, S.A. DE C.V. (a.k.a. JOYA GRANDE; a.k.a.

JOYA GRANDE ZOOLOGICO Y ECOPARQUE; a.k.a. ZOO JOYA GRANDE; a.k.a. ZOOLOGICO JOYA GRANDE; a.k.a. ZOOLOGICO Y ECO-PARQUE JOYA GRANDE), Colonia Moderna, San Pedro Sula, Cortes, Honduras; Km. 9 despues de Santa Cruz de Yojoa, San Pedro Sula, Cortes, Honduras; RTN 08019011356332 (Honduras) [SDNTK].

INVERSIONES VALLE, Aldea Espiritu Santo, Municipio de Florida, Departamento de Copan, Honduras [SDNTK].

INVERSIONES Y COMERCIALIZADORA INCOM LTDA. (f.k.a. CONSTRUCTORA HENA LTDA.), Calle 12 No. 4-63, Cali, Colombia; NIT # 890329658-9 (Colombia) [SDNT].

INVERSIONES Y REPRESENTACIONES S.A. (a.k.a. IRSA S.A.), Carrera 43A No. 16A Sur - 38, Barrio El Poblado, Medellin, Colombia; NIT # 811040270-5 (Colombia) [SDNT].

INVERSIONES YOSARY, Honduras; Aldea Espiritu Santo, Municipio de Florida, Departamento de Copan, Honduras [SDNTK].

INVERSIONES ZANZIBAR (a.k.a. INVERSIONES ZANZIBAR SOCIEDAD ANONIMA), De la Estatua Montoya 2 Cuadras Arriba 1/2 Cuadras al Sur, Managua, Nicaragua; RUC # J0310000146314 (Nicaragua) [NICARAGUA].

INVERSIONES ZANZIBAR SOCIEDAD ANONIMA (a.k.a. INVERSIONES ZANZIBAR), De la Estatua Montoya 2 Cuadras Arriba 1/2 Cuadras al Sur, Managua, Nicaragua; RUC # J0310000146314 (Nicaragua) [NICARAGUA].

INVERSORA PANACOL S.A., Panama City, Panama; RUC # 720126-1-472906 (Panama) [SDNTK].

INVESTACAST PRECISION CASTINGS, LTD., 112 City Road, London, United Kingdom [IRAQ2].

INVESTCAPITALBANK (a.k.a. INVESTKAPITALBANK; a.k.a. OJSC INVESTCAPITALBANK; a.k.a. OPEN JOINT STOCK COMPANY INVESTCAPITALBANK), 100/1, Dostoevskogo Street, Ufa, Bashkortostan Republic 450077, Russia; SWIFT/BIC INAKRU41; Website http://www.investcapitalbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; License 2377 [UKRAINE-EO13661].

INVESTIGATIVE COMMITTEE OF BELARUS (a.k.a. BELARUSIAN INVESTIGATIVE COMMITTEE; a.k.a. INVESTIGATIVE COMMITTEE OF THE REPUBLIC OF

BELARUS (Cyrillic: СЛЕДСТВЕННЫЙ КОМИТЕТ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. SLEDSTVENNIY KOMITET RESPUBLIKI BELARUS), Frunze St., bldg. 19, Minsk 220034, Belarus; Organization Established Date 12 Sep 2011; Target Type Government Entity [BELARUS-EO14038].

INVESTIGATIVE COMMITTEE OF THE REPUBLIC OF BELARUS (Cyrillic: СЛЕДСТВЕННЫЙ КОМИТЕТ РЕСПУБЛИКИ БЕЛАРУСЬ) (a.k.a. BELARUSIAN INVESTIGATIVE COMMITTEE; a.k.a. INVESTIGATIVE COMMITTEE OF BELARUS; a.k.a. SLEDSTVENNIY KOMITET RESPUBLIKI BELARUS), Frunze St., bldg. 19, Minsk 220034, Belarus; Organization Established Date 12 Sep 2011; Target Type Government Entity [BELARUS-EO14038].

INVESTITSIONNAYA GRUPPA PARTNERY OOO, ul. Selskokhozyaistvennaya d. 26, str. 6, pomeshch. II, kab. 20, Moscow 129226, Russia; Organization Established Date 06 Apr 2017; Tax ID No. 7703425497 (Russia); Registration Number 1177746351276 (Russia) [RUSSIA-EO14024] (Linked To: VINER, Natan Adadievich).

INVESTITSIONNAYA KOMPANIYA A1 OOO (a.k.a. LIMITED LIABILITY COMPANY INVESTMENT COMPANY A1; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNAYA KOMPANIYA A1), d. 12 str. 1 ofis 415, ul. 3-Ya Magistralnaya, Moscow, Moscow 123007, Russia; Organization Established Date 22 Sep 2004; Tax ID No. 7709567988 (Russia); Registration Number 1047796703074 (Russia) [RUSSIA-EO14024].

INVESTITSIONNAYA KOMPANIYA MMK-FINANS (a.k.a. IK MMK-FINANS; a.k.a. LIMITED LIABILITY COMPANY INVESTMENT COMPANY MMK-FINANS; a.k.a. LLC IK MMK-FINANS (Cyrillic: ООО ИК ММК-ФИНАНС); a.k.a. MMK-FINANS OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNAYA KOMPANIYA MMK-FINANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТИЦИОННАЯ КОМПАНИЯ ММК-ФИНАНС); f.k.a. RASCHETNO-FONDOVY TSENTR, ZAKRYTOE AKTSIONERNOE OBSHCHESTVO INVESTITSIONNAYA KOMPANIYA), 70, ul. Kirova Magnitogorsk, Chelyabinskaya Obl. 455019, Russia; Organization Established Date 08 May 1996;

Tax ID No. 7446045354 (Russia); Government Gazette Number 34565086 (Russia); Registration Number 1057421016047 (Russia) [RUSSIA-EO14024] (Linked To: PUBLICHNOE AKTSIONERNOE OBSHCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT).

INVESTISSIONNAYA KOMPANIYA SEPTEM (a.k.a. SEPTEM CAPITAL LIMITED LIABILITY COMPANY; a.k.a. SEPTEM CAPITAL LLC), Ul. Odesskaya D. 2, Pom. 6, Moscow 117638, Russia; Website septemcapital.ru; Tax ID No. 7703809863 (Russia); Registration Number 1147746436749 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

INVESTITSIONNO PROMYSHLENNAYA GRUPPA GIDRAVLICHESKIE MASHINY I SISTEMY OOO (a.k.a. AKTSIONERNOE OBSHCHESTVO GRUPPA GMS; f.k.a. GRUPPA GMS OAO; a.k.a. HMS GROUP JSC; a.k.a. JOINT STOCK COMPANY HMS GROUP), Ul. Chayanova D. 7, Moscow 125047, Russia; Organization Established Date 02 Mar 2004; Registration ID 5087746036483 (Russia); Tax ID No. 7708678325 (Russia); Government Gazette Number 72718329 (Russia) [RUSSIA-EO14024].

INVESTITSIONNY RESPUBLIKANSKI BANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU (a.k.a. INRESBANK LTD; a.k.a. INRESBANK OOO; a.k.a. INVESTMENT REPUBLIC BANK LLC; f.k.a. OOO KBK BANK), Ulitsa Bolshaya Semenovskaya, D. 32, Str. 1, Moscow 107023, Russia; SWIFT/BIC INKKRUM1; alt. SWIFT/BIC IREPRUMM; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: SMP BANK).

INVESTKAPITALBANK (a.k.a. INVESTCAPITALBANK; a.k.a. OJSC INVESTCAPITALBANK; a.k.a. OPEN JOINT STOCK COMPANY INVESTCAPITALBANK), 100/1, Dostoevskogo Street, Ufa, Bashkortostan Republic 450077, Russia; SWIFT/BIC INAKRU41; Website http://www.investcapitalbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; License 2377 [UKRAINE-EO13661].

INVESTMENT BANK VESTA LIMITED LIABILITY COMPANY (a.k.a. BLANC BANK LIMITED LIABILITY COMPANY; a.k.a. BLANC BANK LLC), d. 9 str. 1, shosse Varshavskoe,

Moscow 117105, Russia; SWIFT/BIC VSTARUMM; Target Type Financial Institution; Tax ID No. 6027006032 (Russia); Identification Number ABTHPP.00007.ME.643 (Russia); Legal Entity Number 253400CW8F4L53HWU734; Registration Number 1026000001796 (Russia) [RUSSIA-EO14024].

INVESTMENT REPUBLIC BANK LLC (a.k.a. INRESBANK LTD; a.k.a. INRESBANK OOO; a.k.a. INVESTITSIONNY RESPUBLIKANSKI BANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; f.k.a. OOO KBK BANK), Ulitsa Bolshaya Semenovskaya, D. 32, Str. 1, Moscow 107023, Russia; SWIFT/BIC INKKRUM1; alt. SWIFT/BIC IREPRUMM; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: SMP BANK).

INVESTTRADEBANK JSC (Cyrillic: ИНВЕСТТОРГБАНК АО) (a.k.a. JOINT STOCK COMMERCIAL BANK INVESTMENT TRADE BANK; a.k.a. JOINT STOCK COMPANY INVESTTRADEBANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ИНВЕСТТОРГБАНК); f.k.a. OJSC INVESTTRADEBANK; f.k.a. PJSC INVESTTRADEBANK; a.k.a. PUBLIC JOINT STOCK COMPANY INVESTTRADEBANK), 45 Dubininskaya Str, Moscow 115054, Russia (Cyrillic: УЛ. ДУБИНИНСКАЯ, Д.45, ГОРОД МОСКВА 115054, Russia); SWIFT/BIC JSCVRUM2; Website itb.ru; Organization Established Date 1994; Target Type Financial Institution; Tax ID No. 7717002773 (Russia); Registration Number 1027739543182 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK).

INZHENERNAYA FIRMA AB UNIVERSAL (a.k.a. LIMITED LIABILITY COMPANY ENGINEERING FIRM AB UNIVERSAL), Pr-D Kashirskii D.13, Moscow 115201, Russia; Tax ID No. 5027000367 (Russia); Registration Number 1035010950974 (Russia) [RUSSIA-EO14024].

INZHENERNO TEKHNOLOGICHESKII CENTER ATM OOO (a.k.a. ETC ATM LIMITED; a.k.a. LIMITED LIABILITY COMPANY INZHENERNO TEKHNOLOGICHESKI TSENTR ATM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНЖЕНЕРНО ТЕХНОЛОГИЧЕСКИЙ ЦЕНТР АТМ); a.k.a. LLC ITTS ATM (Cyrillic: ООО ИТЦ АТМ)), ofis 310 vladenie 5A str. 1, shosse Volkovskoe,

Mytishchi 141006, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7810504175 (Russia); Registration Number 1089847039590 (Russia) [RUSSIA-EO14024].

INZHINIRINGOVYE RESHENIYA OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INZHINIRINGOVYE RESHENIYA; a.k.a. OOO INZHINIRINGOVYE RESHENIIA), PR-KT Khasana Tufana D. 22/9, KV. 163, Naberezhnyye Chelny, Republic of Tatarstan 423823, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 19 Aug 2016; Tax ID No. 1650335670 (Russia); Registration Number 1161690140072 (Russia) [RUSSIA-EO14024].

INZINJERING-BN BIJELJINA D.O.O. (a.k.a. DRUSTVO SA OGRANICENOM ODGOVORNOSCU INZINJERING-BN BIJELJINA; a.k.a. INZINJERING-BN BIJELJINA LIMITED LIABILITY COMPANY), Dusana Baranina 1A, 76300, Bijeljina, Bosnia and Herzegovina; Organization Established Date 12 Sep 2017; Tax ID No. 4404222340002 (Bosnia and Herzegovina); Registration Number 59-01-0064-17 (Bosnia and Herzegovina) [RUSSIA-EO14024].

INZINJERING-BN BIJELJINA LIMITED LIABILITY COMPANY (a.k.a. DRUSTVO SA OGRANICENOM ODGOVORNOSCU INZINJERING-BN BIJELJINA; a.k.a. INZINJERING-BN BIJELJINA D.O.O.), Dusana Baranina 1A, 76300, Bijeljina, Bosnia and Herzegovina; Organization Established Date 12 Sep 2017; Tax ID No. 4404222340002 (Bosnia and Herzegovina); Registration Number 59-01-0064-17 (Bosnia and Herzegovina) [RUSSIA-EO14024].

INZUNZA INZUNZA, Gonzalo (a.k.a. ARAUJO INZUNZA, Gonzalo; a.k.a. LEON ANDRADE, Bernabe; a.k.a. "MACHO PRIETO"), Sonora, Mexico; Mexicali, Baja California, Mexico; DOB 17 Aug 1971; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 040016733

(Mexico); C.U.R.P. IUIG710817HSLNNN08 (Mexico) (individual) [SDNTK].

INZUNZA NORIEGA, Pedro, Mexico; DOB 24 Nov 1962; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. IUNP621124HSLNRD01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

INZUNZA ZAZUETA, Erik Tadeo (a.k.a. ALVAREZ INZUNZA, Juan Manuel; a.k.a. OSUNA GODOY, Rolando; a.k.a. SALAS ROJO, Juan Manuel; a.k.a. TAMAYO IBARRA, Juan Manuel; a.k.a. "REY MIDAS"), 1538 Calle Turmalina Dos, Colonia Stase, Culiacan, Sinaloa, Mexico; DOB 08 Aug 1981; POB Culiacan, Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. AAIJ810808HSLLNN01 (Mexico); RFC AAIJ810808SX4 (Mexico) (individual) [SDNTK] (Linked To: OPERADORA EFICAZ PEGASO; Linked To: NUEVA ATUNERA TRITON S.A. DE C.V.).

IOC UK LTD (a.k.a. IRANIAN OIL COMPANY (U.K.) LIMITED), Riverside House, Riverside Drive, Aberdeen AB11 7LH, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 01019769 (United Kingdom); all offices worldwide [IRAN].

IOFFE INSTITUTE (a.k.a. FEDERAL STATE FINANCED INSTITUTION OF SCIENCE PHYSICS AND TECHNOLOGY INSTITUTE NAMED AFTER A. F. IOFFE OF THE RUSSIAN FEDERATION ACADEMY OF SCIENCES), 26 Politekhnicheskaya Str., Saint Petersburg 194021, Russia; Organization Established Date 26 Apr 1999; Tax ID No. 7802072267 (Russia); Registration Number 1037804006998 (Russia) [RUSSIA-EO14024].

IOFFE, Eduard (a.k.a. IOFFE, Eduard A); DOB 07 Jun 1970; nationality Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 713023636 (Russia) expires 20 Jan 2021; Deputy General Director for Commercial Affairs at Kalashnikov Concern and Izhevsky Mekhanichesky Zavod JSC (individual) [UKRAINE-EO13661] (Linked To: JOINT STOCK COMPANY CONCERN KALASHNIKOV; Linked To: IZHEVSKY MEKHANICHESKY ZAVOD JSC).

IOFFE, Eduard A (a.k.a. IOFFE, Eduard); DOB 07 Jun 1970; nationality Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 713023636 (Russia) expires 20 Jan 2021; Deputy General Director for

Commercial Affairs at Kalashnikov Concern and Izhevsky Mekhanichesky Zavod JSC (individual) [UKRAINE-EO13661] (Linked To: JOINT STOCK COMPANY CONCERN KALASHNIKOV; Linked To: IZHEVSKY MEKHANICHESKY ZAVOD JSC).

IONICS NOMINEES LIMITED, 20 Vasilissis Freiderikis El Greco House, 1st Floor, Office 104, Nicosia 1066, Cyprus; Organization Established Date 04 Nov 2002; Registration Number HE 134010 (Cyprus) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou).

IONOV TRANSKONTINENTAL, OOO (Cyrillic: ИОНОВ ТРАНСКОНТИНЕНТАЛ, ООО) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU IONOV TRANSKONTINENTAL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИОНОВ ТРАНСКОНТИНЕНТАЛ)), Prospekt Mira, d. 102, str. 32, kom. 4, Moscow 129626, Russia (Cyrillic: пр-кт Мира, д. 102, стр. 32, комната 4, Москва 129626, Russia); Target Type Private Company; Registration ID 5167746072478 (Russia); Tax ID No. 9717043935 (Russia) [RUSSIA-EO14024] (Linked To: IONOV, Aleksandr Viktorovich).

IONOV, Aleksandr Viktorovich (Cyrillic: ИОНОВ, Александр Викторович) (a.k.a. IONOV, Alexander (Cyrillic: ИОНОВ, Александр); Moscow, Russia; DOB 12 Dec 1989; nationality Russia; Website www.aionov.ru; Gender Male; Passport 717729719 (Russia); alt. Passport 4510927317 (Russia); Tax ID No. 774317334010 (Russia) (individual) [RUSSIA-EO14024].

IONOV, Alexander (Cyrillic: ИОНОВ, Александр) (a.k.a. IONOV, Aleksandr Viktorovich (Cyrillic: ИОНОВ, Александр Викторович)), Moscow, Russia; DOB 12 Dec 1989; nationality Russia; Website www.aionov.ru; Gender Male; Passport 717729719 (Russia); alt. Passport 4510927317 (Russia); Tax ID No. 774317334010 (Russia) (individual) [RUSSIA-EO14024].

IOOO DANA ASTRA (Cyrillic: ИООО ДАНА АСТРА) (a.k.a. FLLC DANA ASTRA; a.k.a. FOREIGN LIMITED LIABILITY COMPANY DANA ASTRA; a.k.a. INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DANA ASTRA (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДАНА АСТРА); a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DANA ASTRA (Cyrillic:

ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДАНА АСТРА); a.k.a. ZTAA DANA ASTRA (Cyrillic: ЗТАА ДАНА АСТРА)), ul. Petra Mstislavtsa, d. 9, pom. 9-13, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 9-13, г. Минск 220076, Belarus); Organization Established Date 21 Jan 2010; Registration Number 191295361 (Belarus) [BELARUS-EO14038].

IOOO SLAVKALI (Cyrillic: ИООО СЛАВКАЛИЙ) (a.k.a. FOREIGN LIMITED LIABILITY COMPANY SLAVKALI; a.k.a. INOSTRANNOYE OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SLAVKALIY (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЛАВКАЛИЙ); a.k.a. SLAVKALI INOSTRANNOE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIYU; a.k.a. SLAVKALIS IOOO; a.k.a. SLAVKALIY (Cyrillic: СЛАВКАЛИЙ); a.k.a. SLAVKALY FLLC; a.k.a. ZAMEZHNAYE TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU SLAUKALIY (Cyrillic: ЗАМЕЖНАЕ ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ СЛАЎКАЛІЙ); a.k.a. ZTAA SLAUKALIY (Cyrillic: ЗТАА СЛАЎКАЛІЙ)), Lyubanskiy District, Pervomaiskaya St, Building 35, Office 3.1, Lyuban City, Minsk Oblast 223810, Belarus (Cyrillic: Любанский район, ул. Первомайская, д. 35, каб. 3.1, г. Любань, Минская область 223810, Belarus); d. 35, kab. 3.1, ul. Pervomaiskaya g. s/s, Lyuban Lyubanksi Raion, Minskaya Obl. 223810, Belarus; Organization Established Date 25 Oct 2011; Registration Number 191689538 (Belarus) [BELARUS-EO14038].

IOPTC (a.k.a. IRANIAN OIL PIPELINES AND TELECOMMUNICATION CO.), Qarani Street, No. 135, Tehran, Tehran Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

IOVINE, Antonio (a.k.a. "O'NINNO"); DOB 20 Sep 1964; POB San Cipriano d'Aversa, Italy (individual) [TCO].

IPARRAGUIRRE GUENECHEA, Maria Soledad; DOB 25 Apr 1961; POB Escoriaza, Guipuzcoa Province, Spain; D.N.I. 16.255.819 (Spain); Member ETA (individual) [SDGT].

IPATAU, Vadzim (Cyrillic: ІПАТАЎ, Вадзім) (a.k.a. IPATAU, Vadzim Dzmitrievich (Cyrillic: ІПАТАЎ, Вадзім Дзмітрыевіч); a.k.a. IPATOV, Vadim; a.k.a. IPATOV, Vadim Dmitrievich

(Cyrillic: ИПАТОВ, Вадим Дмитриевич)), Minsk, Belarus; DOB 30 Oct 1964; POB Kolomyya, Ukraine; nationality Belarus; Gender Male (individual) [BELARUS].

IPATAU, Vadzim Dzmitrievich (Cyrillic: ІПАТАЎ, Вадзім Дзмітрыевіч) (a.k.a. IPATAU, Vadzim (Cyrillic: ІПАТАЎ, Вадзім); a.k.a. IPATOV, Vadim; a.k.a. IPATOV, Vadim Dmitrievich (Cyrillic: ИПАТОВ, Вадим Дмитриевич)), Minsk, Belarus; DOB 30 Oct 1964; POB Kolomyya, Ukraine; nationality Belarus; Gender Male (individual) [BELARUS].

IPATOV, Vadim (a.k.a. IPATAU, Vadzim (Cyrillic: ІПАТАЎ, Вадзім); a.k.a. IPATAU, Vadzim Dzmitrievich (Cyrillic: ІПАТАЎ, Вадзім Дзмітрыевіч); a.k.a. IPATOV, Vadim Dmitrievich (Cyrillic: ИПАТОВ, Вадим Дмитриевич)), Minsk, Belarus; DOB 30 Oct 1964; POB Kolomyya, Ukraine; nationality Belarus; Gender Male (individual) [BELARUS].

IPATOV, Vadim Dmitrievich (Cyrillic: ИПАТОВ, Вадим Дмитриевич) (a.k.a. IPATAU, Vadzim (Cyrillic: ІПАТАЎ, Вадзім); a.k.a. IPATAU, Vadzim Dzmitrievich (Cyrillic: ІПАТАЎ, Вадзім Дзмітрыевіч); a.k.a. IPATOV, Vadim), Minsk, Belarus; DOB 30 Oct 1964; POB Kolomyya, Ukraine; nationality Belarus; Gender Male (individual) [BELARUS].

IPC SB RAS (Cyrillic: ИХН СО РАН) (a.k.a. INSTITUTE OF PETROLEUM CHEMISTRY SIBERIAN BRANCH OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. IPCH SB RAS), Pr-T Akademicheskii D.4, Tomsk 634021, Russia; 3, Academichesky Ave., Tomsk 634021, Russia; Organization Established Date 05 Aug 1968; Tax ID No. 7021001022 (Russia); Government Gazette Number 03534067 (Russia); Registration Number 1027000876374 (Russia) [RUSSIA-EO14024].

IPCH SB RAS (a.k.a. INSTITUTE OF PETROLEUM CHEMISTRY SIBERIAN BRANCH OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. IPC SB RAS (Cyrillic: ИХН СО РАН)), Pr-T Akademicheskii D.4, Tomsk 634021, Russia; 3, Academichesky Ave., Tomsk 634021, Russia; Organization Established Date 05 Aug 1968; Tax ID No. 7021001022 (Russia); Government Gazette Number 03534067 (Russia); Registration Number 1027000876374 (Russia) [RUSSIA-EO14024].

IPK FINVAL AO (a.k.a. AKTSIONERNOE OBSHCHESTVO IPK FINVAL), 2-I Yuzhnoportovyi PR D. 14/22, Moscow 115088,

Russia; Organization Established Date 28 Oct 2014; Tax ID No. 7722860417 (Russia); Government Gazette Number 26121066 (Russia); Registration Number 5147746279621 (Russia) [RUSSIA-EO14024].

IPM LIMITED (a.k.a. B&W CONSULTING), Suite A, 6/F, Ritz Plaza, 122 Austin Road, Tsimshatsui, Kowloon, Hong Kong, China; 1080, Blindengasse 46/15, Vienna, Austria; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 23 Nov 2012; Registration Number 1829992 (Hong Kong) [RUSSIA-EO14024].

IPP OIL PRODUCTS (CYPRUS) LIMITED, 12 Esperidon Street, 4th Floor, Nicosia 1087, Cyprus; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Public Registration Number C210706 [UKRAINE-EO13661].

IPP-INTERNATIONAL PETROLEUM PRODUCTS LTD. (a.k.a. LTS HOLDING LIMITED), Rue du Conseil-General 20, Geneva 1204, Switzerland; Tortola, Virgin Islands, British; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

IPS PACIFIC COMPANY LIMITED, Suite 2207-09, 22/F, Tower Two, Lippo Centre, 89 Queensway, Admiralty, Hong Kong, China; Organization Established Date 2011; Business Registration Number 58189812-000 (Hong Kong); Registration Number 1584218 (Hong Kong) [RUSSIA-EO14024] (Linked To: TROFIMOV, Anton Sergeyevich).

IQBAL, Haji (a.k.a. IQBAL, Mohammad; a.k.a. IQBAL, Muhammad); DOB 01 Jan 1950; POB Lahore, Pakistan; nationality Pakistan; Passport BW1332961 (Pakistan) expires 23 Jul 2011; National ID No. 3520229942967 (Pakistan); alt. National ID No. 27350277794 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

IQBAL, Imanat Ullah (a.k.a. AHMAD, Dilshad; a.k.a. AL-DAKHIL, 'Abd al-Rahman; a.k.a. AL-DAKHIL, Abdul Rehman; a.k.a. ALI, Amanat; a.k.a. ALI, Amanatullah; a.k.a. ALI, Amantullah; a.k.a. DILSHAD, Danish), Pakistan; DOB 01 Sep 1964; alt. DOB 01 Mar 1965 to 31 Mar

1965; POB Faisalabad, Pakistan; nationality Pakistan; Gender Male (individual) [SDGT].

IQBAL, Malik Zafar (a.k.a. CHAUDHRY, Zafar Iqbal; a.k.a. IQBAL, Muhammad Zafar; a.k.a. IQBAL, Zafar; a.k.a. IQBAL, Zaffer; a.k.a. SHAHBAZ, Malik Zafar Iqbal; a.k.a. SHEHBAZ, Malik Zafar Iqbal), Masjid al-Qadesia, 4 Lake Road, Lahore, Pakistan; DOB 04 Oct 1953; nationality Pakistan; Passport DG5149481 issued 22 Aug 2006 expires 21 Aug 2011; alt. Passport A2815665; National ID No. 35202-4135948-7; alt. National ID No. 29553654234; Professor; Doctor (individual) [SDGT].

IQBAL, Mohammad (a.k.a. IQBAL, Haji; a.k.a. IQBAL, Muhammad); DOB 01 Jan 1950; POB Lahore, Pakistan; nationality Pakistan; Passport BW1332961 (Pakistan) expires 23 Jul 2011; National ID No. 3520229942967 (Pakistan); alt. National ID No. 27350277794 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

IQBAL, Muhammad (a.k.a. IQBAL, Haji; a.k.a. IQBAL, Mohammad); DOB 01 Jan 1950; POB Lahore, Pakistan; nationality Pakistan; Passport BW1332961 (Pakistan) expires 23 Jul 2011; National ID No. 3520229942967 (Pakistan); alt. National ID No. 27350277794 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

IQBAL, Muhammad Zafar (a.k.a. CHAUDHRY, Zafar Iqbal; a.k.a. IQBAL, Malik Zafar; a.k.a. IQBAL, Zafar; a.k.a. IQBAL, Zaffer; a.k.a. SHAHBAZ, Malik Zafar Iqbal; a.k.a. SHEHBAZ, Malik Zafar Iqbal), Masjid al-Qadesia, 4 Lake Road, Lahore, Pakistan; DOB 04 Oct 1953; nationality Pakistan; Passport DG5149481 issued 22 Aug 2006 expires 21 Aug 2011; alt. Passport A2815665; National ID No. 35202-4135948-7; alt. National ID No. 29553654234; Professor; Doctor (individual) [SDGT].

IQBAL, Zafar (a.k.a. CHAUDHRY, Zafar Iqbal; a.k.a. IQBAL, Malik Zafar; a.k.a. IQBAL, Muhammad Zafar; a.k.a. IQBAL, Zaffer; a.k.a. SHAHBAZ, Malik Zafar Iqbal; a.k.a. SHEHBAZ, Malik Zafar Iqbal), Masjid al-Qadesia, 4 Lake Road, Lahore, Pakistan; DOB 04 Oct 1953; nationality Pakistan; Passport DG5149481 issued 22 Aug 2006 expires 21 Aug 2011; alt. Passport A2815665; National ID No. 35202-4135948-7; alt. National ID No. 29553654234; Professor; Doctor (individual) [SDGT].

IQBAL, Zaffer (a.k.a. CHAUDHRY, Zafar Iqbal; a.k.a. IQBAL, Malik Zafar; a.k.a. IQBAL, Muhammad Zafar; a.k.a. IQBAL, Zafar; a.k.a. SHAHBAZ, Malik Zafar Iqbal; a.k.a. SHEHBAZ, Malik Zafar Iqbal), Masjid al-Qadesia, 4 Lake Road, Lahore, Pakistan; DOB 04 Oct 1953; nationality Pakistan; Passport DG5149481 issued 22 Aug 2006 expires 21 Aug 2011; alt. Passport A2815665; National ID No. 35202-4135948-7; alt. National ID No. 29553654234; Professor; Doctor (individual) [SDGT].

IRA ARMY COUNCIL (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. NEW IRISH REPUBLICAN ARMY; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. "NEW IRA"; a.k.a. "NIRA"; a.k.a. "REAL IRA"; a.k.a. "RIRA"), Ireland; Northern Ireland, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

IRAKEZA, Fred (a.k.a. NSANZUBUKIRE, Felicien); DOB 1967; POB Murama, Kinyinya, Rubungo, Kigali, Rwanda; nationality Rwanda; Lt. Col. (individual) [DRCONGO].

IRAN & SHARGH COMPANY (a.k.a. IRAN AND EAST COMPANY; a.k.a. IRAN AND SHARGH COMPANY; a.k.a. IRANOSHARGH COMPANY; a.k.a. SHERKAT-E IRAN VA SHARGH), 827, North of Seyedkhandan Bridge, Shariati Street, P.O. Box 13185-1445, Tehran 16616, Iran; No. 41, Next to 23rd Alley, South Gandi St., Vanak Square, Tehran 15179, Iran; Website http://www.iranoshargh.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRAN & SHARGH LEASING COMPANY (a.k.a. IRAN AND EAST LEASING COMPANY; a.k.a. IRAN AND SHARGH LEASING COMPANY; a.k.a. SHERKAT-E LIZING-E IRAN VA SHARGH), 1st Floor, No. 33, Shahid Atefi Alley, Opposite Mellat Park, Vali-e-Asr Street, Tehran 1967933759, Iran; Website http://www.isleasingco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRAN ADVANCED TECHNOLOGIES COMPANY (a.k.a. ADVANCED TECHNOLOGIES COMPANY OF IRAN; f.k.a. GHANI SAZI ENRICHMENT; f.k.a. IRAN URANIUM ENRICHMENT COMPANY; f.k.a. IRANIAN ENRICHMENT COMPANY; a.k.a. "ADVANCED TECHNOLOGIES"; a.k.a. "ADVANCED TECHNOLOGIES COMPANY"; a.k.a. "ADVANCED TECHNOLOGIES HOLDING COMPANY"; a.k.a. "IATC"), Tehran, Iran;

Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103378982 (Iran); Registration Number 299780 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

IRAN AIR (a.k.a. HAVAPEYMAYI MELLI IRAN; a.k.a. IRAN AIR PJSC; a.k.a. IRANAIR; a.k.a. IRANAIR CARGO; a.k.a. THE AIRLINE OF THE ISLAMIC REPUBLIC OF IRAN; a.k.a. "HOMA"), Iran Air Building, Mehrabad Airport, Tehran, Iran; Postal Box 13185-775, Tehran, Iran; Central Airlines Department of the Islamic Republic of Iran, Tehran Karaj Special Road, Beginning of Mehrabad International Airport, Tehran, Iran; Website www.iranair.com; alt. Website www.iranair.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100354259 (Iran); Registration Number 8132 [IRAN].

IRAN AIR PJSC (a.k.a. HAVAPEYMAYI MELLI IRAN; a.k.a. IRAN AIR; a.k.a. IRANAIR; a.k.a. IRANAIR CARGO; a.k.a. THE AIRLINE OF THE ISLAMIC REPUBLIC OF IRAN; a.k.a. "HOMA"), Iran Air Building, Mehrabad Airport, Tehran, Iran; Postal Box 13185-775, Tehran, Iran; Central Airlines Department of the Islamic Republic of Iran, Tehran Karaj Special Road, Beginning of Mehrabad International Airport, Tehran, Iran; Website www.iranair.com; alt. Website www.iranair.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100354259 (Iran); Registration Number 8132 [IRAN].

IRAN AIRCRAFT INDUSTRIES (a.k.a. IRAN AIRCRAFT INDUSTRIES CO.; a.k.a. "IACI"; a.k.a. "SAHA"), Km 3 Karaj Special Road, Ekbatan City, Azadi Square, Tehran, Iran; PO Box 14155-1449, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRAN AIRCRAFT INDUSTRIES CO. (a.k.a. IRAN AIRCRAFT INDUSTRIES; a.k.a. "IACI"; a.k.a. "SAHA"), Km 3 Karaj Special Road, Ekbatan City, Azadi Square, Tehran, Iran; PO Box 14155-1449, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRAN AIRCRAFT MANUFACTURING COMPANY (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران); a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE

IRAN; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HESA"; a.k.a. "HEVAPEIMASAZI"; a.k.a. "HTC"; a.k.a. "IAMCO"; a.k.a. "IAMI"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Esfahan - Tehran Freeway, Shahin Shahr, Esfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Esfahan, Iran; Shahih Shar Industrial Zone, Esfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران) (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HESA"; a.k.a. "HEVAPEIMASAZI"; a.k.a. "HTC"; a.k.a. "IAMCO"; a.k.a. "IAMI"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Esfahan - Tehran Freeway, Shahin Shahr, Esfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Esfahan, Iran; Shahih Shar Industrial Zone, Esfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

IRAN AIRCRAFT MANUFACTURING INDUSTRIES (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران); a.k.a. KARKHANEJATE SANAYE HAVAPAYMAIE IRAN; a.k.a. "HAVA PEYMA SAZI-E IRAN";

a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HESA"; a.k.a. "HEVAPEIMASAZI"; a.k.a. "HTC"; a.k.a. "IAMCO"; a.k.a. "IAMI"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Esfahan - Tehran Freeway, Shahin Shahr, Esfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-935, Esfahan, Iran; Shahih Shar Industrial Zone, Esfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

IRAN ALLOY STEEL COMPANY (a.k.a. "IASCO"), No. 51 Mashahir Ave., Ghaem Magham Farhani St., Karimkhan St., Tehran, Iran; Azadegan Blvd., Martyr Dehghan Manshadi Blvd., Km 24, IASCO Road, Yazd, Iran; Website www.iasco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 2220 (Iran) [IRAN-EO13871].

IRAN ALUMINIUM COMPANY (a.k.a. IRAN ALUMINUM COMPANY; a.k.a. IRANIAN ALUMINUM COMPANY; a.k.a. IRAN'S ALUMINUM COMPANY; a.k.a. "IRALCO"), No. 49 Mullah Sadra Street, Vanaq Square, After Kurdistan Crossroads, Tehran, Iran; P.O. Box 3, Arak, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 2600 (Iran) [IRAN-EO13871].

IRAN ALUMINUM COMPANY (a.k.a. IRAN ALUMINIUM COMPANY; a.k.a. IRANIAN ALUMINUM COMPANY; a.k.a. IRAN'S ALUMINUM COMPANY; a.k.a. "IRALCO"), No. 49 Mullah Sadra Street, Vanaq Square, After Kurdistan Crossroads, Tehran, Iran; P.O. Box 3, Arak, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 2600 (Iran) [IRAN-EO13871].

IRAN AND EAST COMPANY (a.k.a. IRAN & SHARGH COMPANY; a.k.a. IRAN AND SHARGH COMPANY; a.k.a. IRANOSHARGH COMPANY; a.k.a. SHERKAT-E IRAN VA SHARGH), 827, North of Seyedkhandan Bridge, Shariati Street, P.O. Box 13185-1445, Tehran 16616, Iran; No. 41, Next to 23rd Alley, South Gandi St., Vanak Square, Tehran 15179, Iran; Website http://www.iranoshargh.com; Additional

Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRAN AND EAST LEASING COMPANY (a.k.a. IRAN & SHARGH LEASING COMPANY; a.k.a. IRAN AND SHARGH LEASING COMPANY; a.k.a. SHERKAT-E LIZING-E IRAN VA SHARGH), 1st Floor, No. 33, Shahid Atefi Alley, Opposite Mellat Park, Vali-e-Asr Street, Tehran 1967933759, Iran; Website http://www.isleasingco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRAN AND EGYPT SHIPPING COMPANY (a.k.a. IRAN AND EGYPT SHIPPING LINES; a.k.a. IRANO - MISR SHIPPING CO; a.k.a. IRANO MISR; a.k.a. IRANO MISR SHIPPING COMPANY; f.k.a. NEFERTITI SHIPPING AND MARITIME SERVICES), Building 6, Al Horreya Street, 1st Floor, El Attarin Area, 1016, Alexandria, Egypt; PO Box 1016, Alexandria, Egypt; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRAN AND EGYPT SHIPPING LINES (a.k.a. IRAN AND EGYPT SHIPPING COMPANY; a.k.a. IRANO - MISR SHIPPING CO; a.k.a. IRANO MISR; a.k.a. IRANO MISR SHIPPING COMPANY; f.k.a. NEFERTITI SHIPPING AND MARITIME SERVICES), Building 6, Al Horreya Street, 1st Floor, El Attarin Area, 1016, Alexandria, Egypt; PO Box 1016, Alexandria, Egypt; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRAN AND INDIA SHIPPING COMPANY (a.k.a. IRAN AND INDIA SHIPPING LINES; a.k.a. IRANO HIND SHIPPING COMPANY LTD), 18 Sedaghat St, Opposite Park Millat, Vali-e-Asr Ave, PO Box 15875-4647, Tehran, Iran; Website www.iranohind.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRAN AND INDIA SHIPPING LINES (a.k.a. IRAN AND INDIA SHIPPING COMPANY; a.k.a. IRANO HIND SHIPPING COMPANY LTD), 18 Sedaghat St, Opposite Park Millat, Vali-e-Asr Ave, PO Box 15875-4647, Tehran, Iran; Website www.iranohind.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRAN AND SHARGH COMPANY (a.k.a. IRAN & SHARGH COMPANY; a.k.a. IRAN AND EAST COMPANY; a.k.a. IRANOSHARGH COMPANY; a.k.a. SHERKAT-E IRAN VA SHARGH), 827, North of Seyedkhandan Bridge, Shariati Street, P.O. Box 13185-1445, Tehran 16616, Iran; No. 41, Next to 23rd Alley, South

Gandi St., Vanak Square, Tehran 15179, Iran; Website http://www.iranoshargh.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRAN AND SHARGH LEASING COMPANY (a.k.a. IRAN & SHARGH LEASING COMPANY; a.k.a. IRAN AND EAST LEASING COMPANY; a.k.a. SHERKAT-E LIZING-E IRAN VA SHARGH), 1st Floor, No. 33, Shahid Atefi Alley, Opposite Mellat Park, Vali-e-Asr Street, Tehran 1967933759, Iran; Website http://www.isleasingco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRAN AVIATION INDUSTRIES ORGANIZATION (a.k.a. SAZMANE SANAYE HAVAI), Karaj Special Road, Mehrabad Airport, Tehran, Iran; Sepahbod Gharani 36, Tehran, Iran; 3th km Karaj Special Road, Aviation Industries Boulevard, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

IRAN CENTRAL IRON ORE COMPANY (Arabic: شرکت سنگ آهن مرکزی ایران (a.k.a. "ICIOC"), Bafq Old Rd, Yazd 8975136748, Iran; Mohammad Dehestani Bafghi Boulevard, Yazd 8975136748, Iran; P.O. Box 1111, Tehran, Iran; Website www.icioc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 49 (Iran) [IRAN-EO13871].

IRAN CENTRIFUGE TECHNOLOGY COMPANY (a.k.a. "TESA"), Yousef Abad District, No. 1, 37th Street, Tehran, Iran; Khalij-e Fars Boulevard, Kilometre 10 of Atomic Energy Road, Rowshan Shahr, Third Moshtaq Street, Esfahan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRAN CHASSIS MANUFACTURING CO. (Arabic: شرکت شاسی ساز ایران), No. 279, 13th Km of Lashgari Hwy, Tehran 13999-39711, Iran; Hekmat Dahom Street, inside Bahman Diesel Co., Alborz Industrial Park, Qazvin, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 17 Mar 1992; National ID No. 10101337072 (Iran); Business Registration Number 89322 (Iran) [SDGT] [IFSR] (Linked To: ESFAHAN'S MOBARAKEH STEEL COMPANY).

IRAN CHEMICAL INDUSTRIES INVESTMENT COMPANY (Arabic: شرکت سرمایه گذاری صنایع شیمیایی ایران) (a.k.a. IRAN CHEMICAL INDUSTRIES INVESTMENT COMPANY

PUBLIC JOINT STOCK; a.k.a. "ICIIC"), KM 15 of Isfahan-Teheran Road, Isfahan 8235144114, Iran; No. 16 Shahid Saidi St. Hafez Shirazi, Nelson Mandela St. Africa, Tehran 1967963735, Iran; Website www.iciiclab.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1984; National ID No. 10100970248 (Iran); Business Registration Number 8027 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

IRAN CHEMICAL INDUSTRIES INVESTMENT COMPANY PUBLIC JOINT STOCK (a.k.a. IRAN CHEMICAL INDUSTRIES INVESTMENT COMPANY (Arabic: شرکت سرمایه گذاری صنایع شیمیایی ایران); a.k.a. "ICIIC"), KM 15 of Isfahan-Teheran Road, Isfahan 8235144114, Iran; No. 16 Shahid Saidi St. Hafez Shirazi, Nelson Mandela St. Africa, Tehran 1967963735, Iran; Website www.iciiclab.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1984; National ID No. 10100970248 (Iran); Business Registration Number 8027 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

IRAN COMBINE MANUFACTURING CO. (Arabic: شرکت کمباین سازی ایران), Ghaem Magham Farahani St., Motahhari Intersection, Magnolia Alley #37, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100514779 (Iran); Registration Number 11116 (Iran) [IRAN-EO13876] (Linked To: ASTAN QUDS RAZAVI).

IRAN COMMUNICATION INDUSTRIES (a.k.a. ICI; a.k.a. IRAN COMMUNICATIONS INDUSTRIES GROUP; a.k.a. SANAYE MOKHABERAT IRAN), P.O. Box 19295-4731, Pasdaran Avenue, Tehran, Iran; P.O. Box 19575-131, 34 Apadana Avenue, Tehran, Iran; Shahid Langary Street, Nobonyad Square Ave., Pasdaran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRAN COMMUNICATIONS INDUSTRIES GROUP (a.k.a. ICI; a.k.a. IRAN COMMUNICATION INDUSTRIES; a.k.a. SANAYE MOKHABERAT IRAN), P.O. Box 19295-4731, Pasdaran Avenue, Tehran, Iran; P.O. Box 19575-131, 34 Apadana Avenue, Tehran, Iran; Shahid Langary Street, Nobonyad Square Ave., Pasdaran, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRAN CUTTING TOOLS COMPANY (a.k.a. TABA; a.k.a. TABA COMPANY; a.k.a. TOWLID ABZAR BORESHI IRAN), Northwest of Karaj at Km 55 Qazvin (alt. Ghazvin) Highway, Haljerd, Iran; No. 66 Sarhang Sakhaei St., Hafez Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRAN DEVELOPMENT & RENOVATION ORGANIZATION COMPANY (a.k.a. IDRO; a.k.a. INDUSTRIAL DEVELOPMENT AND RENOVATION ORGANIZATION OF IRAN; a.k.a. IRAN DEVELOPMENT AND RENOVATION ORGANIZATION COMPANY; a.k.a. SAWZEMANE GOSTARESH VA NOWSAZI SANAYE IRAN), Vali Asr Building, Jam e Jam Street, Vali Asr Avenue, Tehran 15815-3377, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

IRAN DEVELOPMENT AND RENOVATION ORGANIZATION COMPANY (a.k.a. IDRO; a.k.a. INDUSTRIAL DEVELOPMENT AND RENOVATION ORGANIZATION OF IRAN; a.k.a. IRAN DEVELOPMENT & RENOVATION ORGANIZATION COMPANY; a.k.a. SAWZEMANE GOSTARESH VA NOWSAZI SANAYE IRAN), Vali Asr Building, Jam e Jam Street, Vali Asr Avenue, Tehran 15815-3377, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

IRAN DOCHARKH CO. (Arabic: شرکت دوچرخ ایران), No. 279, 13th Km of Lashgari Hwy, Tehran 13999-39711, Iran; Caspian Industrial Park, Qazvin, Iran; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Mar 2005; National ID No. 10102833952 (Iran); Business Registration Number 242690 (Iran) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

IRAN ELECTRONIC DEVELOPMENT (a.k.a. IRAN ELECTRONIC DEVELOPMENT CO.; a.k.a. IRAN ELECTRONIC DEVELOPMENT COMPANY (Arabic: شرکت گسترش الکترونیک ایران); a.k.a. "IEDC"), Africa Street, Lower Than Haqqani Crossroad Kaman Alley, Way of Shahid Haghani, Kuchma Avenue, Tehran, Iran; Website http://www.iedc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102166006 (Iran); Registration Number 174201 (Iran) [IRAN-

EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

IRAN ELECTRONIC DEVELOPMENT CO. (a.k.a. IRAN ELECTRONIC DEVELOPMENT; a.k.a. IRAN ELECTRONIC DEVELOPMENT COMPANY (Arabic: شرکت گسترش الکترونیک ایران); a.k.a. "IEDC"), Africa Street, Lower Than Haqqani Crossroad Kaman Alley, Way of Shahid Haghani, Kuchma Avenue, Tehran, Iran; Website http://www.iedc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102166006 (Iran); Registration Number 174201 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

IRAN ELECTRONIC DEVELOPMENT COMPANY (Arabic: شرکت گسترش الکترونیک ایران) (a.k.a. IRAN ELECTRONIC DEVELOPMENT; a.k.a. IRAN ELECTRONIC DEVELOPMENT CO.; a.k.a. "IEDC"), Africa Street, Lower Than Haqqani Crossroad Kaman Alley, Way of Shahid Haghani, Kuchma Avenue, Tehran, Iran; Website http://www.iedc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102166006 (Iran); Registration Number 174201 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

IRAN ELECTRONICS INDUSTRIES (a.k.a. SAIRAN; a.k.a. SANAYE ELECTRONIC IRAN; a.k.a. SASAD IRAN ELECTRONICS INDUSTRIES; a.k.a. SHERKAT SANAYEH ELECTRONICS IRAN; a.k.a. "IEI"), P.O. Box 19575-365, Shahied Langari Street, Noboniad Sq, Pasdaran Ave, Saltanad Abad, Tehran, Iran; P.O. Box 71365-1174, Hossain Abad/Ardakan Road, Shiraz, Iran; Hossein Abad/Ardakan Road, P.O. Box 555, Shiraz 71365//1174, Iran; Shahid Langari Street, Nobonyad Square, Tehran, Iran; Website www.ieimil.ir; alt. Website www.ieicorp.com; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 829 [NPWMD] [IFSR] [IRAN-TRA].

IRAN EXPORT BANK (a.k.a. BANK SADERAT IRAN), PO Box 15745-631, Bank Saderat Tower, 43 Somayeh Avenue, Tehran, Iran; 16 rue de la Paix, Paris 75002, France; Postfach 160151, Friedenstr 4, D-60311, Frankfurt am Main, Germany; PO Box 4308, 25-29 Venizelou St, Athens, Attica GR 105 64, Greece; 3rd Floor, Aliktisad Bldg, Ras El Ein Street Baalbak, Baalbak, Lebanon; Saida Branch, Sida Riad Elsoleh St, Martyrs Sq, Saida, Lebanon; Borj Albarajneh Branch - 20 Alholom Bldg, Sahat

Mreijeh, Kafaat St, Beirut, Lebanon; 1st Floor, Alrose Bldg, Verdun - Rashid Karame St, Beirut, Lebanon; PO Box 5126, Beirut, Lebanon; 3rd Floor, Mteco Centre, Mar Elias, Facing Al Hellow Barrak, POB 5126, Beirut, Lebanon; Alghobeiri Branch - Aljawhara Bldg, Ghobeiry Blvd, Beirut, Lebanon; PO Box 1269, Muscat 112, Oman; PO Box 4425, Salwa Rd, Doha, Qatar; PO Box 2256, Doha, Qatar; 2nd Floor, No 181 Makhtoomgholi Ave, Ashgabat, Turkmenistan; PO Box 700, Abu Dhabi, United Arab Emirates; PO Box 16, Liwara Street, Ajman, United Arab Emirates; PO Box 1140, Al-Am Road, Al-Ein, Al Ain, Abu Dhabi, United Arab Emirates; Bur Dubai, Khaled Bin Al Walid St, Dubai City, United Arab Emirates; Sheikh Zayed Rd, Dubai City, United Arab Emirates; PO Box 4182, Almaktoum Rd, Dubai City, United Arab Emirates; PO Box 4182, Murshid Bazar Branch, Dubai City, United Arab Emirates; PO Box 316, Bank Saderat Bldg, Alaroda St, Borj Ave, Sharjah, United Arab Emirates; Ground Floor Business Room, Building Banke Khoon Road, Harat, Afghanistan; No. 56, Opposite of Security Department, Toraboz Khan Str., Kabul, Afghanistan; 5 Lothbury, London EC2R 7HD, United Kingdom; Postfach 112227, Deichstrasse 11, 20459, Hamburg, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN] [SDGT] [IFSR].

IRAN FOREIGN INVESTMENT COMPANY (a.k.a. IFIC), No. 4, Saba Blvd., Africa Blvd., Tehran 19177, Iran; P.O. Box 19395-6947, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

IRAN HELICOPTER SUPPORT AND RENEWAL COMPANY (a.k.a. IHSRC; a.k.a. IRANIAN HELICOPTERS' MAINTENANCE AND REPAIRS COMPANY; a.k.a. IRAN'S HELICOPTER RENOVATION AND LOGISTICS COMPANY; a.k.a. PANHA), Meherabad Airport Road, Azadi Square, Foroudgah Street, Meradj Avenue, Tehran, Iran; PO Box 13185-1688, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRAN INSURANCE COMPANY (a.k.a. BIMEH IRAN), 107 Dr Fatemi Avenue, Tehran 14155/6363, Iran; Abdolaziz-Al-Masaeed Building, Sheikh Maktoom St., Deira, P.O. Box 2004, Dubai, United Arab Emirates; P.O. Box 1867, Al Ain, Abu Dhabi, United Arab Emirates;

P.O. Box 3281, Abu Dhabi, United Arab Emirates; P.O. Box 1666, Sharjah, United Arab Emirates; P.O. Box 849, Ras-Al-Khaimah, United Arab Emirates; P.O. Box 417, Muscat 113, Oman; P.O. Box 676, Salalah 211, Oman; P.O. Box 995, Manama, Bahrain; Al-Lami Center, Ali-Bin-Abi Taleb St Sharafia, P.O. Box 11210, Jeddah 21453, Saudi Arabia; Al Alia Center, Salaheddine Rd., Al Malaz, P.O. Box 21944, Riyadh 11485, Saudi Arabia; Al Rajhi Bldg., 3rd Floor, Suite 23, Dhahran St., P.O. Box 1305, Dammam 31431, Saudi Arabia; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

IRAN MARINE INDUSTRIAL COMPANY SSA (a.k.a. IRAN MARINE INDUSTRIAL COMPANY, SADRA; a.k.a. IRAN SADRA; a.k.a. IRAN SHIP BUILDING CO.; a.k.a. SADRA; a.k.a. SHERKATE SANATI DARYAI IRAN), 3rd Floor Aftab Building, No. 3 Shafagh Street, Dadman Blvd, Phase 7, Shahrak Ghods, P.O. Box 14665-495, Tehran, Iran; Office E-43 Torre E- Piso 4, Centrao Commercial Lido Av., Francisco de Miranda, Caracas, Venezuela; Website www.sadra.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

IRAN MARINE INDUSTRIAL COMPANY, SADRA (a.k.a. IRAN MARINE INDUSTRIAL COMPANY SSA; a.k.a. IRAN SADRA; a.k.a. IRAN SHIP BUILDING CO.; a.k.a. SADRA; a.k.a. SHERKATE SANATI DARYAI IRAN), 3rd Floor Aftab Building, No. 3 Shafagh Street, Dadman Blvd, Phase 7, Shahrak Ghods, P.O. Box 14665-495, Tehran, Iran; Office E-43 Torre E- Piso 4, Centrao Commercial Lido Av., Francisco de Miranda, Caracas, Venezuela; Website www.sadra.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

IRAN MELLI BANK INVESTMENT COMPANY (f.k.a. BANK MELLI IRAN INVESTMENT COMPANY; a.k.a. NATIONAL DEVELOPMENT AND INVESTMENT GROUP; a.k.a. TOSEE MELLI GROUP INVESTMENT COMPANY; a.k.a. TOSE-E MELLI GROUP INVESTMENT COMPANY; a.k.a. TOSE-E MELLI GROUP INVESTMENT COMPANY PUBLIC SHAREHOLDING COMPANY; a.k.a. "TMGIC"), 2 Nader Alley, After Dr Vali e Asr Avenue, Tehran 15116, Iran; PO Box 15875-3898, Iran; Building 89, Khoddami Street, Vanak, Tehran 53158753898, Iran; Number 89, Shahid Khodami Street, After Kurdistan Bridge, Vanak

Square, Iran; Vank Square, Shahid Khademi Street, after Kurdistan Bridge, No. 89, Tehran 1958698856, Iran; Website www.bmiic.ir; alt. Website www.en.tmgic.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10101339590 (Iran); Registration Number 89584 (Iran) [SDGT] [IFSR] (Linked To: BANK MELLI IRAN).

IRAN MERINE SERVICES, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

IRAN MINING INDUSTRIES DEVELOPMENT AND RENOVATION ORGANIZATION (a.k.a. IMIDRO; a.k.a. IRANIAN MINES AND MINERAL INDUSTRIES DEVELOPMENT AND RENOVATION; a.k.a. IRANIAN MINES AND MINING INDUSTRIES DEVELOPMENT AND RENOVATION ORGANIZATION), No. 39, Sepahbod Gharani Avenue, Ferdousi Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

IRAN MOBIN ELECTRONIC DEVELOPMENT COMPANY (Arabic: شرکت گسترش الکترونیک مبین ایران) (a.k.a. MOBIN IRAN ELECTRONICS DEVELOPMENT COMPANY), Ahmad Qassir Bokharest St., Argentine Sq., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103492170 (Iran); Registration Number 313314 (Iran) [IRAN-EO13876] (Linked To: EXECUTION OF IMAM KHOMEINI'S ORDER).

IRAN NUCLEAR REGULATORY AUTHORITY (a.k.a. "INRA"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

IRAN OVERSEAS INVESTMENT BANK LIMITED (a.k.a. BANK SADERAT PLC; f.k.a. IRAN OVERSEAS INVESTMENT BANK PLC; f.k.a. IRAN OVERSEAS INVESTMENT CORPORATION LIMITED), 5 Lothbury, London EC2R 7HD, United Kingdom; PO Box 15175/584, 6th Floor, Sadaf Bldg, 1137 Vali Asr Ave, Tehran 15119-43885, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 01126618 (United Kingdom); all offices worldwide [IRAN] [SDGT] [IFSR].

IRAN OVERSEAS INVESTMENT BANK PLC (a.k.a. BANK SADERAT PLC; f.k.a. IRAN OVERSEAS INVESTMENT BANK LIMITED; f.k.a. IRAN OVERSEAS INVESTMENT CORPORATION LIMITED), 5 Lothbury, London

EC2R 7HD, United Kingdom; PO Box 15175/584, 6th Floor, Sadaf Bldg, 1137 Vali Asr Ave, Tehran 15119-43885, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 01126618 (United Kingdom); all offices worldwide [IRAN] [SDGT] [IFSR].

IRAN OVERSEAS INVESTMENT CORPORATION LIMITED (a.k.a. BANK SADERAT PLC; f.k.a. IRAN OVERSEAS INVESTMENT BANK LIMITED; f.k.a. IRAN OVERSEAS INVESTMENT BANK PLC), 5 Lothbury, London EC2R 7HD, United Kingdom; PO Box 15175/584, 6th Floor, Sadaf Bldg, 1137 Vali Asr Ave, Tehran 15119-43885, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 01126618 (United Kingdom); all offices worldwide [IRAN] [SDGT] [IFSR].

IRAN PETROCHEMICAL COMMERCIAL COMPANY (a.k.a. PETROCHEMICAL COMMERCIAL COMPANY; a.k.a. SHERKATE BASARGANI PETROCHEMIE (SAHAMI KHASS); a.k.a. SHERKATE BAZARGANI PETRCHEMIE; a.k.a. "IPCC"; a.k.a. "PCC"), No. 1339, Vali Nejad Alley, Vali-e-Asr St., Vanak Sq., Tehran, Iran; INONU CAD. SUMER Sok., Zitas Bloklari C.2 Bloc D.H, Kozyatagi, Kadikoy, Istanbul, Turkey; Topcu Ibrahim Sokak No: 13 D: 7 Icerenkoy-Kadikoy, Istanbul, Turkey; 99-A, Maker Tower F, 9th Floor, Cuffe Parade, Colabe, Mumbai 400 005, India; No. 1014, Doosan We've Pavilion, 58, Soosong-Dong, Jongno-Gu, Seoul, Korea, South; Office No. 707, No. 10, Chao Waidajie, Chao Tang District, Beijing 100020, China; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

IRAN POOYA (a.k.a. IRAN POUYA; a.k.a. IRAN PUYA), No. 8, Haqani Exp. Way, Vanak Sq., 15187, Tehran, Iran; Main Office: Vanak Square, Shahid Haghaei Road after the Jahan-E-Kudak Junction, Block 33, Tehran, Iran; Plant: Kadim Karaj Road, Metri-E-Zarand 45 Boulevard, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 5566 [NPWMD] [IFSR].

IRAN POUYA (a.k.a. IRAN POOYA; a.k.a. IRAN PUYA), No. 8, Haqani Exp. Way, Vanak Sq., 15187, Tehran, Iran; Main Office: Vanak Square, Shahid Haghaei Road after the Jahan-E-Kudak Junction, Block 33, Tehran, Iran; Plant: Kadim Karaj Road, Metri-E-Zarand 45 Boulevard, Tehran, Iran; Additional

Information - Subject to Secondary Sanctions; Business Registration Document # 5566 [NPWMD] [IFSR].

IRAN PUYA (a.k.a. IRAN POOYA; a.k.a. IRAN POUYA), No. 8, Haqani Exp. Way, Vanak Sq., 15187, Tehran, Iran; Main Office: Vanak Square, Shahid Haghaei Road after the Jahan-E-Kudak Junction, Block 33, Tehran, Iran; Plant: Kadim Karaj Road, Metri-E-Zarand 45 Boulevard, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration Document # 5566 [NPWMD] [IFSR].

IRAN SADRA (a.k.a. IRAN MARINE INDUSTRIAL COMPANY SSA; a.k.a. IRAN MARINE INDUSTRIAL COMPANY, SADRA; a.k.a. IRAN SHIP BUILDING CO.; a.k.a. SADRA; a.k.a. SHERKATE SANATI DARYAI IRAN), 3rd Floor Aftab Building, No. 3 Shafagh Street, Dadman Blvd, Phase 7, Shahrak Ghods, P.O. Box 14665-495, Tehran, Iran; Office E-43 Torre E- Piso 4, Centrao Commercial Lido Av., Francisco de Miranda, Caracas, Venezuela; Website www.sadra.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

IRAN SAFFRON COMPANY (a.k.a. ARFA PAINT COMPANY; a.k.a. ARFEH COMPANY; a.k.a. FARASEPEHR ENGINEERING COMPANY; a.k.a. HOSSEINI NEJAD TRADING CO.; a.k.a. IRANSAFFRON CO; a.k.a. SHETAB G; a.k.a. SHETAB GAMAN; a.k.a. SHETAB TRADING; a.k.a. Y.A.S. CO LTD.; a.k.a. YASA PART), West Lavansai, Tehran 009821, Iran; Sa'adat Abaad, Shahrdari Sq Sarv Building, 9th Floor, Unit 5, Tehran, Iran; No 17, Balooch Alley, Vaezi St, Shariati Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRAN SHIP BUILDING CO. (a.k.a. IRAN MARINE INDUSTRIAL COMPANY SSA; a.k.a. IRAN MARINE INDUSTRIAL COMPANY, SADRA; a.k.a. IRAN SADRA; a.k.a. SADRA; a.k.a. SHERKATE SANATI DARYAI IRAN), 3rd Floor Aftab Building, No. 3 Shafagh Street, Dadman Blvd, Phase 7, Shahrak Ghods, P.O. Box 14665-495, Tehran, Iran; Office E-43 Torre E-Piso 4, Centrao Commercial Lido Av., Francisco de Miranda, Caracas, Venezuela; Website www.sadra.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

IRAN SPACE AGENCY, No 57/2, Saie St, Vali E Asr St, Tehran, Iran; Additional Sanctions

Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRAN SPACE RESEARCH CENTER, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRAN TIRE CO. (Arabic: شرکت ایران تایر) (a.k.a. IRAN TIRE MANUFACTURING CO; a.k.a. IRAN TIRE MANUFACTURING COMPANY (Arabic: شرکت تولیدی ایران تایر); a.k.a. "IRAN TIRE"), Km 5 Karaj Makhsoos Road, Opposite Ghods Air Industries, Tehran 1398834711, Iran; 5th Km of Special Road Karaj, Tehran 1398834711, Iran; Website http://www.irantireco.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100387143 (Iran); Registration Number 9240 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

IRAN TIRE MANUFACTURING CO (a.k.a. IRAN TIRE CO. (Arabic: شرکت ایران تایر); a.k.a. IRAN TIRE MANUFACTURING COMPANY (Arabic: شرکت تولیدی ایران تایر); a.k.a. "IRAN TIRE"), Km 5 Karaj Makhsoos Road, Opposite Ghods Air Industries, Tehran 1398834711, Iran; 5th Km of Special Road Karaj, Tehran 1398834711, Iran; Website http://www.irantireco.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100387143 (Iran); Registration Number 9240 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

IRAN TIRE MANUFACTURING COMPANY (Arabic: شرکت تولیدی ایران تایر) (a.k.a. IRAN TIRE CO. (Arabic: شرکت ایران تایر); a.k.a. IRAN TIRE MANUFACTURING CO; a.k.a. "IRAN TIRE"), Km 5 Karaj Makhsoos Road, Opposite Ghods Air Industries, Tehran 1398834711, Iran; 5th Km of Special Road Karaj, Tehran 1398834711, Iran; Website http://www.irantireco.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100387143 (Iran); Registration Number 9240 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

IRAN TRACTOR MANUFACTURING (a.k.a. IRAN TRACTOR MANUFACTURING COMPANY), Sephabod Gharani Avenue, Km 9/5 Karaj Special Road, Corner of Yazar Zarin Street, Opposite Shahab Khodro, Office of The Tractor Engineering, Tehran, Iran; Website www.itm.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY; Linked To:

NEGIN SAHEL ROYAL INVESTMENT COMPANY).

IRAN TRACTOR MANUFACTURING COMPANY (a.k.a. IRAN TRACTOR MANUFACTURING), Sephabod Gharani Avenue, Km 9/5 Karaj Special Road, Corner of Yazar Zarin Street, Opposite Shahab Khodro, Office of The Tractor Engineering, Tehran, Iran; Website www.itm.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MEHR-E EQTESAD-E IRANIAN INVESTMENT COMPANY; Linked To: NEGIN SAHEL ROYAL INVESTMENT COMPANY).

IRAN TRANSFO CO., 4th Km of Zanjan-Tehran Road, P.O. Box 4513651118, Zanjan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v) [IFCA].

IRAN URANIUM ENRICHMENT COMPANY (a.k.a. ADVANCED TECHNOLOGIES COMPANY OF IRAN; f.k.a. GHANI SAZI ENRICHMENT; a.k.a. IRAN ADVANCED TECHNOLOGIES COMPANY; f.k.a. IRANIAN ENRICHMENT COMPANY; a.k.a. "ADVANCED TECHNOLOGIES"; a.k.a. "ADVANCED TECHNOLOGIES COMPANY"; a.k.a. "ADVANCED TECHNOLOGIES HOLDING COMPANY"; a.k.a. "IATC"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103378982 (Iran); Registration Number 299780 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

IRAN ZAMIN BANK (a.k.a. BANK-E IRAN ZAMIN), Seyyed Jamal-oldin Asadabadi St., Corner of 68th St., No. 472, Tehran, Iran; Website www.izbank.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

IRAN ZINC MINES DEVELOPMENT COMPANY, No. 13, 8th Street, Ghaem Maghame Farahani Ave., Tehran, Iran; No. 45, 4th Street, Amir

Alame Ghazanfarian Avenue, Etemadiyeh, Zanjan, Iran; Website www.IZMDC.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: TAKTAR INVESTMENT COMPANY).

IRANAGH, Gholamreza Radmard (a.k.a. RADMARD, Gholamreza), Iran; DOB 25 Jan 1984; POB Tabriz, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport F35337357 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

IRANAIR (a.k.a. HAVAPEYMAYI MELLI IRAN; a.k.a. IRAN AIR; a.k.a. IRAN AIR PJSC; a.k.a. IRANAIR CARGO; a.k.a. THE AIRLINE OF THE ISLAMIC REPUBLIC OF IRAN; a.k.a. "HOMA"), Iran Air Building, Mehrabad Airport, Tehran, Iran; Postal Box 13185-775, Tehran, Iran; Central Airlines Department of the Islamic Republic of Iran, Tehran Karaj Special Road, Beginning of Mehrabad International Airport, Tehran, Iran; Website www.iranair.com; alt. Website www.iranair.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100354259 (Iran); Registration Number 8132 [IRAN].

IRANAIR CARGO (a.k.a. HAVAPEYMAYI MELLI IRAN; a.k.a. IRAN AIR; a.k.a. IRAN AIR PJSC; a.k.a. IRANAIR; a.k.a. THE AIRLINE OF THE ISLAMIC REPUBLIC OF IRAN; a.k.a. "HOMA"), Iran Air Building, Mehrabad Airport, Tehran, Iran; Postal Box 13185-775, Tehran, Iran; Central Airlines Department of the Islamic Republic of Iran, Tehran Karaj Special Road, Beginning of Mehrabad International Airport, Tehran, Iran; Website www.iranair.com; alt. Website www.iranair.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100354259 (Iran); Registration Number 8132 [IRAN].

IRANIAN ALUMINUM COMPANY (a.k.a. IRAN ALUMINIUM COMPANY; a.k.a. IRAN ALUMINUM COMPANY; a.k.a. IRAN'S ALUMINUM COMPANY; a.k.a. "IRALCO"), No. 49 Mullah Sadra Street, Vanaq Square, After Kurdistan Crossroads, Tehran, Iran; P.O. Box 3, Arak, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 2600 (Iran) [IRAN-EO13871].

IRANIAN ATLAS COMPANY, No. 5, 10th Baharestan, Pasdaran Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Business Registration

Number 59784 (Iran) [SDGT] [IRGC] [IFSR]
(Linked To: ANSAR BANK).

IRANIAN COMMISSION FOR REBUILDING
SOUTHERN LEBANON (a.k.a. IRANIAN
COMMISSION IN LEBANON; a.k.a. IRANIAN
COMMITTEE FOR REBUILDING LEBANON;
a.k.a. IRANIAN COMMITTEE FOR THE
CONTRIBUTION IN THE RECONSTRUCTION
OF LEBANON; a.k.a. IRANIAN COMMITTEE
FOR THE RECONSTRUCTION OF LEBANON;
a.k.a. IRANIAN COMMITTEE TO
RECONSTRUCT LEBANON; a.k.a. IRANIAN
CONTRIBUTORY ORGANIZATION FOR
RECONSTRUCTING LEBANON; a.k.a.
IRANIAN HEADQUARTERS FOR THE
RECONSTRUCTION OF LEBANON; a.k.a.
IRANIAN ORGANIZATION FOR REBUILDING
LEBANON; a.k.a. IRANIAN ORGANIZATION
FOR RECONSTRUCTION IN LEBANON; a.k.a.
IRAN'S HEADQUARTERS FOR THE
RECONSTRUCTION OF LEBANON), Near
Iranian Embassy, Brazilia Building, 1st Floor,
Lebanon; Additional Sanctions Information -
Subject to Secondary Sanctions [SDGT] [IFSR].

IRANIAN COMMISSION IN LEBANON (a.k.a.
IRANIAN COMMISSION FOR REBUILDING
SOUTHERN LEBANON; a.k.a. IRANIAN
COMMITTEE FOR REBUILDING LEBANON;
a.k.a. IRANIAN COMMITTEE FOR THE
CONTRIBUTION IN THE RECONSTRUCTION
OF LEBANON; a.k.a. IRANIAN COMMITTEE
FOR THE RECONSTRUCTION OF LEBANON;
a.k.a. IRANIAN COMMITTEE TO
RECONSTRUCT LEBANON; a.k.a. IRANIAN
CONTRIBUTORY ORGANIZATION FOR
RECONSTRUCTING LEBANON; a.k.a.
IRANIAN HEADQUARTERS FOR THE
RECONSTRUCTION OF LEBANON; a.k.a.
IRANIAN ORGANIZATION FOR REBUILDING
LEBANON; a.k.a. IRANIAN ORGANIZATION
FOR RECONSTRUCTION IN LEBANON; a.k.a.
IRAN'S HEADQUARTERS FOR THE
RECONSTRUCTION OF LEBANON), Near
Iranian Embassy, Brazilia Building, 1st Floor,
Lebanon; Additional Sanctions Information -
Subject to Secondary Sanctions [SDGT] [IFSR].

IRANIAN COMMITTEE FOR REBUILDING
LEBANON (a.k.a. IRANIAN COMMISSION
FOR REBUILDING SOUTHERN LEBANON;
a.k.a. IRANIAN COMMISSION IN LEBANON;
a.k.a. IRANIAN COMMITTEE FOR THE
CONTRIBUTION IN THE RECONSTRUCTION
OF LEBANON; a.k.a. IRANIAN COMMITTEE
FOR THE RECONSTRUCTION OF LEBANON;
a.k.a. IRANIAN COMMITTEE TO

RECONSTRUCT LEBANON; a.k.a. IRANIAN
CONTRIBUTORY ORGANIZATION FOR
RECONSTRUCTING LEBANON; a.k.a.
IRANIAN HEADQUARTERS FOR THE
RECONSTRUCTION OF LEBANON; a.k.a.
IRANIAN ORGANIZATION FOR REBUILDING
LEBANON; a.k.a. IRANIAN ORGANIZATION
FOR RECONSTRUCTION IN LEBANON; a.k.a.
IRAN'S HEADQUARTERS FOR THE
RECONSTRUCTION OF LEBANON), Near
Iranian Embassy, Brazilia Building, 1st Floor,
Lebanon; Additional Sanctions Information -
Subject to Secondary Sanctions [SDGT] [IFSR].

IRANIAN COMMITTEE FOR THE
CONTRIBUTION IN THE RECONSTRUCTION
OF LEBANON (a.k.a. IRANIAN COMMISSION
FOR REBUILDING SOUTHERN LEBANON;
a.k.a. IRANIAN COMMISSION IN LEBANON;
a.k.a. IRANIAN COMMITTEE FOR
REBUILDING LEBANON; a.k.a. IRANIAN
COMMITTEE FOR THE RECONSTRUCTION
OF LEBANON; a.k.a. IRANIAN COMMITTEE
TO RECONSTRUCT LEBANON; a.k.a.
IRANIAN CONTRIBUTORY ORGANIZATION
FOR RECONSTRUCTING LEBANON; a.k.a.
IRANIAN HEADQUARTERS FOR THE
RECONSTRUCTION OF LEBANON; a.k.a.
IRANIAN ORGANIZATION FOR REBUILDING
LEBANON; a.k.a. IRANIAN ORGANIZATION
FOR RECONSTRUCTION IN LEBANON; a.k.a.
IRAN'S HEADQUARTERS FOR THE
RECONSTRUCTION OF LEBANON), Near
Iranian Embassy, Brazilia Building, 1st Floor,
Lebanon; Additional Sanctions Information -
Subject to Secondary Sanctions [SDGT] [IFSR].

IRANIAN COMMITTEE FOR THE
RECONSTRUCTION OF LEBANON (a.k.a.
IRANIAN COMMISSION FOR REBUILDING
SOUTHERN LEBANON; a.k.a. IRANIAN
COMMISSION IN LEBANON; a.k.a. IRANIAN
COMMITTEE FOR REBUILDING LEBANON;
a.k.a. IRANIAN COMMITTEE FOR THE
CONTRIBUTION IN THE RECONSTRUCTION
OF LEBANON; a.k.a. IRANIAN COMMITTEE
TO RECONSTRUCT LEBANON; a.k.a.
IRANIAN CONTRIBUTORY ORGANIZATION
FOR RECONSTRUCTING LEBANON; a.k.a.
IRANIAN HEADQUARTERS FOR THE
RECONSTRUCTION OF LEBANON; a.k.a.
IRANIAN ORGANIZATION FOR REBUILDING
LEBANON; a.k.a. IRANIAN ORGANIZATION
FOR RECONSTRUCTION IN LEBANON; a.k.a.
IRAN'S HEADQUARTERS FOR THE
RECONSTRUCTION OF LEBANON), Near
Iranian Embassy, Brazilia Building, 1st Floor,

Lebanon; Additional Sanctions Information -
Subject to Secondary Sanctions [SDGT] [IFSR].

IRANIAN COMMITTEE TO RECONSTRUCT
LEBANON (a.k.a. IRANIAN COMMISSION
FOR REBUILDING SOUTHERN LEBANON;
a.k.a. IRANIAN COMMISSION IN LEBANON;
a.k.a. IRANIAN COMMITTEE FOR
REBUILDING LEBANON; a.k.a. IRANIAN
COMMITTEE FOR THE CONTRIBUTION IN
THE RECONSTRUCTION OF LEBANON;
a.k.a. IRANIAN COMMITTEE FOR THE
RECONSTRUCTION OF LEBANON; a.k.a.
IRANIAN CONTRIBUTORY ORGANIZATION
FOR RECONSTRUCTING LEBANON; a.k.a.
IRANIAN HEADQUARTERS FOR THE
RECONSTRUCTION OF LEBANON; a.k.a.
IRANIAN ORGANIZATION FOR REBUILDING
LEBANON; a.k.a. IRANIAN ORGANIZATION
FOR RECONSTRUCTION IN LEBANON; a.k.a.
IRAN'S HEADQUARTERS FOR THE
RECONSTRUCTION OF LEBANON), Near
Iranian Embassy, Brazilia Building, 1st Floor,
Lebanon; Additional Sanctions Information -
Subject to Secondary Sanctions [SDGT] [IFSR].

IRANIAN COMMUNICATIONS REGULATORY
AUTHORITY (a.k.a. "SAZMAN-E TANZIM
MOGHARARAT"), Ministry of Information and
Communications Technology, P.O. Box 15598-
4415, 1631713761, Tehran, Iran; Website
http://www.cra.ir; Additional Sanctions
Information - Subject to Secondary Sanctions
[IRAN-TRA].

IRANIAN CONTRIBUTORY ORGANIZATION
FOR RECONSTRUCTING LEBANON (a.k.a.
IRANIAN COMMISSION FOR REBUILDING
SOUTHERN LEBANON; a.k.a. IRANIAN
COMMISSION IN LEBANON; a.k.a. IRANIAN
COMMITTEE FOR REBUILDING LEBANON;
a.k.a. IRANIAN COMMITTEE FOR THE
CONTRIBUTION IN THE RECONSTRUCTION
OF LEBANON; a.k.a. IRANIAN COMMITTEE
FOR THE RECONSTRUCTION OF LEBANON;
a.k.a. IRANIAN COMMITTEE TO
RECONSTRUCT LEBANON; a.k.a. IRANIAN
HEADQUARTERS FOR THE
RECONSTRUCTION OF LEBANON; a.k.a.
IRANIAN ORGANIZATION FOR REBUILDING
LEBANON; a.k.a. IRANIAN ORGANIZATION
FOR RECONSTRUCTION IN LEBANON; a.k.a.
IRAN'S HEADQUARTERS FOR THE
RECONSTRUCTION OF LEBANON), Near
Iranian Embassy, Brazilia Building, 1st Floor,
Lebanon; Additional Sanctions Information -
Subject to Secondary Sanctions [SDGT] [IFSR].

IRANIAN CYBER POLICE (a.k.a. FATA POLICE); Website http://www.cyberpolice.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

IRANIAN ENRICHMENT COMPANY (a.k.a. ADVANCED TECHNOLOGIES COMPANY OF IRAN; f.k.a. GHANI SAZI ENRICHMENT; a.k.a. IRAN ADVANCED TECHNOLOGIES COMPANY; f.k.a. IRAN URANIUM ENRICHMENT COMPANY; a.k.a. "ADVANCED TECHNOLOGIES"; a.k.a. "ADVANCED TECHNOLOGIES COMPANY"; a.k.a. "ADVANCED TECHNOLOGIES HOLDING COMPANY"; a.k.a. "IATC"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103378982 (Iran); Registration Number 299780 (Iran) [IRAN] [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

IRANIAN EXPORT DEVELOPMENT BANK (a.k.a. BANK TOSEE SADERAT IRAN; a.k.a. BANK TOSEH SADERAT IRAN; a.k.a. BANK TOSEYEH SADERAT IRAN; a.k.a. BANK TOWSEEH SADERAT IRAN; a.k.a. EXPORT DEVELOPMENT BANK OF IRAN; a.k.a. "EDBI"), No. 26, Tosee Tower (Export Development Building), Corner of 15th Street, Ahmad Qasir Avenue, Argentina Square, Tehran 1513815111, Iran; Website www.edbi.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 86936 (Iran) [IRAN] [SDGT] [IFSR] (Linked To: MB BANK).

IRANIAN GHADIR IRON & STEEL CO. (a.k.a. IRANIAN GHADIR IRON AND STEEL CO.; a.k.a. "IGISCO"), 25th Km. Aradakan, Naein Road, Yazd, Iran; No. 1 34th Alley, Valiasr St., After Saei Park, Tehran, Iran; Website www.igisco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

IRANIAN GHADIR IRON AND STEEL CO. (a.k.a. IRANIAN GHADIR IRON & STEEL CO.; a.k.a. "IGISCO"), 25th Km. Aradakan, Naein Road, Yazd, Iran; No. 1 34th Alley, Valiasr St., After Saei Park, Tehran, Iran; Website www.igisco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

IRANIAN HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON (a.k.a. IRANIAN COMMISSION FOR REBUILDING SOUTHERN LEBANON; a.k.a. IRANIAN COMMISSION IN LEBANON; a.k.a. IRANIAN COMMITTEE FOR REBUILDING LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE CONTRIBUTION IN THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE TO RECONSTRUCT LEBANON; a.k.a. IRANIAN CONTRIBUTORY ORGANIZATION FOR RECONSTRUCTING LEBANON; a.k.a. IRANIAN ORGANIZATION FOR REBUILDING LEBANON; a.k.a. IRANIAN ORGANIZATION FOR RECONSTRUCTION IN LEBANON; a.k.a. IRAN'S HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON), Near Iranian Embassy, Brazilia Building, 1st Floor, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR].

IRANIAN HELICOPTERS' MAINTENANCE AND REPAIRS COMPANY (a.k.a. IHSRC; a.k.a. IRAN HELICOPTER SUPPORT AND RENEWAL COMPANY; a.k.a. IRAN'S HELICOPTER RENOVATION AND LOGISTICS COMPANY; a.k.a. PANHA), Meherabad Airport Road, Azadi Square, Foroudgah Street, Meradj Avenue, Tehran, Iran; PO Box 13185-1688, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY (a.k.a. IRANIAN PETROCHEMICAL INVESTMENT GROUP COMPANY), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND (a.k.a. IRGC JANGAL ORGANIZATION; a.k.a. IRGC-CEC; f.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS ELECTRONIC WARFARE AND CYBER DEFENSE ORGANIZATION), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] [HRIT-IR].

IRANIAN MARTYRS FUND (a.k.a. AL-SHAHID ASSOCIATION FOR MARTYRS AND INTERNEES FAMILIES; a.k.a. AL-SHAHID CORPORATION; a.k.a. BONYAD SHAHID; a.k.a. BONYAD-E SHAHID; a.k.a. BONYAD-E SHAHID VA ISARGARAN; a.k.a. ES-SHAHID; a.k.a. MARTYRS FOUNDATION; a.k.a. SHAHID FOUNDATION; a.k.a. SHAHID FOUNDATION OF THE ISLAMIC REVOLUTION), P.O. Box 15815-1394, Tehran 15900, Iran; Additional Sanctions Information -

Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

IRANIAN MINES AND MINERAL INDUSTRIES DEVELOPMENT AND RENOVATION (a.k.a. IMIDRO; a.k.a. IRAN MINING INDUSTRIES DEVELOPMENT AND RENOVATION ORGANIZATION; a.k.a. IRANIAN MINES AND MINING INDUSTRIES DEVELOPMENT AND RENOVATION ORGANIZATION), No. 39, Sepahbod Gharani Avenue, Ferdousi Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

IRANIAN MINES AND MINING INDUSTRIES DEVELOPMENT AND RENOVATION ORGANIZATION (a.k.a. IMIDRO; a.k.a. IRAN MINING INDUSTRIES DEVELOPMENT AND RENOVATION ORGANIZATION; a.k.a. IRANIAN MINES AND MINERAL INDUSTRIES DEVELOPMENT AND RENOVATION), No. 39, Sepahbod Gharani Avenue, Ferdousi Square, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY (a.k.a. VEZARAT-E ETTELA'AT VA AMNIAT-E KESHVAR; a.k.a. "MOIS"; a.k.a. "VEVAK"), bounded roughly by Sanati Street on the west, 30th Street on the south, and Iraqi Street on the east, Tehran, Iran; Ministry of Intelligence, Second Negarestan Street, Pasdaran Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [SDGT] [SYRIA] [IFSR] [IRAN-HR] [HRIT-IR] [CYBER2] [HOSTAGES-EO14078].

IRANIAN MINISTRY OF PETROLEUM (a.k.a. MINISTRY OF PETROLEUM), Iranian Ministry of Petroleum Building, Taleghani Ave., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

IRANIAN NOVIN INDUSTRY DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

IRANIAN NOVIN SYSTEMS MANAGEMENT (a.k.a. MATIN SANAT NIK ANDISHAN; a.k.a. "MASNA"; a.k.a. "MSNA"), Unit 13, Number 13, Kuhestan-e Sheshom, Nobonyad Square, Tehran, Iran; Additional Sanctions Information -

Subject to Secondary Sanctions [NPWMD] [IFSR].

IRANIAN OIL COMPANY (U.K.) LIMITED (a.k.a. IOC UK LTD), Riverside House, Riverside Drive, Aberdeen AB11 7LH, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 01019769 (United Kingdom); all offices worldwide [IRAN].

IRANIAN OIL PIPELINES AND TELECOMMUNICATION CO. (a.k.a. IOPTC), Qarani Street, No. 135, Tehran, Tehran Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: MINISTRY OF PETROLEUM).

IRANIAN ORGANIZATION FOR REBUILDING LEBANON (a.k.a. IRANIAN COMMISSION FOR REBUILDING SOUTHERN LEBANON; a.k.a. IRANIAN COMMISSION IN LEBANON; a.k.a. IRANIAN COMMITTEE FOR REBUILDING LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE CONTRIBUTION IN THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE TO RECONSTRUCT LEBANON; a.k.a. IRANIAN CONTRIBUTORY ORGANIZATION FOR RECONSTRUCTING LEBANON; a.k.a. IRANIAN HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN ORGANIZATION FOR RECONSTRUCTION IN LEBANON; a.k.a. IRAN'S HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON), Near Iranian Embassy, Brazilia Building, 1st Floor, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR].

IRANIAN ORGANIZATION FOR RECONSTRUCTION IN LEBANON (a.k.a. IRANIAN COMMISSION FOR REBUILDING SOUTHERN LEBANON; a.k.a. IRANIAN COMMISSION IN LEBANON; a.k.a. IRANIAN COMMITTEE FOR REBUILDING LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE CONTRIBUTION IN THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE TO RECONSTRUCT LEBANON; a.k.a. IRANIAN CONTRIBUTORY ORGANIZATION FOR RECONSTRUCTING LEBANON; a.k.a. IRANIAN HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN ORGANIZATION FOR REBUILDING

LEBANON; a.k.a. IRAN'S HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON), Near Iranian Embassy, Brazilia Building, 1st Floor, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR].

IRANIAN PETROCHEMICAL INVESTMENT DEVELOPMENT MANAGEMENT COMPANY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

IRANIAN PETROCHEMICAL INVESTMENT GROUP COMPANY (a.k.a. IRANIAN INVESTMENT PETROCHEMICAL GROUP COMPANY), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

IRANIAN POLICE (a.k.a. IRAN'S LAW ENFORCEMENT FORCES; a.k.a. LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN; a.k.a. NIRUYIH INTIZAMIYEH JUMHURIYIH ISLAMIYIH IRAN); Additional Sanctions Information - Subject to Secondary Sanctions [SYRIA] [IRAN-HR] [HRIT-IR].

IRANIAN POLICE SPECIAL UNITS (a.k.a. LEF SPECIAL UNITS; a.k.a. NAJA SPECIAL UNITS; a.k.a. SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES; a.k.a. YEGAN-E VIZHE (Arabic: یگان ویژه ناجا); a.k.a. "YEGOP"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

IRANIAN PRESS SUPERVISORY BOARD (a.k.a. PRESS SUPERVISORY BOARD), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-TRA].

IRANIAN SPECIAL POLICE FORCES (a.k.a. IRAN'S COUNTER-TERROR SPECIAL FORCES; a.k.a. NIROO-YE VIZHE PASDAR-E VELAYAT; a.k.a. SUPREME LEADER'S GUARDIAN SPECIAL FORCES; a.k.a. "NOPO" (Arabic: "نوپو"); a.k.a. "PROVINCIAL SPECIAL FORCES"; a.k.a. "SPECIAL COUNTER-TERRORISM FORCE"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES).

IRANIAN TEJARAT OFOG PISHGAMAN BAZARGANI COMPANY (a.k.a. BAZARGANI

PISHGAMAN GOSTARESH OFOQ TEJARAT IRANIAN COMPANY; a.k.a. IRANIAN TRADE HORIZON PIONEERS COMMERCIAL COMPANY; a.k.a. PISHGAMAN HORIZON DEVELOPMENT GOSTARESH OFOQ IRANIAN BUSINESS TRADING COMPANY; a.k.a. PISHGAMAN HORIZON DEVELOPMENT IRANIAN BUSINESS TRADING COMPANY (Arabic: شرکت بازرگانی پیشگامان گسترش افق تجارت ایرانیان); a.k.a. "PISHGAMAN COMPANY"), Resalat Expressway, Not Reaching Africa Central Building of the Foundation for the Oppressed of the Islamic Revolution, Ninth Floor, Tehran 1519613511, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320843860 (Iran); Registration Number 433545 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

IRANIAN TITANIUM DEVELOPMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

IRANIAN TRADE HORIZON PIONEERS COMMERCIAL COMPANY (a.k.a. BAZARGANI PISHGAMAN GOSTARESH OFOQ TEJARAT IRANIAN COMPANY; a.k.a. IRANIAN TEJARAT OFOG PISHGAMAN BAZARGANI COMPANY; a.k.a. PISHGAMAN HORIZON DEVELOPMENT GOSTARESH OFOQ IRANIAN BUSINESS TRADING COMPANY; a.k.a. PISHGAMAN HORIZON DEVELOPMENT IRANIAN BUSINESS TRADING COMPANY (Arabic: شرکت بازرگانی پیشگامان گسترش افق تجارت ایرانیان); a.k.a. "PISHGAMAN COMPANY"), Resalat Expressway, Not Reaching Africa Central Building of the Foundation for the Oppressed of the Islamic Revolution, Ninth Floor, Tehran 1519613511, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320843860 (Iran); Registration Number 433545 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

IRANIAN TURBINE MANUFACTURING INDUSTRIES (a.k.a. DESIGN AND MANUFACTURE OF AIRCRAFT ENGINES; a.k.a. DESIGN AND MANUFACTURING OF AERO-ENGINE COMPANY (Arabic: شرکت طراحی و ساخت موتورهای هوایی); a.k.a. TURBINE ENGINE MANUFACTURING CO.; f.k.a. TURBINE ENGINE MANUFACTURING PLANT; a.k.a. "DAMA"; a.k.a. "SAMT"; f.k.a. "TEM"),

Shishesh Mina Street, Karaj Special Road, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005160213 (Iran); Registration Number 22142 (Iran); alt. Registration Number 477457 (Iran) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

IRANO - MISR SHIPPING CO (a.k.a. IRAN AND EGYPT SHIPPING COMPANY; a.k.a. IRAN AND EGYPT SHIPPING LINES; a.k.a. IRANO MISR; a.k.a. IRANO MISR SHIPPING COMPANY; f.k.a. NEFERTITI SHIPPING AND MARITIME SERVICES), Building 6, Al Horreya Street, 1st Floor, El Attarin Area, 1016, Alexandria, Egypt; PO Box 1016, Alexandria, Egypt; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRANO HIND SHIPPING COMPANY LTD (a.k.a. IRAN AND INDIA SHIPPING COMPANY; a.k.a. IRAN AND INDIA SHIPPING LINES), 18 Sedaghat St, Opposite Park Millat, Vali-e-Asr Ave, PO Box 15875-4647, Tehran, Iran; Website www.iranohind.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRANO MISR (a.k.a. IRAN AND EGYPT SHIPPING COMPANY; a.k.a. IRAN AND EGYPT SHIPPING LINES; a.k.a. IRANO - MISR SHIPPING CO; a.k.a. IRANO MISR SHIPPING COMPANY; f.k.a. NEFERTITI SHIPPING AND MARITIME SERVICES), Building 6, Al Horreya Street, 1st Floor, El Attarin Area, 1016, Alexandria, Egypt; PO Box 1016, Alexandria, Egypt; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRANO MISR SHIPPING COMPANY (a.k.a. IRAN AND EGYPT SHIPPING COMPANY; a.k.a. IRAN AND EGYPT SHIPPING LINES; a.k.a. IRANO - MISR SHIPPING CO; a.k.a. IRANO MISR; f.k.a. NEFERTITI SHIPPING AND MARITIME SERVICES), Building 6, Al Horreya Street, 1st Floor, El Attarin Area, 1016, Alexandria, Egypt; PO Box 1016, Alexandria, Egypt; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRANOSHARGH COMPANY (a.k.a. IRAN & SHARGH COMPANY; a.k.a. IRAN AND EAST COMPANY; a.k.a. IRAN AND SHARGH COMPANY; a.k.a. SHERKAT-E IRAN VA SHARGH), 827, North of Seyedkhandan Bridge, Shariati Street, P.O. Box 13185-1445, Tehran 16616, Iran; No. 41, Next to 23rd Alley, South Gandi St., Vanak Square, Tehran 15179, Iran; Website http://www.iranoshargh.com; Additional

Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRAN'S ALUMINUM COMPANY (a.k.a. IRAN ALUMINIUM COMPANY; a.k.a. IRAN ALUMINUM COMPANY; a.k.a. IRANIAN ALUMINUM COMPANY; a.k.a. "IRALCO"), No. 49 Mullah Sadra Street, Vanaq Square, After Kurdistan Crossroads, Tehran, Iran; P.O. Box 3, Arak, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 2600 (Iran) [IRAN-EO13871].

IRAN'S COUNTER-TERROR SPECIAL FORCES (a.k.a. IRANIAN SPECIAL POLICE FORCES; a.k.a. NIROO-YE VIZHE PASDAR-E VELAYAT; a.k.a. SUPREME LEADER'S GUARDIAN SPECIAL FORCES; a.k.a. "NOPO" (Arabic: "نوپو"); a.k.a. "PROVINCIAL SPECIAL FORCES"; a.k.a. "SPECIAL COUNTER-TERRORISM FORCE"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES).

IRAN'S HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON (a.k.a. IRANIAN COMMISSION FOR REBUILDING SOUTHERN LEBANON; a.k.a. IRANIAN COMMISSION IN LEBANON; a.k.a. IRANIAN COMMITTEE FOR REBUILDING LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE CONTRIBUTION IN THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN COMMITTEE TO RECONSTRUCT LEBANON; a.k.a. IRANIAN CONTRIBUTORY ORGANIZATION FOR RECONSTRUCTING LEBANON; a.k.a. IRANIAN HEADQUARTERS FOR THE RECONSTRUCTION OF LEBANON; a.k.a. IRANIAN ORGANIZATION FOR REBUILDING LEBANON; a.k.a. IRANIAN ORGANIZATION FOR RECONSTRUCTION IN LEBANON), Near Iranian Embassy, Brazilia Building, 1st Floor, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR].

IRAN'S HELICOPTER RENOVATION AND LOGISTICS COMPANY (a.k.a. IHSRC; a.k.a. IRAN HELICOPTER SUPPORT AND RENEWAL COMPANY; a.k.a. IRANIAN HELICOPTERS' MAINTENANCE AND REPAIRS COMPANY; a.k.a. PANHA), Meherabad Airport Road, Azadi Square, Foroudgah Street, Meradj Avenue, Tehran, Iran; PO Box 13185-1688, Tehran, Iran; Additional

Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRAN'S LAW ENFORCEMENT FORCES (a.k.a. IRANIAN POLICE; a.k.a. LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN; a.k.a. NAJA; a.k.a. NIRUYIH INTIZAMIYEH JUMHURIYIH ISLAMIYIH IRAN); Additional Sanctions Information - Subject to Secondary Sanctions [SYRIA] [IRAN-HR] [HRIT-IR].

IRAN'S MORALITY POLICE (a.k.a. MORAL SECURITY POLICE (Arabic: پلیس امنیت اخلاقی)), Vozara Street, corner of 25th Street, District 6, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

IRAN'S NUCLEAR POWER PLANT CONSTRUCTION MANAGEMENT COMPANY (a.k.a. "MASNA"); Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

IRAN'S REVOLUTIONARY GUARD CORPS (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

IRAN'S REVOLUTIONARY GUARDS (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a.

IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

IRANSAFFRON CO (a.k.a. ARFA PAINT COMPANY; a.k.a. ARFEH COMPANY; a.k.a. FARASEPEHR ENGINEERING COMPANY; a.k.a. HOSSEINI NEJAD TRADING CO.; a.k.a. IRAN SAFFRON COMPANY; a.k.a. SHETAB G; a.k.a. SHETAB GAMAN; a.k.a. SHETAB TRADING; a.k.a. Y.A.S. CO LTD.; a.k.a. YASA PART), West Lavansai, Tehran 009821, Iran; Sa'adat Abaad, Shahrdari Sq Sarv Building, 9th Floor, Unit 5, Tehran, Iran; No 17, Balooch Alley, Vaezi St, Shariati Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

IRAN-VENEZUELA BI-NATIONAL BANK (a.k.a. "IVBB"), IVBB Headquarters, 30th Alley, No. 96, Khaled Eslamboli Street, (Vozara), PO Box 15175-598, Tehran 15119-57111, Iran; Website http://en.ivbb.ir/; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [SDGT] [IFSR] (Linked To: EXPORT DEVELOPMENT BANK OF IRAN).

IRAQ EXPRESS (a.k.a. FLY BAGHDAD (Arabic: فلاي بغداد); a.k.a. FLY BAGHDAD AIRLINES COMPANY), Hurriya Square, Building 66, Street 25, Sector 925, Babil Neighborhood, Baghdad, Iraq; Jamia Street, Jadriya, Baghdad, Iraq; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2014; Organization Type: Passenger air transport [SDGT] (Linked To:

ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

IRAQI ALLIED SERVICES LIMITED, United Kingdom [IRAQ2].

IRAQI FREIGHT SERVICES LIMITED, United Kingdom [IRAQ2].

IRAQI TRADE CENTER, Dubai, United Arab Emirates [IRAQ2].

IRASCO ITALY (a.k.a. IRASCO S.R.L.), Via Di Francia 3, Genoa 16149, Italy; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID GE 348075 (Italy); all offices worldwide [IRAN].

IRASCO S.R.L. (a.k.a. IRASCO ITALY), Via Di Francia 3, Genoa 16149, Italy; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID GE 348075 (Italy); all offices worldwide [IRAN].

IRAY TECHNOLOGY CO LTD (a.k.a. YANTAI AIRUI OPTOELECTRONIC TECHNOLOGY CO LTD (Chinese Simplified: 烟台艾睿光电科技有限公司); a.k.a. YANTAI IRAY TECHNOLOGY CO LTD; a.k.a. "IRAY TECHNOLOGIES"), No. 11, Guiyang Street, Yantai Development Zone, Yantai, Shandong 264000, China; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Unified Social Credit Code (USCC) 91370600557897249A (China) [RUSSIA-EO14024].

IRG (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC

REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

IRGC (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

IRGC AEROSPACE FORCE (a.k.a. AEROSPACE DIVISION OF IRGC; a.k.a. AEROSPACE FORCE OF THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. AFAGIR; a.k.a. AIR FORCE, IRGC (PASDARAN); a.k.a. IRGC AIR FORCE; a.k.a. IRGCAF; a.k.a. IRGCASF; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AEROSPACE FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AIR FORCE; a.k.a. SEPAH PASDARAN AIR FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [RUSSIA-EO14024].

IRGC AIR FORCE (a.k.a. AEROSPACE DIVISION OF IRGC; a.k.a. AEROSPACE FORCE OF THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a.

AFAGIR; a.k.a. AIR FORCE, IRGC (PASDARAN); a.k.a. IRGC AEROSPACE FORCE; a.k.a. IRGCAF; a.k.a. IRGCASF; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AEROSPACE FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AIR FORCE; a.k.a. SEPAH PASDARAN AIR FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [RUSSIA-EO14024].

IRGC AIR FORCE AL-GHADIR MISSILE COMMAND (a.k.a. IRGC MISSILE COMMAND; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AL-GHADIR MISSILE COMMAND), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

IRGC COOPERATIVE FOUNDATION (a.k.a. BONYAD TAAVON SEPAH; a.k.a. BONYAD-E TA'AVON-E; a.k.a. SEPAH COOPERATIVE FOUNDATION), Niayes Highway, Seoul Street, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

IRGC GROUND FORCES (a.k.a. ISLAMIC REVOLUTION GUARDS CORPS GROUND FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [IRGC].

IRGC INTELLIGENCE ORGANIZATION (a.k.a. IRGC-IO; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS INTELLIGENCE ORGANIZATION), Iran [HOSTAGES-EO14078].

IRGC JANGAL ORGANIZATION (a.k.a. IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND; a.k.a. IRGC-CEC; f.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS ELECTRONIC WARFARE AND CYBER DEFENSE ORGANIZATION), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] [HRIT-IR].

IRGC MISSILE COMMAND (a.k.a. IRGC AIR FORCE AL-GHADIR MISSILE COMMAND; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AL-GHADIR MISSILE COMMAND), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

IRGC NAVY (a.k.a. ISLAMIC REVOLUTION GUARDS CORPS NAVAL FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [IRGC].

IRGCAF (a.k.a. AEROSPACE DIVISION OF IRGC; a.k.a. AEROSPACE FORCE OF THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. AFAGIR; a.k.a. AIR FORCE, IRGC (PASDARAN); a.k.a. IRGC AEROSPACE FORCE; a.k.a. IRGC AIR FORCE; a.k.a. IRGCASF; a.k.a. IRGC REVOLUTION GUARDS CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AEROSPACE FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AIR FORCE; a.k.a. SEPAH PASDARAN AIR FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [RUSSIA-EO14024].

IRGCASF (a.k.a. AEROSPACE DIVISION OF IRGC; a.k.a. AEROSPACE FORCE OF THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. AFAGIR; a.k.a. AIR FORCE, IRGC (PASDARAN); a.k.a. IRGC AEROSPACE FORCE; a.k.a. IRGC AIR FORCE; a.k.a. IRGCAF; a.k.a. IRGC REVOLUTION GUARDS CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AEROSPACE FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AIR FORCE; a.k.a. SEPAH PASDARAN AIR FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [RUSSIA-EO14024].

IRGC-CEC (a.k.a. IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND; a.k.a. IRGC JANGAL ORGANIZATION; f.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS ELECTRONIC WARFARE AND CYBER DEFENSE ORGANIZATION), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] [HRIT-IR].

IRGC-IO (a.k.a. IRGC INTELLIGENCE ORGANIZATION; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS INTELLIGENCE ORGANIZATION), Iran [HOSTAGES-EO14078].

IRGC-QF (a.k.a. AL QODS; a.k.a. IRGC-QUDS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS-QODS FORCE; a.k.a. JERUSALEM FORCE; a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN); a.k.a. QODS (JERUSALEM) FORCE OF THE IRGC; a.k.a. QODS FORCE; a.k.a. QUDS FORCE; a.k.a. SEPAH-E QODS; a.k.a. SEPAH-E QODS (JERUSALEM FORCE)), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [SYRIA] [IRGC] [IFSR] [IRAN-HR] [ELECTION-EO13848].

IRGC-QUDS FORCE (a.k.a. AL QODS; a.k.a. IRGC-QF; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS-QODS FORCE; a.k.a. JERUSALEM FORCE; a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN); a.k.a. QODS (JERUSALEM) FORCE OF THE IRGC; a.k.a. QODS FORCE; a.k.a. QUDS FORCE; a.k.a. SEPAH-E QODS; a.k.a. SEPAH-E QODS (JERUSALEM FORCE)), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [SYRIA] [IRGC] [IFSR] [IRAN-HR] [ELECTION-EO13848].

IRIDESCENT CO LTD (a.k.a. IRIDESCENT CO., LTD), Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Unit 07, Bangtai Industrial Park, 421, Guanghua Lu, Jiangbei Qu, Ningbo, Zhejiang 315100, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Feb 2022; Identification Number IMO 6311331; Registration Number 113186 (Marshall Islands) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

IRIDESCENT CO., LTD (a.k.a. IRIDESCENT CO LTD), Trust Company Complex, Ajeltake Road, Majuro, Ajeltake Island 96960, Marshall Islands; Unit 07, Bangtai Industrial Park, 421, Guanghua Lu, Jiangbei Qu, Ningbo, Zhejiang 315100, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 18 Feb 2022; Identification Number IMO 6311331; Registration Number 113186 (Marshall Islands) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

IRIE, Tadashi; DOB 09 Dec 1944; POB Uwajima, Ehime, Japan (individual) [TCO].

IRINVESTSHIP LIMITED (a.k.a. LONDON IRINVEST SHIP COMPANY), 10 Greycoat Place, London SW1P 1SB, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. 04110179 (United Kingdom) [IRAN].

IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRA ARMY COUNCIL; a.k.a. NEW IRISH REPUBLICAN ARMY; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. "NEW IRA"; a.k.a. "NIRA"; a.k.a. "REAL IRA"; a.k.a. "RIRA"), Ireland; Northern Ireland, United Kingdom; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

IRISL (a.k.a. ISLAMIC REPUBLIC OF IRAN SHIPPING LINES), Asseman Tower, Pasdaran Street, Tehran, Iran; P.O. Box 19395-177, Tehran, Iran; P.O. Box 1957614114, Tehran, Iran; No 523, Al Seman Tower Building, No 8: Narenjestan, Laveltani Street, Sayya Shirazi Square, Pasdaran Street, Tehran 1957617114, Iran; No 37 Aseman Tower Sayyade Shirazee Square, Pasdaran Avenue, PO Box 19395-1311, Tehran, Iran; Website www.irisl.net; IFCA Determination - Involved in the Shipping Sector; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.  Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY.  Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.  Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Trade License No. 11670 (Iran); All Offices Worldwide [IRAN] [NPWMD] [IFSR] [IFCA].

IRISL CLUB (a.k.a. ISLAMIC REPUBLIC OF IRAN SHIPPING LINES COMFORT SERVICES; a.k.a. MARITIME WELFARE SERVICES INSTITUTE; a.k.a. SHIPPING WELFARE SERVICES INSTITUTE), Number 63, East Shahid Tajrlu Street, Shahid Tajrlu Square, Shian, Iran; Website www.irislclub.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRISL EUROPE GMBH, Schottweg 5, Hamburg 22087, Germany; Website www.irisl-europe.de; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. HRB 81573 [IRAN].

IRISL MARINE SERVICES (a.k.a. GHESHM SHIPPING LINES MARINE AND ENGINEERING SERVICES CO; a.k.a. IMSENGCO; a.k.a. IRISL MARINE SERVICES AND ENGINEERING COMPANY), Iran shahr Street 221, Karimkhan Zand Avenue, Tehran, Iran; Website www.imsengco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRISL MARINE SERVICES AND ENGINEERING COMPANY (a.k.a. GHESHM SHIPPING LINES MARINE AND ENGINEERING SERVICES CO; a.k.a. IMSENGCO; a.k.a. IRISL MARINE SERVICES), Iran shahr Street 221, Karimkhan Zand Avenue, Tehran, Iran; Website www.imsengco.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRISL MARITIME TRAINING INSTITUTE (a.k.a. IRISL MTI), No. 63, East Tajarloo Ave, Tajarloo Square, Shiyan, Tehran, Iran; Reiesali Delvari Ave, Bushehr 7514618787, Iran; Farhang Ave, Khazar's Building, Anzali 4314695613, Iran; Website www.irmti.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRISL MTI (a.k.a. IRISL MARITIME TRAINING INSTITUTE), No. 63, East Tajarloo Ave, Tajarloo Square, Shiyan, Tehran, Iran; Reiesali Delvari Ave, Bushehr 7514618787, Iran; Farhang Ave, Khazar's Building, Anzali 4314695613, Iran; Website www.irmti.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

IRISL MULTIMODAL TRANSPORT CO., No. 25 Sanaei Street, Karim Khan Zand Street, Shahid Arabi Line, Tehran, Iran; Website www.irislmtc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 230766 [IRAN].

IR-ITAL (a.k.a. IRITAL SHIPPING LINES COMPANY; a.k.a. IRITAL SHIPPING S.R.L.), Via Gerolamo Morone 6, Milano 20121, Italy; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. GE0426505 (Italy) [IRAN].

IRITAL SHIPPING LINES COMPANY (a.k.a. IR-ITAL; a.k.a. IRITAL SHIPPING S.R.L.), Via Gerolamo Morone 6, Milano 20121, Italy; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. GE0426505 (Italy) [IRAN].

IRITAL SHIPPING S.R.L. (a.k.a. IR-ITAL; a.k.a. IRITAL SHIPPING LINES COMPANY), Via Gerolamo Morone 6, Milano 20121, Italy; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. GE0426505 (Italy) [IRAN].

IRKUT AIRCRAFT FACTORY (a.k.a. IRKUTSK AVIATION PLANT), 3, Novatorov St., Irkutsk 664020, Russia; Organization Established Date 1934; Target Type State-Owned Enterprise [RUSSIA-EO14024].

IRKUT CORP PJSC (a.k.a. IRKUT CORPORATION JOINT STOCK COMPANY; a.k.a. KORPORATSIYA IRKUT PAO; a.k.a. NP KORPORATSIYA IRKUT PAO; f.k.a. OAO SCIENTIFIC PRODUCTION CORPORATION IRKUT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO NAUCHNO-PROIZVODSTVENNAYA IRKUT), 68, Leningradsky Prospekt, Moscow 125315, Russia; Tax ID No. 3807002509 (Russia); Registration Number 1023801428111 (Russia) [RUSSIA-EO14024].

IRKUT CORPORATION JOINT STOCK COMPANY (a.k.a. IRKUT CORP PJSC; a.k.a. KORPORATSIYA IRKUT PAO; a.k.a. NP KORPORATSIYA IRKUT PAO; f.k.a. OAO SCIENTIFIC PRODUCTION CORPORATION IRKUT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO NAUCHNO-PROIZVODSTVENNAYA IRKUT), 68, Leningradsky Prospekt, Moscow 125315, Russia; Tax ID No. 3807002509 (Russia); Registration Number 1023801428111 (Russia) [RUSSIA-EO14024].

IRKUT-AVTOTRANS (a.k.a. IRKUT-AVTOTRANS OOO), ul Novatorov d 3, Irkutsk 664020, Russia; Tax ID No. 3810035769 (Russia); Registration Number 1043801430386 (Russia) [RUSSIA-EO14024] (Linked To: IRKUT CORPORATION JOINT STOCK COMPANY).

IRKUT-AVTOTRANS OOO (a.k.a. IRKUT-AVTOTRANS), ul Novatorov d 3, Irkutsk 664020, Russia; Tax ID No. 3810035769 (Russia); Registration Number 1043801430386 (Russia) [RUSSIA-EO14024] (Linked To: IRKUT CORPORATION JOINT STOCK COMPANY).

IRKUT-REMSTROI (a.k.a. IRKUT-REMSTROI OOO), ul Novatorov d 3, Irkutsk 664020, Russia; Tax ID No. 3810035310 (Russia); Registration Number 1043801429110 (Russia) [RUSSIA-EO14024] (Linked To: IRKUT CORPORATION JOINT STOCK COMPANY).

IRKUT-REMSTROI OOO (a.k.a. IRKUT-REMSTROI), ul Novatorov d 3, Irkutsk 664020, Russia; Tax ID No. 3810035310 (Russia); Registration Number 1043801429110 (Russia) [RUSSIA-EO14024] (Linked To: IRKUT CORPORATION JOINT STOCK COMPANY).

IRKUTSK AVIATION PLANT (a.k.a. IRKUT AIRCRAFT FACTORY), 3, Novatorov St., Irkutsk 664020, Russia; Organization Established Date 1934; Target Type State-Owned Enterprise [RUSSIA-EO14024].

IRKUTSKGEOFIZIKA AO (Cyrillic: ИРКУТСКГЕОФИЗИКА АО), Ulitsa Klary Tsetkin, Dom 9A, Irkutsk 664039, Russia; Tax ID No. 3808228996 (Russia); Registration Number 1133850014165 (Russia) [RUSSIA-EO14024].

IRKUT-STANKO SERVICE (a.k.a. IRKUT-STANKO SERVIS OOO), ul Novatorov d 3, Irkutsk 664020, Russia; Tax ID No. 3810035303 (Russia); Registration Number 1043801429100 (Russia) [RUSSIA-EO14024] (Linked To: IRKUT CORPORATION JOINT STOCK COMPANY).

IRKUT-STANKO SERVIS OOO (a.k.a. IRKUT-STANKO SERVICE), ul Novatorov d 3, Irkutsk 664020, Russia; Tax ID No. 3810035303 (Russia); Registration Number 1043801429100 (Russia) [RUSSIA-EO14024] (Linked To: IRKUT CORPORATION JOINT STOCK COMPANY).

IRKUT-ZENIT OOO (a.k.a. SOTS IRKUT-ZENIT; a.k.a. SPORTIVNO-OZDOROVITELNYI TSENTR IRKUT-ZENIT), ul Aviastroitelei d 4 korp A, Irkutsk 664002, Russia; Tax ID No. 3810034864 (Russia); Registration Number 1043801428065 (Russia) [RUSSIA-EO14024] (Linked To: IRKUT CORPORATION JOINT STOCK COMPANY).

IRLOO, Hassan (a.k.a. AMIRIAN, Amir; a.k.a. AZADFAR, Mansur; a.k.a. EYRLO, Hassan; a.k.a. EYRLOU, Hassan; a.k.a. HASSAN, Abu; a.k.a. IRLU, Hasan; a.k.a. IRLU, Hasan Azir), Sanaa, Yemen; DOB 11 Jun 1964; alt. DOB 1959; alt. DOB 1958; alt. DOB 1960; POB Rey, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0089886348 (Iran) (individual) [SDGT] [IRGC]

[IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

IRLU, Hasan (a.k.a. AMIRIAN, Amir; a.k.a. AZADFAR, Mansur; a.k.a. EYRLO, Hassan; a.k.a. EYRLOU, Hassan; a.k.a. HASSAN, Abu; a.k.a. IRLOO, Hassan; a.k.a. IRLU, Hasan Azir), Sanaa, Yemen; DOB 11 Jun 1964; alt. DOB 1959; alt. DOB 1958; alt. DOB 1960; POB Rey, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0089886348 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

IRLU, Hasan Azir (a.k.a. AMIRIAN, Amir; a.k.a. AZADFAR, Mansur; a.k.a. EYRLO, Hassan; a.k.a. EYRLOU, Hassan; a.k.a. HASSAN, Abu; a.k.a. IRLOO, Hassan; a.k.a. IRLU, Hasan), Sanaa, Yemen; DOB 11 Jun 1964; alt. DOB 1959; alt. DOB 1958; alt. DOB 1960; POB Rey, Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0089886348 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

IRON MOUNTAIN ENTERPRISES LIMITED (a.k.a. IRON MOUNTAIN ENTREPRISES; a.k.a. "IMEL"), Virgin Islands, British [GLOMAG] (Linked To: ORIENTAL IRON COMPANY SPRL).

IRON MOUNTAIN ENTREPRISES (a.k.a. IRON MOUNTAIN ENTERPRISES LIMITED; a.k.a. "IMEL"), Virgin Islands, British [GLOMAG] (Linked To: ORIENTAL IRON COMPANY SPRL).

IRONHILL HOLDINGS LIMITED, Dimokritou, 15 Panaretos Eliena Complex, Flat 104, Potamos Germasogeias, Limassol 4041, Cyprus; Organization Established Date 20 Mar 2014; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Registration Number HE 330753 (Cyprus) [RUSSIA-EO14024] (Linked To: BASHKIROV, Aleksei Vladimirovich).

IRONSTONE MARINE INVESTMENTS, SCF Unicom Tower, Maximos Plaza, a8, Maximou Michailidi Street, Neapolis, Limassol 3106, Cyprus; Organization Type: Activities of holding companies; Target Type Private Company; Identification Number IMO 3001731 [RUSSIA-EO14024] (Linked To: PUTIN, Vladimir Vladimirovich).

IRS LASER TECHNOLOGY LIMITED LIABILITY COMPANY (a.k.a. IRS LAZER

TEKHNOLODZHI; a.k.a. "IRS LASER TECH"), Ul. Komsomolskaya D. 19, Berezovskiy 623704, Russia; Organization Established Date 22 Jun 2017; Tax ID No. 6678083936 (Russia); Registration Number 1176658062129 (Russia) [RUSSIA-EO14024].

IRS LAZER TEKHNOLODZHI (a.k.a. IRS LASER TECHNOLOGY LIMITED LIABILITY COMPANY; a.k.a. "IRS LASER TECH"), Ul. Komsomolskaya D. 19, Berezovskiy 623704, Russia; Organization Established Date 22 Jun 2017; Tax ID No. 6678083936 (Russia); Registration Number 1176658062129 (Russia) [RUSSIA-EO14024].

IRSA S.A. (a.k.a. INVERSIONES Y REPRESENTACIONES S.A.), Carrera 43A No. 16A Sur - 38, Barrio El Poblado, Medellin, Colombia; NIT # 811040270-5 (Colombia) [SDNT].

IRTVU (a.k.a. ISLAMIC RADIO AND TELEVISION UNION), Iran; Beirut, Lebanon; Kabul, Afghanistan; Additional Sanctions Information - Subject to Secondary Sanctions [ELECTION-EO13848] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

IS BANK, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK INDUSTRIALNY SBEREGATELNY BANK; f.k.a. CLOSED JOINT STOCK COMPANY COMMERCIAL BANK 'INDUSTRIAL SAVINGS BANK'; a.k.a. JOINT-STOCK COMPANY COMMERCIAL BANK 'INDUSTRIAL SAVINGS BANK'; a.k.a. JSC CB 'IS BANK'), Eldoradovsky per 7, Moscow 125167, Russia; 29/UL, prospect Kirova, Simferopol, Crimea 295011, Ukraine; Building 160, Office 104, Kievskaya Street, Simferopol, Crimea 295493, Ukraine; Building 25, Lenin Street, Kerch, Crimea 298300, Ukraine; SWIFT/BIC RISBRUMM; BIK (RU) 044525349; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027739339715 (Russia); Tax ID No. 7744001673 (Russia); Government Gazette Number 40199908 (Russia) [UKRAINE-EO13685].

IS EAST ASIA DIVISION (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a. DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS PHILIPPINES; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIL PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a. ISIS IN THE PHILIPPINES; a.k.a. ISIS PHILIPPINE

PROVINCE; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a. "DIWM"; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines [FTO] [SDGT].

IS EGYPT (a.k.a. IS-EGYPT; a.k.a. ISIS-EGYPT; a.k.a. ISLAMIC STATE EGYPT; a.k.a. ISLAMIC STATE IN EGYPT), Egypt [SDGT].

IS PHILIPPINES (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a. DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS EAST ASIA DIVISION; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIL PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a. ISIS IN THE PHILIPPINES; a.k.a. ISIS PHILIPPINE PROVINCE; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a. "DIWM"; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines [FTO] [SDGT].

'ISA, Abd-al-Rahman Fahiye (a.k.a. ISSE MOHAMUD, Abdirahman Fahiye; a.k.a. "ADEN, Ahmed"; a.k.a. "AL-SHARQAWI, Shaykh Abu-Mus'ab"; a.k.a. "FAHIYE, Abdirahman"), Somalia; DOB 1985; POB Bosaso, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

ISA, Muhammed Ibrahim (Arabic: محمد ابراهيم عيسى), Abu Dhabi, United Arab Emirates; DOB 01 Jan 1989; POB Nigeria; nationality Nigeria; citizen Nigeria; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A06125000 (Nigeria) (individual) [SDGT] (Linked To: BOKO HARAM).

ISAEV, Andrey Konstantinovich (Cyrillic: ИСАЕВ, Андрей Константинович), Russia; DOB 01 Oct 1964; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ISAEV, Beyshen Kasymovich, United Arab Emirates; DOB 24 Jul 1975; POB Moscow, Russia; nationality Russia; Gender Male; Passport 756769025 (Russia) (individual) [RUSSIA-EO14024].

ISAH, Wali Adam (a.k.a. ALVI, Mohammad Masood Azhar; a.k.a. AZHAR, Masud; a.k.a. ESAH, Wali Adam), 1260/108, Block N0.6-B, Kausar Colony, Model Town-B, Bahawalpur,

Punjab Province, Pakistan; Lahore City, Lahore District, Punjab Province, Pakistan; DOB 10 Jul 1968; alt. DOB 10 Jun 1968; POB Bahawalpur, Punjab Province, Pakistan; nationality Pakistan; citizen Pakistan; Maulana (individual) [SDGT].

ISAKOV, Eduard Vladimirovich (Cyrillic: ИСАКОВ, Эдуард Владимирович), Russia; DOB 04 Oct 1973; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ISAKOV, Vladimir Pavlovich (Cyrillic: ИСАКОВ, Владимир Павлович), Russia; DOB 25 Feb 1987; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ISAMUDDIN, Nurjaman Riduan (a.k.a. ISOMUDDIN, Riduan; a.k.a. NURJAMAN, Encep; a.k.a. "HAMBALI"; a.k.a. "NURJAMAN"), Guantanamo Bay detention center, Cuba; DOB 04 Apr 1964; alt. DOB 01 Apr 1964; POB Cianjur, West Java, Indonesia; nationality Indonesia; Gender Male (individual) [SDGT].

ISAT (a.k.a. HIAST; a.k.a. HIGHER INSTITUTE OF APPLIED SCIENCE AND TECHNOLOGY; a.k.a. INSTITUT DES SCIENCES APPLIQUEES ET DE TECHNOLOGIE; a.k.a. INSTITUT SUPERIEUR DES SCIENCES APPLIQUEES ET DE TECHNOLOGIE; a.k.a. ISSAT), P.O. Box 31983, Barzeh, Damascus, Syria [NPWMD].

ISAZA ARANGO, Ramon Maria; DOB 30 Sep 1940; POB Sonson, Antioquia, Colombia; Cedula No. 5812993 (Colombia) (individual) [SDNTK].

ISAZA SANCHEZ, Felix Alberto (a.k.a. "BETO"); DOB 24 Apr 1966; POB Envigado, Antioquia, Colombia; citizen Colombia; Cedula No. 98517169 (Colombia) (individual) [SDNTK].

ISAZA SANCHEZ, Nelson Dario (a.k.a. "NENE"); DOB 11 Aug 1967; POB Envigado, Antioquia, Colombia; citizen Colombia; Cedula No. 98521489 (Colombia) (individual) [SDNTK].

IS-EGYPT (a.k.a. IS EGYPT; a.k.a. ISIS-EGYPT; a.k.a. ISLAMIC STATE EGYPT; a.k.a. ISLAMIC STATE IN EGYPT), Egypt [SDGT].

ISFAHAN CENTRAL PRISON (Arabic: زندان مرکزی اصفهان; a.k.a. DASTGERD PRISON; a.k.a. ESFAHAN PRISON), Isfahan City, Isfahan Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CAATSA - IRAN].

ISFAHAN OPTIC INDUSTRIES COMPANY (a.k.a. ELECTRO OPTIC SAIRAN

INDUSTRIES CO. (Arabic: صنایع الکترو اپتیک صایران); a.k.a. ESFAHAN OPTIC INDUSTRY; a.k.a. ESFAHAN OPTICS INDUSTRY; a.k.a. ISFAHAN OPTICAL INDUSTRY; a.k.a. ISFAHAN OPTICS INDUSTRIES; a.k.a. ISFAHAN OPTICS INDUSTRY; a.k.a. ISHAHAN OPTICS INDUSTRIES CO.; a.k.a. SANAYE-E OPTIKE ESFAHAN; a.k.a. SANOYE ELEKTRONIK SAIRAN; a.k.a. "ISFAHAN OPTICS"; a.k.a. "SAPA"), P.O. Box 81465-313, Kaveh Ave, Isfahan, Iran; Kaveh Street, Isfahan 814651117, Iran; Website https://sapa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1985; National ID No. 10260437477 (Iran); Registration Number 22928 (Iran) [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ISFAHAN OPTICAL INDUSTRY (a.k.a. ELECTRO OPTIC SAIRAN INDUSTRIES CO. (Arabic: صنایع الکترو اپتیک صایران); a.k.a. ESFAHAN OPTIC INDUSTRY; a.k.a. ESFAHAN OPTICS INDUSTRY; a.k.a. ISFAHAN OPTIC INDUSTRIES COMPANY; a.k.a. ISFAHAN OPTICS INDUSTRIES; a.k.a. ISFAHAN OPTICS INDUSTRY; a.k.a. ISHAHAN OPTICS INDUSTRIES CO.; a.k.a. SANAYE-E OPTIKE ESFAHAN; a.k.a. SANOYE ELEKTRONIK SAIRAN; a.k.a. "ISFAHAN OPTICS"; a.k.a. "SAPA"), P.O. Box 81465-313, Kaveh Ave, Isfahan, Iran; Kaveh Street, Isfahan 814651117, Iran; Website https://sapa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1985; National ID No. 10260437477 (Iran); Registration Number 22928 (Iran) [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ISFAHAN OPTICS INDUSTRIES (a.k.a. ELECTRO OPTIC SAIRAN INDUSTRIES CO. (Arabic: صنایع الکترو اپتیک صایران); a.k.a. ESFAHAN OPTIC INDUSTRY; a.k.a. ESFAHAN OPTICS INDUSTRY; a.k.a. ISFAHAN OPTIC INDUSTRIES COMPANY; a.k.a. ISFAHAN OPTICAL INDUSTRY; a.k.a. ISFAHAN OPTICS INDUSTRY; a.k.a. ISHAHAN OPTICS INDUSTRIES CO.; a.k.a. SANAYE-E OPTIKE ESFAHAN; a.k.a. SANOYE ELEKTRONIK SAIRAN; a.k.a. "ISFAHAN OPTICS"; a.k.a. "SAPA"), P.O. Box 81465-313, Kaveh Ave, Isfahan, Iran; Kaveh Street, Isfahan 814651117, Iran; Website https://sapa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1985; National ID No.

10260437477 (Iran); Registration Number 22928 (Iran) [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ISFAHAN OPTICS INDUSTRY (a.k.a. ELECTRO OPTIC SAIRAN INDUSTRIES CO. (Arabic: صناعي الكترواينتك صاابرن); a.k.a. ESFAHAN OPTIC INDUSTRY; a.k.a. ESFAHAN OPTICS INDUSTRY; a.k.a. ISFAHAN OPTIC INDUSTRIES COMPANY; a.k.a. ISFAHAN OPTICAL INDUSTRY; a.k.a. ISFAHAN OPTICS INDUSTRIES; a.k.a. ISHAHAN OPTICS INDUSTRIES CO.; a.k.a. SANAYE-E OPTIKE ESFAHAN; a.k.a. SANOYE ELEKTRONIK SAIRAN; a.k.a. "ISFAHAN OPTICS"; a.k.a. "SAPA"), P.O. Box 81465-313, Kaveh Ave, Isfahan, Iran; Kaveh Street, Isfahan 814651117, Iran; Website https://sapa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1985; National ID No. 10260437477 (Iran); Registration Number 22928 (Iran) [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ISHAHAN OPTICS INDUSTRIES CO. (a.k.a. ELECTRO OPTIC SAIRAN INDUSTRIES CO. (Arabic: صناعي الكترواينتك صاابرن); a.k.a. ESFAHAN OPTIC INDUSTRY; a.k.a. ESFAHAN OPTICS INDUSTRY; a.k.a. ISFAHAN OPTIC INDUSTRIES COMPANY; a.k.a. ISFAHAN OPTICAL INDUSTRY; a.k.a. ISFAHAN OPTICS INDUSTRIES; a.k.a. ISFAHAN OPTICS INDUSTRY; a.k.a. SANAYE-E OPTIKE ESFAHAN; a.k.a. SANOYE ELEKTRONIK SAIRAN; a.k.a. "ISFAHAN OPTICS"; a.k.a. "SAPA"), P.O. Box 81465-313, Kaveh Ave, Isfahan, Iran; Kaveh Street, Isfahan 814651117, Iran; Website https://sapa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1985; National ID No. 10260437477 (Iran); Registration Number 22928 (Iran) [NPWMD] [IFSR] (Linked To: IRAN ELECTRONICS INDUSTRIES).

ISHAKZAI, Gul Agha (a.k.a. MULLAH GUL AGHA; a.k.a. MULLAH GUL AGHA AKHUND; a.k.a. "HAJI HIDAYATULLAH"; a.k.a. "HAYADATULLAH"; a.k.a. "HIDAYATULLAH"); DOB 1972; POB Band-e-Timar, Kandahar, Afghanistan (individual) [SDGT].

ISHAKZAI, Haji Lal Jan (a.k.a. ISHAQZAI, Haji Lal Jan; a.k.a. ISHAQZAI, Haji Lal Jan Muslim; a.k.a. ISHAQZAI, Hajji Lal Jan), Sangin District, Helmand Province, Afghanistan; DOB 11 Nov 1950; POB Helmand, Afghanistan; citizen Afghanistan (individual) [SDNTK].

ISHAQ, Malik (a.k.a. ISHAQ, Malik Mohammed; a.k.a. ISHAQ, Mohammed), Pakistan; DOB 1958; nationality Pakistan (individual) [SDGT].

ISHAQ, Malik Mohammed (a.k.a. ISHAQ, Malik; a.k.a. ISHAQ, Mohammed), Pakistan; DOB 1958; nationality Pakistan (individual) [SDGT].

ISHAQ, Mohammed (a.k.a. ISHAQ, Malik; a.k.a. ISHAQ, Malik Mohammed), Pakistan; DOB 1958; nationality Pakistan (individual) [SDGT].

ISHAQZAI, Haji Lal Jan (a.k.a. ISHAKZAI, Haji Lal Jan; a.k.a. ISHAQZAI, Haji Lal Jan Muslim; a.k.a. ISHAQZAI, Hajji Lal Jan), Sangin District, Helmand Province, Afghanistan; DOB 11 Nov 1950; POB Helmand, Afghanistan; citizen Afghanistan (individual) [SDNTK].

ISHAQZAI, Haji Lal Jan Muslim (a.k.a. ISHAKZAI, Haji Lal Jan; a.k.a. ISHAQZAI, Haji Lal Jan; a.k.a. ISHAQZAI, Hajji Lal Jan), Sangin District, Helmand Province, Afghanistan; DOB 11 Nov 1950; POB Helmand, Afghanistan; citizen Afghanistan (individual) [SDNTK].

ISHAQZAI, Hajji Lal Jan (a.k.a. ISHAKZAI, Haji Lal Jan; a.k.a. ISHAQZAI, Haji Lal Jan; a.k.a. ISHAQZAI, Haji Lal Jan Muslim), Sangin District, Helmand Province, Afghanistan; DOB 11 Nov 1950; POB Helmand, Afghanistan; citizen Afghanistan (individual) [SDNTK].

ISHAQZAI, Rais Abdul Bari (a.k.a. AL-BAKI, 'Abd; a.k.a. AL-BARI, 'Abd; a.k.a. BAKI, Abdul; a.k.a. BAQI, Abdul; a.k.a. BARI, Abdul; a.k.a. BARI, Abdul Baqi; a.k.a. BARI, Haji Abdul; a.k.a. IBRAHIM, 'Abd Al-Baqi Muhammad; a.k.a. IBRAHIM, 'Abd Labaqi Muhammad; a.k.a. "ABDELBAKI"); DOB 01 Jan 1953; alt. DOB 1952; POB Kandahar, Afghanistan; Passport 306749 (Afghanistan) expires 28 Jun 2014; alt. Passport 47168 (Afghanistan) (individual) [SDGT].

ISHIDA, Shoroku (a.k.a. BOKU, Taishun; a.k.a. PAK, Tae-Chun; a.k.a. PARK, Tae-joon); DOB 30 Oct 1932 (individual) [TCO].

ISI MARITIME LIMITED, 147/1, St. Lucia Street, Valletta, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. C 28940 (Malta) [IRAN].

ISIL (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

ISIL IN THE PHILIPPINES (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a. DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS EAST ASIA DIVISION; a.k.a. IS PHILIPPINES; a.k.a. ISIL PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a. ISIS IN THE PHILIPPINES; a.k.a. ISIS PHILIPPINE PROVINCE; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a. "DIWM"; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines [FTO] [SDGT].

ISIL KHORASAN (a.k.a. ISIL'S SOUTH ASIA BRANCH; a.k.a. ISIS WILAYAT KHORASAN; a.k.a. ISISK; a.k.a. ISIS-K; a.k.a. IS-KHORASAN; a.k.a. ISLAMIC STATE KHORASAN; a.k.a. ISLAMIC STATE OF IRAQ AND LEVANT IN KHORASAN PROVINCE; a.k.a. ISLAMIC STATE'S KHORASAN PROVINCE; a.k.a. SOUTH ASIAN CHAPTER OF ISIL; a.k.a. THE ISLAMIC STATE OF IRAQ

AND ASH-SHAM - KHORASAN PROVINCE; a.k.a. THE ISLAMIC STATE OF IRAQ AND SYRIA - KHORASAN), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIL PHILIPPINES (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a. DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS EAST ASIA DIVISION; a.k.a. IS PHILIPPINES; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a. ISIS IN THE PHILIPPINES; a.k.a. ISIS PHILIPPINE PROVINCE; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a. "DIWM"; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines [FTO] [SDGT].

ISIL SINAI PROVINCE (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt [FTO] [SDGT].

ISIL-LIBYA (a.k.a. ISIS-LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-LIBYA; a.k.a. "ISIS-L"; a.k.a. "WILAYAT AL-TARABLUS"; a.k.a. "WILAYAT BARQA"; a.k.a. "WILAYAT FEZZAN"; a.k.a. "WILAYAT TARABLUS"; a.k.a. "WILAYAT TRIPOLITANIA"), Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIL'S SOUTH ASIA BRANCH (a.k.a. ISIL KHORASAN; a.k.a. ISIS WILAYAT KHORASAN; a.k.a. ISISK; a.k.a. ISIS-K; a.k.a. IS-KHORASAN; a.k.a. ISLAMIC STATE KHURASAN; a.k.a. ISLAMIC STATE OF IRAQ AND LEVANT IN KHORASAN PROVINCE; a.k.a. ISLAMIC STATE'S KHORASAN

PROVINCE; a.k.a. SOUTH ASIAN CHAPTER OF ISIL; a.k.a. THE ISLAMIC STATE OF IRAQ AND ASH-SHAM - KHORASAN PROVINCE; a.k.a. THE ISLAMIC STATE OF IRAQ AND SYRIA - KHORASAN), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIL-SAUDI ARABIA (a.k.a. HIJAZ PROVINCE OF THE ISLAMIC STATE; a.k.a. ISIS IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-SAUDI ARABIA; a.k.a. MUJAHIDEEN OF THE ARABIAN PENINSULA; a.k.a. WILAYAT AL-HARAMAYN; a.k.a. "AL-HIJAZ PROVINCE"; a.k.a. "NAJD PROVINCE"; a.k.a. "PROVINCE OF THE TWO HOLY PLACES"; a.k.a. "WILAYAT NAJD"), Hijaz and Asir Provinces, Najd region, Saudi Arabia; Kuwait [SDGT].

ISIL-YEMEN (a.k.a. ISIS IN YEMEN; a.k.a. ISLAMIC STATE IN YEMEN; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN YEMEN; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-YEMEN; a.k.a. "PROVINCE OF YEMEN"; a.k.a. "WILAYAT AL-YEMEN"), Yemen [SDGT].

ISIM ATR LIMITED, 147/1, St. Lucia Street, Valletta, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. C34477 (Malta) [IRAN].

ISIM SININ LIMITED, 147/1, St. Lucia Street, Valletta, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. C37437 (Malta) [IRAN].

ISIM TAJ MAHAL LIMITED, 147/1, St. Lucia Street, Valletta, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. C 41660 (Malta) [IRAN].

ISIRAN (a.k.a. INFORMATION SYSTEMS IRAN), PO Box 15875-4337, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

ISIS (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD

ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

ISIS BRANCH IN THE PHILIPPINES (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a. DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS EAST ASIA DIVISION; a.k.a. IS PHILIPPINES; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIL PHILIPPINES; a.k.a. ISIS IN THE PHILIPPINES; a.k.a. ISIS PHILIPPINE PROVINCE; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a. "DIWM"; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines [FTO] [SDGT].

ISIS IN EAST AFRICA (a.k.a. ABNAA UL-CALIPHA; a.k.a. ISIS-SOMALIA; a.k.a. ISLAMIC STATE IN SOMALIA; a.k.a. "ISS"), Puntland Region, Somalia [SDGT].

ISIS IN SAUDI ARABIA (a.k.a. HIJAZ PROVINCE OF THE ISLAMIC STATE; a.k.a. ISIL-SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-SAUDI ARABIA; a.k.a. MUJAHIDEEN OF THE ARABIAN PENINSULA;

a.k.a. WILAYAT AL-HARAMAYN; a.k.a. "AL-HIJAZ PROVINCE"; a.k.a. "NAJD PROVINCE"; a.k.a. "PROVINCE OF THE TWO HOLY PLACES"; a.k.a. "WILAYAH NAJD"), Hijaz and Asir Provinces, Najd region, Saudi Arabia; Kuwait [SDGT].

ISIS IN THE GREATER SAHARA (a.k.a. ISIS IN THE GREATER SAHEL; a.k.a. ISIS IN THE ISLAMIC SAHEL; a.k.a. ISIS-GS; a.k.a. ISLAMIC STATE IN THE GREATER SAHARA; a.k.a. ISLAMIC STATE OF THE GREATER SAHEL; a.k.a. "ISGS"), Mali; Niger; Burkina Faso [SDGT].

ISIS IN THE GREATER SAHEL (a.k.a. ISIS IN THE GREATER SAHARA; a.k.a. ISIS IN THE ISLAMIC SAHEL; a.k.a. ISIS-GS; a.k.a. ISLAMIC STATE IN THE GREATER SAHARA; a.k.a. ISLAMIC STATE OF THE GREATER SAHEL; a.k.a. "ISGS"), Mali; Niger; Burkina Faso [SDGT].

ISIS IN THE ISLAMIC SAHEL (a.k.a. ISIS IN THE GREATER SAHARA; a.k.a. ISIS IN THE GREATER SAHEL; a.k.a. ISIS-GS; a.k.a. ISLAMIC STATE IN THE GREATER SAHARA; a.k.a. ISLAMIC STATE OF THE GREATER SAHEL; a.k.a. "ISGS"), Mali; Niger; Burkina Faso [SDGT].

ISIS IN THE PHILIPPINES (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a. DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS EAST ASIA DIVISION; a.k.a. IS PHILIPPINES; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIL PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a. ISIS PHILIPPINE PROVINCE; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a. "DIWM"; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines [FTO] [SDGT].

ISIS IN YEMEN (a.k.a. ISIL-YEMEN; a.k.a. ISLAMIC STATE IN YEMEN; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN YEMEN; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-YEMEN; a.k.a. "PROVINCE OF YEMEN"; a.k.a. "WILAYAT AL-YEMEN"), Yemen [SDGT].

ISIS PHILIPPINE PROVINCE (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a. DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS EAST ASIA DIVISION; a.k.a. IS PHILIPPINES; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIL PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a.

ISIS IN THE PHILIPPINES; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a. "DIWM"; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines [FTO] [SDGT].

ISIS WEST AFRICA (a.k.a. ISIS WEST AFRICA PROVINCE; a.k.a. ISIS-WEST AFRICA; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA WEST AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-WEST AFRICA; a.k.a. ISLAMIC STATE WEST AFRICA PROVINCE; a.k.a. "ISIL-WA"; a.k.a. "ISIS-WA"; a.k.a. "ISISWAP"), Nigeria [FTO] [SDGT].

ISIS WEST AFRICA PROVINCE (a.k.a. ISIS WEST AFRICA; a.k.a. ISIS-WEST AFRICA; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA WEST AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-WEST AFRICA; a.k.a. ISLAMIC STATE WEST AFRICA PROVINCE; a.k.a. "ISIL-WA"; a.k.a. "ISIS-WA"; a.k.a. "ISISWAP"), Nigeria [FTO] [SDGT].

ISIS WILAYAT KHORASAN (a.k.a. ISIL KHORASAN; a.k.a. ISIL'S SOUTH ASIA BRANCH; a.k.a. ISISK; a.k.a. ISIS-K; a.k.a. IS-KHORASAN; a.k.a. ISLAMIC STATE KHURASAN; a.k.a. ISLAMIC STATE OF IRAQ AND LEVANT IN KHORASAN PROVINCE; a.k.a. ISLAMIC STATE'S KHORASAN PROVINCE; a.k.a. SOUTH ASIAN CHAPTER OF ISIL; a.k.a. THE ISLAMIC STATE OF IRAQ AND ASH-SHAM - KHORASAN PROVINCE; a.k.a. THE ISLAMIC STATE OF IRAQ AND SYRIA - KHORASAN), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIS-BANGLADESH (a.k.a. ABU JANDAL AL-BANGALI; a.k.a. CALIPHATE IN BANGLADESH; a.k.a. CALIPHATE'S SOLDIERS IN BANGLADESH; a.k.a. ISLAMIC STATE BANGLADESH; a.k.a. ISLAMIC STATE IN BANGLADESH; a.k.a. KHALIFAH'S SOLDIERS IN BENGAL; a.k.a. NEO-JAMAAT-UL MUJAHIDEEN BANGLADESH; a.k.a. SOLDIERS OF THE CALIPHATE IN BANGLADESH; a.k.a. "ISB"; a.k.a. "ISISB"; a.k.a. "NEO-JMB"; a.k.a. "NEW-JMB"), Dhaka, Bangladesh; Rangpur, Bangladesh; Sylhet, Bangladesh; Jhenaidah, Bangladesh; Singapore [FTO] [SDGT].

ISIS-CENTRAL AFRICA (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF

MONOTHEISM AND HOLY WARRIORS; a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda [FTO] [SDGT] [DRCONGO].

ISIS-EGYPT (a.k.a. IS EGYPT; a.k.a. IS-EGYPT; a.k.a. ISLAMIC STATE EGYPT; a.k.a. ISLAMIC STATE IN EGYPT), Egypt [SDGT].

ISIS-GS (a.k.a. ISIS IN THE GREATER SAHARA; a.k.a. ISIS IN THE GREATER SAHEL; a.k.a. ISIS IN THE ISLAMIC SAHEL; a.k.a. ISLAMIC STATE IN THE GREATER SAHARA; a.k.a. ISLAMIC STATE OF THE GREATER SAHEL; a.k.a. "ISGS"), Mali; Niger; Burkina Faso [SDGT].

ISISK (a.k.a. ISIL KHORASAN; a.k.a. ISIL'S SOUTH ASIA BRANCH; a.k.a. ISIS WILAYAT KHORASAN; a.k.a. ISIS-K; a.k.a. IS-KHORASAN; a.k.a. ISLAMIC STATE KHURASAN; a.k.a. ISLAMIC STATE OF IRAQ AND LEVANT IN KHORASAN PROVINCE; a.k.a. ISLAMIC STATE'S KHORASAN PROVINCE; a.k.a. SOUTH ASIAN CHAPTER OF ISIL; a.k.a. THE ISLAMIC STATE OF IRAQ AND ASH-SHAM - KHORASAN PROVINCE; a.k.a. THE ISLAMIC STATE OF IRAQ AND SYRIA - KHORASAN), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIS-K (a.k.a. ISIL KHORASAN; a.k.a. ISIL'S SOUTH ASIA BRANCH; a.k.a. ISIS WILAYAT KHORASAN; a.k.a. ISISK; a.k.a. IS-KHORASAN; a.k.a. ISLAMIC STATE KHURASAN; a.k.a. ISLAMIC STATE OF IRAQ AND LEVANT IN KHORASAN PROVINCE; a.k.a. ISLAMIC STATE'S KHORASAN PROVINCE; a.k.a. SOUTH ASIAN CHAPTER OF ISIL; a.k.a. THE ISLAMIC STATE OF IRAQ AND ASH-SHAM - KHORASAN PROVINCE; a.k.a. THE ISLAMIC STATE OF IRAQ AND

SYRIA - KHORASAN), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIS-LIBYA (a.k.a. ISIL-LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-LIBYA; a.k.a. "ISIS-L"; a.k.a. "WILAYAT AL-TARABLUS"; a.k.a. "WILAYAT BARQA"; a.k.a. "WILAYAT FEZZAN"; a.k.a. "WILAYAT TARABLUS"; a.k.a. "WILAYAT TRIPOLITANIA"), Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISIS-PHILIPPINES (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a. DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS EAST ASIA DIVISION; a.k.a. IS PHILIPPINES; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIL PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a. ISIS IN THE PHILIPPINES; a.k.a. ISIS PHILIPPINE PROVINCE; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a. "DIWM"; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines [FTO] [SDGT].

ISIS-SINAI PROVINCE (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt [FTO] [SDGT].

ISIS-SOMALIA (a.k.a. ABNAA UL-CALIPHA; a.k.a. ISIS IN EAST AFRICA; a.k.a. ISLAMIC STATE IN SOMALIA; a.k.a. "ISS"), Puntland Region, Somalia [SDGT].

ISIS-TUNISIA (a.k.a. DAESH TUNISIA; a.k.a. ISIS-TUNISIA PROVINCE; a.k.a. JUND AL-KHILAFAH FI TUNIS; a.k.a. JUND AL-KHILAFAH IN TUNISIA; a.k.a. SOLDIERS OF THE CALIPHATE IN TUNISIA; a.k.a. TALA I

JUND AL-KHILAFAH; a.k.a. "AJNAD"; a.k.a. "JUND AL KHILAFAH"; a.k.a. "JUND AL-KHILAFA"; a.k.a. "SOLDIERS OF THE CALIPHATE"; a.k.a. "VANGUARDS OF THE SOLDIERS OF THE CALIPHATE"), Tunisia [SDGT].

ISIS-TUNISIA PROVINCE (a.k.a. DAESH TUNISIA; a.k.a. ISIS-TUNISIA; a.k.a. JUND AL-KHILAFAH FI TUNIS; a.k.a. JUND AL-KHILAFAH IN TUNISIA; a.k.a. SOLDIERS OF THE CALIPHATE IN TUNISIA; a.k.a. TALA I JUND AL-KHILAFAH; a.k.a. "AJNAD"; a.k.a. "JUND AL KHILAFAH"; a.k.a. "JUND AL-KHILAFA"; a.k.a. "SOLDIERS OF THE CALIPHATE"; a.k.a. "VANGUARDS OF THE SOLDIERS OF THE CALIPHATE"), Tunisia [SDGT].

ISIS-WEST AFRICA (a.k.a. ISIS WEST AFRICA; a.k.a. ISIS WEST AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA WEST AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-WEST AFRICA; a.k.a. ISLAMIC STATE WEST AFRICA PROVINCE; a.k.a. "ISIL-WA"; a.k.a. "ISIS-WA"; a.k.a. "ISISWAP"), Nigeria [FTO] [SDGT].

IS-KHORASAN (a.k.a. ISIL KHORASAN; a.k.a. ISIL'S SOUTH ASIA BRANCH; a.k.a. ISIS WILAYAT KHORASAN; a.k.a. ISISK; a.k.a. ISIS-K; a.k.a. ISLAMIC STATE KHORASAN; a.k.a. ISLAMIC STATE OF IRAQ AND LEVANT IN KHORASAN PROVINCE; a.k.a. ISLAMIC STATE'S KHORASAN PROVINCE; a.k.a. SOUTH ASIAN CHAPTER OF ISIL; a.k.a. THE ISLAMIC STATE OF IRAQ AND ASH-SHAM - KHORASAN PROVINCE; a.k.a. THE ISLAMIC STATE OF IRAQ AND SYRIA - KHORASAN), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISKRA ENGINEERING DESIGN BUREAU JSC NAMED AFTER I.I. KARTUKOV (a.k.a. JSC MBDB ISKRA; a.k.a. MKB ISKRA AO), Proezd Petrovsko-Razumovskii D. 28, Moscow 127287, Russia; Organization Established Date 1946; Tax ID No. 7714288059 (Russia); Registration Number 1027714027395 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

ISKRITSKY, Mikhail (a.k.a. "Mty"; a.k.a. "Tropa"), Moscow, Russia; DOB 05 Nov 1981; nationality Russia; Email Address wet-dhg@rambler.ru; Gender Male (individual) [CYBER2].

ISLAMBOULI, Mohammad Shawqi; DOB 15 Jan 1955; POB Egypt; Passport 304555 (Egypt);

Military Leader of ISLAMIC GAMA'AT (individual) [SDGT].

ISLAMI DAWAT-E-KAFELA (a.k.a. HARAKAT UL JIHAD AL ISLAMI; a.k.a. HARAKAT UL JIHAD ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD E ISLAMI BANGLADESH; a.k.a. HARAKAT UL-JIHAD-I-ISLAMI/BANGLADESH; a.k.a. HARKAT UL JIHAD AL ISLAMI; a.k.a. HARKATUL JIHAD; a.k.a. HARKATUL JIHAD AL ISLAM; a.k.a. HARKAT-UL-JEHAD-AL-ISLAMI; a.k.a. HUJI-B; a.k.a. IDEK) [FTO] [SDGT].

ISLAMIC AFRICAN RELIEF AGENCY (a.k.a. AL-WAKALA AL-ISLAMIYA AL-AFRIKIA L'IL-IGHATHA; a.k.a. AL-WAKALA AL-ISLAMIYA L'IL-IGHATHA; a.k.a. IARA; a.k.a. ISLAMIC AMERICAN RELIEF AGENCY; a.k.a. ISLAMIC RELIEF AGENCY; a.k.a. "ISRA"), 201 E. Cherry Street, Suite D, Columbia, MO 65205, United States; all offices worldwide [SDGT].

ISLAMIC AL SALAH SOCIETY (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT].

ISLAMIC ALLIANCE OF DEMOCRATIC FORCES (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL

AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda [FTO] [SDGT] [DRCONGO].

ISLAMIC AMERICAN RELIEF AGENCY (a.k.a. AL-WAKALA AL-ISLAMIYA AL-AFRIKIA L'IL-IGHATHA; a.k.a. AL-WAKALA AL-ISLAMIYA L'IL-IGHATHA; a.k.a. IARA; a.k.a. ISLAMIC AFRICAN RELIEF AGENCY; a.k.a. ISLAMIC RELIEF AGENCY; a.k.a. "ISRA"), 201 E. Cherry Street, Suite D, Columbia, MO 65205, United States; all offices worldwide [SDGT].

ISLAMIC ARMY (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [FTO] [SDGT].

ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [FTO] [SDGT].

ISLAMIC ARMY OF ADEN [SDGT].

ISLAMIC CALL COMMITTEE (a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait [SDGT].

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT].

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, Aachen D-52066, Germany; <Head Office> [SDGT].

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 A, Rotterdam 3022 TH, Netherlands; Gerrit V/D Lindestraat 103 E, Rotterdam 03022 TH, Netherlands [SDGT].

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT].

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA

SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.; a.k.a. "ASBL"), BD Leopold II 71, Brussels 1080, Belgium [SDGT].

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San 'a, Yemen [SDGT].

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU' ASA

AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Noblev 79 NB, Malmo 21433, Sweden; Nobelvagen 79 NB, Malmo 21433, Sweden [SDGT].

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU' ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT].

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU' ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a.

SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT].

ISLAMIC CHARITY EMDAD (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

ISLAMIC CHARITY EMDAD COMMITTEE (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE

FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

ISLAMIC EMDAD CHARITABLE COMMITTEE (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

ISLAMIC EMIRATE OF THE CAUCASUS (a.k.a. CAUCASUS EMIRATE; a.k.a. IMARAT KAVKAZ; a.k.a. IMIRAT KAVKAZ) [SDGT].

ISLAMIC GAMA'AT (a.k.a. AL-GAMA'AT; a.k.a. EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA; a.k.a. GAMA'A AL-ISLAMIYYA; a.k.a. ISLAMIC GROUP; a.k.a. "GI"; a.k.a. "IG") [SDGT].

ISLAMIC GROUP (a.k.a. AL-GAMA'AT; a.k.a. EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA; a.k.a. GAMA'A AL-ISLAMIYYA; a.k.a. ISLAMIC GAMA'AT; a.k.a. "GI"; a.k.a. "IG") [SDGT].

ISLAMIC HERITAGE RESTORATION SOCIETY (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo,

Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

ISLAMIC HERITAGE REVIVAL PARTY (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO

TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM

COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

ISLAMIC JIHAD (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a.

ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [FTO] [SDGT] [SYRIA].

ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [FTO] [SDGT] [SYRIA].

ISLAMIC JIHAD GROUP (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; a.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY JIHOD ITTIHODI; n.k.a. ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY; a.k.a. "IJG") [FTO] [SDGT].

ISLAMIC JIHAD GROUP OF UZBEKISTAN (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a.

ISLAMIC JIHAD GROUP; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY JIHOD ITTIHODI; n.k.a. ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY; a.k.a. "IJG") [FTO] [SDGT].

ISLAMIC JIHAD IN PALESTINE (a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDHAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [FTO] [SDGT].

ISLAMIC JIHAD OF PALESTINE (a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDHAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [FTO] [SDGT].

ISLAMIC JIHAD ORGANIZATION (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. LEBANESE HEZBOLLAH; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [FTO] [SDGT] [SYRIA].

ISLAMIC JIHAD UNION (IJU) (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLOMIY JIHOD ITTIHODI; n.k.a. ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY; a.k.a. "IJG") [FTO] [SDGT].

ISLAMIC MOVEMENT FOR REFORM (a.k.a. AL-HARAKAT AL-ISLAMIYAH LIL-ISLAH; a.k.a. AL-ISLAH; a.k.a. MOVEMENT FOR ISLAMIC REFORM IN ARABIA; a.k.a. MOVEMENT FOR REFORM IN ARABIA; a.k.a. "MIRA"), BM Box: MIRA, London WC1N 3XX, United Kingdom; 21 Blackstone Road, London NW2 6DA, United Kingdom; Safiee Suite, EBC House, Townsend Lane, London NW9 8LL, United Kingdom; UK Company Number 03834450 (United Kingdom) [SDGT].

ISLAMIC MOVEMENT OF TALIBAN (a.k.a. TAHRIKE ISLAMI'A TALIBAN; a.k.a. TALEBAN; a.k.a. TALIBAN; a.k.a. TALIBAN ISLAMIC MOVEMENT; a.k.a. TALIBANO ISLAMI TAHRIK), Afghanistan [SDGT].

ISLAMIC MOVEMENT OF UZBEKISTAN (a.k.a. "IMU") [FTO] [SDGT].

ISLAMIC NATIONAL BANK COMPANY (a.k.a. ISLAMIC NATIONAL BANK OF GAZA; a.k.a. PALESTINE ISLAMIC NATIONAL BANK; a.k.a. "ISLAMIC NATIONAL BANK"; a.k.a. "NATIONAL AND ISLAMIC BANK"; a.k.a. "NATIONAL ISLAMIC BANK"), Al-Rimal District, Al Wandah Al Yarmuk Street junction, Gaza City, Gaza, Palestinian; Khan Yunis, Gaza, Palestinian; Website www.inb.ps; Email Address info@inb.ps; Registration ID 563201581 (Palestinian); Telephone: 97082881183; Fax: 97082881184 [SDGT].

ISLAMIC NATIONAL BANK OF GAZA (a.k.a. ISLAMIC NATIONAL BANK COMPANY; a.k.a. PALESTINE ISLAMIC NATIONAL BANK; a.k.a. "ISLAMIC NATIONAL BANK"; a.k.a. "NATIONAL AND ISLAMIC BANK"; a.k.a. "NATIONAL ISLAMIC BANK"), Al-Rimal District, Al Wandah Al Yarmuk Street junction, Gaza City, Gaza, Palestinian; Khan Yunis, Gaza, Palestinian; Website www.inb.ps; Email Address info@inb.ps; Registration ID 563201581 (Palestinian); Telephone: 97082881183; Fax: 97082881184 [SDGT].

ISLAMIC PEACEKEEPING INTERNATIONAL BRIGADE (a.k.a. INTERNATIONAL

BATTALION; a.k.a. PEACEKEEPING BATTALION; a.k.a. THE INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC PEACEKEEPING ARMY; a.k.a. THE ISLAMIC PEACEKEEPING BRIGADE] [SDGT].

ISLAMIC RADIO AND TELEVISION UNION (a.k.a. IRTVU), Iran; Beirut, Lebanon; Kabul, Afghanistan; Additional Sanctions Information - Subject to Secondary Sanctions [ELECTION-EO13848] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

ISLAMIC REGIMENT OF SPECIAL MEANING (a.k.a. THE AL-JIHAD-FISI-SABILILAH SPECIAL ISLAMIC REGIMENT; a.k.a. THE ISLAMIC SPECIAL PURPOSE REGIMENT; a.k.a. THE SPECIAL PURPOSE ISLAMIC REGIMENT) [SDGT].

ISLAMIC REGIONAL COOPERATION BANK (a.k.a. BANK-E TAAWON MANTAGHEEY-E ESLAMI; a.k.a. REGIONAL COOPERATION OF THE ISLAMIC BANK FOR DEVELOPMENT AND INVESTMENT), Building No. 59, District 929, Street No. 17, Arsat Al-Hindia, Al Masbah, Baghdad, Iraq; Tohid Street, Before Tohid Circle, No. 33, Upper Level of Eghtesad-e Novin Bank, Tehran 1419913464, Iran; Arsat Indian, 59 District-929, Street-17, Baghdad, Iraq; Arrasat Al Hindiya, Al Masbah Street, Baghdad, Iraq; SWIFT/BIC RCDFIQBA; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902] (Linked To: EGHTESAD NOVIN BANK).

ISLAMIC RELIEF AGENCY (a.k.a. AL-WAKALA AL-ISLAMIYA AL-AFRIKIA L'IL-IGHATHA; a.k.a. AL-WAKALA AL-ISLAMIYA L'IL-IGHATHA; a.k.a. IARA; a.k.a. ISLAMIC AFRICAN RELIEF AGENCY; a.k.a. ISLAMIC AMERICAN RELIEF AGENCY; a.k.a. "ISRA"), 201 E. Cherry Street, Suite D, Columbia, MO 65205, United States; all offices worldwide [SDGT].

ISLAMIC REPUBLIC OF IRAN - CHINA SHIPPING LINES, China; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ISLAMIC REPUBLIC OF IRAN - MIDDLE EAST SHIPPING LINES COMPANY, Next to CB hotel, Sharaf Building, Office No. 202, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ISLAMIC REPUBLIC OF IRAN AIR FORCE (a.k.a. "IRIAF"; a.k.a. "NAHAJA"), Doshan Tappeh Air Base, Tehran, Tehran Province, Iran; Website https://nahaja.aja.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-CON-ARMS-EO].

ISLAMIC REPUBLIC OF IRAN BROADCASTING (a.k.a. ISLAMIC REPUBLIC OF IRAN BROADCASTING ORG.; a.k.a. NATIONAL IRANIAN RADIO AND TELEVISION; a.k.a. "IRIB"), Jamejam Street, Valiasr Avenue, Tehran, Iran; Satellite Department, IRIB, Jame Jam St., Tehran, Iran; Department of IT-IRIB, P.O. Box 19395-333, Jaame Jam. St, Valiasr Ave, Tehran, Iran; IT Department, Fanni Building No 3, Jame jam, Valiasr St., Tehran, Iran; 200 Mosaddegh Avenue, Jaame Jam Street, Vali Asr Ave, P.O. Box 1333, Tehran 193933333, Iran; Fatemi Building, P.O. Box 15875 / 4333, Tehran, Iran; Website www.irib.ir; alt. Website http://iransat.irib.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 1792 [IRAN-TRA].

ISLAMIC REPUBLIC OF IRAN BROADCASTING ORG. (a.k.a. ISLAMIC REPUBLIC OF IRAN BROADCASTING; a.k.a. NATIONAL IRANIAN RADIO AND TELEVISION; a.k.a. "IRIB"), Jamejam Street, Valiasr Avenue, Tehran, Iran; Satellite Department, IRIB, Jame Jam St., Tehran, Iran; Department of IT-IRIB, P.O. Box 19395-333, Jaame Jam. St, Valiasr Ave, Tehran, Iran; IT Department, Fanni Building No 3, Jame jam, Valiasr St., Tehran, Iran; 200 Mosaddegh Avenue, Jaame Jam Street, Vali Asr Ave, P.O. Box 1333, Tehran 193933333, Iran; Fatemi Building, P.O. Box 15875 / 4333, Tehran, Iran; Website www.irib.ir; alt. Website http://iransat.irib.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 1792 [IRAN-TRA].

ISLAMIC REPUBLIC OF IRAN SHIPPING LINES (a.k.a. IRISL), Asseman Tower, Pasdaran Street, Tehran, Iran; P.O. Box 19395-177, Tehran, Iran; P.O. Box 1957614114, Tehran, Iran; No 523, Al Seman Tower Building, No 8: Narenjestan, Laveltani Street, Sayya Shirazi Square, Pasdaran Street, Tehran 1957617114, Iran; No 37 Aseman Tower Sayyade Shirazee Square, Pasdaran Avenue, PO Box 19395-1311, Tehran, Iran; Website www.irisl.net; IFCA Determination - Involved in the Shipping Sector; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Trade License No. 11670 (Iran); All Offices Worldwide [IRAN] [NPWMD] [IFSR] [IFCA].

ISLAMIC REPUBLIC OF IRAN SHIPPING LINES COMFORT SERVICES (a.k.a. IRISL CLUB; a.k.a. MARITIME WELFARE SERVICES INSTITUTE; a.k.a. SHIPPING WELFARE SERVICES INSTITUTE), Number 63, East Shahid Tajrlu Street, Shahid Tajrlu Square, Shian, Iran; Website www.irislclub.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ISLAMIC REPUBLIC OF IRAN SHIPPING LINES INVESTMENT (a.k.a. ISLAMIC REPUBLIC OF IRAN SHIPPING LINES INVESTMENT COMPANY), Sky Tower, No. 523, Pasdaran Ave, Farmanieh Ave, Farmanieh, District 1, Tehran 1939513111, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ISLAMIC REPUBLIC OF IRAN SHIPPING LINES INVESTMENT COMPANY (a.k.a. ISLAMIC REPUBLIC OF IRAN SHIPPING LINES INVESTMENT), Sky Tower, No. 523, Pasdaran Ave, Farmanieh Ave, Farmanieh, District 1, Tehran 1939513111, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

ISLAMIC RESISTANCE MOVEMENT (a.k.a. HAMAS; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. IZZ-DIN AL QASSAM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS) [FTO] [SDGT].

ISLAMIC RESISTANCE SUPPORT ASSOCIATION (a.k.a. HAYAT AL-DAM LIL-MUQAWAMA AL-ISLAMIYA; a.k.a. ISLAMIC RESISTANCE SUPPORT ORGANIZATION), Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions

Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

ISLAMIC RESISTANCE SUPPORT ORGANIZATION (a.k.a. HAYAT AL-DAM LIL-MUQAWAMA AL-ISLAMIYA; a.k.a. ISLAMIC RESISTANCE SUPPORT ASSOCIATION), Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

ISLAMIC REVOLUTION GUARDS CORPS (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTIONARY CONRPS CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

ISLAMIC REVOLUTION GUARDS CORPS AIR FORCE (a.k.a. AEROSPACE DIVISION OF IRGC; a.k.a. AEROSPACE FORCE OF THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. AFAGIR; a.k.a. AIR FORCE, IRGC (PASDARAN); a.k.a. IRGC AEROSPACE FORCE; a.k.a. IRGC AIR FORCE; a.k.a. IRGCAF; a.k.a. IRGCASF; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AEROSPACE FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AIR FORCE; a.k.a. SEPAH PASDARAN AIR FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [RUSSIA-EO14024].

ISLAMIC REVOLUTION GUARDS CORPS GROUND FORCE (a.k.a. IRGC GROUND FORCES), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [IRGC].

ISLAMIC REVOLUTION GUARDS CORPS NAVAL FORCE (a.k.a. IRGC NAVY), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [IRGC].

ISLAMIC REVOLUTION GUARDS CORPS RESISTANCE FORCE (a.k.a. BASEEJ; a.k.a. BASIJ; a.k.a. BASIJ RESISTANCE FORCE; a.k.a. BASIJ RESISTANCE FORCES; a.k.a. BASIJ-E MELLI; a.k.a. MOBILIZATION OF THE OPPRESSED ORGANIZATION; a.k.a. NIROOYE MOGHAVEMATE BASIJ; a.k.a. NIRUYEH MOGHAVEMAT BASIJ; a.k.a. SAZEMAN-E BASIJ-E MOSTAZAFAN; f.k.a. SAZMAN BASIJ MELLI; a.k.a. SAZMAN-E MOGHAVEMAT-E BASIJ; a.k.a. VAHED-E BASIJ MOSTAZA'FEEN; f.k.a. VAHED-E BASIJ-E MOSTAZAFEEN; a.k.a. "MOBILIZATION OF THE OPPRESSED"; a.k.a. "MOBILIZATION OF THE OPPRESSED UNIT"; f.k.a. "NATIONAL MOBILIZATION ORGANIZATION"; a.k.a. "NATIONAL RESISTANCE MOBILIZATION"; a.k.a. "ORGANIZATION OF THE MOBILISATION OF THE OPPRESSED"; a.k.a. "RESISTANCE MOBILIZATION FORCE"), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

ISLAMIC REVOLUTION MARTYRS FOUNDATION (a.k.a. AL-MUA'ASSAT AL-SHAHID; a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION; a.k.a. AL-SHAHID FOUNDATION; a.k.a. AL-SHAHID ORGANIZATION; a.k.a. HIZBALLAH MARTYRS FOUNDATION; a.k.a. LEBANESE MARTYR ASSOCIATION; a.k.a. LEBANESE MARTYR FOUNDATION; a.k.a. MARTYRS FOUNDATION IN LEBANON; a.k.a. MARTYRS INSTITUTE), P.O. Box 110 24, Bir al-Abed, Beirut, Lebanon; Biqa' Valley, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION (a.k.a. BONYAD MOSTAZAFAN; a.k.a. BONYAD MOSTAZAFAN ENGHELAB ESLAMI (Arabic:

بنیاد مستضعفان انقلاب اسلامی); a.k.a. MOSTASZAFAN FOUNDATION OF ISLAMIC REVOLUTION; a.k.a. MOSTAZAFAN FOUNDATION; a.k.a. THE FOUNDATION OF THE OPPRESSED; a.k.a. "IRMF"; a.k.a. "MJF"), Bonyad Head Office, Africa Boulevard, Argentina Square, District 6, Tehran, Tehran Province, Iran; Website http://www.irmf.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100171920 (Iran) [IRAN-EO13876].

ISLAMIC REVOLUTIONARY CORPS (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

ISLAMIC REVOLUTIONARY GUARD CORPS (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a.

SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR] [ELECTION-EO13848].

ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE (a.k.a. AL QODS; a.k.a. IRGC-QF; a.k.a. IRGC-QUDS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS-QODS FORCE; a.k.a. JERUSALEM FORCE; a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN); a.k.a. QODS (JERUSALEM) FORCE OF THE IRGC; a.k.a. QODS FORCE; a.k.a. QUDS FORCE; a.k.a. SEPAH-E QODS; a.k.a. SEPAH-E QODS (JERUSALEM FORCE)), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [SYRIA] [IRGC] [IFSR] [IRAN-HR] [ELECTION-EO13848].

ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE RESEARCH AND SELF SUFFICIENCY JEHAD ORGANIZATION (a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF-SUFFICIENCY JEHAD ORGANIZATION), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION (a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE RESEARCH AND SELF SUFFICIENCY JEHAD ORGANIZATION; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF-SUFFICIENCY JEHAD ORGANIZATION), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF-SUFFICIENCY JEHAD ORGANIZATION (a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE RESEARCH AND SELF SUFFICIENCY JEHAD ORGANIZATION; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION), Iran; Additional

Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

ISLAMIC REVOLUTIONARY GUARD CORPS AIR FORCE (a.k.a. AEROSPACE DIVISION OF IRGC; a.k.a. AEROSPACE FORCE OF THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. AFAGIR; a.k.a. AIR FORCE, IRGC (PASDARAN); a.k.a. IRGC AEROSPACE FORCE; a.k.a. IRGC AIR FORCE; a.k.a. IRGCAF; a.k.a. IRGCASF; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS AIR FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AEROSPACE FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS AIR FORCE; a.k.a. SEPAH PASDARAN AIR FORCE), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [NPWMD] [IRGC] [IFSR] [RUSSIA-EO14024].

ISLAMIC REVOLUTIONARY GUARD CORPS AL-GHADIR MISSILE COMMAND (a.k.a. IRGC AIR FORCE AL-GHADIR MISSILE COMMAND; a.k.a. IRGC MISSILE COMMAND), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

ISLAMIC REVOLUTIONARY GUARD CORPS ELECTRONIC WARFARE AND CYBER DEFENSE ORGANIZATION (a.k.a. IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND; a.k.a. IRGC JANGAL ORGANIZATION; a.k.a. IRGC-CEC), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] [HRIT-IR].

ISLAMIC REVOLUTIONARY GUARD CORPS INTELLIGENCE ORGANIZATION (a.k.a. IRGC INTELLIGENCE ORGANIZATION; a.k.a. IRGC-IO), Iran [HOSTAGES-EO14078].

ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JEHAD ORGANIZATION (a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JIHAD ORGANIZATION; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS SELF-SUFFICIENCY JEHAD ORGANIZATION), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JIHAD ORGANIZATION (a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JEHAD

ORGANIZATION; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS SELF-SUFFICIENCY JEHAD ORGANIZATION), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

ISLAMIC REVOLUTIONARY GUARD CORPS SELF-SUFFICIENCY JEHAD ORGANIZATION (a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JEHAD ORGANIZATION; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS RESEARCH AND SELF-SUFFICIENCY JIHAD ORGANIZATION), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

ISLAMIC REVOLUTIONARY GUARD CORPS-QODS FORCE (a.k.a. AL QODS; a.k.a. IRGC-QF; a.k.a. IRGC-QUDS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; a.k.a. JERUSALEM FORCE; a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN); a.k.a. QODS (JERUSALEM) FORCE OF THE IRGC; a.k.a. QODS FORCE; a.k.a. QUDS FORCE; a.k.a. SEPAH-E QODS; a.k.a. SEPAH-E QODS (JERUSALEM FORCE)), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [SYRIA] [IRGC] [IFSR] [IRAN-HR] [ELECTION-EO13848].

ISLAMIC REVOLUTIONARY GUARDS (a.k.a. AGIR; a.k.a. ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. IRAN'S REVOLUTIONARY GUARD CORPS; a.k.a. IRAN'S REVOLUTIONARY GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a. ISLAMIC REVOLUTION GUARDS CORPS; a.k.a. ISLAMIC REVOLUTIONARY CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS; a.k.a. ISLAMIC REVOLUTIONARY GUARDS CORPS; a.k.a. PASDARAN; a.k.a. PASDARAN-E INQILAB; a.k.a. PASDARN-E ENGHELAB-E ISLAMI; a.k.a. REVOLUTIONARY GUARD; a.k.a. REVOLUTIONARY GUARDS; a.k.a. SEPAH; a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E PASDARAN ENGHELAB ISLAMI; a.k.a. SEPAH-E PASDARAN-E ENGHELAB-E ESLAMI; a.k.a. SEPAH-E PASDARAN-E ENQELAB-E ESLAMI; a.k.a. THE ARMY OF THE GUARDIANS OF THE ISLAMIC REVOLUTION; a.k.a. THE IRANIAN REVOLUTIONARY GUARDS), Tehran, Iran; Syria; Additional Sanctions Information -

Subject to Secondary Sanctions [FTO] [SDGT]
[NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR]
[ELECTION-EO13848].

ISLAMIC REVOLUTIONARY GUARDS CORPS
(a.k.a. AGIR; a.k.a. ARMY OF THE
GUARDIANS OF THE ISLAMIC REVOLUTION;
a.k.a. IRAN'S REVOLUTIONARY GUARD
CORPS; a.k.a. IRAN'S REVOLUTIONARY
GUARDS; a.k.a. IRG; a.k.a. IRGC; a.k.a.
ISLAMIC REVOLUTION GUARDS CORPS;
a.k.a. ISLAMIC REVOLUTIONARY CORPS;
a.k.a. ISLAMIC REVOLUTIONARY GUARD
CORPS; a.k.a. ISLAMIC REVOLUTIONARY
GUARDS; a.k.a. PASDARAN; a.k.a.
PASDARAN-E INQILAB; a.k.a. PASDARN-E
ENGHELAB-E ISLAMI; a.k.a.
REVOLUTIONARY GUARD; a.k.a.
REVOLUTIONARY GUARDS; a.k.a. SEPAH;
a.k.a. SEPAH PASDARAN; a.k.a. SEPAH-E
PASDARAN ENGHELAB ISLAMI; a.k.a.
SEPAH-E PASDARAN-E ENGHELAB-E
ESLAMI; a.k.a. SEPAH-E PASDARAN-E
ENQELAB-E ESLAMI; a.k.a. THE ARMY OF
THE GUARDIANS OF THE ISLAMIC
REVOLUTION; a.k.a. THE IRANIAN
REVOLUTIONARY GUARDS), Tehran, Iran;
Syria; Additional Sanctions Information -
Subject to Secondary Sanctions [FTO] [SDGT]
[NPWMD] [IRGC] [IFSR] [IRAN-HR] [HRIT-IR]
[ELECTION-EO13848].

ISLAMIC REVOLUTIONARY GUARDS CORPS
AEROSPACE FORCE (a.k.a. AEROSPACE
DIVISION OF IRGC; a.k.a. AEROSPACE
FORCE OF THE ARMY OF THE GUARDIANS
OF THE ISLAMIC REVOLUTION; a.k.a.
AFAGIR; a.k.a. AIR FORCE, IRGC
(PASDARAN); a.k.a. IRGC AEROSPACE
FORCE; a.k.a. IRGC AIR FORCE; a.k.a.
IRGCAF; a.k.a. IRGCASF; a.k.a. ISLAMIC
REVOLUTION GUARDS CORPS AIR FORCE;
a.k.a. ISLAMIC REVOLUTIONARY GUARD
CORPS AIR FORCE; a.k.a. ISLAMIC
REVOLUTIONARY GUARDS CORPS AIR
FORCE; a.k.a. SEPAH PASDARAN AIR
FORCE), Tehran, Iran; Syria; Additional
Sanctions Information - Subject to Secondary
Sanctions [FTO] [SDGT] [NPWMD] [IRGC]
[IFSR] [RUSSIA-EO14024].

ISLAMIC REVOLUTIONARY GUARDS CORPS
AIR FORCE (a.k.a. AEROSPACE DIVISION OF
IRGC; a.k.a. AEROSPACE FORCE OF THE
ARMY OF THE GUARDIANS OF THE ISLAMIC
REVOLUTION; a.k.a. AFAGIR; a.k.a. AIR
FORCE, IRGC (PASDARAN); a.k.a. IRGC
AEROSPACE FORCE; a.k.a. IRGC AIR

FORCE; a.k.a. IRGCAF; a.k.a. IRGCASF; a.k.a.
ISLAMIC REVOLUTION GUARDS CORPS AIR
FORCE; a.k.a. ISLAMIC REVOLUTIONARY
GUARD CORPS AIR FORCE; a.k.a. ISLAMIC
REVOLUTIONARY GUARDS CORPS
AEROSPACE FORCE; a.k.a. SEPAH
PASDARAN AIR FORCE), Tehran, Iran; Syria;
Additional Sanctions Information - Subject to
Secondary Sanctions [FTO] [SDGT] [NPWMD]
[IRGC] [IFSR] [RUSSIA-EO14024].

ISLAMIC RIGHTEOUSNESS SOCIETY (a.k.a.
AL-SALAH; a.k.a. AL-SALAH ASSOCIATION;
a.k.a. AL-SALAH ISLAMIC ASSOCIATION;
a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a.
AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-
SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH
ORGANIZATION; a.k.a. AL-SALAH SOCIETY;
a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a.
ISLAMIC SALAH FOUNDATION; a.k.a.
ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC
SALVATION SOCIETY; a.k.a. JAMI'A AL-
SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI;
a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH
CHARITABLE ASSOCIATION; a.k.a. SALAH
ISLAMIC ASSOCIATION; a.k.a. SALAH
WELFARE ORGANIZATION), P.O. Box 6035,
Beshara Street, Deir Al-Balah, Gaza,
Palestinian; Deir Al-Balah Camp, Gaza,
Palestinian; Athalatheeniy Street, Gaza,
Palestinian; Gaza City, Gaza, Palestinian;
Bureij, Gaza, Palestinian; Al-Maghazi, Gaza,
Palestinian; Rafah, Gaza, Palestinian [SDGT].

ISLAMIC SALAH FOUNDATION (a.k.a. AL-
SALAH; a.k.a. AL-SALAH ASSOCIATION;
a.k.a. AL-SALAH ISLAMIC ASSOCIATION;
a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a.
AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-
SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH
ORGANIZATION; a.k.a. AL-SALAH SOCIETY;
a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a.
ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a.
ISLAMIC SALAH FOUNDATION; a.k.a.
ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC
SALVATION SOCIETY; a.k.a. JAMI'A AL-
SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI;
a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH
CHARITABLE ASSOCIATION; a.k.a. SALAH
ISLAMIC ASSOCIATION; a.k.a. SALAH
WELFARE ORGANIZATION), P.O. Box 6035,
Beshara Street, Deir Al-Balah, Gaza,
Palestinian; Deir Al-Balah Camp, Gaza,
Palestinian; Athalatheeniy Street, Gaza,
Palestinian; Gaza City, Gaza, Palestinian;
Bureij, Gaza, Palestinian; Al-Maghazi, Gaza,
Palestinian; Rafah, Gaza, Palestinian [SDGT].

ISLAMIC SALAH SOCIETY (a.k.a. AL-SALAH;
a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-
SALAH ISLAMIC ASSOCIATION; a.k.a. AL-
SALAH ISLAMIC COMMITTEE; a.k.a. AL-
SALAH ISLAMIC FOUNDATION; a.k.a. AL-
SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH
ORGANIZATION; a.k.a. AL-SALAH SOCIETY;
a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a.
ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a.
ISLAMIC SALAH FOUNDATION; a.k.a.
ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A
AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-
ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a.
SALAH CHARITABLE ASSOCIATION; a.k.a.
SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH
WELFARE ORGANIZATION), P.O. Box 6035,
Beshara Street, Deir Al-Balah, Gaza,
Palestinian; Deir Al-Balah Camp, Gaza,
Palestinian; Athalatheeniy Street, Gaza,
Palestinian; Gaza City, Gaza, Palestinian;
Bureij, Gaza, Palestinian; Al-Maghazi, Gaza,
Palestinian; Rafah, Gaza, Palestinian [SDGT].

ISLAMIC SALVATION FOUNDATION (a.k.a. AL
QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA;
a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD;
a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a.
INTERNATIONAL FRONT FOR FIGHTING
JEWS AND CRUSADES; a.k.a. ISLAMIC
ARMY; a.k.a. ISLAMIC ARMY FOR THE
LIBERATION OF HOLY SITES; a.k.a. NEW
JIHAD; a.k.a. THE BASE; a.k.a. THE GROUP
FOR THE PRESERVATION OF THE HOLY
SITES; a.k.a. THE ISLAMIC ARMY FOR THE
LIBERATION OF THE HOLY PLACES; a.k.a.
THE JIHAD GROUP; a.k.a. THE WORLD
ISLAMIC FRONT FOR JIHAD AGAINST JEWS
AND CRUSADERS; a.k.a. USAMA BIN LADEN
NETWORK; a.k.a. USAMA BIN LADEN
ORGANIZATION) [FTO] [SDGT].

ISLAMIC SALVATION SOCIETY (a.k.a. AL-
SALAH; a.k.a. AL-SALAH ASSOCIATION;
a.k.a. AL-SALAH ISLAMIC ASSOCIATION;
a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a.
AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-
SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH
ORGANIZATION; a.k.a. AL-SALAH SOCIETY;
a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a.
ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a.
ISLAMIC SALAH FOUNDATION; a.k.a.
ISLAMIC SALAH SOCIETY; a.k.a. JAMI'A AL-
SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI;
a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH
CHARITABLE ASSOCIATION; a.k.a. SALAH
ISLAMIC ASSOCIATION; a.k.a. SALAH
WELFARE ORGANIZATION), P.O. Box 6035,

Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT].

ISLAMIC SECURITY FORCE-INDIAN MUJAHIDEEN (ISF-IM) (a.k.a. INDIAN MUJAHEDEEN; a.k.a. INDIAN MUJAHIDEEN; a.k.a. INDIAN MUJAHIDIN), India [FTO] [SDGT].

ISLAMIC STATE (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

ISLAMIC STATE - MOZAMBIQUE (a.k.a. AHL AL-SUNNA WA AL-JAMAA; a.k.a. AL-SHABAAB IN MOZAMBIQUE; a.k.a. ANSAAR KALIMAT ALLAH; a.k.a. ANSAR AL-SUNNA; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. "ADHERENTS TO THE TRADITIONS AND THE COMMUNITY"; a.k.a. "HELPERS OF TRADITION"; a.k.a. "ISIS-MOZAMBIQUE"; a.k.a. "SUPPORTERS OF THE WORD OF ALLAH"), Cabo Delgado Province, Mozambique; Tanzania [FTO] [SDGT].

ISLAMIC STATE BANGLADESH (a.k.a. ABU JANDAL AL-BANGALI; a.k.a. CALIPHATE IN BANGLADESH; a.k.a. CALIPHATE'S SOLDIERS IN BANGLADESH; a.k.a. ISIS-BANGLADESH; a.k.a. ISLAMIC STATE IN BANGLADESH; a.k.a. KHALIFAH'S SOLDIERS IN BENGAL; a.k.a. NEO-JAMAAT-UL MUJAHIDEEN BANGLADESH; a.k.a. SOLDIERS OF THE CALIPHATE IN BANGLADESH; a.k.a. "ISB"; a.k.a. "ISISB"; a.k.a. "NEO-JMB"; a.k.a. "NEW-JMB"), Dhaka, Bangladesh; Rangpur, Bangladesh; Sylhet, Bangladesh; Jhenaidah, Bangladesh; Singapore [FTO] [SDGT].

ISLAMIC STATE CENTRAL AFRICA PROVINCE (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda [FTO] [SDGT] [DRCONGO].

ISLAMIC STATE CENTRAL AFRICA PROVINCE (a.k.a. AHL AL-SUNNA WA AL-JAMAA; a.k.a. AL-SHABAAB IN MOZAMBIQUE; a.k.a. ANSAAR KALIMAT ALLAH; a.k.a. ANSAR AL-SUNNA; a.k.a. ISLAMIC STATE - MOZAMBIQUE; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. "ADHERENTS TO THE TRADITIONS AND THE COMMUNITY"; a.k.a. "HELPERS OF TRADITION"; a.k.a. "ISIS-MOZAMBIQUE"; a.k.a. "SUPPORTERS OF THE WORD OF ALLAH"), Cabo Delgado Province, Mozambique; Tanzania [FTO] [SDGT].

ISLAMIC STATE EGYPT (a.k.a. IS EGYPT; a.k.a. IS-EGYPT; a.k.a. ISIS-EGYPT; a.k.a. ISLAMIC STATE IN EGYPT), Egypt [SDGT].

ISLAMIC STATE IN BANGLADESH (a.k.a. ABU JANDAL AL-BANGALI; a.k.a. CALIPHATE IN BANGLADESH; a.k.a. CALIPHATE'S SOLDIERS IN BANGLADESH; a.k.a. ISIS-BANGLADESH; a.k.a. ISLAMIC STATE BANGLADESH; a.k.a. KHALIFAH'S SOLDIERS IN BENGAL; a.k.a. NEO-JAMAAT-UL MUJAHIDEEN BANGLADESH; a.k.a. SOLDIERS OF THE CALIPHATE IN BANGLADESH; a.k.a. "ISB"; a.k.a. "ISISB"; a.k.a. "NEO-JMB"; a.k.a. "NEW-JMB"), Dhaka, Bangladesh; Rangpur, Bangladesh; Sylhet, Bangladesh; Jhenaidah, Bangladesh; Singapore [FTO] [SDGT].

ISLAMIC STATE IN EGYPT (a.k.a. IS EGYPT; a.k.a. IS-EGYPT; a.k.a. ISIS-EGYPT; a.k.a. ISLAMIC STATE EGYPT), Egypt [SDGT].

ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a. DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS EAST ASIA DIVISION; a.k.a. IS PHILIPPINES; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIL PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a. ISIS IN THE PHILIPPINES; a.k.a. ISIS PHILIPPINE PROVINCE; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN THE PHILIPPINES; a.k.a. "DIWM"; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines [FTO] [SDGT].

ISLAMIC STATE IN SOMALIA (a.k.a. ABNAA UL-CALIPHA; a.k.a. ISIS IN EAST AFRICA; a.k.a. ISIS-SOMALIA; a.k.a. "ISS"), Puntland Region, Somalia [SDGT].

ISLAMIC STATE IN THE GREATER SAHARA (a.k.a. ISIS IN THE GREATER SAHARA; a.k.a. ISIS IN THE GREATER SAHEL; a.k.a. ISIS IN THE ISLAMIC SAHEL; a.k.a. ISIS-GS; a.k.a. ISLAMIC STATE OF THE GREATER SAHEL; a.k.a. "ISGS"), Mali; Niger; Burkina Faso [SDGT].

ISLAMIC STATE IN THE PHILIPPINES (a.k.a. DAWLATUL ISLAMIYAH WALIYATUL MASRIK; a.k.a. DAWLATUL ISLAMIYYAH WALIYATUL MASHRIQ; a.k.a. IS EAST ASIA

DIVISION; a.k.a. IS PHILIPPINES; a.k.a. ISIL IN THE PHILIPPINES; a.k.a. ISIL PHILIPPINES; a.k.a. ISIS BRANCH IN THE PHILIPPINES; a.k.a. ISIS IN THE PHILIPPINES; a.k.a. ISIS PHILIPPINE PROVINCE; a.k.a. ISIS-PHILIPPINES; a.k.a. ISLAMIC STATE IN IRAQ AND SYRIA IN SOUTH-EAST ASIA; a.k.a. "DIWM"; a.k.a. "ISP"), Basilan, Philippines; Lanao del Sur Province, Philippines [FTO] [SDGT].

ISLAMIC STATE IN THE SINAI (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt [FTO] [SDGT].

ISLAMIC STATE IN YEMEN (a.k.a. ISIL-YEMEN; a.k.a. ISIS IN YEMEN; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN YEMEN; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-YEMEN; a.k.a. "PROVINCE OF YEMEN"; a.k.a. "WILAYAT AL-YEMEN"), Yemen [SDGT].

ISLAMIC STATE KHURASAN (a.k.a. ISIL KHORASAN; a.k.a. ISIL'S SOUTH ASIA BRANCH; a.k.a. ISIS WILAYAT KHORASAN; a.k.a. ISISK; a.k.a. ISIS-K; a.k.a. IS-KHORASAN; a.k.a. ISLAMIC STATE OF IRAQ AND LEVANT IN KHORASAN PROVINCE; a.k.a. ISLAMIC STATE'S KHORASAN PROVINCE; a.k.a. SOUTH ASIAN CHAPTER OF ISIL; a.k.a. THE ISLAMIC STATE OF IRAQ AND ASH-SHAM - KHORASAN PROVINCE; a.k.a. THE ISLAMIC STATE OF IRAQ AND SYRIA - KHORASAN), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE OF IRAQ (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

ISLAMIC STATE OF IRAQ AND AL-SHAM (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt [FTO] [SDGT].

ISLAMIC STATE OF IRAQ AND ASH-SHAM IN LIBYA (a.k.a. ISIL-LIBYA; a.k.a. ISIS-LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-LIBYA; a.k.a. "ISIS-L"; a.k.a. "WILAYAT AL-TARABLUS"; a.k.a. "WILAYAT BARQA"; a.k.a. "WILAYAT FEZZAN"; a.k.a. "WILAYAT TARABLUS"; a.k.a. "WILAYAT TRIPOLITANIA"), Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE OF IRAQ AND LEVANT IN KHORASAN PROVINCE (a.k.a. ISIL KHORASAN; a.k.a. ISIL'S SOUTH ASIA BRANCH; a.k.a. ISIS WILAYAT KHORASAN; a.k.a. ISISK; a.k.a. ISIS-K; a.k.a. IS-

KHORASAN; a.k.a. ISLAMIC STATE KHORASAN; a.k.a. ISLAMIC STATE'S KHORASAN PROVINCE; a.k.a. SOUTH ASIAN CHAPTER OF ISIL; a.k.a. THE ISLAMIC STATE OF IRAQ AND ASH-SHAM - KHORASAN PROVINCE; a.k.a. THE ISLAMIC STATE OF IRAQ AND SYRIA - KHORASAN), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE OF IRAQ AND SYRIA (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

ISLAMIC STATE OF IRAQ AND SYRIA - DEMOCRATIC REPUBLIC OF THE CONGO (a.k.a. ALLIED DEMOCRATIC FORCES; a.k.a. CITY OF MONOTHEISM AND HOLY WARRIORS; a.k.a. FORCES DEMOCRATIQUES ALLIEES-ARMEE NATIONALE DE LIBERATION DE L'OUGANDA; a.k.a. ISIS-CENTRAL AFRICA; a.k.a. ISLAMIC ALLIANCE OF DEMOCRATIC FORCES; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. MADINA AT TAUHEED WAU MUJAHEDEEN; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. WILAYAH CENTRAL AFRICA MEDIA OFFICE; a.k.a. WILAYAT CENTRAL AFRICA; a.k.a. WILAYAT WASAT IFRIQIYAH; a.k.a. "ADF"; a.k.a. "ADF/NALU"; a.k.a. "ISIS-DRC"), North Kivu Province, Congo, Democratic Republic of the; Rwenzori Region, Congo, Democratic Republic of the; South Kivu Province, Congo, Democratic Republic of the; Uganda [FTO] [SDGT] [DRCONGO].

ISLAMIC STATE OF IRAQ AND SYRIA - MOZAMBIQUE (a.k.a. AHL AL-SUNNA WA AL-JAMAA; a.k.a. AL-SHABAAB IN MOZAMBIQUE; a.k.a. ANSAAR KALIMAT ALLAH; a.k.a. ANSAR AL-SUNNA; a.k.a. ISLAMIC STATE - MOZAMBIQUE; a.k.a. ISLAMIC STATE CENTRAL AFRICA PROVINCE; a.k.a. WILAYAH CENTRAL AFRICA; a.k.a. "ADHERENTS TO THE TRADITIONS AND THE COMMUNITY"; a.k.a. "HELPERS OF TRADITION"; a.k.a. "ISIS-MOZAMBIQUE"; a.k.a. "SUPPORTERS OF THE WORD OF ALLAH"), Cabo Delgado Province, Mozambique; Tanzania [FTO] [SDGT].

ISLAMIC STATE OF IRAQ AND SYRIA WEST AFRICA PROVINCE (a.k.a. ISIS WEST AFRICA; a.k.a. ISIS WEST AFRICA PROVINCE; a.k.a. ISIS-WEST AFRICA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-WEST AFRICA; a.k.a. ISLAMIC STATE WEST AFRICA PROVINCE; a.k.a. "ISIL-WA"; a.k.a. "ISIS-WA"; a.k.a. "ISISWAP"), Nigeria [FTO] [SDGT].

ISLAMIC STATE OF IRAQ AND THE LEVANT (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. JAM'AT AL TAWHID WA'AL-JIHAD; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

ISLAMIC STATE OF IRAQ AND THE LEVANT - CAUCASUS PROVINCE (a.k.a. CAUCASUS WILAYAH; a.k.a. VILAYAT KAVKAZ; a.k.a. WILAYAH QAWKAZ; a.k.a. WILAYAT QAWQAZ; a.k.a. "CAUCASUS PROVINCE"), Dagestan, Russia; Chechnya, Russia; Ingushetia, Russia; Kabardino-Balkaria, Russia [SDGT].

ISLAMIC STATE OF IRAQ AND THE LEVANT IN LIBYA (a.k.a. ISIL-LIBYA; a.k.a. ISIS-LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-LIBYA; a.k.a. "ISIS-L"; a.k.a. "WILAYAT AL-TARABLUS"; a.k.a. "WILAYAT BARQA"; a.k.a. "WILAYAT FEZZAN"; a.k.a. "WILAYAT TARABLUS"; a.k.a. "WILAYAT TRIPOLITANIA"), Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE OF IRAQ AND THE LEVANT IN SAUDI ARABIA (a.k.a. HIJAZ PROVINCE OF THE ISLAMIC STATE; a.k.a. ISIL-SAUDI

ARABIA; a.k.a. ISIS IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-SAUDI ARABIA; a.k.a. MUJAHIDEEN OF THE ARABIAN PENINSULA; a.k.a. WILAYAT AL-HARAMAYN; a.k.a. "AL-HIJAZ PROVINCE"; a.k.a. "NAJD PROVINCE"; a.k.a. "PROVINCE OF THE TWO HOLY PLACES"; a.k.a. "WILAYAT NAJD"), Hijaz and Asir Provinces, Najd region, Saudi Arabia; Kuwait [SDGT].

ISLAMIC STATE OF IRAQ AND THE LEVANT IN YEMEN (a.k.a. ISIL-YEMEN; a.k.a. ISIS IN YEMEN; a.k.a. ISLAMIC STATE IN YEMEN; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-YEMEN; a.k.a. "PROVINCE OF YEMEN"; a.k.a. "WILAYAT AL-YEMEN"), Yemen [SDGT].

ISLAMIC STATE OF IRAQ AND THE LEVANT-LIBYA (a.k.a. ISIL-LIBYA; a.k.a. ISIS-LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM IN LIBYA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN LIBYA; a.k.a. "ISIS-L"; a.k.a. "WILAYAT AL-TARABLUS"; a.k.a. "WILAYAT BARQA"; a.k.a. "WILAYAT FEZZAN"; a.k.a. "WILAYAT TARABLUS"; a.k.a. "WILAYAT TRIPOLITANIA"), Libya; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE OF IRAQ AND THE LEVANT-SAUDI ARABIA (a.k.a. HIJAZ PROVINCE OF THE ISLAMIC STATE; a.k.a. ISIL-SAUDI ARABIA; a.k.a. ISIS IN SAUDI ARABIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN SAUDI ARABIA; a.k.a. MUJAHIDEEN OF THE ARABIAN PENINSULA; a.k.a. WILAYAT AL-HARAMAYN; a.k.a. "AL-HIJAZ PROVINCE"; a.k.a. "NAJD PROVINCE"; a.k.a. "PROVINCE OF THE TWO HOLY PLACES"; a.k.a. "WILAYAT NAJD"), Hijaz and Asir Provinces, Najd region, Saudi Arabia; Kuwait [SDGT].

ISLAMIC STATE OF IRAQ AND THE LEVANT-WEST AFRICA (a.k.a. ISIS WEST AFRICA; a.k.a. ISIS WEST AFRICA PROVINCE; a.k.a. ISIS-WEST AFRICA; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA WEST AFRICA PROVINCE; a.k.a. ISLAMIC STATE WEST AFRICA PROVINCE; a.k.a. "ISIL-WA"; a.k.a. "ISIS-WA"; a.k.a. "ISISWAP"), Nigeria [FTO] [SDGT].

ISLAMIC STATE OF IRAQ AND THE LEVANT-YEMEN (a.k.a. ISIL-YEMEN; a.k.a. ISIS IN YEMEN; a.k.a. ISLAMIC STATE IN YEMEN; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT IN YEMEN; a.k.a. "PROVINCE OF

YEMEN"; a.k.a. "WILAYAT AL-YEMEN"), Yemen [SDGT].

ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt [FTO] [SDGT].

ISLAMIC STATE OF LANAO (a.k.a. IS-RANAO; a.k.a. MAUTE GROUP), Lanao del Sur, Philippines [SDGT].

ISLAMIC STATE OF THE GREATER SAHEL (a.k.a. ISIS IN THE GREATER SAHARA; a.k.a. ISIS IN THE GREATER SAHEL; a.k.a. ISIS IN THE ISLAMIC SAHEL; a.k.a. ISIS-GS; a.k.a. ISLAMIC STATE IN THE GREATER SAHARA; a.k.a. "ISGS"), Mali; Niger; Burkina Faso [SDGT].

ISLAMIC STATE WEST AFRICA PROVINCE (a.k.a. ISIS WEST AFRICA; a.k.a. ISIS WEST AFRICA PROVINCE; a.k.a. ISIS-WEST AFRICA; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA WEST AFRICA PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT-WEST AFRICA; a.k.a. "ISIL-WA"; a.k.a. "ISIS-WA"; a.k.a. "ISISWAP"), Nigeria [FTO] [SDGT].

ISLAMIC STATE'S KHORASAN PROVINCE (a.k.a. ISIL KHORASAN; a.k.a. ISIL'S SOUTH ASIA BRANCH; a.k.a. ISIS WILAYAT KHORASAN; a.k.a. ISISK; a.k.a. ISIS-K; a.k.a. IS-KHORASAN; a.k.a. ISLAMIC STATE KHURASAN; a.k.a. ISLAMIC STATE OF IRAQ AND LEVANT IN KHORASAN PROVINCE; a.k.a. SOUTH ASIAN CHAPTER OF ISIL; a.k.a. THE ISLAMIC STATE OF IRAQ AND ASH-SHAM - KHORASAN PROVINCE; a.k.a. THE ISLAMIC STATE OF IRAQ AND SYRIA - KHORASAN), Afghanistan; Pakistan; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [FTO] [SDGT].

ISLAMIC STATE-SINAI PROVINCE (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a.

ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt [FTO] [SDGT].

ISLAMOV, Dmitry Viktorovich (Cyrillic: ИСЛАМОВ, Дмитрий Викторович), Russia; DOB 05 Dec 1977; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

ISLOMIY JIHOD ITTIHODI (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY; a.k.a. "IJG") [FTO] [SDGT].

ISMAEL, Ghassan Jaoudat (a.k.a. ISMAIL, Ghassan Jaoudat (Arabic: غسان جودت اسماعيل); a.k.a. SALAMEH, Ghassan), Aleppo, Syria; DOB 1960; POB Junaynat Ruslan, Darkoush, Drekish, Tartous, Syria; nationality Syria; Gender Male (individual) [SYRIA].

ISMAEL, Ismael; DOB 1955; Minister of Finance (individual) [SYRIA].

ISMAGILOV, Marat Maratovich (a.k.a. KHIMICH, Marat; a.k.a. SAVELOV, Marat Maratovich; a.k.a. SAVELOV-HIMICH, Marat), Austria; Singapore; 16 Malakhitovaya St, Apt 5, Novinki, Moscow 123103, Russia; DOB 15 Dec 1979; POB Grozny, Russia; nationality Russia; alt. nationality Israel; Gender Male; Passport 725260121 (Russia) issued 04 Jul 2013 expires 04 Jul 2023; alt. Passport 753383048 (Russia) issued 30 Jun 2016 expires 30 Jun 2026; alt. Passport 32395882 (Israel) issued 16 May 2018 expires 15 May 2023; National ID No. 4508457970 (Russia); alt. National ID No. 345133367 (Israel) (individual) [RUSSIA-EO14024].

ISMAIL FOR GENERAL TRADE (a.k.a. ISMAIL GENERAL TRADING (Arabic: اسماعيل للتجارة العامة); a.k.a. MOHAMED HASSANE ISMAIL),

Khaldeh, Al Qubbah, King Mohammad Ismail, Section 5, Block B, Mount Lebanon, Lebanon; Mohamed Ismail Property, B Kobbe, Baabda, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Oct 2009; Registration Number 2018166 (Lebanon) [SDGT] (Linked To: ISMAIL, Mohamad Hassan).

ISMAIL GENERAL TRADING (Arabic: اسماعيل للتجارة العامة) (a.k.a. ISMAIL FOR GENERAL TRADE; a.k.a. MOHAMED HASSANE ISMAIL), Khaldeh, Al Qubbah, King Mohammad Ismail, Section 5, Block B, Mount Lebanon, Lebanon; Mohamed Ismail Property, B Kobbe, Baabda, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Oct 2009; Registration Number 2018166 (Lebanon) [SDGT] (Linked To: ISMAIL, Mohamad Hassan).

ISMA'IL, 'Ali 'Abd Al-Rahman (a.k.a. ABU GHAZALA, Muhammad Hisham Muhammad Isma'il; a.k.a. ABU LAYTH, Mansur; a.k.a. ABU SUWAYWIN, 'Ali 'Abd Al-Rahman; a.k.a. ABU-GHAZALAH, Muhammad Hisham Isma'il; a.k.a. ABU-GHAZALAH, Muhammad Hisham Muhammad; a.k.a. AL-FILISTINI, Abu Layth; a.k.a. "ABU GHAZALA"; a.k.a. "ABU GHAZALEH"); DOB 26 Dec 1962; POB Al-Zarqa, Jordan; nationality Jordan; National ID No. 9621014947 (Jordan) (individual) [SDGT].

ISMA'IL, Ayham, Syria; DOB 20 Jan 1972; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

ISMAIL, Ghassan Jouadat (Arabic: غسان جودت إسماعيل) (a.k.a. ISMAEL, Ghassan Jaoudat; a.k.a. SALAMEH, Ghassan), Aleppo, Syria; DOB 1960; POB Junaynat Ruslan, Darkoush, Drekish, Tartous, Syria; nationality Syria; Gender Male (individual) [SYRIA].

ISMAIL, Mohamad Hassan (Arabic: محمد حسن اسمعيل), Lyulin 408, Entrance B, Floor 5, Apt 95, Sofia, Bulgaria; Ramlet El Bayda, Fawaz Building, 4th Floor, Beirut, Lebanon; DOB 01 Jun 1985; POB Kounin, Lebanon; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR2096669 (Lebanon); alt. Passport LR0484848 expires 31 Jul 2022; Identification Number 1003688727 (Bulgaria) (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

ISMAIL, Mohammed (a.k.a. ALBASHIR, Mohammed; a.k.a. AL-BASHIR, Muhammad; a.k.a. AL-FAQI, Bashir Mohammed Ibrahim; a.k.a. AL-FAQIH, Abd al-Rahman; a.k.a. AL-KHATAB, Abd  Al Rahman; a.k.a. AL-MOHAMMED, Al-Basher; a.k.a. "ABU ABD AL-RAHMAN"; a.k.a. "ABU KHALID"; a.k.a. "ABU MOHAMMED"; a.k.a. "MAHMUD"; a.k.a. "MUSTAFA"), Birmingham, United Kingdom; DOB 15 Dec 1959; POB Libya (individual) [SDGT].

ISMAIL, Samer (Arabic: سامر اسماعيل), Homs, Syria; DOB 25 Oct 1980; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

ISMAIL, Talib Husayn Ali Jarak (a.k.a. ESMAEL, Taleb H. A. J.), Block 8, Street 20, House No. 33, Jabriya, Kuwait; Street 21, Salem Al Mubarak Avenue, Block 20, Building 13, Salmiya, Kuwait; PO Box 3390, Safat 13034, Kuwait City, Kuwait; PO Box 126, Safat 13002, Kuwait City, Kuwait; Block 8, Street 103, Building 33, Apartment 33, Jabriya, Kuwait; Mubarak Al Kabir, Darwaza abdul Razak Square, Kuwait City, Kuwait; DOB 30 Apr 1956; POB Kuwait City, Kuwait; nationality Kuwait; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

ISMAILOV, Zaur; DOB 25 Jul 1975; alt. DOB 25 Jul 1978; POB Krasny Luch, Voroshilovgrad, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

ISMAILOVA, Gulbahor Burkhanovna (a.k.a. ISMAILOVA, Gulbakhor Burkhanovna), Ustabayava 79, Apt 81-831, Tashkent 100187, Uzbekistan; DOB 22 Dec 1959; POB Tashkent, Uzbekistan; nationality Uzbekistan; alt. nationality Russia; alt. nationality Cyprus; Gender Female (individual) [RUSSIA-EO14024] (Linked To: THE SISTER TRUST).

ISMAILOVA, Gulbakhor Burkhanovna (a.k.a. ISMAILOVA, Gulbahor Burkhanovna), Ustabayava 79, Apt 81-831, Tashkent 100187, Uzbekistan; DOB 22 Dec 1959; POB Tashkent, Uzbekistan; nationality Uzbekistan; alt. nationality Russia; alt. nationality Cyprus; Gender Female (individual) [RUSSIA-EO14024] (Linked To: THE SISTER TRUST).

ISMAILOVA, Gulnoz Zunnurovna (a.k.a. KOCHAROVA, Gulnoz Zunnurovna), Russia; Cyprus; Switzerland; DOB 04 Oct 1982; POB Tashkent, Uzbekistan; nationality Russia; alt. nationality Cyprus; citizen Uzbekistan; Gender Female; Passport K00224544 (Cyprus) issued

28 May 2015 expires 28 May 2025 (individual) [RUSSIA-EO14024] (Linked To: ALMENOR HOLDINGS LIMITED).

ISOMUDDIN, Riduan (a.k.a. ISAMUDDIN, Nurjaman Riduan; a.k.a. NURJAMAN, Encep; a.k.a. "HAMBALI"; a.k.a. "NURJAMAN"), Guantanamo Bay detention center, Cuba; DOB 04 Apr 1964; alt. DOB 01 Apr 1964; POB Cianjur, West Java, Indonesia; nationality Indonesia; Gender Male (individual) [SDGT].

ISP SB RAS (a.k.a. RZHANOV INSTITUTE OF SEMICONDUCTOR PHYSICS SB RAS; a.k.a. RZHANOV INSTITUTE OF SEMICONDUCTOR PHYSICS SIBERIAN BRANCH OF RUSSIAN ACADEMY OF SCIENCES), 13 Lavrentiev Aven., Novosibirsk 630090, Russia; Tax ID No. 5408100057 (Russia); Registration Number 1025403651283 (Russia) [RUSSIA-EO14024].

IS-RANAO (a.k.a. ISLAMIC STATE OF LANAO; a.k.a. MAUTE GROUP), Lanao del Sur, Philippines [SDGT].

ISS RESHETNEV (a.k.a. JSC ACADEMICIAN M.F. RESHETNEV INFORMATION SATELLITE SYSTEMS), 52, Lenin Street, Zheleznogorsk, Krasnoyarsk Region 662972, Russia; Organization Established Date 03 Mar 2008; Tax ID No. 2452034898 (Russia); Business Registration Number 1082452000290 (Russia) [RUSSIA-EO14024].

ISS E.U. (a.k.a. ISSA EMPRESA UNIPERSONAL; f.k.a. SARA GRIMBERG DE GUBEREK EMPRESA UNIPERSONAL), Calle 17 No. 68D-52, Bogota, Colombia; NIT # 8300486885 (Colombia); Matricula Mercantil No 745969 (Colombia) [SDNTK].

ISSA EMPRESA UNIPERSONAL (a.k.a. ISSA E.U.; f.k.a. SARA GRIMBERG DE GUBEREK EMPRESA UNIPERSONAL), Calle 17 No. 68D-52, Bogota, Colombia; NIT # 8300486885 (Colombia); Matricula Mercantil No 745969 (Colombia) [SDNTK].

ISSA, Aguila Saleh (a.k.a. ESSA, Agila Saleh; a.k.a. GWAIDER, Ageela Salah Issa; a.k.a. GWAIDER, Agila Saleh Issa; a.k.a. QUYDIR, Aqilah Salih; a.k.a. SALEH, Aqilah); DOB 01 Jun 1942; POB Elgubba, Libya; nationality Libya; Passport D001001 (Libya) issued 22 Jan 2015 expires 22 Jan 2017; President and Speaker of the Libyan House of Representatives (individual) [LIBYA3].

ISSA, Assef (a.k.a. AL-SHALISH, Dr. Asef; a.k.a. SHALEESH, Asef Isa; a.k.a. SHALEESH, Dr. Assef Essa; a.k.a. SHALISH, Asif), Damascus, Syria; DOB 01 Jan 1959; nationality Syria; Passport 4713277 (Syria) (individual) [IRAQ2].

ISSA, Issa Osman (a.k.a. ATTO, Abdullah; a.k.a. BUR, Abdullah; a.k.a. "AFADEY"; a.k.a. "MUSSE"; a.k.a. "SUDANI, Abdala"); DOB 1973; POB Malindi, Kenya; nationality Kenya (individual) [SDGT].

ISSA, Marwan (a.k.a. 'ISSA, Marwan), Gaza, Palestinian; DOB 1965; POB Gaza; nationality Palestinian; Gender Male (individual) [SDGT].

'ISSA, Marwan (a.k.a. ISSA, Marwan), Gaza, Palestinian; DOB 1965; POB Gaza; nationality Palestinian; Gender Male (individual) [SDGT].

ISSA, Sami (a.k.a. AL FIQAR, Dhu; a.k.a. BADR AL DIN, Mustafa; a.k.a. BADREDDINE, Mustafa Amine; a.k.a. BADREDDINE, Mustafa Youssef; a.k.a. SAAB, Elias Fouad; a.k.a. SA'B, Ilyas), Beirut, Lebanon; DOB 06 Apr 1961; POB Al-Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT] [SYRIA] (Linked To: HIZBALLAH).

ISSAT (a.k.a. HIAST; a.k.a. HIGHER INSTITUTE OF APPLIED SCIENCE AND TECHNOLOGY; a.k.a. INSTITUT DES SCIENCES APPLIQUEES ET DE TECHNOLOGIE; a.k.a. INSTITUT SUPERIEUR DES SCIENCES APPLIQUEES ET DE TECHNOLOGIE; a.k.a. ISAT), P.O. Box 31983, Barzeh, Damascus, Syria [NPWMD].

ISSE MOHAMUD, Abdirahman Fahiye (a.k.a. 'ISA, Abd-al-Rahman Fahiye; a.k.a. "ADEN, Ahmed"; a.k.a. "AL-SHARQAWI, Shaykh Abu-Mus'ab"; a.k.a. "FAHIYE, Abdirahman"), Somalia; DOB 1985; POB Bosaso, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISIS-SOMALIA).

ISSENE, Abdoulaye (Latin: ISSÈNE, Abdoulaye) (a.k.a. ABDOULAYE, Hissene; a.k.a. ABDOULAYE, Issene; a.k.a. HISSEIN, Abdoulaye; a.k.a. HISSENE, Abdoulaye; a.k.a. RAMADANE, Abdoulaye Issene (Latin: RAMADANE, Abdoulaye Issène)), KM5, Bangui, Central African Republic; Ndele, Bamingui-Bangoran Prefecture, Central African Republic; DOB 1967; POB Ndele, Bamingui-Bangoran Prefecture, Central African Republic; nationality Central African Republic; Gender Male; Passport D00000897 (Central African Republic) issued 05 Apr 2013 expires 04 Apr 2018 (individual) [CAR].

ISTIKAMET (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEM'IJJETUL FURQAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. SIRAT), Put Mladih Muslimana 30a, Sarajevo 71 000, Bosnia and Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia and Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia and Herzegovina [SDGT].

ISTOK RESEARCH AND PRODUCTION CORPORATION NAMED AFTER SHOKIN JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE ISTOK IMENI A. I.SHOKINA; a.k.a. AO NPP ISTOK IM. SHOKINA; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. JSC RPC ISTOK NAMED AFTER SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER A.I. SHOKIN; a.k.a. RESEARCH AND PRODUCTION CORPORATION ISTOK), 2A Vokzalnaya Str., Fryazino, Moscow Region 141190, Russia; Organization Established Date 31 Dec 2013; Tax ID No. 5050108496 (Russia); Registration Number 1135050007400 (Russia) [RUSSIA-EO14024].

IT1 DIGITAL SOLUTIONS LIMITED LIABILITY COMPANY, ul. Godovikova d. 9, str. 17, floor 6, ch. pomeshch. 7, Moscow 129085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9717102958 (Russia); Registration Number 1217700276859 (Russia) [RUSSIA-EO14024].

IT1 KHOLDING, ul. Godovikova d. 9, str. 17, floor 6, ch. pomeshch. 5, Moscow 129085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9717096285 (Russia); Registration Number 1207700418331 (Russia) [RUSSIA-EO14024].

ITB LOGISTIKA OOO, ul. Malomoskovskaya d. 16, str. 1, komn. 10, Moscow 129164, Russia; Tax ID No. 7733871594 (Russia); Registration Number 1147746183420 (Russia) [RUSSIA-EO14024].

ITC CONSULTANTS CYPRUS LIMITED, Christodoylou Chatzipaylou 221 Helios Court, Floor No. 1, Limassol 3036, Cyprus; Organization Established Date 09 Oct 1989; Organization Type: Management consultancy activities; Registration Number HE37569 (Cyprus) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

ITEKMA OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INNOVATSIONNYE TEKHNOLOGII I MATERIALY; a.k.a. "ITECMA"), D. 2 K. 121, Ul. Zavodskaya (Klimovsk Mkr.), Podolsk 142181, Russia; Tax ID No. 5074050189 (Russia); Registration Number 1145074004723 (Russia) [RUSSIA-EO14024].

ITG07 (a.k.a. ADVANCED PERSISTENT THREAT 39; a.k.a. APT39; a.k.a. CADELSPY; a.k.a. CHAFER; a.k.a. REMEXI), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

I'TILAF AL-KHAIR (a.k.a. 101 DAYS CAMPAIGN; a.k.a. CHARITY COALITION; a.k.a. COALITION OF GOOD; a.k.a. ETELAF AL-KHAIR; a.k.a. ETILAFU EL-KHAIR; a.k.a. I'TILAF AL-KHAYR; a.k.a. UNION OF GOOD), P.O. Box 136301, Jeddah 21313, Saudi Arabia [SDGT].

I'TILAF AL-KHAYR (a.k.a. 101 DAYS CAMPAIGN; a.k.a. CHARITY COALITION; a.k.a. COALITION OF GOOD; a.k.a. ETELAF AL-KHAIR; a.k.a. ETILAFU EL-KHAIR; a.k.a. I'TILAF AL-KHAIR; a.k.a. UNION OF GOOD), P.O. Box 136301, Jeddah 21313, Saudi Arabia [SDGT].

ITQAN COMPANY (a.k.a. ETQAAN REAL ESTATE CO.; a.k.a. ITQAN REAL ESTATE; a.k.a. ITQAN REAL ESTATE CO.; a.k.a. ITQAN REAL ESTATE JSC (Arabic: إتقان العقارية (ش.م.خ.))), Zakher Tower, Al Taawun Street, 2nd Floor, Al Mamzar Area, 63629, Sharjah, United

Arab Emirates; P.O. Box 63629, Taawon (Al) Street, 2nd Floor, Zakher Tower, Sharjah, United Arab Emirates; Website www.itqan-realestate.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2004; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

ITQAN REAL ESTATE (a.k.a. ETQAAN REAL ESTATE CO.; a.k.a. ITQAN COMPANY; a.k.a. ITQAN REAL ESTATE CO.; a.k.a. ITQAN REAL ESTATE JSC (Arabic: إتقان العقارية (ش.م.خ.)), Zakher Tower, Al Taawun Street, 2nd Floor, Al Mamzar Area, 63629, Sharjah, United Arab Emirates; P.O. Box 63629, Taawon (Al) Street, 2nd Floor, Zakher Tower, Sharjah, United Arab Emirates; Website www.itqan-realestate.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2004; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

ITQAN REAL ESTATE CO. (a.k.a. ETQAAN REAL ESTATE CO.; a.k.a. ITQAN COMPANY; a.k.a. ITQAN REAL ESTATE; a.k.a. ITQAN REAL ESTATE JSC (Arabic: إتقان العقارية (ش.م.خ.)), Zakher Tower, Al Taawun Street, 2nd Floor, Al Mamzar Area, 63629, Sharjah, United Arab Emirates; P.O. Box 63629, Taawon (Al) Street, 2nd Floor, Zakher Tower, Sharjah, United Arab Emirates; Website www.itqan-realestate.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2004; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

ITQAN REAL ESTATE JSC (Arabic: إتقان العقارية (ش.م.خ.)) (a.k.a. ETQAAN REAL ESTATE CO.; a.k.a. ITQAN COMPANY; a.k.a. ITQAN REAL ESTATE; a.k.a. ITQAN REAL ESTATE CO.), Zakher Tower, Al Taawun Street, 2nd Floor, Al Mamzar Area, 63629, Sharjah, United Arab Emirates; P.O. Box 63629, Taawon (Al) Street, 2nd Floor, Zakher Tower, Sharjah, United Arab Emirates; Website www.itqan-realestate.com; Secondary sanctions risk: section 1(b) of

Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2004; Organization Type: Construction of buildings; alt. Organization Type: Real estate activities with own or leased property [SDGT] (Linked To: HAMAS).

ITRI, Sahar (a.k.a. AKHRAS, Sahar; a.k.a. AL-AKHRAS, Sahar Otri (Arabic: سحر عطري الاخرس); a.k.a. ATRI, Sahar; a.k.a. OTRI, Sahar; a.k.a. UTRI, Sahar), 34 Allan Way, London, United Kingdom; DOB Nov 1949; nationality United Kingdom; alt. nationality Syria; Gender Female (individual) [SYRIA-EO13894].

ITSEC TEAM (a.k.a. AMN PARDAZESH KHARAZMI; a.k.a. "IT SECURITY & PENETRATION TESTING TEAM"; a.k.a. "POOYA DIGITAL SECURITY GROUP"), Unit 2, No. 129, Mir Ali Akbari St, Motahari Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [CYBER2].

ITTIHAD AL-JIHAD AL-ISLAMI (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY JIHOD ITTIHODI; a.k.a. JAMA'AT AL-JIHAD; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY; a.k.a. "IJG") [FTO] [SDGT].

IUDAEVA, Ksenia Valentinovna (a.k.a. IUDAEVA, Kseniya Valentinovna; a.k.a. IUDAEVA, Xenia Valentinovna; a.k.a. IUDAEVA, Xeniya Valentinovna; a.k.a. YUDAEVA, Ksenia Valentinovna; a.k.a. YUDAEVA, Xenia Valentinovna; a.k.a. YUDAYEVA, Kseniya Valentinovna (Cyrillic: ЮДАЕВА, Ксения Валентиновна); a.k.a. YUDAYEVA, Xeniya Valentinovna), 4 Molodezhnaya St. Apt. 232, Moscow 119296, Russia; DOB 17 Mar 1970; POB Moscow, Russia; nationality Russia; Gender Female; Passport 220033553 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

IUDAEVA, Kseniya Valentinovna (a.k.a. IUDAEVA, Ksenia Valentinovna; a.k.a. IUDAEVA, Xenia Valentinovna; a.k.a. IUDAEVA, Xeniya Valentinovna; a.k.a. YUDAEVA, Ksenia Valentinovna; a.k.a. YUDAEVA, Xenia Valentinovna; a.k.a. YUDAYEVA, Kseniya Valentinovna (Cyrillic: ЮДАЕВА, Ксения Валентиновна); a.k.a.

YUDAYEVA, Xeniya Valentinovna), 4 Molodezhnaya St. Apt. 232, Moscow 119296, Russia; DOB 17 Mar 1970; POB Moscow, Russia; nationality Russia; Gender Female; Passport 220033553 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

IUDAEVA, Xenia Valentinovna (a.k.a. IUDAEVA, Ksenia Valentinovna; a.k.a. IUDAEVA, Kseniya Valentinovna; a.k.a. IUDAEVA, Xeniya Valentinovna; a.k.a. YUDAEVA, Ksenia Valentinovna; a.k.a. YUDAEVA, Xenia Valentinovna; a.k.a. YUDAYEVA, Kseniya Valentinovna (Cyrillic: ЮДАЕВА, Ксения Валентиновна); a.k.a. YUDAYEVA, Xeniya Valentinovna), 4 Molodezhnaya St. Apt. 232, Moscow 119296, Russia; DOB 17 Mar 1970; POB Moscow, Russia; nationality Russia; Gender Female; Passport 220033553 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

IUVM (a.k.a. INTERNATIONAL UNION OF VIRTUAL MEDIA), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [ELECTION-EO13848] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

IVAKIN, Yurii (a.k.a. IVAKIN, Yuriy Vladimirovich); DOB 13 Aug 1954; POB Perevalsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

IVAKIN, Yuriy Vladimirovich (a.k.a. IVAKIN, Yurii); DOB 13 Aug 1954; POB Perevalsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

IVANINSKIY, Oleg Ivanovich (Cyrillic: ИВАНИНСКИЙ, Олег Иванович), Russia; DOB 05 Jun 1966; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

IVANKOVICH, Valerii Valerevich (a.k.a. IVANKOVICH, Valeriy Valeryevich; a.k.a. IVANKOVICH, Valery Valerevich (Cyrillic: ІВАНКОВІЧ, Валеры Валеревіч); a.k.a. IVANKOVICH, Valery Valerievich (Cyrillic: ИВАНКОВИЧ, Валерий Валерьевич)), Minsk, Belarus; DOB 15 Feb 1971; POB Navapolatsk, Belarus; nationality Belarus; Gender Male; Passport MP3896392 (Belarus); National Foreign ID Number 3150271E004PB5 (Belarus) (individual) [BELARUS-EO14038].

IVANKOVICH, Valeriy Valeryevich (a.k.a. IVANKOVICH, Valerii Valerevich; a.k.a. IVANKOVICH, Valery Valerevich (Cyrillic: ІВАНКОВІЧ, Валеры Валеревіч); a.k.a. IVANKOVICH, Valery Valerievich (Cyrillic: ИВАНКОВИЧ, Валерий Валерьевич)), Minsk, Belarus; DOB 15 Feb 1971; POB Navapolatsk, Belarus; nationality Belarus; Gender Male; Passport MP3896392 (Belarus); National Foreign ID Number 3150271E004PB5 (Belarus) (individual) [BELARUS-EO14038].

IVANKOVICH, Valery Valerevich (Cyrillic: ІВАНКОВІЧ, Валеры Валеревіч) (a.k.a. IVANKOVICH, Valerii Valerevich; a.k.a. IVANKOVICH, Valeriy Valeryevich; a.k.a. IVANKOVICH, Valery Valerievich (Cyrillic: ИВАНКОВИЧ, Валерий Валерьевич)), Minsk, Belarus; DOB 15 Feb 1971; POB Navapolatsk, Belarus; nationality Belarus; Gender Male; Passport MP3896392 (Belarus); National Foreign ID Number 3150271E004PB5 (Belarus) (individual) [BELARUS-EO14038].

IVANKOVICH, Valery Valerievich (Cyrillic: ИВАНКОВИЧ, Валерий Валерьевич) (a.k.a. IVANKOVICH, Valerii Valerevich; a.k.a. IVANKOVICH, Valeriy Valeryevich; a.k.a. IVANKOVICH, Valery Valerevich (Cyrillic: ІВАНКОВІЧ, Валеры Валеревіч)), Minsk, Belarus; DOB 15 Feb 1971; POB Navapolatsk, Belarus; nationality Belarus; Gender Male; Passport MP3896392 (Belarus); National Foreign ID Number 3150271E004PB5 (Belarus) (individual) [BELARUS-EO14038].

IVANOV JR., Sergey (a.k.a. IVANOV, Sergei Sergeevich (Cyrillic: ИВАНОВ, Сергеи Сергеевич); a.k.a. IVANOV, Sergey

Sergeevich), 12 BLD 1 Rochdelskaya Street Apt 13, Moscow 123002, Russia; DOB 23 Oct 1980; POB Moscow, Russia; nationality Russia; Gender Male; Passport 759511560 (Russia) issued 29 Oct 2018 expires 29 Oct 2028 (individual) [RUSSIA-EO14024] (Linked To: IVANOV, Sergei Borisovich).

IVANOV, Aleksandr Aleksandrovich (a.k.a. IVANOV, Alexander), Moscow, Russia; DOB 14 Jun 1960; nationality Russia; Gender Male; Tax ID No. 771873416848 (Russia) (individual) [CAR] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

IVANOV, Alexander (a.k.a. IVANOV, Aleksandr Aleksandrovich), Moscow, Russia; DOB 14 Jun 1960; nationality Russia; Gender Male; Tax ID No. 771873416848 (Russia) (individual) [CAR] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

IVANOV, Andrey Nikolayevich (Cyrillic: ИВАНОВ, Андрей Николаевич), House - 113A, Ust-Labinskiy 352303, Russia; House - 36/ APPT - 3, Kolomna 140415, Russia; Moskovskaya Oblast, Russia; DOB 13 Apr 1983; nationality Russia; citizen Russia; Gender Male; Identification Number M0381 (Russia); alt. Identification Number B90381 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

IVANOV, Maksim Yevgenyevich (Cyrillic: ИВАНОВ, Максим Евгеньевич), Russia; DOB 23 May 1987; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

IVANOV, Maxim Anatolyevich (Cyrillic: ИВАНОВ, Максим Анатольевич), Russia; DOB 24 Nov 1967; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

IVANOV, Nikolay Nikolayevich (Cyrillic: ИВАНОВ, Николай Николаевич), Russia; DOB 17 Jan 1957; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

IVANOV, Sergei (a.k.a. IVANOV, Sergei Borisovich (Cyrillic: ИВАНОВ, Сергей Борисович)), Moscow, Russia; DOB 31 Jan 1953; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209

(individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

IVANOV, Sergei Borisovich (Cyrillic: ИВАНОВ, Сергей Борисович) (a.k.a. IVANOV, Sergei), Moscow, Russia; DOB 31 Jan 1953; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

IVANOV, Sergei Sergeevich (Cyrillic: ИВАНОВ, Сергеи Сергеевич) (a.k.a. IVANOV JR., Sergey; a.k.a. IVANOV, Sergey Sergeevich), 12 BLD 1 Rochdelskaya Street Apt 13, Moscow 123002, Russia; DOB 23 Oct 1980; POB Moscow, Russia; nationality Russia; Gender Male; Passport 759511560 (Russia) issued 29 Oct 2018 expires 29 Oct 2028 (individual) [RUSSIA-EO14024] (Linked To: IVANOV, Sergei Borisovich).

IVANOV, Sergey Borisovich (Cyrillic: ИВАНОВ, Сергей Борисович), Russia; DOB 19 Apr 1952; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

IVANOV, Sergey Sergeevich (a.k.a. IVANOV JR., Sergey; a.k.a. IVANOV, Sergei Sergeevich (Cyrillic: ИВАНОВ, Сергеи Сергеевич)), 12 BLD 1 Rochdelskaya Street Apt 13, Moscow 123002, Russia; DOB 23 Oct 1980; POB Moscow, Russia; nationality Russia; Gender Male; Passport 759511560 (Russia) issued 29 Oct 2018 expires 29 Oct 2028 (individual) [RUSSIA-EO14024] (Linked To: IVANOV, Sergei Borisovich).

IVANOV, Timur (a.k.a. IVANOV, Timur Vadimovich), Russia; DOB 12 Aug 1975; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

IVANOV, Timur Vadimovich (a.k.a. IVANOV, Timur), Russia; DOB 12 Aug 1975; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

IVANOV, Victor Petrovich (a.k.a. IVANOV, Viktor); DOB 12 May 1950; alt. DOB 1952; POB Novgorod, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Director of the Federal Drug Control Service of the Russian Federation (FSKN) (individual) [UKRAINE-EO13661].

IVANOV, Viktor (a.k.a. IVANOV, Victor Petrovich); DOB 12 May 1950; alt. DOB 1952; POB Novgorod, Russia; Secondary sanctions

risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Director of the Federal Drug Control Service of the Russian Federation (FSKN) (individual) [UKRAINE-EO13661].

IVANOV, Vladimir Aleksandrovich (Cyrillic: ИВАНОВ, Владимир Александрович), Moscow, Russia; DOB 21 May 1987; POB Tambov Oblast, Russia; nationality Russia; Gender Male; Passport 76439979 (Russia) expires 20 Apr 2031 (individual) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

IVANOV, Vladimir Valeryevich (Cyrillic: ИВАНОВ, Владимир Валерьевич), Russia; DOB 10 Feb 1971; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

IVANOVA, Elena Nikolaevna (Cyrillic: ИВАНОВА, Елена Николаевна), St. Petersburg, Russia; DOB 07 Nov 1964; POB Karamzino Village, Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 737144264 (Russia); National ID No. 4009952155 (individual) [CYBER2] (Linked To: NPP PT OKEANOS, AO).

IVANOVA, Tatyana Grigoryevna, Russia; Kyrgyzstan; DOB 02 May 1975; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

IVANOVIC, Milan; DOB 05 Feb 1955 (individual) [BALKANS].

IVANYUZHENKOV, Boris Viktorovich (Cyrillic: ИВАНЮЖЕНКОВ, Борис Викторович), Russia; DOB 28 Feb 1966; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

IVASCHENKO, Konstantin Volodimirovich (a.k.a. IVASHCHENKO, Konstantin; a.k.a. IVASHHENKO, Kostyantyn Volodymyrovych (Cyrillic: ІВАЩЕНКО, Костянтин Володимирович); a.k.a. IVASHHENKO, Konstantin Vladimirovich (Cyrillic: ИВАЩЕНКО, Константин Владимирович)), Mariupol, Ukraine; DOB 03 Oct 1963; POB Mariupol, Ukraine; nationality Ukraine; Gender Male; Tax ID No. 2328614173 (Ukraine) (individual) [RUSSIA-EO14024].

IVASHCHENKO, Konstantin (a.k.a. IVASCHENKO, Konstantin Volodimirovich; a.k.a. IVASHHENKO, Kostyantyn

Volodymyrovych (Cyrillic: ІВАЩЕНКО, Костянтин Володимирович); a.k.a. IVASHHENKO, Konstantin Vladimirovich (Cyrillic: ИВАЩЕНКО, Константин Владимирович)), Mariupol, Ukraine; DOB 03 Oct 1963; POB Mariupol, Ukraine; nationality Ukraine; Gender Male; Tax ID No. 2328614173 (Ukraine) (individual) [RUSSIA-EO14024].

IVASHHENKO, Kostyantyn Volodymyrovych (Cyrillic: ІВАЩЕНКО, Костянтин Володимирович); a.k.a. IVASCHENKO, Konstantin Volodimirovich; a.k.a. IVASHHENKO, Konstantin; a.k.a. IVASHHENKO, Konstantin Vladimirovich (Cyrillic: ИВАЩЕНКО, Константин Владимирович)), Mariupol, Ukraine; DOB 03 Oct 1963; POB Mariupol, Ukraine; nationality Ukraine; Gender Male; Tax ID No. 2328614173 (Ukraine) (individual) [RUSSIA-EO14024].

IVASHHENKO, Konstantin Vladimirovich (Cyrillic: ИВАЩЕНКО, Константин Владимирович) (a.k.a. IVASCHENKO, Konstantin Volodimirovich; a.k.a. IVASHCHENKO, Konstantin; a.k.a. IVASHHENKO, Kostyantyn Volodymyrovych (Cyrillic: ІВАЩЕНКО, Костянтин Володимирович)), Mariupol, Ukraine; DOB 03 Oct 1963; POB Mariupol, Ukraine; nationality Ukraine; Gender Male; Tax ID No. 2328614173 (Ukraine) (individual) [RUSSIA-EO14024].

IVENSKIKH, Irina Valentinovna (Cyrillic: ИВЕНСКИХ, Ирина Валентиновна), Russia; DOB 22 Jul 1972; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

IVK JOINT STOCK COMPANY (a.k.a. AO IVK; a.k.a. IVK JSC), Ul. Butyrskaya D. 75, Moscow 127015, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7702157005 (Russia); Registration Number 1027700115453 (Russia) [RUSSIA-EO14024].

IVK JSC (a.k.a. AO IVK; a.k.a. IVK JOINT STOCK COMPANY), Ul. Butyrskaya D. 75, Moscow 127015, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as

amended by Executive Order 14114.; Tax ID No. 7702157005 (Russia); Registration Number 1027700115453 (Russia) [RUSSIA-EO14024].

IVLEV, Leonid Grigoryevich (Cyrillic: ИВЛЕВ, Леонид Григорьевич), Russia; DOB 01 May 1953; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

'IYAD, Adnan 'Ali (Arabic: عدنان علي عياد) (a.k.a. ADNAN, Ali Ayad; a.k.a. AYAD, Adnan), Lebanon; Germany; Morocco; Ethiopia; Iraq; Ghana; Nigeria; Turkey; DOB 10 Mar 1963; alt. DOB 01 Jan 1963; nationality Lebanon; alt. nationality Germany; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport LR0435095 (Lebanon); alt. Passport C3T81VJJX (Germany) (individual) [SDGT] (Linked To: HIZBALLAH).

IYAF SO RAN FGBU (a.k.a. BUDKER INSTITUTE OF NUCLEAR PHYSICS OF SB RAS; a.k.a. BUDKER INSTITUTE OF NUCLEAR PHYSICS OF SIBERIAN BRANCH RUSSIAN ACADEMY OF SCIENCES; a.k.a. FEDERALNOE GOSUDARSTVENNOE BYUDZHETNOE UCHREZHDENIE NAUKI INSTITUT YADERNOI FIZIKI IM. G.I. BUDKERA SIBIRSKOGO OTDELENIYA ROSSISKOI AKADEMII NAUK; f.k.a. INSTITUTE OF NUCLEAR PHYSICS OF THE SIBERIAN BRANCH OF THE USSR ACADEMY OF SCIENCE; a.k.a. "BINP SB RAS"), Prospkt Akademika Lavrentyeva D 11, Novosibirsk 630090, Russia; Organization Established Date 19 Jul 1994; Tax ID No. 5408105577 (Russia); Government Gazette Number 03533872 (Russia); Registration Number 1025403658136 (Russia) [RUSSIA-EO14024].

IYAMUREMYE, Gaston (a.k.a. BYIRINGIRO, Michel; a.k.a. RUMULI; a.k.a. RUMULI, Byiringiro Victor; a.k.a. RUMULI, Michel; a.k.a. RUMURI, Victor), Kibua, North Kivu, Congo, Democratic Republic of the; DOB 1948; POB Musanze District (Northern Province) Rwanda; alt. POB Nyakinama, Ruhengeri, Rwanda; FDLR President; FDLR 2nd Vice President; Brigadier General (individual) [DRCONGO].

IYARI (a.k.a. IYARI ALTO DISENO HUICHOL; a.k.a. IYARI DISENO DE COLECCION HUICHOL; a.k.a. IYARI DISENO Y MODA ETNICO), Av. De la Cultura No. 157, Col. Ciudad del Valle, Tepic, Nayarit C.P. 63157, Mexico; Naciones Unidas 4579-C, Patria

Universidad, Zapopan, Jalisco, Mexico; Website www.iyari.com.mx; R.F.C. LOTA650825RF9 (Mexico) [GLOMAG].

IYARI ALTO DISENO HUICHOL (a.k.a. IYARI; a.k.a. IYARI DISENO DE COLECCION HUICHOL; a.k.a. IYARI DISENO Y MODA ETNICO), Av. De la Cultura No. 157, Col. Ciudad del Valle, Tepic, Nayarit CP. 63157, Mexico; Naciones Unidas 4579-C, Patria Universidad, Zapopan, Jalisco, Mexico; Website www.iyari.com.mx; R.F.C. LOTA650825RF9 (Mexico) [GLOMAG].

IYARI DISENO DE COLECCION HUICHOL (a.k.a. IYARI; a.k.a. IYARI ALTO DISENO HUICHOL; a.k.a. IYARI DISENO Y MODA ETNICO), Av. De la Cultura No. 157, Col. Ciudad del Valle, Tepic, Nayarit CP. 63157, Mexico; Naciones Unidas 4579-C, Patria Universidad, Zapopan, Jalisco, Mexico; Website www.iyari.com.mx; R.F.C. LOTA650825RF9 (Mexico) [GLOMAG].

IYARI DISENO Y MODA ETNICO (a.k.a. IYARI; a.k.a. IYARI ALTO DISENO HUICHOL; a.k.a. IYARI DISENO DE COLECCION HUICHOL), Av. De la Cultura No. 157, Col. Ciudad del Valle, Tepic, Nayarit C.P. 63157, Mexico; Naciones Unidas 4579-C, Patria Universidad, Zapopan, Jalisco, Mexico; Website www.iyari.com.mx; R.F.C. LOTA650825RF9 (Mexico) [GLOMAG].

IYLA FOR TOURISM (a.k.a. ELLA TOURISM COMPANY (Arabic: شركة ايلا للسياحة), Syria; Organization Established Date 16 Aug 2017; Organization Type: Tour operator activities [SYRIA] (Linked To: BIN ALI, Khodr Taher).

IZABAYO DEO (a.k.a. BIGARUKA IZABAYO, Deogratias; a.k.a. NZEYIMANA, Stanislas; a.k.a. "BIGARUKA"; a.k.a. "BIGARURA"), Kalonge, Masisi, North Kivu, Congo, Democratic Republic of the; Kibua, Congo, Democratic Republic of the; DOB 01 Jan 1966; alt. DOB 28 Aug 1966; alt. DOB 1967; POB Mugusa (Butare), Rwanda; citizen Rwanda; Brig. General; Deputy Overall Commander FOCA (individual) [DRCONGO].

IZADI, Mohammad Sa'id (a.k.a. IZADI, Muhammad Sa'id; a.k.a. IZADI, Ramazan; a.k.a. IZADI, Saeed; a.k.a. "ABEDINI, Sa'id"), Iran; Beirut, Lebanon; DOB 1964; Gender Male; Passport 9002446 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HAMAS).

IZADI, Muhammad Sa'id (a.k.a. IZADI, Mohammad Sa'id; a.k.a. IZADI, Ramazan;

a.k.a. IZADI, Saeed; a.k.a. "ABEDINI, Sa'id"), Iran; Beirut, Lebanon; DOB 1964; Gender Male; Passport 9002446 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HAMAS).

IZADI, Ramazan (a.k.a. IZADI, Mohammad Sa'id; a.k.a. IZADI, Muhammad Sa'id; a.k.a. IZADI, Saeed; a.k.a. "ABEDINI, Sa'id"), Iran; Beirut, Lebanon; DOB 1964; Gender Male; Passport 9002446 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HAMAS).

IZADI, Saeed (a.k.a. IZADI, Mohammad Sa'id; a.k.a. IZADI, Muhammad Sa'id; a.k.a. IZADI, Ramazan; a.k.a. "ABEDINI, Sa'id"), Iran; Beirut, Lebanon; DOB 1964; Gender Male; Passport 9002446 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: HAMAS).

IZAJAWI, Ismail Hafeth (a.k.a. AL LAMI, Isma'il Hafiz; a.k.a. AL-LAMI, Ismail; a.k.a. AL-LAMI, Isma'il Hafith Abid 'Ali; a.k.a. AL-ZARGAWI, Ismai'il Hafuz; a.k.a. "DAR'A, Abu"; a.k.a. "DIRI, Abu"; a.k.a. "DURA, Abu"; a.k.a. "HAYDAR, Abu"), Sadr City, Baghdad, Iraq; Iran; DOB circa 1957; POB Baghdad, Iraq; citizen Iraq (individual) [IRAQ3].

IZHEVSK MOTOZAVOD AXION HOLDING JSC (a.k.a. AO IZHEVSKII MOTOZAVOD AKSION KHOLDING; a.k.a. JSC IZHEVSK MOTOR PLANT AKSION HOLDING), 90 Maksima Gorkogo Street, Izhevsk 426008, Russia; Per. Furmannyi D. 12 Str 1, Moscow 105062, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1826000616 (Russia); Registration Number 1021801140833 (Russia) [RUSSIA-EO14024].

IZHEVSK UNMANNED SYSTEMS RESEARCH AND PRODUCTION ASSOCIATED LIMITED LIABILITY COMPANY (f.k.a. IZHMASH-UNMANNED SYSTEMS COMPANY; a.k.a. LLC RESEARCH AND PRODUCTION ASSOCIATION IZHBS; a.k.a. OOO NAUCHNO-PROIZVODSTVENNOYE OBYEDINENIYE IZHEVSKIYE BESPILOTNYE SISTEMY (Cyrillic: ООО НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ

ИЖЕВСКИЕ БЕСПИЛОТНЫЕ СИСТЕМЫ); a.k.a. "NPO IZHBS"; a.k.a. "OOO NPO IZHBS"), Ordzhonikidze St., 2, Izhevsk, Udmurtia 426063, Russia (Cyrillic: УЛ. ОРДЖОНИКИДЗЕ, Д. 2, ИЖЕВСК, УДМУРТСКАЯ РЕСПУБЛИКА 426063, Russia); Website www.izh-bs.ru; Organization Established Date 25 Oct 2006; Target Type Private Company; Tax ID No. 1831117433 (Russia) [RUSSIA-EO14024].

IZHEVSKIY MASHINOSTROITEL'NYI ZAVOD OAO (a.k.a. CONCERN KALASHNIKOV; a.k.a. JOINT STOCK COMPANY CONCERN KALASHNIKOV; a.k.a. JSC KALASHNIKOV CONCERN; a.k.a. KALASHNIKOV CONCERN; a.k.a. OJSC KALASHNIKOV CONCERN), 18 Krzhizhanovsky St, Bldg 4, Moscow 117218, Russia; 2/93 Deryabin Passage, Room 78, Izhevsk 426006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 1832090230 (Russia); Registration Number 1111832003018 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

IZHEVSKY MEKHANICHESKY ZAVOD JSC (a.k.a. BAIKAL), 8 Promyshlennaya Str., Izhevsk 426063, Russia; Website http://www.baikalinc.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

IZHLADABANK (a.k.a. JOINT STOCK COMPANY BYSTROBANK; a.k.a. PUBLIC JOINT STOCK COMPANY BYSTROBANK), Pushkinskaya Street 268, Izhevsk 426008, Russia; SWIFT/BIC BYJSRU33; Website www.bystrobank.ru; Target Type Financial Institution; Tax ID No. 1831002591 (Russia); Legal Entity Number 25340000QGMWTRG3X533; Registration Number 1021800001508 (Russia) [RUSSIA-EO14024].

IZHMASH-UNMANNED SYSTEMS COMPANY (a.k.a. IZHEVSK UNMANNED SYSTEMS RESEARCH AND PRODUCTION ASSOCIATED LIMITED LIABILITY COMPANY; a.k.a. LLC RESEARCH AND PRODUCTION ASSOCIATION IZHBS; a.k.a. OOO NAUCHNO-PROIZVODSTVENNOYE OBYEDINENIYE IZHEVSKIYE BESPILOTNYE SISTEMY (Cyrillic: ООО НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ИЖЕВСКИЕ БЕСПИЛОТНЫЕ СИСТЕМЫ); a.k.a. "NPO IZHBS"; a.k.a. "OOO NPO IZHBS"), Ordzhonikidze St., 2, Izhevsk,

Udmurtia 426063, Russia (Cyrillic: УЛ. ОРДЖОНИКДЗЕ, Д. 2, ИЖЕВСК, УДМУРТСКАЯ РЕСПУБЛИКА 426063, Russia); Website www.izh-bs.ru; Organization Established Date 25 Oct 2006; Target Type Private Company; Tax ID No. 1831117433 (Russia) [RUSSIA-EO14024].

IZHNEFTEMASH PAO (a.k.a. PUBLIC JOINT STOCK COMPANY IZHNEFTEMASH (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ИЖНЕФТЕМАШ)), 2 Ordzhonikidze Street, Izhevsk 426063, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1835012826 (Russia); Registration Number 1021801650804 (Russia) [RUSSIA-EO14024].

IZIBITS OU (Latin: IZIBITS OÜ), Harju maakond, Kesklinna linnaosa, Roseni tn 13, Tallinn, Estonia; Registration Number 14407679 (Estonia) [CYBER2].

IZMAYLOV, Shamil (a.k.a. "Abu Hani"; a.k.a. "Abu Hanif"; a.k.a. "Abu Khalif"; a.k.a. "Abu Khanif"), Syria; DOB 01 Jan 1980 to 31 Dec 1980; POB Astrakhan, Russia; citizen Russia (individual) [SDGT].

IZQUIERDO TORRES, Gerardo Jose (Latin: IZQUIERDO TORRES, Gerardo José), Caracas, Capital District, Venezuela; DOB 29 Mar 1961; citizen Venezuela; Gender Male; Cedula No. 6030540 (Venezuela); State Minister for the New Border of Peace (individual) [VENEZUELA].

IZRAITEL, Sergey Vladilenovich (a.k.a. KIRIYENKO, Sergei Vladilenovich (Cyrillic: КИРИЕНКО, Сергей Владиленович); a.k.a. KIRIYENKO, Sergey Vladenilovich), Moscow, Russia; DOB 26 Jul 1962; POB Sukhumi, Georgia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

IZTUETA BARANDICA, Enrique; DOB 30 Jul 1955; POB Santurce (Vizcaya Province), Spain; D.N.I. 14.929.950; member ETA (individual) [SDGT].

IZZ AL-DIN AL QASSAM BATTALIONS (a.k.a. HAMAS; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM

FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS) [FTO] [SDGT].

IZZ AL-DIN AL QASSAM BRIGADES (a.k.a. HAMAS; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS) [FTO] [SDGT].

IZZ AL-DIN AL QASSAM FORCES (a.k.a. HAMAS; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS) [FTO] [SDGT].

IZZ AL-DIN AL-QASSIM BATTALIONS (a.k.a. HAMAS; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS) [FTO] [SDGT].

IZZ AL-DIN AL-QASSIM BRIGADES (a.k.a. HAMAS; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS) [FTO] [SDGT].

IZZ AL-DIN AL-QASSIM FORCES (a.k.a. HAMAS; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM

BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS) [FTO] [SDGT].

IZZ-AL-DIN, Hasan (a.k.a. SALWWAN, Samir; a.k.a. "GARBAYA, AHMED"; a.k.a. "SA-ID"), Lebanon; DOB 1963; POB Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

IZZAT, Dieman Abdulkadir (a.k.a. AL-JABBARI, Deiman Alhasenben Ali), Adolf-Braun Street 6, Nuremberg 90429, Germany; Fuerther Street 335, Nuremberg, Germany; Nuremberg Prison, Germany; DOB 04 Jul 1965; POB Kirkuk, Iraq; nationality Iraq; Travel Document Number A0141062 (Germany) (individual) [SDGT].

IZZITION E-TECHNOLOGY CO., LIMITED (Chinese Traditional: 伊奇信電子科技有限公司), Room 1001, Jiahe Building A, Zhong Hang Rd., Huaqiang No11h Subdistrict, Futian District, Shenzhen, China; Flat 1506, 15/F, Lucky Center, No. 165-171 Wan Chai Road, Hong Kong, China; RM 29, 22/F, Yan's Tower, 25-27 Wong Chuk Hang Road, Aberdeen, Hong Kong, China; Organization Established Date 23 Mar 2006; Commercial Registry Number 1033045 (Hong Kong) [RUSSIA-EO14024].

J & E S. DE R.L. DE C.V. (a.k.a. CLEOPATRA'S), 2 Nivel, Mall Galerias del Valle, San Pedro Sula, Cortes, Honduras; Mall Megaplaza, La Ceiba, Cortes, Honduras; Santa Rosa de Copan, Copan, Honduras [SDNTK].

J & P ADVERTISING, S.A. DE C.V. (a.k.a. J AND P ADVERTISING, S.A. DE C.V.), Calle Alberta No. 2166, Col. Los Colomos, Guadalajara, Jalisco C.P. 44660, Mexico; Antioquia 2123-B, Col. Los Colomos, Guadalajara, Jalisco, Mexico; Website www.jp-adv.com; R.F.C. JAP090911D37 (Mexico) [SDNTK].

J AND P ADVERTISING, S.A. DE C.V. (a.k.a. J & P ADVERTISING, S.A. DE C.V.), Calle Alberta No. 2166, Col. Los Colomos, Guadalajara, Jalisco C.P. 44660, Mexico; Antioquia 2123-B, Col. Los Colomos, Guadalajara, Jalisco, Mexico; Website www.jp-adv.com; R.F.C. JAP090911D37 (Mexico) [SDNTK].

J.A.J. BARBOSA Y CIA. S.C.S. (f.k.a. COMERCIO GLOBAL Y CIA. S.C.S.), Calle 15 Norte No. 6N-34 ofc. 404, Cali, Colombia; NIT # 800214437-6 (Colombia) [SDNT].

JA FAR, Abu (a.k.a. JABER, Mohammad; a.k.a. JABIR, Mohammad; a.k.a. JABIR, Muhammad; a.k.a. JABIR, Muhammad Mahruz; a.k.a. JABIR, Muhammad Muhraz; a.k.a. JA'FAR, Abu); DOB 23 Jan 1957; POB Latakia, Syria; Passport N004871560 (Syria) (individual) [SYRIA].

JAADAN, Manal (a.k.a. AL-AHMAD, Manal; a.k.a. AL-AKHRAZ, Manal; a.k.a. AL-ASSAD, Manal (Arabic: (منال الاسد)), Damascus, Syria; DOB 02 Feb 1970; POB Damascus, Syria; nationality Syria; Gender Female (individual) [SYRIA-EO13894].

JA'AFARI DOLATABADI, Abbas (a.k.a. JAFARI DOLATABADI, Abbas; a.k.a. JAFARI DOLAT-ABADI, Abbas; a.k.a. JAFARI DOVLATABADI, Abbas; a.k.a. JAFARI DOWLATABADI, Abbas; a.k.a. JA'FARI-DOLATABADI, Abbas; a.k.a. JAFARI-DOLATABADI, Abbas; a.k.a. JA'FARI-DOWLATABADI, Abbas), Tehran Revolutionary and Public Court, Office of Tehran Prosecutor, Arag Circle, Tehran, Iran; DOB 1953; Additional Sanctions Information - Subject to Secondary Sanctions; Prosecutor-General of Tehran; General and Revolutionary Prosecutor of Tehran; Tehran Public and Revolution Prosecutor; Tehran Public Prosecutor (individual) [IRAN-HR].

JABAR, Abdul (a.k.a. JABBAR, Abdul), 124 Yasir Ghaffar Town, Okara, Punjab, Pakistan; DOB 03 Feb 1977; nationality Pakistan; Gender Male (individual) [SDGT].

JABARI, Abolfazl, Iran; DOB 27 Mar 1992; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

JABARI, Zahar (a.k.a. JABARIN, Zaher; a.k.a. JABARIN, Zaher Ali Mousa; a.k.a. JABARIN, Zahir; a.k.a. JABBAREEN, Zahir Ali Mousa; a.k.a. JIBRIL, Zaher Ali Mousa), Iran; Turkey; DOB 11 Sep 1968; alt. DOB 09 Nov 1968; POB Salfit, West Bank, Palestinian; alt. POB Nablus, West Bank, Palestinian; Gender Male; Passport 2987250 (Palestinian); alt. Passport 26899900360 (Qatar); Identification Number 904121555 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

JABARIN, Zaher (a.k.a. JABARIN, Zahar; a.k.a. JABARIN, Zaher Ali Mousa; a.k.a. JABARIN, Zahir; a.k.a. JABBAREEN, Zahir Ali Mousa; a.k.a. JIBRIL, Zaher Ali Mousa), Iran; Turkey; DOB 11 Sep 1968; alt. DOB 09 Nov 1968; POB Salfit, West Bank, Palestinian; alt. POB Nablus,

West Bank, Palestinian; Gender Male; Passport 2987250 (Palestinian); alt. Passport 26899900360 (Qatar); Identification Number 904121555 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

JABARIN, Zaher Ali Mousa (a.k.a. JABARIN, Zahar; a.k.a. JABARIN, Zaher; a.k.a. JABARIN, Zahir; a.k.a. JABBAREEN, Zahir Ali Mousa; a.k.a. JIBRIL, Zaher Ali Mousa), Iran; Turkey; DOB 11 Sep 1968; alt. DOB 09 Nov 1968; POB Salfit, West Bank, Palestinian; alt. POB Nablus, West Bank, Palestinian; Gender Male; Passport 2987250 (Palestinian); alt. Passport 26899900360 (Qatar); Identification Number 904121555 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

JABARIN, Zahir (a.k.a. JABARIN, Zahar; a.k.a. JABARIN, Zaher; a.k.a. JABARIN, Zaher Ali Mousa; a.k.a. JABBAREEN, Zahir Ali Mousa; a.k.a. JIBRIL, Zaher Ali Mousa), Iran; Turkey; DOB 11 Sep 1968; alt. DOB 09 Nov 1968; POB Salfit, West Bank, Palestinian; alt. POB Nablus, West Bank, Palestinian; Gender Male; Passport 2987250 (Palestinian); alt. Passport 26899900360 (Qatar); Identification Number 904121555 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

JABBAR, Abdul (a.k.a. JABAR, Abdul), 124 Yasir Ghaffar Town, Okara, Punjab, Pakistan; DOB 03 Feb 1977; nationality Pakistan; Gender Male (individual) [SDGT].

JABBAREEN, Zahir Ali Mousa (a.k.a. JABARIN, Zahar; a.k.a. JABARIN, Zaher; a.k.a. JABARIN, Zaher Ali Mousa; a.k.a. JABARIN, Zahir; a.k.a. JIBRIL, Zaher Ali Mousa), Iran; Turkey; DOB 11 Sep 1968; alt. DOB 09 Nov 1968; POB Salfit, West Bank, Palestinian; alt. POB Nablus, West Bank, Palestinian; Gender Male; Passport 2987250 (Palestinian); alt. Passport 26899900360 (Qatar); Identification Number 904121555 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

JABBER IBN HAYAN (a.k.a. JABER IBN HAYAN; a.k.a. JABER IBN HAYAN LABORATORY; a.k.a. JABER IBN HAYAN RESEARCH LABORATORY; a.k.a. JABR IBN HAYAN MULTIPURPOSE LABORATORY; a.k.a. "JHL"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

JABER IBN HAYAN (a.k.a. JABBER IBN HAYAN; a.k.a. JABER IBN HAYAN LABORATORY; a.k.a. JABER IBN HAYAN RESEARCH LABORATORY; a.k.a. JABR IBN

HAYAN MULTIPURPOSE LABORATORY; a.k.a. "JHL"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

JABER IBN HAYAN LABORATORY (a.k.a. JABBER IBN HAYAN; a.k.a. JABER IBN HAYAN; a.k.a. JABER IBN HAYAN RESEARCH LABORATORY; a.k.a. JABR IBN HAYAN MULTIPURPOSE LABORATORY; a.k.a. "JHL"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

JABER IBN HAYAN RESEARCH LABORATORY (a.k.a. JABBER IBN HAYAN; a.k.a. JABER IBN HAYAN; a.k.a. JABER IBN HAYAN LABORATORY; a.k.a. JABR IBN HAYAN MULTIPURPOSE LABORATORY; a.k.a. "JHL"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

JABER, Abu Bakr Yunis (a.k.a. JABIR, Abu Bakr Yunis); DOB 1952; POB Jalo, Libya; Defense Minister; Major General (individual) [LIBYA2].

JABER, Aiman (a.k.a. JABER, Ayman; a.k.a. JABER, Ayman Mehriz; a.k.a. JABER, Ayman Mohriz; a.k.a. JABIR, Ayman; a.k.a. JABIR, Ayman Muhriz); DOB 17 Jan 1967; Passport 003308607 (Syria) (individual) [SYRIA].

JABER, Ayman (a.k.a. JABER, Aiman; a.k.a. JABER, Ayman Mehriz; a.k.a. JABER, Ayman Mohriz; a.k.a. JABIR, Ayman; a.k.a. JABIR, Ayman Muhriz); DOB 17 Jan 1967; Passport 003308607 (Syria) (individual) [SYRIA].

JABER, Ayman Mehriz (a.k.a. JABER, Aiman; a.k.a. JABER, Ayman; a.k.a. JABER, Ayman Mohriz; a.k.a. JABIR, Ayman; a.k.a. JABIR, Ayman Muhriz); DOB 17 Jan 1967; Passport 003308607 (Syria) (individual) [SYRIA].

JABER, Ayman Mohriz (a.k.a. JABER, Aiman; a.k.a. JABER, Ayman; a.k.a. JABER, Ayman Mehriz; a.k.a. JABIR, Ayman; a.k.a. JABIR, Ayman Muhriz); DOB 17 Jan 1967; Passport 003308607 (Syria) (individual) [SYRIA].

JABER, Mohammad (a.k.a. JA FAR, Abu; a.k.a. JABIR, Mohammad; a.k.a. JABIR, Muhammad; a.k.a. JABIR, Muhammad Mahruz; a.k.a. JABIR, Muhammad Muhraz; a.k.a. JABIR, Muhammad Muhriz; a.k.a. JA'FAR, Abu); DOB 23 Jan 1957; POB Latakia, Syria; Passport N004871560 (Syria) (individual) [SYRIA].

JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD

(a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

JABHAT AL-NUSRAH (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR

THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

JABHAT FATAH AL-SHAM (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

JABHAT FATEH AL-SHAM (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM;

a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

JABHAT FATH AL SHAM (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a.

LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

JABHET AL-NUSRAH (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

JABIR AL-RAWI, Fawaz Muhamed (a.k.a. AL-ARWEE, Hajji Fouaz; a.k.a. AL-RAWI, Hajj Fawaz; a.k.a. JABUR AL-RAWI, Fawwaz; a.k.a. JUBAYR AL-RAWI, Fawaz Muhammad; a.k.a. JUBAYR AL-RAWI, Fawwaz Muhammad), Syria; DOB 1974; POB Albu Kamal, Syria; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JABIR, Abu Bakr Yunis (a.k.a. JABER, Abu Bakr Yunis); DOB 1952; POB Jalo, Libya; Defense Minister; Major General (individual) [LIBYA2].

JABIR, Ayman (a.k.a. JABER, Aiman; a.k.a. JABER, Ayman; a.k.a. JABER, Ayman Mehriz; a.k.a. JABER, Ayman Mohriz; a.k.a. JABIR, Ayman Muhriz); DOB 17 Jan 1967; Passport 003308607 (Syria) (individual) [SYRIA].

JABIR, Ayman Muhriz (a.k.a. JABER, Aiman; a.k.a. JABER, Ayman; a.k.a. JABER, Ayman

Mehriz; a.k.a. JABER, Ayman Mohriz; a.k.a. JABIR, Ayman); DOB 17 Jan 1967; Passport 003308607 (Syria) (individual) [SYRIA].

JABIR, Mohammad (a.k.a. JA FAR, Abu; a.k.a. JABER, Mohammad; a.k.a. JABIR, Muhammad; a.k.a. JABIR, Muhammad Mahruz; a.k.a. JABIR, Muhammad Muhraz; a.k.a. JABIR, Muhammad Muhriz; a.k.a. JA'FAR, Abu); DOB 23 Jan 1957; POB Latakia, Syria; Passport N004871560 (Syria) (individual) [SYRIA].

JABIR, Muhammad (a.k.a. JA FAR, Abu; a.k.a. JABER, Mohammad; a.k.a. JABIR, Mohammad; a.k.a. JABIR, Muhammad Mahruz; a.k.a. JABIR, Muhammad Muhraz; a.k.a. JABIR, Muhammad Muhriz; a.k.a. JA'FAR, Abu); DOB 23 Jan 1957; POB Latakia, Syria; Passport N004871560 (Syria) (individual) [SYRIA].

JABIR, Muhammad Mahruz (a.k.a. JA FAR, Abu; a.k.a. JABER, Mohammad; a.k.a. JABIR, Mohammad; a.k.a. JABIR, Muhammad; a.k.a. JABIR, Muhammad Muhraz; a.k.a. JABIR, Muhammad Muhriz; a.k.a. JA'FAR, Abu); DOB 23 Jan 1957; POB Latakia, Syria; Passport N004871560 (Syria) (individual) [SYRIA].

JABIR, Muhammad Muhraz (a.k.a. JA FAR, Abu; a.k.a. JABER, Mohammad; a.k.a. JABIR, Mohammad; a.k.a. JABIR, Muhammad; a.k.a. JABIR, Muhammad Mahruz; a.k.a. JABIR, Muhammad Muhriz; a.k.a. JA'FAR, Abu); DOB 23 Jan 1957; POB Latakia, Syria; Passport N004871560 (Syria) (individual) [SYRIA].

JABIR, Muhammad Muhriz (a.k.a. JA FAR, Abu; a.k.a. JABER, Mohammad; a.k.a. JABIR, Mohammad; a.k.a. JABIR, Muhammad; a.k.a. JABIR, Muhammad Mahruz; a.k.a. JABIR, Muhammad Muhraz; a.k.a. JA'FAR, Abu); DOB 23 Jan 1957; POB Latakia, Syria; Passport N004871560 (Syria) (individual) [SYRIA].

JABOURI, Mashaan (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JIBOURI, Mishan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

JABR IBN HAYAN MULTIPURPOSE LABORATORY (a.k.a. JABBER IBN HAYAN; a.k.a. JABER IBN HAYAN; a.k.a. JABER IBN HAYAN LABORATORY; a.k.a. JABER IBN HAYAN RESEARCH LABORATORY; a.k.a. "JHL"), Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

JABRIL, Ahmad (a.k.a. JIBRIL, Ahmad); DOB 1938; POB Ramleh, Israel; Secretary General of POPULAR FRONT FOR THE LIBERATION OF PALESTINE - GENERAL COMMAND (individual) [SDGT].

JABUR AL-LAMI, Hamid Muhammad (a.k.a. 'ABD AL-YUNIS, Hamid Majid; a.k.a. AL-LAMI, Hamid Muhammad; a.k.a. AL-MASUI, Husayn Muhammad Jabur; a.k.a. AL-MUSAWI, Ali Mussa Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Daqduq; a.k.a. AL-MUSAWI, Hamid Muhammad Jabur; a.k.a. AL-MUSUI, Hamid Muhammad Jabur; a.k.a. DAQDUQ, Ali Mussa); DOB 01 Sep 1969; alt. DOB 31 Dec 1971; alt. DOB 09 Aug 1971; alt. DOB 09 Sep 1970; alt. DOB 09 Aug 1969; alt. DOB 05 Mar 1972; POB Beirut, Lebanon; alt. POB Al-Karradah, Baghdad, Iraq; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

JABUR AL-RAWI, Fawwaz (a.k.a. AL-ARWEE, Hajji Fouaz; a.k.a. AL-RAWI, Hajj Fawaz; a.k.a. JABIR AL-RAWI, Fawaz Muhamed; a.k.a. JUBAYR AL-RAWI, Fawaz Muhammad; a.k.a. JUBAYR AL-RAWI, Fawwaz Muhammad), Syria; DOB 1974; POB Albu Kamal, Syria; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JACBAC TECHNOLOGY DIS TICARET LIMITED SIRKETI, Istanbul Tower D:4, No: 17-19 Muratpasa Mahallesi, Istanbul 34040, Turkey; Muratpasa Mh. Uluyol Cd. Istanbul Tower Blok No: 17-19 Ic Kapi: 4 Bayrampasa, Istanbul, Turkey; Organization Established Date 21 Feb 2019; Tax ID No. 4830828574 (Turkey) [RUSSIA-EO14024].

JACOME DEL VALLE, Omar Alfredo (a.k.a. "EL PIOLO"), c/o CONSULTORIA EN CAMBIOS FALCON S.A. DE C.V., Huixquilucan, Estado de Mexico, Mexico; DOB 24 Oct 1958; POB Mexico; C.U.R.P. JAVO581024HDFCLM02 (Mexico) (individual) [SDNT].

JAD ALLAH, Waleed Mohammad Mustafa (a.k.a. JADALLAH, Walid Mohammed Mustafa; a.k.a.

"JADALLAH, Walid"), Turkey; DOB 01 Jan 1958; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T199962 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

JADALI, Bahrami Ali (a.k.a. SHAYESTEH, Bahram Ali; a.k.a. SHAYESTEH, Bahrami Ali), 80331 Muenchen, Bayern, Germany; DOB 06 May 1963; alt. DOB 06 Aug 1963; alt. DOB 13 Jun 1958; POB Tehran, Iran (individual) [SDNTK].

JADALLAH, Walid Mohammed Mustafa (a.k.a. JAD ALLAH, Waleed Mohammad Mustafa; a.k.a. "JADALLAH, Walid"), Turkey; DOB 01 Jan 1958; nationality Jordan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T199962 (Jordan) (individual) [SDGT] (Linked To: HAMAS).

JADDU', Ahd, Syria; DOB 22 Apr 1986; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

JADEED, Milad (a.k.a. JADID, Milad; a.k.a. JEDEED, Milad; a.k.a. JEDID, Milad (Arabic: ميلاد جديد)), Syria; DOB May 1963; POB Qardaha, Latakia, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

JADHAV, Deepak (a.k.a. JADHAV, Deepak Subhash), 203 Topaz Sai Ram Manor, Apartment Yosufguda, Hyderabad 500045, India; DOB 11 Dec 1976; POB Dombivli Maharashtra, India; nationality India; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport U8554908 (India) expires 12 Jan 2031 (individual) [DPRK3] (Linked To: SEK STUDIO).

JADHAV, Deepak Subhash (a.k.a. JADHAV, Deepak), 203 Topaz Sai Ram Manor, Apartment Yosufguda, Hyderabad 500045, India; DOB 11 Dec 1976; POB Dombivli Maharashtra, India; nationality India; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport U8554908 (India)

expires 12 Jan 2031 (individual) [DPRK3] (Linked To: SEK STUDIO).

JADHRAN, Ibrahim (a.k.a. AL JADHRAN, Ibrahim Saeed Salem Awad Aissa Hamed Dawoud; a.k.a. AL-JADRAN AL-MAGHRIBI, Ibrahim Saad; a.k.a. JADHRAN, Ibrahim Saeed Salim; a.k.a. JATHRAN, Ibrahim), Libya; DOB 29 Oct 1982; alt. DOB 1979 to 1982; POB Ajdabia, Libya; nationality Libya; Gender Male; Passport S/263963 issued 08 Nov 2012; National ID No. 119820043341; Personal ID Card 137803 (individual) [LIBYA3].

JADHRAN, Ibrahim Saeed Salim (a.k.a. AL JADHRAN, Ibrahim Saeed Salem Awad Aissa Hamed Dawoud; a.k.a. AL-JADRAN AL-MAGHRIBI, Ibrahim Saad; a.k.a. JADHRAN, Ibrahim; a.k.a. JATHRAN, Ibrahim), Libya; DOB 29 Oct 1982; alt. DOB 1979 to 1982; POB Ajdabia, Libya; nationality Libya; Gender Male; Passport S/263963 issued 08 Nov 2012; National ID No. 119820043341; Personal ID Card 137803 (individual) [LIBYA3].

JADID, Milad (a.k.a. JADEED, Milad; a.k.a. JEDEED, Milad; a.k.a. JEDID, Milad (Arabic: ميلاد جديد)), Syria; DOB May 1963; POB Qardaha, Latakia, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

JADRAN, Mohammad-Omar (a.k.a. ZADRAN, Muhammad Omar); DOB 1958; POB Sultan Kheyl Village, Spera District, Khowst Province, Afghanistan; Maulawi; Mullah (individual) [SDGT].

JA'FAR, Abu (a.k.a. JA FAR, Abu; a.k.a. JABER, Mohammad; a.k.a. JABIR, Mohammad; a.k.a. JABIR, Muhammad; a.k.a. JABIR, Muhammad Mahruz; a.k.a. JABIR, Muhammad Muhraz; a.k.a. JABIR, Muhammad Muhriz); DOB 23 Jan 1957; POB Latakia, Syria; Passport N004871560 (Syria) (individual) [SYRIA].

JAFAR, Amir Abdulaziz (a.k.a. ALMTHAJE, Ameer Abdulazeez Jaafar; a.k.a. AL-MUTAHAJI, Amir 'Abd-al-'Aziz Ja'far; a.k.a. AL-TAA'EI, Amir; a.k.a. DIANAT, Amir; a.k.a. DIANAT, Amir Abdolaziz; a.k.a. DIANET, Amir; a.k.a. DIYANAT, Amir; a.k.a. MUSHTAQ, Abu), Iran; Iraq; Oman; DOB 15 Mar 1967; alt. DOB 25 Dec 1970; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport W44473918 (Iran); alt. Passport A12688767 (Iraq); alt. Passport F35307926 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

JAFAR, Anis Alawi (a.k.a. ARSALAN, Mike; a.k.a. BIN ZEIN, Hisyam; a.k.a. KECIL, Umar; a.k.a. PATEK, Omar; a.k.a. PATEK, Umar; a.k.a. "AL ABU SYEKH AL ZACKY"; a.k.a. "PAK TAEK"; a.k.a. "PA'TEK"; a.k.a. "UMANGIS MIKE"); DOB 20 Jul 1966; POB Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

JAFARI DOLATABADI, Abbas (a.k.a. JA'AFARI DOLATABADI, Abbas; a.k.a. JAFARI DOLAT-ABADI, Abbas; a.k.a. JAFARI DOVLATABADI, Abbas; a.k.a. JAFARI DOWLATABADI, Abbas; a.k.a. JA'FARI-DOLATABADI, Abbas; a.k.a. JAFARI-DOLATABADI, Abbas; a.k.a. JA'FARI-DOWLATABADI, Abbas), Tehran Revolutionary and Public Court, Office of Tehran Prosecutor, Arag Circle, Tehran, Iran; DOB 1953; Additional Sanctions Information - Subject to Secondary Sanctions; Prosecutor-General of Tehran; General and Revolutionary Prosecutor of Tehran; Tehran Public and Revolution Prosecutor; Tehran Public Prosecutor (individual) [IRAN-HR].

JAFARI DOLAT-ABADI, Abbas (a.k.a. JA'AFARI DOLATABADI, Abbas; a.k.a. JAFARI DOLATABADI, Abbas; a.k.a. JAFARI DOVLATABADI, Abbas; a.k.a. JAFARI DOWLATABADI, Abbas; a.k.a. JA'FARI-DOLATABADI, Abbas; a.k.a. JAFARI-DOLATABADI, Abbas; a.k.a. JA'FARI-DOWLATABADI, Abbas), Tehran Revolutionary and Public Court, Office of Tehran Prosecutor, Arag Circle, Tehran, Iran; DOB 1953; Additional Sanctions Information - Subject to Secondary Sanctions; Prosecutor-General of Tehran; General and Revolutionary Prosecutor of Tehran; Tehran Public and Revolution Prosecutor; Tehran Public Prosecutor (individual) [IRAN-HR].

JAFARI DOVLATABADI, Abbas (a.k.a. JA'AFARI DOLATABADI, Abbas; a.k.a. JAFARI DOLATABADI, Abbas; a.k.a. JAFARI DOLAT-ABADI, Abbas; a.k.a. JAFARI DOWLATABADI, Abbas; a.k.a. JA'FARI-DOLATABADI, Abbas; a.k.a. JAFARI-DOLATABADI, Abbas; a.k.a. JA'FARI-DOWLATABADI, Abbas), Tehran Revolutionary and Public Court, Office of Tehran Prosecutor, Arag Circle, Tehran, Iran; DOB 1953; Additional Sanctions Information - Subject to Secondary Sanctions; Prosecutor-General of Tehran; General and Revolutionary Prosecutor of Tehran; Tehran Public and Revolution Prosecutor; Tehran Public Prosecutor (individual) [IRAN-HR].

JAFARI DOWLATABADI, Abbas (a.k.a. JA'AFARI DOLATABADI, Abbas; a.k.a. JAFARI

OFFICE OF FOREIGN ASSETS CONTROL                                    SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

DOLATABADI, Abbas; a.k.a. JAFARI DOLAT-ABADI, Abbas; a.k.a. JAFARI DOVLATABADI, Abbas; a.k.a. JA'FARI-DOLATABADI, Abbas; a.k.a. JA'FARI-DOWLATABADI, Abbas), Tehran Revolutionary and Public Court, Office of Tehran Prosecutor, Arag Circle, Tehran, Iran; DOB 1953; Additional Sanctions Information - Subject to Secondary Sanctions; Prosecutor-General of Tehran; General and Revolutionary Prosecutor of Tehran; Tehran Public and Revolution Prosecutor; Tehran Public Prosecutor (individual) [IRAN-HR].

JAFARI, Ali (a.k.a. JA'FARI, Mohammad Ali; a.k.a. JAFARI, Mohammad Ali; a.k.a. JAFARI-NAJAFABADI, Mohammad Ali; a.k.a. "JA'FARI, Aziz"), c/o IRGC, Tehran, Iran; DOB 01 Sep 1957; POB Yazd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Commander-in-Chief, Islamic Revolutionary Guard Corps; Commander, Islamic Revolutionary Guard Corps; Major General; Brigadier Commander (individual) [SDGT] [IRGC] [IFSR] [IRAN-HR].

JAFARI, Mani; DOB 22 Mar 1977; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport 10734 (Iran) (individual) [NPWMD] [IFSR].

JAFARI, Milad; DOB 20 Sep 1974; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport L8081303 (Iran) issued 14 Mar 2006 expires 14 Mar 2011 (individual) [NPWMD] [IFSR].

JA'FARI, Mohammad Agha (a.k.a. "JA'FARI, Mohammad"), Iran; DOB 1966; alt. DOB 1967; POB Kashan, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AL-GHADIR MISSILE COMMAND).

JAFARI, Mohammad Ali (a.k.a. JAFARI, Ali; a.k.a. JA'FARI, Mohammad Ali; a.k.a. JAFARI-NAJAFABADI, Mohammad Ali; a.k.a. "JA'FARI, Aziz"), c/o IRGC, Tehran, Iran; DOB 01 Sep 1957; POB Yazd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Commander-in-Chief, Islamic Revolutionary Guard Corps; Commander, Islamic Revolutionary Guard Corps; Major General; Brigadier Commander (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR].

JA'FARI, Mohammad Ali (a.k.a. JAFARI, Ali; a.k.a. JAFARI, Mohammad Ali; a.k.a. JAFARI-

NAJAFABADI, Mohammad Ali; a.k.a. "JA'FARI, Aziz"), c/o IRGC, Tehran, Iran; DOB 01 Sep 1957; POB Yazd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Commander-in-Chief, Islamic Revolutionary Guard Corps; Commander, Islamic Revolutionary Guard Corps; Major General; Brigadier Commander (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR].

JAFARI, Mohammad Javad, Number 7 Daftari, Dawudieh, Shariati Avenue, Tehran, Iran; DOB 1945; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

JAFARIBANDARABADI, Mohammadreza (a.k.a. BANDARABADI, Mohammad Reza Jafari), Iran; DOB 29 Nov 1989; POB Yazd, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M20385084 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

JAFARI-DOLATABADI, Abbas (a.k.a. JA'AFARI DOLATABADI, Abbas; a.k.a. JAFARI DOLATABADI, Abbas; a.k.a. JAFARI DOLAT-ABADI, Abbas; a.k.a. JAFARI DOVLATABADI, Abbas; a.k.a. JAFARI DOWLATABADI, Abbas; a.k.a. JA'FARI-DOLATABADI, Abbas; a.k.a. JA'FARI-DOWLATABADI, Abbas), Tehran Revolutionary and Public Court, Office of Tehran Prosecutor, Arag Circle, Tehran, Iran; DOB 1953; Additional Sanctions Information - Subject to Secondary Sanctions; Prosecutor-General of Tehran; General and Revolutionary Prosecutor of Tehran; Tehran Public and Revolution Prosecutor; Tehran Public Prosecutor (individual) [IRAN-HR].

JA'FARI-DOLATABADI, Abbas (a.k.a JA'AFARI DOLATABADI, Abbas; a.k.a. JAFARI DOLATABADI, Abbas; a.k.a. JAFARI DOLAT-ABADI, Abbas; a.k.a. JAFARI DOVLATABADI, Abbas; a.k.a. JAFARI DOWLATABADI, Abbas; a.k.a. JAFARI-DOLATABADI, Abbas; a.k.a. JA'FARI-DOWLATABADI, Abbas), Tehran Revolutionary and Public Court, Office of Tehran Prosecutor, Arag Circle, Tehran, Iran; DOB 1953; Additional Sanctions Information - Subject to Secondary Sanctions; Prosecutor-General of Tehran; General and Revolutionary Prosecutor of Tehran; Tehran Public and Revolution Prosecutor; Tehran Public Prosecutor (individual) [IRAN-HR].

JA'FARI-DOWLATABADI, Abbas (a.k.a. JA'AFARI DOLATABADI, Abbas; a.k.a. JAFARI DOLATABADI, Abbas; a.k.a. JAFARI DOLAT-

ABADI, Abbas; a.k.a. JAFARI DOVLATABADI, Abbas; a.k.a. JAFARI DOWLATABADI, Abbas; a.k.a. JA'FARI-DOLATABADI, Abbas; a.k.a. JAFARI-DOLATABADI, Abbas), Tehran Revolutionary and Public Court, Office of Tehran Prosecutor, Arag Circle, Tehran, Iran; DOB 1953; Additional Sanctions Information - Subject to Secondary Sanctions; Prosecutor-General of Tehran; General and Revolutionary Prosecutor of Tehran; Tehran Public and Revolution Prosecutor; Tehran Public Prosecutor (individual) [IRAN-HR].

JAFARI-NAJAFABADI, Mohammad Ali (a.k.a. JAFARI, Ali; a.k.a. JA'FARI, Mohammad Ali; a.k.a. JAFARI, Mohammad Ali; a.k.a. "JA'FARI, Aziz"), c/o IRGC, Tehran, Iran; DOB 01 Sep 1957; POB Yazd, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Commander-in-Chief, Islamic Revolutionary Guard Corps; Commander, Islamic Revolutionary Guard Corps; Major General; Brigadier Commander (individual) [SDGT] [NPWMD] [IRGC] [IFSR] [IRAN-HR].

JAFFAR 'ALI, 'Abd al-Rahman Muhammad (a.k.a. JAFFAR, Abdulrahman Mohammad; a.k.a. JAFFER ALI, Abdul Rahman Mohamed; a.k.a. JAFFIR ALI, Abd al-Rahman; a.k.a. JAFFIR, 'Abd al-Rahman Muhammad; a.k.a. JAFIR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. "ABU MUHAMMAD AL-KHAL"; a.k.a. "'ALI AL-KHAL"); DOB 15 Jan 1968; POB Muharraq, Bahrain; nationality Bahrain (individual) [SDGT].

JAFFAR, Abdulrahman Mohammad (a.k.a. JAFFAR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. JAFFER ALI, Abdul Rahman Mohamed; a.k.a. JAFFIR ALI, Abd al-Rahman; a.k.a. JAFFIR, 'Abd al-Rahman Muhammad; a.k.a. JAFIR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. "ABU MUHAMMAD AL-KHAL"; a.k.a. "'ALI AL-KHAL"); DOB 15 Jan 1968; POB Muharraq, Bahrain; nationality Bahrain (individual) [SDGT].

JAFFER ALI, Abdul Rahman Mohamed (a.k.a. JAFFAR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. JAFFAR, Abdulrahman Mohammad; a.k.a. JAFFIR ALI, Abd al-Rahman; a.k.a. JAFFIR, 'Abd al-Rahman Muhammad; a.k.a. JAFIR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. "ABU MUHAMMAD AL-KHAL"; a.k.a. "'ALI AL-KHAL"); DOB 15 Jan 1968; POB Muharraq, Bahrain; nationality Bahrain (individual) [SDGT].

JAFFIR ALI, Abd al-Rahman (a.k.a. JAFFAR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. JAFFAR, Abdulrahman Mohammad; a.k.a. JAFFER ALI, Abdul Rahman Mohamed; a.k.a. JAFFIR, 'Abd al-Rahman Muhammad; a.k.a.

JAFIR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. "ABU MUHAMMAD AL-KHAL"; a.k.a. "'ALI AL-KHAL"); DOB 15 Jan 1968; POB Muharraq, Bahrain; nationality Bahrain (individual) [SDGT].

JAFFIR, 'Abd al-Rahman Muhammad (a.k.a. JAFFAR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. JAFFAR, Abdulrahman Mohammad; a.k.a. JAFFER ALI, Abdul Rahman Mohamed; a.k.a. JAFFIR ALI, Abd al-Rahman; a.k.a. JAFIR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. "ABU MUHAMMAD AL-KHAL"; a.k.a. "'ALI AL-KHAL"); DOB 15 Jan 1968; POB Muharraq, Bahrain; nationality Bahrain (individual) [SDGT].

JAFIELA BOUTIQUE, S.A. DE C.V. (a.k.a. LUSH STYLE; a.k.a. LUSH STYLE BOUTIQUE), Av. Naciones Unidas 5131 Local 3, Colonia Jardines Universidad, Zapopan, Jalisco, Mexico; Plaza Punto Rio, Blvd. Enrique Sanchez Alonso #1980 Local 7, Desarrollo Tres Rios, Culiacan, Sinaloa, Mexico; Folio Mercantil No. 95562 (Mexico) [SDNTK].

JAFIR 'ALI, 'Abd al-Rahman Muhammad (a.k.a. JAFFAR 'ALI, 'Abd al-Rahman Muhammad; a.k.a. JAFFAR, Abdulrahman Mohammad; a.k.a. JAFFER ALI, Abdul Rahman Mohamed; a.k.a. JAFFIR ALI, Abd al-Rahman; a.k.a. JAFFIR, 'Abd al-Rahman Muhammad; a.k.a. "ABU MUHAMMAD AL-KHAL"; a.k.a. "'ALI AL-KHAL"); DOB 15 Jan 1968; POB Muharraq, Bahrain; nationality Bahrain (individual) [SDGT].

JAHAN ARAS KISH, No. 5 Jam Tower, Unit 31, 6th Floor, Bidar Street, Elahieh, Tehran, Iran; No. 716 Sarina Tower 1, 7th Floor, Kish, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 10877 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; Linked To: NAJAFPUR, Sa'id).

JAHAN DESTINATIONS TRAVEL AND TOURISM LLC, G/F, Falcon Tower, Riggat Al Buteen, Deira, P.O. Box 125327, Dubai, United Arab Emirates; Office No. 4, Riqat Albutain, Deira, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Tourism License No. 585026 (United Arab Emirates); Registration Number 110323 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MAHAN AIR).

JAHAN FOOLAD SIRJAN (a.k.a. JAHAN FOOLAD STEEL COMPANY; a.k.a. SIRJAN JAHAN FOOLAD; a.k.a. SIRJAN JAHAN STEEL COMPLEX (Arabic: شرکت جهان فولاد سرجان), a.k.a. "SJSCO"), 6th Bokharest Alley Bokharest Ave., Tehran, Iran; No. 2, Zhubin

Alley, Shahidi Street, Haghani Highway, Vanak Square, Tehran, Iran; Cross of Gol Gohar Mining and Industrial Co. Shiraz Road 50 Km, Sirjan, Iran; Website www.sjsco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Commercial Registry Number 3191 (Iran) [IRAN-EO13871].

JAHAN FOOLAD STEEL COMPANY (a.k.a. JAHAN FOOLAD SIRJAN; a.k.a. SIRJAN JAHAN FOOLAD; a.k.a. SIRJAN JAHAN STEEL COMPLEX (Arabic: شرکت جهان فولاد سرجان); a.k.a. "SJSCO"), 6th Bokharest Alley Bokharest Ave., Tehran, Iran; No. 2, Zhubin Alley, Shahidi Street, Haghani Highway, Vanak Square, Tehran, Iran; Cross of Gol Gohar Mining and Industrial Co. Shiraz Road 50 Km, Sirjan, Iran; Website www.sjsco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Commercial Registry Number 3191 (Iran) [IRAN-EO13871].

JAHAN TECH (a.k.a. JAHAN TECH PARS COMPANY; a.k.a. JAHAN TECH ROOYAN PARS), B18, Takhte-e-Jamshid Building, Science and Technology Park, Shiraz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

JAHAN TECH PARS COMPANY (a.k.a. JAHAN TECH; a.k.a. JAHAN TECH ROOYAN PARS), B18, Takhte-e-Jamshid Building, Science and Technology Park, Shiraz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

JAHAN TECH ROOYAN PARS (a.k.a. JAHAN TECH; a.k.a. JAHAN TECH PARS COMPANY), B18, Takhte-e-Jamshid Building, Science and Technology Park, Shiraz, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

JAHANDUST, Mojtaba (a.k.a. MARGHUB, Mojtaba Jahandust (Arabic: مجتبی جهاندوست (مرغوب)), Iran; DOB 15 Apr 1985; POB Tehran, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 0072441364 (Iran) (individual) [SDGT] [IRGC] (Linked To: KATA'IB HIZBALLAH).

JAHHAR, Hannan, Syria; DOB 02 Jan 1971; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

JAHLEB, Ahmed (a.k.a. ALJIHLIB, Yousef; a.k.a. JAHLEB, Ahmed Sadu; a.k.a. JAHLEB, Ahmed Sadu Yousef; a.k.a. JAKHLAB, Ahmad Saado Yusuf); Turkey; DOB 23 Dec 1976; nationality

Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P00018023 (Egypt) (individual) [SDGT] (Linked To: HAMAS).

JAHLEB, Ahmed Sadu (a.k.a. ALJIHLIB, Yousef; a.k.a. JAHLEB, Ahmed; a.k.a. JAHLEB, Ahmed Sadu Yousef; a.k.a. JAKHLAB, Ahmad Saado Yusuf); Turkey; DOB 23 Dec 1976; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P00018023 (Egypt) (individual) [SDGT] (Linked To: HAMAS).

JAHLEB, Ahmed Sadu Yousef (a.k.a. ALJIHLIB, Yousef; a.k.a. JAHLEB, Ahmed; a.k.a. JAHLEB, Ahmed Sadu; a.k.a. JAKHLAB, Ahmad Saado Yusuf); Turkey; DOB 23 Dec 1976; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P00018023 (Egypt) (individual) [SDGT] (Linked To: HAMAS).

JAIME EDERY C. & CIA. S. EN C. (a.k.a. LILIANA ESQUENAZI M. & CIA. S. C. S.; a.k.a. LILIANA ESQUENAZI M. AND CIA. S. C. S.), Calle 18 Norte No. 3N-24, Cali, Colombia; NIT # 800243259-5 (Colombia) [SDNTK].

JAIME JEREZ V. Y CIA. S.C.S. JERGAL S.C.S., Calle 25C No. 85C-52, Bogota, Colombia; NIT # 860525034-4 (Colombia) [SDNTK].

JAISH ALADL (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JUNDALLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan [FTO] [SDGT].

JAISH AL-ADL (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL;

a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JUNDALLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan [FTO] [SDGT].

JAISH AL-ISLAM (a.k.a. ARMY OF ISLAM; a.k.a. JAYSH AL-ISLAM) [FTO] [SDGT].

JAISH AL-MUHAJIREEN WA ANSAR (a.k.a. AL-MUAJIRIN BRIGADE; a.k.a. ARMY OF FOREIGN FIGHTERS AND SUPPORTERS; a.k.a. ARMY OF THE EMIGRANTS AND HELPERS; a.k.a. BRIGADE OF THE EMIGRANTS AND HELPERS; a.k.a. JAISH AL-MUHAJIREEN WAL-ANSAR; a.k.a. JAYSH AL-MUHAJIRIN AND AL-ANSAR ARMY; a.k.a. JAYSH AL-MUHAJIRIN WAL-ANSAR; a.k.a. KATEEB AL MUHAJIREEN WAL ANSAR; a.k.a. KATIBA AL-MUHAJIREEN; a.k.a. MUHAJIRIN AND ANSAR ARMY), Syria [SDGT].

JAISH AL-MUHAJIREEN WAL-ANSAR (a.k.a. AL-MUAJIRIN BRIGADE; a.k.a. ARMY OF FOREIGN FIGHTERS AND SUPPORTERS; a.k.a. ARMY OF THE EMIGRANTS AND HELPERS; a.k.a. BRIGADE OF THE EMIGRANTS AND HELPERS; a.k.a. JAISH AL-MUHAJIREEN WA ANSAR; a.k.a. JAYSH AL-MUHAJIRIN AND AL-ANSAR ARMY; a.k.a. JAYSH AL-MUHAJIRIN WAL-ANSAR; a.k.a. KATEEB AL MUHAJIREEN WAL ANSAR; a.k.a. KATIBA AL-MUHAJIREEN; a.k.a. MUHAJIRIN AND ANSAR ARMY), Syria [SDGT].

JAISH ANSAR AL-SUNNA (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JUND AL-ISLAM; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq [FTO] [SDGT].

JAISH KHALED BIN ALWALEED (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-

WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria [SDGT].

JAISH UL-ADL (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan [FTO] [SDGT].

JAISH-E-MOHAMMED (a.k.a. ARMY OF MOHAMMED; a.k.a. JAISH-I-MOHAMMED; a.k.a. KHUDAMUL ISLAM; a.k.a. KHUDDAM-UL-ISLAM; a.k.a. KUDDAM E ISLAMI; a.k.a. MOHAMMED'S ARMY; a.k.a. TEHRIK UL-FURQAAN), Pakistan [FTO] [SDGT].

JAISH-I-MOHAMMED (a.k.a. ARMY OF MOHAMMED; a.k.a. JAISH-E-MOHAMMED; a.k.a. KHUDAMUL ISLAM; a.k.a. KHUDDAM-UL-ISLAM; a.k.a. KUDDAM E ISLAMI; a.k.a. MOHAMMED'S ARMY; a.k.a. TEHRIK UL-FURQAAN), Pakistan [FTO] [SDGT].

JAKHLAB, Ahmad Saado Yusuf (a.k.a. ALJIHLIB, Yousef; a.k.a. JAHLEB, Ahmed; a.k.a. JAHLEB, Ahmed Sadu; a.k.a. JAHLEB, Ahmed Sadu Yousef), Turkey; DOB 23 Dec 1976; nationality Egypt; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport P00018023 (Egypt) (individual) [SDGT] (Linked To: HAMAS).

JAKSIC, Marko; DOB 1954; POB Mitrovica, Serbia and Montenegro (individual) [BALKANS].

JAKUPI, Avdyl; DOB 20 Apr 1974; POB Stimlje, Kosovo, Serbia (individual) [BALKANS].

JALADIN, Wa'el Hamza (a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JILDAN, Wail H.A.; a.k.a. JULAIDAN, Wa'el Hamza Abd Al-Fatah; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JULAYDAN, Wa'el Hamza; a.k.a. JULAYDAN, Wa'il Hamza; a.k.a. "ABU AL-HASAN AL MADANI"); DOB 22 Jan 1958; alt. DOB 20 Jan 1958; POB Al-Madinah, Saudi Arabia; nationality Saudi Arabia; Passport A-992535 (Saudi Arabia); alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT].

JALADIN, Wa'il Hamza (a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JILDAN, Wail H.A.; a.k.a. JULAIDAN, Wa'el Hamza Abd Al-Fatah; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JULAYDAN, Wa'el Hamza; a.k.a. JULAYDAN, Wa'il Hamza; a.k.a. "ABU AL-HASAN AL MADANI"); DOB 22 Jan 1958; alt. DOB 20 Jan 1958; POB Al-Madinah, Saudi Arabia; nationality Saudi Arabia; Passport A-992535 (Saudi Arabia); alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT].

JALAIDAN, Wa'el Hamza (a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JILDAN, Wail H.A.; a.k.a. JULAIDAN, Wa'el Hamza Abd Al-Fatah; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JULAYDAN, Wa'el Hamza; a.k.a. JULAYDAN, Wa'il Hamza; a.k.a. "ABU AL-HASAN AL MADANI"); DOB 22 Jan 1958; alt. DOB 20 Jan 1958; POB Al-Madinah, Saudi Arabia; nationality Saudi Arabia; Passport A-992535 (Saudi Arabia); alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT].

JALAIDAN, Wa'il Hamza (a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JILDAN, Wail H.A.; a.k.a. JULAIDAN, Wa'el Hamza Abd Al-Fatah; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JULAYDAN, Wa'el Hamza; a.k.a. JULAYDAN, Wa'il Hamza; a.k.a. "ABU AL-HASAN AL MADANI"); DOB 22 Jan 1958; alt. DOB 20 Jan 1958; POB Al-Madinah, Saudi Arabia; nationality Saudi Arabia; Passport A-992535 (Saudi Arabia); alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT].

JALAL MAAB, Mohammad (Arabic: محمد جلال ماب) (a.k.a. JALALMAAB, Mohammad), Iran; Iraq; DOB 15 Oct 1963; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport J32373111 (Iran); alt. Passport W40896197 (Iran); alt. Passport T47386425 (Iran); alt. Passport G10513532 (Iran); alt. Passport D10005655 (Iran); National ID No. 2991399554 (Iran) (individual) [SDGT] [IFSR] (Linked To: RECONSTRUCTION ORGANIZATION OF HOLY SHRINES IN IRAQ).

JALAL, Husam-al-Din, Syria; DOB 01 Aug 1983; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

JALALI, Maysam (a.k.a. JALALI, Meysam), Iran; DOB 22 Mar 1987; POB Qorveh, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K45469660 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

JALALI, Meysam (a.k.a. JALALI, Maysam), Iran; DOB 22 Mar 1987; POB Qorveh, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K45469660 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

JALALMAAB, Mohammad (a.k.a. JALAL MAAB, Mohammad (Arabic: محمد جلال ماب)), Iran; Iraq; DOB 15 Oct 1963; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport J32373111 (Iran); alt. Passport W40896197 (Iran); alt. Passport T47386425 (Iran); alt. Passport G10513532 (Iran); alt. Passport D10005655 (Iran); National ID No. 2991399554 (Iran) (individual) [SDGT] [IFSR] (Linked To: RECONSTRUCTION ORGANIZATION OF HOLY SHRINES IN IRAQ).

JALALOV, Najmiddin (a.k.a. ABU YAHYA MUHAMMAD FATIH; a.k.a. JALALOV, Najmiddin; a.k.a. JALALOV, Najmiddin Kamolitdinovich; a.k.a. ZHALALOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmidin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin Kamoldinovich; a.k.a. ZHANOV, Najmiddin Kamilidinovich; a.k.a. "ABDURAKHMON"; a.k.a. "YAHYO"; a.k.a. "YAKH'YO"), S. Jalilov Street 14, Khartu,

Andijan region, Uzbekistan; DOB 01 Apr 1972; alt. DOB 1972; POB Andijan region, Uzbekistan; nationality Uzbekistan (individual) [SDGT].

JALIL, Inayatullah ur-Rahman (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamit Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

JALILI, Rasool (a.k.a. JALILI, RASOUL), 90 Park Ave, Farahzadi St, Tehran, Iran; DOB 19 Aug 1961; POB Eghlid, Fars Province, Iran; Website http://www.jalili.ir; alt. Website http://sharif.edu/jalili; Email Address jalili@sharif.edu; alt. Email Address rjalili@yahoo.com; alt. Email Address rasoul.jalili@peykasa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Passport N15792968; Associate Professor, Department of Computer Engineering, Sharif University of Technology; Alternate Title, Editor-In-Chief of ISeCure; Alternate Title, Dean of Scientific and International Cooperation, Sharif University of Technology; Alternate Title, Head, Information Technology Group, Sharif University of Technology (individual) [IRAN-TRA].

JALILI, RASOUL (a.k.a. JALILI, Rasool), 90 Park Ave, Farahzadi St, Tehran, Iran; DOB 19 Aug 1961; POB Eghlid, Fars Province, Iran; Website

http://www.jalili.ir; alt. Website http://sharif.edu/jalili; Email Address jalili@sharif.edu; alt. Email Address rjalili@yahoo.com; alt. Email Address rasoul.jalili@peykasa.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Passport N15792968; Associate Professor, Department of Computer Engineering, Sharif University of Technology; Alternate Title, Editor-In-Chief of ISeCure; Alternate Title, Dean of Scientific and International Cooperation, Sharif University of Technology; Alternate Title, Head, Information Technology Group, Sharif University of Technology (individual) [IRAN-TRA].

JALISCO NEW GENERATION CARTEL (a.k.a. CARTEL DE JALISCO NUEVA GENERACION; a.k.a. CJNG; a.k.a. NEW GENERATION CARTEL OF JALISCO), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

JALOLOV, Najmiddin (a.k.a. ABU YAHYA MUHAMMAD FATIH; a.k.a. JALALOV, Najmiddin; a.k.a. JALOLOV, Najmiddin Kamolitdinovich; a.k.a. ZHALALOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin Kamoldinovich; a.k.a. ZHANOV, Najmiddin Kamilidinovich; a.k.a. "ABDURAKHMON"; a.k.a. "YAHYO"; a.k.a. "YAKH'YO"), S. Jalilov Street 14, Khartu, Andijan region, Uzbekistan; DOB 01 Apr 1972; alt. DOB 1972; POB Andijan region, Uzbekistan; nationality Uzbekistan (individual) [SDGT].

JALOLOV, Najmiddin Kamolitdinovich (a.k.a. ABU YAHYA MUHAMMAD FATIH; a.k.a. JALALOV, Najmiddin; a.k.a. JALOLOV, Najmiddin; a.k.a. ZHALALOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin; a.k.a. ZHALOLOV, Nazhmiddin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmidin Kamoldinovich; a.k.a. ZHALOLOV, Nazhmuddin Kamoldinovich; a.k.a. ZHANOV, Najmiddin Kamilidinovich; a.k.a. "ABDURAKHMON"; a.k.a. "YAHYO"; a.k.a. "YAKH'YO"), S. Jalilov Street 14, Khartu, Andijan region, Uzbekistan; DOB 01 Apr 1972; alt. DOB 1972; POB Andijan region, Uzbekistan; nationality Uzbekistan (individual) [SDGT].

JALOUD, Sa'daa (a.k.a. AL-MARSUMI, Sa'da Jalut Hassam; a.k.a. AL-MARSUMI, Saddah Jaylut; a.k.a. JALOUT, Saddaa), Al Shajlah Village, Syria; As Susah Village, Syria; Baghuz, Syria; DOB 1955; alt. DOB 1956; citizen Syria (individual) [SDGT].

JALOUT, Saddaa (a.k.a. AL-MARSUMI, Sa'da Jalut Hassam; a.k.a. AL-MARSUMI, Saddah Jaylut; a.k.a. JALOUD, Sa'daa), Al Shajlah Village, Syria; As Susah Village, Syria; Baghuz, Syria; DOB 1955; alt. DOB 1956; citizen Syria (individual) [SDGT].

JAM PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی جم سهامی عام) (a.k.a. JAM PETROCHEMICAL COMPLEX), Pars Special Economic Energy Zone, Jam Petrochemical Co,, Assaluyeh, Boushehr Province 75118-11368, Iran; No. 27 Nezami St., Tavanir Ave, Tehran 1434853114, Iran; Website https://www.jpcomplex.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100777300 (Iran); Registration Number 32285 (Iran) [IRAN-EO13846] (Linked To: IRAN PETROCHEMICAL COMMERCIAL COMPANY).

JAM PETROCHEMICAL COMPLEX (a.k.a. JAM PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی جم سهامی عام)), Pars Special Economic Energy Zone, Jam Petrochemical Co,, Assaluyeh, Boushehr Province 75118-11368, Iran; No. 27 Nezami St., Tavanir Ave, Tehran 1434853114, Iran; Website https://www.jpcomplex.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100777300 (Iran); Registration Number 32285 (Iran) [IRAN-EO13846] (Linked To: IRAN PETROCHEMICAL COMMERCIAL COMPANY).

JAMA'A COMBATTANTE TUNISIEN (a.k.a. GCT; a.k.a. GROUPE COMBATTANT TUNISIEN; a.k.a. TUNISIAN COMBAT GROUP; a.k.a. TUNISIAN COMBATANT GROUP; a.k.a. "JCT") [SDGT].

JAMAAH ANSHARUT DAULAH (a.k.a. JAMAAH ANSHARUT DAULAT; a.k.a. JEMAAH ANSHORUT DAULAH; a.k.a. "JAD"), Indonesia [SDGT].

JAMAAH ANSHARUT DAULAT (a.k.a. JAMAAH ANSHARUT DAULAH; a.k.a. JEMAAH ANSHORUT DAULAH; a.k.a. "JAD"), Indonesia [SDGT].

JAMAAH ANSHARUT TAUHID (a.k.a. JAMA'AH ANSHARUT TAUHID; a.k.a. JEMMAH ANSHARUT TAUHID; a.k.a. JEM'MAH ANSHARUT TAUHID; a.k.a. JEMMAH ANSHORUT TAUHID; a.k.a. LASKAR 99; a.k.a. "JAT"), Indonesia [FTO] [SDGT].

JAMA'AH ANSHARUT TAUHID (a.k.a. JAMAAH ANSHARUT TAUHID; a.k.a. JEMMAH ANSHARUT TAUHID; a.k.a. JEM'MAH ANSHARUT TAUHID; a.k.a. JEMMAH

ANSHORUT TAUHID; a.k.a. LASKAR 99; a.k.a. "JAT"), Indonesia [FTO] [SDGT].

JAMA'AH IHYA AL-TURAZ AL-ISLAMI (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS

COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28

Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

JAM'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAM'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAM'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAM'AT UL DAWA AL-QU'RAN; a.k.a. JAMAAT-UD-DAWA AL QURAN WAL SUNNAH; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL-SUNNA; a.k.a. SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA; a.k.a. "JDQ"; a.k.a. "JDQS"; a.k.a. "SALAFI GROUP"), Afghanistan [SDGT].

JAMAAT AL DAWA ILA AL SUNNAH (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAM'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a. JAM'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAM'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAM'AT UL DAWA AL-QU'RAN; a.k.a. JAMAAT-UD-DAWA AL QURAN WAL SUNNAH; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL-SUNNA; a.k.a.

SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA; a.k.a. "JDQ"; a.k.a. "JDQS"; a.k.a. "SALAFI GROUP"), Afghanistan [SDGT].

JAMA'AT AL-DAWA (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAM'AT-UD-DA'AWA; a.k.a. JAMAAT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

JAM'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAM'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a. JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAM'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAM'AT UL DAWA AL-QU'RAN; a.k.a. JAMAAT-UD-DAWA AL QURAN WAL SUNNAH; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL-SUNNA; a.k.a. SOCIETY FOR THE CALL/INVITATION TO

THE QURAN AND THE SUNNA; a.k.a. "JDQ"; a.k.a. "JDQS"; a.k.a. "SALAFI GROUP"), Afghanistan [SDGT].

JAM'AT AL-JIHAD (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY JIHOD ITTIHODI; n.k.a. ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY; a.k.a. "IJG") [FTO] [SDGT].

JAMAAT ANSAR BEIT AL-MAQDIS FI SINAA (a.k.a. ANSAR BAYT AL-MAQDES; a.k.a. ANSAR BAYT AL-MAQDIS; a.k.a. ANSAR BEIT AL-MAQDIS; a.k.a. ISIL SINAI PROVINCE; a.k.a. ISIS-SINAI PROVINCE; a.k.a. ISLAMIC STATE IN THE SINAI; a.k.a. ISLAMIC STATE OF IRAQ AND ASH-SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE OF IRAQ AND THE SHAM - SINAI PROVINCE; a.k.a. ISLAMIC STATE-SINAI PROVINCE; a.k.a. WILAYAT SAYNA; a.k.a. WILAYAT SINAI; a.k.a. "ANSAR JERUSALEM"; a.k.a. "ISIS-SP"; a.k.a. "SINAI PROVINCE"; a.k.a. "SUPPORTERS OF JERUSALEM"; a.k.a. "SUPPORTERS OF THE HOLY PLACE"; a.k.a. "THE STATE OF SINAI"), Egypt [FTO] [SDGT].

JAMA'AT DA'WA AL-SUNNAT (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAM'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a. JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAM'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAM'AT UL DAWA AL-QU'RAN; a.k.a. JAMAAT-UD-DAWA AL QURAN WAL SUNNAH; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL-SUNNA; a.k.a. SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA; a.k.a. "JDQ"; a.k.a. "JDQS"; a.k.a. "SALAFI GROUP"), Afghanistan [SDGT].

JAMAAT NOSRAT AL-ISLAM WAL-MOUSLIMIN (a.k.a. GROUP FOR THE SUPPORT OF ISLAM AND MUSLIMS; a.k.a. GROUP TO SUPPORT ISLAM AND MUSLIMS; a.k.a. JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; a.k.a. NUSRAT AL-ISLAM WAL-MUSLIMEEN; a.k.a. "GNIM"; a.k.a. "GSIM") [FTO] [SDGT].

JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN (a.k.a. GROUP FOR THE SUPPORT OF

ISLAM AND MUSLIMS; a.k.a. GROUP TO SUPPORT ISLAM AND MUSLIMS; a.k.a. JAMAAT NOSRAT AL-ISLAM WAL-MOUSLIMIN; a.k.a. NUSRAT AL-ISLAM WAL-MUSLIMEEN; a.k.a. "GNIM"; a.k.a. "GSIM" [FTO] [SDGT].

JAMAAT UD DAWA IL AL QURAN AL SUNNAH (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAMA'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a. JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAMA'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAMA'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAMA'AT UL DAWA AL-QU'RAN; a.k.a. JAMAAT-UD-DAWA AL QURAN WAL SUNNAH; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL-SUNNA; a.k.a. SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA; a.k.a. "JDQ"; a.k.a. "SALAFI GROUP"), Afghanistan [SDGT].

JAMAAT UD-DAAWA (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-

E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

JAMAAT UL DAWA AL QURAN (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAMA'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a. JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAMA'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAMA'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMA'AT UL DAWA AL-QU'RAN; a.k.a. JAMAAT-UD-DAWA AL QURAN WAL SUNNAH; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL-SUNNA; a.k.a. SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA; a.k.a. "JDQ"; a.k.a. "JDQS"; a.k.a. "SALAFI GROUP"), Afghanistan [SDGT].

JAMA'AT UL DAWA AL-QU'RAN (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAMA'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a. JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAMA'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAMA'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAMAAT-UD-DAWA AL QURAN WAL SUNNAH; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL-SUNNA; a.k.a. SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA; a.k.a. "JDQ"; a.k.a. "JDQS"; a.k.a. "SALAFI GROUP"), Afghanistan [SDGT].

JAMAAT UL-DAWAH (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-

TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

JAMA'AT UL-SARIA MOSQUE (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; a.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

JAMAAT-E-AHRAR (a.k.a. AAFIA SIDDIQUE BRIGADE; a.k.a. JAMAATUL AHRAR; a.k.a. JAMAATUL-AHRAR; a.k.a. JAMAAT-UL-AHRAR; a.k.a. JAMAAT-UL-AHRAR TTP; a.k.a. JAMATUL AHRAR; a.k.a. JAMAT-UL-AHRAR; a.k.a. TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR; a.k.a. TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR; a.k.a. "JUA"; a.k.a. "TTP-JA"; a.k.a. "TTP-JUA"), Afghanistan; Mohmand Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan [SDGT].

JAMA'AT-I-DAWAT (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS;

a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT FOUNDATION; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

JAMAATI-UD-DAWA (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT FOUNDATION; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

JAMA'ATU AHLIS SUNNA LIDDA'AWATI WAL-JIHAD (a.k.a. BOKO HARAM; a.k.a. JAMA'ATU AHLUS-SUNNAH LIDDA'AWATI WAL JIHAD; a.k.a. NIGERIAN TALIBAN; a.k.a. PEOPLE COMMITTED TO THE PROPHET'S TEACHINGS FOR PROPAGATION AND JIHAD; a.k.a. SUNNI GROUP FOR PREACHING AND JIHAD), Nigeria [FTO] [SDGT].

JAMA'ATU AHLUS-SUNNAH LIDDA'AWATI WAL JIHAD (a.k.a. BOKO HARAM; a.k.a. JAMA'ATU AHLIS SUNNA LIDDA'AWATI WAL-JIHAD; a.k.a. NIGERIAN TALIBAN; a.k.a. PEOPLE COMMITTED TO THE PROPHET'S TEACHINGS FOR PROPAGATION AND JIHAD; a.k.a. SUNNI GROUP FOR PREACHING AND JIHAD), Nigeria [FTO] [SDGT].

JAMA'ATU ANSARIL MUSLIMINA FI BILADIS SUDAN (a.k.a. ANSARU; a.k.a. ANSARUL MUSLIMINA FI BILADIS SUDAN; a.k.a. JAMA'ATU ANSARUL MUSLIMINA FI BILADIS-SUDAN; a.k.a. VANGUARDS FOR THE PROTECTION OF MUSLIMS IN BLACK AFRICA; a.k.a. "JAMBS"), Nigeria [FTO] [SDGT].

JAMA'ATU ANSARUL MUSLIMINA FI BILADIS-SUDAN (a.k.a. ANSARU; a.k.a. ANSARUL MUSLIMINA FI BILADIS SUDAN; a.k.a. JAMA'ATU ANSARIL MUSLIMINA FI BILADIS SUDAN; a.k.a. VANGUARDS FOR THE PROTECTION OF MUSLIMS IN BLACK AFRICA; a.k.a. "JAMBS"), Nigeria [FTO] [SDGT].

JAMA'AT-UD-DA'AWA (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a.

JAMA'AT-UD-DA'AWAH (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a.

JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

JAMAAT-UD-DAWA (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

JAMAAT-UD-DAWA AL QURAN WAL SUNNAH (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAMA'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a. JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAMA'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAMA'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAMA'AT UL DAWA AL-QUR'AN; a.k.a. JAMIAT AL-DAWA AL-QURAN WAL-SUNNA; a.k.a. SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA; a.k.a. "JDQ"; a.k.a. "JDQS"; a.k.a. "SALAFI GROUP"), Afghanistan [SDGT].

JAMAATUL AHRAR (a.k.a. AAFIA SIDDIQUE BRIGADE; a.k.a. JAMAAT-E-AHRAR; a.k.a. JAMAATUL-AHRAR; a.k.a. JAMAAT-UL-AHRAR; a.k.a. JAMAAT-UL-AHRAR TTP; a.k.a. JAMATUL AHRAR; a.k.a. JAMAT-UL-AHRAR; a.k.a. TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR; a.k.a. TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR; a.k.a. "JUA"; a.k.a. "TTP-JA"; a.k.a. "TTP-JUA"), Afghanistan; Mohmand Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan [SDGT].

JAMAATUL AHRAR (a.k.a. AAFIA SIDDIQUE BRIGADE; a.k.a. JAMAAT-E-AHRAR; a.k.a. JAMAATUL AHRAR; a.k.a. JAMAAT-UL-AHRAR; a.k.a. JAMAAT-UL-AHRAR TTP; a.k.a. JAMATUL AHRAR; a.k.a. JAMAT-UL-AHRAR; a.k.a. TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR; a.k.a. TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR; a.k.a. "JUA"; a.k.a. "TTP-JA"; a.k.a. "TTP-JUA"), Afghanistan; Mohmand Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan [SDGT].

JAMAAT-UL-AHRAR (a.k.a. AAFIA SIDDIQUE BRIGADE; a.k.a. JAMAAT-E-AHRAR; a.k.a. JAMAATUL AHRAR; a.k.a. JAMAATUL-AHRAR; a.k.a. JAMAAT-UL-AHRAR TTP; a.k.a. JAMATUL AHRAR; a.k.a. JAMAT-UL-AHRAR; a.k.a. TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR; a.k.a. TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR; a.k.a. "JUA"; a.k.a. "TTP-JA"; a.k.a. "TTP-JUA"), Afghanistan; Mohmand

Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan [SDGT].

JAMAAT-UL-AHRAR TTP (a.k.a. AAFIA SIDDIQUE BRIGADE; a.k.a. JAMAAT-E-AHRAR; a.k.a. JAMAATUL AHRAR; a.k.a. JAMAATUL-AHRAR; a.k.a. JAMAAT-UL-AHRAR; a.k.a. JAMATUL AHRAR; a.k.a. JAMAT-UL-AHRAR; a.k.a. TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR; a.k.a. TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR; a.k.a. "JUA"; a.k.a. "TTP-JA"; a.k.a. "TTP-JUA"), Afghanistan; Mohmand Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan [SDGT].

JAMAAT-UL-DAWA (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-

TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

JAMAH-YE SARYA MADRASSA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

JAMAIAT-UD-DAWA (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a.

TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

JAMAL EDDIN, Mohammed Nazer (a.k.a. JAMAL EDDINE, Natheer Ahmed Mohammed; a.k.a. JAMAL EDDINE, Nathier Ahmed Mohammed; a.k.a. JAMALEDDINE, Nazir Ahmad Mohammed (Arabic: نذير احمد جمال الدين)), Damascus, Syria; DOB 02 Jan 1962; POB Damascus, Syria; nationality Syria; Gender Male; Passport N011612445 (Syria); alt. Passport 002-17-L022286 (Syria); National ID No. 010-30208342 (Syria) (individual) [SYRIA] [SYRIA-CAESAR].

JAMAL EDDINE, Natheer Ahmed Mohammed (a.k.a. JAMAL EDDIN, Mohammed Nazer; a.k.a. JAMAL EDDINE, Nathier Ahmed Mohammed; a.k.a. JAMALEDDINE, Nazir Ahmad Mohammed (Arabic: نذير احمد محمد جمال الدين)), Damascus, Syria; DOB 02 Jan 1962; POB Damascus, Syria; nationality Syria; Gender Male; Passport N011612445 (Syria); alt. Passport 002-17-L022286 (Syria); National ID No. 010-30208342 (Syria) (individual) [SYRIA] [SYRIA-CAESAR].

JAMAL EDDINE, Nathier Ahmed Mohammed (a.k.a. JAMAL EDDIN, Mohammed Nazer; a.k.a. JAMAL EDDINE, Natheer Ahmed Mohammed; a.k.a. JAMALEDDINE, Nazir Ahmad Mohammed (Arabic: نذير احمد محمد جمال الدين)), Damascus, Syria; DOB 02 Jan 1962; POB Damascus, Syria; nationality Syria; Gender Male; Passport N011612445 (Syria); alt. Passport 002-17-L022286 (Syria); National ID No. 010-30208342 (Syria) (individual) [SYRIA] [SYRIA-CAESAR].

JAMAL NETWORK (a.k.a. ABU AHMED GROUP; a.k.a. AL-QA'IDA IN EGYPT; a.k.a. MUHAMMAD JAMAL GROUP; a.k.a. MUHAMMAD JAMAL NETWORK), Egypt [SDGT].

JAMAL, Ibrahimi (a.k.a. AL BASERI, Abu Mahdi; a.k.a. AL-BASRI, Abu Mahdi; a.k.a. AL-BASRI, Abu-Mahdi al-Mohandis; a.k.a. AL-IBRAHIMI, Jamal; a.k.a. AL-IBRAHIMI, Jamal Ja'afar Muhammad Ali; a.k.a. AL-IBRAHIMI, Jamal Ja'far; a.k.a. AL-MADAN, Abu Mahdi; a.k.a. AL-MOHANDAS, Abu-Mahdi; a.k.a. AL-MOHANDESS, Abu Mehdi; a.k.a. AL-MUHANDES, Abu Mahdi; a.k.a. AL-MUHANDIS, Abu Mahdi; a.k.a. AL-MUHNDES, Abu Mahdi al-Basri; a.k.a. AL-MUHNDES, Abu-

Muhannad; a.k.a. BIHAJ, Jamal Ja'afar Ibrahim al-Mikna; a.k.a. EBRAHIMI, Jamal Jafaar Mohammed Ali; a.k.a. "AL-IBRAHIM, Jamal Fa'far 'Ali"; a.k.a. "AL-TAMIMI, Jamal al-Madan"; a.k.a. "JAAFAR, Jaafar Jamal"; a.k.a. "MOHAMMED, Jamal Jaafar"), Al Fardoussi Street, Tehran, Iran; Al Maaqal, Al Basrah, Iraq; Velayat Faqih Base, Kenesht Mountain Pass, Northwest of Kermanshah, Iran; Mehran, Iran; DOB 1953; POB Ma'ghal, Basrah, Iraq; nationality Iraq; citizen Iran; alt. citizen Iraq; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAQ3].

JAMAL, Muhammad (a.k.a. 'ABDU, Muhammad Jamal; a.k.a. ABDU, Muhammad Jamal Ahmad; a.k.a. ABDUH, Mohammad Jamal; a.k.a. AHMAD, Muhammad Gamal Abu; a.k.a. AHMAD, Muhammad Jamal Abu; a.k.a. AHMED, Mohammad Jamal Abdo; a.k.a. AL KASHEF, Muhammad Jamal; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-Al Rahim; a.k.a. AL-KASHIF, Muhammad Jamal 'Abd-al Rahim Ahmad; a.k.a. AL-MASRI, Abu Ahmad); DOB 01 Jan 1964; alt. DOB 01 Feb 1964; POB Cairo, Egypt; nationality Egypt (individual) [SDGT].

JAMAL, Sarah (a.k.a. AL-SAYYID, Sarah Jamal Muhammad (Arabic: ساره جمال محمد السيد); a.k.a. GAMAL, Sarah), Egypt; DOB 07 Jul 1985; POB Egypt; nationality Egypt; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JAMAL-AL-DIN, Hasan (a.k.a. JAMALEDDINE, Hassan); DOB 11 May 1983; POB Burj al-Burajne, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL2589786 (Lebanon) expires 11 Feb 2019 (individual) [SDGT] (Linked To: HIZBALLAH; Linked To: TABAJA, Adham Husayn).

JAMALEDDINE, Hassan (a.k.a. JAMAL-AL-DIN, Hasan); DOB 11 May 1983; POB Burj al-Burajne, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL2589786 (Lebanon) expires 11 Feb 2019 (individual) [SDGT] (Linked To: HIZBALLAH; Linked To: TABAJA, Adham Husayn).

JAMALEDDINE, Nazir Ahmad Mohammed (Arabic: نذير احمد محمد جمال الدين) (a.k.a. JAMAL EDDIN, Mohammed Nazer; a.k.a. JAMAL EDDINE, Natheer Ahmed Mohammed; a.k.a. JAMAL EDDINE, Nathier Ahmed Mohammed), Damascus, Syria; DOB 02 Jan 1962; POB Damascus, Syria; nationality Syria; Gender Male; Passport N011612445 (Syria); alt. Passport 002-17-L022286 (Syria); National ID No. 010-30208342 (Syria) (individual) [SYRIA] [SYRIA-CAESAR].

JAMALI, Sayyed Kamal (a.k.a. MUSAVI, Sayyed Kamal); DOB 03 Jan 1958; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRGC] [IFSR].

JAMAME BROTHERS COMPANY (a.k.a. JAMAME BROTHERS COMPANY EXPORT & IMPORT; a.k.a. JAMAME BROTHERS COMPANY EXPORT AND IMPORT; a.k.a. JAMAME BROTHERS COMPANY LIMITED; a.k.a. JAMAME BROTHERS OF COMPANIES), Mogadishu, Somalia; Ali Naji Building, Shoping Street, Kismayo, Somalia; Organization Established Date 25 Jun 2010; Organization Type: Non-specialized wholesale trade; Certificate of Incorporation Number SCCI/378/13 (Somalia) [SOMALIA] (Linked To: NAAJI, Ali Ahmed).

JAMAME BROTHERS COMPANY EXPORT & IMPORT (a.k.a. JAMAME BROTHERS COMPANY; a.k.a. JAMAME BROTHERS COMPANY EXPORT AND IMPORT; a.k.a. JAMAME BROTHERS COMPANY LIMITED; a.k.a. JAMAME BROTHERS OF COMPANIES), Mogadishu, Somalia; Ali Naji Building, Shoping Street, Kismayo, Somalia; Organization Established Date 25 Jun 2010; Organization Type: Non-specialized wholesale trade; Certificate of Incorporation Number SCCI/378/13 (Somalia) [SOMALIA] (Linked To: NAAJI, Ali Ahmed).

JAMAME BROTHERS COMPANY EXPORT AND IMPORT (a.k.a. JAMAME BROTHERS COMPANY; a.k.a. JAMAME BROTHERS COMPANY EXPORT & IMPORT; a.k.a. JAMAME BROTHERS COMPANY LIMITED; a.k.a. JAMAME BROTHERS OF COMPANIES), Mogadishu, Somalia; Ali Naji Building, Shoping Street, Kismayo, Somalia; Organization Established Date 25 Jun 2010; Organization Type: Non-specialized wholesale trade; Certificate of Incorporation Number SCCI/378/13 (Somalia) [SOMALIA] (Linked To: NAAJI, Ali Ahmed).

JAMAME BROTHERS COMPANY LIMITED (a.k.a. JAMAME BROTHERS COMPANY; a.k.a. JAMAME BROTHERS COMPANY EXPORT & IMPORT; a.k.a. JAMAME BROTHERS COMPANY EXPORT AND IMPORT; a.k.a. JAMAME BROTHERS OF COMPANIES), Mogadishu, Somalia; Ali Naji Building, Shoping Street, Kismayo, Somalia; Organization Established Date 25 Jun 2010; Organization Type: Non-specialized wholesale trade; Certificate of Incorporation Number SCCI/378/13 (Somalia) [SOMALIA] (Linked To: NAAJI, Ali Ahmed).

JAMAME BROTHERS OF COMPANIES (a.k.a. JAMAME BROTHERS COMPANY; a.k.a. JAMAME BROTHERS COMPANY EXPORT & IMPORT; a.k.a. JAMAME BROTHERS COMPANY EXPORT AND IMPORT; a.k.a. JAMAME BROTHERS COMPANY LIMITED), Mogadishu, Somalia; Ali Naji Building, Shoping Street, Kismayo, Somalia; Organization Established Date 25 Jun 2010; Organization Type: Non-specialized wholesale trade; Certificate of Incorporation Number SCCI/378/13 (Somalia) [SOMALIA] (Linked To: NAAJI, Ali Ahmed).

JAMARO CONSTRUCTORES S.A. DE C.V., Culiacan, Sinaloa, Mexico [SDNTK].

JAM'AT AL TAWHID WA'AL-JIHAD (a.k.a. AD-DAWLA AL-ISLAMIYYA FI AL-'IRAQ WA-SH-SHAM; a.k.a. AL HAYAT MEDIA CENTER; a.k.a. AL-FURQAN ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. AL-HAYAT MEDIA CENTER; a.k.a. AL-QAIDA GROUP OF JIHAD IN IRAQ; a.k.a. AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA IN IRAQ; a.k.a. AL-QAIDA IN MESOPOTAMIA; a.k.a. AL-QAIDA IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF JIHAD IN IRAQ; a.k.a. AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS; a.k.a. AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS; a.k.a. AL-TAWHID; a.k.a. AL-ZARQAWI NETWORK; a.k.a. AMAQ NEWS AGENCY; a.k.a. DAESH; a.k.a. DAWLA AL ISLAMIYA; a.k.a. ISIL; a.k.a. ISIS; a.k.a. ISLAMIC STATE; a.k.a. ISLAMIC STATE OF IRAQ; a.k.a. ISLAMIC STATE OF IRAQ AND AL-SHAM; a.k.a. ISLAMIC STATE OF IRAQ AND SYRIA; a.k.a. ISLAMIC STATE OF IRAQ AND THE LEVANT; a.k.a. TANZEEM QA'IDAT AL JIHAD/BILAD AL RAAFIDAINI; a.k.a. TANZIM QA'IDAT AL-JIHAD FI BILAD AL-RAFIDAYN; a.k.a. THE MONOTHEISM AND JIHAD GROUP; a.k.a. THE ORGANIZATION BASE OF JIHAD/COUNTRY OF THE TWO RIVERS; a.k.a. THE ORGANIZATION BASE OF JIHAD/MESOPOTAMIA; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN IRAQ; a.k.a. THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS; a.k.a. THE ORGANIZATION OF JIHAD'S BASE IN THE COUNTRY OF THE TWO RIVERS; a.k.a. "AL HAYAT") [FTO] [SDGT].

JAMAT TAWHID WAL JIHAD FI GARBI AFRIQQIYA (a.k.a. MOVEMENT FOR ONENESS AND JIHAD IN WEST AFRICA; a.k.a. MOVEMENT FOR UNITY AND JIHAD IN WEST AFRICA; a.k.a. TAWHID WAL JIHAD IN WEST AFRICA; a.k.a. UNITY MOVEMENT FOR JIHAD IN WEST AFRICA; a.k.a. "MUJAO"; a.k.a. "MUJWA"; a.k.a. "TWJWA"), Gao, Mali; Bourem, Mali [SDGT].

JAMATUL AHRAR (a.k.a. AAFIA SIDDIQUE BRIGADE; a.k.a. JAMAAT-E-AHRAR; a.k.a. JAMAATUL AHRAR; a.k.a. JAMAATUL-AHRAR; a.k.a. JAMAAT-UL-AHRAR; a.k.a. JAMAAT-UL-AHRAR TTP; a.k.a. JAMAT-UL-AHRAR; a.k.a. TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR; a.k.a. TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR; a.k.a. "JUA"; a.k.a. "TTP-JA"; a.k.a. "TTP-JUA"), Afghanistan; Mohmand Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan [SDGT].

JAMAT-UL-AHRAR (a.k.a. AAFIA SIDDIQUE BRIGADE; a.k.a. JAMAAT-E-AHRAR; a.k.a. JAMAATUL AHRAR; a.k.a. JAMAATUL-AHRAR; a.k.a. JAMAAT-UL-AHRAR; a.k.a. JAMAAT-UL-AHRAR TTP; a.k.a. JAMATUL AHRAR; a.k.a. TEHREEK-I-TALIBAN JAMAAT-UL-AHRAR; a.k.a. TEHRIK-E-TALIBAN PAKISTAN JAMAAT-E-AHRAR; a.k.a. "JUA"; a.k.a. "TTP-JA"; a.k.a. "TTP-JUA"), Afghanistan; Mohmand Tribal Agency, Pakistan; Bajaur Tribal Agency, Pakistan; Khyber Tribal Agency, Pakistan; Arakzai Tribal Agency, Pakistan; Charsadda, Pakistan; Peshawar, Pakistan; Swat, Pakistan; Punjab Province, Pakistan [SDGT].

JAMBANYANI SAFARIS, 364 Gibson Road, Victoria Falls, Zimbabwe; P.O. Box 155, Victoria Falls, Zimbabwe; Website www.jambanyani.com; Organization Established Date 28 Sep 2019; Organization Type: Tour operator activities [VENEZUELA-EO13850].

JAMEAL, 'Anayet el-Rahman (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

JAMEAT-UL ASRYA MADRASSA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber

Pakhtunkhwa 25001, Pakistan [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

JAMEEL, Inayat (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

JAMEHA-E-AL AHSERYA MADRASSA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

JAMI'A AL-AHSAN AL-KHAYRIYYAH (a.k.a. AL-AHSAN CHARITABLE ORGANIZATION; a.k.a. AL-BAR AND AL-IHSAN SOCIETIES; a.k.a. AL-BAR AND AL-IHSAN SOCIETY; a.k.a. AL-BIR AND AL-IHSAN ORGANIZATION; a.k.a. AL-BIRR WA AL-IHSAN CHARITY ASSOCIATION; a.k.a. AL-BIRR WA AL-IHSAN WA AL-NAQA; a.k.a. AL-IHSAN CHARITABLE SOCIETY; a.k.a. BIR WA ELEHSSAN SOCIETY; a.k.a. BIRR AND ELEHSSAN SOCIETY; a.k.a. ELEHSSAN; a.k.a. ELEHSSAN SOCIETY; a.k.a. ELEHSSAN SOCIETY AND BIRR; a.k.a. ELEHSSAN SOCIETY WA BIRR; a.k.a. IHSAN CHARITY; a.k.a. THE BENEVOLENT CHARITABLE ORGANIZATION), AL-MUZANNAR ST, AL-NASIR AREA, Gaza City, Gaza, Palestinian; Jenin, West Bank, Palestinian; Bethlehem, West Bank, Palestinian; Ramallah, West Bank, Palestinian; Tulkarm, West Bank, Palestinian; Lebanon; P.O. BOX 398, Hebron, West Bank, Palestinian [SDGT].

JAMIA AL-ASSARIA MADRASSA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

JAMI'A AL-SALAH (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE

ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT].

JAMIA ASARIYA MADRASSA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

JAMIA ASRIYA MADRASSA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

JAMIA ASSARIA MADRASSA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-

SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

JAMIA IHYA UL TURATH (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan;

218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

JAMIA IHYA UL TURATH (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS

CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

JAMIA MADRASSA DUR UL KORAN WASUNA (a.k.a. GANJ MADRASSA; a.k.a. GANJOO MADRASSA; a.k.a. JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA; a.k.a. MADRASA TALEEMUL QURAN WAL HADITH; a.k.a. MADRASA TALEEMUL QURAN WAL SUNNAH; a.k.a. MAWIYA MADRASSA; a.k.a. MOW-YA MADRASSA; a.k.a. TALALIM QURAN MADRASSA; a.k.a. TALEEM UL-QURAN MADRASSA; a.k.a. TASIN AL-QURAN ABU HAMZA), Gunj Gate, Phandu Road, Peshawar, Pakistan; Near the Baron Gate, Ganj area, Peshawar, Pakistan; Lahori and Yaka Tote Rd. at the intersection near the Ganj Gate, Peshawar, Pakistan [SDGT].

JAMI'A SANABIL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT].

JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT].

JA'MIA SANBLE LLAGHATHA WA ALTINMIA (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT].

JAMIA TALEEM-UL-QURAN-WAL-HADITH MADRASSA (a.k.a. GANJ MADRASSA; a.k.a. GANJOO MADRASSA; a.k.a. JAMIA MADRASSA DUR UL KORAN WASUNA; a.k.a. MADRASA TALEEMUL QURAN WAL HADITH; a.k.a. MADRASA TALEEMUL QURAN WAL SUNNAH; a.k.a. MAWIYA MADRASSA; a.k.a. MOW-YA MADRASSA; a.k.a. TALALIM QURAN MADRASSA; a.k.a. TALEEM UL-QURAN MADRASSA; a.k.a. TASIN AL-QURAN ABU HAMZA), Gunj Gate, Phandu Road, Peshawar, Pakistan; Near the Baron Gate, Ganj area, Peshawar, Pakistan; Lahori and Yaka Tote Rd. at the intersection near the Ganj Gate, Peshawar, Pakistan [SDGT].

JAMIAE HAZAREA MADRASSA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA

MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIYYA ASRIYYA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

JAMIAT AL-BUSTAN AL-KHAYRIYAH CHARITY (a.k.a. AL JAMAIYAH AL BUSTAN; a.k.a. AL-BUSTAN ASSOCIATION; a.k.a. AL-BUSTAN CHARITY; a.k.a. AL-BUSTAN CHARITY ASSOCIATION; a.k.a. AL-BUSTAN CHARITY FOUNDATION; a.k.a. AL-BUSTAN CHARITY SOCIETY; a.k.a. AL-BUSTAN ORGANIZATION), Mazza, Damascus, Syria [SYRIA] (Linked To: MAKHLUF, Rami).

JAMIAT AL-DAWA AL-QURAN WAL-SUNNA (a.k.a. ASSEMBLY FOR THE CALL OF THE KORAN AND THE SUNNAH; a.k.a. JAMA'AT AD-DA'WA AS-SALAFIYA WA-L-QITAL; a.k.a. JAMAAT AL DAWA ILA AL SUNNAH; a.k.a. JAMA'AT AL-DA'WA ALA-L-QURAN WA-L-SUNNA; a.k.a. JAMA'AT DA'WA AL-SUNNAT; a.k.a. JAMAAT UD DAWA IL AL QURAN AL SUNNAH; a.k.a. JAMAAT UL DAWA AL QURAN; a.k.a. JAMA'AT UL DAWA AL-QU'RAN; a.k.a. JAMAAT-UD-DAWA AL

QURAN WAL SUNNAH; a.k.a. SOCIETY FOR THE CALL/INVITATION TO THE QURAN AND THE SUNNA; a.k.a. "JDQ"; a.k.a. "JDQS"; a.k.a. "SALAFI GROUP"), Afghanistan [SDGT].

JAMIAT AL-HAYA AL-SARAT (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

JAMIAT AL-JIHAD AL-ISLAMI (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a. DZHAMAAT MODZHAKHEDOV; a.k.a. ISLAMIC JIHAD GROUP; a.k.a. ISLAMIC JIHAD GROUP OF UZBEKISTAN; n.k.a. ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY JIHOD ITTIHODI; n.k.a. ITTIHAD AL-JIHAD AL-ISLAMI; a.k.a. JAMA'AT

AL-JIHAD; a.k.a. JAMIYAT; a.k.a. THE JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH JAMA'AT; a.k.a. THE LIBYAN SOCIETY; a.k.a. "IJG") [FTO] [SDGT].

JAMI'AT AL-SALAH AL-ISLAMI (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMMEAT EL-SALAH; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT].

JAMIAT AYAT-UR-RHAS AL ISLAMIA (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE

AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

JAMIAT IHIA AL-TURATH AL-ISLAMIYA (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar

Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT]. JAMIAT IHIA AL-TURATH AL-ISLAMIYA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA, a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT]. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI

HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

JAMIAT IHYA UL TURATH AL ISLAMIA (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

JAMIAT UL-ANSAR (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. ANSAR-UL-UMMAH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. "HUA"; a.k.a. "HUM") [FTO] [SDGT].

JAMIATUL IHYA UL TURATH (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE

AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT]. JAMIATUL-YAHYA UT TURAZ (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA;

a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN;

a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

JAMIL GEORGES, Fahd (a.k.a. JAMIL GEORGES, Fuad; a.k.a. YAMIL GEORGES, Fahd; a.k.a. "EL PADRINO"; a.k.a. "TURCO"), Ponta Pora, Mato Grosso do Sul, Brazil; Pedro Juan Caballero, Amambay, Paraguay; DOB 07 Jun 1941; nationality Lebanon; citizen Brazil; Cedula No. RG-013147 (Brazil) (individual) [SDNTK].

JAMIL GEORGES, Fuad (a.k.a. JAMIL GEORGES, Fahd; a.k.a. YAMIL GEORGES, Fahd; a.k.a. "EL PADRINO"; a.k.a. "TURCO"),

Ponta Pora, Mato Grosso do Sul, Brazil; Pedro Juan Caballero, Amambay, Paraguay; DOB 07 Jun 1941; nationality Lebanon; citizen Brazil; Cedula No. RG-013147 (Brazil) (individual) [SDNTK].

JAMIL, Enayat al-Rahman (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a. "AINAYATURAHMAN"; a.k.a. "ANAYATURAHMAN"; a.k.a. "INAYATURAHMAN"; a.k.a. "INAYATURRAHMAN"), Saidabad Pajagi Road, Peshawar, Pakistan; DOB 02 Dec 1973; POB Nangalam Village, Manugay District, Afghanistan; nationality Pakistan; Gender Male; Passport BG1744461 (Pakistan); National ID No. 1730156254465 (Pakistan) (individual) [SDGT] (Linked To: JAMA'AT UL DAWA AL-QU'RAN; Linked To: TALIBAN; Linked To: LASHKAR E-TAYYIBA).

JAMIL, Enayaturrahman (a.k.a. AL RAHMAN, Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil; a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a. JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL, Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a. JAMIL, Enayetul Rahman; a.k.a. JAMIL, Inayat al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a. RAHMAN, Anayatullah; a.k.a. RAHMAN, Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a. RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu; a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN, Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a. REHMAN, Inayat; a.k.a. REHMAN, Inayat ur; a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat; a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a.

"AINAYATURAHMAN"; a.k.a.
"ANAYATURAHMAN"; a.k.a.
"INAYATURAHMAN"; a.k.a.
"INAYATURRAHMAN"), Saidabad Pajagi Road,
Peshawar, Pakistan; DOB 02 Dec 1973; POB
Nangalam Village, Manugay District,
Afghanistan; nationality Pakistan; Gender Male;
Passport BG1744461 (Pakistan); National ID
No. 1730156254465 (Pakistan) (individual)
[SDGT] (Linked To: JAMA'AT UL DAWA AL-
QU'RAN; Linked To: TALIBAN; Linked To:
LASHKAR E-TAYYIBA).

JAMIL, Enayetul Rahman (a.k.a. AL RAHMAN,
Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-
RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat
al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-
RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil;
a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a.
JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL,
Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a.
JAMIL, Enayaturrahman; a.k.a. JAMIL, Inayat
al-Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a.
RAHMAN, Anayatullah; a.k.a. RAHMAN,
Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a.
RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu;
a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN,
Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a.
REHMAN, Inayat; a.k.a. REHMAN, Inayat ur;
a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-
RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat;
a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a.
"AINAYATURAHMAN"; a.k.a.
"ANAYATURAHMAN"; a.k.a.
"INAYATURAHMAN"; a.k.a.
"INAYATURRAHMAN"), Saidabad Pajagi Road,
Peshawar, Pakistan; DOB 02 Dec 1973; POB
Nangalam Village, Manugay District,
Afghanistan; nationality Pakistan; Gender Male;
Passport BG1744461 (Pakistan); National ID
No. 1730156254465 (Pakistan) (individual)
[SDGT] (Linked To: JAMA'AT UL DAWA AL-
QU'RAN; Linked To: TALIBAN; Linked To:
LASHKAR E-TAYYIBA).

JAMIL, Inayat al-Rahman (a.k.a. AL RAHMAN,
Inayat al Rahman bin Sheikh Jamil; a.k.a. AL-
RAHMAN, 'Inayat; a.k.a. AL-RAHMAN, 'Inayat
al-Rahman Bin al-Sheikh Jamil; a.k.a. AL-
RAHMAN, 'Inayat al-Rahman bin Sheikh Jamil;
a.k.a. JALIL, Inayatullah ur-Rahman; a.k.a.
JAMEAL, 'Anayet el-Rahman; a.k.a. JAMEEL,
Inayat; a.k.a. JAMIL, Enayat al-Rahman; a.k.a.
JAMIL, Enayaturrahman; a.k.a. JAMIL, Enayetul
Rahman; a.k.a. RAHMAN, Anayat ur; a.k.a.
RAHMAN, Anayatullah; a.k.a. RAHMAN,
Enayat al; a.k.a. RAHMAN, Enayatullah; a.k.a.

RAHMAN, Inayat ur; a.k.a. RAHMAN, Inayatu;
a.k.a. RAHMAN, Inayat-u-; a.k.a. RAHMAN,
Inayatullah; a.k.a. RAHMAN, Inayat-ur-; a.k.a.
REHMAN, Inayat; a.k.a. REHMAN, Inayat ur;
a.k.a. UR-RAHMAN, Anayat; a.k.a. UR-
RAHMAN, Anyat; a.k.a. UR-RAHMAN, Enayat;
a.k.a. UR-RAHMAN, Jamil Inayat; a.k.a.
"AINAYATURAHMAN"; a.k.a.
"ANAYATURAHMAN"; a.k.a.
"INAYATURAHMAN"; a.k.a.
"INAYATURRAHMAN"), Saidabad Pajagi Road,
Peshawar, Pakistan; DOB 02 Dec 1973; POB
Nangalam Village, Manugay District,
Afghanistan; nationality Pakistan; Gender Male;
Passport BG1744461 (Pakistan); National ID
No. 1730156254465 (Pakistan) (individual)
[SDGT] (Linked To: JAMA'AT UL DAWA AL-
QU'RAN; Linked To: TALIBAN; Linked To:
LASHKAR E-TAYYIBA).

JAMIL, Kadri (a.k.a. JAMIL, Qadri); DOB 1952;
POB Damascus, Syria; Deputy Prime Minister
for Economic Affairs; Minister of Internal Trade
and Consumer Protection (individual) [SYRIA].

JAMIL, Qadri (a.k.a. JAMIL, Kadri); DOB 1952;
POB Damascus, Syria; Deputy Prime Minister
for Economic Affairs; Minister of Internal Trade
and Consumer Protection (individual) [SYRIA].

JAMIN, Abu Bakr Muhammad Muhammad (a.k.a.
AL-JAZA'IRI, Abu Ubaida; a.k.a. AL-JAZAIRI,
Abu Ubaydah; a.k.a. GEUMMANE, Abu Bakr;
a.k.a. GHUMAYN, Abu Bakr Muhammad
Muhammad; a.k.a. GUEMMANE, Aboubakir;
a.k.a. GUEMMANE, Aboubakr; a.k.a.
GUEMMANE, Aboubekr; a.k.a. GUEMMANE,
Abu Bakr Muhammad Muhammad; a.k.a.
MAZOUZ, Kheireddine; a.k.a. MAZOUZI, Khayr
al-Din; a.k.a. "LESAGE, Carol Jacques
Ghislain"; a.k.a. "LESAGE, Jacques Ghislain"),
Iran; DOB 31 Mar 1981; POB Algeria;
nationality Algeria; Passport 98LH90556
(France) (individual) [SDGT] (Linked To: AL
QA'IDA).

JAMITO AHIA TORAS AL-ISLAMI (a.k.a.
AFGHAN SUPPORT COMMITTEE; a.k.a.
AHIYAHU TURUS; a.k.a. AHYA UL TURAS;
a.k.a. AHYA UTRAS; a.k.a. AL FORQAN
CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA;
a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-
FURQAN CHARITABLE FOUNDATION; a.k.a.
AL-FURQAN FOUNDATION WELFARE
TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-
FURQAN UL KHAIRA; a.k.a. AL-FURQAN
WELFARE FOUNDATION; a.k.a. AL-TURAZ
ORGANIZATION; a.k.a. AL-TURAZ TRUST;
a.k.a. EAST AND WEST ENTERPRISES; a.k.a.

FORKHAN RELIEF ORGANIZATION; a.k.a.
HAYAT UR RAS AL-FURQAN; a.k.a.
HAYATURAS; a.k.a. HAYATUTRAS; a.k.a.
HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA
UL TURATH; a.k.a. JAMIAT AL-HAYA AL-
SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL
ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-
ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH
AL ISLAMIA; a.k.a. LAJNAT UL MASA
EIDATUL AFGHANIA; a.k.a. LAJNATUL
FURQAN; a.k.a. ORGANIZATION FOR PEACE
AND DEVELOPMENT PAKISTAN; a.k.a.
RAIES KHILQATUL QURANIA FOUNDATION
OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC
HERITAGE SOCIETY; a.k.a. REVIVAL OF
ISLAMIC SOCIETY HERITAGE ON THE
AFRICAN CONTINENT; a.k.a. "AL MOSUSTA
FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-
FURKAN"; a.k.a. "AL-MOSASATUL FURQAN";
a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT
AL-FURQAN"; a.k.a. "MOASSESA AL-
FURQAN"; a.k.a. "MOSASA-TUL-FORQAN";
a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT
FOUNDATION"), House Number 56, E. Canal
Road, University Town, Peshawar, Pakistan;
Afghanistan; Near old Badar Hospital in
University Town, Peshawar, Pakistan; Chinar
Road, University Town, Peshawar, Pakistan;
218 Khyber View Plaza, Jamrud Road,
Peshawar, Pakistan; 216 Khyber View Plaza,
Jamrud Road, Peshawar, Pakistan [SDGT].

JAMIYAT (a.k.a. AL-DJIHAD AL-ISLAMI; a.k.a.
DZHAMAAT MODZHAKHEDOV; a.k.a.
ISLAMIC JIHAD GROUP; a.k.a. ISLAMIC
JIHAD GROUP OF UZBEKISTAN; n.k.a.
ISLAMIC JIHAD UNION (IJU); n.k.a. ISLOMIY
JIHOD ITTIHODI; n.k.a. ITTIHAD AL-JIHAD AL-
ISLAMI; a.k.a. JAMA'AT AL-JIHAD; a.k.a.
JAMIAT AL-JIHAD AL-ISLAMI; a.k.a. THE
JAMAAT MOJAHEDIN; a.k.a. THE KAZAKH
JAMA'AT; a.k.a. THE LIBYAN SOCIETY; a.k.a.
"IJG") [FTO] [SDGT].

JAM'IYAT AL TA'AWUN AL ISLAMIYYA (a.k.a.
JAM'YAH TA'AWUN AL-ISLAMIA; a.k.a. JIT;
a.k.a. SOCIETY OF ISLAMIC COOPERATION),
Qandahar City, Afghanistan [SDGT].

JAM'IYAT IHYA' AL-TURATH AL-ISLAMI (a.k.a.
ADMINISTRATION OF THE REVIVAL OF
ISLAMIC HERITAGE SOCIETY COMMITTEE;
a.k.a. CCFW; a.k.a. CENTER OF CALL FOR
WISDOM; a.k.a. COMMITTEE FOR EUROPE
AND THE AMERICAS; a.k.a. DORA E
MIRESISE; a.k.a. GENERAL KUWAIT
COMMITTEE; a.k.a. HAND OF MERCY; a.k.a.
IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a.

IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL SLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a.

RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

JAMIYYA ASRIYYA (a.k.a. AL JAMATUL ASARYAH MADRASSA; a.k.a. AL JAMIA AL ASARIA; a.k.a. AL JAMIAH AL ASARIA MADRASSA; a.k.a. AL-JAMAHATUL ASREYA MADRASSA; a.k.a. AL-JAMIA AL-ASARIA MADRASSA; a.k.a. JAMA'AT UL-SARIA MOSQUE; a.k.a. JAMAH-YE SARYA MADRASSA; a.k.a. JAMEAT-UL ASRYA MADRASSA; a.k.a. JAMEHA-E-AL AHSERYA MADRASSA; a.k.a. JAMIA AL-ASSARIA MADRASSA; a.k.a. JAMIA ASARIYA MADRASSA; a.k.a. JAMIA ASRIYA MADRASSA; a.k.a. JAMIA ASSARIA MADRASSA; a.k.a. JAMIAE HAZAREA MADRASSA; a.k.a. MADRASSA JAMIA AL-ASRIA; f.k.a. MADRASSA TALIM QURAN USONA), Inqilab Road, Village Chamkani, Peshawar, Khyber Pakhtunkhwa 25001, Pakistan [SDGT] (Linked To: NURISTANI, Abdul Aziz; Linked To: LASHKAR E-TAYYIBA).

JAMMAL TRUST BANK (a.k.a. JAMMAL TRUST BANK S.A.L.; a.k.a. "JTB", JTB Tower, Elias Hraoui Avenue, Beirut, Lebanon; Jammal Trust Bank SAL Building, Rashid Karame Ave, Beirut, Lebanon; PO Box 11-5640 & 13-5750, Bank's Bldg, Rashid Karameh Ave, Beirut, Lebanon; SCI La Balance, Boulevard Giscard D'estaing, Abidjan, Cote d Ivoire; 15A Burma Road, Apapa, Lagos State, Nigeria; 3rd Floor, Berkeley Court, 6/7 Pollen St, London W1S 1ND, United Kingdom; Al-Buss, Lebanon; Al Furzol, Lebanon; Baalbeck, Lebanon; Beirut, Lebanon; Bint Jbeil, Lebanon; Bourj El Barajneh, Lebanon; Dora, Lebanon; Ghazieh, Lebanon; Jbeil, Lebanon; Jwaya, Lebanon; Kana, Lebanon; Labwe, Lebanon; Marjeyoun, Lebanon; Nabatieh, Lebanon; Saida, Lebanon; Tibnin, Lebanon; Tripoli, Lebanon; Tyre, Lebanon; Verdun, Lebanon; Abidjan, Cote d Ivoire; Apapa, Nigeria; London, United Kingdom; SWIFT/BIC JTBKLBBE; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; All Branches Worldwide [SDGT] (Linked To: HIZBALLAH).

JAMMAL TRUST BANK S.A.L. (a.k.a. JAMMAL TRUST BANK; a.k.a. "JTB", JTB Tower, Elias Hraoui Avenue, Beirut, Lebanon; Jammal Trust Bank SAL Building, Rashid Karame Ave, Beirut, Lebanon; PO Box 11-5640 & 13-5750, Bank's Bldg, Rashid Karameh Ave, Beirut, Lebanon; SCI La Balance, Boulevard Giscard D'estaing, Abidjan, Cote d Ivoire; 15A Burma Road, Apapa, Lagos State, Nigeria; 3rd Floor, Berkeley Court, 6/7 Pollen St, London W1S 1ND, United Kingdom; Al-Buss, Lebanon; Al Furzol, Lebanon; Baalbeck, Lebanon; Beirut, Lebanon; Bint Jbeil, Lebanon; Bourj El Barajneh, Lebanon; Dora, Lebanon; Ghazieh, Lebanon; Jbeil, Lebanon; Jwaya, Lebanon; Kana, Lebanon; Labwe, Lebanon; Marjeyoun, Lebanon; Nabatieh, Lebanon; Saida, Lebanon; Tibnin, Lebanon; Tripoli, Lebanon; Tyre, Lebanon; Verdun, Lebanon; Abidjan, Cote d Ivoire; Apapa, Nigeria; London, United Kingdom; SWIFT/BIC JTBKLBBE; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; All Branches Worldwide [SDGT] (Linked To: HIZBALLAH).

JAMMALI, Imed Ben Bechir Ben Hamda, via Dubini, n. 3, Gallarate,, Varese, Italy; DOB 25 Jan 1968; POB Menzel Temine, Tunisia; nationality Tunisia; Passport K693812 issued 23 Apr 1999 expires 22 Apr 2004; Italian Fiscal Code JMMMDI68A25Z352D; Currently in jail in Tunisia (individual) [SDGT].

JAMMEAT EL-SALAH (a.k.a. AL-SALAH; a.k.a. AL-SALAH ASSOCIATION; a.k.a. AL-SALAH ISLAMIC ASSOCIATION; a.k.a. AL-SALAH ISLAMIC COMMITTEE; a.k.a. AL-SALAH ISLAMIC FOUNDATION; a.k.a. AL-SALAH ISLAMIC SOCIETY; a.k.a. AL-SALAH ORGANIZATION; a.k.a. AL-SALAH SOCIETY; a.k.a. ISLAMIC AL SALAH SOCIETY; a.k.a. ISLAMIC RIGHTEOUSNESS SOCIETY; a.k.a. ISLAMIC SALAH FOUNDATION; a.k.a. ISLAMIC SALAH SOCIETY; a.k.a. ISLAMIC SALVATION SOCIETY; a.k.a. JAMI'A AL-SALAH; a.k.a. JAMI'AT AL-SALAH AL-ISLAMI; a.k.a. SALAH CHARITABLE ASSOCIATION; a.k.a. SALAH ISLAMIC ASSOCIATION; a.k.a. SALAH WELFARE ORGANIZATION), P.O. Box 6035, Beshara Street, Deir Al-Balah, Gaza, Palestinian; Deir Al-Balah Camp, Gaza, Palestinian; Athalatheeniy Street, Gaza, Palestinian; Gaza City, Gaza, Palestinian; Bureij, Gaza, Palestinian; Al-Maghazi, Gaza, Palestinian; Rafah, Gaza, Palestinian [SDGT].

JAMMEH BABILI MANSA, Yahya AJJ (a.k.a. JAMMEH, Alhaji Dr. Abdul-Azziz Jemus Junkung; a.k.a. JAMMEH, Yahya; a.k.a. JAMMEH, Yahya Abdul-Aziz Jemus Junkung), Equatorial Guinea; DOB 25 May 1965; POB Kanilai, The Gambia; nationality The Gambia; Gender Male (individual) [GLOMAG].

JAMMEH, Alhaji Dr. Abdul-Azziz Jemus Junkung (a.k.a. JAMMEH BABILI MANSA, Yahya AJJ; a.k.a. JAMMEH, Yahya; a.k.a. JAMMEH, Yahya Abdul-Aziz Jemus Junkung), Equatorial Guinea; DOB 25 May 1965; POB Kanilai, The Gambia; nationality The Gambia; Gender Male (individual) [GLOMAG].

JAMMEH, Yahya (a.k.a. JAMMEH BABILI MANSA, Yahya AJJ; a.k.a. JAMMEH, Alhaji Dr. Abdul-Azziz Jemus Junkung; a.k.a. JAMMEH, Yahya Abdul-Aziz Jemus Junkung), Equatorial Guinea; DOB 25 May 1965; POB Kanilai, The Gambia; nationality The Gambia; Gender Male (individual) [GLOMAG].

JAMMEH, Yahya Abdul-Aziz Jemus Junkung (a.k.a. JAMMEH BABILI MANSA, Yahya AJJ; a.k.a. JAMMEH, Alhaji Dr. Abdul-Azziz Jemus Junkung; a.k.a. JAMMEH, Yahya), Equatorial Guinea; DOB 25 May 1965; POB Kanilai, The

Gambia; nationality The Gambia; Gender Male (individual) [GLOMAG].

JAMMEH, Zeinab Zuma (a.k.a. JAMMEH, Zineb Souma Yahya; a.k.a. JAMMEH, Zineb Yahya), Equatorial Guinea; DOB 05 Oct 1977; POB Rabat, Morocco; nationality Equatorial Guinea; alt. nationality Morocco; Gender Female (individual) [GLOMAG].

JAMMEH, Zineb Souma Yahya (a.k.a. JAMMEH, Zeinab Zuma; a.k.a. JAMMEH, Zineb Yahya), Equatorial Guinea; DOB 05 Oct 1977; POB Rabat, Morocco; nationality Equatorial Guinea; alt. nationality Morocco; Gender Female (individual) [GLOMAG].

JAMMEH, Zineb Yahya (a.k.a. JAMMEH, Zeinab Zuma; a.k.a. JAMMEH, Zineb Souma Yahya), Equatorial Guinea; DOB 05 Oct 1977; POB Rabat, Morocco; nationality Equatorial Guinea; alt. nationality Morocco; Gender Female (individual) [GLOMAG].

JAMMOUL AND AYAD FOR INDUSTRY AND TRADE (a.k.a. BAKERIES AND PASTRIES JAMMOUL SARL; a.k.a. JAMOOL AND AYYAD COMPANY FOR INDUSTRY AND TRADE), Building 1046, Jiyeh, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Apr 2003; Business Registration Number 2000776 (Lebanon) [SDGT] (Linked To: AYAD, Adnan).

JAMOOL AND AYYAD COMPANY FOR INDUSTRY AND TRADE (a.k.a. BAKERIES AND PASTRIES JAMMOUL SARL; a.k.a. JAMMOUL AND AYAD FOR INDUSTRY AND TRADE), Building 1046, Jiyeh, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Apr 2003; Business Registration Number 2000776 (Lebanon) [SDGT] (Linked To: AYAD, Adnan).

JAMOOS, Abdal Nasser Sharif Mohammed Said (Arabic: عبد الناصر شريف محمد سعيد جاموس) (a.k.a. ABU SHARIF, Nasser (Arabic: ناصر ابو شريف); a.k.a. AL-JAMUS, 'Abd-al-Nasr Sharif), Iran; DOB 14 Jan 1966; POB Tulkarm, West Bank; alt. POB Thennaba, West Bank; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 000083063 (Palestinian) (individual) [SDGT] (Linked To: PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION).

JAMOUS, Hussam (a.k.a. AL-JAMUS, Umar; a.k.a. DA JAMOUS, Hussam; a.k.a. KHATTAB,

Omar), Antakya, Hatay, Turkey; DOB 08 Jan 1983; alt. DOB 01 Aug 1983; Passport N006951090 (Syria); National ID No. 00413L0105232 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JAM'YAH TA'AWUN AL-ISLAMIA (a.k.a. JAM'IYAT AL TA'AWUN AL ISLAMIYYA; a.k.a. JIT; a.k.a. SOCIETY OF ISLAMIC COOPERATION), Qandahar City, Afghanistan [SDGT].

JAN, Lahor (a.k.a. JAN, Lahore), Shop No. 13, Second Floor, Sarai Shahzada, Kabul, Afghanistan; Pesha-khowr area of Achin District, Nangarhar Province, Afghanistan; DOB 1976; POB Nangarhar, Achin, Pesha, Afghanistan; alt. POB Jalalabad, Afghanistan; nationality Afghanistan; Tax ID No. 104-385-2-019 (Afghanistan); Tazkira National ID Card 932995 (Afghanistan); alt. Tazkira National ID Card 283528 (Afghanistan); alt. Tazkira National ID Card 128086 (Afghanistan) (individual) [SDNTK] (Linked To: LAHORE JAN SHANWARI EXCHANGE).

JAN, Lahore (a.k.a. JAN, Lahor), Shop No. 13, Second Floor, Sarai Shahzada, Kabul, Afghanistan; Pesha-khowr area of Achin District, Nangarhar Province, Afghanistan; DOB 1976; POB Nangarhar, Achin, Pesha, Afghanistan; alt. POB Jalalabad, Afghanistan; nationality Afghanistan; Tax ID No. 104-385-2-019 (Afghanistan); Tazkira National ID Card 932995 (Afghanistan); alt. Tazkira National ID Card 283528 (Afghanistan); alt. Tazkira National ID Card 128086 (Afghanistan) (individual) [SDNTK] (Linked To: LAHORE JAN SHANWARI EXCHANGE).

JAN, Malang (a.k.a. MOHAMMED, Wali; a.k.a. WAZIR, Malang), Wana, South Waziristan, Pakistan; DOB 1975 (individual) [SDGT].

JAN, Saidullah (a.k.a. HAMAS, Saidullah; a.k.a. KHAMAS, Sayedullah; a.k.a. KHAN, Abid; a.k.a. KHAN, Saidullah; a.k.a. "WAZIRI, Saidullah"); DOB 1982; alt. DOB 11 Sep 1985; POB Giyan District, Paktika Province, Afghanistan; nationality Pakistan; National ID No. 2170525247081 (Pakistan); Mulawi (individual) [SDGT].

JANE SHANG CO., LIMITED, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; C.R. No. 2674480 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

JANG, Bom Su (a.k.a. JANG, Hyon U; a.k.a. JANG, Pom Su), Syria; DOB 15 Apr 1957; alt. DOB 22 Feb 1958; citizen Korea, North;

Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Diplomatic Passport 836110034 expires 01 Jan 2020; Tanchon Commercial Bank Representative in Syria (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

JANG, Chang Ha (a.k.a. CHANG, Chang-ha); DOB 10 Jan 1964; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; President of Second Academy of Natural Sciences (individual) [DPRK2] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

JANG, Hyon U (a.k.a. JANG, Bom su; a.k.a. JANG, Pom Su), Syria; DOB 15 Apr 1957; alt. DOB 22 Feb 1958; citizen Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Diplomatic Passport 836110034 expires 01 Jan 2020; Tanchon Commercial Bank Representative in Syria (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

JANG, Kyong Hwa (a.k.a. CHANG, Kyong-hwa); DOB 13 Nov 1951; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Official at Second Academy of Natural Sciences (individual) [DPRK2] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

JANG, Myong Chol (a.k.a. CHANG, Myo' ng-ch'o' l), Shenyang, China; Dandong, China; DOB 09 Sep 1968; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

JANG, Myong-Jin (a.k.a. CHANG, Myong-Chin); DOB 1966; alt. DOB 1965; Secondary sanctions risk: North Korea Sanctions Regulations,

sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

JANG, Pom Su (a.k.a. JANG, Bom Su; a.k.a. JANG, Hyon U), Syria; DOB 15 Apr 1957; alt. DOB 22 Feb 1958; citizen Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Diplomatic Passport 836110034 expires 01 Jan 2020; Tanchon Commercial Bank Representative in Syria (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

JANG, Song Chol; DOB 12 Mar 1967; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; KOMID representative in Russia (individual) [DPRK2].

JANG, Sung Nam, Dalian, China; DOB 14 Jul 1970; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563120368 (Korea, North) issued 22 Mar 2013 expires 22 Mar 2018; Chief of the Tangun Trading Corporation branch in Dalian, China (individual) [NPWMD] (Linked To: KOREA TANGUN TRADING CORPORATION).

JANG, Yong Son; DOB 20 Feb 1957; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; KOMID Representative in Iran (individual) [DPRK2].

JANGHORBANI, Hamid Reza (Arabic: حميد رضا جانقرباني), Isfahan, Iran; DOB 01 Aug 1973; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 5129883047 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PISHGAM ELECTRONIC SAFEH COMPANY).

JANJALANI, Khadafi Abubakar (a.k.a. JANJALANI, Khadafy; a.k.a. JANJALANI,

Khaddafy Abubakar; a.k.a. "ABU MUKTAR"); DOB 03 Mar 1975; POB Isabela, Basilan, Philippines; nationality Philippines (individual) [SDGT].

JANJALANI, Khadafy (a.k.a. JANJALANI, Khadafi Abubakar; a.k.a. JANJALANI, Khaddafy Abubakar; a.k.a. "ABU MUKTAR"); DOB 03 Mar 1975; POB Isabela, Basilan, Philippines; nationality Philippines (individual) [SDGT].

JANJALANI, Khaddafy Abubakar (a.k.a. JANJALANI, Khadafi Abubakar; a.k.a. JANJALANI, Khadafy; a.k.a. "ABU MUKTAR"); DOB 03 Mar 1975; POB Isabela, Basilan, Philippines; nationality Philippines (individual) [SDGT].

JANKOVIC, Gojko; DOB 31 Oct 1954; POB Foca, Bosnia-Herzegovina; ICTY indictee at large; sub-commander of the military police in Foca (individual) [BALKANS].

JANNAT OSHIKLARI (a.k.a. KATIBAT AL TAWHID WAL JIHAD; a.k.a. KHATIBA AL-TAWHID WAL-JIHAD; a.k.a. TAWHID AND JIHAD BRIGADE; a.k.a. "KTJ"), Syria; Kyrgyzstan; Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

JANNATI, Ahmad, Iran; DOB 22 Feb 1927; POB Ladan, Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

JANPRAPAPORN, Arin (a.k.a. CHANTARAPRAPAPORN, Arin; a.k.a. CHANTHRAPRAPHAPHON, Amarin; a.k.a. CHANTHRAPRAPHAPHON, Arin; a.k.a. CHANTRAPRAPAPORN, Arrin; a.k.a. CHATARAPRAPAPORN, Arin), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o BANGKOK SILK FLOWER COMPANY LTD., Bangkok, Thailand; DOB 05 May 1954; Passport M93116 (Thailand) (individual) [SDNTK].

JAQUEZ ARAUJO, Yadher Rafael (a.k.a. "JAKE MATE"; a.k.a. "JAQUE MATE"), Dominican Republic; DOB 15 Oct 1985; POB Santo Domingo, Dominican Republic; nationality Dominican Republic; Gender Male; Cedula No. 001-1733889-7 (Dominican Republic) (individual) [SDNTK].

JARACO S.A. (a.k.a. SOKTAR; a.k.a. TRADACO S.A.), 45 Route de Frontenex, Geneva CH-1207, Switzerland [IRAQ2].

JAREE-ARPAPORN, Hiran (a.k.a. CHARIAPAPORN, Hiran; a.k.a. CHARI-

APAPORN, Hiran; a.k.a. CHARI-APHAPHON, Hiran; a.k.a. JAREE-ARPAPORN, Hirun; a.k.a. WU, Nan Hsiung), c/o A-TEAM CHEMICALS COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; DOB 03 Jan 1950; National ID No. 310062394060 (Thailand) (individual) [SDNTK].

JAREE-ARPAPORN, Hirun (a.k.a. CHARIAPAPORN, Hiran; a.k.a. CHARI-APAPORN, Hiran; a.k.a. CHARI-APHAPHON, Hiran; a.k.a. JAREE-ARPAPORN, Hiran; a.k.a. WU, Nan Hsiung), c/o A-TEAM CHEMICALS COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; DOB 03 Jan 1950; National ID No. 310062394060 (Thailand) (individual) [SDNTK].

JARFAN, Abdul Rab Saleh Ahmed Hussain (a.k.a. GARAFAN, Abdelrab; a.k.a. JARFAN, Abdul Rahab; a.k.a. JARFAN, Abdulrabb Saleh Ahmed; a.k.a. "TAHA, Abu"), Ibb Governorate, Yemen; DOB 04 Feb 1979; Gender Male (individual) [GLOMAG].

JARFAN, Abdul Rahab (a.k.a. GARAFAN, Abdelrab; a.k.a. JARFAN, Abdul Rab Saleh Ahmed Hussain; a.k.a. JARFAN, Abdulrabb Saleh Ahmed; a.k.a. "TAHA, Abu"), Ibb Governorate, Yemen; DOB 04 Feb 1979; Gender Male (individual) [GLOMAG].

JARFAN, Abdulrabb Saleh Ahmed (a.k.a. GARAFAN, Abdelrab; a.k.a. JARFAN, Abdul Rab Saleh Ahmed Hussain; a.k.a. JARFAN, Abdul Rahab; a.k.a. "TAHA, Abu"), Ibb Governorate, Yemen; DOB 04 Feb 1979; Gender Male (individual) [GLOMAG].

JAROSH, Petr Grigorievich (a.k.a. YAROSH, Petro; a.k.a. YAROSH, Pyotr), Crimea, Ukraine; DOB 30 Jan 1971; POB Skvortsovo village, Simferopol region, Crimea, Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

JARQUIN JARQUIN, Aldrin Miguel (a.k.a. "CHAPARRITO"), Manzanillo, Colima, Mexico; DOB 18 Nov 1976; POB Nezahualcoyotl, Mexico, Mexico; nationality Mexico; Gender Male; C.U.R.P. JAJA761118HMCRRL06 (Mexico) (individual) [SDNTK].

JARQUIN JARQUIN, Jose Jaime (a.k.a. "R32"), Manzanillo, Colima, Mexico; DOB 26 Jul 1984; POB Ixtlahuacan de los Membrillos, Jalisco, Mexico; nationality Mexico; Gender Male;

C.U.R.P. JAJJ840726HJCRRS04 (Mexico) (individual) [SDNTK].

JARRAI-HAIKA-SEGI (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. EPANASTATIKI PIRINES; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. XAKI; a.k.a. "ETA"; a.k.a. "K.A.S.") [SDGT].

JARRAYA, Khalil (a.k.a. JARRAYA, Khalil Ben Ahmed Ben Mohamed; a.k.a. "ABDEL' AZIZ BEN NARVAN"; a.k.a. "AMR"; a.k.a. "AMRO"; a.k.a. "AMROU"; a.k.a. "BEN NARVAN ABDEL AZIZ"; a.k.a. "KHALIL YARRAYA"; a.k.a. "OMAR"), Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt. DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia; nationality Tunisia; alt. nationality Bosnia and Herzegovina; Passport K989895 (Tunisia) issued 26 Jul 1995 expires 25 Jul 2000 (individual) [SDGT].

JARRAYA, Khalil Ben Ahmed Ben Mohamed (a.k.a. JARRAYA, Khalil; a.k.a. "ABDEL' AZIZ BEN NARVAN"; a.k.a. "AMR"; a.k.a. "AMRO"; a.k.a. "AMROU"; a.k.a. "BEN NARVAN ABDEL AZIZ"; a.k.a. "KHALIL YARRAYA"; a.k.a. "OMAR"), Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt. DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia; nationality Tunisia; alt. nationality Bosnia and Herzegovina; Passport K989895 (Tunisia) issued 26 Jul 1995 expires 25 Jul 2000 (individual) [SDGT].

JARRAYA, Mounir Ben Habib (a.k.a. JARRAYA, Mounir Ben Habib Ben Al-Taher; a.k.a. "YARRAYA"), Via Mirasole n.11, Bologna, Italy; Via Ariosto n.8, Casalecchio di Reno, Bologna, Italy; DOB 25 Oct 1963; POB Sfax, Tunisia; nationality Tunisia; Passport L 065947 issued 28 Oct 1995 expires 27 Oct 2000 (individual) [SDGT].

JARRAYA, Mounir Ben Habib Ben Al-Taher (a.k.a. JARRAYA, Mounir Ben Habib; a.k.a. "YARRAYA"), Via Mirasole n.11, Bologna, Italy; Via Ariosto n.8, Casalecchio di Reno, Bologna, Italy; DOB 25 Oct 1963; POB Sfax, Tunisia; nationality Tunisia; Passport L 065947 issued 28 Oct 1995 expires 27 Oct 2000 (individual) [SDGT].

JARVIS CONGO SARL, No. 70 Batetela Avenue, Tilapia Building (Orange), 5th floor, Kinshasa, Congo, Democratic Republic of the; No. 790 Panda Avenue, Golf Quarter, Lubumbashi,

Congo, Democratic Republic of the [GLOMAG] (Linked To: DEBOUTTE, Pieter Albert; Linked To: FLEURETTE PROPERTIES LIMITED).

JARVIS HK CO., LIMITED (a.k.a. SHENZHEN GUANGSHENDA ADVANCED EQUIPMENT CO., LTD.), No. 38-3, Longhua Yingtai Road, Shenzhen, China; 2F, Building 1, Pingliang Road, Shanghai, China; House 13, Street 28, F6/1, Islamabad, Pakistan; Room 1201, 12/F Tai Sang Bank Building 130-132 Des Voeux Road, Central, Hong Kong, China; Organization Established Date 25 Nov 2010; Business Registration Number 1532250 (Hong Kong) [RUSSIA-EO14024] (Linked To: HU, Xiaoxun).

JASHARI, Abdul (a.k.a. AL-ALBANI, Abu Qatada; a.k.a. AL-ALBANI, Abu-Qatadah; a.k.a. JASHARI, Abdulj; a.k.a. JASHARI, Abdyl; a.k.a. "IRAKI, Commander"), Syria; DOB 25 Sep 1976; POB Skopje, Macedonia; nationality North Macedonia, The Republic of (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

JASHARI, Abdulj (a.k.a. AL-ALBANI, Abu Qatada; a.k.a. AL-ALBANI, Abu-Qatadah; a.k.a. JASHARI, Abdul; a.k.a. JASHARI, Abdyl; a.k.a. "IRAKI, Commander"), Syria; DOB 25 Sep 1976; POB Skopje, Macedonia; nationality North Macedonia, The Republic of (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

JASHARI, Abdyl (a.k.a. AL-ALBANI, Abu Qatada; a.k.a. AL-ALBANI, Abu-Qatadah; a.k.a. JASHARI, Abdul; a.k.a. JASHARI, Abdulj; a.k.a. "IRAKI, Commander"), Syria; DOB 25 Sep 1976; POB Skopje, Macedonia; nationality North Macedonia, The Republic of (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

JASHN SAZ, Seifollah (a.k.a. JASHNSAZ, Seifollah; a.k.a. JASHNSAZ, Seyfollah); DOB 22 Mar 1958; POB Behbahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport R17589399 (Iran); alt. Passport T23700825 (Iran); Chairman & Director, Naftiran Intertrade Co. (NICO) Sarl; Chairman & Director, Naft Iran Intertrade Company Ltd.; Director, Hong Kong Intertrade Company; Chairman of the Board of Directors, Iranian Oil Company (U.K.) Limited; Chairman & Director, Petro Suisse Intertrade Company (individual) [IRAN].

JASHNSAZ, Seifollah (a.k.a. JASHN SAZ, Seifollah; a.k.a. JASHNSAZ, Seyfollah); DOB 22 Mar 1958; POB Behbahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport R17589399 (Iran); alt. Passport T23700825 (Iran); Chairman & Director, Naftiran Intertrade Co.

(NICO) Sarl; Chairman & Director, Naft Iran Intertrade Company Ltd.; Director, Hong Kong Intertrade Company; Chairman of the Board of Directors, Iranian Oil Company (U.K.) Limited; Chairman & Director, Petro Suisse Intertrade Company (individual) [IRAN].

JASHNSAZ, Seyfollah (a.k.a. JASHN SAZ, Seifollah; a.k.a. JASHNSAZ, Seifollah); DOB 22 Mar 1958; POB Behbahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport R17589399 (Iran); alt. Passport T23700825 (Iran); Chairman & Director, Naftiran Intertrade Co. (NICO) Sarl; Chairman & Director, Naft Iran Intertrade Company Ltd.; Director, Hong Kong Intertrade Company; Chairman of the Board of Directors, Iranian Oil Company (U.K.) Limited; Chairman & Director, Petro Suisse Intertrade Company (individual) [IRAN].

JASIM, Latif Nusayyif (a.k.a. JASSEM, Latif Nassif), Baghdad, Iraq; DOB 1941; Former Minister of Labor and Social Affairs (individual) [IRAQ2].

JASMINE CONTRACTING COMPANY (Arabic: التعهدات الياسمين شركة) (a.k.a. AL-YASMEEEN CONTRACTING COMPANY; a.k.a. AL-YASMEEN FOR CONTRACTING; a.k.a. AL-YAZMEEN FOR CONTRACTING; a.k.a. YASMIN FOR CONTRACTING), Damascus, Syria; Organization Established Date 14 Dec 2017 [SYRIA] (Linked To: BIN ALI, Khodr Taher).

JASSEM, Khalil Ibrahim (a.k.a. AL ZAFIRI, Khalil Ibrahim; a.k.a. KHALIL, Ibrahim Mohamed; a.k.a. MOHAMMAD, Khalil Ibrahim), Refugee shelter Alte Ziegelei, Mainz 55128, Germany; DOB 02 Jul 1975; alt. DOB 02 May 1972; alt. DOB 03 Jul 1975; alt. DOB 1972; POB Dayr Az-Zawr, Syria; alt. POB Baghdad, Iraq; nationality Syria; Travel Document Number A0003900 (Germany); Temporary suspension of deportation No. T04338017, expired 08 May 2013, issued by Alien's Office of the city of Mainz (individual) [SDGT].

JASSEM, Latif Nassif (a.k.a. JASIM, Latif Nusayyif), Baghdad, Iraq; DOB 1941; Former Minister of Labor and Social Affairs (individual) [IRAQ2].

JASSO ROCHA, Oscar Arturo (a.k.a. JASSO SERRATOS, Oscar Arturo), Mexico City, Distrito Federal, Mexico; DOB 07 Dec 1964; POB Mexico City, Distrito Federal, Mexico; nationality Mexico; citizen Mexico; Passport 98330071201 (Mexico); Driver's License No. 2308565 (Mexico); C.U.R.P.

JASSO641207HDFSRS05 (Mexico) (individual) [SDNTK].

JASSO SERRATOS, Oscar Arturo (a.k.a. JASSO ROCHA, Oscar Arturo), Mexico City, Distrito Federal, Mexico; DOB 07 Dec 1964; POB Mexico City, Distrito Federal, Mexico; nationality Mexico; citizen Mexico; Passport 98330071201 (Mexico); Driver's License No. 2308565 (Mexico); C.U.R.P. JASSO641207HDFSRS05 (Mexico) (individual) [SDNTK].

JATHRAN, Ibrahim (a.k.a. AL JADHRAN, Ibrahim Saeed Salem Awad Aissa Hamed Dawoud; a.k.a. AL-JADRAN AL-MAGHRIBI, Ibrahim Saad; a.k.a. AL-JADRAN, Ibrahim; a.k.a. JADHRAN, Ibrahim Saeed Salim), Libya; DOB 29 Oct 1982; alt. DOB 1979 to 1982; POB Ajdabia, Libya; nationality Libya; Gender Male; Passport S/263963 issued 08 Nov 2012; National ID No. 119820043341; Personal ID Card 137803 (individual) [LIBYA3].

JATRONICS SDN BHD, Suite 33-01 33rd Floor, Menara Keck Seng 203 Jalan Bukit Bintang, Kuala Lumpur 50100, Malaysia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration Number 629642D (Malaysia) [RUSSIA-EO14024].

JAUA MILANO, Elias Jose (Latin: JAUA MILANO, Elías José), Miranda, Venezuela; DOB 16 Dec 1969; POB Caucagua, Miranda, Venezuela; citizen Venezuela; Gender Male; Cedula No. 10096662 (Venezuela); Head of Venezuela's Presidential Commission for the Constituent Assembly; Venezuela's Minister of Education; Venezuela's Sectoral Vice President of Social Development and the Revolution of Missions; Former Executive Vice President of Venezuela (individual) [VENEZUELA].

JAVAID, Nasir a.k.a. JAVED, Haji Nasir; a.k.a. JAVED, Nasar; a.k.a. JAVED, Naser; a.k.a. JAVED, Nasir; a.k.a. JAVED, Qari Naser; a.k.a. JAVID, Nasser; a.k.a. "ABU ISHMAEL"), Mansehra District, Northwest Frontier Province, Pakistan; DOB circa 1956; alt. DOB circa 1958; alt. DOB circa 1965; POB Pakistan; nationality Pakistan; From Gujranwala, Punjab province, Pakistan (individual) [SDGT].

JAVANI, Yadollah (Arabic: جوانی یدالله), Iran; DOB 1962; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Deputy

Political Commander (individual) [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

JAVED, Haji Nasir (a.k.a. JAVAID, Nasir; a.k.a. JAVED, Nasar; a.k.a. JAVED, Naser; a.k.a. JAVED, Nasir; a.k.a. JAVED, Qari Naser; a.k.a. JAVID, Nasser; a.k.a. "ABU ISHMAEL"), Mansehra District, Northwest Frontier Province, Pakistan; DOB circa 1956; alt. DOB circa 1958; alt. DOB circa 1965; POB Pakistan; nationality Pakistan; From Gujranwala, Punjab province, Pakistan (individual) [SDGT].

JAVED, Nasar (a.k.a. JAVAID, Nasir; a.k.a. JAVED, Haji Nasir; a.k.a. JAVED, Naser; a.k.a. JAVED, Nasir; a.k.a. JAVED, Qari Naser; a.k.a. JAVID, Nasser; a.k.a. "ABU ISHMAEL"), Mansehra District, Northwest Frontier Province, Pakistan; DOB circa 1956; alt. DOB circa 1958; alt. DOB circa 1965; POB Pakistan; nationality Pakistan; From Gujranwala, Punjab province, Pakistan (individual) [SDGT].

JAVED, Naser (a.k.a. JAVAID, Nasir; a.k.a. JAVED, Haji Nasir; a.k.a. JAVED, Nasar; a.k.a. JAVED, Nasir; a.k.a. JAVED, Qari Naser; a.k.a. JAVID, Nasser; a.k.a. "ABU ISHMAEL"), Mansehra District, Northwest Frontier Province, Pakistan; DOB circa 1956; alt. DOB circa 1958; alt. DOB circa 1965; POB Pakistan; nationality Pakistan; From Gujranwala, Punjab province, Pakistan (individual) [SDGT].

JAVED, Nasir (a.k.a. JAVAID, Nasir; a.k.a. JAVED, Haji Nasir; a.k.a. JAVED, Nasar; a.k.a. JAVED, Naser; a.k.a. JAVED, Qari Naser; a.k.a. JAVID, Nasser; a.k.a. "ABU ISHMAEL"), Mansehra District, Northwest Frontier Province, Pakistan; DOB circa 1956; alt. DOB circa 1958; alt. DOB circa 1965; POB Pakistan; nationality Pakistan; From Gujranwala, Punjab province, Pakistan (individual) [SDGT].

JAVED, Qari Naser (a.k.a. JAVAID, Nasir; a.k.a. JAVED, Haji Nasir; a.k.a. JAVED, Nasar; a.k.a. JAVED, Naser; a.k.a. JAVED, Nasir; a.k.a. JAVID, Nasser; a.k.a. "ABU ISHMAEL"), Mansehra District, Northwest Frontier Province, Pakistan; DOB circa 1956; alt. DOB circa 1958; alt. DOB circa 1965; POB Pakistan; nationality Pakistan; From Gujranwala, Punjab province, Pakistan (individual) [SDGT].

JAVEDAN MEHR TOOS, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

JAVID, Nasser (a.k.a. JAVAID, Nasir; a.k.a. JAVED, Haji Nasir; a.k.a. JAVED, Nasar; a.k.a. JAVED, Naser; a.k.a. JAVED, Nasir; a.k.a. JAVED, Qari Naser; a.k.a. "ABU ISHMAEL"),

Mansehra District, Northwest Frontier Province, Pakistan; DOB circa 1956; alt. DOB circa 1958; alt. DOB circa 1965; POB Pakistan; nationality Pakistan; From Gujranwala, Punjab province, Pakistan (individual) [SDGT].

JAVIDAN, Ali Akbar (Arabic: علی اکبر جاویدان), Iran; DOB 21 Mar 1967; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; LEF Commander for Kermanshah Province (individual) [GLOMAG].

JAWAD, Abou Hassan (a.k.a. CHEADE, Ali; a.k.a. CHEHADE, Abou Hassan Ali; a.k.a. CHEHADE, Ali Ahmad; a.k.a. JAWAD, Abu Hassan; a.k.a. SHIHADI, Ali), Abidjan, Cote d Ivoire; DOB 05 Jan 1961; POB Ansarie, Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport RL0516070 (Lebanon) (individual) [SDGT].

JAWAD, Abu Hassan (a.k.a. CHEADE, Ali; a.k.a. CHEHADE, Abou Hassan Ali; a.k.a. CHEHADE, Ali Ahmad; a.k.a. JAWAD, Abou Hassan; a.k.a. SHIHADI, Ali), Abidjan, Cote d Ivoire; DOB 05 Jan 1961; POB Ansarie, Lebanon; citizen Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport RL0516070 (Lebanon) (individual) [SDGT].

JAWHIRAH COMPANY ISTANBUL (a.k.a. JAWHIRAH EXCHANGE; f.k.a. OZAR HEDIYELIK ESYA SANAYI VE TICARET LIMITED SIRKETI; a.k.a. PIRLANT ISTANBUL KUYUMCULUK TICARET LIMITED SIRKETI), Mollafenari Mah. Gazi Sinanpasa Sok. Has Ishani No. 14 K. 1 D. 22, Fatih, Istanbul, Turkey; Website http://www.elitdiamond.net; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 01 Dec 2005; Chamber of Commerce Number 571571 (Turkey); Central Registration System Number 0663-0297-8590-0016 (Turkey) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

JAWHIRAH EXCHANGE (a.k.a. JAWHIRAH COMPANY ISTANBUL; f.k.a. OZAR HEDIYELIK ESYA SANAYI VE TICARET LIMITED SIRKETI; a.k.a. PIRLANT ISTANBUL KUYUMCULUK TICARET LIMITED SIRKETI), Mollafenari Mah. Gazi Sinanpasa Sok. Has Ishani No. 14 K. 1 D. 22, Fatih, Istanbul, Turkey; Website http://www.elitdiamond.net; Secondary sanctions risk: section 1(b) of Executive Order

13224, as amended by Executive Order 13886; Organization Established Date 01 Dec 2005; Chamber of Commerce Number 571571 (Turkey); Central Registration System Number 0663-0297-8590-0016 (Turkey) [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

JAWISH, Husayn Rida, Syria; DOB 07 Apr 1963; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

JAWISH, Samar Shakir, Syria; DOB 01 May 1967; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

JAYSH AL-ADL (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan [FTO] [SDGT].

JAYSH AL-ISLAM (a.k.a. ARMY OF ISLAM; a.k.a. JAISH AL-ISLAM) [FTO] [SDGT].

JAYSH AL-MUHAJIRIN AND AL-ANSAR ARMY (a.k.a. AL-MUAJIRIN BRIGADE; a.k.a. ARMY OF FOREIGN FIGHTERS AND SUPPORTERS; a.k.a. ARMY OF THE EMIGRANTS AND HELPERS; a.k.a. BRIGADE OF THE EMIGRANTS AND HELPERS; a.k.a. JAISH AL-MUHAJIREEN WA ANSAR; a.k.a. JAISH AL-MUHAJIREEN WAL-ANSAR; a.k.a. JAYSH AL-MUHAJIRIN WAL-ANSAR; a.k.a. KATEEB AL MUHAJIREEN WAL ANSAR; a.k.a. KATIBA AL-MUHAJIREEN; a.k.a. MUHAJIRIN AND ANSAR ARMY), Syria [SDGT].

JAYSH AL-MUHAJIRIN WAL-ANSAR (a.k.a. AL-MUAJIRIN BRIGADE; a.k.a. ARMY OF FOREIGN FIGHTERS AND SUPPORTERS; a.k.a. ARMY OF THE EMIGRANTS AND HELPERS; a.k.a. BRIGADE OF THE EMIGRANTS AND HELPERS; a.k.a. JAISH AL-MUHAJIREEN WA ANSAR; a.k.a. JAISH AL-MUHAJIREEN WAL-ANSAR; a.k.a. JAYSH AL-MUHAJIRIN AND AL-ANSAR ARMY; a.k.a.

KATEEB AL MUHAJIREEN WAL ANSAR; a.k.a. KATIBA AL-MUHAJIREEN; a.k.a. MUHAJIRIN AND ANSAR ARMY), Syria [SDGT].

JAYSH AL-SHAAB (a.k.a. AL-SHA'BI COMMITTEES; a.k.a. JAYSH AL-SHA'BI; a.k.a. JISH SHAABI; a.k.a. SHA'BI COMMITTEES; a.k.a. SHA'BI FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCES; a.k.a. "ARMY OF THE PEOPLE"; a.k.a. "PEOPLE'S ARMY"; a.k.a. "POPULAR COMMITTEES"; a.k.a. "POPULAR FORCES"; a.k.a. "SHA'BI"; a.k.a. "THE POPULAR ARMY") [SYRIA].

JAYSH AL-SHA'BI (a.k.a. AL-SHA'BI COMMITTEES; a.k.a. JAYSH AL-SHAAB; a.k.a. JISH SHAABI; a.k.a. SHA'BI COMMITTEES; a.k.a. SHA'BI FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCES; a.k.a. "ARMY OF THE PEOPLE"; a.k.a. "PEOPLE'S ARMY"; a.k.a. "POPULAR COMMITTEES"; a.k.a. "POPULAR FORCES"; a.k.a. "SHA'BI"; a.k.a. "THE POPULAR ARMY") [SYRIA].

JAYSH KHALED BIN AL WALID (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria [SDGT].

JAYSH KHALID BIN-AL-WALID (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS

OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria [SDGT].

JAYSH RAJAL AL-TARIQAH AL-NAQSHABANDIA (a.k.a. ARMED MEN OF THE NAQSHABANDI ORDER; a.k.a. ARMY OF THE MEN OF THE NAQSHBANDI ORDER; a.k.a. JAYSH RIJAL AL-TARIQ AL-NAQSHABANDI; a.k.a. MEN OF THE ARMY OF AL-NAQSHBANDIA WAY; a.k.a. NAQSHABANDI ARMY; a.k.a. NAQSHBANDI ARMY; a.k.a. "AMNO"; a.k.a. "JRN"; a.k.a. "JRTN"), Iraq; Website: www.alnakshabandia-army.org; www.alnakshabndia-army.com [FTO] [SDGT] [IRAQ3].

JAYSH RIJAL AL-TARIQ AL-NAQSHABANDI (a.k.a. ARMED MEN OF THE NAQSHABANDI ORDER; a.k.a. ARMY OF THE MEN OF THE NAQSHBANDI ORDER; a.k.a. JAYSH RAJAL AL-TARIQAH AL-NAQSHABANDIA; a.k.a. MEN OF THE ARMY OF AL-NAQSHBANDIA WAY; a.k.a. NAQSHABANDI ARMY; a.k.a. NAQSHBANDI ARMY; a.k.a. "AMNO"; a.k.a. "JRN"; a.k.a. "JRTN"), Iraq; Website: www.alnakshabandia-army.org; www.alnakshabndia-army.com [FTO] [SDGT] [IRAQ3].

JAZBAH, Ibrahim Sa'd Zayn-al-'Abidin, Syria; DOB 02 Apr 1957; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

JAZEERA PROPERTIES PVT LTD, Finuvaijeheyge, Samandhu Goalhi, Henveiru, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 19 Nov 2018; Registration Number C-0976/2018 (Maldives) [SDGT] (Linked To: SHIYAM, Ali).

JAZEERAT ALMALDIFI (a.k.a. JAZEERATH AL MALDIFI; a.k.a. JAZEERATHALMALDIFI), Dhuveli, 1st Floor, Rahdhebai Magu, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Feb 2019; Organization Type: Real estate activities on a fee or contract basis; Registration Number P-0025/2019 (Maldives) [SDGT] (Linked To: AHMED, Ameen).

JAZEERAT AL MALDIFI (a.k.a. JAZEERAT ALMALDIFI; a.k.a. JAZEERATHALMALDIFI), Dhuveli, 1st Floor, Rahdhebai Magu, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Feb 2019; Organization Type: Real estate activities on a fee or contract basis; Registration Number P-0025/2019 (Maldives) [SDGT] (Linked To: AHMED, Ameen).

JAZEERATH AL MALDIFI (a.k.a. JAZEERAT ALMALDIFI; a.k.a. JAZEERATHALMALDIFI), Dhuveli, 1st Floor, Rahdhebai Magu, Male, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 21 Feb 2019; Organization Type: Real estate activities on a fee or contract basis; Registration Number P-0025/2019 (Maldives) [SDGT] (Linked To: AHMED, Ameen).

JC AVANGARD (a.k.a. AVANGARD PLASTIK; a.k.a. JOINT STOCK COMPANY AVANGARD; a.k.a. JSC AVANGARD (Cyrillic: AO АВАНГАРД)), 78 Oktyabrskaya St., Safonovo, Smolensk Region 215500, Russia; Website www.avangard-plastik.ru; Organization Established Date 05 Nov 2008; Tax ID No. 6726504312 (Russia) [RUSSIA-EO14024].

JC CAR AUDIO, 05 Calle, Zona 1, Tecun Uman, San Marcos, Guatemala; NIT # 844191-K (Guatemala) [SDNTK].

JEBAA 2480 SAL (a.k.a. GEBAA 2480 SAL), Adnan Al Hakim Street, Al Wazeer Building, First Floor, Building No. 3672, Msaytbeh, Beirut, Lebanon; Commercial Registry Number 1013406 (Lebanon) [SDGT] (Linked To: AHMAD, Nazem Said).

JEBELLI, Payman (a.k.a. JEBELLI, Peyman (Arabic: پیمان جبلی); a.k.a. JEBLI, Peyman), Tehran, Iran; DOB 25 Jan 1967; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10010071 (Iran) expires 25 Jun 2027; Director, Islamic Republic of Iran Broadcasting (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

JEBELLI, Peyman (Arabic: پیمان جبلی) (a.k.a. JEBELLI, Payman; a.k.a. JEBLI, Peyman), Tehran, Iran; DOB 25 Jan 1967; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10010071 (Iran) expires 25 Jun 2027; Director, Islamic Republic of Iran Broadcasting (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

JEBLI, Peyman (a.k.a. JEBELLI, Payman; a.k.a. JEBELLI, Peyman (Arabic: پیمان جبلی)), Tehran, Iran; DOB 25 Jan 1967; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10010071 (Iran) expires 25 Jun 2027; Director, Islamic Republic of Iran Broadcasting (individual) [IRAN-EO13846] (Linked To: ISLAMIC REPUBLIC OF IRAN BROADCASTING).

JEDEED, Milad (a.k.a. JADEED, Milad; a.k.a. JADID, Milad; a.k.a. JEDID, Milad (Arabic: میلاد جدید)), Syria; DOB May 1963; POB Qardaha, Latakia, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

JEDI, Muhamad Wanndy bin Muhamad (a.k.a. JEDI, Muhamad Wanndy Mohamad; a.k.a. JEDI, Muhamad Wanndy Muhamad; a.k.a. JEDI, Muhammad Wanndy Bin Mohamed; a.k.a. WANNDY, Muhamad; a.k.a. "AL-FATEH, Abu Hamzah"; a.k.a. "AL-MALIZI, Abu Sayyaf"), Syria; DOB 16 Nov 1990; alt. DOB 1989 to 1991; POB Durian Tunggal, Malacca, Malaysia; nationality Malaysia; Gender Male; Passport A33373751 (Malaysia); National ID No. 90116-04-5293 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JEDI, Muhamad Wanndy Mohamad (a.k.a. JEDI, Muhamad Wanndy bin Muhamad; a.k.a. JEDI, Muhamad Wanndy Muhamad; a.k.a. JEDI, Muhammad Wanndy Bin Mohamed; a.k.a. WANNDY, Muhamad; a.k.a. "AL-FATEH, Abu Hamzah"; a.k.a. "AL-MALIZI, Abu Sayyaf"), Syria; DOB 16 Nov 1990; alt. DOB 1989 to 1991; POB Durian Tunggal, Malacca, Malaysia; nationality Malaysia; Gender Male; Passport A33373751 (Malaysia); National ID No. 90116-04-5293 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JEDI, Muhamad Wanndy Muhamad (a.k.a. JEDI, Muhamad Wanndy bin Muhamad; a.k.a. JEDI, Muhamad Wanndy Mohamad; a.k.a. JEDI, Muhammad Wanndy Bin Mohamed; a.k.a. WANNDY, Muhamad; a.k.a. "AL-FATEH, Abu Hamzah"; a.k.a. "AL-MALIZI, Abu Sayyaf"), Syria; DOB 16 Nov 1990; alt. DOB 1989 to 1991; POB Durian Tunggal, Malacca, Malaysia; nationality Malaysia; Gender Male; Passport A33373751 (Malaysia); National ID No. 90116-04-5293 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JEDI, Muhammad Wanndy Bin Mohamed (a.k.a. JEDI, Muhamad Wanndy bin Muhamad; a.k.a. JEDI, Muhammad Wanndy Mohamad; a.k.a. JEDI, Muhammad Wanndy Muhamad; a.k.a. WANNDY, Muhamad; a.k.a. "AL-FATEH, Abu Hamzah"; a.k.a. "AL-MALIZI, Abu Sayyaf"), Syria; DOB 16 Nov 1990; alt. DOB 1989 to 1991; POB Durian Tunggal, Malacca, Malaysia; nationality Malaysia; Gender Male; Passport A33373751 (Malaysia); National ID No. 90116-04-5293 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JEDID, Milad (Arabic: ميلاد جديد) (a.k.a. JADEED, Milad; a.k.a. JADID, Milad; a.k.a. JEDEED, Milad), Syria; DOB May 1963; POB Qardaha, Latakia, Syria; nationality Syria; Gender Male (individual) [SYRIA-EO13894].

JEERI, Abdullahi (a.k.a. JERI, Abdullahi), Qunyo Barrow, Middle Juba, Somalia; Ceel Buur, Galguduud, Somalia; DOB 1976; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

JEGA, Abbas (a.k.a. HASSAN, Ali Abbas Othman; a.k.a. JEGA, Ali Abbas Usman), 6B Nouakchott Street, Wuse Zone 1, Abuja, Nigeria; DOB 1965; nationality Nigeria; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IFSR].

JEGA, Ali Abbas Usman (a.k.a. HASSAN, Ali Abbas Othman; a.k.a. JEGA, Abbas), 6B Nouakchott Street, Wuse Zone 1, Abuja, Nigeria; DOB 1965; nationality Nigeria; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IFSR].

JEISH AL-ADL (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan [FTO] [SDGT].

JELASSI, Riadh Ben Belkassem Ben Mohamed; DOB 15 Dec 1970; POB Al-Mohamedia, Tunisia; nationality Tunisia; Passport L276046 issued 01 Jul 1996 expires 30 Jun 2001 (individual) [SDGT].

JELAVIC, Ante; DOB 21 Oct 1963; POB Potprolog, Croatia (individual) [BALKANS].

JELIL, Youssef Ould Abdel (a.k.a. GHADER, El Hadj Ould Abdel; a.k.a. KHADER, Abdel; a.k.a. SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed; a.k.a. SALEM, Mohamed; a.k.a. SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad; a.k.a. SOULEIMANE, Abou; a.k.a. "AL-MAURITANI, Sheikh Yunis"; a.k.a. "AL-MAURITANI, Younis"; a.k.a. "AL-MAURITANI, Yunis"; a.k.a. "CHINGHEITY"; a.k.a. "THE MAURITANIAN, Salih"; a.k.a. "THE MAURITANIAN, Shaykh Yunis"); DOB 1981; POB Saudi Arabia; nationality Mauritania (individual) [SDGT].

JELISIC, Goran; DOB 07 Jun 1968; POB Bijeljina, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

JEMAA ISLAMIYA (a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAAH ISLAMIYYAH; a.k.a. "JI"); founded by Abdullah Sungkar [FTO] [SDGT].

JEMAA ISLAMIYAH (a.k.a. JEMAA ISLAMIYA; a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAAH ISLAMIYYAH; a.k.a. "JI"); founded by Abdullah Sungkar [FTO] [SDGT].

JEMA'A ISLAMIYAH (a.k.a. JEMAA ISLAMIYA; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAAH ISLAMIYYAH; a.k.a. "JI"); founded by Abdullah Sungkar [FTO] [SDGT].

JEMAA ISLAMIYYA (a.k.a. JEMAA ISLAMIYA; a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a.

JEMA'AH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAAH ISLAMIYYAH; a.k.a. "JI"); founded by Abdullah Sungkar [FTO] [SDGT].

JEMA'A ISLAMIYYA (a.k.a. JEMAA ISLAMIYA; a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAAH ISLAMIYYAH; a.k.a. "JI"); founded by Abdullah Sungkar [FTO] [SDGT].

JEMAA ISLAMIYYAH (a.k.a. JEMAA ISLAMIYA; a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAAH ISLAMIYYAH; a.k.a. "JI"); founded by Abdullah Sungkar [FTO] [SDGT].

JEMA'A ISLAMIYYAH (a.k.a. JEMAA ISLAMIYA; a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAAH ISLAMIYYAH; a.k.a. "JI"); founded by Abdullah Sungkar [FTO] [SDGT].

JEMAAH ANSHORUT DAULAH (a.k.a. JAMAAH ANSHARUT DAULAH; a.k.a. JAMAAH ANSHARUT DAULAT; a.k.a. "JAD"), Indonesia [SDGT].

JEMAAH ISLAMIAH (a.k.a. JEMAA ISLAMIYA; a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAAH ISLAMIYYAH; a.k.a. "JI"); founded by Abdullah Sungkar [FTO] [SDGT].

JEMAAH ISLAMIYAH (a.k.a. JEMAA ISLAMIYA; a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMAA ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAAH ISLAMIYYAH; a.k.a. "JI"); founded by Abdullah Sungkar [FTO] [SDGT].

JEMA'AH ISLAMIYAH (a.k.a. JEMAA ISLAMIYA; a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMAA

ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAAH ISLAMIYYAH; a.k.a. "JI"); founded by Abdullah Sungkar [FTO] [SDGT].

JEMAAH ISLAMIYYAH (a.k.a. JEMAA ISLAMIYA; a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. "JI"); founded by Abdullah Sungkar [FTO] [SDGT].

JEMA'AH ISLAMIYYAH (a.k.a. JEMAA ISLAMIYA; a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYYAH; a.k.a. "JI"); founded by Abdullah Sungkar [FTO] [SDGT].

JEMMAH ANSHARUT TAUHID (a.k.a. JAMAAH ANSHARUT TAUHID; a.k.a. JAMA'AH ANSHARUT TAUHID; a.k.a. JEM'MAH ANSHARUT TAUHID; a.k.a. JEMMAH ANSHORUT TAUHID; a.k.a. LASKAR 99; a.k.a. "JAT"), Indonesia [FTO] [SDGT].

JEM'MAH ANSHARUT TAUHID (a.k.a. JAMAAH ANSHARUT TAUHID; a.k.a. JAMA'AH ANSHARUT TAUHID; a.k.a. JEMMAH ANSHARUT TAUHID; a.k.a. JEMMAH ANSHORUT TAUHID; a.k.a. LASKAR 99; a.k.a. "JAT"), Indonesia [FTO] [SDGT].

JEMMAH ANSHORUT TAUHID (a.k.a. JAMAAH ANSHARUT TAUHID; a.k.a. JAMA'AH ANSHARUT TAUHID; a.k.a. JEMMAH ANSHARUT TAUHID; a.k.a. JEM'MAH ANSHARUT TAUHID; a.k.a. LASKAR 99; a.k.a. "JAT"), Indonesia [FTO] [SDGT].

JENDOUBI, Faouzi Mohamed Ben Ahmed (a.k.a. "SAID"; a.k.a. "SAMIR"), Via Agucchi n.250, Bologna, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 30 Jan 1966; POB Beja, Tunisia; nationality Tunisia; Passport K459698 issued 06 Mar 1999 expires 05 Mar 2004 (individual) [SDGT].

JENNIFER NAVIGATION LIMITED (a.k.a. JENNIFER NAVIGATION LTD.), 80 Broad Street, Monrovia, Liberia; Identification Number IMO 4098018 [VENEZUELA-EO13850].

JENNIFER NAVIGATION LTD. (a.k.a. JENNIFER NAVIGATION LIMITED), 80 Broad Street, Monrovia, Liberia; Identification Number IMO 4098018 [VENEZUELA-EO13850].

JEP PETROCHEMICAL TRADING L.L.C (Arabic: جي إي بي لتجارة البتروكيماويات ش.ذ.م.م), Deira Al Murar, Dubai, United Arab Emirates; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 30 Jun 2022; Business Registration Number 1078042 (United Arab Emirates); Economic Register Number (CBLS) 11899644 (United Arab Emirates) [SDGT] (Linked To: SEPEHR ENERGY JAHAN NAMA PARS COMPANY).

JEREZ GALEANO, Jaime, c/o INVERSIONES LOS TUNJOS LTDA., Bogota, Colombia; c/o JAIME JEREZ V. Y CIA. S.C.S. JERGAL S.C.S., Bogota, Colombia; Carrera 7 No. 145-38 Manzana 2 Int. 2 apto. 101, Bogota, Colombia; Calle 125 No. 21A-71 of. 302, Bogota, Colombia; Calle 125 No. 21A-71 of. 402, Bogota, Colombia; DOB 08 Apr 1969; POB Bogota, Colombia; Cedula No. 79484852 (Colombia) (individual) [SDNTK].

JEREZ PINEDA, Oscar Alberto, c/o HERJEZ LTDA., Bogota, Colombia; DOB 07 Aug 1968; POB Bogota, Colombia; Cedula No. 79133740 (Colombia) (individual) [SDNTK].

JERI, Abdullahi (a.k.a. JEERI, Abdullahi), Qunyo Barrow, Middle Juba, Somalia; Ceel Buur, Galguduud, Somalia; DOB 1976; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

JERUSALEM FORCE (a.k.a. AL QODS; a.k.a. IRGC-QF; a.k.a. IRGC-QUDS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE; a.k.a. ISLAMIC REVOLUTIONARY GUARD CORPS-QODS FORCE; a.k.a. PASDARAN-E ENGHELAB-E ISLAMI (PASDARAN); a.k.a. QODS (JERUSALEM) FORCE OF THE IRGC; a.k.a. QODS FORCE; a.k.a. QUDS FORCE; a.k.a. SEPAH-E QODS; a.k.a. SEPAH-E QODS (JERUSALEM FORCE)), Tehran, Iran; Syria; Additional Sanctions Information - Subject to Secondary Sanctions [FTO] [SDGT] [SYRIA] [IRGC] [IFSR] [IRAN-HR] [ELECTION-EO13848].

JERUSALEM INTERNATIONAL ESTABLISHMENT (a.k.a. AL QUDS INSTITUTE; a.k.a. AL QUDS INTERNATIONAL INSTITUTION; a.k.a. AL-QUDS FOUNDATION; a.k.a. AL-QUDS INTERNATIONAL FOUNDATION; a.k.a. INTERNATIONAL AL QUDS INSTITUTE; a.k.a. INTERNATIONAL JERUSALEM FOUNDATION; a.k.a. JERUSALEM INTERNATIONAL FOUNDATION; a.k.a. MU'ASSASAT AL-QUDS; a.k.a. THE INTERNATIONAL AL QUDS FOUNDATION; a.k.a. "IJF"), Hamra Street, Saroulla Building, 11th Floor; P.O. Box Beirut-Hamra 113/5647, Beirut, Lebanon; Website www.alquds-online.org; Email Address institution@alquds-online.org; alt. Email Address alquds_institution@yahoo.com; alt. Email Address info@alquds-city.com [SDGT].

JERUSALEM INTERNATIONAL FOUNDATION (a.k.a. AL QUDS INSTITUTE; a.k.a. AL QUDS INTERNATIONAL INSTITUTION; a.k.a. AL-QUDS FOUNDATION; a.k.a. AL-QUDS INTERNATIONAL FOUNDATION; a.k.a. INTERNATIONAL AL QUDS INSTITUTE; a.k.a. INTERNATIONAL JERUSALEM FOUNDATION; a.k.a. JERUSALEM INTERNATIONAL ESTABLISHMENT; a.k.a. MU'ASSASAT AL-QUDS; a.k.a. THE INTERNATIONAL AL QUDS FOUNDATION; a.k.a. "IJF"), Hamra Street, Saroulla Building, 11th Floor; P.O. Box Beirut-Hamra 113/5647, Beirut, Lebanon; Website www.alquds-online.org; Email Address institution@alquds-online.org; alt. Email Address alquds_institution@yahoo.com; alt. Email Address info@alquds-city.com [SDGT].

JESTAR SANAT DELIJAN (a.k.a. GESTAR SANAT DELIJAN COMPANY; a.k.a. JESTAR SANAT DELIJAN COMPANY), No. 9 Shenasa Street, Vali-Asr Street, Tehran, Iran; Shenasa St., Valiasr St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2005; National ID No. 10861613201 (Iran); Registration Number 1041 (Iran) [NPWMD] [IFSR] (Linked To: HOSSEINI, Mohammad Ali).

JESTAR SANAT DELIJAN COMPANY (a.k.a. GESTAR SANAT DELIJAN COMPANY; a.k.a. JESTAR SANAT DELIJAN), No. 9 Shenasa Street, Vali-Asr Street, Tehran, Iran; Shenasa St., Valiasr St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2005; National ID No. 10861613201 (Iran); Registration Number 1041 (Iran) [NPWMD] [IFSR] (Linked To: HOSSEINI, Mohammad Ali).

JETCOM 3D (a.k.a. LIMITED LIABILITY COMPANY OFFICE TECHNOLOGY JETCOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОФИСНАЯ ТЕХНИКА ДЖЕТКОМ)), 13 Startovaya Street, Building 1, Moscow 129336, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7716589527 (Russia); Registration Number 1077761762165 (Russia) [RUSSIA-EO14024].

JETLINK TEXTILES TRADING, No. 1004 Dummy Deyar Developer Bldg., P.O. Box 203253, Dubai, United Arab Emirates; P.O. Box 41792, Office No. 1004 Deyaar Developer Building, Business Bay, Dubai, United Arab Emirates; P.O. Box 282158, Dubai, United Arab Emirates; P.O. Box 46584, Sheikh Zayed Road, Dubai, United Arab Emirates; Commercial Registry Number 1144902; License 717783 [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

JEWISH IDEA YESHIVA (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA;

a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

JEWISH LEGION (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

JEYSH AL-ADL (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan [FTO] [SDGT].

JHAN, Said (a.k.a. 'ABD AL-SALAM, Said Jan; a.k.a. 'ABDALLAH, Qazi; a.k.a. 'ABD-AL-SALAM, Sa'id Jan; a.k.a. ABDULLAH, Qazi; a.k.a. CAIRO, Aziz; a.k.a. KHAN, Farhan; a.k.a. SA'ID JAN, Qasi; a.k.a. WALID, Ibrahim; a.k.a.

ZAIN KHAN, Dilawar Khan; a.k.a. "NANGIALI"); DOB 05 Feb 1981; alt. DOB 01 Jan 1972; nationality Afghanistan; Passport OR801168 (Afghanistan) issued 28 Feb 2006 expires 27 Feb 2011; alt. Passport 4117921 (Pakistan) issued 09 Sep 2008 expires 09 Sep 2013; National ID No. 281020505755 (Kuwait); Passport OR801168 and Kuwaiti National ID No. 281020505755 issued under the name Said Jan 'Abd al-Salam; Passport 4117921 issued under the name Dilawar Khan Zain Khan (individual) [SDGT].

JI, Bingxuan (Chinese Simplified: 吉炳轩; Chinese Traditional: 吉炳軒), Beijing, China; DOB Nov 1951; POB Mengjin County, Henan Province, China; citizen China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Vice-Chairperson, 13th National People's Congress Standing Committee (individual) [HK-EO13936].

JI, Sang Jun (a.k.a. CHI, Sang-chun), Moscow, Russia; DOB 03 May 1971; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK4].

JI, Songyan, China; DOB 15 Oct 1994; nationality China; National ID No. 310230199410154380 (China) (individual) [SDNTK].

JIAHE HENGDE TECHNOLOGY COMPANY (a.k.a. BEIJING JIAHEHENGDE TECHNOLOGY COMPANY LIMITED; a.k.a. JIAHEHENGDE TECHNOLOGY COMPANY LIMITED), Beijing, China; Organization Established Date 06 Dec 2005; Unified Social Credit Code (USCC) 9111010878321053X0 (China) [RUSSIA-EO14024] (Linked To: LLC LASER COMPONENTS).

JIAHEHENGDE TECHNOLOGY COMPANY LIMITED (a.k.a. BEIJING JIAHEHENGDE TECHNOLOGY COMPANY LIMITED; a.k.a. JIAHE HENGDE TECHNOLOGY COMPANY), Beijing, China; Organization Established Date 06 Dec 2005; Unified Social Credit Code (USCC) 9111010878321053X0 (China) [RUSSIA-EO14024] (Linked To: LLC LASER COMPONENTS).

JIAN, WenJi (a.k.a. KANG, Mun-kil), Korea, North; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or

Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS 472330208 (Korea, North) expires 04 Jul 2017 (individual) [NPWMD] (Linked To: NAMCHONGANG TRADING CORPORATION).

JIANGSU BANGDEYA NEW MATERIAL TECHNOLOGY CO., LTD. (Chinese Simplified: 江苏邦得雅新材料科技有限公司), 8#-2-1211, Jinxiu Jiayuan, Jianguo West Road, Quanshan District, Xuzhou City, Jiangsu Province 221000, China (Chinese Simplified: 锦绣嘉园8#-2-1211, 建国西路, 泉山区, 徐州市, 江苏省 221000, China); Website www.bangdeyapharm.com; Phone Number 86017849577539; Organization Established Date 08 Jan 2021; Unified Social Credit Code (USCC) 91320311MA2507C946 (China) [ILLICIT-DRUGS-EO14059].

JIANGXI LIANSHENG TECHNOLOGY CO., LTD (Chinese Simplified: 江西连胜科技有限公司), No. 1015, Jinsha Third Rd., Xiaolan Economic Development Area, Nanchang, Jiangxi 330029, China; Website www.jxlszh.com; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 24 Jun 2011; Unified Social Credit Code (USCC) 913601215761389180 (China) [RUSSIA-EO14024].

JIANGYIN MASCOT SPECIAL STEEL CO., LTD, No. 100 Huayuan Road, Changjing Town, Jiangyin City, Jiangsu Province, China; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v) [IFCA].

JIAXIANG ENERGY HOLDING PTE. LTD., 24 Raffles Place, #11-01 Clifford Centre, 048621, Singapore; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 201708444M (Singapore) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

JIAXIANG INDUSTRY HONG KONG LIMITED (a.k.a. JIAXIANG INDUSTRY LTD; a.k.a. JIAXIANG INDUSTRY LTD HONG KONG), Unit 1105, Hua Qin International Building, 340 Queen's Road Central, Hong Kong, Hong Kong; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); Commercial Registry Number 2026412 (Hong Kong) [IRAN-EO13846].

JIAXIANG INDUSTRY LTD (a.k.a. JIAXIANG INDUSTRY HONG KONG LIMITED; a.k.a. JIAXIANG INDUSTRY LTD HONG KONG), Unit 1105, Hua Qin International Building, 340 Queen's Road Central, Hong Kong, Hong Kong; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); Commercial Registry Number 2026412 (Hong Kong) [IRAN-EO13846].

JIAXIANG INDUSTRY LTD HONG KONG (a.k.a. JIAXIANG INDUSTRY HONG KONG LIMITED; a.k.a. JIAXIANG INDUSTRY LTD), Unit 1105, Hua Qin International Building, 340 Queen's Road Central, Hong Kong, Hong Kong; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); Commercial Registry Number 2026412 (Hong Kong) [IRAN-EO13846].

JIBOURI, Mishan (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JUBURI, Mashan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

JIBRIL, Ahmad (a.k.a. JABRIL, Ahmad); DOB 1938; POB Ramleh, Israel; Secretary General of POPULAR FRONT FOR THE LIBERATION OF PALESTINE - GENERAL COMMAND (individual) [SDGT].

JIBRIL, Zaher Ali Mousa (a.k.a. JABARIN, Zahar; a.k.a. JABARIN, Zaher; a.k.a. JABARIN, Zaher Ali Mousa; a.k.a. JABARIN, Zahir; a.k.a. JABBAREEN, Zahir Ali Mousa), Iran; Turkey; DOB 11 Sep 1968; alt. DOB 09 Nov 1968; POB Salfit, West Bank, Palestinian; alt. POB Nablus, West Bank, Palestinian; Gender Male; Passport 2987250 (Palestinian); alt. Passport 26899960360 (Qatar); Identification Number 904121555 (Palestinian) (individual) [SDGT] (Linked To: HAMAS).

JIHAD AL BINAA (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHAD-AL-BINAA ASSOCIATION; a.k.a. JIHADU-I-BINAA; a.k.a. STRUGGLE FOR RECONSTRUCTION), Beirut, Lebanon; Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

JIHAD AL-BINA (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHAD-AL-BINAA ASSOCIATION; a.k.a. JIHADU-I-BINAA; a.k.a. STRUGGLE FOR

RECONSTRUCTION), Beirut, Lebanon; Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

JIHAD CONSTRUCTION (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHAD-AL-BINAA ASSOCIATION; a.k.a. JIHADU-I-BINAA; a.k.a. STRUGGLE FOR RECONSTRUCTION), Beirut, Lebanon; Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

JIHAD CONSTRUCTION FOUNDATION (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHAD-AL-BINAA ASSOCIATION; a.k.a. JIHADU-I-BINAA; a.k.a. STRUGGLE FOR RECONSTRUCTION), Beirut, Lebanon; Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

JIHAD CONSTRUCTION INSTITUTION (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD-AL-BINAA ASSOCIATION; a.k.a. JIHADU-I-BINAA; a.k.a. STRUGGLE FOR RECONSTRUCTION), Beirut, Lebanon; Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

JIHAD, Abu (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. AL-NUBI, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADHIL, Mustafa Mohamed; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. MAN, Nu; a.k.a.

MOHAMMED, Mustafa; a.k.a. "ANIS, Abu"; a.k.a. "HUSSEIN"; a.k.a. "KHALID"; a.k.a. "YUSSRR, Abu"); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT].

JIHAD-AL-BINAA ASSOCIATION (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHADU-I-BINAA; a.k.a. STRUGGLE FOR RECONSTRUCTION), Beirut, Lebanon; Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

JIHADU-I-BINAA (a.k.a. CONSTRUCTION FOR THE SAKE OF THE HOLY STRUGGLE; a.k.a. CONSTRUCTION JIHAD; a.k.a. HOLY CONSTRUCTION FOUNDATION; a.k.a. JIHAD AL BINAA; a.k.a. JIHAD AL-BINA; a.k.a. JIHAD CONSTRUCTION; a.k.a. JIHAD CONSTRUCTION FOUNDATION; a.k.a. JIHAD CONSTRUCTION INSTITUTION; a.k.a. JIHAD-AL-BINAA ASSOCIATION; a.k.a. STRUGGLE FOR RECONSTRUCTION), Beirut, Lebanon; Bekaa Valley, Lebanon; Southern Lebanon, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

JIIS, Yasir, Middle Shabelle, Somalia; DOB 1984; alt. DOB 1985; alt. DOB 1986; alt. DOB 1987; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

JIJAH, Jalal-al-Din 'Adil, Syria; DOB 20 Jan 1983; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

JILDAN, Wail H.A. (a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JULAIDAN, Wa'el Hamza Abd Al-Fatah; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JULAYDAN, Wa'el Hamza; a.k.a. JULAYDAN, Wa'il Hamza; a.k.a. "ABU AL-HASAN AL MADANI"); DOB 22 Jan 1958; alt. DOB 20 Jan 1958; POB Al-Madinah, Saudi

Arabia; nationality Saudi Arabia; Passport A-992535 (Saudi Arabia); alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT].

JIMENEZ CASTRO, Mario Alberto (a.k.a. "KASTOR"), Mexico; DOB 20 Oct 1988; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Gender Male; Digital Currency Address - ETH 0x9c2bc757b66f24d60f016b6237f8cdd414a879fa; C.U.R.P. JICM881020HSLMSR07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

JIMENEZ GONZALEZ, Abelardo (a.k.a. JIMENEZ GONZALEZ, Roberto Abelardo), Infanta 1506 Santa Rosa Y Estevez, Cerro, Cuba; DOB 22 Feb 1952; nationality Cuba; Gender Male; National ID No. 52022201646 (Cuba) (individual) [GLOMAG].

JIMENEZ GONZALEZ, Roberto Abelardo (a.k.a. JIMENEZ GONZALEZ, Abelardo), Infanta 1506 Santa Rosa Y Estevez, Cerro, Cuba; DOB 22 Feb 1952; nationality Cuba; Gender Male; National ID No. 52022201646 (Cuba) (individual) [GLOMAG].

JIMENEZ HERNANDEZ, Oscar Armando, Calle Ramon Castellanos 1037-A, Col. San Isidro, Guadalajara, Jalisco, Mexico; C Emilio Rabaza 2027, Col. Blanco y Cuellar, Guadalajara, Jalisco 44730, Mexico; DOB 30 Jun 1978; POB Guadalajara, Jalisco, Mexico; citizen Mexico; Gender Male; R.F.C. JIHO780630A70 (Mexico); Credencial electoral JMHROS78063014H200 (Mexico); alt. Credencial electoral JIHO78063014H200 (Mexico); C.U.R.P. JIHO780630HJCMRS07 (Mexico); alt. C.U.R.P. JIHO780730HJCMRS06 (Mexico); I.F.E. 069582506439 (Mexico) (individual) [SDNTK] (Linked To: FLORES DRUG TRAFFICKING ORGANIZATION; Linked To: CORPORATIVO INMOBILIARIO UNIVERSAL, S.A. DE C.V.; Linked To: SERVICIOS EMPRESARIALES FICIE, S.A. DE C.V.).

JIMENEZ PEREZ, Jose Julian Bruno, Calle Rio Bravo, Colonia Revolucion, Tijuana, Baja California, Mexico; Avenida Independencia, Colonia Zona Urbana Rio Tijuana, Tijuana, Baja California, Mexico; c/o INMOBILIARIA LA PROVINCIA S.A. DE C.V., Tijuana, Baja California, Mexico; c/o INMOBILIARIA ESTADO 29 S.A. DE C.V., Tijuana, Baja California, Mexico; DOB 19 Jun 1961; POB Ensenada, Baja California, Mexico; C.U.R.P. # JIPJ610619HBCMRL07 (Mexico) (individual) [SDNTK].

JIN MU MIAN (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

JIN MU MIAN (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

JIN XIN NUO TRADING LIMITED (Chinese Traditional: 金信諾貿易有限公司), Office 3A-9, 12F, Kaiser Center No 18 Centre Street Sai Ying Pun, Hong Kong, China; Organization Established Date 08 Nov 2017; C.R. No. 2604785 (Hong Kong) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

JINDALLAE (a.k.a. CHO'NGSONG UNITED TRADING COMPANY; a.k.a. CHONGSONG YONHAP; a.k.a. CH'O'NGSONG YO'NHAP;

a.k.a. CHOSUN CHAWO'N KAEBAL T'UJA HOESA; a.k.a. GREEN PINE ASSOCIATED CORPORATION; a.k.a. KU'MHAERYONG COMPANY LTD; a.k.a. NATURAL RESOURCES DEVELOPMENT AND INVESTMENT CORPORATION; a.k.a. SAENGP'IL COMPANY), c/o Reconnaissance General Bureau Headquarters, Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

JING HE, Lin (a.k.a. LIN, Jinghe (Chinese Simplified: 林敬鹤); a.k.a. "LAM, Gary"; a.k.a. "NG, Ken"), China; DOB 03 Dec 1982; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 350500198212032535 (China) (individual) [NPWMD] [IFSR] (Linked To: MATINKIA, Alireza).

JING MU MIANG COMPANY (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

JING MU MIANG COMPANY (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a.

KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

JINGHO TECHNOLOGY CO. LIMITED, Hong Kong; Business Registration Number 2088397 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

JINHOU INTERNATIONAL HOLDINGS CO., LTD. (Chinese Simplified: 金猴集团国际控股有限公司), No. 106, Heping Road, Weihai, Shandong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

JINHU MINSHENG PHARMACEUTICAL MACHINERY CO. LTD (Chinese Simplified: 金湖明生制药机械有限公司) (a.k.a. "MINGSHENG PM"), No. 2 Plant, Bldg. 1, Zone A Industrial Concentration Area, Taji Town, Jinhu County, Jiangsu Province 211600, China; 238-1 Shenhua Road, Jinhu County, Huaian City, Jiangsu Province, China; Website www.jhminshengpm.com; Email Address mike@jhminshengpm.com; Phone Number 8651786800153; Organization Established Date 26 Apr 2013; Unified Social Credit Code (USCC) 91320831067611439Z (China) [ILLICIT-DRUGS-EO14059].

JINMINGSHENG TECHNOLOGY HK CO LIMITED, Room 1838, Guoli Building, Zhonhang Rd, Futian District, Shenzhen 518031, China; Room 61868 6/F, Golconda Trade Center, 163 Zhenhau Rd, Futian District, Shenzhen 518031, China; Hong Kong, China; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 09 Dec 2008; Company

Number 1292952 (Hong Kong); Business Registration Number 50093445 (Hong Kong) [RUSSIA-EO14024].

JINMYONG JOINT BANK, Korea, North; Dalian, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

JINPAI TECHNOLOGY HONG KONG CO., LTD. (a.k.a. KING PAI TECHNOLOGY CO., LTD.; a.k.a. KING-PAI TECHNOLOGY HK CO., LIMITED (Chinese Simplified: 金派科技(香港)有限公司)), Rm 13, 4/F Flourish Industrial Building, 33 Sheung Yee Road, Bay Kowloon, Hong Kong, China; Organization Established Date 11 Aug 2008; Registration Number 1263702 (Hong Kong) [RUSSIA-EO14024].

JINSONG JOINT BANK, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

JINXIANG TRADING COMPANY (a.k.a. CHINA DANDONG KUMSANG TRADE COMPANY, LIMITED; a.k.a. DANDONG JINXIANG TRADE CO., LTD.; a.k.a. DANDONG METAL COMPANY), Room 303, Unit 2, Building Number 3, Number 99 Binjiang Lu (Road), Zhenxing District, Dandong, China; Room 303-01, Number 99-3, Binjiang Zhong Lu (Road), Dandong, China; Number 5, Tenth Street, Zhenxing District, Dandong, Liaoning, China; 245-11, Number 1 Wanlian Road, Shenhe District, Shenyang, China; Room 1101, No B, Jiadi Building, Business and Tourist, China; Room 303, Unit 2, 3 Haolou, Building 99 Binjiang Middle Rd., Zhenxing, Dandong, Liaoning 118000, China; Nationality of Registration China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

JINYONG IT COOPERATION COMPANY (a.k.a. CHINYONG INFORMATION TECHNOLOGY COOPERATION COMPANY), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons

Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Other information technology and computer service activities [DPRK2].

JIRJIS, Hiyam, Syria; DOB 07 Oct 1964; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

JISH SHAABI (a.k.a. AL-SHA'BI COMMITTEES; a.k.a. JAYSH AL-SHAAB; a.k.a. JAYSH AL-SHA'BI; a.k.a. SHA'BI COMMITTEES; a.k.a. SHA'BI FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCE; a.k.a. SYRIAN NATIONAL DEFENSE FORCES; a.k.a. "ARMY OF THE PEOPLE"; a.k.a. "PEOPLE'S ARMY"; a.k.a. "POPULAR COMMITTEES"; a.k.a. "POPULAR FORCES"; a.k.a. "SHA'BI"; a.k.a. "THE POPULAR ARMY") [SYRIA].

JISS, Aadan, Daaru Salaam, Middle Shabelle, Somalia; DOB 1977; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB).

JIT (a.k.a. JAM'IYAT AL TA'AWUN AL ISLAMIYYA; a.k.a. JAM'YAH TA'AWUN AL-ISLAMIA; a.k.a. SOCIETY OF ISLAMIC COOPERATION), Qandahar City, Afghanistan [SDGT].

JJGON, S.P.R. DE R.L. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 61698-1 (Mexico) [SDNTK].

JJO GENERAL TRADING GIDA SANAYI VE TICARET ANONIM SIRKETI, 12/340 Yesilkoy Mahallesi, Ataturk Caddesi, Bakirkoy, Istanbul 34149, Turkey; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 13 Jan 2020; Chamber of Commerce Number 1218127 (Turkey); Registration Number 228367-5 (Turkey) [SDGT] (Linked To: MAHAMUD, Abdi Nasir Ali).

JM PROVIDERS OFFICE, S.A. DE C.V., Blvd. Francisco Medina Ascencio S/N Int. 36, Col. Zona Hotelera Norte, Puerto Vallarta, Jalisco C.P. 48333, Mexico; Bahia de Banderas, Nayarit, Mexico; R.F.C. JPO151113I59 (Mexico); Folio Mercantil No. 2107 (Mexico) [ILLICIT-DRUGS-EO14059].

JM TROYA, 3 Ave y 14 Calle N.O., Barrio Las Acacias, Apartado Postal No 1018, San Pedro Sula, Cortes, Honduras; Ave Cricunvalacion,

Esquina Opuesta al Teatro Francisco Saybe, San Pedro Sula, Cortes, Honduras [SDNTK].

JO, Chol (a.k.a. CHO, Ch'o'l; a.k.a. CHO, Il Woo; a.k.a. CHO, Il-U), Korea, North; DOB 10 May 1945; POB Musan, North Hamgyo'ng Province, North Korea; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 736410010 (Korea, North); Director of the Fifth Bureau of the Reconnaissance General Bureau (individual) [DPRK2].

JO, Chol Song (a.k.a. CHO, Ch'o'l-so'ng), Dandong, China; DOB 25 Sep 1984; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654320502 expires 16 Sep 2019; Korea Kwangson Banking Corporation Deputy Representative (individual) [NPWMD] (Linked To: KOREA KWANGSON BANKING CORP).

JO, Chun Ryong (a.k.a. CHO, Chun-ryong); DOB 04 Apr 1960; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Chairman of the Second Economic Committee (individual) [DPRK2] (Linked To: SECOND ECONOMIC COMMITTEE).

JO, Kyong-Chol (a.k.a. CHO, Kyo'ng-ch'o'l), Korea, North; DOB 1944 to 1945; POB Korea, North; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; DPRK Director of Military Security Command (individual) [DPRK2].

JO, Yon Jun (a.k.a. CHO, Yon Chun), Korea, North; DOB 28 Sep 1937; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; First

Vice Director of the Organization and Guidance Department (individual) [DPRK2].

JO, Yong Chol (a.k.a. CHO, Yong Chol), Syria; DOB 30 Sep 1973; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; North Korea's Ministry of State Security Official (individual) [DPRK2].

JO, Yong-Won (a.k.a. CHO, Yongwon), Korea, North; DOB 24 Oct 1957; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vice Director of the Organization and Guidance Department (individual) [DPRK2].

JOHN, Damion Patrick (a.k.a. RYAN, Damion Patrick; a.k.a. RYAN, Damion Patrick John; a.k.a. "HENRY, John"; a.k.a. "JOHN, Damien"; a.k.a. "JOHN, Damion"; a.k.a. "PATRICK, Damion"; a.k.a. "RYAN, Damian"; a.k.a. "RYAN, John"), British Columbia, Canada; DOB 14 Oct 1980; POB Canada; nationality Canada; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport WQ097521 (Canada); alt. Passport HK184430 (Canada) expires 15 Sep 2026; alt. Passport AK406531 (Canada) expires 11 Jan 2029 (individual) [IRAN-HR] (Linked To: ASAN, Nihat Abdul Kadir).

JOHNSON, Prince (a.k.a. JOHNSON, Prince Y.; a.k.a. JOHNSON, Prince Yormie), Nimba County, Liberia; DOB 06 Jul 1952; POB Gomaplay, Liberia; nationality Liberia; Gender Male (individual) [GLOMAG].

JOHNSON, Prince Y. (a.k.a. JOHNSON, Prince; a.k.a. JOHNSON, Prince Yormie), Nimba County, Liberia; DOB 06 Jul 1952; POB Gomaplay, Liberia; nationality Liberia; Gender Male (individual) [GLOMAG].

JOHNSON, Prince Yormie (a.k.a. JOHNSON, Prince; a.k.a. JOHNSON, Prince Y.), Nimba County, Liberia; DOB 06 Jul 1952; POB Gomaplay, Liberia; nationality Liberia; Gender Male (individual) [GLOMAG].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE ALMAZ (a.k.a. AO NPP ALMAZ; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE ALMAZ; a.k.a. JSC RPE ALMAZ; a.k.a. SCIENTIFIC MANUFACTURING ENTERPRISE ALMAZ), Panfilova st., 1, Saratov 410033, Russia; Organization Established Date 30 Dec 2011; Tax ID No. 6453119615 (Russia); Registration Number 1116453009155 (Russia) [RUSSIA-EO14024].

JOINT LIMITED LIABILITY COMPANY BELINTE-ROBA (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛИНТЕ-РОБА) (f.k.a. BELINTE ROBE; f.k.a. BELINTE ROBES; a.k.a. LIMITED LIABILITY COMPANY DUBAI WATER FRONT; a.k.a. LLC DUBAI WATER FRONT; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DUBAI VOTER FRONT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДУБАЙ ВОТЕР ФРОНТ); a.k.a. OOO DUBAI VOTER FRONT (Cyrillic: ООО ДУБАЙ ВОТЕР ФРОНТ); a.k.a. TAA DUBAI VOTER FRONT (Cyrillic: ТАА ДУБАЙ ВОТЭР ФРОНТ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DUBAI VOTER FRONT (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДУБАЙ ВОТЭР ФРОНТ)), ul. Petra Mstislavtsa, d. 9, pom. 10 (kabinet 34), Minsk 220114, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10 (кабинет 34), г. Минск 220114, Belarus); Organization Established Date 30 Mar 2004; Registration Number 190527399 (Belarus) [BELARUS-EO14038].

JOINT LIMITED LIABILITY COMPANY INTERDORS (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРДОРС) (a.k.a. INTER TOBACCO; a.k.a. LIMITED LIABILITY COMPANY INTER TOBACCO; a.k.a. LLC INTER TOBACCO; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU INTER TOBAKKO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕР ТОБАККО); a.k.a. OOO INTER TOBAKKO (Cyrillic: ООО ИНТЕР ТОБАККО); a.k.a. TAA INTER TABAKKA (Cyrillic: ТАА ИНТЭР ТАБАККА); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTER TABAKKA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭР ТАБАККА), d. 131 (FEZ Minsk), Novodvorskiy village, Novodvorsky village council, Minsk District, Minsk Oblast 223016, Belarus (Cyrillic: д. 131 (СЭЗ Минск), Новодворский сельсовет, с/с Новодворский, Минский район, Минская область 223016, Belarus);

Organization Established Date 10 Oct 2002; Registration Number 808000714 (Belarus) [BELARUS-EO14038].

JOINT PARTNERSHIP OF MOHAMMADREZA KHEDMATI AND ASSOCIATES (a.k.a. KHEDMATI AND COMPANY JOINT PARTNERSHIP); Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14006467155 (Iran); Registration ID 503586 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: VALADZAGHARD, Mohammadreza Khedmati; Linked To: KHODA'I, Mohammad Hasan).

JOINT PARTNERSHIP OF REZA SAKAN DASTGIRI AND ASSOCIATES (a.k.a. SAKAN EXCHANGE; a.k.a. TAZAMONI REZA SAKAN DASTGIRI VA SHORAK), No. 22, First Floor, Islaelzadeh Building, Shahid Javad Ghanbari Street, Bazargan, Maku Free Trade Zone, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14003282053 (Iran) [SDGT] [IFSR] (Linked To: DASTGIRI, Reza Sakan).

JOINT PUBLIC STOCK COMPANY NEVSKOE DESIGN BUREAU (a.k.a. JOINT STOCK COMPANY NEVSKOYE PROJECT AND DESIGN BUREAU; a.k.a. JSC NEVSKOE PKB (Cyrillic: АО НЕВСКОЕ ПКБ); a.k.a. JSC NEVSKOYE PROYEKTNO-KONSTRUKTORSKOYE BYURO (Cyrillic: АО НЕВСКОЕ ПРОЕКТНО-КОНСТРУКТОРСКОЕ БЮРО); a.k.a. NEVSKOE DESIGN AND CONSTRUCTION OFFICE; a.k.a. NEVSKOE DESIGN BUREAU; a.k.a. NEVSKOE DESIGN BUREAU JPSC), Galerny Proezd 3, Saint-Petersburg 199106, Russia; Organization Established Date 25 Sep 1995; Tax ID No. 7801074335 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK BANK TRANSCAPITALBANK (f.k.a. JOINT STOCK COMMERCIAL BANK TRANSCAPITALBANK (CLOSED JOINT STOCK COMPANY); f.k.a. OPEN JOINT STOCK BANK TRANSCAPITALBANK; a.k.a. PJSC TRANSKAPITALBANK; a.k.a. PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСКАПИТАЛБАНК); a.k.a. TKB BANK PJSC (Cyrillic: ТКБ БАНК ПАО); a.k.a. TRANSCAPITALBANK PJSC; a.k.a. TRANSKAPITALBANK; a.k.a. "TKB PJSC"), 27/35, Voroncovskaya Ul., Moscow 109147, Russia; Bldg. 1, 24/2, Pokrovka str., Moscow

105062, Russia; SWIFT/BIC TJSCRUMM; Website www.tkbbank.ru; alt. Website tkbbank.com; Organization Established Date 1992; Target Type Financial Institution; Tax ID No. 7709129705 (Russia); Registration Number 1027739186970 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMMERCIAL BANK - BANK OF MOSCOW OPEN JOINT STOCK COMPANY (f.k.a. AKTSIONERNY KOMMERCHESKI BANK BANK MOSKVY OTKRYTOE AKTSIONERNOE OBSHCHESTVO; f.k.a. BANK MOSKVY PAO; f.k.a. BANK OF MOSCOW; a.k.a. BM BANK AO; a.k.a. BM BANK JSC; a.k.a. BM BANK PUBLIC JOINT STOCK COMPANY; a.k.a. PAO BM BANK), 8/15 Korp. 3 ul. Rozhdestvenka, Moscow 107996, Russia; Bld 3 8/15, Rozhdestvenka St., Moscow 107996, Russia; SWIFT/BIC MOSWRUMM; BIK (RU) 044525219; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Registration ID 1027700159497 (Russia); Government Gazette Number 29292940 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JOINT STOCK COMMERCIAL BANK AK BARS PUBLIC JOINT STOCK COMPANY (a.k.a. AK BARS BANK; a.k.a. AKTSIONERNY KOMMERCHESKI BANK AK BARS PAO), D. 1, ul. Dekabristov, Kazan 420066, Russia; SWIFT/BIC ARRSRU2K; Website www.akbars.ru; Organization Established Date 26 Jul 2002; Target Type Financial Institution; Tax ID No. 1653001805 (Russia); Identification Number ZDFUFB.00000.LE.643 (Russia); Legal Entity Number 253400XEMNQ5WBPN5635 (Russia); Registration Number 1021600000124 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMMERCIAL BANK CHELINDBANK, 80, Karla Marksa Ul, Chelyabinsk 454091, Russia; SWIFT/BIC CHLBRU4C; Website www.chelindbank.ru; Target Type Financial Institution; Tax ID No. 7453002182 (Russia); Registration Number 1027400000110 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMMERCIAL BANK INVESTMENT TRADE BANK (a.k.a. INVESTTRADEBANK JSC (Cyrillic:

ИНВЕСТТОРГБАНК АО); a.k.a. JOINT STOCK COMPANY INVESTTRADEBANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ИНВЕСТТОРГБАНК); f.k.a. OJSC INVESTTRADEBANK; f.k.a. PJSC INVESTTRADEBANK; f.k.a. PUBLIC JOINT STOCK COMPANY INVESTTRADEBANK), 45 Dubininskaya Str, Moscow 115054, Russia (Cyrillic: УЛ. ДУБИНИНСКАЯ, Д.45, ГОРОД МОСКВА 115054, Russia); SWIFT/BIC JSCVRUM2; Website itb.ru; Organization Established Date 1994; Target Type Financial Institution; Tax ID No. 7717002773 (Russia); Registration Number 1027739543182 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK).

JOINT STOCK COMMERCIAL BANK IZHKOMBANK (a.k.a. BANK IZHKOMBANK JSC; a.k.a. JOINT STOCK COMPANY DATABANK), Str Lenina 30, Izhevsk 426076, Russia; SWIFT/BIC IZHBRU31; Website www.izhcombank.ru; alt. Website online.databank.ru; Target Type Financial Institution; Tax ID No. 1835047032 (Russia); Registration Number 1021800000090 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMMERCIAL BANK MOSCOW INDUSTRIAL BANK (a.k.a. JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK; a.k.a. JSC MOSCOW INDUSTRIAL BANK (Cyrillic: АО МОСКОВСКИИ ИНДУСТРИАЛЬНЫЙ БАНК); a.k.a. MOSCOW INDUSTRIAL BANK PJSCB; f.k.a. MOSKOVSKI INDUSTRIALNY BANK PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; a.k.a. MOSKOVSKIJ INDUSTRIALNYJ BANK PJSCB; a.k.a. MOSKOVSKY INDUSTRIALNY BANK; f.k.a. PUBLIC JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK), Ordzhonikidze Street 5, Moscow 115419, Russia; SWIFT/BIC MINNRUMM; BIK (RU) 044525600; Organization Established Date 22 Nov 1990; Target Type Financial Institution; Tax ID No. 7725039953 (Russia); Government Gazette Number 09317135 (Russia); Legal Entity Number 2534006SJ05GGKETEY75 (Russia); Registration Number 1027739179160 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMMERCIAL BANK NOVIKOMBANK (Cyrillic: АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК НОВИКОМБАНК АКЦИОНЕРНОЕ ОБЩЕСТВО) (a.k.a. AKTSIONERNY KOMMERCHESKI BANK NOVIKOMBANK AKTSIONERNOE

OBSHCHESTVO; a.k.a. AO АКБ NOVIKOMBANK (Cyrillic: АО АКБ НОВИКОМБАНК); a.k.a. JOINT STOCK COMMERCIAL BANK NOVIKOMBANK JOINT STOCK COMPANY; f.k.a. NOVIKOMBANK AO; a.k.a. NOVIKOMBANK JCSB), bld.1,Polyanka Bolshaya str. 50/1, Moscow 119180, Russia (Cyrillic: ул. Полянка Большая, д. 50/1, стр. 1, Москва 119180, Russia); SWIFT/BIC CNOVRUMM; Website http://www.novikom.ru; BIK (RU) 044583162; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1993; Registration ID 1027739075891; Tax ID No. 7706196340; Government Gazette Number 17541272; All offices worldwide. For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JOINT STOCK COMMERCIAL BANK NOVIKOMBANK JOINT STOCK COMPANY (a.k.a. AKTSIONERNY KOMMERCHESKI BANK NOVIKOMBANK AKTSIONERNOE OBSHCHESTVO; a.k.a. AO АКБ NOVIKOMBANK (Cyrillic: АО АКБ НОВИКОМБАНК); a.k.a. JOINT STOCK COMMERCIAL BANK NOVIKOMBANK (Cyrillic: АКЦИОНЕРНЫЙ КОММЕРЧЕСКИЙ БАНК НОВИКОМБАНК АКЦИОНЕРНОЕ ОБЩЕСТВО); f.k.a. NOVIKOMBANK AO; a.k.a. NOVIKOMBANK JCSB), bld.1,Polyanka Bolshaya str. 50/1, Moscow 119180, Russia (Cyrillic: ул. Полянка Большая, д. 50/1, стр. 1, Москва 119180, Russia); SWIFT/BIC CNOVRUMM; Website http://www.novikom.ru; BIK (RU) 044583162; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 1993; Registration ID 1027739075891; Tax ID No. 7706196340; Government Gazette Number 17541272; All offices worldwide. For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-

EO14024] (Linked To: STATE CORPORATION ROSTEC).

JOINT STOCK COMMERCIAL BANK PRIMORYE (a.k.a. AKB PRIMORYE PAO; f.k.a. JSCB PRIMORYE BANK; a.k.a. PJSCB PRIMORYE), UL. Svetlanskaya D. 47, Vladivostok 690990, Russia; SWIFT/BIC UNEPRU8V; Website https://www.primbank.ru/; Organization Established Date 27 Jul 1994; Target Type Financial Institution; Tax ID No. 2536020789 (Russia); Legal Entity Number 25340019U0SFT4YC9G79 (Russia); Registration Number 1022500000566 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMMERCIAL BANK ROSBANK (f.k.a. AKB ROSBANK OAO; f.k.a. AKB ROSBANK PAO; f.k.a. COMMERCIAL BANK NEZAVISIMOST; a.k.a. PUBLIC JOINT STOCK COMPANY ROSBANK; a.k.a. ROSBANK PJSC), 34 Mashy Poryvaevoy Street, Moscow 107078, Russia; PO Box 208, Moscow 107078, Russia; SWIFT/BIC RSBNRUMM; Website https://www.rosbank.ru/; Organization Established Date 02 Mar 1993; Equity Ticker ROSB; ISIN RU000A0HHK26; Target Type Financial Institution; Tax ID No. 7730060164 (Russia); Legal Entity Number HOXMZG026UQNRK6J0C60 (Russia); Registration Number 1027739460737 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMMERCIAL BANK RUBLEV (a.k.a. AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK RUBLEV; a.k.a. BANK RUBLEV; a.k.a. JSC CB 'RUBLEV'; a.k.a. RUBLEV BANK), Elokhovsky passage, Building 3, p. 2, Metro - Baumanskaya, Moscow 105066, Russia; 12 Sevastopol Street, Simferopol, Crimea, Ukraine; 6 Gogol Street, Sevastopol, Crimea, Ukraine; SWIFT/BIC COUERUMM; BIK (RU) 044525253; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027700159233 (Russia); Tax ID No. 7744001151 (Russia); Government Gazette Number 40100094 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMMERCIAL BANK SAROVBUSINESSBANK (a.k.a. JOINT STOCK COMPANY SAROVBUSINESSBANK; a.k.a. JSC SAROVBUSINESSBANK; f.k.a. PUBLIC JOINT STOCK COMPANY SAROVBUSINESSBANK), ul Silkina 13, Sarov, Nizhegorodskaya Oblast 607189, Russia; SWIFT/BIC SARORU2S; Website http://www.sbbank.ru; BIK (RU) 042202718;

Target Type Financial Institution [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JOINT STOCK COMMERCIAL BANK TRANSCAPITALBANK (CLOSED JOINT STOCK COMPANY) (a.k.a. JOINT STOCK BANK TRANSCAPITALBANK; f.k.a. OPEN JOINT STOCK BANK TRANSCAPITALBANK; a.k.a. PJSC TRANSKAPITALBANK; a.k.a. PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСКАПИТАЛБАНК); a.k.a. TKB BANK PJSC (Cyrillic: ТКБ БАНК ПАО); a.k.a. TRANSCAPITALBANK PJSC; a.k.a. TRANSKAPITALBANK; a.k.a. "TKB PJSC"), 27/35, Voroncovskaya Ul., Moscow 109147, Russia; Bldg. 1, 24/2, Pokrovka str., Moscow 105062, Russia; SWIFT/BIC TJSCRUMM; Website www.tkbbank.ru; alt. Website tkbbank.com; Organization Established Date 1992; Target Type Financial Institution; Tax ID No. 7709129705 (Russia); Registration Number 1027739186970 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK PUBLIC JOINT STOCK COMPANY (a.k.a. COMMERCIAL INDUSTRIAL AND INVESTMENT BANK PUBLIC JOINT STOCK COMPANY; a.k.a. PROMINVESTBANK; a.k.a. PSC PROMINVESTBANK; a.k.a. PUBLIC STOCK COMPANY JOINT STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK), 12, Shevchenko lane, Kyiv 01001, Ukraine; SWIFT/BIC UPIBUAUX; Website pib.ua; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 26 Aug 1992; Target Type Financial Institution; Registration Number 00039002 (Ukraine); All offices worldwide; for more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN FEDERATION (f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN SOVIET FEDERATIVE

SOCIALIST REPUBLIC; f.k.a. OJSC SBERBANK OF RUSSIA; f.k.a. OPEN JOINT STOCK COMPANY SBERBANK OF RUSSIA; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK ROSSII; a.k.a. PJSC SBERBANK (Cyrillic: ПАО СБЕРБАНК); a.k.a. PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕРБАНК РОССИИ); f.k.a. SBERBANK OF RSFSR; a.k.a. SBERBANK OF RUSSIA; a.k.a. SBERBANK ROSSII; a.k.a. SBERBANK ROSSII OAO, 19 ul. Vavilova, Moscow 117312, Russia (Cyrillic: ул. Вавилова, д. 19, Москва 117312, Russia); SWIFT/BIC SABRRUMM; Website www.sberbank.ru; alt. Website www.sberbank.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7707083893 (Russia); Registration Number 1027700132195 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN SOVIET FEDERATIVE SOCIALIST REPUBLIC (f.k.a. JOINT STOCK COMMERCIAL SAVINGS BANK OF THE RUSSIAN FEDERATION; f.k.a. OJSC SBERBANK OF RUSSIA; f.k.a. OPEN JOINT STOCK COMPANY SBERBANK OF RUSSIA; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK ROSSII; a.k.a.

PJSC SBERBANK (Cyrillic: ПАО СБЕРБАНК); a.k.a. PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA (Cyrillic: ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО СБЕРБАНК РОССИИ); f.k.a. SBERBANK OF RSFSR; a.k.a. SBERBANK OF RUSSIA; a.k.a. SBERBANK ROSSII; f.k.a. SBERBANK ROSSII OAO), 19 ul. Vavilova, Moscow 117312, Russia (Cyrillic: ул. Вавилова, д. 19, Москва 117312, Russia); SWIFT/BIC SABRRUMM; Website www.sberbank.ru; alt. Website www.sberbank.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7707083893 (Russia); Registration Number 1027700132195 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

JOINT STOCK COMPANY 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI DOCKYARD (a.k.a. 10 SHIPYARD; a.k.a. AO 10 SRZ; a.k.a. JOINT STOCK COMPANY 10TH AWARDS OF THE LABOR RED BANNER A SHIP REPAIR FACTORY; a.k.a. JOINT-STOCK COMPANY 10 SRZ; a.k.a. JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY FACTORY; a.k.a. JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY ZAVOD (Cyrillic: АО 10 ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ СУДОРЕМОНТНЫЙ ЗАВОД)), 19, Lunina Str., Korp.1, Bld.2, Polyarny, Murmansk

Region 184650, Russia; Organization Established Date 03 Jun 2010; Tax ID No. 5116001041 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY 103 ARSENAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 103 АРСЕНАЛ) (a.k.a. 103 BRONETANKOVY REMONTNY ZAVOD PAO; a.k.a. JSC 103 ARMORED REPAIR PLANT; a.k.a. JSC 103 BTRZ (Cyrillic: AO 103 БТРЗ)), ul. Zavodskaya, d. 1, pgt. Atamanovka, Chitinski raion, Zabaikalski kr. 672530, Russia; Organization Established Date 05 Jun 1997; Tax ID No. 7524015624 (Russia); Registration Number 1097524000640 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 10TH AWARDS OF THE LABOR RED BANNER A SHIP REPAIR FACTORY (a.k.a. 10 SHIPYARD; a.k.a. AO 10 SRZ; a.k.a. JOINT STOCK COMPANY 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI DOCKYARD; a.k.a. JOINT-STOCK COMPANY 10 SRZ; a.k.a. JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY FACTORY; a.k.a. JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY ZAVOD (Cyrillic: АО 10 ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ СУДОРЕМОНТНЫЙ ЗАВОД)), 19, Lunina Str., Korp.1, Bld.2, Polyarny, Murmansk Region 184650, Russia; Organization Established Date 03 Jun 2010; Tax ID No. 5116001041 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY 116 ARSENAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 116 АРСЕНАЛ) (a.k.a. 116 ARSENAL PAO), ul. Lesozavodskaya, d. 1A, pgt. Krasnooktyabrski, Medvedevski raion, Mari El resp. 425202, Russia; Organization Established Date 28 Dec 2009; Tax ID No. 1207011868 (Russia); Registration Number 1091218000719 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 140 REPAIR PLANT (a.k.a. 140 REMONTNY ZAVOD OAO; a.k.a. 140 REMONTNYI ZAVOD OAO (Cyrillic: OAO 140 РЕМОНТНЫЙ ЗАВОД); a.k.a. 140 REPAIR PLANT JOINT STOCK COMPANY; a.k.a. 140 REPAIR PLANT OPEN JOINT STOCK COMPANY; a.k.a. 140TH REPAIR PLANT JSC; a.k.a. JSC 140 REPAIR PLANT; a.k.a. OJSC 140 REPAIR PLANT), 19, Chalovskaya St., Borisov, Minsk Region 222512, Belarus; 19, L. Chalovskoi Str., Borisov

222512, Belarus; Organization Established Date 23 Dec 2009; Target Type State-Owned Enterprise; Government Gazette Number 14512525 (Belarus); Registration Number 600136102 (Belarus) [BELARUS-EO14038].

JOINT STOCK COMPANY 144 ARMORED REPAIR PLANT (a.k.a. JSC 144 ARMORED VEHICLE REPAIR PLANT), Building 2, Simska St., Yekaterinburg 620024, Russia; Tax ID No. 6674331056 (Russia); Registration Number 1096674009332 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 150 AIRCRAFT REPAIR PLANT (a.k.a. "150 AIRCRAFT REPAIR PLANT"; a.k.a. "AO 150 ARZ"), Ul. Garnizonnaya D. 4, Svetlyi, P. Lyublino-Novoe 238347, Russia; Organization Established Date 03 Dec 1996; Tax ID No. 3913501370 (Russia); Registration Number 1093925016767 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY 163 ARMORED REPAIR PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 163 БРОНЕТАНКОВЫЙ РЕМОНТНЫЙ ЗАВОД) (a.k.a. 163 BRONETANKOVY REMONTNY ZAVOD OAO; a.k.a. JOINT STOCK COMPANY 163 BTRZ (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 163 БТРЗ)), pl. Tankistov, 1, Kushchevskaya, Krasnodar Territory 352030, Russia; Organization Established Date 07 Jan 1996; Tax ID No. 2340020470 (Russia); Registration Number 1092340000356 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 163 BTRZ (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 163 БТРЗ) (a.k.a. 163 BRONETANKOVY REMONTNY ZAVOD OAO; a.k.a. JOINT STOCK COMPANY 163 ARMORED REPAIR PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 163 БРОНЕТАНКОВЫЙ РЕМОНТНЫЙ ЗАВОД)), pl. Tankistov, 1, Kushchevskaya, Krasnodar Territory 352030, Russia; Organization Established Date 07 Jan 1996; Tax ID No. 2340020470 (Russia); Registration Number 1092340000356 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 195 REPAIR PLANT OF ROCKET AND ARTILLERY WEAPONS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 195 РЕМОНТНЫЙ РАКЕТНО-АРТИЛЛИЙСКОГО ВООРУЖЕНИЯ) (a.k.a. "195 RZ RAV AO" (Cyrillic: "AO 195 РЗ РАВ")), Raion Rosklyakovo, Murmansk, Murmansk Oblast 184635, Russia; Organization Established Date 24 Apr 2009; Tax ID No. 5110002377 (Russia);

Registration Number 1095110000292 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 356 AIRCRAFT REPAIR PLANT (a.k.a. "356 AIRCRAFT REPAIR PLANT"; a.k.a. "356 ARZ PAO"; a.k.a. "AO 356 ARZ"), Ter. Engels 1, Engels 413101, Russia; Organization Established Date 08 Dec 1997; Tax ID No. 64449042335 (Russia); Registration Number 1076449000870 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY 419 AIRCRAFT REPAIR PLANT (a.k.a. 419 AVIATION REPAIR PLANT; a.k.a. AIRCRAFT REPAIR PLANT NO 419; a.k.a. "419 ARZ"; a.k.a. "ARP 419"), 16 k. 2 Politruk Pasechnik Str., St. Petersburg 198326, Russia; Tax ID No. 7807343496 (Russia); Registration Number 1097847146748 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 53 ARSENAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 53 АРСЕНАЛ) (a.k.a. 53 ARSENAL PAO), 1 Parkovaya St., Yuganets Worker's Settlement, Volodarskiy District, Nizhegorodskaya Region 606077, Russia; Organization Established Date 18 Feb 2010; Tax ID No. 5214010100 (Russia); Registration Number 1105249001120 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 60 ARSENAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 60 АРСЕНАЛ), 21 Gvardeyskaya St., Kaluga, Kaluga Region 248032, Russia; Organization Established Date 12 Feb 2010; Tax ID No. 4029042561 (Russia); Registration Number 1104029000294 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 711 AIRCRAFT REPAIR PLANT (a.k.a. JSC 711 AIRCRAFT REPAIR PLANT; a.k.a. "711 ARZ AO"), Ul. Chkalova D.18, Borisoglebsk 397171, Russia; Organization Established Date 10 Jun 1923; Tax ID No. 3604016369 (Russia); Registration Number 1063604012790 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JOINT STOCK COMPANY 75 ARSENAL (a.k.a. AKTSIONERNOE OBSHCHESTVO 75 ARSENAL), Sh. Moskovskoe, Serpukhov 142204, Russia; Tax ID No. 5043040350 (Russia); Registration Number 1105043000622 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 810 AIRCRAFT REPAIR PLANT (a.k.a. "810 AIRCRAFT REPAIR PLANT"; a.k.a. "AO 810 ARZ"), Ul. Vertoletnaya D.1, Chita 672045, Russia; Organization Established Date 10 Aug 1995;

Tax ID No. 7536080716 (Russia); Registration Number 1077536006118 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY 99 PLANT OF AVIATION TECHNOLOGICAL EQUIPMENT (a.k.a. AKTSIONERNOE OBSHCHESTVO 99 ZAVOD AVIATSIONNOGO TEKHNOLOGICHESKOGO OBORUDOVANIIA; a.k.a. "AO 99 ZATO"), 5 Dorozhnaya Street, Shcherbinka 142172, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7751520180 (Russia); Registration Number 1147746385500 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ABR MANAGEMENT (a.k.a. ABR MANAGEMENT AO (Cyrillic: АБР МЕНЕДЖМЕНТ АО); a.k.a. AKTSIONERNOE OBSHCHESTVO ABR MENEDZHMENT; a.k.a. AO ABR MANAGEMENT (Cyrillic: АО АБР МЕНЕДЖМЕНТ); a.k.a. AO ABR MENEDZHMENT; a.k.a. "ABR MANAGEMENT"), ul. Graftio, d. 7 litera A, g. Sankt-Peterburg 197022, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7842467053 (Russia); Registration Number 1117847707383 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: BANK ROSSIYA).

JOINT STOCK COMPANY ADMIRALTY SHIPYARDS (a.k.a. JSC ADMIRALTEYSKIYE VERFI; a.k.a. JSC ADMIRALTY SHIPYARDS (Cyrillic: АО АДМИРАЛТЕЙСКИЕ ВЕРФИ)), Fontanka Emb., 203, St. Petersburg 190121, Russia; Organization Established Date 20 Nov 2008; Tax ID No. 7839395419 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY AEROSPACE DEFENSE CONCERN ALMAZ-ANTEY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ВОЗДУШНО-КОСМИЧЕСКОЙ ОБОРОНЫ АЛМАЗ-АНТЕЙ) (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN VOZDUSHNO-KOSMICHESKOI OBORONY ALMAZ-ANTEI; a.k.a. AO KONTSERN VKO ALMAZ-ANTEI; a.k.a. JOINT STOCK COMPANY AIR AND SPACE DEFENSE CONCERN ALMAZ-ANTEY;

a.k.a. JOINT-STOCK COMPANY CONCERN ALMAZ-ANTEY; a.k.a. JSC CONCERN VKO ALMAZ-ANTEY (Cyrillic: АО КОНЦЕРН ВКО АЛМАЗ-АНТЕЙ); f.k.a. OAO CONCERN PVO ALMAZ-ANTEY; f.k.a. OPEN JOINT STOCK COMPANY CONCERN PVO ALMAZ-ANTEY), D. 41, ul. Vereiskaya, Moscow 121471, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 19 Nov 1991; Target Type State-Owned Enterprise; Tax ID No. 7731084175 (Russia); Government Gazette Number 11593871 (Russia); Registration Number 1027739001993 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JOINT STOCK COMPANY AEROSPACE SYSTEMS DESIGN BUREAU (a.k.a. AO OKB AEROKOSMICHESKIE SISTEMY; a.k.a. JOINT STOCK COMPANY DESIGN BUREAU AEROSPACE SYSTEMS; a.k.a. JSC EDB AEROSPACE SYSTEMS; a.k.a. JSC EXPERIMENTAL DESIGN BUREAU AEROSPACE SYSTEMS), Ul. Programmistov D. 4, Dubna 141983, Russia; Tax ID No. 5010041950 (Russia); Registration Number 1105010002240 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY AI-PETRI SANATORIUM (a.k.a. JOINT STOCK COMPANY SANATORIUM AY-PETRI; a.k.a. JSC SANATORIUM AY-PETRI), House 15, Alupkinskoye shosse, Urban Village Koreiz, City of Yalta, Crimea 298671, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103082749 (Russia); Registration Number 1169102093797 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY AIR AND SPACE DEFENSE CONCERN ALMAZ-ANTEY (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN VOZDUSHNO-KOSMICHESKOI OBORONY ALMAZ-ANTEI; a.k.a. AO KONTSERN VKO ALMAZ-ANTEI; a.k.a. JOINT STOCK COMPANY AEROSPACE DEFENSE CONCERN ALMAZ-ANTEY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ВОЗДУШНО-КОСМИЧЕСКОЙ ОБОРОНЫ АЛМАЗ-АНТЕЙ); a.k.a. JOINT-STOCK COMPANY CONCERN ALMAZ-ANTEY; a.k.a. JSC CONCERN VKO ALMAZ-ANTEY (Cyrillic: АО КОНЦЕРН ВКО АЛМАЗ-АНТЕЙ); f.k.a. OAO CONCERN PVO ALMAZ-ANTEY; f.k.a. OPEN JOINT STOCK COMPANY CONCERN PVO ALMAZ-ANTEY), D. 41, ul. Vereiskaya,

Moscow 121471, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 19 Nov 1991; Target Type State-Owned Enterprise; Tax ID No. 7731084175 (Russia); Government Gazette Number 11593871 (Russia); Registration Number 1027739001993 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JOINT STOCK COMPANY ALFA-BANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АЛЬФА-БАНК) (a.k.a. ALFA-BANK; a.k.a. AO ALFA-BANK (Cyrillic: АО АЛЬФА-БАНК); a.k.a. JSC ALFA-BANK; f.k.a. OPEN JOINT STOCK COMPANY ALFA-BANK), Kalanchevskaya Street 27, Moscow 107078, Russia (Cyrillic: Ул. Каланчевская, Д.27, Город москва 107078, Russia); 27, Kalanchyovskaya Ul., Moscow 107078, Russia; SWIFT/BIC ALFARUMM; Website alfabank.ru; alt. Website alfabank.com; BIK (RU) 044525593; Organization Established Date 1990; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7728168971 (Russia); Registration Number 1027700067328 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ALL-RUSSIAN RESEARCH INSTITUTE SIGNAL (a.k.a. AO VNII SIGNAL; a.k.a. OAO VNII SIGNAL; a.k.a. OAO VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT SIGNAL; a.k.a. OJSC ALL-RUSSIAN RESEARCH INSTITUTE SIGNAL; a.k.a. VNII SIGNAL JSC), 57 UL. Krupskoy, Kovrov, Vladimir Oblast 601903, Russia; Tax ID No. 3305708964 (Russia); Registration Number 1103332000232 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ALL-RUSSIAN SCIENTIFIC RESEARCH DESIGN AND TECHNOLOGICAL INSTITUTE OF RELAY

ENGINEERING WITH EXPERIMENTAL PRODUCTION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВСЕРОССИЙСКИЙ НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ ПРОЕКТНО-КОНСТРУКТОРСКИЙ И ТЕХНОЛОГИЧЕСКИЙ ИНСТИТУТ РЕЛЕСТРОЕНИЯ С ОПЫТНЫМ ПРОИЗВОДСТВОМ) (a.k.a. "JSC VNIIR" (Cyrillic: "АО ВНИИР"); f.k.a. "OAO VNIIIR"), Prospekt I.Ya.Yakovleva d. 4, Cheboksary 428024, Russia; Tax ID No. 2128001516 (Russia); Government Gazette Number 00216823 (Russia); Registration Number 1022101131580 (Russia) [RUSSIA-EO14024] (Linked To: ASSET ELECTRO LLC).

JOINT STOCK COMPANY ALMAZ-ANTEY AIR DEFENSE CONCERN MAIN SYSTEM DESIGN BUREAU NAMED BY ACADEMICIAN A.A. RASPLETIN (a.k.a. A.A. RASPLETIN MAIN SYSTEM DESIGN BUREAU; a.k.a. ALMAZ-ANTEY GSKB; a.k.a. ALMAZ-ANTEY GSKB IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. ALMAZ-ANTEY MSDB; a.k.a. ALMAZ-ANTEY PVO 'AIR DEFENSE' CONCERN LEAD SYSTEMS DESIGN BUREAU OAO 'OPEN JOINT-STOCK COMPANY' IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. GOLOVNOYE SISTEMNOYE KONSTRUKTORSKOYE BYURO OPEN JOINT-STOCK COMPANY OF ALMAZ-ANTEY PVO CONCERN IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. JSC 'ALMAZ-ANTEY' MSDB; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA; a.k.a. "GSKB"), 16-80, Leningradsky Prospect, Moscow 125190, Russia; Website http://www.raspletin.ru/; Email Address info@raspletin.ru; alt. Email Address almaz_zakupki@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

JOINT STOCK COMPANY ANGSTREM (a.k.a. ANGSTREM JSC), 2str3 Shokina Square, Zelenograd, Moscow 124498, Russia; Organization Established Date 23 Jun 1993; Tax ID No. 7735010706 (Russia); Registration Number 1027700140930 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ARGUMENT (a.k.a. ARGUMENT JSC; a.k.a. JSC ARGUMENT), Ul. 2-Ya Entuziastov D. 5, K. 40, Floor 4, Kom. 8A, Office 3, Moscow 111024, Russia; Office 36, ul

Novorossiyskaya 163R, Gelendzhik, Krasnodarskiy Kray 353460, Russia; Organization Established Date 10 Dec 2020; Tax ID No. 7720649916 (Russia); Identification Number IMO 6297782; Registration Number 1207700471110 (Russia) [RUSSIA-EO14024] (Linked To: PUTIN, Vladimir Vladimirovich).

JOINT STOCK COMPANY ARGUS HOLDING (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АРГУС ХОЛДИНГ) (a.k.a. ARGUS-KHOLDING AO), Osnovinskaya St., Building 10, Floor 12, Office 1222, Ekaterinburg 620041, Russia; Organization Established Date 26 Jan 2009; Tax ID No. 7718750919 (Russia); Registration Number 1097746027125 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ARGUS SFK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АРГУС СФК) (a.k.a. ARGUS SFK AO; a.k.a. ARGUS SFK OOO), Zavodskaya St., Building 1, Serovskiy District, Vostochny, Sverdlovsk Region 624975, Russia; Organization Established Date 16 May 2005; Tax ID No. 6680008541 (Russia); Registration Number 1186658094083 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ARGUS HOLDING).

JOINT STOCK COMPANY ARZAMAS MACHINE BUILDING PLANT (a.k.a. JOINT STOCK COMPANY ARZAMAS MACHINERY PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO ARZAMASSKIY MASHINOSTROITELNYI ZAVOD; a.k.a. "AO AMZ"), 2 May 9 St., Arzamas 607220, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5243001767 (Russia); Registration Number 1025201335730 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ARZAMAS MACHINERY PLANT (a.k.a. JOINT STOCK COMPANY ARZAMAS MACHINE BUILDING PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO ARZAMASSKIY MASHINOSTROITELNYI ZAVOD; a.k.a. "AO AMZ"), 2 May 9 St., Arzamas 607220, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by

Executive Order 14114.; Tax ID No. 5243001767 (Russia); Registration Number 1025201335730 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ARZAMASSKY PRIBOROSTROITELNY FACTORY NAMED AFTER P. I. PLANDINA (a.k.a. JOINT STOCK COMPANY PRIBOROSTROITELNY ZAVOD IMENI PLANDINA; a.k.a. JSC ARZAMASSKY PRIBOROSTROITELNY ZAVOD NAMED AFTER PLANDIN), 50 Years of the Komsomola St., 8A, Arzamas, Nizhny Novgorod Region 607220, Russia; Organization Established Date 06 Sep 1993; Tax ID No. 5243001742 (Russia); Registration Number 1025201334850 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ARZAMASSKY PRIBOROSTROITELNY ZAVOD IMENI PLANDINA (a.k.a. JOINT STOCK COMPANY ARZAMASSKY PRIBOROSTROITELNY FACTORY NAMED AFTER P. I. PLANDINA; a.k.a. JSC ARZAMASSKY PRIBOROSTROITELNY ZAVOD NAMED AFTER PLANDIN), 50 Years of the Komsomola St., 8A, Arzamas, Nizhny Novgorod Region 607220, Russia; Organization Established Date 06 Sep 1993; Tax ID No. 5243001742 (Russia); Registration Number 1025201334850 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ASCON (a.k.a. AO ASKON), Ul. Odoevskogo D.5, Lit. A, Saint Petersburg 199155, Russia; Tax ID No. 7809009923 (Russia); Registration Number 1027810229908 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ASTEIS (a.k.a. AKTSIONERNOE OBSHCHESTVO ASTEIS; a.k.a. JSC ASTEYS), 28 Proezd Rezervnyi, Naberezhnye Chelny 423800, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1650153253 (Russia); Registration Number 1071650002874 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ASTRONOMICAL SCIENTIFIC CENTER (a.k.a. "ANC"; a.k.a. "AO ANTS"), sh. Entusziastov, d. 56, str. 25, Moscow 111123, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to

section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7733769696 (Russia); Registration Number 1117746444881 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ASTROPHYSIKA NATIONAL CENTRE OF LASER SYSTEMS AND COMPLEXES (a.k.a. AKTSIONERNOE OBSHCHESTVO NATSIONALNIY TSENTR LAZERNYKH SISTEM I KOMPLEKSOV ASTROFIZIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАЦИОНАЛЬНЫЙ ЦЕНТР ЛАЗЕРНЫХ СИСТЕМ И КОМПЛЕКСОВ АСТРОФИЗИКА); a.k.a. AO NTSLSK ASTROFIZIKA), Ul. Aleksandra Solzhenitsyna D. 27, Pomeshch. I, Moscow 109004, Russia; Tax ID No. 7733826256 (Russia); Registration Number 1127747254744 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY AVANGARD (a.k.a. AVANGARD PLASTIK; a.k.a. JC AVANGARD; a.k.a. JSC AVANGARD (Cyrillic: АО АВАНГАРД)), 78 Oktyabrskaya St., Safonovo, Smolensk Region 215500, Russia; Website www.avangard-plastik.ru; Organization Established Date 05 Nov 2008; Tax ID No. 6726504312 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY AVIACOMPANY BELAVIA (a.k.a. BELAVIA BELARUSIAN AIRLINES; a.k.a. OAO AVIAKOMPANIYA BELAVIA (Cyrillic: ОАО АВИАКОМПАНИЯ БЕЛАВИА); a.k.a. OPEN JOINT STOCK COMPANY BELAVIA BELARUSIAN AIRLINES), 14A, Nemiga str., Minsk 220004, Belarus; Tax ID No. 600390798 (Belarus); Government Gazette Number 011286185000 (Belarus) [BELARUS-EO14038].

JOINT STOCK COMPANY AVIASTAR-SP (a.k.a. AO AVIASTAR-SP; a.k.a. AVIASTAR-SP; a.k.a. AVIASTAR-SP AIRCRAFT MANUFACTURING ENTERPRISE; a.k.a. JSC AVIASTAR-SP (Cyrillic: АО АВИАСТАР-СП)), Antonova Avenue 1, Ulyanovsk 432072, Russia; Tax ID No. 7328032711 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY AVIATION ELECTRONICS AND COMMUNICATION SYSTEMS (a.k.a. AKTSIONERNOE OBSHCHESTVO AVIATSIONNAIA ELEKTRONIKA I KOMMUNIKATSIONNYE SISTEMY; a.k.a. "AO AVEKS"), 15 Proezd Entuziastov, Suite 8A, Moscow 111024, Russia; Tax ID No. 7714041380 (Russia); Registration Number 1027700419636 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY AVIATION EQUIPMENT (a.k.a. AKTSIONERNOE

OBSHCHESTVO TEKHNODINAMIKA; a.k.a. AO TEKHNODINAMIKA; a.k.a. JOINT STOCK COMPANY TEKHNODINAMIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТЕХНОДИНАМИКА); a.k.a. JSC TEKHNODINAMIKA (Cyrillic: АО ТЕХНОДИНАМИКА); a.k.a. TEKNODINAMIKA JSC), Ul. Bolshaya Tatarskaya D. 35, Str. 5, Moscow 115184, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037719005873 (Russia); Tax ID No. 7719265496 (Russia); Government Gazette Number 07543117 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JOINT STOCK COMPANY AVRORA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АВРОРА), d. 10, Suite I, Floor 34, Presnenskaya, Moscow 123112, Russia; Tax ID No. 9704004093 (Russia); Registration Number 1197746628640 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY AVTOVAZ (a.k.a. AO AVTOVAZ; a.k.a. OPEN JOINT STOCK COMPANY AVTOVAZ), Sh. Yuzhnoe D. 36, Tol'yatti 445024, Russia; Organization Established Date 20 Jul 1966; Tax ID No. 6320002223 (Russia); Government Gazette Number 00232934 (Russia); Registration Number 1026301983113 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY AZOVSKI OPTIKO MECHANICHESKY ZAVOD (a.k.a. AZOV OPTOMECHANICAL PLANT JSC; a.k.a. "AOMZ AO"), Ul. Promyshlennaya D. 5, Azov 346780, Russia; Organization Established Date 04 Mar 1992; Tax ID No. 6140022069 (Russia); Registration Number 1046140009530 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JOINT STOCK COMPANY BALTIC SHIPBUILDING PLANT YANTAR (a.k.a. JOINT-STOCK COMPANY PSZ YANTAR; a.k.a. JOINT-STOCK COMPANY YANTAR SHIPYARD; a.k.a. JSC PRIBALTIYSKY SUDOSTROITELNY FACTORY YANTAR; a.k.a. JSC PRIBALTIYSKY SUDOSTROITELNY ZAVOD YANTAR (Cyrillic: АО ПРИБАЛТИЙСКИЙ

СУДОСТРОИТЕЛЬНЫЙ ЗАВОД ЯНТАРЬ); a.k.a. JSC SHIPYARD YANTAR; a.k.a. YANTAR SHIPYARD), 1 Guskov Square, Kaliningrad, Kaliningrad Region 236005, Russia; Organization Established Date 07 Sep 1993; Tax ID No. 3900000111 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY BARNAUL CARTRIDGE PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO BARNAULSKII PATRONNYI ZAVOD; a.k.a. "AO BPZ"), 28 P.S. Kulagina St, Barnaul 656002, Russia; Tax ID No. 2224080239 (Russia); Registration Number 1032202168305 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY BATTERY COMPANY RIGEL (Cyrillic: АО АККУМУЛЯТОРНАЯ КОМПАНИЯ РИГЕЛЬ) (a.k.a. BATTERY COMPANY RIGEL JSC; a.k.a. JSC AKKUMULYATORNAYA COMPANY RIGEL; a.k.a. JSC AKKUMULYATORNAYA KOMPANIYA RIGEL), Professora Popova st., 38, Saint Petersburg 197376, Russia; Tax ID No. 7813054118 (Russia); Registration Number 1027806869991 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY BLACK SEA BANK OF DEVELOPMENT AND RECONSTRUCTION (a.k.a. AKTSIONERNOE OBSHCHESTVO CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII; a.k.a. BANK CHBRR, AO; f.k.a. BANK CHBRR, PAO; a.k.a. 'CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII, OTKRYTOE AKTSIONERNOE OBSHCHESTVO'; a.k.a. JSC 'BLACK SEA BANK FOR DEVELOPMENT & RECONSTRUCTION'; f.k.a. OPEN JOINT STOCK COMPANY BLACK SEA DEVELOPMENT AND RECONSTRUCTION BANK), 24 ul. Bolshevistskaya, Simferopol, Crimea 295001, Ukraine; BIK (RU) 043510101; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102030186 (Russia); Tax ID No. 9102019769 (Russia); Government Gazette Number 00204814 (Russia); License 3527 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY BRYANSK AUTOMOBILE PLANT (a.k.a. AO BRYANSKI AVTOMOBILNY ZAVOD; a.k.a. BRYANSK AUTOMOBILE FACTORY; a.k.a. "AO BAZ"; a.k.a. "JSC BAF"), 1 Staleliteinaia Ul., Bryansk 241035, Russia; 20 Novaia Basmannaia Ul., Str. 8, Moscow, Russia; Secondary sanctions

risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3255502838 (Russia); Registration Number 1083254005141 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY BRYANSK CHEMICAL PLANT OF 50 YEARS OF USSR (a.k.a. JOINT STOCK COMPANY BRYANSK CHEMICAL PLANT OF THE 50TH ANNIVERSARY OF THE USSR), Ul. Promploshchadka D 1, Seltso 241550, Russia; Tax ID No. 3255517496 (Russia); Registration Number 1113256022505 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY BRYANSK CHEMICAL PLANT OF THE 50TH ANNIVERSARY OF THE USSR (a.k.a. JOINT STOCK COMPANY BRYANSK CHEMICAL PLANT OF 50 YEARS OF USSR), Ul. Promploshchadka D 1, Seltso 241550, Russia; Tax ID No. 3255517496 (Russia); Registration Number 1113256022505 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY BUSINESS ENVIRONMENT (a.k.a. DELOVAYA SREDA JSC), 19 Vavilova St., Moscow 117997, Russia; Tax ID No. 7736641983 (Russia); Registration Number 1127746271355 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JOINT STOCK COMPANY BYSTRINSKAYA MINING COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО БЫСТРИНСКАЯ ГОРНАЯ КОМПАНИЯ), 59 Leninskaya Street, Floor 11, Suite 8, Petropavlovsk-Kamchatskiy 683001, Russia; Tax ID No. 4100002351 (Russia); Registration Number 1024101032097 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY BYSTROBANK (a.k.a. IZHLADABANK; a.k.a. PUBLIC JOINT STOCK COMPANY BYSTROBANK), Pushkinskaya Street 268, Izhevsk 426008, Russia; SWIFT/BIC BYJSRU33; Website www.bystrobank.ru; Target Type Financial Institution; Tax ID No. 1831002591 (Russia); Legal Entity Number 25340000QGMWTRG3X533; Registration Number 1021800001508 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CENTER OF RESEARCH AND TECHNOLOGY SERVICES DINAMIKA (a.k.a. CENTER FOR SCIENTIFIC

AND TECHNICAL SERVICES DINAMIKA), Shkolnaya st., 9/18, Zhukovsky, Moscow Region 140184, Russia; Organization Established Date 17 May 1995; Tax ID No. 5013026936 (Russia); Registration Number 1025001024636 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CENTRAL DESIGN BUREAU FOR MARINE ENGINEERING RUBIN (a.k.a. JSC TSENTRALNOYE KONSTRUKTORSKOYE BYURO MORSKOY TEKHNIKI RUBIN (Cyrillic: АО ЦЕНТРАЛЬНОЕ КОНСТРУКТОРСКОЕ БЮРО МОРСКОЙ ТЕХНИКИ РУБИН); a.k.a. JSC TSKB MT RUBIN; a.k.a. RUBIN DESIGN BUREAU), 90 Marata Street, Saint-Petersburg 191119, Russia; Website CKB-RUBIN.RU/GLAVNAJA/; Organization Established Date 18 Nov 2008; Tax ID No. 7838418751 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY CENTRAL DESIGN BUREAU OF AUTOMATICS (a.k.a. CENTRAL DESIGN BUREAU FOR AUTOMATICS ENGINEERING JSC; a.k.a. "TSKBA AO"), PR-KT Kosmicheskii D. 24 A, Omsk 644027, Russia; Organization Established Date 10 Sep 1949; Tax ID No. 5506202219 (Russia); Registration Number 1085543005976 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JOINT STOCK COMPANY CENTRAL MARINE DESIGN BUREAU ALMAZ (a.k.a. ALMAZ CENTRAL MARINE DESIGN BUREAU; a.k.a. ALMAZ CENTRAL MARINE DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. ALMAZ DESIGN BUREAU; a.k.a. JOINT-STOCK COMPANY CENTRAL SEA ENGINEERING OFFICE ALMAZ; a.k.a. JOINT-STOCK COMPANY TSMKB ALMAZ; a.k.a. JSC TSENTRALNOYE MORSKOYE KONSTRUKTORSKOYE BYURO ALMAZ (Cyrillic: АО ЦЕНТРАЛЬНОЕ МОРСКОЕ КОНСТРУКТОРСКОЕ БЮРО АЛМАЗ)), Warshavskaya Street, 50, Saint-Petersburg 196128, Russia; 50 Varshavskaya Str., St. Petersburg 196070, Russia; Website www.almaz-kb.ru; Organization Established Date 18 Nov 2008; Organization Type: Operation of sports facilities; Tax ID No. 7810537558 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY CENTRAL RESEARCH INSTITUTE CONCERN

ELEKTROPRIBOR (a.k.a. CONCERN CSRI ELEKTROPRIBOR JSC; a.k.a. JOINT STOCK COMPANY CONCERN CENTRAL INSTITUTE FOR SCIENTIFIC RESEARCH ELEKTROPRIBOR), 30 Malaya Posadskaya Str., Saint Petersburg 197046, Russia; Organization Established Date 26 Feb 2009; Tax ID No. 7813438763 (Russia); Registration Number 1097847057330 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CENTRAL RESEARCH INSTITUTE CYCLONE (a.k.a. AO TSNII TSIKLON; Sh. Shchelkovskoe D. 77, Moscow 107497, Russia; Organization Established Date 25 Nov 1991; Tax ID No. 7718159209 (Russia); Registration Number 1027700223352 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JOINT STOCK COMPANY CENTRAL RESEARCH INSTITUTE OF MARINE ENGINEERING (a.k.a. CJSC TSENTRALNY NII SUDOVOGO MASHINOSTROYENIYA (Cyrillic: ЗАО ЦЕНТРАЛЬНЫЙ НИИ СУДОВОГО МАШИНОСТРОЕНИЯ); a.k.a. JSC CENTRAL RESEARCH INSTITUTE OF MARINE ENGINEERING; a.k.a. "TSNII SM"), Ul. Dudko, 3, Saint Petersburg 192029, Russia; Organization Established Date 22 Jul 1970; Tax ID No. 7811044146 (Russia); Registration Number 1027806080675 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CENTRAL SCIENTIFIC RESEARCH INSTITUTE BUREVESTNIK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЦЕНТРАЛЬНЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ БУРЕВЕСТНИК (a.k.a. JSC CRI BUREVESTNIK; a.k.a. TSNII BUREVESTNIK AO), 1A Shosse Sormovskoe, Nizhny Novgorod, Nizhny Novgorod Oblast 603950, Russia; Organization Established Date 30 Apr 2008; alt. Organization Established Date 1970; Target Type State-Owned Enterprise; Tax ID No. 5259075468 (Russia); Government Gazette Number 07501544 (Russia); Registration Number 1085259003664 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CHANNEL ONE (a.k.a. AO PERVYI KANAL (Cyrillic: АО ПЕРВЫЙ КАНАЛ); a.k.a. JOINT STOCK COMPANY CHANNEL ONE RUSSIA; a.k.a. JSC CHANNEL ONE), Akademika Koroleva D.12, Moscow 127427, Russia; Tax ID No.

7717039300 (Russia); Registration Number 1027700222330 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CHANNEL ONE RUSSIA (a.k.a. AO PERVYI KANAL (Cyrillic: АО ПЕРВЫЙ КАНАЛ); a.k.a. JOINT STOCK COMPANY CHANNEL ONE; a.k.a. JSC CHANNEL ONE), Akademika Koroleva D.12, Moscow 127427, Russia; Tax ID No. 7717039300 (Russia); Registration Number 1027700222330 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CHEBOKSARY PRODUCTION ASSOCIATION NAMED AFTER VI CHAPAEV (a.k.a. AKTSIONERNOE OBSHCHESTVO CHEBOKSARSKOE PROIZVODSTVENNOE OBEDINENIE IMENI VI CHAPAEVA), 1 Socialisticheskaia St., Cheboksary 428038, Russia; Tax ID No. 2130095159 (Russia); Registration Number 1112130014325 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CHELPIPE (a.k.a. JOINT STOCK COMPANY CHELYABINSK PIPE PLANT; a.k.a. JOINT STOCK COMPANY CHELYABINSK PIPE ROLLING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЧЕЛЯБИНСКИЙ ТРУБОПРОКАТНЫЙ ЗАВОД); a.k.a. JSC CHTPZ (Cyrillic: АО ЧТПЗ)), 21 Mashinostroiteley Street, Chelyabinsk 454129, Russia; Tax ID No. 7449006730 (Russia); Registration Number 1027402694186 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CHELYABINSK PIPE PLANT (a.k.a. JOINT STOCK COMPANY CHELPIPE; a.k.a. JOINT STOCK COMPANY CHELYABINSK PIPE ROLLING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЧЕЛЯБИНСКИЙ ТРУБОПРОКАТНЫЙ ЗАВОД); a.k.a. JSC CHTPZ (Cyrillic: АО ЧТПЗ)), 21 Mashinostroiteley Street, Chelyabinsk 454129, Russia; Tax ID No. 7449006730 (Russia); Registration Number 1027402694186 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CHELYABINSK PIPE ROLLING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЧЕЛЯБИНСКИЙ ТРУБОПРОКАТНЫЙ ЗАВОД) (a.k.a. JOINT STOCK COMPANY CHELPIPE; a.k.a. JOINT STOCK COMPANY CHELYABINSK PIPE PLANT; a.k.a. JSC CHTPZ (Cyrillic: АО ЧТПЗ)), 21 Mashinostroiteley Street, Chelyabinsk 454129, Russia; Tax ID No. 7449006730 (Russia); Registration Number 1027402694186 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CHUKOTKA MINING GEOLOGICAL COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЧУКОТСКАЯ

ГОРНО ГЕОЛОГИЧЕСКАЯ КОМПАНИЯ) (a.k.a. AKTSIONERNOE OBSHNCHESTVO CHUKOTSKAYA GORNO GEOLOGICHESKAYA KOMPANIYA), d. 1/2, Ul. Yuzhnaya, Anadyr, Chukotka 689000, Russia; Tax ID No. 8709009294 (Russia); Registration Number 1028700587112 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CITYBIKE (a.k.a. AKTSIONERNOE OBSHNCHESTVO SITIBAIK; a.k.a. SITIBAIK AO (Cyrillic: АО СИТИБАЙК)), Nab. Berezhkovskaya D. 20, Str. 9, Pomeshch. 1, Moscow 121059, Russia; Organization Established Date 23 Nov 2012; Tax ID No. 7734691058 (Russia); Registration Number 1127747175160 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JOINT STOCK COMPANY CLASS (a.k.a. "NPP KLASS"), Sh. Entuziastov, D 56, Str. 21, Moscow 111123, Russia; Ul. Sovetskaya D. 3, Floor 2, Kom. 2, Lukhovitsy 140501, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7724032017 (Russia); Registration Number 1027700450975 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY COMMERCIAL BANK LANTA BANK (f.k.a. CLOSED JOINT STOCK COMPANY COMMERCIAL BANK LANTA BANK), 9 Novokuznetskaya Street, building 2, Moscow 115184, Russia; SWIFT/BIC COLKRUMM; Website http://www.lanta.ru; Organization Established Date 24 Jun 1992; Target Type Financial Institution; Tax ID No. 7705260427 (Russia); Legal Entity Number 2534001F52UDT7V2KR58; Registration Number 1037739042912 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY COMMERCIAL BANK MODULBANK (a.k.a. REGIONAL CREDIT; a.k.a. REGIONALNY KREDIT), Pl. Oktyabrskaya, 1, Kostroma 156005, Russia; SWIFT/BIC MODBRU22; Website modulbank.ru; Target Type Financial Institution; Tax ID No. 2204000595 (Russia); Registration Number 1022200525841 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY COMMERCIAL BANK SOLIDARNOST, Ul. Kubysheva D. 90, Samara 443099, Russia; SWIFT/BIC SLDRRU3S;

Website www.solid.ru; Organization Established Date 23 Oct 1990; Target Type Financial Institution; Tax ID No. 6316028910 (Russia); Identification Number BE8HW8.99999.SL.643 (Russia); Legal Entity Number 253400V4HY4PH2NE7E79; Registration Number 1026300001848 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY COMMUNICATION EQUIPMENT (a.k.a. AAT TEKHNIKA SUVYAZI (Cyrillic: ААТ ТЭХНІКА СУВЯЗІ); a.k.a. OAO TEKHNIKA SVYAZI (Cyrillic: ОАО ТЕХНИКА СВЯЗИ); a.k.a. TEKHNIKA SVYAZI JSC), 1 Naberezhnaya str., Baran, Vitebsk Region 211011, Belarus; Target Type State-Owned Enterprise; Tax ID No. 300209010 (Belarus) [BELARUS-EO14038] (Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

JOINT STOCK COMPANY COMPANY SCAN (a.k.a. CLOSED JOINT STOCK COMPANY COMPANY SCAN; a.k.a. "JSC COMPANY SCAN"), Ul. Druzhby D.10B, Moscow 119330, Russia; Organization Established Date 01 Apr 2010; Tax ID No. 7729652960 (Russia); Government Gazette Number 65369101 (Russia); Registration Number 1107746244330 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY COMPEL (a.k.a. "AO KOMPEL"), ul. Novokhokhlovskaya d. 23, str. 1, Moscow 109052, Russia; Pr-kt Volgogradskii d. 28A, pom I et 3 kom 6, Moscow 109316, Russia; Bolshoi pr-t V.O., 18, Saint Petersburg, Russia; K. Marksa pr-t, 57, Novosibirsk, Russia; Tax ID No. 7713005406 (Russia); Registration Number 1027700032161 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CONCERN AVRORA SCIENTIFIC AND PRODUCTION ASSOCIATION (a.k.a. AVRORA JSC; a.k.a. CONCERN AVRORA SCIENTIFIC AND PRODUCTION ASSOCIATION JSC; a.k.a. JOINT STOCK COMPANY CONCERN RESEARCH AND PRODUCTION ASSOCIATION AVRORA), 15 Karbysheva Str., Saint Petersburg 194021, Russia; 10 Nikolskaya Str., Shopping and Office Center Nikolskaya Plaza, Office No. 406, Moscow, Russia; Organization Established Date 27 Feb 2009; Tax ID No. 7802463197 (Russia); Registration Number 1097847058143 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CONCERN AVTOMATIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН АВТОМАТИКА) (a.k.a. AO KONTSERN AVTOMATIKA; a.k.a. JSC CONCERN AVTOMATIKA (Cyrillic: АО КОНЦЕРН АВТОМАТИКА); a.k.a. UI. Botanicheskaya D. 25, Moscow 127106, Russia; Tax ID No. 7715906332 (Russia); Registration Number 1127746139564 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CONCERN CENTRAL INSTITUTE FOR SCIENTIFIC RESEARCH ELEKTROPRIBOR (a.k.a. CONCERN CSRI ELEKTROPRIBOR JSC; a.k.a. JOINT STOCK COMPANY CENTRAL RESEARCH INSTITUTE CONCERN ELEKTROPRIBOR), 30 Malaya Posadskaya Str., Saint Petersburg 197046, Russia; Organization Established Date 26 Feb 2009; Tax ID No. 7813438763 (Russia); Registration Number 1097847057330 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN GRANIT ELEKTRON; a.k.a. AO KONSTERN GRANIT ELEKTRON; a.k.a. JSC CONCERN GRANIT ELEKTRON), Ul. Gospitalnaya D. 3, Saint Petersburg 191014, Russia; Organization Established Date 1910; Tax ID No. 7842335610 (Russia); Registration Number 5067847016782 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JOINT STOCK COMPANY CONCERN KALASHNIKOV (a.k.a. CONCERN KALASHNIKOV; a.k.a. IZHEVSKIY MASHINOSTROITEL'NYI ZAVOD OAO; a.k.a. JSC KALASHNIKOV CONCERN; a.k.a. KALASHNIKOV CONCERN; a.k.a. OJSC KALASHNIKOV CONCERN), 18 Krzhizhanovsky St, Bldg 4, Moscow 11728, Russia; 2/93 Deryabin Passage, Room 78, Izhevsk 426006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 1832090230 (Russia); Registration Number 1111832003018 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JOINT STOCK COMPANY CONCERN OF RADIO ELECTRONIC TECHNOLOGIES (a.k.a. CONCERN RADIO ELECTRONIC TECHNOLOGIES; a.k.a. JOINT STOCK COMPANY CONCERN RADIO ELECTRONIC TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН РАДИОЭЛЕКТРОННЫЕ ТЕХНОЛОГИИ); a.k.a. "KRET" (Cyrillic: "КРЭТ")), 20/1 Korp. 1

ul. Goncharnaya, Moscow 109240, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1097746084666 (Russia); Tax ID No. 7703695246 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JOINT STOCK COMPANY CONCERN OKEANPRIBOR (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN OKEANPRIBOR (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ОКЕАНПРИБОР); a.k.a. AO KONTSERN OKEANPRIBOR (Cyrillic: АО КОНЦЕРН ОКЕАНПРИБОР); a.k.a. JSC CONCERN OKEANPRIBOR; a.k.a. KONTSERN OKEANPRIBOR, PAO), 46, Chkalovski Prospect, St. Petersburg 197376, Russia; Website www.oceanpribor.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067847424160 (Russia); Tax ID No. 7813341546 (Russia) [UKRAINE-EO13662].

JOINT STOCK COMPANY CONCERN RADIO ELECTRONIC TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН РАДИОЭЛЕКТРОННЫЕ ТЕХНОЛОГИИ) (a.k.a. CONCERN RADIO ELECTRONIC TECHNOLOGIES; a.k.a. JOINT STOCK COMPANY CONCERN OF RADIO ELECTRONIC TECHNOLOGIES; a.k.a. "KRET" (Cyrillic: "КРЭТ")), 20/1 Korp. 1 ul. Goncharnaya, Moscow 109240, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1097746084666 (Russia); Tax ID No. 7703695246 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JOINT STOCK COMPANY CONCERN RESEARCH AND PRODUCTION ASSOCIATION AVRORA (a.k.a. AVRORA JSC; a.k.a. CONCERN AVRORA SCIENTIFIC AND PRODUCTION ASSOCIATION JSC; a.k.a. JOINT STOCK COMPANY CONCERN AVRORA SCIENTIFIC AND PRODUCTION ASSOCIATION), 15 Karbysheva Str., Saint Petersburg 194021, Russia; 10 Nikolskaya Str., Shopping and Office Center Nikolskaya Plaza, Office No. 406, Moscow, Russia; Organization Established Date 27 Feb 2009; Tax ID No. 7802463197 (Russia); Registration Number 1097847058143 (Russia) [RUSSIA-EO14024]. JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR

(a.k.a. AKTSIONERNOE OBSHCHESTVO KONSTERN MORSKOE PODVONOE ORUZHIE GIDROPRIBOR; a.k.a. AO KONSTERN MPO GIDROPRIBOR; a.k.a. JSC CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR), PR-KT B. Sampsonievskii D. 24, Saint Petersburg 194044, Russia; Organization Established Date 15 Sep 1943; Tax ID No. 7802375889 (Russia); Registration Number 1069847557394 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JOINT STOCK COMPANY CONCERN SOZVEZDIE (a.k.a. JSC CONCERN SOZVEZDIE), 14 Plekhanovskaya Street, Voronezh, Russia; 14 ul. Plekhanovskaya, Voronezh, Voronezhskaya obl. 394018, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1053600445337 [UKRAINE-EO13661].

JOINT STOCK COMPANY CONSTRUCTION BUREAU FOR PRECISE MACHINERY NAMED AFTER A.E. NUDELMANA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНСТРУКТОРСКОЕ БЮРО ТОЧНОГО МАШИНОСТРОЕНИЯ ИМЕНИ А.Э. НУДЕЛЬМАНА) (a.k.a. A.E. NUDELMAN KB TOCHMASH JSC; a.k.a. A.E. NUDELMAN PRECISION ENGINEERING DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. JSC A.E. NUDELMAN DESIGN BUREAU OF PRECISION MACHINE BUILDING), St. Vvedenskogo 8, Moscow 117342, Russia; Organization Established Date 10 Nov 2011; Registration ID 1117746904417 (Russia); Tax ID No. 7728789425 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CORPORATION MOSCOW INSTITUTE OF HEAT TECHNOLOGY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОРПОРАЦИЯ МОСКОВСКИЙ ИНСТИТУТ ТЕПЛОТЕХНИКИ) (a.k.a. JOINT STOCK COMPANY CORPORATION MOSCOW INSTITUTE OF THERMAL TECHNOLOGY; a.k.a. JSC CORPORATION MIHT; a.k.a. MOSCOW INSTITUTE OF THERMAL TECHNOLOGY), Berezovaya alleya, 10, Moscow 127273, Russia; Organization Established Date 14 Dec 2010; Tax ID No. 7715842760 (Russia); Registration Number 5107746017033 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY CORPORATION MOSCOW INSTITUTE OF THERMAL

TECHNOLOGY (a.k.a. JOINT STOCK COMPANY CORPORATION MOSCOW INSTITUTE OF HEAT TECHNOLOGY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОРПОРАЦИЯ МОСКОВСКИЙ ИНСТИТУТ ТЕПЛОТЕХНИКИ); a.k.a. JSC CORPORATION MIHT; a.k.a. MOSCOW INSTITUTE OF THERMAL TECHNOLOGY), Berezovaya alleya, 10, Moscow 127273, Russia; Organization Established Date 14 Dec 2010; Tax ID No. 7715842760 (Russia); Registration Number 5107746017033 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DAGDIZEL PLANT (a.k.a. FACTORY DAGDIZEL; a.k.a. JOINT STOCK COMPANY ZAVOD DAGDIZEL; a.k.a. ZAVOD DAGDIZEL OPEN JOINT STOCK COMPANY), 1, Lenin Street, Kaspiysk 368300, Russia; Organization Established Date 1932; Tax ID No. 0545001919 (Russia); Registration Number 1020502130351 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

JOINT STOCK COMPANY DATABANK (a.k.a. BANK IZHKOMBANK JSC; a.k.a. JOINT STOCK COMMERCIAL BANK IZHKOMBANK), Str Lenina 30, Izhevsk 426076, Russia; SWIFT/BIC IZHBRU31; Website www.izhcombank.ru; alt. Website online.databank.ru; Target Type Financial Institution; Tax ID No. 1835047032 (Russia); Registration Number 1021800000090 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DESIGN BUREAU AEROSPACE SYSTEMS (a.k.a. AO OKB AEROKOSMICHESKIE SISTEMY; a.k.a. JOINT STOCK COMPANY AEROSPACE SYSTEMS DESIGN BUREAU; a.k.a. JSC EDB AEROSPACE SYSTEMS; a.k.a. JSC EXPERIMENTAL DESIGN BUREAU AEROSPACE SYSTEMS), Ul. Programmistov D. 4, Dubna 141983, Russia; Tax ID No. 5010041950 (Russia); Registration Number 1105010002240 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DESIGN BUREAU FOR SHIP DESIGN VIMPEL (a.k.a. DESIGN OFFICE FOR SHIPBUILDING VYMPEL; a.k.a. JOINT STOCK COMPANY DESIGN OFFICE FOR SHIPBUILDING VYMPEL; a.k.a. OPEN JOINT-STOCK COMPANY DESIGN OFFICE FOR SHIPBUILDING VYMPEL; a.k.a. "DESIGN OFFICE VYMPEL"), 6 Nartov Str., Bldg.6, Nizhny Novgorod 603104, Russia; Organization Established Date 04 May 1993; Tax ID No.

5260001206 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY DESIGN CENTER FARVATER (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSTRUKTORSKOE BYURO FARVATER; a.k.a. AO KB FARVATER; a.k.a. CLOSED JOINT STOCK COMPANY DESIGN BUREAU FARVATER; a.k.a. DESIGN CENTER FARVATER JSC), Nansena St., 154B,, Rostov-on-Don 344010, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6163106808 (Russia); Registration Number 1116195002307 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DESIGN CENTER SOYUZ (a.k.a. AKTSIONERNOE OBSHCHESTVO DIZAIN TSENTR SOYUZ), K. 100, KOM. 205, Zelenograd, Moscow 124482, Russia; Organization Established Date 29 Apr 2015; Tax ID No. 7735143270 (Russia); Registration Number 1157746403033 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DESIGN OFFICE FOR SHIPBUILDING VYMPEL (a.k.a. DESIGN OFFICE FOR SHIPBUILDING VYMPEL; a.k.a. JOINT STOCK COMPANY DESIGN BUREAU FOR SHIP DESIGN VIMPEL; a.k.a. OPEN JOINT-STOCK COMPANY DESIGN OFFICE FOR SHIPBUILDING VYMPEL; a.k.a. "DESIGN OFFICE VYMPEL"), 6 Nartov Str., Bldg.6, Nizhny Novgorod 603104, Russia; Organization Established Date 04 May 1993; Tax ID No. 5260001206 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY DESIGN OFFICE OF ELECTROITEMS (a.k.a. AKTSIONERNOE OBSHCHESTVO CONSTRUCTION BUREAU ELECTRICAL PRODUCTS XXI CENTURY; a.k.a. AO KBE XXI CENTURY; a.k.a. AO KBE XXI VEKA; a.k.a. JSC KBE XXI CENTURY; a.k.a. XXI CENTURY ELECTRO ITEMS DESIGN OFFICE JOINT STOCK COMPANY), Ul. Lermontova D. 2, Sarapul 427960, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of

Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1827013520 (Russia); Registration Number 1021800997228 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DESIGN TECHNOLOGY CENTER ELEKTRONIKA (a.k.a. ELECTRONICS EDC JSC; a.k.a. ELECTRONICS ENGINEERING AND DESIGN CENTER  JOINT STOCK COMPANY; a.k.a. ELEKTRONIKA ENGINEERING AND DESIGN CENTER JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMPANY KTTS ELEKTRONIKA), Building 119A Leninskiy Prospekt, 17A, 2nd Floor, Voronezh 394033, Russia; Organization Established Date 11 Jan 2006; Tax ID No. 3661033667 (Russia); Registration Number 1063667000495 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DIGITAL MANUFACTORY, Pr-Kt Nauki D. 14, K. 1, Kabinet 501, Dubna 141984, Russia; Ul. Programmistov, D. 4, Dubna 141983, Russia; Tax ID No. 5010058760 (Russia); Registration Number 1215000095750 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DIULBER SANATORIUM (a.k.a. JOINT STOCK COMPANY SANATORIUM DYULBER; a.k.a. JSC SANATORIUM DYULBER), House 19, Alupkinskoye shosse, Koreiz, Yalta, Crimea 298671, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103084143 (Russia); Registration Number 1179102009525 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY DUBNA CABLE PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO DUBNENSKII KABELNYI ZAVOD; a.k.a. JOINT STOCK COMPANY DUBNENSKY CABLE PLANT), Pr-Kt Nauki D. 14, K. 4, Dubna 141983, Russia; Tax ID No. 5010054903 (Russia); Registration Number 1185007007261 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DUBNA PLANT OF SWITCHING EQUIPMENT (a.k.a. AKTSIONERNOE OBSHCHESTVO DUBNENSKII ZAVOD KOMMUTATSIONNOI TEKHNIKI; a.k.a. DUBNA SWITCHING EQUIPMENT PLANT; a.k.a. JOINT STOCK COMPANY DUBNENSKY PLANT OF SWITCHING EQUIPMENT), Pr-Kt Nauki D. 14, K. 1, Pomeshch. 39, Dubna 141984, Russia; Tax ID No. 5010056160 (Russia); Registration

Number 1195081030781 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DUBNENSKY CABLE PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO DUBNENSKII KABELNYI ZAVOD; a.k.a. JOINT STOCK COMPANY DUBNA CABLE PLANT), Pr-Kt Nauki D. 14, K. 4, Dubna 141983, Russia; Tax ID No. 5010054903 (Russia); Registration Number 1185007007261 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DUBNENSKY MACHINE BUILDING PLANT NAMED AFTER NP FEDOROV (a.k.a. AKTSIONERNOYE OBSHCHESTVO DUBNENSKIY MASHINOSTROITELNYY ZAVOD IMENI NP FODOROVA; a.k.a. DUBNA ENGINEERING PLANT; a.k.a. DUBNA MACHINE BUILDING PLANT), ul. Zhukovsky, d. 2, str. 1, Dubna, Moscow Region 141983, Russia; Tax ID No. 5010030050 (Russia); Registration Number 1045002200616 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DUBNENSKY PLANT OF SWITCHING EQUIPMENT (a.k.a. AKTSIONERNOE OBSHCHESTVO DUBNENSKII ZAVOD KOMMUTATSIONNOI TEKHNIKI; a.k.a. DUBNA SWITCHING EQUIPMENT PLANT; a.k.a. JOINT STOCK COMPANY DUBNA PLANT OF SWITCHING EQUIPMENT), Pr-Kt Nauki D. 14, K. 1, Pomeshch. 39, Dubna 141984, Russia; Tax ID No. 5010056160 (Russia); Registration Number 1195081030781 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DUKS (a.k.a. JOINT STOCK COMPANY DUX), 8 Pravdy Street, Moscow 125124, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7714077682 (Russia); Registration Number 1027700010579 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY DUX (a.k.a. JOINT STOCK COMPANY DUKS), 8 Pravdy Street, Moscow 125124, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7714077682 (Russia); Registration Number 1027700010579 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ECHELON TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЭШЕЛОН ТЕХНОЛОГИИ) (a.k.a. AKTSIONERNOE OBSCHESTVO ESHELON TEKHNOLOGII; a.k.a. AO ECHELON TECHNOLOGIES; a.k.a. JSC ECHELON TECHNOLOGIES), Ul. Elektrozavodskaya d. 24 Office 24, Moscow 107023, Russia; Organization Established Date 06 Sep 2011; Tax ID No. 7718859120 (Russia); Registration Number 1117746703480 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ECHELON UNION FOR SCIENCE AND DEVELOPMENT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ЭШЕЛОН) (a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION ECHELON; a.k.a. JSC NPO ECHELON), D. 24 Str. 1, Ul. Elektrozavodskaya, Moscow, Russia 107023, Russia; Website www.npo.echelon.ru; alt. Website cnpo.ru; Organization Established Date 22 Nov 2007; Organization Type: Other information technology and computer service activities; Tax ID No. 7718676447 (Russia); Registration Number 1077762808683 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ELECOND (a.k.a. AO ELEKOND), 3 Kalinin Street, Sarapul 427968, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1827003592 (Russia); Registration Number 1021800993752 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ELECTROAVTOMATIKA, ul. Zavodskaya d. 9, Tolyatti 355008, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 2636000864 (Russia); Registration Number 1022601979894 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ELECTROTYAGA (a.k.a. AKTSIONERNOE OBSHCHESTVO ELEKTROTYAGA; a.k.a. AO ELEKTROTYAGA), Ul. Kalinina D. 50 A, Saint Petersburg 198099, Russia; Organization Established Date 01 Nov 2001; Tax ID No.

7805230257 (Russia); Registration Number 1027802718437 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

JOINT STOCK COMPANY ELEKTRONNAYA MOSKVA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЭЛЕКТРОННАЯ МОСКВА), 11 Bolshoy Sukharevskiy Avenue, Building 1, Office 6, Moscow, Russia; Nizhniy Susalniy Avenue, Moscow 105064, Russia; 12 Yakovoapostolsky Lane, Building 1, Moscow 105064, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7707314029 (Russia); Registration Number 1027707013806 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ELEMENT (a.k.a. ELEMENT GROUP), 12 Presnenskaya Waterfront, Moscow 123112, Russia; Organization Established Date 20 Jul 2020; Tax ID No. 9703014282 (Russia); Registration Number 1207700245532 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ENERGIYA, P Elektrik D.1, Yelets 399775, Russia; Tax ID No. 4821000142 (Russia); Registration Number 1024800789408 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ENIKS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЭНИКС) (a.k.a. ENIKS AO; a.k.a. JSC ENIKS), 120 Korolenko St., Kazan, Tatarstan Republic 420094, Russia; Tax ID No. 1661009974 (Russia); Business Registration Number 1031632202227 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY EXPERIMENTAL DESICH BUREU COKOL (a.k.a. AO NPO OKB IM MP SIMONOVA; a.k.a. JSC SCIENTIFIC PRODUCTION ASSOCIATION EXPERIMENTAL DESIGN BUREAU NAMED AFTER M SIMONOV; a.k.a. OKB SIMONOV; a.k.a. OKB SOKOL; a.k.a. SIMONOV DESIGN BUREAU; a.k.a. SOKOL DESIGN BUREAU), 2A ul Akademika Pavlova St, Kazan 420036, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No.

1661007166 (Russia); Registration Number 1021603886622 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU FAKEL (a.k.a. AKTSIONERNOE OBSHCHESTVO OPYTNOE KONSTRUKTORSKOE BYURO FAKEL; a.k.a. AO OKB FAKEL; a.k.a. JSC EDB FAKEL), Moskovskii PR D. 181, Kaliningrad 236001, Russia; Target Type State-Owned Enterprise; Tax ID No. 3906390669 (Russia); Government Gazette Number 44161069 (Russia); Registration Number 1203900004670 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU NAMED AFTER A.S. YAKOVLEV (a.k.a. JOINT STOCK COMPANY OKB NAMED AFTER A.S. YAKOVLEV; a.k.a. JOINT-STOCK COMPANY A.S. YAKOVLEV DESIGN BUREAU; a.k.a. JSC A.S. YAKOVLEV DB; a.k.a. OJSC OPYTNO-KONSTRUKTORSKOYE BYURO IM. A.S. YAKOVLEVA), 68 Leningradsky Ave, Moscow 125315, Russia; Organization Established Date 31 Aug 1993; Tax ID No. 7714039849 (Russia); Registration Number 1027739252298 (Russia) [RUSSIA-EO14024] (Linked To: IRKUT CORPORATION JOINT STOCK COMPANY).

JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU NOVATOR (a.k.a. AKTCIONERNOE OBSHESTVO OPITNOE KONSTRUKTORSKOE BYURO NOVATOR; a.k.a. AO OKB NOVATOR; a.k.a. NPO NOVATOR), 18 Kosmonautov Ave., Yekaterinburg 620017, Russia; Tax ID No. 6673092045 (Russia); Registration Number 1026605611339 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОРПОРАЦИЯ РАЗВИТИЯ ДАЛЬНЕГО ВОСТОКА И АРКТИКИ) (a.k.a. CORPORATION FOR THE DEVELOPMENT OF THE FAR EAST AND THE ARCTIC; a.k.a. "JSC FEDC"; a.k.a. "JSC KRDV" (Cyrillic: "АО КРДВ")), d. 12 etazh 15 kom. A3, naberezhnaya Presnenskaya, Moscow 123112, Russia; Tax ID No. 7723356562 (Russia); Registration Number 1057723007047 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY FAR EASTERN BANK (a.k.a. FAR EASTERN BANK (Cyrillic: ДАЛЬНЕВОСТОЧНЫЙ БАНК)), 27-a, Verkhneportovaya St., Vladivostok, Primorskiy Kray 690990, Russia; SWIFT/BIC FAEBRU8V; BIK (RU) 040507705; Secondary sanctions risk: North Korea Sanctions Regulations, sections

510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 2540016961 (Russia); Legal Entity Number 253400YGH90JM0RMLU50 (Russia); Registration Number 1022500000786 (Russia) [DPRK3].

JOINT STOCK COMPANY FEDERAL SCIENTIFIC AND PRODUCTION CENTER TITAN BARRIKADY (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО-ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ТИТАН-БАРРИКАДЫ) (a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER TITAN BARRIKADY JSC; a.k.a. JSC FNPTS TITAN-BARRIKADY; a.k.a. TITAN DESIGN BUREAU; a.k.a. TITAN-BARRIKADY ENTERPRISE; a.k.a. TITAN-BARRIKADY FEDERAL RESEARCH AND DEVELOPMENT CENTRE; a.k.a. TITAN-BARRIKADY FNPTS AO; a.k.a. TITAN-BARRIKADY FNPTS AO FEDERAL RESEARCH AND PRODUCTION CENTER STOCK COMPANY; a.k.a. "TITAN-BARRIKADY"), Prospekt Imeni V.I. Lenina B/N, Volgograd 400071, Russia; Tax ID No. 3442110950 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY FEDOROVO RISORSES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ФЕДОРОВО РИСОРСЕС) (a.k.a. JSC FEDOROVO RESOURCES), 13 Sovetskaya Street, Floor 2, Suite 4, Lovozero Settlement 184592, Russia; Tax ID No. 7706403981 (Russia); Registration Number 1037706071116 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY FERROPRIBOR, Ul. Svobody D. 50, Krasnoe Selo 198320, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7807026923 (Russia); Registration Number 1027804594950 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY FIOLENT PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO ZAVOD FIOLENT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТБО ЗАВОД ФИОЛЕНТ); a.k.a. AO ZAVOD FIOLENT (Cyrillic: АО ЗАВОД ФИОЛЕНТ); a.k.a. JSC FIOLENT PLANT; a.k.a. ZAVOD FIOLENT, PAT), House 34/2, Kievskaya Street, Simferopol, Crimea 295017, Ukraine; Website www.phiolent.com; Secondary

sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102048745 (Russia); Registration Number 1149102099640 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY FLIGHT RESEARCH INSTITUTE N.A. M.M. GROMOV (a.k.a. AKTSIONERNOE OBSHCHESTVO LETNO-ISSLEDOVATELSKI INSTITUT IMENI M.M. GROMOVA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЛЕТНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ИМЕНИ М.М. ГРОМОВА); a.k.a. JSC FLIGHT RESEARCH INSTITUTE N.A. M.M. GROMOV (Cyrillic: АО ЛЕТНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ИМ. М.М. ГРОМОВА); a.k.a. JSC FRI N.A. M.M. GROMOV (Cyrillic: АО ЛИИ ИМ. М.М. ГРОМОВА); a.k.a. STATE FEDERAL UNITARY ENTERPRISE GROMOV FLIGHT RESEARCH INSTITUTE), D. 2A, Ul. Garnaeva, Zhukovsky 140180, Russia (Cyrillic: д. 2А, ул. Гарнаева, Московская область, Жуковский 140180, Russia); Zhukovsky-2, Moscow region 140182, Russia; Organization Established Date 1993; Target Type State-Owned Enterprise; Tax ID No. 5040114973 (Russia); Registration Number 1125040002823 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION ALMAZYUVELIREXPORT (a.k.a. FEDERAL STATE OWNED UNITARY ENTERPRISE FOREIGN TRADE ASSOCIATION ALMAZYUVELIREKSPORT; a.k.a. VO ALMAZYUVELIREKSPORT AO), BR Zubovskii D. 25, K. 1, Moscow 119021, Russia; Ul. Ostozhenka D. 22/1, Moscow 119034, Russia; Tax ID No. 7704485379 (Russia); Registration Number 1197746226886 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT (a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. JSC TEKHNOPROMEXPORT; a.k.a. JSC VO TEKHNOPROMEXPORT; a.k.a. OJSC TECHNOPROMEXPORT; a.k.a. OPEN JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VNESHNEEKONOMICHESKOE OBEDINENIE TEKHNOPROMEKSPORT; a.k.a. VO TEKHNOPROMEKSPORT, OAO; a.k.a. "JSC

TPE"), d. 15 str. 2 ul. Novy Arbat, Moscow 119019, Russia; Email Address inform@tpe.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067746244026 (Russia); Tax ID No. 7705713236 (Russia); Government Gazette Number 02839043 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT (a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT; a.k.a. JSC TEKHNOPROMEXPORT; a.k.a. JSC VO TEKHNOPROMEXPORT; a.k.a. OJSC TECHNOPROMEXPORT; a.k.a. OPEN JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VNESHNEEKONOMICHESKOE OBEDINENIE TEKHNOPROMEKSPORT; a.k.a. VO TEKHNOPROMEKSPORT, OAO; a.k.a. "JSC TPE"), d. 15 str. 2 ul. Novy Arbat, Moscow 119019, Russia; Email Address inform@tpe.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067746244026 (Russia); Tax ID No. 7705713236 (Russia); Government Gazette Number 02839043 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY FOREIGN TRADE ASSOCIATION ELEKTRONINTORG (a.k.a. ELECTRONINTORG, Ukrainsky Blvd 8, Building 1, Moscow 121059, Russia; 4 Ivana Franko St., Building 10, Moscow 121108, Russia; Tax ID No. 7743592991 (Russia); Registration Number 1067746527606 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY FORTIANA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ФОРТИАНА), d. 10, Suite I, Floor 34, Presnenskaya, Moscow 123112, Russia; Tax ID No. 9703022879 (Russia); Registration Number 1227700488003 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY GAVRILOV YAM MACHINE BUILDING PLANT AGAT (a.k.a. "JSC GMZ AGAT"), 1, Pr. Mashinostroiteley, Gavrilov Yam 152240, Russia; Tax ID No. 7616002417 (Russia); Registration Number 1027601067944 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY GAZPROM AVTOMATIZATSIYA (a.k.a.

GAZAVTOMATIKA; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO GAZPROM AVTOMATIZATSIYA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO GAZPROM AVTOMATIZATSIYA), 25, Savvinskaya Naberezhnaya, Moscow 119435, Russia; d. 3 pom. VI kom. 21, ul. Kirpichnye Vyemki Moscow, Moscow 117405, Russia; Organization Established Date 05 Aug 1993; Tax ID No. 7704028125 (Russia); Government Gazette Number 00159093 (Russia); Registration Number 1027700055360 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY GAZPROM SPACE SYSTEMS (a.k.a. GAZPROM KOSMICHESKIE SISTEMY AO), ul. Moskovskaya, d. 77, lit. B, Shchelkovo 141108, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5018035691 (Russia); Registration Number 1025002045177 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY GAZSTROYPROM (a.k.a. AKTSIONERNOE OBSHCHESTVO GAZSTROIPROM; a.k.a. AO GAZSTROYPROM; a.k.a. GAZSTROIPROM AO), Ul. Tashkentskaya D. 3, Korpus 3 Lit. B, Saint Petersburg 196084, Russia; Organization Established Date 21 Jun 2018; Tax ID No. 7842155505 (Russia); Government Gazette Number 29749701 (Russia); Registration Number 1187847178705 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY GENBANK (a.k.a. AKTSIONERNOE OBSHCHESTVO GENBANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГЕНБАНК); a.k.a. CLOSED JOINT STOCK COMPANY GENBANK, AO (Cyrillic: ГЕНБАНК, АО); a.k.a. JSC GENBANK), Ozerkovskaya Naberezhnaya 12, Moscow 115184, Russia; Ulitsa Sevastopolskaya 13, Simferopol 295011, Ukraine; SWIFT/BIC GEOORUMM; Website www.genbank.ru; Email Address info@genbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1137711000074 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY GLOBATEK GROUP (a.k.a. AO GLOBATEK; a.k.a. GLOBATEK 3D),

Sh Varshavskoe D. 42, Moscow, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7724739790 (Russia); Registration Number 1107746187999 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY GOSUDARSTVENNY RAKETNY CENTER NAMED AFTER AKADEMIKA V. P. MAKEYEVA (Cyrillic: АО ГОСУДАРСТВЕННЫЙ РАКЕТНЫЙ ЦЕНТР ИМЕНИ АКАДЕМИКА В.П.МАКЕЕВА) (a.k.a. JOINT STOCK COMPANY GRTS MAKEYEVA; a.k.a. MAKEYEV ROCKET DESIGN BUREAU; a.k.a. MAKEYEV STATE MISSILE CENTER; a.k.a. MAKEYEV STATE ROCKET CENTER), 1 Turgoyakskoye Highway, Miass, Chelyabinsk Region 456300, Russia; Website http://makeyev.ru; Tax ID No. 7415061109 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY GRAND SERVICE EXPRESS (a.k.a. AO GRAND SERVIS EKSPRESS; a.k.a. GRAND SERVICE EXPRESS (Cyrillic: ГРАНД СЕРВИС ЭКСПРЕСС); a.k.a. JOINT STOCK COMPANY TRANSPORT COMPANY GRAND SERVICE EXPRESS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСПОРТНАЯ КОМПАНИЯ ГРАНД СЕРВИС ЭКСПРЕСС); a.k.a. "GRAND EXPRESS" (Cyrillic: "ГРАНД ЭКСПРЕСС"); a.k.a. "JSC GSE"), 85 Sheremetevskaya St., Building 1, Moscow 129075, Russia; ul. Sheremetevskaya, d. 85, str. 1, Moscow 129075, Russia; P.O. Box 15, Moscow 129075, Russia; a/ya 15, Moscow 129075, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7705445700 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY GRTS MAKEYEVA (a.k.a. JOINT STOCK COMPANY GOSUDARSTVENNY RAKETNY CENTER NAMED AFTER AKADEMIKA V. P. MAKEYEVA (Cyrillic: АО ГОСУДАРСТВЕННЫЙ РАКЕТНЫЙ ЦЕНТР ИМЕНИ АКАДЕМИКА В.П.МАКЕЕВА); a.k.a. MAKEYEV ROCKET DESIGN BUREAU; a.k.a. MAKEYEV STATE MISSILE CENTER; a.k.a. MAKEYEV STATE ROCKET CENTER), 1 Turgoyakskoye Highway, Miass, Chelyabinsk Region 456300, Russia; Website

http://makeyev.ru; Tax ID No. 7415061109 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY HALS-DEVELOPMENT (a.k.a. AKTSIONERNOE OBSHCHESTVO SG-DEVELOPMENT; f.k.a. GALS-DEVELOPMENT PAO; f.k.a. HAS-DEVELOPMENT JSC; f.k.a. PUBLIC JOINT STOCK COMPANY HALS-DEVELOPMENT; f.k.a. PUBLIC JOINT STOCK COMPANY SG-DEVELOPMENT; a.k.a. SG-DEVELOPMENT, AO), d. 35 str. 1 Etazh 5, Pomeshch. I, Kom. 129, Prospekt Leningradski, Moscow 125284, Russia; Website www.hals-development.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 21 Jan 1994; Organization Type: Real estate activities on a fee or contract basis; Registration ID 1027739002510 (Russia); Tax ID No. 7706032060 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JOINT STOCK COMPANY HELICOPTER SERVICE COMPANY (a.k.a. "AO VSK"; a.k.a. "HELICOPTER SERVICE COMPANY"; a.k.a. "VSK PAO"), Ul. Bolshaya Pionerskaya D. 1, Moscow 115054, Russia; Organization Established Date 17 Feb 2003; Tax ID No. 7704252960 (Russia); Registration Number 1037704005041 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY HMS GROUP (a.k.a. AKTSIONERNOE OBSHCHESTVO GRUPPA GMS; f.k.a. GRUPPA GMS OAO; a.k.a. HMS GROUP JSC; f.k.a. INVESTITSIONNO PROMYSHLENNAYA GRUPPA GIDRAVLICHESKIE MASHINY I SISTEMY OOO), Ul. Chayanova D. 7, Moscow 125047, Russia; Organization Established Date 02 Mar 2004; Registration ID 5087746036483 (Russia); Tax ID No. 7708678325 (Russia); Government Gazette Number 72718329 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY IBS IT SERVICES (a.k.a. AO IBS IT USLUGI), ul. Skladochnaya d. 3, str. 1, Moscow 127018, Russia; sh. Dmitrovskoe, d. 9B, et. 5, pom. XIII, kom. 23, Moscow 127434, Russia; Secondary sanctions risk: this person is designated for operating or

having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7713444361 (Russia); Registration Number 1177746672905 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY IIB CAPITAL (a.k.a. AO MIB KAPITAL; a.k.a. CJSC IIB CAPITAL), ul. Mashi Poryvaevoi d. 11, str. B, floor 1, pomeshch. 15, Moscow 107078, Russia; Organization Established Date 25 Jul 2012; Tax ID No. 7708767021 (Russia); Registration Number 1127746575516 (Russia) [RUSSIA-EO14024] (Linked To: INTERNATIONAL INVESTMENT BANK).

JOINT STOCK COMPANY ILYUSHIN FINANCE COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO ILYUSHIN FINANS KO; a.k.a. JSC ILYUSHIN FINANCE COMPANY; a.k.a. OJSC ILYUSHIN FINANCE; a.k.a. "AO IFK"; a.k.a. "IFC LEASING"; a.k.a. "JSC IFC"), Pr-kt Michurinskii, Olimpiiskaya Derevnya D. 1, Korp. 1, et. 4, Moscow 119602, Russia; Pr-kt Leninskii d. 43A, office 502, Voronezh 394004, Russia; 1st km of Rublevo-Uspenskoe Shosse, Building 6, Odintsovo, Moscow 143030, Russia; Organization Established Date 10 Mar 1999; Tax ID No. 3663029916 (Russia); Registration Number 1033600042332 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY INFORMATION SECURITY REFORM (a.k.a. IB REFORM JSC; a.k.a. JSC IS REFORM), D. 125 Str. 1 Etazh 6 Pom. X Kom 23, Shosse Varshavskoe, Moscow 117587, Russia; Organization Established Date 31 Jul 2019; Tax ID No. 7726482572 (Russia); Government Gazette Number 75059643 (Russia); Registration Number 1217700423654 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY INKOMNEFT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ИНКОМНЕФТЬ) (a.k.a. AO INVESTITSIONNAYA NEFTYANAYA KOMPANIYA (Cyrillic: АО ИНВЕСТИЦИОННАЯ НЕФТЯНАЯ КОМПАНИЯ)), Ulitsa Mira, Dom 60, A, Pom.34, Nizhnevartovsk, Khanty-Mansi Autonomous Okrug-Yugra 628611, Russia; Organization Established Date 22 Nov 1995; Organization Type: Support activities for other mining and quarrying; Tax ID No. 8620001545 (Russia); Registration Number 1028601870770 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH ELEKTRONNOY TEKHNIKI (a.k.a. ELECTRONIC TECHNOLOGY RESEARCH INSTITUTE; a.k.a. JOINT STOCK COMPANY NIIET; a.k.a. RESEARCH INSTITUTE OF ELECTRONIC ENGINEERING), 5 Starykh Bolshevikov Str., Voronezh, Voronezh Region 394033, Russia; Organization Established Date 11 Oct 2012; Tax ID No. 3661057900 (Russia); Registration Number 1123668048789 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH MICROELECTRONIC EQUIPMENT PROGRESS (a.k.a. JOINT STOCK COMPANY NIIMA PROGRESS; a.k.a. MICROELECTRONICS RESEARCH INSTITUTE PROGRESS JSC; a.k.a. PROGRESS MRI JSC), 54 Cherepanovykh Driveway, Moscow 125183, Russia; Organization Established Date 09 Nov 2012; Tax ID No. 7743869192 (Russia); Registration Number 1127747128662 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH POLYUS NAMED AFTER M. F. STELMAKHA (a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE POLYUS OF M.F. STELMAKH; a.k.a. NAUCHNO-ISSLEDOVATELSKIY INSTITUT POLYUS IMENI M. F. STELMAKHA; a.k.a. NII POLYUS; a.k.a. NII POLYUS IMENI M. F. STELMAKHA; a.k.a. POLYUS INSTITUTE), Building 1, 3 Vvedenskogo St., Moscow 117342, Russia; Organization Established Date 21 Aug 2012; Tax ID No. 7728816598 (Russia); Registration Number 1127746646510 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH VYCHISLITELNYKH KOMPLEKSOV NAMED AFTER M. A. KARTSEVA (a.k.a. AO NIIVK N.A. M.A. KARTSEV; a.k.a. JOINT STOCK COMPANY NIIVK NAMED AFTER M. A. KARTSEVA; a.k.a. JSC NII VYCHISLITELNYKH KOMPLEKSOV IM. M.A. KARTSEVA), Profsoyuznaya St., 108, Moscow 117437, Russia; Organization Established Date 24 May 1993; Tax ID No. 7728032882 (Russia); Registration Number 1037700128828 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY INSTITUTE OF ELECTRONIC CONTROL COMPUTERS NAMED AFTER I.S. BRUK (a.k.a. "JSC INEUM"), 24, Vavilova st., Moscow 119334,

Russia; Tax ID No. 7736005096 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY INTEGRAL ZAPAD (a.k.a. AKTSIONERNOE OBSHCHESTVO INTEGRAL ZAPAD), Ul. Babushkina D. 7, Office 21, Smolensk 214031, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6732139675 (Russia); Registration Number 1176733001840 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY INVESTTRADEBANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ИНВЕСТТОРГБАНК) (a.k.a. INVESTTRADEBANK JSC (Cyrillic: ИНВЕСТТОРГБАНК АО); a.k.a. JOINT STOCK COMMERCIAL BANK INVESTMENT TRADE BANK; f.k.a. OJSC INVESTTRADEBANK; f.k.a. PJSC INVESTTRADEBANK; f.k.a. PUBLIC JOINT STOCK COMPANY INVESTTRADEBANK), 45 Dubininskaya Str, Moscow 115054, Russia (Cyrillic: УЛ. ДУБИНИНСКАЯ, Д.45, ГОРОД МОСКВА 115054, Russia); SWIFT/BIC JSCVRUM2; Website itb.ru; Organization Established Date 1994; Target Type Financial Institution; Tax ID No. 7717002773 (Russia); Registration Number 1027739543182 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY TRANSKAPITALBANK).

JOINT STOCK COMPANY IPN STANKOSTROENIE (a.k.a. AKTSIONERNOE OBSHCHESTVO IPN STANKOSTROENIE; a.k.a. AO IPN STANKOSTROENIE), Ul. 3-ya yamskogo polya D. 2, K. 26, Moscow 125124, Russia; Tax ID No. 7457008611 (Russia); Registration Number 1177456104638 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY IZHEVSK ELECTROMECHANICAL PLANT KUPOL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ИЖЕВСКИЙ ЭЛЕКТРОМЕХАНИЧЕСКИЙ ЗАВОД КУПОЛ) (a.k.a. AKTSIONERNOE OBSHCHESTVO IZHEVSKI ELEKTROMEKHANICHESKI ZAVOD KUPOL; a.k.a. AO IEMZ KUPOL (Cyrillic: АО ИЭМЗ КУПОЛ); a.k.a. JSC IEMZ KUPOL), ul. Pesochnaya 3, Izhevsk, Udmurtia Republic 426033, Russia (Cyrillic: УЛИЦА ПЕСОЧНАЯ, 3, Город Ижевск, РЕСПУБЛИКА УДМУРТСКАЯ 426033, Russia); Website

www.kupol.ru; Organization Established Date 23 Apr 2002; alt. Organization Established Date 1957; Tax ID No. 1831083343 (Russia); Government Gazette Number 07502963 (Russia); Business Registration Number 1021801143374 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY JOINT STOCK COMMERCIAL BANK INTERNATIONAL FINANCIAL CLUB (a.k.a. MFK BANK; a.k.a. "IFC BANK"), Presnenskaya Embankment, 10, Moscow 123112, Russia; SWIFT/BIC ICFIRUMM; Website www.mfk-bank.ru; Target Type Financial Institution; Tax ID No. 7744000038 (Russia); Registration Number 1027700056977 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY JUPITER PLANT (a.k.a. JSC ZAVOD YUPITER; a.k.a. ZAO ZAVOD YUPITER), Ul. Pobedy D. 107, Korp. 1, Valday 175400, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7838027959 (Russia); Registration Number 1057806863883 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KALUZHSKY NAUCHNO ISSLEDOVATELSKY RADIOTEKHNICHESKY HIGHER EDUCATION INSTITUTION (a.k.a. JOINT STOCK COMPANY KNIRTI; a.k.a. KALUGA RESEARCH INSTITUTE OF RADIO ENGINEERING JSC), Lenina st., 2, Zhukov, Kaluga Region 249192, Russia; Organization Established Date 28 Jun 2012; Tax ID No. 4007017378 (Russia); Registration Number 1124011001058 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KAMCHATSKOE ZOLOTO (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КАМЧАТСКОЕ ЗОЛОТО), d. 59, etazh 13, pomeshch. 51, ul Leninskaya, Petropavlovsk Kamchatski, Kamchatski Krai 683001, Russia; Tax ID No. 4104000436 (Russia); Registration Number 1024101221902 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KAMENSKVOLOKNO, Ul. Saprygina D. 1, Kamensk Shakhtisky 347801, Russia; Tax ID No. 6147019153 (Russia); Registration Number 1026102103466 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KARACHEV PLANT ELECTRODETAL, Ul. Gorkogo D. 1, Karachev 242500, Russia; Tax ID No. 3254511340

(Russia); Registration Number 1113256013419 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KAZAN COMPRESSOR MACHINERY PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КАЗАНСКИЙ ЗАВОД КОМПРЕССОРНОГО МАШИНОСТРОЕНИЯ) (a.k.a. JSC KAZANKOMPRESSORMASH (Cyrillic: АО КАЗАНЬКОМПРЕССОРМАШ)), ul. Khalitova 1, Kazan 420029, Russia; Tax ID No. 1660004878 (Russia); Registration Number 1021603620114 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KAZAN HELICOPTERS (a.k.a. AO KAZANSKII VERTOLETNYI ZAVOD; a.k.a. KAZAN HELICOPTERS; a.k.a. KAZANSKI VERTOLETNY ZAVOD AO), Ul. Tetsevskaya D. 14, Kazan 420085, Russia; Organization Established Date 1993; Tax ID No. 1656002652 (Russia); Registration Number 1021603881683 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY KHABAROVSK SHIPBUILDING YARD (a.k.a. JOINT-STOCK COMANY KHABAROVSKIY SHIPYARD; a.k.a. JOINT-STOCK COMPANY KHABAROVSKY SHIPBUILDING PLANT; a.k.a. JOINT-STOCK COMPANY KHSZ; a.k.a. JSC KHABAROVSK SHIPBUILDING YARD; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY FACTORY; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY ZAVOD (Cyrillic: АО ХАБАРОВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. KHABAROVSK SHIPBUILDING PLANT; a.k.a. KHABAROVSKY SHIPBUILDING PLANT), Suvorova St, 1, Khabarovsk, Khabarovsk Territory 680003, Russia; Organization Established Date 29 Oct 2008; Tax ID No. 2723112662 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY KLINTSOVSKIY MOBILE CRANE PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КЛИНЦОВСКИЙ АВТОКРАНОВЫЙ ЗАВОД) (a.k.a. JOINT STOCK COMPANY KLINTSY MOBILE CRANES PLANT), 10 Dzerzhinskovo Street, Klintsy 243140, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.;

Tax ID No. 3203000428 (Russia); Registration Number 1023201339700 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KLINTSY MOBILE CRANES PLANT (a.k.a. JOINT STOCK COMPANY KLINTSOVSKIY MOBILE CRANE PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КЛИНЦОВСКИЙ АВТОКРАНОВЫЙ ЗАВОД)), 10 Dzerzhinskovo Street, Klintsy 243140, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3203000428 (Russia); Registration Number 1023201339700 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KNIRTI (a.k.a. JOINT STOCK COMPANY KALUZHSKY NAUCHNO ISSLEDOVATELSKY RADIOTEKHNICHESKY HIGHER EDUCATION INSTITUTION; a.k.a. KALUGA RESEARCH INSTITUTE OF RADIO ENGINEERING JSC), Lenina st., 2, Zhukov, Kaluga Region 249192, Russia; Organization Established Date 28 Jun 2012; Tax ID No. 4007017378 (Russia); Registration Number 1124011001058 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KOMMUNAROVSKIY GOLD MINE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОММУНАРОВСКИЙ РУДНИК), 15 Sovetskaya Street, Kommunar 655211, Russia; Tax ID No. 1911000014 (Russia); Registration Number 1021900881936 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KOVROV ELECTROMECHANICAL PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO KOVROVSKII ELEKTROMEKHANICHESKII ZAVOD; a.k.a. "AO KEMZ"), 55 Krupskoi Street, Kovrov 601919, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3305004421 (Russia); Registration Number 1023301951177 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KRAFTVEY KORPOREYSHN PLS (a.k.a. AO KRAFTVEI KORPOREISHN PLS; a.k.a. AO KRAFTWAY PSC; a.k.a. CRAFTWAY CORPORATON PLS; a.k.a. JOINT STOCK COMPANY KRAFTWAY CORPORATION PLS (Cyrillic:

АКЦИОНЕРНОЕ ОБЩЕСТВО КРАФТВЭЙ КОРПОРЭЙШН ПЛС); a.k.a. JSC KRAFTVEY KORPOREYSHN PLS; a.k.a. JSC KRAFTWAY CORPORATION PLC), Sh. Kievskoe d. 64, Obninsk, Kaluga Region 249032, Russia; 16, 3rd Mytishchinskaya Street, Moscow 129626, Russia; Website kraftway.ru; Organization Type: Other information technology and computer service activities; Tax ID No. 5018037096 (Russia); Registration Number 1025002041525 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KRAFTWAY CORPORATION PLS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КРАФТВЭЙ КОРПОРЭЙШН ПЛС) (a.k.a. AO KRAFTVEI KORPOREISHN PLS; a.k.a. AO KRAFTWAY PSC; a.k.a. CRAFTWAY CORPORATON PLS; a.k.a. JOINT STOCK COMPANY KRAFTVEY KORPOREYSHN PLS; a.k.a. JSC KRAFTVEY KORPOREYSHN PLS; a.k.a. JSC KRAFTWAY CORPORATION PLC), Sh. Kievskoe d. 64, Obninsk, Kaluga Region 249032, Russia; 16, 3rd Mytishchinskaya Street, Moscow 129626, Russia; Website kraftway.ru; Organization Type: Other information technology and computer service activities; Tax ID No. 5018037096 (Russia); Registration Number 1025002041525 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KRASNODARSKIY AVTOCENTR KAMAZ, d. 125, ul. Krasnaya Stanitsa Dinskaya, Dinskoi Raion, Krasnodarski Kr. 353202, Russia; Organization Established Date 08 Aug 2002; Tax ID No. 2330025470 (Russia); Government Gazette Number 26378374 (Russia); Registration Number 1022303612418 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

JOINT STOCK COMPANY KRASNOZNAMENSK SEMICONDUCTORS FACTORY ARSENAL (a.k.a. JOINT STOCK COMPANY KRASNOZNAMENSKIY PLANT OF SEMICONDUCTOR DEVICES ARSENAL), Ul. Svyazistov D. 9, Office 1, Krasnoznamensk 143090, Russia; Tax ID No. 5006237189 (Russia); Registration Number 1115032003074 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KRASNOZNAMENSKIY PLANT OF SEMICONDUCTOR DEVICES ARSENAL (a.k.a. JOINT STOCK COMPANY KRASNOZNAMENSK SEMICONDUCTORS FACTORY ARSENAL), Ul. Svyazistov D. 9, Office 1, Krasnoznamensk 143090, Russia; Tax ID No. 5006237189 (Russia); Registration

Number 1115032003074 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KREDO (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КРЕДО) (a.k.a. "AO KREDO"), 4 ul. Olkhovskaia, korp. 2, et. 4, pom. 471, Moscow 105066, Russia; Tax ID No. 7719668640 (Russia); Registration Number 1087746176341 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEW MEDIA HOLDING).

JOINT STOCK COMPANY KRONSHTADT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КРОНШТАДТ) (a.k.a. AKTSIONERNOE OBSHCHESTVO KRONSHTADT; a.k.a. AO KRONSHTADT), Descartes Business Center, Building 9, No. 18, Andropova Prospekt, Moscow 1115432, Russia (Cyrillic: Бизнес-центр Декарт, д. 18, корп. 9, Пр. Андропова, Москва 1115432, Russia); Building 4, No. 54, Maliy Prospekt, Vasilevskiy Island, St. Petersburg 199178, Russia; Organization Established Date 1990; Tax ID No. 7808035536 (Russia); Registration Number 1027809176141 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KRONSTADT MARINE PLANT (a.k.a. FEDERAL STATE UNITARY ENTERPRISE KRONSHTADTSKYY MORSKOY FACTORY MINOBORONY ROSSII; a.k.a. FEDERAL STATE UNITARY ENTERPRISE KRONSTADT MARINE PLANT OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. KRONSTADT MARINE PLANT), Kronstadt, St. Petrovskaya, 2, Kronstadt District. St. Petersburg 197762, Russia; Website kmolz.ru; Organization Established Date 25 Apr 1997; Tax ID No. 7818001991 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY KTTS ELEKTRONIKA (a.k.a. ELECTRONICS EDC JSC; a.k.a. ELECTRONICS ENGINEERING AND DESIGN CENTER  JOINT STOCK COMPANY; a.k.a. ELEKTRONIKA ENGINEERING AND DESIGN CENTER JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMPANY DESIGN TECHNOLOGY CENTER ELEKTRONIKA), Building 19A Leninskiy Prospekt, 17A, 2nd Floor, Voronezh 394033, Russia; Organization Established Date 11 Jan 2006; Tax ID No. 3661033667 (Russia); Registration Number 1063667000495 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY KUMERTAU AVIATION PRODUCTION ENTERPRISE

(a.k.a. KUMERTAU AVIATION PRODUCTION ENTERPRISE; a.k.a. "AO KUMAPP"; a.k.a. "JSC KUMAPE"), Ul. Novozarinskaya D. 15 A, Kumertau 453300, Russia; Organization Established Date 09 Jul 1992; Tax ID No. 0262016287 (Russia); Registration Number 1080262000609 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY LENMORNIIPROEKT (a.k.a. AKTSIONERNOE OBSHCHESTVO LENMORNIIPROEKT PO PROEKTIROVANIYU; a.k.a. LENMORNIIPROEKT PAO), Mezhevoi Kanal, 3, 2, Saint Petersburg 198035, Russia; Tax ID No. 7805018067 (Russia); Registration Number 1027802723739 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY LIT PHONON (a.k.a. OPEN JOINT STOCK COMPANY LIT FONON), Ul. Krasnobogatyrskaya D. 44, Str. 1, Moscow 107076, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7718016680 (Russia); Registration Number 1027700256616 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY LOCKO BANK, Leningrad Prosp, D 39 building 80, Moscow 125167, Russia; SWIFT/BIC CLOKRUMM; Website http://www.lockobank.ru; Organization Established Date 1994; Target Type Financial Institution; Tax ID No. 7750003943 (Russia); Identification Number 3QL4V4.99999.SL.643 (Russia); Legal Entity Number 253400BCBR616MTH6594 (Russia); Registration Number 1057711014195 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY LOMO (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЛОМО), 20 Ulitsa Chugunnaya, Saint Petersburg 194044, Russia; Organization Established Date 24 Jun 1993; Tax ID No. 7804002321 (Russia); Registration Number 1027802498514 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY LOYALTY PROGRAMS CENTER (a.k.a. CENTRE OF LOYALTY PROGRAMMES; a.k.a. LPC JSC), 3 Poklonnaya St., floor 3, office 120, Moscow 121170, Russia; Tax ID No. 7702770003 (Russia); Registration Number 1117746689840 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JOINT STOCK COMPANY MACHINE BUILDING DESIGN BUREAU (a.k.a. "AO KBM"), Ul. Sosinskaya D. 43, Moscow 109316, Russia; Organization Established Date 06 Jan 1993; Tax ID No. 7722307636 (Russia); Registration Number 1057709110436 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JOINT STOCK COMPANY MACHINE-BUILDING ENGINEERING OFFICE FAKEL NAMED AFTER AKADEMIKA P. D. GRUSHINA (a.k.a. ENGINEERING DESIGN BUREAU FAKEL; a.k.a. JOINT STOCK COMPANY MKB FAKEL; a.k.a. JSC EBD FAKEL), 33 Akademika Grushina st., Khimki, Moscow Region 141401, Russia; Organization Established Date 18 Oct 2002; Tax ID No. 5047051923 (Russia); Registration Number 1025006173664 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УПРАВЛЯЮЩАЯ КОМПАНИЯ РОССИЙСКОГО ФОНДА ПРЯМЫХ ИНВЕСТИЦИЙ) (a.k.a. AKTSIONERNOE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSISKOGO FONDA PRYAMYKH INVESTITSI; a.k.a. AKTSIONERNOYE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSIYSKOGO FONDA PRYAMYKH INVESTITSIY; f.k.a. LIMITED LIABILITY COMPANY MANAGEMENT COMPANY OF RDIF; f.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RFPI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РФПИ); a.k.a. "AO UK RFPI" (Cyrillic: "АО УК РФПИ"); a.k.a. "JSC MC RDIF"), Naberezhnaya Presnenskaya, Dom 8 Stroyeniye 1, Etaj 7, Moscow 123112, Russia (Cyrillic: Набережная Пресненская, Дом 8, Строение 1, Этаж 7, Москва 123112, Russia); Website www.rdif.ru; alt. Website www.investinrussia.com; Organization Established Date 11 Apr 2017; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 7703425673 (Russia); Government Gazette Number 15110384 (Russia); Registration Number 1177746367017 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MANEL (a.k.a. AO MANEL), Ul. Vladimira Vysotskogo D. 25, Str. 12, Tomsk 634040, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7017259678 (Russia); Registration Number 1107017006854 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MARI MACHINE BUILDING PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO MARIYSKII MASHINOSTROITELNYI ZAVOD; a.k.a. JSC MARI MACHINE BUILDING PLANT; a.k.a. MARI MACHINE BUILDING PLANT JSC; a.k.a. MARI MMZ; a.k.a. MARIYSKIY MACHINE-BUILDING PLANT OPEN JOINT STOCK COMPANY; a.k.a. OAO MARIYSKIY MASHINOSTROITELNYY ZAVOD; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO MARIYSKIY MASHINOSTROITELNYYZAVOD; a.k.a. "OAO MMZ"), 15, UL Suvorova 3, Yoshkar-Ola, Mary-EL 424003, Russia; Tax ID No. 1200001885 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MARINE ARCTIC GEOLOGICAL EXPEDITION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО МОРСКАЯ АРКТИЧЕСКАЯ ГЕОЛОГОРАЗВЕДОЧНАЯ ЭКСПЕДИЦИЯ) (a.k.a. "JSC MAGE"), Building 26, Sofi Perovskoy Street, Murmansk 183038, Russia; Tax ID No. 5190100088 (Russia); Registration Number 1025100841039 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MARSHAL.GLOBAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО МАРШАЛ.ГЛОБАЛ) (a.k.a. JSC MARSHAL.GLOBAL (Cyrillic: АО МАРШАЛ.ГЛОБАЛ)), ul. Krasnobogatyrskaya, d. 6, str. 6, et 1 komn 23, Moscow 107564, Russia; Organization Established Date 31 Oct 2017; Tax ID No. 7703436139 (Russia); Registration Number 5177746148784 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MECHANICAL ENGINEERING RESEARCH INSTITUTE (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNOISSLEDOVATELSKI MASHINOSTROITELNY INSTITUT IMENI V V BAKHIREVA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНОИССЛЕДОВАТЕЛЬСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ИНСТИТУТ ИМЕНИ В В БАХИРЕВА); a.k.a. NIMI IM V V BAKHIREVA AO; a.k.a. NIMI NAMED AFTER V V BAHIREV JSC), Sh. Leningradskoe D. 58, Moscow 125212, Russia; Tax ID No. 7743873015 (Russia); Registration Number 1127747236341 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MEKHANIKA, 16 Elektrodnyi proezd, Moscow 111123, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7743627436 (Russia); Registration Number 1077746097538 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MEMOTHERM MM, Ul. Bronnitskaya D. 15, Pomeshch. 68, Podolsk 142103, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7722009140 (Russia); Registration Number 1027700037705 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY METEOR PLANT (a.k.a. AO ZAVOD METEOR; a.k.a. METEOR PLANT JSC), Ul. Gorkogo D. 1, Volzhskiy 404130, Russia; Organization Established Date 17 Jul 1959; Tax ID No. 3435000717 (Russia); Registration Number 1023402012050 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JOINT STOCK COMPANY MIKRON (a.k.a. MIKRON JSC; f.k.a. NII MOLEKULYARNOI ELEKTRONIKI I ZAVOD MIKRON PAO; f.k.a. NIIME AND MIKRON; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NII MOLEKULYARNOY ELECKTRONIKI I ZAVOD MIKRON; a.k.a. PJSC MIKRON; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO MIKRON), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Organization Established Date 13 Jan 1994; Tax ID No. 7735007358 (Russia); Government Gazette Number 07589295 (Russia); Registration Number 1027700073466 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MIL MOSCOW HELICOPTER PLANT (a.k.a. JOINT STOCK COMPANY NATIONAL HELICOPTER CENTER MIL & KAMOV; a.k.a. JOINT STOCK COMPANY NATIONAL HELICOPTER CENTER MIL AND KAMOV), 1, Bolshaya Pionerskaya, Moscow 115054, Russia; Organization Established Date 1947; Tax ID No. 7718016666 (Russia); Registration Number 1027739032969 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY MILITARY INDUSTRIAL CONSORTIUM NPO MASHINOSTROYENIA (a.k.a. JOINT STOCK COMPANY MILITARY-INDUSTRIAL CORPORATION NPO MASHINOSTROYENIA; a.k.a. JSC MIC NPO MASHINOSTROYENIA; a.k.a. MIC NPO MASHINOSTROYENIA JSC; a.k.a. MIC NPO MASHINOSTROYENIYA JSC; a.k.a. MILITARY INDUSTRIAL CORPORATION NPO MASHINOSTROYENIA OAO; a.k.a. OPEN JOINT STOCK COMPANY MILITARY INDUSTRIAL CORPORATION SCIENTIFIC AND PRODUCTION MACHINE BUILDING ASSOCIATION; a.k.a. VOENNO-PROMYSHLENNAYA KORPORATSIYA NAUCHNO-PROIZVODSTVENNOE OBEDINENIE MASHINOSTROENIYA OAO; a.k.a. VPK NPO MASHINOSTROYENIYA), 33, Gagarina St., Reutov-town, Moscow Region 143966, Russia; 33 Gagarin Street, Reutov, Moscow Region 143966, Russia; 33 Gagarina ul., Reutov, Moskovskaya obl 143966, Russia; Website www.npomash.ru; Email Address export@npomash.ru; alt. Email Address vpk@npomash.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1075012001492 (Russia); Tax ID No. 5012039795 (Russia); Government Gazette Number 07501739 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JOINT STOCK COMPANY MILITARY-INDUSTRIAL CORPORATION NPO MASHINOSTROYENIA (a.k.a. JOINT STOCK COMPANY MILITARY INDUSTRIAL CONSORTIUM NPO MASHINOSTROYENIA; a.k.a. JSC MIC NPO MASHINOSTROYENIA; a.k.a. MIC NPO MASHINOSTROYENIA JSC; a.k.a. MIC NPO MASHINOSTROYENIYA JSC; a.k.a. MILITARY INDUSTRIAL CORPORATION NPO MASHINOSTROENIA OAO; a.k.a. OPEN JOINT STOCK COMPANY MILITARY INDUSTRIAL CORPORATION SCIENTIFIC AND PRODUCTION MACHINE BUILDING

ASSOCIATION; a.k.a. VOENNO-PROMYSHLENNAYA KORPORATSIYA NAUCHNO-PROIZVODSTVENNOE OBEDINENIE MASHINOSTROENIYA OAO; a.k.a. VPK NPO MASHINOSTROENIYA), 33, Gagarina St., Reutov-town, Moscow Region 143966, Russia; 33 Gagarin Street, Reutov, Moscow Region 143966, Russia; 33 Gagarina ul., Reutov, Moskovskaya obl 143966, Russia; Website www.npomash.ru; Email Address export@npomash.ru; alt. Email Address vpk@npomash.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1075012001492 (Russia); Tax ID No. 5012039795 (Russia); Government Gazette Number 07501739 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JOINT STOCK COMPANY MILITECH (a.k.a. MILITECH JSCO), Ul. Lukinskaya D. 4, Pomeshch. 1, Moscow 119634, Russia; Organization Established Date 13 Sep 2022; Tax ID No. 9706026110 (Russia); Registration Number 1227700569810 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY 'MIR BUSINESS BANK' (f.k.a. BANK MELLI IRAN ZAO; a.k.a. JSC 'MB BANK'; a.k.a. MB BANK; a.k.a. MB BANK, AO; a.k.a. MIR BIZNES BANK; a.k.a. MIR BIZNES BANK, AO; a.k.a. MIR BUSINESS BANK (Cyrillic: МИР БИЗНЕС БАНК); a.k.a. MIR BUSINESS BANK ZAO), 9/1 ul Mashkova, Moscow 105062, Russia; Russia; 9/1 Mashkova St., Moscow 105062, Russia; 6a Lenin Square Bld. A, Astrakhan 414000, Russia; SWIFT/BIC MRBBRUMM; Website www.mbbru.com; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [SDGT] [SYRIA] [IFSR] (Linked To: BANK MELLI IRAN; Linked To: GLOBAL VISION GROUP).

JOINT STOCK COMPANY MKB FAKEL (a.k.a. ENGINEERING DESIGN BUREAU FAKEL; a.k.a. JOINT STOCK COMPANY MACHINE-BUILDING ENGINEERING OFFICE FAKEL NAMED AFTER AKADEMIKA P. D. GRUSHINA; a.k.a. JSC EBD FAKEL), 33 Akademika Grushina st., Khimki, Moscow Region 141401, Russia; Organization Established Date 18 Oct 2002; Tax ID No. 5047051923 (Russia); Registration Number 1025006173664 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MORDOV RADIOELECTRONIC COMPANY (a.k.a. MORDOVIA RADIO ELECTRONIC COMPANY;

a.k.a. "AO MPK"), Ul. Bolshaya Akademicheskaya D. 44, Korp. 2, Moscow 127550, Russia; Tax ID No. 1324000130 (Russia); Registration Number 1111324000501 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MOSCOW AUTOMOTIVE FACTORY MOSKVICH (a.k.a. CLOSED JOINT STOCK COMPANY RENO RUSSIA; a.k.a. JSC MAF MOSKVICH; a.k.a. MOSCOW AUTOMOBILE PLANT MOSKVICH AO), Pr-Kt Volgogradskii D. 42, K. 36, Moscow 109316, Russia; Organization Established Date 17 Aug 1998; Tax ID No. 7709259743 (Russia); Government Gazette Number 18609799 (Russia); Registration Number 1027739178202 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK (a.k.a. JOINT STOCK COMMERCIAL BANK MOSCOW INDUSTRIAL BANK; a.k.a. JSC MOSCOW INDUSTRIAL BANK (Cyrillic: АО МОСКОВСКИЙ ИНДУСТРИАЛЬНЫЙ БАНК); a.k.a. MOSCOW INDUSTRIAL BANK PJSCB; f.k.a. MOSKOVSKII INDUSTRIALNY BANK PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; a.k.a. MOSKOVSKIJ INDUSTRIALNYJ BANK PJSCB; a.k.a. MOSKOVSKY INDUSTRIALNY BANK; f.k.a. PUBLIC JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK), Ordzhonikidze Street 5, Moscow 115419, Russia; SWIFT/BIC MINNRUMM; BIK (RU) 044525600; Organization Established Date 22 Nov 1990; Target Type Financial Institution; Tax ID No. 7725039953 (Russia); Government Gazette Number 09317135 (Russia); Legal Entity Number 2534006SJ05GGKETEY75 (Russia); Registration Number 1027739179160 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MOSCOW ORDER OF THE RED BANNER OF LABOR RESEARCH RADIO ENGINEERING INSTITUTE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО МОСКОВСКИЙ ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ НАЧНО-ИССЛЕДОВАТЕЛЬСКИЙ РАДИОТЕХНИЧЕСКИЙ ИНСТИТУТ) (a.k.a. AKTSIONERNOE OBSHCHESTVO MOSKOVSKI ORDENA TRUDOVOGO KRASNOGO ZNAMENI NAUCHNO-ISSLEDOVATELSKI RADIOTEKHNICHESKI INSTITUT; a.k.a. JOINT-STOCK COMPANY MOSCOW RESEARCH SCIENTIFIC RADIO COMMUNICATION INSTITUTE; a.k.a. JSC MNIRTI; a.k.a. MOSKOVSKI ORDENA

TRUDOVOGO KRASNOGO ZNAMENI NAUCHNO-ISSLEDOVATELSKI RADIOTEKHNICHESKI INSTITUT PAO), 2/1 Bolshoi Trekhsvyatitelski Lane, Moscow 109028, Russia; Organization Established Date 24 Jun 1992; Tax ID No. 7709899951 (Russia); Registration Number 1127746217422 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MOSKOVSKY MASHINOSTROITELNY ZAVOD AVANGARD (a.k.a. JSC MOSCOW MACHINERY BUILDING PLANT AVANGARD; a.k.a. OAO MMZ AVANGARD; a.k.a. OJSC MOSCOW MACHINERY BUILDING PLANT AVANGARD; a.k.a. OPEN JOINT STOCK COMPANY MOSCOW MACHINERY BUILDING PLANT AVANGARD), Ul. Klary Tsetkin 33, Moscow 125130, Russia; Tax ID No. 7743065177 (Russia); Registration Number 1027743012890 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY MUROM SPECIAL DESIGN BUREAU (a.k.a. AKTSIONERNOE OBSHCHESTVO MUROMSKOE SPETSIALNOE KONSTRUKTORSKOE BYURO; a.k.a. "AO MUROMSKOE SKB"), 5 Karacharovskoe Highway, Murom 602251, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3307000983 (Russia); Registration Number 1086623002190 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NATIONAL AVIATION SERVICE COMPANY (a.k.a. NATIONAL AVIATION SERVICE COMPANY (Cyrillic: НАЦИОНАЛЬНАЯ АВИАЦИОННО-СЕРВИСНАЯ КОМПАНИЯ); a.k.a. "JSC NASC"), Proezd Yablochkova D. 5, Korpus 18, Ryazan 390023, Russia; Ul. Bolshaya Tatarskaya D. 35, Str. 4, Floor 2, Pomeshch. IX/Kom. 5, Moscow 115184, Russia; Organization Established Date 04 Apr 1994; Target Type State-Owned Enterprise; Tax ID No. 6230116089 (Russia); Registration Number 1206200002249 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NATIONAL ENGINEERING CORPORATION (a.k.a. AKTSIONERNOE OBSHCHESTVO NATSIONALNAYA INZHINIRINGOVAYA KORPORATSIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАЦИОНАЛЬНАЯ ИНЖИНИРИНГОВАЯ КОМПАНИЯ); a.k.a.

"AO NIK" (Cyrillic: "АО НИК"); a.k.a. "JSC NEC"), d. 3 korp. 2 pom, 71-N, pl. Konstitutsii, St. Petersburg 196247, Russia; Organization Established Date 01 Oct 2014; Tax ID No. 7810942838 (Russia); Government Gazette Number 72473566 (Russia); Registration Number 1147847338902 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NATIONAL HELICOPTER CENTER MIL & KAMOV (f.k.a. JOINT STOCK COMPANY MIL MOSCOW HELICOPTER PLANT; a.k.a. JOINT STOCK COMPANY NATIONAL HELICOPTER CENTER MIL AND KAMOV), 1, Bolshaya Pionerskaya, Moscow 115054, Russia; Organization Established Date 1947; Tax ID No. 7718016666 (Russia); Registration Number 1027739032969 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY NATIONAL HELICOPTER CENTER MIL AND KAMOV (f.k.a. JOINT STOCK COMPANY MIL MOSCOW HELICOPTER PLANT; a.k.a. JOINT STOCK COMPANY NATIONAL HELICOPTER CENTER MIL & KAMOV), 1, Bolshaya Pionerskaya, Moscow 115054, Russia; Organization Established Date 1947; Tax ID No. 7718016666 (Russia); Registration Number 1027739032969 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY NEFTEGAZAVTOMATIKA (a.k.a. NEFTEGAZAVTOMATIKA AO (Cyrillic: НЕФТЕГАЗАВТОМАТИКА АО)), Shosse Varshavshoe 39, Moscow 113105, Russia; Organization Established Date 19 Aug 1992; Tax ID No. 7724230019 (Russia); Registration Number 1037739224973 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NEVA ELEKTRONIKA (a.k.a. NEVA ELECTRONICS JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НЕВА ЭЛЕКТРОНИКА); a.k.a. NEVA ELEKTRONIKA AO), Prospekt Yuriya Gagarina, Dom 2, Liter A, Pom. 20-N, Saint Petersburg 196105, Russia; Organization Established Date 04 Sep 2007; Tax ID No. 7813389280 (Russia); Registration Number 1077847571669 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NEVSKOYE PROJECT AND DESIGN BUREAU (a.k.a. JOINT PUBLIC STOCK COMPANY NEVSKOE DESIGN BUREAU; a.k.a. JSC NEVSKOE PKB (Cyrillic: АО НЕВСКОЕ ПКБ); a.k.a. JSC

NEVSKOYE PROYEKTNO-KONSTRUKTORSKOYE BYURO (Cyrillic: АО НЕВСКОЕ ПРОЕКТНО-КОНСТРУКТОРСКОЕ БЮРО); a.k.a. NEVSKOE DESIGN AND CONSTRUCTION OFFICE; a.k.a. NEVSKOE DESIGN BUREAU; a.k.a. NEVSKOE DESIGN BUREAU JPSC), Galerny Proezd 3, Saint-Petersburg 199106, Russia; Organization Established Date 25 Sep 1995; Tax ID No. 7801074335 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY NEVSKY ZAVOD (a.k.a. NEVSKIY ZAVOD CLOSED COMPANY), Obukhovskoi Oborony Pr D. 51, St. Petersburg 192029, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7806369727 (Russia); Registration Number 1077847587003 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NEW HOLDING 1 (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НОВЫЙ ХОЛДИНГ 1), 14 Spartakovskaya Square, Building 3, Suite 9N/2, Office 222, Basmannyy Municipal District, Moscow, Russia; Tax ID No. 9701221935 (Russia); Registration Number 1227700618837 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NEW HOLDING 2 (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НОВЫЙ ХОЛДИНГ 2), 14 Spartakovskaya Square, Building 3, Suite 9N/2, Office 223, Basmannyy Municipal District, Moscow, Russia; Tax ID No. 9701221928 (Russia); Registration Number 1227700618826 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

JOINT STOCK COMPANY NEW HOLDING 3 (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НОВЫЙ ХОЛДИНГ 3), 14 Spartakovskaya Square, Building 3, Suite 9N/2, Office 224, Basmannyy Municipal District, Moscow, Russia; Tax ID No. 9701221910 (Russia); Registration Number 1227700618804 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

JOINT STOCK COMPANY NEW TOWERS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НОВЫЕ БАШНИ), 34 Mashi Poryvayevoy Street, Floor 4, Suite III, Room 20, Moscow,

Russia; Tax ID No. 7707459874 (Russia); Registration Number 1217700590469 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

JOINT STOCK COMPANY NIIET (a.k.a. ELECTRONIC TECHNOLOGY RESEARCH INSTITUTE; a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH ELEKTRONNOY TEKHNIKI; a.k.a. RESEARCH INSTITUTE OF ELECTRONIC ENGINEERING), 5 Starykh Bolshevikov Str., Voronezh, Voronezh Region 394033, Russia; Organization Established Date 11 Oct 2012; Tax ID No. 3661057900 (Russia); Registration Number 1123668048789 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NIIMA PROGRESS (a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH MICROELECTRONIC EQUIPMENT PROGRESS; a.k.a. MICROELECTRONICS RESEARCH INSTITUTE PROGRESS JSC; a.k.a. PROGRESS MRI JSC), 54 Cherepanovykh Driveway, Moscow 125183, Russia; Organization Established Date 09 Nov 2012; Tax ID No. 7743869192 (Russia); Registration Number 1127747128662 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NIIME (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNOISLEDOVATELSKIY INSTITUT MOLEKULYARNOY ELEKTRONIKI; a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-ISSLEDOVATELSKI INSTITUT MOLEKULYARNOI ELEKTRONIKI; a.k.a. MOLECULAR ELECTRONICS RESEARCH INSTITUTE, JOINT STOCK COMPANY; a.k.a. NAUCHNO ISSLEDOVATELSKI INSTITUT MOLEKULYARNOI ELEKTRONIKI AO; a.k.a. NIIME, AO), 1st Zapadny Proezd 12/1, Zelenograd 124460, Russia; d. 6 str. 1, ul. Akademika Valieva, Zelenograd, Moscow 124460, Russia; Organization Established Date 03 Sep 1964; Tax ID No. 7735579027 (Russia); Government Gazette Number 92611467 (Russia); Registration Number 1117746568829 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NIIVK NAMED AFTER M. A. KARTSEVA (a.k.a. AO NIIVK N.A. M.A. KARTSEV; a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH VYCHISLITELNYKH KOMPLEKSOV NAMED AFTER M. A. KARTSEVA; a.k.a. JSC NII

VYCHISLITELNYKH KOMPLEKSOV IM. M.A. KARTSEVA), Profsoyuznaya St., 108, Moscow 117437, Russia; Organization Established Date 24 May 1993; Tax ID No. 7728032882 (Russia); Registration Number 1037700128828 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NIZHNY NOVGOROD PLANT OF THE 70TH ANNIVERSARY OF VICTORY (a.k.a. AO NIZHEGORODSKIY ZAVOD 70 LETIYA POBEDY; a.k.a. AO NZ 70 LETIYA POBEDY; a.k.a. ZAVOD 70 LETIYA POBEDY; a.k.a. "NZSLP"), 21 Sormovskoe Highway, Nizhny Novgorod 603052, Russia; Tax ID No. 5259113339 (Russia); Registration Number 1145259004296 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NOBILITY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НОБИЛИТИ) (a.k.a. NOBILITY JSC (Cyrillic: АО НОБИЛИТИ)), Bolshoy Sampsonievsky pr., 60, lit. A, pom. 2N/1114, St. Petersburg 194044, Russia; Unit 2H114, Leter A, prospekt Bolshoy Sampsoniyevskiy 60, St. Petersburg 194044, Russia; Tax ID No. 7802706763 (Russia); Business Registration Number 1207800055341 (Russia) [PEESA-EO14039].

JOINT STOCK COMPANY NORTH DESIGN BUREAU (a.k.a. JSC NORTH PKB (Cyrillic: АО СЕВЕРНОЕ ПКБ); a.k.a. JSC SEVERNOE PKB; a.k.a. SEVERNOE DESIGN BUREAU; a.k.a. SEVERNOE DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. SEVERNOYE DESIGN BUREAU), Ul. Korabelnaya, d. 6, Korpus 2, Letter A, St. Petersburg 198096, Russia; Organization Established Date 05 Aug 2008; Tax ID No. 7805468860 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY NORTH WESTERN REGIONAL CENTER OF ALMAZ ANTEY CONCERN OBUKHOVSKY PLANT (a.k.a. JOINT STOCK COMPANY OBUKHOVSKY FACTORY; a.k.a. JSC GOZ OBUKHOV PLANT; a.k.a. JSC OBUKHOVSKIY PLANT NORTHWEST REGIONAL CENTER OF ALMAZ ANTEY CORPORATION; a.k.a. JSC SOP OBUCHOVSKY PLANT), Obukhovskoy Defense Ave., 120, Saint Petersburg 190012, Russia; Organization Established Date 17 Nov 2003; Tax ID No. 7811144648 (Russia); Registration Number 1037825058732 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NORTHERN PRODUCTION ASSOCIATION ARKTIKA

(a.k.a. JSC SEVERNOYE PRODUCTION OBYEDINENIYE ARKTIKA (Cyrillic: АО СЕВЕРНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ АРКТИКА); a.k.a. JSC SPO ARKTIKA; a.k.a. PRODUCTION ASSOCIATION ARKTIKA), Archangelskoe Shosse, 34, Severodvinsk, Arkhangelsk Region 164500, Russia; Organization Established Date 25 Jan 2008; Tax ID No. 2902057930 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY (a.k.a. JSC NSC ARKHANGELSK; a.k.a. OAO SEVERNOYE MORSKOYE PAROKHODSTVO; a.k.a. OJSC NORTHERN SHIPPING COMPANY; a.k.a. OPEN JSC NORTHERN SHIPPING COMPANY; a.k.a. "ANSC"; a.k.a. "OJSC NSC"), Nab. Severnoy Dviny, 36, Arkhangelsk 163000, Russia; Tax ID No. 2901008432 (Russia); Identification Number IMO 0555641 [RUSSIA-EO14024].

JOINT STOCK COMPANY NOVOSIBIRSK CARTRIDGE PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO NOVOSIBIRSKII PATRONNYI ZAVOD; a.k.a. "JSC NPZ"), Station Building St, Bldg. 30A, Office 307, Novosibirsk 630108, Russia; Tax ID No. 5445115799 (Russia); Registration Number 1035404726246 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NOVOSIBIRSK INSTRUMENT MAKING PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO NOVOSIBIRSKII PRIBOROSTROITELNYI ZAVOD; a.k.a. "AO NPZ"), Ul. Dusi Kovalchuk D. 179/2, Novosibirsk 630049, Russia; Tax ID No. 5402534261 (Russia); Registration Number 1115476008889 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NOVOSIBIRSK MECHANICAL PLANT ISKRA (a.k.a. AKTSIONERNOE OBSHCHESTVO NOVOSIBIRSKII MEKHANICHESKII ZAVOD ISKRA; a.k.a. AO NMZ ISKRA), Chekalina St., Building 8, Novosibirsk 630900, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5410039642 (Russia); Registration Number 1115476008890 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NPC SPETSNEFTPRODUKT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НПЦ СПЕЦНЕФТЬПРОДУКТ), D. 19A etazh 8 Pom., I kom. 1-11, per. Khlebny, Moscow 121069, Russia; Tax ID No. 1027739694454 (Russia); Registration Number 7706210718 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NPO SYSTEM (a.k.a. SIU SYSTEM JOINT STOCK COMPANY), Ul. Rochdelskaya 15/23, Moscow 123376, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7703676733 (Russia); Registration Number 5087746210041 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NPP VNIIGIS (a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RESEARCH AND DESIGN INSTITUTE OF WELL LOGGING; a.k.a. "AO NPP VNIIGIS"), 1, ul. Gorkogo Oktyabrski, Bashkortostan Republic 452614, Russia; Organization Established Date 26 Dec 1995; Tax ID No. 0265013492 (Russia); Government Gazette Number 01423872 (Russia); Registration Number 1020201929439 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY NTV BROADCASTING COMPANY (a.k.a. AO TELEKOMPANIYA NTV), ul. Akademika Koroleva d. 12, Moscow 127427, Russia; ul. Argunovskaya d. 5, Moscow 129075, Russia; Organization Established Date 1993; Tax ID No. 7703191457 (Russia); Registration Number 1027739667218 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY OBNINSK RESEARCH AND PRODUCTION ENTERPRISE TECHNOLOGIYA NAMED AFTER A. G. ROMASHIN (a.k.a. JSC OBNINSKOYE NPP TEKHNOLOGIYA IM. A.G.ROMASHINA; a.k.a. JSC ORPE TECHNOLOGIYA NAMED AFTER A. G. ROMASHIN), 15 Kievskoye Shosse, Obninsk, Kaluga Region 249031, Russia; Organization Established Date 14 Dec 2011; Tax ID No. 4025431260 (Russia); Registration Number 1114025006160 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY OBUKHOVSKOYE (a.k.a. CJSC OBUKHOVSKOYE; a.k.a. OBUHOVSKOE JSC; a.k.a. SC OBUKHOVSKOYE), Tsvetochnaya st., 7, Saint

Petersburg, 196084 Russia, Russia; Organization Established Date 08 Jan 2002; alt. Organization Established Date 1994; Tax ID No. 7805025258 (Russia); Registration Number 1037811025152 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY OBUKHOVSKY FACTORY (a.k.a. JOINT STOCK COMPANY NORTH WESTERN REGIONAL CENTER OF ALMAZ ANTEY CONCERN OBUKHOVSKY PLANT; a.k.a. JSC GOZ OBUKHOV PLANT; a.k.a. JSC OBUKHOVSKIY PLANT NORTHWEST REGIONAL CENTER OF ALMAZ ANTEY CORPORATION; a.k.a. JSC SOP OBUCHOVSKY PLANT), Obukhovskoy Defense Ave., 120, Saint Petersburg 190012, Russia; Organization Established Date 17 Nov 2003; Tax ID No. 7811144648 (Russia); Registration Number 1037825058732 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ODK-KLIMOV (a.k.a. AO ODK-KLIMOV (Cyrillic: АО ОДК-КЛИМОВ); a.k.a. JOINT-STOCK COMPANY ODK-KLIMOV; a.k.a. ODK-KLIMOV), 11 Kantemirovskaya Str., Saint Petersburg 194100, Russia; Tax ID No. 7802375335 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY OHANGARONSEMENT (a.k.a. AKHANGARANCEMENT JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АХАНГАРАНЦЕМЕНТ); a.k.a. OHANGARONSEMENT AKSIYADORLIK JAMIYATIGA), Promzona, g. Akhangaran, Tashkent Province 110300, Uzbekistan; Organization Type: Manufacture of articles of concrete, cement and plaster; Tax ID No. 200463344 (Uzbekistan) [RUSSIA-EO14024] (Linked To: AKKERMANN CEMENT CA LIMITED LIABILITY COMPANY).

JOINT STOCK COMPANY OKB NAMED AFTER A.S. YAKOVLEV (a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU NAMED AFTER A.S. YAKOVLEV; a.k.a. JOINT-STOCK COMPANY A.S. YAKOVLEV DESIGN BUREAU; a.k.a. JSC A.S. YAKOVLEV DB; a.k.a. OJSC OPYTNO-KONSTRUKTORSKOYE BYURO IM. A.S. YAKOVLEVA), 68 Leningradsky Ave, Moscow 125315, Russia; Organization Established Date 31 Aug 1993; Tax ID No. 7714039849 (Russia); Registration Number 1027739252298 (Russia) [RUSSIA-EO14024] (Linked To: IRKUT CORPORATION JOINT STOCK COMPANY).

JOINT STOCK COMPANY OMSK PLANT OF CIVIL AVIATION (a.k.a. JOINT STOCK COMPANY OMSKY FACTORY GRAZHDANSKOY AVIATSII; a.k.a. JSC OMSK CIVIL AVIATION PLANT; a.k.a. "JSC OZGA"), 112 Surovtseva Str, Omsk 644015, Russia; Tax ID No. 5507029944 (Russia); Registration Number 1025501378572 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY OMSKY FACTORY GRAZHDANSKOY AVIATSII (a.k.a. JOINT STOCK COMPANY OMSK PLANT OF CIVIL AVIATION; a.k.a. JSC OMSK CIVIL AVIATION PLANT; a.k.a. "JSC OZGA"), 112 Surovtseva Str, Omsk 644015, Russia; Tax ID No. 5507029944 (Russia); Registration Number 1025501378572 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY OMUTNINSK METALLURGICAL PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO OMUTNINSKI METALLURGICHESKI ZAVOD; a.k.a. "OMZ AO"), 2 Rus Kokovikhina, Omutninsk 612740, Russia; Organization Established Date 04 Sep 2002; Tax ID No. 4322000130 (Russia); Government Gazette Number 00186329 (Russia); Registration Number 1024300962971 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY OPERATING ORGANIZATION OF ZAPORIZHZHYA NPP (a.k.a. JOINT STOCK COMPANY OPERATING ORGANIZATION ZAPORIZHZHYA NUCLEAR POWER PLANT; a.k.a. "JSC OE ZNPP"), Ferganskaya Street 25, Moscow, Russia; Organization Established Date Oct 2022 [RUSSIA-EO14024].

JOINT STOCK COMPANY OPERATING ORGANIZATION ZAPORIZHZHYA NUCLEAR POWER PLANT (a.k.a. JOINT STOCK COMPANY OPERATING ORGANIZATION OF ZAPORIZHZHYA NPP; a.k.a. "JSC OE ZNPP"), Ferganskaya Street 25, Moscow, Russia; Organization Established Date Oct 2022 [RUSSIA-EO14024].

JOINT STOCK COMPANY OPTRON STAVROPOL (a.k.a. AKTSIONERNOE OBSCHESTVO OPTRON STAVROPOL; a.k.a. GAZTRON CORP; a.k.a. OPTRON STAVROPOL CORP), 431 Lenina Str., Stavropol 355000, Russia; Tax ID No. 2635078677 (Russia); Registration Number 1052600264254 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ORSKIY MACHINE BUILDING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОРСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ЗАВОД), 1 Krupskoy Street, Orsk 462431, Russia; Tax ID No. 5613000880 (Russia); Registration Number 1025601999400 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY OZERNAYA MINING COMPANY (a.k.a. JOINT STOCK COMPANY OZGRK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОЗГРК)), 10 Naberezhnaya Presnenskaya, Moscow 123112, Russia; Tax ID No. 9705126249 (Russia); Registration Number 1187746993114 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY OZGRK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОЗГРК) (a.k.a. JOINT STOCK COMPANY OZERNAYA MINING COMPANY), 10 Naberezhnaya Presnenskaya, Moscow 123112, Russia; Tax ID No. 9705126249 (Russia); Registration Number 1187746993114 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PENZENSKY NAUCHNO ISSLEDOVATELSKY ELEKTROTEKHNICHESKY HIGHER EDUCATION INSTITUTION (a.k.a. JSC PENZA ELECTROTECHNICAL RESEARCH INSTITUTE; a.k.a. "PNIEI JSC"), 9 Sovetskaya Str., Penza, Penza Region 440026, Russia; Organization Established Date 30 Dec 2011; Tax ID No. 5836649358 (Russia); Registration Number 1115836009255 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PERMSKIY ZAVOD MASHINOSTROITEL (a.k.a. AO PERMSKIY ZAVOD MASHINOSTROITEL; a.k.a. JSC PERM PLANT MASHINOSTROITEL; a.k.a. JSC PERMSKY ZAVOD MASHINOSTROITEL; a.k.a. MASHINOSTROITEL PERM FACTORY JSC), 57 Novozvyaginskaya Street, Perm 614014, Russia; Organization Established Date 29 Jun 2007; Tax ID No. 5906075029 (Russia); Registration Number 1075906004217 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PERSPECTIVE INDUSTRIAL AND INFRASTRUCTURAL TECHNOLOGIES (a.k.a. AO PPIT; a.k.a. JOINT STOCK COMPANY PROMISING INDUSTRIAL AND INFRASTRUCTURE TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПЕРСПЕКТИВНЫЕ ПРОМЫШЛЕННЫЕ И ИНФРАСТРУКТУРНЫЕ ТЕХНОЛОГИИ); a.k.a. JSC PERSPECTIVE INDUSTRIAL AND INFRASTRUCTURAL TECHNOLOGIES; a.k.a. JSC PPIT (Cyrillic: АО ППИТ)), Nab. Presnenskaya D. 8, Str. 1, ET. 7, Pom. I, Kom. 3 Rab. Mesto 7.10, Moscow 123112, Russia (Cyrillic: Пресненская наб, д. 8 стр. 1, эт. 7, пом. i, ком. 3 раб. место 7.10, город Москва 123112, Russia); Organization Established Date

09 Aug 2021; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 9709073580 (Russia); Government Gazette Number 51643627 (Russia); Registration Number 1217700369193 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PERVOURALSKIY NEW PIPE PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПЕРВОУРАЛЬСКИЙ НОВОТРУБНЫЙ ЗАВОД) (a.k.a. "JSC PNTZ" (Cyrillic: "АО ПНТЗ")), 1 Torgovaya Street, Pervouralsk 623100, Russia; Tax ID No. 6625004271 (Russia); Registration Number 1026601503840 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PETERSBURG SOCIAL COMMERCIAL BANK (a.k.a. JSC BANK PSCB; f.k.a. PETERSBURG SOCIAL COMMERCIAL BANK OPEN JOINT STOCK COMPANY), Ul. Shpalernaya D. 42, Saint Petersburg 191123, Russia; Moscow, Russia; SWIFT/BIC PSOCRU2P; alt. SWIFT/BIC PSOCRUA1; Website http://www.pscb.ru; Organization Established Date 29 Oct 1993; Target Type Financial Institution; Tax ID No. 7831000965 (Russia); Identification Number 3QL4V4.99999.SL.643 (Russia); Legal Entity Number 25340080MLWXGXT26935; Registration Number 1027800000227 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PLANT N9 (a.k.a. JSC ZAVOD NO. 9), Pl. 1I Pyatiletki, Yekaterinburg 620012, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6673189640 (Russia); Registration Number 1086673012920 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PLASMA (a.k.a. JSC PLASMA; a.k.a. "AO PLAZMA"), Ul. Tsiolkovskogo D. 24, Ryazan 390023, Russia; Organization Established Date 1959; Tax ID No. 6230005886 (Russia); Registration Number 1026201102850 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JOINT STOCK COMPANY PLASTMASS PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПЛАСТМАСС ЗАВОД), 52 Pobedy Ave., Kopeysk, Chelyabinsk Region 456620, Russia; Tax ID No. 7411009901 (Russia); Registration

Number 1117411001388 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PMC WAGNER CENTER (a.k.a. AKTSIONERNOE OBSHCHESTVO CHVK VAGNER TSENTR; a.k.a. AKTSIONERNOE OBSHCHESTVO KONSALT), 15 Zolnaya St, Building 1, Room. 1-N, Ch. P. 194, Office 206, St. Petersburg 193318, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7811783517 (Russia); Registration Number 1227800167242 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PO SEVMASH (a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION NORTHERN MACHINE-BUILDING ENTERPRISE; a.k.a. JOINT-STOCK COMPANY PRODUCTION ASSOCIATION SEVERNOYE MACHINE-BUILDING ENTERPRISE; a.k.a. JSC PRODUCTION OBYEDINENIYE SEVERNOYE MASHINOSTROITELNOYE (Cyrillic: АО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СЕВЕРНОЕ МАШИНОСТРОИТЕЛЬНОЕ ПРЕДПРИЯТИЕ); a.k.a. PRODUCTION ASSOCIATION SEVMASH), 58 Arkhangelskoye Highway, Severodvinsk, Arkhangelsk Region 164500, Russia; Organization Established Date 01 Jun 2008; Tax ID No. 2902059091 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY POLIMER, Ul. Proizvodstvennaya D. 4, Chapayevsk, Russia 446100, Russia; Registration ID 1026303177119 (Russia); Tax ID No. 6335005315 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY POLIMETALL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПОЛИМЕТАЛЛ) (a.k.a. JOINT STOCK COMPANY POLYMETAL), prospekt Narodnogo Opolcheniya, d. 2 ofis 1063 Biznes-tsentr Gals, Saint Petersburg 198216, Russia; Organization Established Date 12 Mar 1998; Organization Type: Mining of other non-ferrous metal ores; Registration ID 1027802743308 (Russia); Tax ID No. 7805104870 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY POLYMETAL (a.k.a. JOINT STOCK COMPANY POLIMETALL

(Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПОЛИМЕТАЛЛ)), prospekt Narodnogo Opolcheniya, d. 2 ofis 1063 Biznes-tsentr Gals, Saint Petersburg 198216, Russia; Organization Established Date 12 Mar 1998; Organization Type: Mining of other non-ferrous metal ores; Registration ID 1027802743308 (Russia); Tax ID No. 7805104870 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY POLYUS ALDAN (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПОЛЮС АЛДАН), 14 Stroitelnaya Street, Nizhniy Kuranakh Town 678940, Russia; Organization Established Date 16 Dec 2005; Organization Type: Mining of other non-ferrous metal ores; Registration ID 1051400027579 (Russia); Tax ID No. 1402046085 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY POLYUS).

JOINT STOCK COMPANY POLYUS KRASNOYARSK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПОЛЮС КРАСНОЯРСК), Building 2B, Belinsky Street, Severo-Eniseyskiy, Severo-Eniseyskiy District, Krasnoyarsk Territory, Russia; 3 Krasina Street, Building 1, Moscow 123056, Russia; Organization Established Date 09 Aug 2002; Organization Type: Mining of other non-ferrous metal ores; Registration ID 1022401504740 (Russia); Tax ID No. 2434000335 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY POLYUS).

JOINT STOCK COMPANY POST BANK (a.k.a. POCHTA BANK; a.k.a. POST BANK JSC), Preobrazhenskaya ploshchad, 8, Moscow 107061, Russia; SWIFT/BIC POSBRUMM; Target Type Financial Institution; Tax ID No. 3232005484 (Russia); Identification Number DN2Q9U.99999.SL.643 (Russia); Legal Entity Number 2534001VHLQ1L34HNW95; Registration Number 1023200000010 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PREPREG ADVANCED COMPOSITE MATERIALS (a.k.a. AKTSIONERNOE OBSHCHESTVO PREPREG-SOVREMENNYE KOMPOZITSIONNYE MATERIALY; a.k.a. PREPREG SKM AO; f.k.a. PREPREG-SOVREMENNYE KOMPOZITSIONNYE MATERIALY AO), Volgogradskii Prospekt D. 43, Korp. 3, Moscow 109316, Russia; 42, Bld. 5, Vologradskiy Avenue, Moscow 109316, Russia; Organization Established Date 05 May 2009; Tax ID No. 7729632610 (Russia); Government Gazette Number 61664530

(Russia); Registration Number 1097746268234 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PRODUCTION ASSOCIATION NORTHERN MACHINE-BUILDING ENTERPRISE (a.k.a. JOINT STOCK COMPANY PO SEVMASH; a.k.a. JOINT-STOCK COMPANY PRODUCTION ASSOCIATION SEVERNOYE MACHINE-BUILDING ENTERPRISE; a.k.a. JSC PRODUCTION OBYEDINENIYE SEVERNOYE MASHINOSTROITELNOYE (Cyrillic: АО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СЕВЕРНОЕ МАШИНОСТРОИТЕЛЬНОЕ ПРЕДПРИЯТИЕ); a.k.a. PRODUCTION ASSOCIATION SEVMASH), 58 Arkhangelskoye Highway, Severodvinsk, Arkhangelsk Region 164500, Russia; Organization Established Date 01 Jun 2008; Tax ID No. 2902059091 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY PRODUCTION ASSOCIATION SEVER (a.k.a. PROIZVODSTVENNOYE OBYEDINENIYE SEVER; a.k.a. "PA SEVER"; a.k.a. "PO SEVER"), 3 Obedineniya Str., Novosibirsk, Novosibirsk region 630020, Russia; Organization Established Date 25 Mar 2019; Registration Number 1195476022940 (Russia); alt. Registration Number 5410079229 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PRODUCTION ASSOCIATION STRELA (Cyrillic: АО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СТРЕЛА) (a.k.a. JSC PRODUCTION ASSOCIATION STRELA; a.k.a. JSC PRODUCTION OBYEDINENIYE STRELA; a.k.a. JSC PROIZVODSTVENNOYE OBYEDINENIYE STRELA; a.k.a. STRELA PA), 26, Shevchenko str., Orenburg 460005, Russia; Organization Established Date 27 Dec 2006; Tax ID No. 5609061432 (Russia); Registration Number 1065658011638 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PRODUCTION ASSOCIATION URAL OPTICAL AND MECHANICAL PLANT NAMED AFTER E.S. YALAMOV (a.k.a. JSC PA UOMP; a.k.a. URAL OPTICAL AND MECHANICAL PLANT; a.k.a. URALS OPTICAL AND MECHANICAL PLANT; a.k.a. "UOMZ"), 33B Vostochnaya St., Ekaterinburg 620100, Russia; Organization Established Date 26 May 2010; Tax ID No. 6672315362 (Russia);

Registration Number 1106672007738 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PRODUCTION ENTERPRISE RADAR 2633 (a.k.a. AKTSIONERNOE OBSHCHESTVO PROIZVODSTVENNOE PREDPRIIATIE RADAR 2633; a.k.a. AO RADAR 2633), 30 Smirnovskaya Street, Lyubertsy 140000, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5027149374 (Russia); Registration Number 1095027005820 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PROFESSIONAL FOOTBALL CLUB CSKA (a.k.a. AO PFK TSSKA; a.k.a. JSC PFC CSKA), Ul. 3-ya Peschanaya, d, 2a, severo-zapadnoe administrativnoe zdanie, 10-I et, Moscow 125252, Russia; Website www.pfc-cska.com; Tax ID No. 7734046851 (Russia); Registration Number 1027739880893 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

JOINT STOCK COMPANY PROGRESS ARSENYEV AVIATION COMPANY (a.k.a. JSC AAC PROGRESS; a.k.a. PROGRESS ARSENYEV AVIATION COMPANY; a.k.a. "PROGRESS AO"), Pl. Lenina D. 5, Arsenyev 692335, Russia; Organization Established Date 1936; Tax ID No. 2501002394 (Russia); Registration Number 1022500510350 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY PROIZVODSTVENNOE OBEDINENIE FORT (a.k.a. "JSC PO FORT" (Cyrillic: "АО ПО ФОРТ")), d. 3 litera E pom. 46N, proezd 3 I Rybatski, St. Petersburg 192177, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7811671725 (Russia); Registration Number 1177847371085 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PROMISING INDUSTRIAL AND INFRASTRUCTURE

TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПЕРСПЕКТИВНЫЕ ПРОМЫШЛЕННЫЕ И ИНФРАСТРУКТУРНЫЕ ТЕХНОЛОГИИ) (a.k.a. AO PPIT; a.k.a. JOINT STOCK COMPANY PERSPECTIVE INDUSTRIAL AND INFRASTRUCTURAL TECHNOLOGIES; a.k.a. JSC PERSPECTIVE INDUSTRIAL AND INFRASTRUCTURAL TECHNOLOGIES; a.k.a. JSC PPIT (Cyrillic: АО ППИТ)), Nab. Presnenskaya D. 8, Str. 1, ET. 7, Pom. I, Kom. 3 Rab. Mesto 7.10, Moscow 123112, Russia (Cyrillic: Пресненская наб, д. 8 стр. 1, эт. 7, пом. i, ком. 3 раб. место 7.10, город Москва 123112, Russia); Organization Established Date 09 Aug 2021; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 9709073580 (Russia); Government Gazette Number 51643627 (Russia); Registration Number 1217700369193 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PROMTECH DUBNA (a.k.a. AO PROMTEKH DUBNA), Ul. Programmistov D. 4, Dubna 141983, Russia; Tax ID No. 5010041037 (Russia); Registration Number 1105010000974 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PROMTECH SERVICE (a.k.a. CLOSED JOINT STOCK COMPANY PROMTEH SERVIS), Ul. Programmistov D. 4, Dubna 141983, Russia; Tax ID No. 5006013990 (Russia); Registration Number 1105015000496 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PROMTECH ULYANOVSK (a.k.a. JOINT STOCK COMPANY PROMTEKH ULYANOVSK), Proezd Pervykh Rezidentov D. 9, Portovaya Osobaya Ekonomicheskaya Zona, Ulyanovsk 433405, Russia; Tax ID No. 7329009137 (Russia); Registration Number 1137329000060 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PROMTEKH IRKUTSK (a.k.a. AKTSIONERNOE OBSHCHESTVO PROMTEKH IRKUTSK), Ul. Traktovaya D. 31, Irkutsk 664014, Russia; Tax ID No. 3810058501 (Russia); Registration Number 1153850024723 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PROMTEKH KAZAN (a.k.a. AKTSIONERNOE OBSHCHESTVO PROMTEKH KAZAN), Ul. Dementyeva D. 1, K. 206, Kazan 420127, Russia; Tax ID No. 1661051599 (Russia); Registration Number 1161690188857 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY PROMTEKH ULYANOVSK (a.k.a. JOINT STOCK COMPANY PROMTECH ULYANOVSK), Proezd Pervykh Rezidentov D. 9, Portovaya Osobaya Ekonomicheskaya Zona, Ulyanovsk 433405, Russia; Tax ID No. 7329009137 (Russia); Registration Number 1137329000060 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY QUORUM (a.k.a. ZAO AO KVORUM), Per. 2-I Kozhevnicheskii D. 12, Moscow 115114, Russia; Sh. Entuziastov D. 31D, Moscow 111123, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7720123993 (Russia); Registration Number 1027700422628 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RADAR MMS (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE RADAR MMS; a.k.a. RADAR MMS NPP; a.k.a. SCIENTIFIC PRODUCTION ASSOCIATION RADAR MMS JSC), Novoselkovskaya st., 37A, Saint Petersburg 197375, Russia; Organization Established Date 14 Oct 1993; Tax ID No. 7814027653 (Russia); Registration Number 1027807560186 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RADIO CONTROL TECHNOLOGIES (a.k.a. JOINT STOCK COMPANY RM TECHNOLOGIES), Ul. Sofyi Kovalevskoi D. 20, Korp. 1, Lit. A, Pom. 22N, Saint Petersburg 195256, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7804436569 (Russia); Registration Number 1107847128729 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RADIOPRIBOR (a.k.a. JSC RADIOPRIBOR; a.k.a. OAO RADIOPRIBOR; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO RADIOPRIBOR; a.k.a. RADIOPRIBOR AO), Kazan, Republic of Tatarstan 420021, Russia; Tax ID No. 1659034109 (Russia); Registration Number 1021603465850 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RADIOPRIBORSNAB (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАДИОПРИБОРСНАБ), 31 Trudovaya St., Building 1, Mytishchi, Moscow Region 141014, Russia; Tax ID No. 7731631438 (Russia); Registration Number 1097746424181 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RADIOZAVOD (a.k.a. JSC RADIOZAVOD), Baidukova st., 1, Penza 440039, Russia; Organization Established Date 14 Jan 2004; Tax ID No. 5835049799 (Russia); Registration Number 1045802500336 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RAMEC VS (a.k.a. AO RAMEK VS), 5th Verhniy lane, 1/A/2, Saint Petersburg 194292, Russia; Ul. Obruchevykh D. 1, Saint Petersburg 195220, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7804060845 (Russia); Registration Number 1027802486502 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RAMENSKY INSTRUMENT ENGINEERING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД) (a.k.a. JOINT STOCK COMPANY RPZ; a.k.a. JOINT-STOCK COMPANY RAMENSKY PRIBOROSTROITELNY FACTORY; a.k.a. RAMENSKIY PRIBOROSTROITELNYY ZAVOD; a.k.a. RAMENSKOYE INSTRUMENT BUILDING PLANT (Cyrillic: РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. RAMENSKOYE INSTRUMENT DESIGN BUREAU; a.k.a. RAMENSKOYE INSTRUMENT ENGINEERING PLANT; a.k.a. RAMENSKOYE INSTRUMENT PLANT; a.k.a. RAMENSKOYE INSTRUMENT-MAKING DESIGN BUREAU; a.k.a. RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. RAMENSKY INSTRUMENT-MAKING FACTORY; a.k.a. "RPKB"), Mikhalevicha st., 39, bldg. 20, 2/124, Ramenskoye, Moscow Region 140100, Russia; Organization Established Date 02 Jul 2001; Tax ID No. 5040001426 (Russia); Registration Number 1025005116839 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RASCHETNIYE RESHENIYA (a.k.a. JSC RASCHETNIYE RESHENIYA; a.k.a. LIMITED LIABILITY COMPANY NON-BANK CREDIT ORGANIZATION SETTLEMENT SOLUTIONS; a.k.a. "JSC SETTLEMENT SOLUTIONS"), Room XLIV, 11th floor, 118/1 Varshavskoye Shosse, Moscow 117587, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7727718421 (Russia); Registration Number 1107746390949 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JOINT STOCK COMPANY RAU PHARM (a.k.a. AKTSIONERNOE OBSHCHESTVO RAU FARM (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАУ ФАРМ); a.k.a. AO RAU FARM (Cyrillic: АО РАУ ФАРМ); a.k.a. JSC RAW FARM), ul. Mnevniki, D. 3, K. 1, ET/KOM 1/12, Moscow 123308, Russia (Cyrillic: УЛИЦА МНЁВНИКИ, ДОМ 3, КОРПУС 1, ЭТ/КОМ 1/12, МОСКВА 123308, Russia); Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 05 Oct 1999; alt. Organization Established Date 27 Aug 2002; Tax ID No. 7701220889 (Iran); Government Gazette Number 51115868 (Iran); Business Registration Number 1027739119650 (Russia) [NPWMD] [RUSSIA-EO14024] (Linked To: 27TH SCIENTIFIC CENTER).

JOINT STOCK COMPANY RAZREZ KOLYVANSKIY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАЗРЕЗ КОЛЫВАНСКИЙ) (a.k.a. AO SIBANTRATSIT; a.k.a. JSC SIBERIAN ANTHRACITE; a.k.a. SIBANTHRACITE JSC), ul. Sovetskaya d. 2A Pos., Litvyanski 633224, Russia; Tax ID No. 5406192366 (Russia); Registration Number 1025404670620 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY REDUCTOR - PM (a.k.a. AO REDUKTOR-PM; a.k.a. JSC REDUCTOR - PM), Pr-Kt Komsomolskii D. 93, Perm 614990, Russia; Organization Established Date 31 Aug 1995; Tax ID No. 5948017501 (Russia); Registration Number 1025902394385

(Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY REMDIZEL (a.k.a. AKTSIONERNOE OBSHCHESTVO REMDIZEL), 40 Menzelinskii Trakt, Naberezhnye Chelny 423800, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1650004741 (Russia); Registration Number 1021602015050 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND DESIGN INSTITUTE SEA THERMAL ENGINEERING (a.k.a. AO NII MORTEPLOTEKHNIKI; a.k.a. JSC RESEARCH & DESIGN INSTITUTE MORTEPLOTEKHNIKA; a.k.a. JSC RESEARCH AND DESIGN INSTITUTE MORTEPLOTEKHNIKA), Ul. Chernikova, D. 44, Lomonosov 189510, Russia; Organization Established Date 15 Dec 1991; Tax ID No. 7819308094 (Russia); Registration Number 1047401500046 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE ALMAZ (a.k.a. AO NPP ALMAZ; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE ALMAZ; a.k.a. JSC RPE ALMAZ; a.k.a. SCIENTIFIC MANUFACTURING ENTERPRISE ALMAZ), Panfilova st., 1, Saratov 410033, Russia; Organization Established Date 30 Dec 2011; Tax ID No. 6453119615 (Russia); Registration Number 1116453009155 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE RADIOSVYAZ (a.k.a. AO NPP RADIOSVIAZ; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVIAZ; a.k.a. JSC NPP RADIOSVYAZ; a.k.a. JSC SPE RADIOSVYAZ; a.k.a. RESEARCH AND PRODUCTION ENTERPRISE RADIOSVYAZ; a.k.a. SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVYAZ JOINT STOCK COMPANY), 19 Dekabristov Str., Krasnoyarsk, Krasnoyarsk Territory 660021, Russia; Organization Established Date 27 Dec 2012; Tax ID No. 2460243408 (Russia); Registration

Number 1122468072231 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE SAPFIR (a.k.a. AKTSIONERNOYE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOYE PREDPRIYATIYE SAPFIR; a.k.a. AO NPP SAPFIR; a.k.a. RESEARCH AND PRODUCTION ENTERPRISE SAPFIR JOINT STOCK COMPANY; a.k.a. RPE SAPFIR JSC; a.k.a. RPE SAPFIR PJSC), 53 Shcherbakovskaya Str., Moscow 105318, Russia; Organization Established Date 13 Sep 1993; Tax ID No. 7719007689 (Russia); Registration Number 1027700070661 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION ELEKTROMEKHANIKI (a.k.a. JSC SCIENTIFIC AND PRODUCTION ASSOCIATION OF ELECTRO MECHANIC; a.k.a. NPO OF ELECTROMECHANICS), 31 Mendeleyeva Str., Miass, Chelyabinsk Region 456318, Russia; Organization Established Date 21 Jan 2005; Tax ID No. 7415044181 (Russia); Registration Number 1057407000683 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION KVANT (a.k.a. AO NPO KVANT; a.k.a. JSC R AND PA KVANT; a.k.a. JSC R&PA KVANT; a.k.a. JSC RESEARCH AND PRODUCTION ASSOCIATION KVANT; a.k.a. JSC RPA KVANT), Bolshaya Sankt-Peterburgskaya St., 73, Veliky Novgorod 173001, Russia; Website www.npp-kvant.kret.com; Organization Established Date 09 Dec 2011; Target Type State-Owned Enterprise; Tax ID No. 5321151441 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION NAMED AFTER S. A. LAVOCHKINA (a.k.a. LAVOCHKIN SCIENTIFIC RESEARCH ASSOCIATION; a.k.a. NAUCHNO PROIZVODSTVENNOYE OBYEDINENIYE IMENI LAVOCHKINA; a.k.a. NPO IMENI LAVOCHKINA; a.k.a. S.A. LAVOCHKIN NPO; a.k.a. S.A. LAVOCHKIN SCIENTIFIC PRODUCTION ASSOCIATION), 24 Leningradskaya Str., Khimki, Moscow region 141411, Russia; Organization Established Date 05 Apr 2017; Tax ID No. 5047196566 (Russia); Registration Number 1175029009363 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION RUSBITECH

(a.k.a. AO NPO RUSBITEKH; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION RUSSIAN BASIC INFORMATION TECHNOLOGIES; a.k.a. RPA RUSBITECH JSC), Sh. Varshavskoe D. 26, Str. 11, Moscow 117105, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7726604816 (Russia); Registration Number 5087746137023 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION RUSSIAN BASIC INFORMATION TECHNOLOGIES (a.k.a. AO NPO RUSBITEKH; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION RUSBITECH; a.k.a. RPA RUSBITECH JSC), Sh. Varshavskoe D. 26, Str. 11, Moscow 117105, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7726604816 (Russia); Registration Number 5087746137023 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION TRANSCOM (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE TRANSKOM; a.k.a. AO NPO TRANSKOM), Proezd Entuziastov D. 19, Na Ter-Rii 403, Remontnogo Zavoda, Moscow 111024, Russia; 4 str.1, per. Malyi Ivanovskii, Moscow 109028, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7709163294 (Russia); Registration Number 1027739687975 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION CONCERN BARL (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNY KONTSERN BARL; a.k.a. AO NPK BARL), Murmanskii PR D 14, Moscow 129075, Russia; Organization

Established Date 16 Jul 2004; Tax ID No. 7717513841 (Russia); Government Gazette Number 74062057 (Russia); Registration Number 1047796519220 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE ISTOK IMENI A. I.SHOKINA; a.k.a. AO NPP ISTOK IM. SHOKINA; a.k.a. ISTOK RESEARCH AND PRODUCTION CORPORATION NAMED AFTER SHOKIN JSC; a.k.a. JSC RPC ISTOK NAMED AFTER SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER A.I. SHOKIN; a.k.a. RESEARCH AND PRODUCTION CORPORATION ISTOK), 2A Vokzalnaya Str., Fryazino, Moscow Region 141190, Russia; Organization Established Date 31 Dec 2013; Tax ID No. 5050108496 (Russia); Registration Number 1135050007400 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION KONSTRUKTORSKOYE BYURO MASHYNOSTROYENIYA (a.k.a. KOLOMNA MACHINE BUILDING DESIGN BUREAU; a.k.a. RESEARCH AND PRODUCTION CORPORATION KONSTRUKTORSKOYE BYURO MASHYNOSTROYENIYA; a.k.a. "JSC RPC KBM"), 42, Okskiy Prospekt, Kolomna, Moscow Region 140402, Russia; Website www.kbm.ru; Organization Established Date 02 Jul 2012; Tax ID No. 5022039177 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION PRECISION SYSTEMS AND INSTRUMENTS (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNAYA KORPORATSIYA SISTEMY PRETSIZIONNOGO PRIBOROSTROENIYA; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION PRECISION SYSTEMS AND INSTRUMENTS; a.k.a. SCIENTIFIC AND INDUSTRIAL CORPORATION PRECISION INSTRUMENT SYSTEMS; a.k.a. "AO NPK

SPP"; a.k.a. "JSC RPC PSI"), ul. Aviamotornaya D. 53, Moscow 111024, Russia; Target Type State-Owned Enterprise; Tax ID No. 7722698108 (Russia); Government Gazette Number 07559035 (Russia); Registration Number 1097746629639 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE CIKLON TEST (a.k.a. AO NPP TSIKLON TEST; a.k.a. NPP CYCLONE TEST), Proezd Zavodskoi D. 4, Fryazino 141190, Russia; Organization Established Date 19 Dec 1991; Tax ID No. 5052022886 (Russia); Registration Number 1115050007676 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JOINT STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE IZMERITEL, UL. Babushkina D. 5, Smolensk 214031, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6731036814 (Russia); Registration Number 1026701422076 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE RADAR MMS (a.k.a. JOINT STOCK COMPANY RADAR MMS; a.k.a. RADAR MMS NPP; a.k.a. SCIENTIFIC PRODUCTION ASSOCIATION RADAR MMS JSC), Novoselkovskaya st., 37A, Saint Petersburg 197375, Russia; Organization Established Date 14 Oct 1993; Tax ID No. 7814027653 (Russia); Registration Number 1027807560186 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH CENTER ELINS (a.k.a. ELINS STC JSC; a.k.a. JSC NAUCHNYY CENTER ELINS; a.k.a. JSC SCIENTIFIC AND TECHNICAL CENTER ELINS; a.k.a. SCIENTIFIC TECHNICAL CENTRE ELINS), Panfilovsky Pr., 10, Zelenograd, Moscow 124460, Russia; Organization Established Date 23 Mar 2010; Tax ID No. 7735567832 (Russia); Registration Number 1107746215455 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH DESIGN AND TECHNOLOGICAL BUREAU ONEGA (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-ISSLEDOVATELSKOE PROEKTNO-TEKHNOLOGICHESKO BYURO

ONEGA; a.k.a. JSC NAUCHNO-ISSLEDOVATELSKOYE PROYEKTNO-TEKHNOLOGICHESKOYE BYURO ONEGA (Cyrillic: АО НАУЧНО-ИССЛЕДОВАТЕЛЬСКОЕ ПРОЕКТНО-ТЕХНОЛОГИЧЕСКОЕ БЮРО ОНЕГА); a.k.a. JSC NIPTB ONEGA; a.k.a. ONEGA RESEARCH AND DEVELOPMENT TECHNOLOGICAL BUREAU, Mashinostoitelei Proezd, 12, Severodvinsk, Archangelsk region 164509, Russia; Website WWW.ONEGASTAR.RU; Organization Established Date 30 Jan 2008; Tax ID No. 2902057961 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY RESEARCH INSTITUTE OF ELECTRONIC AND MECHANICAL DEVICES (a.k.a. JSC NII ELEKTRONNO-MEKHANICHESKIKH PRIBOROV; a.k.a. PENZA SCIENTIFIC RESEARCH INSTITUTE OF ELECTRO-MECHANICAL DEVICES; a.k.a. "JSC NIIEMP"; a.k.a. "JSC SRIEMI"), 44, Karakozova Street, Penza 440600, Russia; Tax ID No. 5834054179 (Russia); Registration Number 1115834003185 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH INSTITUTE OF GRAPHITE-BASED MATERIALS NIIGRAFIT (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT KONSTRUKSIONNYKH MATERIALOV NA OSNOVE GRAFITA NIIGRAFIT; a.k.a. JSC NIIGRAFIT; f.k.a. NAUCHNO ISSLEDOVATELSKI INSTITUT KONSTRUKSIONNYKH MATERIALOV NA OSNOVE GRAFITA NIIGRAFIT AO; a.k.a. NIIGRAFIT AO (Cyrillic: НИИГРАФИТ)), Ul. Elektrodnyaya D. 2, Moscow 111141, Russia; Tax ID No. 7720723422 (Russia); Government Gazette Number 00200851 (Russia); Registration Number 1117746574593 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH INSTITUTE OF PRECISION INSTRUMENTS (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT TOCHNYKH PRIBOROV; a.k.a. JOINT STOCK COMPANY SCIENCE RESEARCH INSTITUTE FOR PRECISE INSTRUMENTS; a.k.a. "AO NII TP"; a.k.a. "JSC RIPI"), ul. Dekabristov, VI 51, Moscow 127490, Russia; Target Type State-Owned Enterprise; Tax ID No. 7715784155 (Russia); Government Gazette Number

11482462 (Russia); Registration Number 1097746735481 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RESEARCH INSTITUTE POLYUS OF M.F. STELMAKH (a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH POLYUS NAMED AFTER M. F. STELMAKHA; a.k.a. NAUCHNO-ISSLEDOVATELSKIY INSTITUT POLYUS IMENI M. F. STELMAKHA; a.k.a. NII POLYUS; a.k.a. NII POLYUS IMENI M. F. STELMAKHA; a.k.a. POLYUS INSTITUTE), Building 1, 3 Vvedenskogo St., Moscow 117342, Russia; Organization Established Date 21 Aug 2012; Tax ID No. 7728816598 (Russia); Registration Number 1127746646510 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RIF (a.k.a. "AKTSIONERNOE OBSHCHESTVO RIF"), Ul. 13 Ya Liniya D.93, Rostov Na Donu 344019, Russia; Tax ID No. 6167003345 (Russia); Registration Number 1026104149829 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RIKOR ELECTRONICS (a.k.a. OPEN JOINT STOCK COMPANY RIKOR ELECTRONICS), Ul. Pobedy D. 9, Arzamas 607232, Russia; Tax ID No. 5243001622 (Russia); Registration Number 1025201335279 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RIMERA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РИМЕРА), 40 Bolshoy Boulevard, Floor 5, Room 22, Moscow 121205, Russia; Tax ID No. 7715645176 (Russia); Registration Number 5077746604601 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RM TECHNOLOGIES (a.k.a. JOINT STOCK COMPANY RADIO CONTROL TECHNOLOGIES), Ul. Sofyi Kovalevskoi D. 20, Korp. 1, Lit. A, Pom. 22N, Saint Petersburg 195256, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7804436569 (Russia); Registration Number 1107847128729 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ROSSIYSKIYE KOSMICHESKIYE SISTEMY (a.k.a. ROSSIYSKIYE KOSMICHESKIYE SISTEMY; a.k.a. RUSSIAN SPACE SYSTEMS JSC; a.k.a. "RKS"; a.k.a. "RSS"), 53, Aviamotornaya Str., Moscow, Russia; Organization Established Date 23 Oct 2009; Tax ID No. 7722698789 (Russia);

Registration Number 1097746649681 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RPZ (a.k.a. JOINT STOCK COMPANY RAMENSKY INSTRUMENT ENGINEERING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. JOINT-STOCK COMPANY RAMENSKY PRIBOROSTROITELNY FACTORY; a.k.a. RAMENSKIY PRIBOROSTROITELNYY ZAVOD; a.k.a. RAMENSKOYE INSTRUMENT BUILDING PLANT (Cyrillic: РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. RAMENSKOYE INSTRUMENT DESIGN BUREAU; a.k.a. RAMENSKOYE INSTRUMENT ENGINEERING PLANT; a.k.a. RAMENSKOYE INSTRUMENT PLANT; a.k.a. RAMENSKOYE INSTRUMENT-MAKING DESIGN BUREAU; a.k.a. RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. RAMENSKY INSTRUMENT-MAKING FACTORY; a.k.a. "RPKB"), Mikhalevicha st., 39, bldg. 20, 2/124, Ramenskoye, Moscow Region 140100, Russia; Organization Established Date 02 Jul 2001; Tax ID No. 5040001426 (Russia); Registration Number 1025005116839 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RT-TEKHPRIEMKA (a.k.a. JSC RT-TEKHPRIEMKA; a.k.a. RT-TECHPRIEMKA), Per. Elektricheskii D. 1, Str. 12, Moscow 123557, Russia; Organization Established Date 12 Jul 1991; Target Type State-Owned Enterprise; Tax ID No. 7714710760 (Russia); Registration Number 1077759874070 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JOINT STOCK COMPANY RUDNIK KARALVEEM (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РУДНИК КАРАЛЬВЕЕМ) (a.k.a. OJSC KARALVEEM MINE), Chukotski Autonomous Okrug 689450, Russia; Tax ID No. 8703009509 (Russia); Registration Number 1038700020974 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RUSATOM ARCTIC, Proezd Kitaigorodskii, 7, Str. 1, Moscow 109012, Russia; Tax ID No. 9705215178 (Russia); Registration Number 1237700926825 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RUSSIAN COPPER COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РУССКАЯ МЕДНАЯ КОМПАНИЯ) (a.k.a. AO RUSSKAYA MEDNAYA COMPANY; a.k.a. "RCC GROUP"), 57 Gorkogo Street, Ekaterinburg, Sverdlovsk

Region 620026, Russia; Tax ID No. 6670061296 (Russia); Registration Number 1046603513450 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RUSSIAN HELICOPTERS (a.k.a. AKTSIONERNOE OBSHCHESTVO VERTOLETY ROSSII; a.k.a. JSC RUSSIAN HELICOPTERS; a.k.a. OPEN JOINT STOCK COMPANY RUSSIAN HELICOPTERS; a.k.a. RUSSIAN HELICOPTERS JOINT STOCK COMPANY; a.k.a. VERTOLETY ROSSII AO), Entrance 9, 12, Krasnopresnenskaya emb., Moscow 123610, Russia; 1, Ul. Bolshaya Pionerskaya, Moscow 115054, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1077746003334 (Russia); Tax ID No. 7731559044 (Russia); Government Gazette Number 98927243 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JOINT STOCK COMPANY RUSSIAN REGIONAL DEVELOPMENT BANK (a.k.a. VSEROSSIYSKY BANK RAZVITIYA REGIONOV; a.k.a. "VBRR"), 65/1 Suschevsky Val, Moscow 129594, Russia; SWIFT/BIC RRDBRUMM; Target Type Financial Institution; Tax ID No. 7736153344 (Russia); Identification Number XC6QLI.00000.LE.643 (Russia); Legal Entity Number 549300FIJ3MYU0VX6Y72; Registration Number 1027739186914 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RUSSIAN RESEARCH INSTITUTE ELECTRONSTANDART (a.k.a. AO RNII ELEKTRONSTANDART; a.k.a. RNII ELECTRONSTANDARD), Ul. Tsvetochnaya D. 25, Korp. 3, Saint Petersburg 196006, Russia; Organization Established Date 1943; Tax ID No. 7810196298 (Russia); Registration Number 1027804880135 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JOINT STOCK COMPANY RUSSIAN STANDARD BANK, Ul. Tkatskaya 36, Moscow 105187, Russia; SWIFT/BIC RSJSRUMM; Website www.rsb.ru; alt. Website russianstandard.com; Organization Established Date 01 Jan 1992; Target Type Financial

Institution; Tax ID No. 7707056547 (Russia); Legal Entity Number 549300F4ZEG3A9JDGZ08; Registration Number 1027739210630 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RUSSIAN TITANIUM RESOURCES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РУССКИЕ ТИТАНОВЫЕ РЕСУРСЫ) (a.k.a. JSC RUSTITAN (Cyrillic: АО РУСТИТАН)), d. 3 pom. I, per. 1-I Obydenski, Moscow 119034, Russia; Tax ID No. 7702711230 (Russia); Registration Number 1097746415315 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RYAZAN STATE INSTRUMENT MAKING ENTERPRISE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГОСУДАРСТВЕННЫЙ РЯЗАНСКИЙ ПРИБОРНЫЙ ЗАВОД) (a.k.a. RSIE, JOINT STOCK COMPANY), Seminarskaya st., 32, Ryazan 390000, Russia; Organization Established Date 20 Dec 2011; Tax ID No. 6234098539 (Russia); Registration Number 1116234013598 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY RYAZANSKOE KONSTRUKTORSKOE BJURO GLOBUS (a.k.a. AO RKB GLOBUS; a.k.a. GLOBUS RYAZAN DESIGN BUREAU JSC; a.k.a. RKB GLOBUS PAO), Ul. Vysokovoltnaya D. 6, Ryazan 390013, Russia; Organization Established Date 01 Oct 1955; Tax ID No. 6229060995 (Russia); Registration Number 1086229000560 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JOINT STOCK COMPANY SALAVAT CHEMICAL PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САЛАВАТСКИЙ ХИМИЧЕСКИЙ ЗАВОД) (a.k.a. SALAVAT CHEMICAL PLANT; a.k.a. "AO CX3"; a.k.a. "JSC SKHZ"), 30 Mologvardeytsev Street, Salavat, Republic of Bashkortostan 453256, Russia; Website www.salavathz.ru; Organization Established Date 01 Nov 2012; Tax ID No. 266036534 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SALUTE (a.k.a. SALYUT AO; a.k.a. SALYUT JSC), Sh. Moskovskoe P. Mekhzavod D. 20, Samara 443028, Russia; Organization Established Date 25 Dec 1941; Tax ID No. 6313034986 (Russia); Registration Number 1026300840983 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JOINT STOCK COMPANY SAMARA METALLURGICAL PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САМАРСКИЙ

МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД) (a.k.a. "JSC SMZ" (Cyrillic: "АО СМЗ")), 29 Alma-Atinskaya Street, Building 33/34, Samara 443051, Russia; 10 Presnenskaya Embankment, Block B, Moscow 123112, Russia; Tax ID No. 6310000160 (Russia); Registration Number 1026300763389 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SAMARA THERMAL POWER FOUNDATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САМАРСКИЙ ТЕПЛОЭНЕРГЕТИЧЕСКИЙ ИМУЩЕСТВЕННЫЙ ФОНД) (a.k.a. SAMARA HEAT AND ENERGY PROPERTY FUND; a.k.a. SAMARA HEAT AND POWER PROPERTY FUND; a.k.a. SAMARA THERMAL POWER FDN JSC; a.k.a. SAMARSKIY TEPLOENERGETICHESKIY IMUSHCHESTVENNIY FOND; a.k.a. STIF JSC (Cyrillic: АО СТИФ); a.k.a. STIF, AO), Corp 6 A, Unit 2H, 1st Floor, Unit 95, prospekt Bolshoy Sampsoniyevskiy 60, St Petersburg 194044, Russia; Stepana Razina Street, 89, 2, 2, Samara, Samara Region 443099, Russia; d. 60 korp. 6 litera A pom. 2N, 1 etazh chast pom. 95, prospekt Bolshoi Sampsonievski, St. Petersburg 194044, Russia; Target Type State-Owned Enterprise; Tax ID No. 6317063064 (Russia); Identification Number IMO 6188586; Business Registration Number 1066317027787 (Russia) [PEESA-EO14039].

JOINT STOCK COMPANY SANATORIUM AY-PETRI (a.k.a. JOINT STOCK COMPANY AI-PETRI SANATORIUM; a.k.a. JSC SANATORIUM AY-PETRI), House 15, Alupkinskoye shosse, Urban Village Koreiz, City of Yalta, Crimea 298671, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103082749 (Russia); Registration Number 1169102093797 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY SANATORIUM DYULBER (a.k.a. JOINT STOCK COMPANY DIULBER SANATORIUM; a.k.a. JSC SANATORIUM DYULBER), House 19, Alupkinskoye shosse, Koreiz, Yalta, Crimea 298671, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103084143 (Russia); Registration Number 1179102009525 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY SANATORIUM MISKHOR (a.k.a. JSC SANATORIUM MISKHOR), House 9, Alupkinskoye shosse,

Koreiz, Yalta, Crimea 298671, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103082756 (Russia); Registration Number 1169102093930 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY SAROVBUSINESSBANK (f.k.a. JOINT STOCK COMMERCIAL BANK SAROVBUSINESSBANK; a.k.a. JSC SAROVBUSINESSBANK; f.k.a. PUBLIC JOINT STOCK COMPANY SAROVBUSINESSBANK), ul Silkina 13, Sarov, Nizhegorodskaya Oblast 607189, Russia; SWIFT/BIC SARORU2S; Website http://www.sbbank.ru; BIK (RU) 042202718; Target Type Financial Institution [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JOINT STOCK COMPANY SARYLAKH SURMA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО САРЫЛАХ СУРЬМА), ul. Sovetskaya 16 Pgt, Ust-Nera 678730, Russia; Tax ID No. 1420002690 (Russia); Registration Number 1021400791763 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SBERBANK (a.k.a. AKTSIONERNE TOVARYSTVO SBERBANK; a.k.a. JSC SBERBANK; a.k.a. JSC SBERBANK OF RUSSIA; a.k.a. PUBLICHNE AKTSIONERNE TOVARYSTVO DOCHIRNII BANK SBERBANKU ROSII; f.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PRIVATE JOINT STOCK COMPANY; a.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PUBLIC JOINT STOCK COMPANY; a.k.a. SUBSIDIARY BANK SBERBANK OF RUSSIA PUBLIC JOINT STOCK COMPANY), 46 Volodymyrska street, Kyiv 01601, Ukraine; 46 Vladimirskaya St, Kyiv 01601, Ukraine; SWIFT/BIC SABRUAUK; Website www.sberbank.ua; alt. Website sbrf.com.ua; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 25959784 (Ukraine); Tax ID No. 259597826652 (Ukraine); For more information on directives, please visit the

following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JOINT STOCK COMPANY SBERBANK AUTOMATED TRADE SYSTEM (a.k.a. JOINT STOCK COMPANY SBERBANK-AUTOMATED SYSTEM FOR TRADING; a.k.a. JSC SBERBANK-AUTOMATED SYSTEM FOR TRADING; a.k.a. SBERBANK-AST JSC; a.k.a. SBERBANK-AST ZAO; a.k.a. SBERBANK-AUTOMATED TRADING SYSTEM CLOSED JOINT STOCK COMPANY; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK AVTOMATIZIROVANNAYA SISTEMA TORGOV), d. 24 str. 2 ul. Novoslobodskaya, Moscow 127055, Russia; 12 B. Savvinsky Lane, building 9, floor 1, office 1, room 1, Moscow 119435, Russia; Website www.sberbank-ast.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027707000441 (Russia); Tax ID No. 7707308480 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JOINT STOCK COMPANY SBERBANK LEASING (a.k.a. CJSC SBERBANK LEASING; f.k.a. RUSSKO-GERMANSKAYA LIZINGOVAYA KOMPANIYA ZAO; a.k.a. SBERBANK LEASING JSC; a.k.a. SBERBANK LEASING ZAO; a.k.a. SBERBANK LIZING ZAKRYTOE AKTSIONERNOE OBSHCHESTVO), Novoivanovskoe workers settlement, Odintsovo, Moscow Region 143026, Russia; 6 Vorobievskoe shosse, Moscow 119285, Russia; Website www.sberleasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027739000728 (Russia); Tax ID No. 7707009586 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JOINT STOCK COMPANY SBERBANK PRIVATE PENSION FUND (a.k.a. CJSC NON-STATE PENSION FUND OF SBERBANK; f.k.a. NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA; a.k.a. NPF SBERBANKA ZAO; a.k.a. SBERBANK PPF JSC; a.k.a. SBERBANK PRIVATE PENSION FUND CLOSED JOINT STOCK COMPANY; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND SBERBANKA), d. 31 G ul. Shabolovka, Moscow 115162, Russia; Website www.npfsberbanka.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147799009160 (Russia); Tax ID No. 7725352740 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JOINT STOCK COMPANY SBERBANK TECHNOLOGIES (a.k.a. JOINT STOCK COMPANY SBERBANK TECHNOLOGY; a.k.a. SBERTECH JSC), 10 Novodanilovskaya Emb.,

Moscow 117105, Russia; Tax ID No. 7736632467 (Russia); Registration Number 1117746533926 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JOINT STOCK COMPANY SBERBANK TECHNOLOGY (a.k.a. JOINT STOCK COMPANY SBERBANK TECHNOLOGIES; a.k.a. SBERTECH JSC), 10 Novodanilovskaya Emb., Moscow 117105, Russia; Tax ID No. 7736632467 (Russia); Registration Number 1117746533926 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JOINT STOCK COMPANY SBERBANK-AUTOMATED SYSTEM FOR TRADING (a.k.a. JOINT STOCK COMPANY SBERBANK AUTOMATED TRADE SYSTEM; a.k.a. JSC SBERBANK-AUTOMATED SYSTEM FOR TRADING; a.k.a. SBERBANK-AST ZAO; a.k.a. SBERBANK-AUTOMATED TRADING SYSTEM CLOSED JOINT STOCK COMPANY; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK AVTOMATIZIROVANNAYA SISTEMA TORGOV), d. 24 str. 2 ul. Novoslobodskaya, Moscow 127055, Russia; 12 B. Savvinsky Lane, building 9, floor 1, office 1, room 1, Moscow 119435, Russia; Website www.sberbank-ast.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027707000441 (Russia); Tax ID No. 7707308480 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JOINT STOCK COMPANY SCAN (a.k.a. CLOSED JOINT STOCK COMPANY SCAN; a.k.a. "JSC SCAN"), Ul. Druzhby D.10 B, Moscow 119330, Russia; Organization Established Date 04 Apr 2007; Tax ID No.

7729571904 (Russia); Government Gazette Number 80712625 (Russia); Registration Number 5077746460380 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENCE RESEARCH INSTITUTE FOR PRECISE INSTRUMENTS (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT TOCHNYKH PRIBOROV; a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF PRECISION INSTRUMENTS; a.k.a. "AO NII TP"; a.k.a. "JSC RIPI"), ul. Dekabristov, VI 51, Moscow 127490, Russia; Target Type State-Owned Enterprise; Tax ID No. 7715784155 (Russia); Government Gazette Number 11482462 (Russia); Registration Number 1097746735481 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION CRITICAL INFORMATION SYSTEMS (a.k.a. "JSC NPO KIS"), Kitaigorodsky passage, 7, building 1, floor 1, Office 1035, ext. ter. Tagansky municipal district, Moscow 109012, Russia; Tax ID No. 9705178310 (Russia); Registration Number 1227700585353 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION ELEKTROMASHINA (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ELEKTROMASHINA; a.k.a. AO NPO ELEKTROMASHINA), 2 Mashinostroiteley st, Chelyabinsk 454119, Russia; Tax ID No. 7449044990 (Russia); Registration Number 1047422507736 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION PRIBOR NAMED AFTER S S GOLEMBIOVSKY (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBYEDINENIE PRIBOR IMENI S S GOLEMBIOVSKOGO; a.k.a. AO NPO PRIBOR IMENI S S GOLEMBIOVSKOGO), 1 Kirovgradskaya St., Moscow 117587, Russia; 2 ul. Novorossiiskaia, Chelyabinsk, 3 ul. Sovnarkhoznaia, Noginsk 142400, Russia; 1/21 ul. 1-ia Krasnoarmeiskaia, Saint Petersburg, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No.

7726700943 (Russia); Registration Number 1127746541427 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION CENTER ELECTRONIC COMPUTING AND INFORMATION SYSTEMS (a.k.a. ELVEES R AND D CENTER JSC; a.k.a. ELVEES R&D CENTER JSC; a.k.a. ELVEES RESEARCH AND DEVELOPMENT CENTER JSC; a.k.a. JSC SPC ELVIS), Proyezd 4922, 4 Build.2, Zelenograd, Moscow 124498, Russia; Tax ID No. 7735582816 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ENTERPRISE POLYOT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО ПРОИЗВОДСТВЕННОЕ ПРЕДПРИЯТИЕ ПОЛЕТ), Pl. Komsomolskaya D. 1, Nizhny Novgorod 603011, Russia; Organization Established Date 29 Dec 2011; Tax ID No. 5258100129 (Russia); Registration Number 1115258007688 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC AND RESEARCH INSTITUTE OF ELECTRONIC ENGINEERING MATERIALS (a.k.a. "AO NIIMET"), Ul. Gagarina, D. 1, Kaluga 248650, Russia; Organization Established Date 22 Nov 1991; Tax ID No. 4026008516 (Russia); Registration Number 1024001177188 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JOINT STOCK COMPANY SCIENTIFIC AND TECHNICAL CENTER OF RADIOELECTRONIC WARFARE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР РАДИОЭЛЕКТРОННОЙ БОРЬБЫ) (a.k.a. AKTSIONERNOE OBSCHESTVO NAUCHNO-TEKHNICHESKI TSENTR RADIOELEKTRONNOI BORBY; a.k.a. AO NTTS REB; a.k.a. JSC NTTS REB (Cyrillic: AO НТЦ РЭБ); a.k.a. SCIENTIFIC-TECHNICAL CENTER FOR ELECTRONIC WARFARE (Cyrillic: НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР РАДИОЭЛЕКТРОННОЙ БОРЬБЫ)), d. 29 korp. 135, ul. vereiskaya, Moscow 121357, Russia; Organization Established Date 29 Aug 2005; Tax ID No. 7731529843 (Russia); Government Gazette Number 78506999 (Russia); Registration Number 1057748002850 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC AND TECHNICAL COMPANY AZIMUT PHOTONICS (a.k.a. ZAO NTK AZIMUTH PHOTONICS), Ul.

Lipetskaya D. 10, K. 2, KV 125, Moscow 115404, Russia; Tax ID No. 7706724914 (Russia); Registration Number 1097746561219 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC INDUSTRIAL CONCERN MANUFACTURING ENGINEERING (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNY KONTSERN TEKHNOLOGII MASHINOSTROENIYA; a.k.a. JSC SPC TECHMASH; a.k.a. NPK TEKHMASH OAO; a.k.a. OJSC MACHINE ENGINEERING TECHNOLOGIES; a.k.a. SCIENTIFIC INDUSTRIAL CONCERN MANUFACTURING ENGINEERING OJSC), d. 58 str. 4 shosse Leningradskoe, Moscow 125212, Russia; Ul. Bolshaya Tatarskaya D. 35, Str. 5, Moscow 115184, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 06 Apr 2011; Registration ID 1117746260477 (Russia); Tax ID No. 7743813961 (Russia); Government Gazette Number 91420386 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION ANDROIDNAYA TEKHNIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ АНДРОЙДНАЯ ТЕХНИКА) (a.k.a. NPO ANDROIDNAYA TEKHNIKA AO; a.k.a. SPA ANDROID TECHNICS), Ulitsa Graivoronovskaya, Dom 23, Moscow 109518, Russia; Organization Established Date 24 Nov 2009; Tax ID No. 7723738378 (Russia); Registration Number 1097746741894 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION BAZALT (a.k.a. AO NPO BAZALT; a.k.a. FEDERAL STATE UNITARY ENTERPRISE STATE RESEARCH AND PRODUCTION ENTERPRISE BAZALT; a.k.a. FSUE SRPE BAZALT), 32 Velyaminovskaya, Moscow 105318, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; alt. Secondary

sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7719830028 (Russia); Registration Number 1127747209501 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION ECHELON (a.k.a. JOINT STOCK COMPANY ECHELON UNION FOR SCIENCE AND DEVELOPMENT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ЭШЕЛОН); a.k.a. JSC NPO ECHELON), D. 24 Str. 1, Ul. Elektrozavodskaya, Moscow, Russia 107023, Russia; Website www.npo.echelon.ru; alt. Website cnpo.ru; Organization Established Date 22 Nov 2007; Organization Type: Other information technology and computer service activities; Tax ID No. 7718676447 (Russia); Registration Number 1077762808683 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE AEROSILA (a.k.a. JSC SPE AEROSILA; a.k.a. NPP AEROSILA, AO), 6, Zhdanov Str, Stupino, Moscow region 142800, Russia; Website www.aerosila.ru; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Sep 2002; Tax ID No. 5045002261 (Russia); Business Registration Number 1025005917023 (Russia) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE KONTAKT (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE KONTAKT; a.k.a. AO NPP KONTAKT; a.k.a. JSC SPE KONTAKT; a.k.a. "NPP CONTACT"), 1, Ul. Spitsyna, Saratov, Saratovskaya Oblast 410086, Russia; Organization Established Date 11 Dec 1991; Tax ID No. 6453097665 (Russia); Government Gazette Number 07619636 (Russia); Registration Number 1086453000567 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVIAZ (a.k.a. AO NPP RADIOSVIAZ; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE RADIOSVYAZ; a.k.a. JSC NPP RADIOSVYAZ; a.k.a. JSC SPE RADIOSVYAZ; a.k.a. RESEARCH AND PRODUCTION ENTERPRISE RADIOSVYAZ; a.k.a. SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVYAZ JOINT STOCK COMPANY), 19 Dekabristov Str., Krasnoyarsk, Krasnoyarsk Territory 660021, Russia; Organization Established Date 27 Dec 2012; Tax ID No. 2460243408 (Russia); Registration Number 1122468072231 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RADIY (a.k.a. AO NPP RADIY), Ul. Chasovaya D. 28, Moscow 125315, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7712001254 (Russia); Registration Number 1027700133141 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RESEARCH AND DESIGN INSTITUTE OF WELL LOGGING (a.k.a. JOINT STOCK COMPANY NPP VNIIGIS; a.k.a. "AO NPP VNIIGIS"), 1, ul. Gorkogo Oktyabrski, Bashkortostan Republic 452614, Russia; Organization Established Date 26 Dec 1995; Tax ID No. 0265013492 (Russia); Government Gazette Number 01423872 (Russia); Registration Number 1020201929439 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE EKRAN (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT EKRAN; a.k.a. AO NII EKRAN), 24 Kirova Ave, Samara 443022, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6319169796 (Russia); Registration Number 1136319002731 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE GIRICOND (a.k.a. AO NII GIRIKOND; a.k.a. RESEARCH INSTITUTE GIRIKOND), Ul. Kurchatova D. 10, Saint Petersburg 194223, Russia; Organization Established Date 1939; Tax ID No. 7802144144 (Russia); Registration Number 1027801555143 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE OF ELECTRICAL CARBON PRODUCTS (a.k.a. "AO NIIEI", Per. Gorki D.1, Elektrougli 142455, Russia; Organization Established Date 1946; Tax ID No. 5031099373 (Russia); Registration Number 1125031000093 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JOINT STOCK COMPANY SCIENTIFIC RESEARCH INSTITUTE PLATAN WITH PLANT (a.k.a. AO NII PLATAN S ZAVODOM PRI NII), Proezd Zavodskoi D. 2, Fryazino 141190, Russia; Organization Established Date Oct 1965; Tax ID No. 5052023047 (Russia); Registration Number 1115050010460 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JOINT STOCK COMPANY SCIENTIFIC-RESEARCH INSTITUTE OF MECHANIZATION OF KRASNOARMEYSK (a.k.a. "AO KNIIM"), Pr-Kt Ispytatelei D. 8, Krasnoarmeysk 141292, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5038087144 (Russia); Registration Number 1115038007534 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SCIENTIFIC-RESEARCH INSTITUTE VEKTOR (a.k.a. AO NII VEKTOR), ul. Akademika Pavlova d. 14-A, Saint Petersburg 197376, Russia; Ul. Kantemirovskaya D. 10, Saint Petersburg 197342, Russia; Website nii-vektor.ru; Email Address nii@nii-vektor.ru; Organization Established Date 1908; Tax ID No. 7813491943 (Russia); Trade License No. 1117847020400 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SEA PROJECT (a.k.a. ZAO SI PROEKT), Ul. Marshala Govorova D. 52, Saint Petersburg 198095, Russia; Pl. Konstitutsii D. 7, Lit. A, Pom. 146N, Saint Petersburg 196191, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to

support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7825503960 (Russia); Registration Number 1037843083849 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SET 1 (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СЕТ 1), 38A Second Khutorskaya Street, Building 1, Floor 6, Office 614, Moscow 127287, Russia; Tax ID No. 7720166348 (Russia); Registration Number 1027700337906 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SEVASTOPOLSKY MORSKOY BANK (a.k.a. AKTSIONERNOE OBSHCHESTVO SEVASTOPOLSKIY MORSKOY BANK; a.k.a. AO SEVASTOPOLSKIY MORSKOY BANK; a.k.a. JSC SEVASTOPOLSKY MORSKOY BANK), 18a Brestska Street, Sevastopol, Crimea 99001, Ukraine; 18/A Ulitsa Brestskaya, Sevastopol, Crimea 299001, Ukraine; SWIFT/BIC MORKUAUK; Website www.morskoybank.com; Email Address root@morskoybank.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149204013397 [UKRAINE-EO13685].

JOINT STOCK COMPANY SEVERNIY PRESS (a.k.a. AO SEVERNYI PRESS; a.k.a. JSC SEVERNY PRESS; a.k.a. SEVERNY PRESS AO), Ul. Tallinskaya D. 7, Saint Petersburg 195196, Russia; Organization Established Date 24 Feb 1992; Tax ID No. 7806337732 (Russia); Registration Number 1146444000010 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

JOINT STOCK COMPANY SEVERSKIY PIPE PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СЕВЕРСКИЙ ТРУБНЫЙ ЗАВОД (a.k.a. "JSC STZ" (Cyrillic: "АО СТЗ")), 7 Vershinina Street, Polevskoy 623388, Russia; Tax ID No. 6626002291 (Russia); Registration Number 1026016061118 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SHIP REPAIR CENTER 'ZVEZDOCHKA' (a.k.a. AO SHIP REPAIR CENTER 'ZVEZDOCHKA'; a.k.a. OAO SHIP REPAIR CENTER 'ZVEZDOCHKA'; a.k.a. SHIP REPAIR CENTER ZVEZDOCHKA; a.k.a. 'ZVEZDOCHKA' SHIPYARD), 12, proyezd Mashinostroiteley, Severodvinsk, Arkhangelskaya Oblast 164509, Russia; 13 Geroyev Sevastopolya Street, Sevastopol, Crimea 99001, Ukraine; Website www.star.ru; alt. Website http://starsmz.ru/; alt. Website

http://sevmorzavod.com/; Email Address info@star.ru; alt. Email Address star_sev@mail.ru; alt. Email Address office@smp.com.ua; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1082902002677 (Russia); Tax No. 2902060361 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY SHIPBUILDING CORPORATION AK BARS (a.k.a. JSC SHIPBUILDING CORPORATION AK BARS), Zavodskaya Str., 9a, Zelenodolsk, Republic of Tatarstan 422546, Russia; Zavodskaya Str., 5, Zelenodolsk, Republic of Tatarstan 422546, Russia; Tax ID No. 1648040380 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SHIPBUILDING PLANT LOTOS (a.k.a. JSC SUDOSTROITELNY FACTORY LOTOS (Cyrillic: АО СУДОСТРОИТЕЛЬНЫЙ ЗАВОД ЛОТОС); a.k.a. SHIPBUILDING PLANT LOTOS; a.k.a. "SHIPYARD LOTOS"), Narimanov, Beregovayas T., 3, Astrakhan Oblast 416111, Russia; Organization Established Date 07 Jul 1997; Tax ID No. 3008003802 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY SHIPBUILDING PLANT SEVERNAYA VERF (a.k.a. PJSC SUDOSTROITELNY FACTORY SEVERNAYA VERF (Cyrillic: ПАО СУДОСТРОИТЕЛЬНЫЙ ЗАВОД СЕВЕРНАЯ ВЕРФЬ); a.k.a. PUBLIC JOINT STOCK COMPANY SHIPBUILDING PLANT SEVERNAYA VERF; a.k.a. SEVERNAYA SHIPYARD; a.k.a. SEVERNAYA VERF SHIPBUILDING PLANT), Korabelnaya Str., 6, St. Petersburg 198096, Russia; Organization Established Date 14 Apr 1994; Tax ID No. 7805034277 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY SHIPREPAIRING CENTER ZVYOZDOCHKA (a.k.a. JOINT-STOCK COMPANY SHIP REPAIR CENTER ZVEZDOCHKA; a.k.a. JOINT-STOCK COMPANY TSS ZVEZDOCHKA; a.k.a. JSC CENTER SUDOREMONTA ZVEZDOCHKA (Cyrillic: АО ЦЕНТР СУДОРЕМОНТА ЗВЕЗДОЧКА); a.k.a. SC ZVYOZDOCHKA; a.k.a. SHIPREPAIRING CENTER ZVYOZDOCHKA), 12 Mashinostroiteley Passage, Severodvinsk, Arkhangelsk Region

164500, Russia; Organization Established Date 12 Nov 2008; Tax ID No. 2902060361 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY SHVABE (a.k.a. AKTSIONERNOE OBSHCHESTVO SHVABE; a.k.a. AO SHVABE; f.k.a. SHVABE PAO), 176, Prospekt Mira, Moscow 129366, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type State-Owned Enterprise; Registration ID 1107746256727 (Russia); Tax ID No. 7717671799 (Russia); Government Gazette Number 07508641 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JOINT STOCK COMPANY SIGNALTEK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СИГНАЛТЕК) (a.k.a. AO SIGNALTEK; a.k.a. JSC SIGNALTEK; a.k.a. SIGNALTEK CLOSED CORPORATION), Ul. Ivovaya D. 2 Et/Pom/Kom 4/I/45, Moscow, Russia 129329, Russia; Website signaltec.ru; Organization Established Date 20 Sep 2011; Organization Type: Other information technology and computer service activities; Tax ID No. 7722756624 (Russia); Registration Number 1117746741210 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SINARSKIY PIPE PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СИНАРСКИЙ ТРУБНЫЙ ЗАВОД) (a.k.a. "JSC SINTZ" (Cyrillic: "АО СИНТЗ")), 1 Zavodskiy Passage Street, Kamensk-Uralskiy 623401, Russia; Tax ID No. 6612000551 (Russia); Registration Number 1026600931686 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SMOLENSK AIRCRAFT PLANT (a.k.a. JSC SMOLENSK AVIATION PLANT; a.k.a. SMOLENSK AIRCRAFT PLANT JSC; a.k.a. "AO SMAZ"), Ul. Frunze D. 74, Smolensk 214006, Russia; Organization Established Date 1926; Tax ID No. 6729001476 (Russia); Registration Number 1026701424056 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JOINT STOCK COMPANY SOVCOMBANK LIFE (a.k.a. JSC SOVCOMBANK LIFE; a.k.a.

SOVCOMBANK LIFE JSC), Ul. Butyrskaya, D. 76, P. 1, Moscow 127015, Russia; Website sovcomlife.ru; Tax ID No. 7730058711 (Russia); Registration Number 1027739059754 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

JOINT STOCK COMPANY SOVCOMFLOT (a.k.a. JSC SOVCOMFLOT; a.k.a. PAO SOVCOMFLOT; a.k.a. PUBLIC JOINT STOCK COMPANY MODERN COMMERCIAL FLEET; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO SOVREMENNYY KOMMERCHESKIY FLOT; a.k.a. "SCF"; a.k.a. "SCF GROUP"), Ul. Gasheka D. 6, Moscow 125047, Russia; Nab. Reki Moiki d.3, Lit. A, Saint Petersburg 191186, Russia; Building 3, Letter A, Moyka River Embankment, Saint Petersburg 191186, Russia; Website sovcomflot.ru; alt. Website www.scf-group.com; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7702060116 (Russia); Legal Entity Number 253400DYLWR5A6YAWJ69; Registration Number 1027739028712 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF INSTRUMENT MAKING AND AUTOMATION (a.k.a. OPEN JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF INSTRUMENT ENGINEERING AND AUTOMATION; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO SPETSIALNOE KONSTRUKTORSKOE BIURO PRIBOROSTROENIIA I AVTOMATIKI; a.k.a. "OAO SKB PA"), 55 Krupskoi Street, Kovrov 601903, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's

military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3305016642 (Russia); Registration Number 1023301951045 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF THE CABLE INDUSTRY (a.k.a. "AO OKB KP"), Ul. Yadreevskaya D. 4, Mytishchi 141002, Russia; Ul. Kolpakova D. 77, Mytishchi 141008, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5029150262 (Russia); Registration Number 1115029003231 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SPECIAL DESIGN BUREAU OF TRANSPORT MECHANICAL ENGINEERING (a.k.a. AKTSIONERNOE OBSHCHESTVO SPETSIALNOE KONSTRUKTORSKOE BIURO TRANSPORTNOGOMASHINOSTROENIIA; a.k.a. AO SPETSMASH; a.k.a. SPECMASH KB), 47 Stachek Ave., Korp 2, Saint Petersburg 198097, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7805019624 (Russia); Registration Number 1027802749061 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SPECIAL DESIGN BUREAU TURBINA (a.k.a. JSC TURBINA SDB; a.k.a. OAO SKB TURBINA), 2B Lenin Avenue, Chelyabinsk 454007, Russia; Tax ID No. 74522033815 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОСОБАЯ ЭКОНОМИЧЕСКАЯ ЗОНА ПРОМЫШЛЕННО-ПРОИЗВОДСТВЕННОГО ТИПА АЛАБУГА; Cyrillic: АО ОЭЗ ППТ АЛАБУГА) (a.k.a. AKTSIONERNOE OBSHCHESTVO OSOBAYA EKONOMICHESKAYA ZONA PROMYSHLENNO-PROIZVODSTVENNOGO TIPA ALABUGA; a.k.a. AO OEZ PPT ALABUGA), ul. Sh-2 (Oez Alabuga Ter.) 4/1, Yelabuga, Tatarstan 423600, Russia (Cyrillic: ТЕРРИТОРИЯ ОЭЗ АЛАБУГА, УЛИЦА Ш-2, КОРПУС 4/1, Елабужский Район, Республика

Татарстан 423600, Russia); Promploshchadka Alabuga, ul. Sh-2, Korp. 4/1, Yelabuga, Volga federal region, Republic of Tatarstan 423600, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 24 Jul 2006; Tax ID No. 1646019914 (Russia); Registration Number 1061674037259; alt. Registration Number 95427882 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE TECHNOPOLIS MOSCOW (a.k.a. JSC SEZ TECHNOPOLIS MOSCOW; f.k.a. SEZ ZELENOGRAD; f.k.a. TVZ ZELENOGRAD), Per. Pechatnikov D. 12, Moscow 107045, Russia; Tax ID No. 7735143008 (Russia); Registration Number 1157746364060 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SPECIAL RELAY SYSTEM DESIGN AND ENGINEERING BUREAU (a.k.a. "AO SKTB RT"), Ul. Nekhinskaya D. 55, Velikiy Novgorod 173025, Russia; Organization Established Date 20 May 1992; Tax ID No. 5321095589 (Russia); Registration Number 1045300260940 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JOINT STOCK COMPANY SPECIAL RESEARCH BUREAU OF MOSCOW POWER ENGINEERING INSTITUTE (a.k.a. AKTSIONERNOE OBSHCHESTVO OSOBOE KONSTRUKTORSKOE BYURO MOSKOVSKOGO ENERGETICHESKOGO INSTITUTA; a.k.a. "AO OKB MEI"; a.k.a. "JSC OKB MEI"), ul. Krasnokazarmennaya D. 14, Moscow 111250, Russia; Target Type State-Owned Enterprise; Tax ID No. 7722701431 (Russia); Government Gazette Number 02066983 (Russia); Registration Number 1097746729816 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SPECIALIZED DESIGN TECHNOLOGY BUREAU ELEKTRONNYKH SYSTEM (a.k.a. JSC SPETSIALIZIROVANNOYE KONSTRUKTORSKO-TEKHNOLOGICHESKOYE BYURO ELEKTRONNYKH SYSTEM; a.k.a. SKTB ES, AO; a.k.a. SPECIALIZED ENGINEERING AND DESIGN BUREAU OF ELECTRONIC SYSTEMS JOINT STOCK COMPANY), 160

Leninsky Ave, Voronezh, Voronezh Region 394000, Russia; Organization Established Date 17 Aug 2006; Tax ID No. 3661036308 (Russia); Registration Number 1063667253528 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY SREDNE-NEVSKY SHIPBUILDING PLANT (a.k.a. JOINT STOCK COMPANY SREDNE-NEVSKY SHIPYARD; a.k.a. JSC SREDNE-NEVSKY SHIPYARD; a.k.a. JSC SREDNE-NEVSKY SUDOSTROITELNY FACTORY (Cyrillic: AO СРЕДНЕ-НЕВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. SREDNE-NEVSKY SHIPYARD; a.k.a. "JSC SNSZ"), Ponton, St. Factory, 10, St. Petersburg 196643, Russia; Organization Established Date 20 Nov 2008; Tax ID No. 7817315385 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY SREDNE-NEVSKY SHIPYARD (a.k.a. JOINT STOCK COMPANY SREDNE-NEVSKY SHIPBUILDING PLANT; a.k.a. JSC SREDNE-NEVSKY SHIPYARD; a.k.a. JSC SREDNE-NEVSKY SUDOSTROITELNY FACTORY (Cyrillic: AO СРЕДНЕ-НЕВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. SREDNE-NEVSKY SHIPYARD; a.k.a. "JSC SNSZ"), Ponton, St. Factory, 10, St. Petersburg 196643, Russia; Organization Established Date 20 Nov 2008; Tax ID No. 7817315385 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY STANKOMASHKOMPLEKS (a.k.a. AKTSIONERNOE OBSHCHESTVO STANKOMASHKOMPLEKS; a.k.a. STANKOMACHCOMPLEX COMPANY), Ul. Akademika Tupoleva D. 124, Tver 170019, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6901093347 (Russia); Registration Number 1056900216350 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY STAR (a.k.a. AO ODK-STAR; a.k.a. JSC UEC STAR), Ul. Kuibysheva D. 140A, Perm 614990, Russia; Website www.ao-star.ru; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1943; Tax ID No. 5904100329 (Russia); Business Registration

Number 1025900895712 (Russia) [NPWMD] [IFSR] [RUSSIA-EO14024] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

JOINT STOCK COMPANY START (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СТАРТ), 2 Volgogradskiy Avenue, Moscow 109316, Russia; Tax ID No. 9709079487 (Russia); Registration Number 1227700191663 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY STATE MACHINE BUILDING DESIGN BUREAU VYMPEL BY NAME I.I. TOROPOV (a.k.a. AO GOS MKB VYMPEL IM. I.I. TOROPOVA; a.k.a. GOS MKB VYMPEL IM. I.I. TOROPOVA AO; a.k.a. VYMPEL STATE ENGINEERING DESIGN BUREAU JSC NAMED AFTER I.I. TOROPOV), Sh. Volokolamskoe D. 90, Moscow 125424, Russia; Organization Established Date 26 Dec 1991; Tax ID No. 7733546058 (Russia); Registration Number 1057747296166 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JOINT STOCK COMPANY STATE RESEARCH INSTITUTE OF INSTRUMENT ENGINEERING (a.k.a. AKTSIONERNOE OBSHCHESTVO GOSUDARSTVENNYI NAUCHNO ISSLEDOVATELSKII INSTITUT PRIBOROSTROENIIA; a.k.a. AO GOSNIIP), PR-KT Mira D. 125, Moscow 129226, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7717693545 (Russia); Registration Number 1117746132811 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY STATE SCIENTIFIC RESEARCH INSTITUTE KRISTALL (a.k.a. JSC GOSNII KRISTALL; a.k.a. JSC STATE SCIENTIFIC RESEARCH INSTITUTE KRISTALL; a.k.a. OAO GOSNII KRISTALL; a.k.a. OJSC KRISTALL STATE RESEARCH INSTITUTE), UL. Zelenaya D. 6, Dzerzhinsk, Nizhni Novgorod Region 606007, Russia; Organization Established Date 28 Dec 1991; Tax ID No. 5249116549 (Russia); Registration Number 1115249009831 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY (a.k.a. AKTSIONERNOYE OBSHCHESTVO GOSUDARSTVENNAYA TRANSPORTNAYA

LIZINGOVAYA KOMPANIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГОСУДАРСТВЕННАЯ ТРАНСПОРТНАЯ ЛИЗИНГОВАЯ КОМПАНИЯ); a.k.a. GTLK AO (Cyrillic: АО ГТЛК); a.k.a. JSC GTLK; a.k.a. PJSC GTLK; a.k.a. PJSC STLC; a.k.a. PUBLIC JOINT STOCK COMPANY STATE TRANSPORT LEASING COMPANY), 31A Leningradsky prospekt, Bldg 1, Moscow 125284, Russia; ul. Respubliki, D. 73, Kom. 100, Salekhard, Yamalo-Nenets Autonomous Region 629008, Russia (Cyrillic: ул. Республики, д. 73, ком. 100, г. Салехард, Ямало-Ненецкий Автономный Округ 629008, Russia); Tax ID No. 7720261827 (Russia); Government Gazette Number 57992197 (Russia); Registration Number 1027739407189 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY STRATEGY PARTNERS GROUP (a.k.a. STRATEGY PARTNERS GROUP JSC; a.k.a. "SPG JSC"), 52 Kosmodamianskaya Nab. St, Building 2, Moscow 115054, Russia; Tax ID No. 7736612855 (Russia); Registration Number 1107746025980 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JOINT STOCK COMPANY STROMMASHINA SHIELD (a.k.a. AKTSIONERNOE OBSHCHESTVO STROMMASHINA SHCHIT, Ul. 22 Partsyezda D. 10A, Samara 443022, Russia; Tax ID No. 6318196490 (Russia); Registration Number 1116318008135 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY STUPINO ENGINEERING PRODUCTIVE ENTERPRISE (a.k.a. STUPINO ENGINEERING PRODUCTION ENTERPRISE; a.k.a. STUPINO MACHINE PRODUCTION PLANT; a.k.a. "SMPP AO"), 42 Ulitsa Akademika Belova, Stupino 142800, Russia; Organization Established Date 1948; Tax ID No. 5045001885 (Russia); Registration Number 1025005917419 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY SUDOEXPORT (a.k.a. JOINT-STOCK COMPANY FOREIGN ECONOMIC ENTERPRISE SUDOEXPORT; a.k.a. JSC VNESHNEEKONOMICHESKOYE ENTERPRISE SUDOEXPORT (Cyrillic: АО ВНЕШНЕЭКОНОМИЧЕСКОЕ ПРЕДПРИЯТИЕ СУДОЭКСПОРТ); a.k.a. "SUDOEXPORT"), 11 Tikhvinsky Pereulok Bld.2, Moscow 127055, Russia; 11 Sadovaya-Kudrinskaya St., Moscow 123231, Russia;

Website www.sudoexport.ru; Organization Established Date 17 Apr 2013; Tax ID No. 7703788275 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY SVETLOVSKOE ENTERPRISE ERA (a.k.a. JOINT STOCK COMPANY SVETLOVSKY ENTERPRISE ERA; a.k.a. JOINT-STOCK COMPANY SVETLOVSKAYA ERA; a.k.a. JSC SP ERA (Cyrillic: АО СП ЭРА); a.k.a. JSCO SVETLOVSKY ENTERPRISE ERA; a.k.a. SVETLOVSKY ENTERPRISE ERA), Ul. Chaykinoy, 1, Svetly, Kaliningrad Region 238340, Russia; Organization Established Date 21 Jan 2003; Tax ID No. 3913007731 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY SVETLOVSKY ENTERPRISE ERA (a.k.a. JOINT STOCK COMPANY SVETLOVSKOE ENTERPRISE ERA; a.k.a. JOINT-STOCK COMPANY SVETLOVSKAYA ERA; a.k.a. JSC SP ERA (Cyrillic: АО СП ЭРА); a.k.a. JSCO SVETLOVSKY ENTERPRISE ERA; a.k.a. SVETLOVSKY ENTERPRISE ERA), Ul. Chaykinoy, 1, Svetly, Kaliningrad Region 238340, Russia; Organization Established Date 21 Jan 2003; Tax ID No. 3913007731 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY TAATTA BANK (a.k.a. BANK TAATTA; a.k.a. BANK TAATTA AKTSIONERNOE OBSHCHESTVO; a.k.a. JSC TAATTA BANK; a.k.a. TAATTA, AO), 36 ul. Chepalova, Yakutsk, Sakha (Yakutiya) Resp. 677018, Russia; Bld. 41, Bolshaya Morskaya Street, Sevastopol, Crimea 299011, Ukraine; Bld. 66, Kirova Avenue, Simferopol, Crimea, Ukraine; Bld. 36, Kulakova Street, Sevastopol, Crimea, Ukraine; SWIFT/BIC TAAARU8Y; BIK (RU) 049805709; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1021400000380 (Russia); Tax ID No. 1435126628 (Russia); Government Gazette Number 09287233 (Russia); License 1249 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY TAGANROG METALLURGICAL PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТАГАНРОГСКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД) (a.k.a. JSC TAGMET (Cyrillic: АО

ТАГМЕТ)), 1 Zavodskaya Street, Taganrog 347905, Russia; Tax ID No. 6154011797 (Russia); Registration Number 1026102572473 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY TECHNOLOGICAL ENTERPRISE PERM PLANT OF METAL WORKING CENTERS (a.k.a. AKTSIONERNOE OBSHCHESTVO SOVMESTNOE TEKHNOLOGICHESKOE PREDPRIYATIE PERMSKII ZAVOD METALLOOBRABATYVAYUSHCHIKH TSENTROV; a.k.a. PERM FACTORY METAL CENTERS STP STOCK COMPANY; a.k.a. "AO STP PZMTS"; a.k.a. "PZMC"), 155 Promyshlennaya Street, Perm 614065, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5905951227 (Russia); Registration Number 1145958055870 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY TEKHNODINAMIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТЕХНОДИНАМИКА) (a.k.a. AKTSIONERNOE OBSHCHESTVO TEKHNODINAMIKA; a.k.a. AO TEKHNODINAMIKA; a.k.a. JOINT STOCK COMPANY AVIATION EQUIPMENT; a.k.a. JSC TEKHNODINAMIKA (Cyrillic: АО ТЕХНОДИНАМИКА); a.k.a. TEKNODINAMIKA JSC), Ul. Bolshaya Tatarskaya D. 35, Str. 5, Moscow 115184, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037719005873 (Russia); Tax ID No. 7719265496 (Russia); Government Gazette Number 07543117 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JOINT STOCK COMPANY TERRA TECH (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТЕРРА ТЕХ) (a.k.a. AKTSIONERNOE OBSHCHESTVO TERRA TEKH; a.k.a. AO TERRA TEKH (Cyrillic: АО ТЕРРА ТЕХ)), Ul. Aviamotornaya D. 53, Str. 1, Kom. 93, Moscow 111250, Russia; Organization Established Date 25 Dec 2017; Target Type State-Owned

Enterprise; Tax ID No. 7722429553 (Russia); Registration Number 5177746378431 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY TETIS PRO (a.k.a. AKTSIONERNOE OBSHESTVO TETIS PRO; a.k.a. TETHYS PRO JSC), Ul. Polyany D.54, Floor 3, PO Box 73, Moscow 117042, Russia; Polyany St., Building 54, Building 1, Moscow 142791, Russia; 19-21 Novo-Rybinskaya St., Office 330, Saint Petersburg 196084, Russia; Tax ID No. 7724643714 (Russia); Registration Number 1077763809353 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES (a.k.a. 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JSC THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. LYOTNY OTRYAD 224; a.k.a. OJSC GOSUDARSTVENNAYA AVIAKOMPANIYA 224 LETNY OTRYAD (Cyrillic: ОАО ГОСУДАРСТВЕННАЯ АВИАКОМПАНИЯ 224 ЛЕТНЫЙ ОТРЯД); a.k.a. TTF AIR HEAVY LIFTING; a.k.a. "224 FU JSC"; a.k.a. "224TH FLIGHT UNIT"; a.k.a. "OAO 224 LO"), 10, Matrosskaya Tishina, B-14, POB-471, Moscow 107014, Russia; Organization Established Date 16 Oct 1971; Target Type State-Owned Enterprise; Tax ID No. 7718763393 (Russia); Registration Number 1097746281160 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

JOINT STOCK COMPANY THE ST. PETERSBURG'S SEA BUREAU OF MECHANICAL ENGINEERING MALACHITE (a.k.a. JOINT-STOCK COMPANY SAINT PETERSBURG CITY SEA OFFICE MECHANICAL ENGINEERING MALAKHIT; a.k.a. JOINT-STOCK COMPANY SPMBM MALAKHIT; a.k.a. JOINT-STOCK COMPANY ST. PETERSBURG MARINE DESIGN BUREAU MALACHITE; a.k.a. JSC SAINT-PETERSBURG MARINE DESIGN BUREAU MALACHITE; a.k.a. JSC SANKT-PETERBURGSKOYE MORSKOYE BYURO MASHINOSTROYENIYA MALAKHIT (Cyrillic: АО САНКТ-ПЕТЕРБУРГСКОЕ МОРСКОЕ БЮРО МАШИНОСТРОЕНИЯ МАЛАХИТ); a.k.a. MALACHITE DESIGN BUREAU), 18 Frunze Str., Saint-Petersburg 196135, Russia; Organization Established Date 18 Nov 2008; Tax ID No. 7810537540 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT STOCK COMPANY THE URAL DESIGN OFFICE OF TRANSPORT MECHANICAL ENGINEERING (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKOE KONSTRUKTORSKOE BIURO TRANSPORTNOGO MASHINOSTROENIIA; a.k.a. JOINT STOCK COMPANY URAL DESIGN BUREAU OF TRANSPORT ENGINEERING; a.k.a. "AO UKBTM"), Vostochynye shosse 38, Nizhny Tagil 622007, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6623049453 (Russia); Registration Number 1086623004380 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY THE URALS SCIENTIFIC RESEARCH INSTITUTE OF COMPOSITE MATERIALS (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKI NAUCHNO-ISSLEDOVATELSKI INSTITUT KOMPOZITSIONNYKH MATERIALOV; a.k.a. UNIIKM AO; f.k.a. URALSKI NII KOMPOZITSIONNYKH MATERIALOV PAO), Ul. Novozvyaginskaya D. 57, Perm 614014, Russia; Tax ID No. 5906092190 (Russia); Government Gazette Number 07523132 (Russia); Registration Number 1095906003490 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY TOMSK ELECTROTECHNICAL PLANT (a.k.a. "TETZ"), 51a Kirov Ave., Tomsk 634041, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7017298902 (Russia); Registration Number 1127017001605 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY TRADING HOUSE ROSEL (a.k.a. "AO TD ROSEL"), Ul. Kosmonavta Volkova D. 12, Moscow 127299, Russia; Organization Established Date 26 Oct 2005; Tax ID No. 7718564221 (Russia); Registration Number 1057748776733 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JOINT STOCK COMPANY TRANSAVIAEXPORT AIRLINES (f.k.a. AAT AVIAKAMPANIIA

TRANSAVIIAEKSPART (Cyrillic: ААТ АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. AAT TAE AVIYA (Cyrillic: ААТ ТАЕ АВІЯ); f.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА АВІЯКАМПАНІЯ ТРАНСАВІЯЭКСПАРТ); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA TAE AVIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА ТАЕ АВІЯ); f.k.a. AVIAKOMPANIYA TRANSAVIAEKSPORT OAO; a.k.a. JSC TRANSAVIAEXPORT AIRLINES; f.k.a. OAO AVIAKOMPANIYA TRANSAVIAEKSPORT (Cyrillic: ОАО АВИАКОМПАНИЯ ТРАНСАВИАЭКСПОРТ); a.k.a. OAO TAE AVIA (Cyrillic: ОАО ТАЕ АВИА); f.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO AVIAKOMPANIYA TRANSAVIAEKSPORT; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO TAE AVIA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАЕ АВИА); a.k.a. TRANSAVIAEXPORT AIRLINES), 44, Zakharova St., Minsk 220034, Belarus (Cyrillic: Ул. Захарова, 44, Минск 220034, Belarus); d. 11, Ul. Pervomayskaya, Minsk 220034, Belarus (Cyrillic: д. 11, ул. Первомайская, Минск 220034, Belarus); Organization Established Date 28 Dec 1992; Registration Number 100027245 (Belarus) [BELARUS-EO14038].

JOINT STOCK COMPANY TRANSPORT COMPANY GRAND SERVICE EXPRESS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТРАНСПОРТНАЯ КОМПАНИЯ ГРАНД СЕРВИС ЭКСПРЕСС) (a.k.a. AO GRAND SERVIS EKSPRESS; a.k.a. GRAND SERVICE EXPRESS (Cyrillic: ГРАНД СЕРВИС ЭКСПРЕСС); a.k.a. JOINT STOCK COMPANY GRAND SERVICE EXPRESS; a.k.a. "GRAND EXPRESS" (Cyrillic: "ГРАНД ЭКСПРЕСС"); a.k.a. "JSC GSE"), 85 Sheremetevskaya St., Building 1, Moscow 129075, Russia; ul. Sheremetevskaya, d. 85, str. 1, Moscow 129075, Russia; P.O. Box 15, Moscow 129075, Russia; a/ya 15, Moscow 129075, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7705445700 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY TSNIRTI NAMED AFTER ACADEMICIAN A I BERG (a.k.a. AKTSIONERNOE OBSHNCHESTVO TSENTRALNYI NAUCHNO

ISSLEDOVATELSKII RADIOTEKHNICHESKII INSTITUIMENI AKADEMIKA A I BERGA; a.k.a. AO TSNIRTI IM AKADEMIKA A I BERGA; a.k.a. CENTRAL RESEARCH RADIO ENGINEERING INSTITUTE NAMED AFTER ACADEMICIAN A I BERG; a.k.a. "108 INSTITUTE"), 20 Nova Basmanna Street, Building 9, Moscow 107078, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9701039940 (Russia); Registration Number 1167746458648 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY TULA CARTRIDGE WORKS (a.k.a. TULA CARTRIDGE PLANT; a.k.a. TULAMMO; a.k.a. "AO TPZ"), ul. Marata D. 47 B, Tula 300004, Russia; Tax ID No. 7105008338 (Russia); Registration Number 1027100507268 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY TULA MACHINE BUILDING PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO AKTSIONERNAIA KOMPANIIA TULAMASHZAVOD; a.k.a. AO TULSKIY MASHINOSTROITELNIY ZAVOD; a.k.a. JOINT STOCK COMPANY TULAMASHZAVOD; a.k.a. TULAMASHZAVOD PRODUCTION ASSOCIATION), 2 Mosina St., Tula 300002, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7106002836 (Russia); Registration Number 1027100507114 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY TULAMASHZAVOD (a.k.a. AKTSIONERNOE OBSHCHESTVO AKTSIONERNAIA KOMPANIIA TULAMASHZAVOD; a.k.a. AO TULSKIY MASHINOSTROITELNIY ZAVOD; a.k.a. JOINT STOCK COMPANY TULA MACHINE BUILDING PLANT; a.k.a. TULAMASHZAVOD PRODUCTION ASSOCIATION), 2 Mosina St., Tula 300002, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No.

7106002836 (Russia); Registration Number 1027100507114 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY TULATOCHMASH (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТУЛАТОЧМАШ), Ul. Kominterna d. 24, Tula 300041, Russia; Tax ID No. 7106002829 (Russia); Registration Number 1027100738565 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY TYUMEN BATTERY FACTORY (a.k.a. TYUMEN ACCUMULATOR PLANT), 103, Yamskaya Street, Tyumen 625001, Russia; Tax ID No. 7204001630 (Russia); Registration Number 1027200797392 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ULAN-UDE AVIATION PLANT (a.k.a. ULAN-UDE AVIATION PLANT; a.k.a. "AO U-UAZ"), Ul. Khorinskaya D. 1, Ulan-Ude 670009, Russia; Organization Established Date 28 Feb 1994; Tax ID No. 0323018510 (Russia); Registration Number 1020300887793 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JOINT STOCK COMPANY UMIRS (a.k.a. AO YUMIRS), Antonova st., 3, Penza 440600, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Tax ID No. 5835015359 (Russia); Registration Number 1025801217947 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY UNITED CREDIT BUREAU (a.k.a. "UCB JSC"), 9 B. Tatarskaya Street, floor 4, office 51, Moscow 115184, Russia; Tax ID No. 7710561081 (Russia); Registration Number 1047796788819 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JOINT STOCK COMPANY UNITED ENGINE CORPORATION (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ОБЪЕДИНЕННАЯ ДВИГАТЕЛЕСТРОИТЕЛНАЯ КОРПОРАЦИЯ) (a.k.a. AKTSIONERNOE OBSHCHESTVO OBEDINENNAYA DVIGATELESTROITELNAYA KORPORATSIYA; a.k.a. UNITED ENGINE CORP JSC; a.k.a. "AO ODK" (Cyrillic: "АО ОДК")), 16, Budyonny Avenue, Moscow 105118, Russia; Per. Mayakovskogo D. 11, Moscow 109147, Russia; Organization Established Date 22 Nov 2007; Tax ID No.

7731644035 (Russia); Registration Number 1107746081717 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY UNITED INVESTMENT GROUP (a.k.a. AKTSIONERNOE OBSHCHESTVO OBEDINENNAYA INVESTITSIONNAYA GRUPPA), Nab. Pirogovskaya D. 21, Lit. A, Pom/Kom 8-N/4, OF 57, Saint Petersburg 195277, Russia; Organization Established Date 11 Jun 2019; Target Type Financial Institution; Tax ID No. 7802691764 (Russia); Registration Number 1197847134704 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY UNITED METALLURGICAL COMPANY (a.k.a. "AO OMK"), Nab. Ozerkovskaya D. 28, Str. 2, Moscow 115184, Russia; Organization Established Date 23 Nov 1992; Tax ID No. 7736030085 (Russia); Registration Number 1027700121173 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION (a.k.a. JSC UNITED SHIPBUILDING CORPORATION; a.k.a. UNITED SHIPBUILDING CORPORATION (Cyrillic: ОБЪЕДИНЕННАЯ СУДОСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. "JSC USC"; a.k.a. "OCK"; a.k.a. "OSK AO"), Ul. Marat, 90, St. Petersburg 191119, Russia; 11 Bolshaya Tatarskaya Str. Bld. B, Moscow 115184, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7838395215 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JOINT STOCK COMPANY URAL DESIGN BUREAU DETAL (a.k.a. AO UPKB DETAL; a.k.a. DETAL URAL DESIGN BUREAU JSC), Ul. Pionerskaya D.8, Kamensk-Uralsky 623409, Russia; Organization Established Date 1949; Tax ID No. 6612011546 (Russia); Registration Number 1026600930630 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JOINT STOCK COMPANY URAL DESIGN BUREAU OF TRANSPORT ENGINEERING (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKOE KONSTRUKTORSKOE BIURO TRANSPORTNOGO MASHINOSTROENIIA; a.k.a. JOINT STOCK COMPANY THE URAL DESIGN OFFICE OF TRANSPORT MECHANICAL ENGINEERING; a.k.a. "AO UKBTM"), Vostochnye shosse 38, Nizhny Tagil 622007, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation

economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6623049453 (Russia); Registration Number 1086623004380 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY URAL MINING AND METALLURGICAL COMPANY (a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO URALSKAYA GORNO METALLURGICHESKAYA KOMPANIYA; a.k.a. "UMMC"), 1, prospekt Uspenski, Verkhnyaya Pyshma, Sverdlovsk region 624091, Russia; Organization Established Date 20 Oct 1999; Tax ID No. 6606013640 (Russia); Government Gazette Number 52306330 (Russia); Registration Number 1026600727713 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY URAL MOTOR VEHICLES PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO AVTOMOBILNYI ZAVOD URAL; a.k.a. AUTOMOBILE PLANT URAL JOINT STOCK COMPANY; a.k.a. "AO AZ URAL"), 1 Avtozavodtsev pr-kt, Miass 456304, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7415029289 (Russia); Registration Number 1027400870826 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY URAL SCIENTIFIC AND TECHNOLOGICAL COMPLEX (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKII NAUCHNO TEKHNOLOGICHESKII KOMPLEKS; a.k.a. "AO UNTK"), Vostochnoe sh. 28a, Nizhny Tagil 622007, Russia; Ul. paradnaya d. 8, Saint Petersburg 191014, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6667001522 (Russia); Registration Number 1026601368023 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY URALELEKTROMED (a.k.a. AKTSIONERNOE OBSHCHESTVO URALELEKTROMED; f.k.a. OPEN JOINT STOCK COMPANY URALELECTROMED; a.k.a. URALELEKTROMED AO; a.k.a. URALELEKTROMED JSC; a.k.a.

URALELEKTROMED PUBLIC JOINT STOCK COMPANY), 1, Lenin Street, Lugovskoy 624091, Russia; 1, prospekt Uspenski Verkhnyaya Pyshma, Sverdlovsk region 624091, Russia; Organization Established Date 23 Dec 1992; Tax ID No. 6606003385 (Russia); Government Gazette Number 00194429 (Russia); Registration Number 1026600726657 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY URALS WORKS OF CIVIL AVIATION (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKI ZAVOD GRAZHDANSKOI AVIATSII; a.k.a. AO URAL CIVIL AVIATION FACTORY; a.k.a. "UZGA AO"), Ul. Bakhchivandzhi 2G,, Ekaterinburg, Svedlovskaya Oblast 620025, Russia; Organization Established Date 16 Mar 1939; Organization Type: Manufacture of air and spacecraft and related machinery; Tax ID No. 6664013640 (Russia); Government Gazette Number 01128452 (Russia); Registration Number 1026605766560 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VAD (a.k.a. AKTSIONERNOE OBSHCHESTVO VAD; a.k.a. AO, VAD; a.k.a. CJSC VAD; a.k.a. JSC VAD; a.k.a. VAD, AO; a.k.a. ZAO VAD; a.k.a. "HIGH-QUALITY HIGHWAYS"), 133, ul. Chernyshevskogo, Vologda, Vologodskaya Obl 160019, Russia; 122 Grazhdanskiy Prospect, Suite 5, Liter A, St. Petersburg 195267, Russia; Website www.zaovad.com; Email Address office@zaovad.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037804006811 (Russia); Tax ID No. 7802059185 (Russia); Government Gazette Number 34390716 (Russia) [UKRAINE-EO13685].

JOINT STOCK COMPANY VAKUUM.RU (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВАКУУМ.РУ) (a.k.a. AKTSIONERNOE OBSHCHESTVO VAKUUM.RU; a.k.a. JSC VACUUM.RU (Cyrillic: AO ВАКУУМ.РУ)), Proezd Savelkinskii D. 4, E 13, Pom. XXI K 4 Of 4G, Zelenograd 124482, Russia; Passage No. 4922, Building 4, Floor 1, Room 55, Zelenograd, Moscow 124460, Russia; Organization Established Date 27 May 2019; Organization Type: Wholesale of other machinery and equipment; Target Type Private Company; Tax ID No. 7735183762 (Russia); Government Gazette Number 39727818 (Russia); Registration Number 1197746343772 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VERHNETURINSKY MASHINOSTROITELNY ZAVOD (a.k.a. JOINT STOCK COMPANY VERKHNETURINSKY MACHINE BUILDING PLANT), Ul. Mashinostroitelei D. 2, Verkhnyaya Tura 624320, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6681000827 (Russia); Registration Number 1126681000820 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VERKHNETURINSKY MACHINE BUILDING PLANT (a.k.a. JOINT STOCK COMPANY VERHNETURINSKY MASHINOSTROITELNY ZAVOD), Ul. Mashinostroitelei D. 2, Verkhnyaya Tura 624320, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6681000827 (Russia); Registration Number 1126681000820 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VERKHNYAYA SALDA CHEMICAL CONTAINER PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO VERKHNESALDINSKII ZAVOD KHIMICHESKIKH EMKOSTEI; a.k.a. "AO VZKHE"), 105 Molodezhny Poselok Street, Verkhnyaya Salda 624761, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Tax ID No. 6623136353 (Russia); Registration Number 1206600070918 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VISMUT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВИСМУТ), Kalganskiy District, Kozlovo Village, TOR Zabaykalye Territory, Zabaykalskiy 674347, Russia; Tax ID No. 7536106570 (Russia); Registration Number 1097536007953 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VLADIMIR PLANT OF METAL HOSES (a.k.a. "AO VZM"), Kubysheva st., 26E, Vladimir 600035, Russia; Ul. Letninkovskaya D. 10, Str. 1, Pomeshch. IV,

Kom. 11, Moscow 115114, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3328441019 (Russia); Registration Number 1063328003584 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VLADIMIR PRODUCTION AMALGAMATION TOCHMASH (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВЛАДИМИРСКОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ТОЧМАШ) (a.k.a. JSC VPA TOCHMASH; a.k.a. VLADIMIR TOCHMASH; a.k.a. VPO TOCHMASH AO; a.k.a. "TOCHMASH"), D. 1a Ul. Severnaya, Vladimir 600007, Russia; Tax ID No. 3329051460 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VNIIR PROGRESS (a.k.a. JSC VNIIR PROGRESS (Cyrillic: АО ВНИИР ПРОГРЕСС)), Prospekt I.Ya.Yakovleva d. 4, Cheboksary 428024, Russia; Tax ID No. 2130094170 (Russia); Government Gazette Number 94073637 (Russia); Registration Number 1112130013270 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALL-RUSSIAN SCIENTIFIC RESEARCH DESIGN AND TECHNOLOGICAL INSTITUTE OF RELAY ENGINEERING WITH EXPERIMENTAL PRODUCTION).

JOINT STOCK COMPANY VOLOGODSKY OPTIKO MEKHANICHESKY FACTORY (a.k.a. JOINT STOCK COMPANY VOMZ; a.k.a. VOLOGDA OPTICAL AND MECHANICAL PLANT JSC), 54 Maltseva Str., Vologda, Vologda Region 160009, Russia; Organization Established Date 14 Apr 1994; Tax ID No. 3525023010 (Russia); Registration Number 1023500882437 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VOLSK MECHANICAL PLANT, 10 Vidim, Volsk 412921, Russia; Tax ID No. 6441019849 (Russia); Registration Number 1106441000951 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VOLZHSKIY PIPE PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВОЛЖСКИЙ ТРУБНЫЙ ЗАВОД) (a.k.a. "JSC VTZ" (Cyrillic: "АО ВТЗ")), 6 Metallurgov Avenue, Volzhskiy 404119, Russia; Tax ID No. 3435900186 (Russia); Registration Number 1023401997101 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VOMZ (a.k.a. JOINT STOCK COMPANY VOLOGODSKY OPTIKO MEKHANICHESKY FACTORY; a.k.a. VOLOGDA OPTICAL AND MECHANICAL PLANT JSC), 54 Maltseva Str., Vologda, Vologda Region 160009, Russia; Organization Established Date 14 Apr 1994; Tax ID No. 3525023010 (Russia); Registration Number 1023500882437 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VORONEZHSKY FACTORY POLUPROVODNIKOVYKH PRIBOROV-SBORKA (a.k.a. JOINT STOCK COMPANY VZPP-S; a.k.a. JSC VORONEZH SEMICONDUCTOR DEVICES PLANT-ASSEMBLY; a.k.a. VORONEZH SEMICONDUCTOR DEVICES FACTORY-ASSEMBLY; a.k.a. VZPP-S AO), 119A Leninsky Ave, Voronezh, Voronezh region 394033, Russia; Organization Established Date 26 Dec 2005; Tax ID No. 3661033635 (Russia); Registration Number 1053600592330 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VOSKRESENSKY AGGREGATION FACTORY (a.k.a. VOSKRESENSKIY AGGREGATE PLANT; a.k.a. "JSC VAF"), 6 Ul. Tsiolkovskogo, Beloozerskii 140250, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5005073080 (Russia); Registration Number 1235000011058 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VOTKINSKIY PLANT (a.k.a. JOINT STOCK COMPANY VOTKINSKIY ZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВОТКИНСКИЙ ЗАВОД); a.k.a. VOTKINSKI ZAVOD AO), Kirova St., Building 2, Votkinsk, Udmurt Republic 427430, Russia; Tax ID No. 1828020110 (Russia); Registration Number 1101828001000 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VOTKINSKIY ZAVOD (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВОТКИНСКИЙ ЗАВОД) (a.k.a. JOINT STOCK COMPANY VOTKINSKIY PLANT; a.k.a. VOTKINSKI ZAVOD AO), Kirova St., Building 2, Votkinsk, Udmurt Republic 427430, Russia; Tax ID No. 1828020110 (Russia); Registration Number 1101828001000 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VREMYA CH, Ul. Osharskaya D. 67, Nizhniy Novgorod 603105,

Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5262007965 (Russia); Registration Number 1025203723478 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VSEROSSIYSKY INSTITUTE FOR SCIENTIFIC RESEARCH RADIOTEKHNIKI (a.k.a. JSC ALL RUSSIAN RESEARCH INSTITUTE OF RADIO ENGINEERING; a.k.a. "VNIIRT"), 22 Bolshaya Pochtovaya st., Moscow 105082, Russia; Organization Established Date 06 Nov 2020; Tax ID No. 7701315700 (Russia); Registration Number 1027701015352 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VTB BANK KAZAKHSTAN (a.k.a. BANK VTB KAZAKHSTAN JOINT STOCK COMPANY; a.k.a. BANK VTB KAZAKHSTAN JSC; a.k.a. SUBSIDIARY JSC BANK VTB KAZAKHSTAN), 28 Timiryazev Street, Almaty 050040, Kazakhstan; SWIFT/BIC VTBAKZKZ; Website http://en.vtb-bank.kz/; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JOINT STOCK COMPANY VTB DEVELOPMENT (a.k.a. AKTSIONERNOE OBSHCHESTVO VTB DEVELOPMENT; a.k.a. AO VTB DEVELOPMENT (Cyrillic: АО ВТБ ДЕВЕЛОПМЕНТ); a.k.a. VTB DEVELOPMENT AO), Ul. B. Morskaya D. 30, Saint Petersburg 190000, Russia; d. 11 litera A kom 560, per. Degtyarny, St. Petersburg 191144, Russia; Organization Established Date 07 Jul 2005; Organization Type: Non-specialized wholesale trade; Tax ID No. 7838327945 (Russia); Registration Number 1057811461091 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JOINT STOCK COMPANY VTB REGISTRAR (a.k.a. JSC VTB REGISTRAR; a.k.a. VTB REGISTRAR; a.k.a. VTB REGISTRAR CJSC;

a.k.a. VTB REGISTRAR CLOSED JOINT STOCK COMPANY), 23, Pravdy Street, Moscow 125040, Russia; Website www.vtbreg.ru; BIK (RU) 044525745; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration Number 1045605469744 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JOINT STOCK COMPANY VYATSKOYE MASHINOSTROITELNOYE PREDPRIYATIYE AVITEK (a.k.a. AO VMP AVITEK; a.k.a. AVITEK VYATSKOE MACHINE BUILDING ENTERPRISE JSC; a.k.a. JSC VMP AVITEC; a.k.a. JSC VMP AVITEK; a.k.a. VYATKA MACHINERY PLANT AVITEC JSC), 1A Prospekt Oktyabrskiy, Kirov, Kirov Oblast 610047, Russia; Tax ID No. 4345047310 (Russia); Registration Number 1024301320977 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY VZPP-S (a.k.a. JOINT STOCK COMPANY VORONEZHSKY FACTORY POLUPROVODNIKOVYKH PRIBOROV-SBORKA; a.k.a. JSC VORONEZH SEMICONDUCTOR DEVICES PLANT-ASSEMBLY; a.k.a. VORONEZH SEMICONDUCTOR DEVICES FACTORY-ASSEMBLY; a.k.a. VZPP-S AO), 119A Leninsky Ave, Voronezh, Voronezh region 394033, Russia; Organization Established Date 26 Dec 2005; Tax ID No. 3661033635 (Russia); Registration Number 1053600592330 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY YALTA FILM STUDIO (a.k.a. AKTSIONERNOE OBSCHESTVO 'YALTINSKAYA KINODSTUDIYA'; a.k.a. CJSC YALTA-FILM; a.k.a. FILM STUDIO YALTA-FILM; a.k.a. JSC YALTA FILM STUDIO; a.k.a. KINOSTUDIYA YALTA-FILM; a.k.a. OAO YALTINSKAYA KINOSTUDIYA; a.k.a. YALTA FILM STUDIO; a.k.a. YALTA FILM STUDIOS), Ulitsa Mukhina, Building 3, Yalta, Crimea 298063, Ukraine; Sevastopolskaya 4, Yalta, Crimea, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 30993572 [UKRAINE-EO13685].

JOINT STOCK COMPANY YAROSLAVL RADIOWORKS (a.k.a. AKTSIONERNOE OBSCHESTVO YAROSLAVSKIY RADIOZAVOD), 13, Margolin Street, Yaroslavl 150010, Russia; Tax ID No. 7601000086 (Russia); Registration Number 1027600980990 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY YUZHNOYE NAUCHNO PROIZVODSTVENNOYE OBEDINENIYE PO MORSKIM GEOLOGORAZVEDOCHNYM RABOTAM (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЮЖНОЕ НАУЧНО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ПО МОРСКИМ ГЕОЛОГОРАЗВЕДОЧНЫМ РАБОТАМ) (a.k.a. GNTS FGUGP YUZHMORGEOLOGIYA; a.k.a. YUZHMORGEOLOGIYA AO (Cyrillic: ЮЖМОРГЕОЛОГИЯ АО)), Ulitsa Krymskaya, 20, Gelendzhik 353461, Russia; Tax ID No. 2304070606 (Russia); Registration Number 1162304051370 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ZAVOD CHUVASHKABEL (a.k.a. CHEBOKSARSKU ZAVOD KABELNYKH IZDELI CHUVASHKABEL OAO; a.k.a. ZAVOD CHUVASHKABEL AO), Pr-D Kabelnyi D, 7, Cheboksary 428037, Russia; Tax ID No. 2127009135 (Russia); Registration Number 1022100967635 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ZAVOD DAGDIZEL (a.k.a. FACTORY DAGDIZEL; a.k.a. JOINT STOCK COMPANY DAGDIZEL PLANT; a.k.a. ZAVOD DAGDIZEL OPEN JOINT STOCK COMPANY), 1, Lenin Street, Kaspiysk 368300, Russia; Organization Established Date 1932; Tax ID No. 0545001919 (Russia); Registration Number 1020502130351 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

JOINT STOCK COMPANY ZAVOD KORPUSOV, Ul. Zavodskaya, D. 1, Vyksa 607061, Russia; Tax ID No. 5247005096 (Russia); Registration Number 1025201638087 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ZAVOD KULAKOVA (a.k.a. AO ZAVOD IM. A.A.KULAKOVA; a.k.a. JSC ZAVOD KULAKOVA), Ul. Yablochkova D. 12, Saint Petersburg 197198, Russia; Organization Established Date 30 Jan 1992; Tax ID No. 7813346618 (Russia); Registration Number 5067847003428 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

JOINT STOCK COMPANY ZELENODOLSK PLANT NAMED AFTER A.M. GORKY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЗЕЛЕНОДОЛЬСКИЙ ЗАВОД ИМЕНИ А.М. ГОРЬКОГО) (a.k.a. JSC ZELENODOLSK PLANT NAMED AFTER A.M. GORKY (Cyrillic: АО ЗЕЛЕНОДОЛЬСКИЙ ЗАВОД ИМЕНИ А.М. ГОРЬКОГО); a.k.a. ZELENODOLSK SHIPYARD PLANT NAMED AFTER A.M. GORKY), 5, Zavodskaya St., Zelenodolsk, Republic of Tatarstan 422546, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13662].

JOINT STOCK COMPANY ZELENODOLSKY PROJECT AND DESIGN BUREAU (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЗЕЛЕНОДОЛЬСКОЕ ПРОЕКТНО-КОНСТРУКТОРСКОЕ БЮРО) (a.k.a. ZELENODOLSK DESIGN BUREAU JSC; a.k.a. ZELENODOLSKOE PKB AO), 41A Lenina St., Zelenodolsk, Tatarstan Republic 422540, Russia; Organization Established Date 27 May 2008; Tax ID No. 1648024290 (Russia); Registration Number 1081673001541 (Russia) [RUSSIA-EO14024].

JOINT STOCK COMPANY ZENIT BELOMO (a.k.a. AAT ZENIT BELOMA (Cyrillic: ААТ ЗЕНІТ БЕЛОМА); a.k.a. JSC ZENIT BELOMO (Cyrillic: ОАО ЗЕНИТ БЕЛОМО); a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO ZENIT BELOMO), 26 Chapayev Str., Vileyka, Minsk Region 222416, Belarus; Target Type State-Owned Enterprise; Tax ID No. 600102155 (Belarus) [BELARUS-EO14038].

JOINT STOCK COMPANY ZVEZDA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЗВЕЗДА), d. 16 kab. 201, etazh 2, ul. Sovetskaya Pgt, Ust-Nera 678730, Russia; Tax ID No. 1420041450 (Russia); Registration Number 1061420001994 (Russia) [RUSSIA-EO14024].

JOINT VENTURE QUANTUM TECHNOLOGIES (a.k.a. LIMITED LIABILITY COMPANY SOVMESTNOYE PREDPRIYATIYE KVANTOVYE TEKHNOLOGII; a.k.a. LLC JOINT VENTURE KVANT; a.k.a. LLC JV KVANT; a.k.a. "SP QUANT"), 46 Varshavskoye Highway, Moscow 115230, Russia; Organization Established Date 26 Mar 2020; Tax ID No. 7726464220 (Russia); Registration Number 1207700141032 (Russia) [RUSSIA-EO14024].

JOINT-STOCK COMANY KHABAROVSKIY SHIPYARD (a.k.a. JOINT STOCK COMPANY KHABAROVSK SHIPBUILDING YARD; a.k.a. JOINT-STOCK COMPANY KHABAROVSKY SHIPBUILDING PLANT; a.k.a. JOINT-STOCK COMPANY KHSZ; a.k.a. JSC KHABAROVSK SHIPBUILDING YARD; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY FACTORY; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY ZAVOD (Cyrillic: АО ХАБАРОВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. KHABAROVSK SHIPBUILDING PLANT; a.k.a. KHABAROVSKY SHIPBUILDING PLANT), Suvorova St, 1, Khabarovsk, Khabarovsk Territory 680003, Russia; Organization Established Date 29 Oct 2008; Tax ID No. 2723112662 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY 10 SRZ (a.k.a. 10 SHIPYARD; a.k.a. AO 10 SRZ; a.k.a. JOINT STOCK COMPANY 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI DOCKYARD; a.k.a. JOINT STOCK COMPANY 10TH AWARDS OF THE LABOR RED BANNER A SHIP REPAIR FACTORY; a.k.a. JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY FACTORY; a.k.a. JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY ZAVOD (Cyrillic: АО 10 ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ СУДОРЕМОНТНЫЙ ЗАВОД)), 19, Lunina Str., Korp.1, Bld.2, Polyarny, Murmansk Region 184650, Russia; Organization Established Date 03 Jun 2010; Tax ID No. 5116001041 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY 33 DOCKYARD (a.k.a. AKTSIONERNOE OBSHCHESTVO 33 SUDOREMONTNYI ZAVOD; a.k.a. JOINT-STOCK COMPANY 33 SRZ; a.k.a. JSC 33 SHIPYARD; a.k.a. JSC 33 SUDOREMONTNY FACTORY (Cyrillic: АО 33 СУДОРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC 33 SUDOREMONTNY ZAVOD), Russkay Embankment, 2, Baltiysk, Kaliningrad Region 238520, Russia; Organization Established Date 18 Nov 2008; Tax ID No. 3901500276 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY 33 SRZ (a.k.a. AKTSIONERNOE OBSHCHESTVO 33 SUDOREMONTNYI ZAVOD; a.k.a. JOINT-

STOCK COMPANY 33 DOCKYARD; a.k.a. JSC 33 SHIPYARD; a.k.a. JSC 33 SUDOREMONTNY FACTORY (Cyrillic: AO 33 СУДОРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC 33 SUDOREMONTNY ZAVOD), Russkay Embankment, 2, Baltiysk, Kaliningrad Region 238520, Russia; Organization Established Date 18 Nov 2008; Tax ID No. 3901500276 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY A.S. YAKOVLEV DESIGN BUREAU (a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU NAMED AFTER A.S. YAKOVLEV; a.k.a. JOINT STOCK COMPANY OKB NAMED AFTER A.S. YAKOVLEV; a.k.a. JSC A.S. YAKOVLEV DB; a.k.a. OJSC OPYTNO-KONSTRUKTORSKOYE BYURO IM. A.S. YAKOVLEVA), 68 Leningradsky Ave, Moscow 125315, Russia; Organization Established Date 31 Aug 1993; Tax ID No. 7714039849 (Russia); Registration Number 1027739252298 (Russia) [RUSSIA-EO14024] (Linked To: IRKUT CORPORATION JOINT STOCK COMPANY).

JOINT-STOCK COMPANY B-CRYPTO (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО Б-КРИПТО) (a.k.a. AKTSIONERNOYE OBSHCHESTVO B-KRIPTO), Ter. Skolkovo Innovatsionnogo Tsentra, B-R Bolshoi, D. 42, Str. 1, Pomeshch. #1160, Moscow 121205, Russia; Website https://www.b-crypto.ru; Organization Established Date 12 Oct 2022; Tax ID No. 9731101346 (Russia) [RUSSIA-EO14024].

JOINT-STOCK COMPANY CENTRAL SEA ENGINEERING OFFICE ALMAZ (a.k.a. ALMAZ CENTRAL MARINE DESIGN BUREAU; a.k.a. ALMAZ CENTRAL MARINE DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. ALMAZ DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY CENTRAL MARINE DESIGN BUREAU ALMAZ; a.k.a. JOINT-STOCK COMPANY TSMKB ALMAZ; a.k.a. JSC TSENTRALNOYE MORSKOYE KONSTRUKTORSKOYE BYURO ALMAZ (Cyrillic: АО ЦЕНТРАЛЬНОЕ МОРСКОЕ КОНСТРУКТОРСКОЕ БЮРО АЛМАЗ)), Warshavskaya Street, 50, Saint-Petersburg 196128, Russia; 50 Varshavska Str., St. Petersburg 196070, Russia; Website www.almaz-kb.ru; Organization Established Date 18 Nov 2008; Organization Type: Operation of sports facilities; Tax ID No. 7810537558 (Russia) [RUSSIA-EO14024]

JOINT-STOCK COMPANY COMMERCIAL BANK 'INDUSTRIAL SAVINGS BANK' (a.k.a. AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK INDUSTRIALNY SBEREGATELNY BANK; f.k.a. CLOSED JOINT STOCK COMPANY COMMERCIAL BANK 'INDUSTRIAL SAVINGS BANK'; a.k.a. IS BANK, AO; a.k.a. JSC CB 'IS BANK'), Eldoradovsky per 7, Moscow 125167, Russia; 29/UL, prospect Kirova, Simferopol, Crimea 295011, Ukraine; Building 160, Office 104, Kievskaya Street, Simferopol, Crimea 295493, Ukraine; Building 25, Lenin Street, Kerch, Crimea 298300, Ukraine; SWIFT/BIC RISBRUMM; BIK (RU) 044525349; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027739339715 (Russia); Tax ID No. 7744001673 (Russia); Government Gazette Number 40199908 (Russia) [UKRAINE-EO13685].

JOINT-STOCK COMPANY COMMERCIAL BANK NORTH CREDIT (a.k.a. JSC CB NORTH CREDIT; a.k.a. NORTH CREDIT BANK), Building 27, Herzen Street, Vologda, Vologda Oblast 160000, Russia; Building 29a, Zhelyabova Street, Simferopol, Crimea 295011, Ukraine; ul. Gertsena 27, Vologda, Vologodskaya Oblast 160000, Russia; SWIFT/BIC NOCRRU21; BIK (RU) 041909769; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1022900001772 (Russia); Tax ID No. 2901009852 (Russia) [UKRAINE-EO13685].

JOINT-STOCK COMPANY CONCERN ALMAZ-ANTEY (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN VOZDUSHNO-KOSMICHESKOI OBORONY ALMAZ-ANTEI; a.k.a. AO KONTSERN VKO ALMAZ-ANTEI; a.k.a. JOINT STOCK COMPANY AEROSPACE DEFENSE CONCERN ALMAZ-ANTEY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ВОЗДУШНО-КОСМИЧЕСКОЙ ОБОРОНЫ АЛМАЗ-АНТЕЙ); a.k.a. JOINT STOCK COMPANY AIR AND SPACE DEFENSE CONCERN ALMAZ-ANTEY; a.k.a. JSC CONCERN VKO ALMAZ-ANTEY (Cyrillic: АО КОНЦЕРН ВКО АЛМАЗ-АНТЕЙ); f.k.a. OAO CONCERN PVO ALMAZ-ANTEY; a.k.a. OPEN JOINT STOCK COMPANY CONCERN PVO ALMAZ-ANTEY), D. 41, ul. Vereiskaya, Moscow 121471, Russia; Secondary sanctions risk:

Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 19 Nov 1991; Target Type State-Owned Enterprise; Tax ID No. 7731084175 (Russia); Government Gazette Number 11593871 (Russia); Registration Number 1027739001993 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JOINT-STOCK COMPANY ENGINEERING OFFICE SPETSIALNOGO MASHINOSTROYENIYA (a.k.a. DESIGN BUREAU OF SPECIAL MACHINE BUILDING; a.k.a. DESIGN BUREAU OF SPECIAL MACHINE-BUILDING; a.k.a. DESIGN BUREAU OF SPECIAL MACHINEBUILDING AO (Cyrillic: АО КОНСТРУКТОРСКОЕ БЮРО СПЕЦИАЛЬНОГО МАШИНОСТРОЕНИЯ); a.k.a. JOINT-STOCK COMPANY KBSM; a.k.a. KBSM DESIGN BUREAU OF SPECIAL MACHINEBUILDING; a.k.a. "KBSM AO"), Obukhovskoy Oborony Ave, Saint Petersburg 192012, Russia; Tax ID No. 7802205799 (Russia) [RUSSIA-EO14024].

JOINT-STOCK COMPANY FOREIGN ECONOMIC ENTERPRISE SUDOEXPORT (a.k.a. JOINT STOCK COMPANY SUDOEXPORT; a.k.a. JSC VNESHNEEKONOMICHESKOYE ENTERPRISE SUDOEXPORT (Cyrillic: АО ВНЕШНЕЭКОНОМИЧЕСКОЕ ПРЕДПРИЯТИЕ СУДОЭКСПОРТ); a.k.a. "SUDOEXPORT"), 11 Tikhvinsky Pereulok Bld.2, Moscow 127055, Russia; 11 Sadovaya-Kudrinskaya St., Moscow 123231, Russia; Website www.sudoexport.ru; Organization Established Date 17 Apr 2013; Tax ID No. 7703788275 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY KBSM (a.k.a. DESIGN BUREAU OF SPECIAL MACHINE BUILDING; a.k.a. DESIGN BUREAU OF SPECIAL MACHINE-BUILDING; a.k.a. DESIGN BUREAU OF SPECIAL MACHINEBUILDING AO (Cyrillic: АО КОНСТРУКТОРСКОЕ БЮРО СПЕЦИАЛЬНОГО МАШИНОСТРОЕНИЯ); a.k.a. JOINT-STOCK COMPANY ENGINEERING OFFICE SPETSIALNOGO MASHINOSTROYENIYA; a.k.a. KBSM DESIGN BUREAU OF SPECIAL MACHINEBUILDING; a.k.a. "KBSM AO"), Obukhovskoy Oborony Ave, Saint Petersburg 192012, Russia; Tax ID No. 7802205799 (Russia) [RUSSIA-EO14024].

JOINT-STOCK COMPANY KHABAROVSKY SHIPBUILDING PLANT (a.k.a. JOINT STOCK

COMPANY KHABAROVSK SHIPBUILDING YARD; a.k.a. JOINT-STOCK COMANY KHABAROVSKIY SHIPYARD; a.k.a. JOINT-STOCK COMPANY KHSZ; a.k.a. JSC KHABAROVSK SHIPBUILDING YARD; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY FACTORY; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY ZAVOD (Cyrillic: АО ХАБАРОВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. KHABAROVSK SHIPBUILDING PLANT; a.k.a. KHABAROVSKIY SHIPBUILDING PLANT), Suvorova St, 1, Khabarovsk, Khabarovsk Territory 680003, Russia; Organization Established Date 29 Oct 2008; Tax ID No. 2723112662 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY KHSZ (a.k.a. JOINT STOCK COMPANY KHABAROVSK SHIPBUILDING YARD; a.k.a. JOINT-STOCK COMANY KHABAROVSKIY SHIPYARD; a.k.a. JOINT-STOCK COMPANY KHABAROVSKY SHIPBUILDING PLANT; a.k.a. JSC KHABAROVSK SHIPBUILDING YARD; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY FACTORY; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY ZAVOD (Cyrillic: АО ХАБАРОВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. KHABAROVSK SHIPBUILDING PLANT; a.k.a. KHABAROVSKIY SHIPBUILDING PLANT), Suvorova St, 1, Khabarovsk, Khabarovsk Territory 680003, Russia; Organization Established Date 29 Oct 2008; Tax ID No. 2723112662 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY MOSCOW RESEARCH SCIENTIFIC RADIO COMMUNICATION INSTITUTE (a.k.a. AKTSIONERNOE OBSHCHESTVO MOSKOVSKI ORDENA TRUDOVOGO KRASNOGO ZNAMENI NAUCHNO-ISSLEDOVATELSKI RADIOTEKHNICHESKI INSTITUT; a.k.a. JOINT STOCK COMPANY MOSCOW ORDER OF THE RED BANNER OF LABOR RESEARCH RADIO ENGINEERING INSTITUTE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО МОСКОВСКИЙ ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ НАЧНО-ИССЛЕДОВАТЕЛЬСКИЙ РАДИОТЕХНИЧЕСКИЙ ИНСТИТУТ); a.k.a. JSC MNIRTI; a.k.a. MOSKOVSKI ORDENA TRUDOVOGO KRASNOGO ZNAMENI NAUCHNO-ISSLEDOVATELSKI RADIOTEKHNICHESKI INSTITUT PAO), 2/1 Bolshoi Trekhsvyatitelski Lane, Moscow 109028, Russia; Organization Established Date 24 Jun 1992; Tax ID No. 7709899951 (Russia); Registration Number 1127746217422 (Russia) [RUSSIA-EO14024].

JOINT-STOCK COMPANY NON-GOVERNMENTAL PENSION FUND FIRST INDUSTRIAL ALLIANCE (a.k.a. AKTSIONERNOE OBSHCHESTVO NEGOSUDARSTVENNY PENSIONNY FOND PERVY PROMYSHLENNY ALYANS; a.k.a. AO NPF PERVYI PROMYSHLENNYI ALYANS; a.k.a. NON-STATE PENSION FUND FIRST INDUSTRIAL ALLIANCE; a.k.a. NPF PERVY PROMYSHLENNY ALYANS AO), 2E, ul. Vishnevskogo Kazan, Tatarstan Resp. 420097, Russia; Organization Established Date 02 Mar 1999; Tax ID No. 1655319199 (Russia); Government Gazette Number 50607380 (Russia); Registration Number 1151600000210 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

JOINT-STOCK COMPANY ODK-KLIMOV (a.k.a. AO ODK-KLIMOV (Cyrillic: АО ОДК-КЛИМОВ); a.k.a. JOINT STOCK COMPANY ODK-KLIMOV; a.k.a. ODK-KLIMOV), 11 Kantemirovskaya Str., Saint Petersburg 194100, Russia; Tax ID No. 7802375335 (Russia) [RUSSIA-EO14024].

JOINT-STOCK COMPANY PRODUCTION ASSOCIATION SEVERNOYE MACHINE-BUILDING ENTERPRISE (a.k.a. JOINT STOCK COMPANY PO SEVMASH; a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION NORTHERN MACHINE-BUILDING ENTERPRISE; a.k.a. JSC PRODUCTION OBYEDINENIYE SEVERNOYE MASHINOSTROITELNOYE (Cyrillic: АО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СЕВЕРНОЕ МАШИНОСТРОИТЕЛЬНОЕ ПРЕДПРИЯТИЕ); a.k.a. PRODUCTION ASSOCIATION SEVMASH), 58 Arkhangelskoye Highway, Severodvinsk, Arkhangelsk Region 164500, Russia; Organization Established Date 01 Jun 2008; Tax ID No. 2902059091 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY PSZ YANTAR (a.k.a. JOINT STOCK COMPANY BALTIC SHIPBUILDING PLANT YANTAR; a.k.a. JOINT-STOCK COMPANY YANTAR SHIPYARD; a.k.a. JSC PRIBALTIYSKY SUDOSTROITELNY FACTORY YANTAR; a.k.a. JSC PRIBALTIYSKY SUDOSTROITELNY ZAVOD YANTAR (Cyrillic: АО ПРИБАЛТИЙСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД ЯНТАРЬ); a.k.a. JSC SHIPYARD YANTAR; a.k.a. YANTAR SHIPYARD), 1 Guskov Square, Kaliningrad, Kaliningrad Region 236005, Russia; Organization Established Date 07 Sep 1993; Tax ID No. 3900003111 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY RAMENSKY PRIBOROSTROITELNY FACTORY (a.k.a. JOINT STOCK COMPANY RAMENSKY INSTRUMENT ENGINEERING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. JOINT STOCK COMPANY RPZ; a.k.a. RAMENSKIY PRIBOROSTROITELNYY ZAVOD; a.k.a. RAMENSKOYE INSTRUMENT BUILDING PLANT (Cyrillic: РАМЕНСКИЙ ПРИБОРОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. RAMENSKOYE INSTRUMENT DESIGN BUREAU; a.k.a. RAMENSKOYE INSTRUMENT ENGINEERING PLANT; a.k.a. RAMENSKOYE INSTRUMENT PLANT; a.k.a. RAMENSKOYE INSTRUMENT-MAKING DESIGN BUREAU; a.k.a. RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO; a.k.a. RAMENSKY INSTRUMENT-MAKING FACTORY; a.k.a. "RPKB"), Mikhalevicha st., 39, bldg. 20, 2/124, Ramenskoye, Moscow Region 140100, Russia; Organization Established Date 02 Jul 2001; Tax ID No. 5040001426 (Russia); Registration Number 1025005116839 (Russia) [RUSSIA-EO14024].

JOINT-STOCK COMPANY RENOVA GROUP OF COMPANIES (a.k.a. JSC RENOVA GROUP OF COMPANIES; a.k.a. RENOVA GROUP), V, 28 Balaklavskiy Prospekt, Moscow 117452, Russia; 40, Malaya Ordynka, Moscow 115184, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1047796880548; Tax ID No. 7727526670; Government Gazette Number 772701001 [UKRAINE-EO13662] (Linked To: VEKSELBERG, Viktor Feliksovich).

JOINT-STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE TOPAZ (a.k.a. AO NPP TOPAZ; a.k.a. CLOSED JOINT-

STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE TOPAZ), 16k34 3 Mytishchinskaya Str., Moscow 129626, Russia; Organization Established Date 24 Jul 1997; Tax ID No. 5008011331 (Russia); Registration Number 1035001851125 (Russia) [RUSSIA-EO14024].

JOINT-STOCK COMPANY SAINT PETERSBURG CITY SEA OFFICE MECHANICAL ENGINEERING MALAKHIT (a.k.a. JOINT STOCK COMPANY THE ST. PETERSBURG'S SEA BUREAU OF MECHANICAL ENGINEERING MALACHITE; a.k.a. JOINT-STOCK COMPANY SPMBM MALAKHIT; a.k.a. JOINT-STOCK COMPANY ST. PETERSBURG MARINE DESIGN BUREAU MALACHITE; a.k.a. JSC SAINT-PETERSBURG MARINE DESIGN BUREAU MALACHITE; a.k.a. JSC SANKT-PETERBURGSKOYE MORSKOYE BYURO MASHINOSTROYENIYA MALAKHIT (Cyrillic: АО САНКТ-ПЕТЕРБУРГСКОЕ МОРСКОЕ БЮРО МАШИНОСТРОЕНИЯ МАЛАХИТ); a.k.a. MALACHITE DESIGN BUREAU), 18 Frunze Str., Saint-Petersburg 196135, Russia; Organization Established Date 18 Nov 2008; Tax ID No. 7810537540 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY SHIP REPAIR CENTER ZVEZDOCHKA (a.k.a. JOINT STOCK COMPANY SHIPREPAIRING CENTER ZVYOZDOCHKA; a.k.a. JOINT-STOCK COMPANY TSS ZVEZDOCHKA; a.k.a. JSC CENTER SUDOREMONTA ZVEZDOCHKA (Cyrillic: АО ЦЕНТР СУДОРЕМОНТА ЗВЕЗДОЧКА); a.k.a. SC ZVYOZDOCHKA; a.k.a. SHIPREPAIRING CENTER ZVYOZDOCHKA), 12 Mashinostroiteley Passage, Severodvinsk, Arkhangelsk Region 164500, Russia; Organization Established Date 12 Nov 2008; Tax ID No. 2902060361 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY SPMBM MALAKHIT (a.k.a. JOINT STOCK COMPANY THE ST. PETERSBURG'S SEA BUREAU OF MECHANICAL ENGINEERING MALACHITE; a.k.a. JOINT-STOCK COMPANY SAINT PETERSBURG CITY SEA OFFICE MECHANICAL ENGINEERING MALAKHIT; a.k.a. JOINT-STOCK COMPANY ST. PETERSBURG MARINE DESIGN BUREAU MALACHITE; a.k.a. JSC SAINT-PETERSBURG MARINE DESIGN BUREAU MALACHITE; a.k.a. JSC SANKT-PETERBURGSKOYE MORSKOYE BYURO MASHINOSTROYENIYA MALAKHIT (Cyrillic: АО САНКТ-ПЕТЕРБУРГСКОЕ МОРСКОЕ БЮРО МАШИНОСТРОЕНИЯ МАЛАХИТ); a.k.a. MALACHITE DESIGN BUREAU), 18 Frunze Str., Saint-Petersburg 196135, Russia; Organization Established Date 18 Nov 2008; Tax ID No. 7810537540 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY ST. PETERSBURG MARINE DESIGN BUREAU MALACHITE (a.k.a. JOINT STOCK COMPANY THE ST. PETERSBURG'S SEA BUREAU OF MECHANICAL ENGINEERING MALACHITE; a.k.a. JOINT-STOCK COMPANY SAINT PETERSBURG CITY SEA OFFICE MECHANICAL ENGINEERING MALAKHIT; a.k.a. JOINT-STOCK COMPANY SPMBM MALAKHIT; a.k.a. JSC SAINT-PETERSBURG MARINE DESIGN BUREAU MALACHITE; a.k.a. JSC SANKT-PETERBURGSKOYE MORSKOYE BYURO MASHINOSTROYENIYA MALAKHIT (Cyrillic: АО САНКТ-ПЕТЕРБУРГСКОЕ МОРСКОЕ БЮРО МАШИНОСТРОЕНИЯ МАЛАХИТ); a.k.a. MALACHITE DESIGN BUREAU), 18 Frunze Str., Saint-Petersburg 196135, Russia; Organization Established Date 18 Nov 2008; Tax ID No. 7810537540 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY SVETLOVSKAYA ERA (a.k.a. JOINT STOCK COMPANY SVETLOVSKOE ENTERPRISE ERA; a.k.a. JOINT STOCK COMPANY SVETLOVSKY ENTERPRISE ERA; a.k.a. JSC SP ERA (Cyrillic: АО СП ЭРА); a.k.a. JSCO SVETLOVSKY ENTERPRISE ERA; a.k.a. SVETLOVSKY ENTERPRISE ERA), Ul. Chaykinoy, 1, Svetly, Kaliningrad Region 238340, Russia; Organization Established Date 21 Jan 2003; Tax ID No. 3913007731 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY THE BERKAKIT-TOMMOT-YAKUTSK RAILWAY LINE'S CONSTRUCTION DIRECTORATE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДИРЕКЦИЯ ПО СТРОИТЕЛЬСТВУ ЖЕЛЕЗНОЙ ДОРОГИ БЕРКАКИТ-ТОММОТ-ЯКУТСК) (a.k.a. AKTSIONERNOE OBSHCHESTVO DIREKTSIYA PO STROITEL'STVU ZHELEZNOY DOROGI BERKAKIT-TOMMOT-YAKUTSK; a.k.a. JSC DSZHD BTYA (Cyrillic: АО ДСЖД БТЯ); a.k.a. OPEN JOINT-STOCK COMPANY THE BERKAKIT-TOMMOT-YAKUTSK RAILWAY LINE'S CONSTRUCTION DIRECTORATE (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ДИРЕКЦИЯ ПО СТРОИТЕЛЬСТВУ ЖЕЛЕЗНОЙ ДОРОГИ БЕРКАКИТ-ТОММОТ-ЯКУТСК)), Mayakovsky street, building 14, Aldan, Republic of Sakha (Yakutia) 678900, Russia (Cyrillic: улица Маяковского, дом 14, город Алдан, Республика Саха (Якутия) 678900, Russia); Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1121402000213 (Russia); Tax ID No. 1402015986 (Russia) [UKRAINE-EO13685].

JOINT-STOCK COMPANY TRADING-FINANCIAL COMPANY KAMAZ (a.k.a. AKTSIONERNOE OBSHCHESTVO TORGOVO-FINANSOVAYA KOMPANIYA KAMAZ; a.k.a. JSC TFK KAMAZ; a.k.a. TFK KAMAZ AO; f.k.a. TORGOVO-FINANSOVAYA KOMPANIYA KAMAZ AO), Raion Avtomobilnogo Zavoda, ABK-421, Naberezhnyye Chelny 423800, Russia; 12, proezd Avtosborochny, Naberezhnye Chelny, Tatarstan Resp. 423800, Russia; Organization Established Date 23 Oct 1997; Tax ID No. 1653019048 (Russia); Government Gazette Number 47104250 (Russia); Registration Number 1021602019097 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

JOINT-STOCK COMPANY TSMKB ALMAZ (a.k.a. ALMAZ CENTRAL MARINE DESIGN BUREAU; a.k.a. ALMAZ CENTRAL MARINE DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. ALMAZ DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY CENTRAL MARINE DESIGN BUREAU ALMAZ; a.k.a. JOINT-STOCK COMPANY CENTRAL SEA ENGINEERING OFFICE ALMAZ; a.k.a. JSC TSENTRALNOYE MORSKOYE KONSTRUKTORSKOYE BYURO ALMAZ (Cyrillic: АО ЦЕНТРАЛЬНОЕ МОРСКОЕ КОНСТРУКТОРСКОЕ БЮРО АЛМАЗ)), Warshavskaya Street, 50, Saint-Petersburg 196128, Russia; 50 Varshavskaya Str., St. Petersburg 196070, Russia; Website

www.almaz-kb.ru; Organization Established Date 18 Nov 2008; Organization Type: Operation of sports facilities; Tax ID No. 7810537558 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY TSS ZVEZDOCHKA (a.k.a. JOINT STOCK COMPANY SHIPREPAIRING CENTER ZVYOZDOCHKA; a.k.a. JOINT-STOCK COMPANY SHIP REPAIR CENTER ZVEZDOCHKA; a.k.a. JSC CENTER SUDOREMONTA ZVEZDOCHKA (Cyrillic: АО ЦЕНТР СУДОРЕМОНТА ЗВЕЗДОЧКА); a.k.a. SC ZVYOZDOCHKA; a.k.a. SHIPREPAIRING CENTER ZVYOZDOCHKA), 12 Mashinostroiteley Passage, Severodvinsk, Arkhangelsk Region 164500, Russia; Organization Established Date 12 Nov 2008; Tax ID No. 2902060361 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOINT-STOCK COMPANY YANTAR SHIPYARD (a.k.a. JOINT STOCK COMPANY BALTIC SHIPBUILDING PLANT YANTAR; a.k.a. JOINT-STOCK COMPANY PSZ YANTAR; a.k.a. JSC PRIBALTIYSKY SUDOSTROITELNY FACTORY YANTAR; a.k.a. JSC PRIBALTIYSKY SUDOSTROITELNY ZAVOD YANTAR (Cyrillic: АО ПРИБАЛТИЙСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД ЯНТАРЬ); a.k.a. JSC SHIPYARD YANTAR; a.k.a. YANTAR SHIPYARD), 1 Guskov Square, Kaliningrad, Kaliningrad Region 236005, Russia; Organization Established Date 07 Sep 1993; Tax ID No. 3900000111 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JOK RIAK, Gabriel (a.k.a. JOK, Gabriel; a.k.a. MAKOL, Gabriel Jok Riak; a.k.a. MAKOL, Jok Riak; a.k.a. RIAK, Jock; a.k.a. RIAK, Jok), Wau, Western Bahr El Ghazal State, South Sudan; Unity State, South Sudan; DOB 1966; POB Bor, South Sudan; alt. POB Bor, Sudan; nationality South Sudan; Lieutenant General; Sector One Commander (individual) [SOUTH SUDAN].

JOK, Gabriel (a.k.a. JOK RIAK, Gabriel; a.k.a. MAKOL, Gabriel Jok Riak; a.k.a. MAKOL, Jok Riak; a.k.a. RIAK, Jock; a.k.a. RIAK, Jok), Wau, Western Bahr El Ghazal State, South Sudan; Unity State, South Sudan; DOB 1966; POB Bor, South Sudan; alt. POB Bor, Sudan; nationality

South Sudan; Lieutenant General; Sector One Commander (individual) [SOUTH SUDAN].

JOKIC, Dragan; DOB 20 Aug 1957; POB Grbavci, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

JOKIC, Miodrag; DOB 1935; POB Mionica, Serbia and Montenegro; ICTY indictee (individual) [BALKANS].

JOMAA KHARFAN, Aiman Said (a.k.a. JOMAA, Aymen; a.k.a. JOMAA, Aymen Saeid; a.k.a. JOUMAA, Aiman; a.k.a. JOUMAA, Ayman Saied; a.k.a. JOUMAA, Eiman; a.k.a. JOUMHA, Aymen), Lebanon; Maicao, Colombia; Medellin, Colombia; DOB 21 Jun 1964; alt. DOB 15 Jun 1976; POB Al Karouan, Lebanon; alt. POB Barranquilla, Colombia; nationality Lebanon; alt. nationality Colombia; citizen Lebanon; alt. citizen Colombia; Cedula No. 84075050 (Colombia); Passport RL 0235074 (Lebanon); alt. Passport P013331 (Colombia) (individual) [SDNTK].

JOMAA, Aymen (a.k.a. JOMAA KHARFAN, Aiman Said; a.k.a. JOMAA, Aymen Saeid; a.k.a. JOUMAA, Aiman; a.k.a. JOUMAA, Ayman Saied; a.k.a. JOUMAA, Eiman; a.k.a. JOUMHA, Aymen), Lebanon; Maicao, Colombia; Medellin, Colombia; DOB 21 Jun 1964; alt. DOB 15 Jun 1976; POB Al Karouan, Lebanon; alt. POB Barranquilla, Colombia; nationality Colombia; citizen Lebanon; alt. citizen Colombia; Cedula No. 84075050 (Colombia); Passport RL 0235074 (Lebanon); alt. Passport P013331 (Colombia) (individual) [SDNTK].

JOMAA, Aymen Saeid (a.k.a. JOMAA KHARFAN, Aiman Said; a.k.a. JOMAA, Aymen; a.k.a. JOUMAA, Aiman; a.k.a. JOUMAA, Ayman Saied; a.k.a. JOUMAA, Eiman; a.k.a. JOUMHA, Aymen), Lebanon; Maicao, Colombia; Medellin, Colombia; DOB 21 Jun 1964; alt. DOB 15 Jun 1976; POB Al Karouan, Lebanon; alt. POB Barranquilla, Colombia; nationality Lebanon; alt. nationality Colombia; citizen Lebanon; alt. citizen Colombia; Cedula No. 84075050 (Colombia); Passport RL 0235074 (Lebanon); alt. Passport P013331 (Colombia) (individual) [SDNTK].

JOMIATUL EHYA-UT TURAJ (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a.

IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAM'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN,

ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon;

City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

JOMIYATU-EHYA-UT TURAS AL ISLAMI (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF

ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA;

a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

JON, Hana Paul, 19 Tudor House, Windsor Way, Brook Green, London, United Kingdom (individual) [IRAQ2].

JON, Il Ho (Korean: 전일호) (a.k.a. CHON, Il Ho), Korea, North; DOB 20 Feb 1956; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS463120423 (Korea, North) (individual) [DPRK2].

JON, Jin Yong (Korean: 전진영) (a.k.a. CHO'N, Chin-yo'ng; a.k.a. ZYON, Zin Yon), Moscow, Russia; DOB 05 Mar 1981; POB Pyongyang, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

JON, Myong Guk (a.k.a. CHO'N, Myo'ng-kuk; a.k.a. JON, Yong Sang), Syria; DOB 18 Oct 1976; alt. DOB 25 Aug 1976; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 4721202031 (Korea, North) expires 21 Feb 2017; Diplomatic Passport 836110035 expires 01 Jan 2020; Tanchon Commercial Bank Representative in Syria (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

JON, Yong Sang (a.k.a. CHO'N, Myo'ng-kuk; a.k.a. JON, Myong Guk), Syria; DOB 18 Oct 1976; alt. DOB 25 Aug 1976; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 4721202031 (Korea, North) expires 21 Feb 2017; Diplomatic Passport 836110035 expires 01 Jan 2020; Tanchon Commercial Bank Representative in Syria (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

JON, Yun Gun (Korean: 전연근) (a.k.a. CHO'N, Yo'n Ku'n), Laos; DOB 22 Apr 1973; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 927233154 (Korea, North) (individual) [DPRK2] (Linked To: PIONEER BENCONT STAR REAL ESTATE).

JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL;

a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan [FTO] [SDGT].

JONDALLAH (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan [FTO] [SDGT].

JONDOLLAH (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan [FTO] [SDGT].

JONDULLAH (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a.

SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan [FTO] [SDGT].

JONES, Sally (a.k.a. HUSSAIN, Sakinah; a.k.a. JONES, Sally Anne; a.k.a. JONES, Sally-Anne Frances; a.k.a. "AL-BRITANI, Umm Hussain"), Syria; DOB 17 Nov 1968; POB Greenwich, England; nationality United Kingdom; Passport 519408086 (United Kingdom) issued 23 Sep 2013 expires 23 Sep 2023 (individual) [SDGT].

JONES, Sally Anne (a.k.a. HUSSAIN, Sakinah; a.k.a. JONES, Sally; a.k.a. JONES, Sally-Anne Frances; a.k.a. "AL-BRITANI, Umm Hussain"), Syria; DOB 17 Nov 1968; POB Greenwich, England; nationality United Kingdom; Passport 519408086 (United Kingdom) issued 23 Sep 2013 expires 23 Sep 2023 (individual) [SDGT].

JONES, Sally-Anne Frances (a.k.a. HUSSAIN, Sakinah; a.k.a. JONES, Sally; a.k.a. JONES, Sally Anne; a.k.a. "AL-BRITANI, Umm Hussain"), Syria; DOB 17 Nov 1968; POB Greenwich, England; nationality United Kingdom; Passport 519408086 (United Kingdom) issued 23 Sep 2013 expires 23 Sep 2023 (individual) [SDGT].

JONG, Kyong Thaek (a.k.a. CHO'NG, Kyo'ng-t'aek), Pyongyang, Korea, North; DOB 01 Jan 1961 to 31 Dec 1963; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Minister of State Security (individual) [DPRK2].

JONG, Man Bok (a.k.a. CHO'NG, Man-pok), Dandong, China; DOB 23 Dec 1958; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea Ryonbong General Corporation Representative in Dandong, China (individual) [DPRK2].

JONG, Song Ho (a.k.a. CHO'NG, So'ng-ho), Vladivostok, Russia; DOB 15 Nov 1972; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 109110001 (Korea,

North) expires 05 Jan 2024 (individual) [DPRK4] (Linked To: JINMYONG JOINT BANK).

JONG, Song Hwa (Korean: 정성화); DOB 05 Feb 1970; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 927220230 (Korea, North) issued 11 May 2017 expires 11 May 2022 (individual) [DPRK4].

JONG, Yong Nam, Minsk, Belarus; DOB 26 Jan 1966; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 927120050 (Korea, North) (individual) [NPWMD].

JONG, Yong Su, Korea, North; DOB 15 Dec 1950; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563310172; Minister of Labor (individual) [DPRK2].

JORGE J., Rodriguez Gomez (a.k.a. JORGE JESUS, Rodriguez Gomez; a.k.a. RODRIGUEZ GOMEZ, Jorge J; a.k.a. RODRIGUEZ GOMEZ, Jorge Jesus; a.k.a. RODRIGUEZ, Jorge), El Valle, Libertador, Capital District, Venezuela; DOB 09 Nov 1965; citizen Venezuela; Gender Male; Cedula No. 6823952 (Venezuela) (individual) [VENEZUELA].

JORGE JESUS, Rodriguez Gomez (a.k.a. JORGE J., Rodriguez Gomez; a.k.a. RODRIGUEZ GOMEZ, Jorge J; a.k.a. RODRIGUEZ GOMEZ, Jorge Jesus; a.k.a. RODRIGUEZ, Jorge), El Valle, Libertador, Capital District, Venezuela; DOB 09 Nov 1965; citizen Venezuela; Gender Male; Cedula No. 6823952 (Venezuela) (individual) [VENEZUELA].

JOSEPH, Wilson (a.k.a. "BEENIE"; a.k.a. "BIG CHIEF"; a.k.a. "LAMO SANJOU"; a.k.a. "LANMO SAN JOU" (Latin: "LANMÒ SAN JOU"); a.k.a. "LANMOU100JOU"; a.k.a. "WILSON, Joseph"), Port-au-Prince, Haiti; DOB 28 Feb 1993; POB Lascahobas, Central Department, Haiti; nationality Haiti; Gender Male (individual) [GLOMAG].

JOSON PAEKHO MUYOK HOESA (a.k.a. KOREA PAEKHO TRADING CORPORATION; a.k.a. KOREA PAEKHO TRADING CORPORATION, LTD.; a.k.a. PAEKHO ARTS TRADING COMPANY; a.k.a. PAEKHO CONSTRUCTION SARL; a.k.a. PAEKHO FINE ART CORPORATION; a.k.a. PAEKHO TRADING COMPANY; a.k.a. WHITE TIGER TRADING COMPANY; a.k.a. "DEPARTMENT 30"; a.k.a. "KPTC"), Chongryu 3-dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

JOTRIN ELECTRONICS LIMITED (Chinese Traditional: 傑諾電子有限公司), Unit 3901, 39th Floor, Metropolitan Heights at Century Place, Number 3018, Shennan Middle Road, Futian District, Shenzhen 518031, China; Room 4, 4th Floor, 1st Block, Golden Building, 152 Fuk West Street, Sham Shui Po, Kowloon, Hong Kong, China; Room 3702, Xinhao Gdu, No. 8108, Caitian Road, Futian, Shenzhen 518038, China; A-2910, The Grand City, No. 386 East of Hanxi Avenue, Panyu District, Guangzhou 511400, China; Room 803, Chevalier House, 45-51 Chatham Road South, Tsim Sha Tsui, Kowloon, Hong Kong, China; Website www.jotrin.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 26 Jul 2011; Company Number 1643642 (Hong Kong) [NPWMD] [IFSR] (Linked To: PARDAZAN SYSTEM NAMAD ARMAN).

JOUD GENERAL TRADING (Arabic: جود للتجارة العامة), Nabatieh, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 05 Jul 2015; Registration Number 6003072 (Lebanon) [SDGT] (Linked To: ISMAIL, Mohamad Hassan).

JOUMAA MONEY LAUNDERING ORGANIZATION / DRUG TRAFFICKING ORGANIZATION (a.k.a. "JOUMAA MLO/DTO"), Beirut, Lebanon; Maicao, Colombia [SDNTK].

JOUMAA, Aiman (a.k.a. JOMAA KHARFAN, Aiman Said; a.k.a. JOMAA, Aymen; a.k.a. JOMAA, Aymen Saeid; a.k.a. JOUMAA, Ayman Saied; a.k.a. JOUMAA, Eiman; a.k.a. JOUMHA, Aymen), Lebanon; Maicao, Colombia; Medellin, Colombia; DOB 21 Jun 1964; alt. DOB 15 Jun

1976; POB Al Karouan, Lebanon; alt. POB Barranquilla, Colombia; nationality Lebanon; alt. nationality Colombia; citizen Lebanon; alt. citizen Colombia; Cedula No. 84075050 (Colombia); Passport RL 0235074 (Lebanon); alt. Passport P013331 (Colombia) (individual) [SDNTK].

JOUMAA, Ayman Saied (a.k.a. JOMAA KHARFAN, Aiman Said; a.k.a. JOMAA, Aymen; a.k.a. JOMAA, Aymen Saeid; a.k.a. JOUMAA, Aiman; a.k.a. JOUMAA, Eiman; a.k.a. JOUMHA, Aymen), Lebanon; Maicao, Colombia; Medellin, Colombia; DOB 21 Jun 1964; alt. DOB 15 Jun 1976; POB Al Karouan, Lebanon; alt. POB Barranquilla, Colombia; nationality Lebanon; alt. nationality Colombia; citizen Lebanon; alt. citizen Colombia (Cedula No. 84075050 (Colombia); Passport RL 0235074 (Lebanon); alt. Passport P013331 (Colombia) (individual) [SDNTK].

JOUMAA, Eiman (a.k.a. JOMAA KHARFAN, Aiman Said; a.k.a. JOMAA, Aymen; a.k.a. JOMAA, Aymen Saeid; a.k.a. JOUMAA, Aiman; a.k.a. JOUMAA, Ayman Saied; a.k.a. JOUMHA, Aymen), Lebanon; Maicao, Colombia; Medellin, Colombia; DOB 21 Jun 1964; alt. DOB 15 Jun 1976; POB Al Karouan, Lebanon; alt. POB Barranquilla, Colombia; nationality Lebanon; alt. nationality Colombia; citizen Colombia; Cedula No. 84075050 (Colombia); Passport RL 0235074 (Lebanon); alt. Passport P013331 (Colombia) (individual) [SDNTK].

JOUMANI, Lehbib Ould Ali Ould Said Ould (a.k.a. AL-SAHRAOUI, Adnan Abu Walid; a.k.a. AL-SAHRAWI, Adnan Abu Waleed; a.k.a. AL-SAHRAWI, Adnan Abu Walid; a.k.a. "AL SAHRAWI, Abu Walid"), Menaka, Mali; DOB 16 Feb 1973; POB Laayoune, Western Sahara; Gender Male (individual) [SDGT].

JOUMHA, Aymen (a.k.a. JOMAA KHARFAN, Aiman Said; a.k.a. JOMAA, Aymen; a.k.a. JOMAA, Aymen Saeid; a.k.a. JOUMAA, Aiman; a.k.a. JOUMAA, Ayman Saied; a.k.a. JOUMAA, Eiman), Lebanon; Maicao, Colombia; Medellin, Colombia; DOB 21 Jun 1964; alt. DOB 15 Jun 1976; POB Al Karouan, Lebanon; alt. POB Barranquilla, Colombia; nationality Lebanon; alt. nationality Colombia; citizen Colombia; Cedula No. 84075050 (Colombia); Passport RL 0235074 (Lebanon); alt. Passport P013331 (Colombia) (individual) [SDNTK].

JOUMILY, Ayad Hamed Mahal (a.k.a. AL-IRAQI, Abu Yahya; a.k.a. ALJAMALI, Ayad Hamed

Mohl; a.k.a. AL-JUMAIL, Ayad Hamed Mohal; a.k.a. AL-JUMAILI, Ayad; a.k.a. AL-JUMAILI, Ayad Hamid; a.k.a. AL-JUMAILY, Iyad Hamed Mahl; a.k.a. AL-JUMAYLI, Iyad; a.k.a. MAHAR, Ayad Miuhammed; a.k.a. MAHAR, Ayad Muhammad; a.k.a. SHUAB, Ayad Hammed Muhal; a.k.a. "YAHYA, Abu"); DOB 01 Jan 1977; alt. DOB 01 Jul 1972; nationality Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JOURNAL KAMERTON (a.k.a. NETWORK LITERARY AND HISTORICAL MAGAZINE KAMERTON; a.k.a. WEB KAMERTON), Moscow, Russia; Website www.webkamerton.ru [ELECTION-EO13848] (Linked To: THE STRATEGIC CULTURE FOUNDATION).

JOYA GRANDE (a.k.a. INVERSIONES TURISTICAS JOYA GRANDE, S.A. DE C.V.; a.k.a. JOYA GRANDE ZOOLOGICO Y ECOPARQUE; a.k.a. ZOO JOYA GRANDE; a.k.a. ZOOLOGICO JOYA GRANDE; a.k.a. ZOOLOGICO Y ECO-PARQUE JOYA GRANDE), Colonia Moderna, San Pedro Sula, Cortes, Honduras; Km. 9 despues de Santa Cruz de Yojoa, San Pedro Sula, Cortes, Honduras; RTN 08019011356332 (Honduras) [SDNTK].

JOYA GRANDE ZOOLOGICO Y ECOPARQUE (a.k.a. INVERSIONES TURISTICAS JOYA GRANDE, S.A. DE C.V.; a.k.a. JOYA GRANDE; a.k.a. ZOO JOYA GRANDE; a.k.a. ZOOLOGICO JOYA GRANDE; a.k.a. ZOOLOGICO Y ECO-PARQUE JOYA GRANDE), Colonia Moderna, San Pedro Sula, Cortes, Honduras; Km. 9 despues de Santa Cruz de Yojoa, San Pedro Sula, Cortes, Honduras; RTN 08019011356332 (Honduras) [SDNTK].

JOYERIA MANUELLA H.M., Carrera 50 #9B-20, Cali, Valle, Colombia; Matricula Mercantil No 818178-2 (Cali) [SDNTK].

JOZA INDUSTRIAL COMPANY (a.k.a. JOZA INDUSTRIES COMPANY), P.O. Box 16595-159, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

JOZA INDUSTRIES COMPANY (a.k.a. JOZA INDUSTRIAL COMPANY), P.O. Box 16595-159, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

JR CONTROLADORA DE RESTAURANTES, S.A. DE C.V., Martin L. Guzman 259-3, Colonia Villa de Cortes, Delegacion Benito Juarez,

Mexico City, Mexico; Folio Mercantil No. 325909 (Mexico) [SDNTK].

JS FRPC PA START NAMED AFTER MV PROTSENKO (a.k.a. FEDERAL SCIENTIFIC AND PRODUCTION CENTER MV PROTSENKO START PRODUCTION ASSOCIATION JSC (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СТАРТ ИМЕНИ МВ ПРОЦЕНКО); a.k.a. FNPTS PO START IM MV PROTSENKO AO; a.k.a. JSC FEDERALNY NAUCHNO PROIZVODSTVENNY CENTER PRODUCTION OBYEDINENIYE START IMENI MV PROTSENKO; a.k.a. M V PROTSENKO PA START), 1, Mira Prospekt, Zarechny, Penza Region 442960, Russia; Tax ID No. 5838013374 (Russia); Registration Number 1185835003221 (Russia) [RUSSIA-EO14024].

JSB SOBINBANK (a.k.a. SOBINBANK), 15 Korp. 56 D. 4 Etazh ul. Rochdelskaya, Moscow 123022, Russia; 15/56 Rochdelskaya Street, Moscow 123022, Russia; SWIFT/BIC SBBARUMM; Website http://www.sobinbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027739051009; Government Gazette Number 09610355 [UKRAINE-EO13661].

JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY FACTORY (a.k.a. 10 SHIPYARD; a.k.a. AO 10 SRZ; a.k.a. JOINT STOCK COMPANY 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI DOCKYARD; a.k.a. JOINT STOCK COMPANY 10TH AWARDS OF THE LABOR RED BANNER A SHIP REPAIR FACTORY; a.k.a. JOINT-STOCK COMPANY 10 SRZ; a.k.a. JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY ZAVOD (Cyrillic: АО 10 ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ СУДОРЕМОНТНЫЙ ЗАВОД)), 19, Lunina Str., Korp.1, Bld.2, Polyarny, Murmansk Region 184650, Russia; Organization Established Date 03 Jun 2010; Tax ID No. 5116001041 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY ZAVOD (Cyrillic: АО 10 ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ СУДОРЕМОНТНЫЙ ЗАВОД) (a.k.a. 10 SHIPYARD; a.k.a. AO 10 SRZ; a.k.a. JOINT STOCK COMPANY 10 ORDENA

TRUDOVOGO KRASNOGO ZNAMENI DOCKYARD; a.k.a. JOINT STOCK COMPANY 10TH AWARDS OF THE LABOR RED BANNER A SHIP REPAIR FACTORY; a.k.a. JOINT-STOCK COMPANY 10 SRZ; a.k.a. JSC 10 ORDENA TRUDOVOGO KRASNOGO ZNAMENI SUDOREMONTNY FACTORY), 19, Lunina Str., Korp.1, Bld.2, Polyarny, Murmansk Region 184650, Russia; Organization Established Date 03 Jun 2010; Tax ID No. 5116001041 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC 103 ARMORED REPAIR PLANT (a.k.a. 103 BRONETANKOVY REMONTNY ZAVOD PAO; a.k.a. JOINT STOCK COMPANY 103 ARSENAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 103 АРСЕНАЛ); a.k.a. JSC 103 BTRZ (Cyrillic: АО 103 БТРЗ)), ul. Zavodskaya, d. 1, pgt. Atamanovka, Chitinski raion, Zabaikalski kr. 672530, Russia; Organization Established Date 05 Jun 1997; Tax ID No. 7524015624 (Russia); Registration Number 1097524000640 (Russia) [RUSSIA-EO14024].

JSC 103 BTRZ (Cyrillic: АО 103 БТРЗ) (a.k.a. 103 BRONETANKOVY REMONTNY ZAVOD PAO; a.k.a. JOINT STOCK COMPANY 103 ARSENAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО 103 АРСЕНАЛ); a.k.a. JSC 103 ARMORED REPAIR PLANT), ul. Zavodskaya, d. 1, pgt. Atamanovka, Chitinski raion, Zabaikalski kr. 672530, Russia; Organization Established Date 05 Jun 1997; Tax ID No. 7524015624 (Russia); Registration Number 1097524000640 (Russia) [RUSSIA-EO14024].

JSC 140 REPAIR PLANT (a.k.a. 140 REMONTNY ZAVOD OAO; a.k.a. 140 REMONTNYI ZAVOD OAO (Cyrillic: ОАО 140 РЕМОНТНЫЙ ЗАВОД); a.k.a. 140 REPAIR PLANT JOINT STOCK COMPANY; a.k.a. 140 REPAIR PLANT OPEN JOINT STOCK COMPANY; a.k.a. 140TH REPAIR PLANT JSC; a.k.a. JOINT STOCK COMPANY 140 REPAIR PLANT; a.k.a. OJSC 140 REPAIR PLANT), 19, Chalovskaya St., Borisov, Minsk Region 222512, Belarus; 19, L. Chalovskoi Str., Borisov 222512, Belarus; Organization Established Date 23 Dec 2009; Target Type State-Owned Enterprise; Government Gazette Number 14512525 (Belarus); Registration Number 600136102 (Belarus) [BELARUS-EO14038].

JSC 144 ARMORED VEHICLE REPAIR PLANT (a.k.a. JOINT STOCK COMPANY 144 ARMORED REPAIR PLANT), Building 2, Simska St., Yekaterinburg 620024, Russia; Tax

ID No. 6674331056 (Russia); Registration Number 1096674009332 (Russia) [RUSSIA-EO14024].

JSC 33 SHIPYARD (a.k.a. AKTSIONERNOE OBSHCHESTVO 33 SUDOREMONTNYI ZAVOD; a.k.a. JOINT-STOCK COMPANY 33 DOCKYARD; a.k.a. JOINT-STOCK COMPANY 33 SRZ; a.k.a. JSC 33 SUDOREMONTNY FACTORY (Cyrillic: АО 33 СУДОРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC 33 SUDOREMONTNY ZAVOD), Russkay Embankment, 2, Baltiysk, Kaliningrad Region 238520, Russia; Organization Established Date 18 Nov 2008; Tax ID No. 3901500276 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC 33 SUDOREMONTNY FACTORY (Cyrillic: АО 33 СУДОРЕМОНТНЫЙ ЗАВОД) (a.k.a. AKTSIONERNOE OBSHCHESTVO 33 SUDOREMONTNYI ZAVOD; a.k.a. JOINT-STOCK COMPANY 33 DOCKYARD; a.k.a. JOINT-STOCK COMPANY 33 SRZ; a.k.a. JSC 33 SHIPYARD; a.k.a. JSC 33 SUDOREMONTNY ZAVOD), Russkay Embankment, 2, Baltiysk, Kaliningrad Region 238520, Russia; Organization Established Date 18 Nov 2008; Tax ID No. 3901500276 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC 33 SUDOREMONTNY ZAVOD (a.k.a. AKTSIONERNOE OBSHCHESTVO 33 SUDOREMONTNYI ZAVOD; a.k.a. JOINT-STOCK COMPANY 33 DOCKYARD; a.k.a. JOINT-STOCK COMPANY 33 SRZ; a.k.a. JSC 33 SHIPYARD; a.k.a. JSC 33 SUDOREMONTNY FACTORY (Cyrillic: АО 33 СУДОРЕМОНТНЫЙ ЗАВОД)), Russkay Embankment, 2, Baltiysk, Kaliningrad Region 238520, Russia; Organization Established Date 18 Nov 2008; Tax ID No. 3901500276 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC 558 AIRCRAFT REPAIR PLANT (Cyrillic: ОАО 558 АВИАЦИОННЫЙ РЕМОНТНЫЙ ЗАВОД) (a.k.a. JSC 558TH AIRCRAFT REPAIR PLANT; a.k.a. "558 ARZ OAO"; a.k.a. "JSC 558 ARP"), bld. 7, 50 let VLKSM st., Baranovichi, Brest region 225415, Belarus (Cyrillic: 7, ул. 50 ВЛКСМ, Барановичи, Брестская обл. 225415, Belarus); Secondary sanctions risk: this person is designated for operating or having operated in a sector of the

Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 09 Jun 1992; Registration Number 200166539 (Belarus) [RUSSIA-EO14024] [BELARUS-EO14038].

JSC 558TH AIRCRAFT REPAIR PLANT (a.k.a. JSC 558 AIRCRAFT REPAIR PLANT (Cyrillic: ОАО 558 АВИАЦИОННЫЙ РЕМОНТНЫЙ ЗАВОД); a.k.a. "558 ARZ OAO"; a.k.a. "JSC 558 ARP"), bld. 7, 50 let VLKSM st., Baranovichi, Brest region 225415, Belarus (Cyrillic: 7, ул. 50 ВЛКСМ, Барановичи, Брестская обл. 225415, Belarus); Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 09 Jun 1992; Registration Number 200166539 (Belarus) [RUSSIA-EO14024] [BELARUS-EO14038].

JSC 560 ARMORED REPAIR PLANT, 16 Pervomaiskaya St, Vozzhaevka 676811, Russia; Tax ID No. 2811005250 (Russia); Registration Number 1092804000255 (Russia) [RUSSIA-EO14024].

JSC 61ST ARMOR REPAIR PLANT (a.k.a. 61ST ARMORED VEHICLE REPAIR PLANT JOINT STOCK COMPANY; a.k.a. OJSC 61 BTRZ), 11 Zavodskaya dor., Strelna, St. Petersburg 198515, Russia; Tax ID No. 7819310752 (Russia); Registration Number 1097847131678 (Russia) [RUSSIA-EO14024].

JSC 711 AIRCRAFT REPAIR PLANT (a.k.a. JOINT STOCK COMPANY 711 AIRCRAFT REPAIR PLANT; a.k.a. "711 ARZ AO"), Ul. Chkalova D.18, Borisoglebsk 397171, Russia; Organization Established Date 10 Jun 1923; Tax ID No. 3604016369 (Russia); Registration Number 1063604012790 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JSC A.E. NUDELMAN DESIGN BUREAU OF PRECISION MACHINE BUILDING (a.k.a. A.E. NUDELMAN KB TOCHMASH JSC; a.k.a. A.E. NUDELMAN PRECISION ENGINEERING DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. JOINT STOCK COMPANY CONSTRUCTION BUREAU FOR PRECISE MACHINERY NAMED AFTER A.E. NUDELMANA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНСТРУКТОРСКОЕ БЮРО

ТОЧНОГО МАШИНОСТРОЕНИЯ ИМЕНИ А.Э. НУДЕЛЬМАНА), St. Vvedenskogo 8, Moscow 117342, Russia; Organization Established Date 10 Nov 2011; Registration ID 1117746904417 (Russia); Tax ID No. 7728789425 (Russia) [RUSSIA-EO14024].

JSC A.S. YAKOVLEV DB (a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU NAMED AFTER A.S. YAKOVLEV; a.k.a. JOINT STOCK COMPANY OKB NAMED AFTER A.S. YAKOVLEV; a.k.a. JOINT-STOCK COMPANY A.S. YAKOVLEV DESIGN BUREAU; a.k.a. OJSC OPYTNO-KONSTRUKTORSKOYE BYURO IM. A.S. YAKOVLEVA), 68 Leningradsky Ave, Moscow 125315, Russia; Organization Established Date 31 Aug 1993; Tax ID No. 7714039849 (Russia); Registration Number 1027739252298 (Russia) [RUSSIA-EO14024] (Linked To: IRKUT CORPORATION JOINT STOCK COMPANY).

JSC AAC PROGRESS (a.k.a. JOINT STOCK COMPANY PROGRESS ARSENYEV AVIATION COMPANY; a.k.a. PROGRESS ARSENYEV AVIATION COMPANY; a.k.a. "PROGRESS AO"), Pl. Lenina D. 5, Arsenyev 692335, Russia; Organization Established Date 1936; Tax ID No. 2501002394 (Russia); Registration Number 1022500510350 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JSC ABS ZEIM AUTOMATION (Cyrillic: АО АБС ЗЭИМ АВТОМАТИЗАЦИЯ) (a.k.a. ABS ZEIM AVTOMATIZATSIYA OAO), d. 1 Ivana Yakoleva Avenue, Cheboksary 428003, Russia; Prospekt I.Ya.Yakovleva d. 1, Cheboksary 428020, Russia; Tax ID No. 2128006240 (Russia); Government Gazette Number 05784911 (Russia); Registration Number 1022101130314 (Russia) [RUSSIA-EO14024] (Linked To: ASSET AUTOMATION LLC).

JSC ACADEMICIAN M.F. RESHETNEV INFORMATION SATELLITE SYSTEMS (a.k.a. ISS RESHETNEV), 52, Lenin Street, Zheleznogorsk, Krasnoyarsk Region 662972, Russia; Organization Established Date 03 Mar 2008; Tax ID No. 2452034898 (Russia); Business Registration Number 1082452000290 (Russia) [RUSSIA-EO14024].

JSC ACADEMICIAN PILYUGIN CENTER (a.k.a. AO NPTSAP; a.k.a. RESEARCH AND PRODUCTION CENTER FOR AUTOMATION AND INSTRUMENTATION NAMED AFTER ACADEMIC NA PILYUGIN), Ul. Vvedenskogo D. 1, Moscow 117342, Russia; Secondary sanctions risk: this person is designated for

operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9728050571 (Russia); Registration Number 1217700553344 (Russia) [RUSSIA-EO14024].

JSC ADDITIVE TECHNOLOGIES CENTER (a.k.a. JSC CENTER ADDITIVNYKH TEKHNOLOGY; a.k.a. "JSC ATC"), 7, Vishnevaya Str, Moscow 125362, Russia; Organization Established Date 2018; Tax ID No. 7733325690 (Russia); Registration Number 1187746120407 (Russia) [RUSSIA-EO14024].

JSC ADMIRALTEYSKIYE VERFI (a.k.a. JOINT STOCK COMPANY ADMIRALTY SHIPYARDS; a.k.a. JSC ADMIRALTY SHIPYARDS (Cyrillic: АО АДМИРАЛТЕЙСКИЕ ВЕРФИ)), Fontanka Emb., 203, St. Petersburg 190121, Russia; Organization Established Date 20 Nov 2008; Tax ID No. 7839395419 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC ADMIRALTY SHIPYARDS (Cyrillic: АО АДМИРАЛТЕЙСКИЕ ВЕРФИ) (a.k.a. JOINT STOCK COMPANY ADMIRALTY SHIPYARDS; a.k.a. JSC ADMIRALTEYSKIYE VERFI), Fontanka Emb., 203, St. Petersburg 190121, Russia; Organization Established Date 20 Nov 2008; Tax ID No. 7839395419 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC AGAT - ELECTROMECHANICAL PLANT (a.k.a. AGAT - ELECTROMECHANICAL PLANT JSC; a.k.a. AGAT ELECTROMECHANICAL PLANT OJSC; a.k.a. AGAT-ELECTROMECHANICAL PLANT; a.k.a. AGAT-ELEKTROMEKHANICHESKI ZAVOD, OAO (Cyrillic: ОАО АГАТ-ЭЛЕКТРОМЕХАНИЧЕСКИЙ-ЗАВОД)), 117, bld. 3, Nezavisimosti Ave., Minsk 220114, Belarus; Nezavisimosti ave. 115, Minsk 220114, Belarus; 6 Volgogradskaya St., Minsk 220012, Belarus; Organization Established Date 23 Feb 1993; Target Type State-Owned Enterprise; Registration Number 100093400 (Belarus) [BELARUS-EO14038].

JSC AGAT-SYSTEM (Cyrillic: ОАО АГАТ-СИСТЕМ; Cyrillic: ААТ АГАТ-СІСТЭМ) (a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO AGAT-SISTEM), 51 Skoriny str, Minsk 220141, Belarus; Target Type State-

Owned Enterprise; Tax ID No. 100230470 (Belarus) [BELARUS-EO14038] (Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

JSC AGD DIAMONDS (a.k.a. AO AGD DAIMONDS), Pr-Kt Troitski D.168, Arkhangel'sk 163001, Russia; Organization Established Date 22 Apr 1931; Tax ID No. 2901071160 (Russia); Registration Number 1022900508036 (Russia) [RUSSIA-EO14024].

JSC AKKUMULYATORNAYA COMPANY RIGEL (a.k.a. BATTERY COMPANY RIGEL JSC; a.k.a. JOINT STOCK COMPANY BATTERY COMPANY RIGEL (Cyrillic: АО АККУМУЛЯТОРНАЯ КОМПАНИЯ РИГЕЛЬ); a.k.a. JSC AKKUMULYATORNAYA KOMPANIYA RIGEL), Professora Popova st., 38, Saint Petersburg 197376, Russia; Tax ID No. 7813054118 (Russia); Registration Number 1027806869991 (Russia) [RUSSIA-EO14024].

JSC AKKUMULYATORNAYA KOMPANIYA RIGEL (a.k.a. BATTERY COMPANY RIGEL JSC; a.k.a. JOINT STOCK COMPANY BATTERY COMPANY RIGEL (Cyrillic: АО АККУМУЛЯТОРНАЯ КОМПАНИЯ РИГЕЛЬ); a.k.a. JSC AKKUMULYATORNAYA COMPANY RIGEL), Professora Popova st., 38, Saint Petersburg 197376, Russia; Tax ID No. 7813054118 (Russia); Registration Number 1027806869991 (Russia) [RUSSIA-EO14024].

JSC AKONIT URAL (a.k.a. AKTSIONERNOE OBSHCHESTVO AKONIT URAL; a.k.a. "AO AUR"), Ter. Oez Alabuga, Ul. Sh-2 Str. 13A, Kab. 213, Yelabuga 423601, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6685160839 (Russia); Registration Number 1196658020470 (Russia) [RUSSIA-EO14024].

JSC ALEVKURP (a.k.a. OJSC ALEVKURP; a.k.a. OPEN JOINT STOCK COMPANY ALEVKURP; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO ALEVKURP (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО АЛЕВКУРП; Cyrillic: ОАО АЛЕВКУРП)), Korolev Stan, st. Moskovskaya, Borovlyansky, Minsk Region 223027, Belarus; Organization Established Date 24 Sep 1996; Target Type

State-Owned Enterprise; Tax ID No. 101148789 (Belarus) [BELARUS-EO14038].

JSC ALFA-BANK (a.k.a. ALFA-BANK; a.k.a. AO ALFA-BANK (Cyrillic: АО АЛЬФА-БАНК); a.k.a. JOINT STOCK COMPANY ALFA-BANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО АЛЬФА-БАНК); f.k.a. OPEN JOINT STOCK COMPANY ALFA-BANK), Kalanchevskaya Street 27, Moscow 107078, Russia (Cyrillic: Ул. Каланчевская, Д.27, Город москва 107078, Russia); 27, Kalanchyovskaya Ul., Moscow 107078, Russia; SWIFT/BIC ALFARUMM; Website alfabank.ru; alt. Website alfabank.com; BIK (RU) 044525593; Organization Established Date 1990; Target Type Financial Institution; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7728168971 (Russia); Registration Number 1027700067328 (Russia) [RUSSIA-EO14024].

JSC ALL RUSSIAN RESEARCH INSTITUTE OF RADIO ENGINEERING (a.k.a. JOINT STOCK COMPANY VSEROSSIYSKY INSTITUTE FOR SCIENTIFIC RESEARCH RADIOTEKHNIKI; a.k.a. "VNIIRT"), 22 Bolshaya Pochtovaya st., Moscow 105082, Russia; Organization Established Date 06 Nov 2020; Tax ID No. 7701315700 (Russia); Registration Number 1027701015352 (Russia) [RUSSIA-EO14024].

JSC 'ALMAZ-ANTEY' MSDB (a.k.a. A.A. RASPLETIN MAIN SYSTEM DESIGN BUREAU; a.k.a. ALMAZ-ANTEY GSKB; a.k.a. ALMAZ-ANTEY GSKB IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. ALMAZ-ANTEY MSDB; a.k.a. ALMAZ-ANTEY PVO 'AIR DEFENSE' CONCERN LEAD SYSTEMS DESIGN BUREAU OAO 'OPEN JOINT-STOCK COMPANY' IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. GOLOVNOYE SISTEMNOYE KONSTRUKTORSKOYE BYURO OPEN JOINT-STOCK COMPANY OF ALMAZ-ANTEY PVO CONCERN IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. JOINT STOCK COMPANY ALMAZ-ANTEY AIR DEFENSE CONCERN MAIN SYSTEM DESIGN BUREAU NAMED BY ACADEMICIAN A.A. RASPLETIN; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA; a.k.a. "GSKB"), 16-80, Leningradsky Prospect, Moscow 125190, Russia; Website http://www.raspletin.ru/; Email Address info@raspletin.ru; alt. Email Address almaz_zakupki@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

JSC AMURSKY SUDOSTROITELNY ZAVOD (Cyrillic: ПАО АМУРСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД) (a.k.a. AMUR SHIPBUILDING PLANT; a.k.a. AMUR SHIPBUILDING PLANT PUBLIC COMPANY; a.k.a PJSC AMURSKY SUDOSTROITELNY FACTORY; a.k.a. PUBLIC JOINT STOCK COMPANY AMURSKY SHIPBUILDING PLANT; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO AMURSKIY SUDOSTROITELNYI ZAVOD; a.k.a. "PJSC ASZ"), 1 Alleya Truda St., Komsomolsk-On-Amur, Khabarovsk Region 681000, Russia; Organization Established Date 21 Dec 1992; Tax ID No. 2703000015 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC ANGSTREM-T (a.k.a. AKTSIONERNOE OBSHCHESTVO ANGSTREM-T), pr-kt Georgievskii d. 7, Zelenograd 124498, Russia; Registration ID 1057735022377 (Russia); Tax ID No. 7735128151 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

JSC ARGUMENT (a.k.a. ARGUMENT JSC; a.k.a. JOINT STOCK COMPANY ARGUMENT), Ul. 2-Ya Entuziastov D. 5, K. 40, Floor 4, Kom. 8A, Office 3, Moscow 111024, Russia; Office 36, ul Novorossiyskaya 163R, Gelendzhik, Krasnodarskiy Kray 353460, Russia; Organization Established Date 10 Dec 2020; Tax ID No. 7720649916 (Russia); Identification Number IMO 6297782; Registration Number 1207700471110 (Russia) [RUSSIA-EO14024] (Linked To: PUTIN, Vladimir Vladimirovich).

JSC ARZAMASSKY PRIBOROSTROITELNY ZAVOD NAMED AFTER PLANDIN (a.k.a. JOINT STOCK COMPANY ARZAMASSKY PRIBOROSTROITELNY FACTORY NAMED AFTER P. I. PLANDINA; a.k.a. JOINT STOCK COMPANY ARZAMASSKY PRIBOROSTROITELNY ZAVOD IMENI PLANDINA), 50 Years of the Komsomola St., 8A, Arzamas, Nizhny Novgorod Region 607220, Russia; Organization Established Date 06 Sep 1993; Tax ID No. 5243001742 (Russia); Registration Number 1025201334850 (Russia) [RUSSIA-EO14024].

JSC ASTEYS (a.k.a. AKTSIONERNOE OBSHCHESTVO ASTEIS; a.k.a. JOINT STOCK COMPANY ASTEIS), 28 Proezd Rezervnyi, Naberezhnye Chelny 423800, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1650153253 (Russia); Registration Number 1071650002874 (Russia) [RUSSIA-EO14024].

JSC AVANGARD (Cyrillic: АО АВАНГАРД) (a.k.a. AVANGARD PLASTIK; a.k.a. JC AVANGARD; a.k.a. JOINT STOCK COMPANY AVANGARD), 78 Oktyabrskaya St., Safonovo, Smolensk Region 215500, Russia; Website www.avangard-plastik.ru; Organization Established Date 05 Nov 2008; Tax ID No. 6726504312 (Russia) [RUSSIA-EO14024].

JSC AVIACON ZITOTRANS (a.k.a. AIR COMPANY AVIACON ZITOTRANS; a.k.a. AO AK AVIAKON TSITOTRANS; a.k.a. AVIACON AIR CARGO; a.k.a. OAO AVIAKOMPANIYA AVIAKON TSITOTRANS (Cyrillic: ОАО АВИАКОМПАНИЯ АВИАКОН ЦИТОТРАНС)), Ul. Belinskogo D. 56, Pom. 605, Yekaterinburg 620026, Russia; Organization Established Date 02 Jun 1995; Organization Type: Freight air transport; Tax ID No. 6658039390 (Russia); Registration Number 1026602311240 (Russia) [RUSSIA-EO14024].

JSC AVIASTAR-SP (Cyrillic: АО АВИАСТАР-СП) (a.k.a. AO AVIASTAR-SP; a.k.a. AVIASTAR-SP; a.k.a. AVIASTAR-SP AIRCRAFT MANUFACTURING ENTERPRISE; a.k.a. JOINT STOCK COMPANY AVIASTAR-SP), Antonova Avenue 1, Ulyanovsk 432072, Russia; Tax ID No. 7328032711 (Russia) [RUSSIA-EO14024].

JSC BALTIC PLANT (Cyrillic: АО БАЛТИЙСКИЙ ЗАВОД) (a.k.a. BALTIC PLANT (Cyrillic: БАЛТИЙСКИЙ ЗАВОД); a.k.a. BALTIC SHIPYARD; a.k.a. BALTIC SHIPYARD JSC), St. Oblique Line, House 16, St. Petersburg 199106, Russia; Tax ID No. 7801560631 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC BANK PSCB (a.k.a. JOINT STOCK COMPANY PETERSBURG SOCIAL COMMERCIAL BANK; f.k.a. PETERSBURG SOCIAL COMMERCIAL BANK OPEN JOINT STOCK COMPANY), Ul. Shpalernaya D. 42, Saint Petersburg 191123, Russia; Moscow, Russia; SWIFT/BIC PSOCRU2P; alt. SWIFT/BIC PSOCRUA1; Website http://www.pscb.ru; Organization Established Date 29 Oct 1993; Target Type Financial Institution; Tax ID No. 7831000965 (Russia); Identification Number 3QL4V4.99999.SL.643 (Russia); Legal Entity Number 25340080MLWXGXT26935; Registration Number 1027800000227 (Russia) [RUSSIA-EO14024].

JSC BAYKAL ELEKTRONIKS (a.k.a. BAIKAL ELECTRONICS JSC), Block B, 2nd Floor, Riga Land Business Center, 29 KM M9 Baltyia Highway, Krasnogorskiy District, Moscow Region 143421, Russia; Tax ID No. 7707767484 (Russia); Registration Number 1127746006926 (Russia) [RUSSIA-EO14024].

JSC BELARUSIAN POTASH COMPANY (a.k.a. AAT BELARUSKAYA KALIYNAYA KAMPANIYA (Cyrillic: ААТ БЕЛАРУСКАЯ КАЛІЙНАЯ КАМПАНІЯ); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA BELARUSKAYA KALIYNAYA KAMPANIYA (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА БЕЛАРУСКАЯ КАЛІЙНАЯ КАМПАНІЯ); a.k.a. BELARUSIAN POTASH COMPANY (Cyrillic: БЕЛОРУССКАЯ КАЛИЙНАЯ КОМПАНИЯ); a.k.a. BELORUSSKAYA KALINAYA KOMPANIYA OAO; a.k.a. OAO BELORUSSKAYA KALIYNAYA KOMPANIYA (Cyrillic: ОАО БЕЛОРУССКАЯ КАЛИЙНАЯ КОМПАНИЯ); a.k.a. OJSC BELARUSIAN POTASH COMPANY; a.k.a. OPEN JOINT STOCK COMPANY BELARUSIAN POTASH COMPANY; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO BELORUSSKAYA KALIYNAYA KOMPANIYA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛОРУССКАЯ КАЛИЙНАЯ

КОМПАНИЯ)), Masherova Ave, Building 35, Room 644, Minsk 220002, Belarus (Cyrillic: пр-т Машерова, д. 35, пом. 644, Минск 220002, Belarus); Organization Established Date 13 Sep 2013; Registration Number 192050251 (Belarus) [BELARUS-EO14038].

JSC BELARUSKALI (a.k.a. AAT BELARUSKALIY (Cyrillic: ААТ БЕЛАРУСЬКАЛІЙ); a.k.a. ADKRYTAYE AKTSYYANERNAYE TAVARYSTVA BELARUSKALIY (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА БЕЛАРУСЬКАЛІЙ); a.k.a. BELARUSKALI OAO (Cyrillic: ОАО БЕЛАРУСЬКАЛІЙ); a.k.a. OAO BELARUSKALIY; a.k.a. OJSC BELARUSKALI; a.k.a. OPEN JOINT-STOCK COMPANY BELARUSKALI; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO BELARUSKALIY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО БЕЛАРУСЬКАЛІЙ)), Korzh Str., Soligorsk, Minsk Region 223710, Belarus (Cyrillic: Коржа, ул., Солигорск, Минская область 223710, Belarus); Organization Established Date 23 Dec 1996; Registration Number 600122610 (Belarus) [BELARUS-EO14038].

JSC BELSHINA (a.k.a. BELSHINA OAO; a.k.a. BELSHINA OJSC; a.k.a. BELSHINA TYRE WORKS OAO; f.k.a. RUP BELORUSSKY SHINNY KOMBINAT BELSHINA), Minsk Highway, Bobruisk, Mogilev region, Belarus; Minsk Highway Bobruisk, 213824, Mogilev Region, Belarus; Minskoye schosse Bobruisk 213824, Mogilevskaia oblast, Belarus [BELARUS].

JSC BIOGRAD (a.k.a. BIOGRAD LLC; a.k.a. BIOGRADE LTD; a.k.a. ZAO BIOGRAD), Ul. Mira 14, Kv 630, Saint Petersburg 197101, Russia; Pr-kt Petrovskii D. 14, Lit. A, Pom. 19N, Saint Petersburg 197110, Russia; Torzhkovskaya st. 5, BC Optima, Saint Petersburg 197342, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7813030678 (Russia); Registration Number 1027806867670 (Russia) [RUSSIA-EO14024].

JSC 'BLACK SEA BANK FOR DEVELOPMENT & RECONSTRUCTION' (a.k.a. AKTSIONERNOE OBSHCHESTVO CHERNOMORSKI BANK RAZVITIYA I

REKONSTRUKTSII, a.k.a. BANK CHBRR, AO; f.k.a. BANK CHBRR, PAO; a.k.a. 'CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII, OTKRYTOE AKTSIONERNOE OBSHCHESTVO'; a.k.a. JOINT STOCK COMPANY BLACK SEA BANK OF DEVELOPMENT AND RECONSTRUCTION; f.k.a. OPEN JOINT STOCK COMPANY BLACK SEA DEVELOPMENT AND RECONSTRUCTION BANK), 24 ul. Bolshevistskaya, Simferopol, Crimea 295001, Ukraine; BIK (RU) 043510101; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102030186 (Russia); Tax ID No. 9102019769 (Russia); Government Gazette Number 00204814 (Russia); License 3527 (Russia) [UKRAINE-EO13685].

JSC CB 'IS BANK' (a.k.a. AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK INDUSTRIALNY SBEREGATELNY BANK; f.k.a. CLOSED JOINT STOCK COMPANY COMMERCIAL BANK 'INDUSTRIAL SAVINGS BANK'; a.k.a. IS BANK, AO; a.k.a. JOINT-STOCK COMPANY COMMERCIAL BANK 'INDUSTRIAL SAVINGS BANK'), Eldoradovsky per 7, Moscow 125167, Russia; 29/UL, prospect Kirova, Simferopol, Crimea 295011, Ukraine; Building 160, Office 104, Kievskaya Street, Simferopol, Crimea 295493, Ukraine; Building 25, Lenin Street, Kerch, Crimea 298300, Ukraine; SWIFT/BIC RISBRUMM; BIK (RU) 044525349; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027739339715 (Russia); Tax ID No. 7744001673 (Russia); Government Gazette Number 40199908 (Russia) [UKRAINE-EO13685].

JSC CB NORTH CREDIT (a.k.a. JOINT-STOCK COMPANY COMMERCIAL BANK NORTH CREDIT; a.k.a. NORTH CREDIT BANK), Building 27, Herzen Street, Vologda, Vologda Oblast 160000, Russia; Building 29a, Zhelyabova Street, Simferopol, Crimea 295011, Ukraine; ul. Gertsena 27, Vologda, Vologodskaya Oblast 160000, Russia; SWIFT/BIC NOCRRU21; BIK (RU) 041909769; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1022900001772 (Russia); Tax ID No. 2901009852 (Russia) [UKRAINE-EO13685].

JSC CB 'RUBLEV' (a.k.a. AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK RUBLEV; a.k.a. BANK RUBLEV; a.k.a. JOINT STOCK COMMERCIAL BANK RUBLEV; a.k.a. RUBLEV BANK), Elokhovsky passage, Building 3, p. 2, Metro - Baumanskaya, Moscow 105066, Russia; 12 Sevastopol Street, Simferopol, Crimea, Ukraine; 6 Gogol Street, Sevastopol, Crimea, Ukraine; SWIFT/BIC COUERUMM; BIK (RU) 044525253; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027700159233 (Russia); Tax ID No. 7744001151 (Russia); Government Gazette Number 40100094 (Russia) [UKRAINE-EO13685].

JSC CENTER ADDITIVNYKH TEKHNOLOGY (a.k.a. JSC ADDITIVE TECHNOLOGIES CENTER; a.k.a. "JSC ATC"), 7, Vishnevaya Str, Moscow 125362, Russia; Organization Established Date 2018; Tax ID No. 7733325690 (Russia); Registration Number 1187746120407 (Russia) [RUSSIA-EO14024].

JSC CENTER SUDOREMONTA ZVEZDOCHKA (Cyrillic: АО ЦЕНТР СУДОРЕМОНТА ЗВЕЗДОЧКА) (a.k.a. JOINT STOCK COMPANY SHIPREPAIRING CENTER ZVYOZDOCHKA; a.k.a. JOINT-STOCK COMPANY SHIP REPAIR CENTER ZVEZDOCHKA; a.k.a. JOINT-STOCK COMPANY TSS ZVEZDOCHKA; a.k.a. SC ZVYOZDOCHKA; a.k.a. SHIPREPAIRING CENTER ZVYOZDOCHKA), 12 Mashinostroiteley Passage, Severodvinsk, Arkhangelsk Region 164500, Russia; Organization Established Date 12 Nov 2008; Tax ID No. 2902060361 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC CENTRAL RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS (a.k.a. CENTRAL SCIENTIFIC RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS (Cyrillic: ЦЕНТРАЛЬНЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ АВТОМАТИКИ И ГИДРАВЛИКИ); a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER CENTRAL RESEARCH INSTITUTE OF AUTOMATION AND HYDRAULICS; a.k.a. TSENTRALNYY NAUCHNOISSLEDOVATELSKIY INSTITUT AVTOMATIKI I GIDRAVLIKI; a.k.a. TSNIIAG (Cyrillic: ЦНИИАГ)), 5 Sovetskoy Armii St., Moscow 127018, Russia; Website

https://cniiag.ru; Organization Established Date 23 Jan 2012; Tax ID No. 7715900066 (Russia) [RUSSIA-EO14024].

JSC CENTRAL RESEARCH INSTITUTE OF MARINE ENGINEERING (a.k.a. CJSC TSENTRALNY NII SUDOVOGO MASHINOSTROYENIYA (Cyrillic: ЗАО ЦЕНТРАЛЬНЫЙ НИИ СУДОВОГО МАШИНОСТРОЕНИЯ); a.k.a. JOINT STOCK COMPANY CENTRAL RESEARCH INSTITUTE OF MARINE ENGINEERING; a.k.a. "TSNII SM"), Ul. Dudko, 3, Saint Petersburg 192029, Russia; Organization Established Date 22 Jul 1970; Tax ID No. 7811044146 (Russia); Registration Number 1027806080675 (Russia) [RUSSIA-EO14024].

JSC CHANNEL ONE (a.k.a. AO PERVYI KANAL (Cyrillic: АО ПЕРВЫЙ КАНАЛ); a.k.a. JOINT STOCK COMPANY CHANNEL ONE; a.k.a. JOINT STOCK COMPANY CHANNEL ONE RUSSIA), Akademika Koroleva D.12, Moscow 127427, Russia; Tax ID No. 7717039300 (Russia); Registration Number 1027700222330 (Russia) [RUSSIA-EO14024].

JSC CHTPZ (Cyrillic: АО ЧТПЗ) (a.k.a. JOINT STOCK COMPANY CHELPIPE; a.k.a. JOINT STOCK COMPANY CHELYABINSK PIPE PLANT; a.k.a. JOINT STOCK COMPANY CHELYABINSK PIPE ROLLING PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЧЕЛЯБИНСКИЙ ТРУБОПРОКАТНЫЙ ЗАВОД)), 21 Mashinostroiteley street, Chelyabinsk 454129, Russia; Tax ID No. 7449006730 (Russia); Registration Number 1027402694186 (Russia) [RUSSIA-EO14024].

JSC CONCERN AVTOMATIKA (Cyrillic: АО КОНЦЕРН АВТОМАТИКА) (a.k.a. AO KONTSERN AVTOMATIKA; a.k.a. JOINT STOCK COMPANY CONCERN AVTOMATIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН АВТОМАТИКА)), Ul. Botanicheskaya D. 25, Moscow 127106, Russia; Tax ID No. 7715906332 (Russia); Registration Number 1127746139564 (Russia) [RUSSIA-EO14024].

JSC CONCERN GRANIT ELEKTRON (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN GRANIT ELEKTRON; a.k.a. AO KONSTERN GRANIT ELEKTRON; a.k.a. JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON), Ul. Gospitalnaya D. 3, Saint Petersburg 191014, Russia; Organization Established Date 1910; Tax ID No. 7842335610 (Russia); Registration Number 5067847016782

(Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JSC CONCERN OKEANPRIBOR (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN OKEANPRIBOR (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ОКЕАНПРИБОР); a.k.a. AO KONTSERN OKEANPRIBOR (Cyrillic: АО КОНЦЕРН ОКЕАНПРИБОР); a.k.a. JOINT STOCK COMPANY CONCERN OKEANPRIBOR; a.k.a. KONTSERN OKEANPRIBOR, PAO), 46, Chkalovskii Prospect, St. Petersburg 197376, Russia; Website www.oceanpribor.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067847424160 (Russia); Tax ID No. 7813341546 (Russia) [UKRAINE-EO13662].

JSC CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR (a.k.a. AKTSIONERNOE OBSHCHESTVO KONSTERN MORSKOE PODVONOE ORUZHIE GIDROPRIBOR; a.k.a. AO KONSTERN MPO GIDROPRIBOR; a.k.a. JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR), PR-KT B. Sampsonievskii D. 24, Saint Petersburg 194044, Russia; Organization Established Date 15 Sep 1943; Tax ID No. 7802375889 (Russia); Registration Number 1069847557394 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JSC CONCERN SOZVEZDIE (a.k.a. JOINT STOCK COMPANY CONCERN SOZVEZDIE), 14 Plekhanovskaya Street, Voronezh, Russia; 14 ul. Plekhanovskaya, Voronezh, Voronezhskaya obl. 394018, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1053600445337 [UKRAINE-EO13661].

JSC CONCERN URALVAGONZAVOD (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN URALVAGONZAVOD; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD NAMED AFTER FE DZERZHINSKY; a.k.a. NAUCHNO-PROIZVODSTVENNAYA KORPORATSIYA URALVAGONZAVOD OAO; a.k.a. NPK URALVAGONZAVOD OAO; a.k.a. OJSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. RESEARCH AND PRODUCTION

CORPORATION URALVAGONZAVOD OAO; a.k.a. URALVAGONZAVOD; a.k.a. URALVAGONZAVOD CORPORATION; a.k.a. "UVZ"), 40 Bolshaya Yakimanka Street, Moscow 119049, Russia; 28 Vostochnoye Shosse, Nizhni Tagil, Sverdlovsk Region 66207, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7706453206 (Russia); Registration Number 1187746432345 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JSC CONCERN VKO ALMAZ-ANTEY (Cyrillic: АО КОНЦЕРН ВКО АЛМАЗ-АНТЕЙ) (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN VOZDUSHNO-KOSMICHESKOI OBORONY ALMAZ-ANTEI; a.k.a. AO KONTSERN VKO ALMAZ-ANTEI; a.k.a. JOINT STOCK COMPANY AEROSPACE DEFENSE CONCERN ALMAZ-ANTEY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ВОЗДУШНО-КОСМИЧЕСКОЙ ОБОРОНЫ АЛМАЗ-АНТЕЙ); a.k.a. JOINT STOCK COMPANY AIR AND SPACE DEFENSE CONCERN ALMAZ-ANTEY; a.k.a. JOINT-STOCK COMPANY CONCERN ALMAZ-ANTEY; f.k.a. OAO CONCERN PVO ALMAZ-ANTEY; f.k.a. OPEN JOINT STOCK COMPANY CONCERN PVO ALMAZ-ANTEY), D. 41, ul. Vereiskaya, Moscow 121471, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 19 Nov 1991; Target Type State-Owned Enterprise; Tax ID No. 7731084175 (Russia); Government Gazette Number 11593871 (Russia); Registration Number 1027739001993 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JSC CONSULTING GROUP POSTPROCESSOR, Ul. Presnenskii Val D. 17, Str. 1, Moscow 123557, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7730617751 (Russia); Registration Number 1097746705759 (Russia) [RUSSIA-EO14024].

JSC CORPORATION MIHT (a.k.a. JOINT STOCK COMPANY CORPORATION MOSCOW INSTITUTE OF HEAT TECHNOLOGY (Cyrillic: АКЦИОНЕРНОЕ

ОБЩЕСТВО КОРПОРАЦИЯ МОСКОВСКИЙ ИНСТИТУТ ТЕПЛОТЕХНИКИ); a.k.a. JOINT STOCK COMPANY CORPORATION MOSCOW INSTITUTE OF THERMAL TECHNOLOGY; a.k.a. MOSCOW INSTITUTE OF THERMAL TECHNOLOGY), Berezovaya alleya, 10, Moscow 127273, Russia; Organization Established Date 14 Dec 2010; Tax ID No. 7715842760 (Russia); Registration Number 5107746017033 (Russia) [RUSSIA-EO14024].

JSC CRI BUREVESTNIK (a.k.a. JOINT STOCK COMPANY CENTRAL SCIENTIFIC RESEARCH INSTITUTE BUREVESTNIK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЦЕНТРАЛЬНЫЙ НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ БУРЕВЕСТНИК); a.k.a. TSNII BUREVESTNIK AO), 1A Shosse Sormovskoe, Nizhny Novgorod, Nizhny Novgorod Oblast 603950, Russia; Organization Established Date 30 Apr 2008; alt. Organization Established Date 1970; Target Type State-Owned Enterprise; Tax ID No. 5259075468 (Russia); Government Gazette Number 07501544 (Russia); Registration Number 1085259003664 (Russia) [RUSSIA-EO14024].

JSC DSZHD BTYA (Cyrillic: АО ДСЖД БТЯ) (a.k.a. AKTSIONERNOE OBSHCHESTVO DIREKTSIYA PO STROITEL'STVU ZHELEZNOY DOROGI BERKAKIT-TOMMOT-YAKUTSK; a.k.a. JOINT-STOCK COMPANY THE BERKAKIT-TOMMOT-YAKUTSK RAILWAY LINE'S CONSTRUCTION DIRECTORATE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДИРЕКЦИЯ ПО СТРОИТЕЛЬСТВУ ЖЕЛЕЗНОЙ ДОРОГИ БЕРКАКИТ-ТОММОТ-ЯКУТСК); a.k.a. OPEN JOINT-STOCK COMPANY THE BERKAKIT-TOMMOT-YAKUTSK RAILWAY LINE'S CONSTRUCTION DIRECTORATE (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ДИРЕКЦИЯ ПО СТРОИТЕЛЬСТВУ ЖЕЛЕЗНОЙ ДОРОГИ БЕРКАКИТ-ТОММОТ-ЯКУТСК)), Mayakovsky street, building 14, Aldan, Republic of Sakha (Yakutia) 678900, Russia (Cyrillic: улица Маяковского, дом 14, город Алдан, Республика Саха (Якутия) 678900, Russia); Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1121402000213 (Russia); Tax ID No. 1402015986 (Russia) [UKRAINE-EO13685].

JSC EBD FAKEL (a.k.a. ENGINEERING DESIGN BUREAU FAKEL; a.k.a. JOINT STOCK COMPANY MACHINE-BUILDING ENGINEERING OFFICE FAKEL NAMED AFTER AKADEMIKA P. D. GRUSHINA; a.k.a. JOINT STOCK COMPANY MKB FAKEL), 33 Akademika Grushina st., Khimki, Moscow Region 141401, Russia; Organization Established Date 18 Oct 2002; Tax ID No. 5047051923 (Russia); Registration Number 1025006173664 (Russia) [RUSSIA-EO14024].

JSC ECHELON TECHNOLOGIES (a.k.a. AKTSIONERNOE OBSCHESTVO ESHELON TEKHNOLOGII; a.k.a. AO ECHELON TECHNOLOGIES; a.k.a. JOINT STOCK COMPANY ECHELON TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЭШЕЛОН ТЕХНОЛОГИИ), Ul. Elektrozavodskaya d. 24 Office 24, Moscow 107023, Russia; Organization Established Date 06 Sep 2011; Tax ID No. 7718859120 (Russia); Registration Number 1117746703480 (Russia) [RUSSIA-EO14024].

JSC EDB AEROSPACE SYSTEMS (a.k.a. AO OKB AEROKOSMICHESKIE SISTEMY; a.k.a. JOINT STOCK COMPANY AEROSPACE SYSTEMS DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY DESIGN BUREAU AEROSPACE SYSTEMS; a.k.a. JSC EXPERIMENTAL DESIGN BUREAU AEROSPACE SYSTEMS), Ul. Programmistov D. 4, Dubna 141983, Russia; Tax ID No. 5010041950 (Russia); Registration Number 1105010002240 (Russia) [RUSSIA-EO14024].

JSC EDB FAKEL (a.k.a. AKTSIONERNOE OBSHCHESTVO OPYTNOE KONSTRUKTORSKOE BYURO FAKEL; a.k.a. AO OKB FAKEL; a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESIGN BUREAU FAKEL), Moskovskii PR D. 181, Kaliningrad 236001, Russia; Target Type State-Owned Enterprise; Tax ID No. 3906390669 (Russia); Government Gazette Number 44161069 (Russia); Registration Number 1203900004670 (Russia) [RUSSIA-EO14024].

JSC ELECTROVIPRYAMITEL (f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO ELECTROVIPRYAMITEL; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO ELECTROVIPRYAMITEL), 126, Proletarskaya Str, Saransk 430001, Russia; Tax ID No. 1325013893 (Russia); Registration Number 1021301064950 (Russia) [RUSSIA-EO14024].

JSC ENERGIES (Cyrillic: АО ЭНЕРДЖИС) (f.k.a. AKTSIONERNOE OBSHCHESTVO

TEKNIP ENERDZHIS RUS; f.k.a. TEKNIP RUS AO (Cyrillic: ТЕКНИП РУС АО)), d. 266 str. 1 pom. 8.1-N.152, 8 etazh, prospekt Ligovski, St. Petersburg 196006, Russia; Tax ID No. 7810913731 (Russia); Registration Number 1027810258882 (Russia) [RUSSIA-EO14024].

JSC ENERGOSPECMONTAZH (a.k.a. ENERGOSPECMONTAZH JSC; a.k.a. JSC ENERGOSPETSMONTAZH (Cyrillic: АО ЭНЕРГОСПЕЦМОНТАЖ)), 27, Boytsovaya Street, Moscow 107150, Russia; House 43, structure 1, Kabinet 12 etazh 10, Highway Altufyevskoye, Moscow 127410, Russia; Tax ID No. 7718083574 (Russia); Public Registration Number 07629706 (Russia); Registration Number 1027739052912 [RUSSIA-EO14024].

JSC ENERGOSPETSMONTAZH (Cyrillic: АО ЭНЕРГОСПЕЦМОНТАЖ) (a.k.a. ENERGOSPECMONTAZH JSC; a.k.a. JSC ENERGOSPECMONTAZH), 27, Boytsovaya Street, Moscow 107150, Russia; House 43, structure 1, Kabinet 12 etazh 10, Highway Altufyevskoye, Moscow 127410, Russia; Tax ID No. 7718083574 (Russia); Public Registration Number 07629706 (Russia); Registration Number 1027739052912 [RUSSIA-EO14024].

JSC ENIKS (a.k.a. ENIKS AO; a.k.a. JOINT STOCK COMPANY ENIKS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЭНИКС)), 120 Korolenko St., Kazan, Tatarstan Republic 420094, Russia; Tax ID No. 1661009974 (Russia); Business Registration Number 1031632202227 (Russia) [RUSSIA-EO14024].

JSC EXPERIMENTAL DESIGN BUREAU AEROSPACE SYSTEMS (a.k.a. AO OKB AEROKOSMICHESKIE SISTEMY; a.k.a. JOINT STOCK COMPANY AEROSPACE SYSTEMS DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY DESIGN BUREAU AEROSPACE SYSTEMS; a.k.a. JSC EDB AEROSPACE SYSTEMS), Ul. Programmistov D. 4, Dubna 141983, Russia; Tax ID No. 5010041950 (Russia); Registration Number 1105010002240 (Russia) [RUSSIA-EO14024].

JSC FAR EAST AND ARCTIC REGION DEVELOPMENT FUND (a.k.a. AO VEB.DV; f.k.a. FAR EAST AND BAIKAL REGION DEVELOPMENT FUND OJSC; a.k.a. JSC VEB.DV; f.k.a. OJSC THE FAR EAST AND BAIKAL REGION DEVELOPMENT FUND), Nab. Presnenskaya D. 10, pom II komn 8-59, Moscow 123112, Russia; Website fondvostok.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-

Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 2721188289 (Russia); Registration Number 1112721010995 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

JSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER (a.k.a. AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ДАЛЬНЕВОСТОЧНЫЙ ЦЕНТР СУДОСТРОЕНИЯ И СУДОРЕМОНТА); a.k.a. OJSC FAR EASTERN SHIPBUILDING AND SHIP REPAIR CENTER; a.k.a. "AO DTSSS" (Cyrillic: "АО ДЦСС"); a.k.a. "FESRC"; a.k.a. "FESRC JSC"; a.k.a. "JSC DCSS"; a.k.a. "JSC DTSSS"), 72 Svetlanskaya Ulitsa, Vladivostok, Primorsky Territory 690001, Russia; Tax ID No. 2536196045 (Russia); Government Gazette Number 80952329 (Russia); Registration Number 1072536016211 (Russia) [RUSSIA-EO14024].

JSC FEDERALNY NAUCHNO PROIZVODSTVENNY CENTER PRODUCTION OBYEDINENIYE START IMENI MV PROTSENKO (a.k.a. FEDERAL SCIENTIFIC AND PRODUCTION CENTER MV PROTSENKO START PRODUCTION ASSOCIATION JSC (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СТАРТ ИМЕНИ МВ ПРОЦЕНКО); a.k.a. FNPTS PO START IM MV PROTSENKO AO; a.k.a. JS FRPC PA START NAMED AFTER MV PROTSENKO; a.k.a. M V PROTSENKO PA START), 1, Mira Prospekt, Zarechny, Penza Region 442960, Russia; Tax ID No. 5838013374 (Russia); Registration Number 1185835003221 (Russia) [RUSSIA-EO14024].

JSC FEDOROVO RESOURCES (a.k.a. JOINT STOCK COMPANY FEDOROVO RISORSES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ФЕДОРОВО РИСОРСЕС)), 13 Sovetskaya Street, Floor 2, Suite 4, Lovozero Settlement 184592, Russia; Tax ID No. 7706403981 (Russia); Registration Number 1037706071116 (Russia) [RUSSIA-EO14024].

JSC FIOLENT PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO ZAVOD FIOLENT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЗАВОД ФИОЛЕНТ); a.k.a. AO ZAVOD FIOLENT (Cyrillic: АО ЗАВОД ФИОЛЕНТ); a.k.a. JOINT STOCK COMPANY FIOLENT PLANT; a.k.a. ZAVOD FIOLENT, PAT), House 34/2, Kievskaya Street, Simferopol, Crimea 295017, Ukraine; Website www.phiolent.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102048745 (Russia); Registration Number 1149102099640 (Russia) [UKRAINE-EO13685].

JSC FLIGHT RESEARCH INSTITUTE N.A. M.M. GROMOV (Cyrillic: АО ЛЕТНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ИМ. М.М. ГРОМОВА (a.k.a. AKTSIONERNOE OBSHCHESTVO LETNO-ISSLEDOVATELSKI INSTITUT IMENI M.M. GROMOVA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЛЕТНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ИМЕНИ М.М. ГРОМОВА); a.k.a. JOINT STOCK COMPANY FLIGHT RESEARCH INSTITUTE N.A. M.M. GROMOV; a.k.a. JSC FRI N.A. M.M. GROMOV (Cyrillic: АО ЛИИ ИМ. М.М. ГРОМОВА); a.k.a. STATE FEDERAL UNITARY ENTERPRISE GROMOV FLIGHT RESEARCH INSTITUTE), D. 2a, Ul. Garnaeva, Zhukovskiy 140180, Russia (Cyrillic: д. 2А, ул. Гарнаева, Московская область, Жуковский 140180, Russia); Zhukovsky-2, Moscow region 140182, Russia; Organization Established Date 1993; Target Type State-Owned Enterprise; Tax ID No. 5040114973 (Russia); Registration Number 1125040002823 (Russia) [RUSSIA-EO14024].

JSC FNPTS TITAN-BARRIKADY (a.k.a. FEDERAL RESEARCH AND PRODUCTION CENTER TITAN BARRIKADY JSC; a.k.a. JOINT STOCK COMPANY FEDERAL SCIENTIFIC AND PRODUCTION CENTER TITAN BARRIKADY (Cyrillic: АО ФЕДЕРАЛЬНЫЙ НАУЧНО-ПРОИЗВОДСТВЕННЫЙ ЦЕНТР ТИТАН-БАРРИКАДЫ); a.k.a. TITAN DESIGN BUREAU; a.k.a. TITAN-BARRIKADY ENTERPRISE; a.k.a. TITAN-BARRIKADY FEDERAL RESEARCH AND DEVELOPMENT CENTRE; a.k.a. TITAN-BARRIKADY FNPTS AO; a.k.a. TITAN-BARRIKADY FNPTS AO FEDERAL RESEARCH AND PRODUCTION CENTER STOCK COMPANY; a.k.a. "TITAN-BARRIKADY"), Prospekt Imeni V.I. Lenina B/N, Volgograd 400071, Russia; Tax ID No. 3442110950 (Russia) [RUSSIA-EO14024].

JSC FRI N.A. M.M. GROMOV (Cyrillic: АО ЛИИ ИМ. М.М. ГРОМОВА) (a.k.a. AKTSIONERNOE OBSHCHESTVO LETNO-ISSLEDOVATELSKI INSTITUT IMENI M.M. GROMOVA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ЛЕТНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ИМЕНИ М.М. ГРОМОВА); a.k.a. JOINT STOCK COMPANY FLIGHT RESEARCH INSTITUTE N.A. M.M. GROMOV; a.k.a. JSC FLIGHT RESEARCH INSTITUTE N.A. M.M. GROMOV (Cyrillic: АО ЛЕТНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ИМ. М.М. ГРОМОВА); a.k.a. STATE FEDERAL UNITARY ENTERPRISE GROMOV FLIGHT RESEARCH INSTITUTE), D. 2a, Ul. Garnaeva, Zhukovsky 140180, Russia (Cyrillic: д. 2А, ул. Гарнаева, Московская область, Жуковский 140180, Russia); Zhukovsky-2, Moscow region 140182, Russia; Organization Established Date 1993; Target Type State-Owned Enterprise; Tax ID No. 5040114973 (Russia); Registration Number 1125040002823 (Russia) [RUSSIA-EO14024].

JSC GENBANK (a.k.a. AKTSIONERNOE OBSHCHESTVO GENBANK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГЕНБАНК); a.k.a. CLOSED JOINT STOCK COMPANY GENBANK; a.k.a. GENBANK, AO (Cyrillic: ГЕНБАНК, АО); a.k.a. JOINT STOCK COMPANY GENBANK), Ozerkovskaya Naberezhnaya 12, Moscow 115184, Russia; Ulitsa Sevastopolskaya 13, Simferopol 295011, Ukraine; SWIFT/BIC GEOORUMM; Website www.genbank.ru; Email Address info@genbank.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1137711000074 (Russia) [UKRAINE-EO13685].

JSC GOSNII KRISTALL (a.k.a. JOINT STOCK COMPANY STATE SCIENTIFIC RESEARCH INSTITUTE KRISTALL; a.k.a. JSC STATE SCIENTIFIC RESEARCH INSTITUTE KRISTALL; a.k.a. OAO GOSNII KRISTALL; a.k.a. OJSC KRISTALL STATE RESEARCH INSTITUTE), UL. Zelenaya D. 6, Dzerzhinsk, Nizhni Novgorod Region 606007, Russia; Organization Established Date 28 Dec 1991; Tax ID No. 5249116549 (Russia); Registration Number 1115249009831 (Russia) [RUSSIA-EO14024].

JSC GOSUDARSTVENNY NAUCHNY CENTER ROSSIYSKOY FEDERATSII TROITSKY INSTITUT INNOVATSIONNYKH I TERMOYADERNYKH ISSLEDOVANY (a.k.a. THE JOINT STOCK COMPANY STATE RESEARCH CENTER OF THE RUSSIAN FEDERATION TROITSK INSTITUTE FOR INNOVATION AND FUSION RESEARCH (Cyrillic: АО ГОСУДАРСТВЕННЫЙ НАУЧНЫЙ ЦЕНТР РОССИЙСКОЙ ФЕДЕРАЦИИ ТРОИЦКИЙ ИНСТИТУТ ИННОВАЦИОННЫХ И ТЕРМОЯДЕРНЫХ ИССЛЕДОВАНИЙ); a.k.a. TROITSK INSTITUTE OF INNOVATIVE AND THERMONUCLEAR RESEARCH; a.k.a. TROITSKII INSTITUTE OF INNOVATIVE AND THERMONUCLEAR RESEARCH), Troitsk, st. Pushkovs, ow. 12, Moscow 108840, Russia; Tax ID No. 7751002460 (Russia); Public Registration Number 08624272 (Russia); Registration Number 1157746176400 (Russia) [RUSSIA-EO14024].

JSC GOZ OBUKHOV PLANT (a.k.a. JOINT STOCK COMPANY NORTH WESTERN REGIONAL CENTER OF ALMAZ ANTEY CONCERN OBUKHOVSKY PLANT; a.k.a. JOINT STOCK COMPANY OBUKHOVSKY FACTORY; a.k.a. JSC OBUKHOVSKII PLANT NORTHWEST REGIONAL CENTER OF ALMAZ ANTEY CORPORATION; a.k.a. JSC SOP OBUCHOVSKY PLANT), Obukhovskoy Defense Ave., 120, Saint Petersburg 190012, Russia; Organization Established Date 17 Nov 2003; Tax ID No. 7811144648 (Russia); Registration Number 1037825058732 (Russia) [RUSSIA-EO14024].

JSC GPTP GRANIT (a.k.a. AKTSIONERNOE OSCHEVSTVO GOLOVNOE PROIZVODSTVENNO-TEHNICHESKOE PREDPRIYATIE GRANIT; a.k.a. ALMAZ-ANTEY GPTP GRANITE; a.k.a. JSC HEAD TECHNOLOGICAL ENTERPRISE GRANIT; a.k.a. LEADING PRODUCTION AND TECHNICAL ENTERPRISE GRANIT), 7 Molodogvardeyskaya Str., Moscow 121467, Russia; Organization Established Date 18 Oct 2002; Tax ID No. 7731263174 (Russia); Registration Number 1027731005323 (Russia) [RUSSIA-EO14024].

JSC GRODNO KHIMVOLOKNO (a.k.a. GRODNO CHEMICAL FIBRE OJSC; a.k.a. GRODNO KHIMVOLOKNO JSC; a.k.a. GRODNO KHIMVOLOKNO OAO), 4 Slavinskogo Street, 230026, Grodno, Belarus; ulitsa Slavinskogo 4, 230026, Grodno, Belarus; str. Slavinskogo 4, 230026, Grodno, Belarus [BELARUS].

JSC GRUPPA KREMNY EL (a.k.a. AO GRUPPA KREMNY EL; a.k.a. CJSC KREMNY AI GROUP; a.k.a. KREMNY GROUP; a.k.a. PUBLIC JOINT STOCK COMPANY KREMNY), Krasnoarmeyskaya 103, Bryansk 241037, Russia; Organization Established Date 26 Feb 1993; Tax ID No. 3234000876 (Russia); Registration Number 1023202739218 (Russia) [RUSSIA-EO14024].

JSC GTLK (a.k.a. AKTSIONERNOYE OBSHCHESTVO GOSUDARSTVENNAYA TRANSPORTNAYA LIZINGOVAYA KOMPANIYA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ГОСУДАРСТВЕННАЯ ТРАНСПОРТНАЯ ЛИЗИНГОВАЯ КОМПАНИЯ); a.k.a. GTLK AO (Cyrillic: АО ГТЛК); a.k.a. JOINT STOCK COMPANY STATE TRANSPORTATION LEASING COMPANY; a.k.a. PJSC GTLK; a.k.a. PJSC STLC; a.k.a. PUBLIC JOINT STOCK COMPANY STATE TRANSPORT LEASING COMPANY), 31A Leningradsky prospekt, Bldg 1, Moscow 125284, Russia; ul. Respubliki, D. 73, Kom. 100, Salekhard, Yamalo-Nenets Autonomous Region 629008, Russia (Cyrillic: ул. Республики, д. 73, ком. 100, г. Салехард, Ямало-Ненецкий Автономный Округ 629008, Russia); Tax ID No. 7720261827 (Russia); Government Gazette Number 57992197 (Russia); Registration Number 1027739407189 (Russia) [RUSSIA-EO14024].

JSC HEAD TECHNOLOGICAL ENTERPRISE GRANIT (a.k.a. AKTSIONERNOE OSCHEVSTVO GOLOVNOE PROIZVODSTVENNO-TEHNICHESKOE PREDPRIYATIE GRANIT; a.k.a. ALMAZ-ANTEY GPTP GRANITE; a.k.a. JSC GPTP GRANIT; a.k.a. LEADING PRODUCTION AND TECHNICAL ENTERPRISE GRANIT), 7 Molodogvardeyskaya Str., Moscow 121467, Russia; Organization Established Date 18 Oct 2002; Tax ID No. 7731263174 (Russia); Registration Number 1027731005323 (Russia) [RUSSIA-EO14024].

JSC HYDROMASH NAMED AFTER VI LUZYANIN (a.k.a. NIZHNY NOVGOROD JOINT STOCK COMPANY HYDROMASH NAMED AFTER VI LUZYANIN), Pr-kt Gagarina D. 22, Nizhniy Novgorod 603022, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5262008630 (Russia); Registration Number 1025203720189 (Russia) [RUSSIA-EO14024].

JSC ICC MILANDR (a.k.a. JSC PKK MILANDR), Georgievskiy Prospekt, 5, Zelenograd, Moscow 124498, Russia; Organization Established Date 1993; Tax ID No. 7735040690 (Russia); Registration Number 1027739083921 (Russia) [RUSSIA-EO14024].

JSC IEMZ KUPOL (a.k.a. AKTSIONERNOE OBSHCHESTVO IZHEVSKI ELEKTROMEKHANICHESKI ZAVOD KUPOL; a.k.a. AO IEMZ KUPOL (Cyrillic: АО ИЭМЗ КУПОЛ); a.k.a. JOINT STOCK COMPANY IZHEVSK ELECTROMECHANICAL PLANT KUPOL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ИЖЕВСКИЙ ЭЛЕКТРОМЕХАНИЧЕСКИЙ ЗАВОД КУПОЛ)), ul. Pesochnaya 3, Izhevsk, Udmurtia Republic 426033, Russia (Cyrillic: УЛИЦА ПЕСОЧНАЯ, 3, Город Ижевск, РЕСПУБЛИКА УДМУРТСКАЯ 426033, Russia); Website www.kupol.ru; Organization Established Date 23 Apr 2002; alt. Organization Established Date 1957; Tax ID No. 1831083343 (Russia); Government Gazette Number 07502963 (Russia); Business Registration Number 1021801143374 (Russia) [RUSSIA-EO14024].

JSC ILYUSHIN AVIATION COMPLEX (a.k.a. OAO ILYUSHIN AVIATION COMPLEX; a.k.a. OJSC ILYUSHIN AVIATION COMPLEX; a.k.a. OPEN JOINT STOCK COMPANY ILYUSHIN AVIATION COMPLEX; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO AVIATSIONNYI KOMPLEKS IM S. V ILYUSHINA; a.k.a. "OJSC IL"), 45G Leningradsky Avenue, Moscow 125190, Russia; ISIN RU0007796926; Tax ID No. 7714027882 (Russia); Registration Number 1027739118659 (Russia) [RUSSIA-EO14024].

JSC ILYUSHIN FINANCE COMPANY (a.k.a. AKTSIONERNOE OBSHCHESTVO ILYUSHIN FINANS KO; a.k.a. JOINT STOCK COMPANY ILYUSHIN FINANCE COMPANY; a.k.a. OJSC ILYUSHIN FINANCE; a.k.a. "AO IFK"; a.k.a. "IFC LEASING"; a.k.a. "JSC IFC"), Pr-kt Michurinskii, Olimpiiskaya Derevnya D. 1, Korp. 1, et. 4, Moscow 119602, Russia; Pr-kt Leninskii d. 43A, office 502, Voronezh 394004, Russia; 1st km of Rublevo-Uspenskoe Shosse, Building 6, Odintsovo, Moscow 143030, Russia; Organization Established Date 10 Mar 1999; Tax ID No. 3663029916 (Russia); Registration Number 1033600042332 (Russia) [RUSSIA-EO14024].

JSC INFRAVEB (a.k.a. AKTSIONERNOE OBSHCHESTVO VEB INFRASTRUKTURA; a.k.a. AO INFRAVEB), ul. Mashi Poryvaevoi D.

7 str. V, Moscow 107078, Russia; ul. Vozdvizhenka D. 7/6, str. 1, et/pom/kom 3/II/7, Moscow 119019, Russia; Website vebinfra.ru; Tax ID No. 7704133578 (Russia); Registration Number 1027739088410 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

JSC INNOVATION WEAPONS TECHNOLOGIES (a.k.a. AO INNOVATSIONNYE ORUZHEINYE TEKHNOLOGII), PR-D 2-I Yuzhnoportovyi D. 16, Str. 8, Kom. 108, 109, Moscow 115088, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7723633336 (Russia); Registration Number 1077761841860 (Russia) [RUSSIA-EO14024].

JSC 'INSTITUTE GIPROSTROYMOST-SAINT-PETERSBURG' (a.k.a. AO 'INSTITUTE GIPROSTROYMOST-SAINT-PETERSBURG'; a.k.a. AO 'INSTITUTE GIPROSTROYMOST-SANKT-PETERBURG'; f.k.a. INSTITUT GIPROSTROIMOST-SANKT-PETERBURG, ZAO; a.k.a. JSC 'INSTITUTE GIPROSTROYMOST-SANKT-PETERBURG'; f.k.a. ZAO 'INSTITUTE GIPROSTROYMOST SAINT-PETERSBURG'), 7 Yablochkova Street, St. Petersburg 197198, Russia; Website www.gpsm.ru; Email Address office@gpsm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037828021660 (Russia); Tax ID No. 7826717210 (Russia); Government Gazette Number 53289443 (Russia) [UKRAINE-EO13685].

JSC 'INSTITUTE GIPROSTROYMOST-SANKT-PETERBURG' (a.k.a. AO 'INSTITUTE GIPROSTROYMOST-SAINT-PETERSBURG'; a.k.a. AO 'INSTITUTE GIPROSTROYMOST-SANKT-PETERBURG'; f.k.a. INSTITUT GIPROSTROIMOST-SANKT-PETERBURG, ZAO; a.k.a. JSC 'INSTITUTE GIPROSTROYMOST-SAINT-PETERSBURG'; f.k.a. ZAO 'INSTITUTE GIPROSTROYMOST SAINT-PETERSBURG'), 7 Yablochkova Street, St. Petersburg 197198, Russia; Website www.gpsm.ru; Email Address office@gpsm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209; Registration ID 1037828021660 (Russia); Tax ID No. 7826717210 (Russia); Government Gazette Number 53289443 (Russia) [UKRAINE-EO13685].

JSC IQB TECHNOLOGIES (a.k.a. AKTSIONERNOE OBSHCHESTVO AIKYUB TEKHNOLOGII), Km Mzhd Kievskoe 5-I D. 1, Str. 1,2, Kom. 87, Moscow 119950, Russia; Tax ID No. 7728361686 (Russia); Registration Number 1177746110233 (Russia) [RUSSIA-EO14024].

JSC IS REFORM (a.k.a. IB REFORM JSC; a.k.a. JOINT STOCK COMPANY INFORMATION SECURITY REFORM), D. 125 Str. 1 Etazh 6 Pom. X Kom 23, Shosse Varshavskoe, Moscow 117587, Russia; Organization Established Date 31 Jul 2019; Tax ID No. 7726482572 (Russia); Government Gazette Number 75059643 (Russia); Registration Number 1217700423654 (Russia) [RUSSIA-EO14024].

JSC IZHEVSK MOTOR PLANT AKSION HOLDING (a.k.a. AO IZHEVSKII MOTOZAVOD AKSION KHOLDING; a.k.a. IZHEVSK MOTOZAVOD AXION HOLDING JSC), 90 Maksima Gorkogo Street, Izhevsk 426008, Russia; Per. Furmannyi D. 12 Str 1, Moscow 105062, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1826000616 (Russia); Registration Number 1021801140833 (Russia) [RUSSIA-EO14024].

JSC KALASHNIKOV CONCERN (a.k.a. CONCERN KALASHNIKOV; a.k.a. IZHEVSKIY MASHINOSTROITEL'NYI ZAVOD OAO; a.k.a. JOINT STOCK COMPANY CONCERN KALASHNIKOV; a.k.a. KALASHNIKOV CONCERN; a.k.a. OJSC KALASHNIKOV CONCERN), 18 Krzhizhanovsky St, Bldg 4, Moscow 11728, Russia; 2/93 Deryabin Passage, Room 78, Izhevsk 426006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 1832090230 (Russia); Registration Number 1111832003018 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JSC KAZAN OPTICAL AND MECHANICAL PLANT (a.k.a. KAZAN OPTICAL-MECHANICAL PLANT JOINT STOCK COMPANY; a.k.a. KAZANSKII OPTIKO-MEKHANICHESKII

ZAVOD AO (Cyrillic: КАЗАНСКИЙ ОПТИКО-МЕХАИЧЕСКИЙ ЗАВОД АО)), 37 Lipatova St., Kazan, Tatarstan Republic 420075, Russia; Tax ID No. 1660004229 (Russia); Business Registration Number 1021603617188 (Russia) [RUSSIA-EO14024].

JSC KAZANKOMPRESSORMASH (Cyrillic: АО КАЗАНЬКОМПРЕССОРМАШ) (a.k.a. JOINT STOCK COMPANY KAZAN COMPRESSOR MACHINERY PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КАЗАНСКИЙ ЗАВОД КОМПРЕССОРНОГО МАШИНОСТРОЕНИЯ)), ul. Khalitova 1, Kazan 420029, Russia; Tax ID No. 1660004878 (Russia); Registration Number 1021603620114 (Russia) [RUSSIA-EO14024].

JSC KB RADAR (a.k.a. KB RADAR - RADAR AND ELECTRONIC WARFARE SYSTEMS; a.k.a. KB RADAR - RADAR AND EW SYSTEMS; a.k.a. KB RADAR (Cyrillic: КБ РАДАР); a.k.a. KB RADAR OJSC; a.k.a. KB RADAR-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA SISTEMY RADIOLOKATSII OAO; a.k.a. OJSC KB RADAR-MANAGING COMPANY HOLDING RADAR SYSTEM (Cyrillic: ОАО КБ РАДАР-УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА СИСТЕМЫ РАДИОЛОКАЦИИ); a.k.a. OPEN JOINT STOCK COMPANY KB RADAR-MANAGEMENT COMPANY HOLDING RADAR SYSTEMS), Partizanskii 64A, Minsk 220026, Belarus (Cyrillic: пр-т Партизанский, 64а, Минск 220026, Belarus); d.24, Nezhiloe pomeshchenie, ul Promyshlennaya, Minsk 220075, Belarus; Organization Established Date 2006; Registration Number 190699027 (Belarus) [BELARUS-EO14038].

JSC KBE XXI CENTURY (a.k.a. AKTSIONERNOE OBSHCHESTVO CONSTRUCTION BUREAU ELECTRICAL PRODUCTS XXI CENTURY; a.k.a. AO KBE XXI CENTURY; a.k.a. AO KBE XXI VEKA; a.k.a. JOINT STOCK COMPANY DESIGN OFFICE OF ELECTROITEMS; a.k.a. XXI CENTURY ELECTRO ITEMS DESIGN OFFICE JOINT STOCK COMPANY), Ul. Lermontova D. 2, Sarapul 427960, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1827013520 (Russia); Registration

Number 1021800997228 (Russia) [RUSSIA-EO14024].

JSC KBP INSTRUMENT DESIGN BUREAU (a.k.a. INSTRUMENT DESIGN BUREAU; a.k.a. KBP INSTRUMENT DESIGN BUREAU; a.k.a. KBP INSTRUMENT DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. KONSTRUKTORSKOE BYURO PRIBOROSTROENIYA OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. "KBP OAO"), 59 Shcheglovskaya Zaseka ul., Tula 300001, Russia; Website www.kbptula.ru; Email Address kbkedr@tula.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1117154036911 (Russia); Government Gazette Number 07515747 (Russia) [UKRAINE-EO13661].

JSC KHABAROVSK SHIPBUILDING YARD (a.k.a. JOINT STOCK COMPANY KHABAROVSK SHIPBUILDING YARD; a.k.a. JOINT-STOCK COMANY KHABAROVSKIY SHIPYARD; a.k.a. JOINT-STOCK COMPANY KHABAROVSKY SHIPBUILDING PLANT; a.k.a. JOINT-STOCK COMPANY KHSZ; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY FACTORY; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY ZAVOD (Cyrillic: АО ХАБАРОВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. KHABAROVSK SHIPBUILDING PLANT; a.k.a. KHABAROVSKIY SHIPBUILDING PLANT), Suvorova St, 1, Khabarovsk, Khabarovsk Territory 680003, Russia; Organization Established Date 29 Oct 2008; Tax ID No. 2723112662 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC KHABAROVSKY SUDOSTROITELNY FACTORY (a.k.a. JOINT STOCK COMPANY KHABAROVSK SHIPBUILDING YARD; a.k.a. JOINT-STOCK COMANY KHABAROVSKIY SHIPYARD; a.k.a. JOINT-STOCK COMPANY KHABAROVSKY SHIPBUILDING PLANT; a.k.a. JOINT-STOCK COMPANY KHSZ; a.k.a. JSC KHABAROVSK SHIPBUILDING YARD; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY ZAVOD (Cyrillic: АО ХАБАРОВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. KHABAROVSK SHIPBUILDING PLANT; a.k.a. KHABAROVSKIY SHIPBUILDING PLANT), Suvorova St, 1, Khabarovsk, Khabarovsk Territory 680003, Russia; Organization Established Date 29 Oct 2008; Tax ID No. 2723112662 (Russia)

[RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC KHABAROVSKY SUDOSTROITELNY ZAVOD (Cyrillic: АО ХАБАРОВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД) (a.k.a. JOINT STOCK COMPANY KHABAROVSK SHIPBUILDING YARD; a.k.a. JOINT-STOCK COMANY KHABAROVSKIY SHIPYARD; a.k.a. JOINT-STOCK COMPANY KHABAROVSKY SHIPBUILDING PLANT; a.k.a. JOINT-STOCK COMPANY KHSZ; a.k.a. JSC KHABAROVSK SHIPBUILDING YARD; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY FACTORY; a.k.a. KHABAROVSK SHIPBUILDING PLANT; a.k.a. KHABAROVSKIY SHIPBUILDING PLANT), Suvorova St, 1, Khabarovsk, Khabarovsk Territory 680003, Russia; Organization Established Date 29 Oct 2008; Tax ID No. 2723112662 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC KOMPOZIT (a.k.a. AO KOMPOZIT), Ul. Pionerskaya D. 4, Korolev 141074, Russia; Organization Established Date 28 Jan 2002; Tax ID No. 5018078448 (Russia); Registration Number 1025002043813 (Russia) [RUSSIA-EO14024].

JSC KONTSERN MORINFORMSISTEMA AGAT (a.k.a. CONCERN MORINFORMSYSTEM AGAT JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН МОРИНФОРМСИСТЕМА-АГАТ)), Entuziastov Shosse, 29, Moscow 105275, Russia; Tax ID No. 7720544208 (Russia); Registration Number 1067746239230 (Russia) [RUSSIA-EO14024].

JSC KRAFTVEY KORPOREYSHN PLS (a.k.a. AO KRAFTVEI KORPOREISHN PLS; a.k.a. AO KRAFTWAY PSC; a.k.a. CRAFTWAY CORPORATON PLS; a.k.a. JOINT STOCK COMPANY KRAFTVEY KORPOREYSHN PLS; a.k.a. JOINT STOCK COMPANY KRAFTWAY CORPORATION PLS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КРАФТВЭЙ КОРПОРЭЙШН ПЛС); a.k.a. JSC KRAFTWAY CORPORATION PLC), Sh. Kievskoe d. 64, Obninsk, Kaluga Region 249032, Russia; 16, 3rd Mytishchinskaya Street, Moscow 129626, Russia; Website kraftway.ru; Organization Type: Other information technology and computer service activities; Tax ID No. 5018037096 (Russia); Registration Number 1025002041525 (Russia) [RUSSIA-EO14024].

JSC KRAFTWAY CORPORATION PLC (a.k.a. AO KRAFTVEI KORPOREISHN PLS; a.k.a. AO KRAFTWAY PSC; a.k.a. CRAFTWAY CORPORATON PLS; a.k.a. JOINT STOCK COMPANY KRAFTVEY KORPOREYSHN PLS; a.k.a. JOINT STOCK COMPANY KRAFTWAY CORPORATION PLS (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КРАФТВЭЙ КОРПОРЭЙШН ПЛС); a.k.a. JSC KRAFTVEY KORPOREYSHN PLS), Sh. Kievskoe d. 64, Obninsk, Kaluga Region 249032, Russia; 16, 3rd Mytishchinskaya Street, Moscow 129626, Russia; Website kraftway.ru; Organization Type: Other information technology and computer service activities; Tax ID No. 5018037096 (Russia); Registration Number 1025002041525 (Russia) [RUSSIA-EO14024].

JSC MAC VYMPEL (a.k.a. PUBLIC JOINT STOCK COMPANY VYMPEL INTERSTATE CORPORATION; a.k.a. VYMPEL INTERSTATE COMMERCIAL CORPORATION; a.k.a. VYMPEL MAK PAO DEFENSE CORPORATION; a.k.a. "VIMPEL"), 10, BLD. 1 Geroyev Panfilovtsev, Moscow 125480, Russia; Organization Established Date 29 Sep 1992; Tax ID No. 7714041693 (Russia); Registration Number 1027700341855 (Russia) [RUSSIA-EO14024].

JSC MAF MOSKVICH (a.k.a. CLOSED JOINT STOCK COMPANY RENO RUSSIA; a.k.a. JOINT STOCK COMPANY MOSCOW AUTOMOTIVE FACTORY MOSKVICH; a.k.a. MOSCOW AUTOMOBILE PLANT MOSKVICH AO), Pr-Kt Volgogradskii D. 42, K. 36, Moscow 109316, Russia; Organization Established Date 17 Aug 1998; Tax ID No. 7709259743 (Russia); Government Gazette Number 18609799 (Russia); Registration Number 1027739178202 (Russia) [RUSSIA-EO14024].

JSC MARI MACHINE BUILDING PLANT (a.k.a. AKTSIONERNOE OBSHCHESTVO MARIYSKII MASHINOSTROITELNYI ZAVOD; a.k.a. JOINT STOCK COMPANY MARI MACHINE BUILDING PLANT; a.k.a. MARI MACHINE BUILDING PLANT JSC; a.k.a. MARI MMZ; a.k.a. MARIYSKIY MACHINE-BUILDING PLANT OPEN JOINT STOCK COMPANY; a.k.a. OAO MARIYSKII MASHINOSTROITELNYY ZAVOD; a.k.a. OTKRYTOE AKTSIONERNOYE OBSHCHESTVO MARIYSKIY MASHINOSTROITELNYYZAVOD; a.k.a. "OAO MMZ"), 15, UL Suvorova 3, Yoshkar-Ola, Mary-EL 424003, Russia; Tax ID No. 1200001885 (Russia) [RUSSIA-EO14024].

JSC MARSHAL.GLOBAL (Cyrillic: АО МАРШАЛ.ГЛОБАЛ) (a.k.a. JOINT STOCK COMPANY MARSHAL.GLOBAL (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО МАРШАЛ.ГЛОБАЛ)), ul. Krasnobogatyrskaya, d. 6, str. 6, et 1 komn 23, Moscow 107564, Russia; Organization Established Date 31 Oct 2017; Tax ID No. 7703436139 (Russia); Registration Number 5177746148784 (Russia) [RUSSIA-EO14024].

JSC 'MB BANK' (f.k.a. BANK MELLI IRAN ZAO; a.k.a. JOINT STOCK COMPANY 'MIR BUSINESS BANK'; a.k.a. MB BANK; a.k.a. MB BANK, AO; a.k.a. MIR BIZNES BANK; a.k.a. MIR BIZNES BANK, AO; a.k.a. MIR BUSINESS BANK (Cyrillic: МИР БИЗНЕС БАНК); a.k.a. MIR BUSINESS BANK ZAO), 9/1 ul Mashkova, Moscow 105062, Russia; 9/1 Mashkova St., Moscow 105062, Russia; 6a Lenin Square Bld. A, Astrakhan 414000, Russia; SWIFT/BIC MRBBRUMM; Website www.mbbru.com; Additional Sanctions Information - Subject to Secondary Sanctions; All Offices Worldwide [SDGT] [SYRIA] [IFSR] (Linked To: BANK MELLI IRAN; Linked To: GLOBAL VISION GROUP).

JSC MBDB ISKRA (a.k.a. ISKRA ENGINEERING DESIGN BUREAU JSC NAMED AFTER I.I. KARTUKOV; a.k.a. MKB ISKRA AO), Proezd Petrovsko-Razumovskii D. 28, Moscow 127287, Russia; Organization Established Date 1946; Tax ID No. 7714288059 (Russia); Registration Number 1027714027395 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JSC MG INTERNATIONAL AG (a.k.a. MG INTERNATIONAL AG; a.k.a. MG INTERNESHNL AG PREDSTAVITELSTVO; f.k.a. MILLENNIUM GROUP AG; a.k.a. PRED AO MG INTERNESHNL AG; a.k.a. PREDSTAVITELSTVO AKTSIONERNOGO OBSHCHESTVA MG INTERNESHNL AG SHVEITSARIYA G MOSCOW), Matthofstrand 8, Luzern 6005, Switzerland; per. Staromonetnyi d. 37, korp. 1, Moscow 119017, Russia; Organization Established Date 27 Sep 2006; Organization Type: Management consultancy activities; Tax ID No. 113176962 (Switzerland); alt. Tax ID No. 9909260877 (Russia); Legal Entity Number 549300YR513TAPXJGM21; Registration Number CH-100.3.786.838-5 (Switzerland) [RUSSIA-EO14024].

JSC MIC NPO MASHINOSTROYENIA (a.k.a. JOINT STOCK COMPANY MILITARY INDUSTRIAL CONSORTIUM NPO MASHINOSTROYENIA; a.k.a. JOINT STOCK COMPANY MILITARY-INDUSTRIAL CORPORATION NPO MASHINOSTROYENIA; a.k.a. MIC NPO MASHINOSTROYENIA JSC; a.k.a. MIC NPO MASHINOSTROYENIYA JSC; a.k.a. MILITARY INDUSTRIAL CORPORATION NPO MASHINOSTROENIA OAO; a.k.a. OPEN JOINT STOCK COMPANY MILITARY INDUSTRIAL CORPORATION SCIENTIFIC AND PRODUCTION MACHINE BUILDING ASSOCIATION; a.k.a. VOENNO-PROMYSHLENNAYA KORPORATSIYA NAUCHNO-PROIZVODSTVENNOE OBEDINENIE MASHINOSTROENIYA OAO; a.k.a. VPK NPO MASHINOSTROENIYA), 33, Gagarina St., Reutov-town, Moscow Region 143966, Russia; 33 Gagarin Street, Reutov, Moscow Region 143966, Russia; 33 Gagarina ul., Reutov, Moskovskaya obl 143966, Russia; Website www.npomash.ru; Email Address export@npomash.ru; alt. Email Address vpk@npomash.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1075012001492 (Russia); Tax ID No. 5012039795 (Russia); Government Gazette Number 07501739 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JSC MINSK MECHANICAL PLANT NAMED AFTER S.I. VAVILOV MANAGEMENT COMPANY OF BELOMO HOLDING (Cyrillic: ОАО МИНСКИЙ МЕХАНИЧЕСКИЙ ЗАВОД ИМЕНИ С.И. ВАВИЛОВА УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОМО) (a.k.a. BELARUSIAN OPTICAL AND MECHANICAL ASSOCIATION; a.k.a. OAO MMZ IMENI S.I. VAVILOVA UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELOMO (Cyrillic: ОАО ММЗ ИМЕНИ С. И. ВАВИЛОВА УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА БЕЛОМО); a.k.a. OJSC MMW NAMED AFTER S.I. VAVILOV MANAGING COMPANY OF BELOMO HOLDING (Cyrillic: ААТ ММЗ ІМЯ С.І. ВАВІЛАВА КІРУЮЧАЯ КАМПАНІЯ ХОЛДЫНГУ БЕЛОМА); a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MINSKII MEKHANICHESKII ZAVOD IMENI S.I. VAVILOVA UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA BELOMO), 23 Makayonok St., Minsk 220114, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100185185 (Belarus); Government Gazette Number 14541426 (Belarus) [BELARUS-EO14038].

JSC MNIRTI (a.k.a. AKTSIONERNOE OBSHCHESTVO MOSKOVSKI ORDENA TRUDOVOGO KRASNOGO ZNAMENI NAUCHNO-ISSLEDOVATELSKI RADIOTEKHNICHESKI INSTITUT; a.k.a. JOINT STOCK COMPANY MOSCOW ORDER OF THE RED BANNER OF LABOR RESEARCH RADIO ENGINEERING INSTITUTE (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО МОСКОВСКИЙ ОРДЕНА ТРУДОВОГО КРАСНОГО ЗНАМЕНИ НАЧНО-ИССЛЕДОВАТЕЛЬСКИЙ РАДИОТЕХНИЧЕСКИЙ ИНСТИТУТ); a.k.a. JOINT-STOCK COMPANY MOSCOW RESEARCH SCIENTIFIC RADIO COMMUNICATION INSTITUTE; a.k.a. MOSKOVSKI ORDENA TRUDOVOGO KRASNOGO ZNAMENI NAUCHNO-ISSLEDOVATELSKI RADIOTEKHNICHESKI INSTITUT PAO), 2/1 Bolshoi Trekhsvyatitelski Lane, Moscow 109028, Russia; Organization Established Date 24 Jun 1992; Tax ID No. 7709899951 (Russia); Registration Number 1127746217422 (Russia) [RUSSIA-EO14024].

JSC MORSKIYE NAVIGATSIONNYE SISTEMY (Cyrillic: АО МОРСКИЕ НАВИГАЦИОННЫЕ СИСТЕМЫ) (a.k.a. MARINE BRIDGE AND NAVIGATION SYSTEMS LTD), 19, Promyshlennaya street, Saint Petersburg 198095, Russia; Organization Established Date 1991; Tax ID No. 7805013333 (Russia); Registration Number 1027802763240 (Russia) [RUSSIA-EO14024].

JSC MOSCOW CENTER OF SPARC TECHNOLOGIES (a.k.a. JSC MTSST; a.k.a. "JSC MCST"), 1, Bld. 23, Nagatinskaya Street, Moscow 117105, Russia; 51, Leninsky Ave, Moscow 119049, Russia; Tax ID No. 7736053886 (Russia); Registration Number 1027739148469 (Russia) [RUSSIA-EO14024].

JSC MOSCOW INDUSTRIAL BANK (Cyrillic: АО МОСКОВСКИИ ИНДУСТРИАЛЬНЫЙ БАНК) (a.k.a. JOINT STOCK COMMERCIAL BANK MOSCOW INDUSTRIAL BANK; a.k.a. JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK; a.k.a. MOSCOW INDUSTRIAL BANK PJSCB; f.k.a. MOSKOVSKI INDUSTRIALNY BANK PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; a.k.a. MOSKOVSKIJ INDUSTRIALNYJ BANK PJSCB; a.k.a. MOSKOVSKY INDUSTRIALNY BANK; f.k.a. PUBLIC JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK), Ordzhonikidze Street 5, Moscow 115419, Russia; SWIFT/BIC MINNRUMM; BIK (RU) 044525600;

Organization Established Date 22 Nov 1990; Target Type Financial Institution; Tax ID No. 7725039953 (Russia); Government Gazette Number 09317135 (Russia); Legal Entity Number 2534006SJ05GGKETEY75 (Russia); Registration Number 1027739179160 (Russia) [RUSSIA-EO14024].

JSC MOSCOW MACHINERY BUILDING PLANT AVANGARD (a.k.a. JOINT STOCK COMPANY MOSKOVSKIY MASHINOSTROITELNY ZAVOD AVANGARD; a.k.a. OAO MMZ AVANGARD; a.k.a. OJSC MOSCOW MACHINERY BUILDING PLANT AVANGARD; a.k.a. OPEN JOINT STOCK COMPANY MOSCOW MACHINERY BUILDING PLANT AVANGARD), Ul. Klary Tsetkin 33, Moscow 125130, Russia; Tax ID No. 7743065177 (Russia); Registration Number 1027743012890 (Russia) [RUSSIA-EO14024].

JSC MTSST (a.k.a. JSC MOSCOW CENTER OF SPARC TECHNOLOGIES; a.k.a. "JSC MCST"), 1, Bld. 23, Nagatinskaya Street, Moscow 117105, Russia; 51, Leninsky Ave, Moscow 119049, Russia; Tax ID No. 7736053886 (Russia); Registration Number 1027739148469 (Russia) [RUSSIA-EO14024].

JSC MULTIKLET (a.k.a. MULTICLET CORPORATION), Office 135, 2 Chelyuskintsev Str., International Business Center Micron, Yekaterinburg 620014, Russia; Moscow, Russia; Tax ID No. 6658365770 (Russia); Registration Number 1106658012746 (Russia) [RUSSIA-EO14024].

JSC MYTISHCHINSKI MACHINE-BUILDING PLANT (a.k.a. MYTISHCHI MACHINE BUILDING PLANT (Cyrillic: МЫТИЩИНСКИН МАШИНОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. MYTISHCHINSKI MACHINOSTROITELNY ZAVOD, OAO; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO 'MYTISHCHINSKI MASHINOSTROITELNY ZAVOD'; a.k.a. "MMZ JSC"), 4 ul. Kolontsova Mytishchi, Mytishchinski Raion, Moscow Region 141009, Russia; Yaroslavl highway 33, Mytishchi, Moscow Region, Russia; VL 11 st. Frunze, Mytishchi, Moscow Region, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1095029003860 (Russia); Tax ID No. 5029126076 (Russia); Government Gazette Number 61540868 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JSC NAUCHNO ISSLEDOVATELSKY I KONSTRUKTORSKY INSTITUT

MONTAZHNOY TECHNOLOGY ATOMSTROY (Cyrillic: АО НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ И КОНСТРУКТОРСКИЙ ИНСТИТУТ МОНТАЖНОЙ ТЕХНОЛОГИИ АТОМСТРОЙ) (a.k.a. JSC NAUCHNO ISSLEDOVATELSKY I KONSTRUKTORSKY INSTITUT MONTAZHNOY TEKHNOLOGII ATOMSTROY; a.k.a. NIKIMT ATOMSTROY; a.k.a. NIKIMT ATOMSTROY JSC), D. 43 Str. 2 Shosse Altufevskoe, Moscow 127410, Russia; Tax ID No. 7715719854 (Russia) [RUSSIA-EO14024].

JSC NAUCHNO ISSLEDOVATELSKY I KONSTRUKTORSKY INSTITUT MONTAZHNOY TEKHNOLOGII ATOMSTROY (a.k.a. JSC NAUCHNO ISSLEDOVATELSKY I KONSTRUKTORSKY INSTITUT MONTAZHNOY TECHNOLOGY ATOMSTROY (Cyrillic: АО НАУЧНО ИССЛЕДОВАТЕЛЬСКИЙ И КОНСТРУКТОРСКИЙ ИНСТИТУТ МОНТАЖНОЙ ТЕХНОЛОГИИ АТОМСТРОЙ); a.k.a. NIKIMT ATOMSTROY; a.k.a. NIKIMT ATOMSTROY JSC), D. 43 Str. 2 Shosse Altufevskoe, Moscow 127410, Russia; Tax ID No. 7715719854 (Russia) [RUSSIA-EO14024].

JSC NAUCHNO-ISSLEDOVATELSKOYE PROYEKTNO-TEKHNOLOGICHESKOYE BYURO ONEGA (Cyrillic: АО НАУЧНО-ИССЛЕДОВАТЕЛЬСКОЕ ПРОЕКТНО-ТЕХНОЛОГИЧЕСКОЕ БЮРО ОНЕГА) (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-ISSLEDOVATELSKOE PROEKTNO-TEKHNOLOGICHESKO BYURO ONEGA; a.k.a. JOINT STOCK COMPANY RESEARCH DESIGN AND TECHNOLOGICAL BUREAU ONEGA; a.k.a. JSC NIPTB ONEGA; a.k.a. ONEGA RESEARCH AND DEVELOPMENT TECHNOLOGICAL BUREAU), Mashinostoitelei Proezd, 12, Severodvinsk, Archangelsk region 164509, Russia; Website WWW.ONEGASTAR.RU; Organization Established Date 30 Jan 2008; Tax ID No. 2902057961 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC NAUCHNYY CENTER ELINS (a.k.a. ELINS STC JSC; a.k.a. JOINT STOCK COMPANY RESEARCH CENTER ELINS; a.k.a. JSC SCIENTIFIC AND TECHNICAL CENTER ELINS; a.k.a. SCIENTIFIC TECHNICAL CENTRE ELINS), Panfilovsky Pr., 10, Zelenograd, Moscow 124460, Russia; Organization Established Date 23 Mar 2010;

Tax ID No. 7735567832 (Russia); Registration Number 1107746215455 (Russia) [RUSSIA-EO14024].

JSC NEVSKOE PKB (Cyrillic: АО НЕВСКОЕ ПКБ) (a.k.a. JOINT PUBLIC STOCK COMPANY NEVSKOE DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY NEVSKOYE PROJECT AND DESIGN BUREAU; a.k.a. JSC NEVSKOYE PROYEKTNO-KONSTRUKTORSKOYE BYURO (Cyrillic: АО НЕВСКОЕ ПРОЕКТНО-КОНСТРУКТОРСКОЕ БЮРО); a.k.a. NEVSKOE DESIGN AND CONSTRUCTION OFFICE; a.k.a. NEVSKOE DESIGN BUREAU; a.k.a. NEVSKOE DESIGN BUREAU JPSC), Galerny Proezd 3, Saint-Petersburg 199106, Russia; Organization Established Date 25 Sep 1995; Tax ID No. 7801074335 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC NEVSKOYE PROYEKTNO-KONSTRUKTORSKOYE BYURO (Cyrillic: АО НЕВСКОЕ ПРОЕКТНО-КОНСТРУКТОРСКОЕ БЮРО) (a.k.a. JOINT PUBLIC STOCK COMPANY NEVSKOE DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY NEVSKOYE PROJECT AND DESIGN BUREAU; a.k.a. JSC NEVSKOE PKB (Cyrillic: АО НЕВСКОЕ ПКБ); a.k.a. NEVSKOE DESIGN AND CONSTRUCTION OFFICE; a.k.a. NEVSKOE DESIGN BUREAU; a.k.a. NEVSKOE DESIGN BUREAU JPSC), Galerny Proezd 3, Saint-Petersburg 199106, Russia; Organization Established Date 25 Sep 1995; Tax ID No. 7801074335 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC NGT (a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO NGT; a.k.a. "NGT AO"), Ul. Fominskaya D.54, Perm 614058, Russia; Organization Established Date 02 Oct 2002; Tax ID No. 5902186000 (Russia); Government Gazette Number 52275083 (Russia); Registration Number 1025900513935 (Russia) [RUSSIA-EO14024].

JSC NIAI ISTOCHNIK (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI PROEKTNO KONSTRUKTORSKI I TEKHNOLOGICHESKI AKKUMULYATORNY INSTITUT ISTOCHNIK), Ul. Dalya D. 10, Saint Petersburg 197376, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7813054982 (Russia); Registration Number 1027806861477 (Russia) [RUSSIA-EO14024].

JSC NII ELEKTRONNO-MEKHANICHESKIKH PRIBOROV (a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF ELECTRONIC AND MECHANICAL DEVICES; a.k.a. PENZA SCIENTIFIC RESEARCH INSTITUTE OF ELECTRO-MECHANICAL DEVICES; a.k.a. "JSC NIIEMP"; a.k.a. "JSC SRIEMI"), 44, Karakozova Street, Penza 440600, Russia; Tax ID No. 5834054179 (Russia); Registration Number 1115834003185 (Russia) [RUSSIA-EO14024].

JSC NII VYCHISLITELNYKH KOMPLEKSOV IM. M.A. KARTSEVA (a.k.a. AO NIIVK N.A. M.A. KARTSEV; a.k.a. JOINT STOCK COMPANY INSTITUTE FOR SCIENTIFIC RESEARCH VYCHISLITELNYKH KOMPLEKSOV NAMED AFTER M. A. KARTSEVA; a.k.a. JOINT STOCK COMPANY NIIVK NAMED AFTER M. A. KARTSEVA), Profsoyuznaya St., 108, Moscow 117437, Russia; Organization Established Date 24 May 1993; Tax ID No. 7728032882 (Russia); Registration Number 1037700128828 (Russia) [RUSSIA-EO14024].

JSC NIIEVM (Cyrillic: ОАО НИИЭВМ; Cyrillic: ААТ НДІЭВМ) (a.k.a. AAT NAVUKOVA-DASLEDCHY INSTYTUT ELEKTRONNYKH VYLICHALNYKH MASHYN; a.k.a. COMPUTER RESEARCH INSTITUTE NIIEVM; a.k.a. OAO NAUCHNO-ISSLEDOVATELSKIY INSTITUT ELEKTRONNYKH VYCHISLITELNYKH MASHIN (Cyrillic: ОАО НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ЭЛЕКТРОННЫХ ВЫЧИСЛИТЕЛЬНЫХ МАШИН); a.k.a. OPEN JOINT STOCK COMPANY RESEARCH INSTITUTE OF ELECTRONIC COMPUTERS), 155 Bogdanovicha St., Minsk 220040, Belarus; Target Type State-Owned Enterprise; Tax ID No. 100219724 (Belarus) [BELARUS-EO14038] (Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

JSC NIIGRAFIT (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKII INSTITUT KONSTRUKSIONNYKH MATERIALOV NA OSNOVE GRAFITA NIIGRAFIT; a.k.a. JOINT STOCK COMPANY RESEARCH INSTITUTE OF GRAPHITE-BASED MATERIALS NIIGRAFIT; f.k.a. NAUCHNO ISSLEDOVATELSKI INSTITUT KONSTRUKSIONNYKH MATERIALOV NA OSNOVE GRAFITA NIIGRAFIT AO; a.k.a. NIIGRAFIT AO (Cyrillic: НИИГРАФИТ)), Ul. Elektrodnyaya D. 2, Moscow 111141, Russia; Tax ID No. 7720723422 (Russia); Government Gazette Number 00200851 (Russia); Registration Number 1117746574593 (Russia) [RUSSIA-EO14024].

JSC NIIP (a.k.a. JSC V. TIKHOMIROV SCIENTIFIC RESEARCH INSTITUTE OF INSTRUMENT DESIGN; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT PRIBOROSTROENIYA IMENI V.V. TIKHOMIROVA), 3 Ul. Gagarina, Zhukovski, Moskovskaya Obl 140180, Russia; Gagarin Str, 3, Zhukovsky 140180, Russia; Website http://www.niip.ru; Email Address niip@niip.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1025001627859; Government Gazette Number 13185231 (Russia) [UKRAINE-EO13661].

JSC NIPTB ONEGA (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-ISSLEDOVATELSKOE PROEKTNO-TEKHNOLOGICHESKO BYURO ONEGA; a.k.a. JOINT STOCK COMPANY RESEARCH DESIGN AND TECHNOLOGICAL BUREAU ONEGA; a.k.a. JSC NAUCHNO-ISSLEDOVATELSKOYE PROYEKTNO-TEKHNOLOGICHESKOYE BYURO ONEGA (Cyrillic: АО НАУЧНО-ИССЛЕДОВАТЕЛЬСКОЕ ПРОЕКТНО-ТЕХНОЛОГИЧЕСКОЕ БЮРО ОНЕГА); a.k.a. ONEGA RESEARCH AND DEVELOPMENT TECHNOLOGICAL BUREAU), Mashinostoitelei Proezd, 12, Severodvinsk, Archangelsk region 164509, Russia; Website WWW.ONEGASTAR.RU; Organization Established Date 30 Jan 2008; Tax ID No. 2902057961 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC NORTH PKB (Cyrillic: АО СЕВЕРНОЕ ПКБ) (a.k.a. JOINT STOCK COMPANY NORTH DESIGN BUREAU; a.k.a. JSC SEVERNOYE PKB; a.k.a. SEVERNOE DESIGN BUREAU; a.k.a. SEVERNOE DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. SEVERNOYE DESIGN BUREAU), Ul. Korabelnaya, d. 6, Korpus 2, Letter A, St. Petersburg 198096, Russia; Organization Established Date 05 Aug

2008; Tax ID No. 7805468860 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV (a.k.a. AO NOVOSIBIRSKIY AVIAREMONTNIY ZAVOD (Cyrillic: АО НОВОСИБИРСКИЙ АВИАРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC NOVOSIBIRSKY AVIAREMONTNY FACTORY; a.k.a. NOVOSIBIRSK AIRCRAFT ENTERPRISE; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AVIATION FACTORY; a.k.a. NOVOSIBIRSK AVIATION PLANT; a.k.a. "NAPO"; a.k.a. "NAZ"), 15 Polzunov St., Novosibirsk 630051, Russia; Tax ID No. 5402112867 (Russia) [RUSSIA-EO14024].

JSC NOVOSIBIRSKY AVIAREMONTNY FACTORY (a.k.a. AO NOVOSIBIRSKIY AVIAREMONTNIY ZAVOD (Cyrillic: АО НОВОСИБИРСКИЙ АВИАРЕМОНТНЫЙ ЗАВОД); a.k.a. JSC NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AIRCRAFT ENTERPRISE; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT; a.k.a. NOVOSIBIRSK AIRCRAFT PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AIRCRAFT PRODUCTION ASSOCIATION PLANT NAMED AFTER V.P. CHKALOV; a.k.a. NOVOSIBIRSK AVIATION FACTORY; a.k.a. NOVOSIBIRSK AVIATION PLANT; a.k.a. "NAPO"; a.k.a. "NAZ"), 15 Polzunov St., Novosibirsk 630051, Russia; Tax ID No. 5402112867 (Russia) [RUSSIA-EO14024].

JSC NPO ALMAZ NAMED AFTER A.A. RASPLETIN (a.k.a. ALMAZ SCIENTIFIC PRODUCTION ASSOCIATION; a.k.a. PJSC NPO ALMAZ; a.k.a. PUBLIC JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION ALMAZ NAMED AFTER ACADEMICIAN A.A. RASPLETIN; a.k.a. PUBLICHNOE AKTCIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA), 80 Leningradsky prospect, building 16, Moscow 125190, Russia; Organization Established Date 1947; Tax ID No.

7712040285 (Russia); Registration Number 1027700118984 (Russia) [RUSSIA-EO14024].

JSC NPO ECHELON (a.k.a. JOINT STOCK COMPANY ECHELON UNION FOR SCIENCE AND DEVELOPMENT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ЭШЕЛОН); a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION ECHELON), D. 24 Str. 1, Ul. Elektrozavodskaya, Moscow, Russia 107023, Russia; Website www.npo.echelon.ru; alt. Website cnpo.ru; Organization Established Date 22 Nov 2007; Organization Type: Other information technology and computer service activities; Tax ID No. 7718676447 (Russia); Registration Number 1077762808683 (Russia) [RUSSIA-EO14024].

JSC NPO HIGH PRECISION SYSTEMS (Cyrillic: АО НПО ВЫСОКОТОЧНЫЕ КОМПЛЕКСЫ) (a.k.a. AKTSIONERNOE OBSHCHESTVO NPO VYSOKOTOCHNYE KOMPLEKSY; a.k.a. HIGH PRECISION WEAPONS JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION; a.k.a. JSC NPO VYSOKOTOCHNYE KOMPLEKSY; a.k.a. NPO VYSOKOTOCHNYE KOMPLEKSY, AO), 21 str. 1, bulvar Gogolevski, Moscow 119019, Russia; 7 Kievskaya Str., Moscow 121059, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 12 Feb 2009; Registration ID 1097746068012 (Russia); Tax ID No. 7704721192 (Russia); Government Gazette Number 60390527 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JSC NPO VYSOKOTOCHNYE KOMPLEKSY (a.k.a. AKTSIONERNOE OBSHCHESTVO NPO VYSOKOTOCHNYE KOMPLEKSY; a.k.a. HIGH PRECISION WEAPONS JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION; a.k.a. JSC NPO HIGH PRECISION SYSTEMS (Cyrillic: АО НПО ВЫСОКОТОЧНЫЕ КОМПЛЕКСЫ); a.k.a. NPO VYSOKOTOCHNYE KOMPLEKSY, AO), 21 str. 1, bulvar Gogolevski, Moscow 119019, Russia; 7 Kievskaya Str., Moscow 121059, Russia; Executive Order 13662 Directive Determination

- Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 12 Feb 2009; Registration ID 1097746068012 (Russia); Tax ID No. 7704721192 (Russia); Government Gazette Number 60390527 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO14024] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JSC NPP PULSAR (a.k.a. ENTERPRISE SPE PULSAR JSC; a.k.a. JSC SPC PULSAR; a.k.a. OPEN JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ENTERPRISE PULSAR; a.k.a. SPE PULSAR), Pass. Okruzhnoy, House 27, Moscow 105187, Russia; Tax ID No. 7719846490 (Russia); Registration Number 1137746472599 (Russia) [RUSSIA-EO14024].

JSC NPP RADIOSVYAZ (a.k.a. AO NPP RADIOSVIAZ; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE RADIOSVYAZ; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVIAZ; a.k.a. JSC SPE RADIOSVYAZ; a.k.a. RESEARCH AND PRODUCTION ENTERPRISE RADIOSVYAZ; a.k.a. SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVYAZ JOINT STOCK COMPANY), 19 Dekabristov Str., Krasnoyarsk, Krasnoyarsk Territory 660021, Russia; Organization Established Date 27 Dec 2012; Tax ID No. 2460243408 (Russia); Registration Number 1122468072231 (Russia) [RUSSIA-EO14024].

JSC NSC ARKHANGELSK (a.k.a. JOINT STOCK COMPANY NORTHERN SHIPPING COMPANY; a.k.a. OAO SEVERNOYE MORSKOYE PAROKHODSTVO; a.k.a. OJSC NORTHERN SHIPPING COMPANY; a.k.a. OPEN JSC NORTHERN SHIPPING COMPANY; a.k.a. "ANSC"; a.k.a. "OJSC NSC"), Nab. Severnoy Dviny, 36, Arkhangelsk 163000, Russia; Tax ID No. 2901008432 (Russia); Identification Number IMO 0555641 [RUSSIA-EO14024].

JSC NTTS REB (Cyrillic: АО НТЦ РЭБ) (a.k.a. AKTSIONERNOE OBSCHESTVO NAUCHNO-TEKHNICHESKI TSENTR RADIOELEKTRONNOI BORBY; a.k.a. AO NTTS REB; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND TECHNICAL CENTER OF RADIOELECTRONIC WARFARE (Cyrillic:

АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР РАДИОЭЛЕКТРОННОЙ БОРЬБЫ); a.k.a. SCIENTIFIC-TECHNICAL CENTER FOR ELECTRONIC WARFARE (Cyrillic: НАУЧНО-ТЕХНИЧЕСКИЙ ЦЕНТР РАДИОЭЛЕКТРОННОЙ БОРЬБЫ)), d. 29 korp. 135, ul. vereiskaya, Moscow 121357, Russia; Organization Established Date 29 Aug 2005; Tax ID No. 7731529843 (Russia); Government Gazette Number 78506999 (Russia); Registration Number 1057748002850 (Russia) [RUSSIA-EO14024].

JSC OBNINSKOYE NPP TEKHNOLOGIYA IM. A.G.ROMASHINA (a.k.a. JOINT STOCK COMPANY OBNINSK RESEARCH AND PRODUCTION ENTERPRISE TECHNOLOGIYA NAMED AFTER A. G. ROMASHIN; a.k.a. JSC ORPE TECHNOLOGIYA NAMED AFTER A. G. ROMASHIN), 15 Kievskoye Shosse, Obninsk, Kaluga Region 249031, Russia; Organization Established Date 14 Dec 2011; Tax ID No. 4025431260 (Russia); Registration Number 1114025006160 (Russia) [RUSSIA-EO14024].

JSC OBUKHOVSKIY PLANT NORTHWEST REGIONAL CENTER OF ALMAZ ANTEY CORPORATION (a.k.a. JOINT STOCK COMPANY NORTH WESTERN REGIONAL CENTER OF ALMAZ ANTEY CONCERN OBUKHOVSKY PLANT; a.k.a. JOINT STOCK COMPANY OBUKHOVSKY FACTORY; a.k.a. JSC GOZ OBUKHOV PLANT; a.k.a. JSC SOP OBUCHOVSKY PLANT), Obukhovskoy Defense Ave., 120, Saint Petersburg 190010, Russia; Organization Established Date 17 Nov 2003; Tax ID No. 7811144648 (Russia); Registration Number 1037825058732 (Russia) [RUSSIA-EO14024].

JSC OMSK CIVIL AVIATION PLANT (a.k.a. JOINT STOCK COMPANY OMSK PLANT OF CIVIL AVIATION; a.k.a. JOINT STOCK COMPANY OMSKY FACTORY GRAZHDANSKOY AVIATSII; a.k.a. "JSC OZGA"), 112 Surovtseva Str, Omsk 644015, Russia; Tax ID No. 5507029944 (Russia); Registration Number 1025501378572 (Russia) [RUSSIA-EO14024].

JSC OMSK TRANSPORT MACHINE FACTORY OMSKTRANSMASH, 2 Krasny Per., Omsk 644005, Russia; Tax ID No. 5505204171 (Russia); Registration Number 1085543060734 (Russia) [RUSSIA-EO14024].

JSC ORPE TECHNOLOGIYA NAMED AFTER A. G. ROMASHIN (a.k.a. JOINT STOCK

COMPANY OBNINSK RESEARCH AND PRODUCTION ENTERPRISE TECHNOLOGIYA NAMED AFTER A. G. ROMASHIN; a.k.a. JSC OBNINSKOYE NPP TEKHNOLOGIYA IM. A.G.ROMASHINA), 15 Kievskoye Shosse, Obninsk, Kaluga Region 249031, Russia; Organization Established Date 14 Dec 2011; Tax ID No. 4025431260 (Russia); Registration Number 1114025006160 (Russia) [RUSSIA-EO14024].

JSC PA UOMP (a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION URAL OPTICAL AND MECHANICAL PLANT NAMED AFTER E.S. YALAMOV; a.k.a. URAL OPTICAL AND MECHANICAL PLANT; a.k.a. URALS OPTICAL MECHANICAL PLANT; a.k.a. "UOMZ"), 33B Vostochnaya St., Ekaterinburg 620100, Russia; Organization Established Date 26 May 2010; Tax ID No. 6672315362 (Russia); Registration Number 1106672007738 (Russia) [RUSSIA-EO14024].

JSC PENZA ELECTROTECHNICAL RESEARCH INSTITUTE (a.k.a. JOINT STOCK COMPANY PENZENSKY NAUCHNO ISSLEDOVATELSKY ELEKTROTEKHNICHESKY HIGHER EDUCATION INSTITUTE; a.k.a. "PNIEI JSC"), 9 Sovetskaya Str., Penza, Penza Region 440026, Russia; Organization Established Date 30 Dec 2011; Tax ID No. 5836649358 (Russia); Registration Number 1115836009255 (Russia) [RUSSIA-EO14024].

JSC PERM PLANT MASHINOSTROITEL (a.k.a. AO PERMSKIY ZAVOD MASHINOSTROITEL; a.k.a. JOINT STOCK COMPANY PERMSKIY ZAVOD MASHINOSTROITEL; a.k.a. JSC PERMSKY ZAVOD MASHINOSTROITEL; a.k.a. MASHINOSTROITEL PERM FACTORY JSC), 57 Novozvyaginskaya Street, Perm 614014, Russia; Organization Established Date 29 Jun 2007; Tax ID No. 5906075029 (Russia); Registration Number 1075906004217 (Russia) [RUSSIA-EO14024].

JSC PERMSKY ZAVOD MASHINOSTROITEL (a.k.a. AO PERMSKY ZAVOD MASHINOSTROITEL; a.k.a. JOINT STOCK COMPANY PERMSKIY ZAVOD MASHINOSTROITEL; a.k.a. JSC PERM PLANT MASHINOSTROITEL; a.k.a. MASHINOSTROITEL PERM FACTORY JSC), 57 Novozvyaginskaya Street, Perm 614014, Russia; Organization Established Date 29 Jun 2007; Tax ID No. 5906075029 (Russia); Registration Number 1075906004217 (Russia) [RUSSIA-EO14024].

JSC PERSPECTIVE INDUSTRIAL AND INFRASTRUCTURAL TECHNOLOGIES (a.k.a. AO PPIT; a.k.a. JOINT STOCK COMPANY PERSPECTIVE INDUSTRIAL AND INFRASTRUCTURAL TECHNOLOGIES; a.k.a. JOINT STOCK COMPANY PROMISING INDUSTRIAL AND INFRASTRUCTURE TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПЕРСПЕКТИВНЫЕ ПРОМЫШЛЕННЫЕ И ИНФРАСТРУКТУРНЫЕ ТЕХНОЛОГИИ); a.k.a. JSC PPIT (Cyrillic: АО ППИТ)), Nab. Presnenskaya D. 8, Str. 1, ET. 7, Pom. I, Kom. 3 Rab. Mesto 7.10, Moscow 123112, Russia (Cyrillic: Пресненская наб, д. 8 стр. 1, эт. 7, пом. i, ком. 3 раб. место 7.10, город Москва 123112, Russia); Organization Established Date 09 Aug 2021; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 9709073580 (Russia); Government Gazette Number 51643627 (Russia); Registration Number 1217700369193 (Russia) [RUSSIA-EO14024].

JSC PFC CSKA (a.k.a. AO PFK TSSKA; a.k.a. JOINT STOCK COMPANY PROFESSIONAL FOOTBALL CLUB CSKA), Ul. 3-ya Peschanaya, d. 2a, severo-zapadnoe administrativnoe zdanie, 10-I et, Moscow 125252, Russia; Website www.pfc-cska.com; Tax ID No. 7734046851 (Russia); Registration Number 1027739880893 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

JSC PKK MILANDR (a.k.a. JSC ICC MILANDR), Georgievskiy Prospekt, 5, Zelenograd, Moscow 124498, Russia; Organization Established Date 1993; Tax ID No. 7735040690 (Russia); Registration Number 1027739083921 (Russia) [RUSSIA-EO14024].

JSC PLASMA (a.k.a. JOINT STOCK COMPANY PLASMA; a.k.a. "AO PLAZMA"), Ul. Tsiolkovskogo D. 24, Ryazan 390023, Russia; Organization Established Date 1959; Tax ID No. 6230005886 (Russia); Registration Number 1026201102850 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JSC PNITI (a.k.a. AKTSIONERNOE OBSHCHESTVO PERMSKI NAUCHNO-ISSLEDOVATELSKI TEKHNOLOGICHESKI INSTITUT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПЕРМСКИЙ НАУЧНО-ИССЛЬСКИЙ ТЕХНОЛОГИЧЕСКИЙ

ИНСТИТУТ); a.k.a. PERM SCIENTIFIC RESEARCH TECHNOLOGICAL INSTITUTE; f.k.a. PNITI PAO; a.k.a. PNITI, AO (Cyrillic: АО ПНИТИ)), Ul. Geroev Khasana D. 41, Perm 614990, Russia; D. 41 Korp. 1, Pm. A261, Ul. Geroev Khasana, Perm 614064, Russia; Tax ID No. 5904000518 (Russia); Government Gazette Number 07501343 (Russia); Registration Number 1025900913390 (Russia) [RUSSIA-EO14024].

JSC POLAR MARINE GEOSURVEY EXPEDITION (a.k.a. AKTCIONERNOE OBSHESTVO POLYARNAYA MORSKAYA GEOLOGORAZVEDOCHNAYA EKSPEDITCIYA; a.k.a. "PMGE AO"; a.k.a. "PMGRE AO" (Cyrillic: "ПМГРЭ АО")), d.24 litera A, ul. Pobedy, Saint Petersburg 198412, Russia; Tax ID No. 7810639976 (Russia); Registration Number 1177847002354 (Russia) [RUSSIA-EO14024].

JSC POSITIVE TECHNOLOGIES (a.k.a. AKTSIONERNOE OBSHCHESTVO POZITIV TEKNOLODZHIZ (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПОЗИТИВ ТЕКНОЛОДЖИЗ); a.k.a. POZITIV TEKNOLODZHIZ, AO), d. 23A pom. V kom. 30, shosse Shchelkovskoe, Moscow 107241, Russia; Website www.ptsecurity.ru; alt. Website www.ptsecurity.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 7718668887 (Russia) [NPWMD] [CYBER2] [CAATSA - RUSSIA] [RUSSIA-EO14024] (Linked To: FEDERAL SECURITY SERVICE).

JSC POWER MACHINES (a.k.a. OPEN JOINT STOCK COMPANY POWER MACHINES - ZTL, LMZ, ELECTROSILA, ENERGOMACHEXPORT; f.k.a. PJSC POWER MACHINES; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO SILOVYE MASHINY - ZTL, LMZ, ELEKTROSILA, ENERGOMASHEKSPORT; a.k.a. SILOVYE MASHINY, PAO), 3A Vatutina St., St. Petersburg 195009, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027700004012 (Russia); Tax ID No. 7702080289 (Russia) [UKRAINE-EO13685] [RUSSIA-EO14024].

JSC PPIT (Cyrillic: АО ППИТ) (a.k.a. AO PPIT; a.k.a. JOINT STOCK COMPANY PERSPECTIVE INDUSTRIAL AND INFRASTRUCTURAL TECHNOLOGIES; a.k.a. JOINT STOCK COMPANY PROMISING INDUSTRIAL AND INFRASTRUCTURE

TECHNOLOGIES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ПЕРСПЕКТИВНЫЕ ПРОМЫШЛЕННЫЕ И ИНФРАСТРУКТУРНЫЕ ТЕХНОЛОГИИ); a.k.a. JSC PERSPECTIVE INDUSTRIAL AND INFRASTRUCTURAL TECHNOLOGIES), Nab. Presnenskaya D. 8, Str. 1, ET. 7, Pom. I, Kom. 3 Rab. Mesto 7.10, Moscow 123112, Russia (Cyrillic: Пресненская наб, д. 8 стр. 1, эт. 7, пом. I, ком. 3 раб. место 7.10, город Москва 123112, Russia); Organization Established Date 09 Aug 2021; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 9709073580 (Russia); Government Gazette Number 51643627 (Russia); Registration Number 1217700369193 (Russia) [RUSSIA-EO14024].

JSC PRIBALTIYSKY SUDOSTROITELNY FACTORY YANTAR (a.k.a. JOINT STOCK COMPANY BALTIC SHIPBUILDING PLANT YANTAR; a.k.a. JOINT-STOCK COMPANY PSZ YANTAR; a.k.a. JOINT-STOCK COMPANY YANTAR SHIPYARD; a.k.a. JSC PRIBALTIYSKY SUDOSTROITELNY ZAVOD YANTAR (Cyrillic: АО ПРИБАЛТИЙСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД ЯНТАРЬ); a.k.a. JSC SHIPYARD YANTAR; a.k.a. YANTAR SHIPYARD), 1 Guskov Square, Kaliningrad, Kaliningrad Region 236005, Russia; Organization Established Date 07 Sep 1993; Tax ID No. 3900000111 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC PRIBALTIYSKY SUDOSTROITELNY ZAVOD YANTAR (Cyrillic: АО ПРИБАЛТИЙСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД ЯНТАРЬ) (a.k.a. JOINT STOCK COMPANY BALTIC SHIPBUILDING PLANT YANTAR; a.k.a. JOINT-STOCK COMPANY PSZ YANTAR; a.k.a. JOINT-STOCK COMPANY YANTAR SHIPYARD; a.k.a. JSC PRIBALTIYSKY SUDOSTROITELNY FACTORY YANTAR; a.k.a. JSC SHIPYARD YANTAR; a.k.a. YANTAR SHIPYARD), 1 Guskov Square, Kaliningrad, Kaliningrad Region 236005, Russia; Organization Established Date 07 Sep 1993; Tax ID No. 3900000111 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC PRODUCTION ASSOCIATION STRELA (a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION STRELA (Cyrillic: АО ПРОИЗВОДСТВЕННОЕ

ОБЪЕДИНЕНИЕ СТРЕЛА); a.k.a. JSC PRODUCTION OBYEDINENIYE STRELA; a.k.a. JSC PROIZVODSTVENNOYE OBYEDINENIYE STRELA; a.k.a. STRELA PA), 26, Shevchenko str., Orenburg 460005, Russia; Organization Established Date 27 Dec 2006; Tax ID No. 5609061432 (Russia); Registration Number 1065658011638 (Russia) [RUSSIA-EO14024].

JSC PRODUCTION OBYEDINENIYE SEVERNOYE MASHINOSTROITELNOYE (Cyrillic: АО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СЕВЕРНОЕ МАШИНОСТРОИТЕЛЬНОЕ ПРЕДПРИЯТИЕ) (a.k.a. JOINT STOCK COMPANY PO SEVMASH; a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION NORTHERN MACHINE-BUILDING ENTERPRISE; a.k.a. JOINT-STOCK COMPANY PRODUCTION ASSOCIATION SEVERNOYE MACHINE-BUILDING ENTERPRISE; a.k.a. PRODUCTION ASSOCIATION SEVMASH), 58 Arkhangelskoye Highway, Severodvinsk, Arkhangelsk Region 164500, Russia; Organization Established Date 01 Jun 2008; Tax ID No. 2902059091 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC PRODUCTION OBYEDINENIYE STRELA (a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION STRELA (Cyrillic: АО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СТРЕЛА); a.k.a. JSC PRODUCTION ASSOCIATION STRELA; a.k.a. JSC PROIZVODSTVENNOYE OBYEDINENIYE STRELA; a.k.a. STRELA PA), 26, Shevchenko str., Orenburg 460005, Russia; Organization Established Date 27 Dec 2006; Tax ID No. 5609061432 (Russia); Registration Number 1065658011638 (Russia) [RUSSIA-EO14024].

JSC PROIZVODSTVENNOYE OBYEDINENIYE STRELA (a.k.a. JOINT STOCK COMPANY PRODUCTION ASSOCIATION STRELA (Cyrillic: АО ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ СТРЕЛА); a.k.a. JSC PRODUCTION ASSOCIATION STRELA; a.k.a. JSC PRODUCTION OBYEDINENIYE STRELA; a.k.a. STRELA PA), 26, Shevchenko str., Orenburg 460005, Russia; Organization Established Date 27 Dec 2006; Tax ID No. 5609061432 (Russia); Registration Number 1065658011638 (Russia) [RUSSIA-EO14024].

JSC PROTON (a.k.a. AKTSIONERNOE OBSHCHESTVO PROTON; a.k.a. AO

PROTON, ul. Leskova 19, Orel 302040, Russia; Moscow, Russia; Saratov, Russia; Tax ID No. 5753018359 (Russia); Registration Number 1025700827283 (Russia) [RUSSIA-EO14024].

JSC PROTON-ELECTROTEX (a.k.a. AKTSIONERNOE OBSHCHESTVO PROTON-ELEKTROTEKS; a.k.a. AO PROTON-ELEKTROTEKS), ul. Leskova d. 19, pom. 27, of. 14, Orel 302040, Russia; Tax ID No. 5753020414 (Russia); Registration Number 1025700825248 (Russia) [RUSSIA-EO14024].

JSC R AND PA KVANT (a.k.a. AO NPO KVANT; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION KVANT; a.k.a. JSC R&PA KVANT; a.k.a. JSC RESEARCH AND PRODUCTION ASSOCIATION KVANT; a.k.a. JSC RPA KVANT), Bolshaya Sankt-Peterburgskaya St., 73, Veliky Novgorod 173001, Russia; Website www.npp-kvant.kret.com; Organization Established Date 09 Dec 2011; Target Type State-Owned Enterprise; Tax ID No. 5321151441 (Russia) [RUSSIA-EO14024].

JSC R&PA KVANT (a.k.a. AO NPO KVANT; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION KVANT; a.k.a. JSC R AND PA KVANT; a.k.a. JSC RESEARCH AND PRODUCTION ASSOCIATION KVANT; a.k.a. JSC RPA KVANT), Bolshaya Sankt-Peterburgskaya St., 73, Veliky Novgorod 173001, Russia; Website www.npp-kvant.kret.com; Organization Established Date 09 Dec 2011; Target Type State-Owned Enterprise; Tax ID No. 5321151441 (Russia) [RUSSIA-EO14024].

JSC RADIOPRIBOR (a.k.a. JOINT STOCK COMPANY RADIOPRIBOR; a.k.a. OAO RADIOPRIBOR; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO RADIOPRIBOR; a.k.a. RADIOPRIBOR AO), Kazan, Republic of Tatarstan 420021, Russia; Tax ID No. 1659034109 (Russia); Registration Number 1021603465850 (Russia) [RUSSIA-EO14024].

JSC RADIOZAVOD (a.k.a. JOINT STOCK COMPANY RADIOZAVOD), Baidukova st., 1, Penza 440039, Russia; Organization Established Date 14 Jan 2004; Tax ID No. 5835049799 (Russia); Registration Number 1045802500336 (Russia) [RUSSIA-EO14024].

JSC RAMENSKOYE PRIBOROSTROITELNOYE KONSTRUKTORSKOYE BYURO (a.k.a. RAMENSKOYE DESIGN COMPANY JOINT STOCK COMPANY; a.k.a. "JSC RDC"),

Gurieva St., 2, Ramenskoye, Moscow Region 140103, Russia; Tax ID No. 5040007594 (Russia); Registration Number 1025005118830 (Russia) [RUSSIA-EO14024].

JSC RASCHETNIYE RESHENIYA (a.k.a. JOINT STOCK COMPANY RASCHETNIYE RESHENIYA; a.k.a. LIMITED LIABILITY COMPANY NON-BANK CREDIT ORGANIZATION SETTLEMENT SOLUTIONS; a.k.a. "JSC SETTLEMENT SOLUTIONS"), Room XLIV, 11th floor, 118/1 Varshavskoye Shosse, Moscow 117587, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7727718421 (Russia); Registration Number 1107746390949 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JSC RAW FARM (a.k.a. AKTSIONERNOE OBSHCHESTVO RAU FARM (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАУ ФАРМ); a.k.a. AO RAU FARM (Cyrillic: АО РАУ ФАРМ); a.k.a. JOINT STOCK COMPANY RAU PHARM), ul. Mnevniki, D. 3, K. 1, ET/KOM 1/12, Moscow 123308, Russia (Cyrillic: УЛИЦА МНЁВНИКИ, ДОМ 3, КОРПУС 1, ЭТ/КОМ 1/12, МОСКВА 123308, Russia); Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 05 Oct 1999; alt. Organization Established Date 27 Aug 2002; Tax ID No. 7701220889 (Iran); Government Gazette Number 51115868 (Iran); Business Registration Number 1027739119650 (Russia) [NPWMD] [RUSSIA-EO14024] (Linked To: 27TH SCIENTIFIC CENTER).

JSC RAWENSTVO (a.k.a. AO RAVENSTVO; a.k.a. SC RAWENSTVO), Ul. Promyshlennaya D. 19, Saint Petersburg 198099, Russia; Organization Established Date 24 Mar 1988; Tax ID No. 7805395957 (Russia); Registration Number 1069847101169 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

JSC REDUCTOR - PM (a.k.a. AO REDUKTOR-PM; a.k.a. JOINT STOCK COMPANY REDUCTOR - PM), Pr-Kt Komsomolskii D. 93, Perm 614990, Russia; Organization Established Date 31 Aug 1995; Tax ID No. 5948017501 (Russia); Registration Number 1025902394385 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

JSC RENOVA GROUP OF COMPANIES (a.k.a. JOINT-STOCK COMPANY RENOVA GROUP OF COMPANIES; a.k.a. RENOVA GROUP), V, 28 Balaklavskiy Prospekt, Moscow 117452, Russia; 40, Malaya Ordynka, Moscow 115184, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1047796880548; Tax ID No. 7727526670; Government Gazette Number 772701001 [UKRAINE-EO13662] (Linked To: VEKSELBERG, Viktor Feliksovich).

JSC RESEARCH & DESIGN INSTITUTE MORTEPLOTEKHNIKA (a.k.a. AO NII MORTEPLOTEKHNIKI; a.k.a. JOINT STOCK COMPANY RESEARCH AND DESIGN INSTITUTE SEA THERMAL ENGINEERING; a.k.a. JSC RESEARCH AND DESIGN INSTITUTE MORTEPLOTEKHNIKA), Ul. Chernikova, D. 44, Lomonosov 189510, Russia; Organization Established Date 15 Dec 1991; Tax ID No. 7819308094 (Russia); Registration Number 1047401500046 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

JSC RESEARCH AND DESIGN INSTITUTE MORTEPLOTEKHNIKA (a.k.a. AO NII MORTEPLOTEKHNIKI; a.k.a. JOINT STOCK COMPANY RESEARCH AND DESIGN INSTITUTE SEA THERMAL ENGINEERING; a.k.a. JSC RESEARCH & DESIGN INSTITUTE MORTEPLOTEKHNIKA), Ul. Chernikova, D. 44, Lomonosov 189510, Russia; Organization Established Date 15 Dec 1991; Tax ID No. 7819308094 (Russia); Registration Number 1047401500046 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

JSC RESEARCH AND PRODUCTION ASSOCIATION KVANT (a.k.a. AO NPO KVANT; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION KVANT; a.k.a. JSC R AND PA KVANT; a.k.a. JSC R&PA KVANT; a.k.a. JSC RPA KVANT), Bolshaya Sankt-Peterburgskaya

St., 73, Veliky Novgorod 173001, Russia; Website www.npp-kvant.kret.com; Organization Established Date 09 Dec 2011; Target Type State-Owned Enterprise; Tax ID No. 5321151441 (Russia) [RUSSIA-EO14024].

JSC RESEARCH AND PRODUCTION CORPORATION PRECISION SYSTEMS AND INSTRUMENTS (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNAYA KORPORATSIYA SISTEMY PRETSIZIONNOGO PRIBOROSTROENIYA; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION PRECISION SYSTEMS AND INSTRUMENTS; a.k.a. SCIENTIFIC AND INDUSTRIAL CORPORATION PRECISION INSTRUMENT SYSTEMS; a.k.a. "AO NPK SPP"; a.k.a. "JSC RPC PSI"), ul. Aviamotornaya D. 53, Moscow 111024, Russia; Target Type State-Owned Enterprise; Tax ID No. 7722698108 (Russia); Government Gazette Number 07559035 (Russia); Registration Number 1097746629639 (Russia) [RUSSIA-EO14024].

JSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN URALVAGONZAVOD; a.k.a. JSC CONCERN URALVAGONZAVOD; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD NAMED AFTER FE DZERZHINSKY; a.k.a. NAUCHNO-PROIZVODSTVENNAYA KORPORATSIYA URALVAGONZAVOD OAO; a.k.a. NPK URALVAGONZAVOD OAO; a.k.a. OJSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD OAO; a.k.a. URALVAGONZAVOD; a.k.a. URALVAGONZAVOD CORPORATION; a.k.a. "UVZ"), 40 Bolshaya Yakimanka Street, Moscow 119049, Russia; 28 Vostochnoye Shosse, Nizhni Tagil, Sverdlovsk Region 66207, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7706453206 (Russia); Registration Number 1187746432345 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD NAMED AFTER FE DZERZHINSKY (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN URALVAGONZAVOD; a.k.a. JSC CONCERN URALVAGONZAVOD; a.k.a. JSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. NAUCHNO-PROIZVODSTVENNAYA KORPORATSIYA URALVAGONZAVOD OAO; a.k.a. NPK URALVAGONZAVOD OAO; a.k.a. OJSC RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD; a.k.a. RESEARCH AND PRODUCTION CORPORATION URALVAGONZAVOD OAO; a.k.a. URALVAGONZAVOD; a.k.a. URALVAGONZAVOD CORPORATION; a.k.a. "UVZ"), 40 Bolshaya Yakimanka Street, Moscow 119049, Russia; 28 Vostochnoye Shosse, Nizhni Tagil, Sverdlovsk Region 66207, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7706453206 (Russia); Registration Number 1187746432345 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JSC RESEARCH AND PRODUCTION SI VAVILOV (a.k.a. RESEARCH AND PRODUCTION CORPORATION SI VAVILOV SOI; a.k.a. RESEARCH AND TECHNOLOGICAL INSTITUTE OF OPTICAL MATERIALS ALL RUSSIA SCIENTIFIC CENTER SI VAVILOV STATE OPTICAL INSTITUTE; a.k.a. VAVILOV STATE OPTICAL INSTITUTE), Ul. Babushkina D. 36, Korp. 1, Saint Petersburg 192171, Russia; Tax ID No. 7811483834 (Russia); Registration Number 1117847038121 (Russia) [RUSSIA-EO14024].

JSC RESEARCH INSTITUTE SUBMICRON (a.k.a. JSC SCIENTIFIC RESEARCH INSTITUTE SUBMICRON), 5, Bld. 2, Georgievsky Avenue, Zelenograd, Moscow 124460, Russia; Tax ID No. 7735574607 (Russia) [RUSSIA-EO14024].

JSC ROSGEOLOGIA (Cyrillic: AO РОСГЕОЛОГИЯ) (a.k.a. AO ROSGEO (Cyrillic: AO РОСГЕО); a.k.a. ROSGEO; a.k.a. ROSGEOLOGIYA OAO; a.k.a. ROSGEOLOGY), Khersonskaya st., 43/3, Moscow 117246, Russia; Tax ID No. 7724294887 (Russia); Registration Number 1047724014040 (Russia) [RUSSIA-EO14024].

JSC RPA KVANT (a.k.a. AO NPO KVANT; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION KVANT; a.k.a. JSC R AND PA KVANT; a.k.a. JSC R&PA KVANT; a.k.a. JSC RESEARCH AND PRODUCTION ASSOCIATION KVANT), Bolshaya Sankt-Peterburgskaya St., 73, Veliky Novgorod 173001, Russia; Website www.npp-kvant.kret.com; Organization Established Date 09 Dec 2011; Target Type State-Owned Enterprise; Tax ID No. 5321151441 (Russia) [RUSSIA-EO14024].

JSC RPC ISTOK NAMED AFTER SHOKIN (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE ISTOK IMENI A. I.SHOKINA; a.k.a. AO NPP ISTOK IM. SHOKINA; a.k.a. ISTOK RESEARCH AND PRODUCTION CORPORATION NAMED AFTER SHOKIN JSC; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. PUBLIC JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION ISTOK NAMED AFTER AI SHOKIN; a.k.a. RESEARCH & PRODUCTION CORPORATION ISTOK NAMED AFTER A.I. SHOKIN; a.k.a. RESEARCH AND PRODUCTION CORPORATION ISTOK), 2A Vokzalnaya Str., Fryazino, Moscow Region 141190, Russia; Organization Established Date 31 Dec 2013; Tax ID No. 5050108496 (Russia); Registration Number 1135050007400 (Russia) [RUSSIA-EO14024].

JSC RPE ALMAZ (a.k.a. AO NPP ALMAZ; a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ENTERPRISE ALMAZ; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE ALMAZ; a.k.a. SCIENTIFIC MANUFACTURING ENTERPRISE ALMAZ), Panfilova st., 1, Saratov 410033, Russia; Organization Established Date 30 Dec 2011; Tax ID No. 6453119615 (Russia); Registration Number 1116453009155 (Russia) [RUSSIA-EO14024].

JSC RT - PROJECT TECHNOLOGIES (a.k.a. AO RT-PROEKTNYE TEKHNOLOGII; a.k.a. RT-PROEKTNYE TEKHNOLOGII, PAO; a.k.a. RT-PROJECT TECHNOLOGY OPEN JOINT STOCK COMPANY), Berezhkovskaya Nab D. 6, Moscow 121059, Russia; Organization Established Date 15 Sep 2011; Target Type State-Owned Enterprise; Tax ID No. 7724804619 (Russia); Registration Number 1117746729682 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JSC RT-TEKHPRIEMKA (a.k.a. JOINT STOCK COMPANY RT-TEKHPRIEMKA; a.k.a. RT-TECHPRIEMKA), Per. Elektricheskii D. 1, Str. 12, Moscow 123557, Russia; Organization

Established Date 12 Jul 1991; Target Type State-Owned Enterprise; Tax ID No. 7714710760 (Russia); Registration Number 1077759874070 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JSC RUSATOM OVERSIZ (a.k.a. RUSATOM OVERSEAS JOINT STOCK COMPANY; a.k.a. RUSATOM OVERSEAS JSC (Cyrillic: АО РУСАТОМ ОВЕРСИЗ); a.k.a. "RAOS JSC"), Simonov Plaza Business Centre, Leninskaya Sloboda Str. 26, building 5, Moscow 115280, Russia; Tax ID No. 7725413350 (Russia) [RUSSIA-EO14024].

JSC RUSELECTRONICS (Cyrillic: АО РОСЭЛЕКТРОНИКА) (a.k.a. AO ROSELEKTRONIKA; a.k.a. JSC RUSSIAN ELECTRONICS; a.k.a. OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО РОССИЙСКАЯ ЭЛЕКТРОНИКА)), 12 Kosmonavta Volkova, Moscow 127299, Russia; Ul. Vereiskaya D. 29, Str. 141, Moscow 121357, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type State-Owned Enterprise; Registration ID 1027739000475 (Russia); Tax ID No. 7710277994 (Russia); Government Gazette Number 48532918 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JSC RUSSIAN ELECTRONICS (a.k.a. AO ROSELEKTRONIKA; a.k.a. JSC RUSELECTRONICS (Cyrillic: АО РОСЭЛЕКТРОНИКА); a.k.a. OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО РОССИЙСКАЯ ЭЛЕКТРОНИКА)), 12 Kosmonavta Volkova, Moscow 127299, Russia; Ul. Vereiskaya D. 29, Str. 141, Moscow 121357, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type State-Owned Enterprise; Registration ID 1027739000475 (Russia); Tax ID No. 7710277994 (Russia); Government Gazette Number 48532918 (Russia); For more

information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JSC RUSSIAN EXPORT CENTER (a.k.a. AKTSIONERNOE OBSHCHESTVO ROSSIISKII EKSPORTNYI TSENTR; f.k.a. AO NATSIONALNY EKSPORTNY TSENTR; a.k.a. AO ROSSIISKII EKSPORTNYI TSENTR; a.k.a. AO ROSSISKI EKSPORTNY TSENTR), D. 12 etazh 13 pom. 1301, naberezhnaya Krasnopresnenskaya, Moscow 123610, Russia; Website exportcenter.ru; Tax ID No. 7703376553 (Russia); Registration Number 1157746363994 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

JSC RUSSIAN HELICOPTERS (a.k.a. AKTSIONERNOE OBSHCHESTVO VERTOLETY ROSSII; a.k.a. JOINT STOCK COMPANY RUSSIAN HELICOPTERS; a.k.a. OPEN JOINT STOCK COMPANY RUSSIAN HELICOPTERS; a.k.a. RUSSIAN HELICOPTERS JOINT STOCK COMPANY; a.k.a. VERTOLETY ROSSII AO), Entrance 9, 12, Krasnopresnenskaya emb., Moscow 123610, Russia; 1, Ul. Bolshaya Pionerskaya, Moscow 115054, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1077746003334 (Russia); Tax ID No. 7731559044 (Russia); Government Gazette Number 98927243 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JSC RUSTITAN (Cyrillic: АО РУСТИТАН) (a.k.a. JOINT STOCK COMPANY RUSSIAN TITANIUM RESOURCES (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РУССКИЕ ТИТАНОВЫЕ РЕСУРСЫ)), d. 3 pom. I, per. 1-I Obydenski, Moscow 119034, Russia; Tax ID No. 7702711230 (Russia); Registration Number 1097746415315 (Russia) [RUSSIA-EO14024].

JSC SAINT-PETERSBURG MARINE DESIGN BUREAU MALACHITE (a.k.a. JOINT STOCK

COMPANY THE ST. PETERSBURG'S SEA BUREAU OF MECHANICAL ENGINEERING MALACHITE; a.k.a. JOINT-STOCK COMPANY SAINT PETERSBURG CITY SEA OFFICE MECHANICAL ENGINEERING MALAKHIT; a.k.a. JOINT-STOCK COMPANY SPMBM MALAKHIT; a.k.a. JOINT-STOCK COMPANY ST. PETERSBURG MARINE DESIGN BUREAU MALACHITE; a.k.a. JSC SANKT-PETERBURGSKOYE MORSKOYE BYURO MASHINOSTROYENIYA MALAKHIT (Cyrillic: АО САНКТ-ПЕТЕРБУРГСКОЕ МОРСКОЕ БЮРО МАШИНОСТРОЕНИЯ МАЛАХИТ); a.k.a. MALACHITE DESIGN BUREAU), 18 Frunze Str., Saint-Petersburg 196135, Russia; Organization Established Date 18 Nov 2008; Tax ID No. 7810537540 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC SANATORIUM AY-PETRI (a.k.a. JOINT STOCK COMPANY AI-PETRI SANATORIUM; a.k.a. JOINT STOCK COMPANY SANATORIUM AY-PETRI), House 15, Alupkinskoye shosse, Urban Village Koreiz, City of Yalta, Crimea 298671, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103082749 (Russia); Registration Number 1169102093797 (Russia) [UKRAINE-EO13685].

JSC SANATORIUM DYULBER (a.k.a. JOINT STOCK COMPANY DIULBER SANATORIUM; a.k.a. JOINT STOCK COMPANY SANATORIUM DYULBER), House 19, Alupkinskoye shosse, Koreiz, Yalta, Crimea 298671, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103084143 (Russia); Registration Number 1179102009525 (Russia) [UKRAINE-EO13685].

JSC SANATORIUM MISKHOR (a.k.a. JOINT STOCK COMPANY SANATORIUM MISKHOR), House 9, Alupkinskoye shosse, Koreiz, Yalta, Crimea 298671, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103082756 (Russia); Registration Number 1169102093930 (Russia) [UKRAINE-EO13685].

JSC SANKT-PETERBURGSKOYE MORSKOYE BYURO MASHINOSTROYENIYA MALAKHIT (Cyrillic: АО САНКТ-ПЕТЕРБУРГСКОЕ МОРСКОЕ МОРСКОЕ БЮРО МАШИНОСТРОЕНИЯ

МАЛАХИТ) (a.k.a. JOINT STOCK COMPANY THE ST. PETERSBURG'S SEA BUREAU OF MECHANICAL ENGINEERING MALACHITE; a.k.a. JOINT-STOCK COMPANY SAINT PETERSBURG CITY SEA OFFICE MECHANICAL ENGINEERING MALAKHIT; a.k.a. JOINT-STOCK COMPANY SPMBM MALAKHIT; a.k.a. JOINT-STOCK COMPANY ST. PETERSBURG MARINE DESIGN BUREAU MALACHITE; a.k.a. JSC SAINT-PETERSBURG MARINE DESIGN BUREAU MALACHITE; a.k.a. MALACHITE DESIGN BUREAU), 18 Frunze Str., Saint-Petersburg 196135, Russia; Organization Established Date 18 Nov 2008; Tax ID No. 7810537540 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC SARATOVSKI RADIOPRIBORNYI ZAVOD (a.k.a. AKTSIONERNOE OBSHCHESTVO SARATOVSKI RADIOPRIBORNYI ZAVOD; a.k.a. "AO SRZ"; a.k.a. "SRZ PAO"), PR-KT 50 Let Oktyabrya D. 108, Saratov 410040, Russia; Organization Established Date 1970; Tax ID No. 6453104288 (Russia); Registration Number 1096453002690 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

JSC SAROVBUSINESSBANK (f.k.a. JOINT STOCK COMMERCIAL BANK SAROVBUSINESSBANK; a.k.a. JOINT STOCK COMPANY SAROVBUSINESSBANK; f.k.a. PUBLIC JOINT STOCK COMPANY SAROVBUSINESSBANK), ul Silkina 13, Sarov, Nizhegorodskaya Oblast 607189, Russia; SWIFT/BIC SARORU2S; Website http://www.sbbank.ru; BIK (RU) 042202718; Target Type Financial Institution [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JSC SBERBANK (a.k.a. AKTSIONERNE TOVARYSTVO SBERBANK; a.k.a. JOINT STOCK COMPANY SBERBANK; a.k.a. JSC SBERBANK OF RUSSIA; a.k.a. PUBLICHNE AKTSIONERNE TOVARYSTVO DOCHIRNII BANK SBERBANKU ROSII; f.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PRIVATE JOINT STOCK COMPANY; a.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PUBLIC JOINT STOCK COMPANY; a.k.a. SUBSIDIARY BANK SBERBANK OF RUSSIA PUBLIC JOINT STOCK COMPANY), 46 Volodymyrska street, Kyiv 01601, Ukraine; 46 Vladimirskaya St, Kyiv 01601, Ukraine; SWIFT/BIC SABRUAUK; Website www.sberbank.ua; alt. Website

sbrf.com.ua; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 25959784 (Ukraine); Tax ID No. 259597826652 (Ukraine); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JSC SBERBANK OF RUSSIA (a.k.a. AKTSIONERNE TOVARYSTVO SBERBANK; a.k.a. JOINT STOCK COMPANY SBERBANK; a.k.a. JSC SBERBANK; a.k.a. PUBLICHNE AKTSIONERNE TOVARYSTVO DOCHIRNII BANK SBERBANKU ROSII; f.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PRIVATE JOINT STOCK COMPANY; a.k.a. SBERBANK OF RUSSIA SUBSIDIARY BANK PUBLIC JOINT STOCK COMPANY; a.k.a. SUBSIDIARY BANK SBERBANK OF RUSSIA PUBLIC JOINT STOCK COMPANY), 46 Volodymyrska street, Kyiv 01601, Ukraine; 46 Vladimirskaya St, Kyiv 01601, Ukraine; SWIFT/BIC SABRUAUK; Website www.sberbank.ua; alt. Website sbrf.com.ua; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 25959784 (Ukraine); Tax ID No. 259597826652 (Ukraine); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-

EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JSC SBERBANK-AUTOMATED SYSTEM FOR TRADING (a.k.a. JOINT STOCK COMPANY SBERBANK AUTOMATED TRADE SYSTEM; a.k.a. JOINT STOCK COMPANY SBERBANK-AUTOMATED SYSTEM FOR TRADING; a.k.a. SBERBANK-AST JSC; a.k.a. SBERBANK-AST ZAO; a.k.a. SBERBANK-AUTOMATED TRADING SYSTEM CLOSED JOINT STOCK COMPANY; a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO SBERBANK AVTOMATIZIROVANNAYA SISTEMA TORGOV), d. 24 str. 2 ul. Novoslobodskaya, Moscow 127055, Russia; 12 B. Savvinsky Lane, building 9, floor 1, office 1, room 1, Moscow 119435, Russia; Website www.sberbank-ast.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027707000441 (Russia); Tax ID No. 7707308480 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

JSC SCIENTIFIC AND PRODUCTION ASSOCIATION OF ELECTRO MECHANIC (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION ELEKTROMEKHANIKI; a.k.a. NPO OF ELECTROMECHANICS), 31 Mendeleyeva Str., Miass, Chelyabinsk Region 456318, Russia; Organization Established Date 21 Jan 2005; Tax ID No. 7415044181 (Russia); Registration Number 1057407000683 (Russia) [RUSSIA-EO14024].

JSC SCIENTIFIC AND PRODUCTION COMPANY KRYPTONIT (Cyrillic: КРИПТОНИТ) (a.k.a. KRYPTONIT NPC; a.k.a. KRYPTONITE NPK; a.k.a. NPK KRYPTONIT), 14 Spartakovskaya square, building 2, floor 3, room 4, Moscow 105082, Russia; Tax ID No.

9701115253 (Russia); Business Registration Number 1187746695784 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HOLDING INTELLIGENT COMPUTER SYSTEMS).

JSC SCIENTIFIC AND TECHNICAL CENTER ELINS (a.k.a. ELINS STC JSC; a.k.a. JOINT STOCK COMPANY RESEARCH CENTER ELINS; a.k.a. JSC NAUCHNYY CENTER ELINS; a.k.a. SCIENTIFIC TECHNICAL CENTRE ELINS), Panfilovsky Pr., 10, Zelenograd, Moscow 124460, Russia; Organization Established Date 23 Mar 2010; Tax ID No. 7735567832 (Russia); Registration Number 1107746215455 (Russia) [RUSSIA-EO14024].

JSC SCIENTIFIC AND TECHNICAL CENTER ZASLON (a.k.a. ZASLON SCIENCE AND TECHNOLOGY CENTER), Koli Tomchaka St., 9, Saint Petersburg 196006, Russia; Tax ID No. 7826092350 (Russia); Registration Number 1027810228786 (Russia) [RUSSIA-EO14024].

JSC SCIENTIFIC PRODUCTION ASSOCIATION EXPERIMENTAL DESIGN BUREAU NAMED AFTER M SIMONOV (a.k.a. AO NPO OKB IM MP SIMONOVA; a.k.a. JOINT STOCK COMPANY EXPERIMENTAL DESICH BUREU COKOL; a.k.a. OKB SIMONOV; a.k.a. OKB SOKOL; a.k.a. SIMONOV DESIGN BUREAU; a.k.a. SOKOL DESIGN BUREAU), 2A ul Akademika Pavlova St, Kazan 420036, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1661007166 (Russia); Registration Number 1021603886622 (Russia) [RUSSIA-EO14024].

JSC SCIENTIFIC RESEARCH INSTITUTE SUBMICRON (a.k.a. JSC RESEARCH INSTITUTE SUBMICRON), 5, Bld. 2, Georgievsky Avenue, Zelenograd, Moscow 124460, Russia; Tax ID No. 7735574607 (Russia) [RUSSIA-EO14024].

JSC SEVASTOPOLSKY MORSKOY BANK (a.k.a. AKTSIONERNOE OBSHCHESTVO SEVASTOPOLSKY MORSKOY BANK; a.k.a. AO SEVASTOPOLSKIY MORSKOY BANK; a.k.a. JOINT STOCK COMPANY SEVASTOPOLSKY MORSKOY BANK), 18a Brestska Street, Sevastopol, Crimea 99001, Ukraine; 18/A Ulitsa Brestskaya, Sevastopol, Crimea 299001, Ukraine; SWIFT/BIC

MORKUAUK; Website www.morskoybank.com; Email Address root@morskoybank.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149204013397 [UKRAINE-EO13685].

JSC SEVERNOYE PKB (a.k.a. JOINT STOCK COMPANY NORTH DESIGN BUREAU; a.k.a. JSC NORTH PKB (Cyrillic: AO СЕВЕРНОЕ ПКБ); a.k.a. SEVERNOE DESIGN BUREAU; a.k.a. SEVERNOE DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. SEVERNOYE DESIGN BUREAU), Ul. Korabelnaya, d. 6, Korpus 2, Letter A, St. Petersburg 198096, Russia; Organization Established Date 05 Aug 2008; Tax ID No. 7805468860 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC SEVERNOYE PRODUCTION OBYEDINENIYE ARKTIKA (Cyrillic: AO СЕВЕРНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ АРКТИКА) (a.k.a. JOINT STOCK COMPANY NORTHERN PRODUCTION ASSOCIATION ARKTIKA; a.k.a. JSC SPO ARKTIKA; a.k.a. PRODUCTION ASSOCIATION ARKTIKA), Archangelskoye Shosse, 34, Severodvinsk, Arkhangelsk Region 164500, Russia; Organization Established Date 25 Jan 2008; Tax ID No. 2902057930 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC SEVERNY PRESS (a.k.a. AO SEVERNYI PRESS; a.k.a. JOINT STOCK COMPANY SEVERNIY PRESS; a.k.a. SEVERNY PRESS AO), Ul. Tallinskaya D. 7, Saint Petersburg 195196, Russia; Organization Established Date 24 Feb 1992; Tax ID No. 7806337732 (Russia); Registration Number 1146444000010 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

JSC SEZ TECHNOPOLIS MOSCOW (a.k.a. JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE TECHNOPOLIS MOSCOW; f.k.a. SEZ ZELENOGRAD; f.k.a. TVZ ZELENOGRAD), Per. Pechatnikov D. 12, Moscow 107045, Russia; Tax ID No. 7735143008 (Russia); Registration Number 1157746364060 (Russia) [RUSSIA-EO14024].

JSC SHIPBUILDING CORPORATION AK BARS (a.k.a. JOINT STOCK COMPANY SHIPBUILDING CORPORATION AK BARS), Zavodskaya Str., 9a, Zelenodolsk, Republic of

Tatarstan 422546, Russia; Zavodskaya Str., 5, Zelenodolsk, Republic of Tatarstan 422546, Russia; Tax ID No. 1648040380 (Russia) [RUSSIA-EO14024].

JSC SHIPYARD YANTAR (a.k.a. JOINT STOCK COMPANY BALTIC SHIPBUILDING PLANT YANTAR; a.k.a. JOINT-STOCK COMPANY PSZ YANTAR; a.k.a. JOINT-STOCK COMPANY YANTAR SHIPYARD; a.k.a. JSC PRIBALTISKY SUDOSTROITELNY FACTORY YANTAR; a.k.a. JSC PRIBALTISKY SUDOSTROITELNY ZAVOD YANTAR (Cyrillic: AO ПРИБАЛТИЙСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД ЯНТАРЬ); a.k.a. YANTAR SHIPYARD), 1 Guskov Square, Kaliningrad, Kaliningrad Region 236005, Russia; Organization Established Date 07 Sep 1993; Tax ID No. 3900000111 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC SHIPYARD 'ZALIV' (f.k.a. AO SHIPYARD 'ZALIV'; f.k.a. JSC ZALIV SHIPYARD; a.k.a. LLC SHIPYARD 'ZALIV'; f.k.a. OJSC ZALIV SHIPYARD; a.k.a. OOO SHIPYARD 'ZALIV'; a.k.a. ZALIV SHIPYARD LLC), 4 Tankistov Street, Kerch, Crimea 98310, Ukraine; Website http://www.zalivkerch.com/; alt. Website http://www.zaliv.com/; Email Address zaliv@zalivkerch.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

JSC SIBERIAN ANTHRACITE (a.k.a. AO SIBANTRATSIT; a.k.a. JOINT STOCK COMPANY RAZREZ KOLYVANSKIY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО РАЗРЕЗ КОЛЫВАНСКИЙ); a.k.a. SIBANTHRACITE JSC), ul. Sovetskaya d. 2A Pos., Litvyanski 633224, Russia; Tax ID No. 5406192366 (Russia); Registration Number 1025404670620 (Russia) [RUSSIA-EO14024].

JSC SIBERIAN SERVICE COMPANY (Cyrillic: AO СИБИРСКАЯ СЕРВИСНАЯ КОМПАНИЯ) (a.k.a. AO SIBIRSKAYA SERVISNAYA KOMPANIYA; a.k.a. SIBERIA SERVICE CO CJSC), Dom 31A, Stroenie 1, Etazh 9, Prospekt Leningradskii, Moscow 125284, Russia; Tax ID No. 0814118403 (Russia); Registration Number 1028601792878 (Russia) [RUSSIA-EO14024].

JSC SIGNALTEK (a.k.a. AO SIGNALTEK; a.k.a. JOINT STOCK COMPANY SIGNALTEK (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО СИГНАЛТЕК); a.k.a. SIGNALTEK CLOSED CORPORATION), Ul. Ivovaya D. 2 Et/Pom/Kom

4/I/45, Moscow, Russia 129329, Russia; Website signaltec.ru; Organization Established Date 20 Sep 2011; Organization Type: Other information technology and computer service activities; Tax ID No. 7722756624 (Russia); Registration Number 1117746741210 (Russia) [RUSSIA-EO14024].

JSC SLAVA (a.k.a. AO SLAVA; a.k.a. MOSCOW JOINT STOCK COMPANY SLAVA SECOND WATCH FACTORY), Ul. Verkhnaya d. 34, Str. 1, 2 Et, Pom. 8, Komn. 50, Moscow 125040, Russia; Tax ID No. 7714046028 (Russia); Registration Number 1027700324530 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

JSC SMOLENSK AVIATION PLANT (a.k.a. JOINT STOCK COMPANY SMOLENSK AIRCRAFT PLANT; a.k.a. SMOLENSK AIRCRAFT PLANT JSC; a.k.a. "AO SMAZ"), Ul. Frunze D. 74, Smolensk 214006, Russia; Organization Established Date 1926; Tax ID No. 6729001476 (Russia); Registration Number 1026701424056 (Russia) [RUSSIA-EO14024] (Linked To: TACTICAL MISSILES CORPORATION JSC).

JSC SOP OBUCHOVSKY PLANT (a.k.a. JOINT STOCK COMPANY NORTH WESTERN REGIONAL CENTER OF ALMAZ ANTEY CONCERN OBUKHOVSKY PLANT; a.k.a. JOINT STOCK COMPANY OBUKHKOVSKY FACTORY; a.k.a. JSC GOZ OBUKHOV PLANT; a.k.a. JSC OBUKHOVSKIY PLANT NORTHWEST REGIONAL CENTER OF ALMAZ ANTEY CORPORATION), Obukhovskoy Defense Ave., 120, Saint Petersburg 190012, Russia; Organization Established Date 17 Nov 2003; Tax ID No. 7811144648 (Russia); Registration Number 1037825058732 (Russia) [RUSSIA-EO14024].

JSC SOVCOMBANK LIFE (a.k.a. JOINT STOCK COMPANY SOVCOMBANK LIFE; a.k.a. SOVCOMBANK LIFE JSC), Ul. Butyrskaya, D. 76, P. 1, Moscow 127015, Russia; Website sovcomlife.ru; Tax ID No. 7730058711 (Russia); Registration Number 1027739059754 (Russia) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

JSC SOVCOMFLOT (a.k.a. JOINT STOCK COMPANY SOVCOMFLOT; a.k.a. PAO SOVCOMFLOT; a.k.a. PUBLIC JOINT STOCK COMPANY MODERN COMMERCIAL FLEET; a.k.a. PUBLICHNOE AKTSIONERNOE

OBSHCHESTVO SOVREMENNYY KOMMERCHESKIY FLOT; a.k.a. "SCF"; a.k.a. "SCF GROUP"), Ul. Gasheka D. 6, Moscow 125047, Russia; Nab. Reki Moiki d.3, Lit. A, Saint Petersburg 191186, Russia; Building 3, Letter A, Moyka River Embankment, Saint Petersburg 191186, Russia; Website sovcomflot.ru; alt. Website www.scf-group.com; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Executive Order 14024 Directive Information Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited.; Listing Date (EO 14024 Directive 3): 24 Feb 2022; Effective Date (EO 14024 Directive 3): 26 Mar 2022; Tax ID No. 7702060116 (Russia); Legal Entity Number 253400DYLWR5A6YAWJ69; Registration Number 1027739028712 (Russia) [RUSSIA-EO14024].

JSC SP ERA (Cyrillic: АО СП ЭРА) (a.k.a. JOINT STOCK COMPANY SVETLOVSKOE ENTERPRISE ERA; a.k.a. JOINT STOCK COMPANY SVETLOVSKY ENTERPRISE ERA; a.k.a. JOINT-STOCK COMPANY SVETLOVSKAYA ERA; a.k.a. JSCO SVETLOVSKY ENTERPRISE ERA; a.k.a. SVETLOVSKY ENTERPRISE ERA), Ul. Chaykinoy, 1, Svetly, Kaliningrad Region 238340, Russia; Organization Established Date 21 Jan 2003; Tax ID No. 3913007731 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC SPC ELVIS (a.k.a. ELVEES R AND D CENTER JSC; a.k.a. ELVEES R&D CENTER JSC; a.k.a. ELVEES RESEARCH AND DEVELOPMENT CENTER JSC; a.k.a. JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION CENTER ELECTRONIC COMPUTING AND INFORMATION SYSTEMS), Proyezd 4922, 4 Build.2, Zelenograd, Moscow 124498, Russia; Tax ID No. 7735582816 (Russia) [RUSSIA-EO14024].

JSC SPC PULSAR (a.k.a. ENTERPRISE SPE PULSAR JSC; a.k.a. JSC NPP PULSAR; a.k.a.

OPEN JOINT STOCK COMPANY SCIENTIFIC AND PRODUCTION ENTERPRISE PULSAR; a.k.a. SPE PULSAR), Pass. Okruzhnoy, House 27, Moscow 105187, Russia; Tax ID No. 7719846490 (Russia); Registration Number 1137746472599 (Russia) [RUSSIA-EO14024].

JSC SPC TECHMASH (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNY KONTSERN TEKHNOLOGII MASHINOSTROENIYA; a.k.a. JOINT STOCK COMPANY SCIENTIFIC INDUSTRIAL CONCERN MANUFACTURING ENGINEERING; a.k.a. NPK TEKHMASH OAO; a.k.a. OJSC MACHINE ENGINEERING TECHNOLOGIES; a.k.a. SCIENTIFIC INDUSTRIAL CONCERN MANUFACTURING ENGINEERING OJSC), d. 58 str. 4 shosse Leningradskoe, Moscow 125212, Russia; Ul. Bolshaya Tatarskaya D. 35, Str. 5, Moscow 115184, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 06 Apr 2011; Registration ID 1117746260477 (Russia); Tax ID No. 7743813961 (Russia); Government Gazette Number 91420386 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JSC SPE AEROSILA (a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE AEROSILA; a.k.a. NPP AEROSILA, AO), 6, Zhdanov Str, Stupino, Moscow region 142800, Russia; Website www.aerosila.ru; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 09 Sep 2002; Tax ID No. 5045002261 (Russia); Business Registration Number 1025005917023 (Russia) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

JSC SPE KONTAKT (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE KONTAKT; a.k.a. AO NPP KONTAKT; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE KONTAKT; a.k.a. "NPP CONTACT"), 1, Ul. Spitsyna, Saratov, Saratovskaya Oblast 410086, Russia; Organization Established Date 11 Dec 1991;

Tax ID No. 6453097665 (Russia); Government Gazette Number 07619636 (Russia); Registration Number 1086453000567 (Russia) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY RUSSIAN ELECTRONICS).

JSC SPE RADIOSVYAZ (a.k.a. AO NPP RADIOSVIAZ; a.k.a. JOINT STOCK COMPANY RESEARCH AND DEVELOPMENT ENTERPRISE RADIOSVYAZ; a.k.a. JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVIAZ; a.k.a. JSC NPP RADIOSVYAZ; a.k.a. RESEARCH AND PRODUCTION ENTERPRISE RADIOSVYAZ; a.k.a. SCIENTIFIC PRODUCTION ENTERPRISE RADIOSVYAZ JOINT STOCK COMPANY), 19 Dekabristov Str., Krasnoyarsk, Krasnoyarsk Territory 660021, Russia; Organization Established Date 27 Dec 2012; Tax ID No. 2460243408 (Russia); Registration Number 1122468072231 (Russia) [RUSSIA-EO14024].

JSC SPETSIALIZIROVANNOYE KONSTRUKTORSKO-TEKHNOLOGICHESKOYE BYURO ELEKTRONNYKH SYSTEM (a.k.a. JOINT STOCK COMPANY SPECIALIZED DESIGN TECHNOLOGY BUREAU ELEKTRONNYKH SYSTEM; a.k.a. SKTB ES, AO; a.k.a. SPECIALIZED ENGINEERING AND DESIGN BUREAU OF ELECTRONIC SYSTEMS JOINT STOCK COMPANY), 160 Leninsky Ave, Voronezh, Voronezh Region 394000, Russia; Organization Established Date 17 Aug 2006; Tax ID No. 3661036308 (Russia); Registration Number 1063667253528 (Russia) [RUSSIA-EO14024].

JSC SPO ARKTIKA (a.k.a. JOINT STOCK COMPANY NORTHERN PRODUCTION ASSOCIATION ARKTIKA; a.k.a. JSC SEVERNOYE PRODUCTION OBYEDINENIYE ARKTIKA (Cyrillic: АО СЕВЕРНОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ АРКТИКА); a.k.a. PRODUCTION ASSOCIATION ARKTIKA), Archangelskoye Shosse, 34, Severodvinsk, Arkhangelsk Region 164500, Russia; Organization Established Date 25 Jan 2008; Tax ID No. 2902057930 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC SREDNE-NEVSKY SHIPYARD (a.k.a. JOINT STOCK COMPANY SREDNE-NEVSKY SHIPBUILDING PLANT; a.k.a. JOINT STOCK COMPANY SREDNE-NEVSKY SHIPYARD;

a.k.a. JSC SREDNE-NEVSKY SUDOSTROITELNY FACTORY (Cyrillic: АО СРЕДНЕ-НЕВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. SREDNE-NEVSKY SHIPYARD; a.k.a. "JSC SNSZ"), Ponton, St. Factory, 10, St. Petersburg 196643, Russia; Organization Established Date 20 Nov 2008; Tax ID No. 7817315385 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC SREDNE-NEVSKY SUDOSTROITELNY FACTORY (Cyrillic: АО СРЕДНЕ-НЕВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД) (a.k.a. JOINT STOCK COMPANY SREDNE-NEVSKY SHIPBUILDING PLANT; a.k.a. JOINT STOCK COMPANY SREDNE-NEVSKY SHIPYARD; a.k.a. JSC SREDNE-NEVSKY SHIPYARD; a.k.a. SREDNE-NEVSKY SHIPYARD; a.k.a. "JSC SNSZ"), Ponton, St. Factory, 10, St. Petersburg 196643, Russia; Organization Established Date 20 Nov 2008; Tax ID No. 7817315385 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC START SCIENTIFIC AND PRODUCTION ENTERPRISE NAMED AFTER A.YASKIN (a.k.a. AKTSIONERNOYE OBSHCHESTVO NAUCHNO-PROIZVODSTVENNOYE PREDPRIYATIYE START IM. A.I. YASKINA; a.k.a. AO NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE START IM. A.I. IASKINA; a.k.a. NPP START IM. A. I. YASKINA AO; a.k.a. OPEN JOINT STOCK COMPANY START SCIENTIFIC AND PRODUCTION ENTERPRISE NAMED AFTER A. YASKIN), 24 Pribaltiyskaya Str., Yekaterinburg, Sverdlovsk 620007, Russia; Tax ID No. 6662054224 (Russia) [RUSSIA-EO14024].

JSC STATE SCIENTIFIC RESEARCH INSTITUTE KRISTALL (a.k.a. JOINT STOCK COMPANY STATE SCIENTIFIC RESEARCH INSTITUTE KRISTALL; a.k.a. JSC GOSNII KRISTALL; a.k.a. OAO GOSNII KRISTALL; a.k.a. OJSC KRISTALL STATE RESEARCH INSTITUTE), UL. Zelenaya D. 6, Dzerzhinsk, Nizhni Novgorod Region 606007, Russia; Organization Established Date 28 Dec 1991; Tax ID No. 5249116549 (Russia); Registration Number 1115249009831 (Russia) [RUSSIA-EO14024].

JSC SUDOSTROITELNY FACTORY LOTOS (Cyrillic: АО СУДОСТРОИТЕЛЬНЫЙ ЗАВОД ЛОТОС) (a.k.a. JSC JOINT STOCK COMPANY SHIPBUILDING PLANT LOTOS; a.k.a. SHIPBUILDING PLANT LOTOS; a.k.a.

"SHIPYARD LOTOS"), Narimanov, Beregovayas T., 3, Astrakhan Oblast 416111, Russia; Organization Established Date 07 Jul 1997; Tax ID No. 3008003802 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC SUEK (a.k.a. AKTSIONERNOE OBSHCHESTVO SIBIRSKAYA UGOLNAYA ENERGETICHESKAYA KOMPANIYA), d. 53 str. 7, ul. Dubininskaya, Moscow 115054, Russia; Tax ID No. 7708129854 (Russia); Registration Number 1027700151380 (Russia) [RUSSIA-EO14024].

JSC SVETLANA POLUPROVODNIKI (a.k.a. SVETLANA POLUPROVODNIKI PAO; a.k.a. SVETLANA SEMICONDUCTORS STOCK COMPANY; a.k.a. ZAO SVETLANA POLUPROVODNIKI), 27, Engels Prospect, Saint Petersburg 194156, Russia; Tax ID No. 7802002037 (Russia); Registration Number 1027801534485 (Russia) [RUSSIA-EO14024].

JSC SYNESIS (a.k.a. LLC SYNESIS (Cyrillic: ООО СИНЕЗИС); a.k.a. SINEZIS OOO), Platonova 20B, Minsk 220005, Belarus; d.20B, pom. 13, komnata 14, ul. Platonova, Minsk, Belarus; Organization Established Date 27 Dec 2007; Registration Number 190950894 (Belarus) [BELARUS-EO14038].

JSC TAATTA BANK (a.k.a. BANK TAATTA; a.k.a. BANK TAATTA AKTSIONERNOE OBSHCHESTVO; a.k.a. JOINT STOCK COMPANY TAATTA BANK; a.k.a. TAATTA, AO), 36 ul. Chepalova, Yakutsk, Sakha (Yakutiya) Resp. 677018, Russia; Bld. 41, Bolshaya Morskaya Street, Sevastopol, Crimea 299011, Ukraine; Bld. 66, Kirova Avenue, Simferopol, Crimea, Ukraine; Bld. 36, Kulakova Street, Sevastopol, Crimea, Ukraine; SWIFT/BIC TAAARU8Y; BIK (RU) 049805709; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1021400000380 (Russia); Tax ID No. 1435126628 (Russia); Government Gazette Number 09287233 (Russia); License 1249 (Russia) [UKRAINE-EO13685].

JSC TAGMET (Cyrillic: АО ТАГМЕТ) (a.k.a. JOINT STOCK COMPANY TAGANROG METALLURGICAL PLANT (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТАГАНРОГСКИЙ МЕТАЛЛУРГИЧЕСКИЙ ЗАВОД)), 1 Zavodskaya Street, Taganrog 347905, Russia; Tax ID No. 6154011797

(Russia); Registration Number 1026102572473 (Russia) [RUSSIA-EO14024].

JSC TEKHNODINAMIKA (Cyrillic: AO ТЕХНОДИНАМИКА) (a.k.a. AKTSIONERNOE OBSHCHESTVO TEKHNODINAMIKA; a.k.a. AO TEKHNODINAMIKA; a.k.a. JOINT STOCK COMPANY AVIATION EQUIPMENT; a.k.a. JOINT STOCK COMPANY TEKHNODINAMIKA (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ТЕХНОДИНАМИКА); a.k.a. TEKNODINAMIKA JSC), Ul. Bolshaya Tatarskaya D. 35, Str. 5, Moscow 115184, Russia; Executive Order 13662 Directive Determination - Subject to Directive 3; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037719005873 (Russia); Tax ID No. 7719265496 (Russia); Government Gazette Number 07543117 (Russia); For more information on directives, see the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION ROSTEC).

JSC TEKHNOPROMEXPORT (a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT; a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. JSC VO TEKHNOPROMEXPORT; a.k.a. OJSC TECHNOPROMEXPORT; a.k.a. OPEN JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VNESHNEEKONOMICHESKOE OBEDINENIE TEKHNOPROMEKSPORT; a.k.a. VO TEKHNOPROMEKSPORT, OAO; a.k.a. "JSC TPE"), d. 15 str. 2 ul. Novy Arbat, Moscow 119019, Russia; Email Address inform@tpe.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067746244026 (Russia); Tax ID No. 7705713236 (Russia); Government Gazette Number 02839043 (Russia) [UKRAINE-EO13685].

JSC TESTPRIBOR (a.k.a. AKTSIONERNOE OBSHCHESTVO TESTPRIBOR; a.k.a. AO TESTPRIBOR), ul. Planernaya d. 7A, Moscow 125480, Russia; Tax ID No. 7733627211 (Russia); Registration Number 1077761778423 (Russia) [RUSSIA-EO14024].

JSC TFK KAMAZ (a.k.a. AKTSIONERNOE OBSHCHESTVO TORGOVO-FINANSOVAYA KOMPANIYA KAMAZ; a.k.a. JOINT-STOCK COMPANY TRADING-FINANCIAL COMPANY KAMAZ; a.k.a. TFK KAMAZ AO; f.k.a. TORGOVO-FINANSOVAYA KOMPANIYA KAMAZ AO), Raion Avtomobilnogo Zavoda, ABK-421, Naberezhnyye Chelny 423800, Russia; 12, proezd Avtosborochny, Naberezhnye Chelny, Tatarstan Resp. 423800, Russia; Organization Established Date 23 Oct 1997; Tax ID No. 1653019048 (Russia); Government Gazette Number 47104250 (Russia); Registration Number 1021602019097 (Russia) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

JSC THE 224TH FLIGHT UNIT STATE AIRLINES (a.k.a. 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. JOINT STOCK COMPANY THE 224TH FLIGHT UNIT STATE AIRLINES; a.k.a. LYOTNY OTRYAD 224; a.k.a. OJSC GOSUDARSTVENNAYA AVIAKOMPANIYA 224 LETNY OTRYAD (Cyrillic: OAO ГОСУДАРСТВЕННАЯ АВИАКОМПАНИЯ 224 ЛЕТНЫЙ ОТРЯД); a.k.a. TTF AIR HEAVY LIFTING; a.k.a. "224 FU JSC"; a.k.a. "224TH FLIGHT UNIT"; a.k.a. "OAO 224 LO"), 10, Matrosskaya Tishina, B-14, POB-471, Moscow 107014, Russia; Organization Established Date 16 Oct 1971; Target Type State-Owned Enterprise; Tax ID No. 7718763393 (Russia); Registration Number 1097746281160 (Russia) [RUSSIA-EO14024] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

JSC THE ULYANOVSK CARTRIDGE WORKS (a.k.a. AKTSIONERNOE OBSHCHESTVO ULYANOVSKII PATRONNYI ZAVOD; a.k.a. ULNAMMO; a.k.a. "AO UPZ"), ul. Shoferov D. 1, Ulyanovsk 432007, Russia; Tax ID No. 7328500127 (Russia); Registration Number 1047301521520 (Russia) [RUSSIA-EO14024].

JSC TIKHORETSK MACHINE BUILDING PLANT (a.k.a. OPEN JOINT STOCK COMPANY TIKHORETSK MACHINE CONSTRUCTION PLANT V.V. VOROVSKY; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO TIKHORETSKI MASHINOSTROITELNY ZAVOD IM V.V. VOROVSKOGO; a.k.a. TMCP V.V. VOROVSKY; a.k.a. TMZ IM. V.V. VOROVSKOGO PAO; a.k.a. V.V. VOROVSKY TIKHORETSK MACHINE CONSTRUCTION PLANT JOINT STOCK COMPANY), 3, Sokolnicheskaya Street, Moscow 107014, Russia; Krasnoarmeyskaya St., 67, Tikhoretsk, Krasnodar Territory 352127, Russia;

Organization Established Date 12 Nov 1992; Tax ID No. 2321003173 (Russia); Government Gazette Number 00210743 (Russia); Registration Number 1022303184738 (Russia) [RUSSIA-EO14024].

JSC TINKOFF BANK (a.k.a. KHIMMASHBANK; f.k.a. TINKOFF CREDIT SYSTEMS BANK CLOSED JOINT STOCK COMPANY), Ul. 2nd Khutorskaya, 38A, building 26, Moscow 127287, Russia; SWIFT/BIC TICSRUMM; Website www.tinkoff.ru; Target Type Financial Institution; Tax ID No. 7710140679 (Russia); Identification Number TQWL8F.99999.SL.643 (Russia); Legal Entity Number 2534000KL0PLD6KG7T76; Registration Number 1027739642281 (Russia) [RUSSIA-EO14024].

JSC TRANSAVIAEXPORT AIRLINES (f.k.a. AAT AVIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: ААТ АВIЯКAМПAНIЯ ТРАНСAВIЯЭКСПAРТ); a.k.a. AAT TAE AVIYA (Cyrillic: ААТ ТАЕ АВIЯ); f.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA AVIIAKAMPANIIA TRANSAVIIAEKSPART (Cyrillic: АДКРЫТАЕ АКЦЫIАНЕРНАЕ ТАВАРЫСТВА АВIЯКАМПАНIЯ ТРАНСAВIЯЭКСПAРТ); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA TAE AVIYA (Cyrillic: АДКРЫТАЕ АКЦЫIАНЕРНАЕ ТАВАРЫСТВА ТАЕ АВIЯ); f.k.a. AVIAKOMPANIYA TRANSAVIAEKSPORT OAO; a.k.a. JOINT STOCK COMPANY TRANSAVIAEXPORT AIRLINES; f.k.a. OAO AVIAKOMPANIYA TRANSAVIAEKSPORT (Cyrillic: ОАО АВИАКОМПАНИЯ ТРАНСАВИАЭКСПОРТ); a.k.a. OAO TAE AVIA (Cyrillic: ОАО ТАЕ АВИА); f.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO AVIAKOMPANIYA TRANSAVIAEKSPORT; a.k.a. OTKRYTOYE AKTSIONERNOYE OBSHCHESTVO TAE AVIA (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ТАЕ АВИА); a.k.a. TRANSAVIAEXPORT AIRLINES), 44, Zakharova Str., Minsk 220034, Belarus (Cyrillic: Ул. Захарова, 44, Минск 220034, Belarus); d. 11, Ul. Pervomayskaya, Minsk 220034, Belarus (Cyrillic: д. 11, ул. Первомайская, Минск 220034, Belarus); Organization Established Date 28 Dec 1992; Registration Number 100027245 (Belarus) [BELARUS-EO14038].

JSC TRANS-FLOT (a.k.a. TRANS-FLOT JSC), ul Ventseka 1/97, Samara 443099, Russia; Website www.trans-flot.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

JSC TSENTRALNOYE KONSTRUKTORSKOYE BYURO MORSKOY TEKHNIKI RUBIN (Cyrillic: АО ЦЕНТРАЛЬНОЕ КОНСТРУКТОРСКОЕ БЮРО МОРСКОЙ ТЕХНИКИ РУБИН) a.k.a. JOINT STOCK COMPANY CENTRAL DESIGN BUREAU FOR MARINE ENGINEERING RUBIN; a.k.a. JSC TSKB MT RUBIN; a.k.a. RUBIN DESIGN BUREAU), 90 Marata Street, Saint-Petersburg 191119, Russia; Website CKB-RUBIN.RU/GLAVNAJA/; Organization Established Date 18 Nov 2008; Tax ID No. 7838418751 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC TSENTRALNOYE MORSKOYE KONSTRUKTORSKOYE BYURO ALMAZ (Cyrillic: АО ЦЕНТРАЛЬНОЕ МОРСКОЕ КОНСТРУКТОРСКОЕ БЮРО АЛМАЗ) (a.k.a. ALMAZ CENTRAL MARINE DESIGN BUREAU; a.k.a. ALMAZ CENTRAL MARINE DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. ALMAZ DESIGN BUREAU; a.k.a. JOINT STOCK COMPANY CENTRAL MARINE DESIGN BUREAU ALMAZ; a.k.a. JOINT-STOCK COMPANY CENTRAL SEA ENGINEERING OFFICE ALMAZ; a.k.a. JOINT-STOCK COMPANY TSMKB ALMAZ), Warshavskaya Street, 50, Saint-Petersburg 196128, Russia; 50 Varshavskaya Str., St. Petersburg 196070, Russia; Website www.almaz-kb.ru; Organization Established Date 18 Nov 2008; Organization Type: Operation of sports facilities; Tax ID No. 7810537558 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC TSKB AYSBERG (Cyrillic: АО ЦКБ АЙСБЕРГ) (a.k.a. CENTRAL DESIGN BUREAU USC-ICEBERG JSC; a.k.a. ICEBERG CENTRAL DESIGN BUREAU; a.k.a. UNITED SHIPBUILDING CORPORATION JSC AYSBERG CENTRAL DESIGN BUILDING; a.k.a. USC-ICEBERG CENTRAL DESIGN BUREAU), 36 Bolshoi Ave. V. I., St. Petersburg 199034, Russia; Tax ID No. 7801005606 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC TSKB MT RUBIN (a.k.a. JOINT STOCK COMPANY CENTRAL DESIGN BUREAU FOR MARINE ENGINEERING RUBIN; a.k.a. JSC TSENTRALNOYE KONSTRUKTORSKOYE

BYURO MORSKOY TEKHNIKI RUBIN (Cyrillic: АО ЦЕНТРАЛЬНОЕ КОНСТРУКТОРСКОЕ БЮРО МОРСКОЙ ТЕХНИКИ РУБИН); a.k.a. RUBIN DESIGN BUREAU), 90 Marata Street, Saint-Petersburg 191119, Russia; Website CKB-RUBIN.RU/GLAVNAJA/; Organization Established Date 18 Nov 2008; Tax ID No. 7838418751 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC TULSKY FACTORY RTI (a.k.a. SC TULA RUBBER TECHNICAL ARTICLES PLANT; a.k.a. TULA INDUSTRIAL RUBBER PRODUCTS PLANT), 15 Smidovich Str., Tula, Tula Region 300026, Russia; Organization Established Date 18 Mar 1993; Tax ID No. 7104001869 (Russia); Registration Number 1027100592090 (Russia) [RUSSIA-EO14024].

JSC TURBINA SDB (a.k.a. JOINT STOCK COMPANY SPECIAL DESIGN BUREAU TURBINA; a.k.a. OAO SKB TURBINA), 2B Lenin Avenue, Chelyabinsk 454007, Russia; Tax ID No. 74522033815 (Russia) [RUSSIA-EO14024].

JSC UEC STAR (a.k.a. AO ODK-STAR; a.k.a. JOINT STOCK COMPANY STAR), Ul. Kuibysheva D. 140A, Perm 614990, Russia; Website www.ao-star.ru; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 1943; Tax ID No. 5904100329 (Russia); Business Registration Number 1025900895712 (Russia) [NPWMD] [IFSR] [RUSSIA-EO14024] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

JSC UNITED SHIPBUILDING CORPORATION (a.k.a. JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION; a.k.a. UNITED SHIPBUILDING CORPORATION (Cyrillic: ОБЪЕДИНЕННАЯ СУДОСТРОИТЕЛЬНАЯ КОРПОРАЦИЯ); a.k.a. "JSC USC"; a.k.a. "OCK"; a.k.a. "OSK AO"), Ul. Marat, 90, St. Petersburg 191119, Russia; 11 Bolshaya Tatarskaya Str. Bld. B, Moscow 115184, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7838395215 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

JSC URALTRANSMASH (Cyrillic: АО УРАЛТРАНСМАШ) (a.k.a. AKTSIONERNOE OBSHCHESTVO URALSKIY ZAVOD TRANSPORTNOGO MASHINOSTROENIYA; a.k.a. THE URALS PLANT OF TRANSPORT ENGINEERING; a.k.a. URALS PLANT OF

TRANSPORTATION MACHINERY JOINT STOCK COMPANY (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО УРАЛЬСКИЙ ЗАВОД ТРАНСПОРТНОГО МАШИНОСТРОЕНИЯ)), 29 Frontovykh Brigad St., Ekaterinburg, Sverdlovsk Region 620017, Russia; Organization Established Date 15 May 2009; Tax ID No. 6659190900 (Russia); Business Registration Number 1096659005200 (Russia) [RUSSIA-EO14024].

JSC V. TIKHOMIROV SCIENTIFIC RESEARCH INSTITUTE OF INSTRUMENT DESIGN (a.k.a. JSC NIIP; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO ISSLEDOVATELSKI INSTITUT PRIBOROSTROENIYA IMENI V.V. TIKHOMIROVA), 3 Ul. Gagarina, Zhukovski, Moskovskaya Obl 140180, Russia; Gagarin Str, 3, Zhukovsky 140180, Russia; Website http://www.niip.ru; Email Address info@niip.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1025001627859; Government Gazette Number 13185231 (Russia) [UKRAINE-EO13661].

JSC VACUUM.RU (Cyrillic: АО ВАКУУМ.РУ) (a.k.a. AKTSIONERNOE OBSHCHESTVO VAKUUM.RU; a.k.a. JOINT STOCK COMPANY VAKUUM.RU (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО ВАКУУМ.РУ)), Proezd Savelkinskii D. 4, E 13, Pom. XXI K 4 Of 4G, Zelenograd 124482, Russia; Passage No. 4922, Building 4, Floor 1, Room 55, Zelenograd, Moscow 124460, Russia; Organization Established Date 27 May 2019; Organization Type: Wholesale of other machinery and equipment; Target Type Private Company; Tax ID No. 7735183762 (Russia); Government Gazette Number 39727818 (Russia); Registration Number 1197746343772 (Russia) [RUSSIA-EO14024].

JSC VAD (a.k.a. AKTSIONERNOE OBSHCHESTVO VAD; a.k.a. AO, VAD; a.k.a. CJSC VAD; a.k.a. JOINT STOCK COMPANY VAD; a.k.a. VAD, AO; a.k.a. ZAO VAD; a.k.a. "HIGH-QUALITY HIGHWAYS"), 133, ul. Chernyshevskogo, Vologda, Vologodskaya Obl 160019, Russia; 122 Grazhdanskiy Prospect, Suite 5, Liter A, St. Petersburg 195267, Russia; Website www.zaovad.com; Email Address office@zaovad.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037804006811 (Russia); Tax ID No. 7802059185 (Russia); Government

Gazette Number 34390716 (Russia) [UKRAINE-EO13685].

JSC VEB.DV (a.k.a. AO VEB.DV; f.k.a. FAR EAST AND BAIKAL REGION DEVELOPMENT FUND OJSC; f.k.a. JSC FAR EAST AND ARCTIC REGION DEVELOPMENT FUND; f.k.a. OJSC THE FAR EAST AND BAIKAL REGION DEVELOPMENT FUND), Nab. Presnenskaya D. 10, pom II komn 8-59, Moscow 123112, Russia; Website fondvostok.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 2721188289 (Russia); Registration Number 1112721010995 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

JSC VERHNEUFALEYSKY ZAVOD URALELEMENT (a.k.a. AKTSIONERNOE OBSHCHESTVO VERKHNEUFALEISKII ZAVOD URALELEMENT; a.k.a. AO URALELEMENT), Ul. Dmitrieva D. 24, Verkhniy Ufaley 456800, Russia; Organization Established Date 12 May 1992; Tax ID No. 7402006277 (Russia); Registration Number 1047401500046 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN SEA UNDERWATER WEAPON GIDROPRIBOR).

JSC VLADIMIR PLANT OF PRECISION ALLOYS (a.k.a. AKTSIONERNOE OBSHCHESTVO VLADIMIRSKII ZAVOD PRETSIZIONNYKH SPLAVOV; a.k.a. AO VZPS), Ul Kuibysheva 26, Vladimir 600035, Russia; Per. Ozerkovskii D. 12, Pomeshch. I, Kom. 21, Moscow 115184, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3328459312 (Russia); Registration Number 1083328004044 (Russia) [RUSSIA-EO14024].

JSC VMP AVITEC (a.k.a. AO VMP AVITEK; a.k.a. AVITEK VYATSKOE MACHINE BUILDING ENTERPRISE JSC; a.k.a. JOINT STOCK COMPANY VYATSKOYE MASHINOSTROITELNOYE PREDPRIYATIYE AVITEK; a.k.a. JSC VMP AVITEK; a.k.a. VYATKA MACHINERY PLANT AVITEC JSC), 1A Prospekt Oktyabrskiy, Kirov, Kirov Oblast 610047, Russia; Tax ID No. 4345047310 (Russia); Registration Number 1024301320977 (Russia) [RUSSIA-EO14024].

JSC VMP AVITEK (a.k.a. AO VMP AVITEK; a.k.a. AVITEK VYATSKOE MACHINE BUILDING ENTERPRISE JSC; a.k.a. JOINT STOCK COMPANY VYATSKOYE MASHINOSTROITELNOYE PREDPRIYATIYE AVITEK; a.k.a. JSC VMP AVITEC; a.k.a. VYATKA MACHINERY PLANT AVITEC JSC), 1A Prospekt Oktyabrskiy, Kirov, Kirov Oblast 610047, Russia; Tax ID No. 4345047310 (Russia); Registration Number 1024301320977 (Russia) [RUSSIA-EO14024].

JSC VNESHNEEKONOMICHESKOYE ENTERPRISE SUDOEXPORT (Cyrillic: АО ВНЕШНЕЭКОНОМИЧЕСКОЕ ПРЕДПРИЯТИЕ СУДОЭКСПОРТ) (a.k.a. JOINT STOCK COMPANY SUDOEXPORT; a.k.a. JOINT-STOCK COMPANY FOREIGN ECONOMIC ENTERPRISE SUDOEXPORT; a.k.a. "SUDOEXPORT"), 11 Tikhvinsky Pereulok Bld.2, Moscow 127055, Russia; 11 Sadovaya-Kudrinskaya St., Moscow 123231, Russia; Website www.sudoexport.ru; Organization Established Date 17 Apr 2013; Tax ID No. 7703788275 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JSC VNIIR PROGRESS (Cyrillic: АО ВНИИР ПРОГРЕСС) (a.k.a. JOINT STOCK COMPANY VNIIR PROGRESS), Prospekt I.Ya.Yakovleva d. 4, Cheboksary 428024, Russia; Tax ID No. 2130094170 (Russia); Government Gazette Number 94073637 (Russia); Registration Number 1112130013270 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALL-RUSSIAN SCIENTIFIC RESEARCH DESIGN AND TECHNOLOGICAL INSTITUTE OF RELAY ENGINEERING WITH EXPERIMENTAL PRODUCTION).

JSC VO TEKHNOPROMEXPORT (a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT; a.k.a. JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. JSC TEKHNOPROMEXPORT; a.k.a. OJSC TECHNOPROMEXPORT; a.k.a. OPEN JOINT STOCK COMPANY FOREIGN ECONOMIC ASSOCIATION TEKHNOPROMEXPORT; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VNESHNEEKONOMICHESKOE OBEDINENIE TEKHNOPROMEKSPORT; a.k.a. VO TEKHNOPROMEKSPORT, OAO; a.k.a. "JSC TPE"), d. 15 str. 2 ul. Novy Arbat, Moscow 119019, Russia; Email Address inform@tpe.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1067746244026 (Russia); Tax ID No. 7705713236 (Russia); Government Gazette Number 02839043 (Russia) [UKRAINE-EO13685].

JSC VOLGOGRADNEFTEMASH (f.k.a. DOCHERNEE AKTSIONERNOE OBSHCHESTVO OTKRYTOGO TIPA VOLGOGRADNEFTEMASH ROSSIISKOGO AKTSIONERNOGO OBSHCHESTVA GAZPROM; a.k.a. OAO VOLGOGRADNEFTEMASH; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO VOLGOGRADNEFTEMASH (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ВОЛГОГРАДНЕФТЕМАШ)), 45 Ulitsa Elektrolesovskaya, Volgograd, Volgogradskaya Oblast 400011, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: STROYGAZMONTAZH).

JSC VORKUTAUGOL (Cyrillic: АО ВОРКУТАУГОЛЬ), ul. Lenina d. 62, Vorkuta 169908, Russia; Tax ID No. 1103019252 (Russia); Registration Number 1021100807452 (Russia) [RUSSIA-EO14024].

JSC VORONEZH SEMICONDUCTOR DEVICES PLANT-ASSEMBLY (a.k.a. JOINT STOCK COMPANY VORONEZHSKY FACTORY POLUPROVODNIKOVYKH PRIBOROV-SBORKA; a.k.a. JOINT STOCK COMPANY VZPP-S; a.k.a. VORONEZH SEMICONDUCTOR DEVICES FACTORY-ASSEMBLY; a.k.a. VZPP-S AO), 119A Leninsky Ave, Voronezh, Voronezh region 394033, Russia; Organization Established Date 26 Dec 2005; Tax ID No. 3661033635 (Russia); Registration Number 1053600592330 (Russia) [RUSSIA-EO14024].

JSC VPA TOCHMASH (a.k.a. JOINT STOCK COMPANY VLADIMIR PRODUCTION AMALGAMATION TOCHMASH (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО

ВЛАДИМИРСКОЕ ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ТОЧМАШ); a.k.a. VLADIMIR TOCHMASH; a.k.a. VPO TOCHMASH AO; a.k.a. "TOCHMASH"), D. 1a Ul. Severnaya, Vladimir 600007, Russia; Tax ID No. 3329051460 (Russia) [RUSSIA-EO14024].

JSC VTB BANK (f.k.a. BANK FOR FOREIGN TRADE OF RSFSR; f.k.a. BANK OF FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. BANK VNESHEI TORGOVLI OAO; f.k.a. BANK VNESHNEI TORGOVLI ROSSISKOI FEDERATSII AS A PRIVATE JOINT STOCK COMPANY; f.k.a. BANK VNESHNEI TORGOVLI RSFSR; f.k.a. BANK VNESHNEY TORGOVLI JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI OPEN JOINT STOCK COMPANY; f.k.a. BANK VNESHNEY TORGOVLI ROSSIYSKOY FEDERATSII CLOSED JOINT STOCK COMPANY; f.k.a. BANK VTB OAO; f.k.a. BANK VTB OPEN JOINT STOCK COMPANY; a.k.a. BANK VTB PAO; a.k.a. BANK VTB PUBLICHNOE AKTSIONERNOE OBSHCHESTVO; f.k.a. CJSC BANK FOR FOREIGN TRADE OF THE RUSSIAN FEDERATION; f.k.a. OAO BANK VTB; f.k.a. OAO VNESHTORGBANK; f.k.a. OJSC CJSC BANK FOR FOREIGN TRADE; f.k.a. RUSSIAN VNESHTORGBANK; f.k.a. VNESHTORGBANK; f.k.a. VNESHTORGBANK OF RSFSR; f.k.a. VNESHTORGBANK ROSSII CLOSED JOINT STOCK COMPANY; a.k.a. VTB BANK; f.k.a. VTB BANK OAO; f.k.a. VTB BANK OPEN JOINT STOCK COMPANY; a.k.a. VTB BANK PAO; a.k.a. VTB BANK PJSC (Cyrillic: БАНК ВТБ ПАО); a.k.a. VTB BANK PUBLIC JOINT STOCK COMPANY (Cyrillic: БАНК ВТБ ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО)), 29, Bolshaya Morskaya str., St. Petersburg 190000, Russia; 37 Plyushchikha ul., Moscow 119121, Russia; 43, Vorontsovskaya str., Moscow 109044, Russia; 11 litera, per. Degtyarny, St. Petersburg 191144, Russia; 11, lit A, Degtyarnyy pereulok, St. Petersburg 191144, Russia; 43, bld.1, Vorontsovskaya str., Moscow 109147, Russia; Bashnya Zapad, Kompleks Federatsiya, 12, nab. Presnenskaya, Moscow 123317, Russia; str. 1, 43, ul. Vorontsovskaya, Moscow 109147, Russia; Vorontsovskaya Str 43, Moscow 109147, Russia; SWIFT/BIC VTBRRUMM; Website www.vtb.com; alt. Website www.vtb.ru; BIK (RU) 044030707; alt. BIK (RU) 044525187; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 17 Oct 1990; Target Type Financial Institution; Registration ID 1027739609391 (Russia); Tax ID No. 7702070139 (Russia); Government Gazette Number 00032520 (Russia); License 1000 (Russia); Legal Entity Number 253400V1H6ART1UQ0N98 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024].

JSC VTB BANK AZERBAIJAN (a.k.a. BANK VTB AZERBAIJAN OJSC; f.k.a. OJSC AF BANK; a.k.a. VTB BANK AZERBAIJAN OPEN JOINT STOCK COMPANY), 38 Khatai ave. Nasimi district, Baku AZ 1008, Azerbaijan; 60, Samed Vurgun str, Baku 1022, Azerbaijan; SWIFT/BIC VTBAAZ22; Website http://en.vtb.az/; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JSC VTB BANK GEORGIA (a.k.a. VTB BANK GEORGIA JOINT STOCK COMPANY; a.k.a. VTB BANK GEORGIA JSC; f.k.a. "UNITED GEORGIAN BANK"), 14, G. Chanturia Street, Tbilisi 0114, Georgia; SWIFT/BIC UGEBGE22; Website www.vtb.com.ge; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JSC VTB LEASING (a.k.a. AO VTB LIZING; a.k.a. VTB LEASING JOINT STOCK COMPANY; a.k.a. VTB LEASING JSC), Per. 2-I Volkonskii, D. 10, Moscow 127473, Russia; Ul. Vorontsovskaya, D. 43, Str.1, Moscow 109147, Russia; Website www.vtb-leasing.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 13 Jun 2002; Organization Type: Financial leasing; Registration ID 1037700259244 (Russia); Tax ID No. 7709378229 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JSC VTB REGISTRAR (a.k.a. JOINT STOCK COMPANY VTB REGISTRAR; a.k.a. VTB REGISTRAR; a.k.a. VTB REGISTRAR CJSC; a.k.a. VTB REGISTRAR CLOSED JOINT STOCK COMPANY), 23, Pravdy Street, Moscow 125040, Russia; Website www.vtbreg.ru; BIK (RU) 044525745; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration Number 1045605469744 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

JSC YALTA FILM STUDIO (a.k.a. AKTSIONERNOE OBSHCHESTVO 'YALTINSKAYA KINODSTUDIYA'; a.k.a. CJSC YALTA-FILM; a.k.a. FILM STUDIO YALTA-FILM; a.k.a. JOINT STOCK COMPANY YALTA FILM STUDIO; a.k.a. KINOSTUDIYA YALTA-FILM; a.k.a. OAO YALTINSKAYA KINOSTUDIYA; a.k.a. YALTA FILM STUDIO; a.k.a. YALTA FILM STUDIOS), Ulitsa Mukhina, Building 3, Yalta, Crimea 298063, Ukraine; Sevastopolskaya 4, Yalta, Crimea, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 30993572 [UKRAINE-EO13685].

JSC ZALIV SHIPYARD (f.k.a. AO SHIPYARD 'ZALIV'; f.k.a. JSC SHIPYARD 'ZALIV'; a.k.a. LLC SHIPYARD 'ZALIV'; f.k.a. OJSC ZALIV SHIPYARD; a.k.a. OOO SHIPYARD 'ZALIV'; a.k.a. ZALIV SHIPYARD LLC), 4 Tankistov Street, Kerch, Crimea 98310, Ukraine; Website http://www.zalivkerch.com/; alt. Website http://www.zaliv.com/; Email Address

zaliv@zalivkerch.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

JSC ZARUBEZHGEOLOGIA (a.k.a. ZARUBEZHGEOLOGIYA AO (Cyrillic: ЗАРУБЕЖГЕОЛОГИЯ АО)), D. 69 kom. 210, Ul. Novocheremushkinskaya, Moscow 117418, Russia; Tax ID No. 7704680468 (Russia); Registration Number 1087746311553 (Russia) [RUSSIA-EO14024].

JSC ZAVOD KULAKOVA (a.k.a. AO ZAVOD IM. A.A.KULAKOVA; a.k.a. JOINT STOCK COMPANY ZAVOD KULAKOVA), Ul. Yablochkova D. 12, Saint Petersburg 197198, Russia; Organization Established Date 30 Jan 1992; Tax ID No. 7813346618 (Russia); Registration Number 5067847003428 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN GRANIT-ELECTRON).

JSC ZAVOD NO. 9 (a.k.a. JOINT STOCK COMPANY PLANT N9), Pl. 1I Pyatiletki, Yekaterinburg 620012, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6673189640 (Russia); Registration Number 1086673012920 (Russia) [RUSSIA-EO14024].

JSC ZAVOD YUPITER (a.k.a. JOINT STOCK COMPANY JUPITER PLANT; a.k.a. ZAO ZAVOD YUPITER), Ul. Pobedy D. 107, Korp. 1, Valday 175400, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7838027959 (Russia); Registration Number 1057806863883 (Russia) [RUSSIA-EO14024].

JSC ZELENODOLSK PLANT NAMED AFTER A.M. GORKY (Cyrillic: AO ЗЕЛЕНОДОЛЬСКИЙ ЗАВОД ИМЕНИ А.М. ГОРЬКОГО) (a.k.a. JOINT STOCK COMPANY ZELENODOLSK PLANT NAMED AFTER A.M. GORKY (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО ЗЕЛЕНОДОЛЬСКИЙ ЗАВОД ИМЕНИ А.М. ГОРЬКОГО); a.k.a. ZELENODOLSK SHIPYARD PLANT NAMED AFTER A.M. GORKY), 5, Zavodskaya St., Zelenodolsk, Republic of Tatarstan 422546,

Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13662].

JSC ZELENOGRAD NANOTECHNOLOGY CENTER, Bld. 6, Pl. IX, Office 17, Solnechnaya Alleya, Zelenograd, Moscow 124527, Russia; Tax ID No. 7735570680 (Russia) [RUSSIA-EO14024].

JSC ZENIT BELOMO (Cyrillic: ОАО ЗЕНИТ БЕЛОМО) (a.k.a. AAT ZENIT BELOMA (Cyrillic: ААТ ЗЕНІТ БЕЛОМА); a.k.a. JOINT STOCK COMPANY ZENIT BELOMO; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO ZENIT BELOMO), 26 Chapayev Str., Vileyka, Minsk Region 222416, Belarus; Target Type State-Owned Enterprise; Tax ID No. 600102155 (Belarus) [BELARUS-EO14038].

JSCB PRIMORYE BANK (a.k.a. AKB PRIMORYE PAO; a.k.a. JOINT STOCK COMMERCIAL BANK PRIMORYE; a.k.a. PJSCB PRIMORYE), UL. Svetlanskaya D. 47, Vladivostok 690990, Russia; SWIFT/BIC UNEPRU8V; Website https://www.primbank.ru/; Organization Established Date 27 Jul 1994; Target Type Financial Institution; Tax ID No. 2536020789 (Russia); Legal Entity Number 25340019U0SFT4YC9G79 (Russia); Registration Number 1022500000566 (Russia) [RUSSIA-EO14024].

JSCO SVETLOVSKY ENTERPRISE ERA (a.k.a. JOINT STOCK COMPANY SVETLOVSKOE ENTERPRISE ERA; a.k.a. JOINT STOCK COMPANY SVETLOVSKY ENTERPRISE ERA; a.k.a. JOINT-STOCK COMPANY SVETLOVSKAYA ERA; a.k.a. JSC SP ERA (Cyrillic: АО СП ЭРА); a.k.a. SVETLOVSKY ENTERPRISE ERA), Ul. Chaykinoy, 1, Svetly, Kaliningrad Region 238340, Russia; Organization Established Date 21 Jan 2003; Tax ID No. 3913007731 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

JU, Hyok (a.k.a. CHU, Hyo'k), Vladivostok, Russia; DOB 23 Nov 1986; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 836420186 (Korea, North) issued 28 Oct 2016 expires 28 Oct 2021; Foreign Trade Bank of the

Democratic People's Republic of Korea representative (individual) [DPRK4].

JU, Kyu-Chang (a.k.a. CHU, Kyu-Chang; a.k.a. CHU, Kyu-Ch'ang); DOB 25 Nov 1928; POB Hamju County, South Hamgyong Province, Democratic People's Republic of Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD].

JUAREZ CARTEL (a.k.a. CARTEL DE JUAREZ; a.k.a. "CARRILLO FUENTES DRUG TRAFFICKING ORGANIZATION"; a.k.a. "LA LINEA"; a.k.a. "VCFO"), Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

JUAREZ RAMIREZ, Julio Antonio (a.k.a. JUAREZ, Julio), Quinta Esterlina Km. 152.5, San Bernardino, Suchitepequez, Guatemala; DOB 01 Dec 1980; POB Mazatenango, Guatemala; nationality Guatemala; Gender Male (individual) [GLOMAG].

JUAREZ, Julio (a.k.a. JUAREZ RAMIREZ, Julio Antonio), Quinta Esterlima Km. 152.5, San Bernardino, Suchitepequez, Guatemala; DOB 01 Dec 1980; POB Mazatenango, Guatemala; nationality Guatemala; Gender Male (individual) [GLOMAG].

JUAYTHINI, Husayn (a.k.a. ALJEITHNI, Hussein Mohammed Hussein; a.k.a. AL-JU'AITNI, Abu Mu'ath; a.k.a. AL-JU'AYTHINI, Husayn Muhamad Husayn; a.k.a. AL-JU'AYTHINI, Husayn Muhammad; a.k.a. AL-JU'AYTHINI, Husayn Muhammad Husayn; a.k.a. JU'AYTHINI, Husayn Muhammad Husayn); DOB 03 May 1977; POB Al-Nusayrat refugee camp, Gaza; Passport 0363464 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JU'AYTHINI, Husayn Muhammad Husayn (a.k.a. ALJEITHNI, Hussein Mohammed Hussein; a.k.a. AL-JU'AITNI, Abu Mu'ath; a.k.a. AL-JU'AYTHINI, Husayn Muhamad Husayn; a.k.a. AL-JU'AYTHINI, Husayn Muhammad; a.k.a. AL-JU'AYTHINI, Husayn Muhammad Husayn; a.k.a. JUAYTHINI, Husayn); DOB 03 May 1977; POB Al-Nusayrat refugee camp, Gaza; Passport 0363464 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JUBAYR AL-RAWI, Fawaz Muhammad (a.k.a. AL-ARWEE, Hajji Fouaz; a.k.a. AL-RAWI, Hajj Fawaz; a.k.a. JABIR AL-RAWI, Fawaz Muhamed; a.k.a. JABUR AL-RAWI, Fawwaz;

a.k.a. JUBAYR AL-RAWI, Fawwaz Muhammad), Syria; DOB 1974; POB Albu Kamal, Syria; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JUBAYR AL-RAWI, Fawwaz Muhammad (a.k.a. AL-ARWEE, Hajji Fouaz; a.k.a. AL-RAWI, Hajj Fawaz; a.k.a. JABIR AL-RAWI, Fawaz Muhamed; a.k.a. JABUR AL-RAWI, Fawwaz; a.k.a. JUBAYR AL-RAWI, Fawaz Muhammad), Syria; DOB 1974; POB Albu Kamal, Syria; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JUBURI, Mashan (a.k.a. AL JABBURY, Mashaan Rakadh Dhamin; a.k.a. AL JABOURI, Meshan Thamin; a.k.a. AL JABOURI, Mishan Riqardh Damin; a.k.a. AL JABURI, Misham; a.k.a. AL-JABBURI, Mishan; a.k.a. AL-JABBURI, Mish'an Rakkad Damin; a.k.a. ALJABOURI, Mashaan; a.k.a. AL-JABOURI, Mishan; a.k.a. AL-JABURI, Mish'an Rakin Thamin; a.k.a. AL-JABURI, Mushan; a.k.a. AL-JIBURI, Mush'an; a.k.a. AL-JUBOURI, Mishaan; a.k.a. AL-JUBURI, Meshaan; a.k.a. AL-JUBURI, Mish'an; a.k.a. EL-JBURI, Mash'an; a.k.a. JABOURI, Mashaan; a.k.a. JIBOURI, Mishan), Latakia, Syria; Damascus, Syria; DOB 01 Aug 1957; POB Ninwa, Iraq; nationality Iraq; citizen Syria; Passport 01374026 (individual) [IRAQ3].

JUDEA POLICE (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE

MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

JUDEAN CONGRESS (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

JUHANG AVIATION TECHNOLOGY SHENZHEN CO., LTD. (Chinese Simplified: 巨航航空科技深圳有限公司), 2205, No. 2, Logistics Center, Baoshui Logistics Center, Baoan Guoji Jichang Hangzhan, 4th Road, Hourui Community, Hangcheng Sub-District, Bao, Shenzhen, Guangdong 518099, China; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 18 Mar 2021; Unified Social Credit Code (USCC) 91440300MA5GN73B4F (China) [RUSSIA-EO14024].

JUI CHENG SHIPPING CO LTD (a.k.a. JUI CHENG SHIPPING CO., LIMITED; a.k.a. JUI

CHENG SHIPPING COMPANY LIMITED (Chinese Traditional: 瑞誠海運股份有限公司)), Care of Jui Zong Ship Management Co Ltd, 5th Floor, 551, Jiuru 1st Road, Sanmin District, Kaohsiung 80764, Taiwan; Room B, 21/F Kaikwong Commercial Building, 332 Lockhart Road, Wan Chai, Hong Kong; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Commercial Registry Number 0925906 (Hong Kong); Company Number IMO 5499198 [DPRK4].

JUI CHENG SHIPPING CO., LIMITED (a.k.a. JUI CHENG SHIPPING CO LTD; a.k.a. JUI CHENG SHIPPING COMPANY LIMITED (Chinese Traditional: 瑞誠海運股份有限公司)), Care of Jui Zong Ship Management Co Ltd, 5th Floor, 551, Jiuru 1st Road, Sanmin District, Kaohsiung 80764, Taiwan; Room B, 21/F Kaikwong Commercial Building, 332 Lockhart Road, Wan Chai, Hong Kong; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Commercial Registry Number 0925906 (Hong Kong); Company Number IMO 5499198 [DPRK4].

JUI CHENG SHIPPING COMPANY LIMITED (Chinese Traditional: 瑞誠海運股份有限公司) (a.k.a. JUI CHENG SHIPPING CO LTD; a.k.a. JUI CHENG SHIPPING CO., LIMITED), Care of Jui Zong Ship Management Co Ltd, 5th Floor, 551, Jiuru 1st Road, Sanmin District, Kaohsiung 80764, Taiwan; Room B, 21/F Kaikwong Commercial Building, 332 Lockhart Road, Wan Chai, Hong Kong; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Commercial Registry Number 0925906 (Hong Kong); Company Number IMO 5499198 [DPRK4].

JUI ESCOBAR, Wildin Tulio (Latin: JUÍ ESCOBAR, Wildin Tulio), 6 Calle 5-181, Tecun Uman Zona 2, Ayutla, San Marcos, Guatemala; Kilometro 252 y medio, Tecun Uman, San Marcos, Guatemala; DOB 03 Nov 1968; POB Coatepeque, Quetzaltenango, Guatemala; nationality Guatemala; Gender Male; Cedula No. L-1220608 (Guatemala); Passport

00020608K (Guatemala); NIT # 7690495 (Guatemala); Driver's License No. 1112170002060K (Guatemala); C.U.I. 2891761150920 (Guatemala) (individual) [SDNTK] (Linked To: MULTISERVICIOS Y FINCA EL ENCANTO).

JUI PANG SHIPPING CO LTD (Chinese Traditional: 瑞邦海運股份有限公司), 5th Floor, 551 Jiuru 1st Road, Sanmin District, Kaohsiung City 80764, Taiwan; 5F-2 No 551 Jiouru 1st Road, Sanmin District, Kaohsiung, Taiwan; 4FL No. 198 Wencheng 2nd Road, Chengde Village, North District, Tainan, Taiwan; 193 San Kuan Rd, Tainan City 70247, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 1865817; Business Number 16111431 (Taiwan) [DPRK4].

JUI ZONG SHIP MANAGEMENT CO (a.k.a. JUI ZONG SHIP MANAGEMENT CO LTD (Chinese Traditional: 瑞榮船舶管理有限公司); a.k.a. JUI ZONG SHIP MANAGEMENT CO., LTD.), 5FL-2 No. 551 Jiouru 1st Road Sanmin Dist., Kaohsiung 80764, Taiwan; 5th Floor, 551, Jiuru 1st Road, Sanmin District, Kaohsiung City 80764, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5418446; Business Number 13195014 (Taiwan) [DPRK4].

JUI ZONG SHIP MANAGEMENT CO LTD (Chinese Traditional: 瑞榮船舶管理有限公司) (a.k.a. JUI ZONG SHIP MANAGEMENT CO; a.k.a. JUI ZONG SHIP MANAGEMENT CO., LTD.), 5FL-2 No. 551 Jiouru 1st Road Sanmin Dist., Kaohsiung 80764, Taiwan; 5th Floor, 551, Jiuru 1st Road, Sanmin District, Kaohsiung City 80764, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5418446; Business Number 13195014 (Taiwan) [DPRK4].

JUI ZONG SHIP MANAGEMENT CO., LTD. (a.k.a. JUI ZONG SHIP MANAGEMENT CO; a.k.a. JUI ZONG SHIP MANAGEMENT CO LTD (Chinese Traditional:

瑞榮船舶管理有限公司)), 5FL-2 No. 551 Jiouru 1st Road Sanmin Dist., Kaohsiung 80764, Taiwan; 5th Floor, 551, Jiuru 1st Road, Sanmin District, Kaohsiung City 80764, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5418446; Business Number 13195014 (Taiwan) [DPRK4].

JUKHDAR, 'Ala'-al-Din, Syria; DOB 03 Mar 1985; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

JULAIDAN, Wa'el Hamza Abd Al-Fatah (a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JILDAN, Wail H.A.; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JULAYDAN, Wa'el Hamza; a.k.a. JULAYDAN, Wa'il Hamza; a.k.a. "ABU AL-HASAN AL MADANI"); DOB 22 Jan 1958; alt. DOB 20 Jan 1958; POB Al-Madinah, Saudi Arabia; nationality Saudi Arabia; Passport A-992535 (Saudi Arabia); alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT].

JULAIDAN, Wa'il Hamza (a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JILDAN, Wail H.A.; a.k.a. JULAIDAN, Wa'el Hamza Abd Al-Fatah; a.k.a. JULAYDAN, Wa'el Hamza; a.k.a. JULAYDAN, Wa'il Hamza; a.k.a. "ABU AL-HASAN AL MADANI"); DOB 22 Jan 1958; alt. DOB 20 Jan 1958; POB Al-Madinah, Saudi Arabia; nationality Saudi Arabia; Passport A-992535 (Saudi Arabia); alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT].

JULAYDAN, Wa'el Hamza (a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JILDAN, Wail H.A.; a.k.a. JULAIDAN, Wa'el Hamza Abd Al-Fatah; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. "ABU AL-HASAN AL MADANI"); DOB 22 Jan 1958; alt. DOB 20 Jan 1958; POB Al-Madinah, Saudi Arabia; nationality Saudi Arabia; Passport A-992535 (Saudi Arabia); alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT].

JULAYDAN, Wa'il Hamza (a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JILDAN, Wail H.A.; a.k.a. JULAIDAN, Wa'el Hamza Abd Al-Fatah; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JULAYDAN, Wa'el Hamza; a.k.a. "ABU AL-HASAN AL MADANI"); DOB 22 Jan 1958; alt. DOB 20 Jan 1958; POB Al-Madinah, Saudi Arabia; nationality Saudi Arabia; Passport A-992535 (Saudi Arabia); alt. Passport B 524420 issued 15 Jul 1998 expires 22 May 2003 (individual) [SDGT].

JULKIPLI, Salim (a.k.a. JULKIPLI, Salim Y Salamuddin; a.k.a. KIPLI, Sali), Philippines; DOB 20 Jun 1976; POB Tulay, Jolo Sulu, Philippines; nationality Philippines; Gender Male (individual) [SDGT].

JULKIPLI, Salim Y Salamuddin (a.k.a. JULKIPLI, Salim; a.k.a. KIPLI, Sali), Philippines; DOB 20 Jun 1976; POB Tulay, Jolo Sulu, Philippines; nationality Philippines; Gender Male (individual) [SDGT].

JULLEUCHTER BY PERKO (a.k.a. JULLEUCHTER BY PERKO FAMILY WORKSHOP; a.k.a. PERKO JULLEUCHTER; a.k.a. PERKO WORKSHOP FAMILY; a.k.a. "PERKO_JULLEUCHTER"; a.k.a. "PERKOWORKSHOP"), Kaluga, Russia; Organization Type: Manufacture of other porcelain and ceramic products [RUSSIA-EO14024] (Linked To: LOSEV, Aleksey Vyacheslavovich).

JULLEUCHTER BY PERKO FAMILY WORKSHOP (a.k.a. JULLEUCHTER BY PERKO; a.k.a. PERKO JULLEUCHTER; a.k.a. PERKO WORKSHOP FAMILY; a.k.a. "PERKO_JULLEUCHTER"; a.k.a. "PERKOWORKSHOP"), Kaluga, Russia; Organization Type: Manufacture of other porcelain and ceramic products [RUSSIA-EO14024] (Linked To: LOSEV, Aleksey Vyacheslavovich).

JUM'AH, Hamid, Syria; DOB 01 Mar 1963; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

JUME'AN, George, P.O. Box 1318, Amman, Jordan (individual) [IRAQ2].

JUMUL, Ali, Syria; DOB 07 Feb 1981; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

JUNAYD, Shuwayb (a.k.a. AL NAJI, Abu Al Bara'a; a.k.a. AL TAHI, Abdulrahim; a.k.a. AL TAHLI, Abd Al-Rahim; a.k.a. AL-TALAHI, Abe

Al-Rahim; a.k.a. AL-TALHI, 'Abd al-Rahim; a.k.a. AL-TALHI, Abd' Al-Rahim Hamad; a.k.a. AL-TALHI, Abdul Rahim; a.k.a. AL-TALHI, Abdul Rahim Hammad Ahmad; a.k.a. AL-TALHI, 'Abdul-Rahim Hammad; a.k.a. ALTALHI, Abdulrheem Hammad A; a.k.a. AL-TALJI, 'Abd-Al-Rahim; a.k.a. AL-TALJI, Abdulrahim; a.k.a. "RAHIM, Abdul"), Buraydah, Saudi Arabia; DOB 08 Dec 1961; POB Al-Shefa, Al-Taif, Saudi Arabia; nationality Saudi Arabia; Passport F275043 (Saudi Arabia) issued 29 May 2004 expires 05 Apr 2009 (individual) [SDGT].

JUND AL KHALIFA-ALGERIA (a.k.a. CALIPHATE SOLDIERS OF ALGERIA; a.k.a. JUND AL-KHALIFA; a.k.a. JUND AL-KHALIFA FI ARD AL-JAZAYER; a.k.a. JUND AL-KHILAFA GROUP; a.k.a. JUND AL-KHILAFAH FI ARD AL-JAZA' IR; a.k.a. JUND AL-KHILAFAH IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN THE LAND OF ALGERIA; a.k.a. "JAK-A"), Kabylie region, Algeria [SDGT].

JUND AL-AQSA (a.k.a. SARAYAT AL-QUDS; a.k.a. SOLDIERS OF AL-AQSA; a.k.a. THE SOLDIERS OF AQSA; a.k.a. "JAA"), Idlib governorate, Syria; Hama governorate, Syria [SDGT].

JUND AL-ISLAM (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq [FTO] [SDGT].

JUND AL-KHALIFA (a.k.a. CALIPHATE SOLDIERS OF ALGERIA; a.k.a. JUND AL KHALIFA-ALGERIA; a.k.a. JUND AL-KHALIFA FI ARD AL-JAZAYER; a.k.a. JUND AL-KHILAFA GROUP; a.k.a. JUND AL-KHILAFAH FI ARD AL-JAZA' IR; a.k.a. JUND AL-KHILAFAH IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN THE LAND OF ALGERIA; a.k.a. "JAK-A"), Kabylie region, Algeria [SDGT].

JUND AL-KHALIFA FI ARD AL-JAZAYER (a.k.a. CALIPHATE SOLDIERS OF ALGERIA; a.k.a. JUND AL KHALIFA-ALGERIA; a.k.a. JUND AL-KHALIFA; a.k.a. JUND AL-KHILAFA GROUP;

a.k.a. JUND AL-KHILAFAH FI ARD AL-JAZA' IR; a.k.a. JUND AL-KHILAFAH IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN THE LAND OF ALGERIA; a.k.a. "JAK-A"), Kabylie region, Algeria [SDGT].

JUND AL-KHILAFA GROUP (a.k.a. CALIPHATE SOLDIERS OF ALGERIA; a.k.a. JUND AL KHALIFA-ALGERIA; a.k.a. JUND AL-KHALIFA; a.k.a. JUND AL-KHALIFA FI ARD AL-JAZAYER; a.k.a. JUND AL-KHILAFAH FI ARD AL-JAZA' IR; a.k.a. JUND AL-KHILAFAH IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN THE LAND OF ALGERIA; a.k.a. "JAK-A"), Kabylie region, Algeria [SDGT].

JUND AL-KHILAFAH FI ARD AL-JAZA' IR (a.k.a. CALIPHATE SOLDIERS OF ALGERIA; a.k.a. JUND AL KHALIFA-ALGERIA; a.k.a. JUND AL-KHALIFA; a.k.a. JUND AL-KHALIFA FI ARD AL-JAZAYER; a.k.a. JUND AL-KHILAFA GROUP; a.k.a. JUND AL-KHILAFAH IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN THE LAND OF ALGERIA; a.k.a. "JAK-A"), Kabylie region, Algeria [SDGT].

JUND AL-KHILAFAH FI TUNIS (a.k.a. DAESH TUNISIA; a.k.a. ISIS-TUNISIA; a.k.a. ISIS-TUNISIA PROVINCE; a.k.a. JUND AL-KHILAFAH IN TUNISIA; a.k.a. SOLDIERS OF THE CALIPHATE IN TUNISIA; a.k.a. TALA I JUND AL-KHILAFAH; a.k.a. "AJNAD"; a.k.a. "JUND AL KHILAFAH"; a.k.a. "JUND AL-KHILAFA"; a.k.a. "SOLDIERS OF THE CALIPHATE"; a.k.a. "VANGUARDS OF THE SOLDIERS OF THE CALIPHATE"), Tunisia [SDGT].

JUND AL-KHILAFAH IN ALGERIA (a.k.a. CALIPHATE SOLDIERS OF ALGERIA; a.k.a. JUND AL KHALIFA-ALGERIA; a.k.a. JUND AL-KHALIFA; a.k.a. JUND AL-KHALIFA FI ARD AL-JAZAYER; a.k.a. JUND AL-KHILAFA GROUP; a.k.a. JUND AL-KHILAFAH FI ARD AL-JAZA' IR; a.k.a. SOLDIERS OF THE CALIPHATE IN ALGERIA; a.k.a. SOLDIERS OF THE CALIPHATE IN THE LAND OF ALGERIA; a.k.a. "JAK-A"), Kabylie region, Algeria [SDGT].

JUND AL-KHILAFAH IN TUNISIA (a.k.a. DAESH TUNISIA; a.k.a. ISIS-TUNISIA; a.k.a. ISIS-TUNISIA PROVINCE; a.k.a. JUND AL-KHILAFAH FI TUNIS; a.k.a. SOLDIERS OF THE CALIPHATE IN TUNISIA; a.k.a. TALA I

JUND AL-KHILAFAH; a.k.a. "AJNAD"; a.k.a. "JUND AL KHILAFAH"; a.k.a. "JUND AL-KHILAFA"; a.k.a. "SOLDIERS OF THE CALIPHATE"; a.k.a. "VANGUARDS OF THE SOLDIERS OF THE CALIPHATE"), Tunisia [SDGT].

JUNDALLAH (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan [FTO] [SDGT].

JUNDIYAH, Abdallah, Syria; DOB 01 Nov 1968; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

JONDOLLAH (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan [FTO] [SDGT].

JUNDULLAH (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. ARMY OF JUSTICE; a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JAISH ALADL; a.k.a. JAISH AL-ADL; a.k.a. JAISH UL-ADL; a.k.a. JAYSH AL-ADL; a.k.a. JEISH AL-ADL; a.k.a. JEYSH AL-ADL; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a.

SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan [FTO] [SDGT].

JUNDULLAH, Abdulheq (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. KHALIQ, Muhammad Ahmed; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; National ID No. 653225197110100533 (China) (individual) [SDGT].

JUNIOR INTERNACIONAL S.A. (a.k.a. JUNIOR INTERNATIONAL S.A.), Panama; RUC # 17458-23-164253 (Panama) [SDNTK].

JUNIOR INTERNATIONAL S.A. (a.k.a. JUNIOR INTERNACIONAL S.A.), Panama; RUC # 17458-23-164253 (Panama) [SDNTK].

JUNJU, Abdullah (a.k.a. ALIRABAKI, Steven; a.k.a. KYAGULANYI, Alilabaki; a.k.a. KYAGULANYI, David; a.k.a. LUUMU, Nicolas; a.k.a. MUHAMMAD, Hussein; a.k.a. MUKULU, Jamil; a.k.a. TALENGELANIMIRO; a.k.a. TALENGELANIMIRO, Musezi; a.k.a. TUTU, Mzee); DOB 1965; alt. DOB 01 Jan 1964; POB Kayunga, Uganda; alt. POB Ntoke Village, Ntenjeru Sub County, Kayunga District, Uganda; nationality Uganda; Head of the Allied Democratic Forces; Commander, Allied Democratic Forces (individual) [DRCONGO].

JUNTARAPRAPORN, Aping (a.k.a. CHANTARAPRAPAPORN, Apinya; a.k.a. CHANTHRAPRAPHAPHON, Aphinya; a.k.a. CHANTRAPRAPAPORN, Apinya; a.k.a. CHATARAPRAPAPORN, Apinya), c/o BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP, Bangkok, Thailand; c/o BANGKOK SILK FLOWER COMPANY LTD., Bangkok, Thailand; DOB 14 Jan 1955 (individual) [SDNTK].

JUPITER SEAWAYS SHIPPING, Care of Sambouk Shipping FCZ, Office 101, 1st Floor, FITCO Building No 3, Inside Fujairah Port, PO Box 50044, Fujairah, United Arab Emirates; 80 Broad Street, Monrovia, Liberia; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

JURJEVICH, Ryauzov Denis (a.k.a. RJAUZOV, Denis; a.k.a. RYAUZOV, Denis; a.k.a. RYAUZOV, Denis Yuryevich; a.k.a. RYAUZOW,

Denis), Russia; DOB 23 May 1974; POB Omsk, Siberia, Russia; nationality Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

JUUK CHAW, Kuol Manyang (a.k.a. JUUK, Kuol Manyang), Juba, South Sudan; DOB 01 Jan 1945; POB Mathiang Village, South Sudan; nationality South Sudan; Gender Male; Passport D00002510 (South Sudan) (individual) [SOUTH SUDAN].

JUUK, Kuol Manyang (a.k.a. JUUK CHAW, Kuol Manyang), Juba, South Sudan; DOB 01 Jan 1945; POB Mathiang Village, South Sudan; nationality South Sudan; Gender Male; Passport D00002510 (South Sudan) (individual) [SOUTH SUDAN].

JUVENTA (a.k.a. YUVENTA), B-r Kronshtadtskii D. 39, K. 1, Pomeshch. I, Kom. 45, Rm. 5-9, Moscow 125499, Russia; Ul. Izhorskaya D. 13, Str. 2, Moscow 125412, Russia; Office 45/RM5-9, Bldg. 1, 39, Kronshtadtskiy Bulvar, Moscow 125499, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7743146073 (Russia); Registration Number 1167746276202 (Russia) [RUSSIA-EO14024].

K D RUBBER PLANTATION CO., LTD., 135, 110, Thmei, Ta Khmau, Ta Khmau, Kandal 8251, Cambodia; Company Number 00023622 (Cambodia) [GLOMAG] (Linked To: CHANDY, King).

K SOFT ENGINEERING (a.k.a. K SOFT INZHINIRING LLC), LN. 26-ya V.O. D. 15, K. 2 LIT. A, Office 70N, Saint Petersburg 199106, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7801296835 (Russia); Registration Number 1157847432258 (Russia) [RUSSIA-EO14024].

K SOFT INZHINIRING LLC (a.k.a. K SOFT ENGINEERING), LN. 26-ya V.O. D. 15, K. 2 LIT. A, Office 70N, Saint Petersburg 199106, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-

industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7801296835 (Russia); Registration Number 1157847432258 (Russia) [RUSSIA-EO14024].

K TECHNOLOGIES JOINT STOCK COMPANY (a.k.a. K TECHNOLOGY JOINT STOCK COMPANY; a.k.a. "RTI, PAO"), Elektrozavodskaya St., 27, Bldg. 9, Moscow 107023, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7713723559 (Russia); Registration Number 1117746115233 (Russia) [RUSSIA-EO14024].

K TECHNOLOGY JOINT STOCK COMPANY (a.k.a. K TECHNOLOGIES JOINT STOCK COMPANY; a.k.a. "RTI, PAO"), Elektrozavodskaya St., 27, Bldg. 9, Moscow 107023, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7713723559 (Russia); Registration Number 1117746115233 (Russia) [RUSSIA-EO14024].

K.A. VALIEV PHYSICO-TECHNOLOGICAL INSTITUTE RAS (a.k.a. FEDERAL STATE FINANCED INSTITUTION OF SCIENCE PHYSICS AND TECHNOLOGY INSTITUTE NAMED AFTER K. A. VALIEVA OF THE RUSSIAN FEDERATION ACADEMY OF SCIENCES; a.k.a. FTIAN NAMED AFTER K. A. VALIEVA RAN; a.k.a. VALIEV INSTITUTE OF PHYSICS AND TECHNOLOGY OF RUSSIAN ACADEMY OF SCIENCES; a.k.a. VALIEV IPT RAS), 34 Nakhimovsky Ave, Moscow 117218, Russia; Organization Established Date 16 Feb 1994; Tax ID No. 7727084140 (Russia); Registration Number 1037739352155 (Russia) [RUSSIA-EO14024].

K2016212771 SOUTH AFRICA PTY LTD (f.k.a. "INEOS TRADING PTY LTD"), 118 Mallinson Rd, Asherville, Durban, KwaZulu-Natal 4001, South Africa; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 20 Jun 2016; Tax ID No. 9954121167 (South Africa); Trade License No. 2016/212771/07 (South Africa); Enterprise

Number K2016212771 (South Africa) [SDGT] (Linked To: HOOMER, Farhad.)

KABADHE, Ahmed, Jubaland, Somalia; Jilib, Middle Juba, Somalia; DOB 1975; alt. DOB 1976; alt. DOB 1977; alt. DOB 1978; alt. DOB 1979; alt. DOB 1980; POB Galkayo, Mudug, Galmudug, Somalia; nationality Somalia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: AL-SHABAAB.)

KABAEVA, Alina Maratovna (Cyrillic: КАБАЕВА, Алина Маратовна) (a.k.a. KABAYEVA, Alina), Switzerland; Russia; DOB 12 May 1983; POB Tashkent, Uzbekistan; nationality Russia; citizen Russia; Gender Female (individual) [RUSSIA-EO14024].

KABAYEVA, Alina (a.k.a. KABAEVA, Alina Maratovna (Cyrillic: КАБАЕВА, Алина Маратовна)), Switzerland; Russia; DOB 12 May 1983; POB Tashkent, Uzbekistan; nationality Russia; citizen Russia; Gender Female (individual) [RUSSIA-EO14024].

KABYSHEV, Sergey Vladimirovich (Cyrillic: КАБЫШЕВ, Сергей Владимирович), Russia; DOB 04 Sep 1963; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KACH (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE

MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

KACHANAVA, Natallia Ivanauna (Cyrillic: КАЧАНАВА, Наталля Іванаўна) (a.k.a. KOCHANOVA, Natalia Ivanovna (Cyrillic: КОЧАНОВА, Наталья Ивановна); a.k.a. KOCHANOVA, Natalya), Minsk, Belarus; DOB 25 Sep 1960; POB Polotsk, Vitebsk Oblast, Belarus; nationality Belarus; Gender Female (individual) [BELARUS].

KACHANOV, Oleg Yurevich (Cyrillic: КАЧАНОВ, Олег Юрьевич), Moscow, Russia; DOB 29 Jun 1976; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

KACHKAYEV, Pavel Ryurikovich (Cyrillic: КАЧКАЕВ, Павел Рюрикович), Russia; DOB 04 Oct 1951; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KACUBA, Sviatlana (a.k.a. KATSUBA, Sviatlana Piatrouna (Cyrillic: КАЦУБА, Святлана Пятроўна); a.k.a. KATSUBA, Sviatlana Piatrowna; a.k.a. KATSUBO, Svetlana; a.k.a. KATSUBO, Svetlana Petrovna (Cyrillic: КАЦУБО, Светлана Петровна)), Homel Oblast, Belarus; DOB 06 Aug 1959; POB Podilsk, Odessa Oblast, Ukraine; nationality Belarus; Gender Female (individual) [BELARUS].

KADDOURA, Ali Ahmad, Colombia; DOB 11 Jul 1964; nationality Lebanon; Cedula No. 199740 (Colombia) (individual) [SDNT].

KADEK (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KGK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "HSK"; a.k.a. "KHK") [SDNTK] [FTO] [SDGT].

KADEM, Ahmad (a.k.a. DANESH PAZHU, Ahmad Khadem (Arabic: احمد خادم دانش پژو); a.k.a. KHADEM, Ahmad; a.k.a. SAYYEDOSHOHADA, Ahmad Khadem; a.k.a. SEYED AL-SHOHADA, Ahmad Khadem; a.k.a. SEYEDOSHOHADA, Ahmad Khadem (Arabic: احمد خادم سیدالشهدا)), Khuzestan, Iran; Lorestan,

Iran; Kohgiluyeh and Boyer-Ahmad, Iran; DOB 27 Apr 1959; POB Shushtar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1881506428 (Iran); Commander of Karbala IRGC Operational Base (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

KADENKOV, Dmitry Mikhaylovich (Cyrillic: КАДЕНКОВ, Дмитрий Михайлович), Russia; DOB 03 May 1972; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KADKHODAEE, Abbas Ali (a.k.a. KADKHODAEI ELYADERANI, Abbas Ali; a.k.a. KADKHODAEI, Abbas Ali; a.k.a. KADKHODAEI, Abbasali; a.k.a. KADKHODAI, Abbas Ali; a.k.a. KADKHODA'I, Abbas Ali), Iran; DOB 1961; alt. DOB 1962; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

KADKHODAEI ELYADERANI, Abbas Ali (a.k.a. KADKHODAEE, Abbas Ali; a.k.a. KADKHODAEI, Abbas Ali; a.k.a. KADKHODAEI, Abbasali; a.k.a. KADKHODAI, Abbas Ali; a.k.a. KADKHODA'I, Abbas Ali), Iran; DOB 1961; alt. DOB 1962; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

KADKHODAEI, Abbas Ali (a.k.a. KADKHODAEE, Abbas Ali; a.k.a. KADKHODAEI ELYADERANI, Abbas Ali; a.k.a. KADKHODAEI, Abbasali; a.k.a. KADKHODAI, Abbas Ali; a.k.a. KADKHODA'I, Abbas Ali), Iran; DOB 1961; alt. DOB 1962; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

KADKHODAEI, Abbasali (a.k.a. KADKHODAEE, Abbas Ali; a.k.a. KADKHODAEI ELYADERANI, Abbas Ali; a.k.a. KADKHODAEI, Abbas Ali; a.k.a. KADKHODAI, Abbas Ali; a.k.a. KADKHODA'I, Abbas Ali), Iran; DOB 1961; alt. DOB 1962; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

KADKHODAI, Abbas Ali (a.k.a. KADKHODAEE, Abbas Ali; a.k.a. KADKHODAEI ELYADERANI, Abbas Ali; a.k.a. KADKHODAEI, Abbas Ali; a.k.a. KADKHODAEI, Abbasali; a.k.a. KADKHODA'I, Abbas Ali), Iran; DOB 1961; alt.

DOB 1962; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

KADKHODA'I, Abbas Ali (a.k.a. KADKHODAEE, Abbas Ali; a.k.a. KADKHODAEI ELYADERANI, Abbas Ali; a.k.a. KADKHODAEI, Abbas Ali; a.k.a. KADKHODAEI, Abbasali; a.k.a. KADKHODAI, Abbas Ali), Iran; DOB 1961; alt. DOB 1962; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

KADYROV, Aleksandr Romanovych (a.k.a. KADYROV, Oleksandr; a.k.a. KADYROV, Oleksandr Romanovych; a.k.a. ONISHCHENKO, Aleksandr Romanovych; a.k.a. ONISHCHENKO, Oleksandr; a.k.a. ONISHCHENKO, Oleksandr Romanovych (Cyrillic: ОНИЩЕНКО, Олександр Романович); a.k.a. ONYSHCHENKO, Oleksandr (Cyrillic: ОНИЩЕНКО, Олександр); a.k.a. ONYSHCHENKO, Oleksandr Romanovych), Germany; Redutnyi Pereulok 10A, Kiev, Ukraine; UL. Natalii Ushvii 4 G App. 36, Kiev 04108, Ukraine; DOB 31 Mar 1969; POB Russia; nationality Ukraine; Gender Male; Passport 2529210098 (Ukraine) expires 29 Mar 2021; alt. Passport EX600377 (Ukraine) issued 01 Oct 2013 expires 01 Oct 2023; National ID No. 2529210098 (Ukraine) (individual) [ELECTION-EO13848].

KADYROV, Oleksandr (a.k.a. KADYROV, Aleksandr Romanovych; a.k.a. KADYROV, Oleksandr Romanovych; a.k.a. ONISHCHENKO, Aleksandr Romanovych; a.k.a. ONISHCHENKO, Oleksandr; a.k.a. ONISHCHENKO, Oleksandr Romanovych (Cyrillic: ОНИЩЕНКО, Олександр Романович); a.k.a. ONYSHCHENKO, Oleksandr (Cyrillic: ОНИЩЕНКО, Олександр); a.k.a. ONYSHCHENKO, Oleksandr Romanovych), Germany; Redutnyi Pereulok 10A, Kiev, Ukraine; UL. Natalii Ushvii 4 G App. 36, Kiev 04108, Ukraine; DOB 31 Mar 1969; POB Russia; nationality Ukraine; Gender Male; Passport 2529210098 (Ukraine) expires 29 Mar 2021; alt. Passport EX600377 (Ukraine) issued 01 Oct 2013 expires 01 Oct 2023; National ID No. 2529210098 (Ukraine) (individual) [ELECTION-EO13848].

KADYROV, Oleksandr Romanovych (a.k.a. KADYROV, Aleksandr Romanovych; a.k.a. KADYROV, Oleksandr; a.k.a. ONISHCHENKO, Aleksandr Romanovych; a.k.a.

ONISHCHENKO, Oleksandr; a.k.a. ONISHCHENKO, Oleksandr Romanovych (Cyrillic: ОНИЩЕНКО, Олександр Романович); a.k.a. ONYSHCHENKO, Oleksandr (Cyrillic: ОНИЩЕНКО, Олександр); a.k.a. ONYSHCHENKO, Oleksandr Romanovych), Germany; Redutnyi Pereulok 10A, Kiev, Ukraine; UL. Natalii Ushvii 4 G App. 36, Kiev 04108, Ukraine; DOB 31 Mar 1969; POB Russia; nationality Ukraine; Gender Male; Passport 2529210098 (Ukraine) expires 29 Mar 2021; alt. Passport EX600377 (Ukraine) issued 01 Oct 2013 expires 01 Oct 2023; National ID No. 2529210098 (Ukraine) (individual) [ELECTION-EO13848].

KADYROV, Ramzan Akhmadovitch (a.k.a. KADYROV, Ramzan Akhmatovich (Cyrillic: КАДЫРОВ, Рамзан Ахматович)), Republic of Chechnya, Russia; Palm Jumeirah, Dubai, United Arab Emirates; DOB 05 Oct 1976; POB Tsentoroi, Republic of Chechnya, Russia; nationality Russia; Gender Male (individual) [MAGNIT] [GLOMAG] [RUSSIA-EO14024].

KADYROV, Ramzan Akhmatovich (Cyrillic: КАДЫРОВ, Рамзан Ахматович) (a.k.a. KADYROV, Ramzan Akhmadovitch), Republic of Chechnya, Russia; Palm Jumeirah, Dubai, United Arab Emirates; DOB 05 Oct 1976; POB Tsentoroi, Republic of Chechnya, Russia; nationality Russia; Gender Male (individual) [MAGNIT] [GLOMAG] [RUSSIA-EO14024].

KADYROVA, Aimana (a.k.a. KADYROVA, Aymani Nesievna (Cyrillic: КАДЫРОВА, Аймани Несиевна)), Russia; DOB 04 Aug 1953; POB Kurgamys, Pavlodar Region, Kazakhstan; nationality Russia; Gender Female; Tax ID No. 200602168574 (Russia) (individual) [RUSSIA-EO14024] (Linked To: AKHMAT KADYROV FOUNDATION).

KADYROVA, Aishat Ramzanovna (a.k.a. KADYROVA, Ayshat Ramzanovna (Cyrillic: КАДЫРОВА, Айшат Рамзановна)), Republic of Chechnya, Russia; DOB 31 Dec 1998; POB Tsentoroy, Kurchaloyesvsky, Republic of Chechnya, Russia; nationality Russia; citizen Russia; Gender Female; Tax ID No. 772975749950 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KADYROV, Ramzan Akhmatovich).

KADYROVA, Aymani Nesievna (Cyrillic: КАДЫРОВА, Аймани Несиевна) (a.k.a. KADYROVA, Aimana), Russia; DOB 04 Aug 1953; POB Kurgamys, Pavlodar Region, Kazakhstan; nationality Russia; Gender Female; Tax ID No. 200602168574 (Russia)

(individual) [RUSSIA-EO14024] (Linked To: AKHMAT KADYROV FOUNDATION).

KADYROVA, Ayshat Ramzanovna (Cyrillic: КАДЫРОВА, Айшат Рамзановна) (a.k.a. KADYROVA, Aishat Ramzanovna), Republic of Chechnya, Russia; DOB 31 Dec 1998; POB Tsentoroy, Kurchaloyesvsky, Republic of Chechnya, Russia; nationality Russia; citizen Russia; Gender Female; Tax ID No. 772975749950 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KADYROV, Ramzan Akhmatovich).

KADYROVA, Karina Ramzanovna (Cyrillic: КАДЫРОВА, Карина Рамзановна) (a.k.a. KADYROVA, Khadizhat (Cyrillic: КАДЫРОВА, Хадижат)), Republic of Chechnya, Russia; DOB 17 Jan 2000; nationality Russia; citizen Russia; Gender Female; Tax ID No. 200606430092 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KADYROV, Ramzan Akhmatovich).

KADYROVA, Khadizhat (Cyrillic: КАДЫРОВА, Хадижат) (a.k.a. KADYROVA, Karina Ramzanovna (Cyrillic: КАДЫРОВА, Карина Рамзановна)), Republic of Chechnya, Russia; DOB 17 Jan 2000; nationality Russia; citizen Russia; Gender Female; Tax ID No. 200606430092 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KADYROV, Ramzan Akhmatovich).

KADYROVA, Medni Musaevna (Cyrillic: КАДЫРОВА, Медни Мусаевна) (a.k.a. AYADMIROVA, Medni Musaevna (Cyrillic: АЙДАМИРОВА, Медни Мусаевна); a.k.a. KADYROVA, Medny (Cyrillic: КАДЫРОВА, Медни)), Republic of Chechnya, Russia; Moscow, Russia; DOB 07 Sep 1978; nationality Russia; citizen Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: KADYROV, Ramzan Akhmatovich).

KADYROVA, Medny (Cyrillic: КАДЫРОВА, Медни) (a.k.a. AYADMIROVA, Medni Musaevna (Cyrillic: АЙДАМИРОВА, Медни Мусаевна); a.k.a. KADYROVA, Medni Musaevna (Cyrillic: КАДЫРОВА, Медни Мусаевна)), Republic of Chechnya, Russia; Moscow, Russia; DOB 07 Sep 1978; nationality Russia; citizen Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: KADYROV, Ramzan Akhmatovich).

KADYROVA, Tabarik Ramzanovna (Cyrillic: КАДЫРОВА, Табарик Рамзановна), Republic of Chechnya, Russia; DOB 13 Jul 2004; nationality Russia; citizen Russia; Gender

Female (individual) [RUSSIA-EO14024] (Linked To: KADYROV, Ramzan Akhmatovich).

KAFAK ENTERPRISES LIMITED, 88B, T/Balewa Road, Kano State, Nigeria; Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: FAWAZ, Mustapha Reda Darwish; Linked To: FAWAZ, Fouzi Reda Darwish).

KAFAR ZADE, Mekhti Fikret Ogly (a.k.a. GAFAR ZADA, Mehti; a.k.a. GAFAR ZADE, Mekhti Fikret; a.k.a. GAFAR ZADE, Mekhti Fikret Oglu; a.k.a. MEHTI, Gafar Zada), Moscow, Russia; DOB 30 Nov 1978; POB Azerbaijan; nationality Azerbaijan; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Passport C03895864 (Azerbaijan) issued 11 Apr 2022 expires 10 Apr 2032; National ID No. 0V9WV73 (Azerbaijan) (individual) [RUSSIA-EO14024].

KAFI, 'Ataalla Salman 'Abd (a.k.a. AL JABURI, Atallah Salman Kafi; a.k.a. ALAKT, Ataullah Salman; a.k.a. AL-JABURI, 'Atallah Salman Kafi; a.k.a. AL-JABURI, 'Attallah Salman 'Abd al-Kafi; a.k.a. AL-JABURI, Attallah Salman 'Abd Kafi; a.k.a. AL-KAFI, 'Attallah Salman 'Abd; a.k.a. KAFI, 'Ataalla Salman; a.k.a. KAFI, Atallah Salman Abd; a.k.a. "ABU HAQI"), Hawi al-Arishah Village, Hawijah District, Kirkuk Province, Iraq; Hawijah District, Kirkuk Province, Iraq; Rumanah Village, Kirkuk Province, Iraq; DOB 01 Jan 1973; POB Iraq; citizen Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

KAFI, 'Ataallah Salman (a.k.a. AL JABURI, Atallah Salman Kafi; a.k.a. ALAKT, Ataullah Salman; a.k.a. AL-JABURI, 'Atallah Salman Kafi; a.k.a. AL-JABURI, 'Attallah Salman 'Abd al-Kafi; a.k.a. AL-JABURI, Attallah Salman 'Abd Kafi; a.k.a. AL-KAFI, 'Attallah Salman 'Abd; a.k.a. KAFI, 'Ataalla Salman 'Abd; a.k.a. KAFI, Atallah Salman Abd; a.k.a. "ABU HAQI"), Hawi al-Arishah Village, Hawijah District, Kirkuk Province, Iraq; Hawijah District, Kirkuk Province, Iraq; Rumanah Village, Kirkuk Province, Iraq; DOB 01 Jan 1973; POB Iraq; citizen Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

KAFI, Atallah Salman Abd (a.k.a. AL JABURI, Atallah Salman Kafi; a.k.a. ALAKT, Ataullah Salman; a.k.a. AL-JABURI, 'Atallah Salman Kafi; a.k.a. AL-JABURI, 'Attallah Salman 'Abd al-Kafi; a.k.a. AL-JABURI, Attallah Salman 'Abd Kafi; a.k.a. AL-KAFI, 'Attallah Salman 'Abd; a.k.a. KAFI, 'Ataalla Salman 'Abd; a.k.a. KAFI, 'Ataallah Salman), Hawi al-Arishah Village, Hawijah District, Kirkuk Province, Iraq; Hawijah District, Kirkuk Province, Iraq; DOB 01 Jan 1973; POB Iraq; citizen Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

KAFOLATBANK (a.k.a. CJSC KAFOLATBANK), Apartment 4/1, Academics Rajabovs Street, Dushanbe, Tajikistan; SWIFT/BIC KACJTJ22; All offices worldwide [IRAN].

KAGANSKIY, Vladimir (a.k.a. KAGANSKIY, Vladimir Yakovlevich), Russia; DOB 23 Dec 1957; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 726105847 (Russia) (individual) [CYBER2] (Linked To: DIVETECHNOSERVICES).

KAGANSKIY, Vladimir Yakovlevich (a.k.a. KAGANSKIY, Vladimir), Russia; DOB 23 Dec 1957; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 726105847 (Russia) (individual) [CYBER2] (Linked To: DIVETECHNOSERVICES).

KAHANE (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT;

a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

KAHANE CHAI (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

KAHANE LIVES (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a.

NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

KAHANE TZADAK (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

KAHANE.ORG (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH

LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

KAHANETZADAK.COM (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

KAHVARIN, Iradj Mohammadi; Additional Sanctions Information - Subject to Secondary Sanctions; Passport X15232608 (Iran) (individual) [NPWMD] [IFSR] (Linked To: NEKA NOVIN).

KAHWA, Chief (a.k.a. KAHWA, Mandro Panga; a.k.a. KARIM, Yves Andoul; a.k.a. MANDRO, Kawa; a.k.a. MANDRO, Kawa Panga; a.k.a. MANDRO, Khawa Panga; a.k.a. MANDRO, Yves Khawa Panga; a.k.a. PANGA, Kawa); DOB 20 Aug 1973; POB Bunia, Democratic Republic of the Congo; former President, Party for Unity and Safeguarding of the Integrity of Congo (PUSIC) (individual) [DRCONGO].

KAHWA, Mandro Panga (a.k.a. KAHWA, Chief; a.k.a. KARIM, Yves Andoul; a.k.a. MANDRO, Kawa; a.k.a. MANDRO, Kawa Panga; a.k.a. MANDRO, Khawa Panga; a.k.a. MANDRO, Yves Khawa Panga; a.k.a. PANGA, Kawa); DOB 20 Aug 1973; POB Bunia, Democratic Republic of the Congo; former President, Party for Unity and Safeguarding of the Integrity of Congo (PUSIC) (individual) [DRCONGO].

KAIFENG CARBON CO., LTD. CHINA PINGMEI SHENMA GROUP (a.k.a. KAIFENG PINGMEI NEW CARBON MATERIALS TECHNOLOGY CO., LTD.; a.k.a. KAIFENG PINGMEI XINXINGTAN MATERIAL TECHNOLOGY CO., LTD.; a.k.a. "KFCC"), Dongiaobian Village, Shunhe Hui District, Kaifeng, Henan 475002, China; Donjiaobian Village, No. 310 National Highway, Kaifeng, Henan 475002, China; Biancun, East Suburbs, Shunhe District, Kaifeng, Henan Province 475002, China; Website www.kfcc.com.cn; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); Tax ID No. 410211742522406 (China); Unified Social Credit Code (USCC) 91410200742522406S (China) [IFCA] [IRAN-EO13871] (Linked To: PASARGAD STEEL COMPLEX).

KAIFENG PINGMEI NEW CARBON MATERIALS TECHNOLOGY CO., LTD. (a.k.a. KAIFENG

CARBON CO., LTD. CHINA PINGMEI SHENMA GROUP; a.k.a. KAIFENG PINGMEI XINXINGTAN MATERIAL TECHNOLOGY CO., LTD.; a.k.a. "KFCC"), Dongiaobian Village, Shunhe Hui District, Kaifeng, Henan 475002, China; Donjiaobian Village, No. 310 National Highway, Kaifeng, Henan 475002, China; Biancun, East Suburbs, Shunhe District, Kaifeng, Henan Province 475002, China; Website www.kfcc.com.cn; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); Tax ID No. 410211742522406 (China); Unified Social Credit Code (USCC) 914102007425224065 (China) [IFCA] [IRAN-EO13871] (Linked To: PASARGAD STEEL COMPLEX).

KAIFENG PINGMEI XINXINGTAN MATERIAL TECHNOLOGY CO., LTD. (a.k.a. KAIFENG CARBON CO., LTD. CHINA PINGMEI SHENMA GROUP; a.k.a. KAIFENG PINGMEI NEW CARBON MATERIALS TECHNOLOGY CO., LTD.; a.k.a. "KFCC"), Dongiaobian Village, Shunhe Hui District, Kaifeng, Henan 475002, China; Donjiaobian Village, No. 310 National Highway, Kaifeng, Henan 475002, China; Biancun, East Suburbs, Shunhe District, Kaifeng, Henan Province 475002, China; Website www.kfcc.com.cn; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); Tax ID No. 410211742522406 (China); Unified Social Credit Code (USCC)

914102007425224065 (China) [IFCA] [IRAN-EO13871] (Linked To: PASARGAD STEEL COMPLEX).

KAIGORODOV, Igor Veniaminovich (Cyrillic: КАЙГОРОДОВ, Игорь Вениаминович), Izhevsk, Russia; DOB 29 Nov 1974; nationality Russia; citizen Russia; Gender Male; Tax ID No. 183475635611 (Russia); Russian State Individual Business Registration Number Pattern (OGRNIP) 315183100004295 (Russia) (individual) [RUSSIA-EO14024].

KAIKAI TECHNOLOGY CO., LTD. (a.k.a. EASTNINE CHEMICALS CO., LTD.; f.k.a. EASTNINE INTERNATIONAL TRADING CO., LTD.; a.k.a. NANJING KAIKAI POLYURETHANE CO., LTD.; a.k.a. NANJING KAIKAI TECHNOLOGY CO., LTD.), No. 3 Fangcao Garden, Longjiang District, Nanjing, Jiangsu 210038, China; Des Voeux Road, Hong Kong; No. 2, Zhongxin Group, Yanshanhe Village, Yangmiao Town, Yangzhou, Jiangsu 210038, China; Goldencard Building, No. 83 Suojing Road, Nanjing, Jiangsu 210000, China; 334 Te Atatu Road, Te Atatu South, Auckland, New Zealand; Website http://www.kk-pu.com; Email Address info@kk-pu.com; alt. Email Address kaikaitech@gmail.com; alt. Email Address kktech12345@gmail.com; Business Registration Document # 9429033056678 (New Zealand) [SDNTK].

KAINA, Innocent (a.k.a. KAYNA, Innocent); DOB 1978; POB Bunagana, Rutshuru territory, Democratic Republic of the Congo; Colonel (individual) [DRCONGO].

KAIRABA SHOPPING CENTER (a.k.a. KAIRABA SUPERMARKET), Kairaba Ave, P.O. Box 2176, Banjul, The Gambia; 62 Buckle Street, Banjul, The Gambia; Pipeline Road, Banjul, The Gambia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

KAIRABA SUPERMARKET (a.k.a. KAIRABA SHOPPING CENTER), Kairaba Ave, P.O. Box 2176, Banjul, The Gambia; 62 Buckle Street, Banjul, The Gambia; Pipeline Road, Banjul, The Gambia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

KAIRADIN, Raific Mohamad (a.k.a. YOUSEF, Rafik Mohamad), Kathe Dorsch Ring 21, Berlin 12353, Germany; Mannheim Prison, Germany; DOB 27 Aug 1974; POB Baghdad, Iraq;

nationality Iraq; Travel Document Number A0092301 (Germany) (individual) [SDGT].

KAJMAKOVIC, Diana (a.k.a. KAJMAKOVIC, Dijana), Bosnia and Herzegovina; DOB 22 Aug 1966; POB Sarajevo, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; citizen Bosnia and Herzegovina; Gender Female (individual) [BALKANS-EO14033].

KAJMAKOVIC, Dijana (a.k.a. KAJMAKOVIC, Diana), Bosnia and Herzegovina; DOB 22 Aug 1966; POB Sarajevo, Bosnia and Herzegovina; nationality Bosnia and Herzegovina; citizen Bosnia and Herzegovina; Gender Female (individual) [BALKANS-EO14033].

KAJUJU, Mzee (a.k.a. BALUKU, Seka; a.k.a. BALUKU, Seka Musa; a.k.a. "LUMONDE"; a.k.a. "LUMU"; a.k.a. "MAKUBA"), Congo, Democratic Republic of the; North Kivu Province, Congo, Democratic Republic of the; DOB 1976; alt. DOB 1975; POB Kasese District, Rwenzururu Sub-Region, Western Uganda; nationality Uganda; Gender Male (individual) [SDGT] [GLOMAG].

KAKAR, Saleh Mohammad (a.k.a. "SALEH MOHAMMAD"); DOB 1962; POB Nulgham Village, Panjwai District, Kandahar, Afghanistan; nationality Afghanistan (individual) [SDGT].

KAKAWAVU BAKONDE, Jerome (a.k.a. GAGAKWAVU, Jerome; a.k.a. GAKWAVU BOKANDE, Jerome; a.k.a. KAKWAVU BUKANDE, Jerome), Kinshasa, Congo, Democratic Republic of the; Aru, Congo, Democratic Republic of the; DOB 1964; POB Masisi, Nord-Kivu, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

KAKWAVU BUKANDE, Jerome (a.k.a. GAGAKWAVU, Jerome; a.k.a. GAKWAVU BOKANDE, Jerome; a.k.a. KAKAWAVU BAKONDE, Jerome), Kinshasa, Congo, Democratic Republic of the; Aru, Congo, Democratic Republic of the; DOB 1964; POB Masisi, Nord-Kivu, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

KALA ELECTRIC COMPANY (a.k.a. KALAYE ELECTRIC COMPANY), 33 Fifteenth (15th) Street, Seyed-Jamal-Eddin-Assad Abadi Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

KALA LIMITED (a.k.a. KALA NAFT LONDON LTD), NIOC House, 4 Victoria Street, Westminster, London SW1H 0NE, United

Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 01517853 (United Kingdom); all offices worldwide [IRAN].

KALA NAFT CO SSK (a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

KALA NAFT COMPANY LTD (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

KALA NAFT LONDON LTD (a.k.a. KALA LIMITED), NIOC House, 4 Victoria Street, Westminster, London SW1H 0NE, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 01517853 (United Kingdom); all offices worldwide [IRAN].

KALA NAFT TEHRAN (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

KALA NAFT TEHRAN COMPANY (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALAYEH NAFT CO; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject

to Secondary Sanctions; all offices worldwide [IRAN].

KALA PENSION TRUST LIMITED, C/O Kala Limited, N.I.O.C. House, 4 Victoria Street, London SW1H 0NE, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; UK Company Number 01573317 (United Kingdom); all offices worldwide [IRAN].

KALABAYEVA, Valeriya, Russia; DOB 01 Oct 1997; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 653701605 (Russia) (individual) [NPWMD] [CYBER2] [ELECTION-EO13848] (Linked To: SOUTHFRONT).

KALACHOV, Zakhar (a.k.a. KALASCHOW, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALAD, Belkasam (a.k.a. KALED, Belkasam; a.k.a. MOSTAFA, Damel; a.k.a. MOSTAFA, Djamal; a.k.a. MOSTEFA, Djamel; a.k.a. MOUSTFA, Djamel (Arabic: جمال مصطفى); a.k.a. "ALI BARKANI"; a.k.a. "MOUSTAFA"), Algeria; DOB 28 Sep 1973; alt. DOB 31 Dec 1979; alt. DOB 22 Aug 1973; alt. DOB 25 Sep 1973; POB Mehdia, Tiaret, Algeria; alt. POB Morocco; nationality Algeria; Gender Male (individual) [SDGT].

KALAF, Fuad Mohamed (a.k.a. KALAF, Fuad Mohammed; a.k.a. KHALAF, Fuad; a.k.a. KHALAF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohammed; a.k.a. QALAF, Fuad Mohamed; a.k.a. SHANGOLE, Fuad; a.k.a. SHONGALE, Fouad;

a.k.a. SHONGALE, Fuad; a.k.a. SHONGOLE, Fuad; a.k.a. SHONGOLE, Fuad Muhammad Khalaf; a.k.a. SONGALE, Fuad), Mogadishu, Somalia; DOB 28 Mar 1965; alt. DOB 28 May 1965; POB Somalia; nationality Somalia; alt. nationality Sweden; Gender Male (individual) [SOMALIA].

KALAF, Fuad Mohammed (a.k.a. KALAF, Fuad Mohamed; a.k.a. KHALAF, Fuad; a.k.a. KHALAF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohammed; a.k.a. QALAF, Fuad Mohamed; a.k.a. SHANGOLE, Fuad; a.k.a. SHONGALE, Fouad; a.k.a. SHONGALE, Fuad; a.k.a. SHONGOLE, Fuad; a.k.a. SHONGOLE, Fuad Muhammad Khalaf; a.k.a. SONGALE, Fuad), Mogadishu, Somalia; DOB 28 Mar 1965; alt. DOB 28 May 1965; POB Somalia; nationality Somalia; alt. nationality Sweden; Gender Male (individual) [SOMALIA].

KALAI INDUSTRIES (Arabic: قلعي للصناعات) (a.k.a. KALAI INDUSTRIES MANAGEMENT; a.k.a. MOHAMMED KALAI), Dara Autostrad (Amman Highway), Kessweh, 500m after the Katakir Bridge, Damascus, Syria; Organization Established Date 1990; Registration Number 38372 (Syria) [SYRIA] (Linked To: KALAI, Nader).

KALAI INDUSTRIES MANAGEMENT (a.k.a. KALAI INDUSTRIES (Arabic: قلعي للصناعات); a.k.a. MOHAMMED KALAI), Dara Autostrad (Amman Highway), Kessweh, 500m after the Katakir Bridge, Damascus, Syria; Organization Established Date 1990; Registration Number 38372 (Syria) [SYRIA] (Linked To: KALAI, Nader).

KALAI, Nader (Arabic: نادر قلعي) (a.k.a. AL KALAI, Nadir; a.k.a. KALAI, Nader Mohamad; a.k.a. KALAI, Nader Mohammed Wajieh; a.k.a. KALEI, Nader; a.k.a. QALAI, Nader; a.k.a. QALEI, Nader), 871 Young Avenue, Halifax, Nova Scotia B3H 2V8, Canada; Ain El Mraisse, Beirut, Lebanon; Saifi Street, Jemayzeh, Beirut, Lebanon; Capsurville, Dekwaneh, El Metn Jemayzeh, Beirut, Lebanon; Ghrayeb Bldg, Sami Soloh St, Badaro, Beirut, Lebanon; DOB 09 Jul 1965; POB Damascus, Syria; nationality Syria; alt. nationality Canada; Gender Male; Passport N 010170320 (Syria); National ID No. 010-40036453 (Syria); alt. National ID No. 34191608 (Canada) (individual) [SYRIA] [SYRIA-CAESAR].

KALAI, Nader Mohamad (a.k.a. AL KALAI, Nadir; a.k.a. KALAI, Nader (Arabic: نادر قلعي); a.k.a. KALAI, Nader Mohammed Wajieh; a.k.a.

KALEI, Nader; a.k.a. QALAI, Nader; a.k.a. QALEI, Nader), 871 Young Avenue, Halifax, Nova Scotia B3H 2V8, Canada; Ain El Mraisse, Beirut, Lebanon; Saifi Street, Jemayzeh, Beirut, Lebanon; Capsurville, Dekwaneh, El Metn Jemayzeh, Beirut, Lebanon; Ghrayeb Bldg, Sami Soloh St, Badaro, Beirut, Lebanon; DOB 09 Jul 1965; POB Damascus, Syria; nationality Syria; alt. nationality Canada; Gender Male; Passport N 010170320 (Syria); National ID No. 010-40036453 (Syria); alt. National ID No. 34191608 (Canada) (individual) [SYRIA] [SYRIA-CAESAR].

KALAI, Nader Mohammed Wajieh (a.k.a. AL KALAI, Nadir; a.k.a. KALAI, Nader (Arabic: نادر قلعي); a.k.a. KALAI, Nader Mohamad; a.k.a. KALEI, Nader; a.k.a. QALAI, Nader; a.k.a. QALEI, Nader), 871 Young Avenue, Halifax, Nova Scotia B3H 2V8, Canada; Ain El Mraisse, Beirut, Lebanon; Saifi Street, Jemayzeh, Beirut, Lebanon; Capsurville, Dekwaneh, El Metn Jemayzeh, Beirut, Lebanon; Ghrayeb Bldg, Sami Soloh St, Badaro, Beirut, Lebanon; DOB 09 Jul 1965; POB Damascus, Syria; nationality Syria; alt. nationality Canada; Gender Male; Passport N 010170320 (Syria); National ID No. 010-40036453 (Syria); alt. National ID No. 34191608 (Canada) (individual) [SYRIA] [SYRIA-CAESAR].

KALALAH, Husam-al-Din Walid, Syria; DOB 04 Jan 1983; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

KALAMI, Seyed Mohammad, Iran; DOB 14 Jun 1989; POB Kahnuj, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K27232571 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KALAN KISH SHIPPING CO (a.k.a. KALAN KISH SHIPPING LINES), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

KALAN KISH SHIPPING LINES (a.k.a. KALAN KISH SHIPPING CO), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

KALANTARI, Sajjad (a.k.a. KHODA'I, Mohammad Hasan); DOB 21 Sep 1983; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 444-973367-3 (Iran) (individual) [SDGT]

[IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KALACHOV, Sachary Knyasevich (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASCHOW, Zachari (a.k.a. KALACHOV, Zakhar; a.k.a. KALACHOV, Sachary Knyasevich; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASH, Zakhary (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASHNIK, Sergey Viktorovich (Cyrillic: КАЛАШНИК, Сергей Викторович), Russia; DOB 31 Mar 1978; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KALASHNIKOV CONCERN (a.k.a. CONCERN KALASHNIKOV; a.k.a. IZHEVSKIY MASHINOSTROITEL'NYI ZAVOD OAO; a.k.a. JOINT STOCK COMPANY CONCERN KALASHNIKOV; a.k.a. JSC KALASHNIKOV CONCERN; a.k.a. OJSC KALASHNIKOV CONCERN), 18 Krzhizhanovsky St, Bldg 4, Moscow 11728, Russia; 2/93 Deryabin Passage, Room 78, Izhevsk 426006, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 1832090230 (Russia); Registration Number 1111832003018 (Russia) [UKRAINE-EO13661] [RUSSIA-EO14024].

KALASHNIKOV, Aleksandr (Cyrillic: КАЛАШНИКОВ, Александр) (a.k.a. KALASHNIKOV, Alexander Petrovich (Cyrillic: КАЛАШНИКОВ, Александр Петрович)), Russia; DOB 27 Jan 1964; POB Tatarsk, Novosibirsk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

KALASHNIKOV, Alexander Petrovich (Cyrillic: КАЛАШНИКОВ, Александр Петрович) (a.k.a. KALASHNIKOV, Aleksandr (Cyrillic: КАЛАШНИКОВ, Александр)), Russia; DOB 27

Jan 1964; POB Tatarsk, Novosibirsk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

KALASHNIKOV, Leonid Ivanovich (Cyrillic: КАЛАШНИКОВ, Леонид Иванович), Russia; DOB 06 Aug 1960; POB Stepnoy Dvorets, Russia; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KALASHOV, Marina (a.k.a. GOLDBERG, Marina Samuilovna; a.k.a. KALASHOVA, Marina), Burj Khalifa, Dubai, United Arab Emirates; DOB 15 Sep 1979; Passport 514763020 (Russia) (individual) [TCO].

KALASHOV, Sergio (a.k.a. KALACHOV, Zakhar; a.k.a. KALACHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASHOV, Zachari (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD"

(Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASHOV, Zahar (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Knezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASHOV, Zajar (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Knezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia;

alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASHOV, Zakaria (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Knezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASHOV, Zakhar (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar Knezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASHOV, Zakhar Kniezivich (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW,

Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASHOV, Zakhary (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ) (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV,

Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASHOVA, Marina (a.k.a. GOLDBERG, Marina Samuilovna; a.k.a. KALASHOV, Marina), Burj Khalifa, Dubai, United Arab Emirates; DOB 15 Sep 1979; Passport 514763020 (Russia) (individual) [TCO].

KALASIIOV, Zakhariy Kniazevich (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ, ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zacharias; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALASOV, Zacharias (a.k.a. KALACHOV, Zakhar; a.k.a. KALASCHOV, Sachary Knyasevich; a.k.a. KALASCHOW, Zachari; a.k.a. KALASH, Zakhary; a.k.a. KALASHOV, Sergio; a.k.a. KALASHOV, Zachari; a.k.a. KALASHOV, Zahar; a.k.a. KALASHOV, Zajar; a.k.a. KALASHOV, Zakaria; a.k.a. KALASHOV, Zakhar; a.k.a. KALASHOV, Zakhar Kniezivich; a.k.a. KALASHOV, Zakhary; a.k.a. KALASHOV, Zakhary Knyazevich (Cyrillic: КАЛАШОВ,

ЗАХАРИЙ КНЯЗЕВИЧ); a.k.a. KALASIIOV, Zakhariy Kniazevich; a.k.a. KALASOV, Zaxar; a.k.a. "SHAKRO JR."; a.k.a. "SHAKRO KURD" (Cyrillic: "ШАКРО КУРД"); a.k.a. "SHAKRO KURTI"; a.k.a. "SHAKRO MALADOI"; a.k.a. "SHAKRO MOLODOY"; a.k.a. "SHAKRO YOUNG"), General Tyulenev Street, 7, Building 2, Apartment 277, Moscow, Russia; Nikolina Gora, Odintsovo, Moscow, Russia; DOB 20 Mar 1953; POB Tbilisi, Georgia; nationality Georgia; alt. nationality Russia; Gender Male; Passport 604145924 (Russia); alt. Passport 604145934 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KALAYE ELECTRIC COMPANY (a.k.a. KALA ELECTRIC COMPANY), 33 Fifteenth (15th) Street, Seyed-Jamal-Eddin-Assad Abadi Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

KALAYE SABZ ORZ COMPANY (a.k.a. TAMIN KALAYE SABZ; a.k.a. TAMIN KALAYE SABZ ARAS COMPANY; a.k.a. TAMIN KALAYE SABZ COMPANY; a.k.a. "KSO COMPANY"; a.k.a. "TS CO."; a.k.a. "TS COMPANY"), No. 13, Unit 12, Sazman Ab Ave., Jenah Blvd, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 1463468660 (Iran); Company Number 10980302323 (Iran) [NPWMD] [IFSR] (Linked

To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

KALAYEH NAFT CO (a.k.a. KALA NAFT CO SSK; a.k.a. KALA NAFT COMPANY LTD; a.k.a. KALA NAFT TEHRAN; a.k.a. KALA NAFT TEHRAN COMPANY; a.k.a. M.S.P.-KALA; a.k.a. MANUFACTURING SUPPORT & PROCUREMENT CO.-KALA NAFT; a.k.a. MANUFACTURING SUPPORT AND PROCUREMENT (M.S.P.) KALA NAFT CO. TEHRAN; a.k.a. MANUFACTURING, SUPPORT AND PROCUREMENT KALA NAFT COMPANY; a.k.a. MSP KALA NAFT CO. TEHRAN; a.k.a. MSP KALA NAFT TEHRAN COMPANY; a.k.a. MSP KALANAFT; a.k.a. MSP-KALANAFT COMPANY; a.k.a. SHERKAT SAHAMI KHASS KALA NAFT; a.k.a. SHERKAT SAHAMI KHASS POSHTIBANI VA TEHIYEH KALAYE NAFT TEHRAN; a.k.a. SHERKATE POSHTIBANI SAKHT VA TAHEIH KALAIE NAFTE TEHRAN), 242 Sepahbod Gharani Street, Karim Khan Zand Bridge, Corner Kalantari Street, 8th Floor, P.O. Box 15815-1775/15815-3446, Tehran 15988, Iran; Building No. 226, Corner of Shahid Kalantari Street, Sepahbod Gharani Avenue, Karimkhan Avenue, Tehran 1598844815, Iran; No. 242, Shahid Kalantari St., Near Karimkhan Bridge, Sepahbod Gharani Avenue, Tehran, Iran; Head Office Tehran, Sepahbod Gharani Ave., P.O. Box 15815/1775 15815/3446, Tehran, Iran; P.O. Box 2965, Sharjah, United Arab Emirates; 333 7th Ave SW #1102, Calgary, AB T2P 2Z1, Canada; Chekhov St., 24.2, AP 57, Moscow, Russia; Room No. 704 - No. 10 Chao Waidajie Chao Yang District, Beijing 10020, China; Sanaee Ave., P.O. Box 79417-76349, N.I.O.C., Kish, Iran; 10th Floor, Sadaf Tower, Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; all offices worldwide [IRAN].

KALCO ALUMINUM COMPANY (a.k.a. KAVE KHOZESTAN ALUMINIUM CO.; a.k.a. KAVEH ALUMINUM KHUZESTAN; a.k.a. KAVEH KHOZESTAN ALUMINIUM; a.k.a. KAVEH KHOZESTAN ALUMINIUM COMPANY; a.k.a. KAVEH KHOZESTAN ALUMINUM COMPANY (Arabic: شرکت آلومینیوم کاوه خوزستان); a.k.a. KHUZESTAN KAVEH ALUMINUM COMPANY; a.k.a. "KALCO"), Building Alavi Golabi Street, Hafez Junction, Karimkhan Avenue, Tehran, Iran; Resalat Expressway, corner of Nelson Mandela Africa Blvd., Bonyad Complex, Tower 2, 9th Floor, Tehran, Iran; Website www.kalco.ir; Additional Sanctions Information -

Subject to Secondary Sanctions; National ID No. 10103583873 (Iran); Registration Number 321820 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

KALDANI, Rayan (a.k.a. AL-KALDANI, Rayyan; a.k.a. AL-KILDANI, Rayan; a.k.a. DODI, Rian Salim Sadeq), Palestine Street, DIST 505 ST 60 H 19, Baghdad, Iraq; DOB 03 Sep 1989; POB Baghdad, Iraq; nationality Iraq; Gender Male; National ID No. 00365298 (Iraq) (individual) [GLOMAG].

KALED, Belkasam (a.k.a. KALAD, Belkasam; a.k.a. MOSTAFA, Damel; a.k.a. MOSTAFA, Djamal; a.k.a. MOSTEFA, Djamel; a.k.a. MOUSTFA, Djamel (Arabic: جمال مصطفى); a.k.a. "ALI BARKANI"; a.k.a. "MOUSTAFA"), Algeria; DOB 28 Sep 1973; alt. DOB 31 Dec 1979; alt. DOB 22 Aug 1973; alt. DOB 25 Sep 1973; POB Mehdia, Tiaret, Algeria; alt. POB Morocco; nationality Algeria; Gender Male (individual) [SDGT].

KALEDINA, Diana Evgenevna (Cyrillic: КАЛЕДИНА, Диана Евгеньевна), Russia; DOB 1981; POB St. Petersburg, Russia; nationality Russia; Gender Female; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 781662856885 (Russia) (individual) [RUSSIA-EO14024].

KALEEM, Musa (a.k.a. ALIZAI, Musa Khalim; a.k.a. BARICH, Musa Kalim; a.k.a. KALIM, Mohammed Musa; a.k.a. KALIM, Musa; a.k.a. KHALEEM, Musa; a.k.a. KHALIM, Musa; a.k.a. QALEM, Musa; a.k.a. QALIM, Musa), Chahgay Bazaar, Chahgay, Pakistan; Haji Mohammed Plaza, Tol Aram Road, Nearest Jamal Dean Afghani Road, Quetta, Pakistan; Dr Barno Road, Quetta, Pakistan; POB Pakistan; citizen Pakistan; Passport AD4756241 (Pakistan) issued 02 Nov 2008 expires 01 Nov 2013; National ID No. 54101-6356624-9 (Pakistan) (individual) [SDGT].

KALEI, Nader (a.k.a. AL KALAI, Nadir; a.k.a. KALAI, Nader (Arabic: نادر قلعي); a.k.a. KALAI, Nader Mohamad; a.k.a. KALAI, Nader Mohammed Wajieh; a.k.a. QALAI, Nader; a.k.a. QALEI, Nader), 871 Young Avenue, Halifax, Nova Scotia B3H 2V8, Canada; Ain El Mraisse, Beirut, Lebanon; Saifi Street, Jemayzeh, Beirut, Lebanon; Capsurville, Dekwaneh, El Metn

Jemayzeh, Beirut, Lebanon; Ghrayeb Bldg, Sami Soloh St, Badaro, Beirut, Lebanon; DOB 09 Jul 1965; POB Damascus, Syria; nationality Syria; alt. nationality Canada; Gender Male; Passport N 010170320 (Syria); National ID No. 010-40036453 (Syria); alt. National ID No. 34191608 (Canada) (individual) [SYRIA-CAESAR].

KALEV KATANGA, Mutondo (a.k.a. KALEV, Motono; a.k.a. KALEV, Mutundo; a.k.a. MUTOID, Kalev; a.k.a. MUTOMBO, Kalev; a.k.a. MUTOND, Kalev; a.k.a. MUTONDO KATANGA, Kalev; a.k.a. MUTONDO, Kalev; a.k.a. MUTUND, Kalev), 24 Avenue Ma Campagne, Quartier Ma Campagne Commune De Ngaliema, Kinshasa 00243, Congo, Democratic Republic of the; DOB 03 Mar 1957; POB Kasaji, Democratic Republic of Congo; alt. POB Likasi, Katanga, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0004470 (Congo, Democratic Republic of the) issued 08 Jun 2012 expires 07 Jun 2017; Agence Nationale de Renseignements General Administrator (individual) [DRCONGO].

KALEV, Motono (a.k.a. KALEV KATANGA, Mutondo; a.k.a. KALEV, Mutundo; a.k.a. MUTOID, Kalev; a.k.a. MUTOMBO, Kalev; a.k.a. MUTOND, Kalev; a.k.a. MUTONDO KATANGA, Kalev; a.k.a. MUTONDO, Kalev; a.k.a. MUTUND, Kalev), 24 Avenue Ma Campagne, Quartier Ma Campagne Commune De Ngaliema, Kinshasa 00243, Congo, Democratic Republic of the; DOB 03 Mar 1957; POB Kasaji, Democratic Republic of the Congo; alt. POB Likasi, Katanga, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport DB0004470 (Congo, Democratic Republic of the) issued 08 Jun 2012 expires 07 Jun 2017; Agence Nationale de Renseignements General Administrator (individual) [DRCONGO].

KALEV, Mutundo (a.k.a. KALEV KATANGA, Mutondo; a.k.a. KALEV, Motono; a.k.a. MUTOID, Kalev; a.k.a. MUTOMBO, Kalev; a.k.a. MUTOND, Kalev; a.k.a. MUTONDO KATANGA, Kalev; a.k.a. MUTONDO, Kalev; a.k.a. MUTUND, Kalev), 24 Avenue Ma Campagne, Quartier Ma Campagne Commune De Ngaliema, Kinshasa 00243, Congo, Democratic Republic of the; DOB 03 Mar 1957; POB Kasaji, Democratic Republic of the Congo; alt. POB Likasi, Katanga, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport

DB0004470 (Congo, Democratic Republic of the) issued 08 Jun 2012 expires 07 Jun 2017; Agence Nationale de Renseignements General Administrator (individual) [DRCONGO].

KALIM, Mohammed Musa (a.k.a. ALIZAI, Musa Khalim; a.k.a. BARICH, Musa Kalim; a.k.a. KALEEM, Musa; a.k.a. KALIM, Musa; a.k.a. KHALEEM, Musa; a.k.a. KHALIM, Musa; a.k.a. QALEM, Musa; a.k.a. QALIM, Musa), Chahgay Bazaar, Chahgay, Pakistan; Haji Mohammed Plaza, Tol Aram Road, Nearest Jamal Dean Afghani Road, Quetta, Pakistan; Dr Barno Road, Quetta, Pakistan; POB Pakistan; citizen Pakistan; Passport AD4756241 (Pakistan) issued 02 Nov 2008 expires 01 Nov 2013; National ID No. 54101-6356624-9 (Pakistan) (individual) [SDGT].

KALIM, Musa (a.k.a. ALIZAI, Musa Khalim; a.k.a. BARICH, Musa Kalim; a.k.a. KALEEM, Musa; a.k.a. KALIM, Mohammed Musa; a.k.a. KHALEEM, Musa; a.k.a. KHALIM, Musa; a.k.a. QALEM, Musa; a.k.a. QALIM, Musa), Chahgay Bazaar, Chahgay, Pakistan; Haji Mohammed Plaza, Tol Aram Road, Nearest Jamal Dean Afghani Road, Quetta, Pakistan; Dr Barno Road, Quetta, Pakistan; POB Pakistan; citizen Pakistan; Passport AD4756241 (Pakistan) issued 02 Nov 2008 expires 01 Nov 2013; National ID No. 54101-6356624-9 (Pakistan) (individual) [SDGT].

KALIMATOV, Makhmud-Ali Maksharipovich (Cyrillic: КАЛИМАТОВ, Махмуд-Али Макшарипович), Ingushetia, Russia; DOB 09 Apr 1959; POB Ushkonyr, Almaty Region, Kazakhstan; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

KALIMULLIN, Rustam Galiullovich (Cyrillic: КАЛИМУЛЛИН, Рустам Галиуллович), Russia; DOB 02 Jan 1958; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KALININ MACHINE PLANT JSC (a.k.a. KALININ MACHINE-BUILDING PLANT OPEN JOINT-STOCK COMPANY; a.k.a. KALININ MACHINERY PLANT-BRD; a.k.a. MASHINOSTROITEL'NYI ZAVOD IM. M.I. KALININA, G. YEKATERINBURG OAO; a.k.a. MZIK OAO; a.k.a. OPEN-END JOINT-STOCK COMPANY 'KALININ MACHINERY PLANT. YEKATERINBURG'; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MASHINOSTROITELNY ZAVOD IM.M.I.KALININA, G.EKATERINBURG), 18 prospekt Kosmonavtov, Ekaterinburg,

Sverdlovskaya obl. 620017, Russia; Email Address info@zik.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

KALININ MACHINE-BUILDING PLANT OPEN JOINT-STOCK COMPANY (a.k.a. KALININ MACHINE PLANT JSC; a.k.a. KALININ MACHINERY PLANT-BRD; a.k.a. MASHINOSTROITEL'NYI ZAVOD IM. M.I. KALININA, G. YEKATERINBURG OAO; a.k.a. MZIK OAO; a.k.a. OPEN-END JOINT-STOCK COMPANY 'KALININ MACHINERY PLANT. YEKATERINBURG'; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MASHINOSTROITELNY ZAVOD IM.M.I.KALININA, G.EKATERINBURG), 18 prospekt Kosmonavtov, Ekaterinburg, Sverdlovskaya obl. 620017, Russia; Email Address info@zik.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

KALININ MACHINERY PLANT-BRD (a.k.a. KALININ MACHINE PLANT JSC; a.k.a. KALININ MACHINE-BUILDING PLANT OPEN JOINT-STOCK COMPANY; a.k.a. MASHINOSTROITEL'NYI ZAVOD IM. M.I. KALININA, G. YEKATERINBURG OAO; a.k.a. MZIK OAO; a.k.a. OPEN-END JOINT-STOCK COMPANY 'KALININ MACHINERY PLANT. YEKATERINBURG'; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO MASHINOSTROITELNY ZAVOD IM.M.I.KALININA, G.EKATERINBURG), 18 prospekt Kosmonavtov, Ekaterinburg, Sverdlovskaya obl. 620017, Russia; Email Address info@zik.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

KALININ, Vadim Konstantinovich (Cyrillic: КАЛИНИН, Вадим Константинович), Apartment 16, 9 Gagarina Street, Kharp 629405, Russia; DOB 07 Mar 1973; nationality Russia; Gender Male; Tax ID No. 663401241613 (Russia) (individual) [RUSSIA-EO14024].

KALINOUSKI, Siarhei Aliakseevich (Cyrillic: КАЛІНОЎСКI, Сяргей Аляксеевіч) (a.k.a. KALINOVSKII, Sergei Alekseevich; a.k.a. KALINOVSKIY, Sergey Alekseevich (Cyrillic: КАЛИНОВСКИЙ, Сергей Алексеевич); a.k.a. KALINOVSKY, Sergei; a.k.a. KALINOWSKI, Siarhei Aliaksiejevich), Brest Oblast, Belarus;

DOB 03 Jan 1969; nationality Belarus; Gender Male (individual) [BELARUS].

KALINOVSKII, Sergei Alekseevich (a.k.a. KALINOUSKI, Siarhei Aliakseevich (Cyrillic: КАЛІНОЎСКI, Сяргей Аляксеевіч); a.k.a. KALINOVSKIY, Sergey Alekseevich (Cyrillic: КАЛИНОВСКИЙ, Сергей Алексеевич); a.k.a. KALINOVSKY, Sergei; a.k.a. KALINOWSKI, Siarhei Aliaksiejevich), Brest Oblast, Belarus; DOB 03 Jan 1969; nationality Belarus; Gender Male (individual) [BELARUS].

KALINOVSKIY, Sergey Alekseevich (Cyrillic: КАЛИНОВСКИЙ, Сергей Алексеевич) (a.k.a. KALINOUSKI, Siarhei Aliakseevich (Cyrillic: КАЛІНОЎСКI, Сяргей Аляксеевіч); a.k.a. KALINOVSKII, Sergei Alekseevich; a.k.a. KALINOVSKY, Sergei; a.k.a. KALINOWSKI, Siarhei Aliaksiejevich), Brest Oblast, Belarus; DOB 03 Jan 1969; nationality Belarus; Gender Male (individual) [BELARUS].

KALINOVSKY, Sergei (a.k.a. KALINOUSKI, Siarhei Aliakseevich (Cyrillic: КАЛІНОЎСКI, Сяргей Аляксеевіч); a.k.a. KALINOVSKII, Sergei Alekseevich; a.k.a. KALINOVSKIY, Sergey Alekseevich (Cyrillic: КАЛИНОВСКИЙ, Сергей Алексеевич); a.k.a. KALINOWSKI, Siarhei Aliaksiejevich), Brest Oblast, Belarus; DOB 03 Jan 1969; nationality Belarus; Gender Male (individual) [BELARUS].

KALINOWSKI, Siarhei Aliaksiejevich (a.k.a. KALINOUSKI, Siarhei Aliakseevich (Cyrillic: КАЛІНОЎСКI, Сяргей Аляксеевіч); a.k.a. KALINOVSKII, Sergei Alekseevich; a.k.a. KALINOVSKIY, Sergey Alekseevich (Cyrillic: КАЛИНОВСКИЙ, Сергей Алексеевич); a.k.a. KALINOVSKY, Sergei), Brest Oblast, Belarus; DOB 03 Jan 1969; nationality Belarus; Gender Male (individual) [BELARUS].

KALKAN, Duran (a.k.a. ERDEM, Selahattin); DOB 1954; alt. DOB 1958; POB Adana, Tufanbeyli, Turkey; alt. POB Derik, Turkey; citizen Turkey; Turkish Identification Number 18538165962 (Turkey) (individual) [SDNTK].

KALLAS, Mohamad El Mokhtar (a.k.a. KALLAS, Mohamed; a.k.a. KALLAS, Muhammad Al-Mukhtar); DOB 09 Jan 1987; POB Haret Hreik, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL0665670 (Lebanon) [SDGT] (Linked To: HIZBALLAH; Linked To: TABAJA, Adham Husayn).

KALLAS, Mohamed (a.k.a. KALLAS, Mohamad El Mokhtar; a.k.a. KALLAS, Muhammad Al-

Mukhtar); DOB 09 Jan 1987; POB Haret Hreik, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL0665670 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH; Linked To: TABAJA, Adham Husayn).

KALLAS, Muhammad Al-Mukhtar (a.k.a. KALLAS, Mohamad El Mokhtar; a.k.a. KALLAS, Mohamed); DOB 09 Jan 1987; POB Haret Hreik, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL0665670 (Lebanon) (individual) [SDGT] (Linked To: HIZBALLAH; Linked To: TABAJA, Adham Husayn).

KALLIOPE LIMITED, Suite 2, Portland House, Glacis Road, Gibraltar; Company Number 89681 (Gibraltar) [SDNTK].

KALSIMIN (a.k.a. CALCIMIN), No. 12, St. Bilal Habashi, Khorramshahr Ave., Zanjan 4516773541, Iran; Second Floor, No. 13, Street 8th, Ghaem Magham Farahari Ave., Tehran 1586868513, Iran; Website www.calcimin.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR] (Linked To: IRAN ZINC MINES DEVELOPMENT COMPANY).

KALTONA LIMITED SASU, Immeuble 1113, 8eme etage, No. 110 Boulevard Du 30 Juin, Municipality of Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-01271 (Congo, Democratic Republic of the) [GLOMAG] (Linked To: GEMINI S.A.S.U.).

KALUGA RESEARCH INSTITUTE OF RADIO ENGINEERING JSC (a.k.a. JOINT STOCK COMPANY KALUZHSKY NAUCHNO ISSLEDOVATELSKY RADIOTEKHNICHESKY HIGHER EDUCATION INSTITUTION; a.k.a. JOINT STOCK COMPANY KNIRTI), Lenina st., 2, Zhukov, Kaluga Region 249192, Russia; Organization Established Date 28 Jun 2012; Tax ID No. 4007017378 (Russia); Registration Number 1124011001058 (Russia) [RUSSIA-EO14024].

KALUME, Andre (a.k.a. ANDRE, Karume; a.k.a. KARUME, Andrew; a.k.a. NZABAMWITA, Lucien; a.k.a. NZABANITA, Lucien); DOB 15 Sep 1966; POB Kinyami, Byumba Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO].

KAMALI, Ali, Iran; DOB 09 Jan 1993; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport F38965053 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KAMALI, Hadi (a.k.a. ZAVARAKI, Hadi Jamshidi), Karaj, Iran; DOB 23 Apr 1986; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0082700958 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KAMALVANDI, Behrouz, Iran; DOB 1955; alt. DOB 1956; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

KAMAZ LEASING CO OAO (a.k.a. KAMAZ LEASING COMPANY INC.; a.k.a. LEASING COMPANY KAMAZ INCORPORATED; a.k.a. LIZINGOVAYA KOMPANIYA KAMAZ PAO), PR-KT Avtozavodskii D. 2, Naberezhnyye Chelny 423827, Russia; Prospect Avtozavodskii, 2, Naberezhnyye Chelny, Tatarstan 423827, Russia; Organization Established Date 31 Aug 2005; Tax ID No. 1650130591 (Russia); Government Gazette Number 78681685 (Russia); Registration Number 1051614089944 (Russia) [RUSSIA-EO14024].

KAMAZ LEASING COMPANY INC. (a.k.a. KAMAZ LEASING CO OAO; a.k.a. LEASING COMPANY KAMAZ INCORPORATED; a.k.a. LIZINGOVAYA KOMPANIYA KAMAZ PAO), PR-KT Avtozavodskii D. 2, Naberezhnyye Chelny 423827, Russia; Prospect Avtozavodskii, 2, Naberezhnyye Chelny, Tatarstan 423827, Russia; Organization Established Date 31 Aug 2005; Tax ID No. 1650130591 (Russia); Government Gazette Number 78681685 (Russia); Registration Number 1051614089944 (Russia) [RUSSIA-EO14024].

KAMAZ PAO (a.k.a. KAMAZ PJSC; a.k.a. KAMAZ PTC; a.k.a. KAMAZ PUBLICLY TRADED COMPANY; a.k.a. KAMSKOE OBEDINENIE PO PROIZVODSTVU BOLSHEGRUZNYKH AVTOMOBILEI KAMAZ), d. 2, prospekt Avtozavodski, Naberezhnye Chelny, Tatarstan Resp. 423827, Russia; Organization Established Date 1969; Tax ID No.

1650032058 (Russia); Government Gazette Number 00231515 (Russia); Registration Number 1021602013971 (Russia) [RUSSIA-EO14024].

KAMAZ PJSC (a.k.a. KAMAZ PAO; a.k.a. KAMAZ PTC; a.k.a. KAMAZ PUBLICLY TRADED COMPANY; a.k.a. KAMSKOE OBEDINENIE PO PROIZVODSTVU BOLSHEGRUZNYKH AVTOMOBILEI KAMAZ), d. 2, prospekt Avtozavodski, Naberezhnye Chelny, Tatarstan Resp. 423827, Russia; Organization Established Date 1969; Tax ID No. 1650032058 (Russia); Government Gazette Number 00231515 (Russia); Registration Number 1021602013971 (Russia) [RUSSIA-EO14024].

KAMAZ PTC (a.k.a. KAMAZ PAO; a.k.a. KAMAZ PJSC; a.k.a. KAMAZ PUBLICLY TRADED COMPANY; a.k.a. KAMSKOE OBEDINENIE PO PROIZVODSTVU BOLSHEGRUZNYKH AVTOMOBILEI KAMAZ), d. 2, prospekt Avtozavodski, Naberezhnye Chelny, Tatarstan Resp. 423827, Russia; Organization Established Date 1969; Tax ID No. 1650032058 (Russia); Government Gazette Number 00231515 (Russia); Registration Number 1021602013971 (Russia) [RUSSIA-EO14024].

KAMAZ PUBLICLY TRADED COMPANY (a.k.a. KAMAZ PAO; a.k.a. KAMAZ PJSC; a.k.a. KAMAZ PTC; a.k.a. KAMSKOE OBEDINENIE PO PROIZVODSTVU BOLSHEGRUZNYKH AVTOMOBILEI KAMAZ), d. 2, prospekt Avtozavodski, Naberezhnye Chelny, Tatarstan Resp. 423827, Russia; Organization Established Date 1969; Tax ID No. 1650032058 (Russia); Government Gazette Number 00231515 (Russia); Registration Number 1021602013971 (Russia) [RUSSIA-EO14024].

KAMBAR, Abu Yasir (a.k.a. KAMBAR, Abubakar; a.k.a. KAMBAR, Abubakar Adam; a.k.a. YASIR, Abu), Nigeria; DOB 1977; POB Maiduguri, Nigeria (individual) [SDGT].

KAMBAR, Abubakar (a.k.a. KAMBAR, Abu Yasir; a.k.a. KAMBAR, Abubakar Adam; a.k.a. YASIR, Abu), Nigeria; DOB 1977; POB Maiduguri, Nigeria (individual) [SDGT].

KAMBAR, Abubakar Adam (a.k.a. KAMBAR, Abu Yasir; a.k.a. KAMBAR, Abubakar; a.k.a. YASIR, Abu), Nigeria; DOB 1977; POB Maiduguri, Nigeria (individual) [SDGT].

KAMBIZ NABIZADEH AND PARTNERS EXCHANGE (Arabic: زاده کامیزنبی صرافی شرکه (a.k.a. شرکاء و زاده نبی تضامنی شرکت): a.k.a. NABI ZADEH EXCHANGE; a.k.a. SARAFI KAMBIZ NABIZADEH VA SHORAKA), No. 3,

First Floor, End of Yeganeh Street, End of Sonbol Street, Shahid Doctor Lavanasi Boulevard, Hesar-e Buali, Tairish, Central District, Shemiranat County, Tehran, Tehran Province 1954657114, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 11 Jan 2017; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; National ID No. 14006486022 (Iran); Business Registration Number 504036 (Iran) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

KAMCEV, Jordan (a.k.a. KAMCEV, Orce), North Macedonia, The Republic of; DOB 24 Jul 1970; POB Skopje, North Macedonia; nationality North Macedonia, The Republic of; Gender Male; National ID No. 2407970450009 (North Macedonia, The Republic of) (individual) [BALKANS-EO14033].

KAMCEV, Orce (a.k.a. KAMCEV, Jordan), North Macedonia, The Republic of; DOB 24 Jul 1970; POB Skopje, North Macedonia; nationality North Macedonia, The Republic of; Gender Male; National ID No. 2407970450009 (North Macedonia, The Republic of) (individual) [BALKANS-EO14033].

KAMCEVA, Ratka Kunoska (a.k.a. KUNOSKA-KAMCEVA, Ratka), North Macedonia, The Republic of; DOB 16 Oct 1945; nationality North Macedonia, The Republic of; Gender Female (individual) [BALKANS-EO14033] (Linked To: KAMCEV, Jordan).

KAMCHEV CONSULTING (a.k.a. KAMCHEV KONSALTING SKOPJE DOOEL), Skupi 3A, Karposh 1020, North Macedonia, The Republic of; Organization Established Date 31 Jan 2008; Tax ID No. MK4030008017701 (North Macedonia, The Republic of) [BALKANS-EO14033] (Linked To: KAMCEVA, Ratka Kunoska).

KAMCHEV KONSALTING SKOPJE DOOEL (a.k.a. KAMCHEV CONSULTING), Skupi 3A, Karposh 1020, North Macedonia, The Republic of; Organization Established Date 31 Jan 2008; Tax ID No. MK4030008017701 (North Macedonia, The Republic of) [BALKANS-EO14033] (Linked To: KAMCEVA, Ratka Kunoska).

KAMCHI, Asanbeka (a.k.a. ASANBEK, Kamchi a.k.a. ASANBEK, Kamchy; a.k.a. KOLBAEV, Kamchi; a.k.a. KOLBAEV, Kamchibek; a.k.a. KOLBAYEV, Kamchi (Cyrillic: КОЛЬБАЕВ, КАМЧЫ); a.k.a. KOLBAYEV, Kamchibek

(Cyrillic: КОЛБАЕВ, КАМЧИБЕК); a.k.a. KOLBAYEV, Kamchy; a.k.a. KOLBAYEV, Kamchybek Asanbekovich; a.k.a. "KAMCHI BISHKEKSKIY" (Cyrillic: "КАМЧИ БИШКЕКСКИЙ"); a.k.a. "KOLYA-KYRGYZ"), Bahar 1 Sector, C09-T02 Tower, Apartment 3203, Dubai 31672, United Arab Emirates; Murjan 6, Jumeirah Beach Residences, Dubai, United Arab Emirates; DOB 03 Aug 1974; alt. DOB 01 Jan 1973; POB Cholpon-Ata, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; Passport AC2499982 (Kyrgyzstan); alt. Passport AC732709 (Kyrgyzstan); Identification Number 20308197410028 (Kyrgyzstan); alt. Identification Number 1002001 (Kyrgyzstan) (individual) [SDNTK] [TCO] (Linked To: THIEVES-IN-LAW).

KAMEL, Mohamed (a.k.a. EL HEIT, Ali; a.k.a. "ALI DI ROMA"), Via D. Fringuello, 20, Rome, Italy; Milan, Italy; DOB 20 Mar 1970; alt. DOB 30 Jan 1971; POB Rouba, Algeria (individual) [SDGT].

KAMEL, Mustafa (a.k.a. AL-MASRI, Abu Hamza; a.k.a. AL-MISRI, Abu Hamza; a.k.a. EMAN, Adam Ramsey; a.k.a. MUSTAFA, Mustafa Kamel), 9 Albourne Road, Shepherds Bush, London W12 OLW, United Kingdom; 8 Adie Road, Hammersmith, London W6 OPW, United Kingdom; DOB 15 Apr 1958 (individual) [SDGT].

KAMI GROUP LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KAMI GRUPP), Ul. Bolshaya Semenovskaya D. 40, Str. 13, Floor 3, Pom. 307, Moscow 107023, Russia; Organization Established Date 06 Nov 2015; Tax ID No. 7719429480 (Russia); Government Gazette Number 14126265 (Russia); Registration Number 5157746020526 (Russia) [RUSSIA-EO14024].

KAMITET DZYARZHAUNAI BIASPEKI RESPUBLIKI BELARUS (Cyrillic: КАМІТЭТ ДЗЯРЖАЎНАЙ БЯСПЕКІ РЭСПУБЛІКІ БЕЛАРУСЬ) (a.k.a. BELARUSIAN KGB; a.k.a. BELARUSIAN STATE SECURITY COMMITTEE; a.k.a. KOMITET GOSUDARSTVENNOI BEZOPASNOSTI RESPUBLIKI BELARUS (Cyrillic: КОМИТЕТ ГОСУДАРСТВЕННОЙ БЕЗОПАСНОСТИ РЕСПУБЛИКИ БЕЛАРУСЬ); a.k.a. STATE SECURITY COMMITTEE OF THE REPUBLIC OF BELARUS), Nezalezhnastsi Avenue, 17, Minsk 220030, Belarus; Komsomolskaya str., 30, Minsk 220030, Belarus; Target Type Government Entity [BELARUS].

KAMMOUN, Mehdi (a.k.a. KAMMOUN, Mehdi Ben Mohamed Ben Mohamed), Via Masina n.7, Milan, Italy; DOB 03 Apr 1968; POB Tunis, Tunisia; nationality Tunisia; Passport M307707 issued 12 Apr 2000 expires 11 Apr 2005; Italian Fiscal Code: KMMMHD68D03Z352N (individual) [SDGT].

KAMMOUN, Mehdi Ben Mohamed Ben Mohamed (a.k.a. KAMMOUN, Mehdi), Via Masina n.7, Milan, Italy; DOB 03 Apr 1968; POB Tunis, Tunisia; nationality Tunisia; Passport M307707 issued 12 Apr 2000 expires 11 Apr 2005; Italian Fiscal Code: KMMMHD68D03Z352N (individual) [SDGT].

KAMNEV, Georgy Petrovich (Cyrillic: КАМНЕВ, Георгий Петрович), Russia; DOB 05 Jan 1983; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KAMPERI, Koulla Demetriou (a.k.a. KAMPERI, Kyriaki Demetriou (Greek: ΚΑΜΠΕΡΗ, Κυριακή Δημητρίου); a.k.a. KAMPERI, Kyriakou Demetriou), 35 Grosvenor Street, 1st Floor Offices, London W1K 4QX, United Kingdom; Ledra Business Centre, 1 Poseidonos Street, Egkomi Nicosias 2406, Cyprus; Ledra House, 15 Agiou Pavlou, Nicosia 1105, Cyprus; DOB 01 Jan 1971 to 31 Jan 1971; nationality Cyprus; Gender Female (individual) [RUSSIA-EO14024].

KAMPERI, Kyriaki Demetriou (Greek: ΚΑΜΠΕΡΗ, Κυριακή Δημητρίου) (a.k.a. KAMPERI, Koulla Demetriou; a.k.a. KAMPERI, Kyriakou Demetriou), 35 Grosvenor Street, 1st Floor Offices, London W1K 4QX, United Kingdom; Ledra Business Centre, 1 Poseidonos Street, Egkomi Nicosias 2406, Cyprus; Ledra House, 15 Agiou Pavlou, Nicosia 1105, Cyprus; DOB 01 Jan 1971 to 31 Jan 1971; nationality Cyprus; Gender Female (individual) [RUSSIA-EO14024].

KAMPERI, Kyriakou Demetriou (a.k.a. KAMPERI, Koulla Demetriou; a.k.a. KAMPERI, Kyriaki Demetriou (Greek: ΚΑΜΠΕΡΗ, Κυριακή Δημητρίου)), 35 Grosvenor Street, 1st Floor Offices, London W1K 4QX, United Kingdom; Ledra Business Centre, 1 Poseidonos Street, Egkomi Nicosias 2406, Cyprus; Ledra House, 15 Agiou Pavlou, Nicosia 1105, Cyprus; DOB 01 Jan 1971 to 31 Jan 1971; nationality Cyprus; Gender Female (individual) [RUSSIA-EO14024].

KAMPIS, Dimitrios Alexandros (a.k.a. CAMBIS, Dimitris; a.k.a. "KLIMT, Gustav"); DOB 14 Oct 1963; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [IRAN].

KAMSHILOV, Oleg Anatolievich, Crimea, Ukraine; DOB 1969; POB Piketnoy Marjanovsky District, Omsk Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KAMSKOE OBEDINENIE PO PROIZVODSTVU BOLSHEGRUZNYKH AVTOMOBILEI KAMAZ (a.k.a. KAMAZ PAO; a.k.a. KAMAZ PJSC; a.k.a. KAMAZ PTC; a.k.a. KAMAZ PUBLICLY TRADED COMPANY), d. 2, prospekt Avtozavodski, Naberezhnye Chelny, Tatarstan Resp. 423827, Russia; Organization Established Date 1969; Tax ID No. 1650032058 (Russia); Government Gazette Number 00231515 (Russia); Registration Number 1021602013971 (Russia) [RUSSIA-EO14024].

KAMYSHANOVA, Aleksandra Aleksandrovna, Russia; DOB 29 Nov 1986; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: INFOROS, OOO).

KAMYSHEV, Denis Valentinovich, Russia; DOB Nov 1975; nationality Russia; alt. nationality United Kingdom; alt. nationality South Africa; Gender Male (individual) [RUSSIA-EO14024].

KAN, Andrew (a.k.a. KAN, Andrew Kai Yan; a.k.a. KAN, Kai Yan (Chinese Simplified: 简启恩)), Hong Kong; DOB 22 Sep 1969; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport K03981162 (Hong Kong) expires 28 Mar 2024 (individual) [HK-EO13936].

KAN, Andrew Kai Yan (a.k.a. KAN, Andrew; a.k.a. KAN, Kai Yan (Chinese Simplified: 简启恩)), Hong Kong; DOB 22 Sep 1969; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport K03981162 (Hong Kong) expires 28 Mar 2024 (individual) [HK-EO13936].

KAN, Kai Yan (Chinese Simplified: 简启恩) (a.k.a. KAN, Andrew; a.k.a. KAN, Andrew Kai Yan), Hong Kong; DOB 22 Sep 1969; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport K03981162 (Hong Kong) expires 28 Mar 2024 (individual) [HK-EO13936].

KANAAN TRAVEL (a.k.a. HILAL TRAVEL AGENCY; a.k.a. HILAL TRAVEL C.A.), Avenida Baralt, Esquina Maderero, Edificio Santa Isabel, Caracas, Venezuela; Avenida Baralt, Esquina Maderero, Edificio Santa Isabel, PB, Local 1, Caracas, Venezuela; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Business Registration Document # 80074366 (Venezuela) [SDGT].

KANAAN, Fauzi (a.k.a. CANAAN, Fazi; a.k.a. CAN'AN, Faouzi; a.k.a. GANAN, Fauzi; a.k.a. KANAAN, Maustaf Fawzi (Faouzi); a.k.a. KAN'AN, Fawzi; a.k.a. KAN'AN, Fawzi Mustafa; a.k.a. KANAN, Fouzi), Calle 2, Residencias Cosmos, Fifth Floor, Apartment 5D, La Urbina, Caracas, Venezuela; Esquina Bucare, Building 703, Second Floor, Apartment 20, Caracas, Venezuela; DOB 07 Jun 1943; alt. DOB Feb 1943; alt. DOB 01 Jun 1943; POB Lebanon; alt. POB Betechelida, Lebanon; alt. POB Baalbeck, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 0877677 (Venezuela); National ID No. V-6.919.272 (Venezuela) (individual) [SDGT].

KANAAN, Ghazi, Damascus, Syria; DOB circa 1943; POB Near Qerdaha, Syria; nationality Syria; Minister of Interior, Syria (individual) [SYRIA].

KANAAN, Maustaf Fawzi (Faouzi) (a.k.a. CANAAN, Fazi; a.k.a. CAN'AN, Faouzi; a.k.a. GANAN, Fauzi; a.k.a. KANAAN, Fauzi; a.k.a. KAN'AN, Fawzi; a.k.a. KAN'AN, Fawzi Mustafa; a.k.a. KANAN, Fouzi), Calle 2, Residencias Cosmos, Fifth Floor, Apartment 5D, La Urbina, Caracas, Venezuela; Esquina Bucare, Building 703, Second Floor, Apartment 20, Caracas, Venezuela; DOB 07 Jun 1943; alt. DOB Feb 1943; alt. DOB 01 Jun 1943; POB Lebanon; alt. POB Betechelida, Lebanon; alt. POB Baalbeck, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 0877677 (Venezuela); National ID No. V-6.919.272 (Venezuela) (individual) [SDGT].

KANAFER, Hicham (a.k.a. KANAFER, Hisham; a.k.a. KHANAFAR, Hisham; a.k.a. KHANAFER, Hicham Nmer; a.k.a. KHANAFIR, Hisham); DOB 23 May 1965; POB Ainata, Lebanon; alt. POB Kuntair, The Gambia; nationality Lebanon; alt. nationality The Gambia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial

Sanctions Regulations; Passport 1617889 (Lebanon) (individual) [SDGT].

KANAFER, Hisham (a.k.a. KANAFER, Hicham; a.k.a. KHANAFAR, Hisham; a.k.a. KHANAFER, Hicham Nmer; a.k.a. KHANAFIR, Hisham); DOB 23 May 1965; POB Ainata, Lebanon; alt. POB Kuntair, The Gambia; nationality Lebanon; alt. nationality The Gambia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 1617889 (Lebanon) (individual) [SDGT].

KAN'AN, Fawzi (a.k.a. CANAAN, Fazi; a.k.a. CAN'AN, Faouzi; a.k.a. GANAN, Fauzi; a.k.a. KANAAN, Fauzi; a.k.a. KANAAN, Maustaf Fawzi (Faouzi); a.k.a. KAN'AN, Fawzi Mustafa; a.k.a. KANAN, Fouzi), Calle 2, Residencias Cosmos, Fifth Floor, Apartment 5D, La Urbina, Caracas, Venezuela; Esquina Bucare, Building 703, Second Floor, Apartment 20, Caracas, Venezuela; DOB 07 Jun 1943; alt. DOB Feb 1943; alt. DOB 01 Jun 1943; POB Lebanon; alt. POB Betechelida, Lebanon; alt. POB Baalbeck, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 0877677 (Venezuela); National ID No. V-6.919.272 (Venezuela) (individual) [SDGT].

KAN'AN, Fawzi Mustafa (a.k.a. CANAAN, Fazi; a.k.a. CAN'AN, Faouzi; a.k.a. GANAN, Fauzi; a.k.a. KANAAN, Fauzi; a.k.a. KANAAN, Maustaf Fawzi (Faouzi); a.k.a. KAN'AN, Fawzi; a.k.a. KANAN, Fouzi), Calle 2, Residencias Cosmos, Fifth Floor, Apartment 5D, La Urbina, Caracas, Venezuela; Esquina Bucare, Building 703, Second Floor, Apartment 20, Caracas, Venezuela; DOB 07 Jun 1943; alt. DOB Feb 1943; alt. DOB 01 Jun 1943; POB Lebanon; alt. POB Betechelida, Lebanon; alt. POB Baalbeck, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 0877677 (Venezuela); National ID No. V-6.919.272 (Venezuela) (individual) [SDGT].

KANAN, Fouzi (a.k.a. CANAAN, Fazi; a.k.a. CAN'AN, Faouzi; a.k.a. GANAN, Fauzi; a.k.a. KANAAN, Fauzi; a.k.a. KANAAN, Maustaf Fawzi (Faouzi); a.k.a. KAN'AN, Fawzi Mustafa), Calle 2, Residencias Cosmos, Fifth Floor, Apartment 5D, La Urbina, Caracas, Venezuela; Esquina Bucare, Building 703, Second Floor, Apartment 20, Caracas, Venezuela; DOB 07 Jun 1943; alt. DOB Feb 1943; alt. DOB 01 Jun 1943; POB Lebanon; alt. POB Betechelida, Lebanon; alt. POB Baalbeck,

Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 0877677 (Venezuela); National ID No. V-6.919.272 (Venezuela) (individual) [SDGT].

KANAN, Radwan (a.k.a. AL-ADANI, Abu 'Abd al-Rahman; a.k.a. AL-NAQAZ, Basil Muhsin Ahmad; a.k.a. KANNA, Radwan; a.k.a. QANAN, Radwan Muhammad Husayn Ali), Aden, Yemen; al-Tawilah, Kraytar District, Aden, Yemen; DOB 07 Sep 1975; alt. DOB 1982; POB Abyan Governorate, Khanfar, Al-Rumilah, Yemen; Gender Male (individual) [SDGT] (Linked To: ISIL-YEMEN).

KANAYEV, Alexey Valerianovich (Cyrillic: КАНАЕВ, Алексей Валерианович), Russia; DOB 30 Sep 1971; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KANDELAKI, Tina (Cyrillic: КАНДЕЛАКИ, Тина) (a.k.a. KANDELAKI, Tnatin), Krylatskie Holmi St. 37-269, Moscow 121614, Russia; DOB 10 Nov 1975; POB Tbilisi, Georgia; nationality Russia; alt. nationality Georgia; Gender Female; Passport 757242217 (Russia) (individual) [RUSSIA-EO14024] (Linked To: BROVKO, Vasily Yuryevich).

KANDELAKI, Tnatin (a.k.a. KANDELAKI, Tina (Cyrillic: КАНДЕЛАКИ, Тина)), Krylatskie Holmi St. 37-269, Moscow 121614, Russia; DOB 10 Nov 1975; POB Tbilisi, Georgia; nationality Russia; alt. nationality Georgia; Gender Female; Passport 757242217 (Russia) (individual) [RUSSIA-EO14024] (Linked To: BROVKO, Vasily Yuryevich).

KANDI, Omid Moosazadeh Hamzeh (a.k.a. KANDI, Omid Mousazadeh), Iran; DOB 18 Dec 1988; POB Salmas, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KANDI, Omid Mousazadeh (a.k.a. KANDI, Omid Moosazadeh Hamzeh), Iran; DOB 18 Dec 1988; POB Salmas, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KANDIHO, Abel, Uganda; DOB 11 Jun 1970; POB Mbarara, Uganda; nationality Uganda; Gender Male; Passport DA025622 (Uganda) expires 29 Mar 2027 (individual) [GLOMAG].

KANG, Chol Hak (Korean: 강철학) (a.k.a. KANG, Ch'ol-hak), Shenyang, China; DOB 06 Sep 1962; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

KANG, Chol Su, Linjiang, China; DOB 13 Feb 1969; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472234895 (Korea, North); Korea Ryonbong General Corporation Official (individual) [NPWMD] (Linked To: KOREA RYONBONG GENERAL CORPORATION).

KANG, Ch'ol-hak (a.k.a. KANG, Chol Hak (Korean: 강철학)), Shenyang, China; DOB 06 Sep 1962; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

KANG, Hong-Mun (a.k.a. HASHIMOTO, Hirofumi; a.k.a. KYO, Hirofumi); DOB 08 Jan 1947 (individual) [TCO].

KANG, Kyong Il (a.k.a. KANG, Kyo'ng-il), Tehran, Iran; DOB 01 Sep 1969; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563210175 (Korea, North) (individual) [DPRK] (Linked To: GREEN PINE ASSOCIATED CORPORATION).

KANG, Kyo'ng-il (a.k.a. KANG, Kyong Il), Tehran, Iran; DOB 01 Sep 1969; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport

563210175 (Korea, North) (individual) [DPRK] (Linked To: GREEN PINE ASSOCIATED CORPORATION).

KANG, Min, Beijing, China; DOB 07 May 1980; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563132918 expires 04 Feb 2018; Korea Daesong Bank representative (individual) [DPRK4].

KANG, Mun-kil (a.k.a. JIAN, WenJi), Korea, North; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS 472330208 (Korea, North) expires 04 Jul 2017 (individual) [NPWMD] (Linked To: NAMCHONGANG TRADING CORPORATION).

KANG, Myong Chol (a.k.a. PAK, Han Se), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290410121 (Korea, North); Vice Chairman of the Second Economic Committee (individual) [NPWMD] (Linked To: SECOND ECONOMIC COMMITTEE).

KANG, Phil Hun (a.k.a. KANG, Pil Hoon; a.k.a. KANG, P'il-Hun), Korea, North; DOB 11 Jun 1943; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of the General Political Bureau of the Ministry of People's Security (individual) [DPRK2].

KANG, Phyong Guk (a.k.a. KANG, Pyong Guk; a.k.a. KANG, P'yo'ng-kuk), Beijing, China; DOB 07 Jun 1978; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK] (Linked To: GREEN PINE ASSOCIATED CORPORATION).

KANG, Pil Hoon (a.k.a. KANG, Phil Hun; a.k.a. KANG, P'il-Hun), Korea, North; DOB 11 Jun

1943; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of the General Political Bureau of the Ministry of People's Security (individual) [DPRK2].

KANG, P'il-Hun (a.k.a. KANG, Phil Hun; a.k.a. KANG, Pil Hoon), Korea, North; DOB 11 Jun 1943; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of the General Political Bureau of the Ministry of People's Security (individual) [DPRK2].

KANG, Pyong Guk (a.k.a. KANG, Phyong Guk; a.k.a. KANG, P'yo'ng-kuk), Beijing, China; DOB 07 Jun 1978; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK] (Linked To: GREEN PINE ASSOCIATED CORPORATION).

KANG, P'yo'ng-kuk (a.k.a. KANG, Phyong Guk; a.k.a. KANG, Pyong Guk), Beijing, China; DOB 07 Jun 1978; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK] (Linked To: GREEN PINE ASSOCIATED CORPORATION).

KANG, Ryong; DOB 21 Aug 1968; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; KOMID official in Syria (individual) [DPRK2].

KANG, Song Nam, Korea, North; DOB 28 Jul 1962; POB North P'yo'ngan Province, North Korea; citizen Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654410025 (Korea, North) expires 14

Oct 2019; Bureau Director (individual) [DPRK3] (Linked To: MINISTRY OF STATE SECURITY).

KANGBONG TRADING CORPORATION, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KANILAI FAMILY FARMS (a.k.a. KANILAI FARMS LIMITED; a.k.a. KANILAI WORNI FAMILY FARMS LTD; a.k.a. KANILAI WORNI FARMS), Kanilai, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

KANILAI FARMS LIMITED (a.k.a. KANILAI FAMILY FARMS; a.k.a. KANILAI WORNI FAMILY FARMS LTD; a.k.a. KANILAI WORNI FARMS), Kanilai, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

KANILAI GROUP INTERNATIONAL (a.k.a. KGI INTERNATIONAL COMPANY LTD), Banjul, The Gambia; P.O. Box 3070 Serrekunda, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

KANILAI WORNI FAMILY FARMS LTD (a.k.a. KANILAI FAMILY FARMS; a.k.a. KANILAI FARMS LIMITED; a.k.a. KANILAI WORNI FARMS), Kanilai, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

KANILAI WORNI FARMS (a.k.a. KANILAI FAMILY FARMS; a.k.a. KANILAI FARMS LIMITED; a.k.a. KANILAI WORNI FAMILY FARMS LTD), Kanilai, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

KANISHCHEV, Pavel; DOB 1986; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KANIYAT MILITIA (f.k.a. "7TH BRIGADE"; a.k.a. "9TH BRIGADE"; a.k.a. "AL-KANI MILITIA"; a.k.a. "AL-KANIYAT"; a.k.a. "KANI BRIGADE"; a.k.a. "KANIAT"; a.k.a. "KANIYAT"; a.k.a. "KANYAT"; f.k.a. "TARHUNA 7TH BRIGADE"; f.k.a. "TARHUNA BRIGADE"), Libya [GLOMAG].

KANNA, Radwan (a.k.a. AL-ADANI, Abu 'Abd al-Rahman; a.k.a. AL-NAQAZ, Basil Muhsin Ahmad; a.k.a. KANAN, Radwan; a.k.a. QANAN, Radwan Muhammad Husayn Ali), Aden, Yemen; al-Tawilah, Kraytar District, Aden, Yemen; DOB 07 Sep 1975; alt. DOB 1982; POB Abyan Governorate, Khanfar, Al-Rumilah, Yemen; Gender Male (individual) [SDGT] (Linked To: ISIL-YEMEN).

KANOGLU, Hidayet, Rize, Turkey; DOB 30 Jan 1973; POB Ankara, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] (Linked To: SAZEH MORAKAB CO. LTD).

KANOKOV, Arsen (a.k.a. KANOKOV, Arsen Bashirovich (Cyrillic: КАНОКОВ, Арсен Баширович)), Russia; DOB 22 Feb 1957; POB Shitkhala, Kabardino-Balkaria, Russia; nationality Russia; Gender Male; Tax ID No. 773001202577 (Russia); Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KANOKOV, Arsen Bashirovich (Cyrillic: КАНОКОВ, Арсен Баширович) (a.k.a. KANOKOV, Arsen), Russia; DOB 22 Feb 1957; POB Shitkhala, Kabardino-Balkaria, Russia; nationality Russia; Gender Male; Tax ID No. 773001202577 (Russia); Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KANOKOV, Timur Borisovich (Cyrillic: КАНОКОВ, Тимур Борисович), Russia; DOB 24 Sep 1972; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KANONIERI KURDEBI (a.k.a. KANONIERI QURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: BOP B ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

KANONIERI QURDEBI (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: BOP B ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-

ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

KANONIERI QURDI (a.k.a. KANONIERI KURDEBI; a.k.a. KANONIERI QURDEBI; a.k.a. RAMKIANI QURDEBI; a.k.a. RAMKIANI QURDI; a.k.a. SINIE; a.k.a. THIEF-IN-LAW; a.k.a. THIEVES PROFESSING THE CODE; a.k.a. THIEVES-IN-LAW; a.k.a. THIEVES-WITHIN-THE-LAW; a.k.a. VOR V ZAKONYE; a.k.a. VOR-V-ZAKONE (Cyrillic: BOP B ЗАКОНЕ); a.k.a. VORY V ZAKONI; a.k.a. VORY V ZAKONYE; a.k.a. VORY-V-ZAKONE (Cyrillic: ВОРЫ В ЗАКОНЕ); a.k.a. VOR-ZAKONNIK; a.k.a. ZAKONNIK (Cyrillic: ЗАКОННИК)), United States; Russia; Greece; Ukraine; Spain [TCO].

KANSO FISHING AGENCY LIMITED, Kissy Dockyard, Freetown, Sierra Leone; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: QANSU, Ali Muhammad).

KANSO, Ali Mohamed (a.k.a. KANSOU, Ali Mohamed; a.k.a. QANSU, Ali; a.k.a. QANSU, Ali Muhammad), Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; 5 Guma Valley Drive, Spur Road, Freetown, Sierra Leone; Haret Hreik, Lebanon; DOB 01 Oct 1967; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL3504023 (Lebanon); alt. Passport RL 522139 (Lebanon) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

KANSO, Jehad (a.k.a. KANSO, Jehad Mohamed; a.k.a. KANSO, Jihad; a.k.a. KANSO, Jihad Mohamad; a.k.a. KANSOU, Jihad Mohamad; a.k.a. KANSU, Jehad; a.k.a. QANSAWH, Jehad; a.k.a. QANSO, Jehad; a.k.a. QANSU, Jihad; a.k.a. QANSU, Jihad Muhammad), Jinah-Hafez Al Asad Street, Abedah Building-1st Floor, Beirut, Lebanon; Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; DOB 10 Feb 1966; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL2647015 (Lebanon); alt. Passport 127298342 (Venezuela)

(individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

KANSO, Jehad Mohamed (a.k.a. KANSO, Jehad; a.k.a. KANSO, Jihad; a.k.a. KANSO, Jihad Mohamad; a.k.a. KANSOU, Jihad; a.k.a. KANSOU, Jihad Mohamad; a.k.a. KANSU, Jehad; a.k.a. QANSAWH, Jehad; a.k.a. QANSO, Jehad; a.k.a. QANSU, Jihad; a.k.a. QANSU, Jihad Muhammad), Jinah-Hafez Al Asad Street, Abedah Building-1st Floor, Beirut, Lebanon; Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; DOB 10 Feb 1966; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL2647015 (Lebanon); alt. Passport 127298342 (Venezuela) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

KANSO, Jihad (a.k.a. KANSO, Jehad; a.k.a. KANSO, Jehad Mohamed; a.k.a. KANSO, Jihad Mohamad; a.k.a. KANSOU, Jihad; a.k.a. KANSOU, Jihad Mohamad; a.k.a. KANSU, Jehad; a.k.a. QANSAWH, Jehad; a.k.a. QANSO, Jehad; a.k.a. QANSU, Jihad; a.k.a. QANSU, Jihad Muhammad), Jinah-Hafez Al Asad Street, Abedah Building-1st Floor, Beirut, Lebanon; Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; DOB 10 Feb 1966; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL2647015 (Lebanon); alt. Passport 127298342 (Venezuela) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

KANSO, Jihad Mohamad (a.k.a. KANSO, Jehad; a.k.a. KANSO, Jehad Mohamed; a.k.a. KANSO, Jihad; a.k.a. KANSOU, Jihad; a.k.a. KANSOU, Jihad Mohamad; a.k.a. KANSU, Jehad; a.k.a. QANSAWH, Jehad; a.k.a. QANSO, Jehad; a.k.a. QANSU, Jihad; a.k.a. QANSU, Jihad Muhammad), Jinah-Hafez Al Asad Street, Abedah Building-1st Floor, Beirut, Lebanon; Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; DOB 10 Feb 1966; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male;

Passport RL2647015 (Lebanon); alt. Passport 127298342 (Venezuela) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

KANSOU, Ali Mohamed (a.k.a. KANSO, Ali Mohamed; a.k.a. QANSU, Ali; a.k.a. QANSU, Ali Muhammad), Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; 5 Guma Valley Drive, Spur Road, Freetown, Sierra Leone; Haret Hreik, Lebanon; DOB 01 Oct 1967; POB Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL3504023 (Lebanon); alt. Passport RL 522139 (Lebanon) (individual) [SDGT] (Linked To: TABAJA, Adham Husayn).

KANSOU, Jihad (a.k.a. KANSO, Jehad; a.k.a. KANSO, Jehad Mohamed; a.k.a. KANSO, Jihad; a.k.a. KANSO, Jihad Mohamad; a.k.a. KANSOU, Jihad Mohamad; a.k.a. KANSU, Jehad; a.k.a. QANSAWH, Jehad; a.k.a. QANSO, Jehad; a.k.a. QANSU, Jihad; a.k.a. QANSU, Jihad Muhammad), Jinah-Hafez Al Asad Street, Abedah Building-1st Floor, Beirut, Lebanon; Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; DOB 10 Feb 1966; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL2647015 (Lebanon); alt. Passport 127298342 (Venezuela) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

KANSOU, Jihad Mohamad (a.k.a. KANSO, Jehad; a.k.a. KANSO, Jehad Mohamed; a.k.a. KANSO, Jihad; a.k.a. KANSO, Jihad Mohamad; a.k.a. KANSOU, Jihad; a.k.a. KANSU, Jehad; a.k.a. QANSAWH, Jehad; a.k.a. QANSO, Jehad; a.k.a. QANSU, Jihad; a.k.a. QANSU, Jihad Muhammad), Jinah-Hafez Al Asad Street, Abedah Building-1st Floor, Beirut, Lebanon; Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; DOB 10 Feb 1966; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL2647015 (Lebanon); alt. Passport 127298342 (Venezuela) (individual) [SDGT]

(Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

KANSU, Jehad (a.k.a. KANSO, Jehad; a.k.a. KANSO, Jehad Mohamed; a.k.a. KANSO, Jihad; a.k.a. KANSO, Jihad Mohamad; a.k.a. KANSOU, Jihad; a.k.a. KANSOU, Jihad Mohamad; a.k.a. QANSAWH, Jehad; a.k.a. QANSO, Jehad; a.k.a. QANSU, Jihad; a.k.a. QANSU, Jihad Muhammad), Jinah-Hafez Al Asad Street, Abedah Building-1st Floor, Beirut, Lebanon; Hafez Al Assaad Street, Abadi Building, 1st Floor, Jnah, Baabda, Lebanon; Hafez Al Assaad Street, Ebadi Building, 1st Floor, Jnah, Baabda, Lebanon; DOB 10 Feb 1966; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL2647015 (Lebanon); alt. Passport 127298342 (Venezuela) (individual) [SDGT] (Linked To: AL-INMAA ENGINEERING AND CONTRACTING).

KANTRAJI, Amir Hachem (a.k.a. ALKANTRANJI, Amir Hachem; a.k.a. KATRA, Amir; a.k.a. KATRANGI, Amir; a.k.a. KATRANGI, Amir Hachem; a.k.a. KATRANJI, Amir; a.k.a. KATRANJI, Amir Hachem; a.k.a. KATRANJI, Amir Hashem); DOB 24 Jun 1966; POB Hama, Syria; nationality Syria; Managing Director and Co-founder of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KANYAMA TSHISIKU, Celestin (a.k.a. KANYAMA, Celestin (Latin: KANYAMA, Céléstin); a.k.a. KANYAMA, Celestin Cishiku); DOB 04 Oct 1960; POB Kananga, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport OB0637580 issued 20 May 2014 expires 19 May 2019; Kinshasa Police Chief (individual) [DRCONGO].

KANYAMA, Celestin (Latin: KANYAMA, Céléstin) (a.k.a. KANYAMA TSHISIKU, Celestin; a.k.a. KANYAMA, Celestin Cishiku); DOB 04 Oct 1960; POB Kananga, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport OB0637580 issued 20 May 2014 expires 19 May 2019; Kinshasa Police Chief (individual) [DRCONGO].

KANYAMA, Celestin Cishiku (a.k.a. KANYAMA TSHISIKU, Celestin; a.k.a. KANYAMA, Celestin (Latin: KANYAMA, Céléstin)); DOB 04 Oct 1960; POB Kananga, Democratic Republic of the Congo; nationality Congo, Democratic Republic of the; Gender Male; Passport

OB0637580 issued 20 May 2014 expires 19 May 2019; Kinshasa Police Chief (individual) [DRCONGO].

KAPERE, Otim (a.k.a. BASHIR, Ali Lalobo; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLA, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "Caesar"; a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

KAPIDZIC, Esad (a.k.a. KAPIDZIC, Eso), Serbia; DOB 23 Jun 1959; alt. DOB 23 Jun 1958; POB Prijepolje, Montenegro; nationality Serbia; Gender Male (individual) [GLOMAG] (Linked To: TESIC, Slobodan).

KAPIDZIC, Eso (a.k.a. KAPIDZIC, Esad), Serbia; DOB 23 Jun 1959; alt. DOB 23 Jun 1958; POB Prijepolje, Montenegro; nationality Serbia; Gender Male (individual) [GLOMAG] (Linked To: TESIC, Slobodan).

KAPLUNNIK, Irina Aleksandrovna, Moscow, Russia; Bulgaria; DOB 1969; nationality Russia; alt. nationality Bulgaria; Gender Female (individual) [RUSSIA-EO14024].

KAPO-AVTOTRANS OOO (a.k.a. LIMITED LIABILITY COMPANY KAPO-AVTOTRANS; a.k.a. PSK AVIASTROI), ul Dementyeva d 2B, Kazan 420127, Russia; Tax ID No. 1661022799 (Russia); Registration Number 1081690078700 (Russia) [RUSSIA-EO14024] (Linked To: TUPOLEV PUBLIC JOINT STOCK COMPANY).

KAPTAN, Mustafa Omer, Turkey; DOB 12 Jan 2003; POB Fatih, Turkey; citizen Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport U25122157 (Turkey) expires 29 Sep 2031; National ID No. 24374076362 (Turkey) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KAR, Mavlut (a.k.a. AL UBAYDA, Mulfit Kar liyas; a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mawlud; a.k.a. KAR, Meluvet; a.k.a. KAR, Mevlut; a.k.a. KAR, Mivlut; a.k.a. YUSOV, Yanal; a.k.a. ZIKARA, Mevlut; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEIDAH AL TURKI"; a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "ABU UDEJF EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren

Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

KAR, Mawlud (a.k.a. AL UBAYDA, Mulfit Kar liyas; a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mavlut; a.k.a. KAR, Meluvet; a.k.a. KAR, Mevlut; a.k.a. KAR, Mivlut; a.k.a. YUSOV, Yanal; a.k.a. ZIKARA, Mevlut; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEIDAH AL TURKI"; a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "ABU UDEJF EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

KAR, Meluvet (a.k.a. AL UBAYDA, Mulfit Kar liyas; a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mavlut; a.k.a. KAR, Mawlud; a.k.a. KAR, Mevlut; a.k.a. KAR, Mivlut; a.k.a. YUSOV, Yanal; a.k.a. ZIKARA, Mevlut; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEIDAH AL TURKI"; a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "ABU UDEJF EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

KAR, Mevlut (a.k.a. AL UBAYDA, Mulfit Kar liyas; a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mavlut; a.k.a. KAR, Mawlud; a.k.a. KAR, Meluvet; a.k.a. KAR, Mivlut; a.k.a. YUSOV, Yanal; a.k.a. ZIKARA, Mevlut; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEIDAH AL TURKI"; a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "ABU UDEJF EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

KAR, Mivlut (a.k.a. AL UBAYDA, Mulfit Kar liyas; a.k.a. ALMANCI, Abdurrahman; a.k.a. KAR, Mavlut; a.k.a. KAR, Mawlud; a.k.a. KAR, Meluvet; a.k.a. KAR, Mevlut; a.k.a. YUSOV,

Yanal; a.k.a. ZIKARA, Mevlut; a.k.a. "ABDULLAH THE TURK"; a.k.a. "ABU OBEIDAH AL TURKI"; a.k.a. "ABU OBEJD EL-TURKI"; a.k.a. "ABU UDEJF EL-TURKI"; a.k.a. "AL TURKI KYOSEV"), Germany; Gungoren Merkez Mahallesi Toros Sokak 6/5, Istanbul, Turkey; DOB 25 Dec 1978; POB Ludwigshafen, Germany; nationality Germany; alt. nationality Turkey; Passport TR-M842033 (Turkey) issued 02 May 2002 expires 24 Jul 2007; Associated with Islamic Jihad Group (individual) [SDGT].

KARA INDUSTRIAL TRADING GMBH, Am Seestern 8, Dusseldorf 40457, Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 23 Sep 2014; V.A.T. Number DE29782687 (Germany); Legal Entity Number 549300BYIOZP5U0LN442 (Germany); Registration Number HRB 73611 (Germany) [IRAN-EO13871] (Linked To: KHOUZESTAN STEEL COMPANY).

KARABA, Alfred Fatuyo (a.k.a. FATIYO, Alfred; a.k.a. FUTOYI, Alfred; a.k.a. FUTUYO, Alfred; a.k.a. KARABA, Alfred Futuyo), Yambio, Western Equatoria, South Sudan; DOB 1971 to 1973; POB Sudan; Gender Male (individual) [SOUTH SUDAN].

KARABA, Alfred Futuyo (a.k.a. FATIYO, Alfred; a.k.a. FUTOYI, Alfred; a.k.a. FUTUYO, Alfred; a.k.a. KARABA, Alfred Fatuyo), Yambio, Western Equatoria, South Sudan; DOB 1971 to 1973; POB Sudan; Gender Male (individual) [SOUTH SUDAN].

KARADH AL-HASSAN (a.k.a. AL-QARD AL-HASSAN ASSOCIATION; a.k.a. AL-QUARD AL-HASSAN ASSOCIATION; a.k.a. AL-QUARDH AL-HASSAN ASSOCIATION), Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

KARADZIC, Luka, Dubrovacka Street No 14, Belgrade, Serbia; Janka Vukotica Street No 24, Rastoci, Municipality of Niksic, Montenegro; DOB 31 Jul 1951; alt. DOB 01 Jul 1951; POB Savnik, Serbia and Montenegro; alt. POB Petnic, Serbia and Montenegro (individual) [BALKANS].

KARADZIC, Radovan; DOB 19 Jun 1945; POB Petnica, Serbia and Montenegro; ICTY indictee at large; former president of the Republika Srpska (individual) [BALKANS].

KARADZIC-JOVICEVIC, Sonja; DOB 22 May 1967; POB Sarajevo, Bosnia-Herzegovina (individual) [BALKANS].

KARAEU, Yuriy Khadzimuratavich (Cyrillic: КАРАЕЎ, Юрый Хаджымуратавіч) (a.k.a. KARAEV, Yuri; a.k.a. KARAEV, Yuriy (Cyrillic: КАРАЕВ, Юрий); a.k.a. KARAEV, Yuriy Khadzimuratovich (Cyrillic: КАРАЕВ, Юрий Хаджимуратович); a.k.a. KARAYEV, Yuri), Minsk, Belarus; DOB 21 Jun 1966; POB Vladikavkaz, Russian Federation; nationality Belarus; Gender Male (individual) [BELARUS].

KARAEV, Yuri (a.k.a. KARAEU, Yuriy Khadzimuratavich (Cyrillic: КАРАЕЎ, Юрый Хаджымуратавіч); a.k.a. KARAEV, Yuriy (Cyrillic: КАРАЕВ, Юрий); a.k.a. KARAEV, Yuriy Khadzimuratovich (Cyrillic: КАРАЕВ, Юрий Хаджимуратович); a.k.a. KARAYEV, Yuri), Minsk, Belarus; DOB 21 Jun 1966; POB Vladikavkaz, Russian Federation; nationality Belarus; Gender Male (individual) [BELARUS].

KARAEV, Yuriy (Cyrillic: КАРАЕВ, Юрий) (a.k.a. KARAEU, Yuriy Khadzimuratavich (Cyrillic: КАРАЕЎ, Юрый Хаджымуратавіч); a.k.a. KARAEV, Yuri; a.k.a. KARAEV, Yuriy Khadzimuratovich (Cyrillic: КАРАЕВ, Юрий Хаджимуратович); a.k.a. KARAYEV, Yuri), Minsk, Belarus; DOB 21 Jun 1966; POB Vladikavkaz, Russian Federation; nationality Belarus; Gender Male (individual) [BELARUS].

KARAEV, Yuriy Khadzimuratovich (Cyrillic: КАРАЕВ, Юрий Хаджимуратович) (a.k.a. KARAEU, Yuriy Khadzimuratavich (Cyrillic: КАРАЕЎ, Юрый Хаджымуратавіч); a.k.a. KARAEV, Yuri; a.k.a. KARAEV, Yuriy (Cyrillic: КАРАЕВ, Юрий); a.k.a. KARAYEV, Yuri), Minsk, Belarus; DOB 21 Jun 1966; POB Vladikavkaz, Russian Federation; nationality Belarus; Gender Male (individual) [BELARUS].

KARAFARIN BANK (a.k.a. BANK-E KARAFARIN), Zafar St. No. 315, Between Vali Asr and Jordan, Tehran, Iran; SWIFT/BIC KBIDIRTH; Website www.karafarinbank.com; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IRAN-EO13902].

KARAGHULLY, Labeed A., Iraq; General Manager of REAL ESTATE BANK (individual) [IRAQ2].

KARAJ NUCLEAR RESEARCH CENTER FOR AGRICULTURE AND MEDICINE (a.k.a. AGRICULTURAL, MEDICAL, AND INDUSTRIAL RESEARCH CENTER; f.k.a. NUCLEAR RESEARCH CENTER FOR AGRICULTURE AND MEDICINE; a.k.a. "AMIRC"; f.k.a. "NRCAM"), Karaj, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE).

KARAKEYAN, Roberto Albertovich (a.k.a. CHOLOKYAN, Roberto; a.k.a. KARAKEYAN, Ruben Albertovich; a.k.a. TATULIAN, Ruben Albertovich (Cyrillic: ТАТУЛЯН, РУБЕН АЛЬБЕРТОВИЧ); a.k.a. TATULYAN, Ruben Albertovich; a.k.a. "ROBIK"; a.k.a. "ROBSON" (Cyrillic: "РОБСОН")), Trident Grand Residence, Unit 604, Dubai Marina, Dubai 93743, United Arab Emirates; DOB 08 Dec 1969; POB Sochi, Russia; Gender Male; Passport 710091868 (Russia); Tax ID No. 231704411067 (Russia); Identification Number 312236712500061 (Russia); alt. Identification Number 0184214173 (Russia) (individual) [TCO] (Linked To: VESNA HOTEL AND SPA; Linked To: NOVYI VEK - MEDIA; Linked To: THIEVES-IN-LAW).

KARAKEYAN, Ruben Albertovich (a.k.a. CHOLOKYAN, Roberto; a.k.a. KARAKEYAN, Roberto Albertovich; a.k.a. TATULIAN, Ruben Albertovich (Cyrillic: ТАТУЛЯН, РУБЕН АЛЬБЕРТОВИЧ); a.k.a. TATULYAN, Ruben Albertovich; a.k.a. "ROBIK"; a.k.a. "ROBSON" (Cyrillic: "РОБСОН")), Trident Grand Residence, Unit 604, Dubai Marina, Dubai 93743, United Arab Emirates; DOB 08 Dec 1969; POB Sochi, Russia; Gender Male; Passport 710091868 (Russia); Tax ID No. 231704411067 (Russia); Identification Number 312236712500061 (Russia); alt. Identification Number 0184214173 (Russia) (individual) [TCO] (Linked To: VESNA HOTEL AND SPA; Linked To: NOVYI VEK - MEDIA; Linked To: THIEVES-IN-LAW).

KARAKI, Ali (a.k.a. KARAKI, Muhammad; a.k.a. KARAKI, Muhammad 'Ali; a.k.a. "AL-FADL, Abu"); DOB 25 Feb 1967; POB Ein Bousewar, Lebanon; citizen Guinea; Gender Male; Passport RL1025526 (Lebanon) issued 14 May 2007 expires 13 May 2012 (individual) [SDGT].

KARAKI, Muhammad (a.k.a. KARAKI, Ali; a.k.a. KARAKI, Muhammad 'Ali; a.k.a. "AL-FADL, Abu"); DOB 25 Feb 1967; POB Ein Bousewar, Lebanon; citizen Guinea; Gender Male; Passport RL1025526 (Lebanon) issued 14 May 2007 expires 13 May 2012 (individual) [SDGT].

KARAKI, Muhammad 'Ali (a.k.a. KARAKI, Ali; a.k.a. KARAKI, Muhammad; a.k.a. "AL-FADL, Abu"); DOB 25 Feb 1967; POB Ein Bousewar, Lebanon; citizen Guinea; Gender Male; Passport RL1025526 (Lebanon) issued 14 May 2007 expires 13 May 2012 (individual) [SDGT].

KARAM AZIZI, ALLAH (Arabic: عزیزی کرم اله), Karaj, Iran; DOB 22 Jun 1976; POB Mamasani, Fars Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2391217552 (Iran); Warden of Rajaee Shahr Prison (individual) [GLOMAG].

KARAMAAD SYSTEMS MANAGEMENT, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

KARADIR, Aleksandr (a.k.a. CARAMAN, Aleksandru; a.k.a. KARAMAN, Alexander; a.k.a. KARAMAN, Oleksandr); DOB 26 Jul 1956; POB Republic of Mordovia, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KARAMAN, Alexander (a.k.a. CARAMAN, Aleksandru; a.k.a. KARAMAN, Aleksandr; a.k.a. KARAMAN, Oleksandr); DOB 26 Jul 1956; POB Republic of Mordovia, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KARAMAN, Oleksandr (a.k.a. CARAMAN, Aleksandru; a.k.a. KARAMAN, Aleksandr; a.k.a. KARAMAN, Alexander); DOB 26 Jul 1956; POB Republic of Mordovia, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KARAMI, Hassan (Arabic: کرمی حسن), Iran; DOB 1960; POB Urmia, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES).

KARAMI, Mohammad (Arabic: کرمی محمد), Sistan and Baluchistan, Iran; DOB 27 Jan 1966; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport K50849392 (Iran) expires 23 Sep 2024 (individual) [CAATSA - IRAN].

KARAMIAN, Vakhtang (a.k.a. KARAMYAN, Vakhtang); DOB 19 Apr 1991; nationality Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 727409284 (Russia) expires 28 Mar 2023; Middle East Business Development Director at Kalashnikov Concern (individual) [UKRAINE-EO13661] (Linked To: JOINT STOCK COMPANY CONCERN KALASHNIKOV).

KARAMYAN, Vakhtang (a.k.a. KARAMIAN, Vakhtang); DOB 19 Apr 1991; nationality Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 727409284 (Russia) expires 28 Mar 2023; Middle East Business Development Director at Kalashnikov Concern (individual) [UKRAINE-EO13661] (Linked To: JOINT STOCK COMPANY CONCERN KALASHNIKOV).

KARANDA, Pavel Leonidovich (Cyrillic: КАРАНДА, Павел Леонидович), Crimea, Ukraine; DOB 1964; POB Omsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KARA-OOL, Sholban Valerievich (Cyrillic: КАРА-ООЛ, Шолбан Валерьевич), Russia; DOB 18 Jul 1966; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KARASAVIDI, Dmitrii (Cyrillic: КАРАСАВИДИ, Дмитрий) (a.k.a. KARASAVIDI, Dmitriy), Moscow, Russia; DOB 09 Jul 1985; Email Address 2000@911.af; alt. Email Address dm.karasavi@yandex.ru; Gender Male; Digital Currency Address - XBT 1Q6saNmqKkyFB9mFR68Ck8F7Dp7dTopF2W; alt. Digital Currency Address - XBT 1DDA93oZPn7wte2eR1ABwcFoxUFxkKMwCf; Digital Currency Address - ETH 0xd882cfc20f52f2599d84b8e8d58c7fb62cfe344b; Digital Currency Address - XMR 5be5543ff73456ab9f2d207887e2af87322c651ea1a873c5b25b7ffae456c320; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Digital Currency Address - LTC LNwgtMxcKUQ51dw7bQL1yPQjBVZh6QEqsd; Digital Currency Address - ZEC t1g7wowvQ8gn2v8jrU1biyJ26sieNqNsBJy; Digital Currency Address - DASH XnPFsRWTaSgiVauosEwQ6dEitGYXgwznz2; Digital Currency Address - BTG GPwg61XoHqQPNmAucFACuQ5H9sGCDv9TpS; Digital Currency Address - ETC 0xd882cfc20f52f2599d84b8e8d58c7fb62cfe344b; Passport 75 5276391 (Russia) expires 29 Jun 2027 (individual) [CYBER2].

KARASAVIDI, Dmitriy (a.k.a. KARASAVIDI, Dmitrii (Cyrillic: КАРАСАВИДИ, Дмитрий)), Moscow, Russia; DOB 09 Jul 1985; Email Address 2000@911.af; alt. Email Address dm.karasavi@yandex.ru; Gender Male; Digital Currency Address - XBT 1Q6saNmqKkyFB9mFR68Ck8F7Dp7dTopF2W; alt. Digital Currency Address - XBT 1DDA93oZPn7wte2eR1ABwcFoxUFxkKMwCf; Digital Currency Address - ETH 0xd882cfc20f52f2599d84b8e8d58c7fb62cfe344b; Digital Currency Address - XMR 5be5543ff73456ab9f2d207887e2af87322c651ea1a873c5b25b7ffae456c320; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Digital Currency Address - LTC LNwgtMxcKUQ51dw7bQL1yPQjBVZh6QEqsd; Digital Currency Address - ZEC t1g7wowvQ8gn2v8jrU1biyJ26sieNqNsBJy; Digital Currency Address - DASH XnPFsRWTaSgiVauosEwQ6dEitGYXgwznz2; Digital Currency Address - BTG GPwg61XoHqQPNmAucFACuQ5H9sGCDv9TpS; Digital Currency Address - ETC 0xd882cfc20f52f2599d84b8e8d58c7fb62cfe344b; Passport 75 5276391 (Russia) expires 29 Jun 2027 (individual) [CYBER2].

KARASIN, Grigory Borisovich (Cyrillic: КАРАСИН, Григорий Борисович), Russia; DOB 23 Aug 1949; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KARAT INDUSTRY CO., LTD., No. 110 Baiyun Street, Dalian, Liaoning, China; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

KARATE, Mahad (a.k.a. KARATE, Mahad Mohamed Ali; a.k.a. KARATE, Mahad Warsame Qalley; a.k.a. WARSAME, Abdirahim Mohamed); DOB 1957 to 1962; POB Xarardheere, Somalia (individual) [SDGT].

KARATE, Mahad Mohamed Ali (a.k.a. KARATE, Mahad; a.k.a. KARATE, Mahad Warsame Qalley; a.k.a. WARSAME, Abdirahim Mohamed); DOB 1957 to 1962; POB Xarardheere, Somalia (individual) [SDGT].

KARATE, Mahad Warsame Qalley (a.k.a. KARATE, Mahad; a.k.a. KARATE, Mahad Mohamed Ali; a.k.a. WARSAME, Abdirahim Mohamed); DOB 1957 to 1962; POB Xarardheere, Somalia (individual) [SDGT].

KARAYEV, Yuri (a.k.a. KARAEU, Yuriy Khadzymuratavich (Cyrillic: КАРАЕЎ, Юрый Хаджымуратавіч); a.k.a. KARAEV, Yuri; a.k.a. KARAEV, Yuriy (Cyrillic: КАРАЕВ, Юрий); a.k.a. KARAEV, Yuriy Khadzimuratovich (Cyrillic: КАРАЕВ, Юрий Хаджимуратович)),

Minsk, Belarus; DOB 21 Jun 1966; POB Vladikavkaz, Russian Federation; nationality Belarus; Gender Male (individual) [BELARUS].

KARAYILAN, Murat; DOB 05 Jun 1954; alt. DOB 1950; POB Konak, Turkey; nationality Turkey (individual) [SDNTK].

KARBASIAN, Masoud (a.k.a. KARBASIAN, Mas'ud); DOB 14 Jun 1956; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10002096 (Iran) expires 26 Aug 2022; National ID No. 1286504104 (Iran) (individual) [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN OIL COMPANY).

KARBASIAN, Mas'ud (a.k.a. KARBASIAN, Masoud); DOB 14 Jun 1956; POB Isfahan, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D10002096 (Iran) expires 26 Aug 2022; National ID No. 1286504104 (Iran) (individual) [SDGT] [IFSR] (Linked To: NATIONAL IRANIAN OIL COMPANY).

KARDIAM (a.k.a. CARDIAM; a.k.a. KARDIAM BVBA), Hoveniersstraat 30, Box 145, Antwerp 2018, Belgium; Email Address kardiam.bva@skynet.be; V.A.T. Number 0430.033.662 (Belgium); Branch Unit Number 2030.515.945 (Belgium); Enterprise Number 0430.033.662 (Belgium) [CAR].

KARDIAM BVBA (a.k.a. CARDIAM; a.k.a. KARDIAM), Hoveniersstraat 30, Box 145, Antwerp 2018, Belgium; Email Address kardiam.bva@skynet.be; V.A.T. Number 0430.033.662 (Belgium); Branch Unit Number 2030.515.945 (Belgium); Enterprise Number 0430.033.662 (Belgium) [CAR].

KARDIAN, Ari, Cempakawarna Rt, Tasikmalaya, West Java, Indonesia; DOB 16 Feb 1990; POB Tasikmalaya, West Java, Indonesia; nationality Indonesia; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended Executive Order 13886; Passport A 8799177 (Indonesia) expires 28 Aug 2019 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

KAREEM, Aras Habib (a.k.a. KAREEM, Aras Habib Mohamed; a.k.a. KARIM, Aras Habib; a.k.a. "HABIB, Aras"), Iraq; DOB 06 Aug 1967; POB Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KAREEM, Aras Habib Mohamed (a.k.a. KAREEM, Aras Habib; a.k.a. KARIM, Aras Habib; a.k.a. "HABIB, Aras"), Iraq; DOB 06 Aug 1967; POB Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KAREEM, Djibril Abdul (a.k.a. BADRI, Gabril Abdul Kareem; a.k.a. BAREY, Djibril Abdul Kareem; a.k.a. BARI, Gabril Abdul Karim), Darfur, Sudan; DOB circa 1961; Colonel for the National Movement for Reform and Development (NMRD) (individual) [DARFUR].

KARELIN, Aleksandr Alexandrovich (a.k.a. KARELIN, Alexander Alexandrovich (Cyrillic: КАРЕЛИН, Александр Александрович)), Russia; DOB 19 Sep 1967; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KARELIN, Alexander Alexandrovich (Cyrillic: КАРЕЛИН, Александр Александрович) (a.k.a. KARELIN, Aleksandr Alexandrovich), Russia; DOB 19 Sep 1967; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KARELOVA, Galina Nikolayevna (Cyrillic: КАРЕЛОВА, Галина Николаевна), Russia; DOB 29 Jun 1960; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KARFOUL, Hazem (Arabic: حازم قرفول) (a.k.a. KARFOUL, Hazem Younes (Arabic: حازم يونس قرفول); a.k.a. QARFOUL, Hazem Younes), Damascus, Syria; DOB 09 Jul 1976; POB Tartus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

KARFOUL, Hazem Younes (Arabic: حازم يونس قرفول) (a.k.a. KARFOUL, Hazem (Arabic: حازم قرفول); a.k.a. QARFOUL, Hazem Younes), Damascus, Syria; DOB 09 Jul 1976; POB Tartus, Syria; nationality Syria; Gender Male (individual) [SYRIA].

KARGINOV, Sergey Genrikhovich (Cyrillic: КАРГИНОВ, Сергей Генрихович), Russia; DOB 05 Sep 1969; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KARGO SERVIS OOO (a.k.a. AO CARGO SERVICE CENTER; a.k.a. CARGO SERVICE CENTRE; a.k.a. CARGO SERVICE LIMITED

LIABILITY COMPANY), proezd 5-I Predportovyi d. 26, lit. e, pomeshch. 1.29, office 2, Saint Petersburg 196240, Russia; Tax ID No. 7810853472 (Russia); Registration Number 1117847644265 (Russia) [RUSSIA-EO14024].

KARIAKIN, Aleksey (a.k.a. KARYAKIN, Aleksey; a.k.a. KARYAKIN, Alexei; a.k.a. KARYAKIN, Alexei Vyacheslavovich); DOB 07 Apr 1980; POB Stahanov, Luhansk Oblast, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KARIBU AFRICA SERVICES SA (a.k.a. KARIBU DRC; a.k.a. KARIBU WEST; f.k.a. MANICA DRC SPRL), Avenue Panda No. 790, Lubumbashi, Congo, Democratic Republic of the; Avenue Batetela No. 70, Kinshasa, Congo, Democratic Republic of the [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

KARIBU AU DEVELOPMENT DURABLE AU CONGO (a.k.a. FLEURETTE DUTCH GROUP; a.k.a. FLEURETTE GROUP; a.k.a. FLEURETTE PROPERTIES LIMITED; a.k.a. GROUPE FLEURETTE; a.k.a. VENTORA INVESTMENTS S.A.SU), Strawinskylaan 335, WTC, B-Tower 3rd floor, Amsterdam 1077 XX, Netherlands; Gustav Mahlerplein 60, 7th Floor, ITO Tower, Amsterdam 1082 MA, Netherlands; 70 Batetela Avenue, Tilapia Building, 5th floor, Gombe, Kinshasa, Congo, Democratic Republic of the; 57/63 Line Wall Road, Gibraltar GX11 1AA, Gibraltar; 8eme Etage, Immeuble 1113, Boulevard Du 30 Juin No 110, Commune De La Gombe, Kinshasa, Congo, Democratic Republic of the; Commercial Registry Number CD/KNG/RCCM/18-B-00630 (Congo, Democratic Republic of the); Public Registration Number 99450 (Gibraltar) [GLOMAG] (Linked To: GERTLER, Dan).

KARIBU DRC (a.k.a. KARIBU AFRICA SERVICES SA; a.k.a. KARIBU WEST; f.k.a. MANICA DRC SPRL), Avenue Panda No. 790, Lubumbashi, Congo, Democratic Republic of the; Avenue Batetela No. 70, Kinshasa, Congo, Democratic Republic of the [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

KARIBU WEST (a.k.a. KARIBU AFRICA SERVICES SA; a.k.a. KARIBU DRC; f.k.a. MANICA DRC SPRL), Avenue Panda No. 790, Lubumbashi, Congo, Democratic Republic of the; Avenue Batetela No. 70, Kinshasa, Congo, Democratic Republic of the [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

KARIC, Nebojsa (Cyrillic: КАРИЧ, Небойша), Palm Jumeirah, Tiara Residence, Emerald Bldg, Apt. 1102, Dubai, United Arab Emirates; DOB 07 Feb 1979; nationality Serbia; alt. nationality Cyprus; Gender Male; Passport HG043863 (Cyprus) (individual) [BELARUS-EO14038].

KARIM ALI, Ali Abdel (a.k.a. ABD-AL-KARIM ALI, Ali; a.k.a. ABD-AL-KARIM, Ali; a.k.a. ABDULKARIM ALI, Ali; a.k.a. ABDULKARIM, Ali; a.k.a. KARIM ALI, Ali Abdul; a.k.a. KARIM, Ali Abdul); DOB 1953; POB Latakia Governorate, Syria; Syrian Ambassador to Lebanon (individual) [SYRIA].

KARIM ALI, Ali Abdul (a.k.a. ABD-AL-KARIM ALI, Ali; a.k.a. ABD-AL-KARIM, Ali; a.k.a. ABDULKARIM ALI, Ali; a.k.a. ABDULKARIM, Ali; a.k.a. KARIM ALI, Ali Abdel; a.k.a. KARIM, Ali Abdul); DOB 1953; POB Latakia Governorate, Syria; Syrian Ambassador to Lebanon (individual) [SYRIA].

KARIM, Ali Abdul (a.k.a. ABD-AL-KARIM ALI, Ali; a.k.a. ABD-AL-KARIM, Ali; a.k.a. ABDULKARIM ALI, Ali; a.k.a. ABDULKARIM, Ali; a.k.a. KARIM ALI, Ali Abdel; a.k.a. KARIM ALI, Ali Abdul); DOB 1953; POB Latakia Governorate, Syria; Syrian Ambassador to Lebanon (individual) [SYRIA].

KARIM, Aras Habib (a.k.a. KAREEM, Aras Habib; a.k.a. KAREEM, Aras Habib Mohamed; a.k.a. "HABIB, Aras"), Iraq; DOB 06 Aug 1967; POB Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KARIM, Jamil Abdul (a.k.a. HAMEIAH, Jamel; a.k.a. HAMEIAH, Jamil; a.k.a. HAMEIAH, Mamil; a.k.a. HAMEIEH, Jamil; a.k.a. HAMEIH, Jamil; a.k.a. HAMER, Jamil; a.k.a. HAMIAEH, Jamil; a.k.a. HAMIAH, Jamiel; a.k.a. HAMIE, Jamil; a.k.a. HAMIE, Jamil Abdulkarim; a.k.a. HAMIE, Jamile; a.k.a. HAMIEAH, Jamiel; a.k.a. HAMIEAH, Jamil; a.k.a. HAMIEH, Jamal; a.k.a. HAMIEH, Jamiel; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEH, Jamil; a.k.a. HAMIEL, Jamil; a.k.a. HAMIEYE, Jamil; a.k.a. HAMIEYYEH, Jamil; a.k.a. HAMIL, Jamil; a.k.a. HAMIYA, Abdul Jamil; a.k.a. HAMIYE, Jamil; a.k.a. HAMIYYAH, Jamil; a.k.a. HAMIYYEH, Jamil; a.k.a. HAMYH, Jamil; a.k.a. NAZIM, Abou; a.k.a. NEZAM, Abu; a.k.a. NIZAM, Abou); DOB Sep 1938 (individual) [SDNTK].

KARIM, Malik 'Adil, Syria; DOB 16 May 1984; nationality Syria; Scientific Studies and

Research Center Employee (individual) [SYRIA].

KARIM, Shakeel (a.k.a. FAZAL, Shakeel Karim; a.k.a. "KAREEM, Shakeel"), Mohallah Gharib Abad Post Office Hathian, Dist. Mardan, Mardan, KPK, Pakistan; DOB 01 Jan 1975; POB Mardan, Pakistan; nationality Pakistan; citizen Pakistan; Email Address shksma@gmail.com; Gender Male; Passport AF5164852 (Pakistan) issued 01 Oct 2011 expires 29 Sep 2016 (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

KARIM, Yves Andoul (a.k.a. KAHWA, Chief; a.k.a. KAHWA, Mandro Panga; a.k.a. MANDRO, Kawa; a.k.a. MANDRO, Kawa Panga; a.k.a. MANDRO, Khawa Panga; a.k.a. MANDRO, Yves Khawa Panga; a.k.a. PANGA, Kawa); DOB 20 Aug 1973; POB Bunia, Democratic Republic of the Congo; former President, Party for Unity and Safeguarding of the Integrity of Congo (PUSIC) (individual) [DRCONGO].

KARIMA, Abdollah (a.k.a. "VAHID"); DOB 21 Mar 1979; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 093-343402-2; Birth Certificate Number 4043 (individual) [CYBER2].

KARIMI SABET, Javad (a.k.a. KARIMI-SABET, Javad), Iran; DOB 01 Jan 1973; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

KARIMI, Ahmad (Arabic: احمد کریمی) (a.k.a. KARIMI, Ahmad Hasan), Tehran, Iran; DOB 11 Dec 1962; POB Qom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0382947983 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: BONYAD TAAVON SEPAH).

KARIMI, Ahmad Hasan (a.k.a. KARIMI, Ahmad (Arabic: احمد کریمی)), Tehran, Iran; DOB 11 Dec 1962; POB Qom, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0382947983 (Iran) (individual) [IRGC] [IRAN-HR] (Linked To: BONYAD TAAVON SEPAH).

KARIMI, Farzin (Arabic: فرزین کریمی) (a.k.a. MAZLGHANCHAY, Farzin Karimi (Arabic: فرزین کریمی مزلقانچای); a.k.a. MAZLQANCHAY, Farzin

Karimi), Iran; DOB 07 Dec 1992; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0440273961 (Iran) (individual) [HRIT-IR] (Linked To: RAVIN ACADEMY).

KARIMI, Maziar (a.k.a. KARIMI, Mazyar), Koln, Germany; DOB 23 Sep 1973; nationality Iran; alt. nationality Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1755530048 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

KARIMI, Mazyar (a.k.a. KARIMI, Maziar), Koln, Germany; DOB 23 Sep 1973; nationality Iran; alt. nationality Germany; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1755530048 (Iran) (individual) [NPWMD] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

KARIMIADEGANI, Afsaneh (a.k.a. KARIMI-ADEGANI, Afsaneh); DOB 06 Jul 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport F35323181 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

KARIMI-ADEGANI, Afsaneh (a.k.a. KARIMIADEGANI, Afsaneh); DOB 06 Jul 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport F35323181 (Iran) (individual) [NPWMD] [IFSR] (Linked To: IRAN CENTRIFUGE TECHNOLOGY COMPANY).

KARIMIAN, Mohammad Sadegh, Tehran, Iran; DOB 22 May 1987; POB Semirom, Esfahan, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport T47389358 (Iran) expires 30 Jan 2024; National ID No. 1209880970 (Iran) (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KARIMI-SABET, Javad (a.k.a. KARIMI SABET, Javad), Iran; DOB 01 Jan 1973; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [NPWMD] [IFSR] (Linked To: ATOMIC ENERGY ORGANIZATION OF IRAN).

KARIMOVA, Goulnara (a.k.a. KARIMOVA, Goulnora Islamovna; a.k.a. KARIMOVA, Gulnara; a.k.a. "Googoosha"), Tashkent, Uzbekistan; DOB 08 Jul 1972; POB Fergana, Uzbekistan; nationality Uzbekistan; citizen Uzbekistan; Gender Female; Passport DA0006735 (Uzbekistan) (individual) [GLOMAG].

KARIMOVA, Goulnora Islamovna (a.k.a. KARIMOVA, Goulnara; a.k.a. KARIMOVA, Gulnara; a.k.a. "Googoosha"), Tashkent, Uzbekistan; DOB 08 Jul 1972; POB Fergana, Uzbekistan; nationality Uzbekistan; citizen Uzbekistan; Gender Female; Passport DA0006735 (Uzbekistan) (individual) [GLOMAG].

KARIMOVA, Gulnara (a.k.a. KARIMOVA, Goulnara; a.k.a. KARIMOVA, Goulnora Islamovna; a.k.a. "Googoosha"), Tashkent, Uzbekistan; DOB 08 Jul 1972; POB Fergana, Uzbekistan; nationality Uzbekistan; citizen Uzbekistan; Gender Female; Passport DA0006735 (Uzbekistan) (individual) [GLOMAG].

KARIMULLAH, Haji (a.k.a. BARAKZAI, Haji Khairullah; a.k.a. KHAIRULLAH, Haji; a.k.a. KHEIRULLAH, Haji; a.k.a. KHERULLAH, Haji; a.k.a. MOHAMMAD, Hajji Khair; a.k.a. ULLAH, Haji Khair), Abdul Manan Chowk, Pashtunabad, Quetta, Pakistan; DOB 1965; POB Zumbaleh Village, Nahr-e Saraj District, Helmand Province, Afghanistan; alt. POB Qal'ah Abdulla, Pakistan; alt. POB Mirmadaw Village, Gereshk District, Helmand Province, Afghanistan; Passport BP4199631 (Pakistan) expires 25 Jun 2014; National ID No. 5440005229635 (Pakistan) (individual) [SDGT] (Linked To: TALIBAN; Linked To: HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE).

KARKHANEJATE SANAYE HAVAPAYMAIE IRAN (a.k.a. HESA TRADE CENTER; a.k.a. IRAN AIRCRAFT MANUFACTURING COMPANY; a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY (Arabic: شرکت صنایع هواپیماسازی ایران); a.k.a. IRAN AIRCRAFT MANUFACTURING INDUSTRIES; a.k.a. "HAVA PEYMA SAZI-E IRAN"; a.k.a. "HAVAPEYMA SAZHRAN"; a.k.a. "HAVAPEYMA SAZI IRAN"; a.k.a. "HESA"; a.k.a. "HEVAPEIMASAZI"; a.k.a. "HTC"; a.k.a. "IAMCO"; a.k.a. "IAMI"; a.k.a. "SHAHIN CO."), P.O. Box 83145-311, 28 km Esfahan - Tehran Freeway, Shahin Shahr, Esfahan, Iran; P.O. Box 14155-5568, No. 27 Shahamat Ave, Vallie Asr Sqr, Tehran 15946, Iran; P.O. Box 81465-

935, Esfahan, Iran; Shahih Shar Industrial Zone, Esfahan, Iran; P.O. Box 8140, No. 107 Sepahbod Gharany Ave, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100722073 (Iran); Registration Number 26740 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

KARLIN, Alexander Bogdanovich (Cyrillic: КАРЛИН, Александр Богданович), Russia; DOB 29 Oct 1951; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KARLOV, Gennady Vyacheslavovich (Cyrillic: КАРЛОВ, Геннадий Вячеславович); DOB 27 Feb 1960; alt. DOB 1966; Gender Male (individual) [MAGNIT].

KARLOV, Georgy Aleksandrovich (Cyrillic: КАРЛОВ, Георгий Александрович), Russia; DOB 04 Jan 1971; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation [RUSSIA-EO14024].

KARMAZINA, Raisa Vasilievna (Cyrillic: КАРМАЗИНА, Раиса Васильевна), Russia; DOB 09 Jan 1951; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KARMOOSH, Muwafaq Mustafa Mohammed Ali (a.k.a. AL KASAB, Muwafaq Mustafa Muhammad Ali; a.k.a. AL-KARMOUSH, Muafaq Mustafa Mohammed; a.k.a. AL-KARMOUSH, Muwafaq Mustafa; a.k.a. AL-KARMUSH, Muwafaq Mustafa Muhammad 'Ali; a.k.a. AL-KARMUSH, Muwaffaq Mustafa; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad 'Ali Mahmud; a.k.a. EL KHARMOUSH, Muwaffaq Mustafa Mohammad; a.k.a. KARMUSH, Muwaffaq; a.k.a. MUHAMMAD, Muwaffaq Mustafa; a.k.a. "Abu Salah"; a.k.a. "AL-'AFRI, Abu Salah"); DOB 01 Feb 1973; citizen Iraq; Gender Male; Passport A5476394 (Iraq) (individual) [SDGT].

KARMUSH, Muwaffaq (a.k.a. AL KASAB, Muwafaq Mustafa Muhammad Ali; a.k.a. AL-KARMOUSH, Muafaq Mustafa Mohammed; a.k.a. AL-KARMOUSH, Muwafaq Mustafa; a.k.a. AL-KARMUSH, Muwafaq Mustafa Muhammad 'Ali; a.k.a. AL-KARMUSH, Muwaffaq Mustafa;

a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad; a.k.a. AL-KARMUSH, Muwaffaq Mustafa Muhammad 'Ali Mahmud; a.k.a. EL KHARMOUSH, Muwaffaq Mustafa Mohammad; a.k.a. KARMOOSH, Muwafaq Mustafa Mohammed Ali; a.k.a. MUHAMMAD, Muwaffaq Mustafa; a.k.a. "Abu Salah"; a.k.a. "AL-'AFRI, Abu Salah"); DOB 01 Feb 1973; citizen Iraq; Gender Male; Passport A5476394 (Iraq) (individual) [SDGT].

KARNER D.O.O. LJUBLJANA, 177 V Murglah, Ljubljana 1000, Slovenia; Registration ID 5621208 (Slovenia); Tax ID No. 16437748 (Slovenia) [SDNTK].

KARNER, Alenka (a.k.a. HRIBAK, Alenka; a.k.a. HRIBAR, Alenka), IV-044 Rozna Dolina Cesta, Ljubljana, Slovenia; DOB 04 Sep 1978; POB Ljubljana, Slovenia; citizen Slovenia; Registration ID 0409978505053 (Slovenia) (individual) [SDNTK].

KARNER, Matevz (a.k.a. KOVAC, Matevz), Malci Beliceve 107, Ljubljana, Slovenia; DOB 19 Jul 1978; POB Ljubljana, Slovenia; nationality Slovenia; Passport P01104005 (Slovenia); Registration ID 1907978500063 (Slovenia) (individual) [SDNTK] (Linked To: BAMEX LIMITED; Linked To: PALEA D.O.O.; Linked To: KARNER D.O.O. LJUBLJANA; Linked To: PABAS HOLDING CORP.).

KARNER, Mihael (a.k.a. TOPOLOVEC, Jozef), Locnikarijeva ulica 7, 1000, Ljubljana, Slovenia; Rozna Dolina, Cesta IV 44, Ljubljana, Slovenia; V Murglah 177, Ljubljana, Slovenia; DOB 13 Mar 1975; POB Ljubljana, Slovenia; nationality Slovenia; Passport PZ2420022110 (Slovenia); alt. Passport PB06005902 (Slovenia); Personal ID Card 0024641249130397550049 (Slovenia) expires 17 Dec 2018; alt. Personal ID Card 002464124 (Slovenia) expires 17 Dec 2018 (individual) [SDNTK] (Linked To: MERIDEIS D.O.O.; Linked To: PANYA AG; Linked To: VELINVESTMENT D.O.O.; Linked To: SAGAX INVESTMENT GROUP LTD.; Linked To: KALLIOPE LIMITED; Linked To: KARNER D.O.O. LJUBLJANA; Linked To: NORTHSTAR TRADING CORPORATION; Linked To: AMMERSHAM COMMERCIAL VENTURES LIMITED; Linked To: NORTH GROUP HOLDING CORP.).

KAROON PETROCHEMICAL (a.k.a. KAROON PETROCHEMICAL CO; a.k.a. KAROUN PETROCHEMICAL COMPANY; a.k.a. KRNPC), No 17, Shahid Khalilzadeh Ally, Vanak Square, Valiasr Street, Tehran 1965754351, Iran; Block 6, Petrochemical Zone Site 2, Special Economic

Zone, Imam Khomeini Port, Mahshahr, Tehran 1965754351, Iran; Site 2, Central Office Address, Special Industrial Zone, Mahshahr, Khuzestan, Iran; Site 2, Karoon Petrochemical Complex, 6358159385, Iran; P.O. Box 1969754351, Tehran, Iran; Website www.krnpc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 9645 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

KAROON PETROCHEMICAL CO (a.k.a. KAROON PETROCHEMICAL; a.k.a. KAROUN PETROCHEMICAL COMPANY; a.k.a. KRNPC), No 17, Shahid Khalilzadeh Ally, Vanak Square, Valiasr Street, Tehran 1965754351, Iran; Block 6, Petrochemical Zone Site 2, Special Economic Zone, Imam Khomeini Port, Mahshahr, Tehran 1965754351, Iran; Site 2, Central Office Address, Special Industrial Zone, Mahshahr, Khuzestan, Iran; Site 2, Karoon Petrochemical Complex, 6358159385, Iran; P.O. Box 1969754351, Tehran, Iran; Website www.krnpc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 9645 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

KAROUN PETROCHEMICAL COMPANY (a.k.a. KAROON PETROCHEMICAL; a.k.a. KAROON PETROCHEMICAL CO; a.k.a. KRNPC), No 17, Shahid Khalilzadeh Ally, Vanak Square, Valiasr Street, Tehran 1965754351, Iran; Block 6, Petrochemical Zone Site 2, Special Economic Zone, Imam Khomeini Port, Mahshahr, Tehran 1965754351, Iran; Site 2, Central Office Address, Special Industrial Zone, Mahshahr, Khuzestan, Iran; Site 2, Karoon Petrochemical Complex, 6358159385, Iran; P.O. Box 1969754351, Tehran, Iran; Website www.krnpc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 9645 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

KARPENKA, Ihar (a.k.a. KARPENKA, Ihar Vasilievich; a.k.a. KARPENKA, Ihar Vasilyevich (Cyrillic: КАРПЕНКА, Ігар Васільевіч); a.k.a. KARPENKO, Igor Vasilievich (Cyrillic: КАРПЕНКО, Игорь Васильевич)), Minsk, Belarus; DOB 28 Apr 1964; POB Novokuznetsk, Russia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

KARPENKA, Ihar Vasilievich (a.k.a. KARPENKA, Ihar; a.k.a. KARPENKA, Ihar Vasilyevich

(Cyrillic: КАРПЕНКА, Ihap Васильевіч); a.k.a. KARPENKO, Igor Vasilievich (Cyrillic: КАРПЕНКО, Игорь Васильевич)), Minsk, Belarus; DOB 28 Apr 1964; POB Novokuznetsk, Russia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

KARPENKA, Ihar Vasilyevich (Cyrillic: КАРПЕНКА, Ihap Васильевіч) (a.k.a. KARPENKA, Ihar; a.k.a. KARPENKA, Ihar Vasilievich; a.k.a. KARPENKO, Igor Vasiliievich (Cyrillic: КАРПЕНКО, Игорь Васильевич)), Minsk, Belarus; DOB 28 Apr 1964; POB Novokuznetsk, Russia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

KARPENKO, Igor Vasilievich (Cyrillic: КАРПЕНКО, Игорь Васильевич) (a.k.a. KARPENKA, Ihar; a.k.a. KARPENKA, Ihar Vasilievich; a.k.a. KARPENKA, Ihar Vasilyevich (Cyrillic: КАРПЕНКА, Ihap Васильевіч)), Minsk, Belarus; DOB 28 Apr 1964; POB Novokuznetsk, Russia; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

KARPENKOV, Nikolai (Cyrillic: КАРПЕНКОВ, Николай) (a.k.a. KARPENKOV, Nikolai Nikolaevich (Cyrillic: КАРПЕНКОВ, Николай Николаевич); a.k.a. KARPIANKOU, Mikalai (Cyrillic: КАРПЯНКОЎ, Мікалай); a.k.a. KARPIANKOU, Mikalay; a.k.a. KARPYANKOU, Mikalay), Minsk, Belarus; DOB 06 Sep 1968; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KARPENKOV, Nikolai Nikolaevich (Cyrillic: КАРПЕНКОВ, Николай Николаевич) (a.k.a. KARPENKOV, Nikolai (Cyrillic: КАРПЕНКОВ, Николай); a.k.a. KARPIANKOU, Mikalai (Cyrillic: КАРПЯНКОЎ, Мікалай); a.k.a. KARPIANKOU, Mikalay; a.k.a. KARPYANKOU, Mikalay), Minsk, Belarus; DOB 06 Sep 1968; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KARPIANKOU, Mikalai (Cyrillic: КАРПЯНКОЎ, Мікалай) (a.k.a. KARPENKOV, Nikolai (Cyrillic: КАРПЕНКОВ, Николай); a.k.a. KARPENKOV, Nikolai Nikolaevich (Cyrillic: КАРПЕНКОВ, Николай Николаевич); a.k.a. KARPIANKOU, Mikalay; a.k.a. KARPYANKOU, Mikalay), Minsk, Belarus; DOB 06 Sep 1968; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KARPIANKOU, Mikalay (a.k.a. KARPENKOV, Nikolai (Cyrillic: КАРПЕНКОВ, Николай); a.k.a. KARPENKOV, Nikolai Nikolaevich (Cyrillic: КАРПЕНКОВ, Николай Николаевич); a.k.a. KARPIANKOU, Mikalai (Cyrillic: КАРПЯНКОЎ, Мікалай); a.k.a. KARPYANKOU, Mikalay),

Minsk, Belarus; DOB 06 Sep 1968; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KARPOV, Anatoly Yevgenyevich (Cyrillic: КАРПОВ, Анатолий Евгеньевич), Russia; DOB 23 May 1951; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KARPOV, Pavel; DOB 27 Aug 1977; POB Moscow, Russia (individual) [MAGNIT].

KARPYANKOU, Mikalay (a.k.a. KARPENKOV, Nikolai (Cyrillic: КАРПЕНКОВ, Николай); a.k.a. KARPENKOV, Nikolai Nikolaevich (Cyrillic: КАРПЕНКОВ, Николай Николаевич); a.k.a. KARPIANKOU, Mikalai (Cyrillic: КАРПЯНКОЎ, Мікалай); a.k.a. KARPIANKOU, Mikalay), Minsk, Belarus; DOB 06 Sep 1968; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KARST, OOO (a.k.a. CONSTRUCTION HOLDING COMPANY OLD CITY - KARST; a.k.a. OBSHCESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KARST; a.k.a. "KARST LTD."; a.k.a. "LLC KARST"), D. 4 Litera A Pomeshchenie 69 ul. Kapitanskaya, St. Petersburg 199397, Russia; 4 Kapitanskaya Street, Unit A, Office 69-N, St. Petersburg 199397, Russia; Website http://www.oldcitykarst.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037800012711; Tax ID No. 7801106690; Government Gazette Number 48937526 [UKRAINE-EO13685].

KARTAL EXIM DIS TICARET LIMITED SIRKETI, Zeynep Apt., No: 7-5 Zeytinlik Mahallesi, Istanbul, Turkey; Organization Established Date 01 Jul 2022; Tax ID No. 5261519659 (Turkey); Business Registration Number 391396 (Turkey) [RUSSIA-EO14024].

KARTAL, Remzi; DOB 05 May 1948; POB Van, Dibekozu, Turkey; citizen Turkey; Turkish Identification Number 10298480866 (Turkey) (individual) [SDNTK].

KARTAPOLOV, Andrey Valeriyevich (Cyrillic: КАРТАПОЛОВ, Андрей Валериевич), Russia; DOB 09 Nov 1963; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KARTI MOHAMED, Ali Ahmed, Burry B 6, House 402, Khartoum, Sudan; DOB 11 Mar 1953; POB Hagar Elassal, Sudan; nationality Sudan;

Gender Male; National ID No. 11822483949 (Sudan) (individual) [SUDAN-EO14098].

KARUME, Andrew (a.k.a. ANDRE, Karume; a.k.a. KALUME, Lucien; a.k.a. NZABAMWITA, Lucien; a.k.a. NZABANITA, Lucien); DOB 15 Sep 1966; POB Kinyami, Byumba Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO].

KARYAGIN, Valentin Olegovich (a.k.a. "Globus"), Volgograd, Russia; DOB 19 Apr 1992; nationality Russia; Email Address valentin.karyagin@gmail.com; alt. Email Address globus290382@yandex.ru; alt. Email Address valentinka.ne@mail.ru; alt. Email Address v.karyagin@neovox.ru; Gender Male (individual) [CYBER2].

KARYAKIN, Aleksey (a.k.a. KARIAKIN, Aleksey; a.k.a. KARYAKIN, Alexei; a.k.a. KARYAKIN, Alexei Vyacheslavovich); DOB 07 Apr 1980; POB Stahanov, Luhansk Oblast, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KARYAKIN, Alexei (a.k.a. KARIAKIN, Aleksey; a.k.a. KARYAKIN, Aleksey; a.k.a. KARYAKIN, Alexei Vyacheslavovich); DOB 07 Apr 1980; POB Stahanov, Luhansk Oblast, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KARYAKIN, Alexei Vyacheslavovich (a.k.a. KARIAKIN, Aleksey; a.k.a. KARYAKIN, Aleksey; a.k.a. KARYAKIN, Alexei); DOB 07 Apr 1980; POB Stahanov, Luhansk Oblast, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KASAADA, Muzamil (a.k.a. KASADA, Kasadha; a.k.a. KASADHA, Amisi; a.k.a. KIRBAKI, Muzamir; a.k.a. KIRIBAKI, Muzamir; a.k.a. "Kalume"; a.k.a. "Karume"), Congo, Democratic Republic of the; DOB 1975 to 1981; POB Iganga District, Busoga Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

KASADA, Kasadha (a.k.a. KASAADA, Muzamil; a.k.a. KASADHA, Amisi; a.k.a. KIRBAKI, Muzamir; a.k.a. KIRIBAKI, Muzamir; a.k.a. "Kalume"; a.k.a. "Karume"), Congo, Democratic Republic of the; DOB 1975 to 1981; POB Iganga District, Busoga Region, Uganda;

nationality Uganda; Gender Male (individual) [GLOMAG].

KASADHA, Amisi (a.k.a. KASAADA, Muzamil; a.k.a. KASADA, Kasadha; a.k.a. KIRBAKI, Muzamir; a.k.a. KIRIBAKI, Muzamir; a.k.a. "Kalume"; a.k.a. "Karume"), Congo, Democratic Republic of the; DOB 1975 to 1981; POB Iganga District, Busoga Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

KASAEI, Soheila (Arabic: سهیلا کسایی) (a.k.a. KASA'I, Soheila; a.k.a. KASA'I, Soheyla), Tehran, Iran; DOB 30 Jun 1975; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport T34583776 (Iran) expires 18 Aug 2020; National ID No. 0062452169 (Iran); Birth Certificate Number 1876 (Iran) (individual) [IRAN-EO13846] (Linked To: DOURAN SOFTWARE TECHNOLOGIES).

KASA'I, Soheila (a.k.a. KASAEI, Soheila (Arabic: سهیلا کسایی); a.k.a. KASA'I, Soheyla), Tehran, Iran; DOB 30 Jun 1975; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport T34583776 (Iran) expires 18 Aug 2020; National ID No. 0062452169 (Iran); Birth Certificate Number 1876 (Iran) (individual) [IRAN-EO13846] (Linked To: DOURAN SOFTWARE TECHNOLOGIES).

KASA'I, Soheyla (a.k.a. KASAEI, Soheila (Arabic: سهیلا کسایی); a.k.a. KASA'I, Soheila), Tehran, Iran; DOB 30 Jun 1975; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport T34583776 (Iran) expires 18 Aug 2020; National ID No. 0062452169 (Iran); Birth Certificate Number 1876 (Iran) (individual) [IRAN-EO13846] (Linked To: DOURAN SOFTWARE TECHNOLOGIES).

KASB INTERNATIONAL LLC (a.k.a. FIRST FURAT TRADING LLC), 10th Floor, Citi Bank Building, Oud Metha Road, Oud Metha, Dubai, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; Telephone Number: (971) (4) (3248000) [IRAN].

KASENOV, Adilet Zhakypovich; DOB 08 Jun 1983; POB Naryn, Kyrgyzstan; nationality Kyrgyzstan; Passport AC1049097 (Kyrgyzstan) (individual) [TCO].

KASHANI, Alireza (a.k.a. KASHANIMEHR, Alireza; a.k.a. XASHANIMEHR, Alireza), Iran; DOB 13 Mar 1990; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by

Executive Order 13886; Passport R40925019 (Iran) expires 14 Mar 2022; alt. Passport X15243089 (Iran) expires 05 Feb 2014 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KASHANIMEHR, Alireza (a.k.a. KASHANI, Alireza; a.k.a. XASHANIMEHR, Alireza), Iran; DOB 13 Mar 1990; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport R40925019 (Iran) expires 14 Mar 2022; alt. Passport X15243089 (Iran) expires 05 Feb 2014 (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KASHIAN, Sajjad (a.k.a. "NABAVI, Kiarash"), Iran; DOB 17 Sep 1994; nationality Iran; Gender Male; National ID No. 4560134669 (Iran) (individual) [ELECTION-EO13848].

KASHIN, Valerii Mikhailovich (a.k.a. KASHIN, Valery Mikhailovich), Russia; DOB 14 Sep 1947; POB Chernivtsi, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 502207611476 (Russia) (individual) [RUSSIA-EO14024].

KASHIN, Valery Mikhailovich (a.k.a. KASHIN, Valerii Mikhailovich), Russia; DOB 14 Sep 1947; POB Chernivtsi, Ukraine; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 502207611476 (Russia) (individual) [RUSSIA-EO14024].

KASHIN, Vladimir Ivanovich (Cyrillic: КАШИН, Владимир Иванович), Russia; DOB 10 Aug 1948; POB Nazarevo, Ryazan Region, Russia; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KASHINA, Irina Nikolayevna (Cyrillic: КАШИНА, Ирина Николаевна), Russia; DOB 27 Jul 1956; nationality Russia; Gender Female (individual)

[RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

KASHLAF, Mohamed (a.k.a. KASHLAF, Mohammed Al Amin Al-Arabi (Arabic: محمد الأمين العربي كشلاف); a.k.a. KHUSHLAF, Mohamed; a.k.a. KOSHLAF, Mohamed (Arabic: محمد كشلاف); a.k.a. KOSHLAF, Mohamed al-Aameen al-Arabi; a.k.a. "Al Qasseb"), Zawiya, Libya; DOB 12 Dec 1985; alt. DOB 02 Dec 1985; POB Zawiya, Libya; nationality Libya; Gender Male; Passport C17HLRL3 issued 30 Dec 2015 (individual) [LIBYA3].

KASHLAF, Mohammed Al Amin Al-Arabi (Arabic: محمد الأمين العربي كشلاف) (a.k.a. KASHLAF, Mohamed; a.k.a. KHUSHLAF, Mohamed; a.k.a. KOSHLAF, Mohamed (Arabic: محمد كشلاف); a.k.a. KOSHLAF, Mohamed al-Aameen al-Arabi; a.k.a. "Al Qasseb"), Zawiya, Libya; DOB 12 Dec 1985; alt. DOB 02 Dec 1985; POB Zawiya, Libya; nationality Libya; Gender Male; Passport C17HLRL3 issued 30 Dec 2015 (individual) [LIBYA3].

KASHMIR FREEDOM MOVEMENT (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-

JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

KASHMIRI, Mohammad Ilyas (a.k.a. AL-KASHMIRI, Elias; a.k.a. ILYAS, Naib Amir; a.k.a. KASHMIRI, Muhammad Ilyas), Thathi Village, Samahni, Bhimber District, Pakistan; DOB 02 Jan 1964; alt. DOB 10 Feb 1964; POB Bhimber, Samahni Valley, Pakistan; Mufti or Maulana (individual) [SDGT].

KASHMIRI, Muhammad Ilyas (a.k.a. AL-KASHMIRI, Elias; a.k.a. ILYAS, Naib Amir; a.k.a. KASHMIRI, Mohammad Ilyas), Thathi Village, Samahni, Bhimber District, Pakistan; DOB 02 Jan 1964; alt. DOB 10 Feb 1964; POB Bhimber, Samahni Valley, Pakistan; Mufti or Maulana (individual) [SDGT].

KASHTIRANI-E JONOUB KHAT-E IRAN (a.k.a. SOUTH SHIPPING LINES - IRAN LINE), No 119 Shabnam Alley, Ghaem Magham Street, Tehran, Iran; Website www.sslil.net; IFCA Determination - Involved in the Shipping Sector; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [IFCA].

KASIVISWANATHAN NAGA, Nagarajan Sundar Poongulam (a.k.a. NAGARAJAN, Sundar), 32 Westlands Close, Hayes UB3 4PY, United Kingdom; Sint-Theresiastraat 33, Antwerp 2600, Belgium; DOB 27 Aug 1957; POB Madurai-Tamilnadu, India; nationality India; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport Z1871965 (India) expires 04 Feb 2019; Residency Number 114078810 (Lebanon) (individual) [SDNT] (Linked To: AHMAD, Nazem Said).

KASKAR, Anees Ibrahim (a.k.a. KASKAR, Shaikh Anis Ibrahim; a.k.a. "EBRAHIM, Sayed Omar Haji"; a.k.a. "IBRAHIM, Haji Anees"), Pakistan; DOB 05 May 1960; POB Mumbai, India; nationality India (individual) [SDNTK].

KASKAR, Dawood Ibrahim (a.k.a. ANIS, Ibrahim Shaikh Mohd; a.k.a. AZIZ, Abdul Hamid Abdul; a.k.a. DILIP, Aziz; a.k.a. EBRAHIM, Dawood; a.k.a. HASAN, Shaikh Daud; a.k.a. HASSAN, Dawood; a.k.a. IBRAHIM, Anis; a.k.a. IBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood Sheik; a.k.a. REHMAN, Shaikh Ismail Abdul; a.k.a. SABRI, Dawood; a.k.a. SAHEB, Amir; a.k.a. SETH, Iqbal), 617 CP Berar Society, Block 7-8, Karachi, Pakistan; House No. 37, Street 30,

Phase V, Defence Housing Authority, Karachi, Pakistan; White House, Al-Wassal Road, Jumeira, Dubai, United Arab Emirates; 33-36, Pakmodiya Street, Haji Musafirkhana, Dongri, Bombay, India; House No. 10, Hill Top Arcade, Defence Housing Authority, Karachi, Pakistan; Moin Palace, 2nd Floor, Opp. Abdullah Shah Gazi Dargah, Clifton, Karachi, Pakistan; DOB 26 Dec 1955; alt. DOB 31 Dec 1955; POB Ratnagiri, Maharashtra, India; nationality India; citizen India; alt. citizen Pakistan; alt. citizen United Arab Emirates; Passport M-110522 (India) issued 13 Nov 1978; alt. Passport R-841697 (India) issued 26 Nov 1981; alt. Passport A-333602 (India) issued 04 Jun 1985; alt. Passport A-501801 (India) issued 26 Jul 1985; alt. Passport P-537849 (India) issued 30 Jul 1979; alt. Passport K-560098 (India) issued 30 Jul 1975; alt. Passport V-57865 (India) issued 03 Oct 1983; alt. Passport G-866537 (Pakistan) issued 12 Aug 1991; alt. Passport G-869537 (Pakistan); alt. Passport F-823692 (Yemen) issued 02 Sep 1989; alt. Passport A-717288 (United Arab Emirates) issued 18 Aug 1985 (individual) [SDNTK] [SDGT].

KASKAR, Shaikh Anis Ibrahim (a.k.a. KASKAR, Anees Ibrahim; a.k.a. "EBRAHIM, Sayed Omar Haji"; a.k.a. "IBRAHIM, Haji Anees"), Pakistan; DOB 05 May 1960; POB Mumbai, India; nationality India (individual) [SDNTK].

KASKARIY, Abdulaziz (a.k.a. CASCARI, Abdulaziz), Street 11/5, Number 4, Apartment 9, Istanbul, Zeytinburnu District 34025, Turkey; 2nd Floor, 32 Itaewon-ro 14-gil, Itaewon 1-dong, Yongsan-gu, Seoul, Korea, South; DOB 09 Jun 1991; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TURKOCA IMPORT EXPORT TRANSIT CO., LTD.).

KASLI NUCLEAR WEAPONS DEVELOPMENT CENTER (a.k.a. CHELYABINSK-70; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ACADEMICIAN E.I. ZABABKHIN ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. RUSSIAN FEDERAL NUCLEAR CENTER - ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF TECHNICAL PHYSICS; a.k.a. VSEROSSIYSKY NAUCHNO-ISSLEDOVATELSKIY INSTITUT TEKHNICHESKOY FIZIKI; a.k.a. ZABABAKHIN ALL-RUSSIA RESEARCH INSTITUTE OF

TECHNICAL PHYSICS; a.k.a. ZABABAKHIN INSTITUTE; a.k.a. "RFNC-VNIITF"; a.k.a. "VNIITF"), P.O. Box 245, Snezhinsk, Chelyabinsk Region 456770, Russia; Organization Established Date 1955; Tax ID No. 7423000572 (Russia); Registration Number 1027401350932 (Russia) [RUSSIA-EO14024].

KASMURI, Abdul Manaf (a.k.a. KASMURI, Lt. Col. (Rtd). Abd Manaf); DOB 29 May 1955; POB Malaysia; nationality Malaysia (individual) [SDGT].

KASMURI, Lt. Col. (Rtd). Abd Manaf (a.k.a. KASMURI, Abdul Manaf); DOB 29 May 1955; POB Malaysia; nationality Malaysia (individual) [SDGT].

KASSA, Abraha (a.k.a. KASSA, Wedi; a.k.a. NEMARIAM, Abraha Kassa), Eritrea; DOB 15 Jul 1953; POB Eritrea; nationality Eritrea; Gender Male; Passport D000294 (Eritrea) (individual) [ETHIOPIA-EO14046].

KASSA, Wedi (a.k.a. KASSA, Abraha; a.k.a. NEMARIAM, Abraha Kassa), Eritrea; DOB 15 Jul 1953; POB Eritrea; nationality Eritrea; Gender Male; Passport D000294 (Eritrea) (individual) [ETHIOPIA-EO14046].

KASSAN, Ali Mohamad (a.k.a. KAZAN, Ali Muhammad; a.k.a. QAZAN, Ali Mohamad), Avenue Taroba, 1005 Edificio Beatriz Mendes, Apt 1704, Foz do Iguacu, Brazil; DOB 19 Dec 1967; POB Taibe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 0089044 (Lebanon) (individual) [SDGT].

KASSEM, Naim (a.k.a. QASIM, Naim; a.k.a. QASSEM, Naim), Lebanon; DOB 1953; POB Kafr Fila, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Deputy Secretary General of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

KASSIR, Ali (a.k.a. GHASEMI, Naser; a.k.a. GHASIR, Ali; a.k.a. GHASSIR, Ali; a.k.a. QASIR, Ali; a.k.a. QASIR, 'Ali), Iran; DOB 29 Jul 1992; alt. DOB 29 Jul 1990; POB Deir Kanoun El Nahr, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Passport RL 3367620 (Lebanon) expires 28 Aug 2020

(individual) [SDGT] (Linked To: QASEMI, Rostam; Linked To: HIZBALLAH).

KASSIR, Mohammed Jaafar (a.k.a. QASIR, Muhammad; a.k.a. QASIR, Muhammad Jafar; a.k.a. "EYNAKI"; a.k.a. "FADI"; a.k.a. "GHOLI, Hossein"; a.k.a. "MAJID"; a.k.a. "SALAH, Shaykh"), Syria; DOB 12 Feb 1967; POB Dayr Qanun Al-Nahr, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

KASSOUMA FZC (a.k.a. GOLDEN STAR CO; a.k.a. GOLDEN STAR INTERNATIONAL FREIGHT LIMITED; a.k.a. GOLDEN STAR TRADING & INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING AND INTERNATIONAL FREIGHT; a.k.a. GOLDEN STAR TRADING INTERNATIONAL FREIGHT; a.k.a. SHAREKAT GOLDEN STAR; a.k.a. SMART LOGISTICS F.S.S.A.L; a.k.a. SMART LOGISTICS OFFSHORE; a.k.a. SMART LOGISTICS TRADING & INTERNATIONAL FREIGHT; a.k.a. SMART LOGISTICS TRADING AND INTERNATIONAL FREIGHT), Al Awqaf building, 5th floor, Victoria Bridge, Damascus, Syria; 2 Floor, Inana Bldg, Damascus Free Zone, Damascus, Syria; Room 707, Fulijinxi Business Center, No. 05, Fuchang Road, Haizhu District, Guangzhou, China; Al Alshiah, Mar Mekheal Church, Amicho Building, 3rd Floor, Beirut, Lebanon; Office 112, First Floor, Al Manara Building, Port Street, Beirut, Lebanon; Website www.goldenstar-co.com [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KASTYUKEVICH, Igor Yuryevich (Cyrillic: КАСТЮКЕВИЧ, Игорь Юрьевич), Russia; DOB 06 Dec 1976; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KATAEV, Aiub (a.k.a. KATAEV, Ayub Vakhaevich (Cyrillic: КАТАЕВ, Аюб Вахаевич); a.k.a. KATAEV, Ayubkhan Vakhaevich (Cyrillic: КАТАЕВ, Аюбхан Вахаевич)); DOB 01 Dec 1984; alt. DOB 01 Dec 1980; nationality Russia; Gender Male (individual) [MAGNIT].

KATAEV, Ayub Vakhaevich (Cyrillic: КАТАЕВ, Аюб Вахаевич) (a.k.a. KATAEV, Aiub; a.k.a. KATAEV, Ayubkhan Vakhaevich (Cyrillic: КАТАЕВ, Аюбхан Вахаевич)); DOB 01 Dec 1984; alt. DOB 01 Dec 1980; nationality Russia; Gender Male (individual) [MAGNIT].

KATAEV, Ayubkhan Vakhaevich (Cyrillic: КАТАЕВ, Аюбхан Вахаевич) (a.k.a. KATAEV, Aiub; a.k.a. KATAEV, Ayub Vakhaevich (Cyrillic: КАТАЕВ, Аюб Вахаевич)); DOB 01 Dec 1984; alt. DOB 01 Dec 1980; nationality Russia; Gender Male (individual) [MAGNIT].

KATA'IB ABU FADL AL-ABBAS (a.k.a. BATTALION OF THE SAYYID'S MARTYRS; a.k.a. KATA'IB KARBALA; a.k.a. KATA'IB SAYYID AL-SHUHADA; a.k.a. THE MASTER OF THE MARTYRS BRIGADE; a.k.a. "KSS"), Iraq; Syria; Lebanon; Website www.saidshuhada.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KATA'IB HEZBOLLAH (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB HEZBOLLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'ABAS"; a.k.a. "KATIBAT ZAYD EBIN ALI"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; www.aleseb.com [FTO] [SDGT] [IRAQ3].

KATA'IB HIZBALLAH (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KHATA'IB HEZBOLLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'ABAS"; a.k.a. "KATIBAT ZAYD EBIN ALI"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; www.aleseb.com [FTO] [SDGT] [IRAQ3].

KATA'IB KARBALA (a.k.a. BATTALION OF THE SAYYID'S MARTYRS; a.k.a. KATA'IB ABU FADL AL-ABBAS; a.k.a. KATA'IB SAYYID AL-SHUHADA; a.k.a. THE MASTER OF THE MARTYRS BRIGADE; a.k.a. "KSS"), Iraq; Syria; Lebanon; Website www.saidshuhada.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KATA'IB SAYYID AL-SHUHADA (a.k.a. BATTALION OF THE SAYYID'S MARTYRS; a.k.a. KATA'IB ABU FADL AL-ABBAS; a.k.a.

KATA'IB KARBALA; a.k.a. THE MASTER OF THE MARTYRS BRIGADE; a.k.a. "KSS"), Iraq; Syria; Lebanon; Website www.saidshuhada.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KATANGA, Germain; DOB 28 Apr 1978; POB Mambasa, Mambasa Territory, Ituri District, DRC; nationality Congo, Democratic Republic of the (individual) [DRCONGO].

KATARJI, Bara' (a.k.a. AL-QATIRJI, Bara'; a.k.a. AL-QATIRJI, Muhammad; a.k.a. KHATARJI, Bara Ahmad; a.k.a. KHATRJI, Bara Ahmad; a.k.a. QATARJI, Abu al-Bara'; a.k.a. QATIRJI, Muhammad Bara'; a.k.a. QATIRJI, Muhammad Bara; a.k.a. QATIRJI, Muhammad Bara Ahmad Rushdi; a.k.a. QATIRJI, Muhammad Nur al-Din; a.k.a. "Abu Bara"); DOB 10 Nov 1976; POB Raqqah; nationality Syria; Gender Male; National ID No. 11010046398 (Syria); Registration Number 11824466 (Syria) (individual) [SYRIA].

KATARJI, Hussam (a.k.a. AL-QATIRJI, Hossam (Arabic: حسام القاطرجي); a.k.a. AL-QATIRJI, Hussam; a.k.a. BIN AHMED RUSHDI AL-QATIRJI, Hussam (Arabic: حسام بن أحمد رشدي القاطرجي); a.k.a. KATERJI, Hussam; a.k.a. KHATARJI, Hussam; a.k.a. KHATIRJI, Hussam; a.k.a. QATARJI, Hossam; a.k.a. QATERJI, Hussam; a.k.a. QATIRJI BIN AHMED RUSHDI, Hussam (Arabic: حسام قاطرجي بن احمد رشدي)); Syria; DOB 11 Jan 1982; POB Raqqa, Syria; nationality Syria; Gender Male (individual) [SYRIA].

KATEEB AL MUHAJIREEN WAL ANSAR (a.k.a. AL-MUAJIRIN BRIGADE; a.k.a. ARMY OF FOREIGN FIGHTERS AND SUPPORTERS; a.k.a. ARMY OF THE EMIGRANTS AND HELPERS; a.k.a. BRIGADE OF THE EMIGRANTS AND HELPERS; a.k.a. JAISH AL-MUHAJIREEN WA ANSAR; a.k.a. JAISH AL-MUHAJIREEN WAL-ANSAR; a.k.a. JAYSH AL-MUHAJIRIN AND AL-ANSAR ARMY; a.k.a. JAYSH AL-MUHAJIRIN WAL-ANSAR; a.k.a. KATIBA AL-MUHAJIREEN; a.k.a. MUHAJIRIN AND ANSAR ARMY), Syria [SDGT].

KATEHON (a.k.a. ANALITICHESKI TSENTR KATEKHON OOO; a.k.a. ANALITICHESKII TSENTR KATEKHON), ul. Gorbunova d. 2, str. 3, e 9 pom II of 89, Moscow 121596, Russia; Organization Established Date 11 Feb 2016; Organization Type: Management consultancy activities; Tax ID No. 9710007769 (Russia); Registration Number 1167746154432 (Russia)

[RUSSIA-EO14024] (Linked To: TSARGRAD OOO).

KATERJI, Hussam (a.k.a. AL-QATIRJI, Hossam (Arabic: حسام القاطرجي); a.k.a. AL-QATIRJI, Hussam; a.k.a. BIN AHMED RUSHDI AL-QATIRJI, Hussam (Arabic: حسام بن احمد رشدي القاطرجي); a.k.a. KATARJI, Hussam; a.k.a. KHATARJI, Hussam; a.k.a. KHATIRJI, Hussam; a.k.a. QATARJI, Hossam; a.k.a. QATERJI, Hussam; a.k.a. QATIRJI BIN AHMED RUSHDI, Hussam (Arabic: حسام قاطرجي بن احمد رشدي), Syria, DOB 11 Jan 1982; POB Raqqa, Syria; nationality Syria; Gender Male (individual) [SYRIA].

KATHIO, Muhammad Umar (a.k.a. AL-SINDHI, Abdallah; a.k.a. AL-SINDHI, Abdullah; a.k.a. AL-SINDI, Abdullah; a.k.a. AZMARAI, Umar Siddique Kathio; a.k.a. CHANDIO, Umar Kathio; a.k.a. CHANDUO, Umar; a.k.a. CHANDYO, Omar; a.k.a. KATIO, Muhammad Umar Sidduque; a.k.a. OMER, Muhammad; a.k.a. SINDHI, 'Abdallah; a.k.a. UMAR, Muhammad), Karachi, Pakistan; Miram Shah, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1977; POB Saudi Arabia; nationality Pakistan; National ID No. 466-77-221879 (Pakistan); alt. National ID No. 42201-015024707-7 (individual) [SDGT].

KATIBA AL-MUHAJIREEN (a.k.a. AL-MUAJIRIN BRIGADE; a.k.a. ARMY OF FOREIGN FIGHTERS AND SUPPORTERS; a.k.a. ARMY OF THE EMIGRANTS AND HELPERS; a.k.a. BRIGADE OF THE EMIGRANTS AND HELPERS; a.k.a. JAISH AL-MUHAJIREEN WA ANSAR; a.k.a. JAISH AL-MUHAJIREEN WAL-ANSAR; a.k.a. JAYSH AL-MUHAJIRIN AND AL-ANSAR ARMY; a.k.a. JAYSH AL-MUHAJIRIN WAL-ANSAR; a.k.a. KATEEB AL MUHAJIREEN WAL ANSAR; a.k.a. MUHAJIRIN AND ANSAR ARMY), Syria [SDGT].

KATIBAH SHUHADA' AL-YARMOUK (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-

YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria [SDGT].

KATIBAT AL TAWHID WAL JIHAD (a.k.a. JANNAT OSHIKLARI; a.k.a. KHATIBA AL-TAWHID WAL-JIHAD; a.k.a. TAWHID AND JIHAD BRIGADE; a.k.a. "KTJ"), Syria; Kyrgyzstan; Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KATIBAT AL-IMAM AL-BUKHARI (a.k.a. IMAM AL-BUKHARI BATTALION; a.k.a. IMAM AL-BUKHORIY BRIGADE; a.k.a. IMAM BUKHARI BATTALION; a.k.a. IMAM BUKHARI JAMAAT; a.k.a. IMAM BUKHORI JAMAAT; a.k.a. IMOM BUXORIY KATIBASI; a.k.a. KATIBATUL IMOM AL-BUXORIY; a.k.a. "IBB"; a.k.a. "KIB"), Aleppo, Syria; Afghanistan [SDGT].

KATIBAT ANSAR AL-SHARIA IN BENGHAZI (a.k.a. AL-RAYA ESTABLISHMENT FOR MEDIA PRODUCTION; a.k.a. ANSAR AL-SHARIA; a.k.a. ANSAR AL-SHARI'A BRIGADE; a.k.a. ANSAR AL-SHARI'A IN BENGHAZI; a.k.a. ANSAR AL-SHARIA IN LIBYA; a.k.a. ANSAR AL-SHARIAH; a.k.a. ANSAR AL-SHARIAH BRIGADE; a.k.a. ANSAR AL-SHARIAH-BENGHAZI; a.k.a. SOLDIERS OF THE SHARIA; a.k.a. "SUPPORTERS OF ISLAMIC LAW"), Benghazi, Libya [FTO] [SDGT].

KATIBAT EL AHOUAL (DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT].

KATIBAT EL AHOUEL (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a.

DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT].

KATIBATUL IMOM AL-BUXORIY (a.k.a. IMAM AL-BUKHARI BATTALION; a.k.a. IMAM AL-BUKHORIY BRIGADE; a.k.a. IMAM BUKHARI BATTALION; a.k.a. IMAM BUKHARI JAMAAT; a.k.a. IMAM BUKHORI JAMAAT; a.k.a. IMOM BUXORIY KATIBASI; a.k.a. KATIBAT AL-IMAM AL-BUKHARI; a.k.a. "IBB"; a.k.a. "KIB"), Aleppo, Syria; Afghanistan [SDGT].

KATINA D.O.O. (a.k.a. KATINA DRUSTVO S OGRANICENOM ODGOVORNOSCU ZA NEKRETNINE I UGOSTITELJSTVO), Trg zrvata fasizma 6, Zagreb 10000, Croatia; Organization Established Date 11 Jun 2003; Tax ID No. 22558501304 (Croatia); Registration Number 01737015 (Croatia) [RUSSIA-EO14024] (Linked To: TOKAREVA, Maiya Nikolaevna).

KATINA DRUSTVO S OGRANICENOM ODGOVORNOSCU ZA NEKRETNINE I UGOSTITELJSTVO (a.k.a. KATINA D.O.O.), Trg zrvata fasizma 6, Zagreb 10000, Croatia; Organization Established Date 11 Jun 2003; Tax ID No. 22558501304 (Croatia); Registration Number 01737015 (Croatia) [RUSSIA-EO14024] (Linked To: TOKAREVA, Maiya Nikolaevna).

KATINTIMA, Norbert Basengezi (a.k.a. KATINTIMA, Norbert Bashengezi), 15 Joli Parc, Ma Campagne, Kinshasa 00243, Congo, Democratic Republic of the; DOB 10 Jan 1958; POB Kashiramo-Kaziba, South Kivu, Congo, Democratic Republic of the; alt. POB Rwanda; nationality Congo, Democratic Republic of the; alt. nationality Rwanda; Gender Male; Vice-President of the Independent National Electoral Commission (individual) [DRCONGO].

KATINTIMA, Norbert Bashengezi (a.k.a. KATINTIMA, Norbert Basengezi), 15 Joli Parc,

Ma Campagne, Kinshasa 00243, Congo, Democratic Republic of the; DOB 10 Jan 1958; POB Kashiramo-Kaziba, South Kivu, Congo, Democratic Republic of the; alt. POB Rwanda; nationality Congo, Democratic Republic of the; alt. nationality Rwanda; Gender Male; Vice-President of the Independent National Electoral Commission (individual) [DRCONGO].

KATIO, Muhammad Umar Sidduque (a.k.a. AL-SINDHI, Abdallah; a.k.a. AL-SINDHI, Abdullah; a.k.a. AL-SINDI, Abdullah; a.k.a. AZMARAI, Umar Siddique Kathio; a.k.a. CHANDIO, Umar Kathio; a.k.a. CHANDUO, Umar; a.k.a. CHANDYO, Omar; a.k.a. KATHIO, Muhammad Umar; a.k.a. OMER, Muhammad; a.k.a. SINDHI, 'Abdallah; a.k.a. UMAR, Muhammad), Karachi, Pakistan; Miram Shah, North Waziristan Agency, Federally Administered Tribal Areas, Pakistan; DOB 1977; POB Saudi Arabia; nationality Pakistan; National ID No. 466-77-221879 (Pakistan); alt. National ID No. 42201-015024707-7 (individual) [SDGT].

KATRA, Amir (a.k.a. ALKANTRANJI, Amir Hachem; a.k.a. KANTRAJI, Amir Hachem; a.k.a. KATRANGI, Amir; a.k.a. KATRANGI, Amir Hachem; a.k.a. KATRANJI, Amir; a.k.a. KATRANJI, Amir Hachem; a.k.a. KATRANJI, Amir Hashem); DOB 24 Jun 1966; POB Hama, Syria; nationality Syria; Managing Director and Co-founder of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANGI ELECTRONICS (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

KATRANGI FOR ELECTRONICS INDUSTRIES (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI TRADING; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

KATRANGI TRADING (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI

BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANJI LABS; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

KATRANGI, Amir (a.k.a. ALKANTRANJI, Amir Hachem; a.k.a. KANTRAJI, Amir Hachem; a.k.a. KATRA, Amir; a.k.a. KATRANGI, Amir Hachem; a.k.a. KATRANJI, Amir; a.k.a. KATRANJI, Amir Hachem; a.k.a. KATRANJI, Amir Hashem); DOB 24 Jun 1966; POB Hama, Syria; nationality Syria; Managing Director and Co-founder of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANGI, Amir Hachem (a.k.a. ALKANTRANJI, Amir Hachem; a.k.a. KANTRAJI, Amir Hachem; a.k.a. KATRA, Amir; a.k.a. KATRANGI, Amir; a.k.a. KATRANJI, Amir; a.k.a. KATRANJI, Amir Hachem; a.k.a. KATRANJI, Amir Hashem); DOB 24 Jun 1966; POB Hama, Syria; nationality Syria; Managing Director and Co-founder of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANGI, Houssam (a.k.a. EL KATRANGI, Houssam Hachem; a.k.a. EL KATRANJI, Houssam Hachem; a.k.a. KATRANGI, Houssam Hachem; a.k.a. KATRANGI, Hussam; a.k.a. KATRANJI, Houssam Hachem; a.k.a. KATRANKI, Houssam Hashem; a.k.a.

QATRANJI, Hussam), Khansa Jnah, Beirut, Lebanon; DOB 27 Nov 1973; POB Ramlet El Baida, Lebanon; nationality Lebanon; Co-founder and Associate of Electronic Katranji Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANGI, Houssam Hachem (a.k.a. EL KATRANGI, Houssam Hachem; a.k.a. EL KATRANJI, Houssam Hachem; a.k.a. KATRANGI, Houssam; a.k.a. KATRANGI, Hussam; a.k.a. KATRANJI, Houssam Hachem; a.k.a. KATRANKI, Houssam Hashem; a.k.a. QATRANJI, Hussam), Khansa Jnah, Beirut, Lebanon; DOB 27 Nov 1973; POB Ramlet El Baida, Lebanon; nationality Lebanon; Co-founder and Associate of Electronic Katranji Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANGI, Hussam (a.k.a. EL KATRANGI, Houssam Hachem; a.k.a. EL KATRANJI, Houssam Hachem; a.k.a. KATRANGI, Houssam; a.k.a. KATRANGI, Houssam Hachem; a.k.a. KATRANJI, Houssam Hachem; a.k.a. KATRANKI, Houssam Hashem; a.k.a. QATRANJI, Hussam), Khansa Jnah, Beirut, Lebanon; DOB 27 Nov 1973; POB Ramlet El Baida, Lebanon; nationality Lebanon; Co-founder and Associate of Electronic Katranji Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANGI, Maher (a.k.a. EL KATRANGI, Maher Hachem; a.k.a. EL KATRANJI, Maher Hachem; a.k.a. KATRANGI, Maher Hachem; a.k.a. KATRANGI, Maher Mohamad; a.k.a. KATRANJI, Maher Hachem; a.k.a. KATRANJI, Maher Hashem), Khansa Jnah, Beirut, Lebanon; DOB 06 Jul 1967; POB Hama, Syria; nationality Syria; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANGI, Maher Hachem (a.k.a. EL KATRANGI, Maher Hachem; a.k.a. EL KATRANJI, Maher Hachem; a.k.a. KATRANGI, Maher; a.k.a. KATRANGI, Maher Mohamad; a.k.a. KATRANJI, Maher Hachem; a.k.a. KATRANJI, Maher Hashem), Khansa Jnah, Beirut, Lebanon; DOB 06 Jul 1967; POB Hama, Syria; nationality Syria; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANGI, Maher Mohamad (a.k.a. EL KATRANGI, Maher Hachem; a.k.a. EL KATRANJI, Maher Hachem; a.k.a. KATRANGI,

Maher; a.k.a. KATRANGI, Maher Hachem; a.k.a. KATRANJI, Maher Hachem; a.k.a. KATRANJI, Maher Hashem), Khansa Jnah, Beirut, Lebanon; DOB 06 Jul 1967; POB Hama, Syria; nationality Syria; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANGI, Mohamad (a.k.a. ALKTRANJI, Mohammed; a.k.a. KATRANJI, Mohammed); DOB 1928 (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANJI LABS (a.k.a. AL AMIR ELECTRONICS; a.k.a. ALAMIR ELECTRONICS; a.k.a. AL-AMIR ELECTRONICS; a.k.a. AMIRCO ELECTRONICS; a.k.a. E.K.T. (KATRANGI BROS.); a.k.a. EKT (KATRANGI BROS); a.k.a. EKT ELECTRONICS; a.k.a. EKT KATRANGI BROTHERS; a.k.a. ELECTRONIC KATRANGI GROUP; a.k.a. ELECTRONICS KATRANGI TRADING; a.k.a. KATRANGI ELECTRONICS; a.k.a. KATRANGI FOR ELECTRONICS INDUSTRIES; a.k.a. KATRANGI TRADING; a.k.a. LUMIERE ELYSEES (Latin: LUMIÈRE ELYSÉES); a.k.a. NKTRONICS; a.k.a. SMART GREEN POWER; a.k.a. SMART PEGASUS; a.k.a. "E.K.T."; a.k.a. "EKT"; a.k.a. "ELECTRONIC SYSTEM GROUP"; a.k.a. "ESG"), 1st Floor, Hujij Building, Korniche Street, P.O. Box 817 No. 3, Beirut, Lebanon; P.O. Box 8173, Beirut, Lebanon; #1 fl., Grand Hills Bldg., Said Khansa St., Jnah (BHV), Beirut, Lebanon; 11/A, Abbasieh Building, Hijaz Street, Damascus, Syria; Lahlah Building, Industrial Zone, Hama, Syria; Awqaf Building, Naser Street, P.O. Box 34425, Damascus, Syria; #1 floor, 02/A, Fares Building, Rami Street, Margeh, Damascus, Syria; 46 El-Falaki Street, Facing Cook Door, BabLouk Area, Cairo, Egypt; Website www.ekt2.com; alt. Website www.katranji.com; alt. Website http://sgp-france.com; alt. Website http://lumiere-elysees.fr; Identification Number 808 195 689 00019 (France); Chamber of Commerce Number 2014 B 24978 (France) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

KATRANJI, Amir (a.k.a. ALKANTRANJI, Amir Hachem; a.k.a. KANTRAJI, Amir Hachem; a.k.a. KATRA, Amir; a.k.a. KATRANGI, Amir; a.k.a. KATRANGI, Amir Hachem; a.k.a. KATRANJI, Amir Hachem; a.k.a. KATRANJI, Amir Hashem); DOB 24 Jun 1966; POB Hama, Syria; nationality Syria; Managing Director and

Co-founder of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANJI, Amir Hachem (a.k.a. ALKANTRANJI, Amir Hachem; a.k.a. KANTRAJI, Amir Hachem; a.k.a. KATRA, Amir; a.k.a. KATRANGI, Amir; a.k.a. KATRANGI, Amir Hachem; a.k.a. KATRANJI, Amir; a.k.a. KATRANJI, Amir Hashem); DOB 24 Jun 1966; POB Hama, Syria; nationality Syria; Managing Director and Co-founder of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANJI, Amir Hashem (a.k.a. ALKANTRANJI, Amir Hachem; a.k.a. KANTRAJI, Amir Hachem; a.k.a. KATRA, Amir; a.k.a. KATRANGI, Amir; a.k.a. KATRANGI, Amir Hachem; a.k.a. KATRANGI, Amir; a.k.a. KATRANJI, Amir Hachem); DOB 24 Jun 1966; POB Hama, Syria; nationality Syria; Managing Director and Co-founder of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANJI, Houssam Hachem (a.k.a. EL KATRANGI, Houssam Hachem; a.k.a. EL KATRANJI, Houssam Hachem; a.k.a. KATRANGI, Houssam Hachem; a.k.a. KATRANGI, Houssam; a.k.a. KATRANKI, Houssam Hashem; a.k.a. QATRANJI, Hussam), Khansa Jnah, Beirut, Lebanon; DOB 27 Nov 1973; POB Ramlet El Baida, Lebanon; nationality Lebanon; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANJI, Maher Hachem (a.k.a. EL KATRANGI, Maher Hachem; a.k.a. EL KATRANJI, Maher Hachem; a.k.a. KATRANGI, Maher; a.k.a. KATRANGI, Maher Hachem; a.k.a. KATRANGI, Maher Mohamad; a.k.a. KATRANJI, Maher Hashem), Khansa Jnah, Beirut, Lebanon; DOB 06 Jul 1967; POB Hama, Syria; nationality Syria; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANJI, Maher Hashem (a.k.a. EL KATRANGI, Maher Hachem; a.k.a. EL KATRANJI, Maher Hachem; a.k.a. KATRANGI, Maher; a.k.a. KATRANGI, Maher Hachem; a.k.a. KATRANGI, Maher Mohamad; a.k.a. KATRANJI, Maher Hachem), Khansa Jnah, Beirut, Lebanon; DOB 06 Jul 1967; POB Hama, Syria; nationality Syria; Co-founder and Associate of Electronic Katrangi Group

(individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANJI, Mohammed (a.k.a. ALKTRANJI, Mohammed; a.k.a. KATRANGI, Mohamad); DOB 1928 (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATRANKI, Houssam Hashem (a.k.a. EL KATRANGI, Houssam Hachem; a.k.a. EL KATRANJI, Hossam Hachem; a.k.a. KATRANGI, Houssam; a.k.a. KATRANGI, Houssam Hachem; a.k.a. KATRANJI, Hussam; a.k.a. KATRANJI, Houssam Hachem; a.k.a. QATRANJI, Hussam), Khansa Jnah, Beirut, Lebanon; DOB 27 Nov 1973; POB Ramlet El Baida, Lebanon; nationality Lebanon; Co-founder and Associate of Electronic Katrangi Group (individual) [NPWMD] (Linked To: ELECTRONICS KATRANGI TRADING).

KATSUBA, Sviatlana Piatrouna (Cyrillic: КАЦУБА, Святлана Пятроўна) (a.k.a. KACUBA, Sviatlana; a.k.a. KATSUBA, Sviatlana Piatrowna; a.k.a. KATSUBO, Svetlana; a.k.a. KATSUBO, Svetlana Petrovna (Cyrillic: КАЦУБО, Светлана Петровна)), Homel Oblast, Belarus; DOB 06 Aug 1959; POB Podilsk, Odessa Oblast, Ukraine; nationality Belarus; Gender Female (individual) [BELARUS].

KATSUBA, Sviatlana Piatrowna (a.k.a. KACUBA, Sviatlana; a.k.a. KATSUBA, Sviatlana Piatrouna (Cyrillic: КАЦУБА, Святлана Пятроўна); a.k.a. KATSUBO, Svetlana; a.k.a. KATSUBO, Svetlana Petrovna (Cyrillic: КАЦУБО, Светлана Петровна), Homel Oblast, Belarus; DOB 06 Aug 1959; POB Podilsk, Odessa Oblast, Ukraine; nationality Belarus; Gender Female (individual) [BELARUS].

KATSUBO, Svetlana (a.k.a. KACUBA, Sviatlana; a.k.a. KATSUBA, Sviatlana Piatrouna (Cyrillic: КАЦУБА, Святлана Пятроўна); a.k.a. KATSUBA, Sviatlana Piatrowna; a.k.a. KATSUBO, Svetlana Petrovna (Cyrillic: КАЦУБО, Светлана Петровна), Homel Oblast, Belarus; DOB 06 Aug 1959; POB Podilsk, Odessa Oblast, Ukraine; nationality Belarus; Gender Female (individual) [BELARUS].

KATSUBO, Svetlana Petrovna (Cyrillic: КАЦУБО, Светлана Петровна) (a.k.a. KACUBA, Sviatlana; a.k.a. KATSUBA, Sviatlana Piatrouna (Cyrillic: КАЦУБА, Святлана Пятроўна); a.k.a. KATSUBA, Sviatlana Piatrowna; a.k.a. KATSUBO, Svetlana), Homel Oblast, Belarus; DOB 06 Aug 1959; POB Podilsk, Odessa

Oblast, Ukraine; nationality Belarus; Gender Female (individual) [BELARUS].

KATZ, Laurin, Switzerland; DOB 15 Jan 1988; POB Zurich, Switzerland; nationality Switzerland; Gender Male (individual) [RUSSIA-EO14024] (Linked To: KERIMOVA, Gulnara Suleymanovna).

KAUR, Eljeet (a.k.a. HAKIMZADA KAUR, Eljeet), Flat 17, 2nd FL Atlas Tower, Jamal Abdud Nasir Rd., Sharjah, United Arab Emirates; DOB 03 May 1959; nationality India; Gender Female; Passport Z2525822 (India) (individual) [SDNTK] (Linked To: HAKIMZADA, Jasmeet).

KAUROV, Valerii Volodymyrovych (a.k.a. KAUROV, Valeriy; a.k.a. KAUROV, Valery; a.k.a. KAUROV, Valery Vladimirovich); DOB 02 Apr 1956; POB Odessa, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KAUROV, Valeriy (a.k.a. KAUROV, Valerii Volodymyrovych; a.k.a. KAUROV, Valery; a.k.a. KAUROV, Valery Vladimirovich); DOB 02 Apr 1956; POB Odessa, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KAUROV, Valery (a.k.a. KAUROV, Valerii Volodymyrovych; a.k.a. KAUROV, Valeriy; a.k.a. KAUROV, Valery Vladimirovich); DOB 02 Apr 1956; POB Odessa, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KAUROV, Valery Vladimirovich (a.k.a. KAUROV, Valerii Volodymyrovych; a.k.a. KAUROV, Valeriy; a.k.a. KAUROV, Valery); DOB 02 Apr 1956; POB Odessa, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KAVAN ELECTRONIC CO., LTD (a.k.a. KAVAN ELECTRONIC COMPANY; a.k.a. KAVAN ELECTRONIC SADR ARIA ENGINEERING LIMITED LIABILITY COMPANY; a.k.a. KAVAN ELECTRONICS BEHRAD LIMITED LIABILITY COMPANY), No. 63, Unit 4, Shahrara, Patrice Lumumba St., Abshori Sharghi St., Tehran 1445934911, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Jul 2016; National ID No. 14005997725 (Iran); Registration Number 495080 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi; Linked To: ISLAMIC REVOLUTIONARY

GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

KAVAN ELECTRONIC COMPANY (a.k.a. KAVAN ELECTRONIC CO., LTD; a.k.a. KAVAN ELECTRONIC SADR ARIA ENGINEERING LIMITED LIABILITY COMPANY; a.k.a. KAVAN ELECTRONICS BEHRAD LIMITED LIABILITY COMPANY), No. 63, Unit 4, Shahrara, Patrice Lumumba St., Abshori Sharghi St., Tehran 1445934911, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Jul 2016; National ID No. 14005997725 (Iran); Registration Number 495080 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

KAVAN ELECTRONIC SADR ARIA ENGINEERING LIMITED LIABILITY COMPANY (a.k.a. KAVAN ELECTRONIC CO., LTD; a.k.a. KAVAN ELECTRONIC COMPANY; a.k.a. KAVAN ELECTRONICS BEHRAD LIMITED LIABILITY COMPANY), No. 63, Unit 4, Shahrara, Patrice Lumumba St., Abshori Sharghi St., Tehran 1445934911, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Jul 2016; National ID No. 14005997725 (Iran); Registration Number 495080 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

KAVAN ELECTRONICS BEHRAD LIMITED LIABILITY COMPANY (a.k.a. KAVAN ELECTRONIC CO., LTD; a.k.a. KAVAN ELECTRONIC COMPANY; a.k.a. KAVAN ELECTRONIC SADR ARIA ENGINEERING LIMITED LIABILITY COMPANY), No. 63, Unit 4, Shahrara, Patrice Lumumba St., Abshori Sharghi St., Tehran 1445934911, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 13 Jul 2016; National ID No. 14005997725 (Iran); Registration Number 495080 (Iran) [NPWMD] [IRGC] [IFSR] (Linked To: ARDAKANI, Hossein Hatefi; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AEROSPACE FORCE SELF SUFFICIENCY JIHAD ORGANIZATION).

KAVDZHARADZE, Maksim Gennadyevich (Cyrillic: КАВДЖАРАДЗЕ, Максим Геннадьевич) (a.k.a. KAVDZHARADZE,

Maxim), Russia; DOB 10 Jun 1969; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 772425762316 (Russia); Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KAVDZHARADZE, Maxim (a.k.a. KAVDZHARADZE, Maksim Gennadyevich (Cyrillic: КАВДЖАРАДЗЕ, Максим Геннадьевич)), Russia; DOB 10 Jun 1969; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 772425762316 (Russia); Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KAVE COFFEE S A (a.k.a. KAVE COFFEE S.A.), Panama; Calle A No. 310 entre 3ra y 5ta, Municipio Playa, Havana, Cuba; RUC # 22044-123-197519 (Panama) [CUBA].

KAVE COFFEE S.A. (a.k.a. KAVE COFFEE S A), Panama; Calle A No. 310 entre 3ra y 5ta, Municipio Playa, Havana, Cuba; RUC # 22044-123-197519 (Panama) [CUBA].

KAVE KHOZESTAN ALUMINIUM CO. (a.k.a. KALCO ALUMINUM COMPANY; a.k.a. KAVEH ALUMINUM KHUZESTAN; a.k.a. KAVEH KHOZESTAN ALUMINIUM; a.k.a. KAVEH KHOZESTAN ALUMINIUM COMPANY; a.k.a. KAVEH KHOZESTAN ALUMINUM COMPANY (Arabic: شرکت آلومینیوم کاوه خوزستان); a.k.a. KHUZESTAN KAVEH ALUMINUM COMPANY; a.k.a. "KALCO"), Building Alavi Golabi Street, Hafez Junction, Karimkhan Avenue, Tehran, Iran; Resalat Expressway, corner of Nelson Mandela Africa Blvd., Bonyad Complex, Tower 2, 9th Floor, Tehran, Iran; Website www.kalco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103583873 (Iran); Registration Number 321820 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

KAVE, S.A., Panama [CUBA].

KAVEH ALUMINUM KHUZESTAN (a.k.a. KALCO ALUMINUM COMPANY; a.k.a. KAVE KHOZESTAN ALUMINIUM CO.; a.k.a. KAVEH KHOZESTAN ALUMINIUM; a.k.a. KAVEH KHOZESTAN ALUMINIUM COMPANY; a.k.a. KAVEH KHOZESTAN ALUMINUM COMPANY (Arabic: شرکت آلومینیوم کاوه خوزستان); a.k.a. KHUZESTAN KAVEH ALUMINUM COMPANY; a.k.a. "KALCO"), Building Alavi Golabi Street, Hafez Junction, Karimkhan Avenue, Tehran, Iran; Resalat Expressway, corner of Nelson Mandela Africa Blvd., Bonyad Complex, Tower

2, 9th Floor, Tehran, Iran; Website www.kalco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103583873 (Iran); Registration Number 321820 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

KAVEH CUTTING TOOLS (a.k.a. KAVEH CUTTING TOOLS COMPANY; a.k.a. KAVEH CUTTING TOOLS COMPLEX; a.k.a. KAVEH CUTTING TOOLS FACTORIES), Km 4 of Khalaj Road, End of Seyedi Street, Mashad, Iran; P.O. Box 91735-549, Mashad, Iran; 3rd Km of Khalaj Road, Seyyedi Street, Mashad 91638, Iran; Khalaj Rd., End of Seyyedi Alley, Mashad, Iran; Moqan St., Pasdaran St., Pasdaran Cross Rd., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

KAVEH CUTTING TOOLS COMPANY (a.k.a. KAVEH CUTTING TOOLS; a.k.a. KAVEH CUTTING TOOLS COMPLEX; a.k.a. KAVEH CUTTING TOOLS FACTORIES), Km 4 of Khalaj Road, End of Seyedi Street, Mashad, Iran; P.O. Box 91735-549, Mashad, Iran; 3rd Km of Khalaj Road, Seyyedi Street, Mashad 91638, Iran; Khalaj Rd., End of Seyyedi Alley, Mashad, Iran; Moqan St., Pasdaran St., Pasdaran Cross Rd., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

KAVEH CUTTING TOOLS COMPLEX (a.k.a. KAVEH CUTTING TOOLS; a.k.a. KAVEH CUTTING TOOLS COMPANY; a.k.a. KAVEH CUTTING TOOLS FACTORIES), Km 4 of Khalaj Road, End of Seyedi Street, Mashad, Iran; P.O. Box 91735-549, Mashad, Iran; 3rd Km of Khalaj Road, Seyyedi Street, Mashad 91638, Iran; Khalaj Rd., End of Seyyedi Alley, Mashad, Iran; Moqan St., Pasdaran St., Pasdaran Cross Rd., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

KAVEH CUTTING TOOLS FACTORIES (a.k.a. KAVEH CUTTING TOOLS; a.k.a. KAVEH CUTTING TOOLS COMPANY; a.k.a. KAVEH CUTTING TOOLS COMPLEX), Km 4 of Khalaj Road, End of Seyyedi Street, Mashad, Iran; P.O. Box 91735-549, Mashad, Iran; 3rd Km of Khalaj Road, Seyyedi Street, Mashad 91638, Iran; Khalaj Rd., End of Seyyedi Alley, Mashad, Iran; Moqan St., Pasdaran St., Pasdaran Cross Rd., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

KAVEH EAST STEEL COMPANY (a.k.a. KAVEH SHARGH STEEL CO. (Arabic: شرکت فولاد شرق کاوه); a.k.a. KAVEH SHARGH STEEL COMPANY), Resalat Expressway, not far from Afriqa Expressway, Bonyad Mostazafan Central Building, Third Floor, Tehran, Iran; Website http://kes.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102924460 (Iran); Registration Number 253834 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

KAVEH KHOZESTAN ALUMINIUM (a.k.a. KALCO ALUMINUM COMPANY; a.k.a. KAVE KHOZESTAN ALUMINIUM CO.; a.k.a. KAVEH ALUMINUM KHUZESTAN; a.k.a. KAVEH KHOZESTAN ALUMINIUM COMPANY; a.k.a. KAVEH KHOZESTAN ALUMINUM COMPANY (Arabic: شرکت آلومینیوم کاوه خوزستان); a.k.a. KHUZESTAN KAVEH ALUMINUM COMPANY; a.k.a. "KALCO"), Building Alavi Golabi Street, Hafez Junction, Karimkhan Avenue, Tehran, Iran; Resalat Expressway, corner of Nelson Mandela Africa Blvd., Bonyad Complex, Tower 2, 9th Floor, Tehran, Iran; Website www.kalco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103583873 (Iran); Registration Number 321820 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

KAVEH KHOZESTAN ALUMINIUM COMPANY (a.k.a. KALCO ALUMINUM COMPANY; a.k.a. KAVE KHOZESTAN ALUMINIUM CO.; a.k.a. KAVEH ALUMINUM KHUZESTAN; a.k.a. KAVEH KHOZESTAN ALUMINIUM; a.k.a. KAVEH KHOZESTAN ALUMINUM COMPANY (Arabic: شرکت آلومینیوم کاوه خوزستان); a.k.a. KHUZESTAN KAVEH ALUMINUM COMPANY; a.k.a. "KALCO"), Building Alavi Golabi Street, Hafez Junction, Karimkhan Avenue, Tehran, Iran; Resalat Expressway, corner of Nelson Mandela Africa Blvd., Bonyad Complex, Tower 2, 9th Floor, Tehran, Iran; Website www.kalco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103583873 (Iran); Registration Number 321820 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

KAVEH KHOZESTAN ALUMINUM COMPANY (Arabic: شرکت آلومینیوم کاوه خوزستان) (a.k.a. KALCO ALUMINUM COMPANY; a.k.a. KAVE KHOZESTAN ALUMINIUM CO.; a.k.a. KAVEH ALUMINUM KHUZESTAN; a.k.a. KAVEH

KHOZESTAN ALUMINIUM; a.k.a. KAVEH KHOZESTAN ALUMINIUM COMPANY; a.k.a. KHUZESTAN KAVEH ALUMINUM COMPANY; a.k.a. "KALCO"), Building Alavi Golabi Street, Hafez Junction, Karimkhan Avenue, Tehran, Iran; Resalat Expressway, corner of Nelson Mandela Africa Blvd., Bonyad Complex, Tower 2, 9th Floor, Tehran, Iran; Website www.kalco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103583873 (Iran); Registration Number 321820 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY (Arabic: شرکت گسترش صنایع معدنی کاوه پارس) (a.k.a. GHOSTARESHE SANAYIE MADANI KAWEH PARS; a.k.a. KAVEH-PARS MINING INDUSTRIES DEVELOPMENT COMPANY; a.k.a. SHERKATE SANAYE MADANIYE KAVEH PARS; a.k.a. "KAVEH PARS"; a.k.a. "KMID"), 9th Floor, Central Building, No 0, Resalat Highway - Bonyad Mostazafan, Modares Hwy, District 3, Tehran, Tehran Province 1519613519, Iran; Argentina Square, Beginning of Africa Highway, Bonyad Mostazafan Building Number 1, Tehran, Iran; Africa Boulevard, No. 5, End of Arash Street, Tehran, Iran; Website http://kpars.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103057702 (Iran); Registration Number 272808 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

KAVEH SHARGH STEEL CO. (Arabic: شرکت فولاد شرق کاوه) (a.k.a. KAVEH EAST STEEL COMPANY; a.k.a. KAVEH SHARGH STEEL COMPANY), Resalat Expressway, not far from Afriqa Expressway, Bonyad Mostazafan Central Building, Third Floor, Tehran, Iran; Website http://kes.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102942460 (Iran); Registration Number 253834 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

KAVEH SHARGH STEEL COMPANY (a.k.a. KAVEH EAST STEEL COMPANY; a.k.a. KAVEH SHARGH STEEL CO. (Arabic: شرکت فولاد شرق کاوه)), Resalat Expressway, not far from Afriqa Expressway, Bonyad Mostazafan Central Building, Third Floor, Tehran, Iran; Website http://kes.co.ir; Additional Sanctions Information - Subject to Secondary Sanctions;

National ID No. 10102942460 (Iran); Registration Number 253834 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

KAVEH-PARS MINING INDUSTRIES DEVELOPMENT COMPANY (a.k.a. GHOSTARESHE SANAYIE MADANI KAWEH PARS; a.k.a. KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY (Arabic: شرکت گسترش صنایع معدنی کاوه پارس); a.k.a. SHERKATE SANAYE MADANIYE KAVEH PARS; a.k.a. "KAVEH PARS"; a.k.a. "KMID"), 9th Floor, Central Building, No 0, Resalat Highway - Bonyad Mostazafan, Modares Hwy, District 3, Tehran, Tehran Province 1519613519, Iran; Argentina Square, Beginning of Africa Highway, Bonyad Mostazafan Building Number 1, Tehran, Iran; Africa Boulevard, No. 5, End of Arash Street, Tehran, Iran; Website http://kpars.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103057702 (Iran); Registration Number 272808 (Iran) [IRAN-EO13876] (Linked To: ISLAMIC REVOLUTION MOSTAZAFAN FOUNDATION).

KAVERZINA, Irina Viktorovna, Russia; DOB 18 Jul 1986; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

KAVIAN PETROCHEMICAL (Arabic: پتروشیمی کاویان) (a.k.a. KAVIAN PETROCHEMICAL CO.; a.k.a. KAVIAN PETROCHEMICAL COMMERCIAL; a.k.a. KAVIAN PETROCHEMICAL COMPANY; a.k.a. KAVIAN PETROCHEMICAL CORPORATION; a.k.a. KAVIAN PETROCHEMICAL PRIVATE JOINT STOCK COMPANY (Arabic: شرکت پتروشیمی کاویان سهامی خاص)), Fatemi Street West Corner Khazan Alley, Plaque 2, Tehran, Iran; Petro Kavian, Asalouye, Bushehr 7539175146, Iran; Pars Special Energy Economic Zone, Kavian Petrochemical Complex, Asalouyeh, Iran; North Kargar Street, Plaque 310, Fourth Floor, Tehran, Iran; West Fatemi Street, Corner of Khazan Alley, Number 2, Tehran, Iran; Ashrafi Esfahani Highway, Fourth Road Punak, Falahzadeh Boulevard, Plaque 40, Floor 5, Tehran, Iran; 4th Floor No. 310, North Kargar Ave., Shahid Fatemi Cross Upsards, Tehran, Iran; Kavian Petrochemical Co., PSEEZ, Asaluyeh, Iran; Website www.petrokavian.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846

information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10102953996 (Iran); Registration Number 255100 (Iran) [IRAN-EO13846].

KAVIAN PETROCHEMICAL CO. (a.k.a. KAVIAN PETROCHEMICAL (Arabic: پتروشیمی کاویان); a.k.a. KAVIAN PETROCHEMICAL COMMERCIAL; a.k.a. KAVIAN PETROCHEMICAL COMPANY; a.k.a. KAVIAN PETROCHEMICAL CORPORATION; a.k.a. KAVIAN PETROCHEMICAL PRIVATE JOINT STOCK COMPANY (Arabic: شرکت پتروشیمی کاویان سهامی خاص)), Fatemi Street West Corner Khazan Alley, Plaque 2, Tehran, Iran; Petro Kavian, Asalouye, Bushehr 7539175146, Iran; Pars Special Energy Economic Zone, Kavian Petrochemical Complex, Asalouyeh, Iran; North Kargar Street, Plaque 310, Fourth Floor, Tehran, Iran; West Fatemi Street, Corner of Khazan Alley, Number 2, Tehran, Iran; Ashrafi Esfahani Highway, Fourth Road Punak, Falahzadeh Boulevard, Plaque 40, Floor 5, Tehran, Iran; 4th Floor No. 310, North Kargar Ave., Shahid Fatemi Cross Upsards, Tehran, Iran; Kavian Petrochemical Co., PSEEZ, Asaluyeh, Iran; Website www.petrokavian.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii). alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt.

Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10102953996 (Iran); Registration Number 255100 (Iran) [IRAN-EO13846].

KAVIAN PETROCHEMICAL COMMERCIAL (a.k.a. KAVIAN PETROCHEMICAL (Arabic: پتروشیمی کاویان); a.k.a. KAVIAN PETROCHEMICAL CO.; a.k.a. KAVIAN PETROCHEMICAL COMPANY; a.k.a. KAVIAN PETROCHEMICAL CORPORATION; a.k.a. KAVIAN PETROCHEMICAL PRIVATE JOINT STOCK COMPANY (Arabic: شرکت پتروشیمی کاویان سهامی خاص)), Fatemi Street West Corner Khazan Alley, Plaque 2, Tehran, Iran; Petro Kavian, Asalouye, Bushehr 7539175146, Iran; Pars Special Energy Economic Zone, Kavian Petrochemical Complex, Asalouyeh, Iran; North Kargar Street, Plaque 310, Fourth Floor, Tehran, Iran; West Fatemi Street, Corner of Khazan Alley, Number 2, Tehran, Iran; Ashrafi Esfahani Highway, Fourth Road Punak, Falahzadeh Boulevard, Plaque 40, Floor 5, Tehran, Iran; 4th Floor No. 310, North Kargar Ave., Shahid Fatemi Cross Upsards, Tehran, Iran; Kavian Petrochemical Co., PSEEZ, Asaluyeh, Iran; Website www.petrokavian.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10102953996 (Iran); Registration Number 255100 (Iran) [IRAN-EO13846].

KAVIAN PETROCHEMICAL COMPANY (a.k.a. KAVIAN PETROCHEMICAL (Arabic: پتروشیمی کاویان); a.k.a. KAVIAN PETROCHEMICAL CO.; a.k.a. KAVIAN PETROCHEMICAL COMMERCIAL; a.k.a. KAVIAN PETROCHEMICAL CORPORATION; a.k.a. KAVIAN PETROCHEMICAL PRIVATE JOINT STOCK COMPANY (Arabic: شرکت پتروشیمی کاویان سهامی خاص)), Fatemi Street West Corner Khazan Alley, Plaque 2, Tehran, Iran; Petro Kavian, Asalouye, Bushehr 7539175146, Iran; Pars Special Energy Economic Zone, Kavian Petrochemical Complex, Asalouyeh, Iran; North Kargar Street, Plaque 310, Fourth Floor, Tehran, Iran; West Fatemi Street, Corner of Khazan Alley, Number 2, Tehran, Iran; Ashrafi Esfahani Highway, Fourth Road Punak, Falahzadeh Boulevard, Plaque 40, Floor 5, Tehran, Iran; 4th Floor No. 310, North Kargar Ave., Shahid Fatemi Cross Upsards, Tehran, Iran; Kavian Petrochemical Co., PSEEZ, Asalouyeh, Iran; Website www.petrokavian.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10102953996 (Iran); Registration Number 255100 (Iran) [IRAN-EO13846].

KAVIAN PETROCHEMICAL CORPORATION (a.k.a. KAVIAN PETROCHEMICAL (Arabic: پتروشیمی کاویان); a.k.a. KAVIAN PETROCHEMICAL CO.; a.k.a. KAVIAN PETROCHEMICAL COMMERCIAL; a.k.a. KAVIAN PETROCHEMICAL COMPANY; a.k.a. KAVIAN PETROCHEMICAL PRIVATE JOINT STOCK COMPANY (Arabic: شرکت پتروشیمی کاویان سهامی خاص)), Fatemi Street West Corner Khazan Alley, Plaque 2, Tehran, Iran; Petro Kavian, Asalouye, Bushehr 7539175146, Iran; Pars Special Energy Economic Zone, Kavian Petrochemical Complex, Asalouyeh, Iran; North Kargar Street, Plaque 310, Fourth Floor, Tehran, Iran; West Fatemi Street, Corner of Khazan Alley, Number 2, Tehran, Iran; Ashrafi Esfahani Highway, Fourth Road Punak, Falahzadeh Boulevard, Plaque 40, Floor 5, Tehran, Iran; 4th Floor No. 310, North Kargar Ave., Shahid Fatemi Cross Upsards, Tehran, Iran; Kavian Petrochemical Co., PSEEZ, Asaluyeh, Iran; Website www.petrokavian.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10102953996 (Iran); Registration Number 255100 (Iran) [IRAN-EO13846].

KAVIAN PETROCHEMICAL PRIVATE JOINT STOCK COMPANY (Arabic: شرکت پتروشیمی کاویان سهامی خاص) (a.k.a. KAVIAN PETROCHEMICAL (Arabic: پتروشیمی کاویان); a.k.a. KAVIAN PETROCHEMICAL CO.; a.k.a. KAVIAN PETROCHEMICAL COMMERCIAL; a.k.a. KAVIAN PETROCHEMICAL COMPANY; a.k.a. KAVIAN PETROCHEMICAL CORPORATION), Fatemi Street West Corner Khazan Alley, Plaque 2, Tehran, Iran; Petro Kavian, Asalouye, Bushehr 7539175146, Iran; Pars Special Energy Economic Zone, Kavian Petrochemical Complex, Asalouyeh, Iran; North Kargar Street, Plaque 310, Fourth Floor, Tehran, Iran; West Fatemi Street, Corner of Khazan Alley, Number 2, Tehran, Iran; Ashrafi Esfahani Highway, Fourth Road Punak, Falahzadeh Boulevard, Plaque 40, Floor 5, Tehran, Iran; 4th Floor No. 310, North Kargar Ave., Shahid Fatemi Cross Upsards, Tehran, Iran; Kavian Petrochemical Co., PSEEZ, Asaluyeh, Iran; Website www.petrokavian.com; Additional Sanctions Information - Subject to Secondary Sanctions; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY

OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); National ID No. 10102953996 (Iran); Registration Number 255100 (Iran) [IRAN-EO13846].

KAVINOV, Artem Alexandrovich (Cyrillic: КАВИНОВ, Артём Александрович), Russia; DOB 03 Sep 1969; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KAVKAZSKY KOMSELKHOZBANK (a.k.a. BANK ROSTFINANCE; a.k.a. LLC COMMERCIAL BANK ROSTFINANCE; a.k.a. OOO CB ROSTFINANS; a.k.a. ROSTFINANS), St 1st Mayskaya, 13a/11a, Rostov-on-Don 344037, Russia; SWIFT/BIC ROSFRU2A; Website www.rostfinance.ru; Target Type Financial Institution; Tax ID No. 2332006024 (Russia); Legal Entity Number 253400LTWKWWN6SQCF62; Registration Number 1022300003021 (Russia) [RUSSIA-EO14024].

KAVOSH GOSTAR BOSHRA LLC (a.k.a. PISHTAZAN KAVOSH GOSTAR BASHARA LLC; a.k.a. PISHTAZAN KAVOSH GOSTAR BOSHRA, LLC (Arabic: پیشتازان کاوش گستر بشرا); a.k.a. PISHTAZAN KAVOSH GOSTAR BUSHRA COMPANY; a.k.a. PISHTAZAN KAVOSH GOSTAR BUSHRA LLC; a.k.a. "PKGB"), One Khanjari Alley, Second Floor, Unit 4, postal code 1685914195, Iran; Room 04, F2, No. 1 (Bank Shahr Building), Khanjari alley, Farjam Street, Tehran, Iran; Unit 4, Number 1, Khanjari Alley, between Shahid Bagheri Highway and Seraj, Farjam Avenue, Tehran, Iran; Number 1, Unit 4, Farjam Street, between Saraj Intersection and Shaheed Bahjeri Highway and Khanjari Alley, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 428840 [NPWMD] [IFSR] (Linked To: DEHGHAN, Hamed).

KAWOUK, Nabil (a.k.a. QAOUK, Nabil (Arabic: نبيل قاووق; a.k.a. QAWOOK, Sheikh Nabil; a.k.a. QAWOUK, Sheikh Nabil; a.k.a. QAWUQ, Nabil Yahy), Ebba, Nabatieh, Lebanon; DOB 20 May 1964; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

KAWTARANI, Muhammad (a.k.a. AL-KAWTHARANI, Jafar; a.k.a. AL-KAWTHARANI, Muhammad; a.k.a. KAWTHARANI, Mohammad; a.k.a. KAWTHARANI, Muhammad); DOB 1945; alt. DOB 1959; alt. DOB 1961; POB Najaf, Iraq; nationality Lebanon; alt. nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

KAWTHARANI, Adnan Hussein (a.k.a. AL-KAWTHARANI, Adnan; a.k.a. KAWTHARANI, Adnan Mahmud; a.k.a. KAWTHRANI, Adnan; a.k.a. KUTHERANI, Adnan), Al Zahrani, Lebanon; Najaf, Iraq; DOB 02 Sep 1954; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

KAWTHARANI, Adnan Mahmud (a.k.a. AL-KAWTHARANI, Adnan; a.k.a. KAWTHARANI, Adnan Hussein; a.k.a. KAWTHRANI, Adnan; a.k.a. KUTHERANI, Adnan), Al Zahrani, Lebanon; Najaf, Iraq; DOB 02 Sep 1954; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

KAWTHARANI, Mohammad (a.k.a. AL-KAWTHARANI, Jafar; a.k.a. AL-KAWTHARANI, Muhammad; a.k.a. KAWTARANI, Muhammad; a.k.a. KAWTHARANI, Muhammad); DOB 1945; alt. DOB 1959; alt. DOB 1961; POB Najaf, Iraq; nationality Lebanon; alt. nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

KAWTHARANI, Muhammad (a.k.a. AL-KAWTHARANI, Jafar; a.k.a. AL-KAWTHARANI, Muhammad; a.k.a. KAWTARANI, Muhammad; a.k.a. KAWTHARANI, Mohammad); DOB 1945; alt. DOB 1959; alt. DOB 1961; POB Najaf, Iraq; nationality Lebanon; alt. nationality Iraq; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations (individual) [SDGT].

KAWTHRANI, Adnan (a.k.a. AL-KAWTHARANI, Adnan; a.k.a. KAWTHARANI, Adnan Hussein; a.k.a. KAWTHARANI, Adnan Mahmud; a.k.a. KUTHERANI, Adnan), Al Zahrani, Lebanon; Najaf, Iraq; DOB 02 Sep 1954; POB Lebanon;

Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

KAY ZONE BUILDERS & DEVELOPERS (a.k.a. KAY ZONE BUILDERS AND DEVELOPERS), House #D-85, Block-5, Clifton, Karachi, Pakistan [TCO] (Linked To: KHANANI, Hozaifa Javed).

KAY ZONE BUILDERS AND DEVELOPERS (a.k.a. KAY ZONE BUILDERS & DEVELOPERS), House #D-85, Block-5, Clifton, Karachi, Pakistan [TCO] (Linked To: KHANANI, Hozaifa Javed).

KAY ZONE GENERAL TRADING LLC, Office No. 412, Abdul Ahmed Al Zarouni Building, Deira, Dubai, United Arab Emirates; Registration ID 1046349 (United Arab Emirates); Dubai Chamber of Commerce Membership No. 175229; Trade License No. 626883 (United Arab Emirates) [TCO] (Linked To: KHANANI, Obaid Altaf).

KAYA, Mehmet, Turkey; DOB 01 Jan 1988; POB Mardin, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 35006048398 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

KAYA, Serkan (a.k.a. AL-DIN, Haroun Mansour Yaqoub Nasser (Arabic: هارون منصور يعقوب ناصرالدين); a.k.a. ALDIN, Haroun Nasser; a.k.a. NASIR-AL-DIN, Harun Mansur Ya'qub; a.k.a. NASR-AL-DIN, Harun), Istanbul, Turkey; DOB 05 Jun 1970; POB Hebron, West Bank; nationality Palestinian; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 904273463 (Palestinian); alt. National ID No. 12216148308 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

KAYALI, Taher (Arabic: طاهر كيالي) (a.k.a. AL-KAYALI, Taher; a.k.a. CAIALI, Taer; a.k.a. KAYALI, Taher Abdel Karim), Syria; DOB 11 Jul 1960; POB Aleppo, Syria; nationality Syria; Gender Male; National ID No. 02010229257 (Syria) (individual) [SYRIA].

KAYALI, Taher Abdel Karim (a.k.a. AL-KAYALI, Taher; a.k.a. CAIALI, Taer; a.k.a. KAYALI, Taher (Arabic: طاهر كيالي)), Syria; DOB 11 Jul 1960; POB Aleppo, Syria; nationality Syria; Gender Male; National ID No. 02010229257 (Syria) (individual) [SYRIA].

KAYIHURA, Kale (a.k.a. MUHWEZI, Edward Kalekezi Kayihura); DOB 26 Dec 1955;

nationality Uganda; Gender Male; Passport DA024329 (individual) [GLOMAG].

KAYIRA, Muhammad Mzee (a.k.a. MAHAMMAD, Kayiira; a.k.a. MUHAMADI, Kahira; a.k.a. MUHAMMAD, Kayiira; a.k.a. "Kaida"; a.k.a. "Karida"; a.k.a. "Ogundipe"), Congo, Democratic Republic of the; DOB 1963 to 1969; POB Kampala District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

KAYNA, Innocent (a.k.a. KAINA, Innocent); DOB 1978; POB Bunagana, Rutshuru territory, Democratic Republic of the Congo; Colonel (individual) [DRCONGO].

KAYODE, Abiola Ayorinde, Nigeria; DOB 14 Nov 1987; nationality Nigeria; Gender Male; Passport A05637743 (Nigeria) (individual) [CYBER2].

KAZA'I, Ahmad (a.k.a. KHAZAI, Ahmad), Iran; DOB 30 Mar 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D9014415 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KAZAKEVICH, Genadz Arkadzievich (a.k.a. KAZAKEVICH, Gennadi; a.k.a. KAZAKEVICH, Gennadi Arkadievich (Cyrillic: КАЗАКЕВИЧ, Геннадий Аркадьевич); a.k.a. KAZAKEVICH, Gennady (Cyrillic: КАЗАКЕВИЧ, Геннадий); a.k.a. KAZAKEVICH, Gennady Arkadyevich; a.k.a. KAZAKEVICH, Henadz; a.k.a. KAZAKEVICH, Henadz Arkadzievich (Cyrillic: КАЗАКЕВІЧ, Генадзь Аркадзьевіч)), Minsk, Belarus; DOB 14 Feb 1975; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KAZAKEVICH, Gennadi (a.k.a. KAZAKEVICH, Genadz Arkadzievich; a.k.a. KAZAKEVICH, Gennadi Arkadievich (Cyrillic: КАЗАКЕВИЧ, Геннадий Аркадьевич); a.k.a. KAZAKEVICH, Gennady (Cyrillic: КАЗАКЕВИЧ, Геннадий); a.k.a. KAZAKEVICH, Gennady Arkadyevich; a.k.a. KAZAKEVICH, Henadz; a.k.a. KAZAKEVICH, Henadz Arkadzievich (Cyrillic: КАЗАКЕВІЧ, Генадзь Аркадзьевіч)), Minsk, Belarus; DOB 14 Feb 1975; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KAZAKEVICH, Gennadi Arkadievich (Cyrillic: КАЗАКЕВИЧ, Геннадий Аркадьевич) (a.k.a. KAZAKEVICH, Genadz Arkadzievich; a.k.a. KAZAKEVICH, Gennadi; a.k.a. KAZAKEVICH, Gennady (Cyrillic: КАЗАКЕВИЧ, Геннадий); a.k.a. KAZAKEVICH, Gennady Arkadyevich;

a.k.a. KAZAKEVICH, Henadz; a.k.a. KAZAKEVICH, Henadz Arkadzievich (Cyrillic: КАЗАКЕВІЧ, Генадзь Аркадзьевіч)), Minsk, Belarus; DOB 14 Feb 1975; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KAZAKEVICH, Gennady (Cyrillic: КАЗАКЕВИЧ, Геннадий) (a.k.a. KAZAKEVICH, Genadz Arkadzievich; a.k.a. KAZAKEVICH, Gennadi; a.k.a. KAZAKEVICH, Gennadi Arkadievich (Cyrillic: КАЗАКЕВИЧ, Геннадий Аркадьевич); a.k.a. KAZAKEVICH, Gennady Arkadyevich; a.k.a. KAZAKEVICH, Henadz; a.k.a. KAZAKEVICH, Henadz Arkadzievich (Cyrillic: КАЗАКЕВІЧ, Генадзь Аркадзьевіч)), Minsk, Belarus; DOB 14 Feb 1975; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KAZAKEVICH, Gennady Arkadyevich (a.k.a. KAZAKEVICH, Genadz Arkadzievich; a.k.a. KAZAKEVICH, Gennadi; a.k.a. KAZAKEVICH, Gennadi Arkadievich (Cyrillic: КАЗАКЕВИЧ, Геннадий Аркадьевич); a.k.a. KAZAKEVICH, Gennady (Cyrillic: КАЗАКЕВИЧ, Геннадий); a.k.a. KAZAKEVICH, Henadz; a.k.a. KAZAKEVICH, Henadz Arkadzievich (Cyrillic: КАЗАКЕВІЧ, Генадзь Аркадзьевіч)), Minsk, Belarus; DOB 14 Feb 1975; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KAZAKEVICH, Henadz (a.k.a. KAZAKEVICH, Genadz Arkadzievich; a.k.a. KAZAKEVICH, Gennadi; a.k.a. KAZAKEVICH, Gennadi Arkadievich (Cyrillic: КАЗАКЕВИЧ, Геннадий Аркадьевич); a.k.a. KAZAKEVICH, Gennady (Cyrillic: КАЗАКЕВИЧ, Геннадий); a.k.a. KAZAKEVICH, Gennady Arkadyevich; a.k.a. KAZAKEVICH, Henadz Arkadzievich (Cyrillic: КАЗАКЕВІЧ, Генадзь Аркадзьевіч)), Minsk, Belarus; DOB 14 Feb 1975; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KAZAKEVICH, Henadz Arkadzievich (Cyrillic: КАЗАКЕВІЧ, Генадзь Аркадзьевіч) (a.k.a. KAZAKEVICH, Genadz Arkadzievich; a.k.a. KAZAKEVICH, Gennadi; a.k.a. KAZAKEVICH, Gennadi Arkadievich (Cyrillic: КАЗАКЕВИЧ, Геннадий Аркадьевич); a.k.a. KAZAKEVICH, Gennady (Cyrillic: КАЗАКЕВИЧ, Геннадий); a.k.a. KAZAKEVICH, Gennady Arkadyevich; a.k.a. KAZAKEVICH, Henadz), Minsk, Belarus; DOB 14 Feb 1975; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KAZAKOV, Viktor Alekseyevich (Cyrillic: КАЗАКОВ, Виктор Алексеевич), Russia; DOB 04 Apr 1949; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KAZAKOVA, Olga Mikhailovna (Cyrillic: КАЗАКОВА, Ольга Михайловна), Russia; DOB 30 May 1968; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KAZAKOVA, VALENTINA LVOVNA (Cyrillic: КАЗАКОВА, Валентина Львовна) (a.k.a. KAZAKOVA, Valentyna Lvivna), Moscow, Russia; DOB 06 Jul 1969; POB Tula, Tula Region, Russia; nationality Russia; citizen Russia; Gender Female (individual) [RUSSIA-EO14024].

KAZAKOVA, Valentyna Lvivna (a.k.a. KAZAKOVA, VALENTINA LVOVNA (Cyrillic: КАЗАКОВА, Валентина Львовна)), Moscow, Russia; DOB 06 Jul 1969; POB Tula, Tula Region, Russia; nationality Russia; citizen Russia; Gender Female (individual) [RUSSIA-EO14024].

KAZAN HELICOPTERS (a.k.a. AO KAZANSKII VERTOLETNYI ZAVOD; a.k.a. JOINT STOCK COMPANY KAZAN HELICOPTERS; a.k.a. KAZANSKI VERTOLETNY ZAVOD AO), Ul. Tetsevskaya D. 14, Kazan 420085, Russia; Organization Established Date 1993; Tax ID No. 1656002652 (Russia); Registration Number 1021630881683 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

KAZAN OPTICAL-MECHANICAL PLANT JOINT STOCK COMPANY (a.k.a. JSC KAZAN OPTICAL AND MECHANICAL PLANT; a.k.a. KAZANSKII OPTIKO-MEKHANICHESKII ZAVOD AO (Cyrillic: КАЗАНСКИЙ ОПТИКО-МЕХАНИЧЕСКИЙ ЗАВОД АО)), 37 Lipatova St., Kazan, Tatarstan Republic 420075, Russia; Tax ID No. 1660004229 (Russia); Business Registration Number 1021603617188 (Russia) [RUSSIA-EO14024].

KAZAN PLANT ELECTRIC DEVICE OPEN JOINT STOCK COMPANY (a.k.a. OPEN JOINT STOCK COMPANY KAZAN PLANT ELECTROPRIBOR; a.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO KAZANSKII ZAVOD ELEKTROPRIBOR), Ul. Nikolaya Ershova D. 20, Kazan 420061, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy

determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1655064494 (Russia); Registration Number 1041621021749 (Russia) [RUSSIA-EO14024].

KAZAN SHIPPING INCORPORATED, Office OT 17-32, 17th Floor, Office Tower, Central Park Towers, Dubai, United Arab Emirates; Unit 27610-001, Building A1, IFZA Business Park, DDP, Dubai Silicon Oasis, Dubai, United Arab Emirates; Identification Number IMO 1142781 [RUSSIA-EO14024].

KAZAN SYNTHETIC RUBBER PLANT JSC (a.k.a. OTKRITOE AKTCIONERNOE OBSHESTVO KAZANSKIJ ZAVOD SINTETICHESKOGO KAUCHUKA; a.k.a. "JSC KZSK"; a.k.a. "OAO KZSK"), 1 Lebedeva Str., Kazan, Republic of Tatarstan 420054, Russia; Organization Established Date 17 Jun 2002; Tax ID No. 1659032038 (Russia); Registration Number 1021603463485 (Russia) [RUSSIA-EO14024].

KAZAN, Ali Muhammad (a.k.a. KASSAN, Ali Mohamad; a.k.a. QAZAN, Ali Mohamad), Avenue Taroba, 1005 Edificio Beatriz Mendes, Apt 1704, Foz do Iguacu, Brazil; DOB 19 Dec 1967; POB Taibe, Lebanon; citizen Lebanon; alt. citizen Paraguay; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 0089044 (Lebanon) (individual) [SDGT].

KAZANKOV, Sergey Ivanovich (Cyrillic: КАЗАНКОВ, Сергей Иванович), Russia; DOB 09 Oct 1972; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KAZANOKOV, Krym Olievich (Cyrillic: КАЗАНОКОВ, Крым Олиевич), Russia; DOB 19 Jul 1962; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KAZANSKI VERTOLETNY ZAVOD AO (a.k.a. AO KAZANSKII VERTOLETNYI ZAVOD; a.k.a. JOINT STOCK COMPANY KAZAN HELICOPTERS; a.k.a. KAZAN HELICOPTERS), Ul. Tetsevskaya D. 14, Kazan 420085, Russia; Organization Established Date 1993; Tax ID No. 1656002652 (Russia); Registration Number 1021603881683 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

KAZANSKII GOSUDARSTVENNYI KAZENNYI POROKHOVOI ZAVOD (a.k.a. FEDERAL STATE ENTERPRISE KAZAN FEDERAL STATE GUNPOWDER PLANT; a.k.a. "KGKPZ"), ul. Pervogo Maya D. 14, Kazan 420032, Russia; Tax ID No. 1656025681 (Russia); Registration Number 1031624002937 (Russia) [RUSSIA-EO14024].

KAZANSKII OPTIKO-MEKHANICHESKII ZAVOD AO (Cyrillic: КАЗАНСКИЙ ОПТИКО-МЕХАНИЧЕСКИЙ ЗАВОД АО) (a.k.a. JSC KAZAN OPTICAL AND MECHANICAL PLANT; a.k.a. KAZAN OPTICAL-MECHANICAL PLANT JOINT STOCK COMPANY), 37 Lipatova St., Kazan, Tatarstan Republic 420075, Russia; Tax ID No. 1660004229 (Russia); Business Registration Number 1021603617188 (Russia) [RUSSIA-EO14024].

KAZAZAEV, Andrei Petrovich (a.k.a. KAZAZAEV, Andrey Petrovich), Russia; DOB 19 Nov 1964; POB Uglich, Russia; nationality Russia; Gender Male; Tax ID No. 330515309950 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY VA DEGTYAREV PLANT).

KAZAZAEV, Andrey Petrovich (a.k.a. KAZAZAEV, Andrei Petrovich), Russia; DOB 19 Nov 1964; POB Uglich, Russia; nationality Russia; Gender Male; Tax ID No. 330515309950 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OPEN JOINT STOCK COMPANY VA DEGTYAREV PLANT).

KAZEMABAD, Mahmoud Bagheri (a.k.a. BAGHERI, Mahmud Kazemabad; a.k.a. BAGHERI-KAZEMABAD, Mahmud; a.k.a. KAZEMABAD, Mahmud Bagheri; a.k.a. KZEMABAD, Mahmoud Bagheri; a.k.a. "BAGHERI, Mahmoud"; a.k.a. "BAGHERI, Mahmud"), Iran; DOB 26 Jun 1965; POB Meybod, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport J32377129 (Iran) expires 31 Aug 2020; National ID No. 448947941 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AL-GHADIR MISSILE COMMAND).

KAZEMABAD, Mahmud Bagheri (a.k.a. BAGHERI, Mahmud Kazemabad; a.k.a. BAGHERI-KAZEMABAD, Mahmud; a.k.a. KAZEMABAD, Mahmoud Bagheri; a.k.a. KZEMABAD, Mahmoud Bagheri; a.k.a. "BAGHERI, Mahmoud"; a.k.a. "BAGHERI, Mahmud"), Iran; DOB 26 Jun 1965; POB Meybod, Iran; nationality Iran; Additional

Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport J32377129 (Iran) expires 31 Aug 2020; National ID No. 448947941 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AL-GHADIR MISSILE COMMAND).

KAZEMI, Mohammad (a.k.a. KAZEMI, Mohammad Reza; a.k.a. KAZEMIAN, Mohammad Reza), Turkey; DOB 18 Sep 1981; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M49571636 (Iran) expires 03 Aug 2024; National ID No. 0075700247 (Iran) (individual) [SDGT] [IFSR] (Linked To: AMINI, Meghdad).

KAZEMI, Mohammad (Arabic: محمد كاظمى), Tehran, Iran; DOB 11 Jul 1961; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Brigadier General (individual) [IRGC] [IFSR] [IRAN-HR] [HOSTAGES-EO14078] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS; Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS INTELLIGENCE ORGANIZATION).

KAZEMI, Mohammad Reza (a.k.a. KAZEMI, Mohammad; a.k.a. KAZEMIAN, Mohammad Reza), Turkey; DOB 18 Sep 1981; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M49571636 (Iran) expires 03 Aug 2024; National ID No. 0075700247 (Iran) (individual) [SDGT] [IFSR] (Linked To: AMINI, Meghdad).

KAZEMI, Seyyed Mohammad Hosein Musa (a.k.a. "ZAMANI, Hosein"), Iran; DOB 18 Jun 1997; nationality Iran; Gender Male; National ID No. 0020372604 (Iran) (individual) [ELECTION-EO13848].

KAZEMIAN, Mohammad Reza (a.k.a. KAZEMI, Mohammad; a.k.a. KAZEMI, Mohammad Reza), Turkey; DOB 18 Sep 1981; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M49571636 (Iran) expires 03 Aug 2024; National ID No. 0075700247 (Iran) (individual) [SDGT] [IFSR] (Linked To: AMINI, Meghdad).

KAZEMIFAR, Reza (a.k.a. RAHMAN, Reza Kazemifar (Arabic: رضا كاظمیفر رحمان)), Tehran, Iran; DOB 02 Jun 1987; POB Ilam, Iran; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 4501201381 (Iran); Birth Certificate Number 3946 (Iran) (individual)

[SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

KAZIKAEV, Valeri (a.k.a. KAZIKAEV, Valery Dzekovic; a.k.a. KAZIKAEV, Valery Dzhekovich; a.k.a. KAZIKAYEV, Valeriy Dzhekovich), Italy; Znievska 3060/8, Bratislava-Petrzalka 85106, Slovakia; Russia; DOB 13 Nov 1954; POB Moscow, Russia; nationality Russia; Gender Male; Passport 531143127 (Russia) issued 30 Jun 2016 expires 30 Jun 2026; Tax ID No. KZKVRY54S13Z154C (Italy) (individual) [RUSSIA-EO14024].

KAZIKAEV, Valery Dzekovic (a.k.a. KAZIKAEV, Valeri; a.k.a. KAZIKAEV, Valery Dzhekovich; a.k.a. KAZIKAYEV, Valeriy Dzhekovich), Italy; Znievska 3060/8, Bratislava-Petrzalka 85106, Slovakia; Russia; DOB 13 Nov 1954; POB Moscow, Russia; nationality Russia; Gender Male; Passport 531143127 (Russia) issued 30 Jun 2016 expires 30 Jun 2026; Tax ID No. KZKVRY54S13Z154C (Italy) (individual) [RUSSIA-EO14024].

KAZIKAEV, Valery Dzhekovich (a.k.a. KAZIKAEV, Valeri; a.k.a. KAZIKAEV, Valery Dzekovic; a.k.a. KAZIKAYEV, Valeriy Dzhekovich), Italy; Znievska 3060/8, Bratislava-Petrzalka 85106, Slovakia; Russia; DOB 13 Nov 1954; POB Moscow, Russia; nationality Russia; Gender Male; Passport 531143127 (Russia) issued 30 Jun 2016 expires 30 Jun 2026; Tax ID No. KZKVRY54S13Z154C (Italy) (individual) [RUSSIA-EO14024].

KAZIKAYEV, Valeriy Dzhekovich (a.k.a. KAZIKAEV, Valeri; a.k.a. KAZIKAEV, Valery Dzekovic; a.k.a. KAZIKAEV, Valery Dzhekovich), Italy; Znievska 3060/8, Bratislava-Petrzalka 85106, Slovakia; Russia; DOB 13 Nov 1954; POB Moscow, Russia; nationality Russia; Gender Male; Passport 531143127 (Russia) issued 30 Jun 2016 expires 30 Jun 2026; Tax ID No. KZKVRY54S13Z154C (Italy) (individual) [RUSSIA-EO14024].

KAZIM, Rashid Taan; nationality Iraq; Ba'th party regional command chairman, al-Anbar (individual) [IRAQ2].

KB INVESTMENTS LIMITED, Office 5B, Level 8, Portomaso Business Tower, Portomaso Avenue, St Julians STJ 4011, Malta; D-U-N-S Number 53-399-9713; Trade License No. C 72745 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

KB LINES LIMITED (a.k.a. KB LINES LTD.), Office 5B, Level 8, Portomaso Tower, St. Julians STJ 4011, Malta; D-U-N-S Number 53-400-0843; V.A.T. Number MT23058705 (Malta); Tax ID No. 23058705 (Malta); Trade License No. C 73647 (Malta); Company Number 5905876 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

KB LINES LTD. (a.k.a. KB LINES LIMITED), Office 5B, Level 8, Portomaso Tower, St. Julians STJ 4011, Malta; D-U-N-S Number 53-400-0843; V.A.T. Number MT23058705 (Malta); Tax ID No. 23058705 (Malta); Trade License No. C 73647 (Malta); Company Number 5905876 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

KB RADAR - RADAR AND ELECTRONIC WARFARE SYSTEMS (a.k.a. JSC KB RADAR; a.k.a. KB RADAR - RADAR AND EW SYSTEMS; a.k.a. KB RADAR (Cyrillic: КБ РАДАР); a.k.a. KB RADAR OJSC; a.k.a. KB RADAR-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA SISTEMY RADIOLOKATSII OAO; a.k.a. OJSC KB RADAR-MANAGING COMPANY HOLDING RADAR SYSTEM (Cyrillic: ОАО КБ РАДАР-УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА СИСТЕМЫ РАДИОЛОКАЦИИ); a.k.a. OPEN JOINT STOCK COMPANY KB RADAR-MANAGEMENT COMPANY HOLDING RADAR SYSTEMS), Partizanskii 64A, Minsk 220026, Belarus (Cyrillic: пр-т Партизанский, 64а, Минск 220026, Belarus); d.24, Nezhiloe pomeshchenie, ul Promyshlennaya, Minsk 220075, Belarus; Organization Established Date 2006; Registration Number 190699027 (Belarus) [BELARUS-EO14038].

KB RADAR - RADAR AND EW SYSTEMS (a.k.a. JSC KB RADAR; a.k.a. KB RADAR - RADAR AND ELECTRONIC WARFARE SYSTEMS; a.k.a. KB RADAR (Cyrillic: КБ РАДАР); a.k.a. KB RADAR OJSC; a.k.a. KB RADAR-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA SISTEMY RADIOLOKATSII OAO; a.k.a. OJSC KB RADAR-MANAGING COMPANY HOLDING RADAR SYSTEM (Cyrillic: ОАО КБ РАДАР-УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА СИСТЕМЫ РАДИОЛОКАЦИИ); a.k.a. OPEN JOINT STOCK COMPANY KB RADAR-MANAGEMENT COMPANY HOLDING RADAR SYSTEMS), Partizanskii 64A, Minsk 220026, Belarus (Cyrillic: пр-т Партизанский, 64а, Минск 220026, Belarus); d.24, Nezhiloe pomeshchenie, ul Promyshlennaya, Minsk 220075, Belarus; Organization Established Date 2006; Registration Number 190699027 (Belarus) [BELARUS-EO14038].

KB RADAR (Cyrillic: КБ РАДАР) (a.k.a. JSC KB RADAR; a.k.a. KB RADAR - RADAR AND ELECTRONIC WARFARE SYSTEMS; a.k.a. KB RADAR - RADAR AND EW SYSTEMS; a.k.a. KB RADAR-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA SISTEMY RADIOLOKATSII OAO; a.k.a. OJSC KB RADAR-MANAGING COMPANY HOLDING RADAR SYSTEM (Cyrillic: ОАО КБ РАДАР-УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА СИСТЕМЫ РАДИОЛОКАЦИИ); a.k.a. OPEN JOINT STOCK COMPANY KB RADAR-MANAGEMENT COMPANY HOLDING RADAR SYSTEMS), Partizanskii 64A, Minsk 220026, Belarus (Cyrillic: пр-т Партизанский, 64а, Минск 220026, Belarus); d.24, Nezhiloe pomeshchenie, ul Promyshlennaya, Minsk 220075, Belarus; Organization Established Date 2006; Registration Number 190699027 (Belarus) [BELARUS-EO14038].

KB RADAR OJSC (a.k.a. JSC KB RADAR; a.k.a. KB RADAR - RADAR AND ELECTRONIC WARFARE SYSTEMS; a.k.a. KB RADAR - RADAR AND EW SYSTEMS; a.k.a. KB RADAR (Cyrillic: КБ РАДАР); a.k.a. KB RADAR-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA SISTEMY RADIOLOKATSII OAO; a.k.a. OJSC KB RADAR-MANAGING COMPANY HOLDING RADAR SYSTEM (Cyrillic: ОАО КБ РАДАР-УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА СИСТЕМЫ РАДИОЛОКАЦИИ); a.k.a. OPEN JOINT STOCK COMPANY KB RADAR-MANAGEMENT COMPANY HOLDING RADAR SYSTEMS), Partizanskii 64A, Minsk 220026, Belarus (Cyrillic: пр-т Партизанский, 64а, Минск 220026, Belarus); d.24, Nezhiloe pomeshchenie, ul Promyshlennaya, Minsk 220075, Belarus; Organization Established Date 2006; Registration Number 190699027 (Belarus) [BELARUS-EO14038].

KB RADAR-UPRAVLYAYUSHCHAYA KOMPANIYA KHOLDINGA SISTEMY RADIOLOKATSII OAO (a.k.a. JSC KB RADAR; a.k.a. KB RADAR - RADAR AND ELECTRONIC WARFARE SYSTEMS; a.k.a. KB RADAR - RADAR AND EW SYSTEMS; a.k.a. KB RADAR (Cyrillic: КБ РАДАР); a.k.a. KB RADAR OJSC; a.k.a. OJSC KB RADAR-MANAGING COMPANY HOLDING RADAR SYSTEM (Cyrillic: ОАО КБ РАДАР-УПРАВЛЯЮЩАЯ КОМПАНИЯ ХОЛДИНГА СИСТЕМЫ РАДИОЛОКАЦИИ); a.k.a. OPEN JOINT STOCK COMPANY KB RADAR-

MANAGEMENT COMPANY HOLDING RADAR SYSTEMS), Partizanskii 64A, Minsk 220026, Belarus (Cyrillic: пр-т Партизанский, 64а, Минск 220026, Belarus); d.24, Nezhiloe pomeshchenie, ul Promyshlennaya, Minsk 220075, Belarus; Organization Established Date 2006; Registration Number 190699027 (Belarus) [BELARUS-EO14038].

KBP INSTRUMENT DESIGN BUREAU (a.k.a. INSTRUMENT DESIGN BUREAU; a.k.a. JSC KBP INSTRUMENT DESIGN BUREAU; a.k.a. KBP INSTRUMENT DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. KONSTRUKTORSKOE BYURO PRIBOROSTROENIYA OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. "KBP OAO"), 59 Shcheglovskaya Zaseka ul., Tula 300001, Russia; Website www.kbptula.ru; Email Address kbkedr@tula.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1117154036911 (Russia); Government Gazette Number 07515747 (Russia) [UKRAINE-EO13661].

KBP INSTRUMENT DESIGN BUREAU JOINT STOCK COMPANY (a.k.a. INSTRUMENT DESIGN BUREAU; a.k.a. JSC KBP INSTRUMENT DESIGN BUREAU; a.k.a. KBP INSTRUMENT DESIGN BUREAU; a.k.a. KONSTRUKTORSKOE BYURO PRIBOROSTROENIYA OTKRYTOE AKTSIONERNOE OBSHCHESTVO; a.k.a. "KBP OAO"), 59 Shcheglovskaya Zaseka ul., Tula 300001, Russia; Website www.kbptula.ru; Email Address kbkedr@tula.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1117154036911 (Russia); Government Gazette Number 07515747 (Russia) [UKRAINE-EO13661].

KBSM DESIGN BUREAU OF SPECIAL MACHINEBUILDING (a.k.a. DESIGN BUREAU OF SPECIAL MACHINE BUILDING; a.k.a. DESIGN BUREAU OF SPECIAL MACHINE-BUILDING; a.k.a. DESIGN BUREAU OF SPECIAL MACHINEBUILDING AO (Cyrillic: АО КОНСТРУКТОРСКОЕ БЮРО СПЕЦИАЛЬНОГО МАШИНОСТРОЕНИЯ); a.k.a. JOINT-STOCK COMPANY ENGINEERING OFFICE SPETSIALNOGO MASHINOSTROYENIYA; a.k.a. JOINT-STOCK COMPANY KBSM; a.k.a. "KBSM AO"), Obukhovskoy Oborony Ave, Saint Petersburg 192012, Russia; Tax ID No. 7802205799 (Russia) [RUSSIA-EO14024].

KBT-RUS (a.k.a. KVT-RUS (Cyrillic: КВТ-РУС); a.k.a. KVT-RUS LLC; a.k.a. KVT-RUS, OOO (Cyrillic: ООО, КВТ-РУС); a.k.a. LIMITED LIABILITY COMPANY KVT-RUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КВТ-РУС)), 6,2 Pudovkina St., Moscow 119285, Russia; CAATSA Section 235 Information: EXPORT SANCTIONS Sec. 235(a)(2); alt. CAATSA Section 235 Information: FOREIGN EXCHANGE. Sec 235(a)(7); alt. CAATSA Section 235 Information: BANKING TRANSACTIONS. Sec 235(a)(8); alt. CAATSA Section 235 Information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec 235(a)(9); alt. CAATSA Section 235 Information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec 235(a)(10); Tax ID No. 7729675572 (Russia); Business Registration Number 1117746121899 (Russia) [CAATSA - RUSSIA] [PEESA-EO14039].

KCST (a.k.a. COMMITTEE FOR SPACE TECHNOLOGY; a.k.a. DEPARTMENT OF SPACE TECHNOLOGY OF NORTH KOREA; a.k.a. DPRK COMMITTEE FOR SPACE TECHNOLOGY; a.k.a. KOREAN COMMITTEE FOR SPACE TECHNOLOGY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KECIL, Umar (a.k.a. ARSALAN, Mike; a.k.a. BIN ZEIN, Hisyam; a.k.a. JAFAR, Anis Alawi; a.k.a. PATEK, Omar; a.k.a. PATEK, Umar; a.k.a. "AL ABU SYEKH AL ZACKY"; a.k.a. "PAK TAEK"; a.k.a. "PA'TEK"; a.k.a. "UMANGIS MIKE"); DOB 20 Jul 1966; POB Central Java, Indonesia; nationality Indonesia (individual) [SDGT].

KEEN WELL INTERNATIONAL LIMITED, Unit 1105, Hua Qin Int'l Bldg, 340 Queens RD Central, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 06 Jul 2018; C.R. No. 2718630 (Hong Kong) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

KEENCLOUD LIMITED, 11 Catherine Place, Westminister, London, United Kingdom [IRAQ2].

KEIS STUDIO (a.k.a. "CASE PLATFORM"; a.k.a. "CASE STUDIO"), Ul. Nikolaeva D. 12, Office 804, Novosibirsk 630090, Russia; Secondary

sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5408006270 (Russia); Registration Number 1155476112770 (Russia) [RUSSIA-EO14024].

KEISMAIO GENERAL TRADING (a.k.a. KISMAYO GENERAL TRADING; a.k.a. KISMAYO GENERAL TRADING L.L.C; a.k.a. KISMAYO GENERAL TRADING LLC), 18A Street, Corniche Deira, Deira, Dubai, United Arab Emirates; PO Box 64871, Deira, Dubai, United Arab Emirates; PO Box 80367, Dubai, United Arab Emirates; Al Hamriya, Dubai, United Arab Emirates; Organization Established Date 05 May 2002; Organization Type: Non-specialized wholesale trade; Identification Number 68753 (United Arab Emirates); alt. Identification Number 59260 (United Arab Emirates); License 533917 (United Arab Emirates) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

KEISSAR, Sina (a.k.a. "sina_molove"); DOB 20 May 1990; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [CYBER2].

KEITA, Karim, Cote d Ivoire; Sebenicoro, Bamako, Mali; DOB 31 Aug 1979; POB Paris, France; nationality Mali; Gender Male; Passport DA0002236 (Mali) issued 20 Dec 2018 expires 19 Dec 2023; National ID No. 179FR920098004 D (Mali) (individual) [GLOMAG].

KELDYSH INSTITUTE OF APPLIED MATHEMATICS (a.k.a. KELDYSH INSTITUTE OF APPLIED MATHEMATICS OF THE RUSSIAN ACADEMY OF SCIENCES; a.k.a. "KIAM"), pl. Miusskaya, d. 4, Moscow 125047, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7710063939 (Russia); Registration Number 1037739115787 (Russia) [RUSSIA-EO14024].

KELDYSH INSTITUTE OF APPLIED MATHEMATICS OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. KELDYSH INSTITUTE OF APPLIED MATHEMATICS; a.k.a. "KIAM"), pl. Miusskaya, d. 4, Moscow 125047, Russia; Secondary sanctions risk: this person is

designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7710063939 (Russia); Registration Number 1037739115787 (Russia) [RUSSIA-EO14024].

KELJMENDI, Besnik (a.k.a. KELMENDI, Besnik); DOB 30 Oct 1980; POB Pec, Kosovo; Passport 5661746 (Bosnia and Herzegovina) (individual) [SDNTK] (Linked To: N.P.T.T. DONA-SHELL).

KELJMENDI, Elvis (a.k.a. KELMENDI, Elvis), Pec, Kosovo; DOB 03 May 1978; POB Prizren, Kosovo; Personal ID Card 0305978934868 (Montenegro) (individual) [SDNTK].

KELJMENDI, Liridon (a.k.a. KELMENDI, Liridon); DOB 01 Jan 1983; POB Pec, Kosovo; Passport 5239319 (Bosnia and Herzegovina); alt. Passport 005452254 (Bosnia and Herzegovina) (individual) [SDNTK].

KELJMENDI, Naser Meto (a.k.a. KELMENDI, Naser), Edhema Eke Dzubura 20, Ilidza, Bosnia and Herzegovina; Velika Aleja Street, no. 2, Ilidza, Bosnia and Herzegovina; DOB 15 Feb 1957; POB Pec, Kosovo; citizen Bosnia and Herzegovina; Passport 4843868 (Bosnia and Herzegovina); National ID No. 1502957172694 (Bosnia and Herzegovina) (individual) [SDNTK] (Linked To: DONATA COMPANY D.O.O.; Linked To: N.P.T.T. DONA-SHELL; Linked To: HOTEL CASA GRANDE - SARAJEVO, BOSNIA AND HERZEGOVINA; Linked To: HOTEL CASA GRANDE - ULCINJ, MONTENEGRO; Linked To: PREDSTAVNISTVO CASAGRANDE EXPORT-IMPORT).

KELMENDI, Besnik (a.k.a. KELJMENDI, Besnik); DOB 30 Oct 1980; POB Pec, Kosovo; Passport 5661746 (Bosnia and Herzegovina) (individual) [SDNTK] (Linked To: N.P.T.T. DONA-SHELL).

KELMENDI, Donata, Pec (Peje), Kosovo; DOB 16 Sep 1992 (individual) [SDNTK] (Linked To: HOTEL CASA GRANDE - ULCINJ, MONTENEGRO).

KELMENDI, Elvis (a.k.a. KELJMENDI, Elvis), Pec, Kosovo; DOB 03 May 1978; POB Prizren, Kosovo; Personal ID Card 0305978934868 (Montenegro) (individual) [SDNTK].

KELMENDI, Liridon (a.k.a. KELJMENDI, Liridon); DOB 01 Jan 1983; POB Pec, Kosovo; Passport 5239319 (Bosnia and Herzegovina); alt. Passport 005452254 (Bosnia and Herzegovina) (individual) [SDNTK].

KELMENDI, Naser (a.k.a. KELJMENDI, Naser Meto), Edhema Eke Dzubura 20, Ilidza, Bosnia and Herzegovina; Velika Aleja Street, no. 2, Ilidza, Bosnia and Herzegovina; DOB 15 Feb 1957; POB Pec, Kosovo; citizen Bosnia and Herzegovina; Passport 4843868 (Bosnia and Herzegovina); National ID No. 1502957172694 (Bosnia and Herzegovina) (individual) [SDNTK] (Linked To: DONATA COMPANY D.O.O.; Linked To: N.P.T.T. DONA-SHELL; Linked To: HOTEL CASA GRANDE - SARAJEVO, BOSNIA AND HERZEGOVINA; Linked To: HOTEL CASA GRANDE - ULCINJ, MONTENEGRO; Linked To: PREDSTAVNISTVO CASAGRANDE EXPORT-IMPORT).

KENANI, Emirhan (a.k.a. SERIFI ZINDASTI, Naci; a.k.a. SERIFI-ZINDASTI, Naci; a.k.a. SHARIFI ZINDASHTI, Naji; a.k.a. SHARIFI-ZINDASHTI, Naji; a.k.a. SHARIFI-ZINDASHTI, Naji Ibrahim (Arabic: ناجی ابراهیم شریفی زیندشتی), Orumiyeh, West Azerbaijan, Iran; DOB 31 May 1974; POB Orumiyeh, Iran; nationality Iran; alt. nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 2753229112 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KENAR, Ufuk, Turkey; DOB 24 Apr 1980 (individual) [SYRIA] (Linked To: MILENYUM ENERGY S.A.).

KENIUKH, Igor Grigorevich (Cyrillic: КЕНЮХ, Игорь Григорьевич) (a.k.a. KENIUKH, Ihar Ryhoravich (Cyrillic: КЕНЮХ, Ігар Рыгоравіч); a.k.a. KENJUCH, Ihar Ryhoravitj), Budyonnovo, 15-36, Minsk, Belarus (Cyrillic: Будённого, 15-36, Минск, Belarus); Magnitaya, 30-20, Minsk, Belarus (Cyrillic: Магнитная, 30-20, Минск, Belarus); DOB 21 Jan 1980; POB Homel Oblast, Belarus; nationality Belarus; Gender Male; National ID No. 3210180H066PB2 (Belarus); Tax ID No. AB9050449 (Belarus) (individual) [BELARUS-EO14038].

KENIUKH, Ihar Ryhoravich (Cyrillic: КЕНЮХ, Ігар Рыгоравіч) (a.k.a. KENIUKH, Igor Grigorevich (Cyrillic: КЕНЮХ, Игорь Григорьевич); a.k.a. KENJUCH, Igor Grigorjevitj; a.k.a. KENJUCH, Ihar Ryhoravitj), Budyonnovo, 15-36, Minsk, Belarus (Cyrillic: Будённого, 15-36, Минск, Belarus); Magnitaya, 30-20, Minsk, Belarus (Cyrillic: Магнитная, 30-20, Минск, Belarus); DOB 21 Jan 1980; POB Homel Oblast, Belarus; nationality Belarus;

Gender Male; National ID No. 3210180H066PB2 (Belarus); Tax ID No. AB9050449 (Belarus) (individual) [BELARUS-EO14038].

KENJUCH, Igor Grigorjevitj (a.k.a. KENIUKH, Igor Grigorevich (Cyrillic: КЕНЮХ, Игорь Григорьевич); a.k.a. KENIUKH, Ihar Ryhoravich (Cyrillic: КЕНЮХ, Ігар Рыгоравіч); a.k.a. KENJUCH, Ihar Ryhoravitj), Budyonnovo, 15-36, Minsk, Belarus (Cyrillic: Будённого, 15-36, Минск, Belarus); Magnitaya, 30-20, Minsk, Belarus (Cyrillic: Магнитная, 30-20, Минск, Belarus); DOB 21 Jan 1980; POB Homel Oblast, Belarus; nationality Belarus; Gender Male; National ID No. 3210180H066PB2 (Belarus); Tax ID No. AB9050449 (Belarus) (individual) [BELARUS-EO14038].

KENJUCH, Ihar Ryhoravitj (a.k.a. KENIUKH, Igor Grigorevich (Cyrillic: КЕНЮХ, Игорь Григорьевич); a.k.a. KENIUKH, Ihar Ryhoravich (Cyrillic: КЕНЮХ, Ігар Рыгоравіч); a.k.a. KENJUCH, Igor Grigorjevitj), Budyonnovo, 15-36, Minsk, Belarus (Cyrillic: Будённого, 15-36, Минск, Belarus); Magnitaya, 30-20, Minsk, Belarus (Cyrillic: Магнитная, 30-20, Минск, Belarus); DOB 21 Jan 1980; POB Homel Oblast, Belarus; nationality Belarus; Gender Male; National ID No. 3210180H066PB2 (Belarus); Tax ID No. AB9050449 (Belarus) (individual) [BELARUS-EO14038].

KENZO SUSHI (a.k.a. OPERADORA LOS FAMOSOS, S.A. DE C.V.; a.k.a. OPERADORA LOS FAMOSOS, S.A.P.I. DE C.V.), Calle Ottawa #1568 T, Plaza Fusion Galerias, Colonia Providencia, Guadalajara, Jalisco, Mexico; Av. Providencia 1568, Providencia, Guadalajara, Jalisco 44630, Mexico; Av. Real Acueducto #360 Int 1-A, Zapopan, Jalisco, Mexico; Website www.kenzosushi.mx; R.F.C. OFA101214KG1 (Mexico) [SDNTK].

KERCH COMMERCIAL SEAPORT (a.k.a. KERCH MERCHANT SEA PORT; a.k.a. KERCH SEA PORT; a.k.a. PORT OF KERCH; a.k.a. SEAPORT OF KERCH; a.k.a. STATE ENTERPRISE KERCH COMMERCIAL SEA PORT; a.k.a. STATE ENTERPRISE KERCH SEA COMMERCIAL COMMERCIAL PORT), Kirova Street 28, Kerch, Crimea 98312, Ukraine; 28 Kirova Str., Kerch, Crimea 98312, Ukraine; 28, Kirov Str., Kerch, Crimea 98312, Ukraine; 28, Kerch, Crimea 98312, Ukraine; ul Kirova 28, Kerch 98312, Ukraine; Website http://www.kerchport.com; alt. Website http://www.ukrport.org.ua; Email Address

kmtp@kerch.sf.ukrtel.net; alt. Email Address referent.port@mail.ru; alt. Email Address kmtp@trport.kerch.crimea.com; UN/LOCODE UA KEH; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125554 [UKRAINE-EO13685].

KERCH MERCHANT SEA PORT (a.k.a. KERCH COMMERCIAL SEAPORT; a.k.a. KERCH SEA PORT; a.k.a. PORT OF KERCH; a.k.a. SEAPORT OF KERCH; a.k.a. STATE ENTERPRISE KERCH COMMERCIAL SEA PORT; a.k.a. STATE ENTERPRISE KERCH SEA COMMERCIAL PORT), Kirova Street 28, Kerch, Crimea 98312, Ukraine; 28 Kirova Str., Kerch, Crimea 98312, Ukraine; 28, Kirov Str., Kerch, Crimea 98312, Ukraine; Ul. Kirov, 28, Kerch, Crimea 98312, Ukraine; ul Kirova 28, Kerch 98312, Ukraine; Website http://www.kerchport.com; alt. Website http://www.ukrport.org.ua; Email Address kmtp@kerch.sf.ukrtel.net; alt. Email Address referent.port@mail.ru; alt. Email Address kmtp@trport.kerch.crimea.com; UN/LOCODE UA KEH; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125554 [UKRAINE-EO13685].

KERCH SEA PORT (a.k.a. KERCH COMMERCIAL SEAPORT; a.k.a. KERCH MERCHANT SEA PORT; a.k.a. PORT OF KERCH; a.k.a. SEAPORT OF KERCH; a.k.a. STATE ENTERPRISE KERCH COMMERCIAL SEA PORT; a.k.a. STATE ENTERPRISE KERCH SEA COMMERCIAL PORT), Kirova Street 28, Kerch, Crimea 98312, Ukraine; 28 Kirova Str., Kerch, Crimea 98312, Ukraine; 28, Kirov Str., Kerch, Crimea 98312, Ukraine; Ul. Kirov, 28, Kerch, Crimea 98312, Ukraine; ul Kirova 28, Kerch 98312, Ukraine; Website http://www.kerchport.com; alt. Website http://www.ukrport.org.ua; Email Address kmtp@kerch.sf.ukrtel.net; alt. Email Address referent.port@mail.ru; alt. Email Address kmtp@trport.kerch.crimea.com; UN/LOCODE UA KEH; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01125554 [UKRAINE-EO13685].

KERIMOV, Said Suleimanovich (a.k.a. KERIMOV, Said Suleymanovich), Apt 270, Build. 31, Pyatnitskoe Shosse, Moscow 123430, Russia; DOB 06 Jul 1995; POB Moscow, Russia; alt. POB Makhachkala, Republic of Dagestan, Russia; nationality Russia; Gender Male; Passport 724109376 (Russia) issued 17 Apr 2013 expires 17 Apr 2023; National ID No. 4515180935 (Russia); Tax ID No. 773382620676 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KERIMOV, Suleiman Abusaidovich).

KERIMOV, Said Suleymanovich (a.k.a. KERIMOV, Said Suleimanovich), Apt 270, Build. 31, Pyatnitskoe Shosse, Moscow 123430, Russia; DOB 06 Jul 1995; POB Moscow, Russia; alt. POB Makhachkala, Republic of Dagestan, Russia; nationality Russia; Gender Male; Passport 724109376 (Russia) issued 17 Apr 2013 expires 17 Apr 2023; National ID No. 4515180935 (Russia); Tax ID No. 773382620676 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KERIMOV, Suleiman Abusaidovich).

KERIMOV, Suleiman Abusaidovich (Cyrillic: КЕРИМОВ, Сулейман Абусаидович) (a.k.a. KERIMOV, Suleyman), Moscow, Russia; Antibes, France; DOB 12 Mar 1966; POB Derbent, Dagestan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KERIMOV, Suleyman (a.k.a. KERIMOV, Suleiman Abusaidovich (Cyrillic: КЕРИМОВ, Сулейман Абусаидович)), Moscow, Russia; Antibes, France; DOB 12 Mar 1966; POB Derbent, Dagestan, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KERIMOVA, Amina Suleymanovna (a.k.a. KERIMOVA, Aminat Suleymanovna), Apt. 270, Build. 31, Pyatnitskoe Shosse, Moscow 123430, Russia; DOB 26 Sep 2003; POB Moscow, Russia; nationality Russia; Gender Female; Passport 724263564 (Russia) issued 26 Apr 2013 expires 26 Apr 2023 (individual) [RUSSIA-EO14024] (Linked To: KERIMOV, Suleiman Abusaidovich).

KERIMOVA, Aminat Suleymanovna (a.k.a. KERIMOVA, Amina Suleymanovna), Apt. 270, Build. 31, Pyatnitskoe Shosse, Moscow 123430, Russia; DOB 26 Sep 2003; POB Moscow,

Russia; nationality Russia; Gender Female; Passport 724263564 (Russia) issued 26 Apr 2013 expires 26 Apr 2023 (individual) [RUSSIA-EO14024] (Linked To: KERIMOV, Suleiman Abusaidovich).

KERIMOVA, Firuza Nazimovna (a.k.a. KHANBALAEVA, Firuza Nazimovna), Apt. 270, Build. 31, Pyatnitskoe Shosse, Moscow 123430, Russia; DOB 22 Dec 1967; alt. DOB 22 Oct 1967; POB Makhachkala, Russia; nationality Russia; Gender Female; Passport 724348524 (Russia) issued 06 May 2013 expires 06 May 2023; National ID No. 4512970434 (Russia); Tax ID No. 052901215575 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KERIMOV, Suleiman Abusaidovich).

KERIMOVA, Gulnara Suleymanovna, Apt. 270, Build. 31, Pyatnitskoe Shosse, Moscow 123430, Russia; DOB 29 Apr 1990; POB Makhachkala, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: KERIMOV, Suleiman Abusaidovich).

KERMAN SHIPPING COMPANY LIMITED, 143/1 Tower Road, Sliema, Malta; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. C 37423 (Malta) [IRAN].

KESAEV, Igor Albertovich (Cyrillic: КЕСАЕВ, Игорь Альбертович) (a.k.a. KESAEV, Ihor Albertovych; a.k.a. KESAYEV, Igor Albertovich), Moscow, Russia; DOB 30 Oct 1966; POB Vladikavkaz, North Ossetia-Alania Republic, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 770604683378 (Russia) (individual) [RUSSIA-EO14024].

KESAEV, Ihor Albertovych (a.k.a. KESAEV, Igor Albertovich (Cyrillic: КЕСАЕВ, Игорь Альбертович); a.k.a. KESAYEV, Igor Albertovich), Moscow, Russia; DOB 30 Oct 1966; POB Vladikavkaz, North Ossetia-Alania Republic, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 770604683378 (Russia) (individual) [RUSSIA-EO14024].

KESAYEV, Igor Albertovich (a.k.a. KESAEV, Igor Albertovich (Cyrillic: КЕСАЕВ, Игорь Альбертович); a.k.a. KESAEV, Ihor Albertovych), Moscow, Russia; DOB 30 Oct 1966; POB Vladikavkaz, North Ossetia-Alania Republic, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 770604683378 (Russia) (individual) [RUSSIA-EO14024].

KETABACHI, Mehrdada Akhlaghi (a.k.a. KETABCHI, Mehrdada Akhlaghi), c/o AIO,

Langare Street, Nobonyad Square, Tehran, Iran; c/o SBIG, Tehran, Iran; DOB 10 Sep 1958; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport A0030940 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

KETABACHI, Merhdada Akhlaghi (a.k.a. KETABACHI, Mehrdada Akhlaghi), c/o AIO, Langare Street, Nobonyad Square, Tehran, Iran; c/o SBIG, Tehran, Iran; DOB 10 Sep 1958; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Passport A0030940 (Iran) (individual) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO].

KFAR TAPUAH FUND (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

KGB ALFA (a.k.a. ALFA SPETZNAZ; a.k.a. KGB ALPHA (Cyrillic: КГБ АЛЬФА); a.k.a. "ALPHA GROUP"; a.k.a. "ALPHA UNIT"), Minsk, Belarus [BELARUS].

KGB ALPHA (Cyrillic: КГБ АЛЬФА) (a.k.a. ALFA SPETZNAZ; a.k.a. KGB ALFA; a.k.a. "ALPHA GROUP"; a.k.a. KGB ALFA; a.k.a. "ALPHA GROUP"; a.k.a. "ALPHA UNIT"), Minsk, Belarus [BELARUS].

KGI INTERNATIONAL COMPANY LTD (a.k.a. KANILAI GROUP INTERNATIONAL), Banjul,

The Gambia; P.O. Box 3070 Serrekunda, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

KGK (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KADEK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "HSK"; a.k.a. "KHK") [SDNTK] [FTO] [SDGT].

KHABAROVSK SHIPBUILDING PLANT (a.k.a. JOINT STOCK COMPANY KHABAROVSK SHIPBUILDING YARD; a.k.a. JOINT-STOCK COMANY KHABAROVSKIY SHIPYARD; a.k.a. JOINT-STOCK COMPANY KHABAROVSKY SHIPBUILDING PLANT; a.k.a. JOINT-STOCK COMPANY KHSZ; a.k.a. JSC KHABAROVSK SHIPBUILDING YARD; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY FACTORY; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY ZAVOD (Cyrillic: АО ХАБАРОВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. KHABAROVSKIY SHIPBUILDING PLANT), Suvorova St, 1, Khabarovsk, Khabarovsk Territory 680003, Russia; Organization Established Date 29 Oct 2008; Tax ID No. 2723112662 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

KHABAROVSKIY SHIPBUILDING PLANT (a.k.a. JOINT STOCK COMPANY KHABAROVSK SHIPBUILDING YARD; a.k.a. JOINT-STOCK COMANY KHABAROVSKIY SHIPYARD; a.k.a. JOINT-STOCK COMPANY KHABAROVSKY SHIPBUILDING PLANT; a.k.a. JOINT-STOCK COMPANY KHSZ; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY FACTORY; a.k.a. JSC KHABAROVSKY SUDOSTROITELNY ZAVOD (Cyrillic: АО ХАБАРОВСКИЙ СУДОСТРОИТЕЛЬНЫЙ ЗАВОД); a.k.a. KHABAROVSK SHIPBUILDING PLANT), Suvorova St, 1, Khabarovsk, Khabarovsk Territory 680003, Russia; Organization Established Date 29 Oct 2008; Tax ID No. 2723112662 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

KHABIROV, Radii Faritovich (a.k.a. KHABIROV, Radiy Faritovich (Cyrillic: ХАБИРОВ, Радий Фаритович); a.k.a. KHABIROV, Rady Faritovich; a.k.a. KHABIROV, Radyi Faritovich), Bashkortostan Republic, Russia, DOB 20 Mar 1964; POB Sayranovo, Bashkortostan Republic, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 027810331775 (Russia) (individual) [RUSSIA-EO14024].

KHABIROV, Radiy Faritovich (Cyrillic: ХАБИРОВ, Радий Фаритович) (a.k.a. KHABIROV, Radii Faritovich; a.k.a. KHABIROV, Rady Faritovich; a.k.a. KHABIROV, Radyi Faritovich), Bashkortostan Republic, Russia, DOB 20 Mar 1964; POB Sayranovo, Bashkortostan Republic, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 027810331775 (Russia) (individual) [RUSSIA-EO14024].

KHABIROV, Rady Faritovich (a.k.a. KHABIROV, Radii Faritovich; a.k.a. KHABIROV, Radiy Faritovich (Cyrillic: ХАБИРОВ, Радий Фаритович); a.k.a. KHABIROV, Radyi Faritovich), Bashkortostan Republic, Russia; DOB 20 Mar 1964; POB Sayranovo, Bashkortostan Republic, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 027810331775 (Russia) (individual) [RUSSIA-EO14024].

KHABIROV, Radyi Faritovich (a.k.a. KHABIROV, Radii Faritovich; a.k.a. KHABIROV, Radiy Faritovich (Cyrillic: ХАБИРОВ, Радий Фаритович); a.k.a. KHABIROV, Rady Faritovich), Bashkortostan Republic, Russia; DOB 20 Mar 1964; POB Sayranovo, Bashkortostan Republic, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 027810331775 (Russia) (individual) [RUSSIA-EO14024].

KHABIYYAH, Muna, Syria; DOB 01 Apr 1966; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

KHACHATUROV, Tigran Garikovich, Moscow, Russia; DOB 07 Feb 1979; POB Yerevan, Armenia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

KHADDUR, Hasan, Syria; DOB 26 Aug 1981; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

KHADEM, Ahmad (a.k.a. DANESH PAZHU, Ahmad Khadem (Arabic: احمد خادم دانش پژو); a.k.a. KADEM, Ahmad; a.k.a. SAYYEDOSHOHADA, Ahmad Khadem; a.k.a.

SEYED AL-SHOHADA, Ahmad Khadem; a.k.a. SEYEDOSHOHADA, Ahmad Khadem (Arabic: احمد خادم سيدالشهدا), Khuzestan, Iran; Lorestan, Iran; Kohgiluyeh and Boyer-Ahmad, Iran; DOB 27 Apr 1959; POB Shushtar, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 1881506428 (Iran); Commander of Karbala IRGC Operational Base (individual) [IRGC] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS).

KHADEMI, Mohammad (a.k.a. KHADEMI, Mohammad Reza; a.k.a. KHADEMI, Mohammad Rida Esfandiar (Arabic: محمد رضا اسفندیار خادمی), Dubai, United Arab Emirates; DOB 05 Apr 1966; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

KHADEMI, Mohammad Reza (a.k.a. KHADEMI, Mohammad; a.k.a. KHADEMI, Mohammad Rida Esfandiar (Arabic: محمد رضا اسفندیار خادمی), Dubai, United Arab Emirates; DOB 05 Apr 1966; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

KHADEMI, Mohammad Rida Esfandiar (Arabic: محمد رضا اسفندیار خادمی); a.k.a. KHADEMI, Mohammad; a.k.a. KHADEMI, Mohammad Reza), Dubai, United Arab Emirates; DOB 05 Apr 1966; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: INFORMATICS SERVICES CORPORATION).

KHADER, Abdel (a.k.a. GHADER, El Hadj Ould Abdel; a.k.a. JELIL, Youssef Ould Abdel; a.k.a. SALEM, Abdarrahmane ould Mohamed el Houcein ould Mohamed; a.k.a. SALEM, Mohamed; a.k.a. SALIM, 'Abd al-Rahman Ould Muhammad al-Husayn Ould Muhammad; a.k.a. SOULEIMANE, Abou; a.k.a. "AL-MAURITANI, Sheikh Yunis"; a.k.a. "AL-MAURITANI, Younis"; a.k.a. "AL-MAURITANI, Yunis"; a.k.a. "CHINGHEITY"; a.k.a. "THE MAURITANIAN, Salih"; a.k.a. "THE MAURITANIAN, Shaykh Yunis"); DOB 1981; POB Saudi Arabia; nationality Mauritania (individual) [SDGT].

KHADIJA SHIP MANAGEMENT PRIVATE LIMITED (a.k.a. KHADIJA SHIP MANAGEMENT PVT; a.k.a. KHADIJA SHIP MANAGEMENT PVT LTD), Shop 1/2, Adarsh Chawl, Anand Nagar, Jogeshwari (W), Mumbai 400102, India; Off No 512, B Wing, Mumbai City, Maharashtra 400053, India; Unit D-605, 6th Floor, Crystal Plaza Premises Chs Ltd, Opp. Infinity Mall, New Link Road, Anderi - W, Mumbai, Maharashtra 400053, India; 512, 5th Floor, Samarth Aishwarya, Off K.L. Walawalkar Road, Oshiwara, Andheri West, Mumbai, India; Website www.khadijasm.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 247118 (India); alt. Registration Number U74999MH2013PTC247118 (India) [SDGT] (Linked To: MEHDI GROUP).

KHADIJA SHIP MANAGEMENT PVT (a.k.a. KHADIJA SHIP MANAGEMENT PRIVATE LIMITED; a.k.a. KHADIJA SHIP MANAGEMENT PVT LTD), Shop 1/2, Adarsh Chawl, Anand Nagar, Jogeshwari (W), Mumbai 400102, India; Off No 512, B Wing, Mumbai City, Maharashtra 400053, India; Unit D-605, 6th Floor, Crystal Plaza Premises Chs Ltd, Opp. Infinity Mall, New Link Road, Anderi - W, Mumbai, Maharashtra 400053, India; 512, 5th Floor, Samarth Aishwarya, Off K.L. Walawalkar Road, Oshiwara, Andheri West, Mumbai, India; Website www.khadijasm.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 247118 (India); alt. Registration Number U74999MH2013PTC247118 (India) [SDGT] (Linked To: MEHDI GROUP).

KHADIJA SHIP MANAGEMENT PVT LTD (a.k.a. KHADIJA SHIP MANAGEMENT PRIVATE LIMITED; a.k.a. KHADIJA SHIP MANAGEMENT PVT), Shop 1/2, Adarsh Chawl, Anand Nagar, Jogeshwari (W), Mumbai 400102, India; Off No 512, B Wing, Mumbai City, Maharashtra 400053, India; Unit D-605, 6th Floor, Crystal Plaza Premises Chs Ltd, Opp. Infinity Mall, New Link Road, Anderi - W, Mumbai, Maharashtra 400053, India; 512, 5th Floor, Samarth Aishwarya, Off K.L. Walawalkar Road, Oshiwara, Andheri West, Mumbai, India; Website www.khadijasm.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 247118 (India); alt. Registration Number U74999MH2013PTC247118 (India) [SDGT] (Linked To: MEHDI GROUP).

KHADOUR, Tawfiq Muhammad (Arabic: توفيق محمد خضور) a.k.a. KHADUR, Tawfiq Ahmad), Syria; DOB 1966; POB Hilat Ara, Jablah, Syria;

MANAGEMENT PVT; a.k.a. KHADIJA SHIP MANAGEMENT PVT LTD), Shop 1/2, Adarsh Chawl, Anand Nagar, Jogeshwari (W), Mumbai 400102, India; Off No 512, B Wing, Mumbai City, Maharashtra 400053, India; Unit D-605, 6th Floor, Crystal Plaza Premises Chs Ltd, Opp. Infinity Mall, New Link Road, Anderi - W, Mumbai, Maharashtra 400053, India; 512, 5th Floor, Samarth Aishwarya, Off K.L. Walawalkar Road, Oshiwara, Andheri West, Mumbai, India; Website www.khadijasm.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 247118 (India); alt. Registration Number U74999MH2013PTC247118 (India) [SDGT] (Linked To: MEHDI GROUP).

KHADOUR, Tawfiq Muhammad (Arabic: توفيق محمد خضور) a.k.a. KHADUR, Tawfiq Ahmad), Syria; DOB 1966; POB Hilat Ara, Jablah, Syria;

nationality Syria; Gender Male; Major General (individual) [SYRIA].

KHADUR, Tawfiq Ahmad (a.k.a. KHADOUR, Tawfiq Muhammad (Arabic: توفيق محمد خضور)), Syria; DOB 1966; POB Hilat Ara, Jablah, Syria; nationality Syria; Gender Male; Major General (individual) [SYRIA].

KHAIMOURZINA, Elmira Abdulbarievna (Cyrillic: ХАЙМУРЗИНА, Эльмира Абдулбариевна) (a.k.a. KHAIMURZINA, Elmira), Moscow, Russia; DOB 05 Apr 1974; POB Arkhangelka, Kazakhstan; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

KHAIMURZINA, Elmira (a.k.a. KHAIMOURZINA, Elmira Abdulbarievna (Cyrillic: ХАЙМУРЗИНА, Эльмира Абдулбариевна)), Moscow, Russia; DOB 05 Apr 1974; POB Arkhangelka, Kazakhstan; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

KHAING, Thet Thet (a.k.a. KHINE, Daw Thet Thet; a.k.a. KHINE, Thet Thet), 127A Dhamazadei Road, Kamayut, Rangoon, Burma; DOB 19 Aug 1967; POB Mogok, Burma; nationality Burma; citizen Burma; Gender Female; Passport MB132403 (Burma) issued 07 May 2015 expires 06 May 2020; National ID No. 9MAKANAN034200 (Burma); Minister of Social Welfare, Relief, and Resettlement (individual) [BURMA-EO14014].

KHAIR, Abdelbasit Hamza Elhassan Mohamed (a.k.a. HAMZA, Abd al-Basit; a.k.a. "HAMZA, Abdelbasit"), Africa Street, Khartoum 12290, Sudan; DOB 28 Aug 1955; POB Marawi, Sudan; nationality Sudan; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 101 0015 9792 (Sudan) (individual) [SDGT] (Linked To: HAMAS).

KHAIRBEK, Mohammed Nassif (a.k.a. KHAYR-BAYK, Muhammad Nasif; a.k.a. KHAYRBIK, Muhammad Nasif; a.k.a. KHEIR BEIK, Mohamad; a.k.a. KHEIR BEIK, Mohamad Nassif; a.k.a. KHEIRBEK, Mohammad Nasif; a.k.a. KHEIRBEK, Mohammad Nasif), Damascus, Syria; DOB 05 Apr 1937; POB Hama, Syria; Passport D000000483, Diplomatic (Syria); Syrian Deputy Vice President for Security Affairs; Major General (individual) [SYRIA].

KHAIRULLAH, Haji (a.k.a. BARAKZAI, Haji Khairullah; a.k.a. KARIMULLAH, Haji; a.k.a. KHEIRULLAH, Haji; a.k.a. KHERULLAH, Haji; a.k.a. MOHAMMAD, Hajji Khair; a.k.a. ULLAH, Haji Khair), Abdul Manan Chowk, Pashtunabad, Quetta, Pakistan; DOB 1965; POB Zumbaleh

Village, Nahr-e Saraj District, Helmand Province, Afghanistan; alt. POB Qal'ah Abdulla, Pakistan; alt. POB Mirmadaw Village, Gereshk District, Helmand Province, Afghanistan; Passport BP4199631 (Pakistan) expires 25 Jun 2014; National ID No. 5440005229635 (Pakistan) (individual) [SDGT] (Linked To: TALIBAN; Linked To: HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE).

KHAIRY, Abderrahmane Ould Mohamed Lemine Ould Mohamed (a.k.a. EL KHAIRY, Hamad; a.k.a. KHEIROU, Amada Ould; a.k.a. KHEIROU, Hamada Ould Mohamed; a.k.a. "QUMQUM, Abou"); DOB 1970; POB Nouakchott, Mauritania; nationality Mauritania; alt. nationality Mali; Passport A1447120 (Mali) expires 19 Oct 2011; Identification Number 47911 (Mali) issued 17 Oct 2006 (individual) [SDGT].

KHAITIAN PRESIZHN (a.k.a. HAITIAN PRECISION LLC), Proezd Novovladykinskii D. 8, Str. 5, Moscow 127106, Russia; Tax ID No. 7733375405 (Russia); Registration Number 1217700496958 (Russia) [RUSSIA-EO14024].

KHAKI, Parviz (a.k.a. "MARTIN"); DOB 26 Aug 1968; POB Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

KHAKI, Reza (Arabic: خاكی رضا), Iran; DOB 01 Aug 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport M38549339 (Iran) expires 05 Nov 2021; National ID No. 1199127795 (Iran) (individual) [NPWMD] [IFSR] (Linked To: QODS AVIATION INDUSTRIES).

KHALAF, Ahmed Abdullah Abid (a.k.a. ABED, Ahmed Abdullah; a.k.a. AL-JUBOURI, Ahmad Abdullah; a.k.a. AL-JUBOURI, Ahmed; a.k.a. "Abu Mazen"; a.k.a. "Abu Mazin"), Iraq; DOB 01 Jul 1967; POB Baghdad, Iraq; nationality Iraq; Gender Male; Passport D1017310 (Iraq) expires 14 Apr 2025; National ID No. 00318953 (Iraq) (individual) [GLOMAG].

KHALAF, Fuad (a.k.a. KALAF, Fuad Mohamed; a.k.a. KALAF, Fuad Mohammed; a.k.a. KHALAF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohammed; a.k.a. QALAF, Fuad Mohamed; a.k.a. SHANGOLE, Fuad; a.k.a. SHONGALE, Fouad; a.k.a. SHONGOLE, Fuad; a.k.a. SHONGOLE, Fuad; a.k.a. SHONGOLE, Fuad Muhammad Khalaf; a.k.a. SONGALE, Fuad), Mogadishu, Somalia; DOB 28 Mar 1965; alt. DOB 28 May 1965; POB Somalia; nationality Somalia; alt.

nationality Sweden; Gender Male (individual) [SOMALIA].

KHALAF, Fuad Mohamed (a.k.a. KALAF, Fuad Mohamed; a.k.a. KALAF, Fuad Mohammed; a.k.a. KHALAF, Fuad; a.k.a. KHALIF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohammed; a.k.a. QALAF, Fuad Mohamed; a.k.a. SHANGOLE, Fuad; a.k.a. SHONGALE, Fouad; a.k.a. SHONGALE, Fuad; a.k.a. SHONGOLE, Fuad; a.k.a. SHONGOLE, Fuad Muhammad Khalaf; a.k.a. SONGALE, Fuad), Mogadishu, Somalia; DOB 28 Mar 1965; alt. DOB 28 May 1965; POB Somalia; nationality Somalia; alt. nationality Sweden; Gender Male (individual) [SOMALIA].

KHALAGH TADBIR PARS CO., No. 18, Azadegan Alley, Qaem Maqam-e-Farahani St., Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN-EO13871].

KHALALU, Ahmad, Syria; DOB 01 Jan 1978; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

KHALED ABU AL-ABBAS BRIGADE (a.k.a. AL-MULATHAMUN BATTALION; a.k.a. AL-MULATHAMUN BRIGADE; a.k.a. AL-MULATHAMUN MASKED ONES BRIGADE; a.k.a. AL-MURABITOUN; a.k.a. AL-MUWAQQI'UN BIL-DIMA; a.k.a. SIGNATORIES IN BLOOD; a.k.a. SIGNED-IN-BLOOD BATTALION; a.k.a. THOSE SIGNED IN BLOOD BATTALION; a.k.a. THOSE WHO SIGN IN BLOOD; a.k.a. "MASKED MEN BRIGADE"; a.k.a. "THE SENTINELS"; a.k.a. "WITNESSES IN BLOOD"), Algeria; Mali [FTO] [SDGT].

KHALED AL-CAMBODI, Abu (a.k.a. PRAKASH, Neil Christopher), Syria; Iraq; DOB 07 May 1991; POB Melbourne, Australia; nationality Australia; Gender Male; Passport N4325853 (Australia) (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

KHALED, Abdulbaqi Mohammed (a.k.a. KHALED, Abul Baki; a.k.a. KHALED, Abul Baki Mohammed; a.k.a. MOHAMMED, Abd' al-Baki; a.k.a. "ABU KHAWLA"), Birmingham, United Kingdom; DOB 18 Aug 1957; POB Tripoli, Libya; citizen United Kingdom (individual) [SDGT].

KHALED, Abul Baki (a.k.a. KHALED, Abdulbaqi Mohammed; a.k.a. KHALED, Abul Baki Mohammed; a.k.a. MOHAMMED, Abd' al-Baki; a.k.a. "ABU KHAWLA"), Birmingham, United Kingdom; DOB 18 Aug 1957; POB Tripoli,

Libya; citizen United Kingdom (individual) [SDGT].

KHALED, Abul Baki Mohammed (a.k.a. KHALED, Abdulbaqi Mohammed; a.k.a. KHALED, Abul Baki; a.k.a. MOHAMMED, Abd' al-Baki; a.k.a. "ABU KHAWLA"), Birmingham, United Kingdom; DOB 18 Aug 1957; POB Tripoli, Libya; citizen United Kingdom (individual) [SDGT].

KHALED, Al-Tohamy (a.k.a. AL-TUHAMI, Khaled; a.k.a. KHALED, al-Tuhami; a.k.a. KHALED, Tohami); DOB 1946; POB Genzur, Libya; General; Director of the Internal Security Office (individual) [LIBYA2].

KHALED, al-Tuhami (a.k.a. AL-TUHAMI, Khaled; a.k.a. KHALED, Al-Tohamy; a.k.a. KHALED, Tohami); DOB 1946; POB Genzur, Libya; General; Director of the Internal Security Office (individual) [LIBYA2].

KHALED, Gulsah (a.k.a. KHALED, Gulshah; a.k.a. OZEL, Gulsah; a.k.a. OZEL, Gulshah; a.k.a. YIGIDOGLU, Gulsah (Latin: YIĞIDOĞLU, Gülşah)), Istanbul, Turkey; DOB 02 Feb 1992; POB Yahyali, Turkey; nationality Turkey; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 24470205352 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

KHALED, Gulshah (a.k.a. KHALED, Gulsah; a.k.a. OZEL, Gulsah; a.k.a. OZEL, Gulshah; a.k.a. YIGIDOGLU, Gulsah (Latin: YIĞIDOĞLU, Gülşah)), Istanbul, Turkey; DOB 02 Feb 1992; POB Yahyali, Turkey; nationality Turkey; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 24470205352 (Turkey) (individual) [SDGT] (Linked To: HAMAS).

KHALED, Tohami (a.k.a. AL-TUHAMI, Khaled; a.k.a. KHALED, Al-Tohamy; a.k.a. KHALED, al-Tuhami); DOB 1946; POB Genzur, Libya; General; Director of the Internal Security Office (individual) [LIBYA2].

KHALEEM, Musa (a.k.a. ALIZAI, Musa Khalim; a.k.a. BARICH, Musa Kalim; a.k.a. KALEEM, Musa; a.k.a. KALIM, Mohammed Musa; a.k.a. KALIM, Musa; a.k.a. KHALIM, Musa; a.k.a. QALEM, Musa; a.k.a. QALIM, Musa), Chahgay Bazaar, Chahgay, Pakistan; Haji Mohammed Plaza, Tol Aram Road, Nearest Jamal Dean Afghani Road, Quetta, Pakistan; Dr Barno Road, Quetta, Pakistan; POB Pakistan; citizen Pakistan; Passport AD4756241 (Pakistan) issued 02 Nov 2008 expires 01 Nov 2013;

National ID No. 54101-6356624-9 (Pakistan) (individual) [SDGT].

KHALFAN, Ahmed (a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmed Khalfan; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. MOHAMMED, Shariff Omar; a.k.a. '''AHMED THE TANZANIAN'''; a.k.a. "AHMED, A."; a.k.a. "BAKR, Abu"; a.k.a. '''FOOPIE'''; a.k.a. '''FUPI'''; a.k.a. "KHABAR, Abu"); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 01 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT].

KHALID BIN AL-WALEED ARMY (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN BINALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria [SDGT].

KHALID BIN AL-WALID ARMY (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a.

YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria [SDGT].

KHALID BIN-AL-WALID ARMY (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria [SDGT].

KHALID IBN AL-WALID ARMY (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. LIWA' SHUHADA' AL-YARMOUK; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria [SDGT].

KHALID, Abu (a.k.a. HAWATMA, Nayif; a.k.a. HAWATMAH, Nayif; a.k.a. HAWATMEH, Nayif); DOB 1933; Secretary General of DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION (individual) [SDGT].

KHALID, Saifullah, Lahore, Pakistan; DOB 1968; POB Kasur, Pakistan; citizen Pakistan; Gender Male (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

KHALIDI COMPANY (a.k.a. AL KHALDI COMPANY LLC; a.k.a. AL KHALDI GOLD AND EXCHANGE COMPANY; a.k.a. ALKHALEDI JEWELRY COMPANY; a.k.a. AL-KHALDI

COMPANY; a.k.a. AL-KHALIDI EXCHANGE; a.k.a. AL-KHALIDI JEWELRY SHOP; a.k.a. AL-KHALIDI MONEY EXCHANGE; a.k.a. AL-KHALIDI MONEY TRANSFER OFFICE; a.k.a. AL-KHALIDY JEWELRY COMPANY; a.k.a. KHALIDI COMPANY FOR JEWELRY), Cankaya Mahallesi, Silifke Cd. Akdeniz, Mersin 33070, Turkey; 7 Ilkbahar Cd, Bursa, Turkey; Raqqah, Syria; Nishtaman building second floor, New Borsa, Irbil, Iraq; Kapali Carsi, Reisoglu Sk., No: 25-27 Beyazit-Fatih, Istanbul, Turkey; Atikali Mahallesi, Fevzi Pasa Cd. 98-100, Fatih, Istanbul 34087, Turkey; Sanliurfa Market Yildiz Field Maidan, Sanliurfa, Turkey; Yildiz field, Sanliurfa, Turkey; Kapali Carsi, Istanbul, Turkey; Aksaray, Istanbul, Turkey; Zeytoun Bourno, Istanbul, Turkey; Iquitli Mimat Akef Street, Istanbul, Turkey; Oak Square, Istanbul, Turkey; Asnioret, Istanbul, Turkey; Independence, Mersin, Turkey; Sarashieh, Anteb, Turkey; Al-Sharshieh, Bursa, Turkey; Al-Sharsheh, Adana, Turkey; Gaziantep, Turkey; Dayr Az Zawr, Syria; Al Mayadin, Syria; Ismet Inonu Buvari 86, Mersin 33050, Turkey; Halaskar Gazi Caddesi 224, Istanbul 34384, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

KHALIDI COMPANY FOR JEWELRY (a.k.a. AL KHALDI COMPANY LLC; a.k.a. AL KHALDI GOLD AND EXCHANGE COMPANY; a.k.a. ALKHALEDI JEWELRY COMPANY; a.k.a. AL-KHALDI COMPANY; a.k.a. AL-KHALIDI EXCHANGE; a.k.a. AL-KHALIDI JEWELRY SHOP; a.k.a. AL-KHALIDI MONEY EXCHANGE; a.k.a. AL-KHALIDI MONEY TRANSFER OFFICE; a.k.a. AL-KHALIDY JEWELRY COMPANY; a.k.a. KHALIDI COMPANY), Cankaya Mahallesi, Silifke Cd. Akdeniz, Mersin 33070, Turkey; 7 Ilkbahar Cd, Bursa, Turkey; Raqqah, Syria; Nishtaman building second floor, New Borsa, Irbil, Iraq; Kapali Carsi, Reisoglu Sk., No: 25-27 Beyazit-Fatih, Istanbul, Turkey; Atikali Mahallesi, Fevzi Pasa Cd. 98-100, Fatih, Istanbul 34087, Turkey; Sanliurfa Market Yildiz Field Maidan, Sanliurfa, Turkey; Yildiz field, Sanliurfa, Turkey; Kapali Carsi, Istanbul, Turkey; Aksaray, Istanbul, Turkey; Zeytoun Bourno, Istanbul, Turkey; Iquitli Mimat Akef Street, Istanbul, Turkey; Oak Square, Istanbul, Turkey; Asnioret, Istanbul, Turkey; Independence, Mersin, Turkey; Sarashieh, Anteb, Turkey; Al-Sharshieh, Bursa, Turkey; Al-Sharsheh, Adana, Turkey; Gaziantep, Turkey; Dayr Az Zawr, Syria; Al Mayadin, Syria; Ismet Inonu Buvari 86, Mersin

33050, Turkey; Halaskar Gazi Caddesi 224, Istanbul 34384, Turkey [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

KHALIF, Adale (a.k.a. ABDALE, Qaaliif; a.k.a. ADALE, Khalif; a.k.a. CADALE, Qaliif; a.k.a. CADE, Qaliif; a.k.a. WARSAME, Khalif Mohamed), Qunyo Barrow, Middle Juba, Somalia; Buulo Fulaay, Somalia; DOB 01 Jan 1964; alt. DOB 01 Jan 1968; POB Somalia; nationality Djibouti; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 11120061B (Djibouti) (individual) [SDGT] (Linked To: AL-SHABAAB).

KHALIF, Fuad Mohamed (a.k.a. KALAF, Fuad Mohamed; a.k.a. KALAF, Fuad Mohammed; a.k.a. KHALAF, Fuad; a.k.a. KHALAF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohammed; a.k.a. QALAF, Fuad Mohamed; a.k.a. SHANGOLE; a.k.a. SHONGALE, Fouad; a.k.a. SHONGALE, Fuad; a.k.a. SHONGOLE, Fuad; a.k.a. SHONGOLE, Fuad Muhammad Khalaf; a.k.a. SONGALE, Fuad), Mogadishu, Somalia; DOB 28 Mar 1965; alt. DOB 28 May 1965; POB Somalia; nationality Somalia; alt. nationality Sweden; Gender Male (individual) [SOMALIA].

KHALIF, Fuad Mohammed (a.k.a. KALAF, Fuad Mohamed; a.k.a. KALAF, Fuad Mohammed; a.k.a. KHALAF, Fuad; a.k.a. KHALAF, Fuad Mohamed; a.k.a. KHALIF, Fuad Mohamed; a.k.a. QALAF, Fuad Mohamed; a.k.a. SHANGOLE, Fuad; a.k.a. SHONGALE, Fouad; a.k.a. SHONGALE, Fuad; a.k.a. SHONGOLE, Fuad; a.k.a. SHONGOLE, Fuad Muhammad Khalaf; a.k.a. SONGALE, Fuad), Mogadishu, Somalia; DOB 28 Mar 1965; alt. DOB 28 May 1965; POB Somalia; nationality Somalia; alt. nationality Sweden; Gender Male (individual) [SOMALIA].

KHALIF, Idris Ali 'Awad (a.k.a. AL-FAY, Idris Ali Awad Khalif; a.k.a. AL-FAY, Idris 'Ali 'Awwad; a.k.a. "Abu Sayf al-Samara'i"; a.k.a. "Mullah Idris"), Owainat Village, Owainat District, Salah Ad Din Province, Iraq; Turkey; Albu Dur, Tikrit, Salah-ad Din Province, Iraq; DOB 01 Jul 1971; POB Albu Dur, Tikrit, Salah-ad Din Province, Iraq; nationality Iraq; Gender Male (individual) [SDGT].

KHALIFA'S SOLDIERS IN BENGAL (a.k.a. ABU JANDAL AL-BANGALI; a.k.a. CALIPHATE IN BANGLADESH; a.k.a. CALIPHATE'S SOLDIERS IN BANGLADESH; a.k.a. ISIS-BANGLADESH; a.k.a. ISLAMIC STATE BANGLADESH; a.k.a. ISLAMIC STATE IN BANGLADESH; a.k.a. NEO-JAMAAT-UL MUJAHIDEEN BANGLADESH; a.k.a. SOLDIERS OF THE CALIPHATE IN BANGLADESH; a.k.a. "ISB"; a.k.a. "ISISB"; a.k.a. "NEO-JMB"; a.k.a. "NEW-JMB"), Dhaka, Bangladesh; Rangpur, Bangladesh; Sylhet, Bangladesh; Jhenaidah, Bangladesh; Singapore [FTO] [SDGT].

KHALIJ-E FARS (PERSIAN GULF) SHIPPING LINES (a.k.a. PERSIAN GULF SHIPPING LINES LTD; a.k.a. "PGSL"), Strovolos Center, Flat No. 204, Floor No. 2, Strovolou 77, Nicosia 2018, Cyprus; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. C334268 (Cyprus) [IRAN].

KHALIL, Ahmad Murtadha Ahmad (a.k.a. KHALIL, Dr. Ahmad Murtada Ahmad), Iraq; Former Minister of Transport and Communications (individual) [IRAQ2].

KHALIL, Ali Hassan (Arabic: علی حسن خليل), Bir Hasan, Lebanon; DOB 15 Jul 1964; POB Khiyam, Lebanon; citizen Lebanon; Gender Male (individual) [SDGT].

KHALIL, Ayyad Nazmi Salih (a.k.a. AL-TOUBASI, Iyad; a.k.a. AL-TUBASI, Iyad; a.k.a. KHALIL, Eyad Nazmi Saleh; a.k.a. KHALIL, Iyad Nazmi Salih; a.k.a. "ABU-JULAYBIB"; a.k.a. "AL-DARDA', Abu"; a.k.a. "AL-URDUNI, Abu-Julaybib"), Syria; DOB 01 Jan 1974 to 31 Dec 1974; POB Syria; nationality Jordan; Gender Male; Passport 286062 (Jordan) issued 05 Apr 1999 expires 04 Apr 2004; alt. Passport 654781 (Jordan) issued 01 Jan 2008 to 31 Dec 2010 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

KHALIL, Dr. Ahmad Murtada Ahmad (a.k.a. KHALIL, Ahmad Murtadha Ahmad), Iraq; Former Minister of Transport and Communications (individual) [IRAQ2].

KHALIL, Eyad Nazmi Saleh (a.k.a. AL-TOUBASI, Iyad; a.k.a. AL-TUBASI, Iyad; a.k.a. KHALIL, Ayyad Nazmi Salih; a.k.a. KHALIL, Iyad Nazmi Salih; a.k.a. "ABU-JULAYBIB"; a.k.a. "AL-DARDA', Abu"; a.k.a. "AL-URDUNI, Abu-Julaybib"), Syria; DOB 01 Jan 1974 to 31 Dec 1974; POB Syria; nationality Jordan; Gender Male; Passport 286062 (Jordan) issued 05 Apr 1999 expires 04 Apr 2004; alt. Passport 654781 (Jordan) issued 01 Jan 2008 to 31 Dec 2010 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

KHALIL, Ezedin Abdel Aziz (a.k.a. AL-ABADIN, Zayn; a.k.a. AL-SURI, Yaseen; a.k.a. AL-SURI, Yasin; a.k.a. KHALIL, Izz al-Din Abd al-Farid);

DOB 1982; POB al-Qamishli, Syria; nationality Syria; ethnicity Kurdish (individual) [SDGT].

KHALIL, Faisal Rahman (a.k.a. KHALIL, Fazl ur-Rahman; a.k.a. KHALIL, Fazlur Rehman; a.k.a. KHALIL, Fazl-ur Rehman), Kheyaban Sir Sayed, Street Two, Sector B27, Rawalpindi, Pakistan; Shams Colony, Islamabad, Pakistan; DOB 1963; POB Pakistan; Passport CR9158341 (Pakistan); National ID No. 6110104398349 (Pakistan); alt. National ID No. 14963091647 (Pakistan); Maulana; Moulana; Qari (individual) [SDGT] (Linked To: HARAKAT UL-MUJAHIDEEN).

KHALIL, Fazl ur-Rahman (a.k.a. KHALIL, Faisal Rahman; a.k.a. KHALIL, Fazlur Rehman; a.k.a. KHALIL, Fazl-ur Rehman), Kheyaban Sir Sayed, Street Two, Sector B27, Rawalpindi, Pakistan; Shams Colony, Islamabad, Pakistan; DOB 1963; POB Pakistan; Passport CR9158341 (Pakistan); National ID No. 6110104398349 (Pakistan); alt. National ID No. 14963091647 (Pakistan); Maulana; Moulana; Qari (individual) [SDGT] (Linked To: HARAKAT UL-MUJAHIDEEN).

KHALIL, Fazlur Rehman (a.k.a. KHALIL, Faisal Rahman; a.k.a. KHALIL, Fazl ur-Rahman; a.k.a. KHALIL, Fazl-ur Rehman), Kheyaban Sir Sayed, Street Two, Sector B27, Rawalpindi, Pakistan; Shams Colony, Islamabad, Pakistan; DOB 1963; POB Pakistan; Passport CR9158341 (Pakistan); National ID No. 6110104398349 (Pakistan); alt. National ID No. 14963091647 (Pakistan); Maulana; Moulana; Qari (individual) [SDGT] (Linked To: HARAKAT UL-MUJAHIDEEN).

KHALIL, Fazl-ur Rehman (a.k.a. KHALIL, Faisal Rahman; a.k.a. KHALIL, Fazl ur-Rahman; a.k.a. KHALIL, Fazlur Rehman), Kheyaban Sir Sayed, Street Two, Sector B27, Rawalpindi, Pakistan; Shams Colony, Islamabad, Pakistan; DOB 1963; POB Pakistan; Passport CR9158341 (Pakistan); National ID No. 6110104398349 (Pakistan); alt. National ID No. 14963091647 (Pakistan); Maulana; Moulana; Qari (individual) [SDGT] (Linked To: HARAKAT UL-MUJAHIDEEN).

KHALIL, Hassan (a.k.a. EL KHALIL, Hassan Kazem), Lebanon; DOB 09 May 1979; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport 3030829 (Lebanon) expires 20 Jan 2020 (individual) [SDGT] (Linked To: HIZBALLAH).

KHALIL, Hossein (a.k.a. AL-KHALIL, Husayn; a.k.a. KHALIL, Husain; a.k.a. KHALIL, Hussein), Lebanon; DOB 1955; POB Burj Al Barajinah, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Political Adviser to the Secretary General of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

KHALIL, Husain (a.k.a. AL-KHALIL, Husayn; a.k.a. KHALIL, Hossein; a.k.a. KHALIL, Hussein), Lebanon; DOB 1955; POB Burj Al Barajinah, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Political Adviser to the Secretary General of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

KHALIL, Hussein (a.k.a. AL-KHALIL, Husayn; a.k.a. KHALIL, Hossein; a.k.a. KHALIL, Husain), Lebanon; DOB 1955; POB Burj Al Barajinah, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male; Political Adviser to the Secretary General of Hizballah (individual) [SDGT] (Linked To: HIZBALLAH).

KHALIL, Ibrahim Mohamed (a.k.a. AL ZAFIRI, Khalil Ibrahim; a.k.a. JASSEM, Khalil Ibrahim; a.k.a. MOHAMMAD, Khalil Ibrahim), Refugee shelter Alte Ziegelei, Mainz 55128, Germany; DOB 02 Jul 1975; alt. DOB 02 May 1972; alt. DOB 03 Jul 1975; alt. DOB 1972; POB Dayr Az-Zawr, Syria; alt. POB Baghdad, Iraq; nationality Syria; Travel Document Number A0003900 (Germany); Temporary suspension of deportation No. T04338017, expired 08 May 2013, issued by Alien's Office of the city of Mainz (individual) [SDGT].

KHALIL, Iyad Nazmi Salih (a.k.a. AL-TOUBASI, Iyad; a.k.a. AL-TUBASI, Iyad; a.k.a. KHALIL, Ayyad Nazmi Salih; a.k.a. KHALIL, Eyad Nazmi Saleh; a.k.a. "ABU-JULAYBIB"; a.k.a. "AL-DARDA', Abu"; a.k.a. "AL-URDUNI, Abu-Julaybib"), Syria; DOB 01 Jan 1974 to 31 Dec 1974; POB Syria; nationality Jordan; Gender Male; Passport 286062 (Jordan) issued 05 Apr 1999 expires 04 Apr 2004; alt. Passport 654781 (Jordan) issued 01 Jan 2008 to 31 Dec 2010 (individual) [SDGT] (Linked To: AL-NUSRAH FRONT).

KHALIL, Izz al-Din Abd al-Farid (a.k.a. AL-ABADIN, Zayn; a.k.a. AL-SURI, Yaseen; a.k.a. AL-SURI, Yasin; a.k.a. KHALIL, Ezedin Abdel Aziz); DOB 1982; POB al-Qamishli, Syria;

nationality Syria; ethnicity Kurdish (individual) [SDGT].

KHALIL, Qahtan (Arabic: قحطان خليل), Syria; DOB 1964; nationality Syria; Gender Male; Major General (individual) [SYRIA] (Linked To: SYRIAN AIR FORCE INTELLIGENCE).

KHALILI, Jamshid; DOB 23 Sep 1957; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport Y28308325 (Iran) (individual) [IRAN].

KHALILZADEH, Mohammad (a.k.a. ZADEH, Mohammed Khalil), Iran; DOB 02 Jan 1983; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport L42320339 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KHALIM, Musa (a.k.a. ALIZAI, Musa Khalim; a.k.a. BARICH, Musa Kalim; a.k.a. KALEEM, Musa; a.k.a. KALIM, Mohammed Musa; a.k.a. KALIM, Musa; a.k.a. KHALEEM, Musa; a.k.a. QALEM, Musa; a.k.a. QALIM, Musa), Chahgay Bazaar, Chahgay, Pakistan; Haji Mohammed Plaza, Tol Aram Road, Nearest Jamal Dean Afghani Road, Quetta, Pakistan; Dr Barno Road, Quetta, Pakistan; POB Pakistan; citizen Pakistan; Passport AD4756241 (Pakistan) issued 02 Nov 2008 expires 01 Nov 2013; National ID No. 54101-6356624-9 (Pakistan) (individual) [SDGT].

KHALIMOV, Gulmurod, Syria; DOB 14 May 1975; POB Varzob, Tajikistan; citizen Tajikistan; Passport 018840 (Tajikistan) (individual) [SDGT].

KHALIQ, Muhammad Ahmed (a.k.a. AXIMU, Memetiming; a.k.a. HAQ, Abdul; a.k.a. HEQ, Abdul; a.k.a. IMAN, Maimaiti; a.k.a. JUNDULLAH, Abdulheq; a.k.a. MAIMAITI, Maimaitiming; a.k.a. MAIMAITI, Maiumaitimin; a.k.a. MEMETI, Memetiming; a.k.a. QEKEMAN, Memetiming; a.k.a. "ABUDUHAKE"; a.k.a. "AL-HAQ, 'Abd"; a.k.a. "MUHELISI"; a.k.a. "QERMAN"; a.k.a. "SAIFUDING"; a.k.a. "SAIMAITI, Abdul"); DOB 10 Oct 1971; POB Chele County, Khuttan Area, Xinjiang Uighur Autonomous Region, China; nationality China; National ID No. 65322519711010 0533 (China) (individual) [SDGT].

KHALIULLIN, Maksim Marselevich (Cyrillic: ХАЛИУЛЛИН, Максим Марселевич) (a.k.a. "KAGAS"), Chelyabinsk, Russia; DOB 28 Feb 1993; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-

Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

KHALOUZAI, Asmatullah (a.k.a. KHALOZAI, Ismatullah; a.k.a. "KHEL, Sher Omar"), Kabul City, Kabul District, Kabul Province, Afghanistan; DOB 01 Jan 1995; POB Baba Zangi Village, Fabri Qand City, Baghlan-e Jadid District, Baghlan Province, Afghanistan; nationality Afghanistan; Gender Male (individual) [SDGT] (Linked To: ISIL KHORASAN).

KHALOZAI, Ismatullah (a.k.a. KHALOUZAI, Asmatullah; a.k.a. "KHEL, Sher Omar"), Kabul City, Kabul District, Kabul Province, Afghanistan; DOB 01 Jan 1995; POB Baba Zangi Village, Fabri Qand City, Baghlan-e Jadid District, Baghlan Province, Afghanistan; nationality Afghanistan; Gender Male (individual) [SDGT] (Linked To: ISIL KHORASAN).

KHALUF, Faysal, Syria; DOB 21 May 1963; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

KHAMAS, Sayedullah (a.k.a. HAMAS, Saidullah; a.k.a. JAN, Saidullah; a.k.a. KHAN, Abid; a.k.a. KHAN, Saidullah; a.k.a. "WAZIRI, Saidullah"); DOB 1982; alt. DOB 11 Sep 1985; POB Giyan District, Paktika Province, Afghanistan; nationality Pakistan; National ID No. 2170525247081 (Pakistan); Mulawi (individual) [SDGT].

KHAMCHIEV, Belan Bagaudinovich (Cyrillic: ХАМЧИЕВ, Белан Багаудинович), Russia; DOB 07 Dec 1960; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KHAMENEI, Ali Husseini, Iran; DOB 19 Apr 1939; POB Mashhad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Supreme Leader of Iran (individual) [IRAN-EO13876].

KHAMENEI, Mojtaba (a.k.a. KHAMENEI, Sayyed Mojtaba Hosseini), Iran; DOB 1969; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

KHAMENEI, Sayyed Mojtaba Hosseini (a.k.a. KHAMENEI, Mojtaba), Iran; DOB 1969; POB Mashhad, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-EO13876].

KHAMIS, Imad Mohammad Deeb; DOB 01 Aug 1961; POB near Damascus, Syria; Minister of Electricity (individual) [SYRIA].

KHAMIS, Reda Ali, Al-Halusiyah 34, Tyre, Lebanon; DOB 20 Sep 1967; nationality Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; National ID No. 3194104 (Lebanon) (individual) [SDGT] (Linked To: HAMAS).

KHAMZAEV, Sultan Sultanbiyevich (Cyrillic: ХАМЗАЕВ, Бийсултан Султанбиевич), Russia; DOB 24 May 1982; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KHAN & SCHIRINDEL GMBH (a.k.a. KHAN AND SCHIRINDEL GMBH), Schwalbacher Strasse 19, Weisbaden 65185, Germany; C.R. No. HRB20555 (Germany) [SDNTK].

KHAN AFRIDI, Haji Ibrahim (a.k.a. IBRAHIM, Haji; a.k.a. IBRAHIM, Haji Ehai; a.k.a. KHAN, Haji Ibrahim); DOB 28 Sep 1957; POB Pakistan (individual) [SDNTK].

KHAN AND SCHIRINDEL GMBH (a.k.a. KHAN & SCHIRINDEL GMBH), Schwalbacher Strasse 19, Weisbaden 65185, Germany; C.R. No. HRB20555 (Germany) [SDNTK].

KHAN GALAT KHAN, Shahbaz (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shahbaz; a.k.a. ZADRAN, Shabbaz; a.k.a. ZADRAN, Shahbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

KHAN JALAT KHAN, Shahbaz (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN

ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shahbaz; a.k.a. ZADRAN, Shabbaz; a.k.a. ZADRAN, Shahbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

KHAN ZADRAN, Shahbaz (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shahbaz; a.k.a. ZADRAN, Shabbaz; a.k.a. ZADRAN, Shahbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

KHAN, Abdul Qadeer (a.k.a. ZAMAN, Hayder); DOB 27 Apr 1936; POB Bhopal, India; nationality Pakistan; Passport D000428 (Pakistan) (individual) [NPWMD].

KHAN, Abdullah (a.k.a. AFGHAN, Shear; a.k.a. AFGHAN, Sher; a.k.a. AFGHAN, Shir; a.k.a. AZIZ, Mohammad); DOB 1962; alt. DOB 1959; POB Pakistan (individual) [SDNTK].

KHAN, Abdullah (a.k.a. MUNTAZER, Abdullah; a.k.a. MUNTAZIR, Abdullah); DOB 17 Jan

1974; POB Abbottabad, Pakistan; National ID No. 3520203526763 (Pakistan) (individual) [SDGT].

KHAN, Abid (a.k.a. HAMAS, Saidullah; a.k.a. JAN, Saidullah; a.k.a. KHAMAS, Sayedullah; a.k.a. KHAN, Saidullah; a.k.a. "WAZIRI, Saidullah"); DOB 1982; alt. DOB 11 Sep 1985; POB Giyan District, Paktika Province, Afghanistan; nationality Pakistan; National ID No. 2170525247081 (Pakistan); Mulawi (individual) [SDGT].

KHAN, Abid Ali (a.k.a. ABID, Thakur; a.k.a. ALI, Abid; a.k.a. KHAN, Abid Ali; a.k.a. "ABID"), Hakim Abad, Nowshera, KPK, Pakistan; KPK, Pakistan; DOB 13 Mar 1981; POB Nowshera, Pakistan; nationality Pakistan; citizen Pakistan; Email Address thakurabid@gmail.com; alt. Email Address pakistancopy@gmail.com; Gender Male; Passport DA 1790252 (Pakistan) (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

KHAN, Abid Ali (a.k.a. ABID, Thakur; a.k.a. ALI, Abid; a.k.a. KHAN, Abid; a.k.a. "ABID"), Hakim Abad, Nowshera, KPK, Pakistan; KPK, Pakistan; DOB 13 Mar 1981; POB Nowshera, Pakistan; nationality Pakistan; citizen Pakistan; Email Address thakurabid@gmail.com; alt. Email Address pakistancopy@gmail.com; Gender Male; Passport DA 1790252 (Pakistan) (individual) [TCO] (Linked To: ABID ALI KHAN TRANSNATIONAL CRIMINAL ORGANIZATION).

KHAN, Ali (a.k.a. KHAN, Nafir Ali; a.k.a. KHAN, Nasir Ali; a.k.a. KHAN, Nazir Ali; a.k.a. KHAN, Nisan Ali; a.k.a. KHAN, Nisar Ali; a.k.a. NASIR, Ali Khan; a.k.a. NASIR, Khan Ali); DOB 01 Oct 1955; POB Pakistan (individual) [SDNTK].

KHAN, Anwar Ahmed (a.k.a. AHMED, Rao Anwar; a.k.a. ANWAR, Rao; a.k.a. KHAN, Anwar Ahmed Rao; a.k.a. KHAN, Rao Anwar Ahmed), Pakistan; DOB 01 Jan 1959; POB Karachi, Pakistan; nationality Pakistan; Gender Male; Passport MU-4112252 (Pakistan) issued 27 May 2014 expires 26 May 2019 (individual) [GLOMAG].

KHAN, Anwar Ahmed Rao (a.k.a. AHMED, Rao Anwar; a.k.a. ANWAR, Rao; a.k.a. KHAN, Anwar Ahmed; a.k.a. KHAN, Rao Anwar Ahmed), Pakistan; DOB 01 Jan 1959; POB Karachi, Pakistan; nationality Pakistan; Gender Male; Passport MU-4112252 (Pakistan) issued 27 May 2014 expires 26 May 2019 (individual) [GLOMAG].

KHAN, Anwar Latif (a.k.a. KHAN, Mohammad Anwar Latif), Bangladesh; DOB 01 Dec 1971; POB Bogra, Bangladesh; nationality Bangladesh; Gender Male; National ID No. 1590698127721 (Bangladesh) (individual) [GLOMAG] (Linked To: RAPID ACTION BATTALION).

KHAN, Asad (a.k.a. KHAN, Haji Asad; a.k.a. KHAN, Mohammed; a.k.a. MOHADMMADHASNI, Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan Zarkari; a.k.a. MOHMMADHASNI, Asad Khan; a.k.a. MUHAMMADHASNI, Asad Khan; a.k.a. ZARKARI, Asad Khan; a.k.a. "ASAD, Haji"; a.k.a. "HAJI ABDULLAH"), Nimroz, Afghanistan; Kabul, Afghanistan; Karachi, Pakistan; Basalani, Afghanistan; Balochistan, Pakistan; Dubai, United Arab Emirates; DOB 01 Jan 1955; POB Nimroz, Afghanistan; citizen Afghanistan; Passport OR1126692 (Afghanistan) (individual) [SDNTK].

KHAN, Bahawal (a.k.a. AYUBI, Salahuddin), South Waziristan, Pakistan; Paktika, Afghanistan; Zabul, Afghanistan; Helmand, Afghanistan; Kandahar, Afghanistan; DOB 1979 (individual) [SDGT].

KHAN, Dilawar (a.k.a. KHAN, Dilawar Khan Nadir), Peshawar, Khyber Pahktunkhwa Province, Pakistan; DOB 1982; alt. DOB 1981; POB Lower Dir, Khyber Pakhtunkhwa Province, Pakistan; nationality Pakistan; citizen Pakistan (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

KHAN, Dilawar Khan Nadir (a.k.a. KHAN, Dilawar), Peshawar, Khyber Pahktunkhwa Province, Pakistan; DOB 1982; alt. DOB 1981; POB Lower Dir, Khyber Pakhtunkhwa Province, Pakistan; nationality Pakistan; citizen Pakistan (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

KHAN, Farhan (a.k.a. 'ABD AL-SALAM, Said Jan; a.k.a. 'ABDALLAH, Qazi; a.k.a. 'ABD-AL-SALAM, Sa'id Jan; a.k.a. ABDULLAH, Qazi; a.k.a. CAIRO, Aziz; a.k.a. JHAN, Said; a.k.a. SA'ID JAN, Qasi; a.k.a. WALID, Ibrahim; a.k.a. ZAIN KHAN, Dilawar Khan; a.k.a. "NANGIALI"); DOB 05 Feb 1981; alt. DOB 01 Jan 1972; nationality Afghanistan; Passport OR801168 (Afghanistan) issued 28 Feb 2006 expires 27 Feb 2011; alt. Passport 4117921 (Pakistan) issued 09 Sep 2008 expires 09 Sep 2013; National ID No. 281020505755 (Kuwait);

Passport OR801168 and Kuwaiti National ID No. 281020505755 issued under the name Said Jan 'Abd al-Salam; Passport 4117921 issued under the name Dilawar Khan Zain Khan (individual) [SDGT].

KHAN, German Borisovich (Cyrillic: ХАН, Герман Борисович), Moscow, Russia; DOB 24 Oct 1961; POB Kyiv, Ukraine; nationality Russia; alt. nationality Israel; Gender Male (individual) [RUSSIA-EO14024].

KHAN, Hafez Sayed (a.k.a. AHMAD, Sayed; a.k.a. HAFIZ, Said Khan; a.k.a. KHAN, Hafiz Saeed; a.k.a. KHAN, Hafiz Sa'id; a.k.a. KHAN, Hafiz Said; a.k.a. KHAN, Hafiz Said Muhammad; a.k.a. KHAN, Shaykh Hafidh Sa'id; a.k.a. KHAN, Wali Hafiz Sayid; a.k.a. SAEED, Hafiz; a.k.a. SA'ID, Hafiz); DOB 01 Jan 1976 to 31 Dec 1978; alt. DOB 01 Jan 1977 to 31 Dec 1979; POB Mamondzowi Village, Orakzai Agency, Pakistan; nationality Pakistan (individual) [SDGT].

KHAN, Hafiz Saeed (a.k.a. AHMAD, Sayed; a.k.a. HAFIZ, Said Khan; a.k.a. KHAN, Hafez Sayed; a.k.a. KHAN, Hafiz Sa'id; a.k.a. KHAN, Hafiz Said; a.k.a. KHAN, Hafiz Said Muhammad; a.k.a. KHAN, Shaykh Hafidh Sa'id; a.k.a. KHAN, Wali Hafiz Sayid; a.k.a. SAEED, Hafiz; a.k.a. SA'ID, Hafiz); DOB 01 Jan 1976 to 31 Dec 1978; alt. DOB 01 Jan 1977 to 31 Dec 1979; POB Mamondzowi Village, Orakzai Agency, Pakistan; nationality Pakistan (individual) [SDGT].

KHAN, Hafiz Said (a.k.a. AHMAD, Sayed; a.k.a. HAFIZ, Said Khan; a.k.a. KHAN, Hafez Sayed; a.k.a. KHAN, Hafiz Saeed; a.k.a. KHAN, Hafiz Sa'id; a.k.a. KHAN, Hafiz Said Muhammad; a.k.a. KHAN, Shaykh Hafidh Sa'id; a.k.a. KHAN, Wali Hafiz Sayid; a.k.a. SAEED, Hafiz; a.k.a. SA'ID, Hafiz); DOB 01 Jan 1976 to 31 Dec 1978; alt. DOB 01 Jan 1977 to 31 Dec 1979; POB Mamondzowi Village, Orakzai Agency, Pakistan; nationality Pakistan (individual) [SDGT].

KHAN, Hafiz Sa'id (a.k.a. AHMAD, Sayed; a.k.a. HAFIZ, Said Khan; a.k.a. KHAN, Hafez Sayed; a.k.a. KHAN, Hafiz Saeed; a.k.a. KHAN, Hafiz Said; a.k.a. KHAN, Hafiz Said Muhammad; a.k.a. KHAN, Shaykh Hafidh Sa'id; a.k.a. KHAN, Wali Hafiz Sayid; a.k.a. SAEED, Hafiz; a.k.a. SA'ID, Hafiz); DOB 01 Jan 1976 to 31 Dec 1978; alt. DOB 01 Jan 1977 to 31 Dec 1979; POB Mamondzowi Village, Orakzai Agency, Pakistan; nationality Pakistan (individual) [SDGT].

KHAN, Hafiz Said Muhammad (a.k.a. AHMAD, Sayed; a.k.a. HAFIZ, Said Khan; a.k.a. KHAN, Hafez Sayed; a.k.a. KHAN, Hafiz Saeed; a.k.a. KHAN, Hafiz Sa'id; a.k.a. KHAN, Hafiz Said; a.k.a. KHAN, Shaykh Hafidh Sa'id; a.k.a. KHAN, Wali Hafiz Sayid; a.k.a. SAEED, Hafiz; a.k.a. SA'ID, Hafiz); DOB 01 Jan 1976 to 31 Dec 1978; alt. DOB 01 Jan 1977 to 31 Dec 1979; POB Mamondzowi Village, Orakzai Agency, Pakistan; nationality Pakistan (individual) [SDGT].

KHAN, Haji Asad (a.k.a. KHAN, Asad; a.k.a. KHAN, Mohammed; a.k.a. MOHADMMADHASNI, Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan Zarkari; a.k.a. MOHMMADHASNI, Asad Khan; a.k.a. MUHAMMADHASNI, Asad Khan; a.k.a. ZARKARI, Asad Khan; a.k.a. "ASAD, Haji"; a.k.a. "HAJI ABDULLAH"), Nimroz, Afghanistan; Kabul, Afghanistan; Karachi, Pakistan; Basalani, Afghanistan; Balochistan, Pakistan; Dubai, United Arab Emirates; DOB 01 Jan 1955; POB Nimroz, Afghanistan; citizen Afghanistan; Passport OR1126692 (Afghanistan) (individual) [SDNTK].

KHAN, Haji Faizullah (a.k.a. NOOR, Haji Faizullah; a.k.a. NOORI, Haji Faizullah; a.k.a. NOORZAI, Haji Pazullah; a.k.a. NOORZAI, Hajji Faizullah Khan; a.k.a. NOREZAI, Haji Faizuulah Khan; a.k.a. "HAJI FIAZULLAH"; a.k.a. "HAJI MULLAH FAIZULLAH"), Boghra Road, Miralzei Village, Chaman, Baluchistan Province, Pakistan; DOB 1966; alt. DOB 1961; alt. DOB 1968; alt. DOB 1969; alt. DOB 1970; POB Lowy Kariz, Spin Boldak District, Kandahar Province, Afghanistan; alt. POB Kadanay, Spin Boldak District, Kandahar Province, Afghanistan; nationality Afghanistan; Tribe: Noorzai; Subtribe: Miralzai (individual) [SDGT].

KHAN, Haji Ibrahim (a.k.a. IBRAHIM, Haji; a.k.a. IBRAHIM, Haji Ehai; a.k.a. KHAN AFRIDI, Haji Ibrahim); DOB 28 Sep 1957; POB Pakistan (individual) [SDNTK].

KHAN, Haji Mohammad, c/o NEW ANSARI MONEY EXCHANGE, Afghanistan; DOB 1980; POB Kandahar, Afghanistan; citizen Afghanistan; Passport TR040526 (Afghanistan); National ID No. 242606 (Afghanistan) (individual) [SDNTK].

KHAN, Hizb Ullah Astam (a.k.a. MOAZZAM, Hizbullah Khan; a.k.a. "Hazab Allah"; a.k.a. "Hazab Ullah"; a.k.a. "Hazeb Ullah"; a.k.a. "Hazib Ullah"; a.k.a. "Hiz Bullah"; a.k.a. "Hizb Allah"; a.k.a. "Hizb Ullah"; a.k.a. "Hizbulah";

a.k.a. "Hizbullah"; a.k.a. "Qari Hizbullah"), House Number 5, Akhunabad, Shaheen Muslim Town, Peshawar, Pakistan; House Number 5, Akhunabad, Chok Yadagr Branch, Peshawar, Pakistan; Matin, Darah-ye Pech District, Kunar Province, Afghanistan; DOB 01 Mar 1982; alt. DOB 03 Jan 1982; POB Peshawar, Pakistan; nationality Pakistan; National ID No. 1730113198199 (Pakistan) (individual) [SDGT] (Linked To: AMEEN AL-PESHAWARI, Fazeel-A-Tul Shaykh Abu Mohammed).

KHAN, Madi (a.k.a. KHAN, Mali); DOB 1965; POB Sarana Village, Paktia Province, Afghanistan; Haji (individual) [SDGT].

KHAN, Mali (a.k.a. KHAN, Madi); DOB 1965; POB Sarana Village, Paktia Province, Afghanistan; Haji (individual) [SDGT].

KHAN, Maulawi Adam (a.k.a. ACHEKZAI, Maulawi Adam Khan; a.k.a. "ADAM, Maulawi"; a.k.a. "ADAM, Molawi"), Chaman, Balochistan Province, Pakistan; DOB 1972; alt. DOB 1970; alt. DOB 1971; alt. DOB 1973; alt. DOB 1974; alt. DOB 1975; POB Qandahar, Afghanistan; citizen Pakistan (individual) [SDGT].

KHAN, Mohammad Anwar Latif (a.k.a. KHAN, Anwar Latif), Bangladesh; DOB 01 Dec 1971; POB Bogra, Bangladesh; nationality Bangladesh; Gender Male; National ID No. 1590698127721 (Bangladesh) (individual) [GLOMAG] (Linked To: RAPID ACTION BATTALION).

KHAN, Mohammad Naushad Alam (a.k.a. KHAN, Muhammad Nawshad Alam; a.k.a. KHAN, Muhammad Nowshad Alam; a.k.a. KHAN, Naushad Aalam; a.k.a. KHAN, Rahat Hasan); DOB 10 Aug 1971; alt. DOB Dec 1970; POB Karachi, Pakistan; Passport YZ4107191 (Pakistan) issued 15 Apr 2008 expires 14 Apr 2013; alt. Passport Booklet: A6169832 (Pakistan); alt. Passport YZ4107192 (Pakistan) issued 19 Feb 2009 expires 18 Feb 2014; alt. Passport Booklet: A8235074 (Pakistan); National ID No. 4200004347195 (Pakistan); alt. National ID No. 50492460414 (Pakistan); Holder of a Pakistan passport; Holder of a Bangladesh passport (individual) [SDGT].

KHAN, Mohammed (a.k.a. KHAN, Asad; a.k.a. KHAN, Haji Asad; a.k.a. MOHADMMADHASNI, Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan; a.k.a. MOHAMMADHASNI, Haji Asad Khan Zarkari; a.k.a. MOHMMADHASNI, Asad Khan; a.k.a. MUHAMMADHASNI, Asad Khan; a.k.a. ZARKARI, Asad Khan; a.k.a. "ASAD, Haji"; a.k.a. "HAJI ABDULLAH"), Nimroz, Afghanistan; Kabul, Afghanistan;

Karachi, Pakistan; Basalani, Afghanistan; Balochistan, Pakistan; Dubai, United Arab Emirates; DOB 01 Jan 1955; POB Nimroz, Afghanistan; citizen Afghanistan; Passport OR1126692 (Afghanistan) (individual) [SDNTK].

KHAN, Mohd Shahwal (a.k.a. IDA, Laode; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBARAK, Laode Agussalim; a.k.a. MUBAROK, Muhamad; a.k.a. MUHAMMAD, Ustad Haji Laudi Agus Salim; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim; a.k.a. YASIN, Syawal; a.k.a. "ABU MUAMAR"; a.k.a. "ABU SETA"; a.k.a. "AGUS SALIM"; a.k.a. "MAHMUD"); DOB 03 Sep 1962; POB Makassar, Indonesia; nationality Indonesia; citizen Indonesia (individual) [SDGT].

KHAN, Muhammad Nawshad Alam (a.k.a. KHAN, Mohammad Naushad Alam; a.k.a. KHAN, Muhammad Nowshad Alam; a.k.a. KHAN, Naushad Aalam; a.k.a. KHAN, Rahat Hasan); DOB 10 Aug 1971; alt. DOB Dec 1970; POB Karachi, Pakistan; Passport YZ4107191 (Pakistan) issued 15 Apr 2008 expires 14 Apr 2013; alt. Passport Booklet: A6169832 (Pakistan); alt. Passport YZ4107192 (Pakistan) issued 19 Feb 2009 expires 18 Feb 2014; alt. Passport Booklet: A8235074 (Pakistan); National ID No. 4200004347195 (Pakistan); alt. National ID No. 50492460414 (Pakistan); Holder of a Pakistan passport; Holder of a Bangladesh passport (individual) [SDGT].

KHAN, Muhammad Nowshad Alam (a.k.a. KHAN, Mohammad Naushad Alam; a.k.a. KHAN, Muhammad Nawshad Alam; a.k.a. KHAN, Naushad Aalam; a.k.a. KHAN, Rahat Hasan); DOB 10 Aug 1971; alt. DOB Dec 1970; POB Karachi, Pakistan; Passport YZ4107191 (Pakistan) issued 15 Apr 2008 expires 14 Apr 2013; alt. Passport Booklet: A6169832 (Pakistan); alt. Passport YZ4107192 (Pakistan) issued 19 Feb 2009 expires 18 Feb 2014; alt. Passport Booklet: A8235074 (Pakistan); National ID No. 4200004347195 (Pakistan); alt. National ID No. 50492460414 (Pakistan); Holder of a Pakistan passport; Holder of a Bangladesh passport (individual) [SDGT].

KHAN, Mustafa Hajji Muhammad (a.k.a. AL-MADANI, Abu Gharib; a.k.a. GHUL, Hassan; a.k.a. GUL, Hasan; a.k.a. GUL, Hassan; a.k.a. MAHMUD, Khalid; a.k.a. MUHAMMAD, Mustafa; a.k.a. SHAHJI, Ahmad; a.k.a. "ABU-SHAIMA"; a.k.a. "ABU-SHAYMA"); DOB Aug 1977; alt. DOB Sep 1977; alt. DOB 1976; POB Madinah, Saudi Arabia; alt. POB Sangrar, Sindh

Province, Pakistan; nationality Pakistan; alt. nationality Saudi Arabia (individual) [SDGT].

KHAN, Nafir Ali (a.k.a. KHAN, Ali; a.k.a. KHAN, Nasir Ali; a.k.a. KHAN, Nazir Ali; a.k.a. KHAN, Nisan Ali; a.k.a. KHAN, Nisar Ali; a.k.a. NASIR, Ali Khan; a.k.a. NASIR, Khan Ali); DOB 01 Oct 1955; POB Pakistan (individual) [SDNTK].

KHAN, Nasir Ali (a.k.a. KHAN, Ali; a.k.a. KHAN, Nafir Ali; a.k.a. KHAN, Nazir Ali; a.k.a. KHAN, Nisan Ali; a.k.a. KHAN, Nisar Ali; a.k.a. NASIR, Ali Khan; a.k.a. NASIR, Khan Ali); DOB 01 Oct 1955; POB Pakistan (individual) [SDNTK].

KHAN, Naushad Aalam (a.k.a. KHAN, Mohammad Naushad Alam; a.k.a. KHAN, Muhammad Nawshad Alam; a.k.a. KHAN, Muhammad Nowshad Alam; a.k.a. KHAN, Rahat Hasan); DOB 10 Aug 1971; alt. DOB Dec 1970; POB Karachi, Pakistan; Passport YZ4107191 (Pakistan) issued 15 Apr 2008 expires 14 Apr 2013; alt. Passport Booklet: A6169832 (Pakistan); alt. Passport YZ4107192 (Pakistan) issued 19 Feb 2009 expires 18 Feb 2014; alt. Passport Booklet: A8235074 (Pakistan); National ID No. 4200004347195 (Pakistan); alt. National ID No. 50492460414 (Pakistan); Holder of a Pakistan passport; Holder of a Bangladesh passport (individual) [SDGT].

KHAN, Naveed Qamar (a.k.a. QAMAR, Naved; a.k.a. QAMAR, Naveed; a.k.a. QAMAR, Navid; a.k.a. QAMAR, Nuwayd), Flat #R9, Nauman Grand Sati, Gulistan Johar, Block 17, Karachi Sharqi, Karachi Province, Sindh, Pakistan; DOB 27 Oct 1971; POB Bahawalnagar, Pakistan; alt. POB Lahore, Punjab Province, Pakistan; nationality Pakistan; Passport ZG4109521 (Pakistan) issued 07 Jun 2008 expires 06 Jun 2013; National ID No. 4220149109527 (Pakistan); alt. National ID No. 35171469484 (Pakistan) (individual) [SDGT] (Linked To: LASHKAR E-TAYYIBA).

KHAN, Nazir Ali (a.k.a. KHAN, Ali; a.k.a. KHAN, Nafir Ali; a.k.a. KHAN, Nasir Ali; a.k.a. KHAN, Nisan Ali; a.k.a. KHAN, Nisar Ali; a.k.a. NASIR, Ali Khan; a.k.a. NASIR, Khan Ali); DOB 01 Oct 1955; POB Pakistan (individual) [SDNTK].

KHAN, Nisan Ali (a.k.a. KHAN, Ali; a.k.a. KHAN, Nafir Ali; a.k.a. KHAN, Nasir Ali; a.k.a. KHAN, Nazir Ali; a.k.a. KHAN, Nisar Ali; a.k.a. NASIR, Ali Khan; a.k.a. NASIR, Khan Ali); DOB 01 Oct 1955; POB Pakistan (individual) [SDNTK].

KHAN, Nisar Ali (a.k.a. KHAN, Ali; a.k.a. KHAN, Nafir Ali; a.k.a. KHAN, Nasir Ali; a.k.a. KHAN, Nazir Ali; a.k.a. KHAN, Nisan Ali; a.k.a. NASIR,

Ali Khan; a.k.a. NASIR, Khan Ali); DOB 01 Oct 1955; POB Pakistan (individual) [SDNTK].

KHAN, Rahat Hasan (a.k.a. KHAN, Mohammad Naushad Alam; a.k.a. KHAN, Muhammad Nawshad Alam; a.k.a. KHAN, Muhammad Nowshad Alam; a.k.a. KHAN, Naushad Aalam); DOB 10 Aug 1971; alt. DOB Dec 1970; POB Karachi, Pakistan; Passport YZ4107191 (Pakistan) issued 15 Apr 2008 expires 14 Apr 2013; alt. Passport Booklet: A6169832 (Pakistan); alt. Passport YZ4107192 (Pakistan) issued 19 Feb 2009 expires 18 Feb 2014; alt. Passport Booklet: A8235074 (Pakistan); National ID No. 4200004347195 (Pakistan); alt. National ID No. 50492460414 (Pakistan); Holder of a Pakistan passport; Holder of a Bangladesh passport (individual) [SDNTK].

KHAN, Rao Anwar Ahmed (a.k.a. AHMED, Rao Anwar; a.k.a. ANWAR, Rao; a.k.a. KHAN, Anwar Ahmed; a.k.a. KHAN, Anwar Ahmed Rao), Pakistan; DOB 01 Jan 1959; POB Karachi, Pakistan; nationality Pakistan; Gender Male; Passport MU-4112252 (Pakistan) issued 27 May 2014 expires 26 May 2019 (individual) [GLOMAG].

KHAN, Saidullah (a.k.a. HAMAS, Saidullah; a.k.a. JAN, Saidullah; a.k.a. KHAMAS, Sayedullah; a.k.a. KHAN, Abid; a.k.a. "WAZIRI, Saidullah"); DOB 1982; alt. DOB 11 Sep 1985; POB Giyan District, Paktika Province, Afghanistan; nationality Pakistan; National ID No. 2170525247081 (Pakistan); Mulawi (individual) [SDGT].

KHAN, Sayed Habib Ahmad (a.k.a. KHAN, Syed Habib Ahmad; a.k.a. "HABIB, Sayed"), Kuwait; Arzan Qemat Area, PD 12, Kabul City, Afghanistan; DOB 1970; POB Kunar Province, Afghanistan; nationality Afghanistan; Gender Male; Residency Number 270010174266 (Kuwait) issued 25 Apr 2016 expires 24 Jun 2018 (individual) [SDGT] (Linked To: NEJAAT SOCIAL WELFARE ORGANIZATION).

KHAN, Shahbaz (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shabbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shabbaz; a.k.a. ZADRAN, Shabbaz; a.k.a. ZADRAN, Shabbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL

GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

KHAN, Shaykh Hafidh Sa'id (a.k.a. AHMAD, Sayed; a.k.a. HAFIZ, Said Khan; a.k.a. KHAN, Hafez Sayed; a.k.a. KHAN, Hafiz Saeed; a.k.a. KHAN, Hafiz Sa'id; a.k.a. KHAN, Hafiz Said; a.k.a. KHAN, Hafiz Said Muhammad; a.k.a. KHAN, Wali Hafiz Sayid; a.k.a. SAEED, Hafiz; a.k.a. SA'ID, Hafiz); DOB 01 Jan 1976 to 31 Dec 1978; alt. DOB 01 Jan 1977 to 31 Dec 1979; POB Mamondzowi Village, Orakzai Agency, Pakistan; nationality Pakistan (individual) [SDGT].

KHAN, Sherbaz, c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; Peshawar, Pakistan; P.O. Box 33651, Dubai, United Arab Emirates; DOB 03 Apr 1979; POB Khyber Agency, Pakistan; citizen Pakistan; Passport 137987 (Pakistan) (individual) [SDNTK].

KHAN, Syed Habib Ahmad (a.k.a. KHAN, Sayed Habib Ahmad; a.k.a. "HABIB, Sayed"), Kuwait; Arzan Qemat Area, PD 12, Kabul City, Afghanistan; DOB 1970; POB Kunar Province, Afghanistan; nationality Afghanistan; Gender Male; Residency Number 270010174266 (Kuwait) issued 25 Apr 2016 expires 24 Jun 2018 (individual) [SDGT] (Linked To: NEJAAT SOCIAL WELFARE ORGANIZATION).

KHAN, Wali Hafiz Sayid (a.k.a. AHMAD, Sayed; a.k.a. HAFIZ, Said Khan; a.k.a. KHAN, Hafez Sayed; a.k.a. KHAN, Hafiz Saeed; a.k.a. KHAN, Hafiz Sa'id; a.k.a. KHAN, Hafiz Said; a.k.a. KHAN, Hafiz Said Muhammad; a.k.a. KHAN, Shaykh Hafidh Sa'id; a.k.a. SAEED, Hafiz; a.k.a. SA'ID, Hafiz); DOB 01 Jan 1976 to 31 Dec 1978; alt. DOB 01 Jan 1977 to 31 Dec 1979; POB Mamondzowi Village, Orakzai Agency, Pakistan; nationality Pakistan (individual) [SDGT].

KHANAFAR, Hisham (a.k.a. KANAFER, Hicham; a.k.a. KANAFER, Hisham; a.k.a. KHANAFER, Hicham Nmer; a.k.a. KHANAFIR, Hisham); DOB 23 May 1965; POB Ainata, Lebanon; alt.

POB Kuntair, The Gambia; nationality Lebanon; alt. nationality The Gambia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 1617889 (Lebanon) (individual) [SDGT].

KHANAFER, Hicham Nmer (a.k.a. KANAFER, Hicham; a.k.a. KANAFER, Hisham; a.k.a. KHANAFAR, Hisham; a.k.a. KHANAFIR, Hisham); DOB 23 May 1965; POB Ainata, Lebanon; alt. POB Kuntair, The Gambia; nationality Lebanon; alt. nationality The Gambia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 1617889 (Lebanon) (individual) [SDGT].

KHANAFIR, Hisham (a.k.a. KANAFER, Hicham; a.k.a. KANAFER, Hisham; a.k.a. KHANAFAR, Hisham; a.k.a. KHANAFER, Hicham Nmer); DOB 23 May 1965; POB Ainata, Lebanon; alt. POB Kuntair, The Gambia; nationality Lebanon; alt. nationality The Gambia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport 1617889 (Lebanon) (individual) [SDGT].

KHANANI, Hozaifa Javed (a.k.a. KHANANI, Huzaifa Jawed), House No D-85 Block 5, Clifton, Karachi, Pakistan; DOB 04 May 1987; Passport AF6899813 (Pakistan); National ID No. 4220197869815 (Pakistan) (individual) [TCO] (Linked To: KAY ZONE BUILDERS & DEVELOPERS; Linked To: UNICO TEXTILES; Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

KHANANI, Huzaifa Jawed (a.k.a. KHANANI, Hozaifa Javed), House No D-85 Block 5, Clifton, Karachi, Pakistan; DOB 04 May 1987; Passport AF6899813 (Pakistan); National ID No. 4220197869815 (Pakistan) (individual) [TCO] (Linked To: KAY ZONE BUILDERS & DEVELOPERS; Linked To: UNICO TEXTILES; Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

KHANANI, Javaid (a.k.a. KHANANI, Javed; a.k.a. KHANANI, Javed Muhammad; a.k.a. KHANANI, Javeed; a.k.a. KHANANI, Muhammad Javed), D-85 Block, Clifton, Karachi, Pakistan; Third Floor, Penthouse, Osma Terrace PECHS, Flat No 9/1, Block 2, Karachi, Pakistan; DOB 02 May 1961; citizen Pakistan; Passport DW4100432 (individual) [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

KHANANI, Javed (a.k.a. KHANANI, Javaid; a.k.a. KHANANI, Javed Muhammad; a.k.a. KHANANI, Javeed; a.k.a. KHANANI, Muhammad Javed), D-85 Block, Clifton, Karachi, Pakistan; Third Floor, Penthouse, Osma Terrace PECHS, Flat No 9/1, Block 2, Karachi, Pakistan; DOB 02 May 1961; citizen Pakistan; Passport DW4100432 (individual) [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

KHANANI, Javed Muhammad (a.k.a. KHANANI, Javaid; a.k.a. KHANANI, Javed; a.k.a. KHANANI, Javeed; a.k.a. KHANANI, Muhammad Javed), D-85 Block, Clifton, Karachi, Pakistan; Third Floor, Penthouse, Osma Terrace PECHS, Flat No 9/1, Block 2, Karachi, Pakistan; DOB 02 May 1961; citizen Pakistan; Passport DW4100432 (individual) [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

KHANANI, Javeed (a.k.a. KHANANI, Javaid; a.k.a. KHANANI, Javed; a.k.a. KHANANI, Javed Muhammad; a.k.a. KHANANI, Muhammad Javed), D-85 Block, Clifton, Karachi, Pakistan; Third Floor, Penthouse, Osma Terrace PECHS, Flat No 9/1, Block 2, Karachi, Pakistan; DOB 02 May 1961; citizen Pakistan; Passport DW4100432 (individual) [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

KHANANI, Muhammad Javed (a.k.a. KHANANI, Javaid; a.k.a. KHANANI, Javed; a.k.a. KHANANI, Javed Muhammad; a.k.a. KHANANI, Javeed), D-85 Block, Clifton, Karachi, Pakistan; Third Floor, Penthouse, Osma Terrace PECHS, Flat No 9/1, Block 2, Karachi, Pakistan; DOB 02 May 1961; citizen Pakistan; Passport DW4100432 (individual) [TCO] (Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION).

KHANANI, Obaid Altaf (a.k.a. "AHMED, Obaid"), Apt 411 and 412, Juma Al Majid Bldg, Tower B, Al Nadha, Sharjah, United Arab Emirates; 107 Kings Road, Old Trafford, Manchester, Lancashire M16 9WY, United Kingdom; DOB 20 Jul 1987; POB Karachi, Pakistan; Passport BF4108623 (Pakistan) (individual) [TCO] (Linked To: KAY ZONE GENERAL TRADING LLC; Linked To: LANDTEK DEVELOPERS; Linked To: ALTAF KHANANI MONEY LAUNDERING ORGANIZATION; Linked To: AL ZAROONI EXCHANGE).

KHANBALAEVA, Firuza Nazimovna (a.k.a. KERIMOVA, Firuza Nazimovna), Apt. 270, Build. 31, Pyatnitskoe Shosse, Moscow 123430, Russia; DOB 22 Dec 1967; alt. DOB 22 Oct 1967; POB Makhachkala, Russia; nationality Russia; Gender Female; Passport 724348524 (Russia) issued 06 May 2013 expires 06 May 2023; National ID No. 4512970434 (Russia); Tax ID No. 052901215575 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KERIMOV, Suleiman Abusaidovich).

KHANFORA, Alaa (a.k.a. KHANFORAH, Mohammed Alaa Omer; a.k.a. KHANFOURA, Alaa; a.k.a. KHANFURAH, 'Ala'; a.k.a. KHANFURAH, Alaa; a.k.a. KHANFURAN, Alaa), Reyhanli, Hatay, Turkey; DOB 01 Jan 1986; alt. DOB 1985; POB al-Habit, Syria; nationality Syria; Gender Male (individual) [SDGT].

KHANFORAH, Mohammed Alaa Omer (a.k.a. KHANFORA, Alaa; a.k.a. KHANFOURA, Alaa; a.k.a. KHANFURAH, 'Ala'; a.k.a. KHANFURAH, Alaa; a.k.a. KHANFURAN, Alaa), Reyhanli, Hatay, Turkey; DOB 01 Jan 1986; alt. DOB 1985; POB al-Habit, Syria; nationality Syria; Gender Male (individual) [SDGT].

KHANFOURA, Alaa (a.k.a. KHANFORA, Alaa; a.k.a. KHANFORAH, Mohammed Alaa Omer; a.k.a. KHANFURAH, 'Ala'; a.k.a. KHANFURAH, Alaa; a.k.a. KHANFURAN, Alaa), Reyhanli, Hatay, Turkey; DOB 01 Jan 1986; alt. DOB 1985; POB al-Habit, Syria; nationality Syria; Gender Male (individual) [SDGT].

KHANFURAH, 'Ala' (a.k.a. KHANFORA, Alaa; a.k.a. KHANFORAH, Mohammed Alaa Omer; a.k.a. KHANFOURA, Alaa; a.k.a. KHANFURAH, Alaa; a.k.a. KHANFURAN, Alaa), Reyhanli, Hatay, Turkey; DOB 01 Jan 1986; alt. DOB 1985; POB al-Habit, Syria; nationality Syria; Gender Male (individual) [SDGT].

KHANFURAH, Alaa (a.k.a. KHANFORA, Alaa; a.k.a. KHANFORAH, Mohammed Alaa Omer; a.k.a. KHANFOURA, Alaa; a.k.a. KHANFURAH, 'Ala'; a.k.a. KHANFURAN, Alaa), Reyhanli, Hatay, Turkey; DOB 01 Jan 1986; alt. DOB 1985; POB al-Habit, Syria; nationality Syria; Gender Male (individual) [SDGT].

KHANFURAN, Alaa (a.k.a. KHANFORA, Alaa; a.k.a. KHANFORAH, Mohammed Alaa Omer; a.k.a. KHANFOURA, Alaa; a.k.a. KHANFURAH, 'Ala'; a.k.a. KHANFURAH, Alaa), Reyhanli, Hatay, Turkey; DOB 01 Jan 1986; alt. DOB 1985; POB al-Habit, Syria; nationality Syria; Gender Male (individual) [SDGT].

KHANI, Mohammad (a.k.a. ARDESTANI, Mohammad Mahdi Khanpour (Arabic: محمدمهدی خانپور اردستانی); a.k.a. KHANPUR, Ali Akbar; a.k.a. KHANPUR, Mohammad Mehdi Ali Akbar), Iran; Venezuela; DOB 21 Sep 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A37895565 (Iran) expires 25 Jul 2021; National ID No. 1189355825 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KHANI, Mostafa Majid (a.k.a. KHANI, Mostafa Mohammad), Lebanon; DOB 23 Jul 1961; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J48713107 (Iran) expires 10 Jun 2024; alt. Passport D100009693 (Iran) expires 12 Apr 2027 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KHANI, Mostafa Mohammad (a.k.a. KHANI, Mostafa Majid), Lebanon; DOB 23 Jul 1961; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport J48713107 (Iran) expires 10 Jun 2024; alt. Passport D100009693 (Iran) expires 12 Apr 2027 (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KHANMIRI, Amin Hosseinzadeh (a.k.a. HOSEINZADEH, Amin), DOB 19 Feb 1989; POB Azarshahr, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport X20406521 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KHANPUR, Ali Akbar (a.k.a. ARDESTANI, Mohammad Mahdi Khanpour (Arabic: محمدمهدی خانپور اردستانی); a.k.a. KHANI, Mohammad; a.k.a. KHANPUR, Mohammad Mehdi Ali Akbar), Iran; Venezuela; DOB 21 Sep 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A37895565 (Iran) expires 25 Jul 2021; National ID No. 1189355825 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KHANPUR, Mohammad Mehdi Ali Akbar (a.k.a. ARDESTANI, Mohammad Mahdi Khanpour (Arabic: محمدمهدی خانپور اردستانی); a.k.a. KHANI, Mohammad; a.k.a. KHANPUR, Ali Akbar), Iran; Venezuela; DOB 21 Sep 1980; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport A37895565 (Iran) expires 25 Jul 2021; National ID No. 1189355825 (Iran) (individual) [IRAN-

HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KHAPSIROKOV, Murat Krym-Gerievich (Cyrillic: ХАПСИРОКОВ, Мурат Крым-Гериевич), Russia; DOB 26 Jan 1978; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KHARANEKA, Viacheslau (Cyrillic: ХАРАНЕКА, Вячаслаў) (a.k.a. KHORONEKO, Vyacheslav Vasilyevich (Cyrillic: ХОРОНЕКО, Вячеслав Васильевич)), Minsk, Belarus; DOB 1964; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

KHARCHENKO, Ekaterina Vladimirovna (Cyrillic: ХАРЧЕНКО, Екатерина Владимировна), Russia; DOB 11 Aug 1977; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KHARDBERRI RUSFAKTOR (a.k.a. HARDBERRY LIMITED LIABILITY COMPANY; a.k.a. HARDBERRY RUSFACTOR LLC), Ul. Pererva D. 55, Kv. 22, Moscow 109451, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7728845817 (Russia); Registration Number 1137746479310 (Russia) [RUSSIA-EO14024].

KHARG PETROCHEMICAL (a.k.a. KHARG PETROCHEMICAL COMPANY LIMITED (Arabic: شرکت پتروشیمی خارگ سهامی عام); a.k.a. "KPC"), No. 40 Dodjamjou St., North Dibaji St., P.O. Box No. 19615-317, Tehran 1951994511, Iran; Website http://www.khargpetrochemical.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100455748 (Iran); Registration Number 11569 (Iran) [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

KHARG PETROCHEMICAL COMPANY LIMITED (Arabic: شرکت پتروشیمی خارگ سهامی عام) (a.k.a. KHARG PETROCHEMICAL; a.k.a. "KPC"), No. 40 Dodjamjou St., North Dibaji St., P.O. Box No. 19615-317, Tehran 1951994511, Iran; Website http://www.khargpetrochemical.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100455748 (Iran); Registration Number 11569 (Iran) [IRAN-

EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

KHARICHEV, Aleksandr Dmitrievich (a.k.a. HARICHEV, Aleksandr Dmitrievich; a.k.a. KHARICHEV, Alexander), Russia; DOB 08 Feb 1966; POB Kostroma, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

KHARICHEV, Alexander (a.k.a. HARICHEV, Aleksandr Dmitrievich; a.k.a. KHARICHEV, Aleksandr Dmitrievich), Russia; DOB 08 Feb 1966; POB Kostroma, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

KHARITON INSTITUTE (a.k.a. ALL-RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. ARZAMAS-16; a.k.a. AVANGARD ELECTROMECHANICAL PLANT; a.k.a. FEDERAL STATE UNITARY ENTERPRISE RUSSIAN FEDERAL NUCLEAR CENTER-ALL RUSSIAN SCIENTIFIC RESEARCH INSTITUTE OF EXPERIMENTAL PHYSICS; a.k.a. SAROV NUCLEAR WEAPONS PLANT; a.k.a. VSEROSSIYSKIY NAUCHNO-ISSLEDOVATELSKIY INSTITUT EKSPERIMENTALNOY; a.k.a. "RFNC-VNIIEF"; a.k.a. "VNIIEF"), 10 Muzrukov Ave, Sarov, Nizhny Novgorod Region 607188, Russia; Organization Established Date 1992; Tax ID No. 5254001230 (Russia); Registration Number 1025202199291 (Russia) [RUSSIA-EO14024].

KHARITONOV, Nikolay Mikhaylovich (Cyrillic: ХАРИТОНОВ, Николай Михайлович), Russia; DOB 30 Oct 1948; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KHAROUBI, Ali (a.k.a. KHARROUBI, Ali Mohamed), c/o ELLISSA HOLDING, Lebanon; c/o SOLMAR, Lebanon; c/o ELLISSA GROUP SA, Benin; c/o AGROPHEN, Benin; c/o ELLISSA SHIPPING, Benin; c/o YAMEN BENIN SARL, Benin; c/o ELLISSA PARC COTONOU, Benin; c/o ELLISSA MEGASTORE, Benin; c/o SOCIETE ELLISSA GROUP CONGO, Congo, Republic of the; c/o ELLISSA EXCHANGE COMPANY, Lebanon; DOB 08 Jul 1970; nationality Lebanon; citizen Lebanon; Passport RL0603911 (Lebanon) (individual) [SDNTK].

KHAROUBI, Jamal Mohamad, Lebanon; DOB 01 Nov 1976; POB Saida, Lebanon; citizen Lebanon; Passport RL0068313 (Lebanon) (individual) [SDNTK].

KHARROUBI, Ali Mohamed (a.k.a. KHAROUBI, Ali), c/o ELLISSA HOLDING, Lebanon; c/o SOLMAR, Lebanon; c/o ELLISSA GROUP SA, Benin; c/o AGROPHEN, Benin; c/o ELLISSA SHIPPING, Benin; c/o YAMEN BENIN SARL, Benin; c/o ELLISSA PARC COTONOU, Benin; c/o ELLISSA MEGASTORE, Benin; c/o SOCIETE ELLISSA GROUP CONGO, Congo, Republic of the; c/o ELLISSA EXCHANGE COMPANY, Lebanon; DOB 08 Jul 1970; nationality Lebanon; citizen Lebanon; Passport RL0603911 (Lebanon) (individual) [SDNTK].

KHARTIS DV LLC (a.k.a. LIMITED LIABILITY COMPANY HARTIS DV (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХАРТИС ДВ)), 35 Svobodiy St., Building 5, Floor 1, Office 1, Room No. 4, Moscow 125362, Russia; Tax ID No. 7733753978 (Russia); Registration Number 5107746026262 (Russia) [RUSSIA-EO14024].

KHASANOV, Murat Ruslanovich (Cyrillic: ХАСАНОВ, Мурат Русланович), Russia; DOB 10 Dec 1970; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KHASHAFI, Muhammad al-Khalid, Syria; DOB 21 May 1965; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

KHASHAYBAN, Fahad H.A. (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu") DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

KHASIBAN, Fahad H.A. (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.;

OFFICE OF FOREIGN ASSETS CONTROL

a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu") DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

KHASIKOV, Batu Sergeevich (a.k.a. KHASIKOV, Batu Sergeyevich (Cyrillic: ХАСИКОВ, Бату Сергеевич)), Kalmykia Republic, Russia; DOB 28 Jun 1980; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

KHASIKOV, Batu Sergeevich (Cyrillic: ХАСИКОВ, Бату Сергеевич) (a.k.a. KHASIKOV, Batu Sergeyevich), Kalmykia Republic, Russia; DOB 28 Jun 1980; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

KHATA'IB HEZBOLLAH (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'BAS"; a.k.a. "KATIBAT ZAYD EBIN ALI"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; www.aleseb.com [FTO] [SDGT] [IRAQ3].

KHATA'IB HIZBALLAH (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB HEZBOLLAH; a.k.a. KHATTAB HEZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'BAS"; a.k.a. "KATIBAT ZAYD EBIN ALI"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; www.aleseb.com [FTO] [SDGT] [IRAQ3].

KHATAM AL-ANBYA (a.k.a. GHORB KHATAM; a.k.a. KHATAM OL AMBIA; a.k.a. KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH),

No. 221, Phase 4, North Falamak-Zarafshan Intersection, Shahrak-E-Ghods, Tehran 14678, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

KHATAM OL AMBIA (a.k.a. GHORB KHATAM; a.k.a. KHATAM AL-ANBYA; a.k.a. KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH), No. 221, Phase 4, North Falamak-Zarafshan Intersection, Shahrak-E-Ghods, Tehran 14678, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH (a.k.a. GHORB KHATAM; a.k.a. KHATAM AL-ANBYA; a.k.a. KHATAM OL AMBIA), No. 221, Phase 4, North Falamak-Zarafshan Intersection, Shahrak-E-Ghods, Tehran 14678, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [NPWMD] [IRGC] [IFSR].

KHATARJI, Bara Ahmad (a.k.a. AL-QATIRJI, Bara'; a.k.a. AL-QATIRJI, Muhammad; a.k.a. KATARJI, Bara'; a.k.a. KHATIRJI, Bara Ahmad; a.k.a. QATARJI, Abu al-Bara'; a.k.a. QATIRJI, Muhammad Bara'; a.k.a. QATIRJI, Muhammad Bara; a.k.a. QATIRJI, Muhammad Bara Ahmad Rushdi; a.k.a. QATRJI, Muhammad Nur al-Din; a.k.a. "Abu Bara") DOB 10 Nov 1976; POB Raqqah; nationality Syria; Gender Male; National ID No. 11010046398 (Syria); Registration Number 11824466 (Syria) (individual) [SYRIA].

KHATARJI, Hussam (a.k.a. AL-QATIRJI, Hossam (Arabic: حسام القاطرجي); a.k.a. AL-QATIRJI, Hussam; a.k.a. BIN AHMED RUSHDI AL-QATIRJI, Hussam (Arabic: حسام بن أحمد رشدي قاطرجي); a.k.a. KATARJI, Hussam; a.k.a. KATERJI, Hussam; a.k.a. KATIRJI, Hussam; a.k.a. QATARJI, Hossam; a.k.a. QATERJI, Hussam; a.k.a. QATIRJI BIN AHMED RUSHDI, Hussam (Arabic: حسام قاطرجي بن احمد رشدي)), Syria; DOB 11 Jan 1982; POB Raqqa, Syria; nationality Syria; Gender Male (individual) [SYRIA].

KHATIB AI-MUJAHIDIN (a.k.a. AL MUJAHIDEEN BRIGADES; a.k.a. AL-MUJAHIDIN BRIGADES; a.k.a. ANSAR AL-MUJAHIDIN MOVEMENT; a.k.a. HOLY WARRIORS BATTALION), West Bank, Palestinian; Gaza Strip, Palestinian; Cairo, Egypt [SDGT].

KHATIB, Esmail (Arabic: اسماعیل خطیب) (a.k.a. KHATIB, Seyed Esmaeil (Arabic: سید اسماعیل خطیب)), Iran; DOB 1960 to 1961; POB Ghayenat, South Khorasan Province, Iran;

nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IFSR] [IRAN-HR] [CYBER2] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KHATIB, Seyed Esmaeil (Arabic: سید اسماعیل خطیب) (a.k.a. KHATIB, Esmail (Arabic: اسماعیل خطیب)), Iran; DOB 1960 to 1961; POB Ghayenat, South Khorasan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IFSR] [IRAN-HR] [CYBER2] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KHATIBA AL-TAWHID WAL-JIHAD (a.k.a. JANNAT OSHIKLARI; a.k.a. KATIBAT AL TAWHID WAL JIHAD; a.k.a. TAWHID AND JIHAD BRIGADE; a.k.a. "KTJ"), Syria; Kyrgyzstan; Russia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 [SDGT].

KHATIBI AGHADA, Ahmad (Arabic: احمد خطیبی عقدا) (a.k.a. KHATIBI, Ahmad); Iran; DOB 21 Mar 1977; POB Ardakan, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT 1H939dom7i4WDLCKyGbXUp3fs9CSTNRzgL; alt. Digital Currency Address - XBT bc1q3y5v2khlyvemcz042wl98dzflywr8ghglqws6s; alt. Digital Currency Address - XBT bc1qx3e2axj3wsfn0ndtvlwmkghmmgm4583nqg8ngk; Passport K30843288 (Iran); National ID No. 4449889711 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

KHATIBI, Ahmad (a.k.a. KHATIBI AGHADA, Ahmad (Arabic: احمد خطیبی عقدا)); Iran; DOB 21 Mar 1977; POB Ardakan, Yazd Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT 1H939dom7i4WDLCKyGbXUp3fs9CSTNRzgL; alt. Digital Currency Address - XBT bc1q3y5v2khlyvemcz042wl98dzflywr8ghglqws6s; alt. Digital Currency Address - XBT bc1qx3e2axj3wsfn0ndtvlwmkghmmgm4583nqg8ngk; Passport K30843288 (Iran); National ID No. 4449889711 (Iran) (individual) [IRGC] [IFSR] [CYBER2].

KHATIRJI GROUP (a.k.a. AL-QATIRJI COMPANY; a.k.a. AL-SHAM AND AL-DARWISH COMPANY), Mazzah, Damascus, Syria [SYRIA].

KHATIRJI, Bara Ahmad (a.k.a. AL-QATIRJI, Bara'; a.k.a. AL-QATIRJI, Muhammad; a.k.a.

KATARJI, Bara; a.k.a. KHATARJI, Bara Ahmad; a.k.a. QATARJI, Abu al-Bara'; a.k.a. QATIRJI, Muhammad Bara'; a.k.a. QATIRJI, Muhammad Bara; a.k.a. QATIRJI, Muhammad Bara Ahmad Rushdi; a.k.a. QATRJI, Muhammad Nur al-Din; a.k.a. "Abu Bara") DOB 10 Nov 1976; POB Raqqah; nationality Syria; Gender Male; National ID No. 11010046398 (Syria); Registration Number 11824466 (Syria) (individual) [SYRIA].

KHATIRJI, Hussam (a.k.a. AL-QATIRJI, Hossam (Arabic: حسام القاطرجي); a.k.a. AL-QATIRJI, Hussam; a.k.a. BIN AHMED RUSHDI AL-QATIRJI, Hussam (Arabic: حسام بن أحمد رشدي قاطرجي); a.k.a. KATARJI, Hussam; a.k.a. KATERJI, Hussam; a.k.a. KHATARJI, Hussam; a.k.a. QATARJI, Hussam; a.k.a. QATERJI, Hussam; a.k.a. QATIRJI BIN AHMED RUSHDI, Hussam (Arabic: حسام قاطرجي بن احمد رشدي)), Syria; DOB 11 Jan 1982; POB Raqqa, Syria; nationality Syria; Gender Male (individual) [SYRIA].

KHATTAB HEZBALLAH (a.k.a. HIZBALLAH BRIGADES; a.k.a. HIZBALLAH BRIGADES IN IRAQ; a.k.a. HIZBALLAH BRIGADES-IRAQ; a.k.a. KATA'IB HEZBOLLAH; a.k.a. KATA'IB HIZBALLAH; a.k.a. KHATA'IB HEZBOLLAH; a.k.a. KHATA'IB HIZBALLAH; a.k.a. "HIZBALLAH BRIGADES-IRAQ OF THE ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "ISLAMIC RESISTANCE IN IRAQ"; a.k.a. "KATA'IB HIZBALLAH FI AL-IRAQ"; a.k.a. "KATIBAT ABU FATHEL AL A'ABAS"; a.k.a. "KATIBAT ZAYD EBIN ALI"; a.k.a. "KATIBUT KARBALAH"), Iraq; Najaf, Iraq; www.aleseb.com [FTO] [SDGT] [IRAQ3].

KHATTAB, Anas Hasan (a.k.a. ABU HAMZAH; a.k.a. AL-KHAYAT, Samir Ahmed; a.k.a. "HANI"); DOB 07 Apr 1986; POB Damascus, Syria; National ID No. 00351762055 (individual) [SDGT].

KHATTAB, Omar (a.k.a. AL-JAMUS, Umar; a.k.a. DA JAMOUS, Hussam; a.k.a. JAMOUS, Hussam), Antakya, Hatay, Turkey; DOB 08 Jan 1983; alt. DOB 01 Aug 1983; Passport N006951090 (Syria); National ID No. 00413L0105232 (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

KHATTALAH, Ahmed Abu (a.k.a. BUKHATTALAH, Ahmad), Benghazi, Libya; DOB 1970 to 1972; POB Libya (individual) [SDGT].

KHAVARMIANEH BANK (a.k.a. MIDDLE EAST BANK), No. 22, Second Floor Sabounchi St., Shahid Beheshti Ave., Tehran, Iran; SWIFT/BIC KHMIIRTH; Website www.middleeastbank.ir; Additional Sanctions Information - Subject to Secondary Sanctions; All offices worldwide [IRAN] [IRAN-EO13902].

KHAVCHENKO, Dmitry Vasilyevich (Cyrillic: ХАВЧЕНКО, Дмитрий Васильевич) (a.k.a. HAVCHENKO, Dmitriy Vasilevich; a.k.a. KHAVCHENKO, Dmytro Vasylovych (Cyrillic: ХАВЧЕНКО, Дмитро Васильович)), Moscow, Russia; Crimea, Ukraine; DOB 06 Jan 1966; Gender Male (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

KHAVCHENKO, Dmytro Vasylovych (Cyrillic: ХАВЧЕНКО, Дмитро Васильович) (a.k.a. HAVCHENKO, Dmitriy Vasilevich; a.k.a. KHAVCHENKO, Dmitry Vasilyevich (Cyrillic: ХАВЧЕНКО, Дмитрий Васильевич)), Moscow, Russia; Crimea, Ukraine; DOB 06 Jan 1966; Gender Male (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

KHAWAJA, Mohamad (Arabic: محمد خواجه) (a.k.a. KHAWAJAH, Muhammad; a.k.a. KHAWAJAH, Muhammad Ali), Dubai, United Arab Emirates; DOB 12 Mar 1970; POB Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL3566341 (Lebanon); alt. Passport RL0742799 (Lebanon); alt. Passport LR1800603 (Lebanon) expires 27 Sep 2030; Identification Number 78419700969812 (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

KHAWAJAH, Muhammad (a.k.a. KHAWAJA, Mohamad (Arabic: محمد خواجه); a.k.a. KHAWAJAH, Muhammad Ali), Dubai, United Arab Emirates; DOB 12 Mar 1970; POB Lebanon; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL3566341 (Lebanon); alt. Passport RL0742799 (Lebanon); alt. Passport LR1800603 (Lebanon) expires 27 Sep 2030; Identification Number 78419700969812 (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

KHAWAJAH, Muhammad Ali (a.k.a. KHAWAJA, Mohamad (Arabic: محمد خواجه); a.k.a. KHAWAJAH, Muhammad), Dubai, United Arab Emirates; DOB 12 Mar 1970; POB Lebanon; Gender Male; Secondary sanctions risk: section

1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport RL3566341 (Lebanon); alt. Passport RL0742799 (Lebanon); alt. Passport LR1800603 (Lebanon) expires 27 Sep 2030; Identification Number 78419700969812 (individual) [SDGT] (Linked To: AHMAD, Nazem Said).

KHAWAR, Abdallah Ghanim Mahfuz Muslim (a.k.a. AL-KHAWAR, Abdullah Ghalib Mahfuz Muslim; a.k.a. AL-KHOWAR, Abdullah; a.k.a. KHAWAR, Abdullah Ghanem Mahfouz Muslim; a.k.a. KHOWAR, Abdullah); DOB 17 Aug 1981; nationality Qatar; Passport 28163402296 (individual) [SDGT].

KHAWAR, Abdullah Ghanem Mahfouz Muslim (a.k.a. AL-KHAWAR, Abdullah Ghalib Mahfuz Muslim; a.k.a. AL-KHOWAR, Abdullah; a.k.a. KHAWAR, Abdallah Ghanim Mahfuz Muslim; a.k.a. KHOWAR, Abdullah); DOB 17 Aug 1981; nationality Qatar; Passport 28163402296 (individual) [SDGT].

KHAYBAR COMPANY (a.k.a. KHAYBARCO; a.k.a. KHEYBAR COMPANY; a.k.a. SHERKAT SAHAMI KHASS KHAYBAR), No 97, Ghaem Magham Farahani Ave, Tehran 1589653313, Iran; PO Box 15815-1966, Tehran, Iran; Website www.khaybarco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Chamber of Commerce Number 11047591 (Iran); Registration Number 63383 (Iran) [IRAN].

KHAYBARCO (a.k.a. KHAYBAR COMPANY; a.k.a. KHEYBAR COMPANY; a.k.a. SHERKAT SAHAMI KHASS KHAYBAR), No 97, Ghaem Magham Farahani Ave, Tehran 1589653313, Iran; PO Box 15815-1966, Tehran, Iran; Website www.khaybarco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Chamber of Commerce Number 11047591 (Iran); Registration Number 63383 (Iran) [IRAN].

KHAYMI, Abir 'Abd-al-Karim, Syria; DOB 01 Dec 1971; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

KHAYR-BAYK, Muhammad Nasif (a.k.a. KHAIRBEK, Mohammed Nassif; a.k.a. KHAYRBIK, Muhammad Nasif; a.k.a. KHEIR BEIK, Mohamad; a.k.a. KHEIR BEIK, Mohamad Nassif; a.k.a. KHEIRBEK, Mohammad Nasif), Damascus, Syria; DOB 05 Apr 1937; POB Hama, Syria; Passport D000000483, Diplomatic (Syria); Syrian Deputy Vice President for Security Affairs; Major General (individual) [SYRIA].

KHAYRBIK, Muhammad Nasif (a.k.a. KHAIRBEK, Mohammed Nassif; a.k.a. KHAYR-BAYK, Muhammad Nasif; a.k.a. KHEIR BEIK, Mohamad; a.k.a. KHEIR BEIK, Mohamad Nassif; a.k.a. KHEIRBEK, Mohammad Nasif), Damascus, Syria; DOB 05 Apr 1937; POB Hama, Syria; Passport D000000483, Diplomatic (Syria); Syrian Deputy Vice President for Security Affairs; Major General (individual) [SYRIA].

KHAZAI, Ahmad (a.k.a. KAZA'I, Ahmad), Iran; DOB 30 Mar 1960; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D9014415 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KHAZALI NETWORK (a.k.a. AL-TAYAR AL-RISALI; a.k.a. ASA'IB AHL AL-HAQ; a.k.a. ASA'IB AHL AL-HAQ MIN AL-IRAQ; a.k.a. ASA'IB AHL AL-HAQQ; a.k.a. ASAIB AL HAQ; a.k.a. KHAZALI SPECIAL GROUP; a.k.a. KHAZALI SPECIAL GROUPS NETWORK; a.k.a. LEAGUE OF THE RIGHTEOUS; a.k.a. QAZALI NETWORK; a.k.a. "AAH"; a.k.a. "THE MISSIONARY CURRENT"; a.k.a. "THE PEOPLE OF THE CAVE"), Iraq [SDGT].

KHAZALI SPECIAL GROUP (a.k.a. AL-TAYAR AL-RISALI; a.k.a. ASA'IB AHL AL-HAQ; a.k.a. ASA'IB AHL AL-HAQ MIN AL-IRAQ; a.k.a. ASA'IB AHL AL-HAQQ; a.k.a. ASAIB AL HAQ; a.k.a. KHAZALI NETWORK; a.k.a. KHAZALI SPECIAL GROUPS NETWORK; a.k.a. LEAGUE OF THE RIGHTEOUS; a.k.a. QAZALI NETWORK; a.k.a. "AAH"; a.k.a. "THE MISSIONARY CURRENT"; a.k.a. "THE PEOPLE OF THE CAVE"), Iraq [SDGT].

KHAZALI SPECIAL GROUPS NETWORK (a.k.a. AL-TAYAR AL-RISALI; a.k.a. ASA'IB AHL AL-HAQ; a.k.a. ASA'IB AHL AL-HAQ MIN AL-IRAQ; a.k.a. ASA'IB AHL AL-HAQQ; a.k.a. ASAIB AL HAQ; a.k.a. KHAZALI NETWORK; a.k.a. KHAZALI SPECIAL GROUP; a.k.a. LEAGUE OF THE RIGHTEOUS; a.k.a. QAZALI NETWORK; a.k.a. "AAH"; a.k.a. "THE MISSIONARY CURRENT"; a.k.a. "THE PEOPLE OF THE CAVE"), Iraq [SDGT].

KHAZAR SEA SHIPPING LINES (Cyrillic: ХАЗАР СИ ШИППИНГ ЛАЙНЗ) (a.k.a. DARYA-YE KHAZAR SHIPPING LINES), Shahid Mostafa Khomeini Street, Ghazian Street, PO Box 43145/1711-324, Bandar Azali 4315671145, Iran; Mostafa Khomeini St. Ghazian, PO BOX 4315671145, Anzali Free Zone, Iran; 4/1 Savushkina Street, Astrakhan 414056, Russia;

Website www.khazarshipping.ir; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] [RUSSIA-EO14024].

KHAZAR STEEL CO. (a.k.a. KHAZAR STEEL ROLLING), Rasht, Rasht Industrial City, at the end of Madras Boulevard, Rasht, Iran; Valiasr Str., after Dastgardi, at the beginning of Nasri Alley, No. 2551, Tehran 196864311, Iran; Rasht, Iran; No. 4, 3rd. Alley, Niloofar St., Khorram Shahr St., Tehran 1968643111, Iran; Website www.khazarsteel.co; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102629319 (Iran); Registration Number 221659 (Iran) [IRAN-EO13871].

KHAZAR STEEL ROLLING (a.k.a. KHAZAR STEEL CO.), Rasht, Rasht Industrial City, at the end of Madras Boulevard, Rasht, Iran; Valiasr Str., after Dastgardi, at the beginning of Nasri Alley, No. 2551, Tehran 196864311, Iran; Rasht, Iran; No. 4, 3rd. Alley, Niloofar St., Khorram Shahr St., Tehran 1968643111, Iran; Website www.khazarsteel.co; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102629319 (Iran); Registration Number 221659 (Iran) [IRAN-EO13871].

KHAZE, Karim (a.k.a. LIU, Jhon; a.k.a. OMAR, Asem; a.k.a. ZAHEDI, Mostafa; a.k.a. "IBRAHIM, Mohammad"; a.k.a. "IBRAHIM, Mohammed"); DOB 29 Jun 1978; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

KHAZEIN, Mahmoud (Arabic: محمود خاضعین), Iran; DOB 21 Nov 1978; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0067024564 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KHAZUEVA, Fatima Shaykhievna (Cyrillic: ХАЗУЕВА, Фатима Шайхиевна), Republic of Chechnya, Russia; Moscow, Russia; DOB 26 Jun 1991; POB Makhkety, Vedensky District, Republic of Chechnya, Russia; nationality Russia; citizen Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: KADYROV, Ramzan Akhmatovich).

KHEDMATI AND COMPANY JOINT PARTNERSHIP (a.k.a. JOINT PARTNERSHIP OF MOHAMMADREZA KHEDMATI AND ASSOCIATES); Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14006467155 (Iran);

Registration ID 503586 (Iran) [SDGT] [IRGC] [IFSR] (Linked To: VALADZAGHARD, Mohammadreza Khedmati; Linked To: KHODA'I, Mohammad Hasan).

KHEDRI JAHAN DARYA CO (a.k.a. KHEDRI JAHAN DARYA SHIPPING PORT COMMERCIAL COMPANY), 1st Floor No. 11 Before Davood Eslami Street Junction Gilane Gharbi Street, 2nd Boostan Street, Pasdaran Street, Tehran, Tehran Province 1664867853, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Identification Number IMO 4213219 [SDGT] [IFSR] (Linked To: KHEDRI, Abdolhossein).

KHEDRI JAHAN DARYA SHIPPING PORT COMMERCIAL COMPANY (a.k.a. KHEDRI JAHAN DARYA CO), 1st Floor No. 11 Before Davood Eslami Street Junction Gilane Gharbi Street, 2nd Boostan Street, Pasdaran Street, Tehran, Tehran Province 1664867853, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Identification Number IMO 4213219 [SDGT] [IFSR] (Linked To: KHEDRI, Abdolhossein).

KHEDRI, Abdolhossein (a.k.a. KHEDRI, Abdolhossein Heid; a.k.a. KHEDRI, Abdul Hossein; a.k.a. KHODRI, Abed Al Hsein Heid), Iran; DOB May 1971; POB Bushehr Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KHEDRI, Abdolhossein Heid (a.k.a. KHEDRI, Abdolhossein; a.k.a. KHEDRI, Abdul Hossein; a.k.a. KHODRI, Abed Al Hsein Heid), Iran; DOB May 1971; POB Bushehr Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KHEDRI, Abdul Hossein (a.k.a. KHEDRI, Abdolhossein; a.k.a. KHEDRI, Abdolhossein Heid; a.k.a. KHODRI, Abed Al Hsein Heid), Iran; DOB May 1971; POB Bushehr Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KHEIR BEIK, Mohamad (a.k.a. KHAIRBEK, Mohammed Nassif; a.k.a. KHAYR-BAYK, Muhammad Nasif; a.k.a. KHAYRBIK, Muhammad Nasif; a.k.a. KHEIR BEIK,

Mohamad Nassif; a.k.a. KHEIRBEK, Mohammad Nasif), Damascus, Syria; DOB 05 Apr 1937; POB Hama, Syria; Passport D000000483, Diplomatic (Syria); Syrian Deputy Vice President for Security Affairs; Major General (individual) [SYRIA].

KHEIR BEIK, Mohamad Nassif (a.k.a. KHAIRBEK, Mohammed Nassif; a.k.a. KHAYR-BAYK, Muhammad Nasif; a.k.a. KHAYRBIK, Muhammad Nasif; a.k.a. KHEIR BEIK, Mohamad; a.k.a. KHEIRBEK, Mohammad Nasif), Damascus, Syria; DOB 05 Apr 1937; POB Hama, Syria; Passport D000000483, Diplomatic (Syria); Syrian Deputy Vice President for Security Affairs; Major General (individual) [SYRIA].

KHEIRBEK, Mohammad Nasif (a.k.a. KHAIRBEK, Mohammed Nassif; a.k.a. KHAYR-BAYK, Muhammad Nasif; a.k.a. KHAYRBIK, Muhammad Nasif; a.k.a. KHEIR BEIK, Mohamad; a.k.a. KHEIR BEIK, Mohamad Nassif), Damascus, Syria; DOB 05 Apr 1937; POB Hama, Syria; Passport D000000483, Diplomatic (Syria); Syrian Deputy Vice President for Security Affairs; Major General (individual) [SYRIA].

KHEIROU, Amada Ould (a.k.a. EL KHAIRY, Hamad; a.k.a. KHAIRY, Abderrahmane Ould Mohamed Lemine Ould Mohamed; a.k.a. KHEIROU, Hamada Ould Mohamed; a.k.a. "QUMQUM, Abou"); DOB 1970; POB Nouakchott, Mauritania; nationality Mauritania; alt. nationality Mali; Passport A1447120 (Mali) expires 19 Oct 2011; Identification Number 47911 (Mali) issued 17 Oct 2006 (individual) [SDGT].

KHEIROU, Hamada Ould Mohamed (a.k.a. EL KHAIRY, Hamad; a.k.a. KHAIRY, Abderrahmane Ould Mohamed Lemine Ould Mohamed; a.k.a. KHEIROU, Amada Ould; a.k.a. "QUMQUM, Abou"); DOB 1970; POB Nouakchott, Mauritania; nationality Mauritania; alt. nationality Mali; Passport A1447120 (Mali) expires 19 Oct 2011; Identification Number 47911 (Mali) issued 17 Oct 2006 (individual) [SDGT].

KHEIRULLAH, Haji (a.k.a. BARAKZAI, Haji Khairullah; a.k.a. KARIMULLAH, Haji; a.k.a. KHAIRULLAH, Haji; a.k.a. KHERULLAH, Haji; a.k.a. MOHAMMAD, Hajji Khair; a.k.a. ULLAH, Haji Khair), Abdul Manan Chowk, Pashtunabad, Quetta, Pakistan; DOB 1965; POB Zumbaleh Village, Nahr-e Saraj District, Helmand Province, Afghanistan; alt. POB Qal'ah Abdulla, Pakistan; alt. POB Mirmadaw Village, Gereshk

District, Helmand Province, Afghanistan; Passport BP4199631 (Pakistan) expires 25 Jun 2014; National ID No. 5440005229635 (Pakistan) (individual) [SDGT] (Linked To: TALIBAN; Linked To: HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE).

KHEITI HOLDING GROUP (a.k.a. KHITI HOLDING COMPANY; a.k.a. KHITI HOLDING GROUP (Arabic: مجموعة خيتي القابضة); a.k.a. KHITI HOLDING PRIVATE JSC), Mazzeh Highway, Damascus, Syria; Mashroa Domar, Damascus, Syria; Website www.khaitiholding.com; alt. Website www.khitiholding.com; Organization Established Date 2018; Organization Type: Activities of holding companies [SYRIA] (Linked To: KHITI, Amer Taysir).

KHEITI, Amer Tayseer (a.k.a. KHEITI, Amer Taysir; a.k.a. KHITI, Amer Taysir (Arabic: عامر تيسير خيتي)), Damascus, Syria; DOB 31 Jul 1980; POB Douma, Syria; nationality Syria; alt. nationality Sudan; Gender Male (individual) [SYRIA].

KHEITI, Amer Taysir (a.k.a. KHEITI, Amer Tayseer; a.k.a. KHITI, Amer Taysir (Arabic: عامر تيسير خيتي)), Damascus, Syria; DOB 31 Jul 1980; POB Douma, Syria; nationality Syria; alt. nationality Sudan; Gender Male (individual) [SYRIA].

KHEKMATIYAR, Gulbuddin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HEKMETYAR, Gulbudin; a.k.a. HIKMETYAR, Golboddin), Iran; DOB 01 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT].

KHERSONTSEV, Aleksey Igorevich (Cyrillic: ХЕРСОНЦЕВ, Алексей Игоревич; a.k.a. KHERSONTSEV, Alexey Ihorovych), Moscow, Russia; DOB 21 Aug 1980; POB Lesnoy, Sverdlovsk Region, Russia; nationality Russia; Gender Male; Tax ID No. 663004268009 (Russia) (individual) [RUSSIA-EO14024].

KHERSONTSEV, Alexey Ihorovych (a.k.a. KHERSONTSEV, Aleksey Igorevich (Cyrillic: ХЕРСОНЦЕВ, Алексей Игоревич)), Moscow, Russia; DOB 21 Aug 1980; POB Lesnoy, Sverdlovsk Region, Russia; nationality Russia; Gender Male; Tax ID No. 663004268009 (Russia) (individual) [RUSSIA-EO14024].

KHERULLAH, Haji (a.k.a. BARAKZAI, Haji Khairullah; a.k.a. KARIMULLAH, Haji; a.k.a. KHAIRULLAH, Haji; a.k.a. KHEIRULLAH, Haji; a.k.a. MOHAMMAD, Hajji Khair; a.k.a. ULLAH,

Haji Khair), Abdul Manan Chowk, Pashtunabad, Quetta, Pakistan; DOB 1965; POB Zumbaleh Village, Nahr-e Saraj District, Helmand Province, Afghanistan; alt. POB Qal'ah Abdulla, Pakistan; alt. POB Mirmadaw Village, Gereshk District, Helmand Province, Afghanistan; Passport BP4199631 (Pakistan) expires 25 Jun 2014; National ID No. 5440005229635 (Pakistan) (individual) [SDGT] (Linked To: TALIBAN; Linked To: HAJI KHAIRULLAH HAJI SATTAR MONEY EXCHANGE).

KHESHAIBAN, Fahad H.A. (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

KHESHAYBAN, Fahad H.A. (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHASHIBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHUSHAIBAN, Fahd; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

KHESOUANI, George (a.k.a. AL HASAWANI, George; a.k.a. HASAWANI, George; a.k.a. HASWANI, George; a.k.a. HASWANI, Jurj; a.k.a. HESSWANI, Georges; a.k.a. HESWANI, George; a.k.a. HEWANI, George; a.k.a. KHESOUANI, Georges); DOB 26 Sep 1946; POB Yabrud, Syria; nationality Syria; alt. nationality Russia (individual) [SYRIA].

KHESOUANI, Georges (a.k.a. AL HASAWANI, George; a.k.a. HASAWANI, George; a.k.a.

HASWANI, George; a.k.a. HASWANI, Jurj; a.k.a. HESSWANI, Georges; a.k.a. HESWANI, George; a.k.a. HEWANI, George; a.k.a. KHESOUANI, George); DOB 26 Sep 1946; POB Yabrud, Syria; nationality Syria; alt. nationality Russia (individual) [SYRIA].

KHEYBAR COMPANY (a.k.a. KHAYBAR COMPANY; a.k.a. KHAYBARCO; a.k.a. SHERKAT SAHAMI KHASS KHAYBAR), No 97, Ghaem Magham Farahani Ave, Tehran 1589653313, Iran; PO Box 15815-1966, Tehran, Iran; Website www.khaybarco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Chamber of Commerce Number 11047591 (Iran); Registration Number 63383 (Iran) [IRAN].

KHIABANI, Hossein Modarres (Arabic: حسین مدرس خیابانی), Sistan and Baluchistan, Iran; DOB Mar 1968 to Mar 1969; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Governor of Sistan and Baluchistan province (individual) [IRAN-HR].

KHIABANI, Mohammad Reza Modarres, Iran; DOB 30 Jul 1970; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Executive Order 13846 information: LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS. Sec. 5(a)(i); alt. Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e) (individual) [IFCA] (Linked To: ISLAMIC REPUBLIC OF IRAN SHIPPING LINES).

KHIDR, Isa, Syria; DOB 27 Jan 1969; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

KHIMICH, Marat (a.k.a. ISMAGILOV, Marat Maratovich; a.k.a. SAVELOV, Marat Maratovich; a.k.a. SAVELOV-HIMICH, Marat), Austria; Singapore; 16 Malakhitovaya St, Apt 5, Novinki, Moscow 123103, Russia; DOB 15 Dec 1979; POB Grozny, Russia; nationality Russia;

alt. nationality Israel; Gender Male; Passport 725260121 (Russia) issued 04 Jul 2013 expires 04 Jul 2023; alt. Passport 753383048 (Russia) issued 30 Jun 2016 expires 30 Jun 2026; alt. Passport 32395882 (Israel) issued 16 May 2018 expires 15 May 2023; National ID No. 4508457970 (Russia); alt. National ID No. 345133367 (Israel) (individual) [RUSSIA-EO14024].

KHIMINA, Yelena; DOB 11 Sep 1953; POB Moscow, Russia (individual) [MAGNIT].

KHIMMASHBANK (a.k.a. JSC TINKOFF BANK; f.k.a. TINKOFF CREDIT SYSTEMS BANK CLOSED JOINT STOCK COMPANY), Ul. 2nd Khutorskaya, 38A, building 26, Moscow 127287, Russia; SWIFT/BIC TICSRUMM; Website www.tinkoff.ru; Target Type Financial Institution; Tax ID No. 7710140679 (Russia); Identification Number TQWL8F.99999.SL.643 (Russia); Legal Entity Number 2534000KL0PLD6KG7T76; Registration Number 1027739642281 (Russia) [RUSSIA-EO14024].

KHIMTREID (a.k.a. LIMITED LIABILITY COMPANY HIMTREYD), Ul. Dekabristov D. 115, Pomeshch. 39, Kazan 420034, Russia; Tax ID No. 1661034040 (Russia); Registration Number 31121690069082 (Russia) [RUSSIA-EO14024].

KHINE, Daw Thet Thet (a.k.a. KHAING, Thet Thet; a.k.a. KHINE, Thet Thet), 127A Dhamazadei Road, Kamayut, Rangoon, Burma; DOB 19 Aug 1967; POB Mogok, Burma; nationality Burma; citizen Burma; Gender Female; Passport MB132403 (Burma) issued 07 May 2015 expires 06 May 2020; National ID No. 9MAKANAN034200 (Burma); Minister of Social Welfare, Relief, and Resettlement (individual) [BURMA-EO14014].

KHINE, Oo Oo (a.k.a. "OO OO KHINE"; a.k.a. "U OO OO KHINE"), c/o YANGON AIRWAYS COMPANY LIMITED, Rangoon, Burma; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; 15 Bongyi Street, Lanmadaw Township, Rangoon, Burma; Passport A056782 (Burma); National ID No. 009016 (Burma) (individual) [SDNTK].

KHINE, Thet Thet (a.k.a. KHAING, Thet Thet; a.k.a. KHINE, Daw Thet Thet), 127A Dhamazadei Road, Kamayut, Rangoon, Burma; DOB 19 Aug 1967; POB Mogok, Burma; nationality Burma; citizen Burma; Gender Female; Passport MB132403 (Burma) issued 07 May 2015 expires 06 May 2020; National ID

No. 9MAKANAN034200 (Burma); Minister of Social Welfare, Relief, and Resettlement (individual) [BURMA-EO14014].

KHINSHTEIN, Alexander Evseyevich (Cyrillic: ХИНШТЕЙН, Александр Евсеевич), Russia; DOB 26 Oct 1974; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KHITI HOLDING COMPANY (a.k.a. KHEITI HOLDING GROUP; a.k.a. KHITI HOLDING GROUP (Arabic: مجموعة خیتی القابضة); a.k.a. KHITI HOLDING PRIVATE JSC), Mazzeh Highway, Damascus, Syria; Mashroa Domar, Damascus, Syria; Website www.khaitiholding.com; alt. Website www.khitiholding.com; Organization Established Date 2018; Organization Type: Activities of holding companies [SYRIA] (Linked To: KHITI, Amer Taysir).

KHITI HOLDING GROUP (Arabic: مجموعة خیتی القابضة) (a.k.a. KHEITI HOLDING GROUP; a.k.a. KHITI HOLDING COMPANY; a.k.a. KHITI HOLDING PRIVATE JSC), Mazzeh Highway, Damascus, Syria; Mashroa Domar, Damascus, Syria; Website www.khaitiholding.com; alt. Website www.khitiholding.com; Organization Established Date 2018; Organization Type: Activities of holding companies [SYRIA] (Linked To: KHITI, Amer Taysir).

KHITI HOLDING PRIVATE JSC (a.k.a. KHEITI HOLDING GROUP; a.k.a. KHITI HOLDING COMPANY; a.k.a. KHITI HOLDING GROUP (Arabic: مجموعة خیتی القابضة)), Mazzeh Highway, Damascus, Syria; Mashroa Domar, Damascus, Syria; Website www.khaitiholding.com; alt. Website www.khitiholding.com; Organization Established Date 2018; Organization Type: Activities of holding companies [SYRIA] (Linked To: KHITI, Amer Taysir).

KHITI, Amer Taysir (Arabic: عامر تيسير خیتی) (a.k.a. KHEITI, Amer Tayseer; a.k.a. KHEITI, Amer Taysir), Damascus, Syria; DOB 31 Jul 1980; POB Douma, Syria; nationality Syria; alt. nationality Sudan; Gender Male (individual) [SYRIA].

KHLEBNIKOV, Viacheslav (a.k.a. KHLEBNIKOV, Vyacheslav Georgievich); DOB 09 Jul 1967 (individual) [MAGNIT].

KHLEBNIKOV, Vyacheslav Georgievich (a.k.a. KHLEBNIKOV, Viacheslav); DOB 09 Jul 1967 (individual) [MAGNIT].

KHLOPONIN, Gleb Maksimovich (Cyrillic: ХЛОПОНИН, Глеб Максимович), 3 Pionerskaya Street, Apt 144,

Zheleznodorozhny, Moscow Oblast 143987, Russia; DOB 16 Feb 1985; nationality Russia; citizen Russia; Gender Male; Tax ID No. 601302569578 (Russia) (individual) [RUSSIA-EO14024].

KHLYAKINA, Oksana Vladimirovna (Cyrillic: ХЛЯКИНА, Оксана Владимировна), Russia; DOB 28 Nov 1969; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KHODADADI, Soghra (Arabic: صغری خدادادی (a.k.a. TAGHANAKE, Soghra Khodadadi; a.k.a. TAGHANAKI, Soghra Khodadadi), Varamin, Tehran, Iran; DOB 27 Mar 1971; POB Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport B50799950 (Iran) (individual) [CAATSA - IRAN].

KHODA'I, Mohammad Hasan (a.k.a. KALANTARI, Sajjad); DOB 21 Sep 1983; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 444-973367-3 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KHODAKOVSKY, Aleksandr (a.k.a. KHODAKOVSKY, Alexander; a.k.a. KHODAKOVSKYY, Oleksandr Sergeyevich); DOB 18 Dec 1972; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KHODAKOVSKY, Alexander (a.k.a. KHODAKOVSKIY, Aleksandr; a.k.a. KHODAKOVSKY, Aleksandr; a.k.a. KHODAKOVSKYY, Oleksandr Sergeyevich); DOB 18 Dec 1972; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KHODAKOVSKYY, Oleksandr Sergeyevich (a.k.a. KHODAKOVSKY, Aleksandr; a.k.a. KHODAKOVSKY, Alexander); DOB 18 Dec 1972; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KHODOTOV, Yevgeniy Garryevich (Cyrillic: ХОДОТОВ, Евгений Гаррьевич) (a.k.a. KHODOTOV, Yevgeny), Central African Republic; DOB 21 Mar 1964; POB Leningrad, Russia; citizen Russia; Gender Male;

Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 4008748289 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

KHODOTOV, Yevgeny (a.k.a. KHODOTOV, Yevgeniy Garryevich (Cyrillic: ХОДОТОВ, Евгений Гаррьевич)), Central African Republic; DOB 21 Mar 1964; POB Leningrad, Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 4008748289 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

KHODR, Abou Ali (a.k.a. Al-Jaja; a.k.a. BIN ALI, Khodr Taher (Arabic: خضر طاهر بن علي); a.k.a. KHODR, Abu Ali (Arabic: ابو علي خضر); a.k.a. TAHER, Khader Ali; a.k.a. TAHER, Kheder Ali; a.k.a. TAHER, Khider Ali; a.k.a. TAHER, Khodr Ali (Arabic: خضر علي طاهر); a.k.a. "AL-KHUDUR, Khudhur Taher"; a.k.a. "JIJEH, Abu Ali"), Damascus, Syria; Tartous, Syria; DOB 1976; POB Safita, Tartous, Syria; nationality Syria; Gender Male (individual) [SYRIA].

KHODR, Abu Ali (Arabic: ابو علي خضر) (a.k.a. Al-Jaja; a.k.a. BIN ALI, Khodr Taher (Arabic: خضر طاهر بن علي); a.k.a. KHODR, Abou Ali; a.k.a. TAHER, Khader Ali; a.k.a. TAHER, Kheder Ali; a.k.a. TAHER, Khider Ali; a.k.a. TAHER, Khodr Ali (Arabic: خضر علي طاهر); a.k.a. "AL-KHUDUR, Khudhur Taher"; a.k.a. "JIJEH, Abu Ali"), Damascus, Syria; Tartous, Syria; DOB 1976; POB Safita, Tartous, Syria; nationality Syria; Gender Male (individual) [SYRIA].

KHODR, Abed Al Hsein Heid (a.k.a. KHEDRI, Abdolhossein; a.k.a. KHEDRI, Abdolhossein Heid; a.k.a. KHEDRI, Abdul Hossein), Iran; DOB May 1971; POB Bushehr Province, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KHODRO SANAT MOROJEN (a.k.a. MOTOJEN AUTO INDUSTRY COMPANY), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

KHOKHLOV, Andrei Vladimirovich, Russia; DOB 02 Jun 1980; POB Murom, Russia; nationality Russia; Gender Male; Tax ID No. 503117548207 (Russia) (individual) [RUSSIA-

EO14024] (Linked To: NOVASTREAM LIMITED; Linked To: RADIOAVTOMATIKA LLC).

KHOKHLOVA, Olga Nikolayevna (Cyrillic: ХОХЛОВА, Ольга Николаевна), Russia; DOB 18 Nov 1957; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KHOKHLUN, Andrei Rostislavovich (a.k.a. KHOKHLUN, Andrey), Russia; DOB 04 Dec 1966; POB Tashkent, Uzbekistan; nationality Russia; Gender Male; Tax ID No. 773501047190 (Russia) (individual) [RUSSIA-EO14024].

KHOKHLUN, Andrey (a.k.a. KHOKHLUN, Andrei Rostislavovich), Russia; DOB 04 Dec 1966; POB Tashkent, Uzbekistan; nationality Russia; Gender Male; Tax ID No. 773501047190 (Russia) (individual) [RUSSIA-EO14024].

KHOLDING OKHRANNYKH STRUKTUR VOLK (a.k.a. DEFENSE HOLDING STRUCTURE 'WOLF'; a.k.a. HOLDING SECURITY STRUCTURE WOLF; a.k.a. WOLF HOLDING COMPANY; a.k.a. 'WOLF' HOLDING OF SECURITY STRUCTURES), ul. Panferova d. 18, Moscow 119261, Russia; Nizhniye Mnevniki, 110, Moscow, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7736640919 (Russia) [UKRAINE-EO13660].

KHOLDING VTB KAPITAL ZAKRYTOE AKTSIONERNOE OBSHCHESTVO (a.k.a. HOLDING VTB CAPITAL CJSC; a.k.a. VTB CAPITAL HOLDING CJSC; a.k.a. VTB CAPITAL HOLDING ZAO; a.k.a. VTB CAPITAL HOLDINGS CLOSED JOINT STOCK COMPANY; a.k.a. VTB CAPITAL JSC), 12 Presnenskaya nab., Moscow 123100, Russia; 4th Lesnoy Pereulok 4, Capital Plaza, Moscow 125047, Russia; Room 410, Stolyarniy Pereulok 3, bld 34, Moscow 123022, Russia; Website http://vtbcapital.com; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Target Type Financial Institution; Registration ID 1097746344596 (Russia); For more information on directives, please visit the following URL: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-

EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

KHOLDINGOVAYA KOMPANIYA INTERROS OOO (Cyrillic: ХОЛДИНГОВАЯ КОМПАНИЯ ИНТЕРРОС ООО) (a.k.a. HOLDING COMPANY INTERROS OOO; a.k.a. HOLDINGOVAYA KOMPANIYA INTERROS OOO), Ulitsa Yakimanka B., 9, Moscow 119180, Russia; Organization Established Date 1994; Tax ID No. 7706419639 (Russia); Registration Number 1157746314274 (Russia) [RUSSIA-EO14024].

KHOLTSVUD LLC (a.k.a. HOLZVUD; a.k.a. KHOLTSVUD OOO (Cyrillic: ООО ХОЛЬЦВУД); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLTSVUD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛЬЦВУД)), Ul. Smirnovskaya D. 10, Str. 8, Kabinet 8, Moscow 109052, Russia (Cyrillic: Ул. Смирновская, Д. 10, Стр. 8, Каб. 8, Москва 109052, Russia); Organization Established Date 08 Sep 2014; Registration ID 5147746070368 (Russia); Tax ID No. 7722854607 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

KHOLTSVUD OOO (Cyrillic: ООО ХОЛЬЦВУД) (a.k.a. HOLZVUD; a.k.a. KHOLTSVUD LLC; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLTSVUD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛЬЦВУД)), Ul. Smirnovskaya D. 10, Str. 8, Kabinet 8, Moscow 109052, Russia (Cyrillic: Ул. Смирновская, Д. 10, Стр. 8, Каб. 8, Москва 109052, Russia); Organization Established Date 08 Sep 2014; Registration ID 5147746070368 (Russia); Tax ID No. 7722854607 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

KHOLV LUBRIKANTS RUS (a.k.a. HOLV LUBRICANTS RUS LLC), Ul. Poltavskaya D. 30, Pomeshch. 1, Nizhniy Novgorod 603089, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5262328687 (Russia); Registration Number 1155262016755 (Russia) [RUSSIA-EO14024].

KHOMEINI CHARITABLE FOUNDATION (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

KHOMEINI SOCIAL HELP COMMITTEE (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KOMITE EMDAD EMAM; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon;

Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

KHOR, Gleb Yakovlevich (Cyrillic: ХОР, Глеб Яковлевич), Russia; DOB 08 Apr 1963; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KHORAMABADI, Abdolsamad, Iran; DOB 01 Jul 1960; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-TRA].

KHORASAN AMMUNITION AND METALLURGY INDUSTRIES (a.k.a. KHORASAN METALLURGY INDUSTRIES; a.k.a. KHORASAN METALOGY INDUSTRIES; a.k.a. SANAYE METOLIGE IRAN; a.k.a. THE METALLURGY INDUSTRIES OF KHORASAN), Khalaj Road, End of Seyedi Street, Mashad, Iran; P.O. Box 91735-549, Mashad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

KHORASAN METALLURGY INDUSTRIES (a.k.a. KHORASAN AMMUNITION AND METALLURGY INDUSTRIES; a.k.a. KHORASAN METALOGY INDUSTRIES; a.k.a. SANAYE METOLIGE IRAN; a.k.a. THE METALLURGY INDUSTRIES OF KHORASAN), Khalaj Road, End of Seyedi Street, Mashad, Iran; P.O. Box 91735-549, Mashad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

KHORASAN METALOGY INDUSTRIES (a.k.a. KHORASAN AMMUNITION AND METALLURGY INDUSTRIES; a.k.a. KHORASAN METALLURGY INDUSTRIES; a.k.a. SANAYE METOLIGE IRAN; a.k.a. THE METALLURGY INDUSTRIES OF KHORASAN), Khalaj Road, End of Seyedi Street, Mashad, Iran; P.O. Box 91735-549, Mashad, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

KHORASAN STEEL COMPANY (a.k.a. KHORASAN STEEL COMPLEX JOINT STOCK COMPANY), PO Box 91735-866, 27, Felestine Boulevard, Mashhad, Iran; Website www.khorasansteel.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 6581 (Iran) [IRAN-EO13871].

KHORASAN STEEL COMPLEX JOINT STOCK COMPANY (a.k.a. KHORASAN STEEL

COMPANY), PO Box 91735-866, 27, Felestine Boulevard, Mashhad, Iran; Website www.khorasansteel.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 6581 (Iran) [IRAN-EO13871].

KHORASHADIZADEH, Ali (a.k.a. "Iranvisacart"; a.k.a. "Mastercartaria"), Iran; DOB 21 Sep 1979; POB Tehran, Iran; nationality Iran; Email Address iranvisacart@yahoo.com; alt. Email Address mastercartaria@yahoo.com; alt. Email Address alikhorashadi@yahoo.com; alt. Email Address toppglasses@gmail.com; alt. Email Address iranian_boy5@yahoo.com; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Digital Currency Address - XBT 149w62rY42aZBox8fGcmqNsXUzSStKeq8C; Passport T14553558 (Iran) issued 28 Oct 2008 expires 29 Oct 2013 (individual) [CYBER2].

KHORKINA, Darya Andreevna (a.k.a. KHORKINA, Darya Andreyevna (Cyrillic: ХОРКИНА, Дарья Андреевна); a.k.a. KHORKINA, Darya Andriivna), Russia; DOB 23 May 1989; nationality Russia; Gender Female; Tax ID No. 501811794222 (Russia) (individual) [RUSSIA-EO14024].

KHORKINA, Darya Andreyevna (Cyrillic: ХОРКИНА, Дарья Андреевна) (a.k.a. KHORKINA, Darya Andreevna; a.k.a. KHORKINA, Darya Andriivna), Russia; DOB 23 May 1989; nationality Russia; Gender Female; Tax ID No. 501811794222 (Russia) (individual) [RUSSIA-EO14024].

KHORKINA, Darya Andriivna (a.k.a KHORKINA, Darya Andreevna; a.k.a KHORKINA, Darya Andreyevna (Cyrillic: ХОРКИНА, Дарья Андреевна)), Russia; DOB 23 May 1989; nationality Russia; Gender Female; Tax ID No. 501811794222 (Russia) (individual) [RUSSIA-EO14024].

KHOROKHORDIN, Oleg Leonidovich (Cyrillic: ХОРОХОРДИН, Олег Леонидович), Altay Republic, Russia; DOB 03 Apr 1972; POB Glushkina, Altay Region, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

KHORONEKO, Vyacheslav Vasilyevich (Cyrillic: ХОРОНЕКО, Вячеслав Васильевич) (a.k.a. KHARANEKA, Viacheslau (Cyrillic: ХАРАНЕКА, Вячаслаў)), Minsk, Belarus; DOB 1964; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

KHOROSHAN MARITIME COMPANY (a.k.a. OGHYANOUS KHOROSHAN KISH; a.k.a.

OGHYANOUS-E KHOROUSHAN-E KISH SHIPPING LINES), Unit 5, 9th Street 2, Ahmad Ghasir Avenue, PO Box 19635-1114, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

KHORS AIR (a.k.a. AVIAKOMPANIYA KHORS, TOV; a.k.a. KHORS AIRCOMPANY; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'AVIAKOMPANIYA 'KHORS'; a.k.a. "HORS AIRLINES LTD."), 60 Volunska Street, Kiev 03151, Ukraine; Bud. 34 Bul.Lesi Ukrainky, Kyiv 01133, Ukraine; Lesi Ukraini Bulvar 34, Kiev 252133, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Government Gazette Number 04937956 (Ukraine) [SDGT] [IFSR].

KHORS AIRCOMPANY (a.k.a. AVIAKOMPANIYA KHORS, TOV; a.k.a. KHORS AIR; a.k.a. TOVARYSTVO Z OBMEZHENOYU VIDPOVIDALNISTYU 'AVIAKOMPANIYA 'KHORS'; a.k.a. "HORS AIRLINES LTD."), 60 Volunska Street, Kiev 03151, Ukraine; Bud. 34 Bul.Lesi Ukrainky, Kyiv 01133, Ukraine; Lesi Ukraini Bulvar 34, Kiev 252133, Ukraine; Additional Sanctions Information - Subject to Secondary Sanctions; Government Gazette Number 04937956 (Ukraine) [SDGT] [IFSR].

KHORSHEVA, Nataliya (a.k.a. KHORSHEVA, Natalya; a.k.a. KHORSHEVA, Natalya Ivanovna), Luhansk, Ukraine; DOB 14 Jul 1972; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KHORSHEVA, Natalya (a.k.a. KHORSHEVA, Nataliya; a.k.a. KHORSHEVA, Natalya Ivanovna), Luhansk, Ukraine; DOB 14 Jul 1972; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KHORSHEVA, Natalya Ivanovna (a.k.a. KHORSHEVA, Nataliya; a.k.a. KHORSHEVA, Natalya), Luhansk, Ukraine; DOB 14 Jul 1972; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KHOSH GHADAM, Mehdi (a.k.a. KHOSHGHADAM, Mehdi (Arabic: مهدی خوش قدم), A-1-5, Cita Damansara, PJU 3/27, Sunway Damansara, Petaling Jaya, Selangor 47810, Malaysia; Tehran, Iran; DOB 15 Dec 1983; POB Tehran, Iran; nationality Iran;

Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T19665422; National ID No. 0072155434 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARDAZAN SYSTEM NAMAD ARMAN).

KHOSHGHADAM, Mehdi (Arabic: مهدی خوش قدم) (a.k.a. KHOSH GHADAM, Mehdi), A-1-5, Cita Damansara, PJU 3/27, Sunway Damansara, Petaling Jaya, Selangor 47810, Malaysia; Tehran, Iran; DOB 15 Dec 1983; POB Tehran, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport T19665422; National ID No. 0072155434 (Iran) (individual) [NPWMD] [IFSR] (Linked To: PARDAZAN SYSTEM NAMAD ARMAN).

KHOSRAVI, Mohammad Hossein (Arabic: محمد حسین خسروی), Sistan and Baluchistan, Iran; DOB 23 Sep 1974; POB Birjand, South Khorasan Province, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 0653027761 (Iran); Director-General of Sistan and Baluchistan Province Prisons (individual) [IRAN-HR].

KHOSROWTAJ, Mojtaba; DOB 09 Nov 1952; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport D9016371 (Iran) (individual) [IRAN].

KHOTIMSKI, Dmitri Vladimirovich (a.k.a. KHOTIMSKIY, Dmitry Vladimirovich (Cyrillic: ХОТИМСКИЙ, Дмитрий Владимирович)), Berezhlovskaya naberejnaya 4, flat 75, Moscow, Russia; DOB 29 Jun 1973; POB Russia; nationality Russia; Gender Male; Passport 751600476 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

KHOTIMSKI, Sergei Vladimirovich (a.k.a. KHOTIMSKIY, Sergey Vladimirovich; a.k.a. KHOTIMSKIY, Sergey Vladimirovich (Cyrillic: ХОТИМСКИЙ, Сергей Владимирович)), Victory Square 1, block B, flat 347, Moscow, Russia; DOB 12 Apr 1978; POB Moscow, Russia; nationality Russia; Gender Male; Passport 716765654 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

KHOTIMSKY, Dmitry Vladimirovich (Cyrillic: ХОТИМСКИЙ, Дмитрий Владимирович) (a.k.a. KHOTIMSKI, Dmitri Vladimirovich), Berezhlovskaya naberejnaya 4, flat 75, Moscow, Russia; DOB 29 Jun 1973; POB

Russia; nationality Russia; Gender Male; Passport 751600476 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

KHOTIMSKIY, Sergey Vladimirovich (a.k.a. KHOTIMSKI, Sergei Vladimirovich; a.k.a. KHOTIMSKIY, Sergey Vladimirovich (Cyrillic: ХОТИМСКИЙ, Сергей Владимирович)), Victory Square 1, block B, flat 347, Moscow, Russia; DOB 12 Apr 1978; POB Moscow, Russia; nationality Russia; Gender Male; Passport 716765654 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

KHOTIMSKIY, Sergey Vladimirovich (Cyrillic: ХОТИМСКИЙ, Сергей Владимирович) (a.k.a. KHOTIMSKI, Sergei Vladimirovich; a.k.a. KHOTIMSKIY, Sergey Vladimirovich), Victory Square 1, block B, flat 347, Moscow, Russia; DOB 12 Apr 1978; POB Moscow, Russia; nationality Russia; Gender Male; Passport 716765654 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

KHOTSENKO, Vitaliy Pavlovich (Cyrillic: ХОЦЕНКО, Виталий Павлович) (a.k.a. HOTSENKO, Vitaly), Donetsk, Ukraine; DOB 18 Mar 1986; POB Dnepropetrovsk, Ukraine; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

KHOTU TENT (a.k.a. LIMITED LIABILITY COMPANY HOTU TENT), Truda St., 1, Yakutsk 677000, Russia; Ul. Kirova D. 31/1, Kv. 92, Yakutsk 677027, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1435347144 (Russia); Registration Number 1191447014714 (Russia) [RUSSIA-EO14024].

KHOUIER, Hamama Ould (a.k.a. KOIYA, Hamza Ould; a.k.a. "MEHRI, Hamama"; a.k.a. "TABANKORT, Hamza"), Mali; DOB 1982; alt. DOB 1981; alt. DOB 1988; POB Tabankort, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; Linked To: AL-MULATHAMUN BATTALION).

KHOURI, Atiya (a.k.a. AL-KHURI, Attiyah; a.k.a. AL-KHURY, Atiyah; a.k.a. KHOURY, Attiyah; a.k.a. KHURI, Atiyah; a.k.a. KHURI, Attiyah; a.k.a. KHURY, Attiyah); DOB 25 Jul 1971; POB Homs, Syria; citizen Syria (individual) [SYRIA] (Linked To: MAKHLUF, Rami; Linked To: SYRIATEL; Linked To: MAYALEH, Adib).

KHOURY, Attiyah (a.k.a. AL-KHURI, Attiyah; a.k.a. AL-KHURY, Atiyah; a.k.a. KHOURI, Atiya; a.k.a. KHURI, Atiyah; a.k.a. KHURI, Attiyah; a.k.a. KHURY, Attiyah); DOB 25 Jul 1971; POB Homs, Syria; citizen Syria (individual) [SYRIA] (Linked To: MAKHLUF, Rami; Linked To: SYRIATEL; Linked To: MAYALEH, Adib).

KHOURY, Dany (Arabic: داني خوري), Lebanon; DOB 02 May 1967; POB Ramhala, Lebanon; nationality Lebanon; Gender Male; Passport LR0036899 (Lebanon) expires 17 Aug 2021 (individual) [LEBANON].

KHOURY, Mudallal (a.k.a. KHURI, Mudalal; a.k.a. KHURI, Mudalal Mtanyus); DOB 18 Jun 1957; POB Khoms, Syria; nationality Russia (individual) [SYRIA] (Linked To: MAYALEH, Adib; Linked To: RIDA, Batoul).

KHOUZESTAN OXIN STEEL COMPANY (a.k.a. KHOZESTAN OXIN STEEL COMPANY; a.k.a. KHUZESTAN OXIN STEEL COMPANY; a.k.a. OXIN STEEL COMPANY), Bandar Imam Khomeini (Blk) Road, 10 KM, Ahvaz 61788-13111, Iran; Website www.oxinsteel.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 248247 (Iran) [IRAN-EO13871].

KHOUZESTAN PETROCHEMICAL COMPANY, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

KHOUZESTAN STEEL COMPANY (a.k.a. KHUZESTAN STEEL COMPANY), 10th Km. of Ahwaz-Bahdar Imam Khomeini Road, Ahwaz, Iran; PO Box 1378, Ahvaz, Khuzestan 61788-13111, Iran; Website www.ksc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 3199 (Iran) [IRAN-EO13871].

KHOVALYG, Vladislav Tovarishchtayovich (Cyrillic: ХОВАЛЫГ, Владислав Товарищтайович), Tuva Republic, Russia; DOB 24 Dec 1967; POB Teeli, Tuva Republic, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

KHOVANSKAYA, Galina Petrovna (Cyrillic: ХОВАНСКАЯ, Галина Петровна), Russia; DOB 23 Aug 1943; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KHOWAR, Abdullah (a.k.a. AL-KHAWAR, Abdullah Ghalib Mahfuz Muslim; a.k.a. AL-KHOWAR, Abdullah; a.k.a. KHAWAR, Abdallah Ghanim Mahfuz Muslim; a.k.a. KHAWAR, Abdullah Ghanem Mahfouz Muslim); DOB 17 Aug 1981; nationality Qatar; Passport 28163402296 (individual) [SDGT].

KHOZESTAN OXIN STEEL COMPANY (a.k.a. KHOUZESTAN OXIN STEEL COMPANY; a.k.a. KHUZESTAN OXIN STEEL COMPANY; a.k.a. OXIN STEEL COMPANY), Bandar Imam Khomeini (Blk) Road, 10 KM, Ahvaz 61788-13111, Iran; Website www.oxinsteel.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 248247 (Iran) [IRAN-EO13871].

KHRENIN, Victor (a.k.a. KHRENIN, Viktar Genadzevich (Cyrillic: ХРЭНІН, Віктар Генадзевіч); a.k.a. KHRENIN, Viktar Gienadzjevich; a.k.a. KHRENIN, Viktar Henadzevich (Cyrillic: ХРЭНІН, Віктар Генадзьевіч); a.k.a. KHRENIN, Viktor Gennadievich (Cyrillic: ХРЕНИН, Виктор Геннадьевич)), Minsk, Belarus; DOB 01 Aug 1971; POB Novogrudok, Grodno Region, Belarus; nationality Belarus; Gender Male; Passport KH2594621 (Belarus); National ID No. 3010871K003PB1 (Belarus) (individual) [BELARUS-EO14038].

KHRENIN, Viktar Genadzevich (Cyrillic: ХРЭНІН, Віктар Генадзевіч) (a.k.a. KHRENIN, Victor; a.k.a. KHRENIN, Viktar Gienadzjevich; a.k.a. KHRENIN, Viktar Henadzevich (Cyrillic: ХРЭНІН, Віктар Генадзьевіч); a.k.a. KHRENIN, Viktor Gennadievich (Cyrillic: ХРЕНИН, Виктор Геннадьевич)), Minsk, Belarus; DOB 01 Aug 1971; POB Novogrudok, Grodno Region, Belarus; nationality Belarus; Gender Male; Passport KH2594621 (Belarus); National ID No. 3010871K003PB1 (Belarus) (individual) [BELARUS-EO14038].

KHRENIN, Viktar Gienadzjevich (a.k.a. KHRENIN, Victor; a.k.a. KHRENIN, Viktar Genadzevich (Cyrillic: ХРЭНІН, Віктар Генадзевіч); a.k.a. KHRENIN, Viktar Henadzevich (Cyrillic: ХРЭНІН, Віктар Генадзьевіч); a.k.a. KHRENIN, Viktor Gennadievich (Cyrillic: ХРЕНИН, Виктор Геннадьевич)), Minsk, Belarus; DOB 01 Aug 1971; POB Novogrudok, Grodno Region, Belarus; nationality Belarus; Gender Male; Passport KH2594621 (Belarus); National ID No.

3010871K003PB1 (Belarus) (individual) [BELARUS-EO14038].

KHRENIN, Viktar Henadzevich (Cyrillic: ХРЭНІН, Віктар Генадзьевіч) (a.k.a. KHRENIN, Victor; a.k.a. KHRENIN, Viktar Genadzevich (Cyrillic: ХРЭНІН, Віктар Генадзевіч); a.k.a. KHRENIN, Viktar Gienadzjevich; a.k.a. KHRENIN, Viktor Gennadievich (Cyrillic: ХРЕНИН, Виктор Геннадьевич)), Minsk, Belarus; DOB 01 Aug 1971; POB Novogrudok, Grodno Region, Belarus; nationality Belarus; Gender Male; Passport KH2594621 (Belarus); National ID No. 3010871K003PB1 (Belarus) (individual) [BELARUS-EO14038].

KHRENIN, Viktor Gennadievich (Cyrillic: ХРЕНИН, Виктор Геннадьевич) (a.k.a. KHRENIN, Victor; a.k.a. KHRENIN, Viktar Genadzevich (Cyrillic: ХРЭНІН, Віктар Генадзевіч); a.k.a. KHRENIN, Viktar Gienadzjevich; a.k.a. KHRENIN, Viktar Henadzevich (Cyrillic: ХРЭНІН, Віктар Генадзьевіч)), Minsk, Belarus; DOB 01 Aug 1971; POB Novogrudok, Grodno Region, Belarus; nationality Belarus; Gender Male; Passport KH2594621 (Belarus); National ID No. 3010871K003PB1 (Belarus) (individual) [BELARUS-EO14038].

KHRISTENKO, Viktor Borisovich (Cyrillic: ХРИСТЕНКО, Виктор Борисович), Moscow, Russia; DOB 28 Aug 1957; POB Chelyabinsk, Chelyabinsk Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 745301741951 (Russia) (individual) [RUSSIA-EO14024] (Linked To: GOLIKOVA, Tatyana Alekseyevna).

KHRISTOFOROV, Vasili (a.k.a. KHRISTOFOROV, Vasilii Aleksandrovich (Cyrillic: ХРИСТОФОРОВ, ВАСИЛИЙ АЛЕКСАНДРОВИЧ); a.k.a. "VASYA VOSKRES"; a.k.a. "VOSKRES" (Cyrillic: "ВОСКРЕС")), Murjan 6 Sector, Tower D01-T03.1, Apartment 401, Dubai 39409, United Arab Emirates; 19 Berezovaya St., Apt. 152, Nizhny Novgorod, Russia; 2 Kommunalnaya Street, Vryazino, Shchelkovsky, Moscow, Russia; Apartment 2, House 4, Komsomolskaya Street, Fryazino Settlement, Moscow, Russia; DOB 12 Mar 1972; POB Dzerzhinsk, Nizhny Novgorod, Russia; nationality Russia; Gender Male; Passport 637186356 (Russia); alt. Passport 530266990 (Russia); alt. Passport 1175427; National ID No. 76481815 (United Arab Emirates); alt. National ID No. 2202546110 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KHRISTOFOROV, Vasilii Aleksandrovich (Cyrillic: ХРИСТОФОРОВ, ВАСИЛИЙ АЛЕКСАНДРОВИЧ) (a.k.a. KHRISTOFOROV, Vasili; a.k.a. "VASYA VOSKRES"; a.k.a. "VOSKRES" (Cyrillic: "ВОСКРЕС")), Murjan 6 Sector, Tower D01-T03.1, Apartment 401, Dubai 39409, United Arab Emirates; 19 Berezovaya St., Apt. 152, Nizhny Novgorod, Russia; 2 Kommunalnaya Street, Vryazino, Shchelkovsky, Moscow, Russia; Apartment 2, House 4, Komsomolskaya Street, Fryazino Settlement, Moscow, Russia; DOB 12 Mar 1972; POB Dzerzhinsk, Nizhny Novgorod, Russia; nationality Russia; Gender Male; Passport 637186356 (Russia); alt. Passport 530266990 (Russia); alt. Passport 1175427; National ID No. 76481815 (United Arab Emirates); alt. National ID No. 2202546110 (Russia) (individual) [TCO] (Linked To: THIEVES-IN-LAW).

KHROMOV, Vladimir Viktorovich (Cyrillic: ХРОМОВ, Владимир Викторович), Russia; DOB 15 Aug 1977; nationality Russia; Gender Male; Tax ID No. 773605429838 (Russia) (individual) [RUSSIA-EO14024].

KHRTZ PAO (a.k.a. AKTSIONERNOE OBSHCHESTVO KHABAROVSKIY RADIOTEKHNICHESKIY ZAVOD; a.k.a. OAO KHRTZ; a.k.a. OJSC KHABAROVSK RADIO ENGINEERING PLANT; a.k.a. OPEN JOINT STOCK COMPANY KHABAROVSK RADIO ENGINEERING PLANT), D. 8 K. V, Per. Kedrovy, Khabarovsk 68004, Russia; Tax ID No. 2723118304 (Russia); Registration Number 1092723002778 (Russia) [RUSSIA-EO14024].

KHRYAKOV, Aleksandr Vitaliyovych (a.k.a. KHRYAKOV, Alexander; a.k.a. KHRYAKOV, Alexander Vitaliyovych; a.k.a. KHRYAKOV, Alexandr; a.k.a. KHRYAKOV, Oleksandr; a.k.a. KHRYAKOV, Oleksandr Vitaliyovych), Donetsk, Ukraine; DOB 06 Nov 1958; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KHRYAKOV, Alexander (a.k.a. KHRYAKOV, Aleksandr Vitaliyovych; a.k.a. KHRYAKOV, Alexander Vitaliyovych; a.k.a. KHRYAKOV, Alexandr; a.k.a. KHRYAKOV, Oleksandr; a.k.a. KHRYAKOV, Oleksandr Vitaliyovych), Donetsk, Ukraine; DOB 06 Nov 1958; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KHRYAKOV, Alexander Vitaliyovych (a.k.a. KHRYAKOV, Aleksandr Vitaliyovych; a.k.a. KHRYAKOV, Alexander; a.k.a. KHRYAKOV, Alexandr; a.k.a. KHRYAKOV, Oleksandr; a.k.a. KHRYAKOV, Oleksandr Vitaliyovych), Donetsk, Ukraine; DOB 06 Nov 1958; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KHRYAKOV, Alexandr (a.k.a. KHRYAKOV, Aleksandr Vitaliyovych; a.k.a. KHRYAKOV, Alexander; a.k.a. KHRYAKOV, Alexander Vitaliyovych; a.k.a. KHRYAKOV, Oleksandr Vitaliyovych), Donetsk, Ukraine; DOB 06 Nov 1958; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KHRYAKOV, Oleksandr (a.k.a. KHRYAKOV, Aleksandr Vitaliyovych; a.k.a. KHRYAKOV, Alexander; a.k.a. KHRYAKOV, Alexander Vitaliyovych; a.k.a. KHRYAKOV, Alexandr; a.k.a. KHRYAKOV, Oleksandr Vitaliyovych), Donetsk, Ukraine; DOB 06 Nov 1958; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KHRYAKOV, Oleksandr Vitaliyovych (a.k.a. KHRYAKOV, Aleksandr Vitaliyovych; a.k.a. KHRYAKOV, Alexander; a.k.a. KHRYAKOV, Alexander Vitaliyovych; a.k.a. KHRYAKOV, Alexandr; a.k.a. KHRYAKOV, Oleksandr), Donetsk, Ukraine; DOB 06 Nov 1958; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KHUBEZOV, Dmitry Anatolievich (Cyrillic: ХУБЕЗОВ, Дмитрий Анатольевич), Russia; DOB 20 Dec 1971; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KHUCHIEV, Muslim Magomedovich (Cyrillic: ХУЧИЕВ, Муслим Магомедович), Chechen Republic, Russia; DOB 05 Aug 1971; POB Zakan-Yurt, Achkhoy-Martan District, Chechen Republic, Russia; nationality Russia; Gender Male; Tax ID No. 771409546605 (Russia) (individual) [RUSSIA-EO14024].

KHUDAMUL ISLAM (a.k.a. ARMY OF MOHAMMED; a.k.a. JAISH-E-MOHAMMED;

a.k.a. JAISH-I-MOHAMMED; a.k.a. KHUDDAM-UL-ISLAM; a.k.a. KUDDAM E ISLAMI; a.k.a. MOHAMMED'S ARMY; a.k.a. TEHRIK UL-FURQAAN), Pakistan [FTO] [SDGT].

KHUDDAM-UL-ISLAM (a.k.a. ARMY OF MOHAMMED; a.k.a. JAISH-E-MOHAMMED; a.k.a. JAISH-I-MOHAMMED; a.k.a. KHUDAMUL ISLAM; a.k.a. KUDDAM E ISLAMI; a.k.a. MOHAMMED'S ARMY; a.k.a. TEHRIK UL-FURQAAN), Pakistan [FTO] [SDGT].

KHUM THAW COMPANY LIMITED, 261 Wichayanont Road, Chang Moi, Muang, Chiang Mai 50300, Thailand; Registration ID 0505535000804 (Thailand) issued 28 Feb 1992 [SDNTK].

KHUN SA (a.k.a. CHAN, Changtrakul; a.k.a. CHANG, Chi Fu; a.k.a. CHANG, Shi-Fu; a.k.a. CHANG, Xifu; a.k.a. CHANGTRAKUL, Chan); DOB 17 Feb 1933; alt. DOB 07 Jan 1932; alt. DOB 12 Feb 1932; POB Burma (individual) [SDNTK].

KHUN, Saeng (a.k.a. CHANG, Ping Yun); DOB 07 Jan 1940; POB Burma (individual) [SDNTK].

KHURI, Atiyah (a.k.a. AL-KHURI, Attiyah; a.k.a. AL-KHURY, Atiyah; a.k.a. KHOURI, Atiya; a.k.a. KHOURY, Attiyah; a.k.a. KHURI, Attiyah; a.k.a. KHURY, Attiyah); DOB 25 Jul 1971; POB Homs, Syria; citizen Syria (individual) [SYRIA] (Linked To: MAKHLUF, Rami; Linked To: SYRIATEL; Linked To: MAYALEH, Adib).

KHURI, Attiyah (a.k.a. AL-KHURI, Attiyah; a.k.a. AL-KHURY, Atiyah; a.k.a. KHOURI, Atiya; a.k.a. KHOURY, Attiyah; a.k.a. KHURI, Atiyah; a.k.a. KHURY, Attiyah); DOB 25 Jul 1971; POB Homs, Syria; citizen Syria (individual) [SYRIA] (Linked To: MAKHLUF, Rami; Linked To: SYRIATEL; Linked To: MAYALEH, Adib).

KHURI, Imad Mtanyus; DOB 03 Oct 1964; nationality Syria; citizen Russia (individual) [SYRIA] (Linked To: KHURI, Mudalal).

KHURI, Mudalal (a.k.a. KHOURY, Mudallal; a.k.a. KHURI, Mudalal Mtanyus); DOB 18 Jun 1957; POB Khoms, Syria; nationality Russia (individual) [SYRIA] (Linked To: MAYALEH, Adib; Linked To: RIDA, Batoul).

KHURI, Mudalal Mtanyus (a.k.a. KHOURY, Mudallal; a.k.a. KHURI, Mudalal); DOB 18 Jun 1957; POB Khoms, Syria; nationality Russia (individual) [SYRIA] (Linked To: MAYALEH, Adib; Linked To: RIDA, Batoul).

KHURY, Attiyah (a.k.a. AL-KHURI, Attiyah; a.k.a. AL-KHURY, Atiyah; a.k.a. KHOURI, Atiya; a.k.a. KHOURY, Attiyah; a.k.a. KHURI, Atiyah; a.k.a. KHURI, Attiyah); DOB 25 Jul 1971; POB Homs, Syria; citizen Syria (individual) [SYRIA] (Linked

To: MAKHLUF, Rami; Linked To: SYRIATEL; Linked To: MAYALEH, Adib).

KHUSHAIBAN, Fahd (a.k.a. AL-KHASHAYBAN, Fahd Muhammad 'Abd Al-'Aziz; a.k.a. AL-KHASHIBAN, Fahad; a.k.a. AL-KHASHIBAN, Fahad H.A.; a.k.a. AL-KHOSHIBAN, Fahad Mohammad A.; a.k.a. AL-KHOSHIBAN, Fahad Muhammad A.; a.k.a. AL-KHOSIBAN, Fahad H.A.; a.k.a. AL-KHUSHAYBAN, Fahd Muhammad 'Abd al-'Aziz; a.k.a. KHASHAYBAN, Fahad H.A.; a.k.a. KHASIBAN, Fahad H.A.; a.k.a. KHESHAIBAN, Fahad H.A.; a.k.a. KHESHAYBAN, Fahad H.A.; a.k.a. "RAHMAN, Abdur Abu"; a.k.a. "RAHMAN, Abu Abdur"; a.k.a. "THABET, Shaykh"; a.k.a. "THABIT, Abu"; a.k.a. "THABIT, Shaykh Abu"); DOB 16 Oct 1966; POB 'Aniza, Saudi Arabia; nationality Saudi Arabia (individual) [SDGT].

KHUSHLAF, Mohamed (a.k.a. KASHLAF, Mohamed; a.k.a. KASHLAF, Mohammed Al Amin Al-Arabi (Arabic: محمد الأمين العربي كشلاف); a.k.a. KOSHLAF, Mohamed (Arabic: محمد كشلاف); a.k.a. KOSHLAF, Mohamed al-Aameen al-Arabi; a.k.a. "Al Qasseb"), Zawiya, Libya; DOB 12 Dec 1985; alt. DOB 02 Dec 1985; POB Zawiya, Libya; nationality Libya; Gender Male; Passport C17HLRL3 issued 30 Dec 2015 (individual) [LIBYA3].

KHUSNULLIN, Marat Shakirzyanovich (Cyrillic: ХУСНУЛЛИН, Марат Шакирзянович), Russia; DOB 09 Aug 1966; POB Kazan, Tatarstan, Russia; nationality Russia; Gender Male; Tax ID No. 165500496700 (Russia) (individual) [RUSSIA-EO14024].

KHUSYAYNOVA, Elena Alekseevna, St. Petersburg, Russia; DOB 17 Feb 1974; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 639092215 (Russia) (individual) [CYBER2] (Linked To: LIMITED LIABILITY COMPANY CONCORD MANAGEMENT AND CONSULTING).

KHUTAEV, Khusein (Cyrillic: ХУТАЕВ, Хусейн) (a.k.a. KHUTAEV, Khusein Merlovich (Cyrillic: ХУТАЕВ, Хусейн Мерлович); a.k.a. KHUTAEV, Khussein; a.k.a. KHUTAYEV, Hussein), Achkhoy-Martan, Chechen Republic, Russia; DOB 1975; POB Stavropol Territory, Russia; nationality Russia; Gender Male (individual) [MAGNIT].

KHUTAEV, Khusein Merlovich (Cyrillic: ХУТАЕВ, Хусейн Мерлович) (a.k.a. KHUTAEV, Khusein (Cyrillic: ХУТАЕВ, Хусейн); a.k.a. KHUTAEV, Khussein; a.k.a. KHUTAYEV, Hussein),

Achkhoy-Martan, Chechen Republic, Russia; DOB 1975; POB Stavropol Territory, Russia; nationality Russia; Gender Male (individual) [MAGNIT].

KHUTAEV, Khussein (a.k.a. KHUTAEV, Khusein (Cyrillic: ХУТАЕВ, Хусейн); a.k.a. KHUTAEV, Khusein Merlovich (Cyrillic: ХУТАЕВ, Хусейн Мерлович); a.k.a. KHUTAYEV, Hussein), Achkhoy-Martan, Chechen Republic, Russia; DOB 1975; POB Stavropol Territory, Russia; nationality Russia; Gender Male (individual) [MAGNIT].

KHUTAYEV, Hussein (a.k.a. KHUTAEV, Khusein (Cyrillic: ХУТАЕВ, Хусейн); a.k.a. KHUTAEV, Khusein Merlovich (Cyrillic: ХУТАЕВ, Хусейн Мерлович); a.k.a. KHUTAEV, Khussein), Achkhoy-Martan, Chechen Republic, Russia; DOB 1975; POB Stavropol Territory, Russia; nationality Russia; Gender Male (individual) [MAGNIT].

KHUZESTAN KAVEH ALUMINUM COMPANY (a.k.a. KALCO ALUMINUM COMPANY; a.k.a. KAVE KHOZESTAN ALUMINIUM CO.; a.k.a. KAVEH ALUMINUM KHUZESTAN; a.k.a. KAVEH KHOZESTAN ALUMINIUM; a.k.a. KAVEH KHOZESTAN ALUMINIUM COMPANY; a.k.a. KAVEH KHOZESTAN ALUMINUM COMPANY (Arabic: شرکت آلومینیوم کاوه خوزستان); a.k.a. "KALCO"), Building Alavi Golabi Street, Hafez Junction, Karimkhan Avenue, Tehran, Iran; Resalat Expressway, corner of Nelson Mandela Africa Blvd., Bonyad Complex, Tower 2, 9th Floor, Tehran, Iran; Website www.kalco.ir; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10103583873 (Iran); Registration Number 321820 (Iran) [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

KHUZESTAN OXIN STEEL COMPANY (a.k.a. KHOUZESTAN OXIN STEEL COMPANY; a.k.a. KHOZESTAN OXIN STEEL COMPANY; a.k.a. OXIN STEEL COMPANY), Bandar Imam Khomeini (Blk) Road, 10 KM, Ahvaz 61788-13111, Iran; Website www.oxinsteel.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 248247 (Iran) [IRAN-EO13871].

KHUZESTAN STEEL COMPANY (a.k.a. KHOUZESTAN STEEL COMPANY), 10th Km. of Ahwaz-Bandar Imam Khomeini Road, Ahwaz, Iran; PO Box 1378, Ahvaz, Khuzestan 61788-13111, Iran; Website www.ksc.ir; Additional Sanctions Information - Subject to

OFFICE OF FOREIGN ASSETS CONTROL    SPECIALLY DESIGNATED NATIONALS & BLOCKED PERSONS

Secondary Sanctions; Registration Number 3199 (Iran) [IRAN-EO13871].

KIA NIROU (a.k.a. BLOCK NIROU SUN CO; a.k.a. BNSA CO; a.k.a. NEKA NOVIN; a.k.a. NEKU NIROU TAVAN CO; a.k.a. NIKSA NIROU), Unit 7, No. 12, 13th Street, Mir-Emad St., Motahary Avenue, Tehran 15875-6653, Iran; No. 2, 3rd Floor, Simorgh St., Dr. Shariati Avenue, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

KIBIRGE, Amigo (a.k.a. AMIGO, Mzee; a.k.a. AMIGO, Simba; a.k.a. KIBIRIGE, Amigo; a.k.a. MUHAMMAND, Kibirige), Congo, Democratic Republic of the; DOB 1975 to 1979; POB Masaka District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

KIBIRIGE, Amigo (a.k.a. AMIGO, Mzee; a.k.a. AMIGO, Simba; a.k.a. KIBIRGE, Amigo; a.k.a. MUHAMMAND, Kibirige), Congo, Democratic Republic of the; DOB 1975 to 1979; POB Masaka District, Central Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

KIBIS, Boris Borisovich; DOB 20 Nov 1977; nationality Russia (individual) [MAGNIT].

KIDANE, Amanuel (a.k.a. MEHAREN, Senay Beraki; a.k.a. MUSA, Abdirahim; a.k.a. MUSA, Abdirahman; a.k.a. MUSE, Abdirahim; a.k.a. MUSE, Abdirahman; a.k.a. NAGASH, Tewaled Holde; a.k.a. NAGESH, Tewaled Holde; a.k.a. NEGASH, Bitewelde Habte; a.k.a. NEGASH, Emanuel; a.k.a. NEGASH, Ole; a.k.a. NEGASH, Tewelde Habte; a.k.a. NEGASH, Tewold Habte; a.k.a. NEGASH, Tewolde Habte; a.k.a. "DESTA"; a.k.a. "WEDI"); DOB 05 Sep 1960; POB Asmara, Eritrea; Diplomatic Passport D0001060; alt. Diplomatic Passport D000080; Colonel (individual) [SOMALIA].

KIDMA TECH OJSC (a.k.a. AAT KIDMA TEK (Cyrillic: ААТ КIДМА ТЭК); a.k.a. ADKRYTAE AKTSYIANERNAE TAVARYSTVA KIDMA TEK (Cyrillic: АДКРЫТАЕ АКЦЫЯНЕРНАЕ ТАВАРЫСТВА КIДМА ТЭК); f.k.a. BSVT – NEW TECHNOLOGIES; f.k.a. BSVT-NT; a.k.a. OAO KIDMA TEK (Cyrillic: ОАО КИДМА ТЕК); f.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BSVT-NOVIYE TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БСВТ-НОВЫЕ ТЕХНОЛОГИИ); a.k.a. OTKRYTOYE AKTSIONERNOYE OBSCHESTVO KIDMA TEK (Cyrillic: ОТКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО

КИДМА ТЕК)), Room 20, Administrative Building 187, Soltysa St., Minsk 220070, Belarus; D. 5/1, Ustenskiy Selsovyet, Vitebskaya Oblast, Orshanskiy Rayon, Ag. Ustye 211003, Belarus (Cyrillic: Д. 5/1, Устенский сельсовет, Витебская Область, Оршанский Район, аг. Устье 211003, Belarus); Organization Established Date 18 Jul 2012; Registration Number 191607211 (Belarus) [BELARUS-EO14038].

KIDYAEV, Viktor Borisovich (Cyrillic: КИДЯЕВ, Виктор Борисович), Russia; DOB 09 Jul 1956; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KIFANE, Abderrahmane, Via S. Biagio, 32, Sant'Anastasia, Naples, Italy; Via S. Biagio, 35, Sant'Anastasia, Naples, Italy; DOB 07 Mar 1963; POB Casablanca, Morocco (individual) [SDGT].

KIL, Jong Hun; DOB 20 Feb 1972; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472410022; KOMID Representative in Namibia (individual) [DPRK2].

KILIMNIK, Konstantin Viktorovich (Cyrillic: КИЛИМНИК, Константин Викторович), Moscow, Russia; Kyiv, Ukraine; DOB 27 Apr 1970; POB Kyiv, Ukraine; nationality Ukraine; citizen Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 752512703 (Russia) (individual) [UKRAINE-EO13660] [ELECTION-EO13848] (Linked To: YANUKOVYCH, Viktor Fedorovych).

KIM IL MILITARY UNIVERSITY (a.k.a. COMMAND AUTOMATION COLLEGE OF THE CHOSUN PEOPLE'S ARMY; a.k.a. KIM IL POLITICAL MILITARY UNIVERSITY; a.k.a. KIM IL SUNG MILITARY UNIVERSITY; a.k.a. KIM IL-SUNG UNIVERSITY AUTOMATION UNIVERSITY; a.k.a. MILITARY CAMP 144 OF THE KOREAN PEOPLE'S ARMY; a.k.a. MIRIM COLLEGE; a.k.a. MIRIM UNIVERSITY; a.k.a. NO. 144 MILITARY CAMP OF THE CHOSUN PEOPLE'S ARMY; a.k.a. PYONGYANG UNIVERSITY OF AUTOMATION; a.k.a. UNIVERSITY OF AUTOMATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201

and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 1981; Target Type Government Entity [DPRK2].

KIM IL POLITICAL MILITARY UNIVERSITY (a.k.a. COMMAND AUTOMATION COLLEGE OF THE CHOSUN PEOPLE'S ARMY; a.k.a. KIM IL MILITARY UNIVERSITY; a.k.a. KIM IL SUNG MILITARY UNIVERSITY; a.k.a. KIM IL-SUNG UNIVERSITY AUTOMATION UNIVERSITY; a.k.a. MILITARY CAMP 144 OF THE KOREAN PEOPLE'S ARMY; a.k.a. MIRIM COLLEGE; a.k.a. MIRIM UNIVERSITY; a.k.a. NO. 144 MILITARY CAMP OF THE CHOSUN PEOPLE'S ARMY; a.k.a. PYONGYANG UNIVERSITY OF AUTOMATION; a.k.a. UNIVERSITY OF AUTOMATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 1981; Target Type Government Entity [DPRK2].

KIM IL SUNG MILITARY UNIVERSITY (a.k.a. COMMAND AUTOMATION COLLEGE OF THE CHOSUN PEOPLE'S ARMY; a.k.a. KIM IL MILITARY UNIVERSITY; a.k.a. KIM IL POLITICAL MILITARY UNIVERSITY; a.k.a. KIM IL-SUNG UNIVERSITY AUTOMATION UNIVERSITY; a.k.a. MILITARY CAMP 144 OF THE KOREAN PEOPLE'S ARMY; a.k.a. MIRIM COLLEGE; a.k.a. MIRIM UNIVERSITY; a.k.a. NO. 144 MILITARY CAMP OF THE CHOSUN PEOPLE'S ARMY; a.k.a. PYONGYANG UNIVERSITY OF AUTOMATION; a.k.a. UNIVERSITY OF AUTOMATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 1981; Target Type Government Entity [DPRK2].

KIM IL-SUNG UNIVERSITY AUTOMATION UNIVERSITY (a.k.a. COMMAND AUTOMATION COLLEGE OF THE CHOSUN PEOPLE'S ARMY; a.k.a. KIM IL MILITARY UNIVERSITY; a.k.a. KIM IL POLITICAL MILITARY UNIVERSITY; a.k.a. KIM IL SUNG MILITARY UNIVERSITY; a.k.a. MILITARY CAMP 144 OF THE KOREAN PEOPLE'S ARMY; a.k.a. MIRIM COLLEGE; a.k.a. MIRIM UNIVERSITY; a.k.a. NO. 144 MILITARY CAMP

OF THE CHOSUN PEOPLE'S ARMY; a.k.a. PYONGYANG UNIVERSITY OF AUTOMATION; a.k.a. UNIVERSITY OF AUTOMATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 1981; Target Type Government Entity [DPRK2].

KIM, CHIN-SO'K (a.k.a. KIM, HYOK CHOL; a.k.a. KIM, TONG MYONG; a.k.a. KIM, Tong-Myo'ng; a.k.a. "KIM, JIN SOK"); DOB 1964; alt. DOB 28 Aug 1962; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290320764 (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

KIM, Chol (a.k.a. KIM, Ch'o'l), Dalian, China; DOB 27 Sep 1964; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea United Development Bank Representative (individual) [DPRK4].

KIM, Ch'o'l (a.k.a. KIM, Chol), Dalian, China; DOB 27 Sep 1964; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea United Development Bank Representative (individual) [DPRK4].

KIM, Chol Nam, Korea, North; DOB 19 Feb 1970; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563120238 (Korea, North); President of Korea Kumsan Trading Corporation (individual) [NPWMD] (Linked To: KOREA KUMSAN TRADING CORPORATION).

KIM, Chol Sam; DOB 11 Mar 1971; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214; Treasurer, Daedong Credit Bank (individual) [NPWMD].

KIM, Cho'ng-man (a.k.a. KIM, Jong Man), Korea, North; Zhuhai, China; DOB 16 Jul 1956; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 918320780; Korea United Development Bank representative (individual) [DPRK4].

KIM, Cho'ng-sik (a.k.a. KIM, Jong Sik), Korea, North; DOB 01 Jan 1967 to 31 Dec 1969; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Deputy Director of the Workers' Party of Korea Military Industry Department (individual) [DPRK2].

KIM, Chung Chong (a.k.a. KIM, Jung Jong), Vietnam; DOB 07 Nov 1966; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 199421147 (Korea, North) expires 29 Dec 2014; alt. Passport 381110042 (Korea, North) expires 25 Jan 2016; alt. Passport 563210184 (Korea, North) expires 18 Jun 2018; Tanchon Commercial Bank Representative in Vietnam (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

KIM, Hak Song (a.k.a. KIM, Song Chol); DOB 26 Mar 1968; alt. DOB 15 Oct 1970; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654120219 (Korea, North) expires 24 Feb 2019; alt. Passport 381420565 (Korea, North) expires 23 Nov 2016 (individual) [NPWMD] (Linked To: KOREA MINING DEVELOPMENT TRADING CORPORATION).

KIM, Ho Gyu (a.k.a. KIM, Ho Kyu; a.k.a. KIM, Ho'-kyu; a.k.a. KIM, Ho-Kyu; a.k.a. PARK, Aleksei), Nakhodka, Russia; DOB 15 Sep 1970; nationality Korea, North; Gender Male;

Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea Ryonbong General Corporation Official (individual) [DPRK2].

KIM, Ho Kyu (a.k.a. KIM, Ho Gyu; a.k.a. KIM, Ho'-kyu; a.k.a. KIM, Ho-Kyu; a.k.a. PARK, Aleksei), Nakhodka, Russia; DOB 15 Sep 1970; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea Ryonbong General Corporation Official (individual) [DPRK2].

KIM, Ho'-kyu (a.k.a. KIM, Ho Gyu; a.k.a. KIM, Ho Kyu; a.k.a. KIM, Ho-Kyu; a.k.a. PARK, Aleksei), Nakhodka, Russia; DOB 15 Sep 1970; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea Ryonbong General Corporation Official (individual) [DPRK2].

KIM, Ho-Kyu (a.k.a. KIM, Ho Gyu; a.k.a. KIM, Ho Kyu; a.k.a. KIM, Ho'-kyu; a.k.a. PARK, Aleksei), Nakhodka, Russia; DOB 15 Sep 1970; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea Ryonbong General Corporation Official (individual) [DPRK2].

KIM, Hyok Chol (a.k.a. KIM, Hyo'k-ch'o'l), Zhuhai, China; DOB 09 Jul 1978; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472235761 expires 06 Jun 2017; Korea United Development Bank representative (individual) [DPRK4].

KIM, HYOK CHOL (a.k.a. KIM, CHIN-SO'K; a.k.a. KIM, TONG MYONG; a.k.a. KIM, Tong-Myo'ng; a.k.a. "KIM, JIN SOK"); DOB 1964; alt. DOB 28 Aug 1962; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions

Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290320764 (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

KIM, Hyo'k-ch'o'l (a.k.a. KIM, Hyok Chol), Zhuhai, China; DOB 09 Jul 1978; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472235761 expires 06 Jun 2017; Korea United Development Bank representative (individual) [DPRK4].

KIM, Hyon U (a.k.a. DAVID, Andoson; a.k.a. HENNY, Watson; a.k.a. KIM, Hyon Woo; a.k.a. KIM, Hyon Wu; a.k.a. PAK, Ch'in-hyo'k; a.k.a. PAK, Jin Hek; a.k.a. PAK, Jin Hyok; a.k.a. PARK, Jin Hyok); DOB 15 Aug 1984; alt. DOB 18 Oct 1984; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290333974 (Korea, North) (individual) [DPRK3].

KIM, Hyon Woo (a.k.a. DAVID, Andoson; a.k.a. HENNY, Watson; a.k.a. KIM, Hyon U; a.k.a. KIM, Hyon Wu; a.k.a. PAK, Ch'in-hyo'k; a.k.a. PAK, Jin Hek; a.k.a. PAK, Jin Hyok; a.k.a. PARK, Jin Hyok); DOB 15 Aug 1984; alt. DOB 18 Oct 1984; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290333974 (Korea, North) (individual) [DPRK3].

KIM, Hyon Wu (a.k.a. DAVID, Andoson; a.k.a. HENNY, Watson; a.k.a. KIM, Hyon U; a.k.a. KIM, Hyon Woo; a.k.a. PAK, Ch'in-hyo'k; a.k.a. PAK, Jin Hek; a.k.a. PAK, Jin Hyok; a.k.a. PARK, Jin Hyok); DOB 15 Aug 1984; alt. DOB 18 Oct 1984; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290333974 (Korea, North) (individual) [DPRK3].

KIM, Il Nam (a.k.a. KIM, Il-Nam), Korea, North; DOB 09 Apr 1958; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Chief, South Hamgyong Province, Ministry of State Security (individual) [DPRK2].

KIM, Il-Nam (a.k.a. KIM, Il Nam), Korea, North; DOB 09 Apr 1958; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Chief, South Hamgyong Province, Ministry of State Security (individual) [DPRK2].

KIM, Jong Man (a.k.a. KIM, Cho'ng-man), Korea, North; Zhuhai, China; DOB 16 Jul 1956; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 918320780; Korea United Development Bank representative (individual) [DPRK4].

KIM, Jong Sik (a.k.a. KIM, Cho'ng-sik), Korea, North; DOB 01 Jan 1967 to 31 Dec 1969; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Deputy Director of the Workers' Party of Korea Military Industry Department (individual) [DPRK2].

KIM, Jong Un, Korea, North; DOB 08 Jan 1984; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Chairman of the Workers' Party of Korea (individual) [DPRK3].

KIM, Jung Jong (a.k.a. KIM, Chung Chong), Vietnam; DOB 07 Nov 1966; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 199421147 (Korea, North) expires 29

Dec 2014; alt. Passport 381110042 (Korea, North) expires 25 Jan 2016; alt. Passport 563210184 (Korea, North) expires 18 Jun 2018; Tanchon Commercial Bank Representative in Vietnam (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

KIM, Kang Jin (a.k.a. KIM, Kang-chin), Korea, North; DOB 22 Apr 1961; POB Pyongyang, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director, External Construction Bureau (individual) [DPRK2].

KIM, Kang-chin (a.k.a. KIM, Kang Jin), Korea, North; DOB 22 Apr 1961; POB Pyongyang, North Korea; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director, External Construction Bureau (individual) [DPRK2].

KIM, Ki Nam, Korea, North; DOB 28 Aug 1929; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Director of the Workers' Party of Korea Propaganda and Agitation Department (individual) [DPRK2].

KIM, Kun, Cambodia; DOB 01 Jan 1954; POB Chan Toung Village, Sralap Commune, Tbaung Khmum District, Cambodia; Gender Male; Passport N0000259216 (Cambodia) expires 10 Jun 2025; alt. Passport D0002907 (Cambodia) (individual) [GLOMAG].

KIM, Kwang Chun; DOB 20 Apr 1967; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea Ryungseng Trading Corporation Representative in Shenyang, China (individual) [DPRK2].

KIM, Kwang Hyok, Burma; DOB 20 Apr 1970; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By

U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654210025 (Korea, North); Korean Mining Development Trading Corporation Representative in Burma (individual) [DPRK2] (Linked To: KOREA MINING DEVELOPMENT TRADING CORPORATION).

KIM, Kwang Yon; DOB 30 Jul 1966; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563210059 (individual) [DPRK2].

KIM, Kwang-Il, Beijing, China; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tanchon Commercial Bank Deputy Representative to Beijing, China (individual) [NPWMD].

KIM, Kyong Hak (a.k.a. KIM, Kyo'ng-hak), Zhuhai, China; DOB 27 Nov 1973; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654231856; Korea Ryonbong General Corporation Representative in Zhuhai, China (individual) [DPRK2].

KIM, Kyong Hyok (a.k.a. KIM, Kyo'ng-hyo'k), Shanghai, China; DOB 05 Nov 1985; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Cheil Credit Bank representative (individual) [DPRK4].

KIM, Kyong Il (a.k.a. KIM, Kyo'ng-il), Libya; DOB 01 Aug 1979; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 836210029; Foreign Trade Bank of the Democratic People's Republic of Korea deputy chief representative in Libya (individual) [DPRK2].

KIM, Kyong Nam (a.k.a. KIM, Kyo'ng-Nam), Russia; DOB 11 Jul 1976; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Foreign Trade Bank of the Democratic People's Republic of Korea Representative in Russia (individual) [NPWMD] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

KIM, Kyong Ok, Korea, North; DOB 01 Jan 1937 to 31 Dec 1938; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; First Vice Director of the Organization and Guidance Department (individual) [DPRK2].

KIM, Kyo'ng-hak (a.k.a. KIM, Kyong Hak), Zhuhai, China; DOB 27 Nov 1973; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654231856; Korea Ryonbong General Corporation Representative in Zhuhai, China (individual) [DPRK2].

KIM, Kyo'ng-hyo'k (a.k.a. KIM, Kyong Hyok), Shanghai, China; DOB 05 Nov 1985; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Cheil Credit Bank representative (individual) [DPRK4].

KIM, Kyo'ng-il (a.k.a. KIM, Kyong Il), Libya; DOB 01 Aug 1979; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 836210029; Foreign Trade Bank of the Democratic People's Republic of Korea deputy chief representative in Libya (individual) [DPRK2].

KIM, Kyo'ng-Nam (a.k.a. KIM, Kyong Nam), Russia; DOB 11 Jul 1976; nationality Korea, North; Secondary sanctions risk: North Korea

Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Foreign Trade Bank of the Democratic People's Republic of Korea Representative in Russia (individual) [NPWMD] (Linked To: FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA).

KIM, Kyu; DOB 30 Jul 1968; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; KOMID External Affairs Officer (individual) [DPRK2].

KIM, Lidia (a.k.a. KIM, Lidia Egorovna; a.k.a. KIM, Lidiia; a.k.a. KIM, Lidiya); DOB 23 Mar 1955; citizen Kyrgyzstan; Additional Information - Subject to Secondary Sanctions; Passport 02NO133036 (Russia); alt. Passport AN1912357 (individual) [SDGT] [IFSR].

KIM, Lidia Egorovna (a.k.a. KIM, Lidia; a.k.a. KIM, Lidiia; a.k.a. KIM, Lidiya); DOB 23 Mar 1955; citizen Kyrgyzstan; Additional Information - Subject to Secondary Sanctions; Passport 02NO133036 (Russia); alt. Passport AN1912357 (individual) [SDGT] [IFSR].

KIM, Lidiia (a.k.a. KIM, Lidia; a.k.a. KIM, Lidia Egorovna; a.k.a. KIM, Lidiya); DOB 23 Mar 1955; citizen Kyrgyzstan; Additional Information - Subject to Secondary Sanctions; Passport 02NO133036 (Russia); alt. Passport AN1912357 (individual) [SDGT] [IFSR].

KIM, Lidiya (a.k.a. KIM, Lidia; a.k.a. KIM, Lidia Egorovna; a.k.a. KIM, Lidiia); DOB 23 Mar 1955; citizen Kyrgyzstan; Additional Information - Subject to Secondary Sanctions; Passport 02NO133036 (Russia); alt. Passport AN1912357 (individual) [SDGT] [IFSR].

KIM, Man Chun (a.k.a. KIM, Man-ch'un), No. 567 Xinshi Street, Linjiang City, China; DOB 25 May 1966; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS654320308; Korea Ryonbong General Corporation Representative in Linjiang, China (individual) [DPRK2].

KIM, Man-ch'un (a.k.a. KIM, Man Chun), No. 567 Xinshi Street, Linjiang City, China; DOB 25 May 1966; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport PS654320308; Korea Ryonbong General Corporation Representative in Linjiang, China (individual) [DPRK2].

KIM, Min Chol, Vietnam; DOB 21 Sep 1967; POB North Korea; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Diplomat at North Korean Embassy (individual) [DPRK2].

KIM, Mun Chol (a.k.a. KIM, Mun-ch'o'l), Dandong, China; DOB 25 Mar 1957; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea United Development Bank representative (individual) [DPRK3] (Linked To: KOREA UNITED DEVELOPMENT BANK).

KIM, Mun-ch'o'l (a.k.a. KIM, Mun Chol), Dandong, China; DOB 25 Mar 1957; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Korea United Development Bank representative (individual) [DPRK3] (Linked To: KOREA UNITED DEVELOPMENT BANK).

KIM, Myong Chol (a.k.a. KIM, Myo'ng-Ch'o'l), Paris, France; DOB 12 May 1972; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 836210080 (Korea, North) expires 14 May 2021 (individual) [DPRK3] (Linked To: SEK STUDIO).

KIM, Myong Gi (a.k.a. KO, Tae Hun); DOB 25 May 1972; Secondary sanctions risk: North

Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563210630 (Korea, North) expires 20 Mar 2018; Tanchon Commercial Bank Representative (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

KIM, Myo'ng-Ch'o'l (a.k.a. KIM, Myong Chol), Paris, France; DOB 12 May 1972; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 836210080 (Korea, North) expires 14 May 2021 (individual) [DPRK3] (Linked To: SEK STUDIO).

KIM, Nam Ung, Moscow, Russia; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654110043 (Korea, North); Ilsim International Bank representative (individual) [DPRK3] (Linked To: ILSIM INTERNATIONAL BANK).

KIM, Pyong Chan (a.k.a. KIM, Pyo'ng-ch'an), Korea, North; Zhuhai, China; DOB 09 Jun 1961; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Workers' Party of Korea Official (individual) [DPRK2].

KIM, Pyo'ng-ch'an (a.k.a. KIM, Pyong Chan), Korea, North; Zhuhai, China; DOB 09 Jun 1961; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Workers' Party of Korea Official (individual) [DPRK2].

KIM, Sang Man (Korean: 김상만) (a.k.a. KIM, Sangman), Russia; Korea, North; DOB 25 Apr 1965; POB North Pyongan Province, North Korea; nationality Korea, North; Gender Male; Digital Currency Address - XBT 1D6gG9iKEhPitTcWRJiniuj1jYM2hNeAfJ; alt. Digital Currency Address - XBT 1FCNgfZWpYMeYhy9t18AAkTBu8AsdoAc1Z;

Digital Currency Address - ETH 0x97b1043abd9e6fc31681635166d430a458d14 f9c; alt. Digital Currency Address - ETH 0xb6f5ec1a0a9cd1526536d3f0426c429529471f 40; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Digital Currency Address - USDT 0xb6f5ec1a0a9cd1526536d3f0426c429529471f 40; Digital Currency Address - USDC 0xb6f5ec1a0a9cd1526536d3f0426c429529471f 40; Passport 109420132 (Korea, North) issued 16 Oct 2019 expires 16 Oct 2024; alt. Passport 827220538 (Korea, North); alt. Passport 563220082 (Korea, North) (individual) [DPRK4].

KIM, Sang-ho, Yanji, China; DOB 16 May 1957; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563337601; Korea Daesong Bank representative (individual) [DPRK4].

KIM, Sangman (a.k.a. KIM, Sang Man (Korean: 김상만)), Russia; Korea, North; DOB 25 Apr 1965; POB North Pyongan Province, North Korea; nationality Korea, North; Gender Male; Digital Currency Address - XBT 1D6gG9iKEhPitTcWRJiniuj1jYM2hNeAfJ; alt. Digital Currency Address - XBT 1FCNgfZWpYMeYhy9t18AAkTBu8AsdoAc1Z; Digital Currency Address - ETH 0x97b1043abd9e6fc31681635166d430a458d14 f9c; alt. Digital Currency Address - ETH 0xb6f5ec1a0a9cd1526536d3f0426c429529471f 40; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Digital Currency Address - USDT 0xb6f5ec1a0a9cd1526536d3f0426c429529471f 40; Digital Currency Address - USDC 0xb6f5ec1a0a9cd1526536d3f0426c429529471f 40; Passport 109420132 (Korea, North) issued 16 Oct 2019 expires 16 Oct 2024; alt. Passport 827220538 (Korea, North); alt. Passport 563220082 (Korea, North) (individual) [DPRK4].

KIM, Se Gon; DOB 13 Nov 1969; Secondary sanctions risk: North Korea Sanctions

Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472310104 (Korea, North); Representative of Ministry of Atomic Energy Industry (individual) [NPWMD] (Linked To: MINISTRY OF ATOMIC ENERGY INDUSTRY).

KIM, Sok Chol, Burma; DOB 08 May 1955; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472310082; North Korean Ambassador to Burma (individual) [DPRK2].

KIM, Song (a.k.a. KIM, So'ng), Linjiang, China; DOB 11 Jan 1964; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Representative of the Korea Ryonbong General Corporation in Linjiang, China (individual) [DPRK2].

KIM, So'ng (a.k.a. KIM, Song), Linjiang, China; DOB 11 Jan 1964; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Representative of the Korea Ryonbong General Corporation in Linjiang, China (individual) [DPRK2].

KIM, Song Chol (a.k.a. KIM, Hak Song); DOB 26 Mar 1968; alt. DOB 15 Oct 1970; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654120219 (Korea, North) expires 24 Feb 2019; alt. Passport 381420565 (Korea, North) expires 23 Nov 2016 (individual) [NPWMD] (Linked To: KOREA MINING DEVELOPMENT TRADING CORPORATION).

KIM, Song Hun (a.k.a. KIM, So'ng-hun), Shenyang, China; DOB 10 Apr 1978; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210;

Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745235023 (Korea, North) (individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

KIM, So'ng-hun (a.k.a. KIM, Song Hun), Shenyang, China; DOB 10 Apr 1978; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 745235023 (Korea, North) (individual) [NPWMD] (Linked To: SECOND ACADEMY OF NATURAL SCIENCES).

KIM, Son-gwang (a.k.a. KIM, Son-kwang; a.k.a. KIM, Sou-gwang; a.k.a. KIM, Sou-kwang; a.k.a. KIM, Su-gwang; a.k.a. KIM, Su-Kwang); DOB 18 Aug 1976; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

KIM, Son-kwang (a.k.a. KIM, Son-gwang; a.k.a. KIM, Sou-gwang; a.k.a. KIM, Sou-kwang; a.k.a. KIM, Su-gwang; a.k.a. KIM, Su-Kwang); DOB 18 Aug 1976; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

KIM, Sou-gwang (a.k.a. KIM, Son-gwang; a.k.a. KIM, Son-kwang; a.k.a. KIM, Sou-kwang; a.k.a. KIM, Su-gwang; a.k.a. KIM, Su-Kwang); DOB 18 Aug 1976; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

KIM, Sou-kwang (a.k.a. KIM, Son-gwang; a.k.a. KIM, Son-kwang; a.k.a. KIM, Sou-gwang; a.k.a. KIM, Su-gwang; a.k.a. KIM, Su-Kwang); DOB 18 Aug 1976; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North

Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

KIM, Su Gil (Korean: 김수길) (a.k.a. KIM, Su-kil), Korea, North; DOB 1950; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

KIM, Su II, Ho Chi Minh City, Vietnam; DOB 04 Mar 1985; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 108220348 (Korea, North) expires 18 May 2023; alt. Passport 745220480 (Korea, North) expires 02 Jun 2020; Munitions Industry Department Representative in Vietnam (individual) [DPRK2].

KIM, Su-gwang (a.k.a. KIM, Son-gwang; a.k.a. KIM, Son-kwang; a.k.a. KIM, Sou-gwang; a.k.a. KIM, Sou-kwang; a.k.a. KIM, Su-Kwang); DOB 18 Aug 1976; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

KIM, Su-kil (a.k.a. KIM, Su Gil (Korean: 김수길)), Korea, North; DOB 1950; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

KIM, Su-Kwang (a.k.a. KIM, Son-gwang; a.k.a. KIM, Son-kwang; a.k.a. KIM, Sou-gwang; a.k.a. KIM, Sou-kwang; a.k.a. KIM, Su-gwang); DOB 18 Aug 1976; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK2].

KIM, Tong Chol (a.k.a. KIM, Tong-ch'o'l), Shenyang, China; DOB 28 Jan 1966; Secondary sanctions risk: North Korea

Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Foreign Trade Bank of the Democratic People's Republic of Korea official (individual) [DPRK2].

KIM, TONG MYONG (a.k.a. KIM, CHIN-SO'K; a.k.a. KIM, HYOK CHOL; a.k.a. KIM, Tong-Myo'ng; a.k.a. "KIM, JIN SOK"); DOB 1964; alt. DOB 28 Aug 1962; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290320764 (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

KIM, Tong-chol, 34 Herbst Street, Windhoek, Namibia; DOB 07 Aug 1968; POB North Korea; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472336944 issued 10 Sep 2012 expires 10 Sep 2017; Managing Director, Mansudae Overseas Projects; Director, Mansudae Overseas Projects Architectural and Technical Services (PTY) Ltd.; Deputy Managing Director, Qingdao Construction (Namibia) CC (individual) [DPRK3] (Linked To: MANSUDAE OVERSEAS PROJECT GROUP OF COMPANIES; Linked To: MANSUDAE OVERSEAS PROJECTS ARCHITECTURAL AND TECHNICAL SERVICES (PTY) LIMITED; Linked To: QINGDAO CONSTRUCTION (NAMIBIA) CC).

KIM, Tong-ch'o'l (a.k.a. KIM, Tong Chol), Shenyang, China; DOB 28 Jan 1966; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Foreign Trade Bank of the Democratic People's Republic of Korea official (individual) [DPRK2].

KIM, Tong-ho, Vietnam; DOB 18 Aug 1969; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214; Passport 745310111 (Korea, North); Tanchon Commercial Bank representative (individual) [DPRK3].

KIM, Tong-Myo'ng (a.k.a. KIM, CHIN-SO'K; a.k.a. KIM, HYOK CHOL; a.k.a. KIM, TONG MYONG; a.k.a. "KIM, JIN SOK"); DOB 1964; alt. DOB 28 Aug 1962; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 290320764 (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

KIM, Won Hong (a.k.a. KIM, Wo'n-hong), Korea, North; DOB 17 Jul 1945; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Minister of State Security (individual) [DPRK2].

KIM, Wo'n-hong (a.k.a. KIM, Won Hong), Korea, North; DOB 17 Jul 1945; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Minister of State Security (individual) [DPRK2].

KIM, Yevgeniy Radionovich, Moscow, Russia; DOB 01 Jul 1979; POB Tashkent, Uzbekistan; nationality Russia; Gender Male; National ID No. 4508488884 (Russia) issued 18 May 2006 (individual) [RUSSIA-EO14024].

KIM, Yo Jong (a.k.a. KIM, Yo'-cho'ng), Korea, North; DOB 26 Sep 1989; Gender Female; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vice Director of the Workers' Party of Korea Propaganda and Agitation Department (individual) [DPRK2].

KIM, Yo'-cho'ng (a.k.a. KIM, Yo Jong), Korea, North; DOB 26 Sep 1989; Gender Female; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations

section 510.214; Vice Director of the Workers' Party of Korea Propaganda and Agitation Department (individual) [DPRK2].

KIM, Yong Chol (a.k.a. KIM, Yong-Chol; a.k.a. KIM, Young-Cheol; a.k.a. KIM, Young-Chol; a.k.a. KIM, Young-Chul); DOB circa 1947; alt. DOB circa 1946; POB Pyongan-Pukto, North Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK].

KIM, Yong Chol; DOB 18 Feb 1962; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; KOMID Representative in Iran (individual) [DPRK2].

KIM, Yong Su (a.k.a. KIM, Yo'ng-su), Vietnam; DOB 09 Feb 1969; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654435458 expires 26 Nov 2019; Chief Representative of the Marine Transport Office in Vietnam (individual) [DPRK2].

KIM, Yong-Chol (a.k.a. KIM, Yong Chol; a.k.a. KIM, Young-Cheol; a.k.a. KIM, Young-Chol; a.k.a. KIM, Young-Chul); DOB circa 1947; alt. DOB circa 1946; POB Pyongan-Pukto, North Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK].

KIM, Yo'ng-su (a.k.a. KIM, Yong Su), Vietnam; DOB 09 Feb 1969; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654435458 expires 26 Nov 2019; Chief Representative of the Marine Transport Office in Vietnam (individual) [DPRK2].

KIM, Young-Cheol (a.k.a. KIM, Yong Chol; a.k.a. KIM, Yong-Chol; a.k.a. KIM, Young-Chol; a.k.a.

KIM, Young-Chul); DOB circa 1947; alt. DOB circa 1946; POB Pyongan-Pukto, North Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK].

KIM, Young-Chol (a.k.a. KIM, Yong Chol; a.k.a. KIM, Yong-Chol; a.k.a. KIM, Young-Cheol; a.k.a. KIM, Young-Chul); DOB circa 1947; alt. DOB circa 1946; POB Pyongan-Pukto, North Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK].

KIM, Young-Chul (a.k.a. KIM, Yong Chol; a.k.a. KIM, Yong-Chol; a.k.a. KIM, Young-Cheol; a.k.a. KIM, Young-Chol); DOB circa 1947; alt. DOB circa 1946; POB Pyongan-Pukto, North Korea; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK].

KIMENYI, Gilbert (a.k.a. KIMENYI, Nyembo; a.k.a. UWIMBABAZI, Sebastien; a.k.a. "MANZI"; a.k.a. "NYEMBO"), Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1968; POB Gatoki Cell, Murunda Sector, Rutsiro Commune, Kibuye Prefecture, Rwanda; alt. POB Rutsiro District, Western Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO] (Linked To: FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA).

KIMENYI, Nyembo (a.k.a. KIMENYI, Gilbert; a.k.a. UWIMBABAZI, Sebastien; a.k.a. "MANZI"; a.k.a. "NYEMBO"), Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1968; POB Gatoki Cell, Murunda Sector, Rutsiro Commune, Kibuye Prefecture, Rwanda; alt. POB Rutsiro District, Western Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO] (Linked To: FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA).

KIMIA PAKHSH SHARGH (a.k.a. KIMIYA PAKHSH SHARGH; a.k.a. KIMIYA PAKHSH SHARGH CO. LTD; a.k.a. KIMIYA PAKHSH SHARGH GROUP; a.k.a. "KIMIA"; a.k.a. "KIMIA CO., LTD."), No. 6, West Zartosht Ave, Between

Joybar & Valiasr, Tehran, Iran; West Zoroaster, Between Joybar and Valiasr, No. 6, Box: 42670, Tehran, Iran; First Floor, No. 10, The 11th Alley, Prideful Streets, Martyr Beheshti, Sarafraz Street, Beheshti Avenue, Tehran, Iran; No. 1, Next to Mehr Credit Institute, Zartosht Street, Tehran 1415863911, Iran; Website https://kps-co.com; alt. Website www.kps-co.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102179854 (Iran); Registration Number 175612 (Iran) [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

KIMIA PART SIVAN (a.k.a. KIMIA PART SIVAN COMPANY LLC (Arabic: شرکت کیمیا پارت سیوان با مسئولیت محدود); a.k.a. "KIMIA PARTS SIBON"; a.k.a. "KIMIYA PARS SEBON"; a.k.a. "KIPAS"), 1st Street, 6th Side Street, No. 81, Jey Industrial Park, Isfahan 8376100000, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320661315 (Iran); Registration Number 47779 (Iran); alt. Registration Number 414950 (Iran) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KIMIA PART SIVAN COMPANY LLC (Arabic: شرکت کیمیا پارت سیوان با مسئولیت محدود a.k.a.), KIMIA PART SIVAN; a.k.a. "KIMIA PARTS SIBON"; a.k.a. "KIMIYA PARS SEBON"; a.k.a. "KIPAS"), 1st Street, 6th Side Street, No. 81, Jey Industrial Park, Isfahan 8376100000, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10320661315 (Iran); Registration Number 47779 (Iran); alt. Registration Number 414950 (Iran) [SDGT] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KIMIAYE PARS KHAVARMIANEH PETROCHEMICAL CO. (Arabic: پتروشیمی کیمیای پارس خاورمیانه a.k.a.) MIDDLE EAST KIMIAYE PARS CO.; a.k.a. MIDDLE EAST KIMIYA PARS CO.; a.k.a. "MEKPCO"), 2 J St., Abushahr St., Pars Energy Special Economic Zone, Petrochemical Square, Asalouyeh Port 7511895551, Iran; No. 3, 4th Floor, West Saro St., Corner of Aseman, Sa'adat Abad, Tehran 1998133734, Iran; Website www.mekpco.com; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 2007 [IRAN-EO13846] (Linked To: TRILIANCE PETROCHEMICAL CO. LTD.).

KIMIYA PAKHSH SHARGH (a.k.a. KIMIA PAKHSH SHARGH; a.k.a. KIMIYA PAKHSH SHARGH CO. LTD; a.k.a. KIMIYA PAKHSH SHARGH GROUP; a.k.a. "KIMIA"; a.k.a. "KIMIA CO., LTD."), No. 6, West Zartosht Ave, Between Joybar & Valiasr, Tehran, Iran; West Zoroaster, Between Joybar and Valiasr, No. 6, Box: 42670, Tehran, Iran; First Floor, No. 10, The 11th Alley, Prideful Streets, Martyr Beheshti, Sarafraz Street, Beheshti Avenue, Tehran, Iran; No. 1, Next to Mehr Credit Institute, Zartosht Street, Tehran 1415863911, Iran; Website https://kps-co.com; alt. Website www.kps-co.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102179854 (Iran); Registration Number 175612 (Iran) [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

KIMIYA PAKHSH SHARGH CO. LTD (a.k.a. KIMIA PAKHSH SHARGH; a.k.a. KIMIYA PAKHSH SHARGH; a.k.a. KIMIYA PAKHSH SHARGH GROUP; a.k.a. "KIMIA"; a.k.a. "KIMIA CO., LTD."), No. 6, West Zartosht Ave, Between Joybar & Valiasr, Tehran, Iran; West Zoroaster, Between Joybar and Valiasr, No. 6, Box: 42670, Tehran, Iran; First Floor, No. 10, The 11th Alley, Prideful Streets, Martyr Beheshti, Sarafraz Street, Beheshti Avenue, Tehran, Iran; No. 1, Next to Mehr Credit Institute, Zartosht Street, Tehran 1415863911, Iran; Website https://kps-co.com; alt. Website www.kps-co.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102179854 (Iran); Registration Number 175612 (Iran) [NPWMD] [IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

KIMIYA PAKHSH SHARGH GROUP (a.k.a. KIMIA PAKHSH SHARGH; a.k.a. KIMIYA PAKHSH SHARGH; a.k.a. KIMIYA PAKHSH SHARGH CO. LTD; a.k.a. "KIMIA"; a.k.a. "KIMIA CO., LTD."), No. 6, West Zartosht Ave, Between Joybar & Valiasr, Tehran, Iran; West Zoroaster, Between Joybar and Valiasr, No. 6, Box: 42670, Tehran, Iran; First Floor, No. 10, The 11th Alley, Prideful Streets, Martyr Beheshti, Sarafraz Street, Beheshti Avenue, Tehran, Iran; No. 1, Next to Mehr Credit Institute, Zartosht Street, Tehran 1415863911, Iran; Website https://kps-co.com; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10102179854 (Iran); Registration Number 175612 (Iran) [NPWMD]

[IFSR] (Linked To: THE ORGANIZATION OF DEFENSIVE INNOVATION AND RESEARCH).

KIMSUKY (a.k.a. "APT43"; a.k.a. "ARCHIPELAGO"; a.k.a. "BLACK BANSHEE"; a.k.a. "EMERALD SLEET"; a.k.a. "NICKEL KIMBALL"; a.k.a. "THALLIUM"; a.k.a. "VELVET CHOLLIMA"), Korea, North; Website onerearth.xyz; alt. Website sovershopp.online; alt. Website mofa.lat; alt. Website janskinmn.lol; alt. Website supermeasn.lat; alt. Website bookstarrtion.online; alt. Website cdredos.site; alt. Website scemsal.site; alt. Website somelmark.store; Email Address hongsiao@naver.com; alt. Email Address teriparl25@gmail.com; alt. Email Address seanchung.hanvoice@hotmail.com; alt. Email Address pkurui9999@gmail.com; alt. Email Address ssdkfdlsfd@gmail.com; alt. Email Address haris2022100@outlook.com; alt. Email Address bing2020@outlook.kr; alt. Email Address marksigal1001@gmail.com; alt. Email Address donghyunkim1010@gmail.com; alt. Email Address hong_xiao@naver.com; alt. Email Address sm.carls0000@gmail.com; alt. Email Address kennedypamla@gmail.com; alt. Email Address ds1kde@aol.com; alt. Email Address ds1kde@daum.net; alt. Email Address yoon.dasl@yahoo.com; alt. Email Address syshim10@mofa.lat; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

KINAHAN JUNIOR, Christopher Vincent (a.k.a. "CHRISTY JNR."), 1404 Iris Blue Building, Dubai Marina, P.O. Box 11850, Dubai, United Arab Emirates; Calle Edificio El Noray, 2 Piso 1 B, Marbella, Spain; Urbanizacion Acosta Los Flamingos Golf, Bloque 82 D, Benahavis, Marbella, Spain; DOB 24 Sep 1980; alt. DOB 30 May 1981; POB Dublin, Ireland; nationality Ireland; citizen Ireland; Gender Male; Passport PW2418905 (Ireland); alt. Passport PT0298836 (Ireland); alt. Passport PN8384153 (Ireland); alt. Passport 512964060 (United Kingdom); Identification Number 784198027625874 (United Arab Emirates); alt. Identification Number 166622091 (United Arab Emirates); alt. Identification Number 077449510 (United Arab Emirates) (individual) [TCO] (Linked To: KINAHAN ORGANIZED CRIME GROUP).

KINAHAN ORGANISED CRIME GROUP (a.k.a. KINAHAN ORGANIZED CRIME GROUP; a.k.a. "KOCG"), Ireland; United Kingdom; Spain;

Netherlands; Dubai, United Arab Emirates; Target Type Criminal Organization [TCO].

KINAHAN ORGANIZED CRIME GROUP (a.k.a. KINAHAN ORGANISED CRIME GROUP; a.k.a. "KOCG"), Ireland; United Kingdom; Spain; Netherlands; Dubai, United Arab Emirates; Target Type Criminal Organization [TCO].

KINAHAN, Christopher Vincent (a.k.a. "KINAHAN SENIOR, Christy"; a.k.a. "O'BRIEN, Christopher"; a.k.a. "THE DAPPER DON"), Dubai, United Arab Emirates; Calle Muntaner 325, Planta 6, 4, Barcelona 08021, Spain; Calle Los Geranios, Villa Indelo N 244, San Pedro De Alcantara, Marbella, Spain; Urbanizacion Torre Bermeja, N 1501, Estepona, Spain; DOB 23 Mar 1957; alt. DOB 19 Nov 1952; alt. DOB 23 May 1957; POB Cabra, Ireland; alt. POB Perivale, Middlesex, United Kingdom; alt. POB London, United Kingdom; alt. POB Dublin, Ireland; nationality Ireland; citizen Ireland; Gender Male; Passport PD3265994 (Ireland); alt. Passport 094456153 (United Kingdom); alt. Passport 707265430 (United Kingdom); alt. Passport C181651D (United Kingdom); alt. Passport 701191749 (United Kingdom) (individual) [TCO] (Linked To: KINAHAN ORGANIZED CRIME GROUP).

KINAHAN, Daniel Joseph, 14 Palm Jumeirah, Dubai 378149, United Arab Emirates; Avda Juan Ramon Jimenez 2, Urbanizacion Cortijo Blanco, San Pedro de Alcantaras, Malaga 29670, Spain; Calle Galicia No 71 A, Guadalmina Baja, Estepona, Spain; DOB 25 Jun 1977; alt. DOB 26 May 1979; POB Dublin, Ireland; nationality Ireland; citizen Ireland; alt. citizen United Kingdom; Gender Male; Passport PB1642995 (Ireland); alt. Passport PW1900911 (Ireland); alt. Passport P008448 (Ireland); alt. Passport PD4435945 (Ireland); alt. Passport 704043374 (United Kingdom); Identification Number 784197715087538 (United Arab Emirates); alt. Identification Number 076822265 (United Arab Emirates); alt. Identification Number 195762701 (United Arab Emirates) (individual) [TCO] (Linked To: KINAHAN ORGANIZED CRIME GROUP).

KINAYEH, Lina (Arabic: لينا كنايه) (a.k.a. AL-CANAIYA, Leena Muhammad Nathir; a.k.a. AL-KINAYA, Lina Muhammed Nazir; a.k.a. AL-KINAYEH, Leena; a.k.a. AL-KINAYEH, Lina (Arabic: لينا الكنايه); a.k.a. AL-KINAYEH, Lina Mohammad Natheer; a.k.a. AL-KINAYEH, Lina Mohammed Nazir (Arabic: لينا محمد نذير الكنايه); a.k.a. KNAYA, Lina; a.k.a. KNIYA, Lina), Al-Zahiriya, Northern Tripoli, Lebanon; DOB 20

Jan 1980; nationality Lebanon; alt. nationality Syria; Gender Female; National ID No. 000036055655 (Lebanon) (individual) [SYRIA].

KING PAI TECHNOLOGY CO., LTD. (a.k.a. JINPAI TECHNOLOGY HONG KONG CO., LTD.; a.k.a. KING-PAI TECHNOLOGY HK CO., LIMITED (Chinese Simplified: 金派科技(香港)有限公司)), Rm 13, 4/F Flourish Industrial Building, 33 Sheung Yee Road, Bay Kowloon, Hong Kong, China; Organization Established Date 11 Aug 2008; Registration Number 1263702 (Hong Kong) [RUSSIA-EO14024].

KING ROMANS COMPANY LIMITED, 292, Wiang, Chiang Saen, Chiang Rai 57150, Thailand; 292 Mu. 1, Tambon Wiang, Chiang Saen District, Chiang Rai, Thailand; 422/44 Chang Khlan Road, Tambon Chang Khlang, Mueang District, Chiang Mai, Thailand; Registration ID 0575552000132 (Thailand) [TCO] (Linked To: WEI, Zhao; Linked To: RUNGTAWANKHIRI, Nat).

KING ROMANS GROUP COMPANY LTD (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

KING ROMANS GROUP COMPANY LTD (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS

INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

KING TRADE B.V., Purcellstraat 4, GZ, Boxtel 5283, Netherlands; Organization Established Date 31 Mar 2021; Tax ID No. 862449704 (Netherlands) [ILLICIT-DRUGS-EO14059] (Linked To: DE KONING, Martinus Pterus Henrikus).

KINGLY WON INTERNATIONAL CO., LTD., Marshall Islands; Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro MH 96960, Marshall Islands; Taiwan; 8th Floor, Number 466, Section 2, Neihu Road, Taipei, Taiwan; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Commercial Registry Number 90132 (Marshall Islands) [DPRK3] (Linked To: TSANG, Yung Yuan).

KING-PAI TECHNOLOGY HK CO., LIMITED (Chinese Simplified: 金派科技(香港)有限公司) (a.k.a. JINPAI TECHNOLOGY HONG KONG CO., LTD.; a.k.a. KING PAI TECHNOLOGY CO., LTD.), Rm 13, 4/F Flourish Industrial Building, 33 Sheung Yee Road, Bay Kowloon, Hong Kong, China; Organization Established Date 11 Aug 2008; Registration Number 1263702 (Hong Kong) [RUSSIA-EO14024].

KINGS ROMAN INTERNATIONAL COMPANY, LIMITED (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung

Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

KINGS ROMAN RESORT AND CASINO (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

KINGS ROMAN RESORT AND CASINO (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

KINGS ROMANS CASINO (a.k.a. KINGS ROMANS GROUP; a.k.a. ZHAO WEI NARCOTICS TRAFFICKING GROUP; a.k.a. ZHAO WEI TCO), Laos; Thailand; Burma; China [TCO].

KINGS ROMANS CASINO (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

KINGS ROMANS CASINO (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

KINGS ROMANS GROUP (a.k.a. KINGS ROMANS CASINO; a.k.a. ZHAO WEI NARCOTICS TRAFFICKING GROUP; a.k.a. ZHAO WEI TCO), Laos; Thailand; Burma; China [TCO].

KINGS ROMANS GROUP (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG

NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

KINGS ROMANS GROUP (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

KINGS ROMANS INTERNATIONAL (HK) CO., LIMITED (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm 3605, 36/F Wu Chung

Hse, 213 Queens Rd E, Wan Chai, Hong Kong Island, Hong Kong; Registration ID 51510606 (Hong Kong); Certificate of Incorporation Number 1396649 (Hong Kong) [TCO] (Linked To: WEI, Zhao; Linked To: SU, Guiqin).

KINGS ROMANS INTERNATIONAL INVESTMENT CO. LIMITED (a.k.a. DOK NGEW KHAM CASINO CO. LTD.; a.k.a. DOK NGIEO KHAM COMPANY; a.k.a. DOK NGIU KHAM KING ROMAN CASINO; a.k.a. DOK NGIU KHAM KING ROMAN GROUP; a.k.a. DOKNGIEWKHAM COMPANY; a.k.a. DONG NGIEW KHAM GROUP; a.k.a. GOLDEN KAPOK; a.k.a. JIN MU MIAN; a.k.a. JING MU MIANG COMPANY; a.k.a. KING ROMANS GROUP COMPANY LTD; a.k.a. KINGS ROMAN INTERNATIONAL COMPANY, LIMITED; a.k.a. KINGS ROMAN RESORT AND CASINO; a.k.a. KINGS ROMANS CASINO; a.k.a. KINGS ROMANS GROUP; a.k.a. MYANMAR MACAU LUNDUN; a.k.a. WEI TA LEE COMPANY), Rm C, 15/F, Full Win Coml Ctr, 573 Nathan Rd, Mongkok, Kowloon, Hong Kong; Rm 3605, 36FL, Wu Chung House, 213 Queen's Road East, Wan Chai, Hong Kong; Registration ID 38620903 (Hong Kong); Certificate of Incorporation Number 1184117 (Hong Kong) [TCO] (Linked To: WEI, Zhao).

KINGTAIM KHEDMAN RUS, Ul. Rabochaya D. 2A, K. 22A, Office 206V, Khimki 141401, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5047249930 (Russia); Registration Number 1215000033478 (Russia) [RUSSIA-EO14024].

KINOATIS (a.k.a. KINOATIS LLC; a.k.a. LIMITED LIABILITY COMPANY KINOATIS; a.k.a. LLC KINOATIS), Ul. Polkovaya D. 3, Str. 6, ET/POM/KOM 6/1/1, 3, Moscow 127018, Russia; Ul. Polkovaya, d. 3, Str. 6, r. 13, Moscow 127018, Russia; 36613 Polkovaya, Moscow, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 23 Jun 2004; Tax ID No. 7743531082; Business Registration Number 1047796451658 [DPRK3] (Linked To: SEK STUDIO).

KINOATIS LLC (a.k.a. KINOATIS; a.k.a. LIMITED LIABILITY COMPANY KINOATIS; a.k.a. LLC KINOATIS), Ul. Polkovaya D. 3, Str. 6, ET/POM/KOM 6/1/1, 3, Moscow 127018, Russia; Ul. Polkovaya, d. 3, Str. 6, r. 13, Moscow 127018, Russia; 36613 Polkovaya, Moscow, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 23 Jun 2004; Tax ID No. 7743531082; Business Registration Number 1047796451658 [DPRK3] (Linked To: SEK STUDIO).

KINOSTUDIYA YALTA-FILM (a.k.a. AKTSIONERNOE OBSCHESTVO 'YALTINSKAYA KINODSTUDIYA'; a.k.a. CJSC YALTA-FILM; a.k.a. FILM STUDIO YALTA-FILM; a.k.a. JOINT STOCK COMPANY YALTA FILM STUDIO; a.k.a. JSC YALTA FILM STUDIO; a.k.a. OAO YALTINSKAYA KINOSTUDIYA; a.k.a. YALTA FILM STUDIO; a.k.a. YALTA FILM STUDIOS), Ulitsa Mukhina, Building 3, Yalta, Crimea 298063, Ukraine; Sevastopolskaya 4, Yalta, Crimea, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 30993572 [UKRAINE-EO13685].

KINTALEG LIMITED, 57/63, Line Wall Road, Gibraltar GX11 1AA, Gibraltar; Organization Type: Activities of holding companies; Target Type Private Company [GLOMAG] (Linked To: MUKONDA MAYANDU, Alain).

KIPLI, Sali (a.k.a. JULKIPLI, Salim; a.k.a. JULKIPLI, Salim Y Salamuddin), Philippines; DOB 20 Jun 1976; POB Tulay, Jolo Sulu, Philippines; nationality Philippines; Gender Male (individual) [SDGT].

KIRAKOSYAN, Ruben Ruslanovich, Russia; DOB 03 Mar 1980; citizen Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [NPWMD] (Linked To: GEFEST-M LLC; Linked To: KOREA TANGUN TRADING CORPORATION).

KIRAM, Mohammad Reza Lahaman (a.k.a. KIRAM, Mohd Reza; a.k.a. "AL-FILIPINI, Abu Abdul Rahman"), Syria; DOB 03 Mar 1990; POB Zamboanga City, Zamboanga del Sur,

Philippines; nationality Philippines; citizen Philippines; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

KIRAM, Mohd Reza (a.k.a. KIRAM, Mohammad Reza Lahaman; a.k.a. "AL-FILIPINI, Abu Abdul Rahman"), Syria; DOB 03 Mar 1990; POB Zamboanga City, Zamboanga del Sur, Philippines; nationality Philippines; citizen Philippines; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

KIRBAKI, Muzamir (a.k.a. KASAADA, Muzamil; a.k.a. KASADA, Kasadha; a.k.a. KASADHA, Amisi; a.k.a. KIRIBAKI, Muzamir; a.k.a. "Kalume"; a.k.a. "Karume"), Congo, Democratic Republic of the; DOB 1975 to 1981; POB Iganga District, Busoga Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

KIRIBAKI, Muzamir (a.k.a. KASAADA, Muzamil; a.k.a. KASADA, Kasadha; a.k.a. KASADHA, Amisi; a.k.a. KIRBAKI, Muzamir; a.k.a. "Kalume"; a.k.a. "Karume"), Congo, Democratic Republic of the; DOB 1975 to 1981; POB Iganga District, Busoga Region, Uganda; nationality Uganda; Gender Male (individual) [GLOMAG].

KIRILLOVA, Anastasiya Sergeyevna, Russia; DOB 31 Dec 1986; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: INFOROS, OOO).

KIRIYANOV, Artem Yurievich (Cyrillic: КИРЬЯНОВ, Артем Юрьевич), Russia; DOB 12 Jan 1977; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KIRIYENKO, Sergei Vladilenovich (Cyrillic: КИРИЕНКО, Сергей Владиленович) (f.k.a. IZRAITEL, Sergey Vladilenovich; a.k.a. KIRIYENKO, Sergey Vladenilovich), Moscow, Russia; DOB 26 Jul 1962; POB Sukhumi, Georgia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KIRIYENKO, Sergey Vladenilovich (f.k.a. IZRAITEL, Sergey Vladilenovich; a.k.a. KIRIYENKO, Sergei Vladilenovich (Cyrillic: КИРИЕНКО, Сергей Владиленович)),

Moscow, Russia; DOB 26 Jul 1962; POB Sukhumi, Georgia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KIRIYENKO, Vladimir (a.k.a. KIRIYENKO, Vladimir Sergeevich (Cyrillic: КИРИЕНКО, Владимир Сергеевич)), Nesivizhsky Pereulok 12 Bld 1 Flat 16, Moscow 119021, Russia; DOB 27 May 1983; POB Nizhny Novgorod, Russia; nationality Russia; Gender Male; Passport 731167796 (Russia) issued 06 Sep 2013 expires 17 Feb 2022 (individual) [RUSSIA-EO14024] (Linked To: KIRIYENKO, Sergei Vladilenovich).

KIRIYENKO, Vladimir Sergeevich (Cyrillic: КИРИЕНКО, Владимир Сергеевич) (a.k.a. KIRIYENKO, Vladimir), Nesivizhsky Pereulok 12 Bld 1 Flat 16, Moscow 119021, Russia; DOB 27 May 1983; POB Nizhny Novgorod, Russia; nationality Russia; Gender Male; Passport 731167796 (Russia) issued 06 Sep 2013 expires 17 Feb 2022 (individual) [RUSSIA-EO14024] (Linked To: KIRIYENKO, Sergei Vladilenovich).

KIROVSKI ZAVOD OAO (a.k.a. KIROVSKI ZAVOD PAO; a.k.a. KIROVSKII ZAVOD; a.k.a. KIROVSKY ZAVOD GROUP; a.k.a. KIROVSKY ZAVOD PUBLIC JOINT STOCK COMPANY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO KIROVSKI ZAVOD), PR-KT Stachek D. 47, Saint Petersburg 198097, Russia; Organization Established Date 05 Nov 1992; Tax ID No. 7805019279 (Russia); Government Gazette Number 07519047 (Russia); Registration Number 1027802712365 (Russia) [RUSSIA-EO14024].

KIROVSKI ZAVOD PAO (a.k.a. KIROVSKI ZAVOD OAO; a.k.a. KIROVSKII ZAVOD; a.k.a. KIROVSKY ZAVOD GROUP; a.k.a. KIROVSKY ZAVOD PUBLIC JOINT STOCK COMPANY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO KIROVSKI ZAVOD), PR-KT Stachek D. 47, Saint Petersburg 198097, Russia; Organization Established Date 05 Nov 1992; Tax ID No. 7805019279 (Russia); Government Gazette Number 07519047 (Russia); Registration Number 1027802712365 (Russia) [RUSSIA-EO14024].

KIROVSKII ZAVOD (f.k.a. KIROVSKI ZAVOD OAO; a.k.a. KIROVSKI ZAVOD PAO; a.k.a. KIROVSKY ZAVOD GROUP; a.k.a. KIROVSKY ZAVOD PUBLIC JOINT STOCK COMPANY; a.k.a. PUBLICHNOE AKTSIONERNOE

OBSHCHESTVO KIROVSKI ZAVOD), PR-KT Stachek D. 47, Saint Petersburg 198097, Russia; Organization Established Date 05 Nov 1992; Tax ID No. 7805019279 (Russia); Government Gazette Number 07519047 (Russia); Registration Number 1027802712365 (Russia) [RUSSIA-EO14024].

KIROVSKY ZAVOD GROUP (f.k.a. KIROVSKI ZAVOD OAO; a.k.a. KIROVSKI ZAVOD PAO; a.k.a. KIROVSKII ZAVOD; a.k.a. KIROVSKY ZAVOD PUBLIC JOINT STOCK COMPANY; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO KIROVSKI ZAVOD), PR-KT Stachek D. 47, Saint Petersburg 198097, Russia; Organization Established Date 05 Nov 1992; Tax ID No. 7805019279 (Russia); Government Gazette Number 07519047 (Russia); Registration Number 1027802712365 (Russia) [RUSSIA-EO14024].

KIROVSKY ZAVOD PUBLIC JOINT STOCK COMPANY (f.k.a. KIROVSKI ZAVOD OAO; a.k.a. KIROVSKI ZAVOD PAO; a.k.a. KIROVSKII ZAVOD; a.k.a. KIROVSKY ZAVOD GROUP; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO KIROVSKI ZAVOD), PR-KT Stachek D. 47, Saint Petersburg 198097, Russia; Organization Established Date 05 Nov 1992; Tax ID No. 7805019279 (Russia); Government Gazette Number 07519047 (Russia); Registration Number 1027802712365 (Russia) [RUSSIA-EO14024].

KIRYANOV, Victor Nikolayevich (Cyrillic: КИРЬЯНОВ, Виктор Николаевич) (a.k.a. KIRYANOV, Viktor Nikolaevich), Palme Ulofa 7-24, Moscow 119049, Russia; DOB 29 Dec 1952; POB Tikhvin, Leningrad Oblast, Russia; nationality Russia; Gender Male; Passport 120011801 (Russia) (individual) [RUSSIA-EO14024].

KIRYANOV, Viktor Nikolaevich (a.k.a. KIRYANOV, Victor Nikolayevich (Cyrillic: КИРЬЯНОВ, Виктор Николаевич)), Palme Ulofa 7-24, Moscow 119049, Russia; DOB 29 Dec 1952; POB Tikhvin, Leningrad Oblast, Russia; nationality Russia; Gender Male; Passport 120011801 (Russia) (individual) [RUSSIA-EO14024].

KIRYANOVA, Tatiana Borisovna (Cyrillic: КИРЬЯНОВА, Татьяна Борисовна) (f.k.a. EGEREVA, Tatyana Borisovna (Cyrillic: ЕГЕРЕВА, Татьяна Борисовна); f.k.a. GORLACH, Tatyana Borisovna (Cyrillic: ГОРЛАЧ, Татьяна Борисовна)), Str. Profsoyuznaya 136-1-200, Moscow 117321,

Russia; DOB 20 Apr 1966; POB Moscow, Russia; nationality Russia; Gender Female; Passport 714842540 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KIRYANOV, Victor Nikolayevich).

KISELEV, Mikhail Sergeyevich (Cyrillic: КИСЕЛЁВ, Михаил Сергеевич), Russia; DOB 18 Jun 1986; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KISH ASIA NAVAK, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

KISH INTERNATIONAL BANK (a.k.a. KISH INTERNATIONAL BANK OFFSHORE COMPANY PJS), NBO-9, Andisheh Blvd, Sanayi Street, Kish Island, Iran; All offices worldwide [IRAN].

KISH INTERNATIONAL BANK OFFSHORE COMPANY PJS (a.k.a. KISH INTERNATIONAL BANK), NBO-9, Andisheh Blvd, Sanayi Street, Kish Island, Iran; All offices worldwide [IRAN].

KISH P AND I CLUB (a.k.a. KISH PROTECTION AND INDEMNITY CLUB), Suite 6, 96 Maalek Ashtar Street Andisheh Blvd. Kish Island, 7941777844, Iran; No-82, 2nd Floor, Soltani St., Nelson Mandela Blvd, Tehran 19677-13855, Iran; Website http://www.kishpandi.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] (Linked To: MEHDI GROUP).

KISH PROTECTION AND INDEMNITY CLUB (a.k.a. KISH P AND I CLUB; a.k.a. "KPI"), Suite 6, 96 Maalek Ashtar Street Andisheh Blvd. Kish Island, 7941777844, Iran; No-82, 2nd Floor, Soltani St., Nelson Mandela Blvd, Tehran 19677-13855, Iran; Website http://www.kishpandi.com; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] (Linked To: MEHDI GROUP).

KISH ROOYA-E ZENDEGI, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

KISH SOUTH KAVEH COMPANY (a.k.a. KISH SOUTH KAVEH STEEL COMPANY (Arabic: شرکت فولاد کاوه جنوب کیش); a.k.a. SKS STEEL COMPANY; a.k.a. SOUTH KAVEH STEEL CO.; a.k.a. SOUTH KAVEH STEEL COMPANY; a.k.a. STEEL KAVEH SOUTH KISH; a.k.a. "SKS CO."), No. 1/2 Seventh Ave., North Falamak-zarafshan intersections, Phase 4, Shahrak-E Gharb, Tehran, Iran; Persian Gulf Special Economic Zone, 13th Km Shahid Rajaee Highway, Bandar Abbas, Hormozgan, Iran; Next to Behjat Park, No. 12, Apartment Complex Kaveh Golabi Stre, Karimkhan Zand Avenue, Tehran, Iran; Quds District West District, Phase 4, North Felaamak St., Corner of Seventh Alley, No. 2/1, Tehran 1467883741, Iran; Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861569320 (Iran); Registration Number 7103 (Iran) [IRAN-EO13871] [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

KISH SOUTH KAVEH STEEL COMPANY (Arabic: شرکت فولاد کاوه جنوب کیش) (a.k.a. KISH SOUTH KAVEH COMPANY; a.k.a. SKS STEEL COMPANY; a.k.a. SOUTH KAVEH STEEL CO.; a.k.a. SOUTH KAVEH STEEL COMPANY; a.k.a. STEEL KAVEH SOUTH KISH; a.k.a. "SKS CO."), No. 1/2 Seventh Ave., North Falamak-zarafshan intersections, Phase 4, Shahrak-E Gharb, Tehran, Iran; Persian Gulf Special Economic Zone, 13th Km Shahid Rajaee Highway, Bandar Abbas, Hormozgan, Iran; Next to Behjat Park, No. 12, Apartment Complex Kaveh Golabi Stre, Karimkhan Zand Avenue, Tehran, Iran; Quds District West District, Phase 4, North Felaamak St., Corner of Seventh Alley, No. 2/1, Tehran 1467883741, Iran; Kish Island, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10861569320 (Iran); Registration Number 7103 (Iran) [IRAN-EO13871] [IRAN-EO13876] (Linked To: KAVEH PARS MINING INDUSTRIES DEVELOPMENT COMPANY).

KISHK, Samir; DOB 14 May 1955; POB Gharbia, Egypt (individual) [SDGT].

KISLOV, Andrey Igoryevich (Cyrillic: КИСЛОВ, Андрей Игоревич), Russia; DOB 29 Aug 1958; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KISLYAK, Sergei Ivanovich (Cyrillic: КИСЛЯК, Сергей Иванович), Russia; DOB 07 Sep 1950; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KISLYAKOV, Mikhail Leonidovich (Cyrillic: КИСЛЯКОВ, Михаил Леонидович), Russia; DOB 18 Nov 1975; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KISMAYO GENERAL TRADING (a.k.a. KEISMAIO GENERAL TRADING; a.k.a. KISMAYO GENERAL TRADING L.L.C; a.k.a. KISMAYO GENERAL TRADING LLC), 18A Street, Corniche Deira, Deira, Dubai, United Arab Emirates; PO Box 64871, Deira, Dubai, United Arab Emirates; PO Box 80367, Dubai, United Arab Emirates; Al Hamriya, Dubai, United Arab Emirates; Organization Established Date 05 May 2002; Organization Type: Non-specialized wholesale trade; Identification Number 68753 (United Arab Emirates); alt. Identification Number 59260 (United Arab Emirates); License 533917 (United Arab Emirates) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

KISMAYO GENERAL TRADING L.L.C (a.k.a. KEISMAIO GENERAL TRADING; a.k.a. KISMAYO GENERAL TRADING; a.k.a. KISMAYO GENERAL TRADING LLC), 18A Street, Corniche Deira, Deira, Dubai, United Arab Emirates; PO Box 64871, Deira, Dubai, United Arab Emirates; PO Box 80367, Dubai, United Arab Emirates; Al Hamriya, Dubai, United Arab Emirates; Organization Established Date 05 May 2002; Organization Type: Non-specialized wholesale trade; Identification Number 68753 (United Arab Emirates); alt. Identification Number 59260 (United Arab Emirates); License 533917 (United Arab Emirates) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

KISMAYO GENERAL TRADING LLC (a.k.a. KEISMAIO GENERAL TRADING; a.k.a. KISMAYO GENERAL TRADING; a.k.a. KISMAYO GENERAL TRADING L.L.C.), 18A Street, Corniche Deira, Deira, Dubai, United Arab Emirates; PO Box 64871, Deira, Dubai, United Arab Emirates; PO Box 80367, Dubai, United Arab Emirates; Al Hamriya, Dubai, United Arab Emirates; Organization Established Date 05 May 2002; Organization Type: Non-specialized wholesale trade; Identification Number 68753 (United Arab Emirates); alt. Identification Number 59260 (United Arab Emirates); License 533917 (United Arab Emirates) [SOMALIA] (Linked To: MUSSE, Bashir Khalif).

KITAEVA, Irina Viktorovna (a.k.a. NIKOLAEVA, Irina Viktorovna (Cyrillic: НИКОЛАЕВА, Ирина Викторовна)), Russia; DOB 15 Jul 1983; POB Troitsk, Russia; nationality Russia; citizen Russia; Gender Female; National ID No.

4607444893 (Russia); Tax ID No. 504603132375 (Russia) (individual) [RUSSIA-EO14024] (Linked To: OOO SERNIYA INZHINIRING).

KITOKO FOOD FARM (a.k.a. KITOKOFOOD, SPRL; a.k.a. LA FERME KITOKO FOOD; a.k.a. "KITOKO"), 70 Avenue Batetela, Immeuble Tilapia, 5e etage, Gombe, Kinshasa, Congo, Democratic Republic of the; Along the N'sele River 50km (30 miles) outside Kinshasa, Congo, Democratic Republic of the [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

KITOKOFOOD, SPRL (a.k.a. KITOKO FOOD FARM; a.k.a. LA FERME KITOKO FOOD; a.k.a. "KITOKO"), 70 Avenue Batetela, Immeuble Tilapia, 5e etage, Gombe, Kinshasa, Congo, Democratic Republic of the; Along the N'sele River 50km (30 miles) outside Kinshasa, Congo, Democratic Republic of the [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

KITU', 'Abd-al-Latif, Syria; DOB 28 Jan 1984; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

KIVIKO, Irina Valerievna; DOB 05 Sep 1970; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KIVIRCIK, Ali (a.k.a. ALTUG, Risa; a.k.a. ALTUN, Ali Riza; a.k.a. RIZA, Ebubekir); DOB 01 Jan 1956; POB Kucuk Sobecimen, Turkey; nationality Turkey (individual) [SDNTK].

KIWAN, Rula, Syria; DOB 10 May 1974; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

KIYOTA, Jiro (a.k.a. SIN, Byon-Gyu); DOB 1940; POB Japan (individual) [TCO].

KIZEEV, Mikhail Vladimirovich (Cyrillic: КИЗЕЕВ, Михаил Владимирович), Russia; DOB 31 Mar 1978; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KIZLYAR ELECTRO-MECHANICAL PLANT (a.k.a. CONCERN KEMZ OJSC; a.k.a. KIZLYAR ELECTROMECHANICAL PLANT JSC; a.k.a. OJSC KONTSERN KIZLYARSKY ELEKTROMEKHANICHESKY FACTORY), Kutuzov st. 1, Kizlyar, Dagestan Rep., Russia; Tax ID No. 547003781 (Russia); Registration

Number 1020502308507 (Russia) [RUSSIA-EO14024].

KIZLYAR ELECTROMECHANICAL PLANT JSC (a.k.a. CONCERN KEMZ OJSC; a.k.a. KIZLYAR ELECTRO-MECHANICAL PLANT; a.k.a. OJSC KONTSERN KIZLYARSKY ELEKTROMEKHANICHESKY FACTORY), Kutuzov st. 1, Kizlyar, Dagestan Rep., Russia; Tax ID No. 547003781 (Russia); Registration Number 1020502308507 (Russia) [RUSSIA-EO14024].

KJRC-BOSNIA AND HERZEGOVINA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE

COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-

SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

KK YAMATERU (a.k.a. YAMAKI, K.K. (Japanese: 株式会社山輝)), 5-10-11, Shinohara Nakamachi, Nada-ku, Kobe, Hyogo 657-0066, Japan (Japanese: 灘区篠原中町五丁目１０番１１号, 神戸市, 兵庫県 657-0066, Japan); Company Number 1400-01-004182 (Japan) [TCO] (Linked To: YAMAGUCHI-GUMI; Linked To: MORIO, Utao; Linked To: TSUDA, Chikara).

KKBC (a.k.a. KOREA KWANGSON BANKING CORP), Jungson-dong, Sungri Street, Central District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KKCMTSH (a.k.a. NATIONAL COMMITTEE FOR THE LIBERATION AND PROTECTION OF ALBANIAN LANDS) [BALKANS].

KLARET AVIATION LIMITED, Louloupis Court, Floor No: 7, Christodoylou Chatzipaylou 205, Limassol 3036, Cyprus; 720 West Bay Road, P.O. Box 601, Buckingham Square, Grand Cayman KY1-9006, Cayman Islands; Organization Established Date 01 Feb 2018; Registration Number O3170 (Cyprus) [RUSSIA-EO14024] (Linked To: THE SISTER TRUST).

KLAS KIMYASAL URUNLER TICARET LIMITED SIRKETI, Molla Fenari Mah. Carsikapa Cad. Centilmen, Han No: 20 IC Kapi No: 96, Fatih, Istanbul, Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 100889-8 (Turkey) [NPWMD] [IFSR] (Linked To: GOK, Mahmut).

KLIMOV, Andrei Akardyevich (a.k.a. KLIMOV, Andrey Akardyevich (Cyrillic: КЛИМОВ, Андрей Аркадьевич)), Russia; DOB 09 Nov 1954; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KLIMOV, Andrey Akardyevich (Cyrillic: КЛИМОВ, Андрей Аркадьевич) (a.k.a. KLIMOV, Andrei Akardyevich), Russia; DOB 09 Nov 1954; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KLIMOVSK SPECIALIZED AMMUNITION PLANT JSC KSAP (a.k.a. CLOSED JOINT STOCK COMPANY KLIMOVSKIY SPECIALIZED AMMUNITION PLANT (Cyrillic: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО КЛИМОВСКИЙ СПЕЦИАЛИЗИРОВАННЫЙ ПАТРОННЫЙ ЗАВОД); a.k.a. ZAKRYTOE AKTSIONERNOE OBSHCHESTVO KLIMOVSKI SPETSIALIZIROVANNY PATRONNY ZAVOD), Ul. R.Lyuksemburg 18A, Tarusa 249100, Russia; Tax ID No. 5021011845 (Russia) [RUSSIA-EO14024].

KLINPAUER (a.k.a. "CLEANPOWER"), Ul. Smirnovskaya D. 25, Str. 8, Floor 1, Pomeshch. 16V, Moscow 109052, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7743346040 (Russia); Registration

Number 1207700314381 (Russia) [RUSSIA-EO14024].

KLIOSA LIMITED, 6023 Afstralias 6, Larnaca 3017, Cyprus; Organization Established Date 10 Jun 2009; Organization Type: Non-specialized wholesale trade; Registration Number C250934 (Cyprus) [RUSSIA-EO14024] (Linked To: VOLFOVICH, Alexander).

KLISHAS, Andrei (a.k.a. KLISHAS, Andrey Aleksandrovich (Cyrillic: КЛИШАС, Андрей Александрович)), Russia; DOB 09 Nov 1972; POB Yekaterinburg, Sverdlovsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KLISHAS, Andrey Aleksandrovich (Cyrillic: КЛИШАС, Андрей Александрович) (a.k.a. KLISHAS, Andrei), Russia; DOB 09 Nov 1972; POB Yekaterinburg, Sverdlovsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KLISHIN, Mikhail Alekseevich, Russia; DOB 09 Oct 1954; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

KLIUIEV, Andrii Petrovych (a.k.a. KLUEV, Andriy; a.k.a. KLYUEV, Andriy; a.k.a. KLYUYEV, Andrey; a.k.a. KLYUYEV, Andriy Petrovych); DOB 12 Aug 1964; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KLUAI YUAI, Choi Luang (a.k.a. CHANG, Chin Sung; a.k.a. "AH SUNG"), Shan State, Burma; 57/2 , Mu 4, Tambon Pa Pae, Amphur Mae Taeng, Chiang Mai, Thailand; DOB 20 Dec 1959; National ID No. 3550700628151 (Thailand) (individual) [SDNTK].

KLUEV, Andriy (a.k.a. KLIUIEV, Andrii Petrovych; a.k.a. KLYUEV, Andriy; a.k.a. KLYUYEV, Andrey; a.k.a. KLYUYEV, Andriy Petrovych); DOB 12 Aug 1964; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KLYCHKOV, Andrey Evgenyevich (Cyrillic: КЛЫЧКОВ, Андрей Евгеньевич), Orel Region, Russia; DOB 02 Sep 1979; POB Kaliningrad, Kaliningrad Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 390406666037 (Russia) (individual) [RUSSIA-EO14024].

KLYUCHEVYE INFORMATSIONNYE SISTEMY (a.k.a. LIMITED LIABILITY COMPANY KEY INFORMATION SYSTEMS (Cyrillic: КЛЮЧЕВЫЕ ИНФОРМАЦИОННЫЕ СИСТЕМЫ)), Ul. Elektrozavodskaya d. 24, Moscow 107023, Russia; Organization Established Date 23 Jul 2014; Tax ID No. 7718990822 (Russia); Registration Number 1147746835830 (Russia) [RUSSIA-EO14024].

KLYUEV, Andriy (a.k.a. KLIUIEV, Andrii Petrovych; a.k.a. KLUEV, Andriy; a.k.a. KLYUYEV, Andrey; a.k.a. KLYUYEV, Andriy Petrovych); DOB 12 Aug 1964; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KLYUEV, Dmitry Vladislavovich (a.k.a. KLYUYEV, Dmitriy); DOB 10 Aug 1967 (individual) [MAGNIT].

KLYUKIN, Mikhail Vasilyevich (Cyrillic: КЛЮКИН, Михаил Васильевич), 1st Krasnoarmeyskiy per. 4 flat 187, Mytishi, Moscow, Russia; DOB 22 Sep 1977; POB Kirov, Russia; nationality Russia; alt. nationality Cyprus; Gender Male; Passport K00299010 (Cyprus) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

KLYUYEV, Andrey (a.k.a. KLIUIEV, Andrii Petrovych; a.k.a. KLUEV, Andriy; a.k.a. KLYUEV, Andriy; a.k.a. KLYUYEV, Andriy Petrovych); DOB 12 Aug 1964; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KLYUYEV, Andriy Petrovych (a.k.a. KLIUIEV, Andrii Petrovych; a.k.a. KLUEV, Andriy; a.k.a. KLYUEV, Andriy; a.k.a. KLYUYEV, Andrey); DOB 12 Aug 1964; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KLYUYEV, Dmitriy (a.k.a. KLYUEV, Dmitry Vladislavovich); DOB 10 Aug 1967 (individual) [MAGNIT].

KNAAPO (Cyrillic: КНААПО) (a.k.a. KOMSOMOLSK-ON-AMUR AIRCRAFT PRODUCTION ASSOCIATION; a.k.a. KOMSOMOLSK-ON-AMUR AVIATION PLANT), 1 Sovetskaya Str., Komsomolsk On Amur 681018, Russia; Website www.knaapo.ru; Tax ID No. 2703019760 (Russia) [RUSSIA-EO14024].

KNAYA, Lina (a.k.a. AL-CANAIYA, Leena Muhammad Nathir; a.k.a. AL-KINAYA, Lina Muhammed Nazir; a.k.a. AL-KINAYEH, Leena; a.k.a. AL-KINAYEH, Lina (Arabic: لينا الكناية); a.k.a. AL-KINAYEH, Lina Mohammad Natheer; a.k.a. AL-KINAYEH, Lina Mohammed Nazir (Arabic: لينا محمد نذير الكناية); a.k.a. KINAYEH, Lina (Arabic: لينا كناية); a.k.a. KNIYA, Lina), Al-Zahiriya, Northern Tripoli, Lebanon; DOB 20 Jan 1980; nationality Lebanon; alt. nationality Syria; Gender Female; National ID No. 000036055655 (Lebanon) (individual) [SYRIA].

KNEZEVIC, Dusan; DOB 23 Jun 1955; POB Orlovci, Bosnia-Herzegovina; ICTY indictee in custody (individual) [BALKANS].

KNH GLOBAL PRIVATE LIMITED (a.k.a. KNH SHIPPING LTD.; a.k.a. KNH SHIPPING PRIVATE LIMITED; a.k.a. KNH SHIPPING PVT LTD), Shop No. 8, Mayur Complex, Faridi Nagar Cimap, Chandan Road, Indra Nagar, Lucknow, Uttar Pradesh 226016, India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.I.N. U63090UP2019PTC117063 (India); Registration Number 117603 (India) issued 17 May 2019 [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

KNH SHIPPING LTD. (a.k.a. KNH GLOBAL PRIVATE LIMITED; a.k.a. KNH SHIPPING PRIVATE LIMITED; a.k.a. KNH SHIPPING PVT LTD), Shop No. 8, Mayur Complex, Faridi Nagar Cimap, Chandan Road, Indra Nagar, Lucknow, Uttar Pradesh 226016, India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.I.N. U63090UP2019PTC117063 (India); Registration Number 117603 (India) issued 17 May 2019 [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

KNH SHIPPING PRIVATE LIMITED (a.k.a. KNH GLOBAL PRIVATE LIMITED; a.k.a. KNH SHIPPING PVT LTD), Shop No. 8, Mayur Complex, Faridi Nagar Cimap, Chandan Road, Indra Nagar, Lucknow, Uttar Pradesh 226016, India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.I.N. U63090UP2019PTC117063 (India); Registration Number 117603 (India) issued 17 May 2019 [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

KNH SHIPPING PVT LTD (a.k.a. KNH GLOBAL PRIVATE LIMITED; a.k.a. KNH SHIPPING LTD.; a.k.a. KNH SHIPPING PRIVATE LIMITED), Shop No. 8, Mayur Complex, Faridi Nagar Cimap, Chandan Road, Indra Nagar, Lucknow, Uttar Pradesh 226016, India; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; C.I.N. U63090UP2019PTC117063 (India); Registration Number 117603 (India) issued 17 May 2019 [SDGT] (Linked To: AL-JAMAL, Sa'id Ahmad Muhammad).

KNIAGININ, Vladimir Nikolaevich (a.k.a. KNIAGININ, Vladimir Nikolayevich; a.k.a. KNYAGININ, Vladimir Nikolaevich (Cyrillic: КНЯГИНИН, Владимир Николаевич); a.k.a. KNYAGININ, Vladimir Nikolayevich), Russia; DOB 20 Jan 1961; POB Abakan, Khakasia Republic, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: AO ABR MANAGEMENT).

KNIAGININ, Vladimir Nikolayevich (a.k.a. KNIAGININ, Vladimir Nikolaevich; a.k.a. KNYAGININ, Vladimir Nikolaevich (Cyrillic: КНЯГИНИН, Владимир Николаевич); a.k.a. KNYAGININ, Vladimir Nikolayevich), Russia; DOB 20 Jan 1961; POB Abakan, Khakasia Republic, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: AO ABR MANAGEMENT).

KNIYA, Lina (a.k.a. AL-CANAIYA, Leena Muhammad Nathir; a.k.a. AL-KINAYA, Lina Muhammed Nazir; a.k.a. AL-KINAYEH, Leena; a.k.a. AL-KINAYEH, Lina (Arabic: لينا الكناية); a.k.a. AL-KINAYEH, Lina Mohammad Natheer; a.k.a. AL-KINAYEH, Lina Mohammed Nazir (Arabic: لينا محمد نذير الكناية); a.k.a. KINAYEH, Lina (Arabic: لينا كناية); a.k.a. KNAYA, Lina), Al-Zahiriya, Northern Tripoli, Lebanon; DOB 20 Jan 1980; nationality Lebanon; alt. nationality Syria; Gender Female; National ID No. 000036055655 (Lebanon) (individual) [SYRIA].

KNOKKE HEIST SUPPORT CORPORATION MANAGEMENT, Paul Parmentierlaan 121,

Knokke-Heist 8300, Belgium; Nyckeesstraat 4, Knokke-Heist 8300, Belgium; Organization Established Date 13 Nov 2019; Target Type Private Company; Branch Unit Number 2299715293 (Belgium); Registration Number 0737640854 (Belgium) [RUSSIA-EO14024] (Linked To: DE GEETERE, Hans).

KNOWLES, JR., Samuel (a.k.a. KNOWLES, Samuel); DOB 28 May 1959; POB Bahamas (individual) [SDNTK].

KNOWLES, Samuel (a.k.a. KNOWLES, JR., Samuel); DOB 28 May 1959; POB Bahamas (individual) [SDNTK].

KNS GROUP LLC (a.k.a. KNS GROUP ООО (Cyrillic: КНС ГРУПП ООО); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVESTSTVENNOSTYU KNS GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КНС ГРУПП); a.k.a. "YADRO" (Cyrillic: "ЯДРО")), Rochdelskaya street, house 15, building 15, floor 4, unit 4, room 4, Moscow 123376, Russia; Tax ID No. 7701411241 (Russia); Business Registration Number 5147746249668 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HOLDING INTELLIGENT COMPUTER SYSTEMS).

KNS GROUP ООО (Cyrillic: КНС ГРУПП ООО) (a.k.a. KNS GROUP LLC; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVESTSTVENNOSTYU KNS GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КНС ГРУПП); a.k.a. "YADRO" (Cyrillic: "ЯДРО")), Rochdelskaya street, house 15, building 15, floor 4, unit 4, room 4, Moscow 123376, Russia; Tax ID No. 7701411241 (Russia); Business Registration Number 5147746249668 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HOLDING INTELLIGENT COMPUTER SYSTEMS).

KNYAGININ, Vladimir Nikolaevich (Cyrillic: КНЯГИНИН, Владимир Николаевич) (a.k.a. KNIAGININ, Vladimir Nikolaevich; a.k.a. KNIAGININ, Vladimir Nikolayevich; a.k.a. KNYAGININ, Vladimir Nikolayevich), Russia; DOB 20 Jan 1961; POB Abakan, Khakasia Republic, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: AO ABR MANAGEMENT).

KNYAGININ, Vladimir Nikolayevich (a.k.a. KNIAGININ, Vladimir Nikolaevich; a.k.a. KNIAGININ, Vladimir Nikolayevich; a.k.a. KNYAGININ, Vladimir Nikolaevich (Cyrillic: КНЯГИНИН, Владимир Николаевич)), Russia;

DOB 20 Jan 1961; POB Abakan, Khakasia Republic, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: AO ABR MANAGEMENT).

KNYRIK, Konstantin Sergeevich, Crimea, Ukraine; DOB 14 Aug 1989; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Tax ID No. 910406732278 (Russia) (individual) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: NEWSFRONT; Linked To: FEDERAL SECURITY SERVICE).

KO, Chol Man (a.k.a. KO, Ch'o'l-man), Shenyang, China; DOB 30 Sep 1967; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472420180; Foreign Trade Bank of the Democratic People's Republic of Korea representative (individual) [DPRK2].

KO, Ch'o'l-Chae, Dalian, China; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Deputy Representative, KOMID (individual) [NPWMD].

KO, Ch'o'l-man (a.k.a. KO, Chol Man), Shenyang, China; DOB 30 Sep 1967; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 472420180; Foreign Trade Bank of the Democratic People's Republic of Korea representative (individual) [DPRK2].

KO, Il Hwan (a.k.a. KO, Il-hwan), Shenyang, China; DOB 28 Aug 1967; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 927220424 expires 12 Jun 2022; Korea Daesong Bank Official (individual) [DPRK4].

KO, Il-hwan (a.k.a. KO, Il Hwan), Shenyang, China; DOB 28 Aug 1967; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections

510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 927220424 expires 12 Jun 2022; Korea Daesong Bank Official (individual) [DPRK4].

KO, Maung (a.k.a. KO, U Maung), Burma; DOB 17 Jun 1950; nationality Burma; citizen Burma; Gender Male; National ID No. 1MAKATANAING033491 (Burma); Mandalay Region Chief Minister (individual) [BURMA-EO14014].

KO, Tae Hun (a.k.a. KIM, Myong Gi); DOB 25 May 1972; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563120630 (Korea, North) expires 20 Mar 2018; Tanchon Commercial Bank Representative (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

KO, U Maung (a.k.a. KO, Maung), Burma; DOB 17 Jun 1950; nationality Burma; citizen Burma; Gender Male; National ID No. 1MAKATANAING033491 (Burma); Mandalay Region Chief Minister (individual) [BURMA-EO14014].

KOACH (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JEWISH IDEA YESHIVA; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI

MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR; a.k.a. "CARD") [SDGT].

KOBE YAMAGUCHI-GUMI (Japanese: 神戸山口組), 88-1 Shizuki, Awaji-shi, Hyogo-ken, Japan (Japanese: 八十八番地一志筑, 淡路市, 兵庫県, Japan) [TCO] (Linked To: YAKUZA).

KOBEISSI, Abd Al Menhem (a.k.a. AL-QUBAYSI, Abd-al-Munim; a.k.a. KOBEISSI, Abdel Menhem; a.k.a. KOBEISSI, Abdul Menhem; a.k.a. KOBEISSY, Abdul Menhem; a.k.a. KUBAYSI, Abd Al Munhim; a.k.a. QUBAYSI, Abd Al Menhem); DOB 01 Jan 1964; alt. DOB 1961; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport RL 1622378 (Lebanon) (individual) [SDGT].

KOBEISSI, Abdel Menhem (a.k.a. AL-QUBAYSI, Abd-al-Munim; a.k.a. KOBEISSI, Abd Al Menhem; a.k.a. KOBEISSI, Abdul Menhem; a.k.a. KOBEISSY, Abdul Menhem; a.k.a. KUBAYSI, Abd Al Munhim; a.k.a. QUBAYSI, Abd Al Menhem); DOB 01 Jan 1964; alt. DOB 1961; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport RL 1622378 (Lebanon) (individual) [SDGT].

KOBEISSI, Abdul Menhem (a.k.a. AL-QUBAYSI, Abd-al-Munim; a.k.a. KOBEISSI, Abd Al Menhem; a.k.a. KOBEISSI, Abdel Menhem; a.k.a. KOBEISSY, Abdul Menhem; a.k.a. KUBAYSI, Abd Al Munhim; a.k.a. QUBAYSI, Abd Al Menhem); DOB 01 Jan 1964; alt. DOB 1961; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport RL 1622378 (Lebanon) (individual) [SDGT].

KOBEISSY, Abdul Menhem (a.k.a. AL-QUBAYSI, Abd-al-Munim; a.k.a. KOBEISSI, Abd Al Menhem; a.k.a. KOBEISSI, Abdel Menhem; a.k.a. KOBEISSI, Abdul Menhem; a.k.a. KUBAYSI, Abd Al Munhim; a.k.a. QUBAYSI, Abd Al Menhem); DOB 01 Jan 1964; alt. DOB 1961; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the

Hizballah Financial Sanctions Regulations; Passport RL 1622378 (Lebanon) (individual) [SDGT].

KOBETS, Aleksandr Yurevich (Cyrillic: КОБЕЦ, Александр Юрьевич) (a.k.a. KOBETS, Oleksandr Yuriyovych (Cyrillic: КОБЕЦЬ, Олександр Юрійович)), Kherson Region, Ukraine; DOB 27 Sep 1959; nationality Ukraine; Gender Male; Tax ID No. 2181924159 (Ukraine) (individual) [RUSSIA-EO14024].

KOBETS, Oleksandr Yuriyovych (Cyrillic: КОБЕЦЬ, Олександр Юрійович) (a.k.a. KOBETS, Aleksandr Yurevich (Cyrillic: КОБЕЦ, Александр Юрьевич)), Kherson Region, Ukraine; DOB 27 Sep 1959; nationality Ukraine; Gender Male; Tax ID No. 2181924159 (Ukraine) (individual) [RUSSIA-EO14024].

KOBI INTERNATIONAL COMPANY, Room A1, 14 Floor, Success Industrial Building, No. 17 Sheung Hei St., San Po Kong, Kowloon, Hong Kong, China; Organization Established Date 12 Nov 2008; Target Type Private Company; Registration Number 39988825-000 (Hong Kong) [RUSSIA-EO14024].

KOBOLT TRADING FZ LLC, PO Box 10055, office AB216, Administration Building, RAKEZ Business Zone-FZ, Ras Al Khaimah, United Arab Emirates; Tax ID No. 100488566900003 (United Arab Emirates); License 5020807 (United Arab Emirates); Economic Register Number (CBLS) 11401274 (United Arab Emirates) [RUSSIA-EO14024].

KOBYLKIN, Dmitry Nikolaevich (Cyrillic: КОБЫЛКИН, Дмитрий Николаевич), Russia; DOB 07 Jul 1971; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOBZEV, Igor Ivanovich (Cyrillic: КОБЗЕВ, Игорь Иванович), Irkutsk Region, Russia; DOB 29 Oct 1966; POB Voronezh, Voronezh Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 366218895903 (Russia) (individual) [RUSSIA-EO14024].

KOCAK, Abdul Wahab (a.k.a. KOCAK, Abdulvahap (Arabic: عبدالوهاب كوجاك); a.k.a. KOCAK, Abdulvahhab; a.k.a. KOCHAK, Abdulvahap); Turkey; DOB 09 Sep 1999; POB Adiyaman, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport UI2429867 (Turkey) expires 18 Mar 2021 (individual) [IRAN-HR] (Linked To: SHARIFI-ZINDASHTI, Naji Ibrahim).

KOCAK, Abdulvahap (Arabic: عبدالوهاب كوجاك) (a.k.a. KOCAK, Abdul Wahab; a.k.a. KOCAK, Abdulvahhab; a.k.a. KOCHAK, Abdulvahap); Turkey; DOB 09 Sep 1999; POB Adiyaman, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport UI2429867 (Turkey) expires 18 Mar 2021 (individual) [IRAN-HR] (Linked To: SHARIFI-ZINDASHTI, Naji Ibrahim).

KOCAK, Abdulvahhab (a.k.a. KOCAK, Abdul Wahab; a.k.a. KOCAK, Abdulvahap (Arabic: عبدالوهاب كوجاك); a.k.a. KOCHAK, Abdulvahap); Turkey; DOB 09 Sep 1999; POB Adiyaman, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport UI2429867 (Turkey) expires 18 Mar 2021 (individual) [IRAN-HR] (Linked To: SHARIFI-ZINDASHTI, Naji Ibrahim).

KOCAK, Ali (Arabic: علی كوجك) (a.k.a. KOCHAK, Ali), Orumiyeh, West Azerbaijan Province, Iran; Turkey; DOB 30 Sep 1985; POB Adiyaman Kahta, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 20926131442 (Turkey) (individual) [IRAN-HR] (Linked To: SHARIFI-ZINDASHTI, Naji Ibrahim).

KOCHAK, Abdulvahap (a.k.a. KOCAK, Abdul Wahab; a.k.a. KOCAK, Abdulvahap (Arabic: عبدالوهاب كوجاك); a.k.a. KOCAK, Abdulvahhab); Turkey; DOB 09 Sep 1999; POB Adiyaman, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport UI2429867 (Turkey) expires 18 Mar 2021 (individual) [IRAN-HR] (Linked To: SHARIFI-ZINDASHTI, Naji Ibrahim).

KOCHAK, Ali (a.k.a. KOCAK, Ali (Arabic: علی كوجك), Orumiyeh, West Azerbaijan Province, Iran; Turkey; DOB 30 Sep 1985; POB Adiyaman Kahta, Turkey; nationality Turkey; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 20926131442 (Turkey) (individual) [IRAN-HR] (Linked To: SHARIFI-ZINDASHTI, Naji Ibrahim).

KOCHANOVA, Natalia Ivanovna (Cyrillic: КОЧАНОВА, Наталья Ивановна) (a.k.a. KACHANAVA, Natallia Ivanauna (Cyrillic: КАЧАНАВА, Наталля Іванаўна); a.k.a. KOCHANOVA, Natalya), Minsk, Belarus; DOB 25 Sep 1960; POB Polotsk, Vitebsk Oblast, Belarus; nationality Belarus; Gender Female (individual) [BELARUS].

KOCHANOVA, Natalya (a.k.a. KACHANAVA, Natallia Ivanauna (Cyrillic: КАЧАНАВА, Наталля Іванаўна); a.k.a. KOCHANOVA,

Natalia Ivanovna (Cyrillic: КОЧАНОВА, Наталья Ивановна)), Minsk, Belarus; DOB 25 Sep 1960; POB Polotsk, Vitebsk Oblast, Belarus; nationality Belarus; Gender Female (individual) [BELARUS].

KOCHAROV, Vakhtang Ernstovich, Russia; United Arab Emirates; DOB 03 Mar 1982; POB Baku, Azerbaijan; nationality Russia; alt. nationality Cyprus; Gender Male; Passport K00224516 (Cyprus) expires 28 May 2025 (individual) [RUSSIA-EO14024].

KOCHAROVA, Gulnoz Zunnurovna (a.k.a. ISMAILOVA, Gulnoz Zunnurovna), Russia; Cyprus; Switzerland; DOB 04 Oct 1982; POB Tashkent, Uzbekistan; nationality Russia; alt. nationality Cyprus; citizen Uzbekistan; Gender Female; Passport K00224544 (Cyprus) issued 28 May 2015 expires 28 May 2025 (individual) [RUSSIA-EO14024] (Linked To: ALMENOR HOLDINGS LIMITED).

KOCHI, Haji Shahbaz Khan (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOOCHI, Shahbaz; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shahbaz; a.k.a. ZADRAN, Shabaz; a.k.a. ZADRAN, Shahbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ"; a.k.a. "HAJI SHABAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

KOCHIEV, Robert Ivanovich (Cyrillic: КОЧИЕВ, Роберт Иванович), Russia; DOB 16 Mar 1966; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOCHKIN, Aleksander Viktorovich (a.k.a. KOCHKIN, Alexander Viktorovich), Russia; DOB 10 Feb 1957; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: NPK TEKHMASH OAO).

KOCHKIN, Alexander Viktorovich (a.k.a. KOCHKIN, Aleksander Viktorovich), Russia; DOB 10 Feb 1957; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: NPK TEKHMASH OAO).

KOCHMAN, Evenii Borisovich (a.k.a. KOCHMAN, Evgeniy Borisovich (Cyrillic: КОЧМАН, Евгений Борисович)), Russia; Monaco; France; DOB 25 Aug 1980; nationality Russia; Gender Male; Tax ID No. 770465009803 (Russia) (individual) [RUSSIA-EO14024].

KOCHMAN, Evgeniy Borisovich (Cyrillic: КОЧМАН, Евгений Борисович) (a.k.a. KOCHMAN, Evenii Borisovich), Russia; Monaco; France; DOB 25 Aug 1980; nationality Russia; Gender Male; Tax ID No. 770465009803 (Russia) (individual) [RUSSIA-EO14024].

KOCNER, Marian, Slovakia; DOB 17 May 1963; POB Ruzomberok, Slovakia; nationality Slovakia; Gender Male; Passport 4305176196 (Slovakia) expires 31 Mar 2025 (individual) [GLOMAG].

KOD BEZOPASNOSTI (a.k.a. LLC SECURITY CODE (Cyrillic: ООО КОД БЕЗОПАСНОСТИ)), 1-I Nagatinskii Proezd D. 10, Str. 1, Moscow 115230, Russia; A/YA 66 Postbox 66, Moscow 115127, Russia; PR-D Murmanskii D. 14, K. 1, Moscow 129075, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Manufacture of computers and peripheral equipment; alt. Organization Type: Computer programming activities; Tax ID No. 7715719244 (Russia); Registration Number 5087746212241 (Russia) [RUSSIA-EO14024].

KODE SHIMIYAIE OREH LORDEGAN (a.k.a. LORDEGAN PETROCHEMICAL CO.; a.k.a. LORDEGAN UREA FERTILIZER CO.; a.k.a. LORDEGAN UREA FERTILIZER COMPANY), No. 48, Saadat Abad, Farahzadi Boulevard, Nakhlestan Street, Golestan Alley-I, Tehran 1517769513, Iran; 3rd Floor, No. 24, Kafi Abadi Street, Pesyan Street, Moghadas Ardebili Avenue, Zaferanieh, Tehran 1987957553, Iran; Beginning of Kashan Boulevard, Second Floor, No. 2, Shahrekord, Iran; P.O. Box 1517769513, Tehran, Iran; Website www.lordegan.co; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 7603

(Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

KODOKAI (a.k.a. KODO-KAI (Japanese: 弘道会); a.k.a. KOUDOU-KAI; a.k.a. SANDAIME KODO-KAI (Japanese: 三代目弘道会); a.k.a. THIRD KODO-KAI), 1-117 Shukuatocho, Nakamura Ward, Nagoya, Aichi, Japan (Japanese: 1-117 宿跡町中村区, 名古屋市, 愛知県, Japan) [TCO] (Linked To: YAMAGUCHI-GUMI; Linked To: TAKAYAMA, Kiyoshi; Linked To: SHINODA, Kenichi).

KODO-KAI (Japanese: 弘道会) (a.k.a. KODOKAI; a.k.a. KOUDOU-KAI; a.k.a. SANDAIME KODO-KAI (Japanese: 三代目弘道会); a.k.a. THIRD KODO-KAI), 1-117 Shukuatocho, Nakamura Ward, Nagoya, Aichi, Japan (Japanese: 1-117 宿跡町中村区, 名古屋市, 愛知県, Japan) [TCO] (Linked To: YAMAGUCHI-GUMI; Linked To: TAKAYAMA, Kiyoshi; Linked To: SHINODA, Kenichi).

KOFMAN, Aleksandr Igorevich (a.k.a. KOFMAN, Oleksandr); DOB 30 Aug 1977; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KOFMAN, Oleksandr (a.k.a. KOFMAN, Aleksandr Igorevich); DOB 30 Aug 1977; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KOGAN, Alexander Borisovich (Cyrillic: КОГАН, Александр Борисович), Russia; DOB 26 Feb 1969; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOGOGIN, Sergei Anatolyevich (Cyrillic: КОГОГИН, Сергей Анатольевич) (a.k.a. KOGOGIN, Sergey), Russia; DOB 16 Nov 1957; POB Bolshie Klyuchi village, Zelenodolsk Region, the Republic of Tatarstan, Russia; nationality Russia; Gender Male; Tax ID No. 164804995925 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

KOGOGIN, Sergey (a.k.a. KOGOGIN, Sergei Anatolyevich (Cyrillic: КОГОГИН, Сергей Анатольевич)), Russia; DOB 16 Nov 1957; POB Bolshie Klyuchi village, Zelenodolsk Region, the Republic of Tatarstan, Russia; nationality Russia; Gender Male; Tax ID No. 164804995925 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KAMAZ PUBLICLY TRADED COMPANY).

KOGOGINA, Alfia Gumarovna (Cyrillic: КОГОГИНА, Альфия Гумаровна), Russia; DOB 22 Feb 1968; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOHANA CO LTD (a.k.a. KOHANA COMPANY LIMITED), Room 1002, 10th Floor, Easey Commercial Building, 253-261, Hennessy Road, Wan Chai, Hong Kong, China; 19th Floor, New Taizhou Mansion, Taizhou, Zhejiang, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2023; Identification Number IMO 6431603; Company Number 3306110 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

KOHANA COMPANY LIMITED (a.k.a. KOHANA CO LTD), Room 1002, 10th Floor, Easey Commercial Building, 253-261, Hennessy Road, Wan Chai, Hong Kong, China; 19th Floor, New Taizhou Mansion, Taizhou, Zhejiang, China; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2023; Identification Number IMO 6431603; Company Number 3306110 (Hong Kong) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS).

KOHAS AG, Route des Arsenaux 15, Fribourg, FR 1700, Switzerland; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; C.R. No. CH-217.0.135.719-4 (Switzerland) [NPWMD].

KOI, Wan Kuok (a.k.a. KUOK-KUI, Wan; a.k.a. "Broken Tooth"; a.k.a. "Brokentooth"; a.k.a. "GUOJU, Yin"; a.k.a. "KUI, Bung Nga"), Macau; DOB 29 Jul 1955; Gender Male; Passport 31135083 (Portugal) expires 27 Mar 2023 (individual) [GLOMAG].

KOIJEE, Jefferson (a.k.a. KOIJEE, Jefferson Tamba), 21 Street Sinkor, Monrovia, Liberia; DOB 07 Sep 1985; POB Monrovia, Liberia; nationality Liberia; Gender Male; Passport DP0003662 (Liberia) issued 27 Jan 2023 expires 27 Jan 2025 (individual) [GLOMAG].

KOIJEE, Jefferson Tamba (a.k.a. KOIJEE, Jefferson), 21 Street Sinkor, Monrovia, Liberia;

DOB 07 Sep 1985; POB Monrovia, Liberia; nationality Liberia; Gender Male; Passport DP0003662 (Liberia) issued 27 Jan 2023 expires 27 Jan 2025 (individual) [GLOMAG].

KOIYA, Hamza Ould (a.k.a. KHOUIER, Hamama Ould; a.k.a. "MEHRI, Hamama"; a.k.a. "TABANKORT, Hamza"), Mali; DOB 1982; alt. DOB 1981; alt. DOB 1988; POB Tabankort, Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN; Linked To: AL-MULATHAMUN BATTALION).

KOJIC, Radomir (a.k.a. "MINEUR"); DOB 23 Nov 1950; POB Bijela Voda, Sokolac Canton, Bosnia-Herzegovina; Passport 3943074 (Bosnia and Herzegovina) issued 27 Sep 2002; Passport issued in Sarajevo, Bosnia-Herzegovina (individual) [BALKANS].

KOKOREV, Alexander Aleksandrovich, Russia; DOB 23 Sep 1973; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

KOKOREVA, Natalia Vasilyevna, Russia; DOB 28 May 1979; POB Moscow, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

KOKOV, Kazbek Valerevich (a.k.a. KOKOV, Kazbek Valeryevich (Cyrillic: КОКОВ, Казбек Валерьевич)), Kabardino-Balkaria Republic, Russia; DOB 20 Jul 1973; POB Nalchik, Kabardino-Balkaria Republic, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 071306654254 (Russia) (individual) [RUSSIA-EO14024].

KOKOV, Kazbek Valeryevich (Cyrillic: КОКОВ, Казбек Валерьевич) (a.k.a. KOKOV, Kazbek Valerevich), Kabardino-Balkaria Republic, Russia; DOB 20 Jul 1973; POB Nalchik, Kabardino-Balkaria Republic, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 071306654254 (Russia) (individual) [RUSSIA-EO14024].

KOKSOKHIMTRANS LTD. (a.k.a. KOKSOKHIMTRANS OOO; a.k.a. LLC KOKSOKHIMTRANS (Cyrillic: ООО КОКСОХИМТРАНС)), Rakhmanovskiy lane, 4, bld. 1, Morskoy House, Moscow 127994, Russia; prospekt Olimpiyskiy 14, Moscow 129090, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7707294809 (Russia); Government

Gazette Number 57067113 (Russia); Business Registration Number 1037739709138 (Russia) [UKRAINE-EO13685] [PEESA-EO14039].

KOKSOKHIMTRANS OOO (a.k.a. KOKSOKHIMTRANS LTD.; a.k.a. LLC KOKSOKHIMTRANS (Cyrillic: ООО КОКСОХИМТРАНС)), Rakhmanovskiy lane, 4, bld. 1, Morskoy House, Moscow 127994, Russia; prospekt Olimpiyskiy 14, Moscow 129090, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7707294809 (Russia); Government Gazette Number 57067113 (Russia); Business Registration Number 1037739709138 (Russia) [UKRAINE-EO13685] [PEESA-EO14039].

KOL, Abud Stephen Thiong (a.k.a. THIONGKOL, Abud Stephen), South Sudan; DOB 23 Feb 1962; Gender Male (individual) [GLOMAG].

KOLBAEV, Kamchi (a.k.a. ASANBEK, Kamchi; a.k.a. ASANBEK, Kamchy; a.k.a. KAMCHI, Asanbeka; a.k.a. KOLBAEV, Kamchibek; a.k.a. KOLBAYEV, Kamchi (Cyrillic: КОЛЬБАЕВ, КАМЧЫ); a.k.a. KOLBAYEV, Kamchibek (Cyrillic: КОЛЬБАЕВ, КАМЧИБЕК); a.k.a. KOLBAYEV, Kamchy; a.k.a. KOLBAYEV, Kamchybek Asanbekovich; a.k.a. "KAMCHI BISHKEKSKIY" (Cyrillic: "КАМЧИ БИШКЕКСКИЙ"); a.k.a. "KOLYA-KYRGYZ"), Bahar 1 Sector, C09-T02 Tower, Apartment 3203, Dubai 31672, United Arab Emirates; Murjan 6, Jumeirah Beach Residences, Dubai, United Arab Emirates; DOB 03 Aug 1974; alt. DOB 01 Jan 1973; POB Cholpon-Ata, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; Passport AC2499982 (Kyrgyzstan); alt. Passport AC732709 (Kyrgyzstan); Identification Number 20308197410028 (Kyrgyzstan); alt. Identification Number 1002001 (Kyrgyzstan) (individual) [SDNTK] [TCO] (Linked To: THIEVES-IN-LAW).

KOLBAEV, Kamchibek (a.k.a. ASANBEK, Kamchi; a.k.a. ASANBEK, Kamchy; a.k.a. KAMCHI, Asanbeka; a.k.a. KOLBAEV, Kamchi; a.k.a. KOLBAYEV, Kamchi (Cyrillic: КОЛЬБАЕВ, КАМЧЫ); a.k.a. KOLBAYEV, Kamchibek (Cyrillic: КОЛЬБАЕВ, КАМЧИБЕК); a.k.a. KOLBAYEV, Kamchy; a.k.a. KOLBAYEV, Kamchybek Asanbekovich; a.k.a. "KAMCHI BISHKEKSKIY" (Cyrillic: "КАМЧИ БИШКЕКСКИЙ"); a.k.a. "KOLYA-KYRGYZ"), Bahar 1 Sector, C09-T02 Tower, Apartment 3203, Dubai 31672, United Arab Emirates; Murjan 6, Jumeirah Beach Residences, Dubai, United Arab Emirates; DOB 03 Aug 1974; alt.

DOB 01 Jan 1973; POB Cholpon-Ata, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; Passport AC2499982 (Kyrgyzstan); alt. Passport AC732709 (Kyrgyzstan); Identification Number 20308197410028 (Kyrgyzstan); alt. Identification Number 1002001 (Kyrgyzstan) (individual) [SDNTK] [TCO] (Linked To: THIEVES-IN-LAW).

KOLBAYEV, Kamchi (Cyrillic: КОЛЬБАЕВ, КАМЧЫ) (a.k.a. ASANBEK, Kamchi; a.k.a. ASANBEK, Kamchy; a.k.a. KAMCHI, Asanbeka; a.k.a. KOLBAEV, Kamchi; a.k.a. KOLBAEV, Kamchibek; a.k.a. KOLBAYEV, Kamchibek (Cyrillic: КОЛЬБАЕВ, КАМЧИБЕК); a.k.a. KOLBAYEV, Kamchy; a.k.a. KOLBAYEV, Kamchybek Asanbekovich; a.k.a. "KAMCHI BISHKEKSKIY" (Cyrillic: "КАМЧИ БИШКЕКСКИЙ"); a.k.a. "KOLYA-KYRGYZ"), Bahar 1 Sector, C09-T02 Tower, Apartment 3203, Dubai 31672, United Arab Emirates; Murjan 6, Jumeirah Beach Residences, Dubai, United Arab Emirates; DOB 03 Aug 1974; alt. DOB 01 Jan 1973; POB Cholpon-Ata, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; Passport AC2499982 (Kyrgyzstan); alt. Passport AC732709 (Kyrgyzstan); Identification Number 20308197410028 (Kyrgyzstan); alt. Identification Number 1002001 (Kyrgyzstan) (individual) [SDNTK] [TCO] (Linked To: THIEVES-IN-LAW).

KOLBAYEV, Kamchibek (Cyrillic: КОЛЬБАЕВ, КАМЧИБЕК) (a.k.a. ASANBEK, Kamchi; a.k.a. ASANBEK, Kamchy; a.k.a. KAMCHI, Asanbeka; a.k.a. KOLBAEV, Kamchi; a.k.a. KOLBAEV, Kamchibek; a.k.a. KOLBAYEV, Kamchi (Cyrillic: КОЛЬБАЕВ, КАМЧЫ); a.k.a. KOLBAYEV, Kamchy; a.k.a. KOLBAYEV, Kamchybek Asanbekovich; a.k.a. "KAMCHI BISHKEKSKIY" (Cyrillic: "КАМЧИ БИШКЕКСКИЙ"); a.k.a. "KOLYA-KYRGYZ"), Bahar 1 Sector, C09-T02 Tower, Apartment 3203, Dubai 31672, United Arab Emirates; Murjan 6, Jumeirah Beach Residences, Dubai, United Arab Emirates; DOB 03 Aug 1974; alt. DOB 01 Jan 1973; POB Cholpon-Ata, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; Passport AC2499982 (Kyrgyzstan); alt. Passport AC732709 (Kyrgyzstan); Identification Number 20308197410028 (Kyrgyzstan); alt. Identification Number 1002001 (Kyrgyzstan) (individual) [SDNTK] [TCO] (Linked To: THIEVES-IN-LAW).

KOLBAYEV, Kamchy (a.k.a. ASANBEK, Kamchi; a.k.a. ASANBEK, Kamchy; a.k.a. KAMCHI, Asanbeka; a.k.a. KOLBAEV, Kamchi; a.k.a.

KOLBAEV, Kamchibek (Cyrillic: КОЛЬБАЕВ, КАМЧЫ); a.k.a. KOLBAYEV, Kamchibek (Cyrillic: КОЛЬБАЕВ, КАМЧИБЕК); a.k.a. KOLBAYEV, Kamchybek Asanbekovich; a.k.a. "KAMCHI BISHKEKSKIY" (Cyrillic: "КАМЧИ БИШКЕКСКИЙ"); a.k.a. "KOLYA-KYRGYZ"), Bahar 1 Sector, C09-T02 Tower, Apartment 3203, Dubai 31672, United Arab Emirates; Murjan 6, Jumeirah Beach Residences, Dubai, United Arab Emirates; DOB 03 Aug 1974; alt. DOB 01 Jan 1973; POB Cholpon-Ata, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; Passport AC2499982 (Kyrgyzstan); alt. Passport AC732709 (Kyrgyzstan); Identification Number 20308197410028 (Kyrgyzstan); alt. Identification Number 1002001 (Kyrgyzstan) (individual) [SDNTK] [TCO] (Linked To: THIEVES-IN-LAW).

KOLBAYEV, Kamchybek Asanbekovich (a.k.a. ASANBEK, Kamchi; a.k.a. ASANBEK, Kamchy; a.k.a. KAMCHI, Asanbeka; a.k.a. KOLBAEV, Kamchi; a.k.a. KOLBAEV, Kamchibek; a.k.a. KOLBAYEV, Kamchi (Cyrillic: КОЛЬБАЕВ, КАМЧЫ); a.k.a. KOLBAYEV, Kamchibek (Cyrillic: КОЛЬБАЕВ, КАМЧИБЕК); a.k.a. KOLBAYEV, Kamchy; a.k.a. "KAMCHI BISHKEKSKIY" (Cyrillic: "КАМЧИ БИШКЕКСКИЙ"); a.k.a. "KOLYA-KYRGYZ"), Bahar 1 Sector, C09-T02 Tower, Apartment 3203, Dubai 31672, United Arab Emirates; Murjan 6, Jumeirah Beach Residences, Dubai, United Arab Emirates; DOB 03 Aug 1974; alt. DOB 01 Jan 1973; POB Cholpon-Ata, Kyrgyzstan; nationality Kyrgyzstan; Gender Male; Passport AC2499982 (Kyrgyzstan); alt. Passport AC732709 (Kyrgyzstan); Identification Number 20308197410028 (Kyrgyzstan); alt. Identification Number 1002001 (Kyrgyzstan) (individual) [SDNTK] [TCO] (Linked To: THIEVES-IN-LAW).

KOLBIN, Peter (a.k.a. KOLBIN, Petr; a.k.a. KOLBIN, Petr Viktorovich; a.k.a. KOLBIN, Pyotr); DOB 02 Jan 1952; POB Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

KOLBIN, Petr (a.k.a. KOLBIN, Peter; a.k.a. KOLBIN, Petr Viktorovich; a.k.a. KOLBIN, Pyotr); DOB 02 Jan 1952; POB Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

KOLBIN, Petr Viktorovich (a.k.a. KOLBIN, Peter; a.k.a. KOLBIN, Petr; a.k.a. KOLBIN, Pyotr); DOB 02 Jan 1952; POB Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

KOLBIN, Pyotr (a.k.a. KOLBIN, Peter; a.k.a. KOLBIN, Petr; a.k.a. KOLBIN, Petr Viktorovich); DOB 02 Jan 1952; POB Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

KOLBIN, Sergei Nikolayevich (a.k.a. KOLBIN, Sergey Nikolayevich (Cyrillic: КОЛБИН, Сергей Николаевич)), Russia; DOB 29 Oct 1969; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOLBIN, Sergey Nikolayevich (Cyrillic: КОЛБИН, Сергей Николаевич) (a.k.a. KOLBIN, Sergei Nikolayevich), Russia; DOB 29 Oct 1969; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOLCHANOV, Vasili Aleksandrovich (Cyrillic: КОЛЧАНОВ, Василий Александрович) (a.k.a. KOLCHANOV, Vasiliy Aleksandrovich; a.k.a. KOLCHANOV, Vasily); DOB 25 Mar 1946; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Profinet Director General (individual) [DPRK4] (Linked To: PROFINET PTE. LTD.).

KOLCHANOV, Vasiliy Aleksandrovich (a.k.a. KOLCHANOV, Vasili Aleksandrovich (Cyrillic: КОЛЧАНОВ, Василий Александрович); a.k.a. KOLCHANOV, Vasily); DOB 25 Mar 1946; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Profinet Director General (individual) [DPRK4] (Linked To: PROFINET PTE. LTD.).

KOLCHANOV, Vasily (a.k.a. KOLCHANOV, Vasili Aleksandrovich (Cyrillic: КОЛЧАНОВ, Василий Александрович); a.k.a. KOLCHANOV, Vasiliy Aleksandrovich); DOB 25 Mar 1946; Secondary sanctions risk: North

Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Profinet Director General (individual) [DPRK4] (Linked To: PROFINET PTE. LTD.).

KOLEDA, Mariya Vasilevna (a.k.a. KOLEDA, Mariya Vasilyevna (Cyrillic: КОЛЕДА, Мария Васильевна); a.k.a. KOLEDA, Mariya Vasylivna (Cyrillic: КОЛЄДА, Марія Василівна)), Russia; DOB 07 Jun 1991; POB Saint Petersburg, Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

KOLEDA, Mariya Vasilyevna (Cyrillic: КОЛЕДА, Мария Васильевна) (a.k.a. KOLEDA, Mariya Vasilevna; a.k.a. KOLEDA, Mariya Vasylivna (Cyrillic: КОЛЄДА, Марія Василівна)), Russia; DOB 07 Jun 1991; POB Saint Petersburg, Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

KOLEDA, Mariya Vasylivna (Cyrillic: КОЛЄДА, Марія Василівна) (a.k.a. KOLEDA, Mariya Vasilevna; a.k.a. KOLEDA, Mariya Vasilyevna (Cyrillic: КОЛЕДА, Мария Васильевна)), Russia; DOB 07 Jun 1991; POB Saint Petersburg, Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

KOLESNIK, Andrey Ivanovich (Cyrillic: КОЛЕСНИК, Андрей Иванович), Russia; DOB 26 Feb 1960; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOLESNIKOV, Oleg Alekseyevich (Cyrillic: КОЛЕСНИКОВ, Олег Алексеевич), Russia; DOB 11 Sep 1968; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOLLER, Bruno, Switzerland; DOB 14 Aug 1956; nationality Switzerland; Gender Male; Passport X7607094 (Switzerland) (individual) [RUSSIA-EO14024] (Linked To: MORETTI, Walter).

KOLNET LIMITED (a.k.a. GBD LIMITED), Afstralias 6, Limassol 3017, Cyprus; Organization Established Date 03 Aug 1998; Organization Type: Non-specialized wholesale trade; Registration Number C96489 (Cyprus)

[RUSSIA-EO14024] (Linked To: VOLFOVICH, Alexander).

KOLOKOLTSEV, Vladimir Alexandrovich (Cyrillic: КОЛОКОЛЦЕВ, Владимир Александрович), Moscow, Russia; DOB 11 May 1961; POB Nizhny Lomov, Penza Region, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KOLOMEITSEV, Nikolai Vasilyevich (a.k.a. KOLOMEITSEV, Nikolay Vasilievich (Cyrillic: КОЛОМЕЙЦЕВ, Николай Васильевич); a.k.a. KOLOMEYTSEV, Nikolay Vasilyevich), Russia; DOB 01 Sep 1956; POB Rostov Region, Russia; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOLOMEITSEV, Nikolay Vasilievich (Cyrillic: КОЛОМЕЙЦЕВ, Николай Васильевич) (a.k.a. KOLOMEITSEV, Nikolai Vasilyevich; a.k.a. KOLOMEYTSEV, Nikolay Vasilyevich), Russia; DOB 01 Sep 1956; POB Rostov Region, Russia; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOLOMEYTSEV, Nikolay Vasilyevich (a.k.a. KOLOMEITSEV, Nikolai Vasilyevich; a.k.a. KOLOMEITSEV, Nikolay Vasilievich (Cyrillic: КОЛОМЕЙЦЕВ, Николай Васильевич)), Russia; DOB 01 Sep 1956; POB Rostov Region, Russia; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOLOMNA MACHINE BUILDING DESIGN BUREAU (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION CORPORATION KONSTRUKTORSKOYE BYURO MASHYNOSTROYENIYA; a.k.a. RESEARCH AND PRODUCTION CORPORATION KONSTRUKTORSKOYE BYURO MASHYNOSTROYENIYA; a.k.a. "JSC RPC KBM"), 42, Okskiy Prospekt, Kolomna, Moscow Region 140402, Russia; Website www.kbm.ru; Organization Established Date 02 Jul 2012; Tax ID No. 5022039177 (Russia) [RUSSIA-EO14024].

KOLOSOV, Bogdan (a.k.a. KOLOSOV, Bogdan Valeryevich), House 177, Apt. 64, Izhevsk, Udmurtskaya Respublika 426060, Russia; DOB 06 May 1985; Gender Male; Secondary

sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] (Linked To: JOINT STOCK COMPANY CONCERN KALASHNIKOV).

KOLOSOV, Bogdan Valeryevich (a.k.a. KOLOSOV, Bogdan), House 177, Apt. 64, Izhevsk, Udmurtskaya Respublika 426060, Russia; DOB 06 May 1985; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] (Linked To: JOINT STOCK COMPANY CONCERN KALASHNIKOV).

KOLTSOV, Anton Viktorovich (Cyrillic: КОЛЬЦОВ, Антон Викторович), Zaporizhzhia, Ukraine; DOB 24 Jun 1973; POB Cherepovets, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

KOLUNOV, Sergey Vladimirovich (Cyrillic: КОЛУНОВ, Сергей Владимирович), Russia; DOB 22 Mar 1973; nationality Russia; Gender Male; Member of the State Duma of the Russian Federation (individual) [RUSSIA-EO14024].

KOLYCHEV, Vladimir Vladimirovich (Cyrillic: КОЛЫЧЕВ, Владимир Владимирович), Moscow, Russia; DOB 24 Jun 1983; POB Chernoe, Moscow Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

KOLYUSHIN, Yevgeny Ivanovich (Cyrillic: КОЛЮШИН, Евгений Иванович), Moscow, Russia; DOB 08 Oct 1947; POB Cherepovets, Vologda region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

KOMANA HOLDINGS LLC (a.k.a. SOVCOMBANK SECURITIES LIMITED), Chapo Central, Flat No: 1, Floor No: 1, Spyrou Kyprianoy 20, Nicosia 1075, Cyprus; Registration Number C339207 (Cyprus) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

KOMANOV, Viktor Alekseevich, Russia; DOB 1973; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

KOMAROV, Andrey Ilyich (Cyrillic: КОМАРОВ, Андрей Ильич), Russia; DOB 11 Oct 1966; POB Chelyabinsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation

economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 773606418645 (Russia) (individual) [RUSSIA-EO14024].

KOMAROV, Igor Anatolievich (a.k.a. KOMAROV, Igor Anatolyevich (Cyrillic: КОМАРОВ, Игорь Анатольевич)), Russia; DOB 25 May 1964; POB Engels, Saratov Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

KOMAROV, Igor Anatolyevich (Cyrillic: КОМАРОВ, Игорь Анатольевич) (a.k.a. KOMAROV, Igor Anatolievich), Russia; DOB 25 May 1964; POB Engels, Saratov Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

KOMAROVA, Natalia Vladimirovna (a.k.a. KOMAROVA, Natalya Vladimirovna (Cyrillic: КОМАРОВА, Наталья Владимировна)), Khanty-Mansiysk Autonomous Region, Russia; DOB 21 Oct 1955; POB Yazvo, Pskov Region, Russia; nationality Russia; citizen Russia; Gender Female; Tax ID No. 890400636784 (Russia) (individual) [RUSSIA-EO14024].

KOMAROVA, Natalya Vladimirovna (Cyrillic: КОМАРОВА, Наталья Владимировна) (a.k.a. KOMAROVA, Natalia Vladimirovna), Khanty-Mansiysk Autonomous Region, Russia; DOB 21 Oct 1955; POB Yazvo, Pskov Region, Russia; nationality Russia; citizen Russia; Gender Female; Tax ID No. 890400636784 (Russia) (individual) [RUSSIA-EO14024].

KOMBINAT KAMENSKI FKP (a.k.a. FEDERAL STATE ENTERPRISE KAMENSKY COMBINE; a.k.a. FEDERALNOE KAZENNOE PREDPRIYATIE KOMBINAT KAMENSKI; a.k.a. "KOMBINAT KAMENSKII"), Ul. Saprygina D.8, Kamensk-Shakhtinskiy 347801, Russia; Tax ID No. 6147025090 (Russia); Registration Number 1066147003658 (Russia) [RUSSIA-EO14024].

KOMINVEX DOO BEOGRAD (a.k.a. PREDUZECE ZA TRGOVINU I INZENJERING POSLOVE KOMINVEX DOO BEOGRAD RAKOVICA), Nikole Marakovica 21/VI/36, Belgrade 11090, Serbia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 104004847 (Serbia); Registration Number 20047038 (Serbia) [RUSSIA-EO14024].

KOMITE EMDAD EMAM (a.k.a. COMITE ISLAMIQUE DAIDES ET DE BIEM LIBAN; a.k.a. EMDAD ASSISTANCE FOUNDATION; a.k.a. EMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMAM KHOMEINI EMDAD COMMITTEE; a.k.a. IMAM KHOMEINI FOUNDATION; a.k.a. IMAM KHOMEINI IMDAD COMMITTEE; a.k.a. IMAM KHOMEINI RELIEF COMMITTEE (LEBANON BRANCH); a.k.a. IMAM KHOMEINI RELIEF ORGANIZATION; a.k.a. IMAM KHOMEINI SUPPORT COMMITTEE; a.k.a. IMAM KHOMEINY AID COMMITTEE; a.k.a. IMDAD ASSOCIATION OF THE ISLAMIC PHILANTHROPIC COMMITTEE; a.k.a. IMDAD COMMITTEE FOR ISLAMIC CHARITY; a.k.a. IMDAD ISLAMIC ASSOCIATION COMMITTEE FOR CHARITY; a.k.a. ISLAMIC CHARITY EMDAD; a.k.a. ISLAMIC CHARITY EMDAD COMMITTEE; a.k.a. ISLAMIC EMDAD CHARITABLE COMMITTEE; a.k.a. KHOMEINI CHARITABLE FOUNDATION; a.k.a. KHOMEINI SOCIAL HELP COMMITTEE; a.k.a. "AL-IMDAD"), P.O. Box 25-211 Beirut AiRabi' Building, 2nd Floor,, Mokdad Street, Haret Hreik, Beirut, Lebanon; P.O. Box 25/221 El Ghobeiry, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions; alt. Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] [IFSR].

KOMITET GOSUDARSTVENNOI BEZOPASNOSTI RESPUBLIKI BELARUS (Cyrillic: КОМИТЕТ ГОСУДАРСТВЕННОЙ БЕЗОПАСНОСТИ РЕСПУБЛИКИ БЕЛАРУСЬ) (a.k.a. BELARUSIAN KGB; a.k.a. BELARUSIAN STATE SECURITY COMMITTEE; a.k.a. KAMITET DZYARZHAUNAI BIASPEKI RESPUBLIKI BELARUS (Cyrillic: КАМIТЭТ ДЗЯРЖАЎНАЙ БЯСПЕКI РЭСПУБЛIКI БЕЛАРУСЬ); a.k.a. STATE SECURITY COMMITTEE OF THE REPUBLIC OF BELARUS), Nezalezhnastsi Avenue, 17, Minsk 220030, Belarus; Komsomolskaya str., 30, Minsk 220030, Belarus; Target Type Government Entity [BELARUS].

KOMLEV, Vladimir Valerievich (Cyrillic: КОМЛЕВ, Владимир Валерьевич) (a.k.a. KOMLEV, Vladimir Valeryevich), Russia; DOB 11 Apr 1966; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

KOMLEV, Vladimir Valeryevich (a.k.a. KOMLEV, Vladimir Valerievich (Cyrillic: КОМЛЕВ,

Владимир Валерьевич)), Russia; DOB 11 Apr 1966; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

KOMMERCHESKI BANK UKRSIBBANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU (a.k.a. CETELEM BANK LIMITED LIABILITY COMPANY; a.k.a. CETELEM BANK LLC (Cyrillic: СЕТЕЛЕМ БАНК ООО); a.k.a. SETELEM BANK LIMITED LIABILITY COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕТЕЛЕМ БАНК); a.k.a. SETELEM BANK OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. SETELEM BANK OOO), 26 ul. Pravdy, Moscow 125124, Russia (Cyrillic: ул. Правды, д. 26, г. Москва 125124, Russia); SWIFT/BIC CETBRUMM; Website www.cetelem.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1027739664260 (Russia); Tax ID No. 6452010742 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

KOMMERCHESKI BANK YAROSLAVICH, PAO (f.k.a. COMMERCIAL JOINT-STOCK INCORPORATION BANK YAROSLAVICH; a.k.a. PJSC BANK VVB; a.k.a. PUBLIC JOINT-STOCK COMPANY BANK VVB; a.k.a. PUBLICHNOE AKTSIONERNOE OBSHCHESTVO BANK VVB; a.k.a. PUBLICHNOYE JOINT-STOCK COMPANY BANK VVB; a.k.a. VVB, PAO), 3A ul., 4-ya Bastionnaya, Sevastopol, Crimea 299011, Ukraine; Voronina, 10, Sevastopol, Crimea 299011, Ukraine; 39A Ul. Suvorova, Sevastopol, Crimea, Ukraine; 5 Per. Pionerskiy, Simferopol, Crimea, Ukraine; SWIFT/BIC YARORU21; BIK (RU) 046711106; alt. BIK (RU) 043510133; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

KOMNOV, Dmitriy, DOB 17 May 1977; POB Kashira Region, Moscow, Russia (individual) [MAGNIT].

KOMOTKO, 12 Pop Lukina, Belgrade, Serbia; Registration ID 17307746 (Serbia); Tax ID No. 100036378 (Serbia) [BALKANS].

KOMOTSKY, Boris Olegovich (Cyrillic: КОМОЦКИЙ, Борис Олегович), Russia; DOB 31 Jan 1956; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOMPANIYA AMG (a.k.a. ALFA MACHINERY GROUP), ul. Kuskovskaya d. 20A, pom. XIIA komn. 114, Moscow 111141, Russia; Tax ID No. 7720821959 (Russia); Registration Number 1147746889531 (Russia) [RUSSIA-EO14024].

KOMPANIYA GAZ-ALYANS, OOO (a.k.a. COMPANY GAZ-ALLIANCE LLC; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KOMPANIYA GAZ-ALYANS), 15 Ul., Svobody, Nizhni Novgorod, Nizhegorodskaya Obl. 603003, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1142311010885 (Russia) [UKRAINE-EO13660] (Linked To: DONETSK PEOPLE'S REPUBLIC; Linked To: LUHANSK PEOPLE'S REPUBLIC; Linked To: ZAO VNESHTORGSERVIS).

KOMPANIYA INTERVESP OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KOMPANIYA INTERVESP), d. 6B pom. 605, ul. Artyukhinoi, Moscow 109390, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 29 Nov 2017; Tax ID No. 9723038796 (Russia); Government Gazette Number 20366523 (Russia); Registration Number 5177746268530 (Russia) [RUSSIA-EO14024].

KOMPANIYA RUSMARKET (a.k.a. LLC COMPANY RUSMARKET), Ul. Dekabristov D. 2, K. 2, Kv. 115, Moscow 127562, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-

industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9710035597 (Russia); Registration Number 1177746959950 (Russia) [RUSSIA-EO14024].

KOMPLIGA (a.k.a. COMPLIGA), Per. Spasskii D. 14/35, Lit. A, Pom. 71N, Office 405, Saint Petersburg 190031, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7838083791 (Russia); Registration Number 1187847376441 (Russia) [RUSSIA-EO14024].

KOMPONENTA AO (a.k.a. KOMPONENTA INC), ul. Vyborgskaya d. 16, str. 1, pom. X kom 2, Moscow 125212, Russia; Tax ID No. 7743669411 (Russia); Registration Number 1077763331436 (Russia) [RUSSIA-EO14024].

KOMPONENTA INC (a.k.a. KOMPONENTA AO), ul. Vyborgskaya d. 16, str. 1, pom. X kom 2, Moscow 125212, Russia; Tax ID No. 7743669411 (Russia); Registration Number 1077763331436 (Russia) [RUSSIA-EO14024].

KOMSOMOLSK-ON-AMUR AIRCRAFT PRODUCTION ASSOCIATION (a.k.a. KNAAPO (Cyrillic: КНААПО); a.k.a. KOMSOMOLSK-ON-AMUR AVIATION PLANT), 1 Sovetskaya Str., Komsomolsk On Amur 681018, Russia; Website www.knaapo.ru; Tax ID No. 2703019760 (Russia) [RUSSIA-EO14024].

KOMSOMOLSK-ON-AMUR AVIATION PLANT (a.k.a. KNAAPO (Cyrillic: КНААПО); a.k.a. KOMSOMOLSK-ON-AMUR AIRCRAFT PRODUCTION ASSOCIATION), 1 Sovetskaya Str., Komsomolsk On Amur 681018, Russia; Website www.knaapo.ru; Tax ID No. 2703019760 (Russia) [RUSSIA-EO14024].

KONARS, Robert (a.k.a. GEBERT, Markus; a.k.a. GELOWICZ, Abdullah; a.k.a. GELOWICZ, Fritz Martin; a.k.a. GELOWICZ, Fritz Martin Abdullah; a.k.a. GELOWITZ, Fritz Martin Abdullah; a.k.a. "BENZL"), Boefinger Weg 20, Ulm 89075, Germany; Eberhardstrasse 70, Ulm 89073, Germany; DOB 01 Sep 1979; alt. DOB 10 Apr 1979; POB Munich, Germany; alt. POB Liege, Belgium; citizen Germany; Passport 7020069907 (Germany); Personal ID Card 7020783883; currently incarcerated at Stuttgart-Stammheim, Germany (individual) [SDGT].

KONDRAKHIN, Leontiy Andreyevich (Cyrillic: КОНДРАХИН, Леонтий Андреевич), Krylatskie Holmi St. 37-269, Moscow 121614, Russia; DOB 28 Apr 2001; POB Moscow, Russia; nationality Russia; Gender Male; Passport 651944506 (Russia) (individual) [RUSSIA-EO14024] (Linked To: BROVKO, Vasily Yuryevich).

KONDRAKHINA, Melania (a.k.a. KONDRAKHINA, Melaniya Andreyevna (Cyrillic: КОНДРАХИН, Мелания Андреевна)), Krylatskie Holmi St. 37-269, Moscow 121614, Russia; DOB 11 Jan 2000; POB Moscow, Russia; nationality Russia; Gender Female; Passport 651944507 (Russia) (individual) [RUSSIA-EO14024] (Linked To: BROVKO, Vasily Yuryevich).

KONDRAKHINA, Melaniya Andreyevna (Cyrillic: КОНДРАХИН, Мелания Андреевна) (a.k.a. KONDRAKHINA, Melania), Krylatskie Holmi St. 37-269, Moscow 121614, Russia; DOB 11 Jan 2000; POB Moscow, Russia; nationality Russia; Gender Female; Passport 651944507 (Russia) (individual) [RUSSIA-EO14024] (Linked To: BROVKO, Vasily Yuryevich).

KONDRATENKO, Aleksey Nikolayevich (Cyrillic: КОНДРАТЕНКО, Алексей Николаевич), Russia; DOB 16 Dec 1969; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KONDRATENKO, Maxim Dmitrievich, Russia; DOB 31 Jul 1973; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

KONDRATEV, Ivan (a.k.a. KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. KONDRATYEV, Ivan; a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD"; a.k.a. "@BASSTERLORD 0170742922"; a.k.a. "@SINNER6546"; a.k.a. "@SINNER911"; a.k.a. "BASSTERLORD"; a.k.a. "EDITOR"; a.k.a. "FISHEYE"; a.k.a. "INVESTORLIFE1"; a.k.a. "JACKROCK#3337"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz 07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT

bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns 29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45h exr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h6 0n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6n g6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e412 0d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич) (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATYEV, Ivan; a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD"; a.k.a. "@BASSTERLORD 0170742922"; a.k.a. "@SINNER6546"; a.k.a. "@SINNER911"; a.k.a. "BASSTERLORD"; a.k.a. "EDITOR"; a.k.a. "FISHEYE"; a.k.a. "INVESTORLIFE1"; a.k.a. "JACKROCK#3337"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz 07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns 29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45h exr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h6 0n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6n g6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e412 0d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

KONDRATIEV, Veniamin Ivanovich (a.k.a. KONDRATYEV, Veniamin Ivanovich (Cyrillic: КОНДРАТЬЕВ, Вениамин Иванович)), Krasnodar Territory, Russia; DOB 01 Sep 1970; POB Prokopevsk, Kemerovo Region, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

KONDRATYEV, Ivan (a.k.a. KONDRATEV, Ivan; a.k.a. KONDRATIEV, Ivan Gennadievich (Cyrillic: КОНДРАТЬЕВ, Иван Геннадьевич); a.k.a. "@AL3XL7"; a.k.a. "@BASSTERLORD"; a.k.a. "@BASSTERLORD 0170742922"; a.k.a. "@SINNER6546"; a.k.a. "@SINNER911"; a.k.a. "BASSTERLORD"; a.k.a. "EDITOR"; a.k.a. "FISHEYE"; a.k.a. "INVESTORLIFE1"; a.k.a. "JACKROCK#3337"; a.k.a. "SIN998A"), Novomokovsk, Russia; DOB 08 Apr 1996; nationality Russia; Email Address sinner4iter@gmail.com; Gender Male; Digital Currency Address - XBT bc1q5jqgm7nvrhaw2rh2vk0dk8e4gg5g373g0vz 07r; alt. Digital Currency Address - XBT 32pTjxTNi7snk8sodrgfmdKao3DEn1nVJM; alt. Digital Currency Address - XBT 15cRqR3TXS1JehBGWERuxFE8NhWZzfoeeU; alt. Digital Currency Address - XBT 1A7SKE2dQtezLktCY8peLsdAtkqxV9r1dC; alt. Digital Currency Address - XBT bc1q8ew45w2agdffrnwp6adt2gqrc9n4mkev9ns 29c; alt. Digital Currency Address - XBT bc1qagp0gy58v8hqvw4p2wsphcxg067rrppp45h exr; alt. Digital Currency Address - XBT bc1qn6segn8km4nfdp9vueu6msfjsaxaqgun9h6 0n9; alt. Digital Currency Address - XBT bc1qx9upga7f09tsetqf78wa3qrmcjar58mkwz6n g6; Digital Currency Address - ETH 0xf3701f445b6bdafedbca97d1e477357839e412 0d; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 7019934211 (Russia) (individual) [CYBER2].

KONDRATYEV, Veniamin Ivanovich (Cyrillic: КОНДРАТЬЕВ, Вениамин Иванович) (a.k.a. KONDRATIEV, Veniamin Ivanovich), Krasnodar Territory, Russia; DOB 01 Sep 1970; POB Prokopevsk, Kemerovo Region, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

KONDRATYUK, Nikolai Fyodorovich (Cyrillic: КОНДРАТЮК, Николай Фёдорович), Russia; DOB 11 Jul 1957; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KONEISTO CONSULTING (a.k.a. KONEISTO INTERNATIONAL OY; a.k.a. KONEISTO TECHNOLOGY), Hirsalantie 11, Jorvas 02420, Finland; Salmitie 3, Masala 02430, Finland; Organization Established Date 27 Jan 1993; V.A.T. Number FI09221256 (Finland); Identification Number 0922125-6 (Finland);

Registration Number 554.917 (Finland) [RUSSIA-EO14024].

KONEISTO INTERNATIONAL OY (a.k.a. KONEISTO CONSULTING; a.k.a. KONEISTO TECHNOLOGY), Hirsalantie 11, Jorvas 02420, Finland; Salmitie 3, Masala 02430, Finland; Organization Established Date 27 Jan 1993; V.A.T. Number FI09221256 (Finland); Identification Number 0922125-6 (Finland); Registration Number 554.917 (Finland) [RUSSIA-EO14024].

KONEISTO TECHNOLOGY (a.k.a. KONEISTO CONSULTING; a.k.a. KONEISTO INTERNATIONAL OY), Hirsalantie 11, Jorvas 02420, Finland; Salmitie 3, Masala 02430, Finland; Organization Established Date 27 Jan 1993; V.A.T. Number FI09221256 (Finland); Identification Number 0922125-6 (Finland); Registration Number 554.917 (Finland) [RUSSIA-EO14024].

KONFERUM (a.k.a. LIMITED LIABILITY COMPANY CONFERUM), Ul. Betonnaya D. 13A, Pomeshch. I/Floor 2, Staraya Kupavna 142450, Russia; Shchelkovskoe shosse, 54B, Balashikha, Moscow 143900, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5001077887 (Russia); Registration Number 1105001002370 (Russia) [RUSSIA-EO14024].

KONG, Hok Lai (Chinese Simplified: 江学礼) (a.k.a. KONG, Kelvin; a.k.a. KONG, Kelvin Hok Lai), Hong Kong; DOB 22 May 1972; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport K03327564 (Hong Kong) expires 14 May 2023; National ID No. K0278408 (Hong Kong) (individual) [HK-EO13936].

KONG, Kelvin (a.k.a. KONG, Hok Lai (Chinese Simplified: 江学礼); a.k.a. KONG, Kelvin Hok Lai), Hong Kong; DOB 22 May 1972; POB Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport K03327564 (Hong Kong) expires 14 May 2023; National ID No. K0278408 (Hong Kong) (individual) [HK-EO13936].

KONG, Kelvin Hok Lai (a.k.a. KONG, Hok Lai (Chinese Simplified: 江学礼); a.k.a. KONG, Kelvin), Hong Kong; DOB 22 May 1972; POB

Hong Kong; nationality Hong Kong; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport K03327564 (Hong Kong) expires 14 May 2023; National ID No. K0278408 (Hong Kong) (individual) [HK-EO13936].

KONGRA-GEL (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KADEK; a.k.a. KGK; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "HSK"; a.k.a. "KHK") [SDNTK] [FTO] [SDGT].

KONIG, Emilie, Syria; DOB 09 Dec 1984; POB Ploemeur, France; nationality France (individual) [SDGT].

KONIJANE STRATEGIC MARKETING, Abidjan-Cocody Angre 8eme Tranche, Les Residences Eve La Djibi, Lot no 664, Ilot 28, 05 Boite Postale Numero 2647, Abidjan, Cote d Ivoire; Organization Established Date 02 Mar 2021; Commercial Registry Number CI-ABJ-03-2021-B13-01153 (Cote d Ivoire) [GLOMAG].

KONING MARINE CORP, Care of Sambouk Shipping FCZ, Office 101, 1st Floor, FITCO Building No 3, Inside Fujairah Port, PO Box 50044, Fujairah, United Arab Emirates; 80 Broad Street, Monrovia, Liberia; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN].

KONKORD MENEDZHMENT I KONSALTING, OOO (a.k.a. LIMITED LIABILITY COMPANY CONCORD MANAGEMENT AND CONSULTING; a.k.a. LLC CONCORD MANAGEMENT AND CONSULTING; a.k.a. OBSHCHESTVO S OGRANNICHENNOI OTVETSTVENNOSTYU KONKORD MENEDZHMENT I KONSALTING), D. 13 Litera A, Pom. 2-N N4, Naberezhnaya Reki Fontanki, St. Petersburg 191011, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037843002515 [UKRAINE-EO13661] [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

KONOMAR GEMI ELEKTRIK VE ELEKTRONIK LIMITED SIRKETI, No: 49 Istasyon Mahallesi, Istanbul, Turkey; Tax ID No. 5760525158 (Turkey); Business Registration Number 59678 (Turkey) [RUSSIA-EO14024].

KONONOV, Vladimir (a.k.a. KONONOV, Vladimir P.; a.k.a. KONONOV, Vladimir Petrovich; a.k.a. KONONOV, Volodimir); DOB 14 Oct 1974; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KONONOV, Vladimir Mikhaylovich (Cyrillic: КОНОНОВ, Владимир Михайлович), Russia; DOB 13 Mar 1958; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KONONOV, Vladimir P. (a.k.a. KONONOV, Vladimir; a.k.a. KONONOV, Vladimir Petrovich; a.k.a. KONONOV, Volodimir); DOB 14 Oct 1974; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KONONOV, Vladimir Petrovich (a.k.a. KONONOV, Vladimir; a.k.a. KONONOV, Vladimir P.; a.k.a. KONONOV, Volodimir); DOB 14 Oct 1974; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KONONOV, Volodimir (a.k.a. KONONOV, Vladimir; a.k.a. KONONOV, Vladimir P.; a.k.a. KONONOV, Vladimir Petrovich); DOB 14 Oct 1974; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KONOVALOV, Aleksandr Vladimirovich (Cyrillic: КОНОВАЛОВ, Александр Владимирович) (a.k.a KONOVALOV, Alexander Vladimirovich), Moscow, Russia; DOB 09 Jun 1968; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 781001222343 (Russia) (individual) [RUSSIA-EO14024].

KONOVALOV, Alexander Vladimirovich (a.k.a. KONOVALOV, Aleksandr Vladimirovich (Cyrillic: КОНОВАЛОВ, Александр Владимирович)), Moscow, Russia; DOB 09 Jun 1968; POB St. Petersburg, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 781001222343 (Russia) (individual) [RUSSIA-EO14024].

KONOVALOV, Valentin Olegovich (Cyrillic: КОНОВАЛОВ, Валентин Олегович), Khakasia Republic, Russia; DOB 30 Nov 1987; POB Okhotsk, Khabarovsk Region, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

KONOVEEV, Yuriy (Cyrillic: КОНОВЕЕВ, Юрий), Russia; DOB 07 May 1987; POB Rivne, Ukraine; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

KONSTANTA, OOO (a.k.a. IC CONSTANTA LLC; a.k.a. LIMITED LIABILITY COMPANY INSURANCE COMPANY KONSTANTA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТРАХОВАЯ КОМПАНИЯ КОНСТАНТА); a.k.a. LLC SK KONSTANTA (Cyrillic: ООО СК КОНСТАНТА); a.k.a. "CONSTANTA"; a.k.a. "KONSTANTA" (Cyrillic: "КОНСТАНТА")), d. 19 etazh 3 pom. 70, ul. Leninskaya Sloboda, Moscow 115280, Russia (Cyrillic: д. 19 этаж 3, помещ. 70, ул. Ленинская слобода, Москва 115280, Russia); st. Leninskaya Sloboda, house 19, floor 3, room. 70, Moscow 115280, Russia; vn. ter. Municipal district Danilovsky, Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: вн. тер г. муниципальный округ даниловский, ул. ленинская слобода, д. 19 этаж 3, помещ. 70, г. Москва 115280, Russia); Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: ул. Ленинская слобода, д. 19, этаж 3, помещ. 70, Москва 115280, Russia); Tax ID No. 7707447597 (Russia); Government Gazette Number 24544006 (Russia); Business Registration Number 1217700000011 (Russia) [PEESA-EO14039].

KONSTANTINOV, Vladimir Andreyevich; DOB 19 Nov 1956; POB Vladimirovka, Moldova; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KONSTRUKTORSKOE BYURO PRIBOROSTROENIYA OTKRYTOE AKTSIONERNOE OBSHCHESTVO (a.k.a. INSTRUMENT DESIGN BUREAU; a.k.a. JSC KBP INSTRUMENT DESIGN BUREAU; a.k.a. KBP INSTRUMENT DESIGN BUREAU; a.k.a. KBP INSTRUMENT DESIGN BUREAU JOINT STOCK COMPANY; a.k.a. "KBP OAO"), 59 Shcheglovskaya Zaseka ul., Tula 300001, Russia; Website www.kbptula.ru; Email Address kbkedr@tula.net; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1117154036911 (Russia);

Government Gazette Number 07515747 (Russia) [UKRAINE-EO13661].

KONTRAKT OOO, Ul. Avtozavodskaya D. 14, Moscow 115280, Russia; Organization Established Date 07 Sep 2006; Tax ID No. 7725581394 (Russia); Registration Number 5067746473537 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

KONTROLES (a.k.a. KONTROLES ELECTRONICOS DE BAJA CALIFORNIA, S.A. DE C.V.), Ave. Azueta 11750, Col. Libertad, Tijuana, Baja California CP 22400, Mexico; R.F.C. KEB-020222-380 (Mexico) [SDNTK].

KONTROLES ELECTRONICOS DE BAJA CALIFORNIA, S.A. DE C.V. (a.k.a. KONTROLES), Ave. Azueta 11750, Col. Libertad, Tijuana, Baja California CP 22400, Mexico; R.F.C. KEB-020222-380 (Mexico) [SDNTK].

KONTSERN BELLESBUMPROM (Cyrillic: КОНЦЕРН БЕЛЛЕСБУМПРОМ) (a.k.a. BELARUSIAN PRODUCTION AND TRADE CONCERN OF TIMBER WOODWORKING AND PULP AND PAPER INDUSTRY (Cyrillic: БЕЛОРУССКИЙ ПРОИЗВОДСТВЕННО ТОРГОВЫЙ КОНЦЕРН ЛЕСНОЙ ДЕРЕВООБРАБАТЫВАЮЩЕЙ И ЦЕЛЛЮЛОЗНО БУМАЖНОЙ ПРОМЫШЛЕННОСТИ); a.k.a. BIELARUSKI VYTVORCHA HANDLIOVY KANCERN LIASNOJ DREVAAPRACOWCHAJ I CELIULOZNA PAPIAROVAJ PRAMYSLOVASCI (Cyrillic: БЕЛАРУСКІ ВЫТВОРЧА ГАНДЛЁВЫ КАНЦЭРН ЛЯСНОЙ ДРЭВААПРАЦОЎЧАЙ І ЦЭЛЮЛОЗНА ПАПЯРОВАЙ ПРАМЫСЛОВАСЦІ)), GSP, K. Marx Street, 16, Minsk 220030, Belarus; Organization Established Date 21 Jun 1991; Target Type State-Owned Enterprise; Tax ID No. 100377850 (Belarus) [BELARUS-EO14038].

KONTSERN OKEANPRIBOR, PAO (a.k.a. AKTSIONERNOE OBSHCHESTVO KONTSERN OKEANPRIBOR (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО КОНЦЕРН ОКЕАНПРИБОР); a.k.a. AO KONTSERN OKEANPRIBOR (Cyrillic: АО КОНЦЕРН ОКЕАНПРИБОР); a.k.a. JOINT STOCK COMPANY CONCERN OKEANPRIBOR; a.k.a. JSC CONCERN OKEANPRIBOR), 46, Chkalovskii Prospect, St. Petersburg 197376, Russia; Website www.oceanpribor.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209; Registration ID 1067847424160 (Russia); Tax ID No. 7813341546 (Russia) [UKRAINE-EO13662].

KONTUR OOO, ul. Novoselov d. 25/2, floor 2, komnata 26, d. Alfimovo, Stupino 142860, Russia; Organization Established Date 14 May 2014; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 5077029058 (Russia); Registration Number 1145043002345 (Russia) [RUSSIA-EO14024] (Linked To: IMPERIYA 19-31 OOO).

KONY, Ali (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLA, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "Caesar"; a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

KONY, Ali Mohammed (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. LABOLA, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "Caesar"; a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

KONY, Joseph, Haute-Kotto, Central African Republic; Vakaga, Central African Republic; Kafia Kingi; Southern Darfur, Sudan; Congo, Democratic Republic of the; DOB 1961; alt. DOB 1963; alt. DOB 1965; alt. DOB 1959; alt. DOB 1960; alt. DOB 18 Sep 1964; POB Odek, Omoro, Gulu, Uganda; alt. POB Palaro Village, Palaro Parish, Omoro County, Gulu District, Uganda; alt. POB Atyak, Uganda; nationality Uganda; Gender Male; Commander of the Lord's Resistance Army (individual) [SDGT] [CAR] (Linked To: LORD'S RESISTANCE ARMY).

KONY, Salim (a.k.a. KONY, Salim Saleh; a.k.a. OBOL, Simon Salim; a.k.a. OGARO, Salim; a.k.a. OGARO, Salim Saleh Obol; a.k.a. SALEH, Salim; a.k.a. SALIM, Okolu), Kafia Kingi; Central African Republic; DOB 1992; alt. DOB 1991; alt. DOB 1993 (individual) [CAR

(Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

KONY, Salim Saleh (a.k.a. KONY, Salim; a.k.a. OBOL, Simon Salim; a.k.a. OGARO, Salim; a.k.a. OGARO, Salim Saleh Obol; a.k.a. SALEH, Salim; a.k.a. SALIM, Okolu), Kafia Kingi; Central African Republic; DOB 1992; alt. DOB 1991; alt. DOB 1993 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

KOOCHAK ZAIE, Ebrahim (a.k.a. KOUCHAKZAEI, Ebrahim (Arabic: ابراهيم كوچكزايى); a.k.a. KOUCHEKZAEI, Ebrahim; a.k.a. KUCHKZA'I, Ebrahim Mohammad), Iran; DOB 1963 to 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; LEF Colonel (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

KOOCHI, Shahbaz (a.k.a. HAN, Cellat; a.k.a. HAN, Sahbaz; a.k.a. KHAN GALAT KHAN, Shahbaz; a.k.a. KHAN JALAT KHAN, Shahbaz; a.k.a. KHAN ZADRAN, Shahbaz; a.k.a. KHAN, Shahbaz; a.k.a. KOCHI, Haji Shahbaz Khan; a.k.a. ZADRAN, Haji Shabaz; a.k.a. ZADRAN, Haji Shahbaz; a.k.a. ZADRAN, Shabbaz; a.k.a. ZADRAN, Shahbaz; a.k.a. "HAJI SHABBAZ"; a.k.a. "HAJI SHAHBAZ"; a.k.a. "HAJI SHAHBAZ KOOCHI"), Dubai, United Arab Emirates; Peshawar, Pakistan; Hanover, Germany; c/o DUBAI TRADING COMPANY, Peshawar, Pakistan; c/o KHAN & SCHIRINDEL GMBH, Weisbaden, Germany; c/o SAF TECH S.L., Barcelona, Spain; c/o SHAHBAZ KHAN GENERAL TRADING LLC, Dubai, United Arab Emirates; c/o SHAHBAZ TV CENTER, Peshawar, Pakistan; c/o SHAHNAWAZ TRADERS, Peshawar, Pakistan; c/o SHER MATCH INDUSTRIES (PVT.) LIMITED, Peshawar, Pakistan; DOB 01 Jan 1948; POB Landi Kotal, Pakistan; citizen Pakistan; Passport AB4106401 (Pakistan) (individual) [SDNTK].

KOPIN, Roman Valentinovich (Cyrillic: КОПИН, Роман Валентинович), Chukotka Autonomous Region, Russia; DOB 05 Mar 1974; POB Kostroma, Kostroma Region, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

KOPTEV, Yuri Nikolaevich (a.k.a. KOPTEV, Yury Nikolayevich (Cyrillic: КОПТЕВ, Юрий Николаевич)), 1), Nevskogo, 10, Moscow 141071, Russia; Russia; DOB 13 Mar 1940; POB Stavropol, Russia; nationality Russia;

Gender Male; Diplomatic Passport 10055910 (Russia) (individual) [RUSSIA-EO14024].

KOPTEV, Yury Nikolayevich (Cyrillic: КОПТЕВ, Юрий Николаевич) (a.k.a. KOPTEV, Yuri Nikolaevich), 1, Nevskogo, 10, Moscow 141071, Russia; Russia; DOB 13 Mar 1940; POB Stavropol, Russia; nationality Russia; Gender Male; Diplomatic Passport 10055910 (individual) [RUSSIA-EO14024].

KORA MEDIA CORPORATION LTD, The Gambia [GLOMAG] (Linked To: JAMMEH, Yahya).

KORCHIK, Dmitri Aleksandrovich (a.k.a. KORCHIK, Dmitrii Aleksandrovich; a.k.a. KORCHIK, Dmitriy; a.k.a. KORCHIK, Dmitry Aleksandrovich (Cyrillic: КОРЧИК, Дмитрий Александрович); a.k.a. KORCHYK, Dzmitriy Alyaksandravich (Cyrillic: КОРЧЫК, Дзмітрый Аляксандравіч)), Gomel, Belarus; DOB 1968; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038] (Linked To: OPEN JOINT STOCK COMPANY BYELORUSSIAN STEEL WORKS MANAGEMENT COMPANY OF HOLDING BYELORUSSIAN METALLURGICAL COMPANY).

KORCHIK, Dmitrii Aleksandrovich (a.k.a. KORCHIK, Dmitri Aleksandrovich; a.k.a. KORCHIK, Dmitriy; a.k.a. KORCHIK, Dmitry Aleksandrovich (Cyrillic: КОРЧИК, Дмитрий Александрович); a.k.a. KORCHYK, Dzmitriy Alyaksandravich (Cyrillic: КОРЧЫК, Дзмітрый Аляксандравіч)), Gomel, Belarus; DOB 1968; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038] (Linked To: OPEN JOINT STOCK COMPANY BYELORUSSIAN STEEL WORKS MANAGEMENT COMPANY OF HOLDING BYELORUSSIAN METALLURGICAL COMPANY).

KORCHIK, Dmitriy (a.k.a. KORCHIK, Dmitri Aleksandrovich; a.k.a. KORCHIK, Dmitrii Aleksandrovich; a.k.a. KORCHIK, Dmitry Aleksandrovich (Cyrillic: КОРЧИК, Дмитрий Александрович); a.k.a. KORCHYK, Dzmitriy Alyaksandravich (Cyrillic: КОРЧЫК, Дзмітрый Аляксандравіч)), Gomel, Belarus; DOB 1968; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038] (Linked To: OPEN JOINT STOCK COMPANY BYELORUSSIAN STEEL WORKS MANAGEMENT COMPANY OF HOLDING BYELORUSSIAN METALLURGICAL COMPANY).

KORCHIK, Dmitry Aleksandrovich (Cyrillic: КОРЧИК, Дмитрий Александрович) (a.k.a. KORCHIK, Dmitri Aleksandrovich; a.k.a. KORCHIK, Dmitrii Aleksandrovich; a.k.a. KORCHIK, Dmitriy; a.k.a. KORCHYK, Dzmitriy Alyaksandravich (Cyrillic: КОРЧЫК, Дзмітрый Аляксандравіч)), Gomel, Belarus; DOB 1968; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038] (Linked To: OPEN JOINT STOCK COMPANY BYELORUSSIAN STEEL WORKS MANAGEMENT COMPANY OF HOLDING BYELORUSSIAN METALLURGICAL COMPANY).

KORCHYK, Dzmitriy Alyaksandravich (Cyrillic: КОРЧЫК, Дзмітрый Аляксандравіч) (a.k.a. KORCHIK, Dmitri Aleksandrovich; a.k.a. KORCHIK, Dmitrii Aleksandrovich; a.k.a. KORCHIK, Dmitriy; a.k.a. KORCHIK, Dmitry Aleksandrovich (Cyrillic: КОРЧИК, Дмитрий Александрович)), Gomel, Belarus; DOB 1968; POB Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038] (Linked To: OPEN JOINT STOCK COMPANY BYELORUSSIAN STEEL WORKS MANAGEMENT COMPANY OF HOLDING BYELORUSSIAN METALLURGICAL COMPANY).

KORDELI, Ul. Mikhalkovskaya D. 63B, Str. 2, Et/Pom/Kom 4/XXI/1R, Moscow 125438, Russia; Tax ID No. 7743058187 (Russia); Registration Number 1037739256609 (Russia) [RUSSIA-EO14024].

KORDEX AO (a.k.a. AO KORDEKS (Cyrillic: АО КОРДЕКС); a.k.a. KORDEX JOINT STOCK COMPANY; f.k.a. KORDEX OOO; a.k.a. NEPUBLICHNOE AKTSIONERNOE OBSCHCHESTVO KORDEX), 44, shosse Yaroslavskoe, Moscow 129337, Russia; Organization Established Date 13 Nov 2009; Organization Type: Management consultancy activities; Tax ID No. 7716823181 (Russia); Government Gazette Number 63681478 (Russia); Registration Number 1167746394881 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

KORDEX JOINT STOCK COMPANY (a.k.a. AO KORDEKS (Cyrillic: АО КОРДЕКС); a.k.a. KORDEX AO; f.k.a. KORDEX OOO; a.k.a. NEPUBLICHNOE AKTSIONERNOE OBSCHCHESTVO KORDEX), 44, shosse Yaroslavskoe, Moscow 129337, Russia; Organization Established Date 13 Nov 2009; Organization Type: Management consultancy activities; Tax ID No. 7716823181 (Russia);

Government Gazette Number 63681478 (Russia); Registration Number 1167746394881 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

KORDEX OOO (a.k.a. AO KORDEKS (Cyrillic: АО КОРДЕКС); a.k.a. KORDEX AO; a.k.a. KORDEX JOINT STOCK COMPANY; a.k.a. NEPUBLICHNOE AKTSIONERNOE OBSCHCHESTVO KORDEX), 44, shosse Yaroslavskoe, Moscow 129337, Russia; Organization Established Date 13 Nov 2009; Organization Type: Management consultancy activities; Tax ID No. 7716823181 (Russia); Government Gazette Number 63681478 (Russia); Registration Number 1167746394881 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

KORDIC, Dario; DOB 14 Dec 1960; POB Sarajevo, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

KOREA ACHIM SHIPPING CO, Sochang-dong, Chung-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5936312 [DPRK4].

KOREA ANSAN SHIPPING COMPANY (a.k.a. KOREA ANSAN SHPG CO), Pyongchon 1-dong, Pyongchon-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5676084 [DPRK4].

KOREA ANSAN SHPG CO (a.k.a. KOREA ANSAN SHIPPING COMPANY), Pyongchon 1-dong, Pyongchon-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5676084 [DPRK4].

KOREA BUYON SHIPPING CO (a.k.a. KOREAN BUYON SHIPPING CO. LTD.; a.k.a. KOREAN BUYON SHIPPING COMPANY LIMITED), Wonsan, Kangwon-do, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and

510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 5057119 [DPRK3].

KOREA CHANGGWANG CREDIT BANK (f.k.a. CHANGGWANG CREDIT BANK; a.k.a. TANCHON COMMERCIAL BANK), Saemul 1-Dong Pyongchon District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA CHILSONG TRADING CORPORATION (a.k.a. CH'ILSO'NG TRADING; a.k.a. CHILSONG TRADING COMPANY; a.k.a. CHILSONG TRADING CORP.; a.k.a. CHILSONG TRADING CORPORATION; a.k.a. CHILSUNG TRADING COMPANY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

KOREA CHOLSAN GENERAL TRADING CORPORATION (Cyrillic: ГЕНЕРАЛЬНАЯ ТОРГОВАЯ КОМПАНИЯ ЧХОЛСАН КНДР) (a.k.a. CHKHOLSAN; a.k.a. CHOLSAN TRADING COMPANY; a.k.a CHOLSON LLC (Cyrillic: ООО ЧХОЛСАН)), Russia; Tongdaewon District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

KOREA COMPLEX EQUIPMENT IMPORT CORPORATION, Rakwon-dong, Pothonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA COMPUTER CENTER (a.k.a. CHOSON COMPUTER CENTER; a.k.a. CHUNG SUN COMPUTER CENTER; a.k.a. KOREA

COMPUTER COMPANY), Pyongyang, Korea, North; Germany; China; Syria; India; United Arab Emirates; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA COMPUTER COMPANY (a.k.a. CHOSON COMPUTER CENTER; a.k.a. CHUNG SUN COMPUTER CENTER; a.k.a. KOREA COMPUTER CENTER), Pyongyang, Korea, North; Germany; China; Syria; India; United Arab Emirates; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA DAEBONG SHIPPING CO, Ansan 1-dong, Pyongchon-guyok, Pyongyang, Korea, North; Nationality of Registration Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number 5145243 [DPRK4].

KOREA DAESONG BANK (a.k.a. CHOSON TAESONG UNHAENG; a.k.a. TAESONG BANK), Segori-dong, Gyongheung St., Potonggang District, Pyongyang, Korea, North; SWIFT/BIC KDBKKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; PHONE 850 2 381 8221; PHONE 850 2 18111 ext. 8221; FAX 850 2 381 4576; TELEX 360230 and 37041 KDP KP; TGMS daesongbank; EMAIL kdb@co.chesin.com [DPRK].

KOREA DAESONG GENERAL TRADING CORPORATION (a.k.a. DAESONG TRADING; a.k.a. DAESONG TRADING COMPANY; a.k.a. KOREA DAESONG TRADING COMPANY; a.k.a. KOREA DAESONG TRADING CORPORATION), Pulgan Gori Dong 1, Potonggang District, Pyongyang City, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214; PHONE 850 2 18111 8204/8208; PHONE 850 2 381 8208/4188; FAX 850 2 381 4431/4432; EMAIL daesong@co.chesin.com [DPRK].

KOREA DAESONG TRADING COMPANY (a.k.a. DAESONG TRADING; a.k.a. DAESONG TRADING COMPANY; a.k.a. KOREA DAESONG GENERAL TRADING CORPORATION; a.k.a. KOREA DAESONG TRADING CORPORATION), Pulgan Gori Dong 1, Potonggang District, Pyongyang City, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; PHONE 850 2 18111 8204/8208; PHONE 850 2 381 8208/4188; FAX 850 2 381 4431/4432; EMAIL daesong@co.chesin.com [DPRK].

KOREA DAESONG TRADING CORPORATION (a.k.a. DAESONG TRADING; a.k.a. DAESONG TRADING COMPANY; a.k.a. KOREA DAESONG GENERAL TRADING CORPORATION; a.k.a. KOREA DAESONG TRADING COMPANY), Pulgan Gori Dong 1, Potonggang District, Pyongyang City, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; PHONE 850 2 18111 8204/8208; PHONE 850 2 381 8208/4188; FAX 850 2 381 4431/4432; EMAIL daesong@co.chesin.com [DPRK].

KOREA DAIZIN TRADING CORP. (a.k.a. 126 ECONOMIC EXCHANGE COMPANY; a.k.a. DAEJIN TRADING GENERAL CORPORATION (Korean: 대진무역총회사); a.k.a. KOREA DAIZIN TRADING CORPORATION; a.k.a. KOREA TAEJIN TRADING; a.k.a. KOREA TAEJIN TRADING CORPORATION; a.k.a. KOREA TAIJIN TRADE CORPORATION; a.k.a. TAECHIN TRADING CORPORATION; a.k.a. TAEJIN TRADING COMPANY; a.k.a. TAEJIN TRADING CORPORATION; a.k.a. TAEJIN TRADING GENERAL COMPANY), Hu'ngbu-dong, Moranbong District, Pyongyang, Korea, North; Hanoi, Vietnam; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea

Sanctions Regulations section 510.214; Organization Type: Mining of hard coal [DPRK2] [DPRK3].

KOREA DAIZIN TRADING CORPORATION (a.k.a. 126 ECONOMIC EXCHANGE COMPANY; a.k.a. DAEJIN TRADING GENERAL CORPORATION (Korean: 대진무역총회사); a.k.a. KOREA DAIZIN TRADING CORP.; a.k.a. KOREA TAEJIN TRADING; a.k.a. KOREA TAEJIN TRADING CORPORATION; a.k.a. KOREA TAIJIN TRADE CORPORATION; a.k.a. TAECHIN TRADING COMPANY; a.k.a. TAEJIN TRADING CORPORATION; a.k.a. TAEJIN TRADING GENERAL COMPANY), Hu'ngbu-dong, Moranbong District, Pyongyang, Korea, North; Hanoi, Vietnam; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Mining of hard coal [DPRK2] [DPRK3].

KOREA EXPO JOINT VENTURE (a.k.a. CHOSUN EXPO; a.k.a. CHOSUN EXPO JOINT VENTURE; a.k.a. KOREA EXPO JOINT VENTURE CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA EXPO JOINT VENTURE CORPORATION (a.k.a. CHOSUN EXPO; a.k.a. CHOSUN EXPO JOINT VENTURE; a.k.a. KOREA EXPO JOINT VENTURE), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA FOREIGN INSURANCE COMPANY (a.k.a. KOREA NATIONAL INSURANCE COMPANY; a.k.a. KOREA NATIONAL INSURANCE CORPORATION), Central District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA FOREIGN TECHNICAL TRADE CENTER, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA GENERAL COMPANY FOR EXTERNAL CONSTRUCTION (a.k.a. KOREA GENERAL CONSTRUCTION; a.k.a. KOREA GENERAL CORPORATION FOR EXTERNAL CONSTRUCTION; a.k.a. "GENCO"; a.k.a. "KOGEN"; a.k.a. "ZENKO" (Cyrillic: "ЗЕНКО")), Korea, North; Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

KOREA GENERAL CONSTRUCTION (a.k.a. KOREA GENERAL COMPANY FOR EXTERNAL CONSTRUCTION; a.k.a. KOREA GENERAL CORPORATION FOR EXTERNAL CONSTRUCTION; a.k.a. "GENCO"; a.k.a. "KOGEN"; a.k.a. "ZENKO" (Cyrillic: "ЗЕНКО")), Korea, North; Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

KOREA GENERAL CORPORATION FOR EXTERNAL CONSTRUCTION (a.k.a. KOREA GENERAL COMPANY FOR EXTERNAL CONSTRUCTION; a.k.a. KOREA GENERAL CONSTRUCTION; a.k.a. "GENCO"; a.k.a. "KOGEN"; a.k.a. "ZENKO" (Cyrillic: "ЗЕНКО")), Korea, North; Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

KOREA HAEGUMGANG TRADING CORPORATION (a.k.a. HAEGU'MGANG TRADING COMPANY; a.k.a. KOREA RIMYONGSU TRADING CORPORATION; a.k.a. NAEGU'NGANG TRADING COMPANY),

Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

KOREA HEUNGJIN TRADING COMPANY (a.k.a. HUNJIN TRADING CO.), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA HYOKSIN EXPORT AND IMPORT CORPORATION (a.k.a. KOREA HYOKSIN TRADING CORPORATION), Rakwon-dong, Pothonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA HYOKSIN TRADING CORPORATION (a.k.a. KOREA HYOKSIN EXPORT AND IMPORT CORPORATION), Rakwon-dong, Pothonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA INTERNATIONAL CHEMICAL JOINT VENTURE COMPANY (a.k.a. CHOSON INTERNATIONAL CHEMICALS JOINT OPERATION COMPANY; a.k.a. CHOSUN INTERNATIONAL CHEMICALS JOINT OPERATION COMPANY; a.k.a. INTERNATIONAL CHEMICAL JOINT VENTURE CORPORATION), Hamhung, South Hamgyong Province, Korea, North; Man gyongdae-kuyok, Pyongyang, Korea, North; Mangyungdae-gu, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA KUMBYOL TRADING COMPANY (a.k.a. KUMBYOL TRADING; a.k.a. KUMBYOL TRADING COMPANY OF NORTH KOREAN WORKERS' PARTY), Pyongyang, Korea, North;

Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

KOREA KUMRYONG TRADING COMPANY (a.k.a. CHANGGWANG SINYONG CORPORATION; a.k.a. DPRKN MINING DEVELOPMENT TRADING COOPERATION; a.k.a. EXTERNAL TECHNOLOGY GENERAL CORPORATION; a.k.a. KOREA MINING DEVELOPMENT TRADING CORPORATION; a.k.a. KOREAN MINING AND INDUSTRIAL DEVELOPMENT CORPORATION; a.k.a. NORTH KOREAN MINING DEVELOPMENT TRADING CORPORATION; a.k.a. "KOMID"), Central District, Pyongyang, Korea, North; Beijing, China; Moscow, Russia; Tehran, Iran; Damascus, Syria; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK2].

KOREA KUMSAN TRADING CORPORATION, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] (Linked To: GENERAL BUREAU OF ATOMIC ENERGY).

KOREA KUMUNSAN SHIPPING CO, Pongnam-dong, Pyongchon-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5110478 [DPRK4].

KOREA KURYONGGANG TRADING CORPORATION (a.k.a. KOREA TANGUN TRADING CORPORATION; a.k.a. RYUNG SENG TRADING CORPORATION; a.k.a. RYUNGSENG TRADING CORPORATION; a.k.a. RYUNGSONG TRADING CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK2].

KOREA KWANGSON BANKING CORP (a.k.a. KKBC), Jungson-dong, Sungri Street, Central District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA KWANGSONG TRADING CORPORATION, Rakwon-dong, Pothonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA MARINE & INDUSTRIAL TRDG (a.k.a. KOREA MARINE AND INDUSTRIAL TRDG), Changgyong 2-dong, Sosong-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5928635 [DPRK4].

KOREA MARINE AND INDUSTRIAL TRDG (a.k.a. KOREA MARINE & INDUSTRIAL TRDG), Changgyong 2-dong, Sosong-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5928635 [DPRK4].

KOREA MINING DEVELOPMENT TRADING CORPORATION (a.k.a. CHANGGWANG SINYONG CORPORATION; a.k.a. DPRKN MINING DEVELOPMENT TRADING COOPERATION; a.k.a. EXTERNAL TECHNOLOGY GENERAL CORPORATION; a.k.a. KOREA KUMRYONG TRADING COMPANY; a.k.a. KOREAN MINING AND INDUSTRIAL DEVELOPMENT CORPORATION; a.k.a. NORTH KOREAN MINING DEVELOPMENT TRADING CORPORATION; a.k.a. "KOMID"), Central District, Pyongyang, Korea, North; Beijing, China; Moscow, Russia; Tehran, Iran; Damascus, Syria; Secondary sanctions risk:

North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK2].

KOREA MIRAE SHIPPING CO. LTD. (a.k.a. EAST SEA SHIPPING COMPANY; a.k.a. HAEYANG CREW MANAGEMENT COMPANY; a.k.a. OCEAN MARITIME MANAGEMENT COMPANY LIMITED), Dongheung-dong Changgwang Street, Chung-ku, PO Box 125, Pyongyang, Korea, North; Donghung Dong, Central District, PO Box 120, Pyongyang, Korea, North; No. 10, 10th Floor, Unit 1, Wu Wu Lu 32-1, Zhong Shan Qu, Dalian City, Liaoning Province, China; 22 Jin Cheng Jie, Zhong Shan Qu, Dalian City, Liaoning Province, China; 43-39 Lugovaya, Vladivostok, Russia; CPO Box 120, Tonghung-dong, Chung-gu, Pyongyang, Korea, North; Bangkok, Thailand; Lima, Peru; Port Said, Egypt; Singapore; Brazil; Hong Kong, China; Shenzhen, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number IMO 1790183 [DPRK].

KOREA MYONGDOK SHIPPING CO, Chilgol 2-dong, Mangyongdae-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5985863 [DPRK4].

KOREA NAMGANG TRADING CORPORATION (a.k.a. DPRK NAMGANG TRADING COMPANY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3] [DPRK-NKSPEA].

KOREA NAMHUNG TRADING CORPORATION (a.k.a. KOREA TAERYONGGANG TRADING CORPORATION; a.k.a. NAM CHON GANG CORPORATION; a.k.a. NAMCHONGANG TRADING; a.k.a. NAMCHONGANG TRADING CORPORATION; a.k.a. NAMHUNG; a.k.a. NOMCHONGANG TRADING CO.; a.k.a. "NCG"), Pyongyang, Korea, North; Chilgol,

Mangyongdae District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA NATIONAL INSURANCE COMPANY (a.k.a. KOREA FOREIGN INSURANCE COMPANY; a.k.a. KOREA NATIONAL INSURANCE CORPORATION), Central District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA NATIONAL INSURANCE CORPORATION (a.k.a. KOREA FOREIGN INSURANCE COMPANY; a.k.a. KOREA NATIONAL INSURANCE COMPANY), Central District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA OCEAN SHIPPING AGENCY, Moranbong District, Pyongyang, Korea, North; Namp'o Branch, Namp'o, South P'yo'ngan Province, Korea, North; Hungnam Branch, Hungnam, South Hamgyong Province, Korea, North; Chongjin Branch, Songphyong District, Chongjin, North Hamgyong Province, Korea, North; Haeju Branch, Haeju, South Hwanghae Province, Korea, North; Songnim Branch, Songnim, North Hwanghae Province, Korea, North; Wonsan Branch, Wonsan, Kangwon Province, Korea, North; Rason Branch, Rason, North Hamgyong Province, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA OIL EXPLORATION COMPANY (a.k.a. CHOSUN OIL EXPLORATION COMPANY; a.k.a. KOREA OIL EXPLORATION CORPORATION; a.k.a. "KOEC"), Ulam Dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and

510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA OIL EXPLORATION CORPORATION (a.k.a. CHOSUN OIL EXPLORATION COMPANY; a.k.a. KOREA OIL EXPLORATION COMPANY; a.k.a. "KOEC"), Ulam Dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA PAEK SOL TRADING (a.k.a. BAEKSOL TRADING; a.k.a. BAEKSUL TRADING; a.k.a. PAEK SOL TRADING CORPORATION; a.k.a. PAEKSO'L CORPORATION; a.k.a. PAEKSOL TRADING CORPORATION; a.k.a. PAEKSO'L TRADING CORPORATION), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA PAEKHO TRADING CORPORATION (a.k.a. JOSON PAEKHO MUYOK HOESA; a.k.a. KOREA PAEKHO TRADING CORPORATION, LTD.; a.k.a. PAEKHO ARTS TRADING COMPANY; a.k.a. PAEKHO CONSTRUCTION SARL; a.k.a. PAEKHO FINE ART CORPORATION; a.k.a. PAEKHO TRADING COMPANY; a.k.a. WHITE TIGER TRADING COMPANY; a.k.a. "DEPARTMENT 30"; a.k.a. "KPTC"), Chongryu 3-dong, Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

KOREA PAEKHO TRADING CORPORATION, LTD. (a.k.a. JOSON PAEKHO MUYOK HOESA; a.k.a. KOREA PAEKHO TRADING CORPORATION; a.k.a. PAEKHO ARTS TRADING COMPANY; a.k.a. PAEKHO CONSTRUCTION SARL; a.k.a. PAEKHO FINE ART CORPORATION; a.k.a. PAEKHO TRADING COMPANY; a.k.a. WHITE TIGER TRADING COMPANY; a.k.a. "DEPARTMENT 30"; a.k.a. "KPTC"), Chongryu 3-dong,

Taedonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type Government Entity [DPRK2].

KOREA PUGANG TRADING CORPORATION, Rakwon-dong, Pothonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA RIMYONGSU TRADING CORPORATION (a.k.a. HAEGU'MGANG TRADING COMPANY; a.k.a. KOREA HAEGUMGANG TRADING CORPORATION; a.k.a. NAEGU'NGANG TRADING COMPANY), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK2].

KOREA ROUNSAN TRADING CORPORATION, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type State-Owned Enterprise [NPWMD] (Linked To: MINISTRY OF ROCKET INDUSTRY).

KOREA RUNGRADO GENERAL TRADING CORPORATION (a.k.a. RUNGRADO TRADE COMPANY; a.k.a. RYNRADO (Cyrillic: РЫНРАДО); a.k.a. RYNRADO GENERAL TRADING CORPORATION), Korea, North; Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Construction of other civil engineering projects [DPRK3].

KOREA RUNGRADO RYONGAK TRADING CO, Pulgunkori 2-dong, Potonggang-guyok, Pyongyang, Korea, North; Nationality of Registration Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations,

sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number 5787653 [DPRK4].

KOREA RUNGRADO SHIPPING CO, Pulgunkori 1-dong, Potonggang-guyok, Pyongyang, Korea, North; Nationality of Registration Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number 1414592 [DPRK4].

KOREA RYENGWANG TRADING CORPORATION (a.k.a. KOREA RYONGWANG TRADING CORPORATION), Rakwon-dong, Pothonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA RYENHA MACHINERY J/V CORPORATION (a.k.a. CHOSUN YUNHA MACHINERY JOINT OPERATION COMPANY; a.k.a. KOREA RYONHA MACHINERY JOINT VENTURE CORPORATION; a.k.a. RYONHA MACHINERY JOINT VENTURE CORPORATION), Mangungdae-gu, Pyongyang, Korea, North; Mangyongdae District, Pyongyang, Korea, North; Central District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA RYONBONG GENERAL CORPORATION (a.k.a. KOREA YONBONG GENERAL CORPORATION; f.k.a. LYONGAKSAN GENERAL TRADING CORPORATION), Pot'onggang District, Pyongyang, Korea, North; Rakwon-dong, Pothonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA RYONGWANG TRADING CORPORATION (a.k.a. KOREA RYENGWANG TRADING CORPORATION), Rakwon-dong, Pothonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA RYONHA MACHINERY JOINT VENTURE CORPORATION (a.k.a. CHOSUN YUNHA MACHINERY JOINT OPERATION COMPANY; a.k.a. KOREA RYENHA MACHINERY J/V CORPORATION; a.k.a. RYONHA MACHINERY JOINT VENTURE CORPORATION), Mangungdae-gu, Pyongyang, Korea, North; Mangyongdae District, Pyongyang, Korea, North; Central District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA SAMILPO SHIPPING CO, Tonghung-dong, Chung-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 1701459 [DPRK3].

KOREA SAMJONG SHIPPING CO, Tonghung-dong, Chung-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5954061 [DPRK4].

KOREA SAMMA SHIPPING CO (a.k.a. KOREA SAMMA SHPG CO), Rakrang 3-dong, Rakrang-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5145892 [DPRK4].

KOREA SAMMA SHPG CO (a.k.a. KOREA SAMMA SHIPPING CO), Rakrang 3-dong,

Rakrang-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5145892 [DPRK4].

KOREA SOUTH-SOUTH COOPERATION CORPORATION (a.k.a. NAM NAM GENERAL CORPORATION; a.k.a. NAM-NAM (SOUTH-SOUTH) COOPERATIVE GENERAL COMPANY), Central District, Pyongyang, Korea, North; China; Russia; Poland; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA SUNGRISAN TRADING CORPORATION (a.k.a. SUNGNISAN TRADING CORPORATION (Korean: 조선승리산무역회사)), Chungsong 2-dong, Nangnang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Target Type State-Owned Enterprise [NPWMD] (Linked To: MINISTRY OF ROCKET INDUSTRY).

KOREA TAEJIN TRADING (a.k.a. 126 ECONOMIC EXCHANGE COMPANY; a.k.a. DAEJIN TRADING GENERAL CORPORATION (Korean: 대진무역총회사); a.k.a. KOREA DAIZIN TRADING CORP.; a.k.a. KOREA DAIZIN TRADING CORPORATION; a.k.a. KOREA TAEJIN TRADING CORPORATION; a.k.a. KOREA TAIJIN TRADE CORPORATION; a.k.a. TAECHIN TRADING CORPORATION; a.k.a. TAEJIN TRADING COMPANY; a.k.a. TAEJIN TRADING CORPORATION; a.k.a. TAEJIN TRADING GENERAL COMPANY), Hu'ngbu-dong, Moranbong District, Pyongyang, Korea, North; Hanoi, Vietnam; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Mining of hard coal [DPRK2] [DPRK3].

KOREA TAEJIN TRADING CORPORATION (a.k.a. 126 ECONOMIC EXCHANGE COMPANY; a.k.a. DAEJIN TRADING GENERAL CORPORATION (Korean: 대진무역총회사); a.k.a. KOREA DAIZIN TRADING CORP.; a.k.a. KOREA DAIZIN TRADING CORPORATION; a.k.a. KOREA TAEJIN TRADING; a.k.a. KOREA TAIJIN TRADE CORPORATION; a.k.a. TAECHIN TRADING CORPORATION; a.k.a. TAEJIN TRADING COMPANY; a.k.a. TAEJIN TRADING CORPORATION; a.k.a. TAEJIN TRADING GENERAL COMPANY), Hu'ngbu-dong, Moranbong District, Pyongyang, Korea, North; Hanoi, Vietnam; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Mining of hard coal [DPRK2] [DPRK3].

KOREA TAERYONGGANG TRADING CORPORATION (a.k.a. KOREA NAMHUNG TRADING CORPORATION; a.k.a. NAM CHON GANG CORPORATION; a.k.a. NAMCHONGANG TRADING; a.k.a. NAMCHONGANG TRADING CORPORATION; a.k.a. NAMHUNG; a.k.a. NOMCHONGANG TRADING CO.; a.k.a. "NCG"), Pyongyang, Korea, North; Chilgol, Mangyongdae District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA TAESONG TRADING COMPANY, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA TAIJIN TRADE CORPORATION (a.k.a. 126 ECONOMIC EXCHANGE COMPANY; a.k.a. DAEJIN TRADING GENERAL CORPORATION (Korean: 대진무역총회사); a.k.a. KOREA DAIZIN TRADING CORP.; a.k.a. KOREA DAIZIN TRADING CORPORATION; a.k.a. KOREA TAEJIN TRADING; a.k.a. KOREA TAEJIN TRADING CORPORATION; a.k.a. TAECHIN TRADING CORPORATION; a.k.a. TAEJIN TRADING COMPANY; a.k.a.

TAEJIN TRADING CORPORATION; a.k.a. TAEJIN TRADING GENERAL COMPANY), Hu'ngbu-dong, Moranbong District, Pyongyang, Korea, North; Hanoi, Vietnam; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Type: Mining of hard coal [DPRK2] [DPRK3].

KOREA TANGUN TRADING CORPORATION (a.k.a. KOREA KURYONGGANG TRADING CORPORATION; a.k.a. RYUNG SENG TRADING CORPORATION; a.k.a. RYUNGSENG TRADING CORPORATION; a.k.a. RYUNGSONG TRADING CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK2].

KOREA TRADE BANK (a.k.a. FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA; a.k.a. MOOYOKBANK; a.k.a. NORTH KOREA'S FOREIGN TRADE BANK), FTB Building, Jungsong-dong, Central District, Pyongyang, Korea, North; SWIFT/BIC FTBDKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK3].

KOREA UNGUM COMPANY (a.k.a. KOREA UNGUM CORPORATION), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA UNGUM CORPORATION (a.k.a. KOREA UNGUM COMPANY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA UNITED DEVELOPMENT BANK, Pyongyang, Korea, North; SWIFT/BIC KUDBKPPY; Secondary sanctions risk: North

Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA UNPHA SHIPPING & TRADING (a.k.a. KOREA UNPHA SHIPPING AND TRADING), Puksong-dong, Pyongchon-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 6005935 [DPRK4].

KOREA UNPHA SHIPPING AND TRADING (a.k.a. KOREA UNPHA SHIPPING & TRADING), Puksong-dong, Pyongchon-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 6005935 [DPRK4].

KOREA YONBONG GENERAL CORPORATION (a.k.a. KOREA RYONBONG GENERAL CORPORATION; f.k.a. LYONGAKSAN GENERAL TRADING CORPORATION), Pot'onggang District, Pyongyang, Korea, North; Rakwon-dong, Pothonggang District, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREA YUJONG SHIPPING CO LTD, Puksong 2-dong, Pyongchon-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5434358 [DPRK4].

KOREA ZINC INDUSTRIAL GROUP (a.k.a. KOREA ZINC INDUSTRY GENERAL CORPORATION; a.k.a. KOREA ZINC INDUSTRY GROUP; a.k.a. NORTH KOREAN ZINC INDUSTRY GROUP), Korea, North; Dalian, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For

Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA ZINC INDUSTRY GENERAL CORPORATION (a.k.a. KOREA ZINC INDUSTRIAL GROUP; a.k.a. KOREA ZINC INDUSTRY GROUP; a.k.a. NORTH KOREAN ZINC INDUSTRY GROUP), Korea, North; Dalian, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA ZINC INDUSTRY GROUP (a.k.a. KOREA ZINC INDUSTRIAL GROUP; a.k.a. KOREA ZINC INDUSTRY GENERAL CORPORATION; a.k.a. NORTH KOREAN ZINC INDUSTRY GROUP), Korea, North; Dalian, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREA ZUZAGBONG MARITIME LTD, Kinmaul-dong, Moranbong-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 1991835 [DPRK3].

KOREAN BUYON SHIPPING CO. LTD. (a.k.a. KOREA BUYON SHIPPING CO; a.k.a. KOREAN BUYON SHIPPING COMPANY LIMITED), Wonsan, Kangwon-do, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 5057119 [DPRK3].

KOREAN BUYON SHIPPING COMPANY LIMITED (a.k.a. KOREA BUYON SHIPPING CO; a.k.a. KOREAN BUYON SHIPPING CO. LTD.), Wonsan, Kangwon-do, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations

section 510.214; Vessel Registration Identification IMO 5057119 [DPRK3].

KOREAN COMMITTEE FOR SPACE TECHNOLOGY (a.k.a. COMMITTEE FOR SPACE TECHNOLOGY; a.k.a. DEPARTMENT OF SPACE TECHNOLOGY OF NORTH KOREA; a.k.a. DPRK COMMITTEE FOR SPACE TECHNOLOGY; a.k.a. KCST), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KOREAN MINING AND INDUSTRIAL DEVELOPMENT CORPORATION (a.k.a. CHANGGWANG SINYONG CORPORATION; a.k.a. DPRKN MINING DEVELOPMENT TRADING COOPERATION; a.k.a. EXTERNAL TECHNOLOGY GENERAL CORPORATION; a.k.a. KOREA KUMRYONG TRADING COMPANY; a.k.a. KOREA MINING DEVELOPMENT TRADING CORPORATION; a.k.a. NORTH KOREAN MINING DEVELOPMENT TRADING CORPORATION; a.k.a. "KOMID"), Central District, Pyongyang, Korea, North; Beijing, China; Moscow, Russia; Tehran, Iran; Damascus, Syria; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD] [DPRK2].

KOREAN PEOPLE'S ARMY, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREAN PEOPLE'S ARMY SECURITY BUREAU (a.k.a. MILITARY SECURITY BUREAU; a.k.a. MILITARY SECURITY COMMAND), Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KOREAN POLISH SHPG CO LTD, Kinmaul-dong, Moranbong-guyok, Pyongyang, Korea, North; Secondary sanctions risk: North Korea

Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Vessel Registration Identification IMO 1267131 [DPRK3].

KOREAN WORKERS PARTY, PROPAGANDA AND AGITATION DEPARTMENT (a.k.a. PROPAGANDA AND AGITATION DEPARTMENT; a.k.a. PROPAGANDA AND AGITATION DEPARTMENT, WORKERS PARTY OF KOREA), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

KORINETS, Andrey Stanislavovich (Cyrillic: КОРИНЕЦ, Андрей Станиславович) (a.k.a. DOGUZHIEV, Alexey; a.k.a. WRIGHT, Ian Colin), Syktyvkar, Komi Republic, Russia; DOB 18 May 1987; POB Syktyvkar, Komi Republic, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 8707233962 (Russia) (individual) [CYBER2].

KORNET, Igor (a.k.a. KORNET, Igor Aleksandrovich; a.k.a. KORNET, Ihor), Luhansk, Ukraine; DOB 29 Apr 1973; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KORNET, Igor Aleksandrovich (a.k.a. KORNET, Igor; a.k.a. KORNET, Ihor), Luhansk, Ukraine; DOB 29 Apr 1973; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KORNET, Ihor (a.k.a. KORNET, Igor; a.k.a. KORNET, Igor Aleksandrovich), Luhansk, Ukraine; DOB 29 Apr 1973; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KORNIYENKO, Alexey Viktorovich (Cyrillic: КОРНИЕНКО, Алексей Викторович), Russia; DOB 22 Jul 1976; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOROBOV, Igor (a.k.a. KOROBOV, Igor
Valentinovich); DOB 03 Aug 1956; nationality
Russia; Gender Male; Secondary sanctions risk:
Ukraine-/Russia-Related Sanctions
Regulations, 31 CFR 589.201; Passport
100119726 (Russia); alt. Passport 100115101
(Russia); Chief of GRU (individual) [CYBER2]
[CAATSA - RUSSIA] (Linked To: MAIN
INTELLIGENCE DIRECTORATE).

KOROBOV, Igor Valentinovich (a.k.a.
KOROBOV, Igor); DOB 03 Aug 1956;
nationality Russia; Gender Male; Secondary
sanctions risk: Ukraine-/Russia-Related
Sanctions Regulations, 31 CFR 589.201;
Passport 100119726 (Russia); alt. Passport
100115101 (Russia); Chief of GRU (individual)
[CYBER2] [CAATSA - RUSSIA] (Linked To:
MAIN INTELLIGENCE DIRECTORATE).

KOROBOVA, Olga Vladimirovna (Cyrillic:
КОРОБОВА, Ольга Владимировна), Russia;
DOB 15 Sep 1978; nationality Russia; Gender
Female; Member of the State Duma of the
Federal Assembly of the Russian Federation
(individual) [RUSSIA-EO14024].

KOROLEV, Sergey Borisovich (Cyrillic:
КОРОЛЕВ, Сергей Борисович) (a.k.a.
KOROLYOV, Sergei Borisovich), Moscow,
Russia; DOB 25 Jul 1962; POB Bishkek,
Kyrgyzstan; nationality Russia; Gender Male
(individual) [RUSSIA-EO14024].

KOROLYOV, Sergei Borisovich (a.k.a.
KOROLEV, Sergey Borisovich (Cyrillic:
КОРОЛЕВ, Сергей Борисович)), Moscow,
Russia; DOB 25 Jul 1962; POB Bishkek,
Kyrgyzstan; nationality Russia; Gender Male
(individual) [RUSSIA-EO14024].

KORPORATSIYA GAAN (a.k.a. LIMITED
LIABILITY COMPANY GAAN CORPORATION),
Ul. Talalikhina D. 41, Str. 9, Pomeshch. IX,
Komnata 15B, Moscow 109316, Russia; Tax ID
No. 7722460151 (Russia); Registration Number
1187746507816 (Russia) [RUSSIA-EO14024].

KORPORATSIYA IRKUT PAO (a.k.a. IRKUT
CORP PJSC; a.k.a. IRKUT CORPORATION
JOINT STOCK COMPANY; a.k.a. NP
KORPORATSIYA IRKUT PAO; f.k.a. OAO
SCIENTIFIC PRODUCTION CORPORATION
IRKUT; a.k.a. PUBLICHNOE AKTSIONERNOE
OBSCHESTVO NAUCHNO-
PROIZVODSTVENNAYA IRKUT), 68,
Leningradsky Prospekt, Moscow 125315,
Russia; Tax ID No. 3807002509 (Russia);
Registration Number 1023801428111 (Russia)
[RUSSIA-EO14024].

KORUS CONSULTING CIS LLC (a.k.a. KORUS
CONSULTING SNG; a.k.a. LIMITED LIABILITY
COMPANY KORUS CONSULTING CIS), Room
1N, 68 letter N Bolshoy Sampsonievskiy Ave,
St. Petersburg 194100, Russia; Tax ID No.
7801392271 (Russia); Registration Number
1057812752502 (Russia) [RUSSIA-EO14024]
(Linked To: PUBLIC JOINT STOCK COMPANY
SBERBANK OF RUSSIA).

KORUS CONSULTING SNG (a.k.a. KORUS
CONSULTING CIS LLC; a.k.a. LIMITED
LIABILITY COMPANY KORUS CONSULTING
CIS), Room 1N, 68 letter N Bolshoy
Sampsonievskiy Ave, St. Petersburg 194100,
Russia; Tax ID No. 7801392271 (Russia);
Registration Number 1057812752502 (Russia)
[RUSSIA-EO14024] (Linked To: PUBLIC JOINT
STOCK COMPANY SBERBANK OF RUSSIA).

KORUS DISTRIBUTION LIMITED (a.k.a.
LIMITED LIABILITY COMPANY SBERBANK
FACTORING; a.k.a. SBERBANK FACTORING
LLC; a.k.a. SBERBANK FAKTORING), Room I,
31a/bld. 1 Leningradsky Ave, Moscow 125284,
Russia; Executive Order 14024 Directive
Information - For more information on directives,
please visit the following link:
https://home.treasury.gov/policy-
issues/financial-sanctions/sanctions-programs-
and-country-information/russian-harmful-
foreign-activities-sanctions#directives; Listing
Date (EO 14024 Directive 2): 24 Feb 2022;
Effective Date (EO 14024 Directive 2): 26 Mar
2022; Tax ID No. 7802754982 (Russia);
Registration Number 1117847260794 (Russia)
[RUSSIA-EO14024] (Linked To: PUBLIC JOINT
STOCK COMPANY SBERBANK OF RUSSIA).

KORYO BANK, Koryo Bank Building, Pulgun
Street, Pyongyang, Korea, North; SWIFT/BIC
KORBKPPY; Secondary sanctions risk: North
Korea Sanctions Regulations, sections 510.201
and 510.210; Transactions Prohibited For
Persons Owned or Controlled By U.S. Financial
Institutions: North Korea Sanctions Regulations
section 510.214; all offices worldwide [DPRK3].

KORYO COMMERCIAL BANK LTD., Pyongyang,
Korea, North; Beijing, China; Shenyang, China;
SWIFT/BIC KCBKKPP1; Secondary sanctions
risk: North Korea Sanctions Regulations,
sections 510.201 and 510.210; Transactions
Prohibited For Persons Owned or Controlled By
U.S. Financial Institutions: North Korea
Sanctions Regulations section 510.214
[DPRK4].

KORYO CREDIT DEVELOPMENT BANK (a.k.a.
DAESONG CREDIT DEVELOPMENT BANK;

a.k.a. KORYO GLOBAL CREDIT BANK; a.k.a.
KORYO GLOBAL TRUST BANK), Yanggakdo
International Hotel, RYUS, Pyongyang, Korea,
North; SWIFT/BIC KGCBKPPY; Secondary
sanctions risk: North Korea Sanctions
Regulations, sections 510.201 and 510.210;
Transactions Prohibited For Persons Owned or
Controlled By U.S. Financial Institutions: North
Korea Sanctions Regulations section 510.214;
all offices worldwide [DPRK3].

KORYO GLOBAL CREDIT BANK (a.k.a.
DAESONG CREDIT DEVELOPMENT BANK;
a.k.a. KORYO CREDIT DEVELOPMENT
BANK; a.k.a. KORYO GLOBAL TRUST BANK),
Yanggakdo International Hotel, RYUS,
Pyongyang, Korea, North; SWIFT/BIC
KGCBKPPY; Secondary sanctions risk: North
Korea Sanctions Regulations, sections 510.201
and 510.210; Transactions Prohibited For
Persons Owned or Controlled By U.S. Financial
Institutions: North Korea Sanctions Regulations
section 510.214; all offices worldwide [DPRK3].

KORYO GLOBAL TRUST BANK (a.k.a.
DAESONG CREDIT DEVELOPMENT BANK;
a.k.a. KORYO CREDIT DEVELOPMENT
BANK; a.k.a. KORYO GLOBAL CREDIT
BANK), Yanggakdo International Hotel, RYUS,
Pyongyang, Korea, North; SWIFT/BIC
KGCBKPPY; Secondary sanctions risk: North
Korea Sanctions Regulations, sections 510.201
and 510.210; Transactions Prohibited For
Persons Owned or Controlled By U.S. Financial
Institutions: North Korea Sanctions Regulations
section 510.214; all offices worldwide [DPRK3].

KORZHAVIN, Yurii Anatolyevich, Russia; DOB
28 Sep 1957; POB Moscow, Russia; nationality
Russia; Gender Male; Tax ID No.
770702814195 (Russia) (individual) [RUSSIA-
EO14024].

KORZHAVINA, Lidiya Germanovna, Russia;
DOB 22 May 1958; POB Moscow, Russia;
nationality Russia; Gender Female; Tax ID No.
771405312885 (Russia) (individual) [RUSSIA-
EO14024].

KORZYUK, Dmitriy (Cyrillic: КОРЗЮК, Дмитрий)
(a.k.a. KORZYUK, Dmitriy Mikhaylovich
(Cyrillic: КОРЗЮК, Дмитрий Михайлович)),
Belarus; DOB 06 Oct 1971; POB Minsk,
Belarus; nationality Belarus; Gender Male
(individual) [BELARUS-EO14038].

KORZYUK, Dmitriy Mikhaylovich (Cyrillic:
КОРЗЮК, Дмитрий Михайлович) (a.k.a.
KORZYUK, Dmitriy (Cyrillic: КОРЗЮК,
Дмитрий)), Belarus; DOB 06 Oct 1971; POB

Minsk, Belarus; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

KOS, Milojica; DOB 01 Apr 1963; POB Lamovita, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

KOSACHEV, Konstantin Iosifovich (Cyrillic: КОСАЧЕВ, Константин Иосифович), Russia; DOB 17 Sep 1962; POB Moscow, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KOSAKOVA, Anna, 65 Avenue Georges Mandel, Paris 75016, France; DOB 25 Nov 1976; POB Senaki, Georgia; nationality Ukraine; Gender Female (individual) [LEBANON].

KOSAR COMPANY (a.k.a. AL-KAWTHAR FOUNDATION; a.k.a. BAHJAT AL KAWTHAR COMPANY FOR CONSTRUCTION AND TRADING LTD.), Khabateh, Toosi St., Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

KOSARAYAN FARD, Ali Pejman Mahmud (a.k.a. CASARYANIFARD, Pejman; a.k.a. KOSARAYANIFARD, Pejman Mahmood; f.k.a. KOSARIAN FARD; a.k.a. KOSARIAN FARD, Pejman; a.k.a. KOSARIAN, Amir; a.k.a. KOSARYANI-FARD, Pejman), P.O. Box 52404, Dubai, United Arab Emirates; DOB 27 Feb 1973; Passport C20423657 (individual) [SDGT].

KOSARAYANIFARD, Pejman Mahmood (a.k.a. CASARYANIFARD, Pejman; a.k.a. KOSARAYAN FARD, Ali Pejman Mahmud; f.k.a. KOSARIAN FARD; a.k.a. KOSARIAN FARD, Pejman; a.k.a. KOSARIAN, Amir; a.k.a. KOSARYANI-FARD, Pejman), P.O. Box 52404, Dubai, United Arab Emirates; DOB 27 Feb 1973; Passport C20423657 (individual) [SDGT].

KOSARIAN FARD (a.k.a. CASARYANIFARD, Pejman; a.k.a. KOSARAYAN FARD, Ali Pejman Mahmud; a.k.a. KOSARAYANIFARD, Pejman Mahmood; a.k.a. KOSARIAN FARD, Pejman; a.k.a. KOSARIAN, Amir; a.k.a. KOSARYANI-FARD, Pejman), P.O. Box 52404, Dubai, United Arab Emirates; DOB 27 Feb 1973; Passport C20423657 (individual) [SDGT].

KOSARIAN FARD, Pejman (a.k.a. CASARYANIFARD, Pejman; a.k.a. KOSARAYAN FARD, Ali Pejman Mahmud; a.k.a. KOSARAYANIFARD, Pejman Mahmood;

f.k.a. KOSARIAN FARD; a.k.a. KOSARIAN, Amir; a.k.a. KOSARYANI-FARD, Pejman), P.O. Box 52404, Dubai, United Arab Emirates; DOB 27 Feb 1973; Passport C20423657 (individual) [SDGT].

KOSARIAN, Amir (a.k.a. CASARYANIFARD, Pejman; a.k.a. KOSARAYAN FARD, Ali Pejman Mahmud; a.k.a. KOSARAYANIFARD, Pejman Mahmood; f.k.a. KOSARIAN FARD; a.k.a. KOSARIAN FARD, Pejman; a.k.a. KOSARYANI-FARD, Pejman), P.O. Box 52404, Dubai, United Arab Emirates; DOB 27 Feb 1973; Passport C20423657 (individual) [SDGT].

KOSARYANI-FARD, Pejman (a.k.a. CASARYANIFARD, Pejman; a.k.a. KOSARAYAN FARD, Ali Pejman Mahmud; a.k.a. KOSARAYANIFARD, Pejman Mahmood; f.k.a. KOSARIAN FARD; a.k.a. KOSARIAN FARD, Pejman; a.k.a. KOSARIAN, Amir), P.O. Box 52404, Dubai, United Arab Emirates; DOB 27 Feb 1973; Passport C20423657 (individual) [SDGT].

KOSENKO, Irina (a.k.a. SAMSONENKO, Irina), Skopje, North Macedonia, The Republic of; DOB 16 Jan 1973; POB Rostov-on-Don, Russia; nationality North Macedonia, The Republic of; Gender Female; National ID No. 1601973455122 (North Macedonia, The Republic of) (individual) [BALKANS-EO14033] (Linked To: KAMCEV, Jordan).

KOSHELEV, Vladimir Alekseyevich (Cyrillic: КОШЕЛЕВ, Владимир Алексеевич), Russia; DOB 01 Oct 1974; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOSHLAF, Mohamed (Arabic: محمد كشلاف) (a.k.a. KASHLAF, Mohamed; a.k.a. KASHLAF, Mohammed Al Amin Al-Amin (Arabic: محمد الأمين العربي كشلاف); a.k.a. KHUSHLAF, Mohamed; a.k.a. KOSHLAF, Mohamed al-Aameen al-Arabi; a.k.a. "Al Qasseb"), Zawiya, Libya; DOB 12 Dec 1985; alt. DOB 02 Dec 1985; POB Zawiya, Libya; nationality Libya; Gender Male; Passport C17HLRL3 issued 30 Dec 2015 (individual) [LIBYA3].

KOSHLAF, Mohamed al-Aameen al-Arabi (a.k.a. KASHLAF, Mohamed; a.k.a. KASHLAF, Mohammed Al Amin Al-Arabi (Arabic: محمد الأمين العربي كشلاف); a.k.a. KHUSHLAF, Mohamed; a.k.a. KOSHLAF, Mohamed (Arabic: محمد كشلاف); a.k.a. "Al Qasseb"), Zawiya, Libya; DOB 12 Dec 1985; alt. DOB 02 Dec 1985; POB Zawiya, Libya; nationality Libya; Gender Male;

Passport C17HLRL3 issued 30 Dec 2015 (individual) [LIBYA3].

KOSIKHINA, Natalya Vladimirovna (a.k.a. KOSYKHINA, Natalia Vladimirovna (Cyrillic: КОСИХИНА, Наталия Владимировна)), Russia; DOB 07 Aug 1972; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOSMOSAVIA OOO (a.k.a. LIMITED LIABILITY COMPANY KOSMOSAVIA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОСМОСАВИА)), 10 Pskovskaya St., Building 1, Floor 11, Office 297, Moscow 127253, Russia; Tax ID No. 9715264294 (Russia); Registration Number 1167746608974 (Russia) [RUSSIA-EO14024].

KOSOV, Nikolai (a.k.a. KOSOV, Nikolay Nikolayevich), Budapest, Hungary; DOB 30 Jun 1955; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

KOSOV, Nikolay Nikolayevich (a.k.a. KOSOV, Nikolai), Budapest, Hungary; DOB 30 Jun 1955; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

KOSSIEV, Sergey Leonidovich (Cyrillic: КОССИЕВ, Сергей Леонидович) (a.k.a. KOSSIYEV, Sergei); DOB 19 May 1975; Gender Male; Head of the Institution, Captain of Internal Service, Penal Colony IK-7 (individual) [MAGNIT].

KOSSIYEV, Sergei (a.k.a. KOSSIEV, Sergey Leonidovich (Cyrillic: КОССИЕВ, Сергей Леонидович)); DOB 19 May 1975; Gender Male; Head of the Institution, Captain of Internal Service, Penal Colony IK-7 (individual) [MAGNIT].

KOSTENKO, Elena Nikolaevna (a.k.a. KOSTENKO, Olena Mykolaivna), Novoannivka Street, No. 9, Krasnodonsky District, Luhansk Region, Ukraine; DOB 13 Nov 1968; POB Krasnodonsky, Ukraine; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KOSTENKO, Natalya Vasilyevna (Cyrillic: КОСТЕНКО, Наталья Васильевна), Russia; DOB 09 Aug 1980; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOSTENKO, Olena Mykolaivna (a.k.a. KOSTENKO, Elena Nikolaevna), Novoannivka Street, No. 9, Krasnodonsky District, Luhansk

Region, Ukraine; DOB 13 Nov 1968; POB Krasnodonsky, Ukraine; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KOSTIN, Andrey Leonidovich, Moscow, Russia; DOB 21 Sep 1956; POB Moscow, Russian Federation; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661].

KOSTIN, Vladislav Vyacheslavovich, Russia; DOB 28 Oct 1983; nationality Russia; Gender Male; Tax ID No. 772410397702 (Russia) (individual) [RUSSIA-EO14024].

KOSTIOUK, Evgueni, Alzey, Germany; Poland; DOB 3 Jun 1954; nationality Belarus; Gender Male (individual) [RUSSIA-EO14024].

KOSTOV, Nikolay Lyudmilo (a.k.a. ROSTOV, Nicholas; a.k.a. SEPIASHVILI, Moshe Israel; a.k.a. SHUSHANASHVILI, Kajaver; a.k.a. SHUSHANASHVILI, Kakha; a.k.a. SHUSHANASHVILI, Kakhaber Pavlovich; a.k.a. "KAKHA RUSTAVSKIY"), 8 Rukavishnikov Street, Mariinskiy Posad, Chuvash Republic, Russia; DOB 08 Feb 1972; POB Rustavi, Georgia; alt. POB Kutaisi, Georgia; nationality Georgia (individual) [TCO].

KOSTRUBITSKY, Aleksey Aleksandrovich (Cyrillic: КОСТРУБИЦКИЙ, Алексей Александрович) (a.k.a. KOSTRUBITSKY, Olexiy Oleksandrovych), in/h A-0050, Donetsk, Ukraine; DOB 24 Aug 1978; POB Russia; nationality Ukraine; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 2872516676 (Ukraine) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024] (Linked To: MINISTRY OF EMERGENCY SITUATIONS OF THE DONETSK PEOPLE'S REPUBLIC).

KOSTRUBITSKY, Olexiy Oleksandrovych (a.k.a. KOSTRUBITSKY, Aleksey Aleksandrovich (Cyrillic: КОСТРУБИЦКИЙ, Алексей Александрович)), in/h A-0050, Donetsk, Ukraine; DOB 24 Aug 1978; POB Russia; nationality Ukraine; alt. nationality Ukraine; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 2872516676 (Ukraine) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024] (Linked To: MINISTRY OF EMERGENCY

SITUATIONS OF THE DONETSK PEOPLE'S REPUBLIC).

KOSTYUKOV, Igor (a.k.a. KOSTYUKOV, Igor Olegovich); DOB 21 Feb 1961; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 100130896 (Russia); alt. Passport 100132253 (Russia); First Deputy Chief of GRU (individual) [CYBER2] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

KOSTYUKOV, Igor Olegovich (a.k.a. KOSTYUKOV, Igor); DOB 21 Feb 1961; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 100130896 (Russia); alt. Passport 100132253 (Russia); First Deputy Chief of GRU (individual) [CYBER2] [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

KOSYKHINA, Natalia Vladimirovna (Cyrillic: КОСИХИНА, Наталия Владимировна) (a.k.a. KOSIKHINA, Natalya Vladimirovna), Russia; DOB 07 Aug 1972; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOTEKIN, Roman Aleksandrovich, Zelenograd, BLD 146, Moscow 124482, Russia; DOB 05 Nov 1985; POB Shuya, Russia; nationality Russia; Gender Male; Passport 736017311 (Russia) issued 01 Sep 2014 expires 01 Sep 2024; National ID No. 2405194435 (Russia) (individual) [RUSSIA-EO14024].

KOTELNIKOV, Maksim Alekseyevich (Cyrillic: КОТЕЛЬНИКОВ, Максим Алексеевич), 3 Krashenikova St., Flat 9, Novosibirsk 633476, Russia; DOB 31 Jan 1985; nationality Russia; Gender Male; Tax ID No. 543850129194 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY OMP).

KOTEY, Alex (a.k.a. KOTEY, Alexanda; a.k.a. KOTEY, Alexanda Amon; a.k.a. KOTEY, Alexander; a.k.a. KOTEY, Alexe; a.k.a. KOTEY, Allexanda; a.k.a. "AL-BARITANI, Abu-Salih"; a.k.a. "SALIH, Abu"), Ar Raqqah, Syria; DOB 13 Dec 1983; POB Paddington, London, United Kingdom; nationality Ghana; alt. nationality Greece; alt. nationality Cyprus; alt. nationality United Kingdom; Gender Male (individual) [SDGT].

KOTEY, Alexanda (a.k.a. KOTEY, Alex; a.k.a. KOTEY, Alexanda Amon; a.k.a. KOTEY, Alexander; a.k.a. KOTEY, Alexe; a.k.a. KOTEY,

Allexanda; a.k.a. "AL-BARITANI, Abu-Salih"; a.k.a. "SALIH, Abu"), Ar Raqqah, Syria; DOB 13 Dec 1983; POB Paddington, London, United Kingdom; nationality Ghana; alt. nationality Greece; alt. nationality Cyprus; alt. nationality United Kingdom; Gender Male (individual) [SDGT].

KOTEY, Alexanda Amon (a.k.a. KOTEY, Alex; a.k.a. KOTEY, Alexanda; a.k.a. KOTEY, Alexander; a.k.a. KOTEY, Alexe; a.k.a. KOTEY, Allexanda; a.k.a. "AL-BARITANI, Abu-Salih"; a.k.a. "SALIH, Abu"), Ar Raqqah, Syria; DOB 13 Dec 1983; POB Paddington, London, United Kingdom; nationality Ghana; alt. nationality Greece; alt. nationality Cyprus; alt. nationality United Kingdom; Gender Male (individual) [SDGT].

KOTEY, Alexander (a.k.a. KOTEY, Alex; a.k.a. KOTEY, Alexanda; a.k.a. KOTEY, Alexanda Amon; a.k.a. KOTEY, Alexe; a.k.a. KOTEY, Allexanda; a.k.a. "AL-BARITANI, Abu-Salih"; a.k.a. "SALIH, Abu"), Ar Raqqah, Syria; DOB 13 Dec 1983; POB Paddington, London, United Kingdom; nationality Ghana; alt. nationality Greece; alt. nationality Cyprus; alt. nationality United Kingdom; Gender Male (individual) [SDGT].

KOTEY, Alexe (a.k.a. KOTEY, Alex; a.k.a. KOTEY, Alexanda; a.k.a. KOTEY, Alexanda Amon; a.k.a. KOTEY, Alexander; a.k.a. KOTEY, Allexanda; a.k.a. "AL-BARITANI, Abu-Salih"; a.k.a. "SALIH, Abu"), Ar Raqqah, Syria; DOB 13 Dec 1983; POB Paddington, London, United Kingdom; nationality Ghana; alt. nationality Greece; alt. nationality Cyprus; alt. nationality United Kingdom; Gender Male (individual) [SDGT].

KOTEY, Allexanda (a.k.a. KOTEY, Alex; a.k.a. KOTEY, Alexanda; a.k.a. KOTEY, Alexanda Amon; a.k.a. KOTEY, Alexander; a.k.a. KOTEY, Alexe; a.k.a. "AL-BARITANI, Abu-Salih"; a.k.a. "SALIH, Abu"), Ar Raqqah, Syria; DOB 13 Dec 1983; POB Paddington, London, United Kingdom; nationality Ghana; alt. nationality Greece; alt. nationality Cyprus; alt. nationality United Kingdom; Gender Male (individual) [SDGT].

KOTI CORP, Panama City, Panama; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5982254 [DPRK4].

KOTKIN, Sergey Nikolaevich (Cyrillic: КОТКИН, Сергей Николаевич), Russia; DOB 11 Mar 1956; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOTO MACHINERY CO., LTD (a.k.a. HANGZHOU FUYANG KOTO MACHINERY; a.k.a. HANGZHOU FUYANG KOTO MACHINERY CO.; a.k.a. HANGZHOU FUYANG KOTO MACHINERY CO., LTD; a.k.a. KOTO MACHINRY CO., LTD), No. 19 Jingping Road Fuchun Street, Fuyang Hangzhou, Zhejiang, China; No.3 hengliangting, Fuyang City, Zhejiang Province, China; Website https://kotomachinery.wixsite.com/kotomach/blank; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

KOTO MACHINRY CO., LTD (a.k.a. HANGZHOU FUYANG KOTO MACHINERY; a.k.a. HANGZHOU FUYANG KOTO MACHINERY CO.; a.k.a. HANGZHOU FUYANG KOTO MACHINERY CO., LTD; a.k.a. KOTO MACHINERY CO., LTD), No. 19 Jingping Road Fuchun Street, Fuyang Hangzhou, Zhejiang, China; No.3 hengliangting, Fuyang City, Zhejiang Province, China; Website https://kotomachinery.wixsite.com/kotomach/blank; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

KOTYAKOV, Anton Olegovich (Cyrillic: КОТЯКОВ, Антон Олегович), Moscow, Russia; DOB 15 Aug 1980; POB Samara, Samara Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 631903462483 (Russia) (individual) [RUSSIA-EO14024].

KOUCHAKZAEI, Ebrahim (Arabic: ابراهیم کوچکزایی) (a.k.a. KOOCHAK ZAIE, Ebrahim; a.k.a. KOUCHEKZAEI, Ebrahim; a.k.a. KUCHKZA'I, Ebrahim Mohammad), Iran; DOB 1963 to 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; LEF Colonel (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

KOUCHEKZAEI, Ebrahim (a.k.a. KOOCHAK ZAIE, Ebrahim; a.k.a. KOUCHAKZAEI, Ebrahim (Arabic: ابراهیم کوچکزایی); a.k.a. KUCHKZA'I, Ebrahim Mohammad), Iran; DOB 1963 to 1964;

nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; LEF Colonel (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

KOUDOU-KAI (a.k.a. KODOKAI; a.k.a. KODO-KAI (Japanese: 弘道会); a.k.a. SANDAIME KODO-KAI (Japanese: 三代目弘道会); a.k.a. THIRD KODO-KAI), 1-117 Shukuatocho, Nakamura Ward, Nagoya, Aichi, Japan (Japanese: 1-117 宿跡町中村区, 名古屋市, 愛知県, Japan) [TCO] (Linked To: YAMAGUCHI-GUMI; Linked To: TAKAYAMA, Kiyoshi; Linked To: SHINODA, Kenichi).

KOUFFA, Amadou (a.k.a. KOUFFA, Hamadou; a.k.a. KOUFFA, Hamadoun; a.k.a. "BARRY, Amadou"), Mali; DOB 1958; POB Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

KOUFFA, Hamadou (a.k.a. KOUFFA, Amadou; a.k.a. KOUFFA, Hamadoun; a.k.a. "BARRY, Amadou"), Mali; DOB 1958; POB Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

KOUFFA, Hamadoun (a.k.a. KOUFFA, Amadou; a.k.a. KOUFFA, Hamadou; a.k.a. "BARRY, Amadou"), Mali; DOB 1958; POB Mali; nationality Mali; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] [HOSTAGES-EO14078] (Linked To: JAMA'AT NUSRAT AL-ISLAM WAL-MUSLIMIN).

KOUMA MADJI, Martin (a.k.a. KOUMTAMADJI, Martin Nadingar; a.k.a. MISKINE, Abdoulaye; a.k.a. NKOUMTAMADJI, Martin), Congo, Republic of the; DOB 05 Oct 1965; alt. DOB 03 Mar 1965; POB Kobo, Central African Republic; alt. POB Ndinaba, Chad; nationality Chad; General (individual) [CAR].

KOUMTAMADJI, Martin Nadingar (a.k.a. KOUMA MADJI, Martin; a.k.a. MISKINE, Abdoulaye; a.k.a. NKOUMTAMADJI, Martin), Congo, Republic of the; DOB 05 Oct 1965; alt. DOB 03 Mar 1965; POB Kobo, Central African

Republic; alt. POB Ndinaba, Chad; nationality Chad; General (individual) [CAR].

KOUNOU, Ousmane Illasou (a.k.a. DJIBO, Halid Illiassou; a.k.a. DJIBO, Ousmane Illiassou; a.k.a. "CHAFFORI, Petit"; a.k.a. "CHAPORI, Aboubacar"; a.k.a. "CHAPORI, Petit"; a.k.a. "CHAPPORI, Petit"; a.k.a. "ILLIASSOU, Djibbo"; a.k.a. "TCHAPORI, Petit"), Menaka Region, Mali; I-n-Arabane, Mali; Tillaberi Region, Niger; DOB 1984; POB Niger; nationality Niger; Gender Male (individual) [SDGT].

KOURF OOO (Cyrillic: ООО КОУРФ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KOURF (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОУРФ)), Pr-Kt Oktyabrskii D. 111/119, Pom. 1, Komnata 6, Floor 2, Lyubertsy 140002, Russia (Cyrillic: Проспект Октябрьский, Дом 111/119, Помещение 1, Комната 6, Этаж 2, Люберцы 140002, Russia); Organization Established Date 05 Apr 2010; Tax ID No. 5027160402 (Russia); Registration Number 1105027004213 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

KOURMPANOV, Nourmourad (a.k.a. KURBANOV, Nuri; a.k.a. KURBANOV, Nurmurad; a.k.a. KURBANOV, Nurmurat), Cyprus; DOB 17 Oct 1962; POB Turkmenistan; nationality Turkmenistan; citizen Russia; Gender Male (individual) [BELARUS-EO14038] (Linked To: OKB TSP SCIENTIFIC PRODUCTION LIMITED LIABILITY COMPANY).

KOVAC, Matevz (a.k.a. KARNER, Matevz), Malci Beliceve 107, Ljubljana, Slovenia; DOB 19 Jul 1978; POB Ljubljana, Slovenia; nationality Slovenia; Passport P01104005 (Slovenia); Registration ID 1907978500063 (Slovenia) (individual) [SDNTK] (Linked To: BAMEX LIMITED; Linked To: PALEA D.O.O.; Linked To: KARNER D.O.O. LJUBLJANA; Linked To: PABAS HOLDING CORP.).

KOVAC, Tomislav (a.k.a. "TOMO"); DOB 04 Dec 1959; POB Sarajevo, Bosnia-Herzegovina; Passport 412959171315 (Bosnia and Herzegovina) (individual) [BALKANS].

KOVACEVIC, Vladimir; DOB 15 Jan 1961; ICTY indictee (individual) [BALKANS].

KOVACH, Dmitriy Aleksandrovich (Cyrillic: КОВАЧ, Дмитрий Александрович), Myastrovskaya St., 24-63, Minsk, Belarus (Cyrillic: ул. Мястровская, 24-63, г. Минск, Belarus); DOB 14 Jan 1979; nationality Belarus;

Gender Male; National ID No. 3140179M004PB1 (Belarus); Tax ID No. MA6914146 (Belarus) (individual) [BELARUS-EO14038].

KOVALCHUK, Boris Yurievich (Cyrillic: КОВАЛЬЧУК, Борис Юрьевич), Russia; DOB 01 Dec 1977; POB St. Petersburg, Russia; nationality Russia; Gender Male; Tax ID No. 780150854932 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KOVALCHUK, Yuri Valentinovich).

KOVALCHUK, Dmytro Volodymyrovych (Cyrillic: КОВАЛЬЧУК, Дмитро Володимирович), Str. 9 A Grushevskogo Apt V 5 1, Kiev 01021, Ukraine; DOB 13 Jun 1987; POB Ukraine; nationality Ukraine; Gender Male; Identification Number 3194020675 (Ukraine) (individual) [ELECTION-EO13848] (Linked To: DERKACH, Andrii Leonidovych).

KOVALCHUK, Kira Valentinovna (Cyrillic: КОВАЛЬЧУК, Кира Валентиновна), Moscow, Russia; DOB 18 May 1971; POB Russia; nationality Russia; Gender Female; Passport 643267033 (Russia); Tax ID No. 770305521971 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KOVALCHUK, Kirill Mikhailovich).

KOVALCHUK, Kirill Mikhailovich (Cyrillic: КОВАЛЬЧУК, Кирилл Михайлович) (a.k.a. KOVALCHUK, Kyrylo Mykhaylovych; a.k.a. KOVALCHUK, Kyrylo Mykhaylovch (Cyrillic: КОВАЛЬЧУК, Кирило Михайлович)), Moscow, Russia; DOB 22 Dec 1968; POB Moscow, Russia; alt. POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 643267034 (Russia); Tax ID No. 773600308808 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: AO ABR MANAGEMENT).

KOVALCHUK, Kyrylo Mykhaylovch (a.k.a. KOVALCHUK, Kirill Mikhailovich (Cyrillic: КОВАЛЬЧУК, Кирилл Михайлович); a.k.a. KOVALCHUK, Kyrylo Mykhaylovych (Cyrillic: КОВАЛЬЧУК, Кирило Михайлович)), Moscow, Russia; DOB 22 Dec 1968; POB Moscow, Russia; alt. POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 643267034 (Russia); Tax ID No. 773600308808 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: AO ABR MANAGEMENT).

KOVALCHUK, Kyrylo Mykhaylovych (Cyrillic: КОВАЛЬЧУК, Кирило Михайлович) (a.k.a. KOVALCHUK, Kirill Mikhailovich (Cyrillic: КОВАЛЬЧУК, Кирилл Михайлович); a.k.a. KOVALCHUK, Kyrylo Mykhaylovch), Moscow, Russia; DOB 22 Dec 1968; POB Moscow, Russia; alt. POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 643267034 (Russia); Tax ID No. 773600308808 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: AO ABR MANAGEMENT).

KOVALCHUK, Stepan Kirillovich (Cyrillic: КОВАЛЬЧУК, Степан Кириллович), Moscow, Russia; DOB 03 May 1994; POB Russia; nationality Russia; Gender Male; Passport 644557612 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KOVALCHUK, Kirill Mikhailovich).

KOVALCHUK, Tatiana Aleksandrovna (a.k.a. KOVALCHUK, Tatyana Aleksandrovna (Cyrillic: КОВАЛЬЧУК, Татьяна Александровна); a.k.a. KOVALCHUK, Tatyana Alexandrovna), Russia; DOB 08 Feb 1968; POB Russia; nationality Russia; Gender Female; Passport 51N0128733 (Russia); Tax ID No. 780150859761 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KOVALCHUK, Yuri Valentinovich).

KOVALCHUK, Tatyana Aleksandrovna (Cyrillic: КОВАЛЬЧУК, Татьяна Александровна) (a.k.a. KOVALCHUK, Tatiana Aleksandrovna; a.k.a. KOVALCHUK, Tatyana Alexandrovna), Russia; DOB 08 Feb 1968; POB Russia; nationality Russia; Gender Female; Passport 51N0128733 (Russia); Tax ID No. 780150859761 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KOVALCHUK, Yuri Valentinovich).

KOVALCHUK, Tatyana Alexandrovna (a.k.a. KOVALCHUK, Tatiana Aleksandrovna; a.k.a. KOVALCHUK, Tatyana Aleksandrovna (Cyrillic: КОВАЛЬЧУК, Татьяна Александровна)), Russia; DOB 08 Feb 1968; POB Russia; nationality Russia; Gender Female; Passport 51N0128733 (Russia); Tax ID No. 780150859761 (Russia) (individual) [RUSSIA-EO14024] (Linked To: KOVALCHUK, Yuri Valentinovich).

KOVALCHUK, Yuri Valentinovich (Cyrillic: КОВАЛПЧУК, Юрий Валентинович) (a.k.a. KOVALCHUK, Yuriy Valentynovych (Cyrillic: КОВАЛЬЧУК, Юрій Валентинович); a.k.a. KOVALCHUK, Yury Valentinovich), Russia; DOB 25 Jul 1951; POB St. Petersburg, Russia;

nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 780105029790 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: AO ABR MANAGEMENT).

KOVALCHUK, Yuriy Valentynovych (Cyrillic: КОВАЛЬЧУК, Юрій Валентинович) (a.k.a. KOVALCHUK, Yuri Valentinovich (Cyrillic: КОВАЛПЧУК, Юрий Валентинович); a.k.a. KOVALCHUK, Yury Valentinovich), Russia; DOB 25 Jul 1951; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 780105029790 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: AO ABR MANAGEMENT).

KOVALCHUK, Yury Valentinovich (a.k.a. KOVALCHUK, Yuri Valentinovich (Cyrillic: КОВАЛПЧУК, Юрий Валентинович); a.k.a. KOVALCHUK, Yuriy Valentynovych (Cyrillic: КОВАЛЬЧУК, Юрій Валентинович)), Russia; DOB 25 Jul 1951; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 780105029790 (Russia) (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: AO ABR MANAGEMENT).

KOVALENKO, Andrey; DOB 30 Dec 1985; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KOVALENKO, Vladimir Vladislavovich (Cyrillic: КОВАЛЕНКО, Владимир Владиславович), 19A Khrustaleva St., Office 32, Sevastopol, Crimea Autonomous Region, Ukraine; DOB 04 Feb 1962; POB Luhansk, Ukraine; nationality Ukraine; Gender Male; Tax ID No. 231523814307 (Russia); alt. Tax ID No. 2268026995 (Ukraine) (individual) [RUSSIA-EO14024] (Linked To: ALL RUSSIAN CHILDREN AND YOUTH MILITARY PATRIOTIC PUBLIC MOVEMENT YOUTH ARMY).

KOVALEV, Anatoliy Sergeyevich, Russia; DOB 02 Aug 1991; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA]

(Linked To: MAIN INTELLIGENCE DIRECTORATE).

KOVALEV, Vitaliy (a.k.a. KOVALEV, Vitaly Nikolayevich; a.k.a. "Ben"; a.k.a. "Bentley"), Russia; DOB 23 Jun 1988; nationality Russia; Gender Male (individual) [CYBER2].

KOVALEV, Vitaly Nikolayevich (a.k.a. KOVALEV, Vitaliy; a.k.a. "Ben"; a.k.a. "Bentley"), Russia; DOB 23 Jun 1988; nationality Russia; Gender Male (individual) [CYBER2].

KOVALEVSKIJ, Nikita Gennadievitch (a.k.a. KOVALEVSKY, Nikita), Finland; DOB 21 Nov 1978; nationality Finland; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 2111702697 (individual) [CYBER2] (Linked To: OPTIMA FREIGHT OY).

KOVALEVSKY, Nikita (a.k.a. KOVALEVSKIJ, Nikita Gennadievitch), Finland; DOB 21 Nov 1978; nationality Finland; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 2111702697 (individual) [CYBER2] (Linked To: OPTIMA FREIGHT OY).

KOVALSKIY, Andrey Vechislavovich (a.k.a. PLOTNITSKIY, Andrey; a.k.a STREL, Andrey), Moscow, Russia; DOB 25 Jul 1989; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: EVIL CORP).

KOVITIDI, Olga (a.k.a. KOVITIDI, Olga Fedorovna (Cyrillic: КОВИТИДИ, Ольга Федоровна)), Russia; DOB 07 May 1962; POB Simferopol, Crimea; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOVITIDI, Olga Fedorovna (Cyrillic: КОВИТИДИ, Ольга Федоровна) (a.k.a. KOVITIDI, Olga), Russia; DOB 07 May 1962; POB Simferopol, Crimea, Ukraine; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOVPAK, Lev Igorevich (Cyrillic: КОВПАК, Лев Игоревич), Russia; DOB 23 Oct 1978; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOVROV MECHANICAL PLANT (a.k.a. KOVROV MECHANICAL PLANT PJSC (Cyrillic: ПАО КОВРОВСКИЙ МЕХАНИЧЕСКИЙ ЗАВОД); a.k.a. "PJSC KMZ"), 26, Sotsialisticheskaya Street, Kovrov, Vladimirskaya oblast 601909, Russia; Tax ID No. 3305004397 (Russia) [RUSSIA-EO14024].

KOVROV MECHANICAL PLANT PJSC (Cyrillic: ПАО КОВРОВСКИЙ МЕХАНИЧЕСКИЙ ЗАВОД) (a.k.a. KOVROV MECHANICAL PLANT; a.k.a. "PJSC KMZ"), 26, Sotsialisticheskaya Street, Kovrov, Vladimirskaya oblast 601909, Russia; Tax ID No. 3305004397 (Russia) [RUSSIA-EO14024].

KOVTUN, Dmitri, Russia; DOB 1965; Gender Male (individual) [MAGNIT].

KOZACHEK, Nikolay Yuryevich, Russia; DOB 29 Jul 1989; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CAATSA - RUSSIA] (Linked To: MAIN INTELLIGENCE DIRECTORATE).

KOZAK, Dmitry; DOB 07 Nov 1958; POB Kirovograd, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy Prime Minister of the Russian Federation (individual) [UKRAINE-EO13661].

KOZAK, Taras Romanovych, Ukraine; DOB 06 Apr 1972; POB Lviv, Ukraine; nationality Ukraine; Gender Male (individual) [RUSSIA-EO14024].

KOZENKO, Andrei (a.k.a. KOZENKO, Andrey Dmitrievich (Cyrillic: КОЗЕНКО, Андрей Дмитриевич); a.k.a. KOZENKO, Andrii Dmytrovych (Cyrillic: КОЗЕНКО, Андрій Дмитрович)), Ukraine; Russia; DOB 03 Aug 1981; POB Simferopol, Crimea, Ukraine; nationality Ukraine; alt. nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

KOZENKO, Andrey Dmitrievich (Cyrillic: КОЗЕНКО, Андрей Дмитриевич) (a.k.a. KOZENKO, Andrei; a.k.a. KOZENKO, Andrii Dmytrovych (Cyrillic: КОЗЕНКО, Андрій Дмитрович)), Ukraine; Russia; DOB 03 Aug 1981; POB Simferopol, Crimea, Ukraine; nationality Ukraine; alt. nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

KOZENKO, Andrii Dmytrovych (Cyrillic: КОЗЕНКО, Андрій Дмитрович) (a.k.a.

KOZENKO, Andrei; a.k.a. KOZENKO, Andrey Dmitrievich (Cyrillic: КОЗЕНКО, Андрей Дмитриевич)), Ukraine; Russia; DOB 03 Aug 1981; POB Simferopol, Crimea, Ukraine; nationality Ukraine; alt. nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

KOZHANOVA, Irina Andreyevna (Cyrillic: КОЖАНОВА, Ирина Андреевна), Russia; DOB 06 Jul 1987; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOZHEMIAKO, Oleg Mykolaiovych (a.k.a. KOZHEMYAKO, Oleg Nikolayevich (Cyrillic: КОЖЕМЯКО, Олег Николаевич)), Primorye Region, Russia; DOB 17 Mar 1962; POB Chernigovka, Primorye Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 772451305972 (Russia) (individual) [RUSSIA-EO14024].

KOZHEMYAKO, Oleg Nikolayevich (Cyrillic: КОЖЕМЯКО, Олег Николаевич) (a.k.a. KOZHEMIAKO, Oleh Mykolaiovych), Primorye Region, Russia; DOB 17 Mar 1962; POB Chernigovka, Primorye Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 772451305972 (Russia) (individual) [RUSSIA-EO14024].

KOZHENKOVA, Irina (a.k.a. KOZHENKOVA, Irina Vyacheslavovna); DOB 16 Nov 1973; Deputy Chairman, Executive Board, Tempbank (individual) [SYRIA] (Linked To: TEMPBANK).

KOZHENKOVA, Irina Vyacheslavovna (a.k.a. KOZHENKOVA, Irina); DOB 16 Nov 1973; Deputy Chairman, Executive Board, Tempbank (individual) [SYRIA] (Linked To: TEMPBANK).

KOZHEVNIKOV, Vyacheslav Evgenevich (Cyrillic: КОЖЕВНИКОВ, Вячеслав Евгеньевич), Russia; DOB 08 Jul 1974; POB Ufa, Russia; nationality Russia; Gender Male; Tax ID No. 027302496045 (Russia) (individual) [RUSSIA-EO14024].

KOZHIN, Vladimir Igorevich (Cyrillic: КОЖИН, Владимир Игоревич), Russia; DOB 28 Feb 1959; POB Troitsk, Chelyabinsk Oblast, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Member of the Federation Council of the Federal Assembly of the Russian

Federation (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KOZITSYN, Mykola (a.k.a. KOZITSYN, Mykola Ivanovych; a.k.a. KOZITSYN, Nikolai; a.k.a. KOZITSYN, Nikolay); DOB 20 Jun 1956; POB Donetsk Region; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KOZITSYN, Mykola Ivanovych (a.k.a. KOZITSYN, Mykola; a.k.a. KOZITSYN, Nikolai; a.k.a. KOZITSYN, Nikolay); DOB 20 Jun 1956; POB Donetsk Region; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KOZITSYN, Nikolai (a.k.a. KOZITSYN, Mykola; a.k.a. KOZITSYN, Mykola Ivanovych; a.k.a. KOZITSYN, Nikolay); DOB 20 Jun 1956; POB Donetsk Region; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KOZITSYN, Nikolay (a.k.a. KOZITSYN, Mykola; a.k.a. KOZITSYN, Mykola Ivanovych; a.k.a. KOZITSYN, Nikolai); DOB 20 Jun 1956; POB Donetsk Region; citizen Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KOZLOV, Aleksandr Aleksandrovich (Cyrillic: КОЗЛОВ, Александр Александрович) (a.k.a. KOZLOV, Alexander Alexandrovich), Moscow, Russia; DOB 02 Jan 1981; POB Yuzhno-Sakhalinsk, Sakhalin Region; nationality Russia; citizen Russia; Gender Male; Tax ID No. 280602036120 (Russia) (individual) [RUSSIA-EO14024].

KOZLOV, Alexander Alexandrovich (a.k.a. KOZLOV, Aleksandr Aleksandrovich (Cyrillic: КОЗЛОВ, Александр Александрович)), Moscow, Russia; DOB 02 Jan 1981; POB Yuzhno-Sakhalinsk, Sakhalin Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 280602036120 (Russia) (individual) [RUSSIA-EO14024].

KOZLOV, Ilya Pavlovich (Cyrillic: КОЗЛОВ, Илья Павлович), Moscow, Russia; DOB 17 Oct 1973; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

KOZLOV, Sergei Mikhailovich (a.k.a. KOZLOV, Sergey Mikhaylovich), Moscow, Russia; DOB 31 May 1960; nationality Russia; citizen Russia;

Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 723367854 (Russia) expires 04 Mar 2023 (individual) [DPRK2] (Linked To: JON, Jin Yong).

KOZLOV, Sergey Mikhaylovich (a.k.a. KOZLOV, Sergei Mikhailovich), Moscow, Russia; DOB 31 May 1960; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 723367854 (Russia) expires 04 Mar 2023 (individual) [DPRK2] (Linked To: JON, Jin Yong).

KOZLOVSKY, Alexander Nikolayevich (Cyrillic: КОЗЛОВСКИЙ, Александр Николаевич), Russia; DOB 05 May 1973; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KOZYAKOV, Sergey (a.k.a. KOZYAKOV, Sergey Yurievich; a.k.a. KOZYAKOV, Serhiy); DOB 29 Sep 1982; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KOZYAKOV, Sergey Yurievich (a.k.a. KOZYAKOV, Sergey; a.k.a. KOZYAKOV, Serhiy); DOB 29 Sep 1982; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KOZYAKOV, Serhiy (a.k.a. KOZYAKOV, Sergey; a.k.a. KOZYAKOV, Sergey Yurievich); DOB 29 Sep 1982; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KOZYURA, Oleg Grigorievich (a.k.a. KOZYURA, Oleg Grigoryevich); DOB 19 Dec 1962; POB Zaporozhye, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Head of the Office of the Federal Migration Service in the City of Sevastopol (individual) [UKRAINE-EO13660].

KOZYURA, Oleg Grigoryevich (a.k.a. KOZYURA, Oleg Grigorievich); DOB 19 Dec 1962; POB Zaporozhye, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209; Head of the Office of the Federal Migration Service in the City of Sevastopol (individual) [UKRAINE-EO13660].

KPA UNIT 586 (a.k.a. CHONGCH'AL CH'ONGGUK; a.k.a. RECONNAISSANCE GENERAL BUREAU; a.k.a. "RGB"), Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK] [DPRK2].

KPD S.A., Calle 18 Norte, No. 3N-24, Oficina 602, Cali, Colombia; NIT # 9000420320 (Colombia) [SDNTK].

KPSK, OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'KRYMSKAYA PERVAYA STRAKHOVAYA KOMPANIYA'; a.k.a. OOO 'KRYMSKAYA PERVAYA STRAKHOVAYA KOMPANIYA'), 29 ul. Karla Marksa, Simferopol, Crimea 295006, Ukraine; Website kpsk-ins.ru; Email Address kpsk-ins@yandex.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1149102007933 (Russia); Tax ID No. 9102006047 (Russia); Government Gazette Number 00132598 (Russia) [UKRAINE-EO13685].

KRADOOMPORN, Chanikan (a.k.a. KRADOOMPORN, Varee; a.k.a. KRADOOMPORN, Wari; a.k.a. KRADUMPHON, Chanikan; a.k.a. KRADUMPHON, Wari; a.k.a. KRADUMPORN, Chanikan; a.k.a. KRADUMPORN, Varee; a.k.a. KRADUMPORN, Waree; a.k.a. KRAPUMPORN, Varee; a.k.a. KRATUMPORN, Varee), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand;

DOB 18 Mar 1960; National ID No. 3570900151480 (Thailand) (individual) [SDNTK].

KRADOOMPORN, Chinwong (a.k.a. KRADUMPHON, Sombun; a.k.a. KRADUMPORN, Chinawong; a.k.a. KRADUMPORN, Chinwong; a.k.a. KRADUMPORN, Somboon; a.k.a. KRAPOOMPORN, Somboon; a.k.a. KRAPUMPORN, Somboon; a.k.a. KRATUMPORN, Somboon), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 06 May 1959; National ID No. 3570900151471 (Thailand) (individual) [SDNTK].

KRADOOMPORN, Varee (a.k.a. KRADOOMPORN, Chanikan; a.k.a. KRADOOMPORN, Wari; a.k.a. KRADUMPHON, Chanikan; a.k.a. KRADUMPHON, Wari; a.k.a. KRADUMPORN, Chanikan; a.k.a. KRADUMPORN, Varee; a.k.a. KRADUMPORN, Waree; a.k.a. KRAPUMPORN, Varee; a.k.a. KRATUMPORN, Varee), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 18 Mar 1960; National ID No. 3570900151480 (Thailand) (individual) [SDNTK].

KRADOOMPORN, Wari (a.k.a. KRADOOMPORN, Chanikan; a.k.a. KRADOOMPORN, Varee; a.k.a. KRADUMPHON, Chanikan; a.k.a. KRADUMPHON, Wari; a.k.a. KRADUMPORN, Chanikan; a.k.a. KRADUMPORN, Varee; a.k.a. KRADUMPORN, Waree; a.k.a. KRAPUMPORN, Varee; a.k.a. KRATUMPORN, Varee), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 18 Mar 1960; National ID No. 3570900151480 (Thailand) (individual) [SDNTK].

KRADUMPHON, Chanikan (a.k.a. KRADOOMPORN, Chanikan; a.k.a. KRADOOMPORN, Varee; a.k.a. KRADOOMPORN, Wari; a.k.a. KRADUMPHON, Wari; a.k.a. KRADUMPORN, Chanikan; a.k.a. KRADUMPORN, Varee; a.k.a. KRADUMPORN, Waree; a.k.a. KRAPUMPORN, Varee; a.k.a. KRATUMPORN, Varee), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 18 Mar 1960; National ID No. 3570900151480 (Thailand) (individual) [SDNTK].

KRADUMPHON, Sombun (a.k.a. KRADOOMPORN, Chinwong; a.k.a. KRADUMPORN, Chinawong; a.k.a. KRADUMPORN, Chinwong; a.k.a. KRADUMPORN, Somboon; a.k.a. KRAPOOMPORN, Somboon; a.k.a. KRAPUMPORN, Somboon; a.k.a. KRATUMPORN, Somboon), c/o HATKAEW

COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 06 May 1959; National ID No. 3570900151471 (Thailand) (individual) [SDNTK].

KRADUMPHON, Wari (a.k.a. KRADOOMPORN, Chanikan; a.k.a. KRADOOMPORN, Varee; a.k.a. KRADOOMPORN, Wari; a.k.a. KRADUMPHON, Chanikan; a.k.a. KRADUMPORN, Chanikan; a.k.a. KRADUMPORN, Varee; a.k.a. KRADUMPORN, Waree; a.k.a. KRAPUMPORN, Varee; a.k.a. KRATUMPORN, Varee), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 18 Mar 1960; National ID No. 3570900151480 (Thailand) (individual) [SDNTK].

KRADUMPORN IMPORT EXPORT COMPANY LTD., 4 Mu 1, Tambon Wiang Phang Kham, Mae Sai district, Chiang Rai, Thailand [SDNTK].

KRADUMPORN, Chanikan (a.k.a. KRADOOMPORN, Chanikan; a.k.a. KRADOOMPORN, Varee; a.k.a. KRADOOMPORN, Wari; a.k.a. KRADUMPHON, Chanikan; a.k.a. KRADUMPHON, Wari; a.k.a. KRADUMPORN, Varee; a.k.a. KRADUMPORN, Waree; a.k.a. KRAPUMPORN, Varee; a.k.a. KRATUMPORN, Varee), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD.,

Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 18 Mar 1960; National ID No. 3570900151480 (Thailand) (individual) [SDNTK].

KRADUMPORN, Chinawong (a.k.a. KRADOOMPORN, Chinwong; a.k.a. KRADUMPHON, Sombun; a.k.a. KRADUMPORN, Chinwong; a.k.a. KRADUMPORN, Somboon; a.k.a. KRAPOOMPORN, Somboon; a.k.a. KRAPUMPORN, Somboon; a.k.a. KRATUMPORN, Somboon), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 06 May 1959; National ID No. 3570900151471 (Thailand) (individual) [SDNTK].

KRADUMPORN, Chinwong (a.k.a. KRADOOMPORN, Chinwong; a.k.a. KRADUMPHON, Sombun; a.k.a. KRADUMPORN, Chinawong; a.k.a. KRADUMPORN, Somboon; a.k.a. KRAPOOMPORN, Somboon; a.k.a. KRAPUMPORN, Somboon; a.k.a. KRATUMPORN, Somboon), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 06 May 1959; National ID No. 3570900151471 (Thailand) (individual) [SDNTK].

KRADUMPORN, Somboon (a.k.a. KRADOOMPORN, Chinwong; a.k.a. KRADUMPHON, Sombun; a.k.a. KRADUMPORN, Chinawong; a.k.a. KRADUMPORN, Chinwong; a.k.a. KRAPOOMPORN, Somboon; a.k.a. KRAPUMPORN, Somboon; a.k.a. KRATUMPORN, Somboon), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 06 May 1959; National ID No. 3570900151471 (Thailand) (individual) [SDNTK].

KRADUMPORN, Varee (a.k.a. KRADOOMPORN, Chanikan; a.k.a. KRADOOMPORN, Varee; a.k.a. KRADOOMPORN, Wari; a.k.a. KRADUMPHON, Chanikan; a.k.a. KRADUMPHON, Wari; a.k.a. KRADUMPORN, Chanikan; a.k.a. KRADUMPORN, Waree; a.k.a. KRAPUMPORN, Varee; a.k.a. KRATUMPORN, Varee), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 18 Mar 1960; National ID No. 3570900151480 (Thailand) (individual) [SDNTK].

KRADUMPORN, Waree (a.k.a. KRADOOMPORN, Chanikan; a.k.a. KRADOOMPORN, Varee; a.k.a. KRADOOMPORN, Wari; a.k.a. KRADUMPHON, Chanikan; a.k.a. KRADUMPHON, Wari; a.k.a. KRADUMPORN, Chanikan; a.k.a. KRADUMPORN, Varee; a.k.a. KRAPUMPORN, Varee; a.k.a. KRATUMPORN,

Varee), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 18 Mar 1960; National ID No. 3570900151480 (Thailand) (individual) [SDNTK].

KRAKERN LIMITED, Level 8/5B Portomaso Business Tower, St. Julians, Malta; D-U-N-S Number 53-400-4559; Trade License No. C 76398 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

KRANS, Maksim Iosifovich, Russia; DOB 08 Mar 1950; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: INFOROS, OOO).

KRAPOOMPORN, Somboon (a.k.a. KRADOOMPORN, Chinwong; a.k.a. KRADUMPHON, Sombun; a.k.a. KRADUMPORN, Chinawong; a.k.a. KRADUMPORN, Chinwong; a.k.a. KRADUMPORN, Somboon; a.k.a. KRAPUMPORN, Somboon; a.k.a. KRATUMPORN, Somboon), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 06 May 1959; National ID No. 3570900151471 (Thailand) (individual) [SDNTK].

KRAPUMPORN, Somboon (a.k.a. KRADOOMPORN, Chinwong; a.k.a. KRADUMPHON, Sombun; a.k.a. KRADUMPORN, Chinawong; a.k.a.

KRADUMPORN, Chinwong; a.k.a. KRADUMPORN, Somboon; a.k.a. KRAPOOMPORN, Somboon; a.k.a. KRATUMPORN, Somboon), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 06 May 1959; National ID No. 3570900151471 (Thailand) (individual) [SDNTK].

KRAPUMPORN, Varee (a.k.a. KRADOOMPORN, Chanikan; a.k.a. KRADOOMPORN, Varee; a.k.a. KRADOOMPORN, Wari; a.k.a. KRADUMPHON, Chanikan; a.k.a. KRADUMPHON, Wari; a.k.a. KRADUMPORN, Chanikan; a.k.a KRADUMPORN, Varee; a.k.a. KRADUMPORN, Waree; a.k.a. KRATUMPORN, Varee), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 18 Mar 1960; National ID No. 3570900151480 (Thailand) (individual) [SDNTK].

KRASHENINNIKOV, Pavel Vladimirovich (Cyrillic: КРАШЕНИННИКОВ, Павел Владимирович), Russia; DOB 21 Jun 1964; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KRASKO, Ekaterina Yurievna (a.k.a. GUBAREVA, Ekaterina; a.k.a. GUBAREVA, Ekaterina Yurievna (Cyrillic: ГУБАРЕВА, Екатерина Юрьевна); a.k.a. GUBAREVA, Kateryna Yuriivna (Cyrillic: ГУБАРЕВА,

Катерина Юріївна); a.k.a. GUBAREVA, Yekaterina; a.k.a. HUBAREVA, Katerina Yuriivna), 3 B. Severnaya Street, Apt. 30, Donetsk, Donetsk Region, Ukraine; 101 Karl Marx Street, Apt. 10, Kahovka, Kherson Region, Ukraine; DOB 05 Jul 1983; nationality Ukraine; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 3050117961 (Russia) (individual) [UKRAINE-EO13660] [RUSSIA-EO14024].

KRASNOSHTANOV, Anton Alekseyevich (Cyrillic: КРАСНОШТАНОВ, Антон Алексеевич), Russia; DOB 10 Jun 1986; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KRASNOV, Igor (Cyrillic: КРАСНОВ, Игорь) (a.k.a. KRASNOV, Igor Victorovich (Cyrillic: КРАСНОВ, Игорь Викторович); a.k.a. KRASNOV, Igor Viktorovich), 6-3 Michurinsky Prospekt, Moscow, Russia; DOB 24 Dec 1975; POB Arkhangelsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KRASNOV, Igor Victorovich (Cyrillic: КРАСНОВ, Игорь Викторович) (a.k.a. KRASNOV, Igor (Cyrillic: КРАСНОВ, Игорь); a.k.a. KRASNOV, Igor Viktorovich), 6-3 Michurinsky Prospekt, Moscow, Russia; DOB 24 Dec 1975; POB Arkhangelsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KRASNOV, Igor Viktorovich (a.k.a. KRASNOV, Igor (Cyrillic: КРАСНОВ, Игорь); a.k.a. KRASNOV, Igor Victorovich (Cyrillic: КРАСНОВ, Игорь Викторович)), 6-3 Michurinsky Prospekt, Moscow, Russia; DOB 24 Dec 1975; POB Arkhangelsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KRASNOYE SORMOVO SHIPYARD (a.k.a. PJSC FACTORY KRASNOYE SORMOVO (Cyrillic: ПАО ЗАВОД КРАСНОЕ СОРМОВО); a.k.a. PUBLIC JOINT STOCK COMPANY

KRASNOYE SORMOVO SHIPYARD; a.k.a. PUBLIC JOINT STOCK COMPANY ZAVOD KRASNOYE SORMOVO), 1 Barrikad St., Nizhnynovgorod 603950, Russia; St. Barricade, 1, Nizhny Novgorod, Nizhny Novgorod Region 603003, Russia; Website WWW.KRSORMOVO.NNOV.RU; Organization Established Date 13 May 1994; Tax ID No. 5263006629 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

KRASOV, Andrey Leonidovich (Cyrillic: КРАСОВ, Андрей Леонидович), Russia; DOB 27 Jan 1967; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KRASOVSKIY, Maksim Borisovich, Russia; DOB 28 Jan 1970; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 4514985443 (Russia) (individual) [NPWMD] [CYBER2] [CAATSA - RUSSIA] (Linked To: INFOROS, OOO).

KRATOL AVIATION (a.k.a. KRATOL AVIATION COMPANY; a.k.a. KRATOL AVIATION 'FZC'), 125 M2, Warehouse Q3-211, Sharjah Airport, Free Zone Sharjah, Sharjah, United Arab Emirates; PO BOX 121539, Sharjah, United Arab Emirates; Moscow, Russia; Website http://www.kratol-aviation.ae; Organization Established Date Jan 2008; alt. Organization Established Date 27 Feb 2021; Organization Type: Passenger air transport; Target Type Private Company; Business Registration Number 11612822 (United Arab Emirates) [CAR] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

KRATOL AVIATION COMPANY (a.k.a. KRATOL AVIATION; a.k.a. KRATOL AVIATION 'FZC'), 125 M2, Warehouse Q3-211, Sharjah Airport, Free Zone Sharjah, Sharjah, United Arab Emirates; PO BOX 121539, Sharjah, United Arab Emirates; Moscow, Russia; Website http://www.kratol-aviation.ae; Organization Established Date Jan 2008; alt. Organization Established Date 27 Feb 2021; Organization Type: Passenger air transport; Target Type Private Company; Business Registration Number 11612822 (United Arab Emirates) [CAR] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

KRATOL AVIATION 'FZC' (a.k.a. KRATOL AVIATION; a.k.a. KRATOL AVIATION

COMPANY), 125 M2, Warehouse Q3-211, Sharjah Airport, Free Zone Sharjah, Sharjah, United Arab Emirates; PO BOX 121539, Sharjah, United Arab Emirates; Moscow, Russia; Website http://www.kratol-aviation.ae; Organization Established Date Jan 2008; alt. Organization Established Date 27 Feb 2021; Organization Type: Passenger air transport; Target Type Private Company; Business Registration Number 11612822 (United Arab Emirates) [CAR] (Linked To: PRIVATE MILITARY COMPANY 'WAGNER').

KRATOV, Dmitry Borisovich; DOB 16 Jul 1964 (individual) [MAGNIT].

KRATUMPORN, Somboon (a.k.a. KRADOOMPORN, Chinwong; a.k.a. KRADUMPHON, Sombun; a.k.a. KRADUMPORN, Chinawong; a.k.a. KRADUMPORN, Chinwong; a.k.a. KRADUMPORN, Somboon; a.k.a. KRAPOOMPORN, Somboon; a.k.a. KRAPUMPORN, Somboon), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; c/o V.R. FRUIT COMPANY, Chiang Mai, Thailand; DOB 06 May 1959; National ID No. 3570900151471 (Thailand) (individual) [SDNTK].

KRATUMPORN, Varee (a.k.a. KRADOOMPORN, Chanikan; a.k.a. KRADOOMPORN, Varee; a.k.a. KRADOOMPORN, Wari; a.k.a. KRADUMPHON, Chanikan; a.k.a. KRADUMPHON, Wari; a.k.a. KRADUMPORN, Chanikan; a.k.a. KRADUMPORN, Varee; a.k.a. KRADUMPORN, Waree; a.k.a. KRAPUMPORN, Varee), c/o HATKAEW COMPANY LTD., Bangkok, Thailand; c/o KRADUMPORN IMPORT EXPORT COMPANY LTD., Chiang Rai, Thailand; c/o MAESAI K.D.P. COMPANY LTD., Chiang Rai, Thailand; c/o NICE FANTASY GARMENT COMPANY LTD., Bangkok, Thailand; c/o PLUS TECH AUTO SUPPLY COMPANY LTD., Bangkok, Thailand; c/o PROGRESS SURAWEE COMPANY LTD., Bangkok, Thailand; c/o RATTANA VICHAI COMPANY LTD., Bangkok, Thailand; c/o RUNGRIN COMPANY LTD., Bangkok, Thailand; c/o SCORE COMMERCIAL

COMPANY LTD., Bangkok, Thailand; c/o SIAM NICE COMPANY LTD., Bangkok, Thailand; DOB 18 Mar 1960; National ID No. 3570900151480 (Thailand) (individual) [SDNTK].

KRAVCHENKO, Denis Borisovich (Cyrillic: КРАВЧЕНКО, Денис Борисович), Russia; DOB 17 Apr 1976; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KRAVCHENKO, Vladimir Kasimirovich (Cyrillic: КРАВЧЕНКО, Владимир Казимирович), Russia; DOB 12 Jun 1964; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KRAVERTON CONSTRUCTION AND DEVELOPMENT LIMITED, Unit 1405B 14/F, The Belgian Bank Building, Nos. 721-725 Nathan Road, Mongkok, Kowloon, Hong Kong, China; Organization Established Date 06 Mar 2018; Registration Number 2662339 (Hong Kong) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

KRAVERTON CONSTRUCTION AND DEVELOPMENT LP (a.k.a. KRAVERTON LP), Suite 1, 4 Queen Street, Edinburgh, Scotland EH2 1JE, United Kingdom; 101 Rose Street South Lane, Edinburgh, Scotland EH2 3JG, United Kingdom; Organization Established Date 24 May 2016; UK Company Number SL026856 (United Kingdom) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

KRAVERTON LP (f.k.a. KRAVERTON CONSTRUCTION AND DEVELOPMENT LP), Suite 1, 4 Queen Street, Edinburgh, Scotland EH2 1JE, United Kingdom; 101 Rose Street South Lane, Edinburgh, Scotland EH2 3JG, United Kingdom; Organization Established Date 24 May 2016; UK Company Number SL026856 (United Kingdom) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

KRAVTSOV, Sergei Sergeevich (f.k.a. BRAUN, Sergey Sergeevich (Cyrillic: БРАУН, Сергей Сергеевич); a.k.a. KRAVTSOV, Sergej Sergeevich; a.k.a. KRAVTSOV, Sergey Sergeevich (Cyrillic: КРАВЦОВ, Сергей Сергеевич)), Karetny Ryad Street, House 2, Moscow, Russia; DOB 17 Mar 1974; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 772803716511 (Russia) (individual) [RUSSIA-EO14024].

KRAVTSOV, Sergej Sergeevich (f.k.a. BRAUN, Sergey Sergeevich (Cyrillic: БРАУН, Сергей

Сергеевич); a.k.a. KRAVTSOV, Sergei Sergeevich; a.k.a. KRAVTSOV, Sergey Sergeevich (Cyrillic: КРАВЦОВ, Сергей Сергеевич)), Karetny Ryad Street, House 2, Moscow, Russia; DOB 17 Mar 1974; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 772803716511 (Russia) (individual) [RUSSIA-EO14024].

KRAVTSOV, Sergey Sergeevich (Cyrillic: КРАВЦОВ, Сергей Сергеевич) (f.k.a. BRAUN, Sergey Sergeevich (Cyrillic: БРАУН, Сергей Сергеевич); a.k.a. KRAVTSOV, Sergei Sergeevich; a.k.a. KRAVTSOV, Sergej Sergeevich), Karetny Ryad Street, House 2, Moscow, Russia; DOB 17 Mar 1974; POB Moscow, Russia; nationality Russia; Gender Male; Tax ID No. 772803716511 (Russia) (individual) [RUSSIA-EO14024].

KRECHETOV, Andrei Alexandrovich; DOB 22 Sep 1981 (individual) [MAGNIT].

KREKAR, Mullah (a.k.a. AHMAD, Najmuddin Faraj; a.k.a. FARRAJ, Fateh Najm Eddine; a.k.a. NAJMUDDIN, Faraj Ahmad), Heimdalsgate 36-V, 0578 Oslo, Norway; DOB 07 Jul 1956; alt. DOB 17 Jun 1963; POB Olaqloo Sharbajer Village, al-Sulaymaniyah Governorate, Iraq; citizen Iraq (individual) [SDGT].

KREMLEVA, Irina Vladimirovna (Cyrillic: КРЕМЛЕВА, Ирина Владимировна), Russia; DOB 25 Apr 1968; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

KREMNY GROUP (a.k.a. AO GRUPPA KREMNY EL; a.k.a. CJSC KREMNY AI GROUP; a.k.a. JSC GRUPPA KREMNY EL; a.k.a. PUBLIC JOINT STOCK COMPANY KREMNY), Krasnoarmeyskaya 103, Bryansk 241037, Russia; Organization Established Date 26 Feb 1993; Tax ID No. 3234000876 (Russia); Registration Number 1023202739218 (Russia) [RUSSIA-EO14024].

KREMSONT ALLIANCE CORP. (a.k.a. KREMSONT COMMERCIAL INC.), Corner of Eyre Street and Hutson Street, Blake Building, No. 302, Belize City, Belize [SYRIA] (Linked To: KHURI, Mudalal).

KREMSONT COMMERCIAL INC. (a.k.a. KREMSONT ALLIANCE CORP.), Corner of Eyre Street and Hutson Street, Blake Building, No. 302, Belize City, Belize [SYRIA] (Linked To: KHURI, Mudalal).

KRESS, Viktor (a.k.a. KRESS, Viktor Melkhiorovich (Cyrillic: КРЕСС, Виктор

Мельхиорович)), Russia; DOB 16 Nov 1948; POB Kostroma Oblast, Russia; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KRESS, Viktor Melkhiorovich (Cyrillic: КРЕСС, Виктор Мельхиорович) (a.k.a. KRESS, Viktor), Russia; DOB 16 Nov 1948; POB Kostroma Oblast, Russia; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KRIANGKRAI, Tuangwitthayakun (a.k.a. SAO KUAY, Sae Tung; a.k.a. TUAN, Ming Cheng; a.k.a. TUAN, Shao Kuei; a.k.a. "MI CHUNG"; a.k.a. "MING CHUNG"; a.k.a. "TA KUEI"; a.k.a. "TUAN SHAO KUEI"), Mong Kyawt, Shan, Burma; DOB 05 Nov 1950; National ID No. 5500900040846 (Thailand) (individual) [SDNTK].

KRILLO, Pavlo Valeriyovich (Cyrillic: КРИЛЛО, Павло Валерійович) (a.k.a. KRYLLO, Pavel; a.k.a. KRYLLO, Pavel Velerevich (Cyrillic: КРЫЛЛО, Павел Валерьевич)), Sevastopol, Ukraine; DOB 01 Dec 1981; POB Omsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

KRINITSYN, Oleg Anatolyevich (Cyrillic: КРИНИЦЫН, Олег Анатольевич), Russia; DOB 12 May 1971; nationality Russia; Gender Male; Tax ID No. 342304942480 (Russia) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY RSB-GROUP).

KRIOGENMASH OAO (a.k.a. CRYOGENMASH; a.k.a. CRYOGENMASH JOINT STOCK COMPANY; f.k.a. OPEN JOINT STOCK COMPANY CRYOGENMASH; a.k.a. OPEN JOINT-STOCK COMPANY KRIOGENNOGO MASHINOSTROYENIA; a.k.a. PUBLICHNOE AKTSIONERNOE OBSCHESTVO KRIOGENNOGO MASHINOSTROENIYA), 67, Lenin Avenue, Balashikha, Moscow Region 143907, Russia; 36 Lenina Prospekt, Balashikha G. 143907, Russia; Website www.cryogenmash.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 03 Oct 1945; Registration ID 1025000513878 (Russia); Tax ID No.

5001000066 (Russia); Government Gazette Number 05747985 (Russia); For more information on directives, please visit the following link: https://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: GAZPROMBANK JOINT STOCK COMPANY).

KRIPTO PRO OOO (a.k.a. LIMITED LIABILITY COMPANY CRYPTO PRO), Ul. Sushchevskii Val 18, Moscow 127018, Russia; Proezd Izmailovskii D. 10, K. 2, Pomeshch. 4/1, Moscow 105037, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7717107991 (Russia); Registration Number 1037700085444 (Russia) [RUSSIA-EO14024].

KRISTIANO GR 53 JSC AD, 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2017; Government Gazette Number 204642716 (Bulgaria) [GLOMAG] (Linked To: BOJKOV, Vassil Kroumov).

KRIVONOSOV, Sergey Vladimirovich (Cyrillic: КРИВОНОСОВ, Сергей Владимирович), Russia; DOB 29 May 1971; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KRIVORUCHKO, Aleksei Yurievich (Cyrillic: КРИВОРУЧКО, Алексей Юрьевич) (a.k.a. KRIVORUCHKO, Aleksey; a.k.a. KRIVORUCHKO, Alexei), Russia; DOB 17 Jul 1975; POB Stavropol, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KRIVORUCHKO, Aleksey (a.k.a. KRIVORUCHKO, Alex; a.k.a. KRIVORUCHKO, Alexei); DOB 25 Aug 1977; POB Moscow Region, Russia (individual) [MAGNIT].

KRIVORUCHKO, Aleksey (a.k.a. KRIVORUCHKO, Aleksei Yurievich (Cyrillic: КРИВОРУЧКО, Алексей Юрьевич); a.k.a. KRIVORUCHKO, Alexei), Russia; DOB 17 Jul 1975; POB Stavropol, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions

Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KRIVORUCHKO, Alex (a.k.a. KRIVORUCHKO, Aleksey; a.k.a. KRIVORUCHKO, Alexei); DOB 25 Aug 1977; POB Moscow Region, Russia (individual) [MAGNIT].

KRIVORUCHKO, Alexei (a.k.a. KRIVORUCHKO, Aleksey; a.k.a. KRIVORUCHKO, Alex); DOB 25 Aug 1977; POB Moscow Region, Russia (individual) [MAGNIT].

KRIVORUCHKO, Alexei (a.k.a. KRIVORUCHKO, Aleksei Yurievich (Cyrillic: КРИВОРУЧКО, Алексей Юрьевич); a.k.a. KRIVORUCHKO, Aleksey), Russia; DOB 17 Jul 1975; POB Stavropol, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [RUSSIA-EO14024].

KRIVORUCHKO, Ekaterina Vladimirovna (a.k.a. TOROPOVA, Ekaterina Vladimirovna; a.k.a. TOROPOVA, Yekaterina), Russia; DOB 26 Mar 1986; POB Moscow, Russia; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: KRIVORUCHKO, Aleksei Yurievich).

KRNOJELAC, Milorad; DOB 25 Jul 1940; POB Birotici, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

KRNPC (a.k.a. KAROON PETROCHEMICAL; a.k.a. KAROON PETROCHEMICAL CO; a.k.a. KAROUN PETROCHEMICAL COMPANY), No 17, Shahid Khalilzadeh Ally, Vanak Square, Valiasr Street, Tehran 1965754351, Iran; Block 6, Petrochemical Zone Site 2, Special Economic Zone, Imam Khomeini Port, Mahshahr, Tehran 1965754351, Iran; Site 2, Central Office Address, Special Industrial Zone, Mahshahr, Khuzestan, Iran; Site 2, Karoon Petrochemical Complex, 6358159385, Iran; P.O. Box 1969754351, Tehran, Iran; Website www.krnpc.com; Additional Sanctions Information - Subject to Secondary Sanctions; Registration Number 9645 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

KRONSTADT MARINE PLANT (a.k.a. FEDERAL STATE UNITARY ENTERPRISE KRONSHTADTSKYY MORSKOY FACTORY MINOBORONY ROSSII; a.k.a. FEDERAL STATE UNITARY ENTERPRISE KRONSTADT MARINE PLANT OF THE MINISTRY OF DEFENSE OF THE RUSSIAN FEDERATION; a.k.a. JOINT STOCK COMPANY KRONSTADT

MARINE PLANT), Kronstadt, St. Petrovskaya, 2, Kronstadt District, St. Petersburg 197762, Russia; Website kmolz.ru; Organization Established Date 25 Apr 1997; Tax ID No. 7818001991 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

KRSTIC, Radislav; DOB 15 Feb 1948; POB Nedjeljiste, Vlasenica, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

KRUCHINA, Anastasia Vladimirovna (a.k.a. POTANINA, Anastasia Vladimirovna (Cyrillic: ПОТАНИНА, Анастасия Владимировна); a.k.a. POTANINA, Anastasiya Vladimirovna), 3-7, Skatertny Pereulok, Moscow 121069, Russia; DOB 30 Apr 1984; nationality Russia; Gender Female; Passport 530370637 (Russia); National ID No. 4507487205 (Russia); Tax ID No. 770302055000 (Russia) (individual) [RUSSIA-EO14024] (Linked To: POTANIN, Vladimir Olegovich).

KRUGLY, Vladimir Igorevich (Cyrillic: КРУГЛЫЙ, Владимир Игоревич), Russia; DOB 27 May 1955; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KRUGOVOV, Anton Alekseevich (Cyrillic: КРУГОВОВ, Антон Алексеевич) (a.k.a. KRUGOVOV, Anton Alekseyevich), Russia; DOB 08 Aug 1981; POB Kurchatov, Russia; nationality Russia; citizen Russia; Gender Male; Passport 718255951 (Russia); National ID No. 2006744304 (Russia) (individual) [RUSSIA-EO14024] (Linked To: MAJORY LLP; Linked To: OOO SERNIYA INZHINIRING).

KRUGOVOV, Anton Alekseyevich (a.k.a. KRUGOVOV, Anton Alekseevich (Cyrillic: КРУГОВОВ, Антон Алексеевич), Russia; DOB 08 Aug 1981; POB Kurchatov, Russia; nationality Russia; citizen Russia; Gender Male; Passport 718255951 (Russia); National ID No. 2006744304 (Russia) (individual) [RUSSIA-EO14024] (Linked To: MAJORY LLP; Linked To: OOO SERNIYA INZHINIRING).

KRUNIC, Savko (a.k.a. KRUNIC, Savo), Sokolac, Bosnia and Herzegovina; DOB 27 Jan 1958; POB Sokolac, Bosnia-Herzegovina; Passport 3667905 (Bosnia and Herzegovina); Director, Srpska Sume Forestry Company, Sokolac, Bosnia-Herzegovina (individual) [BALKANS].

KRUNIC, Savo (a.k.a. KRUNIC, Savko), Sokolac, Bosnia and Herzegovina; DOB 27 Jan 1958; POB Sokolac, Bosnia-Herzegovina; Passport 3667905 (Bosnia and Herzegovina); Director,

Srpska Sume Forestry Company, Sokolac, Bosnia-Herzegovina (individual) [BALKANS].

KRYEZIU, Izmet; DOB 03 Oct 1954; POB Pagarusha-Malishev, Serbia and Montenegro (individual) [BALKANS].

KRYLLO, Pavel (a.k.a. KRILLO, Pavlo Valeriyovich (Cyrillic: КРІЛЛО, Павло Валерійович); a.k.a. KRYLLO, Pavel Velerevich (Cyrillic: КРЫЛЛО, Павел Валерьевич), Sevastopol, Ukraine; DOB 01 Dec 1981; POB Omsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

KRYLLO, Pavel Velerevich (Cyrillic: КРЫЛЛО, Павел Валерьевич) (a.k.a. KRILLO, Pavlo Valeriyovich (Cyrillic: КРІЛЛО, Павло Валерійович); a.k.a. KRYLLO, Pavel), Sevastopol, Ukraine; DOB 01 Dec 1981; POB Omsk, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13685].

KRYLOV STATE CENTER (a.k.a. FEDERAL STATE UNITARY ENTERPRISE KRYLOVSKY STATE RESEARCH CENTER; a.k.a. KRYLOV STATE RESEARCH CENTER (Cyrillic: КРЫЛОВСКИЙ ГОСУДАРСТВЕННЫЙ НАУЧНЫЙ ЦЕНТР); a.k.a. KRYLOV STATE SCIENTIFIC CENTER FEDERAL STATE UNITARY ENTERPRISE), 44, Moskovskoe shosse, St. Petersburg 196158, Russia; Slavyanskaya pl., d. 2/5/4, str. 3, Moscow 109240, Russia; Organization Established Date 06 Sep 2001; Tax ID No. 7810213747 (Russia); Registration Number 1027804905303 (Russia) [RUSSIA-EO14024].

KRYLOV STATE RESEARCH CENTER (Cyrillic: КРЫЛОВСКИЙ ГОСУДАРСТВЕННЫЙ НАУЧНЫЙ ЦЕНТР) (a.k.a. FEDERAL STATE UNITARY ENTERPRISE KRYLOVSKY STATE RESEARCH CENTER; a.k.a. KRYLOV STATE CENTER; a.k.a. KRYLOV STATE SCIENTIFIC CENTER FEDERAL STATE UNITARY ENTERPRISE), 44, Moskovskoe shosse, St. Petersburg 196158, Russia; Slavyanskaya pl., d. 2/5/4, str. 3, Moscow 109240, Russia; Organization Established Date 06 Sep 2001; Tax ID No. 7810213747 (Russia); Registration Number 1027804905303 (Russia) [RUSSIA-EO14024].

KRYLOV STATE SCIENTIFIC CENTER FEDERAL STATE UNITARY ENTERPRISE

(a.k.a. FEDERAL STATE UNITARY ENTERPRISE KRYLOVSKY STATE RESEARCH CENTER; a.k.a. KRYLOV STATE CENTER; a.k.a. KRYLOV STATE RESEARCH CENTER (Cyrillic: КРЫЛОВСКИЙ ГОСУДАРСТВЕННЫЙ НАУЧНЫЙ ЦЕНТР)), 44, Moskovskoe shosse, St. Petersburg 196158, Russia; Slavyanskaya pl., d. 2/5/4, str. 3, Moscow 109240, Russia; Organization Established Date 06 Sep 2001; Tax ID No. 7810213747 (Russia); Registration Number 1027804905303 (Russia) [RUSSIA-EO14024].

KRYLOV, Vladimir, Russia; DOB 11 Jan 1995; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

KRYLOVA, Aleksandra Yuryevna, Russia; DOB 01 Jul 1986; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

KRYM SMT OOO LLC (a.k.a. LLC CMT CRIMEA; a.k.a. OOO 'CMT-K'; a.k.a. OOO 'SMT-K'; a.k.a. SMT-CRIMEA; a.k.a. SMT-K; a.k.a. SOVMORTRANS-CRIMEA), ul. Zoi Zhiltsovoy, d. 15, office 51, Simferopol, Crimea, Ukraine; Vokzalnoye Highway 140, Kerch, Russia; Email Address info@smt-k.ru; alt. Email Address info@parom-k.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

KRYMPATRIOTTSENTR (a.k.a. GOSUDARSTVENNOE BYUDZHETNOE OBRAZOVATELNOE UCHREZHDENIE DOPOLNITELNOGO OBRAZOVANIYA RESPUBLIKI KRYM REGIONALNY TSENTR PO PODGOTOVKE K VOENNOI SLUZHBE I VOENNO-PATRIOTICHESKOMU VOSPITANIYU (Cyrillic: РЕГИОНАЛЬНЫЙ ЦЕНТР ПО ПОДГОТОВКЕ К ВОЕННОЙ СЛУЖБЕ И ВОЕННО-ПАТРИОТИЧЕСКОМУ ВОСПИТАНИЮ.); a.k.a. REGIONAL CENTER FOR PREPARATION FOR MILITARY SERVICE AND MILITARY PATRIOTIC EDUCATION.; a.k.a. STATE BUDGETARY EDUCATIONAL INSTITUTION OF ADDITIONAL EDUCATION OF THE REPUBLIC OF CRIMEA CRIMEA PATRIOT CENTER (Cyrillic: ГОСУДАРСТВЕННОЕ БЮДЖЕТНОЕ ОБРАЗОВАТЕЛЬНОЕ УЧРЕЖДЕНИЕ ДОПОЛНИТЕЛЬНОГО ОБРАЗОВАНИЯ РЕСПУБЛИКИ КРЫМ КРЫМПАТРИОТЦЕНТР)), 60 Let Oktyabrya

Street, Building 13/64, Simferopol, Crimea 295044, Ukraine; Organization Established Date 15 Jun 2015; Tax ID No. 9102187450 (Russia); Registration Number 1159102101180 (Russia) [RUSSIA-EO14024].

KRYMSKE RESPUBLIKANSKE PIDPRYEMSTVO AZOVSKY LIKEROGORILCHANY ZAVOD (a.k.a. AZOVSKY LIKEROGORILCHANY ZAVOD, KRYMSKE RESPUBLIKANSKE PIDPRYEMSTVO; a.k.a. AZOVSKY LIKEROVO-DOCHNY ZAVOD; a.k.a. CRIMEAN ENTERPRISE AZOV DISTILLERY PLANT; a.k.a. CRIMEAN REPUBLICAN ENTERPRISE AZOV DISTILLERY; a.k.a. CRIMEAN REPUBLICAN ENTERPRISE AZOVSKY LIKEROVODOCHNY ZAVOD), Bud. 40 vul. Zaliznychna, Smt Azovske, Dzhankoisky R-N, Crimea 96178, Ukraine; 40 Railway St., Azov, Dzhankoy District 96178, Ukraine; 40 Zeleznodorozhnaya str., Azov, Jankoysky District 96178, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 01271681 (Ukraine) [UKRAINE-EO13685].

KRYMTEPLOELEKTROTSENTRAL, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO KRYMTEPLOELEKTROTSENTRAL; a.k.a. AO, KRIMTETS; a.k.a. KRYMTETS, AO), 1, ul. Montazhnaya Pgt. Gresovski, Simferopol, Crimea 295493, Ukraine; Website www.krimtec.com; Email Address e.hmelnitskiy@krimtec.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102070194 (Russia); Government Gazette Number 00828288 (Russia); Registration Number 1159102014169 (Russia) [UKRAINE-EO13685].

KRYMTETS, AO (a.k.a. AKTSIONERNOE OBSHCHESTVO KRYMTEPLOELEKTROTSENTRAL; a.k.a. AO, KRIMTETS; f.k.a. KRYMTEPLOELEKTROTSENTRAL, AO), 1, ul. Montazhnaya Pgt. Gresovski, Simferopol, Crimea 295493, Ukraine; Website www.krimtec.com; Email Address e.hmelnitskiy@krimtec.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102070194 (Russia); Government Gazette Number 00828288 (Russia); Registration Number 1159102014169 (Russia) [UKRAINE-EO13685].

KRYMZHD (a.k.a. CRIMEAN RAILWAY; a.k.a. FEDERAL STATE UNITARY ENTERPRISE 'CRIMEAN RAILWAY'; a.k.a. THE RAILWAYS OF CRIMEA), 34 Pavlenko Street, Simferopol, Republic of Crimea 95006, Ukraine; Website http://www.crimearw.ru; Email Address ngkkjd@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1159102022738; V.A.T. Number 9102157783 [UKRAINE-EO13685].

KRYPTONIT NPC (a.k.a. JSC SCIENTIFIC AND PRODUCTION COMPANY KRYPTONIT (Cyrillic: КРИПТОНИТ); a.k.a. KRYPTONITE NPK; a.k.a. NPK KRYPTONIT), 14 Spartakovskaya square, building 2, floor 3, room 4, Moscow 105082, Russia; Tax ID No. 9701115253 (Russia); Business Registration Number 1187746695784 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HOLDING INTELLIGENT COMPUTER SYSTEMS).

KRYPTONITE NPK (a.k.a. JSC SCIENTIFIC AND PRODUCTION COMPANY KRYPTONIT (Cyrillic: КРИПТОНИТ); a.k.a. KRYPTONIT NPC; a.k.a. NPK KRYPTONIT), 14 Spartakovskaya square, building 2, floor 3, room 4, Moscow 105082, Russia; Tax ID No. 9701115253 (Russia); Business Registration Number 1187746695784 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HOLDING INTELLIGENT COMPUTER SYSTEMS).

KSK GROUP (a.k.a. "OOO KSK"), Ul. Zemlyanoi Val D. 68/18, Str. 3, Moscow 109004, Russia; Tax ID No. 7725685410 (Russia); Registration Number 1107746010052 (Russia) [RUSSIA-EO14024].

KT SERVICES & LOGISTICS CO., LTD (a.k.a. KT SERVICES & LOGISTICS KTSL COMPANY LIMITED; a.k.a. KT SERVICES AND LOGISTICS CO., LTD; a.k.a. KT SERVICES AND LOGISTICS COMPANY LIMITED; a.k.a. KT SERVICES AND LOGISTICS KTSL COMPANY LIMITED), Pyay Road, A4/A5 Kamayut Township, Rangoon 11201, Burma; Registration Country Burma; Organization Established Date 18 Feb 2014; Registration Number 108301848 (Burma) [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

KT SERVICES & LOGISTICS KTSL COMPANY LIMITED (a.k.a. KT SERVICES & LOGISTICS CO., LTD; a.k.a. KT SERVICES AND LOGISTICS CO., LTD; a.k.a. KT SERVICES

AND LOGISTICS COMPANY LIMITED; a.k.a. KT SERVICES AND LOGISTICS KTSL COMPANY LIMITED), Pyay Road, A4/A5 Kamayut Township, Rangoon 11201, Burma; Registration Country Burma; Organization Established Date 18 Feb 2014; Registration Number 108301848 (Burma) [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

KT SERVICES AND LOGISTICS CO., LTD (a.k.a. KT SERVICES & LOGISTICS CO., LTD; a.k.a. KT SERVICES & LOGISTICS KTSL COMPANY LIMITED; a.k.a. KT SERVICES AND LOGISTICS COMPANY LIMITED; a.k.a. KT SERVICES AND LOGISTICS KTSL COMPANY LIMITED), Pyay Road, A4/A5 Kamayut Township, Rangoon 11201, Burma; Registration Country Burma; Organization Established Date 18 Feb 2014; Registration Number 108301848 (Burma) [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

KT SERVICES AND LOGISTICS COMPANY LIMITED (a.k.a. KT SERVICES & LOGISTICS CO., LTD; a.k.a. KT SERVICES & LOGISTICS KTSL COMPANY LIMITED; a.k.a. KT SERVICES AND LOGISTICS CO., LTD; a.k.a. KT SERVICES AND LOGISTICS KTSL COMPANY LIMITED), Pyay Road, A4/A5 Kamayut Township, Rangoon 11201, Burma; Registration Country Burma; Organization Established Date 18 Feb 2014; Registration Number 108301848 (Burma) [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

KT SERVICES AND LOGISTICS KTSL COMPANY LIMITED (a.k.a. KT SERVICES & LOGISTICS CO., LTD; a.k.a. KT SERVICES & LOGISTICS KTSL COMPANY LIMITED; a.k.a. KT SERVICES AND LOGISTICS CO., LTD; a.k.a. KT SERVICES AND LOGISTICS COMPANY LIMITED), Pyay Road, A4/A5 Kamayut Township, Rangoon 11201, Burma; Registration Country Burma; Organization Established Date 18 Feb 2014; Registration Number 108301848 (Burma) [BURMA-EO14014] (Linked To: MYANMA ECONOMIC HOLDINGS PUBLIC COMPANY LIMITED).

KTB SUDOKOMPOZIT, GUP (a.k.a. GOSUDARSTVENNOE UNITARNOE PREDPRIYATIE RESPUBLIKI KRIM KONSTRUKTORSKO-TECHNOLOGICHESKOE BYURO SUDOKOMPOZIT (Cyrillic: ГОСУДАРСТВЕННОЕ УНИТАРНОЕ

ПРЕДПРИЯТИЕ РЕСПУБЛИКИ КРЫМ КОНСТРУКТОРСКО ТЕХНОЛОГИЧЕСКОЕ БЮРО СУДОКОМПОЗИТ); a.k.a. GUP RK KTB SUDOKOMPOZIT (Cyrillic: ГУП РК КТБ СУДОКОМПОЗИТ); a.k.a. STATE UNITARY ENTERPRISE IN THE REPUBLIC OF CRIMEA DESIGN-TECHNOLOGY BUREAU SUDOKOMPOZIT; a.k.a. SUDOKOMPOZIT DESIGN AND TECHNOLOGICAL BUREAU), House 14, Kuibysheva Street, Feodosia, Crimea 298100, Ukraine; Website http://sudocompozit.ru/; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9108007745 (Russia); Government Gazette Number 00745510 (Russia); Registration Number 1149102094680 (Russia) [UKRAINE-EO13685].

KTH GROUP SPOL SRO, Teslova 18211/15, Bratislava 82102, Slovakia; Organization Established Date 22 Jun 1995; Tax ID No. 2020940834 (Slovakia); Registration Number 31396879 (Slovakia) [RUSSIA-EO14024] (Linked To: KAZIKAEV, Valery Dzhekovich).

KU, Cha-hyo'ng (a.k.a. KU, Ja Hyong), Libya; DOB 08 Sep 1957; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Foreign Trade Bank of the Democratic People's Republic of Korea chief representative in Libya (individual) [DPRK2].

KU, Ja Hyong (a.k.a. KU, Cha-hyo'ng), Libya; DOB 08 Sep 1957; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Foreign Trade Bank of the Democratic People's Republic of Korea chief representative in Libya (individual) [DPRK2].

KU, Seung Sub (a.k.a. KU, Sung Sop; a.k.a. KU, Su'ng-so'p; a.k.a. KU, Young Hyok), Shenyang, China; DOB 07 Nov 1959; POB Pyongan-bukdo, North Korea; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 321233 (Korea,

North); Consul General, Shenyang, China (individual) [DPRK2].

KU, Sung Sop (a.k.a. KU, Seung Sub; a.k.a. KU, Su'ng-so'p; a.k.a. KU, Young Hyok), Shenyang, China; DOB 07 Nov 1959; POB Pyongan-bukdo, North Korea; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 321233 (Korea, North); Consul General, Shenyang, China (individual) [DPRK2].

KU, Su'ng-so'p (a.k.a. KU, Seung Sub; a.k.a. KU, Sung Sop; a.k.a. KU, Young Hyok), Shenyang, China; DOB 07 Nov 1959; POB Pyongan-bukdo, North Korea; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 321233 (Korea, North); Consul General, Shenyang, China (individual) [DPRK2].

KU, Young Hyok (a.k.a. KU, Seung Sub; a.k.a. KU, Sung Sop; a.k.a. KU, Su'ng-so'p), Shenyang, China; DOB 07 Nov 1959; POB Pyongan-bukdo, North Korea; nationality Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 321233 (Korea, North); Consul General, Shenyang, China (individual) [DPRK2].

KUAC, Gregory Deng (a.k.a. ADUOL, Gregory Deng Kuac; a.k.a. DIMITRY, Gregory Vasili; a.k.a. KUACH, Gregory Deng; a.k.a. YALOURIS, Gregory Vasilis Dimitry), Juba, South Sudan; DOB 01 Jan 1961; POB Ajogo, South Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

KUACH, Gregory Deng (a.k.a. ADUOL, Gregory Deng Kuac; a.k.a. DIMITRY, Gregory Vasili; a.k.a. KUAC, Gregory Deng; a.k.a. YALOURIS, Gregory Vasilis Dimitry), Juba, South Sudan; DOB 01 Jan 1961; POB Ajogo, South Sudan; nationality South Sudan; Gender Male (individual) [SOUTH SUDAN].

KUAI NUENG, Sae Chang (a.k.a. SHIH, Kuo Neng; a.k.a. "AH SAN"; a.k.a. "SHI KWAN

NEINK"; a.k.a. "SHIH KUO NENG"), Tachilek, Shan, Burma; DOB 1964 (individual) [SDNTK].

KUAJIAN, Michael (a.k.a. KUAJIEN DUER MAYOK, Michael; a.k.a. KUAJIEN, Michael), Nairobi, Kenya; DOB 01 Jan 1979; nationality South Sudan; Gender Male (individual) [GLOMAG].

KUAJIEN DUER MAYOK, Michael (a.k.a. KUAJIAN, Michael; a.k.a. KUAJIEN, Michael), Nairobi, Kenya; DOB 01 Jan 1979; nationality South Sudan; Gender Male (individual) [GLOMAG].

KUAJIEN, Michael (a.k.a. KUAJIAN, Michael; a.k.a. KUAJIEN DUER MAYOK, Michael), Nairobi, Kenya; DOB 01 Jan 1979; nationality South Sudan; Gender Male (individual) [GLOMAG].

KUARZO DISCOTECA (a.k.a. INVERSIONES TALADRO LTDA.), Calle 1 K. 48 Anillo Vial, Villavicencio, Colombia; NIT # 900063810-4 (Colombia) [SDNTK].

KUBAN AGRO (a.k.a. AGROHOLDING KUBAN; a.k.a. KUBAN AGROHOLDING), 77 Mira St., Ust-Labinsk, Krasnodar Territory 352330, Russia; 1 Montazhnaya St., Ust-Labinsk, Krasnodar Territory, Russia; 116 Mira St., Ust-Labinsk, Krasnodar Territory, Russia; 1 G. Konshinykh St., Krasnodar Territory, Russia; 2 Rabochaya St., Ust-Labinsk, Krasnodar Territory, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] [UKRAINE-EO13662] (Linked To: DERIPASKA, Oleg Vladimirovich; Linked To: BASIC ELEMENT LIMITED).

KUBAN AGROHOLDING (a.k.a. AGROHOLDING KUBAN; a.k.a. KUBAN AGRO), 77 Mira St., Ust-Labinsk, Krasnodar Territory 352330, Russia; 1 Montazhnaya St., Ust-Labinsk, Krasnodar Territory, Russia; 116 Mira St., Ust-Labinsk, Krasnodar Territory, Russia; 1 G. Konshinykh St., Krasnodar Territory, Russia; 2 Rabochaya St., Ust-Labinsk, Krasnodar Territory, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] [UKRAINE-EO13662] (Linked To: DERIPASKA, Oleg Vladimirovich; Linked To: BASIC ELEMENT LIMITED).

KUBAYSY, Abd Al Munhim (a.k.a. AL-QUBAYSI, Abd-al-Munim; a.k.a. KOBEISSI, Abd Al Menhem; a.k.a. KOBEISSI, Abdel Menhem; a.k.a. KOBEISSI, Abdul Menhem; a.k.a. KOBEISSY, Abdul Menhem; a.k.a. QUBAYSI,

Abd Al Menhem); DOB 01 Jan 1964; alt. DOB 1961; POB Beirut, Lebanon; nationality Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Passport RL 1622378 (Lebanon) (individual) [SDGT].

KUBILAY, Sari (a.k.a. SARI, Kubilav; a.k.a. SARI, Kubilay), Istanbul, Turkey; DOB 27 May 1991; POB Seyhan, Turkey; nationality Turkey; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport A08J00530 (Turkey); National ID No. 21691072558 (Turkey) (individual) [SDGT] (Linked To: KATIBAT AL TAWHID WAL JIHAD).

KUBRAKOU, Ivan Uladzimiravich (Cyrillic: КУБРАКОЎ, Іван Уладзіміравіч) (a.k.a. KUBRAKOV, Ivan (Cyrillic: КУБРАКОВ, Иван); a.k.a. KUBRAKOV, Ivan Vladimirovich (Cyrillic: КУБРАКОВ, Иван Владимирович)), Minsk, Belarus; DOB 05 May 1975; POB Malinawka, Mahilyou Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KUBRAKOV, Ivan (Cyrillic: КУБРАКОВ, Иван) (a.k.a. KUBRAKOU, Ivan Uladzimiravich (Cyrillic: КУБРАКОЎ, Іван Уладзіміравіч); a.k.a. KUBRAKOV, Ivan Vladimirovich (Cyrillic: КУБРАКОВ, Иван Владимирович)), Minsk, Belarus; DOB 05 May 1975; POB Malinawka, Mahilyou Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KUBRAKOV, Ivan Vladimirovich (Cyrillic: КУБРАКОВ, Иван Владимирович) (a.k.a. KUBRAKOU, Ivan Uladzimiravich (Cyrillic: КУБРАКОЎ, Іван Уладзіміравіч); a.k.a. KUBRAKOV, Ivan (Cyrillic: КУБРАКОВ, Иван)), Minsk, Belarus; DOB 05 May 1975; POB Malinawka, Mahilyou Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

KUBURA, Amir; DOB 04 Mar 1964; POB Kakanj, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

KUCHI, Ahmed Jan (a.k.a. WAZIR, Ahmed Jan; a.k.a. ZADRAN, Ahmed Jan); DOB 1963; POB Barlah Village, Qareh Bagh District, Ghazni Province, Afghanistan (individual) [SDGT].

KUCHKZA'I, Ebrahim Mohammad (a.k.a. KOOCHAK ZAIE, Ebrahim; a.k.a. KOUCHAKZAEI, Ebrahim (Arabic: ابراهیم کوچکزاى); a.k.a. KOUCHEKZAEI, Ebrahim), Iran; DOB 1963 to 1964; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; LEF

Colonel (individual) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

KUCHMENT, Mikhail Lvovich (Cyrillic: КУЧМЕНТ, Михаил Львович), Demiana Bednogo Street, 23, block 1, flat 40, Moscow, Russia; DOB 28 Aug 1973; nationality Russia; Gender Male; Passport 756767859 (Russia) (individual) [RUSSIA-EO14024] (Linked To: SOVCOMBANK OPEN JOINT STOCK COMPANY).

KUCHUMOVA, Nadezhda Leonidovna (a.k.a. KUCHUMOVA, Nadia), St. Petersburg, Russia; DOB 28 Nov 1980; POB St. Petersburg, Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 753982883 (Russia); National ID No. 4003756042 (individual) [CYBER2] (Linked To: NPP PT OKEANOS, AO).

KUCHUMOVA, Nadia (a.k.a. KUCHUMOVA, Nadezhda Leonidovna), St. Petersburg, Russia; DOB 28 Nov 1980; POB St. Petersburg, Russia; nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 753982883 (Russia); National ID No. 4003756042 (individual) [CYBER2] (Linked To: NPP PT OKEANOS, AO).

KUDDAM E ISLAMI (a.k.a. ARMY OF MOHAMMED; a.k.a. JAISH-E-MOHAMMED; a.k.a. JAISH-I-MOHAMMED; a.k.a. KHUDAMUL ISLAM; a.k.a. KHUDDAM-UL-ISLAM; a.k.a. MOHAMMED'S ARMY; a.k.a. TEHRIK UL-FURQAAN), Pakistan [FTO] [SDGT].

KUDOKAI (a.k.a. FIFTH KUDO-KAI; a.k.a. GODAIME KUDO-KAI; a.k.a. KUDO-KAI), 1-1-12 Kantake Kokurakita-ku, Kitakyushu City, Fukuoka, Japan [TCO].

KUDO-KAI (a.k.a. FIFTH KUDO-KAI; a.k.a. GODAIME KUDO-KAI; a.k.a. KUDOKAI), 1-1-12 Kantake Kokurakita-ku, Kitakyushu City, Fukuoka, Japan [TCO].

KUDRIAVTSEV, Gennadii Ivanovich (a.k.a. KUDRYAVTSEV, Gennady Ivanovich), Russia; DOB 20 Aug 1947; POB Dalian, China; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.;

Tax ID No. 183303235868 (Russia) (individual) [RUSSIA-EO14024].

KUDRIN, Aleksey Leonidovich (Cyrillic: КУДРИН, Алексей Леонидович), Moscow, Russia; DOB 12 Oct 1960; POB Dobele, Latvia; nationality Russia; Gender Male; Tax ID No. 773600493205 (Russia) (individual) [RUSSIA-EO14024].

KUDRYAKOV, Dmitry; DOB 11 Dec 1964; POB Irkutsk, Russia; nationality Russia; Gender Male; Passport 531079231 (Russia) expires 24 Mar 2026; NIT # 79478034 (Guatemala); C.U.I. 3749997750101 (Guatemala) (individual) [GLOMAG].

KUDRYASHOVA, Olga (a.k.a. BEGLOVA, Olga Aleksandrovna (Cyrillic: БЕГЛОВА, Ольга Александровна); a.k.a. BEGLOVA, Olga Alexandrova), Russia; DOB 11 May 1985; nationality Russia; Gender Female (individual) [RUSSIA-EO14024] (Linked To: BEGLOV, Aleksandr Dmitrievich).

KUDRYAVTSEV, Gennady Ivanovich (a.k.a. KUDRIAVTSEV, Gennadii Ivanovich), Russia; DOB 20 Aug 1947; POB Dalian, China; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 183303235868 (Russia) (individual) [RUSSIA-EO14024].

KUDRYAVTSEV, Konstantin (Cyrillic: КУДРЯВЦЕВ, Константин); a.k.a. KUDRYAVTSEV, Konstantin Borisovich; a.k.a. SOKOLOV, Konstantin; a.k.a. SOKOLOV, Konstantin Yevgenievich), Russia; DOB 28 Apr 1980; alt. DOB 28 Apr 1979; nationality Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

KUDRYAVTSEV, Konstantin Borisovich (a.k.a. KUDRYAVTSEV, Konstantin (Cyrillic: КУДРЯВЦЕВ, Константин); a.k.a. SOKOLOV, Konstantin; a.k.a. SOKOLOV, Konstantin Yevgenievich), Russia; DOB 28 Apr 1980; alt. DOB 28 Apr 1979; nationality Russia; Gender Male (individual) [NPWMD] [MAGNIT] (Linked To: FEDERAL SECURITY SERVICE).

KUJUNDZIC, Predrag (a.k.a. "PREDO"); DOB 30 Jan 1961; POB Suho Polje, Doboj, Bosnia-Herzegovina (individual) [BALKANS].

KUKPANG KWAHAK-WON (a.k.a. 2ND ACADEMY OF NATURAL SCIENCES; a.k.a. ACADEMY OF NATURAL SCIENCES; a.k.a.

CHAYON KWAHAK-WON; a.k.a. CHE 2 CHAYON KWAHAK-WON; a.k.a. NATIONAL DEFENSE ACADEMY; a.k.a. SANSRI; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES; a.k.a. SECOND ACADEMY OF NATURAL SCIENCES RESEARCH INSTITUTE), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

KULEMEKOV, Vladimir (a.k.a. KULEMEKOV, Vladimir Janovich), 64-1-215 Choroshevskoye Shosse, Moscow 123007, Russia; 9 2nd Verkhny Mikhailovsky Proezd, Building 2, Moscow 115007, Russia; DOB 26 Mar 1946; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: DE GEETERE, Hans).

KULEMEKOV, Vladimir Janovich (a.k.a. KULEMEKOV, Vladimir), 64-1-215 Choroshevskoye Shosse, Moscow 123007, Russia; 9 2nd Verkhny Mikhailovsky Proezd, Building 2, Moscow 115007, Russia; DOB 26 Mar 1946; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: DE GEETERE, Hans).

KULIK, Konstantin (a.k.a. KULYK, Konstantin (Cyrillic: КУЛИК, Костянтин); a.k.a. KULYK, Konstantyn Hennadiyovych; a.k.a. KULYK, Kostiantyn; a.k.a. KULYK, Kostyantyn), Ukraine; DOB 03 Nov 1977; nationality Ukraine; Gender Male (individual) [ELECTION-EO13848].

KULIK, Vadim (a.k.a. KULIK, Vadim Valerievich (Cyrillic: КУЛИК, Вадим Валерьевич)), Russia; DOB 14 Aug 1972; POB Nalchik, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

KULIK, Vadim Valerievich (Cyrillic: КУЛИК, Вадим Валерьевич) (a.k.a. KULIK, Vadim), Russia; DOB 14 Aug 1972; POB Nalchik, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

KULIKOVSKIH, Nina Germanovna (Cyrillic: КУЛИКОВСКИХ, Нина Германовна) (a.k.a. KULIKOVSKIKH, Nina Germanovna), Russia; DOB 05 Feb 1961; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KULIKOVSKIKH, Nina Germanovna (a.k.a. KULIKOVSKIH, Nina Germanovna (Cyrillic: КУЛИКОВСКИХ, Нина Германовна)), Russia;

DOB 05 Feb 1961; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KULINICH, Larisa (Cyrillic: КУЛИНИЧ, Лариса) (a.k.a. KULINICH, Larisa Vitalievna (Cyrillic: КУЛИНИЧ, Лариса Витальевна)), Simferopol, Crimea, Ukraine; DOB 02 Mar 1976; POB Ostapovka, Mirgorod District, Poltava Oblast, Ukraine; nationality Ukraine; alt. nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KULINICH, Larisa Vitalievna (Cyrillic: КУЛИНИЧ, Лариса Витальевна) (a.k.a. KULINICH, Larisa (Cyrillic: КУЛИНИЧ, Лариса)), Simferopol, Crimea, Ukraine; DOB 02 Mar 1976; POB Ostapovka, Mirgorod District, Poltava Oblast, Ukraine; nationality Ukraine; alt. nationality Russia; Gender Female; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KULIYEVA, Adelina (a.k.a. DAL, Jackline; a.k.a. TURKMEN, Selina), Turkmenistan; United Arab Emirates; DOB 03 Dec 1990; Gender Female; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886 (individual) [SDGT] (Linked To: TRANSMART DMCC).

KULYGINA, Olga Ivanovna (Cyrillic: КУЛЫГИНА, Ольга Ивановна) (a.k.a. KULYHINA, Olha Ivanivna (Cyrillic: КУЛІГІНА, Ольга Іванівна)), Moscow, Russia; DOB 14 Sep 1972; Gender Female (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

KULYHINA, Olha Ivanivna (Cyrillic: КУЛІГІНА, Ольга Іванівна) (a.k.a. KULYGINA, Olga Ivanovna (Cyrillic: КУЛЫГИНА, Ольга Ивановна)), Moscow, Russia; DOB 14 Sep 1972; Gender Female (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

KULYK, Konstantin (Cyrillic: КУЛИК, Костянтин) (a.k.a. KULIK, Konstantin; a.k.a. KULYK, Konstantyn Hennadiyovych; a.k.a. KULYK, Kostiantyn; a.k.a. KULYK, Kostyantyn), Ukraine; DOB 03 Nov 1977; nationality Ukraine; Gender Male (individual) [ELECTION-EO13848].

KULYK, Konstantyn Hennadiyovych (a.k.a. KULIK, Konstantin; a.k.a. KULYK, Konstantin

(Cyrillic: КУЛИК, Костянтин); a.k.a. KULYK, Kostiantyn; a.k.a. KULYK, Kostyantyn), Ukraine; DOB 03 Nov 1977; nationality Ukraine; Gender Male (individual) [ELECTION-EO13848].

KULYK, Kostiantyn (a.k.a. KULIK, Konstantin; a.k.a. KULYK, Konstantin (Cyrillic: КУЛИК, Костянтин); a.k.a. KULYK, Konstantyn Hennadiyovych; a.k.a. KULYK, Kostyantyn), Ukraine; DOB 03 Nov 1977; nationality Ukraine; Gender Male (individual) [ELECTION-EO13848].

KULYK, Kostyantyn (a.k.a. KULIK, Konstantin; a.k.a. KULYK, Konstantin (Cyrillic: КУЛИК, Костянтин); a.k.a. KULYK, Konstantyn Hennadiyovych; a.k.a. KULYK, Kostiantyn), Ukraine; DOB 03 Nov 1977; nationality Ukraine; Gender Male (individual) [ELECTION-EO13848].

KUMAR, Akhilesh; DOB 15 Jun 1976; POB Patna, India; nationality India; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Seafarer's Identification Document MUM 85917 (India) expires 11 Nov 2023 (individual) [SDGT] (Linked To: MEHDI GROUP).

KUMBA, Gabriel Amisi (a.k.a. AMISI, Nkumba; a.k.a. "Tango Fort"; a.k.a. "Tango Four"); DOB 28 May 1964; nationality Congo, Democratic Republic of the; Gender Male; Major General; Commander of the First Defense Zone; Former Armed Forces of the Democratic Republic of the Congo land forces commander (individual) [DRCONGO].

KUMBYOL TRADING (a.k.a. KOREA KUMBYOL TRADING COMPANY; a.k.a. KUMBYOL TRADING COMPANY OF NORTH KOREAN WORKERS' PARTY), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

KUMBYOL TRADING COMPANY OF NORTH KOREAN WORKERS' PARTY (a.k.a. KOREA KUMBYOL TRADING COMPANY; a.k.a. KUMBYOL TRADING), Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

KUMERTAU AVIATION PRODUCTION ENTERPRISE (a.k.a. JOINT STOCK

COMPANY KUMERTAU AVIATION PRODUCTION ENTERPRISE; a.k.a. "AO KUMAPP"; a.k.a. "JSC KUMAPE"), Ul. Novozarinskaya D. 15 A, Kumertau 453300, Russia; Organization Established Date 09 Jul 1992; Tax ID No. 0262016287 (Russia); Registration Number 1080262000609 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

KUMGANG BANK, Kumgang Bank Building, Jungsong-don, Pyongyang, Korea, North; SWIFT/BIC KMBKKPPY; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; all offices worldwide [DPRK3].

KU'MHAERYONG COMPANY LTD (a.k.a. CHO'NGSONG UNITED TRADING COMPANY; a.k.a. CHONGSONG YONHAP; a.k.a. CH'O'NGSONG YO'NHAP; a.k.a. CHOSUN CHAWO'N KAEBAL T'UJA HOESA; a.k.a. GREEN PINE ASSOCIATED CORPORATION; a.k.a. JINDALLAE; a.k.a. NATURAL RESOURCES DEVELOPMENT AND INVESTMENT CORPORATION; a.k.a. SAENGP'IL COMPANY), c/o Reconnaissance General Bureau Headquarters, Hyongjesan-Guyok, Pyongyang, Korea, North; Nungrado, Pyongyang, Korea, North; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK].

KUMIN, Vadim Valentinovich (Cyrillic: КУМИН, Вадим Валентинович), Russia; DOB 01 Jan 1973; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KUMPILOV, Murat Karalbiyevich (Cyrillic: КУМПИЛОВ, Мурат Каральбиевич), Adygeya Republic, Russia; DOB 27 Feb 1973; POB Ulyap, Adygeya Republic, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 010200122926 (Russia) (individual) [RUSSIA-EO14024].

KUNARAC, Dragoljub; DOB 15 May 1960; POB Foca, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

KUNFUTH, Abbas Khalaf, House 21, Lane 17, Subdivision 603, Dragh District, Al-Mansour;

DOB 1955; POB Baghdad, Iraq (individual) [IRAQ2].

KUNLUN HOLDING COMPANY LTD., Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola VG1110, Virgin Islands, British; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii) [IRAN-EO13846].

KUNLUN SHIPPING COMPANY LIMITED (Chinese Traditional: 香港昆侖船務有限公司), 17th Floor, Siu Ying Commercial Building, 151-155 Queen's Road Central, Hong Kong; Building 5, 815 Dongdaming Lu, Hongkou Qu, Shanghai 200082, China; Website www.kunlunholding.com; Email Address admin@sinocpa.com; Executive Order 13846 information: FOREIGN EXCHANGE.  Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS.  Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec. 5(a)(v); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS. Sec. 5(a)(vii); Business Registration Number 1298446 [IRAN-EO13846].

KUNOSKA-KAMCEVA, Ratka (a.k.a. KAMCEVA, Ratka Kunoska), North Macedonia, The Republic of; DOB 16 Oct 1945; nationality North Macedonia, The Republic of; Gender Female (individual) [BALKANS-EO14033] (Linked To: KAMCEV, Jordan).

KUNTSEVICH, Alena Kanstantsinauna (Cyrillic: КУНЦЭВІЧ, Алена Канстанцінаўна) (a.k.a. KUNTSEVICH, Yelena Konstantinovna (Cyrillic: КУНЦЕВИЧ, Елена Константиновна)), Minsk Oblast, Belarus; DOB 1971; nationality Belarus; Gender Female (individual) [BELARUS-EO14038].

KUNTSEVICH, Yelena Konstantinovna (Cyrillic: КУНЦЕВИЧ, Елена Константиновна) (a.k.a. KUNTSEVICH, Alena Kanstantsinauna (Cyrillic: КУНЦЭВІЧ, Алена Канстанцінаўна)), Minsk Oblast, Belarus; DOB 1971; nationality Belarus; Gender Female (individual) [BELARUS-EO14038].

KUOK-KUI, Wan (a.k.a. KOI, Wan Kuok; a.k.a. "Broken Tooth"; a.k.a. "Brokentooth"; a.k.a. "GUOJU, Yin"; a.k.a. "KUI, Bung Nga"), Macau; DOB 29 Jul 1955; Gender Male; Passport 31135083 (Portugal) expires 27 Mar 2023 (individual) [GLOMAG].

KUOL, Santino Deng (a.k.a. WOL, Santino Deng; a.k.a. WUOL, Santino Deng); DOB 09 Nov 1962; POB Aweil, South Sudan; alt. POB Aweil, Sudan; Major General; Sudan People's Liberation Army Third Division Commander (individual) [SOUTH SUDAN].

KUPRIYANOV, Aleksey Aleksandrovich (a.k.a. KUPRIYANOV, Alexey Aleksandrovich), Russia; DOB 18 Feb 1981; POB Ryazan, Russia; nationality Russia; Gender Male; National ID No. 622905256403 (Russia) (individual) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT).

KUPRIYANOV, Alexey Aleksandrovich (a.k.a. KUPRIYANOV, Aleksey Aleksandrovich), Russia; DOB 18 Feb 1981; POB Ryazan, Russia; nationality Russia; Gender Male; National ID No. 622905256403 (Russia) (individual) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT).

KURBANOV, Nuri (a.k.a. KOURMPANOV, Nourmourad; a.k.a. KURBANOV, Nurmurad; a.k.a. KURBANOV, Nurmurat), Cyprus; DOB 17 Oct 1962; POB Turkmenistan; nationality Turkmenistan; citizen Russia; Gender Male (individual) [BELARUS-EO14038] (Linked To: OKB TSP SCIENTIFIC PRODUCTION LIMITED LIABILITY COMPANY).

KURBANOV, Nurmurad (a.k.a. KOURMPANOV, Nourmourad; a.k.a. KURBANOV, Nuri; a.k.a. KURBANOV, Nurmurat), Cyprus; DOB 17 Oct 1962; POB Turkmenistan; nationality

Turkmenistan; citizen Russia; Gender Male (individual) [BELARUS-EO14038] (Linked To: OKB TSP SCIENTIFIC PRODUCTION LIMITED LIABILITY COMPANY).

KURBANOV, Nurmurat (a.k.a. KOURMPANOV, Nourmourad; a.k.a. KURBANOV, Nuri; a.k.a. KURBANOV, Nurmurad), Cyprus; DOB 17 Oct 1962; POB Turkmenistan; nationality Turkmenistan; citizen Russia; Gender Male (individual) [BELARUS-EO14038] (Linked To: OKB TSP SCIENTIFIC PRODUCTION LIMITED LIABILITY COMPANY).

KURBANOV, Rizvan Daniyalovich (Cyrillic: КУРБАНОВ, Ризван Даниялович), Russia; DOB 03 Jan 1961; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KURCHALOI DISTRICT BRANCH OF THE MVD OF RUSSIA (Cyrillic: ОТДЕЛ МВД РОССИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ) (a.k.a. KURCHALOI DISTRICT MVD BRANCH (Cyrillic: ОТДЕЛ МВД ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT OF THE CHECHEN REPUBLIC BRANCH OF THE MINISTRY OF INTERNAL AFFAIRS OF THE RUSSIAN FEDERATION (Cyrillic: ОТДЕЛ МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИЙСКОЙ ФЕДЕРАЦИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ ЧЕЧЕНСКОЙ РЕСПУБЛИКИ); a.k.a. KURCHALOI OMVD (Cyrillic: КУРЧАЛОЕВСКОЕ ОМВД); a.k.a. KURCHALOI POLICE; a.k.a. KURCHALOI ROVD (Cyrillic: КУРЧАЛОЕВСКОЕ РОВД); a.k.a. KURCHALOY DIVISION OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS; a.k.a. KURCHALOY POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY DISTRICT POLICE DEPARTMENT; a.k.a. MINISTRY OF INTERNAL AFFAIRS IN KURCHALOYEVSKY DISTRICT), 163a A.A. Kadyrov Prospekt, Kurchaloi, Kurchaloi District, Chechen Republic 366329, Russia (Cyrillic: Дом 163 А, Проспект А.А. Кадырова, Город Курчалой, Район Курчалоевский, Чеченская Республика 366329, Russia); 83 A.Kh. Kadyrov Street, Kurchaloi village, Kurchaloi district, Chechen Republic, Russia (Cyrillic: улица А-Х.Кадырова, №83, село Курчалой, Курчалоевский район, Чеченская республика, Russia); Organization Established Date 16 Nov 2004; Tax ID No. 2027000900 (Russia); Registration Number 1042002408140 (Russia) [MAGNIT].

KURCHALOI DISTRICT MVD BRANCH (Cyrillic: ОТДЕЛ МВД ПО КУРЧАЛОЕВСКОМУ РАЙОНУ) (a.k.a. KURCHALOI DISTRICT BRANCH OF THE MVD OF RUSSIA (Cyrillic: ОТДЕЛ МВД РОССИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT OF THE CHECHEN REPUBLIC BRANCH OF THE MINISTRY OF INTERNAL AFFAIRS OF THE RUSSIAN FEDERATION (Cyrillic: ОТДЕЛ МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИЙСКОЙ ФЕДЕРАЦИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ ЧЕЧЕНСКОЙ РЕСПУБЛИКИ); a.k.a. KURCHALOI OMVD (Cyrillic: КУРЧАЛОЕВСКОЕ ОМВД); a.k.a. KURCHALOI POLICE; a.k.a. KURCHALOI ROVD (Cyrillic: КУРЧАЛОЕВСКОЕ РОВД); a.k.a. KURCHALOY DIVISION OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS; a.k.a. KURCHALOY POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY DISTRICT POLICE DEPARTMENT; a.k.a. MINISTRY OF INTERNAL AFFAIRS IN KURCHALOYEVSKY DISTRICT), 163a A.A. Kadyrov Prospekt, Kurchaloi, Kurchaloi District, Chechen Republic 366329, Russia (Cyrillic: Дом 163 А, Проспект А.А. Кадырова, Город Курчалой, Район Курчалоевский, Чеченская Республика 366329, Russia); 83 A.Kh. Kadyrov Street, Kurchaloi village, Kurchaloi district, Chechen Republic, Russia (Cyrillic: улица А-Х.Кадырова, №83, село Курчалой, Курчалоевский район, Чеченская республика, Russia); Organization Established Date 16 Nov 2004; Tax ID No. 2027000900 (Russia); Registration Number 1042002408140 (Russia) [MAGNIT].

KURCHALOI DISTRICT OF THE CHECHEN REPUBLIC BRANCH OF THE MINISTRY OF INTERNAL AFFAIRS OF THE RUSSIAN FEDERATION (Cyrillic: ОТДЕЛ МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИЙСКОЙ ФЕДЕРАЦИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ ЧЕЧЕНСКОЙ РЕСПУБЛИКИ) (a.k.a. KURCHALOI DISTRICT BRANCH OF THE MVD OF RUSSIA (Cyrillic: ОТДЕЛ МВД РОССИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT MVD BRANCH

(Cyrillic: ОТДЕЛ МВД ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOI OMVD (Cyrillic: КУРЧАЛОЕВСКОЕ ОМВД); a.k.a. KURCHALOI POLICE; a.k.a. KURCHALOI ROVD (Cyrillic: КУРЧАЛОЕВСКОЕ РОВД); a.k.a. KURCHALOY DIVISION OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS; a.k.a. KURCHALOY POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY DISTRICT POLICE DEPARTMENT; a.k.a. MINISTRY OF INTERNAL AFFAIRS IN KURCHALOYEVSKY DISTRICT), 163a A.A. Kadyrov Prospekt, Kurchaloi, Kurchaloi District, Chechen Republic 366329, Russia (Cyrillic: Дом 163 А, Проспект А.А. Кадырова, Город Курчалой, Район Курчалоевский, Чеченская Республика 366329, Russia); 83 A.Kh. Kadyrov Street, Kurchaloi village, Kurchaloi district, Chechen Republic, Russia (Cyrillic: улица А-Х.Кадырова, №83, село Курчалой, Курчалоевский район, Чеченская республика, Russia); Organization Established Date 16 Nov 2004; Tax ID No. 2027000900 (Russia); Registration Number 1042002408140 (Russia) [MAGNIT].

KURCHALOI DISTRICT POLICE DEPARTMENT (a.k.a. KURCHALOI DISTRICT BRANCH OF THE MVD OF RUSSIA (Cyrillic: ОТДЕЛ МВД РОССИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT MVD BRANCH (Cyrillic: ОТДЕЛ МВД ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT OF THE CHECHEN REPUBLIC BRANCH OF THE MINISTRY OF INTERNAL AFFAIRS OF THE RUSSIAN FEDERATION (Cyrillic: ОТДЕЛ МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИЙСКОЙ ФЕДЕРАЦИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ ЧЕЧЕНСКОЙ РЕСПУБЛИКИ); a.k.a. KURCHALOI OMVD (Cyrillic: КУРЧАЛОЕВСКОЕ ОМВД); a.k.a. KURCHALOI POLICE; a.k.a. KURCHALOI ROVD (Cyrillic: КУРЧАЛОЕВСКОЕ РОВД); a.k.a. KURCHALOY DIVISION OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS; a.k.a. KURCHALOY POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY DISTRICT POLICE DEPARTMENT; a.k.a. MINISTRY OF INTERNAL AFFAIRS IN KURCHALOYEVSKY DISTRICT), 163a A.A. Kadyrov Prospekt, Kurchaloi, Kurchaloi District, Chechen Republic

366329, Russia (Cyrillic: Дом 163 А, Проспект А.А. Кадырова, Город Курчалой, Район Курчалоевский, Чеченская Республика 366329, Russia); 83 A.Kh. Kadyrov Street, Kurchaloi village, Kurchaloi district, Chechen Republic, Russia (Cyrillic: улица А-Х.Кадырова, №83, село Курчалой, Курчалоевский район, Чеченская республика, Russia); Organization Established Date 16 Nov 2004; Tax ID No. 2027000900 (Russia); Registration Number 1042002408140 (Russia) [MAGNIT].

KURCHALOI OMVD (Cyrillic: КУРЧАЛОЕВСКОЕ ОМВД) (a.k.a. KURCHALOI DISTRICT BRANCH OF THE MVD OF RUSSIA (Cyrillic: ОТДЕЛ МВД РОССИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT MVD BRANCH (Cyrillic: ОТДЕЛ МВД ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT OF THE CHECHEN REPUBLIC BRANCH OF THE MINISTRY OF INTERNAL AFFAIRS OF THE RUSSIAN FEDERATION (Cyrillic: ОТДЕЛ МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИЙСКОЙ ФЕДЕРАЦИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ ЧЕЧЕНСКОЙ РЕСПУБЛИКИ); a.k.a. KURCHALOI DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOI POLICE; a.k.a. KURCHALOI ROVD (Cyrillic: КУРЧАЛОЕВСКОЕ РОВД); a.k.a. KURCHALOY DIVISION OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS; a.k.a. KURCHALOY POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY POLICE DEPARTMENT; a.k.a. MINISTRY OF INTERNAL AFFAIRS IN KURCHALOYEVSKY DISTRICT), 163a A.A. Kadyrov Prospekt, Kurchaloi, Kurchaloi District, Chechen Republic 366329, Russia (Cyrillic: Дом 163 А, Проспект А.А. Кадырова, Город Курчалой, Район Курчалоевский, Чеченская Республика 366329, Russia); 83 A.Kh. Kadyrov Street, Kurchaloi village, Kurchaloi district, Chechen Republic, Russia (Cyrillic: улица А-Х.Кадырова, №83, село Курчалой, Курчалоевский район, Чеченская республика, Russia); Organization Established Date 16 Nov 2004; Tax ID No. 2027000900 (Russia); Registration Number 1042002408140 (Russia) [MAGNIT].

KURCHALOI POLICE (a.k.a. KURCHALOI DISTRICT BRANCH OF THE MVD OF RUSSIA (Cyrillic: ОТДЕЛ МВД РОССИИ ПО

КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT MVD BRANCH (Cyrillic: ОТДЕЛ МВД ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT OF THE CHECHEN REPUBLIC BRANCH OF THE MINISTRY OF INTERNAL AFFAIRS OF THE RUSSIAN FEDERATION (Cyrillic: ОТДЕЛ МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИЙСКОЙ ФЕДЕРАЦИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ ЧЕЧЕНСКОЙ РЕСПУБЛИКИ); a.k.a. KURCHALOI DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOI OMVD (Cyrillic: КУРЧАЛОЕВСКОЕ ОМВД); a.k.a. KURCHALOI ROVD (Cyrillic: КУРЧАЛОЕВСКОЕ РОВД); a.k.a. KURCHALOY DIVISION OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS; a.k.a. KURCHALOY POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY POLICE DEPARTMENT; a.k.a. MINISTRY OF INTERNAL AFFAIRS IN KURCHALOYEVSKY DISTRICT), 163a A.A. Kadyrov Prospekt, Kurchaloi, Kurchaloi District, Chechen Republic 366329, Russia (Cyrillic: Дом 163 А, Проспект А.А. Кадырова, Город Курчалой, Район Курчалоевский, Чеченская Республика 366329, Russia); 83 A.Kh. Kadyrov Street, Kurchaloi village, Kurchaloi district, Chechen Republic, Russia (Cyrillic: улица А-Х.Кадырова, №83, село Курчалой, Курчалоевский район, Чеченская республика, Russia); Organization Established Date 16 Nov 2004; Tax ID No. 2027000900 (Russia); Registration Number 1042002408140 (Russia) [MAGNIT].

KURCHALOI ROVD (Cyrillic: КУРЧАЛОЕВСКОЕ РОВД) (a.k.a. KURCHALOI DISTRICT BRANCH OF THE MVD OF RUSSIA (Cyrillic: ОТДЕЛ МВД РОССИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT MVD BRANCH (Cyrillic: ОТДЕЛ МВД ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT OF THE CHECHEN REPUBLIC BRANCH OF THE MINISTRY OF INTERNAL AFFAIRS OF THE RUSSIAN FEDERATION (Cyrillic: ОТДЕЛ МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИЙСКОЙ ФЕДЕРАЦИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ ЧЕЧЕНСКОЙ РЕСПУБЛИКИ); a.k.a. KURCHALOI DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOI OMVD (Cyrillic: КУРЧАЛОЕВСКОЕ ОМВД);

a.k.a. KURCHALOI POLICE; a.k.a. KURCHALOY DIVISION OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS; a.k.a. KURCHALOY POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY POLICE DEPARTMENT; a.k.a. MINISTRY OF INTERNAL AFFAIRS IN KURCHALOYEVSKY DISTRICT), 163a A.A. Kadyrov Prospekt, Kurchaloi, Kurchaloi District, Chechen Republic 366329, Russia (Cyrillic: Дом 163 А, Проспект А.А. Кадырова, Город Курчалой, Район Курчалоевский, Чеченская Республика 366329, Russia); 83 A.Kh. Kadyrov Street, Kurchaloi village, Kurchaloi district, Chechen Republic, Russia (Cyrillic: улица А-Х.Кадырова, №83, село Курчалой, Курчалоевский район, Чеченская республика, Russia); Organization Established Date 16 Nov 2004; Tax ID No. 2027000900 (Russia); Registration Number 1042002408140 (Russia) [MAGNIT].

KURCHALOY DIVISION OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS (a.k.a. KURCHALOI DISTRICT BRANCH OF THE MVD OF RUSSIA (Cyrillic: ОТДЕЛ МВД РОССИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT MVD BRANCH (Cyrillic: ОТДЕЛ МВД ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT OF THE CHECHEN REPUBLIC BRANCH OF THE MINISTRY OF INTERNAL AFFAIRS OF THE RUSSIAN FEDERATION (Cyrillic: ОТДЕЛ МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИЙСКОЙ ФЕДЕРАЦИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ ЧЕЧЕНСКОЙ РЕСПУБЛИКИ); a.k.a. KURCHALOI DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOI OMVD (Cyrillic: КУРЧАЛОЕВСКОЕ ОМВД); a.k.a. KURCHALOI POLICE; a.k.a. KURCHALOI ROVD (Cyrillic: КУРЧАЛОЕВСКОЕ РОВД); a.k.a. KURCHALOY POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY POLICE DEPARTMENT; a.k.a. MINISTRY OF INTERNAL AFFAIRS IN KURCHALOYEVSKY DISTRICT), 163a A.A. Kadyrov Prospekt, Kurchaloi, Kurchaloi District, Chechen Republic 366329, Russia); 83 A.Kh. Kadyrov Street, Kurchaloi village, Kurchaloi district, Chechen

Republic, Russia (Cyrillic: улица А-Х.Кадырова, №83, село Курчалой, Курчаловский район, Чеченская республика, Russia); Organization Established Date 16 Nov 2004; Tax ID No. 2027000900 (Russia); Registration Number 1042002408140 (Russia) [MAGNIT].

KURCHALOY POLICE DEPARTMENT (a.k.a. KURCHALOY DISTRICT BRANCH OF THE MVD OF RUSSIA (Cyrillic: ОТДЕЛ МВД РОССИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT MVD BRANCH (Cyrillic: ОТДЕЛ МВД ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT OF THE CHECHEN REPUBLIC BRANCH OF THE MINISTRY OF INTERNAL AFFAIRS OF THE RUSSIAN FEDERATION (Cyrillic: ОТДЕЛ МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИЙСКОЙ ФЕДЕРАЦИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ ЧЕЧЕНСКОЙ РЕСПУБЛИКИ); a.k.a. KURCHALOI DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOI OMVD (Cyrillic: КУРЧАЛОЕВСКОЕ ОМВД); a.k.a. KURCHALOI POLICE; a.k.a. KURCHALOI ROVD (Cyrillic: КУРЧАЛОЕВСКОЕ РОВД); a.k.a. KURCHALOY DIVISION OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS; a.k.a. KURCHALOYEVSKY DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY POLICE DEPARTMENT; a.k.a. MINISTRY OF INTERNAL AFFAIRS IN KURCHALOYEVSKY DISTRICT), 163a A.A. Kadyrov Prospekt, Kurchaloi, Kurchaloi District, Chechen Republic 366329, Russia (Cyrillic: Дом 163 А, Проспект А.А. Кадырова, Город Курчалой, Район Курчаловский, Чеченская Республика 366329, Russia); 83 A.Kh. Kadyrov Street, Kurchaloi village, Kurchaloi district, Chechen Republic, Russia (Cyrillic: улица А-Х.Кадырова, №83, село Курчалой, Курчаловский район, Чеченская республика, Russia); Organization Established Date 16 Nov 2004; Tax ID No. 2027000900 (Russia); Registration Number 1042002408140 (Russia) [MAGNIT].

KURCHALOYEVSKY DISTRICT POLICE DEPARTMENT (a.k.a. KURCHALOI DISTRICT BRANCH OF THE MVD OF RUSSIA (Cyrillic: ОТДЕЛ МВД РОССИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT MVD BRANCH (Cyrillic: ОТДЕЛ МВД ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a.

KURCHALOI DISTRICT OF THE CHECHEN REPUBLIC BRANCH OF THE MINISTRY OF INTERNAL AFFAIRS OF THE RUSSIAN FEDERATION (Cyrillic: ОТДЕЛ МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИЙСКОЙ ФЕДЕРАЦИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ ЧЕЧЕНСКОЙ РЕСПУБЛИКИ); a.k.a. KURCHALOI DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOI OMVD (Cyrillic: КУРЧАЛОЕВСКОЕ ОМВД); a.k.a. KURCHALOI POLICE; a.k.a. KURCHALOI ROVD (Cyrillic: КУРЧАЛОЕВСКОЕ РОВД); a.k.a. KURCHALOY DIVISION OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS; a.k.a. KURCHALOY POLICE DEPARTMENT; a.k.a. KURCHALOYEVSKY POLICE DEPARTMENT; a.k.a. MINISTRY OF INTERNAL AFFAIRS IN KURCHALOYEVSKY DISTRICT), 163a A.A. Kadyrov Prospekt, Kurchaloi, Kurchaloi District, Chechen Republic 366329, Russia (Cyrillic: Дом 163 А, Проспект А.А. Кадырова, Город Курчалой, Район Курчаловский, Чеченская Республика 366329, Russia); 83 A.Kh. Kadyrov Street, Kurchaloi village, Kurchaloi district, Chechen Republic, Russia (Cyrillic: улица А-Х.Кадырова, №83, село Курчалой, Курчаловский район, Чеченская республика, Russia); Organization Established Date 16 Nov 2004; Tax ID No. 2027000900 (Russia); Registration Number 1042002408140 (Russia) [MAGNIT].

KURCHALOYEVSKY POLICE DEPARTMENT (a.k.a. KURCHALOI DISTRICT BRANCH OF THE MVD OF RUSSIA (Cyrillic: ОТДЕЛ МВД РОССИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT MVD BRANCH (Cyrillic: ОТДЕЛ МВД ПО КУРЧАЛОЕВСКОМУ РАЙОНУ); a.k.a. KURCHALOI DISTRICT OF THE CHECHEN REPUBLIC BRANCH OF THE MINISTRY OF INTERNAL AFFAIRS OF THE RUSSIAN FEDERATION (Cyrillic: ОТДЕЛ МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ РОССИЙСКОЙ ФЕДЕРАЦИИ ПО КУРЧАЛОЕВСКОМУ РАЙОНУ ЧЕЧЕНСКОЙ РЕСПУБЛИКИ); a.k.a. KURCHALOI DISTRICT POLICE DEPARTMENT; a.k.a. KURCHALOI OMVD (Cyrillic: КУРЧАЛОЕВСКОЕ ОМВД); a.k.a. KURCHALOI POLICE; a.k.a. KURCHALOI ROVD (Cyrillic: КУРЧАЛОЕВСКОЕ РОВД); a.k.a. KURCHALOY DIVISION OF THE RUSSIAN MINISTRY OF INTERNAL AFFAIRS; a.k.a. KURCHALOY POLICE DEPARTMENT; a.k.a.

KURCHALOYEVSKY DISTRICT POLICE DEPARTMENT; a.k.a. MINISTRY OF INTERNAL AFFAIRS IN KURCHALOYEVSKY DISTRICT), 163a A.A. Kadyrov Prospekt, Kurchaloi, Kurchaloi District, Chechen Republic 366329, Russia (Cyrillic: Дом 163 А, Проспект А.А. Кадырова, Город Курчалой, Район Курчаловский, Чеченская Республика 366329, Russia); 83 A.Kh. Kadyrov Street, Kurchaloi village, Kurchaloi district, Chechen Republic, Russia (Cyrillic: улица А-Х.Кадырова, №83, село Курчалой, Курчаловский район, Чеченская республика, Russia); Organization Established Date 16 Nov 2004; Tax ID No. 2027000900 (Russia); Registration Number 1042002408140 (Russia) [MAGNIT].

KURCHENKO, Sergei (a.k.a. KURCHENKO, Sergey Vitalievich; a.k.a. KURCHENKO, Sergii; a.k.a. KURCHENKO, Serhiy; a.k.a. KURCHENKO, Serhiy Vitaliyovych); DOB 21 Sep 1985; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KURCHENKO, Sergey Vitalievich (a.k.a. KURCHENKO, Sergei; a.k.a. KURCHENKO, Sergii; a.k.a. KURCHENKO, Serhiy; a.k.a. KURCHENKO, Serhiy Vitaliyovych); DOB 21 Sep 1985; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KURCHENKO, Sergii (a.k.a. KURCHENKO, Sergei; a.k.a. KURCHENKO, Sergey Vitalievich; a.k.a. KURCHENKO, Serhiy; a.k.a. KURCHENKO, Serhiy Vitaliyovych); DOB 21 Sep 1985; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KURCHENKO, Serhiy (a.k.a. KURCHENKO, Sergei; a.k.a. KURCHENKO, Sergey Vitalievich; a.k.a. KURCHENKO, Sergii; a.k.a. KURCHENKO, Serhiy Vitaliyovych); DOB 21 Sep 1985; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KURCHENKO, Serhiy Vitaliyovych (a.k.a. KURCHENKO, Sergei; a.k.a. KURCHENKO, Sergey Vitalievich; a.k.a. KURCHENKO, Sergii; a.k.a. KURCHENKO, Serhiy); DOB 21 Sep 1985; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR

589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

KURD, Ibrahim (a.k.a. ASAN, Nihat; a.k.a. ASAN, Nihat Abdul Kadir (Arabic: نهات عبدالقدر آسان); a.k.a. ASAN, Nihat Abdulkadir; a.k.a. ASHAN, Nihat; a.k.a. EBRAHIMIHARKIAN, Ramin; a.k.a. "BAHTIYAR"), Orumiyeh, West Azerbaijan, Iran; DOB 01 Oct 1981; alt. DOB 11 Nov 1981; POB Van, Turkey; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport U13927927 (Turkey) expires 25 Jan 2027; National ID No. 2751062326 (Iran) (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

KURDISTAN BATTALION OF ISLAMIC STATE IN IRAQ (a.k.a. AL-QA'IDA KURDISH BATTALIONS; a.k.a. KURDISTAN BRIGADE OF AL-QAEDA IN IRAQ; a.k.a. KURDISTAN BRIGADES; a.k.a. "AQKB"), Iran; Iraq [SDGT].

KURDISTAN BRIGADE OF AL-QAEDA IN IRAQ (a.k.a. AL-QA'IDA KURDISH BATTALIONS; a.k.a. KURDISTAN BATTALION OF ISLAMIC STATE IN IRAQ; a.k.a. KURDISTAN BRIGADES; a.k.a. "AQKB"), Iran; Iraq [SDGT].

KURDISTAN BRIGADES (a.k.a. AL-QA'IDA KURDISH BATTALIONS; a.k.a. KURDISTAN BATTALION OF ISLAMIC STATE IN IRAQ; a.k.a. KURDISTAN BRIGADE OF AL-QAEDA IN IRAQ; a.k.a. "AQKB"), Iran; Iraq [SDGT].

KURDISTAN CEMENT (a.k.a. SIMAN-E KURDISTAN), Iran; Additional Sanctions Information - Subject to Secondary Sanctions [IRAN] (Linked To: GHADIR INVESTMENT COMPANY).

KURDISTAN FREE LIFE PARTY (a.k.a. FREE LIFE PARTY OF KURDISTAN; a.k.a. PARTIYA JIYANA AZAD A KURDISTANE; a.k.a. PARTY OF FREE LIFE OF KURDISTAN; a.k.a. PEJAK; a.k.a. PEZHAK; a.k.a. PJAK), Qandil Mountain, Irbil Governorate, Iraq; Razgah, Iran [SDGT].

KURDISTAN FREEDOM AND DEMOCRACY CONGRESS (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KADEK; a.k.a. KGK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "HSK"; a.k.a. "KHK") [SDNTK] [FTO] [SDGT].

KURDISTAN FREEDOM HAWKS (a.k.a. TEYREBAZEN AZADIYA KURDISTAN; a.k.a.

THE FREEDOM HAWKS OF KURDISTAN; a.k.a. "TAK") [SDGT].

KURDISTAN PEOPLE'S CONGRESS (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KADEK; a.k.a. KGK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "HSK"; a.k.a. "KHK") [SDNTK] [FTO] [SDGT].

KURDISTAN WORKERS' PARTY (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI; a.k.a. KADEK; a.k.a. KGK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE; a.k.a. "HSK"; a.k.a. "KHK") [SDNTK] [FTO] [SDGT].

KURDIUMOV, Aleksandr Borisovich (Cyrillic: КУРДЮМОВ, Александр Борисович) (a.k.a. KURDYUMOV, Alexander), Moscow, Russia; DOB 26 Nov 1967; POB Nizhny Novgorod, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

KURDYUMOV, Alexander (a.k.a. KURDIUMOV, Aleksandr Borisovich (Cyrillic: КУРДЮМОВ, Александр Борисович)), Moscow, Russia; DOB 26 Nov 1967; POB Nizhny Novgorod, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

KURENKOV, Aleksandr Vyacheslavovich (Cyrillic: КУРЕНКОВ, Александр Вячеславович) (a.k.a. KURENKOV, Alexander Vyacheslavovich), Moscow, Russia; DOB 02 Jun 1972; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 502723272765 (Russia) (individual) [RUSSIA-EO14024].

KURENKOV, Alexander Vyacheslavovich (a.k.a. KURENKOV, Aleksandr Vyacheslavovich (Cyrillic: КУРЕНКОВ, Александр Вячеславович)), Moscow, Russia; DOB 02 Jun 1972; POB Moscow, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 502723272765 (Russia) (individual) [RUSSIA-EO14024].

KUREPINA, Tatyana Vladimirovna (a.k.a. ARTYAKOVA, Tatiana Vladimirovna (Cyrillic: АРТЯКОВА, Татьяна Владимировна)), A 148 3 Chobotovskaya Street, Moscow 119634, Russia; DOB 23 Dec 1960; POB Moscow, Russia; nationality Russia; Gender Female; Passport 512034624 (Russia) (individual) [RUSSIA-EO14024] (Linked To: ARTYAKOV, Vladimir Vladimirovich).

KURGANMASHZAVOD PJSC (a.k.a. KURGANMASHZAVOD PJSC; a.k.a. KURGANMASHZAVOD PUBLIC JOINT-STOCK COMPANY; a.k.a. PJSC KURGANSKY MASHINOSTROITELNY FACTORY (Cyrillic: ПАО КУРГАНСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ЗАВОД)), 17 Mashinostroitely Ave. Letter 1J, Kurgan 640021, Russia; Website www.kurganmash.ru; Organization Established Date 23 Mar 1992; Target Type State-Owned Enterprise; Tax ID No. 4501008142 (Russia) [RUSSIA-EO14024].

KURGANMASHZAVOD PJSC (a.k.a. KURGANMASHZAVOD PJSC; a.k.a. KURGANMASHZAVOD PUBLIC JOINT-STOCK COMPANY; a.k.a. PJSC KURGANSKY MASHINOSTROITELNY FACTORY (Cyrillic: ПАО КУРГАНСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ЗАВОД)), 17 Mashinostroitely Ave. Letter 1J, Kurgan 640021, Russia; Website www.kurganmash.ru; Organization Established Date 23 Mar 1992; Target Type State-Owned Enterprise; Tax ID No. 4501008142 (Russia) [RUSSIA-EO14024].

KURGANMASHZAVOD PUBLIC JOINT-STOCK COMPANY (a.k.a. KURGANMASHZAVOD; a.k.a. KURGANMASHZAVOD PJSC; a.k.a. PJSC KURGANSKY MASHINOSTROITELNY FACTORY (Cyrillic: ПАО КУРГАНСКИЙ МАШИНОСТРОИТЕЛЬНЫЙ ЗАВОД)), 17 Mashinostroitely Ave. Letter 1J, Kurgan 640021, Russia; Website www.kurganmash.ru; Organization Established Date 23 Mar 1992; Target Type State-Owned Enterprise; Tax ID No. 4501008142 (Russia) [RUSSIA-EO14024].

KURGANPRIBOR JSC (a.k.a. AKTSIONERNOE OBSHCHESTVO NAUCHNOPROIZVODSTVENNOE OBEDINENIE KURGANPRIBOR (Cyrillic: АКЦИОНЕРНОЕ ОБЩЕСТВО НАУЧНОПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ КУРГАНПРИБОР); a.k.a. AO NPO KURGANPRIBOR (Cyrillic: АО НПО КУРГАНПРИБОР); Ul. Yastrzhembskogo D. 41A, Kurgan 640007, Russia; Tax ID No.

4501129676 (Russia); Registration Number 1074501002839 (Russia) [RUSSIA-EO14024].

KURINNIY, Aleksey Vladimirovich (Cyrillic: КУРИННЫЙ, Алексей Владимирович) (a.k.a. KURINNY, Alexey Vladimirovich), Russia; DOB 18 Jan 1974; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KURINNY, Alexey Vladimirovich (a.k.a. KURINNIY, Aleksey Vladimirovich (Cyrillic: КУРИННЫЙ, Алексей Владимирович)), Russia; DOB 18 Jan 1974; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KURORT LIVADIYA OOO, ul. Baturina d. 44, Livadia 298655, Ukraine; Organization Established Date 05 Feb 2016; Organization Type: Other human health activities; Tax ID No. 9102204257 (Russia); Registration Number 1169102055451 (Russia) [RUSSIA-EO14024] (Linked To: TSARGRAD OOO).

KURORT TSARGRAD SPAS-TESHILOVO OOO (f.k.a. UPRAVLYAYUSHCHAYA KOMPANIYA UST-KACHKA ZAKRYTOE AKTSIONERNOE OBSHCHESTVO), D. Spas-Teshilovo, Serpukhov 142260, Russia; Organization Established Date 11 Apr 2005; Organization Type: Other human health activities; Tax ID No. 5043066510 (Russia); Registration Number 1195074004377 (Russia) [RUSSIA-EO14024] (Linked To: IMENIE TSARGRAD OOO).

KURORT ZOLOTOE KOLTSO (Cyrillic: КУРОРТ ЗОЛОТОЕ КОЛЬЦО) (a.k.a. LLC KURORT ZOLOTOE KOLTSO; a.k.a. LLC RESORT ZOLOTOE KOLTSO), ul. Svobody D. 8, office 6, g. Pereslavl-Zalesskii, 152020, Russia; Shosse Varshavskoe D 47, korp 4, Moscow 114230, Russia; Tax ID No. 7724331673 (Russia); Registration Number 1157746795733 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

KUROV, Artem (Cyrillic: КУРОВ, Артем) (a.k.a. "NANED"), Kaluga, Obninsk, Russia; DOB 30 Mar 1993; nationality Russia; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Passport 2912565616 (Russia) (individual) [CYBER2].

KURSKII AKKUMULYATORNYI ZAVOD, Pr-t Leninskogo Komsomola D. 40, Office 116, Kursk 305026, Russia; Tax ID No. 4632167682

(Russia); Registration Number 1124632011217 (Russia) [RUSSIA-EO14024].

KUSAYKO, Tatyana Alekseyevna (Cyrillic: КУСАЙКО, Татьяна Алексеевна), Russia; DOB 15 Jan 1960; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KUSHNAREV, Vitaliy Vasilyevich (Cyrillic: КУШНАРЁВ, Виталий Васильевич), Russia; DOB 01 May 1975; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KUSIUK, Sergey (a.k.a. KUSYUK, Sergej Nikolaevich; a.k.a. KUSYUK, Serhiy; a.k.a. KYSYUK, Sergei), Moscow, Russia; DOB 01 Dec 1966; POB Malaya Mochulka, Vinnitska, Ukraine; nationality Ukraine; alt. nationality Russia; Gender Male (individual) [GLOMAG].

KUSYUK, Sergej Nikolaevich (a.k.a. KUSIUK, Sergey; a.k.a. KUSYUK, Serhiy; a.k.a. KYSYUK, Sergei), Moscow, Russia; DOB 01 Dec 1966; POB Malaya Mochulka, Vinnitska, Ukraine; nationality Ukraine; alt. nationality Russia; Gender Male (individual) [GLOMAG].

KUSYUK, Serhiy (a.k.a. KUSIUK, Sergey; a.k.a. KUSYUK, Sergej Nikolaevich; a.k.a. KYSYUK, Sergei), Moscow, Russia; DOB 01 Dec 1966; POB Malaya Mochulka, Vinnitska, Ukraine; nationality Ukraine; alt. nationality Russia; Gender Male (individual) [GLOMAG].

KUTEPOV, Andrey Viktorovich (Cyrillic: КУТЕПОВ, Андрей Викторович), Russia; DOB 06 Apr 1971; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KUTHERANI, Adnan (a.k.a. AL-KAWTHARANI, Adnan; a.k.a. KAWTHARANI, Adnan Hussein; a.k.a. KAWTHARANI, Adnan Mahmud; a.k.a. KAWTHRANI, Adnan), Al Zahrani, Lebanon; Najaf, Iraq; DOB 02 Sep 1954; POB Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Gender Male (individual) [SDGT] (Linked To: HIZBALLAH).

KUVSHINNIKOV, Oleg Aleksandrovich (Cyrillic: КУВШИННИКОВ, Олег Александрович) (a.k.a. KUVSHINNIKOV, Oleg Alexandrovich), Vologda Region, Russia; DOB 02 Feb 1965; POB Cherepovets, Vologda Region, Russia; nationality Russia; Gender Male; Tax ID No. 352803590135 (Russia) (individual) [RUSSIA-EO14024].

KUVSHINNIKOV, Oleg Alexandrovich (a.k.a. KUVSHINNIKOV, Oleg Aleksandrovich (Cyrillic: КУВШИННИКОВ, Олег Александрович)), Vologda Region, Russia; DOB 02 Feb 1965; POB Cherepovets, Vologda Region, Russia; nationality Russia; Gender Male; Tax ID No. 352803590135 (Russia) (individual) [RUSSIA-EO14024].

KUWAIT GENERAL COMMITTEE FOR AID (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJA KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO

RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER;

a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

KUWAITI HERITAGE (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH  AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHY'A AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT

TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR

PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website

www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].
KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS

COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28

Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

KUYVASHEV, Evgeniy Vladimirovich (Cyrillic: КУЙВАШЕВ, Евгений Владимирович), Sverdlovsk Region, Russia; DOB 16 Mar 1971; POB Lugovskoy, Khanty-Mansiysk Autonomous Region, Russia; nationality Russia; citizen Russia; Gender Male; Tax ID No. 861900337721 (Russia) (individual) [RUSSIA-EO14024].

KUZEY LOGISTICS TASIMACILIK ITHALAT IHRACAT SANAYI VE DIS TICARET LIMITED SIRKETI (a.k.a. KUZEY LOGISTICS TASIMACILIK ITHALAT IHRACAT VE DIS TICARET LIMITED SIRKETI; a.k.a. KUZEY LOJISTIK), Oruchreish Neighborhood, Giyimkent Street, B228, Block 58A, Esenler, Istanbul, Turkey; Tax ID No. 6010494326 (Turkey); Identification Number 601049432600001 (Turkey); Istanbul Chamber of Comm. No. 93964-5 (Turkey) [RUSSIA-EO14024].

KUZEY LOGISTICS TASIMACILIK ITHALAT IHRACAT VE DIS TICARET LIMITED SIRKETI (a.k.a. KUZEY LOGISTICS TASIMACILIK ITHALAT IHRACAT SANAYI VE DIS TICARET LIMITED SIRKETI; a.k.a. KUZEY LOJISTIK), Oruchreish Neighborhood, Giyimkent Street, B228, Block 58A, Esenler, Istanbul, Turkey; Tax ID No. 6010494326 (Turkey); Identification

Number 601049432600001 (Turkey); Istanbul Chamber of Comm. No. 93964-5 (Turkey) [RUSSIA-EO14024].

KUZEY LOJISTIK (a.k.a. KUZEY LOGISTICS TASIMACILIK ITHALAT IHRACAT SANAYI VE DIS TICARET LIMITED SIRKETI; a.k.a. KUZEY LOGISTICS TASIMACILIK ITHALAT IHRACAT VE DIS TICARET LIMITED SIRKETI), Oruchreish Neighborhood, Giyimkent Street, B228, Block 58A, Esenler, Istanbul, Turkey; Tax ID No. 6010494326 (Turkey); Identification Number 601049432600001 (Turkey); Istanbul Chamber of Comm. No. 93964-5 (Turkey) [RUSSIA-EO14024].

KUZIN, Aleksandr Yuryevich (Cyrillic: КУЗИН, Александр Юрьевич) (a.k.a. KUZIN, Alexander), Central African Republic; DOB 05 Jun 1980; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 723668000 (Russia) expires 18 Mar 2023 (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

KUZIN, Alexander (a.k.a. KUZIN, Aleksandr Yuryevich (Cyrillic: КУЗИН, Александр Юрьевич)), Central African Republic; DOB 05 Jun 1980; citizen Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport 723668000 (Russia) expires 18 Mar 2023 (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

KUZMICH, Tatyana Aleksandrovna (Cyrillic: КУЗЬМИЧ, Татьяна Александровна) (a.k.a. KUZ'MYCH, Tetyana Oleksandrivna (Cyrillic: КУЗЬМИЧ, Тетяна Олександрівна)), Apt. 20, 42 Moskovskaya St., Kherson, Kherson Region, Ukraine; DOB 10 Apr 1968; nationality Ukraine; Gender Female; Tax ID No. 2493701564 (Ukraine) (individual) [RUSSIA-EO14024].

KUZMICHEV, Alexei (a.k.a. KUZMICHEV, Alexey Viktorovich; a.k.a. KUZMICHYOV, Aleksey Viktorovich (Cyrillic: КУЗЬМИЧЁВ, Алексей Викторович)), France; DOB 15 Oct 1962; POB Kirov, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

KUZMICHEV, Alexey Viktorovich (a.k.a. KUZMICHEV, Alexei; a.k.a. KUZMICHYOV, Aleksey Viktorovich (Cyrillic: КУЗЬМИЧЁВ, Алексей Викторович)), France; DOB 15 Oct

1962; POB Kirov, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

KUZMICHYOV, Aleksey Viktorovich (Cyrillic: КУЗЬМИЧЁВ, Алексей Викторович) (a.k.a. KUZMICHEV, Alexei; a.k.a. KUZMICHEV, Alexey Viktorovich), France; DOB 15 Oct 1962; POB Kirov, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

KUZMIN, Anton Yuryevich (a.k.a. LESTAFIER, Anton; a.k.a. LESTAFYE, Anton Yuryevich), Russia; DOB 08 Mar 1983; nationality Russia; Gender Male; Passport 763579648 (Russia); Tax ID No. 503611829859 (Russia) (individual) [RUSSIA-EO14024].

KUZMIN, Denis Igorevich, Russia; DOB 18 Dec 1990; Gender Male (individual) [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

KUZMIN, Dmitry Gennadyevich (Cyrillic: КУЗЬМИН, Дмитрий Геннадьевич), Russia; DOB 28 Jun 1975; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KUZMIN, Mikhail Vladimirovich (Cyrillic: КУЗЬМИН, Михаил Владимирович), Russia; DOB 05 Aug 1955; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KUZMIN, Pavel Vladimirovich, Verhnie Polya Street, 14 Build 1, Apt. 300, Moscow 109341, Russia; DOB 27 Dec 1981; POB Uzlovaya, Russia; nationality Russia; Gender Male; National ID No. 7003022972 (Russia) (individual) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Konstantin; Linked To: TSARGRAD OOO).

KUZ'MYCH, Tetyana Oleksandrivna (Cyrillic: КУЗЬМИЧ, Тетяна Олександрівна) (a.k.a. KUZMICH, Tatyana Aleksandrovna (Cyrillic: КУЗЬМИЧ, Татьяна Александровна)), Apt. 20, 42 Moskovskaya St., Kherson, Kherson Region, Ukraine; DOB 10 Apr 1968; nationality Ukraine; Gender Female; Tax ID No. 2493701564 (Ukraine) (individual) [RUSSIA-EO14024].

KUZNETSOV ODK (a.k.a. KUZNETSOV PAO; a.k.a. KUZNETSOV PUBLIC JOINT-STOCK COMPANY (Cyrillic: ПАО ОДК-КУЗНЕЦОВ); a.k.a. ODK-KUZNETSOV; a.k.a. PJSC ODK-KUZNETSOV; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-KUZNETSOV), 29 Zavodskoye Highway, Samara, Samara Region 443052, Russia; Tax ID No. 6319033379 (Russia) [RUSSIA-EO14024].

KUZNETSOV PAO (a.k.a. KUZNETSOV ODK; a.k.a. KUZNETSOV PUBLIC JOINT-STOCK COMPANY (Cyrillic: ПАО ОДК-КУЗНЕЦОВ); a.k.a. ODK-KUZNETSOV; a.k.a. PJSC ODK-KUZNETSOV; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-KUZNETSOV), 29 Zavodskoye Highway, Samara, Samara Region 443052, Russia; Tax ID No. 6319033379 (Russia) [RUSSIA-EO14024].

KUZNETSOV PUBLIC JOINT-STOCK COMPANY (Cyrillic: ПАО ОДК-КУЗНЕЦОВ) (a.k.a. KUZNETSOV ODK; a.k.a. KUZNETSOV PAO; a.k.a. ODK-KUZNETSOV; a.k.a. PJSC ODK-KUZNETSOV; a.k.a. PUBLIC JOINT-STOCK COMPANY ODK-KUZNETSOV), 29 Zavodskoye Highway, Samara, Samara Region 443052, Russia; Tax ID No. 6319033379 (Russia) [RUSSIA-EO14024].

KUZNETSOV, Andrey Anatolyevich (Cyrillic: КУЗНЕЦОВ, Андрей Анатольевич), Russia; DOB 29 May 1972; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KUZNETSOV, Artem (a.k.a. KUZNETSOV, Artyom); DOB 28 Feb 1975; POB Baku, Azerbaijan (individual) [MAGNIT].

KUZNETSOV, Artyom (a.k.a. KUZNETSOV, Artem); DOB 28 Feb 1975; POB Baku, Azerbaijan (individual) [MAGNIT].

KUZNETSOV, Dmitry Vadimovich (Cyrillic: КУЗНЕЦОВ, Дмитрий Вадимович), Russia; DOB 05 Mar 1975; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KUZNETSOV, Eduard Anatolievich (Cyrillic: КУЗНЕЦОВ, Эдуард Анатольевич), Russia; DOB 29 May 1972; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KUZNETSOV, Stanislav Konstantinovich (Cyrillic: КУЗНЕЦОВ, Станислав Константинович), Russia; DOB 25 Jul 1962; POB Leipzig, Germany; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

KUZNETSOVA, Anastasiya Viktorivna (Cyrillic: КУЗНЕЦОВА, Анастасія Вікторівна) (a.k.a. KUZNETSOVA, Anastasiya Viktorovna (Cyrillic: КУЗНЕЦОВА, Анастасия Викторовна)), Donetsk, Ukraine; DOB 20 Jul 1970; Gender Female (individual) [RUSSIA-EO14024] (Linked

To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

KUZNETSOVA, Anastasiya Viktorovna (Cyrillic: КУЗНЕЦОВА, Анастасия Викторовна) (a.k.a. KUZNETSOVA, Anastasiya Viktorivna (Cyrillic: КУЗНЕЦОВА, Анастасія Вікторівна)), Donetsk, Ukraine; DOB 20 Jul 1970; Gender Female (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

KUZNETSOVA, Anna Yurievna (Cyrillic: КУЗНЕЦОВА, Анна Юрьевна), Russia; DOB 03 Jan 1982; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KVALITET, Ul. Prigranichnaya D. 1, Floor 1, Vorota/Office 30/1, Novosibirsk 630068, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5473001698 (Russia); Registration Number 1215400050942 (Russia) [RUSSIA-EO14024].

KVANT SCIENTIFIC RESEARCH INSTITUTE (a.k.a. NAUCHNO-ISSLEDOVATELSKIY INSTITUT KVANT; a.k.a. NII KVANT; a.k.a. RUSSIAN FEDERAL STATE UNITARY ENTERPRISE SCIENTIFIC RESEARCH INSTITUTE KVANT), Khovrino District, Moscow; St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [CAATSA - RUSSIA] (Linked To: FEDERAL SECURITY SERVICE).

KVANTORFORM (a.k.a. QUANTORFORM), Pr-D 2-I Yuzhnoportovyi D. 16, Str. 2, Floor 1, Komn. 101A, 101-108, Moscow 115088, Russia; Tax ID No. 7731199056 (Russia); Registration Number 1027739562421 (Russia) [RUSSIA-EO14024].

KVARTA VK (a.k.a. KVARTA VK OOO; a.k.a. LIMITED LIABILITY COMPANY KVARTA VK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КВАРТА ВК); a.k.a. LLC KVARTA VK; a.k.a. QVARTA VK COMPANY LIMITED; a.k.a. "QUARTA"), D. 9 Str. 1 Pomeshch/Etazh 3/0/2 Pomeshch/Kom III; IV/1-8, 8, Naberezhnaya Moskvoretskaya, Moscow 109240, Russia; Website quarta.su; Organization Type: Other information

technology and computer service activities; Tax ID No. 7704198800 (Russia); Registration Number 1027700300693 (Russia) [RUSSIA-EO14024].

KVARTA VK OOO (a.k.a. KVARTA VK; a.k.a. LIMITED LIABILITY COMPANY KVARTA VK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КВАРТА ВК); a.k.a. LLC KVARTA VK; a.k.a. QVARTA VK COMPANY LIMITED; a.k.a. "QUARTA"), D. 9 Str. 1 Pomeshch/Etazh 3/0/2 Pomeshch/Kom III; IV/1-8, 8, Naberezhnaya Moskvoretskaya, Moscow 109240, Russia; Website quarta.su; Organization Type: Other information technology and computer service activities; Tax ID No. 7704198800 (Russia); Registration Number 1027700300693 (Russia) [RUSSIA-EO14024].

KVAZAR OOO (a.k.a. LIMITED LIABILITY COMPANY KVAZAR), ul. Promyshlennaya d. 19, lit. R, office 304, Saint Petersburg 198095, Russia; Tax ID No. 7805753313 (Russia); Registration Number 1197847145748 (Russia) [RUSSIA-EO14024].

KVITKA, Ivan Ivanovich (Cyrillic: КВИТКА, Иван Иванович), Russia; DOB 04 May 1967; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

KVOCKA, Miroslav; DOB 01 Jan 1957; POB Maricka, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

KVT-RUS (Cyrillic: КВТ-РУС) (a.k.a. KBT-RUS; a.k.a. KVT-RUS LLC; a.k.a. KVT-RUS, OOO (Cyrillic: ООО, КВТ-РУС); a.k.a. LIMITED LIABILITY COMPANY KVT-RUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КВТ-РУС)), 6,2 Pudovkina St., Moscow 119285, Russia; CAATSA Section 235 Information: EXPORT SANCTIONS Sec. 235(a)(2); alt. CAATSA Section 235 Information: FOREIGN EXCHANGE. Sec 235(a)(7); alt. CAATSA Section 235 Information: BANKING TRANSACTIONS. Sec 235(a)(8); alt. CAATSA Section 235 Information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec 235(a)(9); alt. CAATSA Section 235 Information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec 235(a)(10); Tax ID No. 7729675572 (Russia); Business Registration Number 1117746121899 (Russia) [CAATSA - RUSSIA] [PEESA-EO14039].

KVT-RUS LLC (a.k.a. KBT-RUS; a.k.a. KVT-RUS (Cyrillic: КВТ-РУС); a.k.a. KVT-RUS, OOO (Cyrillic: ООО, КВТ-РУС); a.k.a. LIMITED LIABILITY COMPANY KVT-RUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КВТ-РУС)), 6,2 Pudovkina St., Moscow 119285, Russia; CAATSA Section 235 Information: EXPORT SANCTIONS Sec. 235(a)(2); alt. CAATSA Section 235 Information: FOREIGN EXCHANGE. Sec 235(a)(7); alt. CAATSA Section 235 Information: BANKING TRANSACTIONS. Sec 235(a)(8); alt. CAATSA Section 235 Information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec 235(a)(9); alt. CAATSA Section 235 Information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec 235(a)(10); Tax ID No. 7729675572 (Russia); Business Registration Number 1117746121899 (Russia) [CAATSA - RUSSIA] [PEESA-EO14039].

KVT-RUS, OOO (Cyrillic: ООО, КВТ-РУС) (a.k.a. KBT-RUS; a.k.a. KVT-RUS (Cyrillic: КВТ-РУС); a.k.a. KVT-RUS LLC; a.k.a. LIMITED LIABILITY COMPANY KVT-RUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КВТ-РУС)), 6,2 Pudovkina St., Moscow 119285, Russia; CAATSA Section 235 Information: EXPORT SANCTIONS Sec. 235(a)(2); alt. CAATSA Section 235 Information: FOREIGN EXCHANGE. Sec 235(a)(7); alt. CAATSA Section 235 Information: BANKING TRANSACTIONS. Sec 235(a)(8); alt. CAATSA Section 235 Information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec 235(a)(9); alt. CAATSA Section 235 Information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec 235(a)(10); Tax ID No. 7729675572 (Russia); Business Registration Number 1117746121899 (Russia) [CAATSA - RUSSIA] [PEESA-EO14039].

KWAK, Chong-chol (a.k.a. KWAK, Jong-chol), Dubai, United Arab Emirates; DOB 01 Jan 1975; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563220533 (Korea, North) (individual) [DPRK4].

KWAK, Jong-chol (a.k.a. KWAK, Chong-chol), Dubai, United Arab Emirates; DOB 01 Jan 1975; nationality Korea, North; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 563220533 (Korea, North) (individual) [DPRK4].

KWEIDER, Muhammad (a.k.a. KWEITER, Muhammad; a.k.a. QASSAR, Samir; a.k.a. QUAYDIR, Muhammad; a.k.a. QUWAYDIR, Muhammed Bin-Muhammed Faris), Damascus, Syria; DOB 21 Jul 1967; Gender Male; Passport 004123298; Scientific Studies and Research Center Contracts Director (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

KWEITER, Muhammad (a.k.a. KWEIDER, Muhammad; a.k.a. QASSAR, Samir; a.k.a. QUAYDIR, Muhammad; a.k.a. QUWAYDIR, Muhammed Bin-Muhammed Faris), Damascus, Syria; DOB 21 Jul 1967; Gender Male; Passport 004123298; Scientific Studies and Research Center Contracts Director (individual) [NPWMD] (Linked To: SCIENTIFIC STUDIES AND RESEARCH CENTER).

KWEK, Kee Seng, 637 Choa Chu Kang North 6, #04-243, 680637, Singapore; DOB 19 Nov 1959; POB Singapore; nationality Singapore; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport K1437696A (Singapore) issued 20 Aug 2019 expires 25 Mar 2025; Identification Number S1380562H (Singapore) (individual) [DPRK4].

KYA, La Bo (a.k.a. "CHA LA BO"; a.k.a. "JA LA BO"; a.k.a. "KYA LA BO"), Nakawngmu, Shan, Burma; Wan Hong, Shan, Burma; DOB 1940; alt. DOB 1942 (individual) [SDNTK].

KYAGULANYI, Aililabaki (a.k.a. ALIRABAKI, Steven; a.k.a. JUNJU, Abdullah; a.k.a. KYAGULANYI, David; a.k.a. LUUMU, Nicolas; a.k.a. MUHAMMAD, Hussein; a.k.a. MUKULU, Jamil; a.k.a. TALENGELANIMIRO; a.k.a. TALENGELANIMIRO, Musezi; a.k.a. TUTU, Mzee); DOB 1965; alt. DOB 01 Jan 1964; POB Kayunga, Uganda; alt. POB Ntoke Village, Ntenjeru Sub County, Kayunga District, Uganda; nationality Uganda; Head of the Allied Democratic Forces; Commander, Allied Democratic Forces (individual) [DRCONGO].

KYAGULANYI, David (a.k.a. ALIRABAKI, Steven; a.k.a. JUNJU, Abdullah; a.k.a. KYAGULANYI, Aililabaki; a.k.a. LUUMU, Nicolas; a.k.a. MUHAMMAD, Hussein; a.k.a. MUKULU, Jamil; a.k.a. TALENGELANIMIRO, Musezi; a.k.a. TUTU, Mzee); DOB 1965; alt. DOB 01 Jan 1964; POB Kayunga, Uganda; alt. POB Ntoke Village, Ntenjeru Sub County, Kayunga District, Uganda; nationality Uganda; Head of the Allied Democratic Forces; Commander, Allied Democratic Forces (individual) [DRCONGO].

KYAING, Myint (a.k.a. KYAING, U Myint), Burma; DOB 17 Apr 1957; nationality Burma; citizen Burma; Gender Male; Minister for Labor, Immigration, and Population (individual) [BURMA-EO14014].

KYAING, Pauk (a.k.a. OO, Saw Myint; a.k.a. OO, U Saw Myint), Burma; DOB 02 Feb 1965; POB Hpapun, Burma; nationality Burma; Gender Male; National ID No. 3KAKAYAN164612 (Burma); Chief Minister of Kayin State (individual) [BURMA-EO14014].

KYAING, U Myint (a.k.a. KYAING, Myint), Burma; DOB 17 Apr 1957; nationality Burma; citizen Burma; Gender Male; Minister for Labor, Immigration, and Population (individual) [BURMA-EO14014].

KYAW, Maung Maung, Burma; DOB 23 Jul 1964; nationality Burma; Gender Male; National ID No. 12/BAHANA(N)010023 (Burma) (individual) [BURMA-EO14014].

KYAW, Win Paing, Burma; DOB 29 May 1996; nationality Burma; Gender Male; National ID No. 12/LAMANAN151183 (Burma) (individual) [BURMA-EO14014] (Linked To: ZAW, Thein Win).

KYEI NILAR COMPANY (a.k.a. KYEI NILAR COMPANY LIMITED; a.k.a. KYEI NILAR COMPANY LTD.; a.k.a. STAR SAPPHIRE CO. LTD.; a.k.a. STAR SAPPHIRE COMPANY LIMITED; a.k.a. STAR SAPPHIRE GROUP; a.k.a. STAR SAPPHIRE GROUP OF COMPANIES), No. 30 B, Room 701/702, Yadanar Inya Condo, Than Lwin Road, Bahan Township, Yangon, Burma; Room 201, Building C, Takhatho Yeikmon Housing, New University Avenue Road, Bahan, Yangon, Burma; Organization Established Date 18 Nov 1999; Organization Type: Activities of holding companies [BURMA-EO14014] (Linked To: LATT, Tun Min).

KYEI NILAR COMPANY LIMITED (a.k.a. KYEI NILAR COMPANY; a.k.a. KYEI NILAR COMPANY LTD.; a.k.a. STAR SAPPHIRE CO.

LTD.; a.k.a. STAR SAPPHIRE COMPANY LIMITED; a.k.a. STAR SAPPHIRE GROUP; a.k.a. STAR SAPPHIRE GROUP OF COMPANIES), No. 30 B, Room 701/702, Yadanar Inya Condo, Than Lwin Road, Bahan Township, Yangon, Burma; Room 201, Building C, Takhatho Yeikmon Housing, New University Avenue Road, Bahan, Yangon, Burma; Organization Established Date 18 Nov 1999; Organization Type: Activities of holding companies [BURMA-EO14014] (Linked To: LATT, Tun Min).

KYEI NILAR COMPANY LTD. (a.k.a. KYEI NILAR COMPANY; a.k.a. KYEI NILAR COMPANY LIMITED; a.k.a. STAR SAPPHIRE CO. LTD.; a.k.a. STAR SAPPHIRE COMPANY LIMITED; a.k.a. STAR SAPPHIRE GROUP; a.k.a. STAR SAPPHIRE GROUP OF COMPANIES), No. 30 B, Room 701/702, Yadanar Inya Condo, Than Lwin Road, Bahan Township, Yangon, Burma; Room 201, Building C, Takhatho Yeikmon Housing, New University Avenue Road, Bahan, Yangon, Burma; Organization Established Date 18 Nov 1999; Organization Type: Activities of holding companies [BURMA-EO14014] (Linked To: LATT, Tun Min).

KYO, Hirofumi (a.k.a. HASHIMOTO, Hirofumi; a.k.a. KANG, Hong-Mun); DOB 08 Jan 1947 (individual) [TCO].

KYRGYZ TRANS AVIA (a.k.a. KYRGYZTRANSAVIA AIRLINES), Bulvar Erkindik 35, Bishkek, Kyrgyzstan; 32 Razzakova Street, Bishkek 720040, Kyrgyzstan; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR].

KYRGYZTRANSAVIA AIRLINES (a.k.a. KYRGYZ TRANS AVIA), Bulvar Erkindik 35, Bishkek, Kyrgyzstan; 32 Razzakova Street, Bishkek 720040, Kyrgyzstan; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR].

KYSYUK, Sergei (a.k.a. KUSIUK, Sergey; a.k.a. KUSYUK, Sergej Nikolaevich; a.k.a. KUSYUK, Serhiy), Moscow, Russia; DOB 01 Dec 1966; POB Malaya Mochulka, Vinnitska, Ukraine; nationality Ukraine; alt. nationality Russia; Gender Male (individual) [GLOMAG].

KZEMABAD, Mahmoud Bagheri (a.k.a. BAGHERI, Mahmud Kazemabad; a.k.a. BAGHERI-KAZEMABAD, Mahmud; a.k.a. KAZEMABAD, Mahmoud Bagheri; a.k.a. KAZEMABAD, Mahmud Bagheri; a.k.a. "BAGHERI, Mahmoud"; a.k.a. "BAGHERI, Mahmud"), Iran; DOB 26 Jun 1965; POB

Meybod, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport J32377129 (Iran) expires 31 Aug 2020; National ID No. 448947941 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS AL-GHADIR MISSILE COMMAND).

L D S COMPUTER SYSTEMS TRADING LLC, 302-038 Dubai Investment Park First, Dubai, United Arab Emirates; License 1078686 (United Arab Emirates) [RUSSIA-EO14024].

L. INMO INMOBILIARIA (a.k.a. L-INMO, S.A. DE C.V.; a.k.a. L-INMO, SOCIEDAD ANONIMA DE CAPITAL VARIABLE), Distrito Federal, Mexico; Carretera Tepic-Aguamilpa Sin Numero, Fraccion de la Parcela 75 Z-2 P1/1 del ejido de La Cantera, clave catastral 1-7-D21-D3-6215, Tepic, Nayarit, Mexico; Carretera Tepic-Aguamilpa Sin Numero, Fraccion de la Parcela 75 Z-2 P1/1 del ejido de La Cantera, clave catastral 1-7-D21-D3-6218, Tepic, Nayarit, Mexico; R.F.C. LIN1412111Q0 (Mexico) [GLOMAG].

L.D. LANDAU INSTITUTE FOR THEORETICAL PHYSICS OF RUSSIAN ACADEMY OF SCIENCES, Akademika Semenova av., 1A, Chernogolovka, Moscow Region 142432, Russia; Tax ID No. 5031002141 (Russia); Registration Number 1035006108895 (Russia) [RUSSIA-EO14024].

LA CAMELIA RESTAURANTE & CANTINA (a.k.a. CAMELIAS BAR; a.k.a. CAMELIAS BAR, S.A. DE C.V.; a.k.a. RESTAURANTE BAR LA CAMELIA; a.k.a. "LA CAMELIA"), Guadalajara, Jalisco, Mexico; Av. Chapalita 50, Guadalajara, Jalisco, Mexico; Lazaro Cardenas 2729 y Arboledas, Guadalajara, Jalisco, Mexico; Mariano Otero 1499, Col. Verde Valle, Guadalajara, Jalisco, Mexico; Folio Mercantil No. 26075 (Jalisco) (Mexico) [SDNTK].

LA COMPANIA GENERAL DE NIQUEL (a.k.a. GENERAL NICKEL SA), Cuba [CUBA].

LA COMPANIA TIENDAS UNIVERSO S.A. (a.k.a. WWW.CUBA-SHOP.NET) [CUBA].

LA CROSSE GROUP INC, Vanterpool Plaza, 2nd Floor, Wickhams Cay 1, Road Town, Tortola, Virgin Islands, British; Registration ID 268379 (Virgin Islands, British) [SDNTK].

LA EMPRESA CUBANA DE FLETES (a.k.a. CUBAN FREIGHT ENTERPRISE; a.k.a. CUFLET), Pyongyang, Korea, North; Moscow, Russia; Barcelona, Spain; Rostock, Germany; Genoa, Italy; Syczecin, Poland; Rotterdam,

Netherlands; Mexico; Buenos Aires, Argentina; Montreal, Canada; Varna, Bulgaria [CUBA].

LA FAMILIA MICHOACANA, Michoacan, Mexico; Guerrero, Mexico [SDNTK] [ILLICIT-DRUGS-EO14059].

LA FERME KITOKO FOOD (a.k.a. KITOKO FOOD FARM; a.k.a. KITOKOFOOD, SPRL; a.k.a. "KITOKO"), 70 Avenue Batetela, Immeuble Tilapia, 5e etage, Gombe, Kinshasa, Congo, Democratic Republic of the; Along the N'sele River 50km (30 miles) outside Kinshasa, Congo, Democratic Republic of the [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED).

LA FIRMA MIRANDA, S.A. DE C.V., Guadalajara, Jalisco, Mexico; Folio Mercantil No. 47864 (Mexico); alt. Folio Mercantil No. 65256 (Mexico) [SDNTK].

LA FLORIDA INVESTMENTS GROUP LLC, Sunny Isles, FL, United States; Registration ID L12000070773 (United States) [SDNTK].

LA FONDATION FAMILLE GERTLER (a.k.a. GERTLER FAMILY FOUNDATION), Congo, Democratic Republic of the [GLOMAG] (Linked To: GERTLER, Dan).

LA FRONTERA PUERTA GALVEZ LTDA. (a.k.a. LA FRONTERA UNION GALVEZ Y CIA S EN C), Carrera 30 No. 90-82, Bogota, Colombia; NIT # 800050795-2 (Colombia) [SDNT].

LA FRONTERA UNION GALVEZ Y CIA S EN C (f.k.a. LA FRONTERA PUERTA GALVEZ LTDA.), Carrera 30 No. 90-82, Bogota, Colombia; NIT # 800050795-2 (Colombia) [SDNT].

LA GRAN VIA ZONA LIBRE, S.A., Panama; RUC # 26025-152-221903 (Panama); alt. RUC # 26025-152-221909 (Panama) [SDNTK].

LA HACIENDA (USA), LLC, Miami, FL, United States; US FEIN 650964520 (United States); Business Registration Document # L99000003231 (United States) [SDNTK].

LA HACIENDA DE TIJUANA, S. DE R.L. DE C.V. (a.k.a. COCINA ANTIGUA, S. DE R.L. DE C.V.; a.k.a. HACIENDA CIEN ANOS DE TIJUANA, S. DE R.L. DE C.V.), Blvd. Sanchez Taboada S/N, No. 10451, Zona Rio, Fte. de Saverios e Arreola y cion accesso, Tijuana, Baja California, Mexico; Calle Jose Maria Velazco No. 1407, Colonia Zona Rio, Baja California, Mexico; Sanchez Taboada 10451, Rio Tijuana, Arreola y Cjon de Acceso Frente a Saveri, Tijuana, Baja California, Mexico; R.F.C. HTI010702GR7 (Mexico); alt. R.F.C. CAN010702DF8 (Mexico) [SDNTK].

LA KUORA TERRAZA (a.k.a. INKUORTYN FIVE SRL; a.k.a. LA TERRAZA DE LA KUORA; a.k.a. "LA KUORA"), Calle La Guardia No. 25, Villa Consuelo, Santo Domingo, Dominican Republic; Tax ID No. 131-45973-2 (Dominican Republic) [SDNTK].

LA NUEVA FAMILIA MICHOACANA (a.k.a. "LNFM"), Guerrero, Mexico; Michoacan, Mexico; Target Type Criminal Organization [ILLICIT-DRUGS-EO14059].

LA NUEVA MARQUETALIA (a.k.a. NEW MARQUETALIA; a.k.a. SECOND MARQUETALIA; a.k.a. SEGUNDA MARQUETALIA; a.k.a. "ARMED ORGANIZED RESIDUAL GROUP SEGUNDA MARQUETALIA"; a.k.a. "FARC DISSIDENTS SEGUNDA MARQUETALIA"; a.k.a. "FARC-D SEGUNDA MARQUETALIA"; a.k.a. "GAO-R SEGUNDA MARQUETALIA"; a.k.a. "GRUPO ARMADO ORGANIZADO RESIDUAL SEGUNDA MARQUETALIA"; a.k.a. "RESIDUAL ORGANIZED ARMED GROUP SEGUNDA MARQUETALIA"; a.k.a. "REVOLUTIONARY ARMED FORCES OF COLOMBIA DISSIDENTS SEGUNDA MARQUETALIA"), Colombia; Venezuela [FTO] [SDGT].

LA OFICINA DE ENVIGADO, Medellin, Colombia [SDNTK].

LA RIVIERA (a.k.a. GRUPO WISA, S.A.), Calle 15 entre Avenida Santa Isabel y Avenida Roosevelt, Zona Libre de Colon, Colon, Panama; Torre Generali, Piso 11 y 12, Calle 54 Este y Avenida Samuel Lewis, Panama, Panama; Colombia; Guatemala; Belize; Costa Rica; El Salvador; Mexico; Bolivia; Honduras; Nicaragua; Uruguay; RUC # 645451-1-458900 (Panama) [SDNTK].

LA RIVIERA, PANAMA, S.A., Panama; RUC # 556399-1-444264 (Panama) [SDNTK].

LA TASAJERA DE FUENTE DE ORO, Km. 1 Fuente de Oro Via Granada, Fuente de Oro, Meta, Colombia; Matricula Mercantil No 00118073 (Colombia) [SDNTK].

LA TERRAZA DE LA KUORA (a.k.a. INKUORTYN FIVE SRL; a.k.a. LA KUORA TERRAZA; a.k.a. "LA KUORA"), Calle La Guardia No. 25, Villa Consuelo, Santo Domingo, Dominican Republic; Tax ID No. 131-45973-2 (Dominican Republic) [SDNTK].

LA TIENDA DE MINGO, Calle 5 D No. 6 125, Medellin, Colombia; Matricula Mercantil No 16218702 (Medellin) [SDNTK].

LA TIJERA PARQUE INDUSTRIAL (a.k.a. GRUPO IMPERGOZA, S.A. DE C.V.; a.k.a. PROVENZA CENTER), Av. Adolfo Lopez Mateos No. 5565, Col. Santa Anita, Tlajomulco de Zuniga, Jalisco C.P. 46645, Mexico; Av. Camino A La Tijera No. 806, Col. La Tijera, Tlajomulco de Zuniga, Jalisco C.P. 45645, Mexico; R.F.C. GIM-081015-SIA (Mexico) [SDNTK].

LA VITALICIA (a.k.a. SEGUROS LA VITALICIA C.A.), Caracas, Venezuela; National ID No. J310205361 (Venezuela) [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

LAABOUDI, Morad (a.k.a. LAABOUDI, Mourad; a.k.a. "ABU ISMAIL"; a.k.a. "AL-MAGHRIBI, Abu Ismail"; a.k.a. "AL-MAGRABI, Abu Isma'il"); DOB 26 Feb 1993; citizen Morocco; Passport UZ6430184 (Morocco); National ID No. CD595054 (Morocco) (individual) [SDGT].

LAABOUDI, Mourad (a.k.a. LAABOUDI, Morad; a.k.a. "ABU ISMAIL"; a.k.a. "AL-MAGHRIBI, Abu Ismail"; a.k.a. "AL-MAGRABI, Abu Isma'il"); DOB 26 Feb 1993; citizen Morocco; Passport UZ6430184 (Morocco); National ID No. CD595054 (Morocco) (individual) [SDGT].

LAAGOUB, Abdelkader, via Europa, 4 - Paderno Ponchielli, Cremona, Italy; DOB 23 Apr 1966; POB Casablanca, Morocco; nationality Morocco; Italian Fiscal Code LGBBLK66D23Z330U (individual) [SDGT].

LABABIDI, Sa'dallah 'Atif, Syria; DOB 22 Sep 1961; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

LABELLA, Omar (a.k.a. DE LAVILLA, Mike; a.k.a. LAVILLA, Mile D.; a.k.a. LAVILLA, Omar; a.k.a. LAVILLA, Ramo; a.k.a. LAVILLA, Reuben; a.k.a. LAVILLA, Reuben Omar; a.k.a. LAVILLA, Reymund; a.k.a. LAVILLA, Ruben Pestano, Jr.; a.k.a. LOBILLA, Shaykh Omar; a.k.a. MUDDARIS, Abdullah; a.k.a. SHARIEF, Ahmad Omar), 10th Avenue, Caloocan City, Manila, Philippines; Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; DOB 04 Oct 1972; POB Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; nationality Philippines (individual) [SDGT].

LABICO SAL (OFF SHORE) (a.k.a. LABICO SAL OFFSHORE), Bou Ghannam Building, Azhar Street, Kobbe Doha, Aramoun, Aaley, Lebanon; Labico Building, Azhar Street, Aramoun, Aaley, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: ZEAITER, Ali).

LABICO SAL OFFSHORE (a.k.a. LABICO SAL (OFF SHORE)), Bou Ghannam Building, Azhar Street, Kobbe Doha, Aramoun, Aaley, Lebanon; Labico Building, Azhar Street, Aramoun, Aaley, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: ZEAITER, Ali).

LABIN, Romain (a.k.a. LABIN, Roman Viktorovich), Moscow, Russia; Avenue Dolez 243, Uccle 1180, Belgium; DOB 17 Jul 1984; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114. (individual) [RUSSIA-EO14024].

LABIN, Roman Viktorovich (a.k.a. LABIN, Romain), Moscow, Russia; Avenue Dolez 243, Uccle 1180, Belgium; DOB 17 Jul 1984; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114. (individual) [RUSSIA-EO14024].

LABIN, Ruslan Viktorovich, Avenue Dolez 243, Uccle 1180, Belgium; Russia; DOB 28 Dec 1988; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 773576249965 (Russia) (individual) [RUSSIA-EO14024].

LABIN, Victor Guennadievitch (a.k.a. LABIN, Viktor Gennadevich), Avenue Winston Churchill 59 B.11, Brussels 1180, Belgium; Avenue Dolez 243, Uccle 1180, Belgium; DOB 11 Mar 1961; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; National ID No. 4508527239 (Russia) (individual) [RUSSIA-EO14024].

LABIN, Viktor Gennadevich (a.k.a. LABIN, Victor Guennadievich), Avenue Winston Churchill 59 B.11, Brussels 1180, Belgium; Avenue Dolez 243, Uccle 1180, Belgium; DOB 11 Mar 1961; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; National ID No. 4508527239 (Russia) (individual) [RUSSIA-EO14024].

LABOLA, Ali Mohammed (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLO, Ali Mohammed; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "Caesar"; a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

LABOLO, Ali Mohammad (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLA, Ali Mohammed; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "Caesar"; a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

LABORATORIOS WILLMAR, S.A. DE C.V., Calle Esteban Loera 481, Colonia Beatriz Hernandez, Guadalajara, Jalisco 44760, Mexico; Calle Esteban Loera No. 481, Colonia Zona Obrera, Guadalajara, Jalisco 44760, Mexico; Los Placeres No. 1030, Colonia Chapalita, Guadalajara, Jalisco 44100, Mexico; R.F.C. LW1760923BT6 (Mexico) [SDNTK].

LABORIN ARCHULETA, Clara Elena, Mexico; DOB 19 Feb 1964; POB Agua Prieta, Sonora, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. LAAC640219MSRBRL06 (Mexico) (individual) [SDNTK].

LABRA AVILES, Jesus Abraham (a.k.a. AVILES, Jesus Labra; a.k.a. "CHUY LABRA"); DOB 1945; nationality Mexico (individual) [SDNTK].

LABSAINTIFIK, Mkr Yubileinyi, Ul. Komitetskaya D. 7A, Pomeshch. 08, Office 7, Korolev 141090, Russia; Tax ID No. 5018203360 (Russia); Registration Number 1205000019510 (Russia) [RUSSIA-EO14024].

LACAVA EVANGELISTA, Rafael (a.k.a. LACAVA EVANGELISTA, Rafael Alejandro; a.k.a. LACAVA, Rafael), Carabobo, Venezuela; DOB 03 Sep 1968; Gender Male; Cedula No. 8611651 (Venezuela) (individual) [VENEZUELA].

LACAVA EVANGELISTA, Rafael Alejandro (a.k.a. LACAVA EVANGELISTA, Rafael; a.k.a. LACAVA, Rafael), Carabobo, Venezuela; DOB 03 Sep 1968; Gender Male; Cedula No. 8611651 (Venezuela) (individual) [VENEZUELA].

LACAVA, Rafael (a.k.a. LACAVA EVANGELISTA, Rafael; a.k.a. LACAVA EVANGELISTA, Rafael Alejandro), Carabobo, Venezuela; DOB 03 Sep 1968; Gender Male; Cedula No. 8611651 (Venezuela) (individual) [VENEZUELA].

LACNO S.R.O., Cintorinska 9, Bratislava 81108, Slovakia; D-U-N-S Number 361680273; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; V.A.T. Number SK2024170423 (Slovakia) [CYBER2] (Linked To: DIVETECHNOSERVICES).

LADINO AVILA, Jaime Arturo (a.k.a. COLOSIO, Vincente; a.k.a. CONTRERAS, Miguel Angel; a.k.a. "EL OJON"; a.k.a. "FAYO"), c/o GRUPO ROLA S.A. DE C.V., Colima, Colima, Mexico; Calle Jesus Ponce 1083, Colonia Jardin Vista Hermosa, Colima, Colima, Mexico; DOB 24 Jul 1964; alt. DOB 26 Aug 1962; alt. DOB 13 Nov 1964; nationality Mexico; citizen Mexico; R.F.C. LAAJ640724 (Mexico); C.U.R.P. LAAJ640724HCMDVM07 (Mexico) (individual) [SDNTK].

LADOGA MENEDZHMENT, OOO (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU LADOGA MENEDZHMENT; a.k.a. OOO LADOGA MANAGEMENT), 10, naberezhnaya Presnenskaya, Moscow 123317, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1147748143971; Tax ID No. 7729442761; Government Gazette Number 29437172 [UKRAINE-EO13662] (Linked To: SHAMALOV, Kirill Nikolaevich).

LADOGA OOO, Ul. Vyatskaya D. 49, Str. 15, Kom. 10A, Moscow 127015, Russia; Organization Established Date 21 Jun 2016;

Organization Type: Short term accommodation activities; Tax ID No. 7743160455; Registration Number 1167746583740 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MOSCOW INDUSTRIAL BANK).

LADOGA SHIPPING COMPANY LIMITED LIABILITY COMPANY (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU SUDOKHODNAIA KOMPANIIA LADOGA; a.k.a. OOO SK LADOGA), Office 18, ulitsa Kirova 1, Astrakhan 414000, Russia; 3 Gogol St., building 2, letter A, room 55, Astrakhan 414024, Russia; Tax ID No. 3016048892 (Russia); Identification Number IMO 5252029; Registration Number 1063016028877 (Russia) [RUSSIA-EO14024].

LADRILLERA LA CANDELARIA LTDA., Avenida 6 Norte No. 17N-92, of. 514, Cali, Colombia; Correg. Buchitolo, Vereda Tres Esquinas, Candelaria, Colombia; NIT # 800119741-4 (Colombia) [SDNT].

LAGGAR PRO, OOO (Cyrillic: ООО ЛАГГАР ПРО) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU LAGGAR PRO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛАГГАР ПРО)), ul. Ovarazhnaya, Str. 190B, Pomeshch. 19, Afonino, Nizhni Novgorod Oblast 607680, Russia (Cyrillic: УЛИЦА ОВРАЖНАЯ, ДОМ 190Б, ПОМЕЩЕНИЕ 19, АФОНИНО, ОБЛАСТЬ НИЖЕГОРОДСКАЯ 607680, Russia); Organization Established Date 15 Jun 2018; Tax ID No. 5250070144 (Russia); Government Gazette Number 29336583 (Russia); Business Registration Number 1185275034218 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY IZHEVSK ELECTROMECHANICAL PLANT KUPOL).

LAGUNA MAR INTERNACIONAL, S.A., Panama; RUC # 212214-1-397111 (Panama) [SDNTK].

LAHBOUS, Mohamed (a.k.a. ENNOUINI, Mohamed), Algeria; Mali; DOB 1978; nationality Mali (individual) [SDGT].

LAHIC ENERGY MAHDUD MASULIYYATLI CAMIYYATI, Qizil Sharq Harbi Shahar, Baku AZ1065, Azerbaijan; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 29 Oct 2019; Tax ID No. 1306384861 (Azerbaijan) [RUSSIA-EO14024].

LAHORE JAN SHANWARI EXCHANGE (a.k.a. ALI SHER SHINWARY LTD.; a.k.a. HAJI LAL MOHAMMAD MONEY SERVICE PROVIDER), Lahore Jan Shanwari Exchange, Ghulam Dastager Market, Shop Numbers 18-19, First Floor, Chowk Talashi, Jalalabad, Afghanistan; Ali Sher Shinwary Ltd., Second Floor, Shahzada Market, Kabul, Afghanistan; Shop No. 13, Second Floor, Sarai, Shahzada, Kabul, Afghanistan; Afghan Money Service Provider License Number 093 (Afghanistan) [SDNTK].

LAI, Leonard (a.k.a. LAI, Yong Chian); DOB 16 Jun 1958; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport E3251534E (Singapore) expires 20 Mar 2018 (individual) [DPRK].

LAI, Yong Chian (a.k.a. LAI, Leonard); DOB 16 Jun 1958; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport E3251534E (Singapore) expires 20 Mar 2018 (individual) [DPRK].

LAIFINVEST OOO (a.k.a. LIMITED LIABILITY COMPANY LAIFINVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛАЙФИНВЕСТ)), Room 416, Floor 24, Section I, Building 10, Testovskaya Street, Moscow 123112, Russia; Tax ID No. 7703427737 (Russia); Registration Number 1177746506046 (Russia) [RUSSIA-EO14024] (Linked To: KHRISTENKO, Viktor Borisovich).

LAJNA ALDAWA ALISALMIAH (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait [SDGT].

LAJNA ALDAWA ALISLAMIA (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT

AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait [SDGT].

LAJNA ALDAWA ALISLAMIYA (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait [SDGT].

LAJNA AL-IGHATHA AL-FILISTINI (a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE; a.k.a. "ASP"), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, Geneva CH-1201, Switzerland; Gartnerstrasse 55, Basel CH-4109, Switzerland; Postfach 406, Basel CH-4109, Switzerland [SDGT].

LAJNAT AL DAAWA AL ISLAMIYA (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait [SDGT].

LAJNAT AL DAAWA AL ISLAMIYYA (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait [SDGT].

LAJNAT AL DAWA (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL DAAWA AL

ISLAMIYYA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait [SDGT].

LAJNAT AL DAWA AL ISLAMIA (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait [SDGT].

LAJNAT AL D'AWA AL ISLAMIAK (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait [SDGT].

LAJNAT ALDAWA AL ISLAMIAH (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait [SDGT].

LAJNAT ALDAWA ALISLAMIA (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT AL D'AWA AL ISLAMIAH), Kuwait [SDGT].

LAJNAT AL-IHYA AL-TURATH AL-ISLAMI (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a.

IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia;

Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

LAJNAT IHYA AL-TURATH AL-ISLAMI (a.k.a. ADMINISTRATION OF THE REVIVAL OF ISLAMIC HERITAGE SOCIETY COMMITTEE; a.k.a. CCFW; a.k.a. CENTER OF CALL FOR WISDOM; a.k.a. COMMITTEE FOR EUROPE AND THE AMERICAS; a.k.a. DORA E MIRESISE; a.k.a. GENERAL KUWAIT COMMITTEE; a.k.a. HAND OF MERCY; a.k.a. IHRS; a.k.a. IHYA TURAS AL-ISLAMI; a.k.a. IJHA TURATH AL-ISLAMI; a.k.a. ISLAMIC HERITAGE RESTORATION SOCIETY; a.k.a. ISLAMIC HERITAGE REVIVAL PARTY; a.k.a. JAMA'AH IHYA AL-TURAZ AL-ISLAMI; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMI'AH AL-HIYA AL-TURATH AL ISLAMIYAH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMI'AT IHY'A AL-TIRATH AL-ISLAMIA; a.k.a. JAMIATUL IHYA UL TURATH; a.k.a. JAMIATUL-YAHYA UT TURAZ; a.k.a. JAM'IYAT IHYA' AL-TURATH AL-ISLAMI; a.k.a. JAMIYAT IKHYA AT-TURAZ AL-ISLAMI, SOCIETY OF THE REBIRTH OF THE ISLAMIC PEOPLE; a.k.a. JOMIATUL EHYA-UT TURAJ; a.k.a. JOMIYATU-EHYA-UT TURAS AL ISLAMI; a.k.a. KJRC-BOSNIA AND HERZEGOVINA; a.k.a. KUWAIT GENERAL COMMITTEE FOR AID; a.k.a. KUWAITI HERITAGE; a.k.a. KUWAITI JOINT RELIEF COMMITTEE, BOSNIA AND HERZEGOVINA; a.k.a. LAJNAT AL-IHYA AL-TURATH AL-ISLAMI; a.k.a. NARA WELFARE AND EDUCATION ASSOCIATION; a.k.a. NGO TURATH; a.k.a. ORGANIZACIJA PREPORODA ISLAMSKE TRADICIJE KUVAJT; a.k.a. PLANDISTE SCHOOL, BOSNIA AND HERZEGOVINA; a.k.a. REVIVAL OF ISLAMIC HERITAGE FOUNDATION; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT;

a.k.a. RIHF; a.k.a. RIHS; a.k.a. RIHS ADMINISTRATION FOR THE BUILDING OF MOSQUES AND ISLAMIC PROJECTS; a.k.a. RIHS ADMINISTRATION FOR THE COMMITTEES OF ALMSGIVING; a.k.a. RIHS AFRICAN CONTINENT COMMITTEE; a.k.a. RIHS ARAB WORLD COMMITTEE; a.k.a. RIHS AUDIO RECORDINGS COMMITTEE; a.k.a. RIHS CAMBODIA-KUWAIT ORPHANAGE CENTER; a.k.a. RIHS CENTER FOR MANUSCRIPTS COMMITTEE; a.k.a. RIHS CENTRAL ASIA COMMITTEE; a.k.a. RIHS CHAOM CHAU CENTER; a.k.a. RIHS COMMITTEE FOR AFRICA; a.k.a. RIHS COMMITTEE FOR ALMSGIVING AND CHARITIES; a.k.a. RIHS COMMITTEE FOR INDIA; a.k.a. RIHS COMMITTEE FOR SOUTH EAST ASIA; a.k.a. RIHS COMMITTEE FOR THE ARAB WORLD; a.k.a. RIHS COMMITTEE FOR THE CALL AND GUIDANCE; a.k.a. RIHS COMMITTEE FOR WEST ASIA; a.k.a. RIHS COMMITTEE FOR WOMEN; a.k.a. RIHS COMMITTEE FOR WOMEN, ADMINISTRATION FOR THE BUILDING OF MOSQUES; a.k.a. RIHS CULTURAL COMMITTEE; a.k.a. RIHS EDUCATING COMMITTEES, AL-JAHRA'; a.k.a. RIHS EUROPE AMERICA MUSLIMS COMMITTEE; a.k.a. RIHS EUROPE AND THE AMERICAS COMMITTEE; a.k.a. RIHS FATWAS COMMITTEE; a.k.a. RIHS GENERAL COMMITTEE FOR DONATIONS; a.k.a. RIHS HEADQUARTERS-KUWAIT; a.k.a. RIHS INDIAN CONTINENT COMMITTEE; a.k.a. RIHS INDIAN SUBCONTINENT COMMITTEE; a.k.a. RIHS MOSQUES COMMITTEE; a.k.a. RIHS OFFICE OF PRINTING AND PUBLISHING; a.k.a. RIHS PRINCIPLE COMMITTEE FOR THE CENTER FOR PRESERVATION OF THE HOLY QU'ARAN; a.k.a. RIHS PROJECT OF ASSIGNING PREACHERS COMMITTEE; a.k.a. RIHS PUBLIC RELATIONS COMMITTEE; a.k.a. RIHS SCIENTIFIC COMMITTEE-BRANCH OF SABAH AL-NASIR; a.k.a. RIHS SOUTHEAST ASIA COMMITTEE; a.k.a. RIHS TWO AMERICAS AND EUROPEAN MUSLIM COMMITTEE; a.k.a. RIHS WOMEN'S BRANCH FOR THE PROJECT OF ENDOWMENT; a.k.a. RIHS YOUTH CENTER COMMITTEE; a.k.a. RIHS-ALBANIA; a.k.a. RIHS-AZERBAIJAN; a.k.a. RIHS-BANGLADESH; a.k.a. RIHS-BENIN; a.k.a. RIHS-BOSNIA AND HERZEGOVINA; a.k.a. RIHS-CAMBODIA; a.k.a. RIHS-CAMEROON; a.k.a. RIHS-GHANA; a.k.a. RIHS-IVORY COAST; a.k.a. RIHS-KOSOVO; a.k.a. RIHS-LEBANON; a.k.a. RIHS-LIBERIA; a.k.a. RIHS-NIGERIA; a.k.a. RIHS-RUSSIA; a.k.a. RIHS-SENEGAL; a.k.a. RIHS-SOMALIA; a.k.a. RIHS-TANZANIA; a.k.a. SOCIETY FOR THE REVIVAL OF ISLAMIC HERITAGE; a.k.a. THE KUWAIT-CAMBODIA ISLAMIC CULTURAL TRAINING CENTER; a.k.a. THE KUWAITI-CAMBODIAN ORPHANAGE CENTER; a.k.a. THIRRJA PER UTESI), Part 5, Qurtaba, P.O. Box 5585, Safat, Kuwait; House #40, Lake Drive Road, Sector #7, Uttara, Dhaka, Bangladesh; Number 28 Mula Mustafe Baseskije Street, Sarajevo, Bosnia and Herzegovina; Number 2 Plandiste Street, Sarajevo, Bosnia and Herzegovina; M.M. Baseskije Street, No. 28p, Sarajevo, Bosnia and Herzegovina; Number 6 Donji Hotonj Street, Sarajevo, Bosnia and Herzegovina; RIHS Office, Ilidza, Bosnia and Herzegovina; RIHS Alija House, Ilidza, Bosnia and Herzegovina; RIHS Office, Tirana, Albania; RIHS Office, Pristina, Kosovo; Tripoli, Lebanon; City of Sidon, Lebanon; Dangkor District, Phnom Penh, Cambodia; Kismayo, Somalia; Kaneshi Quarter of Accra, Ghana; Al-Andalus, Kuwait; Al-Jahra', Kuwait; Al-Qurayn, Kuwait; Sabah Al-Nasir, Kuwait; Qurtubah, Kuwait; Hadiyah, Kuwait; Al-Qadisiyah, Kuwait; Al-Fayha', Kuwait; Al-Riqah, Kuwait; Al-Firdaws, Kuwait; Khitan, Kuwait; Al-Sabahiyah, Kuwait; Jalib Al-Shiyukh, Kuwait; Bayan Wa Mashrif, Kuwait; Sabah Al-Salim, Kuwait; Al-Rumaythiyah, Kuwait; Al-Salimiyah, Kuwait; Al-Aridiyah, Kuwait; Al-Khalidiya, Kuwait; Al-Dhahr, Kuwait; Al-Rawdah, Kuwait; Al-Shamiyah Wa Al-Shuwaykh, Kuwait; Al-Amiriyah, Kuwait; Al-Nuzhah, Kuwait; Kifan, Kuwait; Website www.alturath.org. Revival of Islamic Heritage Society Offices Worldwide. [SDGT].

LAJNAT UL MASA EIDATUL AFGHANIA (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNATUL FURQAN; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

LAJNATUL FURQAN (a.k.a. AFGHAN SUPPORT COMMITTEE; a.k.a. AHIYAHU TURUS; a.k.a. AHYA UL TURAS; a.k.a. AHYA UTRAS; a.k.a. AL FORQAN CHARITY; a.k.a. AL-FORQAN AL-KHAIRYA; a.k.a. AL-FURQAN AL-KHARIYA; a.k.a. AL-FURQAN CHARITABLE FOUNDATION; a.k.a. AL-FURQAN FOUNDATION WELFARE TRUST; a.k.a. AL-FURQAN KHARIA; a.k.a. AL-FURQAN UL KHAIRA; a.k.a. AL-FURQAN WELFARE FOUNDATION; a.k.a. AL-TURAZ ORGANIZATION; a.k.a. AL-TURAZ TRUST; a.k.a. EAST AND WEST ENTERPRISES; a.k.a. FORKHAN RELIEF ORGANIZATION; a.k.a. HAYAT UR RAS AL-FURQAN; a.k.a. HAYATURAS; a.k.a. HAYATUTRAS; a.k.a. HIYAT ORAZ AL ISLAMIYA; a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT AL-HAYA AL-SARAT; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. JAMITO AHIA TORAS AL-ISLAMI; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA; a.k.a. ORGANIZATION FOR PEACE AND DEVELOPMENT PAKISTAN; a.k.a. RAIES KHILQATUL QURANIA

FOUNDATION OF PAKISTAN; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT; a.k.a. "AL MOSUSTA FURQAN"; a.k.a. "AL-FORKAN"; a.k.a. "AL-FURKAN"; a.k.a. "AL-MOSASATUL FURQAN"; a.k.a. "ASC"; a.k.a. "HITRAS"; a.k.a. "JAMIAT AL-FURQAN"; a.k.a. "MOASSESA AL-FURQAN"; a.k.a. "MOSASA-TUL-FORQAN"; a.k.a. "RIHS"; a.k.a. "SOCIAL DEVELOPMENT FOUNDATION"), House Number 56, E. Canal Road, University Town, Peshawar, Pakistan; Afghanistan; Near old Badar Hospital in University Town, Peshawar, Pakistan; Chinar Road, University Town, Peshawar, Pakistan; 218 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan; 216 Khyber View Plaza, Jamrud Road, Peshawar, Pakistan [SDGT].

LAKHTA INTERNET RESEARCH (a.k.a. AZIMUT LLC; a.k.a. GLAVSET LLC; a.k.a. GLAVSET, OOO; a.k.a. INTERNET RESEARCH AGENCY LLC; a.k.a. MEDIASINTEZ LLC; a.k.a. MEDIASINTEZ, OOO; a.k.a. MIXINFO LLC; a.k.a. NOVINFO LLC; a.k.a. NOVINFO, OOO), 55 Savushkina Street, St. Petersburg, Russia; d. 4 korp. 3 litera A pom. 9-N, ofis 238, ul. Optikov, St. Petersburg, Russia; d. 4 litera B pom. 22-N, ul. Starobelskaya, St. Petersburg, Russia; d. 79 litera A pom 1-N, ul. Planernaya, St. Petersburg, Russia; 4 Optikov Street, Building 3, St. Petersburg, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 [CYBER2] [ELECTION-EO13848].

LAKHTA PARK PREMIUM, OOO (Cyrillic: ЛАХТА ПАРК ПРЕМИУМ), St. Petersburg, Russia; Tax ID No. 7810764381 (Russia) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Pavel Evgenyevich).

LAKHTA PARK, OOO (Cyrillic: ЛАХТА ПАРК), Pargolovo, Russia; Tax ID No. 7807381808 (Russia) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Pavel Evgenyevich).

LAKHTA PLAZA, OOO (Cyrillic: ЛАХТА ПЛАЗА), St. Petersburg, Russia; Tax ID No. 7801634178 (Russia) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Pavel Evgenyevich).

LAKHVI, Zaki-ur-Rehman (a.k.a. ARSHAD, Abu Waheed Irshad Ahmad; a.k.a. LAKVI, Zaki Ur-Rehman; a.k.a. LAKVI, Zakir Rehman; a.k.a. REHMAN, Zakir; a.k.a. UR-REHMAN, Zaki; a.k.a. "CHACHAJEE"), Barahkoh, P.O. DO, Tehsil and District Islamabad, Pakistan; Chak

No. 18/IL, Rinala Khurd, Tehsil Rinala Khurd, District Okara, Pakistan; DOB 30 Dec 1960; POB Okara, Pakistan; nationality Pakistan; Passport AC8342321 (Pakistan) issued 22 Aug 2007 expires 20 Aug 2012; alt. Passport Booklet A4827048 (Pakistan); National ID No. 61101-9618232-1 (Pakistan); alt. National ID No. 33960047268 (Pakistan) (individual) [SDGT].

LAKOKRASKA OAO (a.k.a. LAKOKRASKA OPEN JOINT-STOCK COMPANY), 71 Ignatova Street, Grodnenskaya Region, Lida 231300, Belarus; ul. Ignatova, 71, Grodnenskaya oblast, Lida 231300, Belarus [BELARUS].

LAKOKRASKA OPEN JOINT-STOCK COMPANY (a.k.a. LAKOKRASKA OAO), 71 Ignatova Street, Grodnenskaya Region, Lida 231300, Belarus; ul. Ignatova, 71, Grodnenskaya oblast, Lida 231300, Belarus [BELARUS].

LAKVI, Zaki Ur-Rehman (a.k.a. ARSHAD, Abu Waheed Irshad Ahmad; a.k.a. LAKHVI, Zaki-ur-Rehman; a.k.a. LAKVI, Zakir Rehman; a.k.a. REHMAN, Zakir; a.k.a. UR-REHMAN, Zaki; a.k.a. "CHACHAJEE"), Barahkoh, P.O. DO, Tehsil and District Islamabad, Pakistan; Chak No. 18/IL, Rinala Khurd, Tehsil Rinala Khurd, District Okara, Pakistan; DOB 30 Dec 1960; POB Okara, Pakistan; nationality Pakistan; Passport AC8342321 (Pakistan) issued 22 Aug 2007 expires 20 Aug 2012; alt. Passport Booklet A4827048 (Pakistan); National ID No. 61101-9618232-1 (Pakistan); alt. National ID No. 33960047268 (Pakistan) (individual) [SDGT].

LAKVI, Zakir Rehman (a.k.a. ARSHAD, Abu Waheed Irshad Ahmad; a.k.a. LAKHVI, Zaki-ur-Rehman; a.k.a. LAKVI, Zaki Ur-Rehman; a.k.a. REHMAN, Zakir; a.k.a. UR-REHMAN, Zaki; a.k.a. "CHACHAJEE"), Barahkoh, P.O. DO, Tehsil and District Islamabad, Pakistan; Chak No. 18/IL, Rinala Khurd, Tehsil Rinala Khurd, District Okara, Pakistan; DOB 30 Dec 1960; POB Okara, Pakistan; nationality Pakistan; Passport AC8342321 (Pakistan) issued 22 Aug 2007 expires 20 Aug 2012; alt. Passport Booklet A4827048 (Pakistan); National ID No. 61101-9618232-1 (Pakistan); alt. National ID No. 33960047268 (Pakistan) (individual) [SDGT].

LALEH PETROCHEMICAL COMPANY (Arabic: شرکت پتروشیمی لاله), Boulevard Ivanak and Farahzadi Boulevard, Second Phase, No. 18, Tehran, Iran; No. 18, 2nd Alley, 1st Street, Khwarazm Street, Zarafshan Street, Phase 4,

Shahrak-e Gharb, Tehran, Iran; Website www.lapc.ir; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 11 Sep 2002; National ID No. 10102340914 (Iran); Business Registration Number 192133 (Iran) [IRAN-EO13846] (Linked To: MARUN PETROCHEMICAL COMPANY).

LALOBO, Ali (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLA, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali Bashir; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "Caesar"; a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

LALOBO, Ali Bashir (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLA, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Mohammed; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "Caesar"; a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

LALOBO, Ali Mohammed (a.k.a. BASHIR, Ali Lalobo; a.k.a. KAPERE, Otim; a.k.a. KONY, Ali; a.k.a. KONY, Ali Mohammed; a.k.a. LABOLA, Ali Mohammed; a.k.a. LABOLO, Ali Mohammad; a.k.a. LALOBO, Ali; a.k.a. LALOBO, Ali Bashir; a.k.a. SALONGO, Ali Mohammed; a.k.a. "1-P"; a.k.a. "Bashir"; a.k.a. "Caesar"; a.k.a. "MOHAMMED, Ali"; a.k.a. "One-P"), Kafia Kingi; DOB 1994; alt. DOB 1995; alt. DOB 1993; alt. DOB 1992 (individual) [CAR] (Linked To: KONY, Joseph; Linked To: LORD'S RESISTANCE ARMY).

LALOVIC, Dragan (a.k.a. "MATE"); DOB 14 Jun 1953; POB Vlaholje, nr Kalinovik, Bosnia-Herzegovina (individual) [BALKANS].

LAM CHENG, Carrie Yuet-ngor (a.k.a. LAM CHENG, Yuet-ngor (Chinese Simplified: 林郑月娥; Chinese Traditional: 林鄭月娥); a.k.a. LAM, Carrie), Victoria House, No. 15 Barker Road, The Peak, Hong Kong; DOB 13 May 1957; POB Hong Kong; nationality Hong Kong; Gender Female; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport

KJ0505670 (Hong Kong) issued 13 Apr 2016 expires 13 Apr 2026; National ID No. D3356664 (Hong Kong); Chief Executive of the Hong Kong Special Administrative Region (individual) [HK-EO13936].

LAM CHENG, Yuet-ngor (Chinese Simplified: 林郑月娥; Chinese Traditional: 林鄭月娥) (a.k.a. LAM CHENG, Carrie Yuet-ngor; a.k.a. LAM, Carrie), Victoria House, No. 15 Barker Road, The Peak, Hong Kong; DOB 13 May 1957; POB Hong Kong; nationality Hong Kong; Gender Female; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport KJ0505670 (Hong Kong) issued 13 Apr 2016 expires 13 Apr 2026; National ID No. D3356664 (Hong Kong); Chief Executive of the Hong Kong Special Administrative Region (individual) [HK-EO13936].

LAM, Carrie (a.k.a. LAM CHENG, Carrie Yuet-ngor; a.k.a. LAM CHENG, Yuet-ngor (Chinese Simplified: 林郑月娥; Chinese Traditional: 林鄭月娥)), Victoria House, No. 15 Barker Road, The Peak, Hong Kong; DOB 13 May 1957; POB Hong Kong; nationality Hong Kong; Gender Female; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport KJ0505670 (Hong Kong) issued 13 Apr 2016 expires 13 Apr 2026; National ID No. D3356664 (Hong Kong); Chief Executive of the Hong Kong Special Administrative Region (individual) [HK-EO13936].

LAM, John Top (a.k.a. TUT, John Top Lam), Nairobi 248-00100, Kenya; DOB 12 Sep 1979; POB Ayod, South Sudan; nationality South Sudan; Gender Male; Passport R00339720 (South Sudan) issued 21 Mar 2016 expires 21 Mar 2021; National ID No. 000119903 (South Sudan) (individual) [GLOMAG].

LAMA FOOD INTERNATIONAL OFF SHORE S.A.L. (a.k.a. LAMA FOODS INTERNATIONAL OFFSHORE S.A.L.; a.k.a. LAMA FOODS INTERNATIONAL S.A.R.L.), Unesco Center, 4th Floor, Office No. 19, Verdun, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 1012499 (Lebanon) [SDGT] (Linked To: AL-AMIN, Muhammad 'Abdallah).

LAMA FOODS INTERNATIONAL OFFSHORE S.A.L. (a.k.a. LAMA FOOD INTERNATIONAL OFF SHORE S.A.L.; a.k.a. LAMA FOODS INTERNATIONAL S.A.R.L.), Unesco Center,

4th Floor, Office No. 19, Verdun, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 1012499 (Lebanon) [SDGT] (Linked To: AL-AMIN, Muhammad 'Abdallah).

LAMA FOODS INTERNATIONAL S.A.R.L. (a.k.a. LAMA FOOD INTERNATIONAL OFF SHORE S.A.L.; a.k.a. LAMA FOODS INTERNATIONAL OFFSHORE S.A.L.), Unesco Center, 4th Floor, Office No. 19, Verdun, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 1012499 (Lebanon) [SDGT] (Linked To: AL-AMIN, Muhammad 'Abdallah).

LAMA FOODS S.A.R.L., Airport Road, Dahieh Area, Cocodi sector, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Commercial Registry Number 1005341 (Lebanon) [SDGT] (Linked To: AL-AMIN, Muhammad 'Abdallah).

LAMBERT, Joseph, Haiti; DOB 05 Feb 1961; POB Jacmel, Haiti; nationality Haiti; Gender Male (individual) [ILLICIT-DRUGS-EO14059].

LAMEYKIN, Dmitriy Viktorovich (Cyrillic: ЛАМЕЙКИН, Дмитрий Викторович), Russia; DOB 27 Feb 1977; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LANA TV, Beirut, Lebanon [SYRIA] (Linked To: FOZ, Samer).

LAND METICS SARL (a.k.a. LANDMATICS LLC; a.k.a. LANDMATICS SARL), Building 380, Hamra Street, Ras Beirut Sector, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Sep 2011; Business Registration Number 1014202 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

LANDMATICS LLC (a.k.a. LAND METICS SARL; a.k.a. LANDMATICS SARL), Building 380, Hamra Street, Ras Beirut Sector, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Sep 2011; Business Registration Number 1014202 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

LANDMATICS SARL (a.k.a. LAND METICS SARL; a.k.a. LANDMATICS LLC), Building 380, Hamra Street, Ras Beirut Sector, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 07 Sep 2011; Business Registration Number 1014202 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

LANDMETICS OFF SHORE (a.k.a. LANDMETICS SAL OFF-SHORE), Jalloul Property, Hamra Street, Hamra, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Sep 2011; Business Registration Number 1805433 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

LANDMETICS SAL OFF-SHORE (a.k.a. LANDMETICS OFF SHORE), Jalloul Property, Hamra Street, Hamra, Beirut, Lebanon; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 12 Sep 2011; Business Registration Number 1805433 (Lebanon) [SDGT] (Linked To: DIAB, Adel; Linked To: AYAD, Adnan).

LANDTEK DEVELOPERS, 5th Floor, Emerald Tower, G-19, Block-5, Clifton Road, Clifton, Karachi, Pakistan [TCO] (Linked To: KHANANI, Obaid Altaf).

LANG, Jonha (a.k.a. GANGSHAN, Lang), Yuhong District, Shenyang, China; DOB 15 Dec 1978; citizen China; Citizen's Card Number 211226197812154256 (China); Position: T-Rubber Representative; Alt. Position: T-Rubber Sales Manager (individual) [SYRIA] (Linked To: T-RUBBER CO., LTD).

LANIT INCORPORATED, Proezd Murmanskii, D 14, Korp. 1, Moscow 129075, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7727004113 (Russia); Registration Number 1027739031572 (Russia) [RUSSIA-EO14024].

LANTRATOVA, Yana Valeryevna (Cyrillic: ЛАНТРАТОВА, Яна Валерьевна), Russia; DOB 14 Dec 1988; nationality Russia; Gender

Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LAO, Ssu (a.k.a. HATSADIN, Phonsakunphaisan; a.k.a. RUNGRIT, Thianphichet; a.k.a. WANG, Ssu; a.k.a. WANG, Wen Chou; a.k.a. WITTHAYA, Ngamthiralert; a.k.a. "LAO SSU"), Burma; DOB 01 Jan 1960; Passport P403726 (Thailand); National ID No. 3570700443258 (Thailand) (individual) [SDNTK].

LAPO, Anatol (a.k.a. LAPO, Anatol Piatrovich (Cyrillic: ЛАПО, Анатоль Пятровіч); a.k.a. LAPPO, Anatoliy Petrovich (Cyrillic: ЛАППО, Анатолий Петрович); a.k.a. LAPPO, Anatoly), ul. Yana Chechota 26, kv. 63, Minsk, Belarus (Cyrillic: ул. Яна Чечота 26, кв. 63, Минск, Belarus); Community Garden Voskhod-1, 22, Korenevskiy village council, Grodno oblast, Belarus (Cyrillic: сад.тов-во Восход-1, 22, Кореневский с/с, Гродненская обл., Belarus); DOB 24 May 1963; POB Kulakovka village, Belynichsky district, Mahilyow oblast, Belarus; nationality Belarus; Gender Male; National ID No. 3240563K033PB5 (Belarus) (individual) [BELARUS-EO14038].

LAPO, Anatol Piatrovich (Cyrillic: ЛАПО, Анатоль Пятровіч) (a.k.a. LAPO, Anatol; a.k.a. LAPPO, Anatoliy Petrovich (Cyrillic: ЛАППО, Анатолий Петрович); a.k.a. LAPPO, Anatoly), ul. Yana Chechota 26, kv. 63, Minsk, Belarus (Cyrillic: ул. Яна Чечота 26, кв. 63, Минск, Belarus); Community Garden Voskhod-1, 22, Korenevskiy village council, Grodno oblast, Belarus (Cyrillic: сад.тов-во Восход-1, 22, Кореневский с/с, Гродненская обл., Belarus); DOB 24 May 1963; POB Kulakovka village, Belynichsky district, Mahilyow oblast, Belarus; nationality Belarus; Gender Male; National ID No. 3240563K033PB5 (Belarus) (individual) [BELARUS-EO14038].

LAPPO, Anatoliy Petrovich (Cyrillic: ЛАППО, Анатолий Петрович) (a.k.a. LAPO, Anatol; a.k.a. LAPO, Anatol Piatrovich (Cyrillic: ЛАПО, Анатоль Пятровіч); a.k.a. LAPPO, Anatoly), ul. Yana Chechota 26, kv. 63, Minsk, Belarus (Cyrillic: ул. Яна Чечота 26, кв. 63, Минск, Belarus); Community Garden Voskhod-1, 22, Korenevskiy village council, Grodno oblast, Belarus (Cyrillic: сад.тов-во Восход-1, 22, Кореневский с/с, Гродненская обл., Belarus); DOB 24 May 1963; POB Kulakovka village, Belynichsky district, Mahilyow oblast, Belarus; nationality Belarus; Gender Male; National ID No. 3240563K033PB5 (Belarus) (individual) [BELARUS-EO14038].

LAPPO, Anatoly (a.k.a. LAPO, Anatol; a.k.a. LAPO, Anatol Piatrovich (Cyrillic: ЛАПО, Анатоль Пятровіч); a.k.a. LAPPO, Anatoliy Petrovich (Cyrillic: ЛАППО, Анатолий Петрович); a.k.a. LAPPO, Anatoly), ul. Yana Chechota 26, kv. 63, Minsk, Belarus (Cyrillic: ул. Яна Чечота 26, кв. 63, Минск, Belarus); Community Garden Voskhod-1, 22, Korenevskiy village council, Grodno oblast, Belarus (Cyrillic: сад.тов-во Восход-1, 22, Кореневский с/с, Гродненская обл., Belarus); DOB 24 May 1963; POB Kulakovka village, Belynichsky district, Mahilyow oblast, Belarus; nationality Belarus; Gender Male; National ID No. 3240563K033PB5 (Belarus) (individual) [BELARUS-EO14038].

LAPSHOV, Pavel Vladimirovich; DOB 07 Jul 1976; nationality Russia (individual) [MAGNIT].

LAPYR, Uladzimir Iosifavich (Cyrillic: ЛАПЫР, Уладзімір Іосіфавіч) (a.k.a. LAPYR, Uladzimir Iosifavitj; a.k.a. LAPYR, Vladimir Iosifovich; a.k.a. LAPYR, Vladimir Iosifovitj; a.k.a. LAPYR, Vladimir Yosifovich (Cyrillic: ЛАПЫРЬ, Владимир Иосифович)), Severnaya ulitsa, 51, Miory, Belarus (Cyrillic: Северная улица, 51, Миоры, Belarus); DOB 21 Aug 1977; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

LAPYR, Uladzimir Iosifavitj (a.k.a. LAPYR, Uladzimir Iosifavich (Cyrillic: ЛАПЫР, Уладзімір Іосіфавіч); a.k.a. LAPYR, Vladimir Iosifovich; a.k.a. LAPYR, Vladimir Iosifovitj; a.k.a. LAPYR, Vladimir Yosifovich (Cyrillic: ЛАПЫРЬ, Владимир Иосифович)), Severnaya ulitsa, 51, Miory, Belarus (Cyrillic: Северная улица, 51, Миоры, Belarus); DOB 21 Aug 1977; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

LAPYR, Vladimir Iosifovich (a.k.a. LAPYR, Uladzimir Iosifavich (Cyrillic: ЛАПЫР, Уладзімір Іосіфавіч); a.k.a. LAPYR, Uladzimir Iosifavitj; a.k.a. LAPYR, Vladimir Iosifovitj; a.k.a. LAPYR, Vladimir Yosifovich (Cyrillic: ЛАПЫРЬ, Владимир Иосифович)), Severnaya ulitsa, 51, Miory, Belarus (Cyrillic: Северная улица, 51, Миоры, Belarus); DOB 21 Aug 1977; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

LAPYR, Vladimir Iosifovitj (a.k.a. LAPYR, Uladzimir Iosifavich (Cyrillic: ЛАПЫР, Уладзімір Іосіфавіч); a.k.a. LAPYR, Uladzimir Iosifavitj; a.k.a. LAPYR, Vladimir Iosifovich; a.k.a. LAPYR, Vladimir Yosifovich (Cyrillic: ЛАПЫРЬ, Владимир Иосифович)), Severnaya ulitsa, 51, Miory, Belarus (Cyrillic: Северная

улица, 51, Миоры, Belarus); DOB 21 Aug 1977; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

LAPYR, Vladimir Yosifovich (Cyrillic: ЛАПЫРЬ, Владимир Иосифович) (a.k.a. LAPYR, Uladzimir Iosifavich (Cyrillic: ЛАПЫР, Уладзімір Іосіфавіч); a.k.a. LAPYR, Uladzimir Iosifavitj; a.k.a. LAPYR, Vladimir Iosifovich; a.k.a. LAPYR, Vladimir Iosifovitj), Severnaya ulitsa, 51, Miory, Belarus (Cyrillic: Северная улица, 51, Миоры, Belarus); DOB 21 Aug 1977; nationality Belarus; Gender Male (individual) [BELARUS-EO14038].

LAR VORTO SERVICES LIMITED, Orthodoxou Tower, Floor 3, 44 Inomenon Ethnon, Larnaca 6042, Cyprus; Organization Established Date 10 Nov 2015; Target Type Private Company; Business Registration Number HE348790 (Cyprus) [RUSSIA-EO14024] (Linked To: ERINER LIMITED).

LARA ALVAREZ, Jose Luis (a.k.a. ARELLANO FELIX, Francisco Javier; a.k.a. ARELLANO FELIX, Javier; a.k.a. BELTRAN MEZA, Ramon; a.k.a. DIAZ MEDINA, Javier); DOB 21 Nov 1969; alt. DOB 12 Dec 1969; POB Culiacan, Sinaloa, Mexico (individual) [SDNTK].

LAREDO DON JUAN, Ismael (a.k.a. LAREDO DONJUAN, Ismael; a.k.a. LAREDO, Ismael), Cuernavaca, Morelos, Mexico; DOB 28 Aug 1983; POB Acapulco de Juarez, Guerrero, Mexico; citizen Mexico; Gender Male; R.F.C. LADI830828T92 (Mexico); C.U.R.P. LADI830828HGRRNS08 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

LAREDO DON JUAN, Job (a.k.a. LAREDO DONJUAN, Job; a.k.a. LAREDO, Antonio; a.k.a. RODRIGUEZ, Antonio; a.k.a. "GORDO"), Cuernavaca, Morelos, Mexico; DOB 17 Mar 1968; POB San Miguel Totolapan, Guerrero, Mexico; citizen Mexico; Gender Male; R.F.C. LADJ6803175F6 (Mexico); alt. R.F.C. LADJ6803178D1 (Mexico); C.U.R.P. LADJ680317HGRRNB04 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

LAREDO DONJUAN, Ismael (a.k.a. LAREDO DON JUAN, Ismael; a.k.a. LAREDO, Ismael), Cuernavaca, Morelos, Mexico; DOB 28 Aug 1983; POB Acapulco de Juarez, Guerrero, Mexico; citizen Mexico; Gender Male; R.F.C. LADI830828T92 (Mexico); C.U.R.P. LADI830828HGRRNS08 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

LAREDO DONJUAN, Job (a.k.a. LAREDO DON JUAN, Job; a.k.a. LAREDO, Antonio; a.k.a. RODRIGUEZ, Antonio; a.k.a. "GORDO"), Cuernavaca, Morelos, Mexico; DOB 17 Mar 1968; POB San Miguel Totolapan, Guerrero, Mexico; citizen Mexico; Gender Male; R.F.C. LADJ6803175F6 (Mexico); alt. R.F.C. LADJ6803178D1 (Mexico); C.U.R.P. LADJ680317HGRRNB04 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

LAREDO DONJUAN, Ruben, Sn Francisco 471, Santa Ana Zicatecoyan, Tlatlaya, Estado de Mexico C.P. 51571, Mexico; DOB 02 Sep 1974; POB General Heliodoro Castillo, Guerrero, Mexico; citizen Mexico; Gender Male; R.F.C. LADR7409021W3 (Mexico); C.U.R.P. LADR740902HGRRNB14 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

LAREDO DRUG TRAFFICKING ORGANIZATION (a.k.a. LAREDO DTO), Mexico [SDNTK].

LAREDO DTO (a.k.a. LAREDO DRUG TRAFFICKING ORGANIZATION), Mexico [SDNTK].

LAREDO ESTRADA, Andres, Mexico; DOB 01 Dec 1973; POB Tlapehuala, Guerrero, Mexico; citizen Mexico; Gender Male; R.F.C. LAEA731201TB0 (Mexico); National ID No. 15097300311 (Mexico); C.U.R.P. LAEA731201HGRRSN07 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

LAREDO, Antonio (a.k.a. LAREDO DON JUAN, Job; a.k.a. LAREDO DONJUAN, Job; a.k.a. RODRIGUEZ, Antonio; a.k.a. "GORDO"), Cuernavaca, Morelos, Mexico; DOB 17 Mar 1968; POB San Miguel Totolapan, Guerrero, Mexico; citizen Mexico; Gender Male; R.F.C. LADJ6803175F6 (Mexico); alt. R.F.C. LADJ6803178D1 (Mexico); C.U.R.P. LADJ680317HGRRNB04 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

LAREDO, Ismael (a.k.a. LAREDO DON JUAN, Ismael; a.k.a. LAREDO DONJUAN, Ismael), Cuernavaca, Morelos, Mexico; DOB 28 Aug 1983; POB Acapulco de Juarez, Guerrero, Mexico; citizen Mexico; Gender Male; R.F.C. LADI830828T92 (Mexico); C.U.R.P. LADI830828HGRRNS08 (Mexico) (individual) [SDNTK] (Linked To: LAREDO DRUG TRAFFICKING ORGANIZATION).

LARGE RANGE LIMITED, 80 Broad Street, Monrovia, Liberia; Identification Number IMO 6002286 [VENEZUELA-EO13850].

LARGO LEASING LTD., c/o T.R.C. Corporate Services Limited P.O. Box 1982, George Town, Cayman Islands [SDNT].

LARI, 'Ali Ridha Qasabi (a.k.a. LARI, 'Ali Ridha Qassabi; a.k.a. QASSABI, Alireda Bashi M R), Qatar; DOB 1959; nationality Qatar; Gender Male; Passport 1001546 (individual) [SDGT] (Linked To: HIZBALLAH).

LARI, 'Ali Ridha Qassabi (a.k.a. LARI, 'Ali Ridha Qasabi; a.k.a. QASSABI, Alireda Bashi M R), Qatar; DOB 1959; nationality Qatar; Gender Male; Passport 1001546 (individual) [SDGT] (Linked To: HIZBALLAH).

LARIJANI, Sadegh (a.k.a. LARIJANI, Sadegh Amoli; a.k.a. LARIJANI, Sadeq; a.k.a. LARIJANI, Sadeq Ardeshir; a.k.a. LARIJANI-AMOLI, Sadegh Ardeshir), Iran; DOB 1960; POB Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Ayatollah; Head of the Judiciary (individual) [IRAN-HR].

LARIJANI, Sadegh Amoli (a.k.a. LARIJANI, Sadegh; a.k.a. LARIJANI, Sadeq; a.k.a. LARIJANI, Sadeq Ardeshir; a.k.a. LARIJANI-AMOLI, Sadegh Ardeshir), Iran; DOB 1960; POB Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Ayatollah; Head of the Judiciary (individual) [IRAN-HR].

LARIJANI, Sadeq (a.k.a. LARIJANI, Sadegh; a.k.a. LARIJANI, Sadegh Amoli; a.k.a. LARIJANI, Sadeq Ardeshir; a.k.a. LARIJANI-AMOLI, Sadegh Ardeshir), Iran; DOB 1960; POB Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Ayatollah; Head of the Judiciary (individual) [IRAN-HR].

LARIJANI, Sadeq Ardeshir (a.k.a. LARIJANI, Sadegh; a.k.a. LARIJANI, Sadegh Amoli; a.k.a. LARIJANI, Sadeq; a.k.a. LARIJANI-AMOLI, Sadegh Ardeshir), Iran; DOB 1960; POB Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Ayatollah; Head of the Judiciary (individual) [IRAN-HR].

LARIJANI-AMOLI, Sadegh Ardeshir (a.k.a. LARIJANI, Sadegh; a.k.a. LARIJANI, Sadegh Amoli; a.k.a. LARIJANI, Sadeq; a.k.a. LARIJANI, Sadeq Ardeshir), Iran; DOB 1960; POB Najaf, Iraq; Additional Sanctions Information - Subject to Secondary Sanctions;

Gender Male; Ayatollah; Head of the Judiciary (individual) [IRAN-HR].

LARIN, Oleg (a.k.a. LARIN, Oleg Valentinovich (Cyrillic: ЛАРИН, Олег Валентинович)), Yesenina st., 79-108, Minsk, Belarus (Cyrillic: ул. Есенина, 79-108, г. Минск, Belarus); DOB 09 Oct 1973; nationality Belarus; Gender Male; National ID No. 3091073M001PB6 (Belarus); Tax ID No. AB6103853 (Belarus) (individual) [BELARUS-EO14038].

LARIN, Oleg Valentinovich (Cyrillic: ЛАРИН, Олег Валентинович) (a.k.a. LARIN, Oleg), Yesenina st., 79-108, Minsk, Belarus (Cyrillic: ул. Есенина, 79-108, г. Минск, Belarus); DOB 09 Oct 1973; nationality Belarus; Gender Male; National ID No. 3091073M001PB6 (Belarus); Tax ID No. AB6103853 (Belarus) (individual) [BELARUS-EO14038].

LARIONOVA, Tatiana Petrovna (Cyrillic: ЛАРИОНОВА, Татьяна Петровна), Russia; DOB 02 Jul 1955; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LARK HOLDINGS PTE LTD (a.k.a. MGI PTE LTD; f.k.a. SINO RS ADVISORY PTE LTD), 77 Robinson Road #16-00, Singapore 068896, Singapore; Organization Established Date 26 Feb 2015; Registration Number 201505110K (Singapore) [RUSSIA-EO14024] (Linked To: AUTONOMOUS NONCOMMERCIAL ORGANIZATION FOR THE STUDY AND DEVELOPMENT OF INTERNATIONAL COOPERATION IN THE ECONOMIC SPHERE INTERNATIONAL AGENCY OF SOVEREIGN DEVELOPMENT).

LARMENDEZ PITALUA, Omar (a.k.a. LORMENDES PITALUA, Omar; a.k.a. LORMENDEZ PATALUA, Omar; a.k.a. LORMENDEZ PITALUA, Omar), Mexico; DOB 18 Jan 1972; POB Lecheria Tultitlan, Mexico; alt. POB Tlalnepantla De Baz, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. LOPO720118HMCRTM01 (Mexico) (individual) [SDNTK].

LAROSA, Five Rose, Bahaarumagu 0808, Guraidhoo, Maldives; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Non-specialized wholesale trade; Registration Number SP-0624/2018 (Maldives); Permit Number IG0724T102018 (Maldives) issued 22 May 2018 [SDGT] (Linked To: SHAMIL, Hussain).

LAROSA FURNISHING (a.k.a. LAROSA FURNITURE (Arabic: مفروشات لاروسا)), Damascus, Syria; Organization Type: Manufacture of furniture [SYRIA] (Linked To: AL-QATTAN, Wassim Anwar).

LAROSA FURNITURE (Arabic: مفروشات لاروسا (a.k.a. LAROSA FURNISHING), Damascus, Syria; Organization Type: Manufacture of furniture [SYRIA] (Linked To: AL-QATTAN, Wassim Anwar).

LARRANAGA HERRERA, Jesus Norberto (a.k.a. "Chuy"; a.k.a. "El 30"; a.k.a. "Treinta"), Culiacan, Sinaloa, Mexico; DOB 14 Apr 1993; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LAHJ930414HSLRRS06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LARRYCOM FOR INVESTMENT LTD, PO Box 6239, Khartoum, Sudan; Almanshia, Africa Road, Business Block, Khartoum, Sudan; Website www.larrycom-invest.com; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Established Date 2002; Organization Type: Activities of holding companies [SDGT] (Linked To: KHAIR, Abdelbasit Hamza Elhassan Mohamed).

LAS FLORES CABANAS (n.k.a. CABANAS LA LOMA; n.k.a. CABANAS LA LOMA EN RENTA; n.k.a. CABANAS LA LOMA TAPALPA; n.k.a. CABANAS LAS FLORES), Km 5.4 Carretera Tapalpa - San Gabriel, Tapalpa, Jalisco 49340, Mexico; Website www.cabanaslasflores.com; alt. Website www.cabanaslalomatapalpa.com [SDNTK].

LAS INGENIERIAS S.A.S., Calle 144 16-34, Apto. 404, Bogota 1020, Colombia; Condominio Quintas De La Rioja, Casa 10, Etapa 1, Pereira, Risaralda, Colombia; Website lasingenierias.com; NIT # 9005892411 (Colombia) [SDNTK].

LASA PERU S.A.C., Jr. Emilio Althaus 748, Int. 3, Lima, Peru; RUC # 20509588091 (Peru) [SDNTK].

LASERBEE (a.k.a. LAZERBI), Pr-kt Kosygina D. 33, K. 1 Lit. A, Pomeshch. 1-N, Office 17, Saint Petersburg 195298, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration ID 1197847249236 (Russia); Tax

ID No. 7806568352 (Russia) [RUSSIA-EO14024].

LASERCHIPS FZCO (Arabic: ليزر تشيبس ش م ح), Dubai Silicon Oasis, DSO-IFZA-21645, IFZA Properties, Dubai, United Arab Emirates; License 22209 (United Arab Emirates) [RUSSIA-EO14024].

LASERCUT LIMITED LIABILITY COMPANY, Pr-kt Obukhovskoi Oborony D. 70, K. 2 Lit. A, Pomeshch 1N, 2N, 3N, 4N, Kom. 105, 224, Saint Petersburg 192029, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7839090657 (Russia); Registration Number 1177847291962 (Russia) [RUSSIA-EO14024].

LASHGARIAN, Hamid Reza (Arabic: حميدرضا لشكريان) (a.k.a. LASHGARIAN, Hamidreza), Iran; DOB 21 Mar 1961; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D10006686 (Iran) expires 17 Feb 2025; alt. Passport N46460034 (Iran) expires 08 Sep 2023; alt. Passport D10012058 (Iran) expires 01 May 2028; National ID No. 0046455922 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

LASHGARIAN, Hamidreza (a.k.a. LASHGARIAN, Hamid Reza (Arabic: حميدرضا لشكريان)), Iran; DOB 21 Mar 1961; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport D10006686 (Iran) expires 17 Feb 2025; alt. Passport N46460034 (Iran) expires 08 Sep 2023; alt. Passport D10012058 (Iran) expires 01 May 2028; National ID No. 0046455922 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

LASHGARIAN, Mehdi (Arabic: مهدی لشکریان) (a.k.a. LASHGARIAN, Mahdi), Iran; DOB 02 Jun 1989; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M56717088 (Iran) expires 08 Jun 2027; National ID No. 0010365044 (Iran); Birth Certificate Number 136544 (Iran) (individual) [SDGT] [IRGC] [IFSR]

(Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

LASHGARIAN, Mehdi (a.k.a. LASHGARIAN, Mahdi (Arabic: مهدی لشکریان)), Iran; DOB 02 Jun 1989; nationality Iran; Gender Male; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Passport M56717088 (Iran) expires 08 Jun 2027; National ID No. 0010365044 (Iran); Birth Certificate Number 136544 (Iran) (individual) [SDGT] [IRGC] [IFSR] (Linked To: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS CYBER-ELECTRONIC COMMAND).

LASHKAR E JHANGVI (a.k.a. LASHKAR E JHANGVI AL-ALAMI; a.k.a. LASHKAR E JHANGVI AL-ALMI; a.k.a. LASHKAR I JHANGVI; a.k.a. LASHKAR-I-JHANGVI; a.k.a. LEJ AL-ALAMI; a.k.a. "LJ") [FTO] [SDGT].

LASHKAR E JHANGVI AL-ALAMI (a.k.a. LASHKAR E JHANGVI; a.k.a. LASHKAR E JHANGVI AL-ALMI; a.k.a. LASHKAR I JHANGVI; a.k.a. LASHKAR-I-JHANGVI; a.k.a. LEJ AL-ALAMI; a.k.a. "LJ") [FTO] [SDGT].

LASHKAR E JHANGVI AL-ALMI (a.k.a. LASHKAR E JHANGVI; a.k.a. LASHKAR E JHANGVI AL-ALAMI; a.k.a. LASHKAR I JHANGVI; a.k.a. LASHKAR-I-JHANGVI; a.k.a. LEJ AL-ALAMI; a.k.a. "LJ") [FTO] [SDGT].

LASHKAR E-TAYYIBA (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-

AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

LASHKAR E-TOIBA (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMAAT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR-I-TAIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

LASHKAR I JHANGVI (a.k.a. LASHKAR E JHANGVI; a.k.a. LASHKAR E JHANGVI AL-ALAMI; a.k.a. LASHKAR E JHANGVI AL-ALMI;

a.k.a. LASHKAR-I-JHANGVI; a.k.a. LEJ AL-ALAMI; a.k.a. "LJ") [FTO] [SDGT].

LASHKAREVA, Nadezhda Vitalevna (Cyrillic: ЛАШКАРЕВА, Надежда Витальевна) (a.k.a. LASHKAROVA, Nadiya Vitaliivna (Cyrillic: ЛАШКАРЬОВА, Надія Віталіївна); a.k.a. LASHKARYOVA, Nadezhda Vitalyevna (Cyrillic: ЛАШКАРЁВА, Надежда Витальевна)), Dnipro, Ukraine; Krasnyy Luch, Ukraine; DOB 08 Nov 1961; Gender Female (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

LASHKAR-I-JHANGVI (a.k.a. LASHKAR E JHANGVI; a.k.a. LASHKAR E JHANGVI AL-ALAMI; a.k.a. LASHKAR E JHANGVI AL-ALMI; a.k.a. LASHKAR I JHANGVI; a.k.a. LEJ AL-ALAMI; a.k.a. "LJ") [FTO] [SDGT].

LASHKAR-I-TAIBA (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. AL-ANFAL TRUST; a.k.a. AL-MUHAMMADIA STUDENTS; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. FALAH INSANIA; a.k.a. FALAH-E-INSANIAT FOUNDATION; a.k.a. FALAH-E-INSANIYAT; a.k.a. FALAH-I-INSANIAT FOUNDATION (FIF); a.k.a. FALAH-I-INSANIYAT; a.k.a. HUMAN WELFARE FOUNDATION; a.k.a. HUMANITARIAN WELFARE FOUNDATION; a.k.a. IDARA KHIDMAT-E-KHALQ; a.k.a. JAMA'AT AL-DAWA; a.k.a. JAMAAT UD-DAAWA; a.k.a. JAMAAT UL-DAWAH; a.k.a. JAMA'AT-I-DAWAT; a.k.a. JAMAATI-UD-DAWA; a.k.a. JAMA'AT-UD-DA'AWA; a.k.a. JAMA'AT-UD-DA'AWAH; a.k.a. JAMAAT-UD-DAWA; a.k.a. JAMAAT-UL-DAWA; a.k.a. JAMAIAT-UD-DAWA; a.k.a. KASHMIR FREEDOM MOVEMENT; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. MILLI MUSLIM LEAGUE; a.k.a. MILLI MUSLIM LEAGUE PAKISTAN; a.k.a. MOVEMENT FOR FREEDOM OF KASHMIR; a.k.a. PAASBAN-E-AHLE-HADIS; a.k.a. PAASBAN-E-KASHMIR; a.k.a. PAASBAN-I-AHLE-HADITH; a.k.a. PASBAN-E-AHLE-HADITH; a.k.a. PASBAN-E-KASHMIR; a.k.a. TEHREEK AZADI JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-JAMMU AND KASHMIR; a.k.a. TEHREEK-E-AZADI-E-KASHMIR; a.k.a. TEHREEK-I-AZADI-I KASHMIR; a.k.a. TEHRIK-E-HURMAT-E-RASOOL; a.k.a. TEHRIK-E-TAHAFUZ QIBLA AWWAL; a.k.a. WELFARE

OF HUMANITY; a.k.a. "JUD"; a.k.a. "MML"; a.k.a. "TAJK"), Pakistan [FTO] [SDGT].

LASHKAROVA, Nadiya Vitaliivna (Cyrillic: ЛАШКАРЬОВА, Надія Віталіївна) (a.k.a. LASHKAREVA, Nadezhda Vitalevna (Cyrillic: ЛАШКАРЕВА, Надежда Витальевна); a.k.a. LASHKARYOVA, Nadezhda Vitalyevna (Cyrillic: ЛАШКАРЁВА, Надежда Витальевна)), Dnipro, Ukraine; Krasnyy Luch, Ukraine; DOB 08 Nov 1961; Gender Female (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

LASHKARYOVA, Nadezhda Vitalyevna (Cyrillic: ЛАШКАРЁВА, Надежда Витальевна) (a.k.a. LASHKAREVA, Nadezhda Vitalevna (Cyrillic: ЛАШКАРЕВА, Надежда Витальевна); a.k.a. LASHKAROVA, Nadiya Vitaliivna (Cyrillic: ЛАШКАРЬОВА, Надія Віталіївна)), Dnipro, Ukraine; Krasnyy Luch, Ukraine; DOB 08 Nov 1961; Gender Female (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

LASIAKIN, Aliaksandr Mikhailavich (a.k.a. LASIAKIN, Aliaksandr Mikhajlavich; a.k.a. LASYAKIN, Aliaksandr Mikhailavich (Cyrillic: ЛАСЯКІН, Аляксандр Міхайлавіч); a.k.a. LOSIAKIN, Aleksandr Mikhailovich; a.k.a. LOSYAKIN, Aleksandr; a.k.a. LOSYAKIN, Alexander; a.k.a. LOSYAKIN, Alexander Mikhailovich (Cyrillic: ЛОСЯКИН, Александр Михайлович)), Vitebsk, Belarus; DOB 21 Jul 1957; POB Novaya Belitsa, Vitebsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LASIAKIN, Aliaksandr Mikhajlavich (a.k.a. LASIAKIN, Aliaksandr Mikhailavich; a.k.a. LASYAKIN, Aliaksandr Mikhailavich (Cyrillic: ЛАСЯКІН, Аляксандр Міхайлавіч); a.k.a. LOSIAKIN, Aleksandr Mikhailovich; a.k.a. LOSYAKIN, Aleksandr; a.k.a. LOSYAKIN, Alexander; a.k.a. LOSYAKIN, Alexander Mikhailovich (Cyrillic: ЛОСЯКИН, Александр Михайлович)), Vitebsk, Belarus; DOB 21 Jul 1957; POB Novaya Belitsa, Vitebsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LASKAR 99 (a.k.a. JAMAAH ANSHARUT TAUHID; a.k.a. JAMA'AH ANSHARUT TAUHID; a.k.a. JEMMAH ANSHARUT TAUHID; a.k.a. JEM'MAH ANSHARUT TAUHID; a.k.a. JEMMAH ANSHORUT TAUHID; a.k.a. "JAT"), Indonesia [FTO] [SDGT].

LASKAR MUJAHIDIN (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia [SDGT].

LASKAR MUJAHIDIN INDONESIA (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN MAJELIS MUJAHIDIN; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia [SDGT].

LASKAR MUJAHIDIN MAJELIS MUJAHIDIN (a.k.a. INDONESIAN ISLAMIC WARRIORS' COUNCIL; a.k.a. INDONESIAN MUJAHEDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDEEN COUNCIL; a.k.a. INDONESIAN MUJAHIDIN COUNCIL; a.k.a. LASKAR MUJAHIDIN; a.k.a. LASKAR MUJAHIDIN INDONESIA; a.k.a. MAJELIS MUJAHIDIN COUNCIL; a.k.a. MAJELIS MUJAHIDIN INDONESIA; a.k.a. MAJILIS MUJAHIDIN INDONESIA; a.k.a. RIGHTEOUS DECISION-MAKERS; a.k.a. "AN NISA"; a.k.a. "INDONESIA (MMI)"; a.k.a. "LM3"; a.k.a. "LMI"; a.k.a. "MMI"), Indonesia [SDGT].

LASSARD, Sh. Varshavskoe D. 26, Str. 11, Pomeshch. 1TS, Moscow 117105, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4025442914 (Russia); Registration Number 1154025001030 (Russia) [RUSSIA-EO14024].

LASYAKIN, Aliaksandr Mikhailavich (Cyrillic: ЛАСЯКІН, Аляксандр Міхайлавіч) a.k.a. LASIAKIN, Aliaksandr Mikhailavich; a.k.a. LASIAKIN, Aliaksandr Mikhajlavich; a.k.a. LOSIAKIN, Aleksandr Mikhailovich; a.k.a.

LOSYAKIN, Aleksandr; a.k.a. LOSYAKIN, Alexander; a.k.a. LOSYAKIN, Alexander Mikhailovich (Cyrillic: ЛОСЯКИН, Александр Михайлович)), Vitebsk, Belarus; DOB 21 Jul 1957; POB Novaya Belitsa, Vitebsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LASZLOCZKI, Imre, Budapest, Hungary; DOB 26 Sep 1961; POB Paks, Hungary; nationality Hungary; Gender Male (individual) [RUSSIA-EO14024].

LATAKIA PORT GENERAL COMPANY (a.k.a. LATTAKIA PORT GENERAL COMPANY), BP 220, Latakia, Syria; Postal Box 220, Latakia, Syria; Baghdad Street, Lattakia, Syria [SYRIA].

LATICOM LTD, 4806-I Proezd Zelenograd, 4 St, Moscow, Russia; Proezd 4922-I D. 4, Str. 3, Pomeshch. 3/1, Zelenograd 124498, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7735528382 (Russia); Registration Number 5077746296800 (Russia) [RUSSIA-EO14024].

LATORTUE, Youri, Haiti; DOB 13 Nov 1967; POB Gonaives, Artibonite, Haiti; nationality Haiti; Gender Male; National ID No. 05-01-99-1967-11-00001 (Haiti) (individual) [ILLICIT-DRUGS-EO14059].

LATT, Tun Min, 201, Tetkatho Yeikmon Condo-C, New University Avenue, Bahan Township, Yangon 11201, Burma; 45 Zayathukha Road, 54-Thuwunna Thingangyun Township, Yangon 11072, Burma; DOB 06 Feb 1969; POB Yangon, Burma; nationality Burma; Gender Male; Passport ME444441 (Burma) issued 13 Sep 2019 expires 12 Sep 2024; National ID No. 12/DAGANAN004114 (Burma) (individual) [BURMA-EO14014].

LATTAKIA PORT GENERAL COMPANY (a.k.a. LATAKIA PORT GENERAL COMPANY), BP 220, Latakia, Syria; Postal Box 220, Latakia, Syria; Baghdad Street, Lattakia, Syria [SYRIA].

LATVIAN TRANSIT BUSINESS ASSOCIATION (a.k.a. LATVIJAS TRANZITA BIZNESA ASOCIACIJA; a.k.a. TRANSIT BUSINESS ASSOCIATION OF LATVIA), 66 Dzintaru iela, Ventspils LV-3602, Latvia; Tax ID No. 40008008110 (Latvia) [GLOMAG] (Linked To: LEMBERGS, Aivars).

LATVIJAS TRANZITA BIZNESA ASOCIACIJA (a.k.a. LATVIAN TRANSIT BUSINESS

ASSOCIATION; a.k.a. TRANSIT BUSINESS ASSOCIATION OF LATVIA), 66 Dzintaru iela, Ventspils LV-3602, Latvia; Tax ID No. 40008008110 (Latvia) [GLOMAG] (Linked To: LEMBERGS, Aivars).

LAU, Chi Wai (Chinese Traditional: 劉賜惠) (a.k.a. LAU, Edwina; a.k.a. LAU, Edwina Chi Wai; a.k.a. LIU, Cihui (Chinese Simplified: 刘赐蕙)), Hong Kong, China; DOB 29 Jul 1965; POB Hong Kong, China; nationality China; Gender Female; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport HA1338416 (Hong Kong) expires 27 May 2015; National ID No. D5545251 (Hong Kong) (individual) [HK-EO13936].

LAU, Edwina (a.k.a. LAU, Chi Wai (Chinese Traditional: 劉賜惠); a.k.a. LAU, Edwina Chi Wai; a.k.a. LIU, Cihui (Chinese Simplified: 刘赐蕙)), Hong Kong, China; DOB 29 Jul 1965; POB Hong Kong, China; nationality China; Gender Female; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport HA1338416 (Hong Kong) expires 27 May 2015; National ID No. D5545251 (Hong Kong) (individual) [HK-EO13936].

LAU, Edwina Chi Wai (a.k.a. LAU, Chi Wai (Chinese Traditional: 劉賜惠); a.k.a. LAU, Edwina; a.k.a. LIU, Cihui (Chinese Simplified: 刘赐蕙)), Hong Kong, China; DOB 29 Jul 1965; POB Hong Kong, China; nationality China; Gender Female; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport HA1338416 (Hong Kong) expires 27 May 2015; National ID No. D5545251 (Hong Kong) (individual) [HK-EO13936].

LAVILLA, Mile D. (a.k.a. DE LAVILLA, Mike; a.k.a. LABELLA, Omar; a.k.a. LAVILLA, Omar; a.k.a. LAVILLA, Ramo; a.k.a. LAVILLA, Reuben; a.k.a. LAVILLA, Reuben Omar; a.k.a. LAVILLA, Reymund; a.k.a. LAVILLA, Ruben Pestano, Jr.; a.k.a. LOBILLA, Shaykh Omar; a.k.a. MUDDARIS, Abdullah; a.k.a. SHARIEF, Ahmad Omar), 10th Avenue, Caloocan City, Manila, Philippines; Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; DOB 04 Oct 1972; POB Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; nationality Philippines (individual) [SDGT].

LAVILLA, Omar (a.k.a. DE LAVILLA, Mike; a.k.a. LABELLA, Omar; a.k.a. LAVILLA, Mile D.; a.k.a. LAVILLA, Ramo; a.k.a. LAVILLA, Reuben;

a.k.a. LAVILLA, Reuben Omar; a.k.a. LAVILLA, Reymund; a.k.a. LAVILLA, Ruben Pestano, Jr.; a.k.a. LOBILLA, Shaykh Omar; a.k.a. MUDDARIS, Abdullah; a.k.a. SHARIEF, Ahmad Omar), 10th Avenue, Caloocan City, Manila, Philippines; Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; DOB 04 Oct 1972; POB Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; nationality Philippines (individual) [SDGT].

LAVILLA, Ramo (a.k.a. DE LAVILLA, Mike; a.k.a. LABELLA, Omar; a.k.a. LAVILLA, Mile D.; a.k.a. LAVILLA, Omar; a.k.a. LAVILLA, Reuben; a.k.a. LAVILLA, Reuben Omar; a.k.a. LAVILLA, Reymund; a.k.a. LAVILLA, Ruben Pestano, Jr.; a.k.a. LOBILLA, Shaykh Omar; a.k.a. MUDDARIS, Abdullah; a.k.a. SHARIEF, Ahmad Omar), 10th Avenue, Caloocan City, Manila, Philippines; Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; DOB 04 Oct 1972; POB Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; nationality Philippines (individual) [SDGT].

LAVILLA, Reuben (a.k.a. DE LAVILLA, Mike; a.k.a. LABELLA, Omar; a.k.a. LAVILLA, Mile D.; a.k.a. LAVILLA, Omar; a.k.a. LAVILLA, Ramo; a.k.a. LAVILLA, Reuben Omar; a.k.a. LAVILLA, Reymund; a.k.a. LAVILLA, Ruben Pestano, Jr.; a.k.a. LOBILLA, Shaykh Omar; a.k.a. MUDDARIS, Abdullah; a.k.a. SHARIEF, Ahmad Omar), 10th Avenue, Caloocan City, Manila, Philippines; Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; DOB 04 Oct 1972; POB Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; nationality Philippines (individual) [SDGT].

LAVILLA, Reuben Omar (a.k.a. DE LAVILLA, Mike; a.k.a. LABELLA, Omar; a.k.a. LAVILLA, Mile D.; a.k.a. LAVILLA, Omar; a.k.a. LAVILLA, Ramo; a.k.a. LAVILLA, Reuben; a.k.a. LAVILLA, Reymund; a.k.a. LAVILLA, Ruben Pestano, Jr.; a.k.a. LOBILLA, Shaykh Omar; a.k.a. MUDDARIS, Abdullah; a.k.a. SHARIEF, Ahmad Omar), 10th Avenue, Caloocan City, Manila, Philippines; Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; DOB 04 Oct 1972; POB Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; nationality Philippines (individual) [SDGT].

LAVILLA, Reymund (a.k.a. DE LAVILLA, Mike; a.k.a. LABELLA, Omar; a.k.a. LAVILLA, Mile D.;

a.k.a. LAVILLA, Omar; a.k.a. LAVILLA, Ramo; a.k.a. LAVILLA, Reuben; a.k.a. LAVILLA, Reuben Omar; a.k.a. LAVILLA, Ruben Pestano, Jr.; a.k.a. LOBILLA, Shaykh Omar; a.k.a. MUDDARIS, Abdullah; a.k.a. SHARIEF, Ahmad Omar), 10th Avenue, Caloocan City, Manila, Philippines; Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; DOB 04 Oct 1972; POB Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; nationality Philippines (individual) [SDGT].

LAVILLA, Ruben Pestano, Jr. (a.k.a. DE LAVILLA, Mike; a.k.a. LABELLA, Omar; a.k.a. LAVILLA, Mile D.; a.k.a. LAVILLA, Omar; a.k.a. LAVILLA, Ramo; a.k.a. LAVILLA, Reuben; a.k.a. LAVILLA, Reymund; a.k.a. LOBILLA, Shaykh Omar; a.k.a. MUDDARIS, Abdullah; a.k.a. SHARIEF, Ahmad Omar), 10th Avenue, Caloocan City, Manila, Philippines; Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; DOB 04 Oct 1972; POB Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; nationality Philippines (individual) [SDGT].

LAVINA PULS (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVESTVENNOSTYU LAVINA PULS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕГННОЙ ОТВЕТСТВЕННОСТЬЮ ЛАВИНА ПУЛЬС); a.k.a. OOO LAVINA PULS (Cyrillic: ООО ЛАВИНА ПУЛЬС)), d. 6 kab. 103, ul. 2-Ya Ostankinskaya, Moscow 129515, Russia; Website www.lavinapuls.ru; Organization Established Date 04 Oct 2016; Organization Type: Other information technology and computer service activities; Target Type Private Company; Tax ID No. 7704374171 (Russia); Government Gazette Number 04897659 (Russia); Registration Number 5167746073150 (Russia) [RUSSIA-EO14024].

LAVOCHKIN SCIENTIFIC RESEARCH ASSOCIATION (a.k.a. JOINT STOCK COMPANY RESEARCH AND PRODUCTION ASSOCIATION NAMED AFTER S. A. LAVOCHKINA; a.k.a. NAUCHNO PROIZVODSTVENNOYE OBYEDINENIYE IMENI LAVOCHKINA; a.k.a. NPO IMENI LAVOCHKINA; a.k.a. S.A. LAVOCHKIN NPO; a.k.a. S.A. LAVOCHKIN SCIENTIFIC PRODUCTION ASSOCIATION), 24 Leningradskaya Str., Khimki, Moscow region 141411, Russia; Organization Established Date 05 Apr 2017; Tax ID No. 5047196566 (Russia);

Registration Number 1175029009363 (Russia) [RUSSIA-EO14024].

LAVRENKOV, Igor Valerievich (Cyrillic: ЛАВРЕНКОВ, Игорь Валерьевич), Surat Thani 84320, Thailand; Chaoyang District, Beijing, China; DOB 30 Jan 1974; POB Russia; nationality Saint Kitts and Nevis; alt. nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Passport RE0028598 (Saint Kitts and Nevis); alt. Passport RE0013455 (Saint Kitts and Nevis); alt. Passport 51NO5354610 (Russia) (individual) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

LAVRINENKO, Alexey Fodorovich (Cyrillic: ЛАВРИНЕНКО, Алексей Фёдорович), Russia; DOB 20 Aug 1955; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LAVRISHCHEV, Andrei Vasilyevich (a.k.a. LAVRISHCHEV, Andrey Vasilyevich (Cyrillic: ЛАВРИЩЕВ, Андрей Васильевич); a.k.a. "LAVRISHEV, Andrei V"), Russia; DOB 12 Oct 1959; POB Blagoveshchensk, Amur Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

LAVRISHCHEV, Andrey Vasilyevich (Cyrillic: ЛАВРИЩЕВ, Андрей Васильевич) (a.k.a. LAVRISHCHEV, Andrei Vasilyevich; a.k.a. "LAVRISHEV, Andrei V"), Russia; DOB 12 Oct 1959; POB Blagoveshchensk, Amur Region, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

LAVROV, Sergei Viktorovich (Cyrillic: ЛАВРОВ, Сергей Викторович) (a.k.a. LAVROV, Sergey), Russia; DOB 21 Mar 1950; POB Moscow, Russia; nationality Russia; Gender Male; Minister of Foreign Affairs of the Russian Federation (individual) [RUSSIA-EO14024].

LAVROV, Sergey (a.k.a. LAVROV, Sergei Viktorovich (Cyrillic: ЛАВРОВ, Сергей Викторович)), Russia; DOB 21 Mar 1950; POB Moscow, Russia; nationality Russia; Gender Male; Minister of Foreign Affairs of the Russian Federation (individual) [RUSSIA-EO14024].

LAVROVA, Maria Aleksandrovna (Cyrillic: ЛАВРОВА, Мария Александровна), Russia;

DOB 04 Apr 1950; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

LAVROVA, Yekaterina Sergeyevna (Cyrillic: ЛАВРОВА, Екатерина Сергеевна) (a.k.a. VINOKUROVA, Yekaterina Sergeyevna (Cyrillic: ВИНОКУРОВА, Екатерина Сергеевна)), Russia; DOB 03 Apr 1983; POB New York, United States; nationality Russia; Gender Female (individual) [RUSSIA-EO14024].

LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN (a.k.a. IRANIAN POLICE; a.k.a. IRAN'S LAW ENFORCEMENT FORCES; a.k.a. NAJA; a.k.a. NIRUYIH INTIZAMIYEH JUMHURIYIH ISLAMIYIH IRAN); Additional Sanctions Information - Subject to Secondary Sanctions [SYRIA] [IRAN-HR] [HRIT-IR].

LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN COOPERATIVE FOUNDATION (a.k.a. BONYAD TA'AVON OF NAJA; a.k.a. NIROOYE ENTEZAMI JOMHORI ESLAMI BONYAD TA'AVON; a.k.a. "LAW ENFORCEMENT FORCES COOPERATIVE FOUNDATION"; a.k.a. "POLICE COOPERATIVE FOUNDATION"), Hekmat Complex, At the Beginning of Marzdaran Boulevard, Sheikh Fazlollah Nuri Highway, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 10100477865 (Iran); Registration ID 12322 (Iran) [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

LAYLA, Susan, Syria; DOB 12 Jul 1985; nationality Syria; Scientific Studies and Research Center Employee (individual) [SYRIA].

LAYTH, Umm (a.k.a. MAHMOOD, Aqsa), Raqqa, Syria; DOB 11 May 1994; POB Glasgow, United Kingdom; nationality United Kingdom; alt. nationality Pakistan; Passport 720134834 (United Kingdom) issued 27 Jun 2012 expires 27 Jun 2022; National ID No. 3520162676986 (Pakistan) (individual) [SDGT].

LAZAREVIC, Vladimir; DOB 23 Mar 1949; POB Gricar (individual) [BALKANS].

LAZARUS GROUP (a.k.a. "APPLEWORM"; a.k.a. "APT-C-26"; a.k.a. "GROUP 77"; a.k.a. "GUARDIANS OF PEACE"; a.k.a. "HIDDEN COBRA"; a.k.a. "OFFICE 91"; a.k.a. "RED DOT"; a.k.a. "TEMP.HERMIT"; a.k.a. "THE NEW ROMANTIC CYBER ARMY TEAM"; a.k.a. "WHOIS HACKING TEAM"; a.k.a. "ZINC"), Potonggang District, Pyongyang, Korea, North;

Digital Currency Address - ETH 0x098B716B8Aaf21512996dC57EB0615e2383E2f96; alt. Digital Currency Address - ETH 0xa0e1c89Ef1a489c9C7dE96311eD5Ce5D32c20E4B; alt. Digital Currency Address - ETH 0x3Cffd56B47B7b41c56258D9C7731ABaDc36 0E073; alt. Digital Currency Address - ETH 0x53b6936513e738f44FB50d2b9476730C0Ab3 Bfc1; alt. Digital Currency Address - ETH 0x35fB6f6DB4fb05e6A4cE86f2C93691425626d 4b1; alt. Digital Currency Address - ETH 0xF7B31119c2682c88d88D455dBb9d5932c65 Cf1bE; alt. Digital Currency Address - ETH 0x3e37627dEAA754090fBFbb8bd226c1CE66D 255e9; alt. Digital Currency Address - ETH 0x08723392Ed15743cc38513C4925f5e6be5c1 7243; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK3].

LAZCANO LAZCANO, Heriberto, Mariano Zavala 51, Seccion 16, Matamoros, Tamaulipas, Mexico; Ciudad Miguel Aleman, Tamaulipas, Mexico; DOB 25 Dec 1974; alt. DOB 25 Jan 1974; alt. DOB 14 Jan 1970; POB Hidalgo, Mexico; alt. POB Pachuca, Hidalgo, Mexico; nationality Mexico; citizen Mexico; R.F.C. LALH741225 (Mexico); C.U.R.P. LALH741225HHGZZR03 (Mexico) (individual) [SDNTK].

LAZERBI (a.k.a. LASERBEE), Pr-kt Kosygina D. 33, K. 1 Lit. A, Pomeshch. 1-N, Office 17, Saint Petersburg 195298, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration ID 1197847249236 (Russia); Tax ID No. 7806568352 (Russia) [RUSSIA-EO14024].

LAZERFORM (a.k.a. LIMITED LIABILITY COMPANY LASERFORM), Ul. Avtomotornaya D. 1/3, Str. 2, Floor 6, Pomeshch. I Komnata 11, Moscow 125438, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID

No. 7722748800 (Russia); Registration Number 1117746445849 (Russia) [RUSSIA-EO14024].

LAZERNYE KOMPONENTY OOO (a.k.a. LLC LASER COMPONENTS (Cyrillic: ООО ЛАЗЕРНЫЕ КОМПОНЕНТЫ)), Shosse Varshavskoe, Dom 1, Stroenie 17, Etazh 2, Komnata 1, Moscow 117105, Russia; Tax ID No. 7704811495 (Russia); Registration Number 1127746532616 (Russia) [RUSSIA-EO14024].

LAZURIT CENTRAL DESIGN BUREAU JOINT STOCK COMPANY (a.k.a. AKTSIONERNOYE OBSHCHESTVO TSENTRALNOYE KONSTRUKTORSKOYE BYURO LAZURIT (Cyrillic: ЦЕНТРАЛЬНОЕ КОНСТРУКТОРСКОЕ БЮРО ЛАЗУРИТ); a.k.a. AO TSKB LAZURIT), 57 Ulitsa Svobody, Nizhni Novgorod 603003, Russia; Organization Established Date 07 Feb 1994; Tax ID No. 5263000105 (Russia); Registration Number 1025204408910 (Russia) [RUSSIA-EO14024] (Linked To: AKTSIONERNOYE OBSHCHESTVO DALNEVOSTOCHNYY TSENTR SUDOSTROYENIYA I SUDOREMONTA).

LAZUTKINA, Yulia Viktorovna (Cyrillic: ЛАЗУТКИНА, Юлия Викторовна) (a.k.a. LAZUTKINA, Yuliya Viktorovna), Russia; DOB 11 Mar 1981; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LAZUTKINA, Yuliya Viktorovna (a.k.a. LAZUTKINA, Yulia Viktorovna (Cyrillic: ЛАЗУТКИНА, Юлия Викторовна)), Russia; DOB 11 Mar 1981; nationality Russia; Gender Female; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LE GROUPE SALAFISTE POUR LA PREDICATION ET LE COMBAT (a.k.a. AL-QA'IDA IN THE ISLAMIC MAGHREB; a.k.a. AQIM; a.k.a. GSPC; a.k.a. SALAFIST GROUP FOR CALL AND COMBAT; a.k.a. SALAFIST GROUP FOR PREACHING AND COMBAT; a.k.a. TANZIM AL-QA'IDA FI BILAD AL-MAGHRIB AL-ISLAMIYA) [FTO] [SDGT].

LEADER (HONG KONG) INTERNATIONAL TRADING LIMITED (a.k.a. LEADER INTERNATIONAL TRADING LIMITED), Room 1610 Nan Fung Tower, 173 Des Voeux Road, Hong Kong; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial

Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

LEADER INTERNATIONAL TRADING LIMITED (a.k.a. LEADER (HONG KONG) INTERNATIONAL TRADING LIMITED), Room 1610 Nan Fung Tower, 173 Des Voeux Road, Hong Kong; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [NPWMD].

LEADING CAPITAL INVESTMENT LTD, Virgin Islands, British; 70 Charlotte Street, London W1T 4QG, United Kingdom; Apartment 6.2, 10 Lancelot Place, London SW7 1DR, United Kingdom; Car Park Space 34, 10 Lancelot Place, London SW7 1DS, United Kingdom [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LEADING EDGE SOURCING CORPORATION (a.k.a. SOURCE1WELLNESS), Plaza 2000 Building, 10th Floor, Calle 50, Panama City 0834-1987, Panama; P.O. Box 831, 34 Hudson Bay Avenue, Kirkland Lake, Ontario P2N 1Z3, Canada; Website http://lescpanama.com; alt. Website http://www.sourceonewellness.com; RUC # 22565211782546 (Panama) [SDNTK].

LEADING PRODUCTION AND TECHNICAL ENTERPRISE GRANIT (a.k.a. AKTSIONERNOE OSCHEVSTVO GOLOVNOE PROIZVODSTVENNO-TEHNICHESKOE PREDPRIYATIE GRANIT; a.k.a. ALMAZ-ANTEY GPTP GRANITE; a.k.a. JSC GPTP GRANIT; a.k.a. JSC HEAD TECHNOLOGICAL ENTERPRISE GRANIT), 7 Molodogvardeyskaya Str., Moscow 121467, Russia; Organization Established Date 18 Oct 2002; Tax ID No. 7731263174 (Russia); Registration Number 1027731005323 (Russia) [RUSSIA-EO14024].

LEAGUE OF THE RIGHTEOUS (a.k.a. AL-TAYAR AL-RISALI; a.k.a. ASA'IB AHL AL-HAQ; a.k.a. ASA'IB AHL AL-HAQ MIN AL-IRAQ; a.k.a. ASA'IB AHL AL-HAQQ; a.k.a. ASAIB AL HAQ; a.k.a. KHAZALI NETWORK; a.k.a. KHAZALI SPECIAL GROUP; a.k.a. KHAZALI SPECIAL GROUPS NETWORK; a.k.a. QAZALI NETWORK; a.k.a. "AAH"; a.k.a. "THE MISSIONARY CURRENT"; a.k.a. "THE PEOPLE OF THE CAVE"), Iraq [SDGT].

LEAL JIMENEZ, Joaquin, Mexico; DOB 17 Jul 1992; POB Guanajuato, Mexico; citizen Mexico; Gender Male; C.U.R.P.

LEJJ920717HGTLMQ01 (Mexico) (individual) [VENEZUELA-EO13850].

LEASING COMPANY KAMAZ INCORPORATED (a.k.a. KAMAZ LEASING CO OAO; a.k.a. KAMAZ LEASING COMPANY INC.; a.k.a. LIZINGOVAYA KOMPANIYA KAMAZ PAO), PR-KT Avtozavodskii D. 2, Naberezhnyye Chelny 423827, Russia; Prospect Avtozavodskii, 2, Naberezhnyye Chelny, Tatarstan 423827, Russia; Organization Established Date 31 Aug 2005; Tax ID No. 1650130591 (Russia); Government Gazette Number 78681685 (Russia); Registration Number 1051614089944 (Russia) [RUSSIA-EO14024].

LEBANESE AND PALESTINIAN FAMILIES ENTITLEMENT (a.k.a. AL WAQFIYA AL USRAH AL FILASTINIA; a.k.a. AL-WAQFIYA ASSOCIATION; a.k.a. AL-WAQFIYYAH FOR THE FAMILIES OF THE MARTYRS AND DETAINEES IN LEBANON; a.k.a. ENDOWMENT FOR CARE OF LEBANESE AND PALESTINIAN FAMILIES; a.k.a. PALESTINIAN AND LEBANESE FAMILIES WELFARE TRUST; a.k.a. THE ASSOCIATION FOR THE WELFARE OF PALESTINIAN AND LEBANESE FAMILIES; a.k.a. THE ASSOCIATION TO DEAL WITH PALESTINIAN AND LEBANESE PRISONERS; a.k.a. THE PALESTINIAN AND LEBANESE FAMILIES WELFARE ASSOCIATION; a.k.a. WAKFIA RAAIA ALASRA ALFALESTINIA WALLBANANIA; a.k.a. WAQFIYA RI'AYA AL-ISRA AL-LIBNANIYA WA AL-FALASTINIYA; a.k.a. WAQFIYA RI'AYA AL-USRA AL-FILISTINYA WA AL-LUBNANYA; a.k.a. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES; a.k.a. WELFARE OF THE PALESTINIAN AND LEBANESE FAMILY CARE; a.k.a. "WAFRA"), P.O. Box 14-6028, Beirut, Lebanon; P.O. Box 13-7692, Beirut, Lebanon; Email Address Wakf_osra@hotmail.com; alt. Email Address Wakf_oara@yahoo.com; alt. Email Address Wrfi77@hotmail.com; alt. Email Address wafla@terra.net.lb; Registered Charity No. 1455/99; alt. Registered Charity No. 1155/99 [SDGT].

LEBANESE COMMUNICATION GROUP (a.k.a. LEBANESE MEDIA GROUP), Al Manar Building, Ahmad Kassir Street, Haret Hriek, Baabda, Lebanon; Abed Al Nour Street, Haret Hriek, PO Box 354/25, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah

Financial Sanctions Regulations; Company ID: No. 59 531 at Commercial Registry of the Civil Court of First Instance at Baabda, Lebanon [SDGT].

LEBANESE COMPANY FOR INFORMATION AND STUDIES SARL (Arabic: الشركة اللبنانية للاعلام والدراسات) (a.k.a. LEBANESE COMPANY FOR MEDIA AND STUDIES LLC; a.k.a. "LCIS"), Taysir Shararah Building, Floor 3, Jinah, Lebanon; Sheikh Building, 5th floor, Nazlat al Sarola, Mneimneh Street, Al Hamra, Beirut, Lebanon; Snoubra Building, 6th Floor, Sami el Solh Street, Badaro, Beirut, Lebanon; Website http://lcis.media; alt. Website www.imarwaiktissad.com; alt. Website www.greenarea.me; alt. Website www.russia-now.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 1004003 (Lebanon) issued 03 Aug 2005 [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

LEBANESE COMPANY FOR MEDIA AND STUDIES LLC (a.k.a. LEBANESE COMPANY FOR INFORMATION AND STUDIES SARL (Arabic: الشركة اللبنانية للاعلام والدراسات); a.k.a. "LCIS"), Taysir Shararah Building, Floor 3, Jinah, Lebanon; Sheikh Building, 5th floor, Nazlat al Sarola, Mneimneh Street, Al Hamra, Beirut, Lebanon; Snoubra Building, 6th Floor, Sami el Solh Street, Badaro, Beirut, Lebanon; Website http://lcis.media; alt. Website www.imarwaiktissad.com; alt. Website www.greenarea.me; alt. Website www.russia-now.com; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 1004003 (Lebanon) issued 03 Aug 2005 [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

LEBANESE COMPANY FOR PUBLICATION AND RESEARCH (a.k.a. LEBANESE COMPANY FOR PUBLISHING, MEDIA, AND RESEARCH (Arabic: الشركة اللبنانية للنشر والاعلام والابحاث ش.م.م)), Sheikh Building, 5th Floor, Mneimneh Street, Al Hamra, Beirut, Lebanon; Snoubra Building, 6th floor, Sami El Solh Street, Badaro, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions

Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 1005025 (Lebanon) issued 17 Nov 2005 [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

LEBANESE COMPANY FOR PUBLISHING, MEDIA, AND RESEARCH (Arabic: الشركة اللبنانية للنشر والاعلام والابحاث ش.م.م) (a.k.a. LEBANESE COMPANY FOR PUBLICATION AND RESEARCH), Sheikh Building, 5th floor, Mneimneh Street, Al Hamra, Beirut, Lebanon; Snoubra Building, 6th floor, Sami El Solh Street, Badaro, Beirut, Lebanon; Additional Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 1005025 (Lebanon) issued 17 Nov 2005 [SDGT] (Linked To: MOUKALLED, Hassan Ahmed).

LEBANESE HEZBOLLAH (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. LEBANESE HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [FTO] [SDGT] [SYRIA].

LEBANESE HIZBALLAH (a.k.a. ANSAR ALLAH; a.k.a. EXTERNAL SECURITY ORGANIZATION OF HEZBOLLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED; a.k.a. HIZBALLAH; a.k.a. HIZBALLAH ESO; a.k.a. HIZBALLAH INTERNATIONAL; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ISLAMIC JIHAD

ORGANIZATION; a.k.a. LEBANESE HEZBOLLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. PARTY OF GOD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. "ESO"; a.k.a. "EXTERNAL SECURITY ORGANIZATION"; a.k.a. "EXTERNAL SERVICES ORGANIZATION"; a.k.a. "FOREIGN ACTION UNIT"; a.k.a. "FOREIGN RELATIONS DEPARTMENT"; a.k.a. "FRD"; a.k.a. "LH"; a.k.a. "SPECIAL OPERATIONS BRANCH"); Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [FTO] [SDGT] [SYRIA].

LEBANESE MARTYR ASSOCIATION (a.k.a. AL-MUA'ASSAT AL-SHAHID; a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION; a.k.a. AL-SHAHID FOUNDATION; a.k.a. AL-SHAHID ORGANIZATION; a.k.a. HIZBALLAH MARTYRS FOUNDATION; a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNDATION; a.k.a. LEBANESE MARTYR FOUNDATION; a.k.a. MARTYRS FOUNDATION IN LEBANON; a.k.a. MARTYRS INSTITUTE), P.O. Box 110 24, Bir al-Abed, Beirut, Lebanon; Biqa' Valley, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

LEBANESE MARTYR FOUNDATION (a.k.a. AL-MUA'ASSAT AL-SHAHID; a.k.a. AL-SHAHID CHARITABLE AND SOCIAL ORGANIZATION; a.k.a. AL-SHAHID FOUNDATION; a.k.a. AL-SHAHID ORGANIZATION; a.k.a. HIZBALLAH MARTYRS FOUNDATION; a.k.a. ISLAMIC REVOLUTION MARTYRS FOUNDATION; a.k.a. LEBANESE MARTYR ASSOCIATION; a.k.a. MARTYRS FOUNDATION IN LEBANON; a.k.a. MARTYRS INSTITUTE), P.O. Box 110 24, Bir al-Abed, Beirut, Lebanon; Biqa' Valley, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT].

LEBANESE MEDIA GROUP (a.k.a. LEBANESE COMMUNICATION GROUP), Al Manar Building, Ahmad Kassir Street, Haret Hriek, Baabda, Lebanon; Abed Al Nour Street, Haret Hriek, PO Box 354/25, Beirut, Lebanon; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; Company ID: No. 59 531 at Commercial Registry of the Civil

Court of First Instance at Baabda, Lebanon [SDGT].

LEBEDEV PHYSICAL INSTITUTE OF THE RUSSIAN ACADEMY OF SCIENCES (a.k.a. FEDERAL STATE FINANCED INSTITUTION OF SCIENCE PHYSICAL HIGHER EDUCATION INSTITUTION NAMED AFTER P. N. LEBEDEVA OF THE RUSSIAN FEDERATION ACADEMY SCIENCES; a.k.a. "FIAN"; a.k.a. "LPI RAS"), 53 Leninsky Ave, Moscow 119991, Russia; Organization Established Date 03 Oct 2001; Tax ID No. 7736037394 (Russia); Registration Number 1027739617960 (Russia) [RUSSIA-EO14024].

LEBEDEV, Dmitri Alekseevich (Cyrillic: ЛЕБЕДЕВ, Дмитрий Алексеевич), Russia; DOB 30 Mar 1968; POB St. Petersburg, Russia; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13661] [RUSSIA-EO14024] (Linked To: AO ABR MANAGEMENT).

LEBEDEV, Oleg Aleksandrovich (Cyrillic: ЛЕБЕДЕВ, Олег Александрович), Russia; DOB 12 Oct 1976; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LEBEDEV, Vladimir Albertovich (Cyrillic: ЛЕБЕДЕВ, Владимир Альбертович), Russia; DOB 23 Apr 1962; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LEBEDEV, Yevgeny Viktorovich (Cyrillic: ЛЕБЕДЕВ, Евгений Викторович), Russia; DOB 12 Dec 1957; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LEBEDINSKI GOK AO (a.k.a. LEBEDINSKIY GOK JSC; a.k.a. LEBEDINSKIY GORNO OBOGATITELNIY KOMBINAT JOINT STOCK COMPANY (Cyrillic: ЛЕБЕДИНСКИЙ ГОРНО ОБОГАТИТЕЛЬНЫЙ КОМБИНАТ АКЦИОНЕРНОЕ ОБЩЕСТВО); n.k.a. "LGOK"), Industrial Site of LGOK, Gubkin, Belgorod Oblast 309191, Russia; Organization Established Date 1971; Organization Type: Mining of iron ores; Tax ID No. 3127000014 (Russia); Registration Number 1023102257914 (Russia) [RUSSIA-EO14024] (Linked To: HOLDINGOVAYA KOMPANIYA METALLOINVEST AO).

LEBEDINSKIY GOK JSC (a.k.a. LEBEDINSKI GOK AO; a.k.a. LEBEDINSKIY GORNO OBOGATITELNIY KOMBINAT JOINT STOCK COMPANY (Cyrillic: ЛЕБЕДИНСКИЙ ГОРНО ОБОГАТИТЕЛЬНЫЙ КОМБИНАТ АКЦИОНЕРНОЕ ОБЩЕСТВО); n.k.a. "LGOK"), Industrial Site of LGOK, Gubkin, Belgorod Oblast 309191, Russia; Organization Established Date 1971; Organization Type: Mining of iron ores; Tax ID No. 3127000014 (Russia); Registration Number 1023102257914 (Russia) [RUSSIA-EO14024] (Linked To: HOLDINGOVAYA KOMPANIYA METALLOINVEST AO).

LEBEDINSKIY GORNO OBOGATITELNIY KOMBINAT JOINT STOCK COMPANY (Cyrillic: ЛЕБЕДИНСКИЙ ГОРНО ОБОГАТИТЕЛЬНЫЙ КОМБИНАТ АКЦИОНЕРНОЕ ОБЩЕСТВО) (a.k.a. LEBEDINSKI GOK AO; a.k.a. LEBEDINSKIY GOK JSC; n.k.a. "LGOK"), Industrial Site of LGOK, Gubkin, Belgorod Oblast 309191, Russia; Organization Established Date 1971; Organization Type: Mining of iron ores; Tax ID No. 3127000014 (Russia); Registration Number 1023102257914 (Russia) [RUSSIA-EO14024] (Linked To: HOLDINGOVAYA KOMPANIYA METALLOINVEST AO).

LEBRA MOON GENERAL TRADING LLC, Office 503, Centurion Star Building B, Al Etihad Road, Port Saeed, Dubai, United Arab Emirates; P.O. 185331, United Arab Emirates; Additional Sanctions Information - Subject to Secondary Sanctions; License 735469 (United Arab Emirates) [SDGT] [IFSR] (Linked To: MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS; Linked To: ANSAR EXCHANGE).

LECHERIA SANTA MONICA (a.k.a. DORA PASTEURIZA DE LECHE SANTA MONICA; f.k.a. INDUSTRIAS DE GANADEROS S.A. DE C.V.; a.k.a. NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V.; a.k.a. SANTA MONICA DAIRY), Calle/Boulevard Doctor Mora 1230, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; Carretera Los Mochis Topolobampo, KM. 5.2, Los Mochis, Sinaloa, Mexico; Avenida Francisco Villa Norte 135, Colonia Ninos Heroes, Salvador Alvarado, Sinaloa 81400, Mexico; Carretera La Cruz KM 15 S/N, Colonia Arroyitos, La Cruz, Sinaloa 82700, Mexico; Chamizal S/N, La Cruz, Sinaloa 82700, Mexico; Carretera Internacional al Norte KM 1.5, 1207, Colonia Ejido Venadillo, Mazatlan, Sinaloa 82129, Mexico; Plaza Azul S/N, Colonia Las

Brisas, Tecuala, Nayarit, Mexico; Calle Prolongacion Morelos y Matamoros S/N, Colonia Benito Juarez, Escuinapa, Sinaloa 82400, Mexico; Matamoros 5, Escuinapa, Sinaloa 82478, Mexico; Carretera Internacional 1845, Bodega 8 y 10, Colonia Zona Industrial 2, Ciudad Obregon, Sonora 85065, Mexico; Calle Sauces 384, Colonia Del Bosque, Guasave, Sinaloa 81020, Mexico; Calle Federalismo 2000, Colonia Recursos Hidraulicos, Culiacan, Sinaloa 80060, Mexico; Carretera Augstin Olachea Local 30, Colonia Pericues, La Paz, Baja California Sur 23090, Mexico; Avenida Vallarta 2141, Colonia Centro, Culiacan, Sinaloa 80060, Mexico; Carretera A Navolato, Colonia Bachigualato, Culiacan, Sinaloa 80060, Mexico; Calle Tomate 10 Bodega 34Y5, Colonia Mercado Abastos, Culiacan, Sinaloa 83170, Mexico; Carretera A Topolobampo 5, Colonia Ninos Heroes, Ahome, Sinaloa 81290, Mexico; Avenida Xicotencalth # 1795, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; Calle Central Local A10, Colonia Mercado Abastos, Cajeme, Sonora 85000, Mexico; Calle Jose Diego Abad 2923, Colonia Bachigualato, Culiacan, Sinaloa 80140, Mexico; R.F.C. NIG-8802029-Y7 (Mexico) [SDNTK].

LECHKHADZHIEV, Ruslan Abdulvakhiyevich (Cyrillic: ЛЕЧХАДЖИЕВ, Руслан Абдулвахиевич), Russia; DOB 02 Jul 1965; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LECHUGA LICONA, Alfonso, Mexico; DOB 14 Jan 1971; POB San Bartolo Tutotepec, Hidalgo, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. LELA710114HHGCCL08 (Mexico) (individual) [SDNTK].

LEDA LIMITED LIABILITY COMPANY (a.k.a. "LLC LEDA"), Ul. Gorbunova D. 2, Str. 3, Pomeshch. 31/2, Moscow 121596, Russia; Organization Established Date 21 Feb 2014; Tax ID No. 7731466061 (Russia); Registration Number 1147746159549 (Russia) [RUSSIA-EO14024].

LEDKOV, Grigory Petrovich (Cyrillic: ЛЕДКОВ, Григорий Петрович), Russia; DOB 26 Mar 1969; nationality Russia; Gender Male; Member of the Federation Council of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LEDRA NOMINEES LIMITED, 20 Vasilissis Freiderikis El Greco House, Apartment 104, Nicosia 1066, Cyprus; 15 Agiou Pavlou, Nicosia

1105, Cyprus; Registration Number HE 60096 (Cyprus) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou).

LEDRA TRUSTEE SERVICES LIMITED, 15 Agiou Pavlou, Nicosia 1105, Cyprus; Registration Number HE 97387 (Cyprus) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou).

LEDRA TRUSTEES LIMITED, 15 Agiou Pavlou, Nicosia 1105, Cyprus; 20 Vasilissis Freiderikis El Greco House, Apartment 104, Nicosia 1066, Cyprus; Registration Number HE 60095 (Cyprus) [RUSSIA-EO14024] (Linked To: VASSILIADES, Christodoulos Georgiou).

LEE, Dongjin (a.k.a. DONGJIN, Lee; a.k.a. "LEE, DJ"), Korea, South; DOB 10 Jul 1962; POB Busan, South Korea; nationality Korea, South; Gender Male; Passport M72673454 (Korea, South); alt. Passport M10069085 (Korea, South) (individual) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY AK MICROTECH).

LEE, John (a.k.a. LEE, John Ka-chiu; a.k.a. LEE, Ka Chiu (Chinese Traditional: 李家超); a.k.a. "LI, Jiachao"), Flat A, 5/F, Block 2, King's Park Villa, No. 1 King's Park Rise, Homantin, Kowloon, Hong Kong; DOB 07 Dec 1957; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. G0286787 (Hong Kong); Secretary for Security (individual) [HK-EO13936].

LEE, John Ka-chiu (a.k.a. LEE, John; a.k.a. LEE, Ka Chiu (Chinese Traditional: 李家超); a.k.a. "LI, Jiachao"), Flat A, 5/F, Block 2, King's Park Villa, No. 1 King's Park Rise, Homantin, Kowloon, Hong Kong; DOB 07 Dec 1957; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. G0286787 (Hong Kong); Secretary for Security (individual) [HK-EO13936].

LEE, Ka Chiu (Chinese Traditional: 李家超) (a.k.a. LEE, John; a.k.a. LEE, John Ka-chiu; a.k.a. "LI, Jiachao"), Flat A, 5/F, Block 2, King's Park Villa, No. 1 King's Park Rise, Homantin, Kowloon, Hong Kong; DOB 07 Dec 1957; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; National ID No. G0286787 (Hong Kong); Secretary for Security (individual) [HK-EO13936].

LEE, Karl (a.k.a. LI, Fangwei), China; c/o LIMMT ECONOMIC AND TRADE COMPANY, LTD., 2501-2508 Yuexiu Mansion, No. 82 Xinkai

Road, Dalian, Liaoning 116011, China; DOB 18 Sep 1972; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

LEE, Kwai-wah (a.k.a. LI, Guihua (Chinese Simplified: 李桂华); a.k.a. LI, Kwai-wah (Chinese Traditional: 李桂華); a.k.a. LI, Steve Kwai-wah), Flat B, 22 Floor, Block 30, Laguna City, Lam Tin, Kowloon City, Hong Kong, China; DOB 22 Nov 1964; POB Hong Kong, China; nationality China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport K06749109 (Hong Kong) expires 06 Sep 2028; National ID No. D4017081 (Hong Kong) (individual) [HK-EO13936].

LEF SPECIAL UNITS (a.k.a. IRANIAN POLICE SPECIAL UNITS; a.k.a. NAJA SPECIAL UNITS; a.k.a. SPECIAL UNITS OF IRAN'S LAW ENFORCEMENT FORCES; a.k.a. YEGAN-E VIZHE (Arabic: یگان ویژه ناجا); a.k.a. "YEGOP"), Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Target Type Government Entity [IRAN-HR] (Linked To: LAW ENFORCEMENT FORCES OF THE ISLAMIC REPUBLIC OF IRAN).

LEGO INVESTMENTS EOOD (Cyrillic: ЛЕГО ИНВЕСТМЪНТС ЕООД), ul. Saborana, 2A, Sofia 1000, Bulgaria; Organization Established Date 2014; Company Number 202890848 (Bulgaria) [GLOMAG] (Linked To: RAHMANI, Ajmal).

LEGRA SOTOLONGO, Roberto (Latin: LEGRÁ SOTOLONGO, Roberto), Havana, Cuba; DOB 1955; POB Baracoa, Cuba; nationality Cuba; Gender Male; Deputy Chief of the General Staff Revolutionary Armed Forces and Chief of the Directorate of Operations of the FAR (individual) [GLOMAG].

LE-HUA ELEC F CO. LTD (a.k.a. LE-HUA ELECTRONIC FIELD CO. LIMITED), Room B, 5/F, Building 2, Guilong Jiayuan Gui Yuan North Road, Guiyuan Neighborhood St Office, Luohu District, Shenzhen, Guangdong, China; 15th Floor, Ming Shang Ge Building, Bao'an Street, Luo Hu Area, Shenzhen, Guangdong, China; Flat/Room 1610, Nan Fung Tower, 173 Des Voeux Road Central, Hong Kong; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: CHERRI, Adel Mohamad).

LE-HUA ELECTRONIC FIELD CO. LIMITED (a.k.a. LE-HUA ELEC F CO. LTD), Room B, 5/F, Building 2, Guilong Jiayuan Gui Yuan North

Road, Guiyuan Neighborhood St Office, Luohu District, Shenzhen, Guangdong, China; 15th Floor, Ming Shang Ge Building, Bao'an Street, Luo Hu Area, Shenzhen, Guangdong, China; Flat/Room 1610, Nan Fung Tower, 173 Des Voeux Road Central, Hong Kong; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations [SDGT] (Linked To: CHERRI, Adel Mohamad).

LEI, Zhang (a.k.a. CHANG, Eric; a.k.a. ZHANG, Lei; a.k.a. ZHANG, Shi); DOB 03 Jan 1976; POB Shanghai, China; citizen China; Passport G23851362 (China); alt. Passport W76048374 (China); National ID No. 320202197601030513 (China); Chinese Commercial Code 1728 4320 (individual) [SDNTK] (Linked To: CEC LIMITED).

LEISURE HOLIDAYS LIMITED (a.k.a. INOVEST LIMITED), 18, Drive 41, Tumas Galea Street, Ta'Paris, Birkirkara BKR 04, Malta; D-U-N-S Number 52-023-9744; V.A.T. Number MT14324921 (Malta); Tax ID No. 14324921 (Malta); Trade License No. C 19766 (Malta) [LIBYA3] (Linked To: DEBONO, Gordon).

LEJ AL-ALAMI (a.k.a. LASHKAR E JHANGVI; a.k.a. LASHKAR E JHANGVI AL-ALAMI; a.k.a. LASHKAR E JHANGVI AL-ALMI; a.k.a. LASHKAR I JHANGVI; a.k.a. LASHKAR-I-JHANGVI; a.k.a. "LJ") [FTO] [SDGT].

LELIKOV, Dmitriy Yurievich (a.k.a. LELIKOV, Dmitry Yuryevich (Cyrillic: ЛЕЛИКОВ, Дмитрий Юрьевич)), 23 Tiz Vatutinki, Moscow Region 142793, Russia; DOB 09 May 1968; POB Groznyy, Russia; nationality Russia; Gender Male; Passport 514408956 (Russia); National ID No. 4606153352 (Russia) (individual) [RUSSIA-EO14024].

LELIKOV, Dmitry Yuryevich (Cyrillic: ЛЕЛИКОВ, Дмитрий Юрьевич) (a.k.a. LELIKOV, Dmitriy Yurievich), 23 Tiz Vatutinki, Moscow Region 142793, Russia; DOB 09 May 1968; POB Groznyy, Russia; nationality Russia; Gender Male; Passport 514408956 (Russia); National ID No. 4606153352 (Russia) (individual) [RUSSIA-EO14024].

LELO DE LA REA, Horacio (a.k.a. LELO DE LARREA VENTIMILLA, Horacio Edmundo), Calle 20 de Noviembre 390, Colonia del Toro, Puerto Vallarta, Jalisco 48296, Mexico; Valle Kino 179, Colonia Valle Dorado, Bahia de Banderas, Nayarit, Mexico; DOB 03 Oct 1973; POB Distrito Federal, Mexico; nationality Mexico; Gender Male; R.F.C. LEVH731003EP3 (Mexico); C.U.R.P. LEVH731003HDFLNR03

(Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LELO DE LARREA VENTIMILLA, Horacio Edmundo (a.k.a. LELO DE LA REA, Horacio), Calle 20 de Noviembre 390, Colonia del Toro, Puerto Vallarta, Jalisco 48296, Mexico; Valle Kino 179, Colonia Valle Dorado, Bahia de Banderas, Nayarit, Mexico; DOB 03 Oct 1973; POB Distrito Federal, Mexico; nationality Mexico; Gender Male; R.F.C. LEVH731003EP3 (Mexico); C.U.R.P. LEVH731003HDFLNR03 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LEMBERGS, Aivars, Ventspils, Latvia; DOB 26 Sep 1953; POB Jekabpils, Latvia; nationality Latvia; Gender Male (individual) [GLOMAG].

LENACHIM COMPANY LIMITED (a.k.a. LIMITED LIABILITY COMPANY LENAKHIM), UI Marshala Govorova D. 29, Saint Petersburg 198095, Russia; Khimichesky Per., D. 1, Litera AN, Pomesh 10-N, Chast Pom 3, Saint Petersburg 198095, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7805182187 (Russia); Registration Number 1027802746179 (Russia) [RUSSIA-EO14024].

LENG, Holger, Tallinn, Estonia; Switzerland; DOB 12 Jun 1969; nationality Estonia; alt. nationality Switzerland; Gender Male (individual) [RUSSIA-EO14024] (Linked To: MILUR SA).

LENKABEL (a.k.a. LIMITED LIABILITY COMPANY LENCABEL; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU LENCABEL), UI. Samoilovoi D. 5, Lit. I, Pomeshch. 11N, Office 31-32, Saint Petersburg 192102, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7816339601 (Russia); Registration Number 1167847387366 (Russia) [RUSSIA-EO14024].

LENMORNIIPROEKT PAO (a.k.a. AKTSIONERNOE OBSHCHESTVO LENMORNIIPROEKT PO PROEKTIROVANIYU; a.k.a. JOINT STOCK

COMPANY LENMORNIIPROEKT), Mezhevoi Kanal, 3, 2, Saint Petersburg 198035, Russia; Tax ID No. 7805018067 (Russia); Registration Number 1027802723739 (Russia) [RUSSIA-EO14024].

LENPROMTRANSPROEKT CJSC (a.k.a. LENPROMTRANSPROYEKT (Cyrillic: АО ЛЕНПРОМТРАНСПРОЕКТ) (a.k.a. LENPROMTRANSPROYEKT JOINT-STOCK COMPANY), Kondrat'yevskiy Prospekt 15, building 5/1, 223, St. Petersburg 195197, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7825064262 (Russia); Business Registration Number 1027809210054 (Russia) [UKRAINE-EO13685].

LENPROMTRANSPROYEKT (Cyrillic: АО ЛЕНПРОМТРАНСПРОЕКТ) (a.k.a. LENPROMTRANSPROEKT CJSC; a.k.a. LENPROMTRANSPROYEKT JOINT-STOCK COMPANY), Kondrat'yevskiy Prospekt 15, building 5/1, 223, St. Petersburg 195197, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7825064262 (Russia); Business Registration Number 1027809210054 (Russia) [UKRAINE-EO13685].

LENPROMTRANSPROYEKT JOINT-STOCK COMPANY (a.k.a. LENPROMTRANSPROEKT CJSC; a.k.a. LENPROMTRANSPROYEKT (Cyrillic: АО ЛЕНПРОМТРАНСПРОЕКТ)), Kondrat'yevskiy Prospekt 15, building 5/1, 223, St. Petersburg 195197, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7825064262 (Russia); Business Registration Number 1027809210054 (Russia) [UKRAINE-EO13685].

LENSHIN, Roman Yurevich (a.k.a. LENSHIN, Roman Yuryevich (Cyrillic: ЛЕНЬШИН, Роман Юрьевич); a.k.a. LENSHYN, Roman Yuriiovich (Cyrillic: ЛЕНЬШИН, Роман Юрійович)), Russia; DOB 02 Aug 1976; Gender Male; Tax ID No. 773576584106 (Russia) (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

LENSHIN, Roman Yuryevich (Cyrillic: ЛЕНЬШИН, Роман Юрьевич) (a.k.a. LENSHIN, Roman Yurevich; a.k.a. LENSHYN, Roman Yuriiovich (Cyrillic: ЛЕНЬШИН, Роман Юрійович)), Russia; DOB 02 Aug 1976; Gender Male; Tax ID No. 773576584106 (Russia)

(individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

LENSHYN, Roman Yuriiovich (Cyrillic: ЛЕНЬШИН, Роман Юрійович) (a.k.a. LENSHIN, Roman Yurevich; a.k.a. LENSHIN, Roman Yuryevich (Cyrillic: ЛЕНЬШИН, Роман Юрьевич)), Russia; DOB 02 Aug 1976; Gender Male; Tax ID No. 773576584106 (Russia) (individual) [RUSSIA-EO14024] (Linked To: INTERREGIONAL SOCIAL ORGANIZATION UNION OF DONBAS VOLUNTEERS).

LENSKAYA, Elena Anatolievna (Cyrillic: ЛЕНСКАЯ, Елена Анатольевна) (a.k.a. LENSKAYA, Yelena), Moscow, Russia; DOB 22 Jan 1979; nationality Russia; Gender Female; Tax ID No. 770905658030 (Russia); Judge of the Basmannyy District Court in Moscow (individual) [GLOMAG].

LENSKAYA, Yelena (a.k.a. LENSKAYA, Elena Anatolievna (Cyrillic: ЛЕНСКАЯ, Елена Анатольевна)), Moscow, Russia; DOB 22 Jan 1979; nationality Russia; Gender Female; Tax ID No. 770905658030 (Russia); Judge of the Basmannyy District Court in Moscow (individual) [GLOMAG].

LEON ALVARADO, Samuel, Mexico; DOB 02 Jul 1988; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LEAS880702HSLNLM08 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LEON ANDRADE, Bernabe (a.k.a. ARAUJO INZUNZA, Gonzalo; a.k.a. INZUNZA INZUNZA, Gonzalo; a.k.a. "MACHO PRIETO"), Sonora, Mexico; Mexicali, Baja California, Mexico; DOB 17 Aug 1971; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 040016733 (Mexico); C.U.R.P. IUIG710817HSLNNN08 (Mexico) (individual) [SDNTK].

LEON RODRIGUEZ, Juvenal (a.k.a. "GALLO"), Mexico; DOB 01 Sep 1976; POB Guanajuato, Mexico; nationality Mexico; Gender Male; C.U.R.P. LERJ760901HGTNDV06 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LEON SANTIESTEBAN, Carlos Alberto; DOB 14 Oct 1970; POB Navolato, Sinaloa, Mexico; R.F.C. LESC701014JM6 (Mexico); C.U.R.P. LESC701014HSLNNR08 (Mexico) (individual) [SDNTK] (Linked To: ESTACIONES DE SERVICIOS CANARIAS, S.A. DE C.V.; Linked To: GASODIESEL Y SERVICIOS ANCONA, S.A. DE C.V.; Linked To: GASOLINERA ALAMOS COUNTRY, S.A. DE C.V.; Linked To: GASOLINERA Y SERVICIOS VILLABONITA, S.A. DE C.V.; Linked To: PETROBARRANCOS,

S.A. DE C.V.; Linked To: SERVICIOS CHULAVISTA, S.A. DE C.V.).

LEON VALDEZ, Jesus Manuel (a.k.a. "El Guero de Las Trancas"; a.k.a. "El Guero Trancas"; a.k.a. "Guero de Las Trancas"; a.k.a. "Guero Trancas"), Las Trancas, Tamazula, Durango, Mexico; DOB 08 May 1977; POB Durango, Mexico; nationality Mexico; Gender Male; C.U.R.P. LEVJ770508HDGNLS02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LEON, Manzi (a.k.a. MANZI, Leon; a.k.a. MUGARAGU, Leodomir, Katoyi, North Kivu, Congo, Democratic Republic of the; DOB 1954; alt. DOB 1953; POB Kigali, Rwanda; alt. POB Rushashi (Northern Province), Rwanda; FDLR/FOCA Chief of Staff; Brigadier General (individual) [DRCONGO].

LEONE MARTINEZ, Miguel Jose (a.k.a. LEONE, Miguel), Severo Diaz 38, Col. Ladron de Guevara, Guadalajara, Jalisco 44600, Mexico; DOB 16 May 1980; citizen Italy; alt. citizen Venezuela; Website www.miguelleone.com; Gender Male; Passport YA1867648 (Italy) (individual) [SDNTK] (Linked To: LOS CUINIS).

LEONE, Miguel (a.k.a. LEONE MARTINEZ, Miguel Jose), Severo Diaz 38, Col. Ladron de Guevara, Guadalajara, Jalisco 44600, Mexico; DOB 16 May 1980; citizen Italy; alt. citizen Venezuela; Website www.miguelleone.com; Gender Male; Passport YA1867648 (Italy) (individual) [SDNTK] (Linked To: LOS CUINIS).

LEONOV, Oleg Yurievich (Cyrillic: ЛЕОНОВ, Олег Юрьевич), Russia; DOB 10 Sep 1970; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LEONOV, Sergey Dmitriyevich (Cyrillic: ЛЕОНОВ, Сергей Дмитриевич), Russia; DOB 09 May 1983; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LEPAJE SALAZAR, Nelson Reinaldo, Aragua, Venezuela; DOB 24 Apr 1969; citizen Venezuela; Gender Male; Cedula No. 10049353 (Venezuela); Passport 064906043 (Venezuela) expires 12 Jan 2016; alt. Passport 009551291 (Venezuela) expires 04 Mar 2013; Acted in the Capacity of the Head of the Office of the National Treasury (individual) [VENEZUELA].

LEPIC, Amikwe (a.k.a. HAKIZIMANA, Apollinaire; a.k.a. "POETE"), Rutshuru, North Kivu, Congo, Democratic Republic of the; DOB 1964; POB Rugogwe Cell, Mwiyanike Sector, Karago

Commune, Gisenyi Prefecture, Rwanda; alt. POB Rubavu District, Western Province, Rwanda; nationality Rwanda; Gender Male (individual) [DRCONGO] (Linked To: FORCES DEMOCRATIQUES DE LIBERATION DU RWANDA).

LEPIN, Vladimir Nikolaevich, Russia; DOB 28 Jul 1959; POB Tambov, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY CONCERN KALASHNIKOV).

LERCH, Gotthard, Kreuzbergstrasse 4, 9472 Grabs, St Gallen Canton, Switzerland; DOB 21 Dec 1942; POB Germany; nationality Germany; Passport 3545767791D (Germany) issued 07 Aug 1998 expires 06 Aug 2008; alt. Passport 3545767791 (Germany) (individual) [NPWMD].

LERMA TRADING S.A., Calle 53a Este, Panama; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

LESHCHENKO, Mikhail Aleksandrovich, Russia; DOB 20 Mar 1975; POB Naberezhnye Chelny, Russia; nationality Russia; Gender Male; National ID No. 4508512143 (Russia) (individual) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MARSHAL.GLOBAL).

LESTAFIER, Anton (a.k.a. KUZMIN, Anton Yuryevich; a.k.a. LESTAFYE, Anton Yuryevich), Russia; DOB 08 Mar 1983; nationality Russia; Gender Male; Passport 763579648 (Russia); Tax ID No. 503611829859 (Russia) (individual) [RUSSIA-EO14024].

LESTAFYE, Anton Yuryevich (a.k.a. KUZMIN, Anton Yuryevich; a.k.a. LESTAFIER, Anton), Russia; DOB 08 Mar 1983; nationality Russia; Gender Male; Passport 763579648 (Russia); Tax ID No. 503611829859 (Russia) (individual) [RUSSIA-EO14024].

LESUN, Anatoliy Fodorovich (Cyrillic: ЛЕСУН, Анатолий Фёдорович), Russia; DOB 27 Feb 1959; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LETIA COMPANY (Arabic: شركة ليتيا) (a.k.a. LETIA JOINT-STOCK COMPANY L.L.C.; a.k.a. LETIA LIMITED LIABILITY COMPANY; a.k.a. LITIA COMPANY), Damascus, Syria; Organization Established Date 10 Jan 2019; Organization Type: Manufacture of medical and dental instruments and supplies [SYRIA].

LETIA JOINT-STOCK COMPANY L.L.C. (a.k.a. LETIA COMPANY (Arabic: شركة ليتيا); a.k.a.

LETIA LIMITED LIABILITY COMPANY; a.k.a. LITIA COMPANY), Damascus, Syria; Organization Established Date 10 Jan 2019; Organization Type: Manufacture of medical and dental instruments and supplies [SYRIA].

LETIA LIMITED LIABILITY COMPANY (a.k.a. LETIA COMPANY (Arabic: شركة ليتيا); a.k.a. LETIA JOINT-STOCK COMPANY L.L.C.; a.k.a. LITIA COMPANY), Damascus, Syria; Organization Established Date 10 Jan 2019; Organization Type: Manufacture of medical and dental instruments and supplies [SYRIA].

LEVCHENKO, Sergey Georgiyevich (Cyrillic: ЛЕВЧЕНКО, Сергей Георгиевич), Russia; DOB 02 Nov 1953; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LEVERAGE, S.A., San Martin 323, Piso 14, Buenos Aires, Argentina [CUBA].

LEVI, Yinon (Hebrew: ינון לוי) (a.k.a. LEVY, Yinon), Meitarim Farm Outpost, West Bank; DOB 19 Dec 1992; POB Israel; nationality Israel; Gender Male; National ID No. 203807276 (Israel) (individual) [WEST-BANK-EO14115].

LEVICHEV, Nikolay Vladimirovich (Cyrillic: ЛЕВИЧЕВ, Николай Владимирович), Moscow, Russia; DOB 28 May 1953; POB St. Petersburg, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

LEVIN FOTONIKS (a.k.a. LEVIN PHOTONICS LLC), Pr-d Zavodskoi D. 2, Pomeshch. 704-707, Fryazino 141190, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9723084440 (Russia); Registration Number 1197746285626 (Russia) [RUSSIA-EO14024].

LEVIN PHOTONICS LLC (a.k.a. LEVIN FOTONIKS), Pr-d Zavodskoi D. 2, Pomeshch. 704-707, Fryazino 141190, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9723084440 (Russia); Registration Number 1197746285626 (Russia) [RUSSIA-EO14024].

LEVIN, Dmitrii Olegovich (a.k.a. LEVIN, Dmitriy Olegovich (Cyrillic: ЛЕВИН, Дмитрий Олегович); a.k.a. LEVIN, Dmitry Olegovich), Apt. 5, H.3-14, Glazovsky Pereulok, Moscow 119002, Russia; DOB 27 Aug 1965; POB Moscow, Russia; nationality Russia; Gender Male; Passport 530294714 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

LEVIN, Dmitriy Olegovich (Cyrillic: ЛЕВИН, Дмитрий Олегович) (a.k.a. LEVIN, Dmitrii Olegovich; a.k.a. LEVIN, Dmitry Olegovich), Apt. 5, H.3-14, Glazovsky Pereulok, Moscow 119002, Russia; DOB 27 Aug 1965; POB Moscow, Russia; nationality Russia; Gender Male; Passport 530294714 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

LEVIN, Dmitry Olegovich (a.k.a. LEVIN, Dmitrii Olegovich; a.k.a. LEVIN, Dmitriy Olegovich (Cyrillic: ЛЕВИН, Дмитрий Олегович)), Apt. 5, H.3-14, Glazovsky Pereulok, Moscow 119002, Russia; DOB 27 Aug 1965; POB Moscow, Russia; nationality Russia; Gender Male; Passport 530294714 (Russia) (individual) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY BANK FINANCIAL CORPORATION OTKRITIE).

LEVITIN, Igor Evgenevich (a.k.a. LEVITIN, Igor Evgenyevich; a.k.a. LEVITIN, Igor Yevgenyevich (Cyrillic: ЛЕВИТИН, Игорь Евгеньевич)), Moscow, Russia; DOB 21 Feb 1952; POB Tsebrykove, Odessa Region, Ukraine; nationality Russia; citizen Russia; Gender Male; Tax ID No. 770200213419 (Russia) (individual) [RUSSIA-EO14024].

LEVITIN, Igor Evgenyevich (a.k.a. LEVITIN, Igor Evgenevich; a.k.a. LEVITIN, Igor Yevgenyevich (Cyrillic: ЛЕВИТИН, Игорь Евгеньевич)), Moscow, Russia; DOB 21 Feb 1952; POB Tsebrykove, Odessa Region, Ukraine; nationality Russia; citizen Russia; Gender Male; Tax ID No. 770200213419 (Russia) (individual) [RUSSIA-EO14024].

LEVITIN, Igor Yevgenyevich (Cyrillic: ЛЕВИТИН, Игорь Евгеньевич) (a.k.a. LEVITIN, Igor Evgenevich; a.k.a. LEVITIN, Igor Evgenyevich), Moscow, Russia; DOB 21 Feb 1952; POB Tsebrykove, Odessa Region, Ukraine; nationality Russia; citizen Russia; Gender Male; Tax ID No. 770200213419 (Russia) (individual) [RUSSIA-EO14024].

LEVY, Yinon (a.k.a. LEVI, Yinon (Hebrew: ינון לוי)), Meitarim Farm Outpost, West Bank; DOB 19 Dec 1992; POB Israel; nationality Israel; Gender Male; National ID No. 203807276 (Israel) (individual) [WEST-BANK-EO14115].

LEWAA AL-THAWRA (a.k.a. BANNER OF THE REVOLUTION; a.k.a. LIWA AL THOWRA; a.k.a. LIWA AL-THAWRA; a.k.a. LIWA AL-THAWRAH; a.k.a. LIWA' AL-THAWRAH; a.k.a. LIWAA AL-THAWRA; a.k.a. THE REVOLUTION BRIGADE), Qalyubia, Egypt; Monofeya, Egypt [SDGT].

LEYVA ESCANDON, Edgardo, Apt. 513, Calle Tampico, Colonia Cacho, Tijuana, Baja California, Mexico; DOB 17 Sep 1969; POB Tijuana, Baja California, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. LEEE690917HBCYSD02 (Mexico) (individual) [SDNTK].

LI, Cheng He (a.k.a. RI, Song-hyok), Beijing, China; DOB 19 Mar 1965; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Passport 654234735 (Korea, North) (individual) [DPRK3].

LI, Cheng Yu (a.k.a. BOONTHAWEE, Sae Jang; a.k.a. BUNTHAWEE, Sae Chang; a.k.a. BUNTHAWEE, Sae Jang; a.k.a. "AH LI KO"; a.k.a. "LI CHENG YU"), Shan, Burma; 199/132, Mu 8, Tambon Non Jom, Amphur San Sai, Chiang Mai, Thailand; 725, Mu 10, Tambon Nong Bua, Amphur Chaiprakan, Chiang Mai, Thailand; DOB 06 Jun 1961; Passport X638456 (Thailand); National ID No. 5502100007251 (Thailand) (individual) [SDNTK].

LI, Fangwei (a.k.a. LEE, Karl), China; c/o LIMMT ECONOMIC AND TRADE COMPANY, LTD., 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; DOB 18 Sep 1972; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

LI, Guihua (Chinese Simplified: 李桂华) (a.k.a. LEE, Kwai-wah; a.k.a. LI, Steve Kwai-wah; a.k.a. LI, Kwai-wah (Chinese Traditional: 李桂華); a.k.a. LI, Steve Kwai-wah), Flat B, 22 Floor, Block 30, Laguna City, Lam Tin, Kowloon City, Hong Kong, China; DOB 22 Nov 1964; POB Hong Kong, China; nationality China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport K06749109 (Hong Kong) expires 06 Sep 2028;

National ID No. D4017081 (Hong Kong) (individual) [HK-EO13936].

LI, Hong Ri (Chinese Simplified: 李红日) (a.k.a. LI, Hongri; a.k.a. RI, Hong-il), China; DOB 05 Jul 1964; nationality China; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK3] (Linked To: RI, Song-hyok).

LI, Hongri (a.k.a. LI, Hong Ri (Chinese Simplified: 李红日); a.k.a. RI, Hong-il), China; DOB 05 Jul 1964; nationality China; Gender Male; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 (individual) [DPRK3] (Linked To: RI, Song-hyok).

LI, Jiadong (Chinese Simplified: 李家东) (a.k.a. "blackjack1987"; a.k.a. "khaleesi"), Anshan, Liaoning, China (Chinese Simplified: 鞍山, 辽宁, China); DOB 10 Jan 1987; nationality China; Gender Male; Digital Currency Address - XBT 1EfMVkxQQuZfBdocpJu6RUsCJvenQWbQyE; alt. Digital Currency Address - XBT 17UVSMegvrzfobKC82dHXpZLtLcqzW9stF; alt. Digital Currency Address - XBT 39eboeqYNFe2VoLC3mUGx4dh6GNhLB3D2q; alt. Digital Currency Address - XBT 39fhoB2DohisGBbHvvfmkdPdShT75CNHdX; alt. Digital Currency Address - XBT 3E6rY4dSCDW6y2bzJNwrjvTtdmMQjB6yeh; alt. Digital Currency Address - XBT 3EeR8FbcPbkcGj77D6ttneJxmsr3Nu7KGV; alt. Digital Currency Address - XBT 3HQRveQzPifZorZLDXHernc5zjoZax8U9f; alt. Digital Currency Address - XBT 3JXKQ81JzBqVbB8VHdV9Jtd7auWokkdPgY; alt. Digital Currency Address - XBT 3KHfXU24Bt3YD5Ef4J7uNp2buCuhrxfGen; alt. Digital Currency Address - XBT 3LbDu1rUXHNyiz4i8eb3KwkSSBMf7C583D; alt. Digital Currency Address - XBT 3MN8nYo1tt5hLxMwMbxDkXWd7Xu522hb9P; alt. Digital Currency Address - XBT 3N6WeZ6i34taX8Ditser6LKWBcXmt2XXL4; Secondary sanctions Regulations, sections 510.201 and 510.210; Phone Number 8613314257947; alt. Phone Number 8618004121000; Transactions Prohibited For Persons Owned or Controlled By

U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Identification Number 210302198701102136 (China) (individual) [CYBER2] (Linked To: LAZARUS GROUP).

LI, Jiangzhou (Chinese Simplified: 李江舟), Hong Kong, China; DOB Jan 1968; POB Qianshan City, Anhui Province, China; nationality China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149 (individual) [HK-EO13936].

LI, Kai Shou (a.k.a. "LI KAI SHOU"), Huay Aw, Shan, Burma; DOB 1949 (individual) [SDNTK].

LI, Kwai-wah (Chinese Traditional: 李桂華) (a.k.a. LEE, Kwai-wah; a.k.a. LI, Guihua (Chinese Simplified: 李桂华); a.k.a. LI, Steve Kwai-wah), Flat B, 22 Floor, Block 30, Laguna City, Lam Tin, Kowloon City, Hong Kong, China; DOB 22 Nov 1964; POB Hong Kong, China; nationality China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport K06749109 (Hong Kong) expires 06 Sep 2028; National ID No. D4017081 (Hong Kong) (individual) [HK-EO13936].

LI, Shangfu (Chinese Simplified: 李尚福); DOB 01 Feb 1958 to 28 Feb 1958; POB Chengdu, Sichuan Province, China; citizen China; Gender Male; CAATSA Section 235 Information: FOREIGN EXCHANGE. Sec 235(a)(7); alt. CAATSA Section 235 Information: BANKING TRANSACTIONS. Sec 235(a)(8); alt. CAATSA Section 235 Information: EXCLUSION OF CORPORATE OFFICERS. Sec 235(a)(11); alt. CAATSA Section 235 Information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec 235(a)(9); Director of Equipment Development Department (individual) [CAATSA - RUSSIA] (Linked To: EQUIPMENT DEVELOPMENT DEPARTMENT).

LI, Steve Kwai-wah (a.k.a. LEE, Kwai-wah; a.k.a. LI, Guihua (Chinese Simplified: 李桂华); a.k.a. LI, Kwai-wah (Chinese Traditional: 李桂華)), Flat B, 22 Floor, Block 30, Laguna City, Lam Tin, Kowloon City, Hong Kong, China; DOB 22 Nov 1964; POB Hong Kong, China; nationality China; Gender Male; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport K06749109 (Hong Kong) expires 06 Sep 2028; National ID No. D4017081 (Hong Kong) (individual) [HK-EO13936].

LI, Yi (Chinese Simplified: 李奕), Room 202, No. 6, Lane 5848, North Zhang Yang Road, Pu

Dong District, Shanghai, China; DOB 23 Feb 1975; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); alt. Executive Order 13846 information: EXCLUSION OF CORPORATE OFFICERS. Sec. 4(e); National ID No. 310224197502233514 (individual) [IRAN-EO13846].

LI, Yongxin (a.k.a. "LEE, Emma"), China; DOB 24 Feb 1987; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female (individual) [NPWMD] [IFSR] (Linked To: RAYAN ROSHD AFZAR COMPANY).

LI, Youmin, China; DOB 19 Jul 1973; POB Jilin, China; nationality China; Gender Female; Passport G48428458 (China) issued 14 Feb 2011 expires 13 Feb 2021; National ID No. 12010319730719672 (China) (individual) [IRAN-EO13846].

LI, Zeming, Zhejiang, China; DOB 22 May 1985; POB Zhejiang, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; Passport EE2360309 (China) issued 24 Aug 2018 expires 23 Aug 2028 (individual) [NPWMD] [IFSR] (Linked To: ZHEJIANG QINGJI IND. CO., LTD).

LI, Zhenyu (Chinese Simplified: 励振羽) (a.k.a. ZHENYU, Li), Dalian, China; DOB 07 Jun 1965; POB Dandong, China; nationality China; Gender Male; Passport E63646378 (China) issued 27 Nov 2015 expires 26 Nov 2025; National ID No. 210211196506075832 (China) (individual) [GLOMAG].

LIA CO L.L.C. (a.k.a. LIA COMPANY (Arabic: شركة ليا); a.k.a. "LEAH COMPANY"), Damascus, Syria; Organization Established Date 30 Jan 2011 [SYRIA] (Linked To: MASOUTI, Mohammed Hammam Mohammed Adnan).

LIA COMPANY (Arabic: شركة ليا) (a.k.a. LIA CO L.L.C.; a.k.a. "LEAH COMPANY"), Damascus, Syria; Organization Established Date 30 Jan 2011 [SYRIA] (Linked To: MASOUTI, Mohammed Hammam Mohammed Adnan).

LIAGIN, Roman (a.k.a. LIAHIN, Roman; a.k.a. LYAGIN, Roman; a.k.a. LYAHIN, Roman); DOB 30 May 1980; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

LIAHIN, Roman (a.k.a. LIAGIN, Roman; a.k.a. LYAGIN, Roman; a.k.a. LYAHIN, Roman); DOB 30 May 1980; POB Donetsk, Ukraine; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 (individual) [UKRAINE-EO13660].

LIANG, Ching-fang (a.k.a. BOONCHUA, Chanchira; a.k.a. BOONCHUA, Chanjira; a.k.a. CHANCHIRA, Boochuea; a.k.a. "CHE FONG"; a.k.a. "CHEFONG"; a.k.a. "JEH FONG"), c/o KHUM THAW COMPANY LIMITED, Chiang Mai, Thailand; c/o SANGSIRI KANKASET COMPANY LIMITED, Chiang Mai, Thailand; 261, Wichayanon Road, Tambon Chang Moi, Amphur Muang, Chiang Mai, Thailand; DOB 15 May 1951; National Foreign ID Number 350991386390 (Thailand) issued 28 Oct 1952 expires 14 May 2009 (individual) [SDNTK].

LIAONING DANXING INTERNATIONAL FORWARDING CO. LTD. (Chinese Simplified: 辽宁丹兴国际货运有限公司), Room D1302, Langham Place, East Harbour, No. 11 Zhubao Street, Ganglong Road, Dalian, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Registration Number 91210200242663544B [DPRK4].

LIAONING INDUSTRY & TRADE CO., LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

LIAONING INDUSTRY AND TRADE CO., LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

LIASHENKA, Ihar Vasilevich (Cyrillic: ЛЯШЭНКА, Iгар Васiльевiч) (a.k.a. LYASHENKO, Igor (Cyrillic: ЛЯШЕНКО, Игорь); a.k.a. LYASHENKO, Igor Vasilyevich (Cyrillic: ЛЯШЕНКО, Игорь Васильевич)), Belarus; DOB 05 Nov 1974; POB Ochamchire, Georgia; nationality Belarus; Gender Male (individual) [BELARUS].

LIBAN TRADING (a.k.a. AL-LIIBAAN GENERAL TRADING CO.; a.k.a. LIIBAAN GENERAL TRADING CO.; a.k.a. LIIBAAN TRADING; a.k.a. LIIBAN TRADING), Bosaso, Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 14(RV. NO: 103100149) (Somalia) [SDGT]

(Linked To: YUSUF, Mohamed Mire Ali; Linked To: MOHAMED, Liibaan Yousuf).

LIBERATION ARMY OF PRESEVO, MEDVEDJA, AND BUJANOVAC (a.k.a. UCPMB) [BALKANS].

LIBERATION OF AL-SHAM COMMISSION (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF THE LEVANT ORGANISATION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

LIBERATION OF THE LEVANT ORGANISATION (a.k.a. AL NUSRAH FRONT FOR THE PEOPLE OF LEVANT; a.k.a. AL-NUSRAH FRONT; a.k.a. AL-NUSRAH FRONT IN LEBANON; a.k.a. ASSEMBLY FOR LIBERATION OF THE LEVANT; a.k.a. ASSEMBLY FOR THE LIBERATION OF SYRIA; a.k.a. CONQUEST OF THE LEVANT FRONT; a.k.a. FATAH AL-SHAM FRONT; a.k.a. FATEH AL-SHAM FRONT; a.k.a. FRONT FOR THE CONQUEST OF SYRIA; a.k.a. FRONT FOR THE CONQUEST OF SYRIA/THE LEVANT; a.k.a. FRONT FOR THE LIBERATION OF THE LEVANT; a.k.a. HAY'AT TAHRIR AL-SHAM; a.k.a. HAYAT TAHRIR AL-SHAM; a.k.a. HAY'ET TAHRIR AL-SHAM; a.k.a. JABHAT AL-NUSRA LI-AHL AL-SHAM MIN MUJAHEDI AL-SHAM FI SAHAT AL-JIHAD; a.k.a. JABHAT AL-NUSRAH; a.k.a. JABHAT FATAH AL-SHAM; a.k.a. JABHAT FATEH AL-SHAM; a.k.a. JABHAT FATH AL

SHAM; a.k.a. JABHAT FATH AL-SHAM; a.k.a. JABHET AL-NUSRAH; a.k.a. LIBERATION OF AL-SHAM COMMISSION; a.k.a. TAHRIR AL-SHAM; a.k.a. TAHRIR AL-SHAM HAY'AT; a.k.a. THE FRONT FOR THE LIBERATION OF AL SHAM; a.k.a. "HTS"; a.k.a. "SUPPORT FRONT FOR THE PEOPLE OF THE LEVANT"; a.k.a. "THE VICTORY FRONT") [FTO] [SDGT].

LIBERATION STRUGGLE (a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE; a.k.a. "ELA"; a.k.a. "JUNE 78") [SDGT].

LIBERATION TIGERS OF TAMIL EELAM (a.k.a. ELLALAN FORCE; a.k.a. LTTE; a.k.a. TAMIL TIGERS) [FTO] [SDGT].

LIBERTY SHIPPING CO LTD (Chinese Traditional: 利百船務有限公司), Room D, 3rd Floor, Thomson Commercial Building, 8-10 Thomson Road, Wan Chai, Hong Kong, China; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5513586 [DPRK4].

LIBRE ABORDO, S.A. DE C.V., Av. Constituyentes 345 Oficina 208, Colonia Daniel Garza, Alcaldía Miguel Hidalgo, Mexico City C.P. 11830, Mexico; RFC LAB100708RW2 (Mexico) [VENEZUELA-EO13850].

LIBYAN ISLAMIC FIGHTING GROUP [SDGT].

LICON MUNOZ, Jorge Arturo, Mexico; c/o CORRALES SAN IGNACIO S.P.R. DE R.L. DE C.V., Saucillo, Chihuahua, Mexico; c/o CORRALES SAN IGNACIO L.L.C., Presidio, TX, United States; DOB 17 May 1974; nationality Mexico; citizen Mexico; C.U.R.P. LIMJ740517HCHCXR09 (Mexico); Immigration No. A7800002 Border Crossing (United States) (individual) [SDNTK].

LIDERMASH STANKI, Ul. Kuskovskaya D. 20A, Kom. 6, Moscow 111141, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order

14024, as amended by Executive Order 14114.; Tax ID No. 7707427544 (Russia); Registration Number 1197746134948 (Russia) [RUSSIA-EO14024].

LIEMETA AG, Schliessa 16, Triesen 9495, Liechtenstein; Organization Established Date 10 Mar 2016; Legal Entity Number 875500HOXPGEOJIZCR36; Registration Number FL-0002.516.776-6 (Liechtenstein) [RUSSIA-EO14024] (Linked To: DIEGELMANN, Axel Paul).

LIFE CARE CENTER DOOEL (a.k.a. LIVE KER CENTER; a.k.a. SISTINA LAJF KEAR SENTAR SKOPJE DOOEL), Skupi 3A, Karposh 1020, North Macedonia, The Republic of; Tax ID No. MK4058012514363 (North Macedonia, The Republic of) [BALKANS-EO14033] (Linked To: SAMSONENKO, Irina).

LIFSHITS, Artem Mikhaylovich (Cyrillic: ЛИФШИЦ, Артём Михайлович), Primorsky Prospect 159, Saint Petersburg 197374, Russia; DOB 26 Dec 1992; nationality Russia; Email Address mycryptodeals@yandex.ru; alt. Email Address artemlv@hotmail.com; Gender Male; Digital Currency Address - XBT 12udabs2TkX7NXCSj6KpqXfakjE52ZPLhz; alt. Digital Currency Address - XBT 1DT3tenf14cxz9WFNxmYrXFbB6TFiVWA9U; Digital Currency Address - ETH 0x901bb9583b24d97e995513c6778dc6888ab6 870e; alt. Digital Currency Address - ETH 0xa7e5d5a720f06526557c513402f2e6b5fa20b0 08; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Phone Number 79110354982; Digital Currency Address - LTC Leo3j36nn1JcsUQruytQhFUdCdCH5YHMR3; Digital Currency Address - DASH Xs3vzQmNvAxRa3Xo8XzQqUb3BMgb9EogF4; Passport 719032284 (individual) [CYBER2] [ELECTION-EO13848].

LIGHT AIRPLANES DESIGN AND MANUFACTURING INDUSTRIES (a.k.a. GHODS AVIATION INDUSTRIES; a.k.a. QODS AVIATION INDUSTRIES; a.k.a. QODS RESEARCH CENTER), P.O. Box 15875-1834, Km 5 Karaj Special Road, Tehran, Iran; Unit (or Suite) 207, Saleh Blvd, Tehran, Iran; Unit 207, Tarajit Maydane Taymori (or Teimori) Square, Basiri Building, Tarasht, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions; National ID No. 14005441856 (Iran); Registration Number 483250 (Iran) [NPWMD] [IFSR] [IRAN-CON-ARMS-EO] [RUSSIA-EO14024] (Linked To: MINISTRY OF

DEFENSE AND ARMED FORCES LOGISTICS).

LIGHT INFANTRY DIVISION 66 (a.k.a. 66TH LIGHT INFANTRY DIVISION; a.k.a. "66 LID"; a.k.a. "#66 DIVISION"; a.k.a. "DIV. 66"; a.k.a. "LID 66"), Pyay Township, Bago Region, Burma; Target Type Government Entity [BURMA-EO14014].

LIIBAAN GENERAL TRADING CO. (a.k.a. AL-LIIBAAN GENERAL TRADING CO.; a.k.a. LIBAN TRADING; a.k.a. LIIBAAN TRADING; a.k.a. LIIBAN TRADING), Bosaso, Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 14(RV. NO: 103100149) (Somalia) [SDGT] (Linked To: YUSUF, Mohamed Mire Ali; Linked To: MOHAMED, Liibaan Yousuf).

LIIBAAN TRADING (a.k.a. AL-LIIBAAN GENERAL TRADING CO.; a.k.a. LIBAN TRADING; a.k.a. LIIBAAN GENERAL TRADING CO.; a.k.a. LIIBAN TRADING), Bosaso, Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 14(RV. NO: 103100149) (Somalia) [SDGT] (Linked To: YUSUF, Mohamed Mire Ali; Linked To: MOHAMED, Liibaan Yousuf).

LIIBAN TRADING (a.k.a. AL-LIIBAAN GENERAL TRADING CO.; a.k.a. LIBAN TRADING; a.k.a. LIIBAAN GENERAL TRADING CO.; a.k.a. LIIBAAN TRADING), Bosaso, Somalia; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Registration Number 14(RV. NO: 103100149) (Somalia) [SDGT] (Linked To: YUSUF, Mohamed Mire Ali; Linked To: MOHAMED, Liibaan Yousuf).

LIKE WISE, Shop No 5, Jamshed Quarter, Karachi, Pakistan; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Phone Number 923452179668; Registration Number 4220198261523 (Pakistan) [CYBER2] [ELECTION-EO13848] (Linked To: RAZA, Mohsin; Linked To: RAZA, Mujtaba Ali).

LIKHACHEV, Vitaly Viktorovich (Cyrillic: ЛИХАЧЁВ, Виталий Викторович), Russia; DOB 22 Feb 1964; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LILANI, Mujtaba Ali (a.k.a. RAZA, Mujtaba; a.k.a. RAZA, Mujtaba Ali), Karachi, Pakistan; DOB 21 Oct 1987; nationality Pakistan; Email Address threatcc@gmail.com; alt. Email Address mujtaba@forwarderz.com; Gender Male; Digital Currency Address - XBT 1KSAbh5trMCTZwhiNsuUQvfTtSSTT8zqRk; alt. Digital Currency Address - XBT 1BiUFjzH6wsT73U3tfy4aXHCQsYQHzjk5h; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201; Digital Currency Address - LTC LeKvNdNEzgQkzVVnRdV3fAu2DSF1nLsNw6; Digital Currency Address - XVG DFFJhnQNZf8rf67tYnesPu7MuGUpYtzv7Z; National ID No. 4220104113771 (Pakistan) (individual) [CYBER2] [ELECTION-EO13848] (Linked To: SECONDEYE SOLUTION).

LILIANA ESQUENAZI M. & CIA. S. C. S. (f.k.a. JAIME EDERY C. & CIA. S. EN C.; a.k.a. LILIANA ESQUENAZI M. AND CIA. S. C. S.), Calle 18 Norte No. 3N-24, Cali, Colombia; NIT # 800243259-5 (Colombia) [SDNTK].

LILIANA ESQUENAZI M. AND CIA. S. C. S. (f.k.a. JAIME EDERY C. & CIA. S. EN C.; a.k.a. LILIANA ESQUENAZI M. & CIA. S. C. S.), Calle 18 Norte No. 3N-24, Cali, Colombia; NIT # 800243259-5 (Colombia) [SDNTK].

LIMAJ, Fatmir; DOB 04 Feb 1971; POB Banja, Serbia and Montenegro; ICTY indictee (individual) [BALKANS].

LIMARENKO, Valeriy Igorevich (Cyrillic: ЛИМАРЕНКО, Валерий Игоревич), Sakhalin Region, Russia; DOB 19 Oct 1960; POB Kharkiv, Kharkiv Region, Ukraine; nationality Russia; citizen Russia; Gender Male (individual) [RUSSIA-EO14024].

LIMITED 0DAY TECHNOLOGIES (a.k.a. 0DAY TECHNOLOGIES; a.k.a. LLC ZIROUDEY TEKHNOLODZHIS (Cyrillic: ООО ЗИРОУДЭЙ ТЕХНОЛОДЖИС); a.k.a. "LTD 0DT"), UL. Profsoyuznaya D. 125, Floor Tsokolnyi, Pomeshch. I. Kom. 14, Moscow 117647, Russia; St. Vvedenskogo, House 23A, Structure 3, etazh 4, Room XIV, Room 62, Rm1b, Moscow 117342, Russia; Website https://0day.llc/; Organization Established Date 29 Dec 2001; Organization Type: Other information technology and computer service activities; Target Type Private Company; Registration ID 5117746070558 (Russia); Tax ID No. 7728795098 (Russia) [RUSSIA-EO14024].

LIMITED COMPANY LASER SYSTEMS (a.k.a. "LASER SYSTEMS LTD."), Ul. Svyazi D.34 Liter A, Strelna 198515, Russia; Tax ID No. 7819039902 (Russia); Registration Number 1187847309913 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY 2050 ADDITIVE TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ 2050 АДДИТИВНЫЕ ТЕХНОЛОГИИ) (a.k.a. "LLC 2050 AT" (Cyrillic: "ООО 2050 АТ")), 4 Samokatnaya Street, Building 45, Moscow 111033, Russia; 1 Bolshoy Gnezdnikovskiy Lane, Building 2, Moscow 125009, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7703465267 (Russia); Registration Number 1187746803881 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY 3D MALL (a.k.a. "3D MOLL"; a.k.a. "3DMALL"), Sh. Dmitrovskoe D. 9A, Str. 1, Et./Pomeshch. 2/Iii, Kom. 18, 35, 35A, Moscow 127434, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7731323828 (Russia); Registration Number 1167746742602 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY 7TV MEDIA GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ 7ТВ МЕДИА ГРУППА) (a.k.a. ООО 7TV MEDIA GRUPPA), korp. 2, et. 4, pom. 464/14, Moscow 105066, Russia; Tax ID No. 9701009470 (Russia); Registration Number 1157746835894 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEW MEDIA HOLDING).

LIMITED LIABILITY COMPANY A AVERS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ А АВЕРС), Dom 36, Etazh 4 Komnata 419, Skakovaya Ulitsa, Moscow 125040, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7714997376 (Russia); Registration Number 1177746670870 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY A1 (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU A1; a.k.a. "A1 OOO"; a.k.a. "OOO A1"), d. 12 etazh 13 pom. IAZH kom. 43, naberezhnaya Krasnopresnenskaya, Moscow, Moscow 123610, Russia; Organization Established Date 24 Nov 2017; Tax ID No. 7703437911 (Russia); Registration Number 5177746257035 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AB OPTIKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АБ ОПТИКС), 4a Mikhailova St., Room 3, Suite 176, Office 206/5, Moscow 109428, Russia; Tax ID No. 771301588857 (Russia); Registration Number 1127746455430 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ABS ELECTROTECHNICS (a.k.a. ABS ELECTROTEKHNIKA LLC (Cyrillic: ООО АБС ЭЛЕКТРОТЕХНИКА); f.k.a. VOLZHSKI ELEKTROSHCHIT LLC), Prospekt I.Ya.Yakovleva d. 1, Cheboksary 428020, Russia; Tax ID No. 2127328438 (Russia); Government Gazette Number 71015494 (Russia); Registration Number 1032127016107 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY ALL-RUSSIAN SCIENTIFIC RESEARCH DESIGN AND TECHNOLOGICAL INSTITUTE OF RELAY ENGINEERING WITH EXPERIMENTAL PRODUCTION).

LIMITED LIABILITY COMPANY ACTIVE BUSINESS CONSULT (a.k.a. AKTIVBIZNESKOLLEKSHN, OOO; a.k.a. LIMITED LIABILITY COMPANY ACTIVEBUSINESSCOLLECTION; a.k.a. LLC ACTIVEBUSINESSCOLLECTION; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AKTIVBIZNESKOLLEKSHN; a.k.a. "ABC LLC"), 19 Vavilova St., Moscow 117997, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1137746390572 (Russia); Tax ID No. 7736659589 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY ACTIVEBUSINESSCOLLECTION (a.k.a. AKTIVBIZNESKOLLEKSHN, OOO; a.k.a. LIMITED LIABILITY COMPANY ACTIVE BUSINESS CONSULT; a.k.a. LLC ACTIVEBUSINESSCOLLECTION; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AKTIVBIZNESKOLLEKSHN; a.k.a. "ABC LLC"), 19 Vavilova St., Moscow 117997, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1137746390572 (Russia); Tax ID No. 7736659589 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY ADDITIVE TECHNOLOGY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АДДИТИВ ТЕХНОЛОДЖИ) (a.k.a. ADDITIVE TECHNOLOGY GROUP), 25 Chapayeva Street, Letter A, Floor 6, Suite 158, Saint Petersburg 197046, Russia; 65 Aviamotornaya Street, Building 1, Moscow 111024, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7839070717 (Russia); Registration Number 1167847343190 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ADM SYSTEMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АДМ СИСТЕМЫ) (a.k.a. "OOO ADM SISTEMY"), Uralskaya street, house 4, letter B, floor 5, room 29N, Saint Petersburg 199155, Russia; Tax ID No. 7804514697 (Russia); Registration Number 1137847334745 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CITADEL).

LIMITED LIABILITY COMPANY ADVANTA ELECTRO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АДВАНТА ЭЛЕКТРО), 3 Chernyshevskovo Lane, Floor 2, Office No. 13, Moscow 127473, Russia; Tax ID No. 7710973254 (Russia); Registration Number 5147746439979 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AEON MINING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЕОН МАЙНИНГ), d. 3A str. 6 etazh 1 pom. 4, ul 1-Ya Frunzenskaya, Moscow 119146, Russia; Tax ID No. 9704075859 (Russia); Registration Number 1217700311014 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AERLYON TECHNOLOGIES (a.k.a. LIMITED LIABILITY COMPANY NEW TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЫЕ ТЕХНОЛОГИИ)), 10 Likhachyova St, Room 2, Office 9K, Moscow 115193, Russia; Tax ID No. 9725117563 (Russia); Registration Number 1237700188274 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AEROSCAN (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЭРОСКАН) (a.k.a. OOO AEROSKAN), 3 Perunovskiy Lane, Building 2, Floor 2, Room 11, Moscow 127055, Russia; Tax ID No. 5603045794 (Russia); Registration Number 1175658025179 (Russia) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Nikita Aleksandrovich).

LIMITED LIABILITY COMPANY AFORRA DEVELOPMENT, ul. Bolshaya Yakimanka, d. 26, E/pom./kom 1/IV/9V, Moscow, Russia; Tax ID No. 7706418970 (Russia); Registration Number 1157746261078 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY AFORRA ENGINEERING (a.k.a. AFORRA INZHINIRING OOO), vn.ter.g. munitsipalny okrug Yakimanka, per 2-i Babegorodski, d.29, etazh 3, pomeshch. 1, Moscow, Russia; Tax ID No. 7706432622 (Russia); Registration Number 1167746072977 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY AFORRA MANAGEMENT (a.k.a. AFORRA MENEDZHMENT OOO), ul. Bolshaya Yakimanka, d. 26, Moscow, Russia; Organization Type: Management consultancy activities; Tax ID No. 7706428094 (Russia); Registration Number 1157746943606 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AFORRA PROPERTY (a.k.a. AFORRA PROPERTI OOO), ul. Bolshaya Yakimanka, d. 26, Moscow, Russia; Tax ID No. 7706430209 (Russia); Registration Number 5157746095722 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY AGRISOVGAZ, Ul. Mirnaya D. 3, Maloyaroslavets 249092, Russia; Sector A, Floor 8, Moscow International Business Center, Tower 2000, 23A Tarasa Shevchenko Embankment, Moscow 121151, Russia; 51st Industrialniy Proezd, Fyodorovskoye Industrial Park, Annolovo Settlement, Tosnenskiy District, Leningrad Region 187046, Russia; Tax ID No. 4011003730 (Russia); Registration Number 1024000691725 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AHD KUTUZOVSKIY TOWERS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АХД КУТУЗОВСКИЙ ТАУЭРС), d. 3A str. 4, ul, 1-Ya Frunzenskaya, Moscow 119146, Russia; Tax ID No. 9704209728 (Russia); Registration Number 1237700299737 (Russia) [RUSSIA-EO14024] (Linked To: LLC AEON HOLDING DEVELOPMENT).

LIMITED LIABILITY COMPANY AHD SOUTH PORT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АХД ЮЖНЫЙ ПОРТ), d. 3A str. 4, ul, 1-Ya Frunzenskaya, Moscow 119146, Russia; Tax ID No. 9704214132 (Russia); Registration Number 1237700409154 (Russia) [RUSSIA-EO14024] (Linked To: LLC AEON HOLDING DEVELOPMENT).

LIMITED LIABILITY COMPANY AK MICROTECH (a.k.a. AK MIKROTEKH; a.k.a. "LLC AKM"), Sh. Varshavskoe d. 118, k. 1, floor 19 kom 3, Moscow 117587, Russia; Tax ID No. 7731339867 (Russia); Registration Number 5167746451648 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AKROL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АКРОЛ), Prospekt Ispytatelei, Dom 33, Liter A, Pomeshtenie 3N Ofis 14, Saint Petersburg 197349, Russia; Organization Established Date 28 Feb 2014; Tax ID No. 7814603709 (Russia); Registration Number 1147847075375 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AKTIV R (a.k.a. AKTIV R OOO), vn.ter.g. munitsipalny okrug Krylatskoe, ul. Osennyaya, d. 23, Moscow, Russia; Tax ID No. 9731086458 (Russia); Registration Number 1217700603713 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY ALABUGA DEVELOPMENT (a.k.a. ALABUGA DEVELOPMENT OOO (Cyrillic: ООО АЛАБУГА ДЕВЕЛОПМЕНТ); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ALABUGA DEVELOPMENT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛАБУГА ДЕВЕЛОПМЕНТ), Ter. OEZ Alabuga, ul. Sh-2, K. 4, Pomeshch. 8, 9, 11, 12, 13, 14, Yelabuga, Volga federal region, Republic of Tatarstan, Russia; Organization Established Date 25 Nov 2016; Organization Type: Construction of buildings; Tax ID No. 1646043699 (Russia); Registration Number 1161690175338 (Russia); alt. Registration Number 05726291 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

LIMITED LIABILITY COMPANY ALABUGA EXIM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛАБУГА ЭКСИМ) (a.k.a. LLC ALABUGA EXIM (Cyrillic: ООО АЛАБУГА ЭКСИМ), ul. Sh-2 (OEZ Alabuga Ter.), Str. 5/12, Pomeshch. 102, Yelabuga, Republic of Tatarstan 423601, Russia (Cyrillic: УЛ Ш-2 (ТЕР. ОЭЗ АЛАБУГА), СТР. 5/12, ПОМЕЩ. 102, Елабуга, Республика Татарстан 423601, Russia); Organization Established Date 03 Oct 2022; Organization Type: Other transportation support activities; Tax ID No. 1674003017 (Russia); Government Gazette Number 78356100 (Russia); Registration Number 1221600079634 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ALABUGA MACHINERY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛАБУГА МАШИНЕРИ) (a.k.a. LLC ALABUGA MACHINERY (Cyrillic: ООО АЛАБУГА МАШИНЕРИ)), Ter. OEZ Alabuga, ul. Sh-2, 5/12, Pomeshch. 110, Yelabuga, Volga federal region, Tatarstan, Russia; Organization Established Date 03 Oct 2022; Tax ID No. 1674003000 (Russia); Registration Number 1221600079623 (Russia); alt. Registration Number 78358398 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

LIMITED LIABILITY COMPANY ALABUGA-FIBRE (a.k.a. ALABUGA-VOLOKNO OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ALABUGA-VOLOKNO), Territoriya Oez Alabuga, Ul. Sh-2 Korp. 4/1, Yelabuga 423600, Russia; Ul. Sh-2 Oez Alabuga Terr. Str 11/9, Volga 423601,

Russia, Ul. Krzhizhanovskogo D. 14, Korp. 3, Moscow 117218, Russia; Organization Established Date 16 Aug 2011; Tax ID No. 1646031132 (Russia); Government Gazette Number 30371716 (Russia); Registration Number 1111674004045 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ALFA-INVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛЬФА-ИНВЕСТ), Ul. Kooperativnaya D. 1, Zelenodolsk 422541, Russia; Organization Established Date 17 Jun 2003; Tax ID No. 1648013530 (Russia); Registration Number 1031644204921 (Russia) [RUSSIA-EO14024] (Linked To: KOGOGIN, Sergei Anatolyevich).

LIMITED LIABILITY COMPANY ALFAKOMPONENT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛЬФАКОМПОНЕНТ), 140E Leninskiy Avenue, Office 407A, Saint Petersburg 198216, Russia; Tax ID No. 7804607729 (Russia); Registration Number 1177847326910 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ALGORITM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛГОРИТМ) (a.k.a. LLC ALGORITM (Cyrillic: ООО АЛГОРИТМ)), 33 Pobedy Avenue, Cherepovets, Vologda Region 162614, Russia; Tax ID No. 3528112847 (Russia); Registration Number 1063528067272 (Russia) [RUSSIA-EO14024] (Linked To: MORDASHOV, Alexey Aleksandrovich).

LIMITED LIABILITY COMPANY ALIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "АЛИС") (a.k.a. "ALIAS LLC"; a.k.a. "ALIS LLC" (Cyrillic: "ООО АЛИС")), Office 222, Building 23, Kirova Street, Vladivostok, Primorsky Krai 690068, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 30 Sep 2016; Tax ID No. 2543103179 (Russia); Registration Number 1162536087230 (Russia) [DPRK2] (Linked To: CHINYONG INFORMATION TECHNOLOGY COOPERATION COMPANY).

LIMITED LIABILITY COMPANY ALLRUS (a.k.a. ALLRUS GROUP), Ul. Krasnoproletarskaya D. 16, Str. 2, Floor 3, Moscow 127473, Russia; Secondary sanctions risk: this person is

designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7707637710 (Russia); Registration Number 1077759803362 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ALTEGRITY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛЬТЕГРИТИ), 1Ts d. 11 pom., ul. 4-Ya Magistralnaya, Moscow 123308, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7716619740 (Russia); Registration Number 5087746394269 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ALTERNATIVA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛЬТЕРНАТИВА), Ulitsa Hohryakova, Dom 74, Ofis 1401, Ekaterinburg, Sverdlovsk Oblast 620014, Russia; Organization Established Date 15 Aug 2016; Tax ID No. 6671051653 (Russia); Registration Number 1169658092856 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AMS TEKHNIKA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АМС ТЕХНИКА) (a.k.a. AMS TEHNIKA LLC), d. 9 str. 25 etazh 2 pom. II, Komn. 44, ul. Godovikova, Moscow 129085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9717115403 (Russia); Registration Number 1227700325270 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AMURSKAYA GORNO RUDNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АМУРСКАЯ ГОРНО РУДНАЯ КОМПАНИЯ) (a.k.a. ООО AMURSKAYA GRK), d. 4A etazh 1 pom. I, Kom. 4, Ofis 4-2, ul. Kutuzovskaya, Odintsovo 143001, Russia; Tax ID No. 5032208321 (Russia); Registration Number 1155032006821 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY ANGAR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АНГАР) (a.k.a. "LLC ANGAR"), domovladenie 71A, ul. Knyshevskogo, Mineralnye Vody 357202, Russia; Tax ID No. 1112651014475 (Russia); Registration Number 2630800190 (Russia) [RUSSIA-EO14024] (Linked To: S 7 ENGINEERING LLC).

LIMITED LIABILITY COMPANY ANTARES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АНТАРЕС) (a.k.a. ANTARES LLC; a.k.a. ANTARES OOO (Cyrillic: ООО АНТАРЕС)), Ul. Smirnovskaya d. 10, Str. 8. kabinet 10, Moscow 109052, Russia (Cyrillic: Ул. Смирновская, д. 10, стр. 8, каб. 10, Москва 109052, Russia); Organization Established Date 02 Jun 2017; Tax ID No. 7722399997 (Russia); Registration Number 7722399997 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

LIMITED LIABILITY COMPANY ANTELS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АНТЭЛС) (a.k.a. ANTELS OOO), 1005 Stavskovo Street, 79A, Velikie Luki City, Pskov Region 182100, Russia; Organization Established Date 13 Oct 2009; Tax ID No. 6025034034 (Russia); Registration Number 1096025002590 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY API FAKTORI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АПИ ФАКТОРИ) (a.k.a. ООО API FAKTORI), 42 Bolshoy Boulevard, Building 1, Moscow 121205, Russia; Tax ID No. 9731065480 (Russia); Registration Number 1207700201114 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY RIMERA).

LIMITED LIABILITY COMPANY ARCTIC ENERGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АРКТИК ЭНЕРДЖИС), Land Plot 1, Mezhdurechye np., Territory of Advanced Development Stolitsa Arktiki, Kolskiy District, Murmansk Region 184363, Russia; Tax ID No. 5105013824 (Russia); Registration Number 1205100005329 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ARCTIC LNG 2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АРКТИК СПГ 2) (a.k.a. ООО ARKTIK SPG 2), d. 9 kab. 117, mikroraion Slavyanski, Novy Urengoi 629309, Russia; Tax ID No. 8904075357 (Russia);

Registration Number 1148904001278 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ARCTICGEO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АРКТИКГЕО), per. Denezhny 9/6, Moscow 119002, Russia; Tax ID No. 9704209069 (Russia); Registration Number 1237700286647 (Russia) [RUSSIA-EO14024] (Linked To: LLC RUSSIAN ENERGY GROUP).

LIMITED LIABILITY COMPANY ARENDOFF (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АРЕНДОФФ) (a.k.a. ARENDOFF OOO), per. Sezzhinski, d. 3 str. 1, Moscow, Russia; Tax ID No. 7710724547 (Russia); Registration Number 1087746891594 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY ARKTIK LOGISTIK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АРКТИК ЛОГИСТИК), d. 4A etazh 1 pom. I, Kom. 3, Ofis 25-4, ul. Kutuzovskaya, Odintsovo 143001, Russia; Tax ID No. 5032265457 (Russia); Registration Number 1165032062326 (Russia) [RUSSIA-EO14024] (Linked To: LLC VU DIKSON).

LIMITED LIABILITY COMPANY ASERVICE (a.k.a. ООО AVIASERVIS), Pl. Morskoi Slavy D. 1, Lit. A, Chast Pomeshcheniya 3-N, Chast Pomeshcheniya #691, Saint Petersburg 199106, Russia; Tax ID No. 7801671250 (Russia); Registration Number 1197847181388 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ASTECLING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АСТЕКЛИНГ) (a.k.a. LLC ASTEKLING), 10 Naberezhnaya Presnenskaya, Moscow 123112, Russia; Tax ID No. 9703017678 (Russia); Registration Number 1207700340594 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ASTRAKOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АСТРАКОМ) (a.k.a. ASTRACOM CO. LTD.), Shpalernaya Street, Building 24, Letter A, Warehouse 1-N, Office 6 & 7, Saint Petersburg 191123, Russia; Tax ID No. 7804085896 (Russia); Registration Number 1027802483972 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ATLANT S (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АТЛАНТ С) (a.k.a. ATLANT S LIMITED; a.k.a. ATLANT S OOO; a.k.a. LLC ATLANT S (Cyrillic: ООО АТЛАНТ С)), et 1 pom 1 kom 17, dom 20, ulitsa Pleshcheyeva, Moscow 127560, Russia; Organization Established Date 16 Mar 1992; Tax ID No. 7715023288 (Russia); Registration

Number 1027700084312 (Russia) [RUSSIA-EO14024] (Linked To: PUCHKOV, Andrey Sergeyevich).

LIMITED LIABILITY COMPANY ATLAS REAL ESTATE (a.k.a. ATLAS NEDVIZHIMOST OOO), prospekt Kutuzovski, d. 24, etazh 1 pom. XVII kom. 26, Moscow, Russia; Tax ID No. 7730710599 (Russia); Registration Number 1147746869896 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY ATM GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АТМ ГРУПП) (a.k.a. "ATM GROUP"), ofis 306 vladenie 5A str. 1, shosse Volkovskoe, Mytishchi 141006, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Tax ID No. 5029111665 (Russia); Registration Number 1085029001309 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ATM TEKHNOLODZHI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АТМ ТЕХНОЛОДЖИ) (a.k.a. "ATM TECHNOLOGY"), ofis 311 vladenie 5A str. 1, shosse Volkovskoe, Mytishchi 141006, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Tax ID No. 5029079316 (Russia); Registration Number 1045005519866 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ATOMAYZ (a.k.a. ATOMYZE; a.k.a. ATOMYZE RUSSIA; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU ATOMAIZ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АТОМАЙЗ)), Nab. Presnenskaya D. 12, Pomeshch. 2/59, Moscow 123112, Russia; Website https://www.atomyze.ru; Organization Established Date 12 Nov 2020; Tax ID No. 9703021466 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AURUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АУРУС), 4/1 Sh-2 Street (Special Economic Zone of the Alabuga

territory), Building 4, Suite 33, Republic of Tatarstan 423601, Russia; Tax ID No. 7743237789 (Russia); Registration Number 5177746340998 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AUTO HOLDING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АВТО ХОЛДИНГ) (a.k.a. LIMITED LIABILITY COMPANY LADA AUTO HOLDING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛАДА АВТО ХОЛДИНГ)), 3 Gorokhovskiy Lane, Building 3, Suite 9, Moscow 105064, Russia; Tax ID No. 9701184553 (Russia); Registration Number 1217700437415 (Russia) [RUSSIA-EO14024] (Linked To: FEDERAL STATE UNITARY ENTERPRISE CENTRAL ORDER OF THE RED BANNER SCIENTIFIC RESEARCH AUTOMOBILE AND AUTOMOTIVE ENGINES INSTITUTE NAMI).

LIMITED LIABILITY COMPANY AUTOMIZATION AND COMMUNICATION SERVICE (a.k.a. AVTOMATIZATSIYA I SVYAZ SERVICE), Ul. 9P D. 25, Kabinet 1, Nizhnevartovsk 628624, Russia; Tax ID No. 8605016748 (Russia); Registration Number 1038602103671 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AVANTAGE ENGINEERING (a.k.a. "AVANTAZH INZHINIRING OOO"), Pl. Malaya Sukharevskaya, D. 12, Moscow 127051, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Organization Established Date 10 Nov 2009; Tax ID No. 2317054947 (Russia); Registration Number 1092367003882 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AVBIS, Pr-D Anadyrskii D. 21, Pomeshch. VI, Kom.6, Moscow 129327, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Tax ID No. 7701840794 (Russia); Registration Number 1097746340878 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AVIAKOMPANIYA DALNEVOSTOCHNAYA KSM (a.k.a. AVIAKOMPANIYA DALNEVOSTOCHNAYA KSM OOO), ul.

Pionerskaya d. 39, pomeshch. 1001, Komsomolsk-on-Amur 681000, Russia; Organization Established Date 08 Oct 2014; Organization Type: Freight air transport; Tax ID No. 2703080980 (Russia); Registration Number 1142703004014 (Russia) [RUSSIA-EO14024] (Linked To: ALIEV, Murat Magomedovich).

LIMITED LIABILITY COMPANY AVIAKOMPANIYA POBEDA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АВИАКОМПАНИЯ ПОБЕДА) (a.k.a. LLC BUDGET CARRIER (Cyrillic: ООО БЮДЖЕТНЫЙ ПЕРЕВОЗЧИК); a.k.a. POBEDA AIRLINES), Kilometr Kievskoe Shosse 22-I (P Moskovskii), Domovladen 4, Stroenie 1, Moskovsky 108811, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Tax ID No. 9705001313 (Russia); Registration Number 5147746103380 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AVIATEKSIM, Ul. Parkovaya 9-YA D. 37, Korp. 2, Pom. 63, Moscow 105264, Russia; Tax ID No. 7719188717 (Russia); Registration Number 1027739516111 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AVIATRADE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АВИАТРЭЙД) (a.k.a. AVIATRADE LLC; a.k.a. AVIATREID, OOO), d. 59 kv. 228, ul., Kholmogorova, Izhevsk, Udmurtia Republic 426065, Russia; Organization Established Date 31 Mar 2017 [SUDAN-EO14098].

LIMITED LIABILITY COMPANY AVISTO (a.k.a. LIMITED LIABILITY COMPANY AVYSTO), Ploshchadka OAO Stoilenskii Gok, Staryy Oskol 309500, Russia; Tax ID No. 3128055665 (Russia); Registration Number 1063128021758 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AVYSTO (a.k.a. LIMITED LIABILITY COMPANY AVISTO), Ploshchadka OAO Stoilenskii Gok, Staryy Oskol 309500, Russia; Tax ID No. 3128055665 (Russia); Registration Number 1063128021758 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AY GOU 3DE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЙ ГОУ 3ДЭ) (a.k.a. "IGO3D RUSSIA"), 84 Stavropolskaya Street, Building 1, Floor 1, Office 101, Moscow 109380,

Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7701384189 (Russia); Registration Number 1147746032059 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY AYAKS (a.k.a. AYAKS OOO), ul. Bolshaya Yakimanka, d. 22, pom. XIII chast kom. 3, Moscow, Russia; Tax ID No. 7706809452 (Russia); Registration Number 1147746522582 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY BALTINFOCOM (a.k.a. BALTINFOKOM; a.k.a. LIMITED LIABILITY COMPANY BALTINFOKOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БАЛТИНФОКОМ); a.k.a. LLC BALTINFOCOM; a.k.a. ООО BALTINFOKOM), Pr-Kt Yaroslavskii D.78, Lit. A, Pom.19N, Saint Petersburg 194214, Russia; 7H, 71, Komstromskoy Avenue, Saint Petersburg 194214, Russia; Website www.baltinfocom.ru; Organization Established Date 06 Jul 2007; Organization Type: Other information technology and computer service activities; Tax ID No. 7810481785 (Russia); Registration Number 1077847481535 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BALTINFOKOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БАЛТИНФОКОМ) (a.k.a. BALTINFOKOM; a.k.a. LIMITED LIABILITY COMPANY BALTINFOCOM; a.k.a. LLC BALTINFOCOM; a.k.a. ООО BALTINFOKOM), Pr-Kt Yaroslavskii D.78, Lit. A, Pom.19N, Saint Petersburg 194214, Russia; 7H, 71, Komstromskoy Avenue, Saint Petersburg 194214, Russia; Website www.baltinfocom.ru; Organization Established Date 06 Jul 2007; Organization Type: Other information technology and computer service activities; Tax ID No. 7810481785 (Russia); Registration Number 1077847481535 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BASTION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БАСТИОН), Michurinskiy avenue, house 27, building 5, Floor 3, room 25, Moscow 119607, Russia (Cyrillic: Проспект Мичуринский, Дом 27, Корпус 5, Эт 3, Пом 25, Москва 119607,

Russia); Tax ID No. 9701115327 (Russia); Registration Number 1187746696785 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CITADEL).

LIMITED LIABILITY COMPANY BELINVEST-ENGINEERING (a.k.a. BELINVEST-ENGINEERING; a.k.a. BELINVEST-INZHINIRING OOO; a.k.a. LLC BELINVEST-ENGINEERING), 2 Melnikaite Str., office 10, Minsk 220004, Belarus; Organization Established Date 01 June 2011; Registration Number 191450284 (Belarus) [BELARUS-EO14038] (Linked To: BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION BELINVESTBANK JOINT STOCK COMPANY).

LIMITED LIABILITY COMPANY BELKAZTRANS (Cyrillic: БЕЛКАЗТРАНС; a.k.a. LLC BELKAZTRANS; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BELKAZTRANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛКАЗТРАНС); a.k.a. ООО BELKAZTRANS (Cyrillic: ООО БЕЛКАЗТРАНС); a.k.a. TAA BELKAZTRANS (Cyrillic: ТАА БЕЛКАЗТРАНС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU BELKAZTRANS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БЕЛКАЗТРАНС)), pr-t Pobeditelei, d. 20 korpus 3, pom. 215, Minsk 220020, Belarus (Cyrillic: пр-т Победителей, д. 20 корпус 3, пом. 215, г. Минск 220020, Belarus); Organization Established Date 26 Oct 2010; Registration Number 191434523 (Belarus) [BELARUS].

LIMITED LIABILITY COMPANY BELSEKYURITIGRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛСЕКЬЮРИТИГРУПП) (f.k.a. BELSECURITYGROUP; a.k.a. GARDSERVICE; a.k.a. OBSHCHESTVO S OGRANICHENNOSTYU OTVETSTVENNOSTYU GARDSERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАРДСЕРВИС); a.k.a. ООО GARDSERVIS (Cyrillic: ООО ГАРДСЕРВИС); a.k.a. TAA HARDSERVIS (Cyrillic: ТАА ГАРДСЭРВІС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU HARDSERVIS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ГАРДСЭРВІС)), Karvata St., Building 85, Minsk 220138, Belarus (Cyrillic: ул. Карвата, д. 85, Минск 220138, Belarus); Organization Established Date 19 Nov 2019;

Registration Number 193344802 (Belarus) [BELARUS-EO14038].

LIMITED LIABILITY COMPANY BERING METALS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕРИНГ МЕТАЛС), d. 10, etazh 34, Naberezhnaya Tower, Presnenskaya, Moscow 123112, Russia; Tax ID No. 9703077116 (Russia); Registration Number 1227700134826 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BIK INFORM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БИК ИНФОРМ), 9 Bumazhnaya St., Room 1A, Office 201-209, Saint Petersburg 190020, Russia; Tax ID No. 7805109081 (Russia); Registration Number 1027802766529 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BIMEISTER (a.k.a. SNH MEISTERSOFT), Mikroraion Barybino, Bulv 60 let SSSR d. 6. 13, Domodedovo 142060, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5009049994 (Russia); Registration Number 1055001518241 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BITVAN, Trakt Troitskii D. 9, Office 3, Chelyabinsk 454053, Russia; Tax ID No. 7451298738 (Russia); Registration Number 1107451004979 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BIYA KHIM, Ul. Eduarda Geideka D. 1, Biysk 659300, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 2204011974 (Russia); Registration Number 1022200567949 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BODOR, Sh. Schelkovskoe D. 5, Str. 1, Office 520, 523, Moscow 105122, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID

No. 9718083987 (Russia); Registration Number 5177746314169 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BONUM CAPITAL (a.k.a. BONUM CAPITAL LLC; a.k.a. BONUM KEPITAL OOO), per. Staromonetnyi d. 37, str. 1, pom. I, floor 3, komn. 15, Moscow 119017, Russia; per. Romanov d. 4, et/pom/kom 4/I/32, Moscow 125009, Russia; Tsvetnoy b-r, 15, building 1, room 63, Moscow 127051, Russia; Organization Established Date 27 Sep 2011; Organization Type: Trusts, funds and similar financial entities; Tax ID No. 7722757160 (Russia); Legal Entity Number 253400XGWKKNWUCF4147; Registration Number 1117746760130 (Russia) [RUSSIA-EO14024] (Linked To: ALIEV, Murat Magomedovich).

LIMITED LIABILITY COMPANY BONUM INVESTMENTS (a.k.a. BONUM INVESTMENTS OOO), per. Romanov d. 4, et/pom/kom 4/I/30, Moscow 125009, Russia; Organization Established Date 20 Feb 2015; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 7706417487 (Russia); Registration Number 1157746124656 (Russia) [RUSSIA-EO14024] (Linked To: ALIEV, Murat Magomedovich).

LIMITED LIABILITY COMPANY BONUM MANAGEMENT (a.k.a. BONUM MENEDZHMENT OOO), B-r Tsvetnoi d. 15, str. 1, pomeshch. 59, Moscow 127051, Russia; Organization Established Date 09 Dec 2016; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 7706444723 (Russia); Registration Number 5167746424621 (Russia) [RUSSIA-EO14024] (Linked To: BONUM CAPITAL CYPRUS LTD).

LIMITED LIABILITY COMPANY BREMINO GROUP (a.k.a. BREMINO GROUP LLC; a.k.a. OBSHCHESTVO S OGRANICHENOY OTVETSTVENNOSTYU BREMINO GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БРЕМИНО ГРУПП); a.k.a. OOO BREMINO GRUPP (Cyrillic: ООО БРЕМИНО ГРУПП); a.k.a. TAA BREMINA GRUP (Cyrillic: ТАА БРЭМІНА ГРУП); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU BREMINA GRUP (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БРЭМІНА ГРУП)), ul. Zavodskaya, d. 1K, pom. 1, gp. Bolbasovo, Orsha district, Vitebsk oblast 211004, Belarus (Cyrillic: ул. Заводская, д. 1К, пом. 1, гп.

Болбасово, Оршанский район, Витебская область 211004, Belarus); Organization Established Date 05 Nov 2013; Registration Number 691598938 (Belarus) [BELARUS-EO14038].

LIMITED LIABILITY COMPANY BROKER EXPERT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БРОКЕР ЭКСПЕРТ) (a.k.a. "BROKER EKSPERT LLC"; a.k.a. "LLC BROKER EXPERT" (Cyrillic: "ООО БРОКЕР ЭКСПЕРТ")), Pom. 3N, Liter M, 6, Ul. Tsvetochnaya, St. Petersburg 196084, Russia; Organization Established Date 06 Feb 2015; Organization Type: Non-specialized wholesale trade; Tax ID No. 7810336185 (Russia); Registration Number 1157847037105 (Russia) [RUSSIA-EO14024] (Linked To: BOIS ROUGE SARLU).

LIMITED LIABILITY COMPANY BSF CAPITAL, Ul. Arbat D. 6/2, Pomeshch. 1/1/4, Office 303, Moscow 119019, Russia; Tax ID No. 9704160790 (Russia); Registration Number 1227700537360 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BSP GLOBAL (a.k.a. BSP SECURITY), ul. Im. Selezneva d. 2, k. 5, pomeshch. 5/1, Krasnodar 350059, Russia; ul. Im Shevchenko, d. 152/4, pomeshchenie 204/2, Krasnodar 350001, Russia; Tax ID No. 2309154426 (Russia); Registration Number 1172375014470 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY BUSINESSPROMESTATE (a.k.a. BIZNESPROMESTEIT), ul. Moldavskaya d. 5, str. 2, Moscow 121467, Russia; Organization Established Date 23 Apr 2013; Tax ID No. 7731481060 (Russia); Registration Number 5147746189069 (Russia) [RUSSIA-EO14024] (Linked To: GARSHIN, Vadim Veniaminovich; Linked To: RAZORENOV, Aleksandr Gennadievich).

LIMITED LIABILITY COMPANY CARBON (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КАРБОН) (a.k.a. LIMITED LIABILITY COMPANY KARBON; f.k.a. NOVAPORT TSENTRALNAYA AZIYA OOO), d. 3A str. 6 etazh 1 pom. 21, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Tax ID No. 7704493235 (Russia); Registration Number 1197746372735 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CENTER OF PURCHASES AND LOGISTICS OF THE HELICOPTER INDUSTRY (a.k.a. "TSZL VI OOO"), Per. 3-I Kotelnicheskii D. 6, Str. 1,

Moscow 115172, Russia; Organization Established Date 20 Oct 2009; Tax ID No. 7731636010 (Russia); Registration Number 1097746637779 (Russia) [RUSSIA-EO14024] (Linked To: VERTOLETY ROSSII AO).

LIMITED LIABILITY COMPANY CENTER SPRUT T (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦЕНТР СПРУТ Т) (a.k.a. LLC TSENTR SPRUT T), Ulitsa Krasnokazarmennaya, Dom 3, Stroenie 5, Moscow 111250, Russia; Tax ID No. 7734220468 (Russia); Registration Number 1037739346590 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CHARTER GREEN LIGHT MOSCOW (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЧАРТЕР ГРИН ЛАЙТ МОСКВА) (a.k.a. LLC CHGLM), Nauchny Proezd, 19 Business Center 9 Acrov, Moscow 117246, Russia; Organization Established Date 2015; Tax ID No. 7701088013 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CHIPDEVICE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЧИПДЕВАЙС), 5 Rizhskaya, Corpus 1 Building A, Suite 5N, Unit 27, 28, Office 416, St. Petersburg 195196, Russia; Tax ID No. 7806598766 (Russia); Registration Number 1227800066999 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CHISTIE GAZY PLYUS (a.k.a. LIMITED LIABILITY COMPANY CLEAN GASES PLUS; a.k.a. "CHISTYE GAZY PLYUS"), Ul. Tvardovskogo D. 3, Str. 2, Office 1, Novosibirsk 630068, Russia; Tax ID No. 5409002937 (Russia); Registration Number 1165476068504 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CITADEL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦИТАДЕЛЬ) (a.k.a. CITADEL OOO; a.k.a. LLC TSITADEL (Cyrillic: ООО ЦИТАДЕЛЬ); a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU TSITADEL; a.k.a. TSITADEL GROUP; a.k.a. "CITADEL HOLDING"; a.k.a. "CITADEL LLC"), Michurinskiy avenue, House 27, Apartment 5, Floor 2, Room 6, Moscow 119607, Russia (Cyrillic: Пр-Кт Мичуринский, Д. 27, К. 5, Этаж 2, Ком. 6, Москва 119607, Russia); Tax ID No. 9701012339 (Russia); Registration Number 1157746789569 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CLEAN GASES PLUS (a.k.a. LIMITED LIABILITY COMPANY CHISTIE GAZY PLYUS; a.k.a. "CHISTYE GAZY PLYUS"), Ul. Tvardovskogo D. 3, Str. 2,

Office 1, Novosibirsk 630068, Russia; Tax ID No. 5409002937 (Russia); Registration Number 1165476068504 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY COMFORT MAX (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОМФОРТ МАКС), 21 Novoryazanskoye Highway, Office 23, Tomilino, Lyuberetskiy, Moscow Region, Russia; 3 Rubtsovskaya Embankment, Building 1, Office 1101, Moscow 105082, Russia; Tax ID No. 7701964528 (Russia); Registration Number 1127746555870 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CONCORD MANAGEMENT AND CONSULTING (a.k.a. KONKORD MENEDZHMENT I KONSALTING, OOO; a.k.a. LLC CONCORD MANAGEMENT AND CONSULTING; a.k.a. OBSHCHESTVO S OGRANNICHENNOI OTVETSTVENNOSTYU KONKORD MENEDZHMENT I KONSALTING), D. 13 Litera A, Pom. 2-N N4, Naberezhnaya Reki Fontanki, St. Petersburg 191011, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1037843002515 [UKRAINE-EO13661] [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

LIMITED LIABILITY COMPANY CONDOR TRADING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОНДОР ТРЕЙДИНГ), Ul. Chugunnaya, d. 20 k. Litera S Pom. 9N, Saint Petersburg 194044, Russia; Organization Established Date 12 May 2012; Tax ID No. 7804485277 (Russia); Registration Number 1127847263290 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY LOMO).

LIMITED LIABILITY COMPANY CONFERUM (a.k.a. KONFERUM), Ul. Betonnaya D. 13A, Pomeshch. I/Floor 2, Staraya Kupavna 142450, Russia; Shchelkovskoe shosse, 54B, Balashikha, Moscow 143900, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5001077887 (Russia); Registration Number 1105001002370 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CONSTRUCTION BUREAU OF INTEGRATED SYSTEMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОНСТРУКТОРСКОЕ БЮРО ИНТЕГРИРОВАННЫХ СИСТЕМ) (a.k.a. "INTEGRATED SYSTEMS DESIGN BUREAU"), Building 1, 61 Lenin Street, Tarusa 249100, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7703371192 (Russia); Registration Number 1037703022158 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CONSTRUCTION COMPANY CONSOL-STROI LTD (a.k.a. LIMITED LIABILITY COMPANY KONSTRUCTION COMPANY KONSOL STROI LTD; a.k.a. LLC CONSOL-STROI LTD; a.k.a. LLC CONSOL-STROI LTD CONSTRUCTION COMPANY; a.k.a. LLC SK CONSOL-STROI LTD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STROITELNAYA KOMPANIYA KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD, OOO; a.k.a. STROITELNAYA KOMPANIYA KONSOL-STROI LTD), House 16, Borodina Street, Simferopol, Crimea 295033, Ukraine; Website consolstroy.ru; alt. Website consol-stroi.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102070229 (Russia); Government Gazette Number 00823523 (Russia); Registration Number 1159102014170 (Russia) [UKRAINE-EO13685].

LIMITED LIABILITY COMPANY CRYPTO EXPLORER (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU KRIPTO EKSPLORER (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРИПТО ЭКСПЛОРЕР)), Ul. Karla Marksa D. 13A, K. 1, Pomeshch. 43, Ulyanovsk 432071, Russia; Organization Established Date 13 Oct 2022; Tax ID No. 7300009215 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CRYPTO PRO (a.k.a. KRIPTO PRO OOO), Ul. Sushchevskii Val 18, Moscow 127018, Russia; Proezd Izmailovskii D. 10, K. 2, Pomeshch. 4/1, Moscow 105037, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7717107991 (Russia); Registration Number 1037700085444 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CYBERSECURITY LABORATORY (Cyrillic: ЛАБОРАТОРИЯ КИБЕРБЕЗОПАСНОСТИ), Ul. Gorkogo d. 9, Office KH2-KH5, Floor 2, Sevastopol 299001, Ukraine; Organization Established Date 24 Nov 2015; Tax ID No. 9204558128 (Russia); Registration Number 1159204030358 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CYBERSTEEL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КИБЕРСТАЛЬ), 18 Lenina Street, Floor 4, Suite 410, Pervouralsk 623101, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6684036797 (Russia); Registration Number 1206600028315 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CYBERSTEEL ALABUGA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КИБЕРСТАЛЬ АЛАБУГА), SH-2 Street, Building 5/12, Suite 142, Elabuga 423601, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1646049669 (Russia); Registration Number 1216600067694 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY CYBERSTEEL PROJECT 2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КИБЕРСТАЛЬ ПРОЕКТ 2), 2 Surgutskaya Street, Floor 7, Room 709, Almetyevsk 423458, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1644099086 (Russia); Registration Number 1216600067705 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY DALNEVOSTOCHNAYA GORNO RUDNAYA

KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДАЛЬНЕВОСТОЧНАЯ ГОРНО РУДНАЯ КОМПАНИЯ) (a.k.a. "OOO DGRK"), d. 4A etazh 1 pom. I, Kom. 7, Ofis 12-6, ul. Kutuzovskaya, Odintsovo 143001, Russia; Tax ID No. 5032208240 (Russia); Registration Number 1155032006810 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY DATA 51 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДАТА 51), 22 Lenina Street, Floor 3, Office 313/2, Apatity 184209, Russia; Tax ID No. 5118004778 (Russia); Registration Number 1205100002425 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HYPERSPACE).

LIMITED LIABILITY COMPANY DEVICE CONSULTING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДЕВАЙС КОНСАЛТИНГ) (a.k.a. DEVAIS KONSALTING OOO; a.k.a. DEVICE CONSULTING CO. LTD.), 6A Aerodromnaya St., Office 45, Saint Petersburg 197348, Russia; Organization Established Date 30 Oct 2002; Tax ID No. 7814128203 (Russia); Registration Number 1027807571550 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY DIAPAZON (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДИАПАЗОН), 1 Morskoy Slavie Square, Building A, Suite 3-N, Office 6036, St. Petersburg 199106, Russia; Tax ID No. 7805742375 (Russia); Registration Number 1197847026277 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY DIGITAL CENTER HYPERSPACE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦИФРОВОЙ ЦЕНТР ГИПЕРСПЭЙС), 81 Novorossiyskaya Street, Floor 3, Room 6, Chelyabinsk 454129, Russia; Tax ID No. 7451457307 (Russia); Registration Number 1217400045917 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY DIGITAL TECHNOLOGIES (a.k.a. TSIFROVYE TEKHNOLOGII; a.k.a. "DIGITAL TECHNOLOGIES LLC"), 19 Vavilova Street, Moscow 117312, Russia; Tax ID No. 7736252313 (Russia); Registration Number 1157746819966 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY DISTRIBUTED LEDGER TECHNOLOGY (a.k.a. DISTRIBUTED LEDGER SYSTEMS LLC; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU SISTEMY RASPREDELENNOGO REYESTRA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИСТЕМЫ РАСПРЕДЕЛЕННОГО РЕЕСТРА); a.k.a. "DISTRIBUTED REGISTRY SYSTEMS"; a.k.a. "MASTERCHAIN"), Ul. Kompozitorskaya D. 17, Et./Pom.7/I, Kom. 11-17, Moscow 121099, Russia; Website https://www.masterchain.ru; Organization Established Date 04 May 2021; Tax ID No. 9704063885 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY DM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ДМ") (a.k.a. "DM, LLC"), 4-N-3/413, CH.P./Ofis, Liter A, 6B, Ul. Tallinskaya, St. Petersburg 195196, Russia; House 6, Litera A, Office 302, Tallinskaya Street, St. Petersburg City 195196, Russia; Organization Established Date 01 Nov 2017; Organization Type: Non-specialized wholesale trade; Tax ID No. 7806293796 (Russia); Registration Number 781434142955 (Russia) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

LIMITED LIABILITY COMPANY DM TECHNOLOGIES, Proezd Starpetrovskii D. 1A, Pomeshch. 3/1, Moscow 125130, Russia; Tax ID No. 9725082127 (Russia); Registration Number 1227700242252 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY DORIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДОРИС), 118 40 Years of Victory St., Office 43, Izhevsk 426058, Russia; Tax ID No. 1841050040 (Russia); Registration Number 1151841003401 (Russia) [RUSSIA-EO14024] (Linked To: OSETROVA, Maria Aleksandrovna).

LIMITED LIABILITY COMPANY DRAKE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДРЕЙК) (a.k.a. LIMITED LIABILITY COMPANY DREYK; a.k.a. "LLC DRAKE" (Cyrillic: "ООО ДРЕЙК")), ul. Sh-2 (OEZ Alabuga Ter.), Str. 5/12, Pomeshch. 126, Yelabuga, Republic of Tatarstan 423601, Russia (Cyrillic: УЛ Ш-2 (ОЭЗ АЛАБУГА ТЕР.), СТР. 5/12, ПОМЕЩ. 126, Елабуга, Республика Татарстан 423601, Russia); Organization Established Date 08 May 2019; Tax ID No. 1646047020 (Russia); Government

Gazette Number 39455544 (Russia); Registration Number 1191690040519 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY DREYK (a.k.a. LIMITED LIABILITY COMPANY DRAKE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДРЕЙК); a.k.a. "LLC DRAKE" (Cyrillic: "ООО ДРЕЙК")), ul. Sh-2 (OEZ Alabuga Ter.), Str. 5/12, Pomeshch. 126, Yelabuga, Republic of Tatarstan 423601, Russia (Cyrillic: УЛ Ш-2 (ОЭЗ АЛАБУГА ТЕР.), СТР. 5/12, ПОМЕЩ. 126, Елабуга, Республика Татарстан 423601, Russia); Organization Established Date 08 May 2019; Tax ID No. 1646047020 (Russia); Government Gazette Number 39455544 (Russia); Registration Number 1191690040519 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY DM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ДМ") (a.k.a. "DM, LLC"), 4-N-3/413, CH.P./Ofis, Liter A, 6B, Ul. Tallinskaya, St. Petersburg 195196, Russia; House 6, Litera A, Office 302, Tallinskaya Street, St. Petersburg City 195196, Russia; Organization Established Date 01 Nov 2017; Organization Type: Non-specialized wholesale trade; Tax ID No. 7806293796 (Russia); Registration Number 781434142955 (Russia) [RUSSIA-EO14024] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

LIMITED LIABILITY COMPANY DUBAI WATER FRONT (f.k.a. BELINTE ROBE; f.k.a. BELINTE ROBES; f.k.a. JOINT LIMITED LIABILITY COMPANY BELINTE-ROBA (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛИНТЕ-РОБА); a.k.a. LLC DUBAI WATER FRONT; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DUBAI VOTER FRONT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДУБАЙ ВОТЕР ФРОНТ; a.k.a. OOO DUBAI VOTER FRONT (Cyrillic: ООО ДУБАЙ ВОТЕР ФРОНТ); a.k.a TAA DUBAI VOTER FRONT (Cyrillic: ТАА ДУБАЙ ВОТЭР ФРОНТ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DUBAI VOTER FRONT (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДУБАЙ ВОТЭР ФРОНТ)), ul. Petra Mstislavtsa, d. 9, pom. 10 (kabinet 34), Minsk 220114, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10 (кабинет 34), г. Минск 220114, Belarus); Organization Established Date 30 Mar 2004; Registration Number 190527399 (Belarus) [BELARUS-EO14038].

LIMITED LIABILITY COMPANY DURMA RUSYA, Ul. Neftegazovskaya D. 2, Nizhny Novgorod 603704, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5260317048 (Russia); Registration

Number 1115260023702 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY DV HOLDING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДВ ХОЛДИНГ), 10 Naberezhnaya Presnenskaya, Moscow 123112, Russia; Tax ID No. 9703117094 (Russia); Registration Number 1227700739958 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY DZHI EL EL RUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДЖИ ЭЛ ЭЛ РУС), 4 Rubtsovskaya Embankment, Building 3, Floor 1, Suite VII, Room 4, Office 15, Moscow, Russia; Tax ID No. 9701182919 (Russia); Registration Number 1217700390214 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY INVESTMENT DECISIONS 3).

LIMITED LIABILITY COMPANY EASTERN TRADING TRANSPORT COMPANY (a.k.a. VOSTOCHNAYA TORGOVO TRANSPORTNAYA KOMPANIYA; a.k.a. "TRANSPORT COMPANY LLC VTTK"), Ul. Lva Tolstogo D. 12, Pomeshch.VII 9, Khabarovsk 680000, Russia; Tax ID No. 2722046689 (Russia); Registration Number 1152722003037 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ECHELON INNOVATIONS (Cyrillic: ЭШЕЛОН ИННОВАЦИИ) (a.k.a. ESHELON INNOVATSII; a.k.a. LLC ECHELON INNOVATIONS), Ul. Elektrozavodskaya d. 24, Moscow 107023, Russia; Organization Established Date 29 Aug 2013; Tax ID No. 7718945192 (Russia); Registration Number 1137746780490 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ELECTROCOM VPK (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ELEKTROKOM VPK; a.k.a. "ELECTROCOM SPB"), Pr-Kt Prosveshcheniya D. 99, Lit. A, Pomeshch., 180N Office 1, Saint Petersburg 195299, Russia; Tax ID No. 7840062534 (Russia); Registration Number 1177847049049 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ELIARS, Konstruktora Guskova st., 8, bldg. 1, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by

Executive Order 14114.; Tax ID No. 7735140825 (Russia); Registration Number 1157746097629 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ELIKS M (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭЛИКС М) (a.k.a. "ELIX M"), 17A Novolesnaya Street, Suite 1N, Room 14, Moscow 127055, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7720166348 (Russia); Registration Number 1027700337906 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY EMERGENCY DIGITAL SOLUTIONS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭМЕРДЖЕНСИ ДИДЖИТАЛ СОЛЮШЕНС) (a.k.a. "LLC EDS"), 3 Perunovskiy Lane, Building 2, Office 2, Moscow 127055, Russia; Tax ID No. 9715315319 (Russia); Registration Number 1187746421664 (Russia) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Nikita Aleksandrovich).

LIMITED LIABILITY COMPANY EMIRATES BLUE SKY (f.k.a. FOREIGN LIMITED LIABILITY COMPANY ZOMEX INVESTMENT (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗОМЕКС ИНВЕСТМЕНТ); a.k.a. LLC EMIRATES BLUE SKY; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU EMIREITS BLYU SKAI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. ООО EMIREITS BLYU SKAI (Cyrillic: ООО ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. TAA EMIREITS BLYU SKAI (Cyrillic: ТАА ЭМИРЭЙТС БЛЮ СКАЙ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU EMIREITS BLYU SKAI (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ЭМIРЭЙТС БЛЮ СКАЙ); f.k.a. "ZOMEX"), ul. Petra Mstislavtsa, d. 9, pom. 10-44, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10-44, г. Минск 220076, Belarus); Organization Established Date 08 Sep 2008; Registration ID 191061449 (Belarus) [BELARUS-EO14038].

LIMITED LIABILITY COMPANY EMPIRE 19-31 (a.k.a. IMPERIYA 19-31 OOO), ul. Novoselov 25/2, floor 2, komnata 4, d. Alfimovo, Stupino

142860, Russia; Organization Established Date 09 Nov 2010; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 7703731504 (Russia); Registration Number 1107746906970 (Russia) [RUSSIA-EO14024] (Linked To: IMENIE TSARGRAD OOO).

LIMITED LIABILITY COMPANY EMS EKSPERT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЕМС ЭКСПЕРТ), Office 3, 1 Lenina Square, Shchekino 301248, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Tax ID No. 7107551966 (Russia); Registration Number 1147154034158 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ENERGOPROM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭНЕРГОПРОМ), Usovo Village, Building 100, Block B, Floor 3, Suite 5, Odintsovo, Moscow Region 143084, Russia; Tax ID No. 5032216308 (Russia); Registration Number 1155032010143 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY ENGINEERING CENTER OF ADDITIVE TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНЖИНИРИНГОВЫЙ ЦЕНТР АДДИТИВНЫХ ТЕХНОЛОГИЙ) (a.k.a. "LLC EC AT" (Cyrillic: "ООО ИЦ АТ")), 2 Gorbunova Street, Building 2, Room 719, Moscow 121596, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7731395300 (Russia); Registration Number 1187746029756 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ENGINEERING FIRM AB UNIVERSAL (a.k.a. INZHENERNAYA FIRMA AB UNIVERSAL), Pr-D Kashirskii D.13, Moscow 115201, Russia; Tax ID No. 5027000367 (Russia); Registration Number 1035010950974 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ENTEP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭНТЕП) (a.k.a. "AVIATOR RC"), 12 Bianki St., Building 2,

Room 112, Moscow 108811, Russia; Tax ID No. 7721809577 (Russia); Registration Number 1137746953695 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ENTRAR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭНТРАР), d. 1 ofis 24, pl. Metallistov, Vorkuta 169901, Russia; Tax ID No. 1103047002 (Russia); Registration Number 1221100004730 (Russia) [RUSSIA-EO14024] (Linked To: JSC VORKUTAUGOL).

LIMITED LIABILITY COMPANY EUROTRANSEXPEDITION (a.k.a. OOO EVROTRANSEKSPEDITSIYA), naberezhnaya Novodanilovskaya, d. 4A, pom. II, kom. 22I-22S, 18, 19, Moscow 117105, Russia; Tax ID No. 7726756897 (Russia); Registration Number 5147746148853 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY EVRAZIYA (a.k.a. BUROVAYA KOMPANIYA EURASIA LLC (Cyrillic: БУРОВАЯ КОМПАНИЯ ЕВРАЗИЯ ООО); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU BUROVAYA KOMPANIYA EVRAZIYA; a.k.a. "BKE OOO" (Cyrillic: "БКЕ ООО")), 40, 2 Ulitsa Narodnogo Opolcheniya, Moscow 123298, Russia; Tax ID No. 8608049090 (Russia); Registration Number 1028601443034 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY EXPERIMENTAL DESIGN BUREAU TEKHNIKA (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU OPYTNO KONSTRUKTORSKOE BYURO TEKHNIKA), Ul. Novaya Zarya D.6, Moscow 115191, Russia; Tax ID No. 7725568298 (Russia); Registration Number 1067746522392 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FAVARIS (a.k.a. FAWARIS LIMITED LIABILITY COMPANY), Zavodskoi proezd, d. 2, k. 1, pom. 557, Fryazino 141190, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5050159050 (Russia); Registration Number 1235000047446 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FEDOROVO KHOLDING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФЕДОРОВО ХОЛДИНГ), 40 Bolshoy Boulevard, Floor 5, Room 121, Moscow 121205, Russia; Tax ID No. 9709056553

(Russia); Registration Number 1197746676478 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FEDOROVO MINERALZ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФЕДОРОВО МИНЕРАЛЗ), 40 Bolshoy Boulevard, Floor 5, Room 119, Moscow 121205, Russia; Tax ID No. 9709056240 (Russia); Registration Number 1197746652399 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FEMILI OFIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФЕМИЛИ ОФИС) (a.k.a. FEMILI OFIS OOO), 3 1-Ya Rybinskaya Street, Building 1, Floor 4, Office 27/1, Moscow 107113, Russia; Organization Established Date 19 Aug 2014; Tax ID No. 7718994619 (Russia); Registration Number 1147746941858 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

LIMITED LIABILITY COMPANY FERTOING (a.k.a. FERTOING LTD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FERTOING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФЕРТОИНГ); a.k.a. OOO FERTOING (Cyrillic: ООО ФЕРТОИНГ)), Pulkovskoe Highway, House 40, Apartment 4, Letter A, Office A7060, St. Petersburg 196158, Russia; Shosse Pulkovskoe, Dom 40, Kvartira 4, Litera A, Ofis A7060, Gorod Sankt-Peterburg 196158, Russia; Tax ID No. 7802208912 (Russia); Registration Number 1037804040031 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FIBET NAMI ADVANCED ENGINEERING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФИБЕТ НАМИ ПЕРЕДОВОЙ ИНЖЕНИРИНГ) (a.k.a. LLC FIBET NAMI (Cyrillic: ООО ФИБЕТ НАМИ)), 2 Avtomotornaya Street, Building 1, Office 221, Moscow 125438, Russia; Tax ID No. 7743345640 (Russia); Registration Number 1207700302545 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FIDESIS (a.k.a. FIDESIS LLC; a.k.a. FIDESYS), Ul. Leninskie Gory D. 1 Str. 77 Nauchnyi Park Mgu Im M V Lomonosova Office 402, Moscow 119234, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No.

7725692471 (Russia); Registration Number 1107746291443 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FIFTH ELEMENT TRADING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПЯТЫЙ ЭЛЕМЕНТ ТРЕЙДИНГ) (a.k.a. PYATY ELEMENT TREIDING OOO; a.k.a. PYATYI ELEMENT TRADING OOO), 7 Talinnskaya St., Room 1-N, Office 350 Letter O, Saint Petersburg 195196, Russia; Tax ID No. 7806221953 (Russia); Registration Number 1167847086835 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FINANCE DECISIONS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФИНАНСОВЫЕ РЕШЕНИЯ), 14 Spartakovskaya Square, Building 3, Suite 9N/2, Basmannyy Municipal District, Moscow 105082, Russia; Tax ID No. 9729311995 (Russia); Registration Number 1217700369105 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NEW HOLDING 2).

LIMITED LIABILITY COMPANY FIRDAWS (a.k.a. FIRDAUS LIMITED; a.k.a. FIRDAWS LLC (Cyrillic: ООО ФИРДАУС); a.k.a. FIRDAWS LTD), UL. Kabardinskaya D. 22/24, Floor 2, Grozny, Republic of Chechnya 364024, Russia; Makhachkala, Republic of Dagestan, Russia; Organization Established Date 15 Apr 2011; Tax ID No. 2013002217 (Russia); Registration Number 1112031000872 (Russia) [RUSSIA-EO14024] (Linked To: KADYROVA, Ayshat Ramzanovna).

LIMITED LIABILITY COMPANY FIVEL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФИВЕЛ), Building 7, Letter O, Tallinskaya St., Room 1N, Office 352, St. Petersburg 195196, Russia; Tax ID No. 7811700461 (Russia); Registration Number 1187847192048 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FLEMSTED (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФЛЕМСТЭД), d. 1/8 str. 6 etazh 3 pom. I kom. 6, per. 4-I Syromyatnicheski, Moscow 105120, Russia; Tax ID No. 7709959777 (Russia); Registration Number 1147746886033 (Russia) [RUSSIA-EO14024] (Linked To: LLC AEON HOLDING DEVELOPMENT).

LIMITED LIABILITY COMPANY FO-MENEDZHMENT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФО-МЕНЕДЖМЕНТ) (a.k.a. FO-MENEDZHMENT OOO), 3 1-Ya Rybinskaya Street, Building 1, Floor 4, Office 27/2, Moscow

107113, Russia; Organization Established Date 26 Jan 2016; Tax ID No. 7718294952 (Russia); Registration Number 1167746092260 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

LIMITED LIABILITY COMPANY FOREIGN ECONOMIC ASSOCIATION TECHNOPROMEXPORT (a.k.a. OBSCHESTVO S OGRANICHENNOI OTVESTVENNOSTYU VNESHNEEKONOMICHESKOE OBEDINENIE TEKHNOPROMEKSPORT; a.k.a. OOO VO TECHNOPROMEXPORT; a.k.a. OOO VO TPE), Novyi Arbat Str. 15, Building 2, Moscow 119019, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1147746527279 (Russia); Tax ID No. 7704863782e (Russia) [UKRAINE-EO13685].

LIMITED LIABILITY COMPANY FOREPOST TRADING (a.k.a. FOREPOST TRADING LLC), ul. Generala Antonova d. 3A, Moscow 117342, Russia; Tax ID No. 7719667861 (Russia); Registration Number 1087746148962 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FORT DIALOG (a.k.a. "FORT DIALOGUE"), Ul. Pushkina D. 33, Korpus 2, Office 209, Ufa 450093, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 0275908848 (Russia); Registration Number 1160280122573 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FORT DIALOG SERVICE (a.k.a. FORT DIALOG SERVIS OOO), Pr-Kt Moskovskii D. 140, Naberezhnyye Chelny 423812, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1650092709 (Russia); Registration Number 1021602021935 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FORTAP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФОРТАП), 3M Dudko St., Room 6N, Office 1-4D, Ivanovsky Municipal District, St. Petersburg 192029, Russia; Tax ID

No. 780227226010 (Russia); Registration Number 1227800043404 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FORTIANA INVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФОРТИАНА ИНВЕСТ), d. 10, Naberezhnaya Tower, Presnenskaya, Moscow 123112, Russia; Tax ID No. 9703102203 (Russia); Registration Number 1227700488003 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY FORUM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФОРУМ) (a.k.a. "OOO FORUM"), 15 Olimpiyskaya Street, Suite 8, Novogorsk Micro District, Khimki, Moscow Oblast 141435, Russia; Organization Established Date 19 Jul 2006; Organization Type: Real estate activities with own or leased property; Tax ID No. 7703600646 (Russia); Registration Number 1067746829292 (Russia) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

LIMITED LIABILITY COMPANY FOTOPARK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФОТОПАРК), 113A Buynakskovo St., Office 13, Izberbash 368501, Russia; Tax ID No. 0562070207 (Russia); Registration Number 1080562000342 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GAAN CORPORATION (a.k.a. KORPORATSIYA GAAN), Ul. Talalikhina D. 41, Str. 9, Pomeshch. IX, Komnata 15B, Moscow 109316, Russia; Tax ID No. 7722460151 (Russia); Registration Number 1187746507816 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GALFVIND (a.k.a. HALFWIND LIMITED LIABILITY COMPANY; a.k.a. LIMITED LIABILITY COMPANY GULFWIND), Per. Neishlotskii D. 23, Lit. A, Pomeshch. 10N, Saint Petersburg 194044, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7804613602 (Russia); Registration Number 1187847004531 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GALIKA MET (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАЛИКА МЕТ), D. 8A, Et 1 Ofis 110, Ul. Lesnaya, Elektrostal

144011, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7714247775 (Russia); Registration Number 1027739562289 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GALIKA SERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАЛИКА СЕРВИС), D. 69/75 Etazh 3 Kom. 16 17 Ofis 333, Ul. Vavilova, Moscow 117335, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7736321503 (Russia); Registration Number 1197746231847 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GALIKA SKD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАЛИКА СКД), D. 8A, Etazh 2, Kabinet 202, Ul. Lesnaya, Elektrostal 144011, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5053044226 (Russia); Registration Number 1175053003510 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GALIKA TSENTR TEKHNOLOGI I SERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАЛИКА ЦЕНТР ТЕХНОЛОГИЙ И СЕРВИС) (a.k.a. LLC GALIKA CENTER TEKHNOLOGII I SERVIS; a.k.a. LLC GALIKA TSTS (Cyrillic: ООО ГАЛИКА ЦТС)), d. 38A, etazh 4, ofis 401, Moskovskaya, Khimki 141420, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7714837936 (Russia); Registration Number 1117746311385 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GARANTIYA (a.k.a. GARANTIYA OOO), bulvar Tverskoi, d. 15 str. 2, Moscow, Russia; Tax ID No. 7703610362 (Russia); Registration Number 5067746901426 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY GARANT-SV (a.k.a. GARANT-SV; a.k.a. GARANT-SV LIMITED LIABILITY COMPANY; a.k.a. GARANT-SV LLC; a.k.a. GARANT-SV, OOO; a.k.a. LLC GARANT-SV; a.k.a. OOO GARANT-SV), House 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685, Ukraine; 9, Generala Ostryakova St., Opolznevoye, Yalta, Crimea 298685, Ukraine; Website http://mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103007830 (Russia); Registration Number 1149102066740 (Russia) [UKRAINE-EO13685].

LIMITED LIABILITY COMPANY GARDA TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАРДА ТЕХНОЛОГИИ), Rodionova street, house 192, building 1, room 153, office 901, Nizhniy Novgorod, Nizhegorodskaya oblast 603093, Russia (Cyrillic: Улица Родионова, Дом 192, Корпус 1, Помещение 153, Офис 901, Нижний Новгород, Нижегородская Область 603093, Russia); Tax ID No. 5260443081 (Russia); Registration Number 1175275040346 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CITADEL).

LIMITED LIABILITY COMPANY GAZPROM BURENIYE (f.k.a. BUROVAYA KOMPANIYA OAO GAZPROM, DOCHERNEE OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. GAZPROM BURENIE, OOO; a.k.a. GAZPROM BURENIYE LLC; a.k.a. GAZPROM DRILLING; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GAZPROM BURENIE), 12A, ul. Nametkina, Moscow 117420, Russia; Website www.burgaz.ru; Email Address mail@burgaz.gazprom.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1028900620319; Tax ID No. 5003026493; Government Gazette Number 00156251 [UKRAINE-EO13662] (Linked To: ROTENBERG, Igor Arkadyevich).

LIMITED LIABILITY COMPANY GAZPROM LINDE ENGINEERING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАЗПРОМ ЛИНДЕ ИНЖИНИРИНГ) (a.k.a. "GLE LLC"; a.k.a. "LLC GL ENGINEERING" (Cyrillic: "ООО ГЛ ИНЖИНИРИНГ")), d. 12 k. str. 1 pom. 1N chast pomeshch. 409, ul. Shkiperski Protok, St. Petersburg 199106, Russia; Tax ID No. 0266023912 (Russia); Registration Number 1040203382845 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GAZPROM NEDRA, ul. Novocheremushkinskaya D. 65, Moscow 117418, Russia; Tax ID No. 7709769582 (Russia); Registration Number 1077763601948 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GDK BAIMSKAYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГДК БАИМСКАЯ), ul. Dezhneva d. 1, Anadyr 689000, Russia; Tax ID No. 7705825797 (Russia); Registration Number 1087746085866 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GEA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЭА) (a.k.a. GEA OOO (Cyrillic: ООО ГЭА); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU GEA), Ter. OEZ Alabuga, Ul. Sh-2, Str. 5/12, Pomeshch. 36, Yelabuga, Volga federal region, Tatarstan, Russia; Organization Established Date 26 Mar 2020; Organization Type: Manufacture of pulp, paper and paperboard; Tax ID No. 1646048200 (Russia); Registration Number 1201600024878 (Russia); alt. Registration Number 43974020 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

LIMITED LIABILITY COMPANY GENERAL CONTRACTOR MFS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЕНЕРАЛЬНЫЙ ПОДРЯДЧИК МФС) (a.k.a. "ООО GP MFS"), 22a Ryabinovaya Street, Building 2, Moscow 121471, Russia; Tax ID No. 7704539433 (Russia); Registration Number 1047796934195 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY PIK GENPODRYAD).

LIMITED LIABILITY COMPANY GEOPROMAINING VERKHNE MENKECHE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЕОПРОМАЙНИНГ ВЕРХНЕ МЕНКЕЧЕ) (a.k.a. GPM VERKHNE

MENKECHE LLC), d. 4 pom. 13, etazh 1, ul. Magadanskaya, Pos. Khandyga 678720, Russia; Tax ID No. 7707674550 (Russia); Registration Number 5087746087040 (Russia) [RUSSIA-EO14024] (Linked To: LLC HOLDING GPM).

LIMITED LIABILITY COMPANY GEOS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЕОС) (a.k.a. ООО GEOS), 42 Kommunisticheskaya St., Floor 4, Office 11, Novorossiysk, Krasnodar Region 353900, Russia; Organization Established Date 06 Aug 2018; Tax ID No. 2315207531 (Russia); Registration Number 1182375065828 (Russia) [RUSSIA-EO14024] (Linked To: POZHIDAEV, Igor Vladimirovich).

LIMITED LIABILITY COMPANY GEYSER GOLD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЕЙЗЕР ГОЛД), 40 Bolshoy Boulevard, Floor 5, Room 109, Moscow 121205, Russia; Tax ID No. 9731074646 (Russia); Registration Number 1217700033176 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HYPERSPACE).

LIMITED LIABILITY COMPANY GLENIKS TEKHNOLODZHIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЛЕНИКС ТЕХНОЛОДЖИС), d. 3A str. 6 etazh 2 pom. 2, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Tax ID No. 7704472556 (Russia); Registration Number 1197746037631 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GLOBAL CONCEPTS GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЛОБАЛЬНЫЕ КОНЦЕПЦИИ ГРУПП) (a.k.a. GLOBAL VISION GROUP; a.k.a. "LLC GKG" (Cyrillic: "ООО ГКГ")), Office I Room 7, Building 3, House 22, Staromonetny Lane, Moscow 119180, Russia; Russia; Staromonetne STR 22/3, Moscow, Russia; Additional Sanctions Information - Subject to Secondary Sanctions Pursuant to the Hizballah Financial Sanctions Regulations; alt. Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [SYRIA] [IRGC] [IFSR] (Linked To: BANIAS REFINERY COMPANY; Linked To: ALCHWIKI, Mhd Amer).

LIMITED LIABILITY COMPANY GLOBALTEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЛОБАЛТЭК) (a.k.a. GLOBALTEC LLC), Room 22, Suite I, Floor 13, Building 2, 6 Presnenskaya Embankment, Moscow 123112, Russia; Secondary sanctions

risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Construction of utility projects; Tax ID No. 9705138011 (Russia); Registration Number 1197746621930 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GLOBALVOENTREYDING LTD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЛОБАЛВОЕНТРЕЙДИНГ ЛТД) (a.k.a. GLOBALVOENTREIDING LTD OOO; a.k.a. LLC GLOBALVOENTRAIDING LTD), 3 1-Ya Rybinskaya Street, Building 1, Floor 4, Office 9/2, Moscow 107113, Russia; Organization Established Date 22 Oct 2002; Tax ID No. 7709388844 (Russia); Registration Number 1027709015641 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GOLFESTEIT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГОЛЬФЭСТЕЙТ) (a.k.a. GOLFESTEIT OOO), Room 416, Floor 24, Section I, Building 10, Testovskaya Street, Moscow 123112, Russia; Tax ID No. 7703427840 (Russia); Registration Number 1177746513273 (Russia) [RUSSIA-EO14024] (Linked To: KHRISTENKO, Viktor Borisovich).

LIMITED LIABILITY COMPANY GORA GOLDEN RATIO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГОРА ГОЛДЕН РАТИО) (a.k.a. "LLC GORA" (Cyrillic: "ООО ГОРА")), 40 Bolshoy Boulevard, Floor 5, Room 118, Moscow 121205, Russia; Tax ID No. 9731087042 (Russia); Registration Number 1217700632632 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GPB IT1, ul. Godovikova d. 9, str. 17, floor 6, ch. pomeshch. 7, Moscow 129085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9717102235 (Russia); Registration Number 1217700240504 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GROSS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГРОСС) (a.k.a.

GROSS LTD), ul. Leningradskaya 2, Asbest 624261, Russia; Organization Type: Real estate activities with own or leased property; Tax ID No. 6603019147 (Russia); Registration Number 1069603008452 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NATSIONALNAYA SURMYANAYA KOMPANIYA).

LIMITED LIABILITY COMPANY GROUP OF COMPANIES AKVARIUS (a.k.a. LLC GRUPPA AKVARIUS; a.k.a. LLC PRODUCTION COMPANY AQUARIUS; a.k.a. "AQUARIUS"), Vl6str1 22 km Kiyevskoye Highway, Moscow 119027, Russia; Kievskoe Shosse, 22-km, 6, Bldg. 1, Moscow 108811, Russia; Organization Established Date 09 Jan 2003; Tax ID No. 7701321693 (Russia); Registration Number 1037701002217 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GROUP OF COMPANIES MKC (a.k.a. GRUPPA KOMPANII MKS), Victorenko Str. 5, Building 1, Business Center, Victory Plaza, 9th Floor, Office 8A, Moscow 125167, Russia; Voronezhskaya Str. 5, Letter A, Section 27H, Office 224, St. Petersburg 191119, Russia; Kirova Str. 63, Office 206, Beryozovsky 623700, Russia; Tax ID No. 6604025432 (Russia); Registration Number 1096604002384 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GROUP OF COMPANIES SPETSMETALLMASTER (a.k.a. THE LIMITED LIABILITY COMPANY GROUP OF THE COMPANIES SPECIALMETALLMASTER), Pr-Kt Ryazanskii D. 8A, Str. 24, Et/Pom/Komn 4/I/44-54, Moscow 109428, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7722326685 (Russia); Registration Number 1157746420512 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GS INVESTMENTS (a.k.a. LIMITED LIABILITY COMPANY HS INVESTMENTS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГС ИНВЕСТМЕНТС)), 40 Bolshoy Boulevard, Floor 5, Room 120, Moscow 121205, Russia; Organization Type: Activities of holding companies; Tax ID No. 9731092500 (Russia); Registration Number 1227700269147 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY GULFWIND (a.k.a. HALFWIND LIMITED LIABILITY COMPANY; a.k.a. LIMITED LIABILITY COMPANY GALFVIND), Per. Neishlotskii D. 23, Lit. A, Pomeshch. 10N, Saint Petersburg 194044, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7804613602 (Russia); Registration Number 1187847004531 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY HARTIS DV (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХАРТИС ДВ) (a.k.a. KHARTIS DV LLC), 35 Svobodiy St., Building 5, Floor 1, Office 1, Room No. 4, Moscow 125362, Russia; Tax ID No. 7733753978 (Russia); Registration Number 5107746026262 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY HERMLE VOSTOK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХЕРМЛЕ ВОСТОК), d. 9 str. 25 pom. 2, kom. 1-16, ul. Godovikova, Moscow 129085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7715582208 (Russia); Registration Number 1057748940974 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY HIMTREYD (a.k.a. KHIMTREID), Ul. Dekabristov D. 115, Pomeshch. 39, Kazan 420034, Russia; Tax ID No. 1661034040 (Russia); Registration Number 31121690069082 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY HOLDING CHOOSE RADIO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛДИНГ ВЫБЕРИ РАДИО) (a.k.a. ООО KHOLDING VYBERI RADIO), 4 Olkhovskaya Street, Building 2, Floor 5, Suite Part 544, Basmannyy Municipal District, Moscow, Russia; Tax ID No. 7726361659 (Russia); Registration Number 5157746080575 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEW MEDIA HOLDING).

LIMITED LIABILITY COMPANY HOLDING COMPANY YUESEM (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU

KHOLDINGOVAYA KOMPANIYA YUESEM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛДИНГОВАЯ КОМПАНИЯ ЮЭСЭМ); a.k.a. ООО КНК YUESEM (Cyrillic: ООО ХК ЮЭСЭМ); a.k.a. USM HOLDINGS LIMITED), D. 28 Etazh 13 Kom. 21 Shosse Rublevskoe, Moscow, Russia 121609, Russia; Tax ID No. 9731001285 (Russia); Registration Number 1187746450231 (Russia) [RUSSIA-EO14024] (Linked To: USMANOV, Alisher Burhanovich).

LIMITED LIABILITY COMPANY HOLDING FINANCE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛДИНГ ФИНАНС), 1 Triumfalniy Drive, Sirius Settlement, Krasnodar, Russia; Organization Type: Other financial service activities, except insurance and pension funding activities, n.e.c.; Tax ID No. 9703080126 (Russia); Registration Number 1227700164174 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY HOLDING INTELLIGENT COMPUTER SYSTEMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ХОЛДИНГ ИНТЕЛЛЕКТУАЛЬНЫЕ КОМПЬЮТЕРНЫЕ СИСТЕМЫ) (a.k.a. "IKS HOLDING" (Cyrillic: "ИКС ХОЛДИНГ"); a.k.a. "X-HOLDING"), Michurinskiy avenue, house 27, apartment 5, floor 4, room 9, Moscow, Ramenki District 119607, Russia (Chinese Traditional: Пр-Кт Мичуринский, Д. 27, К. 5, Этаж 4, Помещ. 9, Москва, Муниципальный Округ Раменки 119607, Russia); Tax ID No. 9701124836 (Russia); Registration Number 1187746987317 (Russia) [RUSSIA-EO14024] (Linked To: CHEREPENNIKOV, Anton Andreyevich).

LIMITED LIABILITY COMPANY HOTU TENT (a.k.a. KHOTU TENT), Truda St., 1, Yakutsk 677000, Russia; Ul. Kirova D. 31/1, Kv. 92, Yakutsk 677027, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1435347144 (Russia); Registration Number 1191447014714 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY HS INVESTMENTS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГС ИНВЕСТМЕНТС) (a.k.a. LIMITED LIABILITY COMPANY GS INVESTMENTS), 40 Bolshoy Boulevard, Floor 5, Room 120,

Moscow 121205, Russia; Organization Type: Activities of holding companies; Tax ID No. 9731092500 (Russia); Registration Number 1227700269147 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY HYPERSPACE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГИПЕРСПЭЙС), 40 Bolshoy Boulevard, Floor 5, Room 81, Moscow 121205, Russia; Organization Type: Activities of holding companies; Tax ID No. 9731083520 (Russia); Registration Number 1217700446171 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY HYPERSPACE TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГИПЕРСПЭЙС ТЕХНОЛОГИИ), 2 Surgutskaya Street, Room 301, Almetyevsk 423461, Russia; Organization Type: Computer programming activities; Tax ID No. 1644100380 (Russia); Registration Number 1221600058899 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY RIMERA).

LIMITED LIABILITY COMPANY I MACHINE TECHNOLOGY (a.k.a. AI MASHIN TEKHNOLODZHI), Pr-kt Mira d. 95, pomeshch. 80, Moscow 129085, Russia; Tax ID No. 7718835552 (Russia); Registration Number 1117746078262 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY I T C (a.k.a. AI TI SI), Ul. Akademika Konstantinova D. 4, K. 1 Lit. A, Pomeshch 7N, Office 202, Saint Petersburg 195427, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 07 Aug 2003; Tax ID No. 5406259282 (Russia); Registration Number 1035402500781 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY IBS INFINISOFT, 1-I Volokolamskii proezd, d. 10, str. 1, et/pom. 1/I, kom. 58, Moscow 123060, Russia; sh. Dmitrovskoe, d. 9B, Moscow 127434, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7713605227 (Russia); Registration Number 1067761258190 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ID SOLUTION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЙДИ СОЛЮШН), 60B Dorozhnaya St., Office 421, Moscow 117405, Russia; Tax ID No. 5003091492 (Russia); Registration Number 5115003000327 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY IK-MENEDZHMENT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИК-МЕНЕДЖМЕНТ) (a.k.a. IK-MANAGEMENT LLC), 3 Simferopolskoye Highway, Building 8, Floor 5, Room 509, Bulatnikovo Village, Leninskiy City, Moscow Region 142718, Russia; Organization Established Date 29 Dec 2021; Tax ID No. 5003148734 (Russia); Registration Number 1215000132676 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

LIMITED LIABILITY COMPANY IKSORA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИКСОРА) (a.k.a. IKSORA OOO), 3 1-Ya Rybinskaya Street, Building 1, Floor 4, Office 1/2, Moscow 107113, Russia; Organization Established Date 11 Dec 2007; Organization Type: Real estate activities on a fee or contract basis; Tax ID No. 5032180429 (Russia); Registration Number 1075032017125 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

LIMITED LIABILITY COMPANY IMEX EXPERT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИМЕКС ЭКСПЕРТ), 16/17 Bolshaya Sovetskaya St., Office V 53, Smolensk 214000, Russia; Tax ID No. 6732236950 (Russia); Registration Number 1226700018753 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INDIGO 3D (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНДИГО 3Д), Suite 2, Building 29, 30A Gazety Krasnoyarskiy Rabochiy Avenue, Krasnoyarsk 660000, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 2462068991 (Russia); Registration Number 1202400020415 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INFERIT, Proezd Zavodskoi D. 2, K. 1, Office 512, Fryazino 141190, Russia; Secondary sanctions risk: this person is designated for operating or having

operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5050155270 (Russia); Registration Number 1225000052661 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INFORION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНФОРИОН) (a.k.a. LLC INFORION, OOO; a.k.a. LLC INFORION), Ul. Bolshaya Semenovskaya d. 45, Moscow 107023, Russia; Website inforion.ru; Organization Established Date 17 Feb 2006; Organization Type: Other information technology and computer service activities; Tax ID No. 7715592358 (Russia); Registration Number 1067746288323 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INFRASTRACTURE HOLDING 1 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНФРАСТРУКТУРНЫЙ ХОЛДИНГ 1), 4 Olkhovskaya Street, Building 2, Floor 4, Suite 456, Basmannyy Municipal District, Moscow, Russia; Tax ID No. 9701209173 (Russia); Registration Number 1227700342935 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY INFRASTRACTURE HOLDING 2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНФРАСТРУКТУРНЫЙ ХОЛДИНГ 2), 4 Olkhovskaya Street, Building 2, Floor 4, Suite 461, Basmannyy Municipal District, Moscow, Russia; Tax ID No. 9701209102 (Russia); Registration Number 1227700341824 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NEW HOLDING 1).

LIMITED LIABILITY COMPANY INFRASTRACTURE HOLDING 3 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНФРАСТРУКТУРНЫЙ ХОЛДИНГ 3), 4 Olkhovskaya Street, Building 2, Floor 4, Suite 456, Moscow, Russia; Tax ID No. 9701214066 (Russia); Registration Number 1227700453364 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEW DECISIONS 3).

LIMITED LIABILITY COMPANY INFRASTRACTURE HOLDING 4 (Cyrillic:

ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНФРАСТРУКТУРНЫЙ ХОЛДИНГ 4), 4 Olkhovskaya Street, Building 2, Floor 4, Suite 461, Moscow, Russia; Tax ID No. 9701214014 (Russia); Registration Number 1227700452693 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEW DECISIONS 3).

LIMITED LIABILITY COMPANY INFRASTRUCTURE CORPORATION AEON (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНФРАСТРУКТУРНАЯ КОРПОРАЦИЯ АЕОН) (a.k.a. OOO IK AEON (Cyrillic: ООО ИК АЕОН)), d. 3A str. 6, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Tax ID No. 7704661909 (Russia); Registration Number 1077760229656 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INFRASTRUCTURE PROJECTS MANAGEMENT COMPANY (a.k.a. MANAGEMENT COMPANY FOR INFRASTRUCTURE PROJECTS; a.k.a. UPRAVLYAYUSHCHAYA KOMPANIYA INFRASTRUKTURNYKH PROEKTOV; a.k.a. "LLC UKIP"; a.k.a. "UKIP"; a.k.a. "UKIP, OOO"), Sevastopolskaya Street, House 41/2, Simferopol, Crimea 295024, Ukraine; Email Address fnatali@mail.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102045582 (Russia); Government Gazette Number 00742767 (Russia); Registration Number 1149102091654 (Russia) [UKRAINE-EO13685].

LIMITED LIABILITY COMPANY INKOR (a.k.a. LLC INKOR), Ul. Goleva D. 10A, Perm 614081, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 12 Sep 2014; Tax ID No. 5905950978 (Russia); Government Gazette Number 35770183 (Russia); Registration Number 1145958052844 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INNOVATIVE EDUCATION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИННОВАЦИОННОЕ ОБРАЗОВАНИЕ), 40 Bolshoy Boulevard, Floor 5, Room 110,

Moscow 121205, Russia; Tax ID No. 9731074580 (Russia); Registration Number 1217700032450 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HYPERSPACE).

LIMITED LIABILITY COMPANY INSPIRA INVEST A (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНСПИРА ИНВЕСТ А) (a.k.a. INSPIRA INVEST A OOO; a.k.a. LLC INSPIRA INVEST A (Cyrillic: ООО ИНСПИРА ИНВЕСТ А)), et 1 pom 2 kom 28-1 of 1, dom 9, ulitsa Leninskaya Sloboda, Moscow 115280, Russia; Organization Established Date 10 Apr 2017; Tax ID No. 7725367175 (Russia); Registration Number 1177746359834 (Russia) [RUSSIA-EO14024] (Linked To: PUCHKOV, Andrey Sergeyevich).

LIMITED LIABILITY COMPANY INSURANCE COMPANY KONSTANTA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТРАХОВАЯ КОМПАНИЯ КОНСТАНТА) (a.k.a. IC CONSTANTA LLC; a.k.a. KONSTANTA, OOO; a.k.a. LLC SK KONSTANTA (Cyrillic: ООО СК КОНСТАНТА); a.k.a. "CONSTANTA"; a.k.a. "KONSTANTA" (Cyrillic: "КОНСТАНТА")), d. 19 etazh 3 pom. 70, ul. Leninskaya Sloboda, Moscow 115280, Russia (Cyrillic: д. 19 этаж 3, помещ. 70, ул. Ленинская слобода, Москва 115280, Russia); st. Leninskaya Sloboda, house 19, floor 3, room. 70, Moscow 115280, Russia; vn. ter. Municipal district Danilovsky, Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: вн. тер. г. муниципальный округ даниловский, ул. ленинская слобода, д. 19 этаж 3, помещ. 70, г. Москва 115280, Russia); Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: ул. Ленинская слобода, д. 19, этаж 3, помещ. 70, Москва 115280, Russia); Tax ID No. 7707447597 (Russia); Government Gazette Number 24544006 (Russia); Business Registration Number 1217700000011 (Russia) [PEESA-EO14039].

LIMITED LIABILITY COMPANY INSURANCE COMPANY SBERBANK INSURANCE (a.k.a. INSURANCE COMPANY SBERBANK LIFE INSURANCE LIMITED LIABILITY COMPANY; a.k.a. SBERBANK LIFE INSURANCE IC LLC), 3 Poklonnaya St., Building 1, Moscow 121170, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-

issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7744002123 (Russia); Registration Number 1037700051146 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY INTEGRATED ELECTRON OPTICAL SYSTEMS (a.k.a. "IEOS"), Ul. Volnaya D. 35, Et. 2 Pom. 1, Moscow 105187, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7701867725 (Russia); Registration Number 1107746151314 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INTEGRATED SOLUTIONS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОМПЛЕКСНЫЕ РЕШЕНИЯ), 13 Perevedenovskiy Lane, Building 18, Suite 21N/3, Basmannyy Municipal District, Moscow, Russia; Tax ID No. 9701245870 (Russia); Registration Number 1237700265593 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY INTER TOBACCO (a.k.a. INTER TOBACCO; f.k.a. JOINT LIMITED LIABILITY COMPANY INTERDORS (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРДОРС); a.k.a. LLC INTER TOBACCO; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU INTER TOBAKKO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕР ТОБАККО); a.k.a. ООО INTER TOBAKKO (Cyrillic: ООО ИНТЕР ТОБАККО); a.k.a. TAA INTER TABAKKA (Cyrillic: ТАА ІНТЭР ТАБАККА); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTER TABAKKA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭР ТАБАККА), d. 131 (FEZ Minsk), Novodvorskiy village, Novodvorskiy village council, Minsk District, Minsk Oblast 223016, Belarus (Cyrillic: д. 131 (СЭЗ Минск), Новодворский сельсовет, с/с Новодворский, Минский район, Минская область 223016, Belarus);

Organization Established Date 10 Oct 2002; Registration Number 808000714 (Belarus) [BELARUS-EO14038].

LIMITED LIABILITY COMPANY INTERKAD (a.k.a. INTERCAD COMPANY LIMITED), Pr-Kt Yuriya Gagarina D. 2, Lit. A, Pomeshch. 13-N Pom.28,29, Saint Petersburg 196105, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7813176194 (Russia); Registration Number 1027806880551 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INTERNATIONAL BUSINESS CORPORATION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖДУНАРОДНЫЙ БИЗНЕС КОРПОРАЦИЯ) (a.k.a. "LLC IBC"), 27 Yartsevskaya St., Apt. 172, Room 1, Moscow 121552, Russia; Tax ID No. 9731103375 (Russia); Registration Number 1227700743940 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INTERNATIONAL TRANSPORTATION SERVICES (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU MEZHDUNARODNYE TRANSPORTNYE USLUGI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕЖДУНАРОДНЫЕ ТРАНСПОРТНЫЕ УСЛУГИ); a.k.a. "ITS LLC"; a.k.a. "OOO MTU" (Cyrillic: "ООО МТУ")), ul. Pushkina, 66, Astrakhan, Astrakhan Oblast 414006, Russia; Organization Established Date 29 Jun 2004; Tax ID No. 7730509361 (Russia); Registration Number 1047796470226 (Russia) [RUSSIA-EO14024] (Linked To: KHAZAR SEA SHIPPING LINES).

LIMITED LIABILITY COMPANY INTERSERVICE (a.k.a. INTERSERVIS NOVOPOLOTSKOE LLC; a.k.a. NOVOPOLOTSK LIMITED LIABILITY COMPANY INTERSERVICE; a.k.a. NOVOPOLOTSKOYE OBSHCHESTVO S OGRANICHENNOY OTVESTVENNOSTYU INTERSERVIS (Cyrillic: НОВОПОЛОЦКОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРСЕРВИС); a.k.a. ООО INTERSERVIS (Cyrillic: ООО ИНТЕРСЕРВИС); a.k.a. TAA INTERSERVIS (Cyrillic: ТАА ІНТЭРСЭРВІС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTERSERVIS (Cyrillic:

TABAPЫCTBA З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭРСЭРВІС); a.k.a. "INTERSERVICE"; a.k.a. "LLC INTERSERVICE"), ul. Molodezhnaya, d. 7, kom. 110, Novopolotsk, Vitebsk oblast 211440, Belarus (Cyrillic: ул. Молодежная, д. 7, ком. 110, г. Новополоцк, Витебская область 211440, Belarus); Organization Established Date 13 May 1998; Registration Number 300577484 (Belarus) [BELARUS-EO14038].

LIMITED LIABILITY COMPANY INTERVESP M, 20A Kuskovskaya Street, Moscow 111141, Russia; Pr-Kt Zelenyi 20, Et 12 Pom I kom 4, Moscow 111397, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7706441909 (Russia); Registration Number 1167746856738 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INVENT (a.k.a. "INVENT LTD"), Ul. Marata D. 15, Nizhny Novgorod 603002, Russia; Tax ID No. 5257114908 (Russia); Registration Number 1105257000970 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INVEST GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТ ГРУПП), 3 Perunovsky Lane, Building 2, Floor 3, Room 17, Moscow 127055, Russia; Tax ID No. 7203451749 (Russia); Registration Number 1187232014991 (Russia) [RUSSIA-EO14024] (Linked To: ZAKHAROVA, Svetlana Nikolaevna).

LIMITED LIABILITY COMPANY INVEST STANKO, Ul. Spartakovskaya D. 5/7, Office 4, Khimki 141400, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5047120398 (Russia); Registration Number 1105047013752 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INVESTMENT COMPANY A1 (a.k.a. INVESTITSIONNAYA KOMPANIYA A1 OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNAYA KOMPANIYA A1), d. 12 str. 1 ofis 415, ul. 3-Ya Magistralnaya, Moscow, Moscow 123007, Russia; Organization Established Date 22 Sep 2004; Tax ID No.

7709567988 (Russia); Registration Number 1047796703074 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INVESTMENT COMPANY MMK-FINANS (a.k.a. IK MMK-FINANS; a.k.a. INVESTITSIONNAYA KOMPANIYA MMK-FINANS; a.k.a. LLC IK MMK-FINANS (Cyrillic: ООО ИК ММК-ФИНАНС); a.k.a. MMK-FINANS ООО; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNAYA KOMPANIYA MMK-FINANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТИЦИОННАЯ КОМПАНИЯ ММК-ФИНАНС); f.k.a. RASCHETNO-FONDOVY TSENTR, ZAKRYTOE AKTSIONERNOE OBSHCHESTVO INVESTITSIONNAYA KOMPANIYA), 70, ul. Kirova Magnitogorsk, Chelyabinskaya Obl. 455019, Russia; Organization Established Date 08 May 1996; Tax ID No. 7446045354 (Russia); Government Gazette Number 34565086 (Russia); Registration Number 1057421016047 (Russia) [RUSSIA-EO14024] (Linked To: PUBLICHNOE AKTSIONERNOE OBSHCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT).

LIMITED LIABILITY COMPANY INVESTMENT CONSULTANT ELBRUS CAPITAL, Nab. Presnenskaya D. 10, Floor 27, KOM. 11V, Moscow 123112, Russia; Tax ID No. 9703036511 (Russia); Registration Number 1217700261613 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INVESTMENT DECISIONS 1 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТИЦИОННЫЕ РЕШЕНИЯ 1), 14 Spartakovskaya Square, Building 3, Suite 9N/2, Moscow, Russia; Registration Number 1237700043866 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY INVESTMENT DECISIONS 2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТИЦИОННЫЕ РЕШЕНИЯ 2), 14 Spartakovskaya Square, Building 3, Suite 9N/2, Office 247, Moscow, Russia; Tax ID No. 9701230175 (Russia); Registration Number 1227700795816 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY INVESTMENT DECISIONS 3 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ

ИНВЕСТИЦИОННЫЕ РЕШЕНИЯ 3), 14 Spartakovskaya Square, Building 3, Suite 9N/2, Office 245, Moscow, Russia; Tax ID No. 9701230231 (Russia); Registration Number 1227700795882 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY INVESTMENT DECISIONS 5 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТИЦИОННЫЕ РЕШЕНИЯ 5), 13 Perevedenovskiy Lane, Building 18, Suite 21N/3, Moscow, Russia; Tax ID No. 9701245911 (Russia); Registration Number 1237700265770 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY INVESTMENT DECISIONS 6 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТИЦИОННЫЕ РЕШЕНИЯ 6), 13 Perevedenovskiy Lane, Building 18, Suite 21N/3, Moscow, Russia; Tax ID No. 9701245929 (Russia); Registration Number 1237700265802 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY INVESTMENT DECISIONS 7 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТИЦИОННЫЕ РЕШЕНИЯ 7), 13 Perevedenovskiy Lane, Building 18, Suite 21N/3, Moscow, Russia; Tax ID No. 9701245904 (Russia); Registration Number 1237700265703 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY INZHENERNO TEKHNOLOGICHESKI TSENTR ATM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНЖЕНЕРНО ТЕХНОЛОГИЧЕСКИЙ ЦЕНТР АТМ) (a.k.a. ETC ATM LIMITED; a.k.a. INZHENERNO TEKHNOLOGICHESKII CENTER ATM ООО; a.k.a. LLC ITTS ATM (Cyrillic: ООО ИТЦ АТМ)), ofis 310 vladenie 5A str. 1, shosse Volkovskoe, Mytishchi 141006, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No.

7810504175 (Russia); Registration Number 1089847039590 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY INZHTEPLOPROGRESS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНЖТЕПЛОПРОГРЕСС), 26 Novodmitrovskaya Street, Floor 1, Suite 6, Moscow, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9715415698 (Russia); Registration Number 1227700148312 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY IRBIS SKY TECH (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИРБИС СКАЙ ТЕХ) (a.k.a. "ООО IST" (Cyrillic: "ООО ИСТ")), 2 Shukinskaya St., Ground Floor, Rooms 32 & 33, Moscow 123182, Russia; Tax ID No. 7722754271 (Russia); Registration Number 1117746657280 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ISHIMBAY SPECIALIZED CHEMICAL PLANT OF CATALYST (a.k.a. "ISCPC LLC"), Ul. Levyi Bereg D. 6, Ishimbay 453203, Russia; Organization Established Date 26 Apr 2006; Tax ID No. 0261014551 (Russia); Registration Number 1060261010996 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ISKUSSTVO KRASOTY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИСКУССТВО КРАСОТЫ), Leninskiy Avenue, Building 44, Moscow 117334, Russia; Organization Established Date 28 Mar 2011; Tax ID No. 7718841475 (Russia); Registration Number 1117746230161 (Russia) [RUSSIA-EO14024] (Linked To: SUROVIKINA, Anna Borisovna).

LIMITED LIABILITY COMPANY IT1, ul. Godovikova d. 9, str. 17, str. 17, floor 6, pomeshch. 1,2,15,17,19, ch. 3,5,7, Moscow 129085, Russia; Tax ID No. 5010028861 (Russia); Registration Number 1065010021284 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY IT1 NOVATIONS, ul. Godovikova d. 9, str. 17, Moscow 129085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support

Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9717144517 (Russia); Registration Number 1237700663727 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY IT1 RTK, ul. Godovikova d. 9, str. 17, floor 6, ch. pomeshch. 7, Moscow 129085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9717097105 (Russia); Registration Number 1207700470273 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY IT1 SOLUTIONS, ul. Godovikova d. 9, str. 17, Moscow 129085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9717134195 (Russia); Registration Number 1237700297944 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY IT1 TECHNOLOGIES, Proezd triumfalnyi d. 1, Pgt. Sirius 354340, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 2367029103 (Russia); Registration Number 1232300003320 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ITC (a.k.a. AITISI), Ul. Radio D. 24, K. 1, Office 008, Moscow 105005, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Organization Established Date 22 Apr 2003; Tax ID No. 5406251910 (Russia); Registration Number 1035402483412 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY K ARMA (a.k.a. LIMITED LIABILITY COMPANY K.ARMA), Ul. Mechnikova D. 40, Kv. 27, Kolomna 140412, Russia; Oktiabrskoy Revolutsii st., 354A, Kolomna 140408, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5022071237 (Russia); Registration Number 1225000028879 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY K.ARMA (a.k.a. LIMITED LIABILITY COMPANY K ARMA), Ul. Mechnikova D. 40, Kv. 27, Kolomna 140412, Russia; Oktiabrskoy Revolutsii st., 354A, Kolomna 140408, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5022071237 (Russia); Registration Number 1225000028879 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KALEIDOSKOP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КАЛЕЙДОСКОП), House 2, Building 2, Paveletskaya square, Moscow 115054, Russia; Organization Established Date 09 Dec 2016; Tax ID No. 9705083235 (Russia); Registration Number 5167746427063 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KALININGRAD BALTTRANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КАЛИНИНГРАД БАЛТТРАНС) (a.k.a. "LIMITED LIABILITY COMPANY KBT"), 16 Zavodskaya Street, Apartment 3, Ozerki Village, Gvardeyskiy District, Kaliningrad Region, Russia; Tax ID No. 3916016237 (Russia); Registration Number 1173926026130 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KAMCHATSKAYA GORNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КАМЧАТСКАЯ ГОРНАЯ КОМПАНИЯ) (a.k.a. ООО KAMCHATSKAIA GORNAIA KOMPANIIA), 59 Leninskaya Street, Floor 11, Suite 6, Petropavlovsk-Kamchatsky 683001, Russia; Tax ID No. 4100041537 (Russia); Registration Number 1224100000387 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY GORA GOLDEN RATIO).

LIMITED LIABILITY COMPANY KAPO-AVTOTRANS (a.k.a. KAPO-AVTOTRANS OOO; a.k.a. PSK AVIASTROI), ul Dementyeva d 2B, Kazan 420127, Russia; Tax ID No. 1661022799 (Russia); Registration Number 1081690078700 (Russia) [RUSSIA-EO14024] (Linked To: TUPOLEV PUBLIC JOINT STOCK COMPANY).

LIMITED LIABILITY COMPANY KAPO-ZHILBILTSERVIS (a.k.a. UK KAPO-ZHBS; a.k.a. UK KAPO-ZHILBYTSERVIS OOO), ul Akademika Pavlova d 9, Kazan 420127, Russia; Tax ID No. 1661022862 (Russia); Registration Number 1081690080450 (Russia) [RUSSIA-EO14024] (Linked To: TUPOLEV PUBLIC JOINT STOCK COMPANY).

LIMITED LIABILITY COMPANY KARBON (a.k.a. LIMITED LIABILITY COMPANY CARBON (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КАРБОН); f.k.a. NOVAPORT TSENTRALNAYA AZIYA OOO), d. 3A str. 6 etazh 1 pom. 21, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Tax ID No. 7704493235 (Russia); Registration Number 1197746372735 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KASPIYSKAYA ENERGIYA ADMINISTRATION OFFICE (a.k.a. CASPIAN ENERGY MANAGEMENT LIMITED LIABILITY COMPANY; a.k.a. CASPIAN ENERGY PROJECTS LIMITED LIABILITY COMPANY; a.k.a. CNRG MANAGEMENT; f.k.a. CNRG PROJECTS; f.k.a. CRN GROUP; a.k.a. "CNRG"), 60, Admiral Nakhimov St., Astrakhan 414018, Russia; Organization Established Date 15 Feb 2011; Tax ID No. 3017065795 (Russia); Registration Number 1023000919116 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY UNITED SHIPBUILDING CORPORATION).

LIMITED LIABILITY COMPANY KEKO R, Pr-d Zavodskoi, D. 2, Office 625A, Fryazino 141190, Russia; Tax ID No. 5050129055 (Russia); Registration Number 1165050056203 (Russia) [RUSSIA-EO14024] (Linked To: KHOKHLUN, Andrei Rostislavovich).

LIMITED LIABILITY COMPANY KEY INFORMATION SYSTEMS (Cyrillic: КЛЮЧЕВЫЕ ИНФОРМАЦИОННЫЕ СИСТЕМЫ) (a.k.a. KLYUCHEVYE INFORMATSIONNYE SISTEMY), Ul. Elektrozavodskaya d. 24, Moscow 107023, Russia; Organization Established Date 23 Jul 2014; Tax ID No. 7718990822 (Russia); Registration Number 1147746835830 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KINOATIS (a.k.a. KINOATIS; a.k.a. KINOATIS LLC; a.k.a. LLC KINOATIS), Ul. Polkovaya D. 3, Str. 6,

ET/POM/KOM 6/1/1, 3, Moscow 127018, Russia; Ul. Polkovaya, d. 3, Str. 6, r. 13, Moscow 127018, Russia; 36613 Polkovaya, Moscow, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 23 Jun 2004; Tax ID No. 7743531082; Business Registration Number 1047796451658 [DPRK3] (Linked To: SEK STUDIO).

LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КИСМЕТ КАПИТАЛ ГРУП) (a.k.a. OOO YUTV GRUPPA), 4 Olkhovskaya Street, Building 2, Floor 4, Suite 470, Moscow 105066, Russia; Tax ID No. 7726415826 (Russia); Registration Number 5177746159542 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KISMET CONSULTING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КИСМЕТ КОНСАЛТИНГ), 4 Olkhovskaya Street, Building 2, Floor 4, Suite 433, Moscow 105066, Russia; Tax ID No. 9701074350 (Russia); Registration Number 1177746450947 (Russia) [RUSSIA-EO14024] (Linked To: TAVRIN, Ivan Vladimirovich).

LIMITED LIABILITY COMPANY KISMET TELECOM INFRASTRUCTURE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КИСМЕТ ТЕЛЕКОМ ИНФРАСТРУКТУРА), 4 Olkhovskaya Street, Building 2, Floor 4, Suite 472, Basmannyy Municipal District, Moscow, Russia; Tax ID No. 9701122980 (Russia); Registration Number 1187746877273 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY KISMET TELECOM INFRASTRUCTURE 2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КИСМЕТ ТЕЛЕКОМ ИНФРАСТРУКТУРА 2), 4 Olkhovskaya Street, Building 2, Floor 4, Suite Part 463, Basmannyy Municipal District, Moscow, Russia; Tax ID No. 9701188727 (Russia); Registration Number 1217700533973 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET TELECOM INFRASTRUCTURE).

LIMITED LIABILITY COMPANY KMT, Ul. Bolshaya Semenovskaya D. 40, Str. 13, Floor 2, Pomeshch. 203, Moscow 107023, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9719010156 (Russia); Registration Number 1207700463145 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KNAUER ENGINEERING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КНАУЭР ИНЖИНИРИНГ), d. 3 k. 2 kv. 669, ul. Bolshaya Filevskaya, Moscow 121087, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7730292430 (Russia); Registration Number 1227700783034 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KNT KAT (a.k.a. "KNT GROUP"), Ul. Kommunisticheskaya D. 116, Kv. 48, Sterlitamak 453100, Russia; Organization Established Date 26 Jul 2018; Tax ID No. 0268084396 (Russia); Registration Number 1180280043580 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KONSTRUCTION COMPANY KONSOL STROI LTD (a.k.a. LIMITED LIABILITY COMPANY CONSTRUCTION COMPANY CONSOL-STROI LTD; a.k.a. LLC CONSOL-STROI LTD; a.k.a. LLC CONSOL-STROI LTD CONSTRUCTION COMPANY; a.k.a. LLC SK CONSOL-STROI LTD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STROITELNAYA KOMPANIYA KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD, OOO; a.k.a. STROITELNAYA KOMPANIYA KONSOL-STROI LTD), House 16, Borodina Street, Simferopol, Crimea 295033, Ukraine; Website consolstroy.ru; alt. Website consol-stroi.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102070229 (Russia); Government Gazette Number 00823523 (Russia); Registration Number 1159102014170 (Russia) [UKRAINE-EO13685].

LIMITED LIABILITY COMPANY KORUS CONSULTING CIS (a.k.a. KORUS CONSULTING CIS LLC; a.k.a. KORUS CONSULTING SNG), Room 1N, 68 letter N Bolshoy Sampsonievskiy Ave, St. Petersburg 194100, Russia; Tax ID No. 7801392271 (Russia); Registration Number 1057812752502 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY KOSMOSAVIA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КОСМОСАВИА) (a.k.a. KOSMOSAVIA OOO), 10 Pskovskaya St., Building 1, Floor 11, Office 297, Moscow 127253, Russia; Tax ID No. 9715264294 (Russia); Registration Number 1167746608974 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KRASNOYARSKAYA ENERGETICHESKAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРАСНОЯРСКАЯ ЭНЕРГЕТИЧЕСКАЯ КОМПАНИЯ) (a.k.a. OOO KEK), str. 100 blok B etazh 2, pom. 4, Odintsovo 143084, Russia; Tax ID No. 5032216280 (Russia); Registration Number 1155032010121 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY KRDV AMURSKAYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРДВ АМУРСКАЯ), d. 38 ofis 315, ul. Amurskaya, Blagoveshchensk 675002, Russia; Tax ID No. 2801236107 (Russia); Registration Number 1172801012218 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION).

LIMITED LIABILITY COMPANY KRDV BURYATIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРДВ БУРЯТИЯ), d. 63 pom. 15, ul. Smolina, Ulan-Ude 670000, Russia; Tax ID No. 0326566560 (Russia); Registration Number 1190327003635 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION).

LIMITED LIABILITY COMPANY KRDV CHUKOTKA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРДВ ЧУКОТКА), ul. Otke 2, Anadyr 689000, Russia; Tax ID No. 8709908580 (Russia); Registration Number 1208700000080 (Russia)

[RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION).

LIMITED LIABILITY COMPANY KRDV KAMCHATKA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРДВ КАМЧАТКА), d. 23 ofis 402, prospekt Karla Marksa, Petropavlovsk-Kamchatski 683031, Russia; Tax ID No. 4101175340 (Russia); Registration Number 1164101053203 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION).

LIMITED LIABILITY COMPANY KRDV MURMANSK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРДВ МУРМАНСК), d. 82 ofis 918, prospekt Lenina, Murmansk 183038, Russia; Tax ID No. 5190084118 (Russia); Registration Number 1205100003118 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION).

LIMITED LIABILITY COMPANY KRDV PRIMORYE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРДВ ПРИМОРЬЕ), d. 17 ofis 608, prospekt Okeanski, Vladivostok 690091, Russia; Tax ID No. 2540253377 (Russia); Registration Number 1192536030928 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION).

LIMITED LIABILITY COMPANY KRDV SAKHALIN AND KURILY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРДВ САХАЛИН И КУРИЛЫ), d. 36 etazh 1, ul. Imeni Antona Buyukly, Yuzhno-Sakhalinsk 693007, Russia; Tax ID No. 6501288292 (Russia); Registration Number 1166501060637 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION).

LIMITED LIABILITY COMPANY KRDV YAKUTIA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРДВ ЯКУТИЯ), ul. Komsomolskaya (Kangalassy Mkr.) 7, Yakutsk 677903, Russia; Tax ID No. 1435282264 (Russia); Registration Number 1141447007240 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION).

LIMITED LIABILITY COMPANY KRDV YUZHNAYA YAKUTIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРДВ ЮЖНАЯ ЯКУТИЯ), ul. Karla Marksa 21, Neryungri 678960, Russia; Tax ID No. 1434049723 (Russia); Registration Number 1171447001065 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION).

LIMITED LIABILITY COMPANY KRDV ZABAYKALYE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРДВ ЗАБАЙКАЛЬЕ), d. 47 pom. 3, ul. Smolenskaya, Chita 672012, Russia; Tax ID No. 7536174812 (Russia); Registration Number 1197536001200 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY FAR EAST AND ARCTIC DEVELOPMENT CORPORATION).

LIMITED LIABILITY COMPANY KROKUS NANOELEKTRONIKA (a.k.a. CROCUS NANOELECTRONICS), 42k5 Volgogradsky Ave, Moscow 109316, Russia; Organization Established Date 27 May 2011; Tax ID No. 7710889933 (Russia); Registration Number 1117746411529 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KRYAZH INVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КРЯЖ ИНВЕСТ), 18 Izumrudnaya Street, Suite 20N/5, Moscow, Russia; Tax ID No. 7716981269 (Russia); Registration Number 1237700286526 (Russia) [RUSSIA-EO14024] (Linked To: LLC HOLDING GPM).

LIMITED LIABILITY COMPANY KSK LTD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КСК ЛТД), proezd 2-I Yuzhnoportovy d. 21, Moscow 115432, Russia; Tax ID No. 7723012890 (Russia); Registration Number 1037739312764 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY YUP 2).

LIMITED LIABILITY COMPANY KVARTA VK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КВАРТА ВК) (a.k.a. KVARTA VK; a.k.a. KVARTA VK OOO; a.k.a. LLC KVARTA VK; a.k.a. QVARTA VK COMPANY LIMITED; a.k.a. "QUARTA"), D. 9 Str. 1 Pomeshch/Etazh 3/0/2 Pomeshch/Kom III; IV/1-8, 8, Naberezhnaya Moskvoretskaya, Moscow 109240, Russia; Website quarta.su; Organization Type: Other information technology and computer service activities; Tax ID No. 7704198800 (Russia); Registration Number 1027700300693 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KVAZAR (a.k.a. KVAZAR OOO), ul. Promyshlennaya d. 19, lit. R, office 304, Saint Petersburg 198095, Russia; Tax ID No. 7805753313 (Russia); Registration Number 1197847145748 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY KVT-RUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КВТ-РУС) (a.k.a. KBT-RUS; a.k.a. KVT-RUS LLC (Cyrillic: КВТ-РУС); a.k.a. KVT-RUS LLC; a.k.a. KVT-RUS OOO (Cyrillic: ООО, КВТ-РУС)), 6,2 Pudovkina St., Moscow 119285, Russia; CAATSA Section 235 Information: EXPORT SANCTIONS Sec. 235(a)(2); alt. CAATSA Section 235 Information: FOREIGN EXCHANGE. Sec 235(a)(7); alt. CAATSA Section 235 Information: BANKING TRANSACTIONS. Sec 235(a)(8); alt. CAATSA Section 235 Information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec 235(a)(9); alt. CAATSA Section 235 Information: BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON. Sec 235(a)(10); Tax ID No. 7729675572 (Russia); Business Registration Number 1117746121899 (Russia) [CAATSA - RUSSIA] [PEESA-EO14039].

LIMITED LIABILITY COMPANY KYIV SQUARE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КИЕВСКАЯ ПЛОЩАДЬ) (a.k.a. OOO KIEVSKAIA PLOSHCHAD), 2 Kievskovo Vokzala Square, Moscow, Russia; Tax ID No. 7730051836 (Russia); Registration Number 1157746121400 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LAB SERVICE (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU LAB SERVIS), 17 Pobedy Ul, korp. 1, kv. 355, Elektrostal 144007, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5031144393 (Russia); Registration Number 1225000010322 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LADA AUTO HOLDING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛАДА АВТО ХОЛДИНГ) (a.k.a. LIMITED LIABILITY COMPANY AUTO HOLDING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АВТО ХОЛДИНГ)), 3

Gorokhovskiy Lane, Building 3, Suite 9, Moscow 105064, Russia; Tax ID No. 9701184553 (Russia); Registration Number 1217700437415 (Russia) [RUSSIA-EO14024] (Linked To: FEDERAL STATE UNITARY ENTERPRISE CENTRAL ORDER OF THE RED BANNER SCIENTIFIC RESEARCH AUTOMOBILE AND AUTOMOTIVE ENGINES INSTITUTE NAMI).

LIMITED LIABILITY COMPANY LAIFINVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛАЙФИНВЕСТ) (a.k.a. LAIFINVEST OOO), Room 416, Floor 24, Section I, Building 10, Testovskaya Street, Moscow 123112, Russia; Tax ID No. 7703427737 (Russia); Registration Number 1177746506046 (Russia) [RUSSIA-EO14024] (Linked To: KHRISTENKO, Viktor Borisovich).

LIMITED LIABILITY COMPANY LAND TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗЕМЕЛЬНЫЕ ТЕХНОЛОГИИ) (a.k.a. OOO ZEMELNYE TEKHNOLOGII), 29 Vereyskaya Street, Building 134, Office V215, Khimki, Moscow Oblast 121357, Russia; Organization Established Date 01 Mar 2006; Organization Type: Real estate activities with own or leased property; Tax ID No. 7703583101 (Russia); Registration Number 1067746329914 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY FORUM).

LIMITED LIABILITY COMPANY LANMAX (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛАНМАКС), 22nd Kilometer Kievsksoe Highway, House 6, Building 1, Moscow 142784, Russia; Tax ID No. 7701870982 (Russia); Registration Number 1107746238324 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LASERFORM (a.k.a. LAZERFORM), Ul. Avtomotornaya D. 1/3, Str. 2, Floor 6, Pomeshch. I Komnata 11, Moscow 125438, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7722748800 (Russia); Registration Number 1117746445849 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LEGAL CONSULTING COMPANY TRO YA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЮРИДИЧЕСКАЯ КОНСАЛТИНГОВАЯ КОМПАНИЯ ТРО Я)

(a.k.a. LLC YUKC TRO YA; a.k.a. LLC YUKK TRO YA; a.k.a. TRO YA LLC; a.k.a. TRO YA OSOO), Lower Lugovaya St 217, Tokmok 724201, Kyrgyzstan; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 01510201210159 (Kyrgyzstan); Government Gazette Number 27645894 (Kyrgyzstan) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LEGION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛЕГИОН), 53 Volgogradskiy Avenue, Floor 1, Suite II, Room 2, Moscow 109125, Russia; Tax ID No. 7722342422 (Russia); Registration Number 1157746933299 (Russia) [RUSSIA-EO14024] (Linked To: STRAMILOV, Igor Mikhailovich).

LIMITED LIABILITY COMPANY LEGION KOMPLEKT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛЕГИОН КОМПЛЕКТ), 13 Ilmenskiy Drive, Building 3, Floor 1, Room 1, Office 1, Moscow 127238, Russia; Tax ID No. 7743232702 (Russia); Registration Number 5177746188219 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LENAKHIM (a.k.a. LENACHIM COMPANY LIMITED), Ul Marshala Govorova D. 29, Saint Petersburg 198095, Russia; Khimichesky Per., D. 1, Litera AN, Pomesh 10-N, Chast Pom 3, Saint Petersburg 198095, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7805182187 (Russia); Registration Number 1027802746179 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LENCABEL (a.k.a. LENKABEL; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU LENCABEL), Ul. Samoilovoi D. 5, Lit. I, Pomeshch. 11N, Office 31-32, Saint Petersburg 192102, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by

Executive Order 14114.; Tax ID No. 7816339601 (Russia); Registration Number 1167847387366 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LEX PRIME (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛЕКС ПРАЙМ), soor. 12, str. 1, pom. 8/4 P, kom. 8.5, naberezhnaya Presnenskaya, Moscow 123112, Russia; Tax ID No. 9703110243 (Russia); Registration Number 1227700603635 (Russia) [RUSSIA-EO14024] (Linked To: TROTSENKO, Gleb Romanovich).

LIMITED LIABILITY COMPANY LIS GRUPP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛИС ГРУПП), 36 Khamovnicheskiy Val Street, Suite 14N, Room 5, Moscow 119048, Russia; Tax ID No. 7704398990 (Russia); Registration Number 1177746270129 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LISTVYANSKIY ENRICHMENT COMPLEX (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОБОГАТИТЕЛЬНЫЙ КОМПЛЕКС ЛИСТВЯНСКИЙ), zd. 50 pom. 1, ul. Sovetskaya, Myski 652840, Russia; Tax ID No. 4214040706 (Russia); Registration Number 1194205019634 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY RAZREZ KOLYVANSKIY).

LIMITED LIABILITY COMPANY LOBAEV ROBOTICS (Cyrillic: БЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛОБАЕВ РОБОТИКС), Building 1, 61 Lenin Street, Tarusa 249100, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4018011000 (Russia); Registration Number 1164027052870 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY LOGISTIC INTERNATIONAL SERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛОГИСТИК ИНТЕРНЕЙШНЛ СЕРВИС) (a.k.a. LOGISTIK INTERNEYSHNL SERVIS OOO), d. 7 str. 1 ofis 411, ul. Radio, Moscow 105005, Russia; Tax ID No. 9701048399 (Russia); Registration Number 1167746806952 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MACHINE BUILDING ASSOCIATION PRESSMASH (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ

СТАНКОСТРОИТЕЛЬНОЕ ОБЪЕДИНЕНИЕ ПРЕССМАШ), Ulitsa Baumanskaya, Dom 7, Stroenie 1, Et 2, Kom 55, Moscow 105005, Russia; Tax ID No. 9701032600 (Russia); Registration Number 1167746175442 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MACHINE BUILDING FACTORY FORT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТАНКОСТРОИТЕЛЬНЫЙ ЗАВОД ФОРТ), ofis 35 d. 3 litera E pom. 46N, proezd 3 l Rybatski, St. Petersburg 192177, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7811790169 (Russia); Registration Number 1237800090593 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MACHINE BUILDING PLANT TONAR (a.k.a. LIMITED LIABILITY COMPANY PRODUCTION AND COMMERCIAL FIRM TONAR; a.k.a. MZ TONAR; a.k.a. OOO MZ TONAR), Ul. 1-Aya Leninskaya D. 76 A, Srednyaya Matrenka 142635, Russia; Organization Established Date 30 Nov 1990; Tax ID No. 5034016022 (Russia); Government Gazette Number 48806669 (Russia); Registration Number 1025007458200 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MAKETIR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МАКЕТИР), 12 Khudyakova Street, Suite 32, Office 201, Chelyabinsk 454080, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7448151686 (Russia); Registration Number 1127448010161 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MALVIN SYSTEMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МАЛВИН СИСТЕМС) (a.k.a. "MALVINE SYSTEMS"), Michurinskiy avenue, house 27, floor 3, Room 22, building 5, Moscow 119706, Russia (Cyrillic: Проспект Мичуринский, Дом 27, Эт 3, Пом 22, Корпус 5, Москва 119706,

Russia); Tax ID No. 7729557963 (Russia); Registration Number 5067746886532 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CITADEL).

LIMITED LIABILITY COMPANY MANAGEMENT COMPANY ABAMET (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ АБАМЕТ) (a.k.a. ABAMET MANAGEMENT LTD; a.k.a. UK ABAMET OOO), vladenie 1 kab. 229, ul. Sportivnaya, Naro-Fominsk 143322, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5003071129 (Russia); Registration Number 1095003002808 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MANAGEMENT COMPANY FORT DIALOG (a.k.a. UPRAVLYAYUSHCHAYA KOMPANIYA FORT DIALOG), Pr-Kt Moskovskii D. 140, Office 215, Naberezhnyye Chelny 423812, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1650164664 (Russia); Registration Number 1071650026139 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MANAGEMENT COMPANY OF RDIF (a.k.a. AKTSIONERNOE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSISKOGO FONDA PRYAMYKH INVESTITSI; a.k.a. AKTSIONERNOYE OBSHCHESTVO UPRAVLYAYUSHCHAYA KOMPANIYA ROSSIYSKOGO FONDA PRYAMYKH INVESTITSIY; a.k.a. JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND (Cyrillic: АКЦИОНЕРНОЕ УПРАВЛЯЮЩАЯ КОМПАНИЯ РОССИЙСКОГО ФОНДА ПРЯМЫХ ИНВЕСТИЦИЙ); f.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RFPI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РФПИ); a.k.a. "AO UK RFPI" (Cyrillic: "АО УК РФПИ"); a.k.a. "JSC MC

RDIF"), Naberezhnaya Presnenskaya, Dom 8 Stroyeniye 1, Etaj 7, Moscow 123112, Russia (Cyrillic: Набережная Пресненская, Дом 8, Строение 1, Этаж 7, Москва 123112, Russia); Website www.rdif.ru; alt. Website www.investinrussia.com; Organization Established Date 11 Apr 2017; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 7703425673 (Russia); Government Gazette Number 15110384 (Russia); Registration Number 1177746367017 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MANAGEMENT COMPANY POLYUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ ПОЛЮС) (a.k.a. MC POLYUS LLC (Cyrillic: ООО УК ПОЛЮС)), d. 3 str. 1 kab. 801, ul. Krasina, Moscow 123056, Russia; Organization Type: Activities of holding companies; Registration ID 1167746068236 (Russia); Tax ID No. 7703405099 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY POLYUS).

LIMITED LIABILITY COMPANY MANAGEMENT COMPANY SIBANTHRACITE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ СИБАНТРАЦИТ), d. 21 str. 12 pom. 196N, ul. Presnenski Val, Moscow 123557, Russia; Tax ID No. 9703160290 (Russia); Registration Number 1237700760428 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MANAGEMENT COMPANY UGC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ ЮГК) (a.k.a. OOO UK YUGK (Cyrillic: ООО УК ЮГК)), D. 20 Ofis 210, Ul. Kooperativnaya, Plast 457035, Russia; Tax ID No. 7451258929 (Russia); Registration Number 1077451028907 (Russia) [RUSSIA-EO14024] (Linked To: STRUKOV, Konstantin Ivanovich).

LIMITED LIABILITY COMPANY MARITIME ASSISTANCE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МАРИТАЙМ АССИСТАНС) (a.k.a. MARITIME ASSISTANCE LLC (Cyrillic: ООО МАРИТАЙМ АССИСТАНС)), Sadovaya-Kudrinskaya street, building 32-1, office XII on 6th fl., cabinet 4d, Moscow 123001, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209;

Tax ID No. 7718075252 (Russia); Government Gazette Number 770301001 (Russia); Registration Number 1157746142960 (Russia) [SYRIA] [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT; Linked To: SYRIAN COMPANY FOR OIL TRANSPORT).

LIMITED LIABILITY COMPANY MARKET FUND ADMINISTRATION (a.k.a. SBERBANK FUND ADMINISTRATION LIMITED LIABILITY COMPANY; a.k.a. "MARKET FA LLC"), 79 V. Lenina St, room 8, Derbent, Dagestan 368602, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7736618039 (Russia); Registration Number 1107746400827 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY MAXTECH (a.k.a. LIMITED LIABILITY COMPANY MAXTEH; a.k.a. MAKSTECH; a.k.a. MAKSTEKH; a.k.a. MAXTECH IT SOLUTIONS; a.k.a. MAXTECH SOLUTIONS; a.k.a. MAXTECHSOLUTIONS; a.k.a. "MAX AI"; a.k.a. "MAXAI"), ul. Ilimskaya d. 5, k.2, office Z 303, Moscow 127576, Russia; ul. Novgorodskaya d. 1, ofis A 212, Moscow 127576, Russia; Organization Established Date 06 Feb 2017; Tax ID No. 9715291467 (Russia); Registration Number 1177746103303 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MAXTEH (a.k.a. LIMITED LIABILITY COMPANY MAXTECH; a.k.a. MAKSTECH; a.k.a. MAKSTEKH; a.k.a. MAXTECH IT SOLUTIONS; a.k.a. MAXTECH SOLUTIONS; a.k.a. MAXTECHSOLUTIONS; a.k.a. "MAX AI"; a.k.a. "MAXAI"), ul. Ilimskaya d. 5, k.2, office Z 303, Moscow 127576, Russia; ul. Novgorodskaya d. 1, ofis A 212, Moscow 127576, Russia; Organization Established Date 06 Feb 2017; Tax ID No. 9715291467 (Russia); Registration Number 1177746103303 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MDIKAM EK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МДИКАМ ЭК), 3 Gostinichnaya Street, Moscow 127106, Russia; Tax ID No. 9715229613 (Russia); Registration

Number 5157746087384 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MEDIA 1 MANAGEMENT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕДИА 1 МЕНЕДЖМЕНТ), 4 ul. Olkhovskaia, korp. 2, et. 4, Moscow 105066, Russia; Tax ID No. 7707653712 (Russia); Registration Number 1087746178453 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY NEW MEDIA HOLDING).

LIMITED LIABILITY COMPANY MERKURIY SERVISEZ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МЕРКУРИЙ СЕРВИСЕЗ) (a.k.a. MERKURI SERVISEZ OOO), 3 1-Ya Rybinskaya Street, Building 1, Floor 4, Complex 1/5, Sokolniki Municipal District, Moscow 107113, Russia; Organization Established Date 19 Aug 2014; Tax ID No. 7718994601 (Russia); Registration Number 1147746941726 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

LIMITED LIABILITY COMPANY METALLMASH, Ul. Dinamovskaya D. 1A, Office 231, Moscow 109044, Russia; Tax ID No. 9705075682 (Russia); Registration Number 1167746860005 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY METALMASTER, Pr-d 4-I Roshchinskii D. 18, Str. 7, Moscow 115191, Russia; Tax ID No. 7725844340 (Russia); Registration Number 5147746191005 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MFI SOFT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МФИ СОФТ), Rodionova street, house 192, building 1, Nizhniy Novgorod, Nizhegorodskaya oblast 603093, Russia (Cyrillic: Ул. Родионова, Дом 192, Строение 1, Нижний Новгород, Нижегородская Область 603093, Russia); Tax ID No. 5260146265 (Russia); Registration Number 1055238018098 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CITADEL).

LIMITED LIABILITY COMPANY MILITARY INDUSTRIAL COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОЕННО ПРОМЫШЛЕННАЯ КОМПАНИЯ) (a.k.a. VOENNO PROMYSHLENNAYA KOMPANIYA; a.k.a. "LLC MIC"; a.k.a. "ООО VPK" (Cyrillic: "ООО ВПК")), 15 Rochdelskaya Street, Building 8, Floor 3, Unit I, Rooms 10-14, Moscow 123376, Russia; Secondary sanctions risk: this person is designated for operating or

having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7703602065 (Russia); Registration Number 1067746915191 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MILLING MACHINES (a.k.a. FREZERNYE STANKI; a.k.a. "ROUTER"), Alleya Berezovaya D. 8, Kv. 10, Zelenograd 124498, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5044115015 (Russia); Registration Number 1195007003212 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MIRP INTELLECTUAL SYSTEMS (a.k.a. MIRP INTELLECTUAL SYSTEMS INC; a.k.a. "MIRP IS LTD"), Dimitrovskoe SH D. 100, Str. 2, Moscow 127591, Russia; Lenina st., 13-11, Dubna 141983, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5010036848 (Russia); Registration Number 1085010000822 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MODERN CONVERSION TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОВРЕМЕННЫЕ КОНВЕРСИОННЫЕ ТЕХНОЛОГИИ) (a.k.a. LLC SKT (Cyrillic: ООО СКТ)), 35 Bolshaya Tatarskaya Street, Building 7-9, Floor 3, Office 2, Room 3, Moscow 115184, Russia; Tax ID No. 7724807761 (Russia); Registration Number 1117746810939 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MODERN MARINE ARCTIC TRANSPORT SPG (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОВРЕМЕННЫЙ МОРСКОЙ АРКТИЧЕСКИЙ ТРАНСПОРТ СПГ) (a.k.a. ООО SMART LNG; a.k.a. ООО SMART SPG), ul. Udaltsova 2, Moscow 119415, Russia; Tax ID No. 9729290230 (Russia); Registration Number 1197746631653 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MORTRANSSERVICE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МОРТРАНССЕРВИС) (a.k.a. MORTRANSSERVIS OOO), ul Viktora Gyugo, Building 1, 3rd Floor, Room 15, Office 302, 303, Kaliningrad 129110, Russia; Tax ID No. 7707847556 (Russia); Identification Number IMO 5933437; Business Registration Number 5147746277036 (Russia) [PEESA-EO14039].

LIMITED LIABILITY COMPANY MOSCOW ARMS COMPANY (a.k.a. MOSKOVSKAYA ORUZHEINAYA KOMPANIYA; a.k.a. "BESPOKE GUN"), Ul. Novoslobodskaya Vld. 1, Stroenie 1, Mytishchi 141009, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5012086643 (Russia); Registration Number 1145012005335 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MOSCOW BUSINESS BROKERAGE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МОСКОВСКИЙ БИЗНЕС БРОКЕРИДЖ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU MOSKOVSKI BIZNES BROKERIDZH; a.k.a. "LLC MBB"), 29 Kalmykova St., Apt. 37, Chelyabinsk 454052, Russia; 26 Malaya Bronnaya St., Building 2, Moscow, Russia; Tax ID No. 7460055442 (Russia); Registration Number 1227400005546 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY MUSHROOM RAINBOW (a.k.a. GRIBNAYA RADUGA OOO), ul. Volodsarkogo, d. 70 ofis 4/1, Kursk, Kursk oblast, Russia; Tax ID No. 4611013515 (Russia); Registration Number 1154611000114 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY MV (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ МВ), ul. Lenina d. 62, Vorkuta 169908, Russia; Tax ID No. 1103002065 (Russia); Registration Number 1101103000272 (Russia) [RUSSIA-EO14024] (Linked To: JSC VORKUTAUGOL).

LIMITED LIABILITY COMPANY MYTISHINSKY INSTRUMENT MAKING PLANT (a.k.a. MYTISHCHI INSTRUMENT ENGINEERING PLANT; a.k.a. MYTISHCHINSKII PRIBOROSTROITELNYI ZAVOD; a.k.a. "MIEP LLC"), 1-I Silikatnyi Per D.12, Mytishchi 141004, Russia; Tax ID No. 5029217125 (Russia); Registration Number 1175029001641 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY N CHIP MSK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ Н ЧИП МСК) (a.k.a. LLC NANOCHIP MSK (Cyrillic: ООО НАНОЧИП МСК)), 3 Musorgskovo St., Floor 3, Room 317, Moscow 127490, Russia; Tax ID No. 7733380370 (Russia); Registration Number 1227700087340 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NAMI INNOVATIVE COMPONENTS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАМИ ИННОВАЦИОННЫЕ КОМПОНЕНТЫ) (a.k.a. LLC NAMI IC (Cyrillic: ООО НАМИ ИК); a.k.a. OOO NAMI INNOVATSIONNYE KOMPONENTY), 1 Roberta Bosha Street, Preobrazhenka village 443532, Russia; Tax ID No. 6330056813 (Russia); Registration Number 1136330001235 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NANOCHIP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАНОЧИП), 142 Bolokolamskoe Highway, Office 468, Moscow 125464, Russia; Tax ID No. 7733308984 (Russia); Registration Number 5167746406207 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NATIONAL CENTRE FOR INFORMATION SECURITY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАЦИОНАЛЬНЫЙ ЦЕНТР ИНФОРМАЦИОННОЙ БЕЗОПАСНОСТИ) (a.k.a. NATSINFOBEZ), Berezhkovskaya nab, 38, bldg. 1, room 32, Moscow 121059, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114, as amended by Executive Order 14114.; Tax ID No. 7730232060 (Russia); Registration Number 1177746261736 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NATSIONALNAYA SURMYANAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАЦИОНАЛЬНАЯ СУРЬМЯНАЯ КОМПАНИЯ) (a.k.a. "OOO NSK"), str. 23 etazh 10/ pom. 17, ul. Posadskaya, Ekaterinburg 620102, Russia; Tax ID No. 6684002660 (Russia); Registration Number 1126684003104 (Russia) [RUSSIA-EO14024] (Linked To: LLC HOLDING GPM).

LIMITED LIABILITY COMPANY NAUCHNO-PROIZVODSTVENNOYE OBYEDINENIYE RADIOVOLNA (a.k.a. LLC RESEARCH AND PRODUCTION ASSOCIATION RADIOVOLNA; a.k.a. NPO RADIOVOLNA), Kozhevennaya Liniya, 1-3 lit. P., Office 1N, Saint Petersburg 199106, Russia; Organization Established Date 03 Aug 2012; Tax ID No. 7838478782 (Russia); Registration Number 1127847413649 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NAVIGATOR (a.k.a. NAVIGATOR GROUP OF COMPANIES), Pr. Mira D. 176, Moscow 129366, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7716688038 (Russia); Registration Number 1117746328590 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NAVIMAKS GROUP (a.k.a. NAVIMAKS GRUPP), Sh. Korovinskoe D. 10, Str. 2, Office 3, Moscow 127486, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7715851725 (Russia); Registration Number 1117746101770 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NDN (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НДН), 9А Obukhovskaya St., Solnechnogorsk, Moscow region 141503, Russia; Tax ID No. 5044118129 (Russia); Registration Number 1205000010600 (Russia) [RUSSIA-EO14024] (Linked To: GRIGORIEV, Grigoriy Igorevich).

LIMITED LIABILITY COMPANY NEIT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НЕЙТ), 29 Bogatyrsk Avenue, Building 1A, Apartment 44, Saint Petersburg 197372, Russia; Tax ID No. 7814824786 (Russia); Registration Number 1237800077140 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NEMCHINOVO INVESTMENTS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ

НЕМЧИНОВО ИНВЕСТМЕНТС) (a.k.a. NEMCHINOVO INVESTMENTS OOO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НЕМЧИНОВО ИНВЕСТМЕНТС)), Moskovskaya obl., ul. Lesnaya, d. 27, Odintsovo d. Nemchinovo, Russia; Tax ID No. 7705267567 (Russia); Business Registration Number 1027739120716 (Russia) [RUSSIA-EO14024] (Linked To: SHUVALOVA, Maria Igorevna).

LIMITED LIABILITY COMPANY NEOVEYTUS (a.k.a. LLC NEOVEITUS; a.k.a. NEOVEITUS), Ul. Malaya Pirogovskaya D.16, Moscow 119435, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7704838264 (Russia); Registration Number 1137746534430 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NERUDNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НЕРУДНАЯ КОМПАНИЯ (a.k.a. "LLC NK"), d. 38 ofis 214, ul. Nikolaya Chumichova, Belgorod 308009, Russia; Tax ID No. 3123445260 (Russia); Registration Number 1183123029440 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NEW CITY (a.k.a. NOVY GOROD OOO), ul. Solnechnaya, d. 3, pom. 97 ofis 17, Zhukovski, Moscow oblast, Russia; Tax ID No. 5040130894 (Russia); Registration Number 1145040006506 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY NEW COMMUNAL TECHNOLOGIES (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NOVYE KOMMUNALNYE TEKHNOLOGII; a.k.a. "LIMITED LIABILITY COMPANY NKT" (Cyrillic: "ООО НКТ")), D. 2 Pom. 11, Kvartal Lenryba Pos., Ust-Luga 188472, Russia; Tax ID No. 7813283206 (Russia); Registration Number 1177847238942 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NEW DECISIONS 1 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЫЕ РЕШЕНИЯ 1), 14 Spartakovskaya Square, Building 3, Suite 9N/2, Office 218, Moscow, Russia; Tax ID No. 9701216903 (Russia); Registration Number 1227700523412 (Russia) [RUSSIA-EO14024] (Linked To:

LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY NEW DECISIONS 2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЫЕ РЕШЕНИЯ 2), 14 Spartakovskaya Square, Building 3, Suite 9N/2, Office 214, Moscow, Russia; Tax ID No. 9701216886 (Russia); Registration Number 1227700523368 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY NEW DECISIONS 3 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЫЕ РЕШЕНИЯ 3), 14 Spartakovskaya Square, Building 3, Suite 9N/2, Office 220, Moscow, Russia; Tax ID No. 9701216879 (Russia); Registration Number 1227700523357 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY NEW DECISIONS 4 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЫЕ РЕШЕНИЯ 4), 14 Spartakovskaya Square, Building 3, Suite 9N/2, Office 219, Basmannyy Municipal District, Moscow, Russia; Tax ID No. 9701216822 (Russia); Registration Number 1227700521510 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY NEW HOLDING 1).

LIMITED LIABILITY COMPANY NEW DECISIONS 5 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЫЕ РЕШЕНИЯ 5), 13 Perevedenovskiy Lane, Building 18, Suite 21N/3, Moscow, Russia; Tax ID No. 9701245936 (Russia); Registration Number 1237700265835 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY NEW MEDIA HOLDING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЫЙ МЕДИА ХОЛДИНГ) (a.k.a. ООО NOVYI MEDIA KHOLDING), 4 ul. Olkhovskaia, korp. 2, et. 4, pom. 464/15, Moscow 105066, Russia; Tax ID No. 9701000319 (Russia); Registration Number 1157746629963 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KISMET CAPITAL GROUP).

LIMITED LIABILITY COMPANY NEW OIL COMPANY EAST (Cyrillic: ОБЩЕСТВО С

ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВАЯ НЕФТЯНАЯ КОМПАНИЯ ВОСТОК) (a.k.a. LLC NNK EAST (Cyrillic: ООО ННК ВОСТОК)), ul. Poltavskaya, dom 8A, pomeshchenie 12, Smolensk, Smolensk Oblast 214025, Russia (Cyrillic: ул. Полтавская, дом 8А, помещение 12, г. Смоленск, Смоленская Область 214025, Russia); Organization Established Date 27 Nov 2020; Tax ID No. 6732204331 (Russia); Registration Number 1206700019041 (Russia) [BELARUS-EO14038].

LIMITED LIABILITY COMPANY NEW TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЫЕ ТЕХНОЛОГИИ) (a.k.a. LIMITED LIABILITY COMPANY AERLYON TECHNOLOGIES), 10 Likhachyova St, Room 2, Office 9K, Moscow 115193, Russia; Tax ID No. 9725117563 (Russia); Registration Number 1237700188274 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NEWTON TECHNICS (a.k.a. LLC NEWTON TECHNIKS), Ferrosplavnaya st., 126A, office 4204, Chelyabinsk 454084, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7453330433 (Russia); Registration Number 1197456035215 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NIKOLIYA (a.k.a. NIKOLIYA OOO), bulvar Tverskoi, d. 15 str. 2, Moscow, Russia; Tax ID No. 7710972620 (Russia); Registration Number 5147746404306 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY NISSA DIGISPACE, Proezd Mukomolnyi D. 4A, Str. 2, Floor/Kom. 2/207, Moscow 123290, Russia; Tax ID No. 7731581138 (Russia); Registration Number 1077763331623 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NON-BANK CREDIT ORGANIZATION RUSSIAN FINANCIAL SOCIETY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НЕБАНКОВСКАЯ КРЕДИТНАЯ ОРГАНИЗАЦИЯ РУССКОЕ ФИНАНСОВОЕ ОБЩЕСТВО) (a.k.a. LLC NCO RUSSIAN FINANCIAL SOCIETY (Cyrillic: НКО РУССКОЕ ФИНАНСОВОЕ ОБЩЕСТВО ООО)), house

9/26, building 1, Shchipok street, Moscow 115054, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 7744002860 (Russia); alt. Tax ID No. 770501001 (Russia); Registration Number 1027744004903 (Russia) [NPWMD].

LIMITED LIABILITY COMPANY NON-BANK CREDIT ORGANIZATION SETTLEMENT SOLUTIONS (a.k.a. JOINT STOCK COMPANY RASCHETNIYE RESHENIYA; a.k.a. JSC RASCHETNIYE RESHENIYA; a.k.a. "JSC SETTLEMENT SOLUTIONS"), Room XLIV, 11th floor, 118/1 Varshavskoye Shosse, Moscow 117587, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7727718421 (Russia); Registration Number 1107746390949 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY NORTH DIAMOND COMPANY (a.k.a. LIMITED LIABILITY COMPANY SEVERNAYA ALMAZNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕВЕРНАЯ АЛМАЗНАЯ КОМПАНИЯ)), d. 1 pom. 31, pl. Metallistov, Vorkuta 169901, Russia; Tax ID No. 3528130677 (Russia); Registration Number 1073528012700 (Russia) [RUSSIA-EO14024] (Linked To: JSC VORKUTAUGOL).

LIMITED LIABILITY COMPANY NORTHERN TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕВЕРНЫЕ ТЕХНОЛОГИИ), d. 63 litera A chast pomeshch. 3-N kom. 60-65 OFIS 221, ul. Zhukovskogo, St. Petersburg 191036, Russia; Tax ID No. 7840064348 (Russia); Registration Number 1177847106458 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NORTHWESTERN BEARING COMPANY (a.k.a. SEVERO ZAPADNAYA PODSHIPNIKOVAYA KOMPANIYA), Polyustrovskii Prt D. 70, Saint Petersburg

195197, Russia; Tax ID No. 7826058631 (Russia); Registration Number 1027810311572 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NOVAPRINT 3D (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВАПРИНТ ЗД), 3 Nobelya Street, Moscow 121205, Russia; 30 Bolshoy Boulevard, Building 1, Floor 2, Suite 430, Moscow 121205, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9731020834 (Russia); Registration Number 5187746028311 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NOVATEK MURMANSK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВАТЭК МУРМАНСК), 4a ul. Spolokhi, Murmansk 183025, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5112000907 (Russia); Registration Number 1155190006454 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NOVELCO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЕЛКО) (a.k.a. LIMITED LIABILITY COMPANY NOVELKO), 2/2 Aeroportovskaya St., Office 210-2, Solnechnogorsk, Moscow Region 141580, Russia; Tax ID No. 7733744331 (Russia); Registration Number 1107746720322 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NOVELCO GLOBAL FORWARDING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЕЛКО ГЛОБАЛ ФОРВАРДИНГ) (a.k.a. "LLC NGF"), 2 Gorbunova St., Building 3, Room 300, Moscow 121596, Russia; Tax ID No. 7733777418 (Russia); Registration Number 1117746710190 (Russia) [RUSSIA-EO14024] (Linked To: GRIGORIEV, Grigoriy Igorevich).

LIMITED LIABILITY COMPANY NOVELKO (a.k.a. LIMITED LIABILITY COMPANY NOVELCO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВЕЛКО)), 2/2 Aeroportovskaya St., Office

210-2, Solnechnogorsk, Moscow Region 141580, Russia; Tax ID No. 7733744331 (Russia); Registration Number 1107746720322 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NOVENKO RUSSLEND (a.k.a. NOVENCO RUSSIA), Sh. Varshavskoe d. 17, et 3 kab 309, Moscow 117105, Russia; Organization Established Date 07 Mar 2018; Tax ID No. 7726424450 (Russia); Registration Number 1187746252803 (Russia) [RUSSIA-EO14024] (Linked To: SCHMUCKI, Anselm Oskar).

LIMITED LIABILITY COMPANY NOVOGORSK REAL ESTATE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВОГОРСК НЕДВИЖИМОСТЬ) (a.k.a. ООО NOVOGORSK NEDVIZHIMOST), 15 Olimpiyskaya Street, Suite 14, Khimki, Moscow Oblast 141435, Russia; Organization Established Date 19 Dec 2011; Organization Type: Real estate activities with own or leased property; Tax ID No. 7729699051 (Russia); Registration Number 5117746034325 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY FORUM).

LIMITED LIABILITY COMPANY NPC ANTEY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НРК АНТЕЙ) (a.k.a. "REDFAB"), 4 Gelsingforsskaya Street, Building 1, Floor 3A, Saint Petersburg 194044, Russia; 39 Khersonskaya Street, Letter A, Suite Part 4-N No. 143, Saint Petersburg 191167, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7814642289 (Russia); Registration Number 1167847114016 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NPF KAVIANT, Ul. Malysheva D. 12B, Office 403, Yekaterinburg 620014, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6686044680 (Russia); Registration Number 1146686005344 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY NR-DEL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ

ОТВЕТСТВЕННОСТЬЮ НР-ДЕЛ) (a.k.a. LLC NR-DEL (Cyrillic: ООО НР-ДЕЛ)), ul. Sh-2 (OEZ Alabuga Ter.), Str. 5/12, Pomeshch. 202, Yelabuga, Republic of Tatarstan 423601, Russia (Cyrillic: УЛ Ш-2 (ТЕР. ОЭЗ АЛАБУГА), СТР. 5/12, ПОМЕЩ. 202, Елабуга, Республика Татарстан 423601, Russia); Organization Established Date 12 Oct 2022; Tax ID No. 1674003095 (Russia); Government Gazette Number 71723222 (Russia); Registration Number 1221600082296 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY OBORONNYE INITSIATIVY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОБОРОННЫЕ ИНИЦИАТИВЫ; Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ АБАРОННЫЯ ІНІЦЫЯТЫВЫ) (a.k.a. OOO OBORONNYE INITSIATIVY (Cyrillic: ООО ОБОРОННЫЕ ИНИЦИАТИВЫ); a.k.a. TAA ABARONNYJA INITSYJATYVY (Cyrillic: ТАА АБАРОННЫЯ ІНІЦЫЯТЫВЫ); a.k.a. "DEFENSE INITIATIVES COMPANY"), Perehodnaya str. 64, building 3, office 5, Minsk 220070, Belarus (Cyrillic: ул. Переходная, д. 64 корпус 3, каб. 5, Минск 220070, Belarus); Registration Number 191288292 (Belarus) [BELARUS-EO14038].

LIMITED LIABILITY COMPANY OCTOBER (a.k.a. LIMITED LIABILITY COMPANY OKTYABR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОКТЯБРЬ)), 9 Luchistaya Street, Odintsovo 143085, Russia; Tax ID No. 5032308975 (Russia); Registration Number 1195081044454 (Russia) [RUSSIA-EO14024] (Linked To: KOMAROV, Andrey Ilyich).

LIMITED LIABILITY COMPANY OFFICE TECHNOLOGY JETCOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОФИСНАЯ ТЕХНИКА ДЖЕТКОМ) (a.k.a. JETCOM 3D), 13 Startovaya Street, Building 1, Moscow 129336, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7716589527 (Russia); Registration Number 1077761762165 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY OFITREYD (a.k.a. OFITRADE; a.k.a. OFITREID), Ul. Sholokhova D. 7, Kv. 145, Moscow 119634, Russia; Secondary sanctions risk: this person is

designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7729779003 (Russia); Registration Number 1147746897396 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY OKTANTA (a.k.a. OKTANTA NDT), Ul. Mayakovskogo D. 22, Kv. 34, Saint Petersburg 191014, Russia; Organization Established Date 05 May 2010; Tax ID No. 7841425639 (Russia); Registration Number 1107847143557 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY OKTYABR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОКТЯБРЬ) (a.k.a. LIMITED LIABILITY COMPANY OCTOBER), 9 Luchistaya Street, Odintsovo 143085, Russia; Tax ID No. 5032308975 (Russia); Registration Number 1195081044454 (Russia) [RUSSIA-EO14024] (Linked To: KOMAROV, Andrey Ilyich).

LIMITED LIABILITY COMPANY OMP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОМП), 3 Stanislavskogo St., Building 31/1, Floor 1, Office 2, Novosibirsk 630079, Russia; Tax ID No. 5403049953 (Russia); Registration Number 1195476035171 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ONSINT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОНСИНТ), Building 2, 5 Georgievskiy Avenue, Zelenograd, Russia; 4 4922nd Drive, Building 2, Floor 2, Suite 1, Room 7, 7a, Zelenograd, Moscow 124460, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7735184967 (Russia); Registration Number 1197746530629 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY OPTIMA INVEST (a.k.a. OPTIMA INVEST OOO), ul. Lyusinovskaya, d. 28/19 str. 6, Moscow, Russia; Tax ID No. 7705993897 (Russia); Registration Number 1127746621804 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY ORBITA CAPITAL PARTNERS (a.k.a. ORBITA KAPITAL

PARTNERZ), Per. Bolshoi Savvinskii D. 8, Str. 1, Pomeshch. 1, Chast/Kom. 6, Moscow 119435, Russia; Tax ID No. 7706453157 (Russia); Registration Number 1187746417979 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ORELMETALLPOYLMER (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОРЕЛМЕТАЛЛПОЛИМЕР), 45 Olkhovskaya St., Building 3, Floor 1, Room 1, Office 10, Moscow 105066, Russia; Tax ID No. 5249143334 (Russia); Registration Number 1155249005856 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY OSNOVA LAB (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОСНОВА ЛАБ), Spartakovskaya square, house 14, building 2, Moscow 105082, Russia (Cyrillic: Площадь Спартаковская, Дом 14, стр 2, Москва 105082, Russia); Tax ID No. 7701100976 (Russia); Registration Number 1157746344755 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CITADEL).

LIMITED LIABILITY COMPANY OSTOZHENKA 19 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОСТОЖЕНКА 19) (a.k.a. LLC OSTOZHENKA 19 (Cyrillic: ООО ОСТОЖЕНКА 19); a.k.a. OSTOZHENKA 19; a.k.a. OSTOZHENKA 19 OOO), etazh/pom 3/14, stroenie 1, dom 19, ulitsa Ostozhenka, Moscow 119034, Russia; Organization Established Date 03 Oct 2013; Tax ID No. 7703798019 (Russia); Registration Number 1137746907781 (Russia) [RUSSIA-EO14024] (Linked To: TOKAREVA, Maiya Nikolaevna).

LIMITED LIABILITY COMPANY OZERNAYA ENERGETICHESKAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОЗЕРНАЯ ЭНЕРГЕТИЧЕСКАЯ КОМПАНИЯ) (a.k.a. "OOO OEK"), str. 100 blok B etazh 3, pom. 4, Odintsovo 143084, Russia; Tax ID No. 5032216322 (Russia); Registration Number 1155032010110 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY PENZA BEARING PLANT (a.k.a. PENZENSKII PODSHIPNIKOVYI ZAVOD), Ul. Antonova D. 3, Kabinet 91, Penza 440629, Russia; Tax ID No. 5834018533 (Russia); Registration Number 1025801102051 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PERM OIL MACHINE COMPANY, Ul. Teknicheskaya D. 5, Perm 614070, Russia; Organization Established

Date 11 Jun 1996; Tax ID No. 5906999380 (Russia); Registration Number 1145958033055 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PFMK, d. 1, ul. Kooperativnaya, Zelenodolsk, Zelenodolski Raion, Tatarstan Resp. 422541, Russia; Ul. Privokzalnaya D. 5, Zelenodolsk 422546, Russia; Organization Established Date 26 Feb 2008; Tax ID No. 1648023497 (Russia); Government Gazette Number 83465274 (Russia); Registration Number 1081673000650 (Russia) [RUSSIA-EO14024] (Linked To: KOGOGIN, Sergei Anatolyevich).

LIMITED LIABILITY COMPANY PHOENIX (a.k.a. FENIKS), Ul. Nizhegorodskaya D. 86, K. B, Pomeshch. 5/1, Moscow 109052, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6829115653 (Russia); Registration Number 1156829008489 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PIK GENPODRYAD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПИК ГЕНПОДРЯД), 35 Nikulinskaya Street, Building 1, Floor 5, Room Part 19, Moscow, Russia; Tax ID No. 9729297250 (Russia); Registration Number 1207700210343 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY PIK KORPORATSIYA).

LIMITED LIABILITY COMPANY PIK KORPORATSIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПИК КОРПОРАЦИЯ), 19 Barrikadnaya Street, Building 1, Moscow 123242, Russia; Tax ID No. 7703255661 (Russia); Registration Number 1027739093843 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY PIK SPECIALIZED HOMEBUILDER).

LIMITED LIABILITY COMPANY PIK PLUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПИК ПЛЮС), 19 Barrikadnaya Street, Building 1, Floor 7, Suite I, Room 7, Moscow, Russia; Tax ID No. 7703067812 (Russia); Registration Number 1157746111995 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PIKASO 3D (a.k.a. PICASO 3D LLC), Pr-D 4922-I D. 4, Str. 3, Floor 3, Pom.I Komna 21, Zelenograd 124460, Russia; Tax ID No. 7735607524

(Russia); Registration Number 1147748027460 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PITERSNAB, Ul. Ordinarnaya D. 20, Lit. A, Pomeshch. 15-N, Rabochee Mesto #2, Saint Petersburg 197136, Russia; St. Repishcheva 14R, Saint Petersburg, Russia; 13 Moskovskoe Highway, Saint Petersburg, Russia; Parnas, 5th Upper Lane, 15, Saint Petersburg, Russia; Tax ID No. 7813660013 (Russia); Registration Number 1227800000614 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PLATAN ENERGO, Ul. Begovaya D. 6A, Kom. 4, Moscow 125284, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Tax ID No. 7734731776 (Russia); Registration Number 1147746983230 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY POINTER, Ul. Kurlyandskaya D. 28, Lit. V, Pomeshch. 54-N, Kom. 106, Saint Petersburg 190020, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Tax ID No. 7841082477 (Russia); Registration Number 1197847073115 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY POLYARNAYA ENERGETICHESKAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПОЛЯРНАЯ ЭНЕРГЕТИЧЕСКАЯ КОМПАНИЯ (a.k.a. "ООО РЕК"), Usovo Village, Building 100, Block B, Floor 2, Suite 5, Odintsovo, Moscow Region 143084, Russia; Tax ID No. 5032216273 (Russia); Registration Number 1155032010100 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY POLYARNAYA GORNO RUDNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПОЛЯРНАЯ ГОРНО РУДНАЯ КОМПАНИЯ) (a.k.a. "ООО PGRK"), Usovo Village, Building 100, Block B, Floor 2, Suite 10, Odintsovo, Moscow Region 143084, Russia; Tax ID No. 7707332797 (Russia); Registration Number 1157746092745 (Russia)

[RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY POLYMER PIPE PLANT (a.k.a. MOSCOW PLANT FDPLAST; a.k.a. ZAVOD POLIMERNYKH TRUB), Ul. Velozavodskaya D. 11/1, Kv. 137, Moscow 115280, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7722370589 (Russia); Registration Number 1167746690638 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY POLYUS SERVICE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПОЛЮС СЕРВИС), d. 3 str. 1 etazh 6 kab. 616, ul. Krasina, Moscow 123056, Russia; Organization Established Date 30 Oct 2020; Registration ID 1207700408376 (Russia); Tax ID No. 9703020720 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY POLYUS).

LIMITED LIABILITY COMPANY POZITIVINFO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПОЗИТИВИНФО), 42 Leytenanta Yanalova Street, Letter B, Floor 5, Suite 7, Kaliningrad, Kaliningrad Region, Russia; Tax ID No. 3904605140 (Russia); Registration Number 1093925003677 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PREPREG-DUBNA (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PREPREG-DUBNA; a.k.a. PREPREG-DUBNA, OOO), Ul. Elektrodnyaya D. 8, Dubna 141981, Russia; D. 8, Ul. Tekhnologicheskaya, Dubna, Moskovskaya Obl. 141981, Russia; Organization Established Date 15 Apr 2011; Tax ID No. 5010043203 (Russia); Government Gazette Number 90160486 (Russia); Registration Number 1115010001138 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PRESSMAN PREMIUM PACKAGING NOVGOROD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРЕССМАН ПРЕМИУМ ПЭКЕДЖИНГ НОВГОРОД), 15 Rabochaya Street, Veliky Novgorod 173008, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-

industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5321070760 (Russia); Registration Number 1025300780361 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PRESSMAN PREMIUM PACKAGING SPB (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРЕССМАН ПРЕМИУМ ПЭКЕДЖИНГ СПБ), 59 Svobody Street, Room 2, Krasnoye Selo, Saint Petersburg 198320, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7842315276 (Russia); Registration Number 1057810360948 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PRESSMAN SOFT PACKAGING NOVGOROD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРЕССМАН СОФТ ПЭКЕДЖИНГ НОВГОРОД), 9 Rabochaya Street, Velikiy Novgorod 173008, Russia; Tax ID No. 5321099632 (Russia); Registration Number 1045300284743 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HS INVESTMENTS).

LIMITED LIABILITY COMPANY PRIUS ELECTRONICS (a.k.a. PRIUS ELEKTRONICS), Ul. Bolshaya Akademicheskaya D. 44, K. 2, Floor Pomeshch. Kom. 9, XIV, 6, 6A, Moscow 127434, Russia; Tax ID No. 7743353866 (Russia); Registration Number 1217700042230 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PRIVATE SECURITY ORGANIZATION GAZPROMNEFT OKHRANA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЧАСТНАЯ ОХРАННАЯ ОРГАНИЗАЦИЯ ГАЗПРОМНЕФТЬ ОХРАНА), d. 1 etazh 2, Pomeshch. 20, prospect Gubkina, Omsk 644065, Russia; Tax ID No. 5501282179 (Russia); Registration Number 1235500004960 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PRIVATE SECURITY ORGANIZATION LEGAT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЧАСТНАЯ ОХРАННАЯ ОРГАНИЗАЦИЯ ЛЕГАТ), 2 Shukinskaya St., Ground Floor, Room 35,

Moscow 123182, Russia; Tax ID No. 7707350926 (Russia); Registration Number 1157746835806 (Russia) [RUSSIA-EO14024] (Linked To: STRAMILOV, Igor Mikhailovich).

LIMITED LIABILITY COMPANY PRIVATE SECURITY ORGANIZATION RSB-GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЧАСТНАЯ ОХРАННАЯ ОРГАНИЩАЦИЯ РСБ-ГРУПП) (a.k.a. LLC PSO RSB-GROUP (Cyrillic: ООО ЧОО РСБ-ГРУПП); a.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU CHASTNAYA OKHRANNAYA ORGANIZATSIYA RSB-GRUPP; a.k.a. ООО CHOO RSB-GRUPP), Ulitsa Krzhizhanovskogo, D. 14, K. 2, Pom I Komn 1;2, Moskva 117218, Russia (Cyrillic: Улица Кржижановского, Д. 14, К. 2, Пом I Комн 1;2, Москва 117218, Russia); Organization Established Date 14 Nov 2008; Tax ID No. 7718731144 (Russia); Registration Number 5087746401573 (Russia) [RUSSIA-EO14024] (Linked To: KRINITSYN, Oleg Anatolyevich).

LIMITED LIABILITY COMPANY PRODUCTION AND COMMERCIAL COMPANY VIVA (a.k.a. PROIZVODSTVENNO KOMMERCHESKAYA KOMPANIYA VIVA), Ul. Bolshava Dorogomilovskaya D. 6, Str. 1, Pom. 1 Komnaty 1-7; 7A, Moscow 121059, Russia; Tax ID No. 7730611735 (Russia); Registration Number 1097746363043 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PRODUCTION AND COMMERCIAL FIRM TONAR (a.k.a. LIMITED LIABILITY COMPANY MACHINE BUILDING PLANT TONAR; a.k.a. MZ TONAR; a.k.a. OOO MZ TONAR), Ul. 1-Aya Leninskaya D. 76 A, Srednyaya Matrenka 142635, Russia; Organization Established Date 30 Nov 1990; Tax ID No. 5034016022 (Russia); Government Gazette Number 48806669 (Russia); Registration Number 1025007458200 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PRODUCTION ASSOCIATION INSISTENCE (a.k.a. PROIZVODSTVENNOE OBYEDINENIE INSISTENS), Ul. Krasnolesya D. 139, Kv. 43, Yekaterinburg 620105, Russia; Blagodatnaya st., 76K, Yekaterinburg 620087, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No.

6658486704 (Russia); Registration Number 1169658055335 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROFFLAB (Cyrillic: ПРОФФЛАБ ЖООПКЕРЧИЛИГИ ЧЕКТЕЛГЕН КООМУ; Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОФФЛАБ) (a.k.a. LLC PROFFLAB (Cyrillic: ЖЧК ПРОФФЛАБ); a.k.a. OSOO PROFFLAB; a.k.a. PROFFLAB LIMITED LIABILITY COMPANY), 2, 179 Toktogula, Bishkek, Kyrgyzstan; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 01703202210047 (Kyrgyzstan); Registration Number 204218-3300-OOO (Kyrgyzstan) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROIZVODSTVENNO TORGOVAYA KOMPANIYA APRIORI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОИЗВОДСТВЕННО ТОРГОВАЯ КОМПАНИЯ АПРИОРИ) (a.k.a. LLC PTK APRIORI (Cyrillic: ООО ПТК АПРИОРИ)), d. 20 str. 1G pom. II, ul. Kulakova, Moscow, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7734729801 (Russia); Registration Number 1147746865001 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROIZVODSTVENNYE RESHENIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОИЗВОДСТВЕННЫЕ РЕШЕНИЯ), Ofis 210 str. 1, Ul. 28 Km Kad, Leningradskaya Oblast 188660, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7802632896 (Russia); Registration Number 1177847305679 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROIZVOSTVENNAYA KOMMERCHESKAYA FIRMA GAZNEFTEMASH (a.k.a.

GAZNEFTEMASH LLC; a.k.a. PKF GAZNEFTEMASH), Km Kievskoe Shosse 22-1, Domovladenie 4, Str. 5, Moscow 108811, Russia; Organization Established Date 02 Jun 2008; Tax ID No. 7727653358 (Russia); Registration Number 1087746698137 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROJECT CONSULTING BUREAU ECHELON (Cyrillic: ПРОЕКТНО-КОНСАЛТИНГОВОЕ БЮРО ЭШЕЛОН) (a.k.a. LLC PKB ECHELON; a.k.a. PROEKTNO-KONSALTINGOVOE BYURO ESHELON), Ul. Elektrozavodskaya d. 24, Moscow 107023, Russia; Organization Established Date 24 Jul 2014; Tax ID No. 7718990935 (Russia); Registration Number 1147746837677 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROMBIZNES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОМБИЗНЕС), str. 100 blok B etazh 2, pom. 10, Odintsovo 143084, Russia; Tax ID No. 5032208184 (Russia); Registration Number 1155032006832 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY PROMELEKTRO ENGINEERING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОМЭЛЕКТРО ИНЖИНИРИНГ) (a.k.a. PROMELECTRO ENGINEERING OOO; a.k.a. PROMELEKTRO INZHINIRING), 9 Bolshoy Spasoglinishchevskiy Lane, Building 1, Floor 3, Room 32, Moscow 101000, Russia; Registration Number 1167746607511 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROMISING INVESTMENTS (a.k.a. "PERSPECTIVE INVESTMENTS LIMITED LIABILITY COMPANY"; a.k.a. "PROMISING INVESTMENTS LLC"), 46 Molodezhnaya St., Office 335, Odintsovo, Moscow Region 143007, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 5032218680 (Russia); Registration Number 1105032001458 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY PROMRESHENIE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОМРЕШЕНИЕ), Usovo Village, Building 100, Block B, Floor 3, Suite 5, Odintsovo, Moscow Region 143084, Russia; Tax ID No. 5032216298 (Russia); Registration Number 1155032010132 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY PROMTEHPOSTAVKA (a.k.a. LIMITED LIABILITY COMPANY PROMTEKHPOSTAVKA), Ter. Grinvud Str. 9, Pomeshch. 123, Putilkovo 143440, Russia; Tax ID No. 5024190818 (Russia); Registration Number 1185053042350 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROMTEHKEKSPERT (a.k.a. "PTE OOO"), ul. Novgorodskaya d. 1, floor 2 pom. A 212, Moscow 127576, Russia; Organization Established Date 17 Dec 2003; Tax ID No. 7743515789 (Russia); Registration Number 1037789060165 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROMTEKHNOLOGIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОМТЕХНОЛОГИЯ) (a.k.a. LLC PROMTEKHNOLOGIYA (Cyrillic: ООО ПРОМТЕХНОЛОГИЯ); a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU PROMTEKHNOLOGIYA; a.k.a. OOO PROMTEKHNOLOGIYA; a.k.a. PROMTECHNOLOGIA LLC; a.k.a. "ORSIS"; a.k.a. "PROMTECHNOLOGIES"; a.k.a. "PROMTEHNOLOGYA"), 14 Podyomnaya St., Housing 8, Moscow 109052, Russia; 19 Smirnovskaya St., Moscow, Russia; Ul. Krzhizhanovskogo, D. 29, K. 2, Antresol 1, Pomeschenie IV, Komnata 1, Moscow 117218, Russia; Tax ID No. 7708696860 (Russia); Government Gazette Number 772701001 (Russia); Registration Number 1097746084908 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROMTEKHPOSTAVKA (a.k.a. LIMITED LIABILITY COMPANY PROMTEHPOSTAVKA), Ter. Grinvud Str. 9, Pomeshch. 123, Putilkovo 143440, Russia; Tax ID No. 5024190818 (Russia); Registration Number 1185053042350 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PROSPEKT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОСПЕКТ), 42 Leytenanta Yanalova Street, Letter B, Floor 5, Suite 502/2, Kaliningrad, Kaliningrad Region, Russia; Tax ID No. 3906386743 (Russia); Registration Number 1193926017185 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY POZITIVINFO).

LIMITED LIABILITY COMPANY PROTEY SPETSTEKHNIKA (a.k.a. PROTEI ST LTD), Pr-kt Bolshoi Sampsonievskii D. 60, BTS Telekom, Saint Petersburg 194044, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7802471913 (Russia); Registration Number 1097847159321 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PSB-FOREKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПСБ-ФОРЕКС) (a.k.a. FUND FOR NON-BANKING TECHNOLOGIES LIMITED LIABILITY COMPANY; a.k.a. PSB-FOREKS LLC; a.k.a. PSB-FOREKS OOO; a.k.a. "FNBT LLC" (Cyrillic: "ООО ФНБТ")), D. 7, Str. 8, Pom. III Kom. N1 Etazh 2, Naberezhnaya Derbenevskaya, Moscow 115114, Russia; Organization Established Date 11 Jul 2016; Tax ID No. 7725323192 (Russia); Registration Number 1167746652193 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

LIMITED LIABILITY COMPANY PUMORI NORTHWEST (a.k.a. PUMORI NORTH WEST LLC), Ul. Sedova D. 11, Korp. 2 Lit. A, Saint Petersburg 192019, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7811354892 (Russia); Registration Number 5067847381290 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PUMPING COMPANY KRON (a.k.a. NASOSNAYA KOMPANIYA KRON), Ul. Mosina D. 6, OF. 101, Tula 300041, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by

Executive Order 14114.; Tax ID No. 7103031370 (Russia); Registration Number 1037100122894 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY PUTORANSKAYA GORNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПУТОРАНСКАЯ ГОРНАЯ КОМПАНИЯ) (a.k.a. "OOO PGK"), str. 100 blok B etazh 2, pom. 5, Odintsovo 143084, Russia; Tax ID No. 5032216227 (Russia); Registration Number 1155032010088 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY PYASINSKAYA GORNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПЯСИНСКАЯ ГОРНАЯ КОМПАНИЯ) (a.k.a. OOO PYASGK), str. 100 blok B etazh 3, pom. 4, Odintsovo 143084, Russia; Tax ID No. 5032216266 (Russia); Registration Number 1155032010099 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY QUANTUM OPTICS (a.k.a. OOO QUANTUM OPTICS; a.k.a. QUANTUM OPTICS LTD), Ul. Serdobolskaya D. 64, Lit. K, Pomeshch. 11-N, Kom. 10, Saint Petersburg 197342, Russia; Beloostrovskaya 22, Office 415, Saint Petersburg 197342, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7801562614 (Russia); Registration Number 1117847563921 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RADIO REKLAMA NN (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАДИО РЕКЛАМА НН), 32 Belinskogo Street, Office 301, Nizhniy Novgorod, Russia; Tax ID No. 5260450762 (Russia); Registration Number 1175275087030 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY INFRASTRACTURE HOLDING 1).

LIMITED LIABILITY COMPANY RADIO REKLAMA VOLOGDA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РРВ) (a.k.a. LIMITED LIABILITY COMPANY RRV; a.k.a. "OOO RADIO REKLAMA VOLOGDA"), 7 Lesnaya Street, Tverskoy Municipal District, Moscow, Russia; Tax ID No. 3525419372 (Russia); Registration Number 1183525002968 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY INFRASTRACTURE HOLDING 2).

LIMITED LIABILITY COMPANY RADIOCOMP (a.k.a. LLC RADIOKOMP; a.k.a. OBSHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU RADIOKOMP), UI Aviamotornaya d. 8A, Moscow 111024, Russia; Tax ID No. 7722251800 (Russia); Registration Number 1027739746616 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RADIOIZMERENIYA, ul. Soldatskaya, d. 8, pomeshch. 205-2, Kazan 420066, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1658229360 (Russia); Registration Number 1201600086852 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RADIOPRIBORSNAB (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАДИОПРИБОРСНАБ), 31 Trudovaya St., Building 1, Office 111, Mytishchi, Moscow Region 141014, Russia; Tax ID No. 5029221917 (Russia); Registration Number 1175029015457 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RASSVET (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАССВЕТ), d. 5 k. 3 kv. 233, ul. Kakhovka, Moscow 117303, Russia; Tax ID No. 7727461014 (Russia); Registration Number 1217700097702 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY AHD SOUTH PORT).

LIMITED LIABILITY COMPANY RAZREZ KUZNETSKIY YUZHNYY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАЗРЕЗ КУЗНЕЦКИЙ ЮЖНЫЙ), d. 50 pom. 6, ul. Sovetskaya, Myski 652840, Russia; Tax ID No. 4205375400 (Russia); Registration Number 1184205023640 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RAZREZ LEMBEROVSKIY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАЗРЕЗ ЛЕМБЕРОВСКИЙ), d. 4A etazh 1 pom. I, kom. 1, Ofis 2A, ul. Kutuzovskaya, Odintsovo 143001, Russia; Tax ID No. 5032224041 (Russia); Registration Number 1155032013377 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY RAZREZ MALINOVSKIY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАЗРЕЗ МАЛИНОВСКИЙ), d. 9 k. 1 ofis 232, ul. Pirogova, Novokuznetsk 654005, Russia; Tax ID No. 4217195000 (Russia); Registration Number 1194205014057 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RAZREZ POLYARNIY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАЗРЕЗ ПОЛЯРНЫЙ), str. 100 blok B etazh 1, pom. 6, Odintsovo 143084, Russia; Tax ID No. 5032231539 (Russia); Registration Number 1165032052162 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CARBON).

LIMITED LIABILITY COMPANY RAZREZ VERKHNETESHSKIY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАЗРЕЗ ВЕРХНЕТЕШСКИЙ), d. 50 pom. 2, ul. Sovetskaya, Myski 652840, Russia; Tax ID No. 4214040054 (Russia); Registration Number 1184205015972 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY RAZREZ KOLYVANSKIY).

LIMITED LIABILITY COMPANY RAZREZ VOSTOCHNYY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РАЗРЕЗ ВОСТОЧНЫЙ), d. 16 pom. kab. 1/1, prospekt Mira Rabochi pos., Linevo 633216, Russia; Tax ID No. 5443005705 (Russia); Registration Number 1155476078042 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RB-ESTEIT (a.k.a. RB-ESTEIT OOO), ul. Akademika Zhukova d. 25A, et/pom/of 4/17/404, Dzerzhinskiy 140090, Russia; Organization Established Date 28 Dec 2018; Organization Type: Real estate activities with own or leased property; Tax ID No. 5027271906 (Russia); Registration Number 1185027032794 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY BONUM INVESTMENTS).

LIMITED LIABILITY COMPANY RCC TRADING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РМК ТРЕЙДИНГ) (f.k.a. LLC RCC HOLDING COMPANY), 57 Gorkogo Street, Ekaterinburg, Sverdlovsk Region 620075, Russia; Tax ID No. 6671210688 (Russia); Registration Number 1226000015135 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RECHNIKOV INVEST (Cyrillic: ОБЩЕСТВО С

ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РЕЧНИКОВ ИНВЕСТ), d. 12 k. 1 pom. 17/1, ul. Kolomenskaya, Moscow 115142, Russia; Tax ID No. 7725682120 (Russia); Registration Number 1097746752421 (Russia) [RUSSIA-EO14024] (Linked To: LLC AEON DEVELOPMENT).

LIMITED LIABILITY COMPANY REDMETKONTSENTRAT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РЕДМЕТКОНЦЕНТРАТ), d. 151 etazh 3 pom. 322, ul. Lyublinskaya, Moscow 109341, Russia; Registration ID 1097746433597 (Russia); Tax ID No. 7723723420 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY REDUT SECURITY (a.k.a. LIMITED LIABILITY COMPANY REDUT-BEZOPASNOST; a.k.a. PMC REDUT; a.k.a. PRIVATE MILITARY COMPANY REDOUBT; a.k.a. PRIVATE MILITARY COMPANY REDUT), Belarus; Ukraine; Ul. Dubininskaya D. 61, Pom. IV, Komnata 35, Moscow 115054, Russia; Organization Established Date 13 Dec 2019; Organization Type: Private security activities; Tax ID No. 9725026517 (Russia); Registration Number 1197746727530 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY REDUT-BEZOPASNOST (a.k.a. LIMITED LIABILITY COMPANY REDUT SECURITY; a.k.a. PMC REDUT; a.k.a. PRIVATE MILITARY COMPANY REDOUBT; a.k.a. PRIVATE MILITARY COMPANY REDUT), Belarus; Ul. Dubininskaya D. 61, Pom. IV, Komnata 35, Moscow 115054, Russia; Organization Established Date 13 Dec 2019; Organization Type: Private security activities; Tax ID No. 9725026517 (Russia); Registration Number 1197746727530 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY REIL TREIN SERVICE (a.k.a. "RAIL TRAIN SERVICE"; a.k.a. "RAILTRAINSERVICE"), Ul. Kakhovka D. 10, K. 3, Moscow 117461, Russia; Tax ID No. 7727769031 (Russia); Registration Number 5117746041100 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RESEARCH AND PRODUCTION COMPANY MAKROOPTIKA (a.k.a. MACROOPTICA LTD; a.k.a. NPK MAKROOPTIKA LLC), Proezd Yablochkova D. 5, Str. 47, Floor/Kom 2/2.5, Ryazan 390023, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian

Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7727768951 (Russia); Registration Number 5117746039439 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RESEARCH AND PRODUCTION COMPANY OPTOLINK (a.k.a. LLC RPC OPTOLINK; a.k.a. NPK OPTOLINK LLC; a.k.a. OOO NPK OPTOLINK; a.k.a. OPTOLINK RPC LLC; a.k.a. SCIENTIFIC PRODUCTION COMPANY OPTOLINK; a.k.a. SPC OPTOLINK), 6A Sosnovaya Alley, Building 5, Zelenograd, Moscow 124489, Russia; Pr-d 4806 d. 5, g. Zelenograd, Moscow 124498, Russia; Saratov, Russia; Arzamas, Russia; Organization Established Date 18 Jul 2001; Tax ID No. 7735105059 (Russia); Registration Number 1027700040719 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RESURS (a.k.a. "LLC RESOURCE"), Ul. Aerodromnaya D. 6, Lit. B, Pomeshch. 7.2, Saint Petersburg 197348, Russia; PR-KT Lenina D. 1, Lit. A, Izhorskie Zavody Vkhod s Pr. Lenina D. 1, Cherez Glavnuyu Prokhodnuyu, Kolpino 196651, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7813543768 (Russia); Registration Number 1127847473533 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RI2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РИ2), d. 12 k. 1 pom. 17/1, ul. Kolomenskaya, Moscow 115142, Russia; Tax ID No. 7725363004 (Russia); Registration Number 1177746279215 (Russia) [RUSSIA-EO14024] (Linked To: LLC AEON DEVELOPMENT).

LIMITED LIABILITY COMPANY RIMERA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РИМЕРА), 2 Ordzhonikidze Street, Suite 93, Izhevsk 426063, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No.

1800001767 (Russia); Registration Number 1231800012069 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RIMERA ALNAS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РИМЕРА АЛНАС), 2 Surgutskaya Street, Almetyevsk 423458, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1644091030 (Russia); Registration Number 1171690117290 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RIMERA SERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РИМЕРА СЕРВИС), 40 Bolshoy Boulevard, Floor 5, Room 37, Moscow 121205, Russia; Tax ID No. 7705907626 (Russia); Registration Number 1107746018060 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY RIMERA).

LIMITED LIABILITY COMPANY RIVER PARK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РИВЕР ПАРК), d. 12 k. 1 pom. 17/1, ul. Kolomenskaya, Moscow 115142, Russia; Tax ID No. 7725834292 (Russia); Registration Number 1147746766155 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY RECHNIKOV INVEST).

LIMITED LIABILITY COMPANY RN BASHNIPINEFT (Cyrillic: ООО РН БАШНИПИНЕФТЬ) (a.k.a. RN BASHNIPINEFT LLC), Ulitsa Lenina, 86, 1, Ufa, Bashkortostan Republic 450006, Russia; Organization Established Date 02 Oct 2006; Organization Type: Research and experimental development on natural sciences and engineering; Tax ID No. 0278127289 (Russia); Registration Number 1060278107780 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RN KAT, Ul. Tekhnicheskaya D. 32, Korpus 159, Pom. 2, Sterlitamak 453110, Russia; Organization Established Date 06 Aug 2018; Tax ID No. 0268084491 (Russia); Registration Number 1180280045725 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ROSKAPSTROY CLEAN WATER (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РОСКАПСТРОЙ ЧИСТЫЕ ВОДЫ) (a.k.a. LLC RKS CHV (Cyrillic: ООО РКС ЧВ); a.k.a. RKS CLEAR VODY LLC), 2 Turgenevskaya Square,

Office 2P, Moscow 101000, Russia; Tax ID No. 7713489203 (Russia); Registration Number 1227700271700 (Russia) [RUSSIA-EO14024] (Linked To: FEDERAL AUTONOMOUS INSTITUTION ROSKAPSTROY).

LIMITED LIABILITY COMPANY ROSKAPSTROY INFRASTRUCTURAL PROJECTS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РОСКАПСТРОЙ ИНФРАСТРУКТУРНЫЕ ПРОЕКТЫ) (a.k.a. LLC RKS INFRASTRUCTURE (Cyrillic: ООО РКС ИНФРАСТРУКТУРА)), 2 Igarsky Drive, Office II, Room 2, Moscow 129329, Russia; Tax ID No. 9715421726 (Russia); Registration Number 1227700366321 (Russia) [RUSSIA-EO14024] (Linked To: FEDERAL AUTONOMOUS INSTITUTION ROSKAPSTROY).

LIMITED LIABILITY COMPANY ROSKAPSTROY NOVOROSSIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РОСКАПСТРОЙ НОВОРОССИЯ) (a.k.a. "RKS NR LLC"), 1 Altufevskoye Highway, Moscow 127106, Russia; 45 Milchakova St., Office 4A, Rostov-on-Don, Russia; per. Nakhimova, d. 6, Mariupol, Donetsk Region 87500, Ukraine; Tax ID No. 6168116983 (Russia); Registration Number 1226100012115 (Russia) [RUSSIA-EO14024] (Linked To: FEDERAL AUTONOMOUS INSTITUTION ROSKAPSTROY).

LIMITED LIABILITY COMPANY ROSTSHIPSERVICE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РОСТШИПСЕРВИС) (a.k.a. LIMITED LIABILITY COMPANY ROSTSHIPSERVIS; a.k.a. OOO ROSTSHIPSERVIS), Ulitsa Kayani, 18, 302, Rostov-on-Don, Rostov Oblast 344019, Russia; Organization Established Date 13 May 2005; Tax ID No. 6165122403 (Russia); Registration Number 1056165052492 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ROSTSHIPSERVIS (a.k.a. LIMITED LIABILITY COMPANY ROSTSHIPSERVICE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РОСТШИПСЕРВИС); a.k.a. OOO ROSTSHIPSERVIS), Ulitsa Kayani, 18, 302, Rostov-on-Don, Rostov Oblast 344019, Russia; Organization Established Date 13 May 2005; Tax ID No. 6165122403 (Russia); Registration Number 1056165052492 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RRV (a.k.a. LIMITED LIABILITY COMPANY RADIO REKLAMA VOLOGDA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РРВ); a.k.a. "OOO RADIO REKLAMA VOLOGDA"), 7 Lesnaya Street, Tverskoy Municipal District, Moscow, Russia; Tax ID No. 3525419372 (Russia); Registration Number 1183525002968 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY INFRASTRUCTURE HOLDING 2).

LIMITED LIABILITY COMPANY RSB-GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РСБ-ГРУПП) (a.k.a. LLC RSB-GROUP (Cyrillic: ООО РСБ-ГРУПП); a.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU RSB-GRUPP; a.k.a. "RUSSIAN SECURITY SYSTEMS"), Ulitsa Dnepropetrovskaya, Dom 3, Korpus 5, Et 1, Pom III, K 8 0 6-6, Moskva 117525, Russia (Cyrillic: Улица Днепропетровская, Дом 3, Корпус 5, Эт 1, Пом III, К 8 0 6-6, Москва 117525, Russia); Organization Established Date 24 Nov 2005; Tax ID No. 7726531639 (Russia); Registration Number 1057749205942 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RSK LABS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РСК ПАБС) (a.k.a. RSK LABS OOO), 4 Lugovaya Street, Building 5, Office 19, Skolkovo Innovation Center Territory, Moscow, Moscow Region 143026, Russia; Tax ID No. 7731315070 (Russia); Registration Number 1167746423316 (Russia) [RUSSIA-EO14024] (Linked To: SHMELEV, Alexey Borisovich).

LIMITED LIABILITY COMPANY RTK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РТК), 1 Visokovoltniy Drive, Building 49, Floor 2, Room 1, Office 28, Moscow 127566, Russia; Tax ID No. 9715415169 (Russia); Registration Number 1227700125510 (Russia) [RUSSIA-EO14024] (Linked To: ZAKHAROV, Nikita Aleksandrovich).

LIMITED LIABILITY COMPANY RUDNIY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУДНЫЙ) (a.k.a. OOO RUDNIY (Cyrillic: ООО РУДНЫЙ); a.k.a. "RUDNY LLC"), Narodnoy Voli St., Building 24, Office 5, Ekaterinburg, Sverdlovsk Region 620063, Russia; Organization Established Date 30 May 2019; Tax ID No. 6671096252 (Russia); Registration Number 1196658038774 (Russia)

[RUSSIA-EO14024] (Linked To: SUROVIKINA, Anna Borisovna).

LIMITED LIABILITY COMPANY RUSSIAN DIGITAL SOLUTIONS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУССКИЕ ЦИФРОВЫЕ РЕШЕНИЯ) (a.k.a. LLC RUS.DIGITAL; a.k.a. LLC RUS.TSIFRA (Cyrillic: ООО РУС.ЦИФРА); a.k.a. RUSSKIE TSIFROVYE RESHENIYA), ul. Vyatskaya, d. 70, pomeshch./floor 1/4, kom. #5, Moscow 127015, Russia; Organization Established Date 11 Feb 2021; Tax ID No. 7714468703 (Russia); Registration Number 1217700056991 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Kirill Konstantinovich).

LIMITED LIABILITY COMPANY RUSSUL (a.k.a. RUSSUL OOO), vn.ter.g. munitsipalny okrug Yakimanka, per 2-i Babegorodski, d.29, pomeshch. 11, Moscow, Russia; Tax ID No. 9706016513 (Russia); Registration Number 1217700270831 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY RUSTMASH, Ul. Lenina D. 1, Korp. 120, Taldom 141960, Russia; Organization Established Date 22 Jul 2010; Tax ID No. 5078019486 (Russia); Registration Number 1105010001909 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY RUTARGET (a.k.a. RUTARGET LIMITED; a.k.a. RUTARGET LLC), Room 1-N, 29 Letter A, Line 18, of Vasilyevsky Island, St. Petersburg 199178, Russia; Tax ID No. 7801579142 (Russia); Registration Number 1127847377118 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY RVC MANAGEMENT COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ КОМПАНИЯ РВК) (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU UPRAVLYAYUSHCHAYA KOMPANIYA RVK; a.k.a. RUSSIAN VENTURE COMPANY (Cyrillic: РОССИЙСКАЯ ВЕНЧУРНАЯ КОМПАНИЯ); a.k.a. RVC MANAGEMENT COMPANY LLC; a.k.a. "LLC MC RVC"; a.k.a. "LLC UK RVK"; a.k.a. "OOO UK RVK" (Cyrillic: "ООО УК РВК")), D. 8, Str. 1, Etaj 12, Nab. Presnenskaya, Moscow 123112, Russia (Cyrillic: Дом 8, Строение 1 Этаж 12, Набережная Пресненская, Москва 123112, Russia); Website https://rvc.ru; Organization

Established Date 30 Dec 2020; Organization Type: Trusts, funds and similar financial entities; Target Type Financial Institution; alt. Target Type State-Owned Enterprise; Tax ID No. 9703024347 (Russia); Government Gazette Number 33185693 (Russia); Registration Number 1207700502547 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY MANAGEMENT COMPANY OF THE RUSSIAN DIRECT INVESTMENT FUND).

LIMITED LIABILITY COMPANY RYBINSKAYA VERF, ul. Sudostroitelnaya, d. ZD. 1A, Rybinski raion, Sudoverf, Yaroslavskaya obl. 152978, Russia; Organization Established Date 18 Aug 2008; Tax ID No. 7610128727 (Russia); Registration Number 1187627030766 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SAFEDATA (a.k.a. TSENTR KHRANENIYA DANNYKH; a.k.a. "LIMITED LIABILITY COMPANY DATA STORAGE CENTER"), Nikitskii Per.D.7 Str.1, Moscow 125009, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7703616170 (Russia); Registration Number 1067759957275 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SAINT-PETERSBURG INTERNATIONAL BANKING CONFERENCE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ САНКТ-ПЕТЕРБУРГСКАЯ МЕЖДУНАРОДНАЯ БАНКОВСКАЯ КОНФЕРЕНЦИЯ (a.k.a. PSB AVTOFAKTORING; a.k.a. SAINT-PETERSBURG INTERNATIONAL BANKING CONFERENCE LLC), Ul. Smirnovskaya D. 10, Str. 8, Komnata 7, Moscow 109052, Russia; d. 42, Moskovskoe Shosse, Sergiev Posad, Moscow Oblast 141300, Russia (Cyrillic: д. 42, Московское Шоссе, Сергиев Посад, Московская Область 141300, Russia); Organization Established Date 30 Dec 2010; Tax ID No. 5042116461 (Russia); Registration Number 1105042007806 (Russia) [RUSSIA-EO14024] (Linked To: PROMSVYAZBANK PUBLIC JOINT STOCK COMPANY).

LIMITED LIABILITY COMPANY SANATORIY IM. M.V.FRUNZE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ САНАТОРИЙ ИМ. М.В.ФРУНЗЕ) (a.k.a. SANATORI IM. M.V.FRUNZE OOO), 87 Kurortnyy Avenue, Sochi, Krasnodar Region, Russia; Organization Established Date 03 Dec 2014; Tax ID No. 2319057693 (Russia); Registration Number 1142367014723 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

LIMITED LIABILITY COMPANY SANSARA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ САНСАРА), Suite 103, Building 1, 31 Lugovaya Street, Dubna 141981, Russia; Tax ID No. 5010055304 (Russia); Registration Number 1185007010660 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SASOVSKI LITEINY ZAVOD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ САСОВСКИЙ ЛИТЕЙНЫЙ ЗАВОД) (a.k.a. LLC SASOVSKII LITEINYI ZAVOD; a.k.a. "LLC SLZ" (Cyrillic: "ООО СЛЗ")), Ul. Pushkina 21, Sasovo 391430, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Tax ID No. 6232004750 (Russia); Registration Number 1026201399729 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SBERBANK CAPITAL (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SBERBANK KAPITAL; a.k.a. SBERBANK CAPITAL LIMITED LIABILITY COMPANY; a.k.a. SBERBANK CAPITAL LLC; a.k.a. SBERBANK KAPITAL OOO), d.19 ul. Vavilova, Moscow 117997, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1087746887678 (Russia); Tax ID No. 7736581290 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-

EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY SBERBANK CIB HOLDING (a.k.a. SB KIB KHOLDING; a.k.a. SBERBANK CIB HOLDING LLC), 19 Vavilova St., Moscow 117312, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7709297379 (Russia); Registration Number 1027700057428 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY SBERBANK FACTORING (a.k.a. KORUS DISTRIBUTION LIMITED; a.k.a. SBERBANK FACTORING LLC; a.k.a. SBERBANK FAKTORING), Room I, 31a/bld. 1 Leningradsky Ave, Moscow 125284, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7802754982 (Russia); Registration Number 1117847260794 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY SBERBANK FINANCIAL COMPANY (a.k.a. LLC SBERBANK FINANCIAL COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FINANSOVAYA KOMPANIYA SBERBANKA; a.k.a. SBERBANK FINANCE COMPANY LIMITED LIABILITY COMPANY; a.k.a. SBERBANK FINANCE LLC; a.k.a. SBERBANK-FINANCE; a.k.a. SBERBANK-FINANS OOO), d. 29/16 per. Sivtsev Vrazhek, Moscow 119002, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-

issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1107746399903 (Russia); Tax ID No. 7736617998 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY SBERBANK INSURANCE BROKER (a.k.a. LLC INSURANCE BROKER OF SBERBANK; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVOI BROKER SBERBANKA; a.k.a. OOO STRAKHOVOI BROKER SBERBANKA; a.k.a. SBERBANK INSURANCE BROKER LLC), 22 Bolshaya Yakimanka St., b. 1-2, office 206, Moscow 119049, Russia; 1 Vasilisy Kozhinoy Street, building 1, floor 11, room 30, Moscow 121096, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683468 (Russia); Tax ID No. 7706810730 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY SBERBANK INVESTMENTS (a.k.a. SBERBANK INVESTMENTS LLC; a.k.a. SBERBANK INVESTMENTS OOO), 46 Molodezhnaya St., Odintsovo, Moscow Region 143002, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information -

For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 5039441 (Russia); Registration Number 1105032007761 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY SBERBANK REAL ESTATE CENTER (a.k.a. TSENTR NEDVIZHIMOSTI OT SBERBANKA; a.k.a. "SREC LLC"), 32/1 Kutuzovsky Ave, Moscow 121170, Russia; Tax ID No. 7736249247 (Russia); Registration Number 1147746652150 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY SBERBANK SERVICE (a.k.a. SBERBANK SERVICE LLC; a.k.a. SBERBANK-SERVICE), 18 Suschevsky Val Street, floor 7, Moscow 127018, Russia; Tax ID No. 7736663049 (Russia); Registration Number 1137746703709 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY SBYTOVAYA ENERGETICHESKAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СБЫТОВАЯ ЭНЕРГЕТИЧЕСКАЯ КОМПАНИЯ), Ul. Chugunnaya, d. 20 Litera N Pom. 3-N, Saint Petersburg 194044, Russia; Organization Established Date 09 Feb 2007; Tax ID No. 7804355599 (Russia); Registration Number 1077847010340 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY LOMO).

LIMITED LIABILITY COMPANY SCIENCE AND TECHNOLOGY PARK SKOLKOVO (a.k.a. LLC TEKHNOPARK SKOLKOVO; a.k.a. TECHNOPARK SKOLKOVO LIMITED LIABILITY COMPANY), 42 str 1 Skolkovo Innovatsionnogo Tsentra Territory, Bolshoy Boulevard, Moscow 121205, Russia; Organization Established Date 31 Dec 2010; Tax ID No. 7701902970 (Russia); Registration

Number 5107746075949 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SCIENTIFIC AND PRODUCTION ASSOCIATION NAUKASOFT (a.k.a. NAUCHNO PROIZVODSTVENNOE OBYEDINENIE NAUKASOFT), Ul. Godovikova d. 9, Str. 4, Floor 1, Pomeshch./Kom 1.1/1.1.4,, Moscow 129085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration Number 1127746234230 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SCIENTIFIC AND PRODUCTION COMPANY TEKHINKOM (Cyrillic: ООО НПФ ТЕХИНКОМ) (a.k.a. LLC SCIENTIFIC AND PRODUCTION FIRM TECHINKOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАУЧНО-ПРОИЗВОДСТВЕННАЯ ФИРМА ТЕХИНКОМ); a.k.a. NPF TEHINKOM OOO), 28K Himikov St., St. Petersburg, St. Petersburg Region 195030, Russia; Tax ID No. 7806102473 (Russia); Registration Number 1037816033530 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SCIENTIFIC AND TECHNICAL CENTER ORION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАУЧНО ТЕХНИЧЕСКИЙ ЦЕНТР ОРИОН) (a.k.a. NTTS ORION OOO), 7A Gostinichnaya St., Suite 1/1, Room/Office 1/B-08, Moscow 127106, Russia; Tax ID No. 9715302790 (Russia); Registration Number 1177746509621 (Russia) [RUSSIA-EO14024] (Linked To: OSETROVA, Maria Aleksandrovna).

LIMITED LIABILITY COMPANY SCIENTIFIC PRODUCTION COMPANY ELECTRONIC OPTICAL AND MECHANICAL SYSTEMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТВЕННОСТЬЮ НАУЧНО ПРОИЗВОДСТВЕННЫЙ КОМПЛЕКС ЭЛЕКТРОННЫЕ ОПТИЧЕСКИЕ И МЕХАНИЧЕСКИЕ СИСТЕМЫ) (a.k.a. "LLC NPC EOMS" (Cyrillic: "ООО НПК ЭОМС"); a.k.a. "NPK EOMS"), d. 1, str. 17, etazh/komnata 2/1, shosse Varshavskoe, Moscow 117105, Russia; Tax ID No. 7726401559 (Russia); Registration Number 1177746419960 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SCIENTIFIC RESEARCH INSTITUTE FOR PRECISION

MECHANICS (a.k.a. NUACHNO ISSLEDOVATELSKII INSTITUT TOCHNOI MEKHANIKI), Ul. Lenina D. 39, Chelyabinsk 454902, Russia; Tax ID No. 7453288132 (Russia); Registration Number 1157453010670 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SCIENTIFIC-PRODUCTION FIRM RADIO-ELECTRONIC TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАУЧНО- ПРОИЗВОДСТВЕННАЯ ФИРМА РАДИОЭЛЕКТРОННЫЕ ТЕХНОЛОГИИ) (a.k.a. NPF RET OOO (Cyrillic: ООО НПФ РЭТ)), d. 21 pom. I ofis 10V, per. Poryadkovy, Moscow 127055, Russia; Organization Established Date 19 Jan 2018; Tax ID No. 7707404353 (Russia); Registration Number 1187746042230 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SEPTEMBER (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕНТЯБРЬ) (a.k.a. SENTYABR OOO), 46 Kolyvanova Street, Ozersk 456784, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7422041110 (Russia); Registration Number 1077422003339 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SERVICE PLATFORM, Proezd triumfalnyi d. 1, Pgt. Sirius 354340, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9717107561 (Russia); Registration Number 1217700531652 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SEVERNAYA ALMAZNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕВЕРНАЯ АЛМАЗНАЯ КОМПАНИЯ) (a.k.a. LIMITED LIABILITY COMPANY NORTH DIAMOND COMPANY), d. 1 pom. 31, pl. Metallistov, Vorkuta 169901, Russia; Tax ID No. 3528130677 (Russia); Registration Number 1073528012700 (Russia) [RUSSIA-EO14024] (Linked To: JSC VORKUTAUGOL).

LIMITED LIABILITY COMPANY SEVERNAYA ENERGETICHESKAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕВЕРНАЯ ЭНЕРГЕТИЧЕСКАЯ КОМПАНИЯ) (a.k.a. "ООО SEK"), d. 4A etazh 1 pom. I, KOM. 4, OFIS 11-8, ul. Kutuzovskaya, Odintsovo 143001, Russia; Tax ID No. 5032216379 (Russia); Registration Number 1155032010176 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY SEVEROMUYSKIY TONNEL 2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СЕВЕРОМУЙСКИЙ ТОННЕЛЬ 2) (a.k.a. "LLC SMT 2"), ul. Lenina 6A Pgt., Severomuisk 671564, Russia; Tax ID No. 0326567740 (Russia); Registration Number 1190327005615 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY RAZREZ KOLYVANSKIY).

LIMITED LIABILITY COMPANY SFINKS SECURE (Cyrillic: LLC Dubininskaya D. 57, Str. 2, Moscow 125493, Russia; Ul. Smolnaya D. 12, Office 07A, Moscow 125493, Russia; Tax ID No. 7743698003 (Russia); Registration Number 1087746798908 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SHIPBUILDING COMPLEX ZVEZDA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СУДОСТРОИТЕЛЬНЫЙ КОМПЛЕКС ЗВЕЗДА) (a.k.a. OOO SSK ZVEZDA (Cyrillic: ООО ССК ЗВЕЗДА)), ul. Alleya Truda 19V, Bolshoi Kamen 692806, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 2503032517 (Russia); Registration Number 1152503000539 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SHOOTING AND BENCH COMPLEX ALTAYSKY STRELOK (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU STRELKOVO STENDOVYI KOMPLEKS ALTAISKII STRELOK; a.k.a. SHOOTING CENTER ALTAY SHOOTER LTD; a.k.a. "LLC CCK EXPERT"; a.k.a. "OOO SSK AS"), Shadrino village, Barnaul 656000, Russia; 28 Ulitsa Kulagina, Barnaul 656012, Russia; Tax ID No. 2224083790 (Russia); Registration

Number 1032202181516 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY BARNAUL CARTRIDGE PLANT).

LIMITED LIABILITY COMPANY SHUSHARY AVTO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ШУШАРЫ АВТО), 115 Sofiyskaya Street, Building A, Suite 601.224, Saint Petersburg 196624, Russia; Tax ID No. 7743405994 (Russia); Registration Number 1237700021855 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SIAISI, B-r Andreya Tarkovskogo d. 9, kv. 13, Poselenie Vnukovskoe 108850, Russia; Tax ID No. 7728192029 (Russia); Registration Number 1157746095748 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SIBANTHRACITE PORT SERVICES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИБАНТРАЦИТ ПОРТ СЕРВИСИС), zd. 3A etazh 9 pom. 906/3, ul. Portovaya, Nakhodka 692904, Russia; Tax ID No. 2508130405 (Russia); Registration Number 1172536014970 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY RAZREZ KOLYVANSKIY).

LIMITED LIABILITY COMPANY SIBANTHRACITE TEPLOSET (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИБАНТРАЦИТ ТЕПЛОСЕТЬ), ul. Sovetskaya d. 2A Pos., Listvyanski 633224, Russia; Tax ID No. 5443004807 (Russia); Registration Number 1135483000091 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY RAZREZ KOLYVANSKIY).

LIMITED LIABILITY COMPANY SIBIRSKAYA UGOLNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИБИРСКАЯ УГОЛЬНАЯ КОМПАНИЯ) (a.k.a. OOO SIBUGOL), d. 4A etazh 1 pom. K, om. 14, Ofis 7D, ul. Kutuzovskaya, Odintsovo 143001, Russia; Tax ID No. 5032216202 (Russia); Registration Number 1155032010066 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY SIGNAL-INVEST (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SIGNAL-INVEST; a.k.a. SIGNAL-INVEST OOO), ul. 5-1 Kvartal, Engels-19 Mkr, Privolzhski 413119, Russia; Tax ID No. 6449031372 (Russia); Registration Number 1026401975973 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SIGNATEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИГНАТЕК), Michurinskiy avenue, house 27, building 5, Moscow 119607, Russia (Cyrillic: Проспект Мичуринский, Дом 27, Корпус 5, Москва 119607, Russia); Tax ID No. 540811457 (Russia); Registration Number 1025403649534 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CITADEL).

LIMITED LIABILITY COMPANY SINARAPROMTRANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИНАРАПРОМТРАНС), 86 Belinskovo Street, Section 7, Floor 16, Suite 9, Ekaterinburg 620026, Russia; Tax ID No. 6685034577 (Russia); Registration Number 1136685010660 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SINARATRANSAUTO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СИНАРАТРАНСАВТО) (a.k.a. "LLC STA" (Cyrillic: "ООО СТА")), 86 Belinskovo Street, Floor 16, Suite 10, Ekaterinburg 620026, Russia; Tax ID No. 6612015639 (Russia); Registration Number 1056600622451 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SIROKKO TECHNOLOGY (a.k.a. SIROKKO TEKHNOLODZHI), Ul. Yunosti D. 13, Moscow 111395, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7718286334 (Russia); Registration Number 5157746099176 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SKALA R, Ul. Godovikova D. 9, Str. 17, Floor 7, Pomeshch. 7, Moscow 129085, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9717098243 (Russia); Registration Number 1217700023782 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SKAY17 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СКАЙ17) (a.k.a. ООО Skai17; a.k.a. "Sky17"), d. 19 k. 4 kv. 368, ul. Eletskaya, Moscow 115583, Russia; Tax ID No.

9729098657 (Russia); Registration Number 1177746619137 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SMARTMET (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СМАРТМЕТ), 21 Mashinostroiteley Street, Floor 6, Suite 8, Room 12, Chelyabinsk 454119, Russia; Tax ID No. 7449145935 (Russia); Registration Number 1217400046819 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SMARTS QUANTTELECOM (a.k.a. QUANTTELECOM LLC), LN. 6-YA V.O.D. 59, K. 1 Lit. B, Pomeshch. 17/6N, Saint Petersburg 199178, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7802875514 (Russia); Registration Number 1147847376720 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SMT-ILOGIC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СМТ-АЙЛОГИК) (a.k.a. SMT AILOGIK OOO), Ulitsa Mineralnaya, Dom 13, Litera A, Pomeshtenie 15N, Saint Petersburg 195197, Russia; 17 Nepokorennyh Avenue, Building 4, Letter V, Room 5N, Saint Petersburg 195220, Russia; Organization Established Date 27 Nov 2015; Tax ID No. 7804552300 (Russia); Registration Number 1157847407156 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SOUTHERN PROJECT (a.k.a. LLC SOUTHERN PROJECT; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU YUZHNY PROEKT; a.k.a. YUZHNY PROEKT, OOO), Room 15-H, Litera A, House 2, Rastrelli Place, City of St. Petersburg 191124, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7842144503 (Russia); Registration Number 1177847378279 (Russia) [UKRAINE-EO13661] [UKRAINE-EO13685] (Linked To: BANK ROSSIYA; Linked To: KOVALCHUK, Yuri Valentinovich).

LIMITED LIABILITY COMPANY SOVMESTNOYE PREDPRIYATIYE KVANTOVYE TEKHNOLOGII (a.k.a. JOINT VENTURE QUANTUM TECHNOLOGIES; a.k.a. LLC JOINT VENTURE KVANT; a.k.a. LLC JV KVANT; a.k.a. "SP QUANT"), 46 Varshavskoye Highway, Moscow 115230, Russia;

Organization Established Date 26 Mar 2020; Tax ID No. 7726464220 (Russia); Registration Number 1207700141032 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SOVREMENNOE OBORUDOVANIE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОВРЕМЕННОЕ ОБОРУДОВАНИЕ) (a.k.a. "DDM.LAB"; a.k.a. "LIMITED LIABILITY COMPANY MODERN EQUIPMENT"), d. 1, ofis 804.4, ul. Vasilisy Kozhinoy, Moscow 121096, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7729391644 (Russia); Registration Number 1037739782057 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SOVREMENNYE GORNO TRANSPORTNYE TEKHNOLOGII (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОВРЕМЕННЫЕ ГОРНО ТРАНСПОРТНЫЕ ТЕХНОЛОГИИ) (a.k.a. "LLC SGTT"), d. 93 pom. 201, prospekt Kosta, Vladikavkaz 362008, Russia; Tax ID No. 1513075148 (Russia); Registration Number 1191513002020 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY RAZREZ KOLYVANSKIY).

LIMITED LIABILITY COMPANY SOVRUDNIK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОВРУДНИК), 1 Naberezhnaya Street, Severo Eniseyskiy 663282, Russia; Tax ID No. 2434012299 (Russia); Registration Number 1022401506896 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SPACE COMMUNICATIONS (a.k.a. ООО KOSKOM; a.k.a. "KOSMICHESKIE KOMMUNIKATSII"), ul. Aviamotornaya, d. 53, k. 1, et. 6, kom. 91, Moscow 111024, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7704313605 (Russia); Registration Number 1157746350046 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SPECIALIZED DEVELOPER ALABUGA SOUTH PARK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ

ОТВЕТСТВЕННОСТЬЮ СПЕЦИАЛИЗИРОВАННЫЙ ЗАСТРОЙЩИК АЛАБУГА ЮЖНЫЙ ПАРК) (a.k.a. LLC SPECIALIZED DEVELOPER ALABUGA SOUTH PARK (Cyrillic: ООО СПЕЦИАЛИЗИРОВАННЫЙ ЗАСТРОЙЩИК АЛАБУГА ЮЖНЫЙ ПАРК)), ul. Sh-2 (OEZ Alabuga Ter.), D. 15/5, Pomeshch. 3, Yelabuga, Republic of Tatarstan 423601, Russia (Cyrillic: УЛ Ш-2 (ТЕР. ОЭЗ АЛАБУГА), Д. 15/5, ПОМЕЩ. 3, Елабуга, Республика Татарстан 423601, Russia); Organization Established Date 06 Jun 2023; Organization Type: Construction of buildings; Tax ID No. 1674005078 (Russia); Government Gazette Number 52120883 (Russia); Registration Number 1231600029825 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SPECTRUM (a.k.a. SPEKTRUM OOO), Ul. Yalagina D. 3, Pomeshcheniya 10-14, 16, 17, Elektrostal, Russia 144010, Russia; Tax ID No. 5053068643 (Russia); Registration Number 1105053000656 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SPETSTECHNOTRADE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СПЕЦТЕХНОТРЕЙД), 11 Mekhanizatorskiy Lane, Office 105, Izhevsk 426028, Russia; Tax ID No. 1832137908 (Russia); Registration Number 1161832056210 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SPETSVOLTAZH (a.k.a. OOO SPETSVOLTAZH; a.k.a. SPECVOLT), ul. Kantemirovskaya d. 12, lit. A, pomeshch. # 19-N office 18, Saint Petersburg 194100, Russia; Tax ID No. 7802634149 (Russia); Registration Number 1177847317306 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SPRING ELEKTRONIKS (a.k.a. SPRING ELECTRONICS), Prkt Malookhtinskii D. 61, Lit. A, Pomeshch. 2-N, Office 5/2, Saint Petersburg 195112, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7806259957 (Russia); Registration Number 1177847007381 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SPRUT TECHNOLOGY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СПРУТ ТЕХНОЛОГИЯ), D. 54G pom. 1005, prospekt Im Vakhitova, Naberezhnye Chelny 423816, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1650301536 (Russia); Registration Number 1151650001821 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SPUTNIK ELECTRONICS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СПУТНИК ЭЛЕКТРОНИКС) (a.k.a. "LLC SPEL"), 12 Gavanskaya St., Building 2B, Room 1-N, Office 1, St. Petersburg 199106, Russia; Tax ID No. 7801636859 (Russia); Registration Number 1147847296960 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SPUTNIK SPETSPOSTAVKA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СПУТНИК СПЕЦПОСТАВКА (a.k.a. LLC SPUTNIK SP (Cyrillic: ООО СПУТНИК СП)), 12 Gavanskaya St., Room 2B, Suite 5N, Office 2, Saint Petersburg 199106, Russia; Tax ID No. 7801692370 (Russia); Registration Number 1207800172216 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SREDNEVOLZHSKY BEARING PLANT (a.k.a. SREDNEVOLZHSKII PODSHIPNIKOVYI ZAVOD), Prkt Kirova D. 10, Samara 443022, Russia; Tax ID No. 6319130781 (Russia); Registration Number 1066319099604 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SREDNEVOLZHSKY STANKOZAVOD (a.k.a. "SVSZ"), Ul. Naberezhnaya Reki Samary 1, Samara 443036, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6311144662 (Russia); Registration Number 1136311005258 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SSK PORT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ССК ПОРТ) (a.k.a. OOO SSK PORT), 23A Admiral Fadeyev St., Office 17, Sevastopol 299057, Ukraine; Organization Established Date 27 Jul 2017; Tax ID No. 9201521828 (Russia); Registration Number 1179204006640 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY START AERO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТАРТ АЭРО), d. 3A str. 6 etazh 1 pom, 2, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Tax ID No. 7704366124 (Russia); Registration Number 1167746706379 (Russia) [RUSSIA-EO14024] (Linked To: TROTSENKO, Gleb Romanovich).

LIMITED LIABILITY COMPANY STATUS COMPLAINS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТАТУС КОМПЛАЙНС) (a.k.a. LLC STATUS COMPLAINS; a.k.a. STATUS COMPLIANCE; a.k.a. STATUS KOMPLAINS; a.k.a. STATUS KOMPLAINS OOO; a.k.a. "STATUS-IT"), Ul. Bolshaya Semenovskaya D. 45, Moscow, Russia 107023, Russia; Website status-it.com/index/php/ru; alt. Website status-it.com; Organization Type: Other information technology and computer service activities; Tax ID No. 7719404118 (Russia); Registration Number 1157746136052 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY STEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТЕК), 11A Mayakovskovo Drive, Suite 23, Ivanteevka, Pushkino 141280, Russia; Tax ID No. 5038121317 (Russia); Registration Number 1165038052585 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY STERLITAMAK CATALYST PLANT (a.k.a. STERLITAMAKSKII ZAVOD KATALIZATOROV; a.k.a. "SZK OOO"), Ul. Tekhnicheskaya 32, Sterlitamak 453110, Russia; Organization Established Date 11 Feb 2004; Tax ID No. 0268033994 (Russia); Registration Number 1040203421378 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY STG LOGISTIC (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТГ ЛОГИСТИК) (a.k.a. OOO STG LOGISTIK; a.k.a. STG STROYTRANSGAZ LOGISTIC; a.k.a. "STG LOGISTIC"), 12 Universitetsky Ave, Moscow 119330, Russia; Damascus, Syria; Organization Established Date 04 Sep 2009; Tax ID No. 5027148148 (Russia); Registration Number 1095027004236 (Russia) [SYRIA] [SYRIA-CAESAR].

LIMITED LIABILITY COMPANY STILSOFT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТИЛСОФТ), 15 Mayakovskovo St., Office 111, Stavropol,

Stavropol Krai 355012, Russia; Tax ID No. 2634806725 (Russia); Registration Number 1122651024924 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY STK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТК) (a.k.a. "STK OOO"), Room 416, Floor 24, Section I, Building 10, Testovskaya Street, Moscow 123112, Russia; Tax ID No. 7703425458 (Russia); Registration Number 1177746349153 (Russia) [RUSSIA-EO14024] (Linked To: KHRISTENKO, Viktor Borisovich).

LIMITED LIABILITY COMPANY STORK (a.k.a. STORK OOO), ul. Festivalnaya, d. 17, k. 1 etazh 1 pom. I Kom. 3, Moscow, Russia; Tax ID No. 7706795979 (Russia); Registration Number 1137746501771 (Russia) [RUSSIA-EO14024] (Linked To: UDODOV, Aleksandr Yevgenyevich).

LIMITED LIABILITY COMPANY STRELOI (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRELOI; a.k.a. STRELOI OOO; a.k.a. STRELOY LLC), Per. Dmitrovskii D. 13, Office 7, Saint Petersburg 191025, Russia; Organization Established Date 19 Nov 2013; Tax ID No. 7840498176 (Russia); Registration Number 1137847445999 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY STROYGAZMONTAZH (a.k.a. STROYGAZMONTAZH; a.k.a. STROYGAZMONTAZH CORPORATION; a.k.a. "SGM"), 53 prospekt Vernadskogo, Moscow 119415, Russia; Website www.ooosgm.com; alt. Website www.ooosgm.ru; Email Address info@ooosgm.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661].

LIMITED LIABILITY COMPANY STROYTEKHNOLOGIYA (a.k.a. STROITEKHNOLOGIYA), Ul. Industrialnaya (Klimovsk Mkr.) D. 13, Pomeshch 15/6, Podolsk 142180, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5036121865 (Russia); Registration Number 1125074009840 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY SUPERCONDUCTING NANOTECHNOLOGY (a.k.a. CLOSED JOINT STOCK COMPANY SUPERCONDUCTING NANOTECHNOLOGY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU SVERKHPROVODNIKOVYE NANOTEKHNOLOGII; a.k.a. SCONTEL; a.k.a. SKONTEL AO; a.k.a. SKONTEL OOO), 5 str. 1 etazh 4 pom. 14, ul. Lva Tolstogo, Moscow 119021, Russia; Organization Established Date 19 Jan 2005; Tax ID No. 7704445168 (Russia); Government Gazette Number 19634279 (Russia); Registration Number 5177746003815 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TAYMYRSKAYA GORNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТАЙМЫРСКАЯ ГОРНАЯ КОМПАНИЯ) (a.k.a. "OOO TGK"), d. 4A etazh 1 pom. I, Kom. 9, Ofis 13, ul. Kutuzovskaya, Odintsovo 143001, Russia; Tax ID No. 5032216210 (Russia); Registration Number 1155032010077 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY TAYMYRSKIE RESURSY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТАЙМЫРСКИЕ РЕСУРСЫ), d. 11 etazh 4 kab. 6, ul. Minskaya, Moscow 121108, Russia; Tax ID No. 9731007826 (Russia); Registration Number 1187746734340 (Russia) [RUSSIA-EO14024] (Linked To: LLC VU DIKSON).

LIMITED LIABILITY COMPANY TBS (a.k.a. TBS SEMI), Ul. Kievskaya D. 7, Et 4, Komnata 8, Moscow 121059, Russia; Nizhny Susalny Lane 5, Building 4, Moscow 105064, Russia; Organization Established Date 22 Feb 2012; Tax ID No. 7730660563 (Russia); Registration Number 1127746120622 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TECHNICAL CENTER WINDEQ (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНИЧЕСКИЙ ЦЕНТР ВИНДЕК) (a.k.a. TECHNICAL CENTER VINDEK LLC), 1B/3 Pokrovskaya St., Office 69, Selkhoztekhnika Square, Podolsk 142116, Russia; Tax ID No. 7726551240 (Russia); Registration Number 1067757986493 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TECHNICAL SERVICE CENTER DELTA-AERO (a.k.a. DELTA-AERO TECHNICAL SERVICE CENTER LLC; a.k.a. LLC TSTO DELTA-AERO), Vn. Ter. Settlement Moskovsky, Kievskoe Highway 22 km, household 4, building 1, floor 6, room/office 620 A/37, Moscow

108511, Russia; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 12 Apr 2021; Tax ID No. 7730263823 (Russia); Business Registration Number 1217700171809 (Russia) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

LIMITED LIABILITY COMPANY TEK KOM MANUFACTURING (a.k.a. TEK KOM MANUFACTURING LLC), Nab. Presnenskaya D. 10, BTS Bashnya Na Naberezhnoi, Blok S, 52 Floor, Moscow 123317, Russia; Str. 1V, Pom.2.11, Promzona Borovlevo 2 179540, Russia; Tax ID No. 7703444041 (Russia); Registration Number 1187746275870 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TEKHARGOS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХАРГОС), Lower Krasnoselskaya street, house 35, floor 9, Unit 1, room 17, building 64, Moscow 105066, Russia (Cyrillic: Улица Красносельская Нижн., Дом 35, Эт 9, Пом I, Ком 17, Строение 64, Москва 105066, Russia); Tax ID No. 7716856518 (Russia); Registration Number 1177746436560 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY CITADEL).

LIMITED LIABILITY COMPANY TEKHNOPARK ROBOTOTEKHNIKA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕХНОПАРК РОБОТНИКА), ul. 8 Marta, d. 25 k. 1, str. 12, Magnitogorsk, Chelyabinskaya obl 455010, Russia; Organization Established Date 16 Dec 2015; Tax ID No. 7455024488 (Russia); Business Registration Number 1157456025462 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SCIENTIFIC PRODUCTION ASSOCIATION ANDROIDNAYA TEKHNIKA).

LIMITED LIABILITY COMPANY TENRON, Ul. Saikina D. 13, K. 1, Moscow 115193, Russia; Tax ID No. 7710643062 (Russia); Registration Number 5067746491930 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TERRA GRUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТЕРРА ГРУП), Building 3 Sosnovaya Street, Kashino Village 624005, Russia; Tax ID No. 6658244536 (Russia); Registration Number 1069658101512 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HYPERSPACE).

LIMITED LIABILITY COMPANY THREEAGRO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ

ОТВЕТСТВЕННОСТЬЮ ТРИАГРО), 40 Bolshoy Boulevard, Suite XXXV, Room 25, Moscow 121205, Russia; Tax ID No. 9731073191 (Russia); Registration Number 1207700462364 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TIKHOOKEANSKAYA GORNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТИХООКЕАНСКАЯ ГОРНАЯ КОМПАНИЯ (a.k.a. OOO TIKHOOKEANSKAIA GORNAIA KOMPANIIA), 2 Volgogradskiy Avenue, Floor 11, Room 9, Moscow 109316, Russia; Tax ID No. 9709077962 (Russia); Registration Number 1227700067539 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY GORA GOLDEN RATIO).

LIMITED LIABILITY COMPANY TKKH-INVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТКХ-ИНВЕСТ) (a.k.a. LLC TKKH-INVEST (Cyrillic: ООО ТКХ-ИНВЕСТ); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TKKH-INVEST; a.k.a. OOO TKH-INVEST; a.k.a. OOO TKKH-INVEST), Prechistenka st., D. 38, floor 3 room 29, Moscow 119034, Russia (Cyrillic: ул Пречистенка, д. 38, этаж 3 ком. 29, город Москва 119034, Russia); Organization Established Date 01 Nov 2013; Tax ID No. 7736666723 (Russia); Government Gazette Number 18935553 (Russia); Registration Number 5137746019989 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TMK BUSINESS SERVICES CENTER (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК ЦЕНТР БИЗНЕС УСЛУГ) (a.k.a. "LLC TMK TSBU" (Cyrillic: "ООО ТМК ЦБУ")), 51 Rozy Lyuksemburg Street, Ekaterinburg 620026, Russia; Tax ID No. 6658256450 (Russia); Registration Number 1076658001640 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TMK OIL FIELD SERVICES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК НЕФТЕГАЗСЕРВИС) (a.k.a. "LLC TMK NGS" (Cyrillic: "ООО ТМК НГС")), 51 Rozy Lyuksemburg Street, Ekaterinburg 620026, Russia; Tax ID No. 6672257248 (Russia); Registration Number 1086672000030 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY PIPE METALLURGICAL COMPANY).

LIMITED LIABILITY COMPANY TMK PIPELINE SOLUTIONS (Cyrillic: ОБЩЕСТВО С

ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК ТРУБОПРОВОДНЫЕ РЕШЕНИЯ) (a.k.a. "LLC TMK TR" (Cyrillic: "ООО ТМК ТР")), 21 Mashinostroiteley Street, Suite 1, Chelyabinsk 454129, Russia; Tax ID No. 7449145822 (Russia); Registration Number 1217400044256 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TMK PREMIUM SERVICES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК ПРЕМИУМ СЕРВИС), 51 Rozy Lyuksemburg, Ekaterinburg 620026, Russia; Tax ID No. 6672244954 (Russia); Registration Number 1076672034340 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY PIPE METALLURGICAL COMPANY).

LIMITED LIABILITY COMPANY TMK TAYMIR (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК ТАЙМЫР), 41 Sovetskaya Street, Floor 2, Suites 2, 3, 4, 6, 7, Dudinka 647000, Russia; Tax ID No. 8620023080 (Russia); Registration Number 1188617001902 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TMK TECHNICAL SERVICE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК ТЕХНИЧЕСКИЙ СЕРВИС) (a.k.a. LLC TMK TECHSERVICE (Cyrillic: ООО ТМК ТЕХСЕРВИС)), 51 Rozy Lyuksemburg Street, Floor 1, Suite 99, Ekaterinburg 620026, Russia; Tax ID No. 6626016720 (Russia); Registration Number 1069626005283 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY PIPE METALLURGICAL COMPANY).

LIMITED LIABILITY COMPANY TMK YARTSEVSKI METALLURGICAL PLANT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК ЯРЦЕВСКИЙ МЕТЗАВОД) (a.k.a. LIMITED LIABILITY COMPANY TMK YARTSEVSKIY METZAVOD; a.k.a. LLC TMK YAMZ (Cyrillic: ООО ТМК ЯМЗ)), 3 First Liteynaya Street, Office 107, Yartsevo 215805, Russia; Tax ID No. 6623122216 (Russia); Registration Number 1176658047862 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TMK YARTSEVSKIY METZAVOD (a.k.a. LIMITED LIABILITY COMPANY TMK YARTSEVSKI METALLURGICAL PLANT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК ЯРЦЕВСКИЙ МЕТЗАВОД); a.k.a. LLC TMK YAMZ (Cyrillic: ООО ТМК ЯМЗ)), 3 First Liteynaya Street,

Office 107, Yartsevo 215805, Russia; Tax ID No. 6623122216 (Russia); Registration Number 1176658047862 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TORGRECHTRANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГРЕЧТРАНС), ul. Kuznetski Most 19 str. 1, Moscow 107031, Russia; Tax ID No. 7702845869 (Russia); Registration Number 5147746159897 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY KSK LTD).

LIMITED LIABILITY COMPANY TOTALZED (a.k.a. TOTAL Z LLC), Km Kievskoe Shosse 22-I (P Moskovskii) Vld. 4, Str. 2, Moscow 142784, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7751011471 (Russia); Registration Number 1157746943419 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TPK FOLIPLAST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТПК ФОЛИПЛАСТ), 11 Pamirskaya Street, Letter N, Nizhniy Novgorod 603032, Russia; 2 Dobrolyubova Street, Building 1, Moscow 127254, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5258100217 (Russia); Registration Number 1125258000097 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TRADE HOUSE KYUTEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГОВЫЙ ДОМ КЬЮТЭК) (a.k.a. LLC TD KYUTEK; a.k.a. TD KYUTEK OOO; a.k.a. TH QTECH LLC), D. 36, Str. 2, Etazh 7 Komn 63, Ul. Ryabinovaya, Moscow 121471, Russia; Tax ID No. 7729490282 (Russia); Registration Number 1167746094284 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TRADING AND PRODUCTION COMPLEX MAXIMUM (a.k.a. LLC TPK MAXIMUM; a.k.a. TORGOVO PROIZVODSTVENNYI KOMPLEKS MAKSIMUM; a.k.a. TPK MAKSIMUM), Ul. Malakhovskogo D. 52, Pomeshch. 10,

Voronezh 394019, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3662204227 (Russia); Registration Number 1143668026435 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TRADING HOUSE LOBAEV ARMS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГОВЫЙ ДОМ ЛОБАЕВ АРМС), Building 1, 61 Lenin Street, Tarusa 249100, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4018011096 (Russia); Registration Number 1164027059382 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TRADING PRODUCTION COMPANY ARGUS NV (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU TORGOVO PROMYSHLENNAIA KOMPANIIA ARGUS NV; a.k.a. OOO TPK ARGUS NV), 16 Dzershinsk Ul., Dzerzhinsky 140090, Russia; 7 Kosinskaya St., Moscow 111538, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7731459018 (Russia); Registration Number 5137746039008 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TRANSLINEINVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАНСЛАЙНИНВЕСТ) (a.k.a. ООО TRANSLAININVEST), 17 Bolshoy Levshinskiy Lane, Room II, Moscow 119034, Russia; Organization Type: Activities of holding companies; Tax ID No. 7704311301 (Russia); Registration Number 1157746279316 (Russia) [RUSSIA-EO14024] (Linked To: BASHKIROV, Aleksei Vladimirovich).

LIMITED LIABILITY COMPANY TRANSSERVIS (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TRANSSERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАНССЕРВИС); a.k.a. OOO TRANSSERVIS (Cyrillic: ООО ТРАНССЕРВИС); a.k.a. TRANSSERVICE LLC), D. 35 Prospekt Gubkina, Omsk, Omskaya Oblast 664035, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: OOO TRANSOIL).

LIMITED LIABILITY COMPANY TRAST KONG (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРАСТ КОНГ (a.k.a. TRAST KONG OOO), 27/4 Bolshaya Bronnaya, Building 1, Moscow, Russia; 2 Institutski Lane, Moscow, Russia; Organization Established Date 26 Sep 2002; Tax ID No. 7710438578 (Russia); Registration Number 1027710010151 (Russia) [RUSSIA-EO14024] (Linked To: KESAEV, Igor Albertovich).

LIMITED LIABILITY COMPANY TREIDKOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРЕЙДКОМ), d. 38 ofis 2, ul. Nikolaya Chumichova, Belgorod 308009, Russia; Registration ID 1173123041200 (Russia); Tax ID No. 3123426676 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TRIBIT (a.k.a. LLC TRIBIT; a.k.a. TRIBIT; a.k.a. TRIBIT OOO), d. 27/8 pom. P53, ul. Varvarskaya, Nizhni Novgorod Region 603006, Russia; Website tribit.ru; Organization Established Date 20 Sep 2018; Organization Type: Other information technology and computer service activities; Tax ID No. 5260457937 (Russia); Registration Number 1185275050905 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TRIMIX (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU 3MKH; a.k.a. "3MX"), 16, litera A, Ul. Khoshimina, Pomeshch. 2-n of. 3.1.17, St. Petersburg 194358, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7802942873 (Russia); Registration Number 1237800084235 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TSRTI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦРТИ), d. 3A str. 5 etazh 1 pom. A1, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Tax ID No.

7704452856 (Russia); Registration Number 1187746293360 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY INFRASTRUCTURE CORPORATION AEON).

LIMITED LIABILITY COMPANY TSVETNOY MIR (a.k.a. TSVETNOI MIR; a.k.a. "COLOR WORLD LTD"), Ul. Very Voloshinoi D. 27, Kv. 72, Mytishchi 141014, Russia; Tax ID No. 5029114546 (Russia); Registration Number 1085029004257 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TUBES 2000 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТРУБЫ 2000), 14 Gorkovo Street, Office 303, Elektrostal 144002, Russia; Tax ID No. 5053019653 (Russia); Registration Number 1025007114230 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY PIPE METALLURGICAL COMPANY).

LIMITED LIABILITY COMPANY TUBOR, Ul. Ivana Franko d. 48, Str. 1, Moscow 121351, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5246018014 (Russia); Registration Number 1027739221290 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY TYUMEN PETROLEUM RESEARCH CENTER (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TYUMENSKI NEFTYANOI NAUCHNY TSENTR; a.k.a. TNNTS LIMITED LIABILITY COMPANY; a.k.a. TPRC LIMITED LIABILITY COMPANY), d. 42, ul. Maksima Gorkogo Tyumen, Tyumen region 625048, Russia; Organization Established Date 30 Oct 2000; Tax ID No. 7202157173 (Russia); Government Gazette Number 5544280 (Russia); Registration Number 1077203000434 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ULTRAN ELECTRONIC COMPONENTS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УЛЬТРАН ЭЛЕКТРОННЫЕ КОМПОНЕНТЫ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ULTRAN ELEKTRONNYE KOMPONENTY; a.k.a. ULTRAN EK OOO (Cyrillic: ООО УЛЬТРАН ЭК)), d. 22, litera L, pom. 1-N, kom. 8, ul. Politekhnicheskaya, St. Petersburg 194021, Russia; Website ultran.ru; Secondary sanctions

risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 20 Jun 2018; Tax ID No. 7802669110 (Russia); Government Gazette Number 29702993 (Russia); Business Registration Number 1187847176330 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY UMMC NFMP (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU UGMK OTSM; a.k.a. UGMK OTSM OOO; a.k.a. UMMC NONFERROUS METALS PROCESSING LIMITED LIABILITY COMPANY), Ul. Petrova D. 59, Lit. D., Verkhnyaya Pyshma 624092, Russia; str. 1 kab. 206, prospekt Uspenski, Verkhnyaya Pyshma, Sverdlovsk region 624091, Russia; Organization Established Date 04 May 2007; Tax ID No. 6606024709 (Russia); Government Gazette Number 81180857 (Russia); Registration Number 1076606001152 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY UNIMATIK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УНИМАТИК), str. 45, ul. Vostochnaya, Ekaterinburg 620100, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6672197493 (Russia); Registration Number 1056604520499 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY UNIQUE LAB (a.k.a. YUNIK LEB), Ul. Bumazhnaya D. 17, Lit. A, Pomeshch. 268B, Saint Petersburg 190020, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7839071647 (Russia); Registration Number 1167847364233 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY UNITED LIFESAVING TECHNOLOGIES (a.k.a. UNITED RESCUE TECHNOLOGIES), Per Poryadkovyi D. 21, Moscow 127055, Russia; Ul. Eniseiskaya D. 7, K. 3, Floor 2, Komnata 4, Moscow 129344,

Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7707768262 (Russia); Registration Number 1127746038584 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY UPTS VORKUTA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПТС ВОРКУТА), ul. Gornyakov d. 13, Vorkuta 169901, Russia; Tax ID No. 1103042163 (Russia); Registration Number 1071103004312 (Russia) [RUSSIA-EO14024] (Linked To: JSC VORKUTAUGOL).

LIMITED LIABILITY COMPANY URAL EDUCATIONAL RESIDENCE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УРАЛЬСКАЯ ОБРАЗОВАТЕЛЬНАЯ РЕЗИДЕНЦИЯ), Building 3 Sosnovaya Street, Kashino Village 624005, Russia; Tax ID No. 6685187238 (Russia); Registration Number 1216600030393 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY HYPERSPACE).

LIMITED LIABILITY COMPANY URALHELICOM (a.k.a. URAL HELICOPTER COMPANY; a.k.a. URALSKAYA VERTOLETNAYA KOMPANIYA), Ul. Botanicheskaya D.30, Yekaterinburg 620137, Russia; Tax ID No. 6625029332 (Russia); Registration Number 1036601478980 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY USM TELECOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЮЭСЭМ ТЕЛЕКОМ) (a.k.a. OOO YUESEM TELEKOM), Rublevskoe Highway, Building 28, Floor 13, Room 40, Moscow 121609, Russia; Organization Established Date 09 Jun 2018; Tax ID No. 9731003959 (Russia); Registration Number 1187746556150 (Russia) [RUSSIA-EO14024] (Linked To: OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KHOLDINGOVAYA KOMPANIYA YUESEM).

LIMITED LIABILITY COMPANY VARNA MINERALS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВАРНА МИНЕРАЛЗ) (a.k.a. OOO VARNA MINERALZ), 40 Bolshoy Boulevard, Floor 5, Room 116, Moscow 121205, Russia; Tax ID No. 9709066167 (Russia); Registration Number 1207700385628 (Russia) [RUSSIA-EO14024]

(Linked To: LIMITED LIABILITY COMPANY HYPERSPACE).

LIMITED LIABILITY COMPANY VECTOR ETALON (a.k.a. VEKTOR ETALON), Nab. Obvodnogo Kanala D. 138, K. 1, Lit. V, Pomeshch. 5 N 20, Kom. 401 Chast, Saint Petersburg 190020, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7805764499 (Russia); Registration Number 1207800042009 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VEGA STRATEGIC SERVICES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЕГА СТРАТЕДЖИК СЕРВИСЕС) (a.k.a. VEGACY; a.k.a. "PMC VEGA"), 51 Marshala Tukhachevskovo St., Apt. 229, Moscow 123103, Russia; Tax ID No. 7734727145 (Russia); Registration Number 1147746737423 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VELES TRUST (a.k.a. VELES TRAST OOO; a.k.a. VELES TRUST LLC), Per. Khokhlovskii d. 16, str. 1, Moscow 109028, Russia; Organization Established Date 14 Aug 2006; Tax ID No. 7703603950 (Russia); Registration Number 5067746107391 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VELESSTORE, Ul. Galernaya D. 20-22, Lit. A, Pomeshch. 144N, 145N, 153N, 155N, 156N, 157N, 158N, Office 401, Saint Petersburg 190098, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7838098822 (Russia); Registration Number 1217800174140 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VELIKOLUKSY BATTERY PLANT IMPULS (a.k.a. VELIKOLUKSKII AKKUMULYATORNYI ZAVOD IMPULS; a.k.a. "VAZ IMPULS"), Ul. Gogolya D. 3, Pomeshch 3, Velikiye Luki 182115, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of

Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7722384856 (Russia); Registration Number 5167746421431 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VERTIKAL ALABUGA (a.k.a. VERTIKAL ALABUGA LLC), Ter. Oez Alabuga, Ul. Sh-2 Str. 15/9, Yelabuga 423601, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1646034493 (Russia); Registration Number 1131674000963 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VERUS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЕРУС) (a.k.a. VERUS CONSULTING GROUP; a.k.a. "LLC VERUS"), Per. Balakirevskii D. 23, Floor 3, Pomeshch. 309 Komnata 1, Office 45, Moscow 105082, Russia; Office 45, Room 1, Facility 309, Floor 3, Building 23, Balakirevskiy Lane, Basmanny Municipal District Federal Intracity Territory, Moscow 105082, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 10 Feb 2021; Tax ID No. 9701170663 (Russia); Registration Number 1217700053493 (Russia) [DPRK] (Linked To: MKRTYCHEV, Ashot).

LIMITED LIABILITY COMPANY VIPAKS+, Presnenskaya nab., 12, Floor 41,, Office 5, Moscow 115162, Russia; Ul. Krasnova D. 24, Perm 614000, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5902140005 (Russia); Registration Number 1025900518181 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VIRSEMI, Ul. Lenina D. 328, K. 7, Kv. 14, Tolyatti 355003, Russia; Lenina st., 431, Stavropol 355029, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of

Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 2635240873 (Russia); Registration Number 1192651008648 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VLADEKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЛАДЕКС) (a.k.a. LLC VLADEKS (Cyrillic: ООО ВЛАДЕКС); a.k.a. "VLADEX"), ul. Volkhovskaya, d. 29, office 505, Vladivostok 690018, Russia; Organization Established Date 22 Mar 2018; Tax ID No. 2543123270 (Russia); Registration Number 1182536008710 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Kirill Konstantinovich).

LIMITED LIABILITY COMPANY VLADEKS KHOLDING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЛАДЕКС ХОЛДИНГ) (a.k.a. LLC VLADEKS KHOLDING (Cyrillic: ООО ВЛАДЕКС ХОЛДИНГ)), ul. Arbat, d. 6/2, e 4, pom. I, k 1, of 48, Moscow 119019, Russia; Organization Established Date 06 Jul 2018; Tax ID No. 7704457928 (Russia); Registration Number 1187746643370 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Kirill Konstantinovich).

LIMITED LIABILITY COMPANY VLADIKAVKAZ TECHNOLOGIKAL CENTER BASPIK (a.k.a. LIMITED LIABILITY COMPANY VLADIKAVKAZ TECHNOLOGY CENTER BASPIK; a.k.a. OOO VTTS BASPIK), Ul. Nikolaeva 44, Korp. 6, Vladikavkaz 362021, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1503002091 (Russia); Registration Number 1021500671719 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VLADIKAVKAZ TECHNOLOGY CENTER BASPIK (a.k.a. LIMITED LIABILITY COMPANY VLADIKAVKAZ TECHNOLOGIKAL CENTER BASPIK; a.k.a. OOO VTTS BASPIK), Ul. Nikolaeva 44, Korp. 6, Vladikavkaz 362021, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1503002091 (Russia); Registration

Number 1021500671719 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VMK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВМК) (a.k.a. VMK OOO SAMARA (Cyrillic: ВМК ООО САМАРА)), 1A Smyshlyayevskoye Highway, Office 258, Zubchaninovka village, Samara, Russia; Tax ID No. 6312121234 (Russia); Registration Number 1126312007800 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VOLGOGRADPROMPROEKT, Ul. Promyslovaya, D. 47, Volgograd 400057, Russia; Tax ID No. 3447025850 (Russia); Registration Number 1073461005672 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VOPLOSHCHENIYE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОПЛОЩЕНИЕ) (a.k.a. "EPIT"), Apartment 54, 76/39 Shamilya Usmanova Street, Naberezhniye Chelny 423823, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 1650350558 (Russia); Registration Number 1171690064215 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VORKUTA MANAGEMENT COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОРКУТИНСКАЯ УПРАВЛЯЮЩАЯ КОМПАНИЯ), d. 62 pom. 702, ul. Lenina, Vorkuta 169908, Russia; Tax ID No. 1103046601 (Russia); Registration Number 1211100005368 (Russia) [RUSSIA-EO14024] (Linked To: LLC RUSSIAN ENERGY GROUP).

LIMITED LIABILITY COMPANY VOSKHOD DIGITAL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОСХОД ДИДЖИТАЛ), 12 Presnenskaya Embankment, Floor 67, Office 8.1, Presnenskiy Municipal District, Moscow, Russia; Organization Established Date 01 Sep 2022; Tax ID No. 9703105878 (Russia); Registration Number 1227700539857 (Russia) [RUSSIA-EO14024] (Linked To: SARKISOV, Ruslan Eduardovich).

LIMITED LIABILITY COMPANY VOSKHOD MANAGEMENT COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ УПРАВЛЯЮЩАЯ

КОМПАНИЯ ВОСХОД) (a.k.a. "VMC LLC"), 17 Okeanskiy Avenue, Office T9, Vladivostok, Primorskiy Krai 690091, Russia; 3 Dolgoprudnenskoye Highway, Complex XI, Floor 4, Room 32, Northern Municipal District, Moscow 127495, Russia; Organization Established Date 21 Oct 2021; Tax ID No. 9715408154 (Russia); Registration Number 1217700508563 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VOSTOK ZOLOTO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОСТОК ЗОЛОТО) (a.k.a. LLC VOSTOK GOLD), d. 104 pom, ofis 5/16, ul. Zhuravleva, Chita 672012, Russia; Tax ID No. 7536181111 (Russia); Registration Number 1207500001851 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY VTB COMMERCIAL FINANCE (a.k.a. VTB COMMERCIAL FINANCE LLC (Cyrillic: ООО ВТБ КОММЕРЧЕСКОЕ ФИНАНСИРОВАНИЕ)), Nab. Presnenskaya D. 6, Str. 2, Floor 6, Pomeshch.1, Moscow 123112, Russia; Organization Established Date 19 Apr 2021; Target Type Financial Institution; Tax ID No. 9703032732 (Russia); Registration Number 1217700186440 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

LIMITED LIABILITY COMPANY VTB DC (a.k.a. LLC VTB DC; a.k.a. VTB DC LIMITED; a.k.a. VTB DC LTD), Room 47, office XIV, 8 Brestskaya Street, Moscow 125047, Russia; d. 35 str. 1, Prospect Leningradski, Moscow 125284, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2011; Registration Number 5117746058733 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

LIMITED LIABILITY COMPANY VTB INFRASTRUCTURE INVESTMENTS (a.k.a. LLC VTB INFRASTRUCTURE INVESTMENTS (Cyrillic: ООО ВТБ ИНФРАСТРУКТУРНЫЕ ИНВЕСТИЦИИ); a.k.a. VTB INFRASTRUKTURNYE INVESTITSII), Presnenskay Nab D. 10, Floor 15, Pomeshchenie III, Moscow 123112, Russia; d.

12 etazh 20 Mesto 20.41V, naberezhnaya Presnenskaya, Moscow 123112, Russia; Organization Established Date 28 May 2012; Organization Type: Other business support service activities n.e.c.; Tax ID No. 7703768889 (Russia); Government Gazette Number 09824582 (Russia); Registration Number 1127746409801 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

LIMITED LIABILITY COMPANY WITH FOREIGN INVESTMENTS ZALOG (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ С ИНОСТРАННЫМИ ИНВЕСТИЦИЯМИ ЗАЛОГ) (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU ZALOG; a.k.a. ZALOG OOO), d. 22 pom. 305, ul. Martyna Mezhlauka, Kazan, Tatarstan Resp. 420021, Russia; Ul. Kooperativnaya 1, Zelenodolsk 422541, Russia; Organization Established Date 2002; Tax ID No. 1648011501 (Russia); Government Gazette Number 57238810 (Russia); Registration Number 1021606761175 (Russia) [RUSSIA-EO14024] (Linked To: KOGOGIN, Sergei Anatolyevich).

LIMITED LIABILITY COMPANY WORLD OF FASTENERS TD (a.k.a. MIR KREPEZHA TD), Sh. Golovinskoe D. 3, Pomeshch. 4N, Moscow 125212, Russia; Golovinskoe shosse, 5A, Moscow 125212, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7743157075 (Russia); Registration Number 1167746505552 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY YACHT CLUB RIVER PARK NAGATINO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЯХТ КЛУБ РИВЕР ПАРК НАГАТИНО), d. 7 str. 1 kom. 3, ul. Rechnikov, Moscow 115407, Russia; Tax ID No. 9725010010 (Russia); Registration Number 1197746307109 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY RI2).

LIMITED LIABILITY COMPANY YADRO FAB DUBNA (a.k.a. LLC YADRO FAB DUBNA; a.k.a. YADRO FAB DUBNA OOO), 4 Programmistov Str., Dubna, Moscow Region 141983, Russia; Organization Established Date 26 May 2020; Tax ID No. 5010057397 (Russia);

Registration Number 1205000041245 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY YANSKAYA GORNAYA KOMPANIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЯНСКАЯ ГОРНАЯ КОМПАНИЯ) (a.k.a. "ООО YAGK"), Usovo Village, Building 100, Block B, Floor 1, Suite 6, Odintsovo, Moscow Region 143084, Russia; Tax ID No. 7736244961 (Russia); Registration Number 1157746396191 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LIMITED LIABILITY COMPANY YARSPETSPOSTAVKA, Ul. Malays Proletarskaya ZD. 18A, Pomeshch. 53/3, Yaroslavl 150001, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7604383648 (Russia); Registration Number 1227600004279 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY YOOMONEY (a.k.a. YOOMONEY LIMITED LIABILITY COMPANY; a.k.a. YOOMONEY LLC), 82 bld. 2 Sadovnicheskaya St., Moscow 115035, Russia; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Tax ID No. 7736554890 (Russia); Registration Number 1077746365113 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LIMITED LIABILITY COMPANY YUMAK (a.k.a. UMAC LLC), Ul. Krasnobogatyrskaya D. 44, Str. 1, Moscow 107076, Russia; Tax ID No. 7727655443 (Russia); Registration Number 1087746781572 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY YUNA ENGINEERING (a.k.a. YUNA ENGINEERING LLC; a.k.a. YUNA INZHINIRING), 12 Academic Ilyushin Str., Moscow 123290, Russia; d. 16 pom. 628 Fryazino, Moscow, Russia; Organization Established Date 24 Oct 2022; Tax ID No. 7714494904 (Russia); Government Gazette Number 57792038 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY YUP 2 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЮП 2) (a.k.a. "OOO IUP 2"), d. 10 str. 12 etazh 4 Sluzhebn. kom. 14, proezd 2-I Yuzhnoportovy, Moscow 115432, Russia; Tax ID No. 9723103371 (Russia); Registration Number 1207700303788 (Russia) [RUSSIA-EO14024] (Linked To: LLC AEON HOLDING DEVELOPMENT).

LIMITED LIABILITY COMPANY ZALA AERO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗАЛА АЭРО) (a.k.a. ZALA AERO GROUP), 9 Salyama Adilya St., Office 3, Moscow 123154, Russia; Tax ID No. 1841001815 (Russia); Registration Number 1091841000624 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ZENIT FAKTORING MSP (a.k.a. OOO ZENIT FACTORING MSP), Ul. Odesskaya D. 2, Floor 14, Pom. V, Kom. 23, Moscow 117638, Russia; Organization Established Date 15 Feb 2016; Target Type Financial Institution; Tax ID No. 7728330720 (Russia); Registration Number 1167746163991 (Russia) [RUSSIA-EO14024] (Linked To: BANK ZENIT PUBLIC JOINT STOCK COMPANY).

LIMITED LIABILITY COMPANY ZENIT FINANS (a.k.a. OOO ZENIT FINANCE), Ul. Odesskaya D. 2, Floor 18, Pomeshch. II, Moscow 117638, Russia; Organization Established Date 19 Jan 2018; Target Type Financial Institution; Tax ID No. 7702428209 (Russia); Registration Number 1187746040910 (Russia) [RUSSIA-EO14024] (Linked To: BANK ZENIT PUBLIC JOINT STOCK COMPANY).

LIMITED LIABILITY COMPANY ZENIT LIZING (a.k.a. OOO ZENIT LEASING), Ul. Odesskaya D. 2, Floor 13, Pom. II, Moscow 117638, Russia; Organization Established Date 07 May 2018; Target Type Financial Institution; Tax ID No. 7702431360 (Russia); Registration Number 1187746462826 (Russia) [RUSSIA-EO14024] (Linked To: BANK ZENIT PUBLIC JOINT STOCK COMPANY).

LIMITED LIABILITY COMPANY ZHELTUGINSKAYA MINING COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЖЕЛТУГИНСКАЯ ГОРНОРУДНАЯ КОМПАНИЯ) (a.k.a. LLC ZHELTUGINSKAYA GRK (Cyrillic: ООО ЖЕЛТУГИНСКАЯ ГРК)), TOR Zabaykalye Territory, Klyuchevskiy Urban Settlement, Mogochinskiy District, Zabaykalskiy Territory 673741, Russia; Tax ID No. 7536164405

(Russia); Registration Number 1177536001411 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY COMPANY ZHEMCHUZHINA ARKTIKI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЖЕМЧУЖИНА АРКТИКИ), d. 1 kab. 24, pl. Metallistov, Vorkuta 169901, Russia; Tax ID No. 1103046915 (Russia); Registration Number 1221100003409 (Russia) [RUSSIA-EO14024] (Linked To: JSC VORKUTAUGOL).

LIMITED LIABILITY COMPANY ZIMENS YOKOGAWA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗИМЕНС ЯКАГАВА) (a.k.a. LLC ZIMENS YOKOGAWA (Cyrillic: ООО ЗИМЕНС ЯКАГАВА)), ul. Sh-2 (OEZ Alabuga Ter.), Str. 5/12, Pomeshch. 201, Yelabuga, Republic of Tatarstan 423601, Russia (Cyrillic: УЛ Ш-2 (ТЕР. ОЭЗ АЛАБУГА), СТР. 5/12, ПОМЕЩ. 201, Елабуга, Республика Татарстан 423601, Russia); Organization Established Date 03 Oct 2022; Tax ID No. 1674003024 (Russia); Government Gazette Number 78387980 (Russia); Registration Number 1221600079645 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY CORPORATION GELIOS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЕЛИОС) (a.k.a. "HELIOS"), Liniya 11-ya v.o. d. 38, Lit. A, Pom. 80, Saint Petersburg 199178, Russia; Organization Established Date 23 May 2013; Tax ID No. 7801602842 (Russia) [RUSSIA-EO14024] (Linked To: NON-PROFIT PARTNERSHIP REVIVAL OF MARITIME TRADITIONS).

LIMITED LIABILITY CORPORATION TRADING HOUSE EPK (a.k.a. TORGOVIY DOM EPK; a.k.a. "OOO TD EPK"), ul. Novoostapovskaya, d. 5, str. 14, et. 2, kom. 4, Moscow 115088, Russia; Tax ID No. 7725136315 (Russia); Registration Number 1027700136859 (Russia) [RUSSIA-EO14024].

LIMITED LIABILITY PARTNERSHIP DA GROUP 22, 13 Abay Avenue, Sariarka District, Astana, Kazakhstan; Identification Number 220340015320 (Kazakhstan) [RUSSIA-EO14024].

LIMITED LIABILITY PARTNERSHIP ELEM GROUP (Cyrillic: ТОВАРИЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭЛЕМ ГРУПП), Ulitsa Nauriyzbai Batiyra, Dom 8, Almaty, Kazakhstan; Identification Number 220340015717 (Kazakhstan) [RUSSIA-EO14024].

LIMITED TRADE DEVELOPMENT MACHINE GROUP (a.k.a. MACHINE GROUP LTD; a.k.a. "MACHINEGROUP"), Ul. Troitskaya D. 9, K. 1, Pomeshch. 1/1, Moscow 129090, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7722854163 (Russia); Registration Number 5147746023640 (Russia) [RUSSIA-EO14024].

LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT

ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT ECONOMIC AND TRADE COMPANY, LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

LIMMT ECONOMIC AND TRADE COMPANY, LTD. (a.k.a. ANSI METALLURGY INDUSTRY CO. LTD.; a.k.a. BLUE SKY INDUSTRY CORPORATION; a.k.a. DALIAN CARBON CO. LTD.; a.k.a. DALIAN SUNNY INDUSTRY & TRADE CO., LTD.; a.k.a. DALIAN SUNNY INDUSTRY AND TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY & TRADE CO., LTD.; a.k.a. LIAONING INDUSTRY AND TRADE CO., LTD.; a.k.a. LIMMT (DALIAN FTZ)

METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN FTZ) MINMETALS AND METALLURGY CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. LIMMT (DALIAN) METALLURGY AND MINERALS CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY & TRADE CO., LTD.; a.k.a. SC (DALIAN) INDUSTRY AND TRADE CO., LTD.; a.k.a. SINO METALLURGY & MINMETALS INDUSTRY CO., LTD.; a.k.a. SINO METALLURGY AND MINMETALS INDUSTRY CO., LTD.; a.k.a. WEALTHY OCEAN ENTERPRISES LTD.), 2501-2508 Yuexiu Mansion, No. 82 Xinkai Road, Dalian, Liaoning 116011, China; No. 10 Zhongshan Road, Dalian, China; No. 08 F25, Yuexiu Mansion, Xigang District, Dalian, China; No. 100 Zhongshan Road, Dalian, China; Additional Sanctions Information - Subject to Secondary Sanctions; and all other locations worldwide [NPWMD] [IFSR].

LIMON ELENES, Jeuri (a.k.a. "Fox"; a.k.a. "Prude"; a.k.a. "Royal Nuevo"; a.k.a. "Rzr"), Mexico; DOB 28 Apr 1976; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LIEJ760428HSLMLR02 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LIMON SANCHEZ, Alfonso; DOB 27 Jan 1971; POB Badiraguato, Sinaloa, Mexico; nationality Mexico; Gender Male; R.F.C. LISA-710127-D64 (Mexico); C.U.R.P. LISA710127HSLMNL07 (Mexico) (individual) [SDNTK].

LIMON SANCHEZ, Ovidio, Calle Plan de Iguala #2951, Colonia Emiliano Zapata, Culiacan, Sinaloa, Mexico; DOB 24 Jul 1968; alt. DOB 24 Jun 1968; alt. DOB 16 Oct 1962; POB Badiraguato, Sinaloa, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. LISO680724HSLMNV03 (Mexico) (individual) [SDNTK].

LIMON VAZQUEZ, Carlos Mario, Mexico; DOB 25 May 2003; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LIVC030525HSLMZRA2 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LIN, Jinghe (Chinese Simplified: 林敬鹤) (a.k.a. JING HE, Lin; a.k.a. "LAM, Gary"; a.k.a. "NG, Ken"), China; DOB 03 Dec 1982; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male; National ID No. 350500198212032535 (China) (individual) [NPWMD] [IFSR] (Linked To: MATINKIA, Alireza).

LIN, Zuoyou (Chinese Simplified: 林作友), Jinxing Village, Shitang Town, Wenling City, Zhejiang, China; No. 445, Xia Hu, Che Guan Village,

Shitang Town, Wenling City, Zhejiang, China; DOB 10 Apr 1975; POB Wenling County, Taizhou District, Zhejiang Province, China; nationality China; Gender Male; Executive Order 13846 information: FOREIGN EXCHANGE. Sec. 5(a)(ii); alt. Executive Order 13846 information: BANKING TRANSACTIONS. Sec. 5(a)(iii); alt. Executive Order 13846 information: BLOCKING PROPERTY AND INTERESTS IN PROPERTY. Sec. 5(a)(iv); alt. Executive Order 13846 information: IMPORT SANCTIONS. Sec. 5(a)(vi); Residency Number 332623197504107459 (China); Director (individual) [IRAN-EO13846] (Linked To: SINO ENERGY SHIPPING HONGKONG LIMITED).

LINARES CASTILLO, Jose Evaristo (a.k.a. "DON EVARISTO"); DOB 27 Jul 1965; POB Restrepo, Meta, Colombia; Cedula No. 3273595 (Colombia) (individual) [SDNTK].

LINBURG INDUSTRIES LTD., Alpha Centre, Providence Office, Number 22, Mahe, Seychelles; Blanicka 590/3, Vinohrady, Prague 120 000, Czech Republic; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration Number 191335 (Seychelles) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

LINER TRANSPORT KISH (a.k.a. "LTK"), Central Office: Office No. 141, Ground Floor, Kish City Services Building, Kish Island, Iran; Tehran Office: Add: No. 10, 3 Floor, Unit 6, Ebrahimi Junction 8th Bostan St., Tehran, Iran; Tehran Terminal Office: No. 537, Polygam Street, Mahmoud Abad Road, Khavar Shahr, Tehran, Iran; Bandar Abbas Office: No. 7, 1st Floor, Dehghan Building, Shohada (Yadbood) Square, Bandar Abbas, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IFSR].

LINGOE PROCESS ENGINEERING LIMITED, Rm 1902 Easey Commercial Building, Wan Chai, Hong Kong, China; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 20 Feb 2018; Commercial Registry Number 2657710 (Hong Kong) [NPWMD] [IFSR] (Linked To: ZHEJIANG QINGJI IND. CO., LTD).

LINKER FZE, Warehouse A2-037.P, Saif Zone M2, Sharjah International Airport, Sharjah, United Arab Emirates; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian

Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Registration Number 17979 (United Arab Emirates) [RUSSIA-EO14024].

L-INMO, S.A. DE C.V. (a.k.a. L. INMO INMOBILIARIA; a.k.a. L-INMO, SOCIEDAD ANONIMA DE CAPITAL VARIABLE), Distrito Federal, Mexico; Carretera Tepic-Aguamilpa Sin Numero, Fraccion de la Parcela 75 Z-2 P1/1 del ejido de La Cantera, clave catastral 1-7-D21-D3-6215, Tepic, Nayarit, Mexico; Carretera Tepic-Aguamilpa Sin Numero, Fraccion de la Parcela 75 Z-2 P1/1 del ejido de La Cantera, clave catastral 1-7-D21-D3-6218, Tepic, Nayarit, Mexico; R.F.C. LIN1412111Q0 (Mexico) [GLOMAG].

L-INMO, SOCIEDAD ANONIMA DE CAPITAL VARIABLE (a.k.a. L. INMO INMOBILIARIA; a.k.a. L-INMO, S.A. DE C.V.), Distrito Federal, Mexico; Carretera Tepic-Aguamilpa Sin Numero, Fraccion de la Parcela 75 Z-2 P1/1 del ejido de La Cantera, clave catastral 1-7-D21-D3-6215, Tepic, Nayarit, Mexico; Carretera Tepic-Aguamilpa Sin Numero, Fraccion de la Parcela 75 Z-2 P1/1 del ejido de La Cantera, clave catastral 1-7-D21-D3-6218, Tepic, Nayarit, Mexico; R.F.C. LIN1412111Q0 (Mexico) [GLOMAG].

LIPANDIN, Vladimir Vitalievich (Cyrillic: ЛИПАНДИН, Владимир Витальевич) (a.k.a. LIPANDIN, Volodymyr Vitalyovych (Cyrillic: ЛІПАНДІН, Володимир Вітальович)), 10 Mayakovskogo St, Kherson, Kherson Region, Ukraine; DOB 17 Feb 1971; POB Kyiv, Ukraine; nationality Ukraine; Gender Male; Passport TT 103777 (Ukraine); Tax ID No. 2598011553 (Ukraine) (individual) [RUSSIA-EO14024].

LIPANDIN, Volodymyr Vitalyovych (Cyrillic: ЛІПАНДІН, Володимир Вітальович) (a.k.a. LIPANDIN, Vladimir Vitalievich (Cyrillic: ЛИПАНДИН, Владимир Витальевич)), 10 Mayakovskogo St, Kherson, Kherson Region, Ukraine; DOB 17 Feb 1971; POB Kyiv, Ukraine; nationality Ukraine; Gender Male; Passport TT 103777 (Ukraine); Tax ID No. 2598011553 (Ukraine) (individual) [RUSSIA-EO14024].

LIPETSKII MEKHANICHESKII ZAVOD (a.k.a. "OOO LMZ"), ul. Krasnozavodskaya, d. 1, office 201, Lipetsk 398006, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base

pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 4824096058 (Russia); Registration Number 1184827011302 (Russia) [RUSSIA-EO14024].

LIRA SOTELO, Alfonso (a.k.a. BAHENA MARTINEZ, Rogelio; a.k.a. "EL ATLANTE"), Mexico; DOB 24 May 1970; alt. DOB 02 Dec 1970; POB Mexico City, D.F., Mexico; alt. POB Ixtlahuatenco Pedro Ascencio Alquisiras, Guerrero, Mexico; citizen Mexico; Gender Male; Passport G02447186 (Mexico) issued 01 Apr 2010 expires 01 Apr 2016; R.F.C. LISA7005242Y8 (Mexico); National ID No. 25887069638 (Mexico); C.U.R.P. LISA700524HDFRTLL03 (Mexico) (individual) [SDNTK].

LIRA SOTELO, Alma Delia, Mexico; DOB 14 Apr 1972; POB Mexico City, D.F., Mexico; citizen Mexico; Gender Female; C.U.R.P. LISA720414MDFRTLL08 (Mexico) (individual) [SDNTK].

LIRA SOTELO, Javier (a.k.a. "EL CARNICERO"; a.k.a. "EL HANNIBAL"), Mexico; DOB 16 Jul 1965; POB Mexico City, D.F., Mexico; citizen Mexico; Gender Male; C.U.R.P. LISJ650716HDFRTV04 (Mexico); RFC LISJ650716SD0 (Mexico) (individual) [SDNTK].

LISITSYN, Anatoly Ivanovich (Cyrillic: ЛИСИЦЫН, Анатолий Иванович), Russia; DOB 26 Jun 1947; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LISSOVSKI, Sergey Fodorovich (Cyrillic: ЛИСОВСКИЙ, Сергей Фёдорович), Russia; DOB 25 Apr 1960; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LISYUK, Aleksey Vasilyevich (Cyrillic: ЛИСЮК, Алексей Васильевич), Russia; DOB 1984; POB Ussuriysk, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

LITHIUM ELEMENT JOINT STOCK COMPANY (a.k.a. AO LITII ELEMENT), Ul. Im Ordzhonikidze G.K D. 11A, Saratov 410015, Russia; Tax ID No. 6451115083 (Russia); Registration Number 1026402485581 (Russia) [RUSSIA-EO14024].

LITIA COMPANY (a.k.a. LETIA COMPANY (Arabic: شركة ليتيا); a.k.a. LETIA JOINT-STOCK COMPANY L.L.C.; a.k.a. LETIA LIMITED LIABILITY COMPANY), Damascus, Syria; Organization Established Date 10 Jan 2019;

Organization Type: Manufacture of medical and dental instruments and supplies [SYRIA].

LITOGRAFIA VARON, Carrera 34 #35-51, Cali, Valle, Colombia; Matricula Mercantil No 566466-2 (Cali) [SDNTK].

LITVIN, Vladimir Zalmanovich (Cyrillic: ЛИТВИН, Владимир Залманович), 26 2nd Tverskaya Yamskaya Street Apt 30, Moscow 125047, Russia; DOB 30 Mar 1953; POB Irkutsk, Russia; nationality Russia; Gender Male; Passport 530002999 (Russia); National ID No. 4504647853 (Russia) (individual) [RUSSIA-EO14024].

LITVINENKO, Vladimir Stefanovic (a.k.a. LITVINENKO, Vladimir Stefanovich (Cyrillic: ЛИТВИНЕНКО, Владимир Стефанович)), St. Petersburg, Russia; DOB 14 Aug 1955; POB Krasnodar territory, Russia; nationality Russia; Gender Male; Tax ID No. 780151974940 (Russia) (individual) [RUSSIA-EO14024] (Linked To: FEDERAL STATE BUDGET EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SAINT PETERSBURG MINING UNIVERSITY).

LITVINENKO, Vladimir Stefanovich (Cyrillic: ЛИТВИНЕНКО, Владимир Стефанович) (a.k.a. LITVINENKO, Vladimir Stefanovic), St. Petersburg, Russia; DOB 14 Aug 1955; POB Krasnodar territory, Russia; nationality Russia; Gender Male; Tax ID No. 780151974940 (Russia) (individual) [RUSSIA-EO14024] (Linked To: FEDERAL STATE BUDGET EDUCATIONAL INSTITUTION OF HIGHER EDUCATION SAINT PETERSBURG MINING UNIVERSITY).

LITVINIUK, Hennadzievna (a.k.a. LITVINIUK, Irina Gennadievna; a.k.a. LITVINIUK, Iryna), Mihaila Ptashuka 11-72, Minsk, Belarus; DOB 19 Nov 1990; POB Kobrin, Belarus; nationality Belarus; Gender Female; Passport MP4622471 (Belarus) expires 05 Jul 2031; alt. Passport MP3974861 (Belarus) expires 18 Apr 2027; alt. Passport AB2727384 (Belarus) expires 09 Jul 2023; National ID No. 4191190C002PB3 (Belarus) (individual) [GLOMAG].

LITVINIUK, Irina Gennadievna (a.k.a. LITVINIUK, Hennadzievna; a.k.a. LITVINIUK, Iryna), Mihaila Ptashuka 11-72, Minsk, Belarus; DOB 19 Nov 1990; POB Kobrin, Belarus; nationality Belarus; Gender Female; Passport MP4622471 (Belarus) expires 05 Jul 2031; alt. Passport MP3974861 (Belarus) expires 18 Apr 2027; alt. Passport AB2727384 (Belarus) expires 09 Jul 2023; National ID No. 4191190C002PB3 (Belarus) (individual) [GLOMAG].

LITVINIUK, Iryna (a.k.a. LITVINIUK, Hennadzievna; a.k.a. LITVINIUK, Irina Gennadievna), Mihaila Ptashuka 11-72, Minsk, Belarus; DOB 19 Nov 1990; POB Kobrin, Belarus; nationality Belarus; Gender Female; Passport MP4622471 (Belarus) expires 05 Jul 2031; alt. Passport MP3974861 (Belarus) expires 18 Apr 2027; alt. Passport AB2727384 (Belarus) expires 09 Jul 2023; National ID No. 4191190C002PB3 (Belarus) (individual) [GLOMAG].

LITVINOVA, Larisa Anatolievna; DOB 18 Nov 1963 (individual) [MAGNIT].

LITVYAKOVA, Anzhelika Anatolyevna, Russia; DOB 11 Feb 1970; nationality Russia; Gender Female; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 241102625389 (Russia) (individual) [RUSSIA-EO14024].

LIU, Baoxia (Chinese Simplified: 刘保霞) (a.k.a. "LAU, Emily"; a.k.a. "LIU, Emily"), Beijing, China; DOB 10 Sep 1981; POB Shandong, China; nationality China; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Female; Passport G28882492 (China) expires 04 May 2018; National ID No. 370724198109101905 (China) (individual) [NPWMD] [IFSR] (Linked To: SHIRAZ ELECTRONICS INDUSTRIES).

LIU, Cihui (Chinese Simplified: 刘赐蕙) (a.k.a. LAU, Chi Wai (Chinese Traditional: 劉賜蕙); a.k.a. LAU, Edwina; a.k.a. LAU, Edwina Chi Wai), Hong Kong, China; DOB 29 Jul 1965; POB Hong Kong, China; nationality China; Gender Female; Secondary sanctions risk: pursuant to the Hong Kong Autonomy Act of 2020 - Public Law 116-149; Passport HA1338416 (Hong Kong) expires 27 May 2015; National ID No. D5545251 (Hong Kong) (individual) [HK-EO13936].

LIU, Cuiying (Chinese Simplified: 刘翠英; Chinese Traditional: 劉翠英), Dezhou, Shandong, China (Chinese Simplified: 德州市, 山东, China; Chinese Traditional: 德州市, 山東, China); DOB 12 Dec 1955; Gender Female; Chinese Commercial Code 0491 5050 5391; Citizen's Card Number 371482195512120326 (China) (individual) [SDNTK].

LIU, Jhon (a.k.a. KHAZE, Karim; a.k.a. OMAR, Asem; a.k.a. ZAHEDI, Mostafa; a.k.a.

"IBRAHIM, Mohammad"; a.k.a. "IBRAHIM, Mohammed"); DOB 29 Jun 1978; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [NPWMD] [IFSR].

LIVE KER CENTER (a.k.a. LIFE CARE CENTER DOOEL; a.k.a. SISTINA LAJF KEAR SENTAR SKOPJE DOOEL), Skupi 3A, Karposh 1020, North Macedonia, The Republic of; Tax ID No. MK4058012514363 (North Macedonia, The Republic of) [BALKANS-EO14033] (Linked To: SAMSONENKO, Irina).

LIWA AL THOWRA (a.k.a. BANNER OF THE REVOLUTION; a.k.a. LEWAA AL-THAWRA; a.k.a. LIWA AL-THAWRA; a.k.a. LIWA AL-THAWRAH; a.k.a. LIWA' AL-THAWRAH; a.k.a. LIWAA AL-THAWRA; a.k.a. THE REVOLUTION BRIGADE), Qalyubia, Egypt; Monofeya, Egypt [SDGT].

LIWA AL-THAWRA (a.k.a. BANNER OF THE REVOLUTION; a.k.a. LEWAA AL-THAWRA; a.k.a. LIWA AL THOWRA; a.k.a. LIWA AL-THAWRAH; a.k.a. LIWA' AL-THAWRAH; a.k.a. LIWAA AL-THAWRA; a.k.a. THE REVOLUTION BRIGADE), Qalyubia, Egypt; Monofeya, Egypt [SDGT].

LIWA AL-THAWRAH (a.k.a. BANNER OF THE REVOLUTION; a.k.a. LEWAA AL-THAWRA; a.k.a. LIWA AL THOWRA; a.k.a. LIWA AL-THAWRA; a.k.a. LIWA' AL-THAWRAH; a.k.a. LIWAA AL-THAWRA; a.k.a. THE REVOLUTION BRIGADE), Qalyubia, Egypt; Monofeya, Egypt [SDGT].

LIWA' AL-THAWRAH (a.k.a. BANNER OF THE REVOLUTION; a.k.a. LEWAA AL-THAWRA; a.k.a. LIWA AL THOWRA; a.k.a. LIWA AL-THAWRA; a.k.a. LIWA AL-THAWRAH; a.k.a. LIWAA AL-THAWRA; a.k.a. THE REVOLUTION BRIGADE), Qalyubia, Egypt; Monofeya, Egypt [SDGT].

LIWA FATEMIYOUN (a.k.a. FATEMIOUN BRIGADE; a.k.a. FATEMIOUN MILITARY DIVISION; a.k.a. FATEMIYOUN; a.k.a. FATEMIYOUN BATTALION; a.k.a. FATEMIYOUN DIVISION (Arabic: لواء فاطميون); a.k.a. FATEMIYOUN FORCE; a.k.a. FATEMIYYUN), Syria; Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] [IRAN-HR] [SYRIA-EO13894] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

LIWA' SHUHADA' AL-YARMOUK (a.k.a. AL YARMUK BRIGADE; a.k.a. ARMY OF KHALED BIN ALWALEED; a.k.a. BRIGADE OF THE YARMOUK MARTYRS; a.k.a. JAISH KHALED

BIN ALWALEED; a.k.a. JAYSH KHALED BIN AL WALID; a.k.a. JAYSH KHALID BIN-AL-WALID; a.k.a. KATIBAH SHUHADA' AL-YARMOUK; a.k.a. KHALID BIN AL-WALEED ARMY; a.k.a. KHALID BIN AL-WALID ARMY; a.k.a. KHALID BIN-AL-WALID ARMY; a.k.a. KHALID IBN AL-WALID ARMY; a.k.a. MARTYRS OF YARMOUK; a.k.a. SHOHADAA AL-YARMOUK BRIGADE; a.k.a. SHUHADA AL YARMOUK BRIGADE; a.k.a. SHUHDA AL-YARMOUK; a.k.a. SUHADA'A AL-YARMOUK BRIGADE; a.k.a. YARMOUK BRIGADE; a.k.a. YARMOUK MARTYRS BRIGADE; a.k.a. "LSY"; a.k.a. "YMB"), Yarmouk Valley, Daraa Province, Syria [SDGT].

LIWA ZAYNABIYOUN (a.k.a. ZAYNABIYOUN BRIGADE; a.k.a. ZEYNABIYUN BRIGADE; a.k.a. ZEYNABIYYUN; a.k.a. ZEYNABIYYUN BRIGADE), Syria; Iran; Additional Sanctions Information - Subject to Secondary Sanctions [SDGT] [IRGC] [IFSR] [IRAN-HR] (Linked To: ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)-QODS FORCE).

LIWAA AL-THAWRA (a.k.a. BANNER OF THE REVOLUTION; a.k.a. LEWAA AL-THAWRA; a.k.a. LIWA AL THOWRA; a.k.a. LIWA AL-THAWRA; a.k.a. LIWA AL-THAWRAH; a.k.a. LIWA' AL-THAWRAH; a.k.a. THE REVOLUTION BRIGADE), Qalyubia, Egypt; Monofeya, Egypt [SDGT].

LIWINAG, Armando (a.k.a. SISON, Jose Maria), Netherlands; DOB 08 Feb 1938; POB Llocos Sur Northern Luzon, Philippines (individual) [SDGT].

LIZARRAGA MARTINEZ, Victor (a.k.a. "El 20"; a.k.a. "El Veinte"), Tacuichamona, Culiacan, Sinaloa, Mexico; Pueblos Unidos, Culiacan, Sinaloa, Mexico; DOB 23 Mar 1972; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LIMV720323HSLZRC07 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LIZARRAGA SANCHEZ, Karla Gabriela (a.k.a. "LIZARRAGA, Gaby"), Mexico; DOB 14 Jun 1993; POB Sinaloa, Mexico; nationality Mexico; Gender Female; C.U.R.P. LISK930614MSLZNR04 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LIZASO, Jurdan Martitegui (a.k.a. MARTITEGUI, Jurdan; a.k.a. "ARLAS"); DOB 10 May 1980; POB Durango, Vizcaya, Spain; nationality Spain; National ID No. 45 626 584 (Spain) (individual) [SDGT].

LIZINGOVAYA KOMPANIYA KAMAZ PAO (a.k.a. KAMAZ LEASING CO OAO; a.k.a.

KAMAZ LEASING COMPANY INC.; a.k.a. LEASING COMPANY KAMAZ INCORPORATED), PR-KT Avtozavodskii D. 2, Naberezhnyye Chelny 423827, Russia; Prospect Avtozavodskii, 2, Naberezhnyye Chelny, Tatarstan 423827, Russia; Organization Established Date 31 Aug 2005; Tax ID No. 1650130591 (Russia); Government Gazette Number 78681685 (Russia); Registration Number 1051614089944 (Russia) [RUSSIA-EO14024].

LKCK (a.k.a. NATIONAL MOVEMENT FOR THE LIBERATION OF KOSOVO) [BALKANS].

LLADROVICI, Ramiz; DOB 03 Jan 1966 (individual) [BALKANS].

LLANOS GAZIA, Jorge Luis (a.k.a. LLANOS GAZZIA, Jorge Luis), c/o AUDIO ALARMAS, S.A. DE C.V., Zapopan, Jalisco, Mexico; c/o BASALTOS TONALA, S.A. DE C.V., Tonala, Jalisco, Mexico; Avenida Lomas del Bosque No. 2700-42, Zapopan, Jalisco, Mexico; Calle Palmas No. 42, Colonia Lomas del Bosque, Zapopan, Jalisco C.P. 45110, Mexico; Jamundi, Colombia; Asuncion No. 747 Int. 702, Providencia, Guadalajara, Jalisco C.P. 44630, Mexico; DOB 20 Jun 1957; POB Cali, Colombia; nationality Italy; citizen Colombia; alt. citizen Mexico; Cedula No. 16446807 (Colombia); R.F.C. LAGJ570620KV4 (Mexico); Credencial electoral LLGZJR57062088H900 (Mexico); C.U.R.P. LAGJ570620HNELZR00 (Mexico) (individual) [SDNTK].

LLANOS GAZZIA, Jorge Luis (a.k.a. LLANOS GAZIA, Jorge Luis), c/o AUDIO ALARMAS, S.A. DE C.V., Zapopan, Jalisco, Mexico; c/o BASALTOS TONALA, S.A. DE C.V., Tonala, Jalisco, Mexico; Avenida Lomas del Bosque No. 2700-42, Zapopan, Jalisco, Mexico; Calle Palmas No. 42, Colonia Lomas del Bosque, Zapopan, Jalisco C.P. 45110, Mexico; Jamundi, Colombia; Asuncion No. 747 Int. 702, Providencia, Guadalajara, Jalisco C.P. 44630, Mexico; DOB 20 Jun 1957; POB Cali, Colombia; nationality Italy; citizen Colombia; alt. citizen Mexico; Cedula No. 16446807 (Colombia); R.F.C. LAGJ570620KV4 (Mexico); Credencial electoral LLGZJR57062088H900 (Mexico); C.U.R.P. LAGJ570620HNELZR00 (Mexico) (individual) [SDNTK].

LLANOTOUR LTDA. (a.k.a. HOSTERIA LLANOGRANDE), Carretera Las Palmas cruce Aeropuerto Km. 3, Rionegro, Antioquia, Colombia; NIT # 890941440-4 (Colombia) [SDNT].

LLC 24X7 PANOPTES (Cyrillic: OOO 24X7 ПАНОПТЕС) (a.k.a. 24X7 PANOPTES; a.k.a. OOO 24X7 PANOPTES), Platonova st. 20B-2, Minsk 220005, Belarus (Cyrillic: ул. Платонова, 20Б-2, Минск 220005, Belarus); Registration Number 192603494 (Belarus) [BELARUS-EO14038].

LLC A INVEST (Cyrillic: OOO А ИНВЕСТ), d. 3A str. 6 etazh 2 pom. 5, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Tax ID No. 9704171584 (Russia); Registration Number 1227700669350 (Russia) [RUSSIA-EO14024].

LLC ABZ BELYI RAST (Cyrillic: OOO АБЗ БЕЛЫЙ РАСТ), 163 Belyi Rast Village, Dmitrovskiy, Moscow Region, Russia; d. 130 k. 1 pom. XVI, shosse Leningradskoe, Moscow 125445, Russia; Tax ID No. 7734391431 (Russia); Registration Number 1167746903830 (Russia) [RUSSIA-EO14024].

LLC ACTIVEBUSINESSCOLLECTION (a.k.a. AKTIVBIZNESKOLLEKSHN, OOO; a.k.a. LIMITED LIABILITY COMPANY ACTIVE BUSINESS CONSULT; a.k.a. LIMITED LIABILITY COMPANY ACTIVEBUSINESSCOLLECTION; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AKTIVBIZNESKOLLEKSHN; a.k.a. "ABC LLC"), 19 Vavilova St., Moscow 117997, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1137746390572 (Russia); Tax ID No. 7736659589 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LLC ADDITIVE ENGINEERING (a.k.a. ADDITIVNYI INZHINIRING), Pr-Kt Volgogradskii D. 42, Str. 24, Moscow 109316, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7703465098 (Russia); Registration Number 1187746795004 (Russia) [RUSSIA-EO14024].

LLC AEON DEVELOPMENT (Cyrillic: OOO АЕОН ДЕВЕЛОПМЕНТ), d. 3A str. 4, ul, 1-Ya Frunzenskaya, Moscow 119146, Russia; Tax ID No. 7704640264 (Russia); Registration Number 5077746304136 (Russia) [RUSSIA-EO14024] (Linked To: LLC AEON HOLDING DEVELOPMENT).

LLC AEON HOLDING DEVELOPMENT (Cyrillic: OOO АЕОН ХОЛДИНГ ДЕВЕЛОПМЕНТ), d. 3A str. 6, etazh 1 pom. 29, ul. 1-Ya Frunzenskaya, Moscow 119146, Russia; Tax ID No. 7704365995 (Russia); Registration Number 1167746703850 (Russia) [RUSSIA-EO14024].

LLC AG TERMINAL (a.k.a. AG TERMINAL OOO; a.k.a. AVIA GROUP TERMINAL LIMITED LIABILITY COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AVIA GRUPP TERMINAL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АВИА ГРУПП ТЕРМИНАЛ)), Ter. Aeroport Sheremetyevo, Khimki, Moscovskaya Oblast 141400, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13661] (Linked To: AVIA GROUP LLC).

LLC ALABUGA EXIM (Cyrillic: OOO АЛАБУГА ЭКСИМ) (a.k.a. LIMITED LIABILITY COMPANY ALABUGA EXIM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛАБУГА ЭКСИМ)), ul. Sh-2 (OEZ Alabuga Ter.), Str. 5/12, Pomeshch. 102, Yelabuga, Republic of Tatarstan 423601, Russia (Cyrillic: УЛ Ш-2 (ТЕР. ОЭЗ АЛАБУГА), СТР. 5/12, ПОМЕЩ. 102, Елабуга, Республика Татарстан 423601, Russia); Organization Established Date 03 Oct 2022; Organization Type: Other transportation support activities; Tax ID No. 1674003017 (Russia); Government Gazette Number 78356100 (Russia); Registration Number 1221600079634 (Russia) [RUSSIA-EO14024].

LLC ALABUGA MACHINERY (Cyrillic: OOO АЛАБУГА МАШИНЕРИ) (a.k.a. LIMITED LIABILITY COMPANY ALABUGA MACHINERY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛАБУГА МАШИНЕРИ)), Ter. OEZ Alabuga, ul. Sh-2, 5/12, Pomeshch. 110, Yelabuga, Volga federal region, Tatarstan, Russia; Organization Established Date 03 Oct 2022; Tax ID No. 1674003000 (Russia); Registration Number 1221600079623 (Russia); alt. Registration Number 78358398 (Russia) [RUSSIA-EO14024] (Linked To: JOINT STOCK COMPANY SPECIAL ECONOMIC ZONE OF INDUSTRIAL PRODUCTION ALABUGA).

LLC ALGORITM (Cyrillic: ООО АЛГОРИТМ) (a.k.a. LIMITED LIABILITY COMPANY ALGORITM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АЛГОРИТМ)), 33 Pobedy Avenue, Cherepovets, Vologda Region 162614, Russia; Tax ID No. 3528112847 (Russia); Registration Number 1063528067272 (Russia) [RUSSIA-EO14024] (Linked To: MORDASHOV, Alexey Aleksandrovich).

LLC ALTRABETA, Per. 1-I Verkhnii d. 6, lit. A, office 211, Saint Petersburg 194292, Russia; Tax ID No. 7802646313 (Russia); Registration Number 1177847399498 (Russia) [RUSSIA-EO14024].

LLC APPLICATA (a.k.a. APPLIKATA; a.k.a. "3D FORMAT"), Pr-D Stroitelnyi D. 7A, K. 28, Pomeshch. 219, Moscow 125362, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7733287011 (Russia); Registration Number 1167746511008 (Russia) [RUSSIA-EO14024].

LLC ARKTICHESKAYA PEREVALKA (a.k.a. ARCTIC TRANSSHIPMENT LIMITED LIABILITY COMPANY (Cyrillic: АРКТИЧЕСКАЯ ПЕРЕВАЛКА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ); a.k.a. LLC NOVATEK ZAPADNAYA ARKTIKA), 59 Leninskaya Street, Office 705, Petropavlovsk-Kamchatskiy, Kamchatskiy Territory 683001, Russia; Spolokhi Street, Building 4A, Floor 4, Room 14, Murmansk, Murmansk Region 183025, Russia; Tax ID No. 5190080642 (Russia); Registration Number 1195190002875 (Russia) [RUSSIA-EO14024].

LLC ARMZ MINING MACHINES (Cyrillic: ООО АРМЗ ГОРНЫЕ МАШИНЫ) (a.k.a. ARMZ MINING MACHINERY; f.k.a. LLC FIRMA GEOSTAR), 1 Avtodoroga N 46, Office 47, 48, Krasnokamensk Municipal Regional City, Zabaykalskiy Territory 674674, Russia; Tax ID No. 5213000558 (Russia); Registration Number 1025201099032 (Russia) [RUSSIA-EO14024].

LLC ASTEKLING (a.k.a. LIMITED LIABILITY COMPANY ASTECLING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АСТЕКЛИНГ)), 10 Naberezhnaya Presnenskaya, Moscow 123112, Russia; Tax ID No. 9703017678 (Russia); Registration Number 1207700340594 (Russia) [RUSSIA-EO14024].

LLC ATLANT S (Cyrillic: ООО АТЛАНТ С) (a.k.a. ATLANT S LIMITED; a.k.a. ATLANT S OOO; a.k.a. LIMITED LIABILITY COMPANY ATLANT S (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АТЛАНТ С)), et 1 pom 1 kom 17, dom 20, ulitsa Pleshcheyeva, Moscow 127560, Russia; Organization Established Date 16 Mar 1992; Tax ID No. 7715023288 (Russia); Registration Number 1027700084312 (Russia) [RUSSIA-EO14024] (Linked To: PUCHKOV, Andrey Sergeyevich).

LLC AUKCION (a.k.a. AUCTION LIMITED LIABILITY COMPANY; a.k.a. AUKCION LIMITED LIABILITY COMPANY; a.k.a. AUKTSION OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU AUKTSION), d.14 shosse Entuziastov, Moscow 111024, Russia; Room 12, room IB, ground floor, 32 Leninsky Ave, Moscow, Russia; Website www.aukcion-sbrf.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1027700256297 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LLC BAIKAL CENTER (a.k.a. BAIKAL.TSENTR; a.k.a. TSENTR RAZVITIYA BAIKALSKOGO REGIONA), Vozdvizhenka d. 7/6, str. 1, pomeshch. 10, Moscow 119019, Russia; Tax ID No. 7704732846 (Russia); Registration Number 1097746515240 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC BALTINFOCOM (a.k.a. BALTINFOKOM; a.k.a. LIMITED LIABILITY COMPANY BALTINFOCOM; a.k.a. LIMITED LIABILITY COMPANY BALTINFOKOM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БАЛТИНФОКОМ); a.k.a. OOO BALTINFOKOM), Pr-Kt Yaroslavskii D.78, Lit. A, Pom.19N, Saint Petersburg 194214, Russia; 7H, 71, Komstromskoy Avenue, Saint Petersburg 194214, Russia; Website www.baltinfocom.ru; Organization Established Date 06 Jul 2007; Organization Type: Other information technology and computer service activities; Tax ID No.

7810481785 (Russia); Registration Number 1077847481535 (Russia) [RUSSIA-EO14024].

LLC BELINVEST-ENGINEERING (a.k.a. BELINVEST-ENGINEERING; a.k.a. BELINVEST-INZHINIRING OOO; a.k.a. LIMITED LIABILITY COMPANY BELINVEST-ENGINEERING), 2 Melnikaite Str., office 10, Minsk 220004, Belarus; Organization Established Date 01 Jun 2011; Registration Number 191450284 (Belarus) [BELARUS-EO14038] (Linked To: BELARUSSIAN BANK OF DEVELOPMENT AND RECONSTRUCTION BELINVESTBANK JOINT STOCK COMPANY).

LLC BELKAZTRANS (a.k.a. BELKAZTRANS (Cyrillic: БЕЛКАЗТРАНС); a.k.a. LIMITED LIABILITY COMPANY BELKAZTRANS; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU BELKAZTRANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛКАЗТРАНС); a.k.a. OOO BELKAZTRANS (Cyrillic: ООО БЕЛКАЗТРАНС); a.k.a. TAA BELKAZTRANS (Cyrillic: ТАА БЕЛКАЗТРАНС); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU BELKAZTRANS (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ БЕЛКАЗТРАНС)), pr-t Pobediteli, d. 20 korpus 3, pom. 215, Minsk 220020, Belarus (Cyrillic: пр-т Победителей, д. 20 корпус 3, пом. 215, г. Минск 220020, Belarus); Organization Established Date 26 Oct 2010; Registration Number 191434523 (Belarus) [BELARUS].

LLC BP INZHINIRING (Cyrillic: ООО БП ИНЖИНИРИНГ), d. 14 str. 2 etazh 1 pom. I kom. 28, ul. Bolshaya Novodmitrovskaya, Moscow 127015, Russia; Tax ID No. 9715387264 (Russia); Registration Number 1207700264750 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY INFRASTRUCTURE CORPORATION AEON).

LLC BSP GLOBAL (a.k.a. BSP SECURITY; a.k.a. LIMITED LIABILITY COMPANY BSP GLOBAL), ul. Im Selezneva d. 2, k. 5, pomeshch. 5/1, Krasnodar 350059, Russia; ul. Im Shevchenko, d. 152/4, pomeshchenie 204/2, Krasnodar 350001, Russia; Tax ID No. 2309154426 (Russia); Registration Number 1172375014470 (Russia) [RUSSIA-EO14024].

LLC BUDGET CARRIER (Cyrillic: ООО БЮДЖЕТНЫЙ ПЕРЕВОЗЧИК) (a.k.a. LIMITED LIABILITY COMPANY AVIAKOMPANIYA POBEDA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ АВИАКОМПАНИЯ

ПОБЕДА); a.k.a. POBEDA AIRLINES), Kilometr Kievskoe Shosse 22-I (P Moskovskii), Domovladen 4, Stroenie 1, Moskovsky 108811, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9705001313 (Russia); Registration Number 5147746103380 (Russia) [RUSSIA-EO14024].

LLC CHELYABINSK TRACTOR PLANT URALTRAK (a.k.a. CHTZ URALTRAK), 3 Lenin Ave, office 1, Chelyabinsk 454007, Russia; Tax ID No. 7452027843 (Russia); Registration Number 1027403766830 (Russia) [RUSSIA-EO14024].

LLC CHGLM (a.k.a. LIMITED LIABILITY COMPANY CHARTER GREEN LIGHT MOSCOW (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЧАРТЕР ГРИН ЛАЙТ МОСКВА)), Nauchny Proezd, 19 Business Center 9 Acrov, Moscow 117246, Russia; Organization Established Date 2015; Tax ID No. 7701088013 (Russia) [RUSSIA-EO14024].

LLC CITYIMPEX (a.k.a. CITIIMPEX; a.k.a. SITIIMPEKS), Ul. Leninskaya Sloboda D. 26, Pomeshch 32/124, Moscow 115280, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9725112364 (Russia); Registration Number 1237700066900 (Russia) [RUSSIA-EO14024].

LLC CMT CRIMEA (a.k.a. KRYM SMT OOO LLC; a.k.a. OOO 'CMT-K'; a.k.a. OOO 'SMT-K'; a.k.a. SMT-CRIMEA; a.k.a. SMT-K; a.k.a. SOVMORTRANS-CRIMEA), ul. Zoi Zhiltsovoy, d. 15, office 51, Simferopol, Crimea, Ukraine; Vokzalnoye Highway 140, Kerch, Ukraine; Anapskoye Highway 1, Temryuk, Russia; Email Address info@smt-k.ru; alt. Email Address info@parom-k.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

LLC COMMERCIAL BANK AGROSOYUZ (Cyrillic: ООО КОММЕРЧЕСКИЙ БАНК АГРОСОЮЗ; Cyrillic: ООО КБ АГРОСОЮЗ) (a.k.a. AGROSOYUZ (Cyrillic: АГРОСОЮЗ);

a.k.a. AGROSOYUZ LLC (Cyrillic: АГРОСОЮЗ ООО); a.k.a. COMMERCIAL BANK AGROSOYUZ (Cyrillic: КОММЕРЧЕСКИЙ ВАНК АГРОСОЮЗ)), Ulanskiy pereulok, number 13 building 1, Moscow 101000, Russia; SWIFT/BIC AGSZRU31; alt. SWIFT/BIC AGSZRU33; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214 [DPRK4].

LLC COMMERCIAL BANK ROSTFINANCE (a.k.a. BANK ROSTFINANCE; a.k.a. KAVKAZSKY KOMSELKHOZBANK; a.k.a. OOO CB ROSTFINANS; a.k.a. ROSTFINANS), St 1st Mayskaya, 13a/11a, Rostov-on-Don 344037, Russia; SWIFT/BIC ROSFRU2A; Website www.rostfinance.ru; Target Type Financial Institution; Tax ID No. 2332006024 (Russia); Legal Entity Number 253400LTWKWWN6SQCF62; Registration Number 1022300003021 (Russia) [RUSSIA-EO14024].

LLC COMPANY RUSMARKET (a.k.a. KOMPANIYA RUSMARKET), Ul. Dekabristov D. 2, K. 2, Kv. 115, Moscow 127562, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9710035597 (Russia); Registration Number 1177746959950 (Russia) [RUSSIA-EO14024].

LLC COMPANY TEKHNOPOL (a.k.a. LLC KOMPANIYA TEKHNOPOL; a.k.a. TECHNOPOLE COMPANY), 5-183 Entuziastov Str., Dubna 141980, Russia; Organization Established Date 1992; Tax ID No. 5010027226 (Russia); Registration Number 1025001414283 (Russia) [RUSSIA-EO14024].

LLC CONCORD MANAGEMENT AND CONSULTING (a.k.a. KONKORD MENEDZHMENT I KONSALTING, OOO; a.k.a. LIMITED LIABILITY COMPANY CONCORD MANAGEMENT AND CONSULTING; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU KONKORD MENEDZHMENT I KONSALTING), D. 13 Litera A, Pom. 2-N N4, Naberezhnaya Reki Fontanki, St. Petersburg 191011, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or

589.209; Registration ID 1037843002515 [UKRAINE-EO13661] [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC).

LLC CONSOL-STROI LTD (a.k.a. LIMITED LIABILITY COMPANY CONSTRUCTION COMPANY CONSOL-STROI LTD; a.k.a. LIMITED LIABILITY COMPANY KONSTRUCTION COMPANY KONSOL STROI LTD; a.k.a. LLC CONSOL-STROI LTD CONSTRUCTION COMPANY; a.k.a. LLC SK CONSOL-STROI LTD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STROITELNAYA KOMPANIYA KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD, OOO; a.k.a. STROITELNAYA KOMPANIYA KONSOL-STROI LTD), House 16, Borodina Street, Simferopol, Crimea 295033, Ukraine; Website consolstroy.ru; alt. Website consol-stroi.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102070229 (Russia); Government Gazette Number 00823523 (Russia); Registration Number 1159102014170 (Russia) [UKRAINE-EO13685].

LLC CONSOL-STROI LTD CONSTRUCTION COMPANY (a.k.a. LIMITED LIABILITY COMPANY CONSTRUCTION COMPANY CONSOL-STROI LTD; a.k.a. LIMITED LIABILITY COMPANY KONSTRUCTION COMPANY KONSOL STROI LTD; a.k.a. LLC CONSOL-STROI LTD; a.k.a. LLC SK CONSOL-STROI LTD; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STROITELNAYA KOMPANIYA KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD, OOO; a.k.a. STROITELNAYA KOMPANIYA KONSOL-STROI LTD), House 16, Borodina Street, Simferopol, Crimea 295033, Ukraine; Website consolstroy.ru; alt. Website consol-stroi.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102070229 (Russia); Government Gazette Number 00823523 (Russia); Registration Number 1159102014170 (Russia) [UKRAINE-EO13685].

LLC DKO ELEKTRONSCHIK (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVENNOSTYU DOM KOMPONENTOV I OBORUDOVANIYA ELEKTRONSCHIK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДОМ

КОМПОНЕНТОВ И ОБОРУДОВАНИЯ ЭЛЕКТРОНЩИК)), 23 Novokhokhlovskaya St., Building 1, Office 324, Moscow 109052, Russia; Organization Established Date 04 Apr 2005; Tax ID No. 7725535824 (Russia); Registration Number 1057746560970 (Russia) [RUSSIA-EO14024].

LLC DUBAI WATER FRONT (f.k.a. BELINTE ROBE; f.k.a. BELINTE ROBES; f.k.a. JOINT LIMITED LIABILITY COMPANY BELINTE-ROBA (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ БЕЛИНТЕ-РОБА); a.k.a. LIMITED LIABILITY COMPANY DUBAI WATER FRONT; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU DUBAI VOTER FRONT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ДУБАЙ ВОТЕР ФРОНТ); a.k.a. ООО DUBAI VOTER FRONT (Cyrillic: ООО ДУБАЙ ВОТЕР ФРОНТ); a.k.a. ТАА DUBAI VOTER FRONT (Cyrillic: ТАА ДУБАЙ ВОТЕР ФРОНТ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU DUBAI VOTER FRONT (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ДУБАЙ ВОТЕР ФРОНТ), ul. Petra Mstislavtsa, d. 9, pom. 10 (kabinet 34), Minsk 220114, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10 (кабинет 34), г. Минск 220114, Belarus); Organization Established Date 30 Mar 2004; Registration Number 190527399 (Belarus) [BELARUS-EO14038].

LLC ECHELON INNOVATIONS (a.k.a. ESHELON INNOVATSII; a.k.a. LIMITED LIABILITY COMPANY ECHELON INNOVATIONS (Cyrillic: ЭШЕЛОН ИННОВАЦИИ)), Ul. Elektrozavodskaya d. 24, Moscow 107023, Russia; Organization Established Date 29 Aug 2013; Tax ID No. 7718945192 (Russia); Registration Number 1137746780490 (Russia) [RUSSIA-EO14024].

LLC ECO SHIPPING (a.k.a. ECO SHIPPING LLC RUS; a.k.a. EKO SHIPPING LIMITED LIABILITY COMPANY), Office 207, ul Karla Marksa 15, Arkhangelsk 162000, Russia; d. 8 str. 1, Prichalnaya Isakogorki, Arkhangelsk 163035, Russia; Tax ID No. 2901223574 (Russia); Registration Number 1122901001475 (Russia) [RUSSIA-EO14024].

LLC ELSITON KOMPONENT, ul. Nikitina d. 20, office 409, Novosibirsk 630009, Russia; Tax ID No. 5405453030 (Russia); Registration Number 1125476064779 (Russia) [RUSSIA-EO14024].

LLC EMIRATES BLUE SKY (f.k.a. FOREIGN LIMITED LIABILITY COMPANY ZOMEX INVESTMENT (Cyrillic: ИНОСТРАННОЕ ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗОМЕКС ИНВЕСТМЕНТ); a.k.a. LIMITED LIABILITY COMPANY EMIRATES BLUE SKY; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU EMIREITS BLYU SKAI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. ООО EMIREITS BLYU SKAI (Cyrillic: ООО ЭМИРЕЙТС БЛЮ СКАЙ); a.k.a. ТАА EMIREITS BLYU SKAI (Cyrillic: ТАА ЭМИРЭЙТС БЛЮ СКАЙ); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU EMIREITS BLYU SKAI (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ЭМІРЭЙТС БЛЮ СКАЙ); f.k.a. "ZOMEX"), ul. Petra Mstislavtsa, d. 9, pom. 10-44, Minsk 220076, Belarus (Cyrillic: ул. Петра Мстиславца, д. 9, пом. 10-44, г. Минск 220076, Belarus); Organization Established Date 08 Sep 2008; Registration ID 191061449 (Belarus) [BELARUS-EO14038].

LLC ENGINE OF PROGRESS (a.k.a. DVIGATEL PROGRESSA; a.k.a. "LIDER 3D"), Sh. Varshavskoe D. 17, Str. 6, Kom. 18, Moscow 117105, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6230114074 (Russia); Registration Number 1196234010719 (Russia) [RUSSIA-EO14024].

LLC ETALON PRO, ul. Lenina d. 146, office 203, Izhevsk 426075, Russia; Tax ID No. 1841055627 (Russia); Registration Number 1151832011561 (Russia) [RUSSIA-EO14024].

LLC EVROMIKROTEKH (a.k.a. EUROMICROTECH; a.k.a. "EMT OOO"), ul. Vaneeva d. 205, office 506, Nizhniy Novgorod 603122, Russia; Tax ID No. 5262367076 (Russia); Registration Number 1195275054523 (Russia) [RUSSIA-EO14024].

LLC EXPERIMENTAL DESIGN OFFICE AVIAAUTOMATIKA (a.k.a. AVIAAVTOMATIKA NAMED AFTER V. TARASOV JSC), Zapolnaya st., 47, Kursk 305040, Russia; Organization Established Date 16 Oct 2006; Tax ID No. 4632071042 (Russia); Registration Number 1064632050152 (Russia) [RUSSIA-EO14024].

LLC F2 INNOVATIONS, Ul. Akademika Koroleva D. 21D, Perm 614068, Russia; Tax ID No. 9731015129 (Russia); Registration Number 1187746926333 (Russia) [RUSSIA-EO14024].

LLC FIBET NAMI (Cyrillic: ООО ФИБЕТ НАМИ) (a.k.a. LIMITED LIABILITY COMPANY FIBET NAMI ADVANCED ENGINEERING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ФИБЕТ НАМИ ПЕРЕДОВОЙ ИНЖЕНИРИНГ)), 2 Avtomotornaya Street, Building 1, Office 221, Moscow 125438, Russia; Tax ID No. 7743345640 (Russia); Registration Number 1207700302545 (Russia) [RUSSIA-EO14024].

LLC FIRMA GEOSTAR (a.k.a. ARMZ MINING MACHINERY; a.k.a. LLC ARMZ MINING MACHINES (Cyrillic: ООО АРМЗ ГОРНЫЕ МАШИНЫ)), 1 Avtodoroga N 46, Office 47, 48, Krasnokamensk Municipal Regional City, Zabaykalskiy Territory 674674, Russia; Tax ID No. 5213000558 (Russia); Registration Number 1025201099032 (Russia) [RUSSIA-EO14024].

LLC FORTA (Cyrillic: ООО ФОРТА) (a.k.a. FORTA ENGINEERING CENTER LLC), 4 Shvernika Street, Building 2, Floor 6, Suite I, Room 612, Moscow 117036, Russia; Organization Established Date 04 Jun 2019; Tax ID No. 7727420642 (Russia); Registration Number 1197746359271 (Russia) [RUSSIA-EO14024].

LLC GALIKA CENTER TEKHNOLOGII I SERVIS (a.k.a. LIMITED LIABILITY COMPANY GALIKA TSENTR TEKHNOLOGI I SERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАЛИКА ЦЕНТР ТЕХНОЛОГИЙ И СЕРВИС); a.k.a. LLC GALIKA TSTS (Cyrillic: ООО ГАЛИКА ЦТС)), d. 38A, etazh 4, ofis 401, Moskovskaya, Khimki 141420, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7714837936 (Russia); Registration Number 1117746311385 (Russia) [RUSSIA-EO14024].

LLC GALIKA TSTS (Cyrillic: ООО ГАЛИКА ЦТС) (a.k.a. LIMITED LIABILITY COMPANY GALIKA TSENTR TEKHNOLOGI I SERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГАЛИКА ЦЕНТР ТЕХНОЛОГИЙ И СЕРВИС); a.k.a. LLC GALIKA CENTER TEKHNOLOGII I SERVIS), d. 38A, etazh 4, ofis 401, Moskovskaya, Khimki

141420, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7714837936 (Russia); Registration Number 1117746311385 (Russia) [RUSSIA-EO14024].

LLC GARANT-SV (a.k.a. GARANT-SV; a.k.a. GARANT-SV LIMITED LIABILITY COMPANY; a.k.a. GARANT-SV LLC; a.k.a. GARANT-SV, OOO; a.k.a. LIMITED LIABILITY COMPANY GARANT-SV; a.k.a. OOO GARANT-SV), House 9, Generala Ostryakova Street, Opolznevoye Village, Yalta, Crimea 298685, Ukraine; 9, Generala Ostryakova St., Opolznevoye, Yalta, Crimea 298685, Ukraine; Website http://mriyaresort.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9103007830 (Russia); Registration Number 1149102066740 (Russia) [UKRAINE-EO13685].

LLC GEOPROMAINING (Cyrillic: ООО ГЕОПРОМАЙНИНГ), d. 58 etazh 10 kom. 11, 12,16, prospekt Nakhimovski, Moscow 117335, Russia; Tax ID No. 7706683947 (Russia); Registration Number 1087746303479 (Russia) [RUSSIA-EO14024] (Linked To: LLC HOLDING GPM).

LLC GLOBALVOENTRAIDING LTD (a.k.a. GLOBALVOENTREIDING LTD OOO; a.k.a. LIMITED LIABILITY COMPANY GLOBALVOENTREYDING LTD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ГЛОБАЛВОЕНТРЕЙДИНГ ЛТД)), 3 1-Ya Rybinskaya Street, Building 1, Floor 4, Office 9/2, Moscow 107113, Russia; Organization Established Date 22 Oct 2002; Tax ID No. 7709388844 (Russia); Registration Number 1027709015641 (Russia) [RUSSIA-EO14024].

LLC GROUP 99 (Cyrillic: ООО ГРУППА 99) (a.k.a. "GRUPPA 99"), 57 Dubinskaya St., Bldg 3, Moscow 115054, Russia; Organization Established Date 2012; Tax ID No. 7731141263 (Russia); Registration Number 1117746608462 (Russia) [RUSSIA-EO14024].

LLC GRUPPA AKVARIUS (a.k.a. LIMITED LIABILITY COMPANY GROUP OF COMPANIES AKVARIUS; a.k.a. LLC PRODUCTION COMPANY AQUARIUS; a.k.a. "AQUARIUS"), Vl6str1 22 km Kiyevskoye Highway, Moscow 119027, Russia; Kievskoe

Shosse, 22-km, 6, Bldg. 1, Moscow 108811, Russia; Organization Established Date 09 Jan 2003; Tax ID No. 7701321693 (Russia); Registration Number 1037701002217 (Russia) [RUSSIA-EO14024].

LLC GUDZON SHIPPING CO (a.k.a. GUDZON SHIPPING CO LLC; a.k.a. OOO GUDZON SHIPPING CO; a.k.a. SK GUDZON, OOO), ul Tigorovaya 20A, Vladivostok, Primorskiy kray 690091, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Company Number IMO 5753988 [DPRK4].

LLC HOLDING GPM (Cyrillic: ООО ХОЛДИНГ ГПМ), d. 18 pom. 20N/5 ofis 6E, ul. Izumrudnaya, Moscow 129346, Russia; Tax ID No. 7716978587 (Russia); Registration Number 1237700115564 (Russia) [RUSSIA-EO14024].

LLC IC ABROS (a.k.a. THE LIMITED LIABILITY COMPANY INVESTMENT COMPANY ABROS), 2 Liter a Pl. Rastrelli, St. Petersburg 191124, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Government Gazette Number 72426791; Telephone: 7812 3358979 [UKRAINE-EO13661].

LLC IK MMK-FINANS (Cyrillic: ООО ИК ММК-ФИНАНС) (a.k.a. IK MMK-FINANS; a.k.a. INVESTITSIONNAYA KOMPANIYA MMK-FINANS; a.k.a. LIMITED LIABILITY COMPANY INVESTMENT COMPANY MMK-FINANS; a.k.a. MMK-FINANS OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNAYA KOMPANIYA MMK-FINANS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНВЕСТИЦИОННАЯ КОМПАНИЯ ММК-ФИНАНС); f.k.a. RASCHETNO-FONDOVY TSENTR, ZAKRYTOE AKTSIONERNOE OBSHCHESTVO INVESTITSIONNAYA KOMPANIYA), 70, ul. Kirova Magnitogorsk, Chelyabinskaya Obl. 455019, Russia; Organization Established Date 08 May 1996; Tax ID No. 7446045354 (Russia); Government Gazette Number 34565086 (Russia); Registration Number 1057421016047 (Russia) [RUSSIA-EO14024] (Linked To: PUBLICHNOE AKTSIONERNOE OBSCHESTVO MAGNITOGORSKIY METALLURGICHESKIY KOMBINAT).

LLC INFORION (a.k.a. INFORION OOO; a.k.a. LIMITED LIABILITY COMPANY INFORION (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНФОРИОН)), Ul. Bolshaya Semenovskaya d. 45, Moscow 107023, Russia; Website inforion.ru; Organization Established Date 17 Feb 2006; Organization Type: Other information technology and computer service activities; Tax ID No. 7715592358 (Russia); Registration Number 1067746288323 (Russia) [RUSSIA-EO14024].

LLC INFRASTRUCTURE MOLZHANINOVO (Cyrillic: ООО ИНФРАСТРУКТУРА МОЛЖАНИНОВО) (a.k.a. INFRASTRUKTURA MOLZHANINOVO; f.k.a. LLC RESAD (Cyrillic: ООО РЕСАД); f.k.a. RESAD LLC), ul. Bryanskaya D. 5, et 4 pom. I kom 25, Moscow 121059, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7733109347 (Russia); Registration Number 1027739071337 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC INKOR (a.k.a. LIMITED LIABILITY COMPANY INKOR), Ul. Goleva D. 10A, Perm 614081, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Established Date 12 Sep 2014; Tax ID No. 5905950978 (Russia); Government Gazette Number 35770183 (Russia); Registration Number 1145958052844 (Russia) [RUSSIA-EO14024].

LLC INNO BETON 21, Sh. Volokolamskoe ZD. 119, Pomeshch. 24, Rumyantsevo 143560, Russia; 26 km Novorizhskoe shosse, Business Center Riga Land, Building 6, Krasnogorsk 143421, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's

military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5017124589 (Russia); Registration Number 1205000104297 (Russia) [RUSSIA-EO14024].

LLC INNOTECH SOLUTIONS (a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU INNOTEKH SOLYUSHNS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИННОТЕХ СОЛЮШНС)), 104-105, Pobediteley avenue, Minsk 220062, Belarus; 21B-4, 9, Kulman Street, Minsk 220100, Belarus; Organization Established Date Oct 2018; Target Type State-Owned Enterprise; Tax ID No. 193156727 (Belarus) [BELARUS-EO14038] (Linked To: OJSC AGAT-CONTROL SYSTEM-MANAGING COMPANY OF GEOINFORMATION CONTROL SYSTEMS HOLDING).

LLC INSPIRA INVEST A (Cyrillic: ООО ИНСПИРА ИНВЕСТ А) (a.k.a. INSPIRA INVEST A OOO; a.k.a. LIMITED LIABILITY COMPANY INSPIRA INVEST A (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНСПИРА ИНВЕСТ А)), et 1 pom 2 kom 28-1 of 1, dom 9, ulitsa Leninskaya Sloboda, Moscow 115280, Russia; Organization Established Date 10 Apr 2017; Tax ID No. 7725367175 (Russia); Registration Number 1177746359834 (Russia) [RUSSIA-EO14024] (Linked To: PUCHKOV, Andrey Sergeyevich).

LLC INSURANCE BROKER OF SBERBANK (a.k.a. LIMITED LIABILITY COMPANY SBERBANK INSURANCE BROKER; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVOI BROKER SBERBANKA; a.k.a. OOO STRAKHOVOI BROKER SBERBANKA; a.k.a. SBERBANK INSURANCE BROKER LLC), 42 Bolshaya Yakimanka St., b. 1-2, office 206, Moscow 119049, Russia; 1 Vasilisy Kozhinoy Street, building 1, floor 11, room 30, Moscow 121096, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing

Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683468 (Russia); Tax ID No. 7706810730 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LLC INSURANCE COMPANY SBERBANK INSURANCE (a.k.a. INSURANCE COMPANY SBERBANK INSURANCE LIMITED LIABILITY COMPANY; f.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK OBSHCHEE STRAKHOVANIE; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE; a.k.a. SBERBANK INSURANCE COMPANY LTD; a.k.a. SBERBANK INSURANCE IC LLC; a.k.a. SBERBANK STRAHOVANIE OOO SK; a.k.a. SK SBERBANK STRAHOVANIE LLC; a.k.a. STRAKHOVAYA KOMPANIYA SBERBANK STRAKHOVANIE), 42 Bolshaya Yakimanka St., b. 1-2, office 209, Moscow 119049, Russia; 7 ul. Pavlovskaya, Moscow, Russia; 3 Poklonnaya Street, building 1, floor 1, office 3 Moscow 121170, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1147746683479 (Russia); Tax ID No. 7706810747 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LLC INTER TOBACCO (a.k.a. INTER TOBACCO; f.k.a. JOINT LIMITED LIABILITY COMPANY INTERDORS (Cyrillic: СОВМЕСТНОЕ ОБЩЕСТВО С

ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕРДОРС); a.k.a. LIMITED LIABILITY COMPANY INTER TOBACCO; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU INTER TOBAKKO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНТЕР ТОБАККО); a.k.a. OOO INTER TOBAKKO (Cyrillic: ООО ИНТЕР ТОБАККО); a.k.a. TAA INTER TABAKKA (Cyrillic: ТАА ІНТЭР ТАБАККА); a.k.a. TAVARYSTVA Z ABMEZHAVANAY ADKAZNASTSYU INTER TABAKKA (Cyrillic: ТАВАРЫСТВА З АБМЕЖАВАНАЙ АДКАЗНАСЦЮ ІНТЭР ТАБАККА)), d. 131 (FEZ Minsk), Novodvorskiy village, Novodvorskiy village council, Minsk District, Minsk Oblast 223016, Belarus (Cyrillic: д. 131 (СЭЗ Минск), Новодворский сельсовет, с/с Новодворский, Минский район, Минская область 223016, Belarus); Organization Established Date 10 Oct 2002; Registration Number 808000714 (Belarus) [BELARUS-EO14038].

LLC IQ COMPONENTS (a.k.a. AI KYU KOMPONENTS), ul. Salova d. 45, lit. Ya, pomeshch. 1N komnata 35, Saint Petersburg 192102, Russia; Tax ID No. 7816691806 (Russia); Registration Number 1197847052963 (Russia) [RUSSIA-EO14024].

LLC ITTS ATM (Cyrillic: ООО ИТЦ АТМ) (a.k.a. ETC ATM LIMITED; a.k.a. INZHENERNO TEKHNOLOGICHESKII CENTER ATM OOO; a.k.a. LIMITED LIABILITY COMPANY INZHENERNO TEKHNOLOGICHESKI TSENTR ATM (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ИНЖЕНЕРНО ТЕХНОЛОГИЧЕСКИЙ ЦЕНТР АТМ), ofis 310 vladenie 5A str. 1, shosse Volkovskoe, Mytishchi 141006, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7810504175 (Russia); Registration Number 1089847039590 (Russia) [RUSSIA-EO14024].

LLC JOINT VENTURE KVANT (a.k.a. JOINT VENTURE QUANTUM TECHNOLOGIES; a.k.a. LIMITED LIABILITY COMPANY SOVMESTNOYE PREDPRIYATIYE KVANTOVYE TEKHNOLOGII; a.k.a. LLC JV KVANT; a.k.a. "SP QUANT"), 46 Varshavskoye Highway, Moscow 115230, Russia;

Organization Established Date 26 Mar 2020; Tax ID No. 7726464220 (Russia); Registration Number 1207700141032 (Russia) [RUSSIA-EO14024].

LLC JV KVANT (a.k.a. JOINT VENTURE QUANTUM TECHNOLOGIES; a.k.a. LIMITED LIABILITY COMPANY SOVMESTNOYE PREDPRIYATIYE KVANTOVYE TEKHNOLOGII; a.k.a. LLC JOINT VENTURE KVANT; a.k.a. "SP QUANT"), 46 Varshavskoye Highway, Moscow 115230, Russia; Organization Established Date 26 Mar 2020; Tax ID No. 7726464220 (Russia); Registration Number 1207700141032 (Russia) [RUSSIA-EO14024].

LLC KB 78, Ul. Serdobolskaya D. 64, Lit. E, Pomeshch. 4-N, Kom. 13, Saint Petersburg 197342, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Manufacture of other special-purpose machinery; Tax ID No. 7842200726 (Russia); Registration Number 1227800027510 (Russia) [RUSSIA-EO14024].

LLC KINOATIS (a.k.a. KINOATIS; a.k.a. KINOATIS LLC; a.k.a. LIMITED LIABILITY COMPANY KINOATIS; Ul. Polkovaya D. 3, Str. 6, ET/POM/KOM 6/1/1, 3, Moscow 127018, Russia; Ul. Polkovaya, d. 3, Str. 6, r. 13, Moscow 127018, Russia; 36613 Polkovaya, Moscow, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Organization Established Date 23 Jun 2004; Tax ID No. 7743531082; Business Registration Number 1047796451658 [DPRK3] (Linked To: SEK STUDIO).

LLC KOKSOKHIMTRANS (Cyrillic: ООО КОКСОХИМТРАНС) (a.k.a. KOKSOKHIMTRANS LTD.; a.k.a. KOKSOKHIMTRANS OOO), Rakhmanovskiy lane, 4, bld. 1, Morskoy House, Moscow 127994, Russia; prospekt Olimpiyskiy 14, Moscow 129090, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7707294809 (Russia); Government Gazette Number 57067113 (Russia); Business

Registration Number 1037739709138 (Russia) [UKRAINE-EO13685] [PEESA-EO14039].

LLC KOMPANIYA TEKHNOPOL (a.k.a. LLC COMPANY TEKHNOPOL; a.k.a. TECHNOPOLE COMPANY), 5-183 Entuziastov Str., Dubna 141980, Russia; Organization Established Date 1992; Tax ID No. 5010027226 (Russia); Registration Number 1025001414283 (Russia) [RUSSIA-EO14024].

LLC KURORT ZOLOTOE KOLTSO (a.k.a. KURORT ZOLOTOE KOLTSO (Cyrillic: КУРОРТ ЗОЛОТОЕ КОЛЬЦО); a.k.a. LLC RESORT ZOLOTOE KOLTSO), ul. Svobody D. 8, office 6, g. Pereslavl-Zalesskii, 152020, Russia; Shosse Varshavskoe D 47, korp 4, Moscow 114230, Russia; Tax ID No. 7724331673 (Russia); Registration Number 1157746795733 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC KVARTA VK (a.k.a. KVARTA VK; a.k.a. KVARTA VK OOO; a.k.a. LIMITED LIABILITY COMPANY KVARTA VK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ КВАРТА ВК); a.k.a. QVARTA VK COMPANY LIMITED; a.k.a. "QUARTA"), D. 9 Str. 1 Pomeshch/Etazh 3/0/2 Pomeshch/Kom III; IV/1-8, 8, Naberezhnaya Moskvoretskaya, Moscow 109240, Russia; Website quarta.su; Organization Type: Other information technology and computer service activities; Tax ID No. 7704198800 (Russia); Registration Number 1027700300693 (Russia) [RUSSIA-EO14024].

LLC LASER COMPONENTS (Cyrillic: ООО ЛАЗЕРНЫЕ КОМПОНЕНТЫ) (a.k.a. LAZERNYE KOMPONENTY OOO), Shosse Varshavskoe, Dom 1, Stroenie 17, Etazh 2, Komnata 1, Moscow 117105, Russia; Tax ID No. 7704811495 (Russia); Registration Number 1127746532616 (Russia) [RUSSIA-EO14024].

LLC MASHIMPORT, Ul. Bolshaia Semenovskaia, 40 Str. 13, Et. 4 pomeshch. 403, Moscow 107023, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7719717008 (Russia); Registration Number 1097746058552 (Russia) [RUSSIA-EO14024].

LLC MELYTEC (a.k.a. "MELITEK"), Ul. Obrucheva D. 34/63, Str. 2, Moscow 117342, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7728644821 (Russia); Registration Number 1077764798979 (Russia) [RUSSIA-EO14024].

LLC MINATEKH (a.k.a. MINATEH), ul. Tkatskaya d. 5, str. 1, floor 3, Moscow 105318, Russia; Tax ID No. 7719404005 (Russia); Registration Number 1157746133654 (Russia) [RUSSIA-EO14024].

LLC MIR STANOCHKINA (a.k.a. LLC MIR STANOCHNIK, Ul. Narodnaya D. 14, Str. 3, Et Podval Pom.I Kom 2, Moscow 115172, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7705737205 (Russia); Registration Number 1067746716443 (Russia) [RUSSIA-EO14024].

LLC MIR STANOCHNIK (a.k.a. LLC MIR STANOCHKINA), Ul. Narodnaya D. 14, Str. 3, Et Podval Pom.I Kom 2, Moscow 115172, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7705737205 (Russia); Registration Number 1067746716443 (Russia) [RUSSIA-EO14024].

LLC MOSPRESS (a.k.a. MOSPRESS METAL SPINNING AND FLOW FORMING FACTORY), Ul. Akademika Koroleva D. 13, Str. 1, Et 4 Pom. III Kom 23, Moscow 129515, Russia; Akademika Koroleva st., 13, bldg. 1, office 455, Moscow 129515, Russia; 1-Y Verkhniy Pereulok, 12B, Saint Petersburg, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No.

5075029260 (Russia); Registration Number 1165075051404 (Russia) [RUSSIA-EO14024].

LLC NAMI IC (Cyrillic: ООО НАМИ ИК) (a.k.a. LIMITED LIABILITY COMPANY NAMI INNOVATIVE COMPONENTS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАМИ ИННОВАЦИОННЫЕ КОМПОНЕНТЫ); a.k.a. ООО NAMI INNOVATSIONNYE KOMPONENTY), 1 Roberta Bosha Street, Preobrazhenka village 443532, Russia; Tax ID No. 6330056813 (Russia); Registration Number 1136330001235 (Russia) [RUSSIA-EO14024].

LLC NANOCHIP MSK (Cyrillic: ООО НАНОЧИП МСК) (a.k.a LIMITED LIABILITY COMPANY N CHIP MSK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ Н ЧИП МСК)), 3 Musorgskovo St., Floor 3, Room 317, Moscow 127490, Russia; Tax ID No. 7733380370 (Russia); Registration Number 1227700087340 (Russia) [RUSSIA-EO14024].

LLC NCO RUSSIAN FINANCIAL SOCIETY (Cyrillic: НКО РУССКОЕ ФИНАНСОВОЕ ОБЩЕСТВО ООО) (a.k.a LIMITED LIABILITY COMPANY NON-BANK CREDIT ORGANIZATION RUSSIAN FINANCIAL SOCIETY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НЕБАНКОВСКАЯ КРЕДИТНАЯ ОРГАНИЗАЦИЯ РУССКОЕ ФИНАНСОВОЕ ОБЩЕСТВО)), house 9/26, building 1, Shchipok street, Moscow 115054, Russia; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Transactions Prohibited For Persons Owned or Controlled By U.S. Financial Institutions: North Korea Sanctions Regulations section 510.214; Tax ID No. 7744002860 (Russia); alt. Tax ID No. 770501001 (Russia); Registration Number 1027744004903 (Russia) [NPWMD].

LLC NEOVEITUS (a.k.a. LIMITED LIABILITY COMPANY NEOVEYTUS; a.k.a. NEOVEITUS; Ul. Malaya Pirogovskaya D.16, Moscow 119435, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7704838264 (Russia); Registration Number 1137746534430 (Russia) [RUSSIA-EO14024].

LLC NEWTON TECHNIKS (a.k.a. LIMITED LIABILITY COMPANY NEWTON TECHNICS),

Ferrosplavnaya st., 126A, office 4204, Chelyabinsk 454084, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7453330433 (Russia); Registration Number 1197456035215 (Russia) [RUSSIA-EO14024].

LLC NIZHNEKAMSK MECHANICAL PLANT (a.k.a. "NMZ"), Ter. Promzona ZD. 32, Office 1, Nizhnekamsk 423570, Russia; Tax ID No. 1651091698 (Russia); Registration Number 1221600057150 (Russia) [RUSSIA-EO14024].

LLC NM-TEKH (a.k.a. NM-TEKH), pr-kt Georgievskii d. 7, Zelenograd 124498, Russia; al. Solnechnaya d. 6, floor 1 pom. xii office 4, 4a, Zelenograd 124527, Russia; Tax ID No. 7735183410 (Russia); Registration Number 1197746306790 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC NNK EAST (Cyrillic: ООО ННК ВОСТОК) (a.k.a LIMITED LIABILITY COMPANY NEW OIL COMPANY EAST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НОВАЯ НЕФТЯНАЯ КОМПАНИЯ ВОСТОК)), ul. Poltavskaya, dom 8A, pomeshchenie 12, Smolensk, Smolensk Oblast 214025, Russia (Cyrillic: ул. Полтавская, дом 8A, помещение 12, г. Смоленск, Смоленская Область 214025, Russia); Organization Established Date 27 Nov 2020; Tax ID No. 6732204331 (Russia); Registration Number 1206700019041 (Russia) [BELARUS-EO14038].

LLC NOVASTREAM (Cyrillic: ООО НОВОСТРИМ) (a.k.a. NOVASTREAM LIMITED; a.k.a. NOVASTREAM LTD; a.k.a. ООО NOVASTREAM), Ul. Severnaya D. 2A, Pomeshch. 51, Vladimir 600007, Russia; Organization Established Date 22 Apr 2022; Organization Type: Wholesale of other machinery and equipment; Tax ID No. 3329101270 (Russia); Registration Number 1223300003079 (Russia) [RUSSIA-EO14024] (Linked To: RADIOAVTOMATIKA LLC).

LLC NOVATEK ZAPADNAYA ARKTIKA (a.k.a. ARCTIC TRANSSHIPMENT LIMITED LIABILITY COMPANY (Cyrillic: АРКТИЧЕСКАЯ ПЕРЕВАЛКА ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ);

a.k.a. LLC ARKTICHESKAYA PEREVALKA), 59 Leninskaya Street, Office 705, Petropavlovsk-Kamchatskiy, Kamchatskiy Territory 683001, Russia; Spolokhi Street, Building 4A, Floor 4, Room 14, Murmansk, Murmansk Region 183025, Russia; Tax ID No. 5190080642 (Russia); Registration Number 1195190002875 (Russia) [RUSSIA-EO14024].

LLC NOVILAB MOBAYL (a.k.a. NOVILAB MOBILE LIMITED LIABILITY COMPANY; a.k.a. NOVILAB MOBILE ООО; a.k.a. NOVILAB MOBILE, LLC (Cyrillic: ООО НОВИЛАБ МОБАЙЛ)), Sh Kashirskoe D. 31, Moscow 115409, Russia; st. Kaspuyskaya, house 22, korpus 1, structure 5, E5, room IX, 17a, office 13, Moscow 115304, Russia; Website novilabmobile.com; alt. Website novilabmobile.ru; Organization Established Date 06 Sep 2010; Organization Type: Other information technology and computer service activities; Target Type Private Company; Registration ID 1107746723776 (Russia); Tax ID No. 7724759532 (Russia) [RUSSIA-EO14024].

LLC NOVYE PROEKTY (a.k.a. NOVYE PROYEKTY; a.k.a. NOVYYE PROEKTY), Km Mzhd Kievsko 5-I d. 1, Str. 1, 2, Komnata 21, Moscow 121059, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102196207 (Russia); Government Gazette Number 00998197 (Russia); Registration Number 1159102120550 (Russia) [UKRAINE-EO13685].

LLC NR-DEL (Cyrillic: ООО НР-ДЕЛ) (a.k.a. LIMITED LIABILITY COMPANY NR-DEL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НР-ДЕЛ)), ul. Sh-2 (OEZ Alabuga Ter.), Str. 5/12, Pomeshch. 202, Yelabuga, Republic of Tatarstan 423601, Russia (Cyrillic: УЛ Ш-2 (ТЕР. ОЭЗ АЛАБУГА), СТР. 5/12, ПОМЕЩ. 202, Елабуга, Республика Татарстан 423601, Russia); Organization Established Date 12 Oct 2022; Tax ID No. 1674003095 (Russia); Government Gazette Number 71723222 (Russia); Registration Number 1221600082296 (Russia) [RUSSIA-EO14024].

LLC ONELEC (a.k.a. LLC ONELEK), Moskovskiy pr, 19 korpus 10, pomeshchenie 2, Cheboksary, Russia; ploshchad Zhuravleva, d. 10, str 3, ofis 33, Moscow, Russia; ul. Bolshaya Tatarskaya d. 21, str. 8, komnata 213, Moscow 115184, Russia; Tax ID No. 7709988048 (Russia);

Registration Number 1177746113709 (Russia) [RUSSIA-EO14024].

LLC ONELEK (a.k.a. LLC ONELEC), Moskovskiy pr, 19 korpus 10, pomeshchenie 2, Cheboksary, Russia; ploshchad Zhuravleva, d. 10, str 3, ofis 33, Moscow, Russia; ul. Bolshaya Tatarskaya d. 21, str. 8, komnata 213, Moscow 115184, Russia; Tax ID No. 7709988048 (Russia); Registration Number 1177746113709 (Russia) [RUSSIA-EO14024].

LLC OPTIMUS DRIVE (a.k.a. OPTIMUS DRAIV), Ul. Bolshaya Pochtovaya D. 26V, Str. 2, Pomeshch. 2/1, Moscow 105082, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 9718040380 (Russia); Registration Number 5167746448260 (Russia) [RUSSIA-EO14024].

LLC OSTOZHENKA 19 (Cyrillic: ООО ОСТОЖЕНКА 19) (a.k.a. LIMITED LIABILITY COMPANY OSTOZHENKA 19 (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ОСТОЖЕНКА 19); a.k.a. OSTOZHENKA 19; a.k.a. OSTOZHENKA 19 OOO), etazh/pom 3/14, stroenie 1, dom 19, ulitsa Ostozhenka, Moscow 119034, Russia; Organization Established Date 03 Oct 2013; Tax ID No. 7703798019 (Russia); Registration Number 1137746907781 (Russia) [RUSSIA-EO14024] (Linked To: TOKAREVA, Maiya Nikolaevna).

LLC PKB ECHELON (a.k.a. LIMITED LIABILITY COMPANY PROJECT CONSULTING BUREAU ECHELON (Cyrillic: ПРОЕКТНО-КОНСАЛТИНГОВОЕ БЮРО ЭШЕЛОН); a.k.a. PROEKTNO-KONSALTINGOVOE BYURO ESHELON), Ul. Elektrozavodskaya d. 24, Moscow 107023, Russia; Organization Established Date 24 Jul 2014; Tax ID No. 7718990935 (Russia); Registration Number 1147746837677 (Russia) [RUSSIA-EO14024].

LLC PLANAR (a.k.a. OOO PLANAR (Cyrillic: ООО ПЛАНАР); a.k.a. PLANAR ELEMENTS; a.k.a. THE PLANAR COMPANY (Cyrillic: КОМПАНИЯ ПЛАНАР)), Office 1, 76 Likhvintseva St., Izhevsk 426034, Russia; Office 23, Building 2, Corpus 58, 1 Partiynyy Pereulok Lane, Moscow 115093, Russia; Website planar-elements.ru; Tax ID No. 1833015934 (Russia) [RUSSIA-EO14024].

LLC PRODUCTION COMPANY AQUARIUS (a.k.a. LIMITED LIABILITY COMPANY GROUP OF COMPANIES AKVARIUS; a.k.a. LLC GRUPPA AKVARIUS; a.k.a. "AQUARIUS"), Vl6str1 22 km Kiyevskoye Highway, Moscow 119027, Russia; Kievskoe Shosse, 22-km, 6, Bldg. 1, Moscow 108811, Russia; Organization Established Date 09 Jan 2003; Tax ID No. 7701321693 (Russia); Registration Number 1037701002217 (Russia) [RUSSIA-EO14024].

LLC PROFFLAB (Cyrillic: ЖЧК ПРОФФЛАБ) (a.k.a. LIMITED LIABILITY COMPANY PROFFLAB (Cyrillic: ПРОФФЛАБ ЖООПКЕРЧИЛИГИ ЧЕКТЕЛГЕН КООМУ; Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОФФЛАБ); a.k.a. OSOO PROFLLAB; a.k.a. PROFFLAB LIMITED LIABILITY COMPANY), 2, 179 Toktogula, Bishkek, Kyrgyzstan; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 01703202210047 (Kyrgyzstan); Registration Number 204218-3300-OOO (Kyrgyzstan) [RUSSIA-EO14024].

LLC PROGOROD (a.k.a. NOVYE GORODSKIE PROEKTY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU NOVYE GORODSKIE PROEKTY; a.k.a. OOO PROGOROD), d. 10 etazh 7 pom. XIII kom. 2,ul. Vozdvizhenka, Moscow 125009, Russia; Tax ID No. 9704013161 (Russia); Registration Number 1207700089101 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC PROMTEKHNOLOGIYA (Cyrillic: ООО ПРОМТЕХНОЛОГИЯ) (a.k.a. LIMITED LIABILITY COMPANY PROMTEKHNOLOGIYA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОМТЕХНОЛОГИЯ; a.k.a. OBSHCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU PROMTEKHNOLOGIYA; a.k.a. OOO PROMTEKHNOLOGIYA; a.k.a. PROMTECHNOLOGIA LLC; a.k.a. "ORSIS"; a.k.a. "PROMTECHNOLOGIES"; a.k.a. "PROMTEHNOLOGYA"), 14 Podyomnaya St., Housing 8, Moscow 109052, Russia; 19 Smirnovskaya St., Moscow, Russia; Ul. Krzhizhanovskogo, D. 29, K. 2, Antresol 1,

Pomeshenie IV, Komnata 1, Moscow 117218, Russia; Tax ID No. 7708696860 (Russia); Government Gazette Number 772701001 (Russia); Registration Number 1097746084908 (Russia) [RUSSIA-EO14024].

LLC PSO RSB-GROUP (Cyrillic: ООО ЧОО РСБ-ГРУПП) (a.k.a. LIMITED LIABILITY COMPANY PRIVATE SECURITY ORGANIZATION RSB-GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЧАСТНАЯ ОХРАННАЯ ОРГАНИЩАЦИЯ РСБ-ГРУПП); a.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU CHASTNAYA OKHRANNAYA ORGANIZATSIYA RSB-GRUPP; a.k.a. OOO CHOO RSB-GRUPP), Ulitsa Krzhizhanovskogo, D. 14, K. 2, Pom I Komn 1;2, Moskva 117218, Russia (Cyrillic: Улица Кржижановского, Д. 14, К. 2, Пом I Комн 1;2, Москва 117218, Russia); Organization Established Date 14 Nov 2008; Tax ID No. 7718731144 (Russia); Registration Number 5087746401573 (Russia) [RUSSIA-EO14024] (Linked To: KRINITSYN, Oleg Anatolyevich).

LLC PTK APRIORI (Cyrillic: ООО ПТК АПРИОРИ) (a.k.a. LIMITED LIABILITY COMPANY PROIZVODSTVENNO TORGOVAYA KOMPANIYA APRIORI (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ПРОИЗВОДСТВЕННО ТОРГОВАЯ КОМПАНИЯ АПРИОРИ)), d. 20 str. 1G pom. II, ul. Kulakova, Moscow, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7734729801 (Russia); Registration Number 1147746865001 (Russia) [RUSSIA-EO14024].

LLC RADIOKOMP (a.k.a. LIMITED LIABILITY COMPANY RADIOCOMP; a.k.a. OBSHESTVO S OGRANICHENNOJ OTVETSTVENNOSTYU RADIOKOMP), Ul Aviamotornaya d. 8A, Moscow 111024, Russia; Tax ID No. 7722251800 (Russia); Registration Number 1027739746616 (Russia) [RUSSIA-EO14024].

LLC RCC HOLDING COMPANY (a.k.a. LIMITED LIABILITY COMPANY RCC TRADING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РМК ТРЕЙДИНГ)), 57 Gorkogo Street, Ekaterinburg, Sverdlovsk

Region 620075, Russia; Tax ID No. 6671210688 (Russia); Registration Number 1226600015135 (Russia) [RUSSIA-EO14024].

LLC RESAD (Cyrillic: ООО РЕСАД) (a.k.a. INFRASTRUKTURA MOLZHANINOVO; a.k.a. LLC INFRASTRUCTURE MOLZHANINOVO (Cyrillic: ООО ИНФРАСТРУКТУРА МОЛЖАНИНОВО); f.k.a. RESAD LLC); ul. Bryanskaya D. 5, et 4 pom. I kom 25, Moscow 121059, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7733109347 (Russia); Registration Number 1027739071337 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC RESEARCH & PRODUCTION ENTERPRISE PRIMA (a.k.a. LLC RESEARCH AND PRODUCTION ENTERPRISE PRIMA; a.k.a. NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE PRIMA; a.k.a. NPP PRIMA), Ul. Svobody 63, Nizhniy Novgorod 603003, Russia; 1Zh, Sormovskoye Shosse, Nizhny Novgorod 603950, Russia; Organization Established Date 30 Jan 1992; Tax ID No. 5257013402 (Russia); Registration Number 1025202403710 (Russia) [RUSSIA-EO14024].

LLC RESEARCH AND PRODUCTION ASSOCIATION 3D INTEGRATION (a.k.a. NAUCHNO PROIZVODSTVENNOE OBYEDINENIE 3D INTEGRATSIYA; a.k.a. NPO 3D INTEGRATSIYA), Sh. Dmitrovskoe D. 9, Str. 3, Pmeshch. 1/1, Moscow 127434, Russia; Tax ID No. 5001109779 (Russia); Registration Number 1165001053007 (Russia) [RUSSIA-EO14024].

LLC RESEARCH AND PRODUCTION ASSOCIATION IZHBS (a.k.a. IZHEVSK UNMANNED SYSTEMS RESEARCH AND PRODUCTION ASSOCIATED LIMITED LIABILITY COMPANY; f.k.a. IZHMASH-UNMANNED SYSTEMS COMPANY; a.k.a. OOO NAUCHNO-PROIZVODSTVENNOE OBYEDINENIYE IZHEVSKIYE BESPILOTNYE SISTEMY (Cyrillic: ООО НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ИЖЕВСКИЕ БЕСПИЛОТНЫЕ СИСТЕМЫ);

a.k.a. "NPO IZHBS"; a.k.a. "OOO NPO IZHBS"), Ordzhonikidze St., 2, Izhevsk, Udmurtia 426063, Russia (Cyrillic: УЛ. ОРДЖОНИКДЗЕ, Д. 2, ИЖЕВСК, УДМУРТСКАЯ РЕСПУБЛИКА 426063, Russia); Website www.izh-bs.ru; Organization Established Date 25 Oct 2006; Target Type Private Company; Tax ID No. 1831117433 (Russia) [RUSSIA-EO14024].

LLC RESEARCH AND PRODUCTION ASSOCIATION RADIOVOLNA (a.k.a. LIMITED LIABILITY COMPANY NAUCHNO-PROIZVODSTVENNOYE OBYEDINENIYE RADIOVOLNA; a.k.a. NPO RADIOVOLNA), Kozhevennaya Liniya, 1-3 lit. P., Office 1N, Saint Petersburg 199106, Russia; Organization Established Date 03 Aug 2012; Tax ID No. 7838478782 (Russia); Registration Number 1127847413649 (Russia) [RUSSIA-EO14024].

LLC RESEARCH AND PRODUCTION ENTERPRISE PRIMA (a.k.a. LLC RESEARCH & PRODUCTION ENTERPRISE PRIMA; a.k.a. NAUCHNO-PROIZVODSTVENNOE PREDPRIYATIE PRIMA; a.k.a. NPP PRIMA), Ul. Svobody 63, Nizhniy Novgorod 603003, Russia; 1Zh, Sormovskoye Shosse, Nizhny Novgorod 603950, Russia; Organization Established Date 30 Jan 1992; Tax ID No. 5257013402 (Russia); Registration Number 1025202403710 (Russia) [RUSSIA-EO14024].

LLC RESORT ZOLOTOE KOLTSO (a.k.a. KURORT ZOLOTOE KOLTSO (Cyrillic: КУРОРТ ЗОЛОТОЕ КОЛЬЦО); a.k.a. LLC KURORT ZOLOTOE KOLTSO), ul. Svobody D. 8, office 6, g. Pereslavl-Zalesskii, 152020, Russia; Shosse Varshavskoe D 47, korp 4, Moscow 114230, Russia; Tax ID No. 7724331673 (Russia); Registration Number 1157746795733 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC RKS CHV (Cyrillic: ООО РКС ЧВ) (a.k.a. LIMITED LIABILITY COMPANY ROSKAPSTROY CLEAN WATER (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РОСКАПСТРОЙ ЧИСТЫЕ ВОДЫ); a.k.a. RKS CLEAR VODY LLC), 2 Turgenevskaya Square, Office 2P, Moscow 101000, Russia; Tax ID No. 7713489203 (Russia); Registration Number 1227700271700 (Russia) [RUSSIA-EO14024] (Linked To: FEDERAL AUTONOMOUS INSTITUTION ROSKAPSTROY).

LLC RKS INFRASTRUCTURE (Cyrillic: ООО РКС ИНФРАСТРУКТУРА) (a.k.a. LIMITED LIABILITY COMPANY ROSKAPSTROY INFRASTRUCTURAL PROJECTS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РОСКАПСТРОЙ ИНФРАСТРУКТУРНЫЕ ПРОЕКТЫ)), 2 Igarsky Drive, Office II, Room 2, Moscow 129329, Russia; Tax ID No. 9715421726 (Russia); Registration Number 1227700366321 (Russia) [RUSSIA-EO14024] (Linked To: FEDERAL AUTONOMOUS INSTITUTION ROSKAPSTROY).

LLC RM DESIGN AND DEVELOPMENT (a.k.a. OSOO RM DIZAYN AND DEVELOPMENT; a.k.a. OSOO RM DIZAYN END DEVELOPMENT; a.k.a. RM DESIGN&DEVELOPMENT; a.k.a. RM DESIGNANDDEVELOPMENT; a.k.a. RM DIZAIN AND DEVELOPMENT OSOO), Chyngyza Atymatova Str., 303, Bishkek 720016, Kyrgyzstan; Organization Established Date 17 Mar 2022; Tax ID No. 01703202210110 (Kyrgyzstan) [RUSSIA-EO14024].

LLC RPC OPTOLINK (a.k.a. LIMITED LIABILITY COMPANY RESEARCH AND PRODUCTION COMPANY OPTOLINK; a.k.a. NPK OPTOLINK LLC; a.k.a. OOO NPK OPTOLINK; a.k.a. OPTOLINK RPC LLC; a.k.a. SCIENTIFIC PRODUCTION COMPANY OPTOLINK; a.k.a. SPC OPTOLINK), 6A Sosnovaya Alley, Building 5, Zelenograd, Moscow 124489, Russia; Pr-d 4806 d. 5, g. Zelenograd, Moscow 124498, Russia; Saratov, Russia; Arzamas, Russia; Organization Established Date 18 Jul 2001; Tax ID No. 7735105059 (Russia); Registration Number 1027700040719 (Russia) [RUSSIA-EO14024].

LLC RSB-GROUP (Cyrillic: ООО РСБ-ГРУПП) (a.k.a. LIMITED LIABILITY COMPANY RSB-GROUP (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РСБ-ГРУПП); a.k.a. OBSCHESTVO S OGRANICHENNOY OTVETSTVENNOSTYU RSB-GRUPP; a.k.a. "RUSSIAN SECURITY SYSTEMS"), Ulitsa Dnepropetrovskaya, Dom 3, Korpus 5, Et 1, Pom III, K 8 0 6-6, Moskva 117525, Russia (Cyrillic: Улица Днепопетровская, Дом 3, Корпус 5, Эт 1, Пом III, К 8 0 6-6, Москва 117525, Russia); Organization Established Date 24 Nov 2005; Tax ID No. 7726531639 (Russia); Registration Number 1057749205942 (Russia) [RUSSIA-EO14024].

LLC RUS.DIGITAL (a.k.a. LIMITED LIABILITY COMPANY RUSSIAN DIGITAL SOLUTIONS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУССКИЕ ЦИФРОВЫЕ РЕШЕНИЯ); a.k.a. LLC RUS.TSIFRA (Cyrillic: ООО РУС.ЦИФРА); a.k.a. RUSSKIE TSIFROVYE RESHENIYA), ul. Vyatskaya, d. 70, pomeshch./floor 1/4, kom. #5, Moscow 127015, Russia; Organization Established Date 11 Feb 2021; Tax ID No. 7714468703 (Russia); Registration Number 1217700056991 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Kirill Konstantinovich).

LLC RUS.TSIFRA (Cyrillic: ООО РУС.ЦИФРА) (a.k.a. LIMITED LIABILITY COMPANY RUSSIAN DIGITAL SOLUTIONS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ РУССКИЕ ЦИФРОВЫЕ РЕШЕНИЯ); a.k.a. LLC RUS.DIGITAL; a.k.a. RUSSKIE TSIFROVYE RESHENIYA), ul. Vyatskaya, d. 70, pomeshch./floor 1/4, kom. #5, Moscow 127015, Russia; Organization Established Date 11 Feb 2021; Tax ID No. 7714468703 (Russia); Registration Number 1217700056991 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Kirill Konstantinovich).

LLC RUSCHEMTRADE, st. Mashinostroitelnyj, 3, Rostov-on-Don 344090, Russia; 86/1, Temryuk, Krasnodar 353500, Russia; Website http://ruschemtrade.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

LLC RUSSIAN ENERGY GROUP (Cyrillic: ООО ГРУППА РУССКАЯ ЭНЕРГИЯ) (a.k.a. ООО GRUPPA RUSSKAYA ENERGIYA; a.k.a. ООО RUSSKAYA ENERGIYA), d. 14 str. 5 etazh 1 pom. 2, per. Butikovski, Moscow 119034, Russia; Tax ID No. 7714456916 (Russia); Registration Number 1207700001486 (Russia) [RUSSIA-EO14024].

LLC RUSSKOYE VREMYA (a.k.a. AQUANIKA; a.k.a. AQUANIKA LLC; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU RUSSKOE VREMYA; a.k.a. RUSSKOE VREMYA OOO; a.k.a. RUSSKOYE VREMYA LLC), 47A, Sevastopolskiy Ave., of. 304, Moscow 117186, Russia; 1/2 Rodnikovaya ul., Savasleika s., Kulebakski raion, Nizhegorodskaya oblast 607007, Russia; Website http://www.aquanika.com; alt. Website http://aquanikacompany.ru; Email Address

office@aquanika.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1075247000036 [UKRAINE-EO13661].

LLC SASOVSKII LITEINYI ZAVOD (a.k.a. LIMITED LIABILITY COMPANY SASOVSKI LITEINY ZAVOD (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ САСОВСКИЙ ЛИТЕЙНЫЙ ЗАВОД); a.k.a. "LLC SLZ" (Cyrillic: "ООО СЛЗ")), Ul. Pushkina 21, Sasovo 391430, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 6232004750 (Russia); Registration Number 1026201399729 (Russia) [RUSSIA-EO14024].

LLC SBERBANK FINANCIAL COMPANY (a.k.a. LIMITED LIABILITY COMPANY SBERBANK FINANCIAL COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU FINANSOVAYA KOMPANIYA SBERBANKA; a.k.a. SBERBANK FINANCE COMPANY LIMITED LIABILITY COMPANY; a.k.a. SBERBANK FINANCE LLC; a.k.a. SBERBANK-FINANCE; a.k.a. SBERBANK-FINANS OOO), d. 29/16 per. Sivtsev Vrazhek, Moscow 119002, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Executive Order 14024 Directive Information - For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives; Listing Date (EO 14024 Directive 2): 24 Feb 2022; Effective Date (EO 14024 Directive 2): 26 Mar 2022; Registration ID 1107746399903 (Russia); Tax ID No. 7736617998 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx#directives [UKRAINE-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY SBERBANK OF RUSSIA).

LLC SCIENTIFIC AND PRODUCTION FIRM TEHINKOM (Cyrillic: ОБЩЕСТВО С

ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ НАУЧНО-ПРОИЗВОДСТВЕННАЯ ФИРМА ТЕХИНКОМ) (a.k.a. LIMITED LIABILITY COMPANY SCIENTIFIC AND PRODUCTION COMPANY TEKHINKOM (Cyrillic: ООО НПФ ТЕХИНКОМ); a.k.a. NPF TEHINKOM OOO), 28K Himikov St., St. Petersburg, St. Petersburg Region 195030, Russia; Tax ID No. 7806102473 (Russia); Registration Number 1037816033530 (Russia) [RUSSIA-EO14024].

LLC SCIENTIFIC PRODUCTION ENTERPRISE DIGITAL SOLUTIONS (a.k.a. ASIC AND ELECTRONIC ENGINEERING DESIGN CENTER DIGITAL SOLUTIONS JSC), Room 4, Office 1, 3rd Floor, Building 7, House 9a, 2nd Sinichkina Str., Moscow 111020, Russia; Tax ID No. 7715500090 (Russia) [RUSSIA-EO14024].

LLC SECURITY CODE (Cyrillic: ООО КОД БЕЗОПАСНОСТИ) (a.k.a. KOD BEZOPASNOSTI), 1-I Nagatinskii Proezd D. 10, Str. 1, Moscow 115230, Russia; A/YA 66 Postbox 66, Moscow 115127, Russia; PR-D Murmanskii D. 14, K. 1, Moscow 129075, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Manufacture of computers and peripheral equipment; alt. Organization Type: Computer programming activities; Tax ID No. 7715719244 (Russia); Registration Number 5087746212241 (Russia) [RUSSIA-EO14024].

LLC SHIPYARD 'ZALIV' (f.k.a. AO SHIPYARD 'ZALIV'; f.k.a. JSC SHIPYARD 'ZALIV'; f.k.a. JSC ZALIV SHIPYARD; f.k.a. OJSC ZALIV SHIPYARD; a.k.a. ООО SHIPYARD 'ZALIV'; a.k.a. ZALIV SHIPYARD LLC), 4 Tankistov Street, Kerch, Crimea 98310, Ukraine; Website http://www.zalivkerch.com/; alt. Website http://www.zaliv.com/; Email Address zaliv@zalivkerch.com; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

LLC SIBCAPITAL (Cyrillic: ООО СИБКАПИТАЛ) (a.k.a. BASHKIR INDUSTRIAL HOLDING LLC; a.k.a. BASHKIRSKIY PROMYSHLENNYI HOLDING OOO; a.k.a. BPKH OOO; a.k.a. ООО BASHKIR INDUSTRIAL HOLDING COMPANY), d. 42 etazh 2 pom. 12, ul. Sotsialisticheskaya, Blagoveshchensk 453434, Russia; Secondary sanctions risk: this person is

designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 0258954788 (Russia); Registration Number 1210200047969 (Russia) [RUSSIA-EO14024].

LLC SIBUGLEMET GROUP (a.k.a. GRUPPA SIBUGLEMET), ul. Mashi Poryvaevoi d. 34, kom. 3, Moscow 107078, Russia; Tax ID No. 7708320240 (Russia); Registration Number 1177746596268 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC SK CONSOL-STROI LTD (a.k.a. LIMITED LIABILITY COMPANY CONSTRUCTION COMPANY CONSOL-STROI LTD; a.k.a. LIMITED LIABILITY COMPANY KONSTRUCTION COMPANY KONSOL STROI LTD; a.k.a. LLC CONSOL-STROI LTD; a.k.a. LLC CONSOL-STROI LTD CONSTRUCTION COMPANY; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU STROITELNAYA KOMPANIYA KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD; a.k.a. SK KONSOL-STROI LTD, OOO; a.k.a. STROITELNAYA KOMPANIYA KONSOL-STROI LTD), House 16, Borodina Street, Simferopol, Crimea 295033, Ukraine; Website consolstroy.ru; alt. Website consol-stroi.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 9102070229 (Russia); Government Gazette Number 00823523 (Russia); Registration Number 1159102014170 (Russia) [UKRAINE-EO13685].

LLC SK KONSTANTA (Cyrillic: ООО СК КОНСТАНТА) (a.k.a. IC CONSTANTA LLC; a.k.a. KONSTANTA, OOO; a.k.a. LIMITED LIABILITY COMPANY INSURANCE COMPANY KONSTANTA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТРАХОВАЯ КОМПАНИЯ КОНСТАНТА); a.k.a. "CONSTANTA"; a.k.a. "KONSTANTA" (Cyrillic: "КОНСТАНТА"), d. 19 etazh 3 pom. 70, ul. Leninskaya Sloboda, Moscow 115280, Russia (Cyrillic: д. 19 этаж 3, помещ. 70, ул. Ленинская слобода, Москва 115280, Russia); st. Leninskaya Sloboda, house 19, floor 3, room. 70, Moscow 115280, Russia; vn. ter. Municipal district Danilovsky, Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: вн. тер. г. муниципальный округ даниловский, ул. ленинская слобода, д. 19 этаж 3, помещ. 70, г. Москва 115280, Russia); Leninskaya Sloboda, house 19, floor 3, suite 70, Moscow 115280, Russia (Cyrillic: ул. Ленинская слобода, д. 19, этаж 3, Москва 115280, Russia); Tax ID No. 7707447597 (Russia); Government Gazette Number 24544006 (Russia); Business Registration Number 1217700000011 (Russia) [PEESA-EO14039].

LLC SKT (Cyrillic: ООО СКТ) (a.k.a. LIMITED LIABILITY COMPANY MODERN CONVERSION TECHNOLOGIES (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СОВРЕМЕННЫЕ КОНВЕРСИОННЫЕ ТЕХНОЛОГИИ)), 35 Bolshaya Tatarskaya Street, Building 7-9, Floor 3, Office 2, Room 3, Moscow 115184, Russia; Tax ID No. 7724807761 (Russia); Registration Number 1117746810939 (Russia) [RUSSIA-EO14024].

LLC SONIS (Cyrillic: ООО СОНИС) (a.k.a. SONIS CO), Ul. Polkovnika Militsii Kurochkina D. 19, Pomeshch. 12, 13, Troitsk 108841, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Organization Type: Manufacture of chemicals and chemical products; Tax ID No. 7705768066 (Russia); Registration Number 1067760630937 (Russia) [RUSSIA-EO14024].

LLC SOUTHERN PROJECT (a.k.a. LIMITED LIABILITY COMPANY SOUTHERN PROJECT; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU YUZHNY PROEKT; a.k.a. YUZHNY PROEKT, OOO), Room 15-H, Litera A, House 2, Rastrelli Place, City of St. Petersburg 191124, Russia; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Tax ID No. 7842144503 (Russia); Registration Number 1177847378279 (Russia) [UKRAINE-EO13661] [UKRAINE-EO13685] (Linked To: BANK ROSSIYA; Linked To: KOVALCHUK, Yuri Valentinovich).

LLC SOVFRACHT MANAGEMENT COMPANY (a.k.a. MANAGEMENT COMPANY SOVFRAKHT LTD; a.k.a. SOVFRACHT MANAGEMENT COMPANY; a.k.a. SOVFRACHT MANAGEMENT COMPANY LLC; a.k.a. SOVFRACHT MANAGING COMPANY LLC), Dobroslobodskaya, 3 BC Basmanov, Moscow 105066, Russia; Email Address general@sovfracht.ru; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209 [UKRAINE-EO13685].

LLC SPC LASERS AND APPARATUS TM, Proezd 4922-I D. 4, Str. 4, Floor 1, Pomeshch. 1, Komn. 18, Zelenograd 124498, Russia; Tax ID No. 7735090927 (Russia); Registration Number 1027700257782 (Russia) [RUSSIA-EO14024].

LLC SPC MICROSYSTEMS (a.k.a. NAUCHNO PROIZVODSTVENNOE PREDPRIYATIE MIKROSISTEMA; a.k.a. NPP MIKROSISTEMA; a.k.a. "PHAUF"), Pr-d Zavodskoi D. 2, K. 1, Pomeshch. 132, Fryazino 141190, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 5050130928 (Russia); Registration Number 1175050002434 (Russia) [RUSSIA-EO14024].

LLC SPECIAL ORGANIZATION FOR PROJECT FINANCE FACTORY OF PROJECT FINANCE (a.k.a. SPETSIALIZIROVANNOE OBSHCHESTVO PROEKTNOGO FINANSIROVANIYA FABRIKA PROEKTNOGO FINANSIROVANIYA; a.k.a. "PROJECT FINANCE FACTORY"), pr-kt Akademika Sakharova d. 9, komnata 220, Moscow 107078, Russia; Tax ID No. 7708330489 (Russia); Registration Number 1187746103885 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC SPECIALIZED DEVELOPER ALABUGA SOUTH PARK (Cyrillic: ООО СПЕЦИАЛИЗИРОВАННЫЙ ЗАСТРОЙЩИК АЛАБУГА ЮЖНЫЙ ПАРК) (a.k.a. LIMITED LIABILITY COMPANY SPECIALIZED DEVELOPER ALABUGA SOUTH PARK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СПЕЦИАЛИЗИРОВАННЫЙ ЗАСТРОЙЩИК АЛАБУГА ЮЖНЫЙ ПАРК)), ul. Sh-2 (OEZ Alabuga Ter.), D. 15/5, Pomeshch. 3, Yelabuga, Republic of Tatarstan 423601, Russia (Cyrillic:

УЛ Ш-2 (ТЕР. ОЭЗ АЛАБУГА), Д. 15/5, ПОМЕЩ. 3, Елабуга, Республика Татарстан 423601, Russia); Organization Established Date 06 Jun 2023; Organization Type: Construction of buildings; Tax ID No. 1674005078 (Russia); Government Gazette Number 52120883 (Russia); Registration Number 1231600029825 (Russia) [RUSSIA-EO14024].

LLC SPETSAVIA (Cyrillic: ООО СПЕЦАВИА) (a.k.a. AMT-SPECAVIA; a.k.a. AMT-SPETSAVIA; a.k.a. AMT-SPETSAVIA GROUP), Building 8, Office 1, Novoyaroslavskaya Station, Yaroslavl, Yaroslavl Region 150023, Russia; Tax ID No. 7604289701 (Russia); Government Gazette Number 21740072 (Russia); Registration Number 1157627030406 (Russia) [RUSSIA-EO14024].

LLC SPETSELSERVIS (a.k.a. SPECELSERVIS), ul Kakhovka, d. 20, str. 2 k. 56, Moscow 117461, Russia; ul. Elektrozavodskaya, d. 24, of. A214, A215, Moscow 107023, Russia; ul. Sushchevskaya d. 21, pod. 2, Moscow 127055, Russia; Tax ID No. 7727191914 (Russia); Registration Number 1037739375024 (Russia) [RUSSIA-EO14024].

LLC SPUTNIK SP (Cyrillic: ООО СПУТНИК СП) (a.k.a. LIMITED LIABILITY COMPANY SPUTNIK SPETSPOSTAVKA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СПУТНИК СПЕЦПОСТАВКА)), 12 Gavanskaya St., Room 2B, Suite 5N, Office 2, Saint Petersburg 199106, Russia; Tax ID No. 7801692370 (Russia); Registration Number 1207800172216 (Russia) [RUSSIA-EO14024].

LLC STATUS COMPLAINS (a.k.a. LIMITED LIABILITY COMPANY STATUS COMPLAINS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ СТАТУС КОМПЛАЙНС; a.k.a. STATUS COMPLIANCE; a.k.a. STATUS KOMPLAINS; a.k.a. STATUS KOMPLAINS OOO; a.k.a. "STATUS-IT"), Ul. Bolshaya Semenovskaya D. 45, Moscow, Russia 107023, Russia; Website status-it.com/index/php/ru; alt. Website status-it.com; Organization Type: Other information technology and computer service activities; Tax ID No. 7719404118 (Russia); Registration Number 1157746136052 (Russia) [RUSSIA-EO14024].

LLC SYMPHONY (Cyrillic: ООО СИМФОНИЯ), Lane Yakovoapostolsky, 15, Moscow 105064, Russia; Organization Established Date 02 Nov 2022; Tax ID No. 9709087135 (Russia);

Registration Number 1227700713217 (Russia) [RUSSIA-EO14024].

LLC SYNESIS (Cyrillic: ООО СИНЕЗИС) (a.k.a. JSC SYNESIS; a.k.a. SINEZIS OOO), Platonova 20B, Minsk 220005, Belarus; d.20B, pom. 13, komnata 14, ul. Platonova, Minsk, Belarus; Organization Established Date 27 Dec 2007; Registration Number 190950894 (Belarus) [BELARUS-EO14038].

LLC TC NORD PROJECT (a.k.a. NORD PROJECT LLC TRANSPORT COMPANY; a.k.a. TC NORD PROJECT; a.k.a. TK NORD PROJECT; a.k.a. "LLC NORD PROJECT"; a.k.a. "NORD PROJECT"), Office 410, 47 Uritskogo St, Arkhangelsk 163060, Russia; Office 335H, Liter A, Prospekt Leninskii 153, St. Petersburg 196247, Russia; Office 308, House 71 Korpus 1, Naberezhnaya Severnoy Dviny, Arkhangelsk 163069, Russia; Tax ID No. 2901201732 (Russia); Identification Number IMO 5825809 [RUSSIA-EO14024].

LLC TD KYUTEK (a.k.a. LIMITED LIABILITY COMPANY TRADE HOUSE KYUTEK (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТОРГОВЫЙ ДОМ КЬЮТЭК); a.k.a. TD KYUTEK OOO; a.k.a. TH QTECH LLC), D. 36, Str. 2, Etazh 7 Komn 63, Ul. Ryabinovaya, Moscow 121471, Russia; Tax ID No. 7729490282 (Russia); Registration Number 1167746094284 (Russia) [RUSSIA-EO14024].

LLC TEKHNOPARK SKOLKOVO (a.k.a. LIMITED LIABILITY COMPANY SCIENCE AND TECHNOLOGY PARK SKOLKOVO; a.k.a. TECHNOPARK SKOLKOVO LIMITED LIABILITY COMPANY), 42 str 1 Skolkovo Innovatsionnogo Tsentra Territory, Bolshoy Boulevard, Moscow 121205, Russia; Organization Established Date 31 Dec 2010; Tax ID No. 7701902970 (Russia); Registration Number 5107746075949 (Russia) [RUSSIA-EO14024].

LLC TELLUR ELEKTRONIKS (a.k.a. TELLUR ELECTRONICS), ul. Butlerova d. 17, floor/komn 4/49, Moscow 117342, Russia; Tax ID No. 7720355306 (Russia); Registration Number 1167746991312 (Russia) [RUSSIA-EO14024].

LLC TESTKOMPLEKT, ul. Verkhnyaya Krasnoselskaya d. 2/1, str. 1, floor 3, pomeshch. 317, Moscow 107140, Russia; ul. Kolpakova, d. 24A, ofis 5.06, Mytishchi, Moscow oblast, Russia; Tax ID No. 5029208152 (Russia); Registration Number 1165029051472 (Russia) [RUSSIA-EO14024].

LLC TITAN-AVANGARD (Cyrillic: ООО ТИТАН-АВАНГАРД) (a.k.a. "ADDITIVE SOLUTIONS" (Cyrillic: "АДДИТИВНЫЕ РЕШЕНИЯ"); a.k.a. "ADDSOL"), Kotlyakovskaya Street, Building 3, Structure 1, Floor 1, Moscow, Moscow Region 115201, Russia; 2nd Kotlyakovsky Lane, 18, Moscow 115201, Russia; Tax ID No. 6685127341 (Russia); Registration Number 1176658015412 (Russia) [RUSSIA-EO14024].

LLC TKKH-INVEST (Cyrillic: ООО ТКХ-ИНВЕСТ) (a.k.a. LIMITED LIABILITY COMPANY TKKH-INVEST (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТКХ-ИНВЕСТ); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU TKKH-INVEST; a.k.a. OOO TKH-INVEST; a.k.a. OOO TKKH-INVEST), Prechistenka st., D. 38, floor 3 room 29, Moscow 119034, Russia (Cyrillic: ул Пречистенка, д. 38, этаж 3 ком. 29, город Москва 119034, Russia); Organization Established Date 01 Nov 2013; Tax ID No. 7736666723 (Russia); Government Gazette Number 18935553 (Russia); Registration Number 5137746019989 (Russia) [RUSSIA-EO14024].

LLC T-KOMPONENT SP (a.k.a. "T-COMPONENT"), Pr-kt Leninskii d. 153, floor 2 pom. 60N office 215, Saint Petersburg 196247, Russia; Tax ID No. 7810656900 (Russia); Registration Number 1177847066990 (Russia) [RUSSIA-EO14024].

LLC TMK TECHSERVICE (Cyrillic: ООО ТМК ТЕХСЕРВИС) (a.k.a. LIMITED LIABILITY COMPANY TMK TECHNICAL SERVICE (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК ТЕХНИЧЕСКИЙ СЕРВИС)), 51 Rozy Lyuksemburg Street, Floor 1, Suite 99, Ekaterinburg 620026, Russia; Tax ID No. 6626016720 (Russia); Registration Number 1069626005283 (Russia) [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY PIPE METALLURGICAL COMPANY).

LLC TMK YAMZ (Cyrillic: ООО ТМК ЯМЗ) (a.k.a. LIMITED LIABILITY COMPANY TMK YARTSEVSKIY METALLURGICAL PLANT (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ТМК ЯРЦЕВСКИЙ МЕТЗАВОД); a.k.a. LIMITED LIABILITY COMPANY TMK YARTSEVSKIY METZAVOD), 3 First Liteynaya Street, Office 107, Yartsevo 215805, Russia; Tax ID No. 6623122216 (Russia); Registration Number 1176658047862 (Russia) [RUSSIA-EO14024].

LLC TORGOVY KVARTAL-NOVOSIBIRSK, Ul. Frunze d. 238, Novosibirsk 630112, Russia; Website www.sibmoll.ru; Tax ID No. 5405230467 (Russia); Registration Number 1025401906639 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC TPK MAXIMUM (a.k.a. LIMITED LIABILITY COMPANY TRADING AND PRODUCTION COMPLEX MAXIMUM; a.k.a. TORGOVO PROIZVODSTVENNYI KOMPLEKS MAKSIMUM; a.k.a. TPK MAKSIMUM), Ul. Malakhovskogo D. 52, Pomeshch. 10, Voronezh 394019, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3662204227 (Russia); Registration Number 1143668026435 (Russia) [RUSSIA-EO14024].

LLC TRADING HOUSE STANKOMASHSTROY (a.k.a. TRADING COMPANY SMS LIMITED; a.k.a. "LLC TD SMS"), Ul. Bugrovka M. D. 20, Penza 440011, Russia; 9A Germana Titova St., Penza 440028, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14114.; Tax ID No. 5835109448 (Russia); Registration Number 1145835004545 (Russia) [RUSSIA-EO14024].

LLC TREST ROSSPETSENERGOMONTAZH (Cyrillic: ООО ТРЕСТ РОССПЕЦ[Э]НЕРГОМОНТАЖ) (a.k.a. ООО TREST ROSSPETSENERGOMONTAZH; a.k.a. TREST ROSSPETSENERGOMONTAZH OOO; a.k.a. TRUST ROSSPETSENERGOMONTAZH), Promzona Kaes, Udomlya 171840, Russia; D. 3, Pl. Svobody, G. Nizhnii Novogorod, Oblast Nizhegorodskaya 603006, Russia; Tax ID No. 6916013425 (Russia); Public Registration Number 57302715 (Russia) [RUSSIA-EO14024].

LLC TRIBIT (a.k.a. LIMITED LIABILITY COMPANY TRIBIT; a.k.a. TRIBIT; a.k.a. TRIBIT OOO), d. 27/8 pom. P53, ul. Varvarskaya, Nizhni Novgorod Region 603006, Russia; Website tribit.ru; Organization

Established Date 20 Sep 2018; Organization Type: Other information technology and computer service activities; Tax ID No. 5260457937 (Russia); Registration Number 1185275050905 (Russia) [RUSSIA-EO14024].

LLC TSENTR SPRUT T (a.k.a. LIMITED LIABILITY COMPANY CENTER SPRUT T (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦЕНТР СПРУТ Т)), Ulitsa Krasnokazarmennaya, Dom 3, Stroenie 5, Moscow 111250, Russia; Tax ID No. 7734220468 (Russia); Registration Number 1037739346590 (Russia) [RUSSIA-EO14024].

LLC TSENTRTEKHKHIMMASH (Cyrillic: ООО ЦЕНТРТЕХХИММАШ) (a.k.a. OOO ЦЕНТРТЕХХИММАШ, d. 23 str. 1 etazh / kom. 2/14, ul. Bolshaya Novodmitrovkaya, Moscow 127015, Russia; Tax ID No. 7725539970 (Russia); Registration Number 1057747090280 (Russia) [RUSSIA-EO14024] (Linked To: LIMITED LIABILITY COMPANY FLEMSTED).

LLC TSITADEL (Cyrillic: ООО ЦИТАДЕЛЬ) (a.k.a. CITADEL OOO; a.k.a. LIMITED LIABILITY COMPANY CITADEL (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЦИТАДЕЛЬ); a.k.a. OBSHCHESTVO S ORGANICHENNOI OTVETSTVENNOSTYU TSITADEL; a.k.a. TSITADEL GROUP; a.k.a. "CITADEL HOLDING"; a.k.a. "CITADEL LLC"), Michurinskiy avenue, House 27, Apartment 5, Floor 2, Room 6, Moscow 119607, Russia (Cyrillic: Пр-Кт Мичуринский, Д. 27, К. 5, Этаж 2, Ком. 6, Москва 119607, Russia); Tax ID No. 9701012339 (Russia); Registration Number 11577467895690 (Russia) [RUSSIA-EO14024].

LLC TSMRBANK (a.k.a. BANK 'CENTER FOR INTERNATIONAL SETTLEMENTS' LLC; a.k.a. BANK 'TSENTR MEZHDUNARODNYKH RASCHETOV' OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU; a.k.a. TSMRBANK, OOO), ul. Palikha, d. 10, Str. 7, Moscow 127055, Russia; Website www.nko-cmr.ru; Email Address cmr@cmrbank.ru; BIK (RU) 044525059; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Registration ID 1157700005759 (Russia); Tax ID No. 7750056670 (Russia); Government Gazette Number 45000256 (Russia) [UKRAINE-EO13660].

LLC TSTO DELTA-AERO (a.k.a. DELTA-AERO TECHNICAL SERVICE CENTER LLC; a.k.a. LIMITED LIABILITY COMPANY TECHNICAL SERVICE CENTER DELTA-AERO), Vn. Ter.

Settlement Moskovsky, Kievskoe Highway 22 km, household 4, building 1, floor 6, room/office 620 A/37, Moscow 108511, Russia; Additional Sanctions Information - Subject to Secondary Sanctions; Organization Established Date 12 Apr 2021; Tax ID No. 7730263823 (Russia); Business Registration Number 1217700171809 (Russia) [NPWMD] [IFSR] (Linked To: IRAN AIRCRAFT MANUFACTURING INDUSTRIAL COMPANY).

LLC TURBO KING, Proezd Avtosborochnyi D. 10, Naberezhnnyye Chelny 423800, Russia; Tax ID No. 1650384878 (Russia); Registration Number 1191690088853 (Russia) [RUSSIA-EO14024].

LLC VALTEX-ST (Cyrillic: ООО ВАЛТЕКС-НТ) (a.k.a. VALTEX SCIENCE AND TECHNOLOGY), Pr Staryi Zykovskii D. 5, Pom. IV, Moscow 125167, Russia; Organization Established Date 14 Feb 2008; Tax ID No. 7714973551 (Russia); Registration Number 1177746136600 (Russia) [RUSSIA-EO14024].

LLC VEB CAPITAL (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU INVESTITSIONNA YA KOMPANIYA VNESHEKONOMBANKA; a.k.a. OOO VEB KAPITAL; a.k.a. VEB CAPITAL), d. 7 str. A ul. Mashi Poryvaevoi, Moscow 107078, Russia; Website vebcapital.ru; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 24 Dec 2009; Tax ID No. 7708710924 (Russia); Registration Number 1097746831709 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives. [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC VEB SERVICE (a.k.a. VEB SERVICE; a.k.a. VEB SERVIS), PR-KT Akademika Sakharova D. 9, Komnata 205 K, Moscow 107078, Russia; Tax ID No. 7708325680 (Russia); Registration Number 1177746934023 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC VEB VENTURES (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU

VEB VENCHURS; f.k.a. OOO VEB INNOVATSIYA; a.k.a. OOO VEB VENCHURS; f.k.a. VEB INNOVATIONS; a.k.a. VEB VENCHURS), D. 2 etazh 7, Ul. Bleza Paskalya Ter. Skolkovo Innovatsionnogo, Moscow 121205, Russia; Website vebinnovations.ru; Tax ID No. 7731373995 (Russia); Registration Number 1177746639036 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC VEB.RF ASSET MANAGEMENT (a.k.a. VEB.RF UPRAVLENIE AKTIVAMI), B-R 31 Novinskii D., Floor 7, Pomeshch. I. Kom 16, Moscow 123242, Russia; Tax ID No. 9704032929 (Russia); Registration Number 1207700367930 (Russia) [RUSSIA-EO14024] (Linked To: STATE CORPORATION BANK FOR DEVELOPMENT AND FOREIGN ECONOMIC AFFAIRS VNESHECONOMBANK).

LLC VEST-OST (a.k.a. "WEST-OST"), Gotvalda ul d. 21/2, Yekaterinburg 620107, Russia; Tax ID No. 6670249749 (Russia); Registration Number 1096670008434 (Russia) [RUSSIA-EO14024].

LLC VLADEKS (Cyrillic: ООО ВЛАДЕКС) (a.k.a. LIMITED LIABILITY COMPANY VLADEKS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЛАДЕКС); a.k.a. "VLADEX"), ul. Volkhovskaya, d. 29, office 505, Vladivostok 690018, Russia; Organization Established 22 Mar 2018; Tax ID No. 2543123270 (Russia); Registration Number 1182536008710 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Kirill Konstantinovich).

LLC VLADEKS KHOLDING (Cyrillic: ООО ВЛАДЕКС ХОЛДИНГ) (a.k.a. LIMITED LIABILITY COMPANY VLADEKS KHOLDING (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВЛАДЕКС ХОЛДИНГ)), ul. Arbat, d. 6/2, e 4, pom. I, k 1, of 48, Moscow 119019, Russia; Organization Established 06 Jul 2018; Tax ID No. 7704457928 (Russia); Registration Number 1187746643370 (Russia) [RUSSIA-EO14024] (Linked To: MALOFEYEV, Kirill Konstantinovich).

LLC VNIIGAZ (a.k.a. GAZPROM VNIIGAZ; a.k.a. GAZPROM VNIIGAZ, OOO (Cyrillic: ООО ГАЗПРОМ ВНИИГАЗ); a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU 'NAUCHNO-ISSLEDOVATELSKII INSTITUT PRIRODNYKH GAZOV I GAZOVYKH TEKHNOLOGI - GAZPROM VNIIGAZ' (Cyrillic: НАУЧНО-ИССЛЕДОВАТЕЛЬСКИЙ ИНСТИТУТ ПРИРОДНЫХ ГАЗОВ И ГАЗОВЫХ ТЕХНОЛОГИЙ - ГАЗПРОМ ВНИИГАЗ); f.k.a. "ALL UNION SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES"; a.k.a. "LIMITED LIABILITY COMPANY SCIENTIFIC RESEARCH INSTITUTE OF NATURAL GASES AND GAS TECHNOLOGIES"; a.k.a. "VNIGAZ"), 15 Gazovikov St., bld. 1, Razvilka, Leninski Raion, Moskovskaya obl. 142717, Russia; Sevastopolskaya St. 1A, Ukhta, Komi Republic, Russia; Website www.vniigaz.ru; Email Address adm@vniigaz.gazprom.ru; Executive Order 13662 Directive Determination - Subject to Directive 4; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 30 Jun 1999; Registration ID 1025000651598; Tax ID No. 5003028155; Government Gazette Number 31323949; For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: PUBLIC JOINT STOCK COMPANY GAZPROM).

LLC VOLGOGRAD MACHINE BUILDING COMPANY VGTZ (a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU VOLGOGRADSKAIA MASHINOSTROITELNAIA KOMPANIIA VGTZ; a.k.a. VOLGOGRAD MACHINE BUILDING COMPANY LIMITED LIABILITY COMPANY; a.k.a. VOLGOGRAD TRACTOR PLANT; a.k.a. "OOO VMK VGTZ"), 1 Dzerzhinskogo Pl, Volgograd 400006, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 3441023695 (Russia); Registration Number 1023402461752 (Russia) [RUSSIA-EO14024].

LLC VOSTOK GOLD (a.k.a. LIMITED LIABILITY COMPANY VOSTOK ZOLOTO (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ВОСТОК ЗОЛОТО)), d. 104 pom, ofis 5/16, ul. Zhuravleva, Chita 672012, Russia; Tax ID No. 7536181111

(Russia); Registration Number 1207500001851 (Russia) [RUSSIA-EO14024].

LLC VTB DC (a.k.a. LIMITED LIABILITY COMPANY VTB DC; a.k.a. VTB DC LIMITED; a.k.a. VTB DC LTD), Room 47, office XIV, 8 Brestskaya Street, Moscow 125047, Russia; d. 35 str. 1, Prospect Leningradski, Moscow 125284, Russia; Executive Order 13662 Directive Determination - Subject to Directive 1; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Established Date 2011; Registration Number 5117746058733 (Russia); For more information on directives, please visit the following link: http://www.treasury.gov/resource-center/sanctions/Programs/Pages/ukraine.aspx #directives [UKRAINE-EO13662] [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

LLC VTB INFRASTRUCTURE INVESTMENTS (Cyrillic: ООО ВТБ ИНФРАСТРУКТУРНЫЕ ИНВЕСТИЦИИ) (a.k.a. LIMITED LIABILITY COMPANY VTB INFRASTRUCTURE INVESTMENTS; a.k.a. VTB INFRASTRUKTURNYE INVESTITSII), Presnenskay Nab D. 10, Floor 15, Pomeshchenie III, Moscow 123112, Russia; d. 12 etazh 20 Mesto 20.41V, naberezhnaya Presnenskaya, Moscow 123112, Russia; Organization Established Date 28 May 2012; Organization Type: Other business support service activities n.e.c.; Tax ID No. 7703768889 (Russia); Government Gazette Number 09824582 (Russia); Registration Number 1127746409801 (Russia) [RUSSIA-EO14024] (Linked To: VTB BANK PUBLIC JOINT STOCK COMPANY).

LLC VU DIKSON (Cyrillic: ООО ВУ ДИКСОН) (a.k.a. OOO VOSTOKUGOL DIKSON), ul. Voronina 2A Pgt., Dikson 647340, Russia; Tax ID No. 2469003640 (Russia); Registration Number 1172468032549 (Russia) [RUSSIA-EO14024] (Linked To: UNITED ARCTIC COMPANY LLC).

LLC VYGON CONSULTING (f.k.a. ENERGETICHESKI TSENTR OOO; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU VYGON KONSALTING; a.k.a. VYGON CONSULTING; a.k.a. VYGON KONSALTING OOO), d. 12 pod/et/pom 3/16/1609, Naberezhnaya Krasnopresnenskaya, Moscow 123610, Russia; Organization Established Date 02 Sep 2013; Organization Type: Management consultancy

activities; Tax ID No. 7717761234 (Russia); Residency Number 1137746787705 (Russia); Government Gazette Number 18141830 (Russia) [RUSSIA-EO14024].

LLC WEAPON FIRM LEVSHA T (a.k.a. GUN MAKING COMPANY LEVSHA T LLC; a.k.a. OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTIU ORUZHEINAIA FIRMA LEVSHA T), 1A Sovetskaya St, Building 95-037, Pom/floor 11/2 lit. e3, Tula 300041, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7107049851 (Russia); Registration Number 1027100978300 (Russia) [RUSSIA-EO14024].

LLC YADRO FAB DUBNA (a.k.a. LIMITED LIABILITY COMPANY YADRO FAB DUBNA; a.k.a. YADRO FAB DUBNA OOO), 4 Programmistov Str., Dubna, Moscow Region 141983, Russia; Organization Established Date 26 May 2020; Tax ID No. 5010057397 (Russia); Registration Number 1205000041245 (Russia) [RUSSIA-EO14024].

LLC YUKC TRO YA (a.k.a. LIMITED LIABILITY COMPANY LEGAL CONSULTING COMPANY TRO YA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ЮРИДИЧЕСКАЯ КОНСАЛТИНГОВАЯ КОМПАНИЯ ТРО Я); a.k.a. LLC YUKK TRO YA; a.k.a. TRO YA LLC; a.k.a. TRO YA OSOO), Lower Lugovaya St 217, Tokmok 724201, Kyrgyzstan; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 01510201210159 (Kyrgyzstan); Government Gazette Number 27645894 (Kyrgyzstan) [RUSSIA-EO14024].

LLC YUKK TRO YA (a.k.a. LIMITED LIABILITY COMPANY LEGAL CONSULTING COMPANY TRO YA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ЮРИДИЧЕСКАЯ КОНСАЛТИНГОВАЯ КОМПАНИЯ ТРО Я); a.k.a. LLC YUKC TRO YA; a.k.a. TRO YA LLC; a.k.a. TRO YA OSOO), Lower Lugovaya St 217, Tokmok 724201, Kyrgyzstan; Secondary sanctions risk: this person is designated for operating or having

operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 01510201210159 (Kyrgyzstan); Government Gazette Number 27645894 (Kyrgyzstan) [RUSSIA-EO14024].

LLC ZAVOD SPETSAGREGAT, UL. 8 Iyulya 10 A, Miass 456300, Russia; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 7448069375 (Russia); Registration Number 1057422041005 (Russia) [RUSSIA-EO14024].

LLC ZHELTUGINSKAYA GRK (Cyrillic: ООО ЖЕЛТУГИНСКАЯ ГРК) (a.k.a. LIMITED LIABILITY COMPANY ZHELTUGINSKAYA MINING COMPANY (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЖЕЛТУГИНСКАЯ ГОРНОРУДНАЯ КОМПАНИЯ)), TOR Zabaykalye Territory, Klyuchevskiy Urban Settlement, Mogochinskiy District, Zabaykalskiy Territory 673741, Russia; Tax ID No. 7536164405 (Russia); Registration Number 1177536001411 (Russia) [RUSSIA-EO14024].

LLC ZIMENS YOKOGAWA (Cyrillic: ООО ЗИМЕНС ЯКАГАВА) (a.k.a. LIMITED LIABILITY COMPANY ZIMENS YOKOGAWA (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЗИМЕНС ЯКАГАВА)), ul. Sh-2 (OEZ Alabuga Ter.), Str. 5/12, Pomeshch. 201, Yelabuga, Republic of Tatarstan 423601, Russia (Cyrillic: УЛ Ш-2 (ТЕР. ОЭЗ АЛАБУГА), СТР. 5/12, ПОМЕЩ. 201, Елабуга, Республика Татарстан 423601, Russia); Organization Established Date 03 Oct 2022; Tax ID No. 1674003024 (Russia); Government Gazette Number 78387980 (Russia); Registration Number 1221600079645 (Russia) [RUSSIA-EO14024].

LLC ZIROUDEY TEKHNOLODZHIS (Cyrillic: ООО ЗИРОУДЭЙ Т�ехНОЛОДЖИС) (a.k.a. 0DAY TECHNOLOGIES; a.k.a. LIMITED 0DAY TECHNOLOGIES; a.k.a. "LTD 0DT"), UL. Profsoyuznaya D. 125, Floor Tsokolnyi, Pomeshch. I. Kom. 14, Moscow 117647, Russia; St. Vvedenskogo, House 23A, Structure 3, etazh 4, Room XIV, Room 62, Rm1b, Moscow 117342, Russia; Website https://0day.llc/; Organization Established Date

29 Dec 2001; Organization Type: Other information technology and computer service activities; Target Type Private Company; Registration ID 5117746070558 (Russia); Tax ID No. 7728795098 (Russia) [RUSSIA-EO14024].

LO, Stephen (a.k.a. LO, Stephen Wai-chung; a.k.a. LO, Wai-chung (Chinese Traditional: 盧偉聰; Chinese Simplified: 卢伟聪)), Hong Kong; DOB 19 Nov 1961; POB Hong Kong; nationality Hong Kong; Gender Male; National ID No. E8586768 (Hong Kong) (individual) [HK-EO13936].

LO, Stephen Wai-chung (a.k.a. LO, Stephen; a.k.a. LO, Wai-chung (Chinese Traditional: 盧偉聰; Chinese Simplified: 卢伟聪)), Hong Kong; DOB 19 Nov 1961; POB Hong Kong; nationality Hong Kong; Gender Male; National ID No. E8586768 (Hong Kong) (individual) [HK-EO13936].

LO, Wai-chung (Chinese Traditional: 盧偉聰; Chinese Simplified: 卢伟聪) (a.k.a. LO, Stephen; a.k.a. LO, Stephen Wai-chung), Hong Kong; DOB 19 Nov 1961; POB Hong Kong; nationality Hong Kong; Gender Male; National ID No. E8586768 (Hong Kong) (individual) [HK-EO13936].

LOAN, Waseem Raouf (a.k.a. BUTT, Abdul Majid; a.k.a. LOAN, Waseem Rauf; a.k.a. LON RAOUF, Wasim Raouf; a.k.a. LOUN, Waseem Raouf; a.k.a. LOUN, Waseem Rauf; a.k.a. LOUN, Waseem Rouf; a.k.a. RASHI, Abdul Majid; a.k.a. RASHID, Abdul Majid), c/o AL AMLOOD TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Pakistan; DOB 03 Mar 1966; POB Lahore, Pakistan; citizen Pakistan; Passport AA8908881 (Pakistan); Identification Number 35200-5407888-5 (Pakistan) (individual) [SDNTK].

LOAN, Waseem Rauf (a.k.a. BUTT, Abdul Majid; a.k.a. LOAN, Waseem Raouf; a.k.a. LON RAOUF, Wasim Raouf; a.k.a. LOUN, Waseem Raouf; a.k.a. LOUN, Waseem Rauf; a.k.a. LOUN, Waseem Rouf; a.k.a. RASHI, Abdul Majid; a.k.a. RASHID, Abdul Majid), c/o AL AMLOOD TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Pakistan; DOB 03 Mar 1966; POB Lahore, Pakistan; citizen Pakistan; Passport AA8908881 (Pakistan); Identification Number 35200-5407888-5 (Pakistan) (individual) [SDNTK].

LOBACH, Tatyana Georgiyevna (Cyrillic: ЛОБАЧ, Татьяна Георгиевна), Russia; DOB

08 Jan 1974; nationality Russia; Gender Female; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LOBAEV, Nikolay Yevgenyevich (Cyrillic: ЛОБАЕВ, Николай Евгеньевич), Russia; DOB 01 Jun 1974; POB Rostov-On-Don, Russia; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 771986198929 (Russia) (individual) [RUSSIA-EO14024].

LOBAEV, Vladislav Yevgenyevich (Cyrillic: ЛОБАЕВ, Владислав Евгеньевич), Russia; DOB 04 Apr 1972; POB Rostov-On-Don, Russia; nationality Russia; Gender Male; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 402911672932 (Russia) (individual) [RUSSIA-EO14024].

LOBAEVA, Elena Anatolyevna (Cyrillic: ЛОБАЕВА, Елена Анатольевна), Russia; DOB 23 Jan 1974; POB Volgograd, Russia; nationality Russia; Gender Female; Secondary sanctions risk: this person is designated for operating or having operated in a sector of the Russian Federation economy determined to support Russia's military-industrial base pursuant to section 11 of Executive Order 14024, as amended by Executive Order 14114.; Tax ID No. 770471404343 (Russia) (individual) [RUSSIA-EO14024].

LOBAYE INVEST (a.k.a. LOBAYE INVEST SARL; a.k.a. LOBAYE INVEST SARLU), Avenue Martyrs Rue 5-064, Bangui, Central African Republic; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Mining of other non-ferrous metal ores [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

LOBAYE INVEST SARL (a.k.a. LOBAYE INVEST; a.k.a. LOBAYE INVEST SARLU), Avenue Martyrs Rue 5-064, Bangui, Central African Republic; Secondary sanctions risk:

Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Mining of other non-ferrous metal ores [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

LOBAYE INVEST SARLU (a.k.a. LOBAYE INVEST; a.k.a. LOBAYE INVEST SARL), Avenue Martyrs Rue 5-064, Bangui, Central African Republic; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Organization Type: Mining of other non-ferrous metal ores [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

LOBILLA, Shaykh Omar (a.k.a. DE LAVILLA, Mike; a.k.a. LABELLA, Omar; a.k.a. LAVILLA, Mile D.; a.k.a. LAVILLA, Omar; a.k.a. LAVILLA, Ramo; a.k.a. LAVILLA, Reuben; a.k.a. LAVILLA, Reuben Omar; a.k.a. LAVILLA, Reymund; a.k.a. LAVILLA, Ruben Pestano, Jr.; a.k.a. MUDDARIS, Abdullah; a.k.a. SHARIEF, Ahmad Omar), 10th Avenue, Caloocan City, Manila, Philippines; Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; DOB 04 Oct 1972; POB Sitio Banga Maiti, Barangay Tranghawan, Lambunao, Iloilo Province, Philippines; nationality Philippines (individual) [SDGT].

LOBO, Carlos Arnoldo (a.k.a. "EL NEGRO LOBO"; a.k.a. "NEGRO"), Col Toronjal, 2da Etapa, Casa 2, La Ceiba, Atlantida, Honduras; Col Toronjal, 2da Etapa, Casa 2, Numero 67, La Ceiba, Atlantida, Honduras; Colonia El Toronjal, Cuarta Etapa, Bloque, La Ceiba, Atlantida, Honduras; Hacienda La Rosita, La Ceiba, Atlantida, Honduras; French Harbour, Roatan, Islas de La Bahia, Honduras; Los Tangos, Copan, Honduras; Casa 67, Blq 02, San Pedro Sula, Cortes, Honduras; Hacienda Aldea La Rosita, Esparta, Atlantida, Honduras; Hacienda Satuye, Col. Satuye, La Ceiba, Atlantida, Honduras; DOB 28 May 1974; POB Esparta, La Ceiba, Honduras; Numero de Identidad 0103-1975-00009 (Honduras) (individual) [SDNTK].

LOGAID, ul. 1-ya Volskaya d. 26, floor 2, kom #9, Moscow 111674, Russia; Ryazanskiy prospekt, dom 10, stroenie 2, Moscow 109428, Russia; ul. Svobody 95k2, 1 podyezd, 1 etazh, Moscow 125481, Russia; Tax ID No. 7721831364 (Russia); Registration Number 1147746464095 (Russia) [RUSSIA-EO14024].

LOGAN MOREY, Elvis Angus (a.k.a. "BURTON BURGESS"); DOB 28 Jul 1963; POB Toledo District, Belize; Passport P0017003 (Belize); SSN 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 (United States) (individual) [SDNT].

LOGARCHEO AG (a.k.a. LOGARCHEO S.A.), Chemin du Carmel, 1661 Le Paquier-Montbarry, Switzerland; US FEIN CH-217-0-431-423-3 (United States) [IRAQ2].

LOGARCHEO S.A. (f.k.a. LOGARCHEO AG), Chemin du Carmel, 1661 Le Paquier-Montbarry, Switzerland; US FEIN CH-217-0-431-423-3 (United States) [IRAQ2].

LOGINOV, Ilya (a.k.a. LOGINOV, Ilya Alekseyevich (Cyrillic: ЛОГИНОВ, Илья Алексеевич); DOB 02 Jul 1971; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy General Director for Legal Support at Sovfracht (individual) [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

LOGINOV, Ilya Alekseyevich (Cyrillic: ЛОГИНОВ, Илья Алексеевич) (a.k.a. LOGINOV, Ilya); DOB 02 Jul 1971; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 and/or 589.209; Deputy General Director for Legal Support at Sovfracht (individual) [UKRAINE-EO13685] (Linked To: OJSC SOVFRACHT).

LOGINOV, Vyacheslav Yuryevich (Cyrillic: ЛОГИНОВ, Вячеслав Юрьевич), Russia; DOB 09 Jan 1979; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LOGISTICA Y TRANSPORTE NORVAL LTDA., Avenida Boyaca No. 68-24, Bogota, Colombia; NIT # 900224846-0 (Colombia) [SDNTK].

LOGISTIK INTERNEYSHNL SERVIS OOO (a.k.a. LIMITED LIABILITY COMPANY LOGISTIC INTERNATIONAL SERVIS (Cyrillic: ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ ЛОГИСТИК ИНТЕРНЕЙШНЛ СЕРВИС)), d. 7 str. 1 ofis 411, ul. Radio, Moscow 105005, Russia; Tax ID No. 9701048399 (Russia); Registration Number 1167746806952 (Russia) [RUSSIA-EO14024].

LOGISTIKA DOVERIYA OOO (a.k.a. OOO LOGISTIKA DOVERIIA; a.k.a. TRUST LOGISTIC; a.k.a. TRUST LOGISTICS LLC), Vladenie 5 Etazh/Pom.3/321, Khimki 141402, Russia; ul. Engelsa, 27, et. 2 pomeshch. 89, Khimki, Moscow 141402, Russia; Organization

Established Date 24 May 2012; Tax ID No. 7721758555 (Russia); Registration Number 1127746399098 (Russia) [RUSSIA-EO14024] (Linked To: AKIFYEV, Pavel Viktorovich).

LOGISTIQUE ECONOMIQUE ETRANGERE SARLU, Enceinte Mai, Route De Ndres, Quartier Boy-Rabe, Arrondissement 4, Bangui, Central African Republic; Organization Established Date Oct 2020; Organization Type: Non-specialized wholesale trade; Target Type Private Company; Business Registration Number CA/BG2020B1559 (Central African Republic) [BPI-RUSSIA-EO14024].

LOGUNOV, Oleg; DOB 04 Feb 1962; POB Irkutsk Region, Russia (individual) [MAGNIT].

LOGUNTSOV, Sergey, Saint Petersburg, Russia; DOB 15 Jul 1983; nationality Russia; Gender Male; Secondary sanctions risk: Ukraine-/Russia-Related Sanctions Regulations, 31 CFR 589.201 (individual) [CYBER2].

LOKWANG, Okot (a.k.a. LUKWANG, Okot; a.k.a. LUKWENG, Okot; a.k.a. LUKWONG, Okot), Songo, Kafia Kingi; Central African Republic; DOB 1975; alt. DOB 1974; alt. DOB 1976; alt. DOB 1981; alt. DOB 1982; alt. DOB 1980; POB Palabek, Uganda; alt. POB Padibe Lamwu District, Uganda; nationality Uganda (individual) [CAR] (Linked To: LORD'S RESISTANCE ARMY).

LOLA LOLITA 1110, S. DE R.L. DE C.V. (a.k.a. LOLALOLITA 1110, S. DE R.L. DE C.V.), Av. Vallarta 1110, Col. Americana, Guadalajara, Jalisco 44160, Mexico; Guadalajara, Jalisco, Mexico; Website www.lolalolita.com; Folio Mercantil No. 60645 (Jalisco) (Mexico) [SDNTK].

LOLALIMES, La Reforma, Zacapa, Guatemala [SDNTK].

LOLALOLITA 1110, S. DE R.L. DE C.V. (a.k.a. LOLA LOLITA 1110, S. DE R.L. DE C.V.), Av. Vallarta 1110, Col. Americana, Guadalajara, Jalisco 44160, Mexico; Guadalajara, Jalisco, Mexico; Website www.lolalolita.com; Folio Mercantil No. 60645 (Jalisco) (Mexico) [SDNTK].

LOMORO, Martin Elia (a.k.a. LOMORO, Martin Elias; a.k.a. LOMURO, Martin Elias), Juba, South Sudan; DOB 28 Dec 1957; citizen South Sudan; alt. citizen Sudan; Gender Male; Passport D00002571 (South Sudan); alt. Passport D00009058 (Sudan) (individual) [SOUTH SUDAN].

LOMORO, Martin Elias (a.k.a. LOMORO, Martin Elia; a.k.a. LOMURO, Martin Elia), Juba, South Sudan; DOB 28 Dec 1957; citizen South Sudan;

alt. citizen Sudan; Gender Male; Passport D00002571 (South Sudan); alt. Passport D00009058 (Sudan) (individual) [SOUTH SUDAN].

LOMURO, Martin Elia (a.k.a. LOMORO, Martin Elia; a.k.a. LOMORO, Martin Elias), Juba, South Sudan; DOB 28 Dec 1957; citizen South Sudan; alt. citizen Sudan; Gender Male; Passport D00002571 (South Sudan); alt. Passport D00009058 (Sudan) (individual) [SOUTH SUDAN].

LON RAOUF, Wasim Raouf (a.k.a. BUTT, Abdul Majid; a.k.a. LOAN, Waseem Raouf; a.k.a. LOAN, Waseem Rauf; a.k.a. LOUN, Waseem Raouf; a.k.a. LOUN, Waseem Rauf; a.k.a. LOUN, Waseem Rouf; a.k.a. RASHI, Abdul Majid; a.k.a. RASHID, Abdul Majid), c/o AL AMLOOD TRADING LLC, Dubai, United Arab Emirates; c/o FMF GENERAL TRADING LLC, Dubai, United Arab Emirates; Pakistan; DOB 03 Mar 1966; POB Lahore, Pakistan; citizen Pakistan; Passport AA8908881 (Pakistan); Identification Number 35200-5407888-5 (Pakistan) (individual) [SDNTK].

LONDON IRINVEST SHIP COMPANY (a.k.a. IRINVESTSHIP LIMITED), 10 Greycoat Place, London SW1P 1SB, United Kingdom; Additional Sanctions Information - Subject to Secondary Sanctions; Trade License No. 04110179 (United Kingdom) [IRAN].

LONDONO ZAPATA, Jesus Antonio, c/o INVERSIONES AGROINDUSTRIALES DEL ORIENTE LTDA., Granada, Meta, Colombia; Calle 14 No. 13-86/90, Fuentedeoro, Meta, Colombia; Calle 47 Bis No. 28-55, Villavicencio, Colombia; Carrera 14 No. 14-04/06, Fuentedeoro, Meta, Colombia; Finca Juanchito, Vereda Iraca, San Martin, Meta, Colombia; Finca La Rivera I, Vereda La Luna, Fuentedeoro, Meta, Colombia; Finca La Rivera II, Vereda Pto. Poveda, Fuentedeoro, Meta, Colombia; Finca Verdum, Vereda Iraca, San Martin, Meta, Colombia; Finca Verdum Ligia, Vereda Iraca, Fuentedeoro, Meta, Colombia; Finca Villa Maria, Vereda Pto. Poveda, Fuentedeoro, Meta, Colombia; DOB 24 Aug 1954; POB Tulua, Valle, Colombia; Cedula No. 6633775 (Colombia) (individual) [SDNTK].

LONGFORD TRADING L.L.C (Arabic: لونجفورد للتجارة ش.ذ.م.م), P.O. Box 385002, Office 204, Essa Al Othman Building, Deira, Dubai, United Arab Emirates; Organization Established Date 12 Jul 2021; Business Registration Number 967661 (United Arab Emirates); Economic Register Number (CBLS) 11704982 (United

Arab Emirates) [IRAN-EO13846] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY COMMERCIAL CO.).

LOOR, Ivan Ivanovich (Cyrillic: ЛООР, Иван Иванович), Russia; DOB 11 Dec 1955; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LOPATIN, Anton Igorevich (Cyrillic: ЛОПАТИН, Антон Игоревич), Moscow, Russia; DOB 04 Sep 1974; POB Moscow, Russia; nationality Russia; Gender Male (individual) [RUSSIA-EO14024].

LOPERA BARBOSA, Jairo Humberto, c/o ASESORIA Y SOLUCIONES GRUPO CONSULTOR S.A., Cali, Colombia; c/o CONSULTORIA INTEGRAL Y ASESORIA EMPRESARIAL S.A., Cali, Colombia; c/o INVERSIONES EPOCA S.A., Cali, Colombia; c/o J.A.J. BARBOSA Y CIA. S.C.S., Cali, Colombia; Carrera 72 No. 11-46 Blq. 11 apto. 403, Cali, Colombia; DOB 22 Feb 1971; POB Cali, Colombia; Cedula No. 16792756 (Colombia); Passport AJ172334 (Colombia) (individual) [SDNT].

LOPERA BARBOSA, Juan Carlos, c/o ASESORIA Y SOLUCIONES GRUPO CONSULTOR S.A., Cali, Colombia; c/o CONSULTORIA INTEGRAL Y ASESORIA EMPRESARIAL S.A., Cali, Colombia; c/o INVERSIONES EPOCA S.A., Cali, Colombia; c/o J.A.J. BARBOSA Y CIA. S.C.S., Cali, Colombia; Carrera 81 No. 13A-125 Casa 11, Cali, Colombia; DOB 18 Jan 1968; POB Cali, Colombia; Cedula No. 16746731 (Colombia); Passport AK122874 (Colombia) (individual) [SDNT].

LOPEZ AISPURO, Armando; DOB 27 Oct 1969; POB Culiacan, Sinaloa, Mexico; citizen Mexico (individual) [SDNTK].

LOPEZ BELLO, Samark Jose (a.k.a. LOPEZ DELGADO, Samark), Caracas, Venezuela; DOB 27 Jul 1974; POB Venezuela; citizen Venezuela; Gender Male; Passport 122560011 (Venezuela); alt. Passport 055439970 (Venezuela); alt. Passport 002494535 (Venezuela); Identification Number 11.208.888 (Venezuela) (individual) [SDNTK] (Linked To: PROFIT CORPORATION, C.A.; Linked To: YAKIMA TRADING CORPORATION; Linked To: GRUPO SAHECT, C.A.; Linked To: ALFA ONE, C.A.; Linked To: SMT TECNOLOGIA, C.A.; Linked To: SERVICIOS TECNOLOGICOS INDUSTRIALES, C.A.; Linked To: MFAA

HOLDINGS LIMITED; Linked To: 1425 BRICKELL AVE 63-F LLC; Linked To: 1425 BRICKELL AVENUE UNIT 46B, LLC; Linked To: 1425 BRICKELL AVENUE 64E LLC; Linked To: AGUSTA GRAND I LLC; Linked To: 200G PSA HOLDINGS LLC).

LOPEZ CENTENO, Jose Francisco (a.k.a. LOPEZ, Jose Francisco; a.k.a. "Chico"); DOB 17 Sep 1950; nationality Nicaragua; Gender Male; Passport C0915261 (Nicaragua) (individual) [GLOMAG].

LOPEZ DELGADO, Samark (a.k.a. LOPEZ BELLO, Samark Jose), Caracas, Venezuela; DOB 27 Jul 1974; POB Venezuela; citizen Venezuela; Gender Male; Passport 122560011 (Venezuela); alt. Passport 055439970 (Venezuela); alt. Passport 002494535 (Venezuela); Identification Number 11.208.888 (Venezuela) (individual) [SDNTK] (Linked To: PROFIT CORPORATION, C.A.; Linked To: YAKIMA TRADING CORPORATION; Linked To: GRUPO SAHECT, C.A.; Linked To: ALFA ONE, C.A.; Linked To: SMT TECNOLOGIA, C.A.; Linked To: SERVICIOS TECNOLOGICOS INDUSTRIALES, C.A.; Linked To: MFAA HOLDINGS LIMITED; Linked To: 1425 BRICKELL AVE 63-F LLC; Linked To: 1425 BRICKELL AVENUE UNIT 46B, LLC; Linked To: 1425 BRICKELL AVENUE 64E LLC; Linked To: AGUSTA GRAND I LLC; Linked To: 200G PSA HOLDINGS LLC).

LOPEZ DIAZ, Jesus Alfonso, c/o ESTABLO PUERTO RICO S.A. DE C.V., Culiacan, Sinaloa, Mexico; Avenida Const. Pedro L Zavala 1957, Colonia Libertad, Culiacan, Sinaloa 80180, Mexico; DOB 30 Sep 1962; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. LODJ-620930 (Mexico); C.U.R.P. LODJ620930HSLPZSO9 (Mexico) (individual) [SDNTK].

LOPEZ GOMEZ, Roberto Jose, Col. Pereira, CST 2C. S. 2C. O. Casa No. 1341, Managua, Managua, Nicaragua; DOB 22 Apr 1963; POB Madrid, Spain; Gender Male; National ID No. 8882204630000A (Nicaragua) (individual) [NICARAGUA].

LOPEZ GUERRERO, Ismael (a.k.a. GODINA GUERRERO, Gilberto), Nuevo Laredo, Tamaulipas, Mexico; DOB 01 Jun 1978; POB Nuevo Laredo, Tamaulipas, Mexico; nationality Mexico; citizen Mexico; Passport A085434793 (Mexico); C.U.R.P. LOGI780601HTSPRS05 (Mexico) (individual) [SDNTK] (Linked To: LOS ZETAS).

LOPEZ GUTIERREZ, Rodolfo Francisco, Residencial El Dorado #125, Managua, Nicaragua; DOB 03 Oct 1953; POB Jinotega, Nicaragua; nationality Nicaragua; Gender Male; Passport C01190809 (Nicaragua) issued 02 Mar 2012 expires 02 Mar 2022; National ID No. 2410310530001B (Nicaragua) (individual) [NICARAGUA].

LOPEZ HUERTA, Arnoldo (a.k.a. LOPEZ RUEDA, Jose Arnoldo; a.k.a. RUEDA MEDINA, Jose Arnoldo; a.k.a. "EL FLACO"; a.k.a. "FLACO"; a.k.a. "LA MINSA"; a.k.a. "MODELO"); DOB 15 Dec 1969; alt. DOB 27 Dec 1969; POB Michoacan, Mexico; alt. POB Paracuaro, Mexico; nationality Mexico; C.U.R.P. RUMA691215HMNDDR08 (Mexico) (individual) [SDNTK].

LOPEZ LANDEROS, Geronimo (a.k.a. HERNANDEZ GARCIA, Javier; a.k.a. ZAMBADA GARCIA, Ismael; a.k.a. ZAMBADA GARCIA, Ismael Mario; a.k.a. ZAMBADA, El Mayo; a.k.a. "El Mayo"; a.k.a. "Mayo"), Mexico; DOB 1948; POB Sinaloa, Mexico; nationality Mexico; Gender Male (individual) [SDNTK] [ILLICIT-DRUGS-EO14059].

LOPEZ LANDEY, Midian Patricia (a.k.a. ZAMBADA NIEBLA, Midiam Patricia; a.k.a. ZAMBADA NIEBLA, Midian Patricia; a.k.a. ZAMBADA NIEBLA, Miriam), c/o NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o JAMARO CONSTRUCTORES S.A. DE C.V., Culiacan, Sinaloa, Mexico; c/o ESTABLO PUERTO RICO S.A. DE C.V., Culiacan, Sinaloa, Mexico; Calle Gabino Vazquez # 1206, Colonia Los Pinos, Culiacan, Sinaloa, Mexico; Calle Ciudad de Hermosillo # 1168, Fraccionamiento Las Quintas, Culiacan, Sinaloa, Mexico; Calle Lago Guitzeo 1394, Colonia Las Quintas, Culiacan, Sinaloa 80060, Mexico; DOB 04 Mar 1971; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; Passport 97040022206 (Mexico); R.F.C. ZANM-710304-RN2 (Mexico); C.U.R.P. ZANM710304MSLMBD14 (Mexico); alt. C.U.R.P. ZANM710304MSLMBDO6 (Mexico) (individual) [SDNTK].

LOPEZ LONDONO, Henry de Jesus (a.k.a. "MI SANGRE"); DOB 15 Feb 1971; POB Medellin, Antioquia, Colombia; citizen Colombia; Cedula No. 71721132 (Colombia) (individual) [SDNTK] (Linked To: H Y J COMERCIALIZADORA INTERNACIONAL LTDA).

LOPEZ LOPEZ, Servando (a.k.a. "EL HUEVO"), Mexico; DOB 17 Sep 1974; POB Sinaloa,

Mexico; nationality Mexico; Gender Male; C.U.R.P. LOLS740917HSLPPR01 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LOPEZ MIERA, Alvaro (Latin: LÓPEZ MIERA, Álvaro), Cuba; DOB 26 Dec 1943; POB Havana, Cuba; nationality Cuba; Gender Male (individual) [GLOMAG].

LOPEZ NUNEZ, Damaso (a.k.a. "EL LICENCIADO"), Avenida Nicolas Bravo No. 1607, Colonia Guadalupe, Culiacan, Sinaloa 80220, Mexico; Calle Escobedo No. 24, Localidad El Dorado, Culiacan, Sinaloa 80450, Mexico; DOB 22 Feb 1966; POB Culiacan, Sinaloa, Mexico; nationality Mexico; citizen Mexico; R.F.C. LOND6602221Y5 (Mexico); alt. R.F.C. LOND660222SE7 (Mexico); C.U.R.P. LOND660222HSLPXM05 (Mexico) (individual) [SDNTK].

LOPEZ OSPINA, Carlos Antonio, c/o AGROESPINAL S.A., Medellin, Colombia; c/o ASES DE COMPETENCIA Y CIA. S.A., Medellin, Colombia; c/o GRUPO FALCON S.A., Medellin, Colombia; Calle 50 No. 65-42 of. 205, Medellin, Colombia; DOB 06 Mar 1926; alt. DOB 03 Jun 1926; Cedula No. 3311296 (Colombia) (individual) [SDNT].

LOPEZ PENA, Julio Cesar (a.k.a. "COMBA"; a.k.a. "JULITO"), Carrera 71 No. 10 Bis 103, Cali, Colombia; Avenida 4O No. 6-140, Apt. 1301, Cali, Colombia; Calle 62 No. 4C-18, Cali, Colombia; Carrera 72 No. 10 bis 21, Apt. 303, Cali, Colombia; Carrera 16 No. 21N-02, Armenia, Colombia; DOB 25 Jun 1961; POB Chaparral, Tolima, Colombia; citizen Colombia; Cedula No. 16655942 (Colombia) (individual) [SDNT].

LOPEZ PEREZ, Gricelda (a.k.a. LOPEZ PEREZ, Griselda Natividad; a.k.a. PEREZ ROJO, Karla), Cerro de las Siete Gotas #642, Fraccionamiento Colinas de San Miguel, Culiacan, Sinaloa, Mexico; DOB 19 Aug 1959; alt. DOB 30 Dec 1966; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. LOPG590819MSLPRR04 (Mexico); alt. C.U.R.P. LOPG661230MSLPRR04 (Mexico) (individual) [SDNTK].

LOPEZ PEREZ, Griselda Natividad (a.k.a. LOPEZ PEREZ, Gricelda; a.k.a. PEREZ ROJO, Karla), Cerro de las Siete Gotas #642, Fraccionamiento Colinas de San Miguel, Culiacan, Sinaloa, Mexico; DOB 19 Aug 1959; alt. DOB 30 Dec 1966; POB Sinaloa, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. LOPG590819MSLPRR04 (Mexico); alt.

C.U.R.P. LOPG661230MSLPRR04 (Mexico) (individual) [SDNTK].

LOPEZ PEREZ, Noel, Mexico; DOB 21 May 1980; POB Sinaloa, Mexico; nationality Mexico; Gender Male; C.U.R.P. LOPN800521HSLPRL00 (Mexico) (individual) [ILLICIT-DRUGS-EO14059].

LOPEZ POBLANO DE ARRIOLA, Beatriz Raquel (a.k.a. LOPEZ POBLANO, Beatriz Raquel; a.k.a. LOPEZ PORTILLO, Beatriz Raquel), c/o CHIHUAHUA FOODS S.A. DE C.V., Cuauhtemoc, Mexico; c/o INDIO VITORIO S. DE P.R. DE R.L. DE C.V., Saucillo, Mexico; c/o INMOBILIARIA EL PRESON S.A. DE C.V., Chihuahua, Mexico; Calle Sierra San Diego No. 2502, Chihuahua, Chihuahua, Mexico; DOB 11 Apr 1968; alt. DOB 11 Apr 1971; POB Delicias, Chihuahua, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

LOPEZ POBLANO, Beatriz Raquel (a.k.a. LOPEZ POBLANO DE ARRIOLA, Beatriz Raquel; a.k.a. LOPEZ PORTILLO, Beatriz Raquel), c/o CHIHUAHUA FOODS S.A. DE C.V., Cuauhtemoc, Mexico; c/o INDIO VITORIO S. DE P.R. DE R.L. DE C.V., Saucillo, Mexico; c/o INMOBILIARIA EL PRESON S.A. DE C.V., Chihuahua, Mexico; Calle Sierra San Diego No. 2502, Chihuahua, Chihuahua, Mexico; DOB 11 Apr 1968; alt. DOB 11 Apr 1971; POB Delicias, Chihuahua, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

LOPEZ PORTILLO, Beatriz Raquel (a.k.a. LOPEZ POBLANO DE ARRIOLA, Beatriz Raquel; a.k.a. LOPEZ POBLANO, Beatriz Raquel), c/o CHIHUAHUA FOODS S.A. DE C.V., Cuauhtemoc, Mexico; c/o INDIO VITORIO S. DE P.R. DE R.L. DE C.V., Saucillo, Mexico; c/o INMOBILIARIA EL PRESON S.A. DE C.V., Chihuahua, Mexico; Calle Sierra San Diego No. 2502, Chihuahua, Chihuahua, Mexico; DOB 11 Apr 1968; alt. DOB 11 Apr 1971; POB Delicias, Chihuahua, Mexico; nationality Mexico; citizen Mexico (individual) [SDNTK].

LOPEZ RUEDA, Jose Arnoldo (a.k.a. LOPEZ HUERTA, Arnoldo; a.k.a. RUEDA MEDINA, Jose Arnoldo; a.k.a. "EL FLACO"; a.k.a. "FLACO"; a.k.a. "LA MINSA"; a.k.a. "MODELO"); DOB 15 Dec 1969; alt. DOB 27 Dec 1969; POB Michoacan, Mexico; alt. POB Paracuaro, Mexico; nationality Mexico; C.U.R.P. RUMA691215HMNDDR08 (Mexico) (individual) [SDNTK].

LOPEZ TORRES, Ana Lilia, Mar de Cortes Num. Ext. 39, Luis Donaldo Colosio, Tepic, Nayarit 63178, Mexico; Av. de la Cultura Num. Ext. 157, Ciudad del Valle, Tepic, Nayarit 63157, Mexico; Doctor Mateo del Regil Numero MZ-3, Colonia Doctor Leyva Medina, clave catastral 1-59-11-180-17, Tepic, Nayarit, Mexico; DOB 25 Aug 1965; POB Sinaloa, Mexico; nationality Mexico; Gender Female; C.U.R.P. LOTA650825MSLPRN09 (Mexico) (individual) [GLOMAG].

LOPEZ TREJO, Fernando, Calle Abasolo No. 15, Colonia Miguel Aleman, Comitan, Chiapas C.P. 3000, Mexico; DOB 11 Apr 1971; POB Tamaulipas; nationality Mexico; citizen Mexico; C.U.R.P. LOTF710412HTSPRR03 (Mexico); Cartilla de Servicio Militar Nacional B7439509 (Mexico) (individual) [SDNTK].

LOPEZ VARGAS, Richard (a.k.a. LOPEZ VARGAS, Richard Jesus), Caracas, Capital District, Venezuela; DOB 24 Nov 1964; Gender Male; Cedula No. 6166221 (Venezuela) (individual) [VENEZUELA].

LOPEZ VARGAS, Richard Jesus (a.k.a. LOPEZ VARGAS, Richard), Caracas, Capital District, Venezuela; DOB 24 Nov 1964; Gender Male; Cedula No. 6166221 (Venezuela) (individual) [VENEZUELA].

LOPEZ, Antonio Santiago (a.k.a. MENDOZA PENA, Sergio; a.k.a. PENA MENDOZA, Sergio; a.k.a. PENA MENDOZA, Sergio Arturo Sanchez; a.k.a. PENA SOLIS, Sergio; a.k.a. SOLIS, Rene Carlos), Miguel Hidalgo 410, Concordia, Nuevo Laredo, Tamaulipas, Mexico; Calle Decima, Colonia Las Fuentes, Reynosa, Tamaulipas, Mexico; DOB 25 Jan 1973; alt. DOB 1970; nationality Mexico; citizen Mexico (individual) [SDNTK].

LOPEZ, Cesar (a.k.a. ARROYAVE RUIZ, Elkin Alberto), Carrera 9 No. 71D-10, Cali, Colombia; DOB 03 Sep 1968; POB Caucasia, Antioquia, Colombia; Cedula No. 4652820 (Colombia) (individual) [SDNTK].

LOPEZ, Favian Felipe (a.k.a. VARELLA LOPEZ, Ton; a.k.a. VERA LOPEZ, Fabian Felipe; a.k.a. VERA LOPEZ, Felipe); DOB 28 Oct 1967; POB Guadalajara, Jalisco, Mexico; C.U.R.P. VELF671028HJCRPL08 (Mexico) (individual) [SDNTK] (Linked To: LOS CUINIS).

LOPEZ, Jose Francisco (a.k.a. LOPEZ CENTENO, Jose Francisco; a.k.a. "Chico"); DOB 17 Sep 1950; nationality Nicaragua; Gender Male; Passport C0915261 (Nicaragua) (individual) [GLOMAG].

LOPEZ, Luis (a.k.a. AMEZCUA CONTRERAS, Luis Ignacio; a.k.a. AMEZCUA, Luis; a.k.a. CONTRERAS, Luis C.; a.k.a. LOZANO, Eduardo; a.k.a. OCHOA, Salvador; a.k.a.

RODRIGUEZ LOPEZ, Sergio); DOB 22 Feb 1964; alt. DOB 21 Feb 1964; alt. DOB 21 Feb 1974; POB Mexico (individual) [SDNTK].

LORA ENTERPRISES LIMITED, Virgin Islands, British [GLOMAG] (Linked To: FLEURETTE PROPERTIES LIMITED; Linked To: ZUPPA HOLDINGS LIMITED).

LORDEGAN PETROCHEMICAL CO. (a.k.a. KODE SHIMIYAIE OREH LORDEGAN; a.k.a. LORDEGAN UREA FERTILIZER CO.; a.k.a. LORDEGAN UREA FERTILIZER COMPANY), No. 48, Saadat Abad, Farahzadi Boulevard, Nakhlestan Street, Golestan Alley-I, Tehran 1517769513, Iran; 3rd Floor, No. 24, Kafi Abadi Street, Pesyan Street, Moghadas Ardebili Avenue, Zaferanieh, Tehran 1987957553, Iran; Beginning of Kashan Boulevard, Second Floor, No. 2, Shahrekord, Iran; P.O. Box 1517769513, Tehran, Iran; Website www.lordegan.co; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 7603 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

LORDEGAN UREA FERTILIZER CO. (a.k.a. KODE SHIMIYAIE OREH LORDEGAN; a.k.a. LORDEGAN PETROCHEMICAL CO.; a.k.a. LORDEGAN UREA FERTILIZER COMPANY), No. 48, Saadat Abad, Farahzadi Boulevard, Nakhlestan Street, Golestan Alley-I, Tehran 1517769513, Iran; 3rd Floor, No. 24, Kafi Abadi Street, Pesyan Street, Moghadas Ardebili Avenue, Zaferanieh, Tehran 1987957553, Iran; Beginning of Kashan Boulevard, Second Floor, No. 2, Shahrekord, Iran; P.O. Box 1517769513, Tehran, Iran; Website www.lordegan.co; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 7603 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

LORDEGAN UREA FERTILIZER COMPANY (a.k.a. KODE SHIMIYAIE OREH LORDEGAN; a.k.a. LORDEGAN PETROCHEMICAL CO.; a.k.a. LORDEGAN UREA FERTILIZER CO.), No. 48, Saadat Abad, Farahzadi Boulevard, Nakhlestan Street, Golestan Alley-I, Tehran 1517769513, Iran; 3rd Floor, No. 24, Kafi Abadi Street, Pesyan Street, Moghadas Ardebili Avenue, Zaferanieh, Tehran 1987957553, Iran; Beginning of Kashan Boulevard, Second Floor, No. 2, Shahrekord, Iran; P.O. Box 1517769513, Tehran, Iran; Website www.lordegan.co; Additional Sanctions Information - Subject to Secondary Sanctions; Registration ID 7603 (Iran) [NPWMD] [IFSR] (Linked To: PERSIAN GULF PETROCHEMICAL INDUSTRY CO.).

LORD'S RESISTANCE ARMY (a.k.a. LORD'S RESISTANCE MOVEMENT; a.k.a. LORD'S RESISTANCE MOVEMENT/ARMY; a.k.a. "LRA"; a.k.a. "LRM"; a.k.a. "LRM/A"), Vakaga, Central African Republic; Haute-Kotto, Central African Republic; Basse-Kotto, Central African Republic; Haut-Mbomou, Central African Republic; Mbomou, Central African Republic; Haut-Uolo, Congo, Democratic Republic of the; Bas-Uolo, Congo, Democratic Republic of the; Kafia Kingi [CAR].

LORD'S RESISTANCE MOVEMENT (a.k.a. LORD'S RESISTANCE ARMY; a.k.a. LORD'S RESISTANCE MOVEMENT/ARMY; a.k.a. "LRA"; a.k.a. "LRM"; a.k.a. "LRM/A"), Vakaga, Central African Republic; Haute-Kotto, Central African Republic; Basse-Kotto, Central African Republic; Haut-Mbomou, Central African Republic; Mbomou, Central African Republic; Haut-Uolo, Congo, Democratic Republic of the; Bas-Uolo, Congo, Democratic Republic of the; Kafia Kingi [CAR].

LORD'S RESISTANCE MOVEMENT/ARMY (a.k.a. LORD'S RESISTANCE ARMY; a.k.a. LORD'S RESISTANCE MOVEMENT; a.k.a. "LRA"; a.k.a. "LRM"; a.k.a. "LRM/A"), Vakaga, Central African Republic; Haute-Kotto, Central African Republic; Basse-Kotto, Central African Republic; Haut-Mbomou, Central African Republic; Mbomou, Central African Republic; Haut-Uolo, Congo, Democratic Republic of the; Bas-Uolo, Congo, Democratic Republic of the; Kafia Kingi [CAR].

LORENA DEL MAR, S.A. DE C.V., Mexico City, Mexico; Folio Mercantil No. 324168 (Mexico) [SDNTK].

LORENZANA CORDON, Eliu Elixander, La Reforma, Zacapa, Guatemala; DOB 29 Nov 1971; POB Guatemala; nationality Guatemala; citizen Guatemala; Cedula No. R-19 4478 (Guatemala) (individual) [SDNTK].

LORENZANA CORDON, Haroldo Geremias (a.k.a. LORENZANA CORDON, Haroldo Jeremias; a.k.a. "CHUCHI"; a.k.a. "CHUCHY"), La Reforma, Zacapa, Guatemala; DOB 04 Jun 1966; POB Guatemala; nationality Guatemala; citizen Guatemala; Cedula No. R-19 3649 (Guatemala) (individual) [SDNTK].

LORENZANA CORDON, Haroldo Jeremias (a.k.a. LORENZANA CORDON, Haroldo Geremias; a.k.a. "CHUCHI"; a.k.a. "CHUCHY"), La Reforma, Zacapa, Guatemala; DOB 04 Jun 1966; POB Guatemala; nationality Guatemala; citizen Guatemala; Cedula No. R-19 3649 (Guatemala) (individual) [SDNTK].

LORENZANA CORDON, Marta Julia, La Reforma, Zacapa, Guatemala; DOB 18 Jun 1976; POB Guatemala; nationality Guatemala; citizen Guatemala; Cedula No. R19 5468 (Guatemala); NIT # 7142099 (Guatemala) (individual) [SDNTK].

LORENZANA CORDON, Ovaldino, La Reforma, Zacapa, Guatemala; DOB 06 Aug 1968; POB Guatemala; nationality Guatemala; citizen Guatemala; Cedula No. R19 3934 (Guatemala); NIT # 4968093 (Guatemala) (individual) [SDNTK].

LORENZANA CORDON, Valdemar (a.k.a. LORENZANA CORDON, Waldemar), Zacapa, Guatemala; DOB 25 Apr 1965; POB Guatemala; nationality Guatemala; citizen Guatemala; Cedula No. R-1900003298 (Guatemala) (individual) [SDNTK].

LORENZANA CORDON, Waldemar (a.k.a. LORENZANA CORDON, Valdemar), Zacapa, Guatemala; DOB 25 Apr 1965; POB Guatemala; nationality Guatemala; citizen Guatemala; Cedula No. R-1900003298 (Guatemala) (individual) [SDNTK].

LORENZANA LIMA, Valdemar (a.k.a. LORENZANA LIMA, Waldemar), La Reforma, Zacapa, Guatemala; DOB 19 Feb 1940; POB Guatemala; nationality Guatemala; citizen Guatemala; Cedula No. R-1900001817 (Guatemala) (individual) [SDNTK].

LORENZANA LIMA, Waldemar (a.k.a. LORENZANA LIMA, Valdemar), La Reforma, Zacapa, Guatemala; DOB 19 Feb 1940; POB Guatemala; nationality Guatemala; citizen Guatemala; Cedula No. R-1900001817 (Guatemala) (individual) [SDNTK].

LORMENDES PITALUA, Omar (a.k.a. LARMENDEZ PITALUA, Omar; a.k.a. LORMENDEZ PATALUA, Omar; a.k.a. LORMENDEZ PITALUA, Omar), Mexico; DOB 18 Jan 1972; POB Lecheria Tultitlan, Mexico; alt. POB Tlalnepantla De Baz, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. LOPO720118HMCRTM01 (Mexico) (individual) [SDNTK].

LORMENDEZ PATALUA, Omar (a.k.a. LARMENDEZ PITALUA, Omar; a.k.a. LORMENDES PITALUA, Omar; a.k.a. LORMENDEZ PITALUA, Omar), Mexico; DOB 18 Jan 1972; POB Lecheria Tultitlan, Mexico; alt. POB Tlalnepantla De Baz, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. LOPO720118HMCRTM01 (Mexico) (individual) [SDNTK].

LORMENDEZ PITALUA, Omar (a.k.a. LARMENDEZ PITALUA, Omar; a.k.a. LORMENDES PITALUA, Omar; a.k.a. LORMENDEZ PATALUA, Omar), Mexico; DOB 18 Jan 1972; POB Lecheria Tultitlan, Mexico; alt. POB Tlalnepantla De Baz, Mexico; nationality Mexico; citizen Mexico; C.U.R.P. LOPO720118HMCRTM01 (Mexico) (individual) [SDNTK].

LOS AUTODEFENSAS GAITANISTAS DE COLOMBIA (a.k.a. BANDA CRIMINAL DE URABA; a.k.a. CLAN DEL GOLFO; a.k.a. CLAN USUGA; a.k.a. GULF CLAN; a.k.a. LOS URABENOS (Latin: LOS URABEÑOS)), Colombia [SDNTK] [ILLICIT-DRUGS-EO14059].

LOS CABALLEROS TEMPLARIOS, Mexico [SDNTK].

LOS CACHIROS, Honduras [SDNTK].

LOS CHATAS, Bello, Antioquia, Colombia [SDNTK].

LOS CHONEROS, Ecuador; Target Type Criminal Organization [ILLICIT-DRUGS-EO14059].

LOS CUINIS (a.k.a. LOS CUINIS DRUG TRAFFICKING ORGANIZATION; a.k.a. LOS QUINIS), Mexico [SDNTK].

LOS CUINIS DRUG TRAFFICKING ORGANIZATION (a.k.a. LOS CUINIS; a.k.a. LOS QUINIS), Mexico [SDNTK].

LOS GUEROS (a.k.a. "LOS ASQUELINES"; a.k.a. "LOS CALABAZOS"; a.k.a. "LOS GUERITOS"; a.k.a. "LOS GUERITOS DE TECATITLAN"; a.k.a. "LOS GUERRITOS"; a.k.a. "LOS GUERROS"; a.k.a. "RODRIGUEZ OLIVERA DTO"), Coto Cataluna No. 84, Zapopan, Jalisco, Mexico; Coto Cataluna No. 92, Zapopan, Jalisco, Mexico; Pablo Neruda No. 3583, Guadalajara, Jalisco, Mexico; Sendero de los Pinos No. 55, Zapopan, Jalisco, Mexico; Coto Villa Coral No. 23, Residencial Villa Palma 200, Zapopan, Jalisco, Mexico; Coto Murcia No. 16, Zapopan, Jalisco, Mexico; San Eliseo No. 1695, Zapopan, Jalisco, Mexico [SDNTK].

LOS HUISTAS DRUG TRAFFICKING ORGANIZATION (a.k.a. "LOS HUISTAS DTO"), Santa Ana Huista, Huehuetenango, Guatemala; San Antonio Huista, Huehuetenango, Guatemala; La Democracia, Huehuetenango, Guatemala; Target Type Criminal Organization [ILLICIT-DRUGS-EO14059].

LOS POCHOS DRUG TRAFFICKING ORGANIZATION (a.k.a. "LOS POCHOS DTO"; a.k.a. "MORALES CIFUENTES DRUG TRAFFICKING ORGANIZATION"; a.k.a.

"MORALES CIFUENTES DTO"; a.k.a. "SUNIGA RODRIGUEZ DRUG TRAFFICKING ORGANIZATION" (Latin: "SUÑIGA RODRIGUEZ DRUG TRAFFICKING ORGANIZATION")), Ayutla, San Marcos, Guatemala; Tecun Uman, Guatemala; Guatemala City, Guatemala; Tapachula, Mexico; Mexico City, Mexico; Target Type Criminal Organization [SDNTK] [ILLICIT-DRUGS-EO14059].

LOS QUINIS (a.k.a. LOS CUINIS; a.k.a. LOS CUINIS DRUG TRAFFICKING ORGANIZATION), Mexico [SDNTK].

LOS RASTROJOS, Colombia; Ecuador; Venezuela [SDNTK].

LOS ROJOS, Mexico [ILLICIT-DRUGS-EO14059].

LOS URABENOS (Latin: LOS URABEÑOS) (a.k.a. BANDA CRIMINAL DE URABA; a.k.a. CLAN DEL GOLFO; a.k.a. CLAN USUGA; a.k.a. GULF CLAN; a.k.a. LOS AUTODEFENSAS GAITANISTAS DE COLOMBIA), Colombia [SDNTK] [ILLICIT-DRUGS-EO14059].

LOS VALLES DRUG TRAFFICKING ORGANIZATION (a.k.a. VALLE VALLE DRUG TRAFFICKING ORGANIZATION) [SDNTK].

LOS ZETAS (a.k.a. CARTEL DEL NORESTE; a.k.a. "CDN"; a.k.a. "NORTHEAST CARTEL"), Mexico [SDNTK] [TCO] [ILLICIT-DRUGS-EO14059].

LOSEV, Aleksey Vyacheslavovich (Cyrillic: ЛОСЕВ, Алексей Вячеславович) (a.k.a. LOSEV, Alexey Vyacheslavovich; a.k.a. PERKO, Alexey; a.k.a. "KALUGA, Perko"), Kalugskaya Street, DOM 48, KV. 9, Kaluga, Kalugskaya Oblast 248009, Russia; DOB 10 Apr 1986; POB Kaluga, Russia; nationality Russia; citizen Russia; Gender Male; Passport 750643398 (Russia); National ID No. 2907229130 (Russia); Tax ID No. 402903661126 (Russia) (individual) [RUSSIA-EO14024].

LOSEV, Alexey Vyacheslavovich (a.k.a. LOSEV, Aleksey Vyacheslavovich (Cyrillic: ЛОСЕВ, Алексей Вячеславович); a.k.a. PERKO, Alexey; a.k.a. "KALUGA, Perko"), Kalugskaya Street, DOM 48, KV. 9, Kaluga, Kalugskaya Oblast 248009, Russia; DOB 10 Apr 1986; POB Kaluga, Russia; nationality Russia; citizen Russia; Gender Male; Passport 750643398 (Russia); National ID No. 2907229130 (Russia); Tax ID No. 402903661126 (Russia) (individual) [RUSSIA-EO14024].

LOSIAKIN, Aleksandr Mikhailovich (a.k.a. LASIAKIN, Aliaksandr Mikhailavich; a.k.a. LASIAKIN, Aliaksandr Mikhajlavich; a.k.a. LASYAKIN, Aliaksandr Mikhailavich (Cyrillic: ЛАСЯКІН, Аляксандр Міхайлавіч); a.k.a. LOSYAKIN, Aleksandr; a.k.a. LOSYAKIN, Alexander; a.k.a. LOSYAKIN, Alexander Mikhailovich (Cyrillic: ЛОСЯКИН, Александр Михайлович)), Vitebsk, Belarus; DOB 21 Jul 1957; POB Novaya Belitsa, Vitebsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LOSYAKIN, Aleksandr (a.k.a. LASIAKIN, Aliaksandr Mikhailavich; a.k.a. LASIAKIN, Aliaksandr Mikhajlavich; a.k.a. LASYAKIN, Aliaksandr Mikhailavich (Cyrillic: ЛАСЯКІН, Аляксандр Міхайлавіч); a.k.a. LOSIAKIN, Aleksandr Mikhailovich; a.k.a. LOSYAKIN, Alexander; a.k.a. LOSYAKIN, Alexander Mikhailovich (Cyrillic: ЛОСЯКИН, Александр Михайлович)), Vitebsk, Belarus; DOB 21 Jul 1957; POB Novaya Belitsa, Vitebsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LOSYAKIN, Alexander (a.k.a. LASIAKIN, Aliaksandr Mikhailavich; a.k.a. LASIAKIN, Aliaksandr Mikhajlavich; a.k.a. LASYAKIN, Aliaksandr Mikhailavich (Cyrillic: ЛАСЯКІН, Аляксандр Міхайлавіч); a.k.a. LOSIAKIN, Aleksandr Mikhailovich; a.k.a. LOSYAKIN, Aleksandr; a.k.a. LOSYAKIN, Alexander Mikhailovich (Cyrillic: ЛОСЯКИН, Александр Михайлович)), Vitebsk, Belarus; DOB 21 Jul 1957; POB Novaya Belitsa, Vitebsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LOSYAKIN, Alexander Mikhailovich (Cyrillic: ЛОСЯКИН, Александр Михайлович) (a.k.a. LASIAKIN, Aliaksandr Mikhailavich; a.k.a. LASIAKIN, Aliaksandr Mikhajlavich; a.k.a. LASYAKIN, Aliaksandr Mikhailavich (Cyrillic: ЛАСЯКІН, Аляксандр Міхайлавіч); a.k.a. LOSIAKIN, Aleksandr Mikhailovich; a.k.a. LOSYAKIN, Aleksandr; a.k.a. LOSYAKIN, Alexander), Vitebsk, Belarus; DOB 21 Jul 1957; POB Novaya Belitsa, Vitebsk Oblast, Belarus; nationality Belarus; Gender Male (individual) [BELARUS].

LOTFI, Benham, Iran; DOB 20 Jan 1993; POB Marand, Iran; nationality Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Gender Male (individual) [IRAN-HR] (Linked To: IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY).

LOTSMANOV, Dmitriy Nikolayevich (Cyrillic: ЛОЦМАНОВ, Дмитрий Николаевич), Russia; DOB 02 Mar 1975; nationality Russia; Gender Male; Member of the State Duma of the Federal Assembly of the Russian Federation (individual) [RUSSIA-EO14024].

LOTTERY BG LTD. (a.k.a. LOTTERY BG OOD), 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2014; Government Gazette Number 203018962 (Bulgaria) [GLOMAG] (Linked To: VABO 2012 EOOD).

LOTTERY BG OOD (a.k.a. LOTTERY BG LTD.), 43 Moskovska Str., Oborishte Distr., Sofia, Stolichna 1000, Bulgaria; Organization Established Date 2014; Government Gazette Number 203018962 (Bulgaria) [GLOMAG] (Linked To: VABO 2012 EOOD).

LOTTERY DISTRIBUTIONS LTD (a.k.a. LOTTERY DISTRIBUTIONS OOD (Cyrillic: ЛОТЕРИ ДИСТРИБЮШЪНС ООД)), 1 Koloman Str., Krasno selo Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2004; Government Gazette Number 131251717 (Bulgaria) [GLOMAG] (Linked To: EUROSADRUZHIE OOD).

LOTTERY DISTRIBUTIONS OOD (Cyrillic: ЛОТЕРИ ДИСТРИБЮШЪНС ООД) (a.k.a. LOTTERY DISTRIBUTIONS LTD), 1 Koloman Str., Krasno selo Distr., Sofia, Stolichna 1618, Bulgaria; Organization Established Date 2004; Government Gazette Number 131251717 (Bulgaria) [GLOMAG] (Linked To: EUROSADRUZHIE OOD).

LOU TRADING AND INVESTMENT CO LTD (a.k.a. LOU TRADING AND INVESTMENT COMPANY LIMITED; a.k.a. LOU TRADING AND INVESTMENT COMPANY LTD), Juba, South Sudan; Tax ID No. 100108046 (South Sudan) [GLOMAG] (Linked To: AJING ATER, Kur).

LOU TRADING AND INVESTMENT COMPANY LIMITED (a.k.a. LOU TRADING AND INVESTMENT CO LTD; a.k.a. LOU TRADING AND INVESTMENT COMPANY LTD), Juba, South Sudan; Tax ID No. 100108046 (South Sudan) [GLOMAG] (Linked To: AJING ATER, Kur).

LOU TRADING AND INVESTMENT COMPANY LTD (a.k.a. LOU TRADING AND INVESTMENT CO LTD; a.k.a. LOU TRADING AND INVESTMENT COMPANY LIMITED), Juba, South Sudan; Tax ID No. 100108046 (South Sudan) [GLOMAG] (Linked To: AJING ATER, Kur).